# United States Bankruptcy Court
## Northern District of Illinois

In re: SCP Merchandising, LLC
Debtor(s)

Case No.
Chapter: 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for SCP Merchandising, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

SCP Holdings, LLC
1020 Olympic Drive
Batavia, IL 60510-1329

☐ None [*Check if applicable*]

December 29, 2023
Date

/s/ Adam P. Silverman, Esq. ARDC
Adam P. Silverman, Esq. ARDC #6256676
Signature of Attorney or Litigant
Counsel for SCP Merchandising, LLC
Adelman & Gettleman, Ltd.
53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
312-435-1050 Fax:312-435-1059
asilverman@ag-ltd.com