Form G-2

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE: )
)  Case No. 23-17423
SCP Merchandising, LLC, )
)  Chapter 7
)
)
Debtor(s) )

## Certification of Relatedness

The undersigned attorney certifies that:

1. __3__ cases are being filed under Chapter 7 that are related to each other, related to case(s) now pending, or both.

2. The cases are related because:

   [ ] the debtors are husband and wife; or
   [ ] the debtor was a debtor in a previous case under Chapter 11; or
   [✔] the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

3. List of related bankruptcy case number(s) and case name(s):
   In re SCP Merchandising, LLC (23-17423);
   In re SCP Holdings, LLC (23-17434); and
   In re SCP Operations, LLC (23-17436).

Date of certification: __December 29, 2023__   Attorney's Signature: __/s/ Alexander F. Brougham__

**This form must be filed in each related Bankruptcy Case**

Revised: 05/26/2017_lam