Form defntc7

# UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

In Re:

SCP Merchandising, LLC

1020 Olympic Drive
Batavia, IL 60510−1329
SSN: EIN: 86−3969564

Case No. :   23−17423
Chapter :   7
Judge :      Janet S. Baer

## NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **January 12, 2024.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **Schedule A−B (Form 106A/B,206A/B).**
· **Schedule D (Form 106D,206D).**
· **Schedule E−F (Form 106E/F,206E/F).**
· **Schedule G (Form 106G,206G).**
· **Schedule H (Form 106H,206H).**
· **Statement of Financial Affairs (Form 107/207).**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

FOR THE COURT

Dated: January 2, 2024

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 23-17423-JSB |
| SCP Merchandising, LLC | Chapter 7 |
|    Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 02, 2024 | Form ID: defntc7 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | SCP Merchandising, LLC, 1020 Olympic Drive, Batavia, IL 60510-1329 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam P. Silverman | on behalf of Debtor 1 SCP Holdings  LLC asilverman@ag-ltd.com, nrakunas@ag-ltd.com |
| Alexander F Brougham | on behalf of Debtor 1 SCP Holdings  LLC abrougham@ag-ltd.com, dbaird@ag-ltd.com |
| Gina B Krol | gkrol@cohenandkrol.com gkrol@ecf.axosfs.com;gkrol@cohenandkrol.com;acartwright@cohenandkrol.com;jneiman@cohenandkrol.com |
| Kevin R Purtill | on behalf of Creditor Associated Bank  National Association kpurtill@mpslaw.com, crampich@mpslaw.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Timothy W Brink | on behalf of Creditor Associated Bank  National Association tbrink@mpslaw.com, crampich@mpslaw.com |

TOTAL: 6