| Information to identify the case: | | |
|---|---|---|
| Debtor | **SCP Merchandising, LLC** <br> Name | EIN: 86–3969564 |
| United States Bankruptcy Court   Northern District of Illinois | | Date case filed for chapter:   7   12/29/23 |
| Case number:   23–17423 | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | SCP Merchandising, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 1020 Olympic Drive <br> Batavia, IL 60510–1329 | |
| 4. **Debtor's attorney** <br> Name and address | Adam P. Silverman <br> Adelman & Gettleman, Ltd. <br> 53 West Jackson Blvd. <br> Suite 1050 <br> Chicago, IL 60604 | Contact phone 312 435–1050 Ext. 229 <br><br> Email: asilverman@ag–ltd.com |
| 5. **Bankruptcy trustee** <br> Name and address | Gina B Krol <br> Cohen & Krol <br> 105 West Madison St Ste 1100 <br> Chicago, IL 60602 | Contact phone 312–368–0300 <br><br> Email: gkrol@cohenandkrol.com |
| 6. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: <br> 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 1/4/24 |
| 7. **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 29, 2024 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 698 696 2818, and Passcode 2115809013, OR call 1–872–282–6733** <br> For additional meeting information, go to www.justice.gov/ust/moc . |
| 8. **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                              Case No. 23-17423-JSB

SCP Merchandising, LLC                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                        User: admin                        Page 1 of 507

Date Rcvd: Jan 04, 2024                     Form ID: 309C                      Total Noticed: 30719

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | SCP Merchandising, LLC, 1020 Olympic Drive, Batavia, IL 60510-1329 |
| aty | + | Alexander F Brougham, Adelman & Gettleman, Ltd., 53 W. Jackson Blvd., Suite 1050, Chicago, IL 60604-3786 |
| 30569640 | + | #VALUE!, 996 S. Main St., Stowe, VT 05672-5195 |
| 30569641 | | 1032 Dovercourt Road,,Toronto, ON M6H 2X8,CANADA,,00000 |
| 30569644 | + | 115Pro.com, PO Box 446, Ho Ho Kus, NJ 07423-0446 |
| 30569645 | | 146 Byram Road, 146 BYRAM RD, GREENWICH, CT 06830-5938 |
| 30569646 | | 1500 Don Mills Road, Suite 503,,Toronto, ON M3B 3K4,CANADA,,00000 |
| 30569650 | | 241 Pentonville Road,,Kings Cross, London N1 9NJ,UNITED KINGDOM,,00000 |
| 30569652 | + | 3M Promotional Markets, 2020 Lookout Drive, North Mankato, MN 56003-1713 |
| 30569655 | | 4130 Stockpile Rd 4130 Stockpile Rd, 4130 Stockpile Rd, Batesville, IN 47006-9578 |
| 30569656 | #+ | 48hourbooks, 2249 14th St. SW, Akron, OH 44314-2007 |
| 30569657 | + | 4AllPromos, 50 West Ave, Essex, CT 06426-1163 |
| 30569658 | | 4B Marketing, 209 Kalamath St., Unit 13, Denver, CO 80022 |
| 30569659 | + | 520 Management LLC, 520 N Columbus Blvd, Philadelphia, PA 19123-4226 |
| 30569662 | | 5BS Embroidery, P.O. Box 520, Zanesville, OH 43702-0520 |
| 30569663 | + | 681 Entertainment LLC, 681 Main Street, Buffalo, NY 14203-1404 |
| 30569664 | | 72, 72 Charlswood Road, Aratula, QLC 4309, AUSTRALIA |
| 30569665 | + | 7th Hour Films, 1428 Jamestown, Edmond, OK 73003-6139 |
| 30569666 | + | 8 Graves, 1005 Bell Avenue, Old Bridge, NJ 08857-3835 |
| 30569670 | | A Burnett, 319 Springhill Road, Aberdeen, Scotland AB16 7SX, UNITED KINGDOM |
| 30569671 | + | A C Ocean Walk LLC, 500 Boardwalk, Atlantic City, NJ 08401-7609 |
| 30569672 | | A G Wallace, Wood View, Newnham Road, Hool, England, RG279LX, UNITED KINGDOM |
| 30569673 | | A Kirit, 31 Linworth Road, Cheltenham, ENGLAND GL52 8PA, UNITED KINGDOM |
| 30569675 | + | A-Creations, Inc, 8102 Lemont Road, Suite 1500, Woodridge, IL 60517-7776 |
| 30569676 | | A. Peri, 701 Belem tower, Belem Close, Liverpool, ENGLAND L17 3DB, UNITED KINGDOM |
| 30569677 | + | A.J. Metzger, 4555 North 635 West, Huntington, IN 46750-8982 |
| 30569678 | + | A1c James Domholdt, 49 spruce street, Apt. 795, LAFB, VA 23665-2851 |
| 30569788 | + | AARON TRIPP, 8606 70th St NE, Marysville, WA 98270-8083 |
| 30569857 | + | ABC Promotion Inc, 3544 Kimble Dr, Plano, TX 75025-4443 |
| 30569968 | | ADAM DENNY, 10800 W 95th Ter, Overland Park, KS 66214-2204 |
| 30570012 | + | ADAM M FANNING, 535 Thornburg Parkway, Brownsburg, IN 46112-8002 |
| 30570186 | + | AEG Nashville LLC, 275 Union Blvd, Suite 1700, St Louis, MO 63108-1246 |
| 30570195 | + | AEG PRESENTS SE, LLC, 1800 Australian Ave, Ste 201, West Palm Beach, FL 33409-6450 |
| 30570197 | + | AEG PRESENTS, LLC, 425 W. 11th Street, Ste 300, los angeles, CA 90015-3461 |
| 30570188 | + | AEG Presents MI, LLC, 318 W Fourth St North, Royal Oak, MI 48067-2502 |
| 30570189 | + | AEG Presents Mid-Atlantic LLC, 4701 Cox Rd, Suite 285, Glen Allen, VA 23060-6808 |
| 30570190 | + | AEG Presents NJ, LLC, 570 Jernee Mill Rd, Sayreville, NJ 08872-1753 |
| 30570191 | + | AEG Presents NW LLC, 1518 First Avenue S., Ste 300, Seattle, WA 98134-2082 |
| 30570192 | + | AEG Presents Ohio, LLC, 425 W. 11th Street, Suite 400, Los Angeles, CA 90015-3459 |

30570193   + AEG Presents PA LLC dba Keswick Theatre, 291 N. Keswick Avenue, Glenside, PA 19038-4814
30570194   + AEG Presents Rocky Mountains, LLC, 4180 Wynkoop Street, Suite 300, Denver, CO 80216-3839
30570196   + AEG Presents SF LLC, 1290 Sutter Street, San Francisco, CA 94109-5564
30570331   + AJ Ali, 316 S Sunset Drive, Lodi, CA 95240-3806
30570332   + AJ Bellise, 2775 N Cedar Ave, Ronkonkoma, NY 11779-5227
30570333     AJ Brown, 15588 NE 22nd Pl Unit 617, Bellevue, WA 98007-3955
30570334     AJ Gill, 120 Beech St, Pensacola, FL 32506-5420
30570335     AJ Haggarty, 616 OBERLIN RD UNIT 419, RALEIGH, NC 27605-3148
30570337     AJ Hill, 1161 Tekulve Rd Apt 401-12, Batesville, IN 47006-8908
30570339     AJ McBorrough, 17317 E Caley Ln, Aurora, CO 80016-3186
30570340     AJ Meyer, 4085 E Johnson Ave, Pensacola, FL 32514-6827
30570341     AJ Peden, 202 Chateau Ln, Butler, PA 16001-1805
30570342     AJ Pellicciotti, 161 INDIA ST APT 2L, BROOKLYN, NY 11222-6002
30570346     AJ Smith, 956 School St, WA, IL 61571-3373
30570420   + ALBERTO A ARAIZA, 2043 w 22nd pl, coach, chicago, IL 60608-6164
30570707     ALEX WATTERS, 11850 Cobblestone Dr, Fishers, IN 46037-8423
30570734     ALEXA UMUNNA, 2186 E Sherri Dr, Gilbert, AZ 85296-3939
30570873     ALEXANDRIA CARR, 1071 Veale Ave, Martinez, CA 94553-2937
30571197     ALYSIA FARRIS, 6216 57th Ave W, University Place, WA 98467-2808
30571246     ALYSSA STEFFL, 201 N 46th St Apt 1211, Omaha, NE 68132-3261
30571279     AMANDA BROTTON, 9985 NW 47th St, Coral Springs, FL 33076-2496
30571386   + AMAVAS BAZAAR, INC., 4325 GLENCOE AVE., C9 #12146, Marina del Rey, CA 90292-6444
30571479   + AMG, 5205 s Willow st, Seattle, WA 98118-5103
30571501   + AMP Concerts, 1013 Vassar NE, Albuquerque, NM 87106-2630
30571546   + AMY KINSEY, 134 Canterbury Lane, Lansdale, PA 19446-6306
30571708   + ANDREA R CRAYDEN, 1414 W EASTON RD, BURBANK, OH 44214-9580
30571733     ANDRES HERNANDEZ, 195 Central Park, Rochester, NY 14605-2306
30571979   + ANDREY AZIZOV, 260 Water St., 1E, Brooklyn, NY 11201-1289
30572084     ANGELINA PICONE, 2497 Rolling Hills Dr, Ft Mitchell, KY 41017-5149
30572129     ANIYSA PADILLA, 2638 162nd St, Hammond, IN 46323-1011
30572229     ANNA-MARIE HAWKINS, 6300 Joslyn Pl, Cheverly, MD 20785-3114
30572586     ARRON BURKE, 362 Broad Street, Plot 26, Glasgow, Scotland G40 2TR, UNITED KINGDOM
30572792   + ASTN, 8216 Grand Palm Blvd, Panama City Beach, FL 32408-5219
30572800   + ATHANASIOS PAPADIMITRIOU, 4285 Express Lane, Suite 6596-445, Sarasota, FL 34249-2602
30572815     ATTN: Hunter Keith, 5501 US-30, Fort Wayne, IN 46818
30572873   + AUGUST LOVEJOY HAMMERS, 7517 Spring Lake Dr, Apt B1, Bethesda, MD 20817-6523
30572892   + AUSTEN J CAMPBELL, 19475 DOVER CLIFFS CIRCLE, GERMANTOWN, MD 20874-4663
30573043     AVERY FROESE, 45786 Britton Avenue, Chilliwack, BC V24 1X7, CANADA
30573077   + AWAL Recordings Licensing America, Inc., 2 Gansevoort Street, 6th Floor, New York, NY 10014-1667
30573102   + AYOKAY, c/o Wasserman Music, 8942 Wilshire Boulevard, Beverly Hills, CA 90211-1908
30569679     Aadhya Mirmira, 2111 Lee Ave, Prosper, TX 75078-2444
30569680   + Aakash shah, 16733 Silversword drive, Charlotte, NC 28213-4881
30569681     Aaliyah Coleman, 27 Columbia St, Geneva, NY 14456-2202
30569682   + Aaliyah Santos, 13905 E 105th Ave, Commerce City, CO 80022-9450
30569683   + Aaliyas Thompson, 710 S Hardy Drive, A109, Tempe, AZ 85281-3450
30569684     Aamya Begay, 16620 S 48th St Unit 60, Phoenix, AZ 85048-1206
30569685     Aaron Agius, 7 Kane Street, Preston, VICTORIA 3072, AUSTRALIA
30569686     Aaron Alan Morris, 17 Buchanan Street, Beenleigh, QUEENSLAND 4207, AUSTRALIA
30569687   + Aaron Apodaca, 259 S Ventura Rd,, Unit 248, Port Hueneme, CA 93041-3335
30569688     Aaron Armbrister, 32 Homan street, London, Ontario, N5Z 1A7, CANADA
30569689   + Aaron Arnold, 5257 Mason Grand Drive, Mason, OH 45040-2352
30569690   + Aaron Avila Villa, 7432 Loma Verde Ave, Canoga Park, CA 91303-1433
30569691   + Aaron Ayala, 2514 106th St., Lubbock, TX 79423-6065
30569692   + Aaron B Price, 11 charleroi pl, lake st louis, MO 63367-1919
30569693   + Aaron Backus, 2889 West Wilder Street, Meridian, ID 83646-8301
30569694   + Aaron Baillargeon, 43 Fuller Road, Watertown, MA 02472-3312
30569695   + Aaron Balderrama, 4323 Sunlit Pass Loop, Humble, TX 77396-1375
30569696     Aaron Bartlett, 352 Grenfell Heights, Grand Falls-Windsor, NEWFOUNDLAND AND LA, CANADA
30569697   + Aaron Benzing, 414 Frorer Avenue, Lincoln, IL 62656-3046
30569699   + Aaron Borrmann, 6342 East Riverdale street, Mesa, AZ 85215-0717
30569700   + Aaron Bowling, 1054 St Clair Ave, Hamilton, OH 45015-2069
30569701     Aaron Brenchley, Flat 93 Stanford House, Princess margare, East Tilbury, Tilbury RM18 8YR, UNITED KINGDOM
30569702   + Aaron Brown, 8510 16th St, Apt. 309, Silver Spring, MD 20910-5938

| | | |
|---|---|---|
| 30569703 | | Aaron Brynen, 3745 STONE WALK CT, ANTELOPE, CA 95843-5410 |
| 30569704 | + | Aaron Buller, 117 W 30th Ave, Hutchinson, KS 67502-3459 |
| 30569705 | | Aaron Bunda, 484 AMSTERDAM AVE APT 2D, NEW YORK, NY 10024-4690 |
| 30569706 | + | Aaron Burke, 913 State Rd, Apt 16, Plymouth, MA 02360-5113 |
| 30569707 | + | Aaron Chavez, 5018 Chennault Rd, Houston, TX 77033-2627 |
| 30569708 | + | Aaron Cihlar, 3110 East Palm Dr., Apt. 13, Fullerton, CA 92831-1777 |
| 30569709 | | Aaron Clifford, 19 Birchwood Dr, Allenstown, NH 03275-2617 |
| 30569710 | | Aaron Coalter, 34423 Alameda Dr, Sorrento, FL 32776-6961 |
| 30569711 | + | Aaron Collins, 391 Live Oak Loop, Central Point, OR 97502-2478 |
| 30569712 | + | Aaron Conlin, 222 Godfrey Avenue, Celina, OH 45822-2118 |
| 30569713 | + | Aaron Contreras, 1150 W Alameda Dr, Suite 1 DSW121-W, Tempe, AZ 85282-3361 |
| 30569714 | | Aaron Coombs, 32 Birch Street, Grand Falls-Windsor, Newfoundland and La, CANADA |
| 30569715 | | Aaron Cooper, 38 Shadetree Ln, Roslyn Heights, NY 11577-2503 |
| 30569717 | | Aaron Deal, 369 Sherman St, Akron, OH 44311-1178 |
| 30569718 | | Aaron Del Palacio, 3112 Aster St, Pueblo, CO 81005-3179 |
| 30569719 | | Aaron Downing, 1030 SW Jefferson St Apt 340, Portland, OR 97201-3466 |
| 30569720 | + | Aaron Edwards, 11872 SW IRON HORSE LANE, Beaverton, OR 97008-8505 |
| 30569721 | + | Aaron Estes, 1749 Crescent Dr, Tarrytown, NY 10591-5884 |
| 30569722 | | Aaron Evans, 61041 Chuckanut Drive, Bend, OR 97702-9042 |
| 30569723 | | Aaron Felger, 17425 Consta Verde Ln, Leo, IN 46765-9337 |
| 30569724 | + | Aaron Fidler, 822 Perry St., Covington, KY 41011-1251 |
| 30569725 | | Aaron Flores, 813 E Ragland Ave, Kingsville, TX 78363-5723 |
| 30569726 | + | Aaron Ford, 44 kemp st, Groton, MA 01450-1126 |
| 30569727 | + | Aaron Forrest, 4501 MARBLEHEAD ST, HARRISBURG, PA 17109-4426 |
| 30569728 | | Aaron Fox, 11990 Long St Apt 2506, Overland Park, KS 66213-4913 |
| 30569729 | + | Aaron French, 3555 37th Ave S, Minneapolis, MN 55406-2705 |
| 30569730 | | Aaron Froste, 29 Huddleston Way, Sawston, England CB22 3SW, UNITED KINGDOM |
| 30569732 | + | Aaron Hansen, 333 Oak Grove St, Apt. 211, Minneapolis, MN 55403-4082 |
| 30569733 | + | Aaron Harris Aaron Harris, 800 Embassy Dr, Austin, TX 78702-2720 |
| 30569735 | + | Aaron Holben, 13021 E 21st Ave, Apt 661, Aurora, CO 80045-7498 |
| 30569736 | + | Aaron Howard, 5935 Clinton Road, Paducah, KY 42001-9396 |
| 30569737 | | Aaron James, 22 Piata Street, Papamoa, Bay of Plenty 3118, NEW ZEALAND |
| 30569738 | + | Aaron Johnson, 1701 Retreat Circle, Minnetrista, MN 55364-8406 |
| 30569739 | + | Aaron Kablack, 1156 Clydedale Dr, Clarkston, GA 30021-2609 |
| 30569740 | | Aaron Kay, 1501 Fox Den, Farmington, MO 63640-8705 |
| 30569741 | | Aaron Kaytor, 1033 Marinaside Crescent, Apt. 2106, Vancouver, BC V6Z3A3, CANADA |
| 30569742 | + | Aaron Keplin, 303 East Broadway Street, Helena, MT 59601-4238 |
| 30569743 | | Aaron Kohler, 13100 John Calhoun Dr, Manor, TX 78653-2291 |
| 30569744 | + | Aaron Kohner, 7700 Brooks St #4, BOX 31, Clear Lake, MN 55319-1000 |
| 30569745 | | Aaron Lima, 21712 Bradley Rd, Kaplan, LA 70548-7014 |
| 30569746 | | Aaron Lloyd, 11100 Louetta Rd Apt 327, Houston, TX 77070-1416 |
| 30569748 | + | Aaron Matthew Schoenherr, 443 7th Avenue South, South Saint Paul, MN 55075-2507 |
| 30569749 | | Aaron Mauk, 7053 Monarchos Dr, New Albany, OH 43054-8046 |
| 30569750 | | Aaron Mavrinac, 1045 Riverside Dr W, Windsor, ONTARIO N9A 5L2, CANADA |
| 30569752 | + | Aaron McCarther, 2719 NW 34th street, oklahoma city, OK 73112-7420 |
| 30569753 | | Aaron McKinzie, 13107 Withee Path Ln, Houston, TX 77048-1100 |
| 30569754 | + | Aaron Merkley, 809 W Simpson Ave, Montesano, WA 98563-1517 |
| 30569756 | | Aaron Millar, 31 Cooleen Park, Londonderry, Northern Ireland BT48 8AQ, UNITED KINGDOM |
| 30569757 | + | Aaron Milloy, 870 Inman Village Pkwy NE, Apt 201, Atlanta, GA 30307-5546 |
| 30569758 | + | Aaron Moua, 2611 Ranchero Ln, Merced, CA 95348-3534 |
| 30569759 | + | Aaron Niederkorn, 4202 Clark St, New Windsor, NY 12553-8277 |
| 30569760 | + | Aaron Odell, 2113 NE Kane Dr, Gresham, OR 97030-4322 |
| 30569761 | + | Aaron Osborne, 3767 Buck Island Road, Charlottesville, VA 22902-7965 |
| 30569762 | + | Aaron Paige, 820 N 6th St, Aumsville, OR 97325-8904 |
| 30569763 | + | Aaron Paul Coneglio, 4004 Forest Lane, Oxford, AL 36203-3347 |
| 30569764 | | Aaron Perez, 1851 Steamboat Pkwy Unit 7506, Reno, NV 89521-6371 |
| 30569765 | + | Aaron Perry, 74 Shoemaker Hill Rd, Lawrenceville, PA 16929-8881 |
| 30569766 | + | Aaron Pozenel, 923 Gordon Dr, Kingman, AZ 86409-6905 |
| 30569767 | + | Aaron Rash, 420 West slaughter Lane, Apt. 1220, Austin, TX 78748-1758 |
| 30569768 | | Aaron Reyes, 1501 eighth avenue, New Westminster, BC V3M 2S5, CANADA |
| 30569769 | | Aaron Reynolds, 156 Monks Dyke Road, Lincolnshire, ENGLAND LN11 8DW, UNITED KINGDOM |
| 30569770 | | Aaron Reynolds, 156 Monks Dyke Road, Louth, ENGLAND LN11 8DW, UNITED KINGDOM |
| 30569771 | + | Aaron Rodriguez, 1170 W 102nd Pl, Northglenn, CO 80260-8500 |

District/off: 0752-1      User: admin      Page 4 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

| | | |
|---|---|---|
| 30569772 | | Aaron Rogers, 36 Nottingham Road, Hucknall, ENGLAND NG15 1QE, UNITED KINGDOM |
| 30569773 | | Aaron Salaz, 116 Dp Rd Apt 205, Los Alamos, NM 87544-3415 |
| 30569774 | + | Aaron Serva, 3425 E Chandler Blvd Apt 146, Phoenix, AZ 85048-5840 |
| 30569775 | + | Aaron Shinabargar, 3655 South Delaware St Apt 219, Englewood, CO 80110-3506 |
| 30569776 | | Aaron Shorter, 12253 Whitfield Park Ln, Windsor, VA 23487-5718 |
| 30569777 | + | Aaron Shotwell, 10659 Marine View Dr., Seattle, WA 98146-1672 |
| 30569778 | | Aaron Sidlo, 1563 Lincoln Ave, Alameda, CA 94501-2446 |
| 30569780 | + | Aaron Smith, 6219 N Flora Ave, Kansas City, MO 64118-4839 |
| 30569779 | | Aaron Smith, 11454 132 Street NW, Apt 4, Edmonton, ALBERTA T5M1G1, CANADA |
| 30569781 | | Aaron Stretch, 1 W Campbell Ave Apt 2041, Phoenix, AZ 85013-4912 |
| 30569782 | + | Aaron Summey, 207 Phelps Rd, Hillsborough, NC 27278-8951 |
| 30569783 | + | Aaron T Avci, 3908 243rd Place Southeast, Unit Q302, Bothell, WA 98021-6918 |
| 30569784 | + | Aaron Tang, 1486 Commonwealth Avenue, Apt 3, Boston, MA 02135-4526 |
| 30569785 | + | Aaron Tarbox, 101 main rd apt 2, MILFORD, ME 04461-3604 |
| 30569786 | | Aaron Terrell, 7817 MAPLEWOOD DR APT 609, MELBOURNE, FL 32904-1662 |
| 30569787 | + | Aaron Trinh, 13717 Flagstaff Street, La Puente, CA 91746-2023 |
| 30569789 | + | Aaron Varnell, 326 Dry Creek Rd, LaFayette, GA 30728-5029 |
| 30569790 | | Aaron Villa, 464 W 130th St Apt 5A, NY, NY 10027-2570 |
| 30569791 | | Aaron Volk, 1620 Fillmore St Apt 122, Denver, CO 80206-1616 |
| 30569792 | | Aaron Walentowicz, 29A Ponderosa Dr, Halfmoon, NY 12065-6209 |
| 30569795 | | Aaron Williams, 1986 Laura Dr, Clarksville, TN 37042-4118 |
| 30569794 | + | Aaron Williams, 3920 Creek Woods Dr, Plant City, FL 33563-4086 |
| 30569796 | + | Aaron Young, 400 White Sky Dr, Broussard, LA 70518-7946 |
| 30569797 | + | Aaron. Klaustermeier, 2200 W Sudbury Dr, A9, Bloomington, IN 47403-3739 |
| 30569798 | | Aarya Bapat, 719 Batista Dr, San Jose, CA 95136-4844 |
| 30569799 | | Aaryn Vance, 7533 14th loop NE, olympia, WA 98516-5635 |
| 30569800 | | Aayush Desai, 9 Gunthers Vw, Towaco, NJ 07082-1359 |
| 30569801 | + | Aayush Rawal, 3521 Wilshire Way, Apt. 4146, Richardson, TX 75082-0082 |
| 30569802 | | Aazim Munif, 8 Cardwell Court, Kirwan, Queensland 4817, AUSTRALIA |
| 30569803 | + | Abagail Arvidson, 868 S 5th St., Apt 361, San Jose, CA 95112-5971 |
| 30569804 | + | Abbey Coe, 2680 Hartford Ave, Unit 22, White River Junction, VT 05001-4609 |
| 30569805 | | Abbey Gamble, 169 Lawrence Ave W, Toronto, ONTARIO M5M 1A9, CANADA |
| 30569806 | | Abbey Hocking, 24/139A Smith Street, Summer Hill, New South Wales, 2130, AUSTRALIA |
| 30569807 | + | Abbey Kelly, 2105 Coronado Parkway N, Unit C, Denver, CO 80229-8004 |
| 30569808 | + | Abbey Killion, 5316 Cabodi Court, Fair Oaks, CA 95628-3807 |
| 30569809 | | Abbey Lake, 1351 W Sherwood Ter, Fort Wayne, IN 46807-2955 |
| 30569810 | | Abbey Nielsen, 17164 Eveleth St NE, Ham Lake, MN 55304-4941 |
| 30569812 | | Abbey Spain, 1810 Hemlock Pl Apt 204, Schaumburg, IL 60173-4228 |
| 30569813 | + | Abbey Stone, 88 Prospect Park W, Apt 2C, Brooklyn, NY 11215-3512 |
| 30569814 | | Abbi Stickels, 1827 E Washington Ave Apt 169, Madison, WI 53704-5270 |
| 30569815 | + | Abbie Esterline, 3309 n newhall st, Apt. 1, Milwaukee, WI 53211-3047 |
| 30569816 | + | Abbie Felker, 634 Baugher Avenue, Elizabethtown, PA 17022-2274 |
| 30569817 | + | Abbie Rosey, 368 cole rd, Kinder, LA 70648-6109 |
| 30569818 | | Abbie Rosinski, 5814 County Road 633, Grawn, MI 49637-9795 |
| 30569819 | + | Abbie Sise, 227 Baldwin St, Gaithersburg, MD 20878-4596 |
| 30569820 | | Abbie Vessell, 2208 E Michigan Ave, Urbana, IL 61802-5706 |
| 30569821 | | Abby Kassab, 1218 Country Dr, Shorewood, IL 60404-0555 |
| 30569823 | | Abby Abby, 12 Poplar St, Hudson Falls, NY 12839-2522 |
| 30569822 | | Abby Abby, 1067 E Splitwood Way Ct, Derby, KS 67037-8785 |
| 30569824 | + | Abby Batzel, 8223 Harrisburg Lane, Raleigh, NC 27606-7415 |
| 30569825 | + | Abby Bonsall, 21 Myrtle Ave, Pitman, NJ 08071-1147 |
| 30569826 | + | Abby Brew, 70020 Moquah Ski Hill Road, Ashland, WI 54806-6640 |
| 30569827 | + | Abby Brower, 1007 International Ave, Joplin, MO 6480- 64801-1514 |
| 30569829 | + | Abby Burnham, 819 N Tejon St, #1090, Colorado Springs, CO 80946-0001 |
| 30569828 | + | Abby Burnham, 1546 Elm Ave, Northbrook, IL 60062-5456 |
| 30569830 | | Abby Crane, 1808 Fort Lamar Rd, Commerce, GA 30530-7222 |
| 30569831 | | Abby Curran, 435 E Beverly Pl, Tracy, CA 95376-3111 |
| 30569834 | | Abby Gates, 142 Linn Creek Rd, Clinton, AR 72031-6104 |
| 30569835 | | Abby Gray, 604 S Beech St, Bryan, OH 43506-2011 |
| 30569836 | | Abby Holmes, 5424 179TH PL SW, LYNNWOOD, WA 98037-3551 |
| 30569837 | + | Abby Kite, 110 Southfork rd, Lansing, KS 66043-6253 |
| 30569839 | | Abby Lemburg-McDowell, 3430 Meridian Dr, Lincoln, NE 68504-4622 |
| 30569840 | | Abby MacDougall, 77 Turner Drive, New Minas, Nova Scotia B4N 3R3, CANADA |

30569841   + Abby Miller, 423 Kingsbury RD, Germantown Hills, IL 61548-9498
30569842   + Abby Moll, 7471 S. Clinton Street, #2406, Englewood, CO 80112-3784
30569843     Abby Morgan, 8001 Stacy Springs Blvd, Charlestown, IN 47111-1429
30569844     Abby Morris, 4151 E 20th Ave Unit 26, Anchorage, AK 99508-3565
30569845   + Abby Morton, 7510 S 36th St, Lincoln, NE 68516-5702
30569846   + Abby Mudd, 138-140 Clinton Park, San Francisco, CA 94103-2368
30569847     Abby Nagel, 2807 Brookway Dr, Laurel, MT 59044-4801
30569848   + Abby Rambo, 8373 E Via de Ventura, Apt J126, Scottsdale, AZ 85258-3154
30569849   + Abby Savitz, 802 CRESTBEND DR, HOUSTON, TX 77042-2125
30569850     Abby Selter, 1095 Canton Ave, Milton, MA 02186-2428
30569851   + Abby Taylor, 2107 General Taylor St, Apt A, New Orleans, LA 70115-5807
30569852   + Abby Waitekus, 2027 Switchgrass Ln, Yorkville, IL 60560-4639
30569853     Abby Ward, 2406 Hawes Dr, Beavercreek, OH 45434-7200
30569854     Abby Weyls, 4730 SQUIRE DR, SAGAMORE HLS, OH 44067-3292
30569855     Abby wright, 411 BAYSIDE RD, BELLINGHAM, WA 98225-7803
30569858     Abcde Childers, 1719 Burnt Gin Rd, Gaffney, SC 29340-6012
30569859     Abdallah Elshikh, 2906 Hering Ave, Bronx, NY 10469-5217
30569860     Abdiel Vargas, 11 Avenue Quintal, Laval, QUEBEC H7N4V5, CANADA
30569862     Abe Dyer, 353 MEADOW LANE DR, VALPARAISO, IN 46383-1733
30569863     Abel Diaz, 254 Brookberry Cir, Chapel Hill, NC 27517-8695
30569864     Abel Ibarra, 153 Van Etten Rd, Spencer, NY 14883-9570
30569865     Abel Tobar, 1114 Channing Woods Dr, Webster, NY 14580-7244
30569866     Abena Osei-Bonsu, 1075 PEACHTREE BATTLE AVE NW, ATLANTA, GA 30327-1317
30569867     Abhi Aravalli, 8915 Ladino Cir, Eden Prairie, MN 55347-2175
30569868   + Abhishek Bhargav, 17761 Sundial Ct, Westfield, IN 46062-7640
30569870   + Abi Jimenez, 2833 W Maplewood Ave, Apt. 204, Bellingham, WA 98225-8899
30569871     Abi Lewis, 96 Bath Road, Swindon, England SN1 4AY, UNITED KINGDOM
30569872     Abi Steadman, 78 Blue Mill, Paper Mill Yard, Norwich NR1 2GG, UNITED KINGDOM
30569869     Abi grand, 2108 LAUREL LAKES AVE, BATON ROUGE, LA 70820-5732
30569873   + Abigail Arrington, 7709 Basswood Dr. NW, Albuquerque, NM 87120-4062
30569874   + Abigail Ashley, 2645 Alder Street, Eugene, OR 97405-4117
30569875     Abigail Berthiaume, 18 Allen Hill Rd, Holland, MA 01521-3142
30569876   + Abigail Blackman, 1368 Cobb Drive SE Apt 2A, Grand Rapids, MI 49508-7137
30569877   + Abigail Bowden, 310 N Johnsonville St, Lamar, AR 72846-8417
30569878     Abigail Bozeman, 3005 Lolita Pamplin Cir, Huntsville, AL 35811-9536
30569879     Abigail Calacin, 8560 Artesia Blvd Apt 31, Bellflower, CA 90706-6119
30569880     Abigail Campbell, 33 Quimby St, Watertown, MA 02472-4235
30569881   + Abigail Clark, 24 devereux st, marblehead, MA 01945-3051
30569882   + Abigail Clements, 629 Bishop Heights Lane, Dallas, TX 75208-0166
30569883   + Abigail Curphy, 70 South 9 Mile, Linwood, MI 48634-9523
30569884   + Abigail Delellis, 925 Bellaire Ave, Y203, State College, PA 16801-6521
30569885   + Abigail Duffy, 5505 Hardy Ave, Essentail 3, San Diego, CA 92115-1311
30569886     Abigail Eaker, 2124 Graysville Rd, Ringgold, GA 30736-6630
30569887     Abigail Engel, 403 S Depot St, Fox Lake, WI 53933-9439
30569888     Abigail Estep, 734 STEWART AVE APT 3, SAINT PAUL, MN 55102-3183
30569889   + Abigail Footr, 3807 Madison Ave, Des Moines, IA 50310-3601
30569890     Abigail Ford, 45 West Street, Hemsworth, Pontefract WF9 4QN, UNITED KINGDOM
30569891     Abigail Garza, 3228 S GARRISON ST APT 214, LAKEWOOD, CO 80227-4647
30569892   + Abigail Gibbs, 1215 Denali Court, Lexington, SC 29073-8077
30569893     Abigail Goodyear, 4800 Basin Harbor Rd, Vergennes, VT 05491-8532
30569894   + Abigail Gutierrez, 20707 Redbud Trail, Humble, TX 77346-1332
30569895     Abigail Harbottle, 1650 Trumbull Ave Apt 7, Normal, IL 61761-9468
30569896   + Abigail Harrison, 13311 Bellsville Pike, Columbus, IN 47201-7723
30569897     Abigail Hernandez, 3635 Coppertree Cir, Brandon, FL 33511-7705
30569898     Abigail Hoeger, 718 Willow Ave NE, Quincy, WA 98848-9358
30569899     Abigail Logel, 113-3142 St Johns Street, Buzz 3113, Port Moody, BRITISH COLUMBIA V3H5E5, CANADA
30569900     Abigail Mayor, 155 Hazleton Way, Waterlooville PO8 9DR, UNITED KINGDOM
30569901   + Abigail McCraw, 167 Pharis Pl, Fletcher, NC 28732-7665
30569902   + Abigail Muddiman, 21393 IH-35 N, Apt. 306, Kyle, TX 78640-3803
30569903   + Abigail Myer, 218 n main st, Munith, MI 49259-9636
30569904     Abigail Polsin, 4768 SILVERWOOD ST APT 1, PHILADELPHIA, PA 19128-4622
30569905     Abigail Powell, 31154 Palm Dr, Exeter, CA 93221-9514
30569906   + Abigail Rood, 3592 Vista Park Drive, Iowa City, IA 52245-5524

30569907         Abigail Sarver, 629 W Dahlia St, Louisville, CO 80027-9767
30569908         Abigail Scrogham, 2737 McClay Valley Blvd, Saint Peters, MO 63376-7135
30569909     +   Abigail Shriver, 2514 wood park blvd, Conroe, TX 77304-2194
30569910     +   Abigail Steuart, 4209 Grove Avenue, Apt. 10, Richmond, VA 23221-1949
30569912         Abigail Umscheid, 356 Poe Dr, Pittsburgh, PA 15235-4646
30569913         Abigail Vervaeke, 1841 COLUMBIA RD NW APT 202, WASHINGTON, DC 20009-2022
30569914         Abigail Ward, 111 Herbert St, Quilcene, WA 98376-7520
30569915         Abigail Warner, 40 Harvest Rd, Fairport, NY 14450-2834
30569916         Abigail Wehrs, 800 E 15th St Unit 106, Plano, TX 75074-5867
30569917         Abigail Ziegler, 2265 Flicker Dr Apt 139, Hebron, KY 41048-7119
30569918         Abigial Sanchez, 1504 Nassau St, Edinburg, TX 78541-5895
30569919     +   Abir Hassan, 100 Willoughby St, 24V, Brooklyn, NY 11201-4985
30569920     +   Abner Alfaro, 1837 Browning Blvd, La, CA 90062-1304
30569921     +   Above All Advertising, 6980 Corte Santa Fe, San Diego, CA 92121-3260
30569922     +   Abraham Bonilla, 2104 Lee Ave, Fort Worth, TX 76164-8026
30569923         Abraham Caballero, 510 College Ave SE, Gainesville, GA 30501-4518
30569924         Abraham Emilio L pez Contreras, Calle Gran Bretaaa Mz4 Lt 30, Ecatepec, Maxico 55100, MEXICO
30569925         Abraham Vanselow, 625 4th Ave W Apt 205, Seattle, WA 98119-4438
30569926     +   Abrahim Abdelrahim, 15 Garfield street, Little Ferry, NJ 07643-1307
30569927     +   Abram Michail, 38610 Erika Lane, Palmdale, CA 93551-5414
30569929     +   Abril Benitez, 1606 Granville street, Burlington, NC 27215-2010
30569930     +   Abril De La Mora, 2710 Lenrey Ave, El Centro, CA 92243-9212
30569931     +   Abubakar Mohamed, 9743 Woodland Brook Ln S, Cordova, TN 38018-3641
30569932     +   Abvy Miranda, 2047 lucas st, San Fernando, CA 91340-1632
30569933     +   Aca Demy, 1121 Kensington Dr, Fremont, CA 94539-4520
30569934         Ace Broska, 612 Buckingham Dr, Troy, IL 62294-2069
30569936         Ace LaSala, 29 Rantoul St Apt 3, Beverly, MA 01915-4890
30569935         Ace Laoxana, 33355 Pitman Ln, Menifee, CA 92584-7619
30569937         Achraf El Barj, Avenue molay ali chrif, En face de service demine, Temara 12020, MOROCCO
30569939     +   Active Life Promo, 1849 West Packard Street, Appleton, WI 54914-3486
30569940         Ada B, 1510 W 17th Ave, Hutchinson, KS 67501-2607
30569941     +   Ada Promo Inc., 539 W. Commerce St. #6105, Dallas, TX 75208-1953
30569942     +   Adaha Baker, 212 N Morgan Dr, Moore, OK 73160-6943
30569943     +   Adahir Barrera, 3730 East Ave, Berwyn, IL 60402-4034
30569944         Adair Watts, 1352 Fillmore St, Salt Lake City, UT 84105-2706
30569945     +   Adaline Stephens, 812 Bethlehem Church Road, Clinton, SC 29325-5402
30569946     +   Adalis Arias, 111 Redtail Court, Apt. 102, Mankato, MN 56001-2351
30569947         Adam Abramson, 499 CLINTON ST # 1, BROOKLYN, NY 11231-3352
30569949     +   Adam Arcega, 2170 brittany ct, concord, CA 94518-3408
30569950     +   Adam Atienza, 8954 Rolling Rd, Manassas, VA 20110-4241
30569951         Adam Bransky, 2610 Ravens Crest Dr, Plainsboro, NJ 08536-2452
30569952         Adam Briar, 3405 Kilmer Dr, Troy, MI 48083-5027
30569954     +   Adam Burton, 3150 Saint Charles Avenue, Aiken, SC 29801-1051
30569955         Adam Burtsell, 12403 Hibiscus Oak Pl Apt 202, Tampa, FL 33612-4326
30569956         Adam Bush, 404 Graystone Rd, Ambler, PA 19002-5214
30569957     +   Adam Chandler, 1906 Harrison Avenue, Orlando, FL 32804-5833
30569958     +   Adam Chellberg, 508 Chamberlain Lane, Apartment #201, Naperville, IL 60540-9297
30569959         Adam Christensen, 4392 S Jarrah St, Taylorsville, UT 84123-2436
30569960         Adam Coates, 13 Magdala Road, North Ryde, NEW SOUTH WALES 2113, AUSTRALIA
30569961     +   Adam Cohen, 1341 Jeanne Hills Dr, St. Louis, MO 63146-5431
30569962         Adam Cormican, 1 Churchview, Claregalway, CONNAUGHT H91 D2T4, IRELAND
30569963     +   Adam Crowder, 890 Timber Edge Dr., Sherman, IL 62684-9479
30569964         Adam Czapla, 1202 Dewey Ave Apt 1, Evanston, IL 60202-5811
30569965     +   Adam D Ramsey, 1217 Wabank Rd, LANCASTER, PA 17603-6846
30569966     +   Adam DAbrosca, 583 Fruit Hill Ave, North Providence, RI 02911-2134
30569967     +   Adam Davis, 308 S Colonial Ave, Apt B, Richmond, VA 23221-3522
30569969     +   Adam Dilmore, 2212 Myrtle St, Scranton, PA 18510-1533
30569970     +   Adam Dunckley, 3314 Danville Drive, Sparks, NV 89434-1748
30569971     +   Adam Elgammal, 103 Kennedy Blvd, Apt 4, Bayonne, NJ 07002-5271
30569972     +   Adam Elsharkawi, 560 Lincoln Street, 216B, Evanston, IL 60208-0001
30569973     +   Adam Erickson, 2109 Highland Drive, PAYETTE, ID 83661-3128
30569974     +   Adam Fall, 123 Woodwind Dr, Holland, MI 49424-8531
30569975         Adam Fedorowicz, 14407 Pecan Dr, Rockville, MD 20853-2330

30569976          Adam Felder, 9 SOUTH FRANKLIN STREET, CORTLAND, NY 13045-3109
30569977     +    Adam Fetch, 125 Cole blvd, Q, Saint Charles, MO 63301-5703
30569978     +    Adam Fisher, 1345 Sunshine Valley Way, Colorado Springs, CO 80921-3858
30569979     +    Adam Frede, 3508 Cheviot Ave, Cincinnati, OH 45211-5608
30569980          Adam Gale, 5 Emerald Lane, Apt. 702, Thornhill, ONTARIO L4J 8P7, CANADA
30569981     +    Adam Gandolfo, 54 Willet Avenue, Hicksville, NY 11801-1632
30569982          Adam Garcia-McCarthy, 2274 Matthews St NE, Brookhaven, GA 30319-3809
30569983     +    Adam Gibbons, 1192 N 250 E, Pleasant Grove, UT 84062-2971
30569984          Adam Glover, 1116 Tabernacle Church Rd, Candor, NC 27229-8268
30569985     +    Adam Gonzalez, 12157 San Fernando rd, Apt 211, Sylmar, CA 91342-5170
30569986     +    Adam Goodman, 2301 NE 211 Street, Miami, FL 33180-1046
30569987          Adam Gradisher, 576 Playa Linda Pl, Las Vegas, NV 89138-7524
30569988          Adam Grieger, 530 7th St Apt 205, Wichita Falls, TX 76301-6546
30569989          Adam Groff, 363 Limerick Center Rd, Pottstown, PA 19464-3423
30569990     +    Adam Harper, 3825 S Monaco Pkwy, Apt. 122, Denver, CO 80237-1201
30569992          Adam Hawkins, 128 Andover Road, Ludgershall, ENGLAND SP119NA, UNITED KINGDOM
30569991          Adam Hawkins, 732 Ordnance Road Tidworth, 732 Ordnance Road, Tidworth, England SP97QB, UNITED KINGDOM
30569993          Adam Heidbrink, 8301 Wendell Way, Lincoln, NE 68516-6390
30569994          Adam Heller, 406 Orlando Ave, Normal, IL 61761-1231
30569995     +    Adam Houston, 1032 Switchgrass Drive, Statham, GA 30666-1614
30569996     +    Adam J Van der Veer, 4503 Tompkins Avenue, Oakland, CA 94619-2826
30569997          Adam Joseph LeRoux, 35 Canterbury Lane, Fall River, Nova Scotia, B2T1A4, CANADA
30569998     +    Adam Kallas, 119 W Chestnut St, Suite 302, Bellingham, WA 98225-4389
30569999          Adam Kaplan, 10 Lingley Ln, Wayland, MA 01778-2330
30570000     +    Adam Keith, 7472 Totten Springs Drive, Westerville, OH 43082-8059
30570001          Adam Keller, 5151 SW 145th Ave, Southwest Ranches, FL 33330-2404
30570002          Adam Kinsella, 71, NOTTINGHAM, England NG11 9EP, UNITED KINGDOM
30570003          Adam Klimas, 129 Bowsprit Rd, Manahawkin, NJ 08050-5001
30570004          Adam Knave, 6405 SE 81st Ave, Portland, OR 97206-6372
30570005          Adam Kogan, 8215 126th Ave NE, Kirkland, WA 98033-8020
30570006     +    Adam Land, 43 S Kitley Avenue, Indianapolis, IN 46219-6711
30570007          Adam Laycock, 23 Wheathead Crescent, Keighley, England, BD22 6LX, UNITED KINGDOM
30570008     +    Adam LeBlanc, 916 West Belmont Ave, 2N, Chicago, IL 60657-4429
30570009     +    Adam Lescalleet, 1614 W 8th St, Austin, TX 78703-4706
30570010          Adam Lipinski, 178 Windmill Lane, Cheshunt, England, EN8 9AE, UNITED KINGDOM
30570011          Adam Lubinski, 46284 Jonathan Cir Apt 206, Shelby Township, MI 48317-3862
30570013          Adam Markham, 4 Manor Avenue, Hockliffe LU7 9LW, UNITED KINGDOM
30570014     +    Adam Martinez, 3134 San Angelo Ave, Simi Valley, CA 93063-1929
30570015          Adam May, 71 Scenic Drive, Beaconsfield, VICTORIA 3817, AUSTRALIA
30570016          Adam McBreen, 82 North Sudley Road, Liverpool, England, L17 0BQ, UNITED KINGDOM
30570017     +    Adam McDonald, 3650 E 103rd Cir, Apt. 8304, Thornton, CO 80229-8566
30570019          Adam Mertz, 4222 Polk St, Omaha, NE 68107-3753
30570020     +    Adam Mikulka, 5721 Morningside Ct, Virginia Beach, VA 23462-3210
30570021          Adam Monson, 9001 Science Center Dr, New Hope, MN 55428-4561
30570022     +    Adam Montasser, 2927 Rolling Fog Dr., Friendswood, TX 77546-3478
30570023     +    Adam Moore, 913 Mountain Brook ct, O fallon, MO 63366-5073
30570024     +    Adam Nichols, 100 Woodlore Point, Hot Springs, AR 71913-9794
30570025     +    Adam Olinger, 2785 N Speer Blvd, B-339, Denver, CO 80211-4219
30570026          Adam Pandula, Bors utca 75 2.a, Budapest 1173, HUNGARY
30570027          Adam Payne, Unit 2, 3-5 Howard Street, Reservoir, VIC 3073, AUSTRALIA
30570028     +    Adam Pezdek, 6642 Radio Dr, San Diego, CA 92114-1520
30570029          Adam Pollock, 34 Mossvale Park, Ballyclare, NORTHERN IRELAND BT39 9EW, UNITED KINGDOM
30570030     +    Adam Pryor, 16425 Harbor Blvd Apt 159, Apt 159, Fountain Valley, CA 92708-8305
30570031     +    Adam R Shakal, 14650 Irving Street, Broomfield, CO 80023-9432
30570032     +    Adam Rahl, 396 Woodard Pl, Powell, OH 43065-7480
30570033     +    Adam Ranusiewicz, 51 Harbor View Street, Dorchester, MA 02125-1325
30570034     +    Adam Raskoskie, 718 W Trade St, Unit 610, Charlotte, NC 28202-1349
30570035     +    Adam Raza, 150 Greenwich St, Floor 62, NY, NY 10007-2474
30570036          Adam Regini, 5087 Harvest Ln, Gibsonia, PA 15044-8241
30570037          Adam Richard, 102 Beringer Dr, Duson, LA 70529-4244
30570038     +    Adam Rogowski, PO box 328, Friday Harbor, WA 98250-0328
30570039     +    Adam Roth, 5 Aron Court, Ocean Township, NJ 07712-3740
30570040          Adam Rousseau, 5049 Ruby Dr, Gladwin, MI 48624-7701

30570041   + Adam S Crites, 204 Boone Rd Se, Apt 7, Salem, OR 97306-1968
30570042   + Adam S Grimes, 315 Dayton Street, Apt 814, Hamilton, OH 45011-1953
30570043   + Adam Saalinger, 1022 2nd St, Apt 11, Santa Monica, CA 90403-3628
30570044   + Adam Saavedra, 11476 Donner Pass Ct., Alta Loma, CA 91737-6533
30570045   + Adam Saldivar, 876 Sunset Ave, Evansville, IN 47713-1176
30570046   + Adam Sandilands, 715 Loma Dr, Hermosa Beach, CA 90254-4656
30570047   + Adam Scott, 5228B 12th Ave NE, Seattle, WA 98105-3548
30570048     Adam Sekora, 5712 S 41st St, Lincoln, NE 68516-2898
30570049   + Adam Simon, 2646 4th st, Santa Monica, CA 90405-4204
30570051   + Adam Smith, 3984 Pepper Drive, Rockford, IL 61114-7280
30570050   + Adam Smith, 141 Forest Avenue, Westwood, NJ 07675-3316
30570052   + Adam Spanier, 9983 Bent Tree Cir., Union, KY 41091-9092
30570053     Adam Sparks, 792 N French Rd, Buffalo, NY 14228-1973
30570054   + Adam Subong, 10031 NE 33rd St, Bellevue, WA 98004-1929
30570055   + Adam T Fetch, 125 Cole Boulevard, Q, Saint Charles, MO 63301-5703
30570056     Adam Tanner Kirk, 661 TOURNAMENT DR, CINCINNATI, OH 45244-1089
30570057     Adam Teeter, 1480 Dogwood Trl, Lewisville, TX 75067-3315
30570058     Adam Theriaque, 27 Jean Dr, Springfield, MA 01104-1619
30570059     Adam Thompson, 30 undergreens road, Barrow-in-Furness, ENGLAND LA144HN, UNITED KINGDOM
30570060     Adam Tripi, 177 Winter St, North Andover, MA 01845-1305
30570061   + Adam Walp, 450 Follies Rd, Dallas, PA 18612-9519
30570062   + Adam Ward, 206 West William Street, Apt. 4, DE, OH 43015-2470
30570063   + Adam Warrix, 401 Arcadia Ct, Fort Wayne, IN 46807-2003
30570064     Adam Wellin, Northern Store NT, PO Box 186, Behchoko, NT X0E 0Y0, CANADA
30570065     Adam Wellin, PO box 186, Behchoko, NT X0E 0Y0, CANADA
30570067     Adam Wilson-Artz, 2448 Echo Valley Dr, Stow, OH 44224-2710
30570068   + Adam Wright, 4111 Foley Glen Ct, Fenton, MI 48430-3437
30570069     Adam Zdunczyk, ul. Grojecka 14a, Apt. 22, Warszawa, MAZOWIECKIE 02-301, POLAND
30569948     Adam and Kelly Rose Garza-Titchenal, 9575 Poppy Way, Arvada, CO 80007-1200
30570070     Adamegan Fernandez, 1465 Park Ave Apt 303, NY, NY 10029-3889
30570071     Adams Home, 1133 Regal Ridge Dr, El Paso, TX 79912-7431
30570072   + Adan Coria Jr, 365 ORCHARD AVE, PO BOX 234, EDEN, ID 83325-0234
30570073     Adara Ceja Albarran, 684 Prairie Star Cir, Colorado Springs, CO 80916-5551
30570074   + Adarsh Kumar Nagendra, 7 Michael Rd, Apt F, New London, CT 06320-2415
30570075   + Addicus Simpson, 620 Fox Rd, Knoxville, TN 37922-3313
30570076     Addie Amarant, 2367 VENNIE LN, SANTA ROSA, CA 95401-9121
30570077   + Addie Arey, 9 Valley Oak Ct, o fallon, MO 63368-7089
30570078   + Addie Eber, 6708 NW Evans Ave, Kansas City, MO 64151-2114
30570079   + Addison Brueck, 19754 6th PL NW, Shoreline, WA 98177-2531
30570080     Addison Diehl, 9110 Judicial Dr Unit 8314, San Diego, CA 92122-6716
30570081   + Addison Farris, 2151 senasac ave, long beach, CA 90815-3310
30570082     Addison Fithen, 261 County Road 749, Jonesboro, AR 72405-7084
30570084     Addison Grace, Addison Grace, c/o Alternate Side, Los Angeles, CA 90045
30570085   + Addison Higgins, 814 SE Riverside Drive, Evansville, IN 47713-1129
30570086   + Addison Kottas, 682 County Road 20, Ceresco, NE 68017-4055
30570087     Addison Roop, PO Box 124, Campbellsburg, IN 47108-0124
30570088   + Addy Bruce, 12300 Se 33rd Place, Choctaw, OK 73020-6188
30570089   + Addy Ingram, 6500 Wolfcreek Pass, Austin, TX 78749-1826
30570090     Addyson Reese, 10 Octavia Way, Safety Harbor, FL 34695-5217
30570091     Adel Manji, 1490 Delia Crescent, Ottawa, Ontario, K4A 2Y3, CANADA
30570092   + Adela Lewis, 1705 West Temple Street, Chandler, AZ 85224-2647
30570093     Adela Wardlow, 10691 TIGERTON LN, CHARLOTTE, NC 28269-1448
30570094     Adelaide Palmer, 302 Woodstock St, Cement City, MI 49233-9753
30570095   + Adele Beesley, 16215 E Phillips Dr., Englewood, CO 80112-4603
30570096     Adele Liddle, 12 Whitegables Court, Ayr, Scotland KA6 7BF, UNITED KINGDOM
30570097     Adele Strauss, 3639 Lanark Rd, Coopersburg, PA 18036-9322
30570098   + Adelina Marie Lancianese, 121 Stover Rd, Mount Hope, WV 25880-9517
30570099     Adeline Adkins, 285 Old White Dr, Lewisburg, WV 24901-1046
30570100   + Adeline Harden, 3615 Bradford Ct, Apt B, Kokomo, IN 46902-8446
30570101     Adelle Millhouse, 5 Wise St, Apt. 5, Australian Capital Territory, 2612, AUSTRALIA
30570102     Adelle Sutton, 7292 Highway 1401, Garfield, KY 40140-5022
30570103     Adem Saleh, 45/1 Shortland Street, Telopea, NEW SOUTH WALES 2117, AUSTRALIA
30570104   + Adem Savasir, 530 Blue Mountain Rise, Canton, GA 30114-5713

30570105  + Aden Concepcion, 625 Raritan Avenue, Perth Amboy, NJ 08861-2417
30570106  + Aden Leonard, 1506 22nd Street South, Arlington, VA 22202-1512
30570107  + Aden Richardson, 57 outlaw hill, livingston, MT 59047-8961
30570108  + Aden Rusch, 270 Cowart Mountain Trail, Waleska, GA 30183-2240
30570109    Adhemar Ennis, 69424 Indiana 23, Walkerton, IN 46574
30570110  + Adi Ben-Yehoshua, 25 E 40th Street, Unit 1J, Indianapolis, IN 46205-5604
30570111  + Adina Mata, 6924 Almeda ave, Arverne, NY 11692-1102
30570112    Adina Simpson, 10751 MEADOWGLEN LN APT 49, HOUSTON, TX 77042-4044
30570113    Adira Samaroo, 105 Richmond Ter, Rahway, NJ 07065-1513
30570114  + Aditya Sriram, 16161 Northup Way, Bellevue, WA 98008-2542
30570115  + Adline Industries Inc, 3777 Depot Rd, Ste 419, Hayward, CA 94545-2762
30570116  + Admatch Regal, 270 North Avenue, New Rochelle, NY 10801-5136
30570117  + Adolfo Lopez, 2358 South Ridgeway Avenue, Chicago, IL 60623-3027
30570118  + Adora's Cleaning Service, 500 N. Randall Rd, PO Box 43, Batavia, IL 60510-0043
30570119    Adrean Salinas, 107 Willow Ct, Parma, ID 83660-5003
30570120    Adria King, 68 Green St, Bath, ME 04530-2419
30570121    Adriaan van Dijk, Walenburg 18, Leusden, UTRECHT 3834AL, NETHERLANDS
30570122    Adrian Be z, Aleja Wojska Polskiego, 130b, Zary 68-200, POLAND
30570123    Adrian Carlson, 2565 W Erie Rd, Temperance, MI 48182-9433
30570124    Adrian Clarke, 1909 Matterhorn Drive, Pine Mountain Club, CA 93222
30570125    Adrian Davis, 22 Griffith Street, Sandgate, QLD 4017, AUSTRALIA
30570126  + Adrian Davitz, 4115 Shirley Drive, Belleville, IL 62226-5621
30570127    Adrian Erni, 3850 9th Ave, Box 4342, Smithers, British Columbia, V0J2N0, CANADA
30570128    Adrian Frausto Segovia, Rufino tamayo 1916 contry las aguilas, Guadalupe, NUEVO LEON 67174, MEXICO
30570129    Adrian Gorman, 2504 N Russet St, Red Bin Around Right Side Gate, Portland, OR 97217-6264
30570130  + Adrian Herrera, 4328 Albury ave, lakewood, CA 90713-2537
30570131    Adrian Ireland, 11 Jurien Cl, Warnbro, WESTERN AUSTRALIA 6169, AUSTRALIA
30570132  + Adrian Jimenez, 13400 Lomas Blvd NE Apt. G236, Albuquerque, NM 87112-6251
30570133    Adrian Keen, Paddock, Southcoomb Road, Lower Downgate, Callington, ENGLAND PL17 8JZ, UNITED KINGDOM
30570134  + Adrian M Villagran, 871 West Schallert Street, RIALTO, CA 92376-1506
30570135  + Adrian McChesney, 1419 Salt Springs Rd, Foery Hall, Syracuse, NY 13214-1301
30570136    Adrian Mortensen, Lindtjenn, Apt. 19, Sundebru, AGDER 4993, NORWAY
30570137    Adrian Mortensen, Lindtjenn 19, Sundebru, AGDER 4993, NORWAY
30570138  + Adrian Nelson, 4820 Stella Ct, Unit 40, Hobart, WI 54155-9310
30570139  + Adrian P Alt, 101 Hiawatha Ave, Apt 1, Santa Cruz, CA 95062-3653
30570140    Adrian Perez, 342 Gertrude St, Elgin, IL 60123-7402
30570141    Adrian Placencia, 484D Boul. Le Bourg-Neuf, Repentigny, QUEBEC J5Z4N1, CANADA
30570142    Adrian Plesner, Stigsborg bakke 31, 44987, N rresundby, Nordjylland 9400, DENMARK
30570143    Adrian Plona, S owackiego 27/33, Apt. 19, Warszawa, Mazowieckie, 01-592, POLAND
30570145  + Adrian Roberts, 3305 E Rome Blvd, North Las Vegas, NV 89086-1309
30570146  + Adrian Shannon, 3411 Shannon Drive, Baltimore, MD 21213-1824
30570147    Adrian Smith, 9396 E Aspenwood Dr, Claremore, OK 74019-0828
30570148  + Adrian Townsend-Pope, 4731 Lower River Road, Lewiston, NY 14092-1050
30570149  + Adrian Vargas, 917 Gates Avenue, Apt. 3, Brooklyn, NY 11221-2845
30570144  + Adrian riley Dubois, 5827 Tree Farm Road, Panama City, FL 32404-5085
30570150    Adriana Bariteau, 792 Old County Rd, Westport, MA 02790-1167
30570151    Adriana Botley, 13953 Bermax Ave, Sylmar, CA 91342-1736
30570153    Adriana Garcia, 5149 Clara St, Cudahy, CA 90201-4404
30570154  + Adriana Genit Velez, 453 Central Ave, 3 L, Jersey City, NJ 07307-2763
30570155    Adriana Oliver, 10 Layton Rd Apt 87, Sussex, NJ 07461-1811
30570156  + Adriana Reyes, 2008 W 16th St, Sanford, FL 32771-3113
30570157    Adriana Sanchez, 1390 Dinsmore St, Simi Valley, CA 93065-4419
30570158  + Adriana Turner, 111 Talisman Way, Apt #204, Raleigh, NC 27615-4957
30570159    Adriana Webber, 1148 N Country Acres Ave, Wichita, KS 67212-3009
30570160  + Adrianah Leonhardt, 325 York Ave, Lansdale, PA 19446-3515
30570161    Adriane Casalotti, 6305 3rd St NW, WA, DC 20011-1313
30570162    Adrianna Alejo, 14451 W E St, Kerman, CA 93630-1902
30570163  + Adrianna Hull, 1040 north state st, Suite 2, Greenfield, IN 46140-1272
30570164    Adrianna Karagiotis, 485 45e rue ouest, Apt. 8, QUEBEC, QUEBEC G1H5E8, CANADA
30570165    Adrianna Molina, 1858 Two Turn Rd, Shippensburg, PA 17257-9236
30570166    Adrianna Rios, 12505 Heatherton Ct Apt 86, San Diego, CA 92128-5146
30570167    Adrianna Saenz, 31155 Bulverde Hills Dr, Bulverde, TX 78163-2192
30570168    Adrianna Sola, 395 Old Orchard Dr, Essexville, MI 48732-9636

District/off: 0752-1                          User: admin                                    Page 10 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                 Total Noticed: 30719

30570169        Adrianne Driscoll, 5550 Trish Ct, Redding, CA 96003-2788
30570170        Adriano Boccia, Via Risorgimento 16, Striano, Napoli 80040, ITALY
30570171        Adriel Vigniero, 205 Hampstead St, Methuen, MA 01844-1235
30570172        Adrien Holleran, 3805 Gardner Ave, Cincinnati, OH 45236-3344
30570173        Adrien Mazaudier, LA LIBRAIRIE DU TRAMWAY 92 rue Moncey, LYON, RHONE-ALPES 69003, FRANCE
30570174        Adrien Rodriguez, 1549 EAGLE ST, SANTA MARIA, CA 93454-7246
30570175        Adriene Wright, 1021 Sable Mist Ct, Las Vegas, NV 89144-1633
30570176    +   Adrienne Arlington, 2326 Bostic dr, APT 303, Charleston, IL 61920-4933
30570177        Adrienne Clifford, 4502 Copeland Loop Unit 103, Highlands Ranch, CO 80126-7451
30570178        Adrienne Reagan, 2141 Cartmill Dr, Powell, TN 37849-5399
30570179    +   Adrienne Spring, 3638 Grandin Rd, Roanoke, VA 24018-2055
30570180    +   Adrienne Wakser, 692 ridgeside drive, Golden, CO 80401-5758
30570182    +   Advanced Roofing & Woodworking Inc., 29 W 225 North Ave, West Chicago, IL 60185-1340
30570183    +   Advantage Emblem, 4313 Haines Rd, Duluth, MN 55811-1542
30570184        Aeden Farnsworth, 11527 Turtle Ln, Austin, TX 78726-1827
30570185    +   Aeden Williams, 15235, West 9 Mile Rd, Oakpark, MI 48237-2512
30570198    +   Aeia Root, 4945 Mark Dabling Boulevard, LOT 130, COLORADO SPRINGS, CO 80918-6000
30570199        Aerin Washington, 77 Broadway Lowr Level, Barnes & Noble Student Package Center, New Haven, CT 06511-3491
30570200    +   Aeris Lopez, 2355 Vigo St, Lake Station, IN 46405-2528
30570201    +   Aesthetics Embroidery and Designs, 13265 Yorba Ave Unit D, Chino, CA 91710-4086
30570203    +   Affan Nazeer, 2114 McCormick Rd, Apt 409, West Lafayette, IN 47906-6672
30570204    +   Afra Annan, 34-10 84th st, E42, Jackson Heights, NY 11372-3142
30570205        Africa Jimenez, 900 Howard Ave Spc 49, Escondido, CA 92029-2028
30570206        Afton Jagels, 13161 Hadley St Apt 2416, Overland Park, KS 66213-5162
30570207    +   Aftyn Lavoie, 269 W Pownal Rd, North Yarmouth, ME 04097-6814
30570208        Agali Chacon, 645 E Lincoln Ave, Des Plaines, IL 60018-1458
30570209        Agata Hursztyn, 33 Elderwood Avenue, Boreenmanna Road, Cork, Cork T12 WC89, IRELAND
30570211    +   Agora Theatre, 5000 Euclid Avenue #101, Cleveland, OH 44103-3750
30570213        Agustin Aranda, 11925 Sunset Path, Helotes, TX 78023-2071
30570214    +   Ahmad Al-Najjar, 9131 Thomas Ave, Bridgeview, IL 60455-2604
30570215    +   Ahmad Ismail, 7189 Floyd Ave, B, Jblm, WA 98433-1950
30570216    +   Ahmad Osman, 900 N 9th St, Apt. 503, Philadelphia, PA 19123-1224
30570217        Ahmaria Hollowell Ahmaria Hollowell, N76W15580 Countryside Dr, Menomonee Falls, WI 53051-4276
30570218        Ahmed Al Harthi, 8 Al Muthaqaf st, Al Shawamkh, Abu Dhabi, UNITED ARAB EMIRATES
30570220    +   Ahntoinette Buenaflor, 705 Coyote Street, Milpitas, CA 95035-3822
30570221        Ai Winters, 54 Highbury Road, Highbury, Wellington, Wellington 6012, NEW ZEALAND
30570222    +   Ai Y Nakamura, 156 N 10th St, San Jose, CA 95112-3419
30570223    +   Aibai Tarrant, 506 Virginia ter, Madison, WI 53726-5348
30570224    +   Aidan Baker, 9027 Treyburn Dr., Charlotte, NC 28216-1765
30570225    +   Aidan Bates, 35 ridgemont Dr, Adrian, MI 49221-8337
30570226        Aidan Bridwell, 664 S Brampton Ave, Rialto, CA 92376-6913
30570227        Aidan Carvalho, 138 Royal Rd NW, Edmonton, ALBERTA T6J 2E7, CANADA
30570228    +   Aidan Chapple, 337 Vista Drive, Shavertown, PA 18708-9317
30570230    +   Aidan Collins, 29 Mount Vernon St, Haverhill, MA 01830-6006
30570231        Aidan Cook, 2 Lovelady Court, Tynemouth, ENGLAND NE30 4RP, UNITED KINGDOM
30570232    +   Aidan Dang, 115 Pigeon Ln., Fountain Valley, CA 92708-5723
30570233        Aidan Fuciarelli, 38444 Palmer Rd, Westland, MI 48186-9395
30570234    +   Aidan Gallivan, 2285 University Ave W, Apt. 111, St. Paul, MN 55114-1636
30570235        Aidan Gannon, 946 Concession Street, Hamilton, Ontario, L8V 1G2, CANADA
30570236    +   Aidan Garcia, 2560 Saint James Place, Round Rock, TX 78665-4020
30570237    +   Aidan Haddix, 1207 Northcraft Ct, Franklin, IN 46131-9239
30570238    +   Aidan Hunder, 1732 Hydrangea Rd NW, Palm Bay, FL 32907-8780
30570239    +   Aidan Inglish, 329 atlantis, Kyle, TX 78640-5853
30570240    +   Aidan Inman, 900 broken feather Trail, # 75, Pflugerville, TX 78660-3506
30570241    +   Aidan J Frawley, 3108 Swallow Place, Fort Collins, CO 80525-2738
30570242    +   Aidan Jones, 1607 Riverside Boulevard, Apt. 2, Norfolk, NE 68701-2284
30570243    +   Aidan K Hibdon, 8567 Frosty Rose Drive, Avon, IN 46123-7281
30570244    +   Aidan Kiley, 307 Roosevelt Road, Apartment O, East Rochester, NY 14445-2061
30570245    +   Aidan Kormanik, 3900 Moorpark Ave, Apt 84, San Jose, CA 95117-1810
30570246    +   Aidan La, 2719 W Lizzi cove, South jordan, UT 84095-7961
30570247        Aidan Lindsay, 5330 W 159th Ter, Stilwell, KS 66085-8961
30570248    +   Aidan Marsh, 1780 Old Glory Blvd, Melbourne, FL 32940-6794
30570249    +   Aidan Marsh, 3298 Garrison Way, Live Oak, CA 95953-9454

30570250    +  Aidan Maurer, 5059 Sherier Pl NW, WA, DC 20016-3327
30570252    +  Aidan McDevitt, 1479 18th ave, Williamstown, NJ 08094-4540
30570254       Aidan Miller, 718 W 4th Ave, Mitchell, SD 57301-2405
30570255    +  Aidan Mitchell, 102 W Paseo de Cristobal, San Clemente, CA 92672-4225
30570256       Aidan Moran, 508 Oakwood Dr, Chesterton, IN 46304-2995
30570257       Aidan Nickel, 20 Oaktree Dr, East Moriches, NY 11940-1427
30570258       Aidan Nodwell, 14 Whimsical Lake Crescent, Halifax, NOVA SCOTIA B3P2R2, CANADA
30570259    +  Aidan Obiedo, 2917 Morgan Ave, Unit 3, Oakland, CA 94602-3479
30570260       Aidan Phillips, 2726 Lilac St, Pasadena, TX 77503-3912
30570261    +  Aidan Polischak, 1533 Mount Evans Drive, Longmont, CO 80504-3026
30570262    +  Aidan Richter c/o Kevin Richter, 6 Alderberry Court, Sacramento, CA 95835-1381
30570263       Aidan Robertson-George, 10650 WORCHESTER DR, COMMERCE CITY, CO 80022-7014
30570264       Aidan Russo, 1955 1st Ave Apt 206, NY, NY 10029-6439
30570267    +  Aidan Sanders, 1909 Rio Grande Street, Unit 1201A, Austin, TX 78705-5688
30570268    +  Aidan Scheck, 1376 Columbine St, Apt 201, Denver, CO 80206-2338
30570269       Aidan Shokat-Fadai, 19140 Blackhawk St, Porter Ranch, CA 91326-3300
30570270       Aidan Singh, Gannett Hall, Room 215, Orono, ME 04473
30570273    +  Aidan Vandiver, 219 W Washington St, Muncie, IN 47305-1632
30570274    +  Aidan Wagers, 1007 mcdonald, Missoula, MT 59801-8503
30570275    +  Aidan Windorf, 98 Perkins Street, Somerville, MA 02145-3347
30570276       Aidan Woodruff, 913 Lingle Ave, Owosso, MI 48867-4531
30570277    +  Aidan Woolley, 3708 Hickory Hill Dr., Somerset, KY 42503-9106
30570278    +  Aidan Wren, 4601 S Balsam Way, Apt 1724, Littleton, CO 80123-5447
30570279    +  Aiden Ball, 355 Chesapeake Ave, Newport News, VA 23607-6040
30570280    +  Aiden Bennett, 17 Squires Lane, Candler, NC 28715-7418
30570281    +  Aiden Brewer, 21 Hull Ln, Millville, DE 19967-6760
30570282       Aiden Culbertson, 20 Malaren Rd, Maple, ON L6A 1E5, CANADA
30570283    +  Aiden D'Ambrosio, 28431 West Monterey Ct., Castaic, CA 91384-4701
30570284    +  Aiden Ditmars, 46 Madison Ave, Mount Holly, NJ 08060-2034
30570285       Aiden Duarte, 907 N 62nd St, Waco, TX 76710-4309
30570286    +  Aiden Eckenrode, 303 Schoolhouse Rd, Tunkhannock, PA 18657-5910
30570287       Aiden Formento, 690 Town Bank Rd, Cape May, NJ 08204-4413
30570288    +  Aiden Hall, 6500 Ep True Pkwy, Apt. 2310, West Des Moines, IA 50266-5261
30570289       Aiden Jefferson, 1325 Dalton Dr, Eugene, OR 97404-2808
30570290    +  Aiden Klausmann, 4515 St. Andrews crest Dr., Cumming, GA 30040-9365
30570291       Aiden Kraemer, 20 Emma St, West Launceston, TAS 7250, AUSTRALIA
30570292    +  Aiden L Klein, 3775 Uranus Ave, Lompoc, CA 93436-1927
30570293    +  Aiden Madison, 9 Owen Dr, Barre, VT 05641-9735
30570294       Aiden Maher, 2424 N Cincinnati St, Spokane, WA 99207-2617
30570295       Aiden Mott, 642 University Drive, 310 Governors Hall, Eau Claire, WI 54701
30570297    +  Aiden Schneider, 1345 Wenlon Dr., Apt. 1111, Murfreesboro, TN 37130-7617
30570298    +  Aiden Smittle, 7148 Blossom Lake Way SE, Salem, OR 97317-8930
30570299       Aiden Thrien, 88 Swindon way, Apt. 211, Winnipeg, MANITOBA R3P 1V6, CANADA
30570300    +  Aiden Torres, 907 170th St, Hammond, IN 46324-2022
30570301    +  Aiden Trevino, 160 SAND HILL RD, Grandview, WA 98930-9451
30570302    +  Aiden Venegas, 5216 Truman Ln, Pasco, WA 99301-8458
30570303    +  Aidoneus Quinn, 301 Prospect Street, Alton, IL 62002-6154
30570304       Aileen Bjelland, 76 Lexington Ave, Malverne, NY 11565-2316
30570305       Aileen Cunningham, 6778 San Moore Dr, Pinson, AL 35126-4113
30570306       Aileen Yap MD, 117 Haman Ct, Roseville, CA 95678-7553
30570308       Aimee Young, 30451 W Picadilly Rd, Buckeye, AZ 85396-6641
30570309    +  Aimee Brandon, 649 Caughlin Glen, Reno, NV 89519-0643
30570310       Aimee Conway, 214 Melbourne Ave, Winnipeg, MANITOBA R2K1A8, CANADA
30570311       Aimee Edler, 2545 NW 99th Ave, Coral Springs, FL 33065-6220
30570312       Aimee Gaskill, 439 W Main St, Waverly, TN 37185-1112
30570313       Aimee Giles, 5902 Kayview Dr, Austin, TX 78749-2840
30570314    +  Aimee Kelly, 3736 SW Monroe St., Seattle, WA 98126-3463
30570315       Aimee Mcclure, 2013 Alabama Ave, Fort Wayne, IN 46805-4403
30570316    +  Aimee Rabino, 21 6th Avenue, atlantic highlands, NJ 07716-1301
30570317       Aimee Registe, 6806 RUSKIN ST, SPRINGFIELD, VA 22150-2041
30570318    +  Aimee Russell, 1431 Alhambra Way South, Saint Petersburg, Saint Petersburg, FL 33705-4623
30570319       Aimee Siluk, 1142 REDHAVEN DR, FORT MILL, SC 29715-8162
30570321       Aina Daize, Celtnieku 42, Apt. 29, GROBINA, Dienvidkurzemes novads LV3430, LATVIA

30570322    + Ainsley Rose Lane, 929 East Jones Street, Raleigh, NC 27601-1203
30570323    + Ainsley Wawro, 11021 N 59th Ln, Glendale, AZ 85304-3752
30570324      Air leth Aharon Altman, 69 Pendrith Street, Toronto, ONTARIO M6G-1R8, CANADA
30570326      Aisha Etheridge, 5361 N ALPINE RDG, STEVENSVILLE, MI 49127-1354
30570327      Aisling Zhao, 321 10th Ave S Apt 613, Seattle, WA 98104-3716
30570328      Aislinn Lawlor, 10020 UNIV VLG BLVD UNIT B, CHARLOTTE, NC 28262-9244
30570329    + Aiydan Harris, 1721 S Ruble St, Chicago, IL 60616-1132
30570330      Aj Aj, 1805 Resistol Dr, Reno, NV 89521-6229
30570336      Aj Hahn, Level 4, 233 Castlereagh Street, Sydney, NSW 2000, AUSTRALIA
30570338      Aj Langan, 7426 Saint Peters Rd, Macungie, PA 18062-9166
30570343    + Aj Roberson, 600 HARRIS Pl, Louisville, KY 40222-6706
30570344      Aj Salinas, 3802 Texas Dr, Dallas, TX 75211-8529
30570345    + Aj sarli, 1506 Dolores Del rio, Mission, TX 78572-7103
30570347      Aja Pryor, 95 Cedar Ln Apt 21D, Florence, NJ 08518-2910
30570348    + Ajay Sameer, 4283 Express Lane, Suite 8568-279, Sarasota, FL 34249-2602
30570349    + Ajay Singh, 1448 Elbridge st, Philadelphia, PA 19149-2739
30570350      Ajay Singh, 4 diane ct, Brampton, Ontario, L6Y 3E3, CANADA
30570351    + Ajith Joseph, 4047 NW 89th Way, Hollywood, FL 33024-8713
30570353    + Aketzali Andrade, 805 south gold st, Centralia, WA 98531-3829
30570354      Akilah Flaherty, 2524 Galena Dr Apt 6, Greenwood, IN 46143-6040
30570355      Akilesh Praveen, 930 Elizabeth St Apt 3, San Francisco, CA 94114-3159
30570357    + Akita Plynton, 206 Nautilus Dr, Apt 307, New London, CT 06320-3151
30570358      Akriti Rosier, 17W714 Butterfield Rd Apt 218, Oakbrook Terrace, IL 60181-4352
30570359      Akshaya Neelamegam, 5106 Damiano Ct, Pleasanton, CA 94588-4135
30570360    + Al Jones, 123 Antler Dr, Wytheville, VA 24382-5873
30570363      Al Sigg, 114 Redwood Rd, Mansfield, OH 44907-2454
30570364    + Al Wirthwein, 6431 Sunset Lane, Indianapolis, IN 46260-4634
30570361    + Al kaelin, 300 fairview ave, Apt. 8, Dayton, KY 41074-1519
30570366      Al-Qaiyum Bin Omar, 2/9 Hanoe Ct, Bilingurr, WA 6725, AUSTRALIA
30570368    + Alahna Marquez-Panes, 44562 Johnston De, Temecula, CA 92592-1175
30570369    + Alain Lecaro, 68270 Terrace, Cathedral City, CA 92234-2133
30570370    + Alaina Dabson, 3430 List Pl, Apt 506, Minneapolis, MN 55416-4581
30570371    + Alaina Emde, 1001 Taylor Ave N, Apt. 301, Seattle, WA 98109-3835
30570372      Alaina Meyer, 8240 Bell Rd, Lenexa, KS 66219-1632
30570373      Alaina Rousseau, 10 Mansure Rd, Chaplin, CT 06235-2507
30570374      Alaina Stone, 3868 Inglewood Blvd, Los Angeles, CA 90066-4503
30570375    + Alainna Roberts, 309 Davis Street, Rockwood, TN 37854-3220
30570376      Alan Cupino, 724 Buckingham Sq, #602, Skyforest, CA 92385
30570377    + Alan Dominguez, 430 N. King Ave, Unit N, Wilmington, CA 90744-5158
30570378    + Alan Greene, 949 ABERDEEN AVE NE, D314, RENTON, WA 98056-4811
30570379    + Alan Higby, 449 S Evaline St Apt 3, Pittsburgh, PA 15224-2243
30570380    + Alan Juarez, 173 Southridge Ln, Westfield, IN 46074-9491
30570381      Alan Krieger, 1129 ALLEN ST, SOUTH BEND, IN 46616-1532
30570382      Alan Lee, 358 Palmetto Rd, Lewisburg, TN 37091-4931
30570383      Alan McKinney, 727 Milwaukee Ave Apt 5, Dunedin, FL 34698-7148
30570384      Alan Nilprakobkul, 25 AShburton Drive, Gosnells, Western Australia, 6110, AUSTRALIA
30570385      Alan Phang, Sengkang West Way, BLK 451A, #14-371, Sengkang West Way, Blk 451A, #14-371, Singapore, 791451, SINGAPORE
30570386    + Alan Richardson, 3350 El Bordo Rd SE, Deming, NM 88030-2116
30570387    + Alan Siegler, 319 3rd Street, #4L, Brooklyn, NY 11215-2876
30570388    + Alan Tepango, 214 Mayer Ave, Wheeling, IL 60090-2738
30570389      Alan Thomson, 104 High Street, Montrose, SCOTLAND DD10 8JE, UNITED KINGDOM
30570390      Alan Vo, 16143 Birchwood Way, Orlando, FL 32828-6922
30570391      Alan Wadey, 18 COOTES AVENUE, HORSHAM, ENGLAND RH122AH, UNITED KINGDOM
30570392      Alan Wright, 10 Lymington Drive, Ruislip, ENGLAND HA4 7EZ, UNITED KINGDOM
30570393    + Alana Cook, 6724 Friends Ave, Whittier, CA 90601-4432
30570395    + Alana Noble, 32963 Regina Drive, Temecula, CA 92592-1499
30570396      Alanah Davis, 7233 PENN AVE APT 1B, PITTSBURGH, PA 15208-2537
30570397    + Alanah Pearce, 1035 figueroa terrace, Apt 15, Los Angeles, CA 90012-4606
30570398      Alanna Tran, 453 Greathouse Dr, Milpitas, CA 95035-2816
30570399    + Alanna Woitalla, PO Box 1922, 2 East South Street, Galesburg, IL 61401-4938
30570400      Alannah Marsh, 2169 4th St E, Saint Paul, MN 55119-6410
30570401      Alannah Myers, 4260 Ridge Dr, Pittsburg, CA 94565-6034
30570402    + Alaska Center for the Performing Arts, I, 621 W 6th Ave, Anchorage, AK 99501-2256

| | | |
|---|---|---|
| 30570403 | | Alayna Hume, 6412 Faris Way, Louisville, KY 40272-4415 |
| 30570404 | | Alayna Lauritsen, 6552 W Forrester Rd, La Porte, IN 46350-9696 |
| 30570405 | + | Alayu Alemu, 25304 w 95th lane, Apt. 2108, Lenexa, KS 66227-7366 |
| 30570406 | | Alba Rocio Marin Bermudez, c/ Carlos Brujes 6 D, 2 IZQ, Sevilla, Sevilla 41013, SPAIN |
| 30570407 | | Albandari Almarri, Jubail, Al Jubail 31961, SAUDI ARABIA |
| 30570408 | + | Albert Beechler, 112 MATFIELD ST, West Bridgewater, MA 02379-1342 |
| 30570409 | | Albert Bugdol, Mauergasse 3, Bad Langensalza, Thuringia, 99947, GERMANY |
| 30570410 | + | Albert Cabrera, 11050 Bryant St, Space 180, Yucaipa, CA 92399-3025 |
| 30570411 | + | Albert Escobedo Jr, 11410 Remsen, San Antonio, TX 78251-3230 |
| 30570412 | + | Albert Escobedo Jr, 11410 Remsen St., San Antonio, TX 78251-3230 |
| 30570413 | + | Albert Gallardo, 2318 Howe Street, A, Berkeley, CA 94705-1924 |
| 30570414 | + | Albert Ghazalian, 29752 Melinda Rd, Apt. 1721, Rancho Santa Margarita, CA 92688-3468 |
| 30570415 | + | Albert Huerta, 10444 Virginia Ave, Apt 205, Whittier, CA 90603-2538 |
| 30570416 | + | Albert J Frankenberg, 522 main st, Bally, PA 19503-9628 |
| 30570417 | + | Albert Serafino, 157 Harkness Ave, Springfield, MA 01118-2223 |
| 30570418 | | Albert Wang, 812 Ritchie Blvd, Staunton, VA 24401-4978 |
| 30570419 | | Albert, Cory, 3610 Rushing Blvd, Corpus Christi, TX 78410-4322 |
| 30570421 | | Alberto Cocco, Via Antonio Franzolin 42, Apt. 1, Bagnoli di Sopra, PD 35023, ITALY |
| 30570422 | + | Alberto Romagnolo, 2856 Elm St, San Diego, CA 92102-1410 |
| 30570423 | | Alberto Serrano, 111 Davisville Avenue, Unit 501, Toronto, Ontario M4S 1G5, CANADA |
| 30570424 | + | Alberto Valenzuela Ramirez, 8608 Blair Rd, Mint Hill, NC 28227-7639 |
| 30570425 | + | Alberto Villagomez, 580 Forsythe Ave, Calumet city, IL 60409-3696 |
| 30570426 | + | Albie Bjornberg, 500 S. State St, Unit H, Bellingham, WA 98225-6134 |
| 30570427 | | Albin Lundahl, 32 Granville Street, Flat 1/2, Glasgow, SCOTLAND G3 7DR, UNITED KINGDOM |
| 30570428 | | Albin Lundahl, 32 Granville Street, Flat 1/2, Glasgow, SCOTLAND G37DR, UNITED KINGDOM |
| 30570429 | | Alda Gudjonsdottir, Keizersgracht 333, Apt. 1, Amsterdam, NORD-HOLLAND 1016EG, NETHERLANDS |
| 30570430 | + | Alden B Blevins, 400 Cayland Ct, Chesapeake, VA 23322-3624 |
| 30570431 | | Alden Bonecutter, 617 E 6TH AVE, DENVER, CO 80203-3805 |
| 30570432 | + | Alden Smith, 4391 Gardena Drive, Riverside, CA 92506-2026 |
| 30570434 | + | Aldo Rodriguez, 711 William St, Unit 308, Houston, TX 77002-1175 |
| 30570435 | | Aldrian Ramos, 150 Coville Close NE, Calgary, Alberta, T3K 5V9, CANADA |
| 30570437 | | Alea Stephen, 2115 E 14th Ave Apt 9, Denver, CO 80206-2133 |
| 30570438 | + | Alea Tomassetti, 51 Hidden Mesa Ct, Henderson, NV 89012-4424 |
| 30570439 | + | Aleasha Klegerman, 23262 N Apple Hill Ln, Lincolnshire, IL 60069-2822 |
| 30570440 | | Aleatha Salo, 711 Hedin Ave, Ironwood, MI 49938-2303 |
| 30570441 | + | Alec Benjamin, 576 Highland Ave NE, Atlanta, GA 30312-1347 |
| 30570442 | + | Alec Branch, 607 S 176th St., Burien, WA 98148-1630 |
| 30570443 | + | Alec Brewer, 11025 Laurel Cir, Omaha, NE 68164-1556 |
| 30570445 | + | Alec Brill, 411 W 3rd, Chanute, KS 66720-2215 |
| 30570444 | + | Alec Brill, 411 W 3rd Street, Chanute, KS 66720-2215 |
| 30570446 | + | Alec Carresse, 30 Bennington Square, Hackettstown, NJ 07840-4207 |
| 30570447 | + | Alec Chapman, 318 River Club Dr, Roseburg, OR 97471-8993 |
| 30570448 | + | Alec Covey, 460 S Main St, Apt 9B, North Syracuse, NY 13212-3011 |
| 30570449 | | Alec Darnell, 1345 Wenlon Dr Apt 4331, Murfreesboro, TN 37130-7756 |
| 30570450 | | Alec Dierksheide, 8148 BRETON CIR, FORT MYERS, FL 33912-4649 |
| 30570451 | | Alec Drake, 9562 INDIAN BEECH AVE NW, CONCORD, NC 28027-3573 |
| 30570452 | | Alec Farmer, 1851 Steamboat Pkwy Unit 11815, Reno, NV 89521-6394 |
| 30570453 | + | Alec Featherstone, 145 Wait Ave., Wake Forest, NC 27587-2735 |
| 30570454 | + | Alec Jordan, 4 S 8th St, New Hyde Park, NY 11040-4851 |
| 30570455 | + | Alec Keyzer-Andre, 2327 Kinsale Point, Kennesaw, GA 30152-6756 |
| 30570456 | | Alec Martinez, 8424 Orchard Ridge Ave, Las Vegas, NV 89129-6823 |
| 30570457 | + | Alec Moreno, 6945 westmoreland way, Sacramento, CA 95831-2716 |
| 30570458 | | Alec Pen, 78 Burnham Crescent, Keysborough, VICTORIA 3173, AUSTRALIA |
| 30570459 | + | Alec Pitcher, 2005 Bull Street, Savannah, GA 31401-8574 |
| 30570460 | + | Alec R Reifsteck, 1455 Cr 600 N, TOLONO, IL 61880-9634 |
| 30570461 | | Alec Richter, 13432 Ketron Ave, Poway, CA 92064-4003 |
| 30570462 | + | Alec Rodriguez, 9915 Flourisant Dr, San Antonio, TX 78217-5006 |
| 30570463 | + | Alec Schwartz, 219 Lovegrass Lane, Southlake, TX 76092-5872 |
| 30570464 | + | Alec Scrimshaw, 1020 crystal meadows ct, Findlay, OH 45840-5570 |
| 30570465 | + | Alec Tristan Bice-bey, 3859 Cagle Rd, Gainesville, GA 30501-7615 |
| 30570466 | + | Alec Wignall, 3046 SW 153RD DR, Apt. 3046, Beaverton, OR 97003-5116 |
| 30570467 | + | Alec Wignall, 3046 SW 153RD DR, Beaverton, OR 97003-5116 |
| 30570468 | + | Aleck Anguiano, 5324 Summer Trout Street, North Las Vegas, NV 89031-6616 |

| | | |
|---|---|---|
| 30570469 | | Alecsander Bickel, 4908 N Wyckles Rd, Warrensburg, IL 62573-2135 |
| 30570470 | | Aleena Freund, 4804 NE 104th St, Vancouver, WA 98686-5847 |
| 30570471 | + | Aleena Shaji, 10749 Villager Rd, Unit C, Dallas, TX 75230-3937 |
| 30570472 | | Aleh Tsituk, 43 Hillando Dr, Shrewsbury, MA 01545-6100 |
| 30570473 | + | Alejandra, 1001 Woodlands Dr SE, Apt. 1001, Smyrna, GA 30080-2451 |
| 30570474 | | Alejandra Garcia, 20 Powell Pl Apt A, Newnan, GA 30263-1637 |
| 30570475 | | Alejandra Rodriguez, 39W935 Plank Rd, Elgin, IL 60124-0005 |
| 30570476 | | Alejandra Samos Rivas, 12168 Thrush St NW, Coon Rapids, MN 55448-1855 |
| 30570477 | + | Alejandra Williams-Bilinski, 1569 Locust St, Pasadena, CA 91106-1518 |
| 30570478 | | Alejandro Alberto Rubio Elia, Thomas-Mann-Stra e 29, Jena 7743, GERMANY |
| 30570480 | | Alejandro Arantegui Gallardo, C/Xim nez de Rada, 53, 3D, Tudela, NAVARRA 31500, SPAIN |
| 30570481 | + | Alejandro Benitez, 2617 Armstrong Avenue, Kansas City, KS 66102-4013 |
| 30570482 | | Alejandro Cabezas Diaz, 1006 NE 192ND AVE, PORTLAND, OR 97230-7521 |
| 30570483 | + | Alejandro Cardentey, 11793 sw 32 st, Miami, FL 33175-2335 |
| 30570484 | + | Alejandro Cossio, 31723 124th Pl SE, Auburn, WA 98092-3649 |
| 30570485 | | Alejandro Di Leo, Schumannstra e 66, Hamburg, Hamburg, 22083, GERMANY |
| 30570486 | + | Alejandro Escalera, 2105 Maclaren Street, Yakima, WA 98902-4157 |
| 30570487 | + | Alejandro Fernandez, 8820 SW 132nd Pl, 103D, Miami, FL 33186-1697 |
| 30570488 | + | Alejandro Garnier, 3890 W 2nd Ave, Hialeah, FL 33012-4416 |
| 30570489 | + | Alejandro Gonzalez, 14957 Endicott street, San Leandro, CA 94579-1405 |
| 30570490 | + | Alejandro Gonzalez, 540 Bird Ave, Stockton, CA 95215-6016 |
| 30570491 | + | Alejandro Hernandez, 19342 Envoy Ave, Corona, CA 92881-3803 |
| 30570492 | + | Alejandro Lopez, 287 W. Calle Nueva Vida, Tucson, AZ 85706-4000 |
| 30570493 | + | Alejandro Munoz, 55670 Laurel crest drive, Whitewater, CA 92282-1837 |
| 30570494 | + | Alejandro Villagrana, 15049 Avers Avenue, Midlothian, IL 60445-3424 |
| 30570495 | + | Alejo Belzarez, 2511 Andover Pol, Costa Mesa, CA 92626-6337 |
| 30570496 | + | Aleks Milovac, 2900 Mountview Pl, Plano, TX 75023-3467 |
| 30570497 | + | Aleksander Martynovic, 460 Oak St, Unit 120, Glendale, CA 91204-1266 |
| 30570498 | + | Aleman, Francisco, 1107 E Galena Blvd, Aurora, IL 60505-4521 |
| 30570499 | | Alen Denissenko, 22 Alexandra Street, Ballarat, VICTORIA 3356, AUSTRALIA |
| 30570500 | | Alena Anderson, 7346 LAKE ST, RIVER FOREST, IL 60305-2256 |
| 30570501 | | Alena Harvey, 29 Renwick St, Leichardt, New South Wales, 2040, AUSTRALIA |
| 30570502 | + | Alena Horowitz, 229 Gypsy Bay Rd., Sagle, ID 83860-9165 |
| 30570503 | | Alesha Carey, 418 Marcy St Apt 3, Duryea, PA 18642-1624 |
| 30570504 | | Alessandra Arizpe, 103 Main St, Gonzales, TX 78629-6024 |
| 30570505 | | Alessandra Corleone, via telamone 2, Palermo SICILIA 90151, ITALY |
| 30570506 | | Alessandro Di Cristo, Via Ponte Della Gatta 47, Torre Del Greco, NAPOLI 80059, ITALY |
| 30570507 | | Alessandro Gregianin, via rio orcone, 38, Santa Giustina in Colle PD, Italy, 35010, ITALY |
| 30570508 | | Alessio D'Andrea, Brackenstraaye 34, Offenbach am Main 63073, GERMANY |
| 30570509 | + | Alethea Saliba, 2210 Wisconsin Avenue Northwest, Unit 313, WA, DC 20007-4169 |
| 30570510 | + | Alex Abboud, 3250 Hatch Rd, Cedar Park, TX 78613-5582 |
| 30570511 | | Alex Adams, 510 W Holmes Rd, Lansing, MI 48910-4454 |
| 30570512 | + | Alex Alcala, 2723 Flangel St., Lakewood, CA 90712-3730 |
| 30570513 | + | Alex Andrade, 1021 Montello St., Apt. 1, Brockton, MA 02301-6644 |
| 30570514 | + | Alex Andrew Rathbun, 102 Edman Avenue, Volga, SD 57071-8500 |
| 30570515 | + | Alex Antley, 10258 Windward Ave, Papillion, NE 68046-5876 |
| 30570516 | + | Alex Ault, 25620 98th PL S, C102, Kent, WA 98030-6136 |
| 30570517 | + | Alex Ayala, 1309 Main St, Apt 902, Dallas, TX 75202-4081 |
| 30570518 | | Alex Backus, 923 N Sycamore St, Lansing, MI 48906-5060 |
| 30570519 | | Alex Bahena, 5214 Roosevelt Ave, Santa Ana, CA 92703-2426 |
| 30570520 | | Alex Balbao, 230 North Terrace, 04.15 B, Adelaide, New South Wales, 5000, AUSTRALIA |
| 30570521 | + | Alex Ballentine, 4611 Farnham Ave, Portage, MI 49002-2233 |
| 30570522 | | Alex Bean, 4475 Okell Rd, Columbus, OH 43224-1020 |
| 30570523 | | Alex Beckett, 17 Neptune Close, Peterborough, ENGLAND PE28GL, UNITED KINGDOM |
| 30570524 | + | Alex Bednar, 1850 Clay St, Apt 402, San Francisco, CA 94109-3573 |
| 30570525 | | Alex Bettey, 6 CROSS STREET, LETCHWORTH GARDEN CITY, ENGLAND SG6 4UD, UNITED KINGDOM |
| 30570526 | | Alex Bielert, 96 Copperstone Cove Southeast, Calgary, AB V9Y2Z6, CANADA |
| 30570527 | + | Alex Boardwine, 205 Morning Dove Ln, Blue Ridge, VA 24064-1510 |
| 30570528 | | Alex Bond, 4248 Mooncoin Way, Lexington, KY 40515-6045 |
| 30570529 | + | Alex Bowling, 1914 St. Mary s Ave, Fort Wayne, IN 46808-2332 |
| 30570531 | + | Alex Braunscheidel, 5406 Middle Fiskville Rd APT, Apt. 410, Austin, TX 78751-1405 |
| 30570532 | | Alex Briggs, 10 Moloney, Toowoomba, QUEENSLAND 4350, AUSTRALIA |
| 30570533 | + | Alex Bryant, 19440 east apricot lane, Queen Creek, AZ 85142-6798 |

District/off: 0752-1                         User: admin                              Page 15 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                          Total Noticed: 30719

30570534      Alex Busch, 382 Ironwood Rd., Guelph, on N1G 3N8, CANADA
30570535   +   Alex C, 3720 wayland drive, Fort Worth, TX 76133-2924
30570536   +   Alex C Gierlach, 207 Westview Dr, Butler, PA 16001-2722
30570538   +   Alex Campos, 5522 Sierra Vista Avenue, Apt. 11, Los Angeles, CA 90038-4239
30570539      Alex Canela, 2660 Kassy Ct, Grand Junction, CO 81503-9473
30570540   +   Alex Cardullo, 208 Kirvin Ct, Knightdale, NC 27545-9517
30570541   +   Alex Carlin, 207 Salem st, Apt. 3, Boston, MA 02113-1483
30570542   +   Alex Caruso, 78-67 82nd Street, Apt. 3, Glendale, NY 11385-7636
30570543   +   Alex Case, 16521 Cedar Heights Dr, Pioneer, CA 95666-9676
30570544   +   Alex Cesare, 1610 majors path, Southampton, NY 11968-2400
30570546      Alex Chaplain, 2607 Bridge Ave, Davenport, IA 52803-1911
30570547   +   Alex Cho, 1855 W Manchester Ave, Hollypark Cleaners, Los Angeles, CA 90047-3008
30570548   +   Alex Cipro, 1458 S 200 E, Salt Lake City, UT 84115-1633
30570549   +   Alex Clark, 26989 Eldon Dr, Evans Mills, NY 13637-3216
30570550   +   Alex Constantine, 331 E 65th St, Apt 4, NY, NY 10065-6881
30570551   +   Alex Cordell, 9 Peacock Farm Road, Lexington, MA 02421-6316
30570552      Alex Cramer, 5243 202nd St N, Forest Lake, MN 55025-8117
30570553   +   Alex Culala, 20350 Stevens Creek BLVD, Apt. 203, Cupertino, CA 95014-2246
30570554   +   Alex D, Po box 299127, Wasilla, AK 99629-9127
30570555   +   Alex D Amico, 1-5 Countryside Lane, Middletown, CT 06457-5556
30570557      Alex Dearman, 2655 DEVONSHIRE CT, DENVER, CO 80229-8602
30570558   +   Alex Dennis, 655 Yale St, Apt. 232, Houston, TX 77007-2842
30570559      Alex Desmarais, 257 Bible Hill Ext, Francestown, NH 03043-3336
30570560   +   Alex Devine, 10433 Holland Way, Westminster, CO 80021-3891
30570561   +   Alex Diaz, 43 Central Avenue, Rochelle Park, NJ 07662-3901
30570562   +   Alex Dimmock, 60 Cox Ln, Methuen, MA 01844-1738
30570563      Alex Dokken, 23 Tecumseh Ave, Goose Creek, SC 29445-6042
30570564   +   Alex Droemer, 9208 Avenida de la Luna NE, Albuquerque, NM 87111-1637
30570565      Alex Elliott, 131 Evan Street, Penrith, NEW SOUTH WALES 2750, AUSTRALIA
30570566      Alex Endsley, 450 E McConnel Ave, McConnelsville, OH 43756-1361
30570567      Alex Ertel, 510 Kimberly Dr, Quincy, IL 62305-5900
30570568      Alex Fassam, 9338 Farm St, Downey, CA 90241-2954
30570569   +   Alex Fielders, 21 Hooper st, Athens, OH 45701-3253
30570570   +   Alex Fink, 2417, Shire Ridge Drive, Austin, TX 78732-2062
30570571      Alex Flierl, 7934 Sendero Ridge Dr, Fair Oaks Ranch, TX 78015-4753
30570572   +   Alex Forthun, 711 oakland ave, waukesha, WI 53186-5104
30570573   +   Alex Frassica, 7 Maplewood Rd, Middleton, MA 01949-2475
30570575   +   Alex G, 75 Beech Street, Belleville, NJ 07109-2703
30570574   +   Alex G, 632 1/4 Maltman Ave, Los Angeles, CA 90026-4580
30570576      Alex G Winch, 255 Bay Street, Unit 1308, Ottawa, ON K1R 0C5, CANADA
30570577   +   Alex Galicia, 2014 Angelico Circle, Stockton, CA 95207-7869
30570579      Alex Gold, 120 CORTLAND DR, SADDLE RIVER, NJ 07458-2800
30570580      Alex Good, P.o. box 316, Marleston, Adelaide, South Australia, 5033, AUSTRALIA
30570581   +   Alex Gougousis, 3001 S 1325 W, Syracuse, UT 84075-8054
30570582   +   Alex Greenwald, 130 Broad Ave, Fairview, NJ 07022-1502
30570583      Alex Greyson Rinks, 1027 RIVER BEND DR, COOKEVILLE, TN 38506-5975
30570584      Alex Gunn, 1988 beaconwood drive, Gloucester, ONTARIO K1J8L8, CANADA
30570585   +   Alex Haines, 3719 sw Cambridge st, Seattle, WA 98126-3850
30570586   +   Alex Hall, 30 Jennifer Dr., Wrentham, MA 02093-1051
30570587      Alex Hallows, 8300 Finch Shelter Dr, Columbus, OH 43235-4656
30570588      Alex Hein, 5420 Willow St Apt 6, Schofield, WI 54476-2267
30570589      Alex Helber, 4580 Bish Rd, Carroll, OH 43112-9641
30570590   +   Alex Held, 41w 427 prairie street, Sugar Grove, IL 60554-9678
30570591      Alex Hennessey, 30 Westcomb Crescent, Charlottetown, PRINCE EDWARD ISLAND C1C, CANADA
30570592   +   Alex Herardian, 1034 Valerian Way, Apt. 1, Sunnyvale, CA 94086-9160
30570593   +   Alex Hernandez, 8650 Southwestern Blvd, Apt 2701, Dallas, TX 75206-2681
30570594   +   Alex Herrera, 13521 S.180th Ave, Goodyear, AZ 85338-7654
30570595   +   Alex Herron, 111 Pennsylvania Avenue, CA, PA 15419-1222
30570596   +   Alex Herzog, 625 SW James Pl, Pullman, WA 99163-2123
30570597   +   Alex Hodges, 1930 N 10th E, Mountain Home, ID 83647-1848
30570598      Alex Hodgson, 99 Ellan Hay Road, Bristol, England, BS32 0HA, UNITED KINGDOM
30570599      Alex Hogger, 12 Dundee Ter, Freehold, NJ 07728-2827
30570601      Alex Holt, 2104 Court Ave, Memphis, TN 38104-6513

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice   Page 17 of 508
District/off: 0752-1                          User: admin                              Page 16 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                            Total Noticed: 30719

30570600 + Alex Holt, 11450 Melody Dr, A104, Northglenn, CO 80234-3007
30570602 + Alex Horwitz, 5932 Tybalt Lane, Indianapolis, IN 46254-5151
30570604   Alex Huelskamp, 4 Campus Edge Dr Apt 204 Bldg 4, Edwardsville, IL 62025-4006
30570603 + Alex Huelskamp, 4 campus edge drive, Bldg. 4, apartment 204, Edwardsville, IL 62025-4006
30570605 + Alex Hukill, 831 Sunbury Rd, Columbus, OH 43219-2550
30570606 + Alex J Martin, 7008 East 39th Place, Tucson, AZ 85730-1703
30570607 + Alex James, 68 Hemlock Terr, Ocala, FL 34472-9439
30570610   Alex Jetter, 5556 Indian Oaks Cir, Louisville, KY 40219-1102
30570611   Alex Johnson, 12 Anne William Drive, Sydney, New South Wales, 2125, AUSTRALIA
30570612   Alex Jourdain, 337 Nevin St, Lancaster, PA 17603-3375
30570614 + Alex Kain, 11000 Northeast 10th Street, Apt 467, BELLEVUE, WA 98004-8564
30570615   Alex Kaminski, 9664 Woodstone Ct, Fishers, IN 46037-9317
30570616 + Alex Karpelenia, 710 w. Carroll St., Portage, WI 53901-1904
30570617 + Alex Kartis, 200 Primrose Dr., Davenport, FL 33837-5837
30570618 + Alex Keeling, 2632 Davison Avenue, 2632, Apt. 2632, Auburn Hills, MI 48326-2016
30570619   Alex Kennedy, 436 Oxford Road, RD 1, Rangiora, Canterbury 7471, NEW ZEALAND
30570620 + Alex Keys, 1150 S Clarizz Drive, M351, Bloomington, IN 47401-1106
30570621   Alex Krups, 6628 120th Street, Apt 126, Surrey, BRITISH COLUMBIA V3W 1T7, CANADA
30570622   Alex Lai, 41017 Crimson Pillar Ln, Lake Elsinore, CA 92532-1551
30570623 + Alex Lang, 3627 hughes ave, Apt. 207, los angeles, CA 90034-4062
30570624 + Alex Latterell, 13000 Harriet Ave S, A308, Burnsville, MN 55337-2659
30570625   Alex Leader, 1615 Bauerle Rd Apt 931, Hammond, LA 70403-6177
30570626 + Alex Lemoi, 9085 E Mississippi Ave, M104, Denver, CO 80247-4007
30570627 + Alex Li, 2041 Francisco St, Apt 12A, Berkeley, CA 94709-2223
30570628 + Alex Linguiti, 56 West Oakdale St., Bay Shore, NY 11706-2633
30570629 + Alex Lipscomb, 3400 East River Valley Street, D403, Meridian, ID 83646-2306
30570630   Alex Liptrot, 56 Spenser Road, Herne Bay, England CT6 5QN, UNITED KINGDOM
30570631   Alex Longfield, 1 Liberty Crescent, Quinte West, ONTARIO K8V 0G2, CANADA
30570634   Alex Lopez, 9947 Nethy Bridge Ct, Bristow, VA 20136-2600
30570632 + Alex Lopez, 17722 North 79th Ave, Apt 1074, Glendale, AZ 85308-8673
30570633   Alex Lopez, 31630 Serrento Dr, Murrieta, CA 92563-3202
30570635 + Alex Lutz, 2384 Buckingham Lane, Los Angeles, CA 90077-1338
30570636   Alex M Ortiz, 4107 Michigan Ave, South Gate, CA 90280-6144
30570638   Alex Marshall, 201 E 19th St Apt 16M, NY, NY 10003-2669
30570639   Alex Martin, 2801 COLLEGE AVE APT 5, BERKELEY, CA 94705-2140
30570640   Alex Martino, 3821 SOMERSET AVE NE, ALBANY, OR 97322-4502
30570642   Alex McElfresh, 119 S 1ST ST APT 407, RICHMOND, VA 23219-3760
30570643   Alex McIntyre, 24 Sefton Road, Croydon, London, ENGLAND CR0 7HR, UNITED KINGDOM
30570644   Alex Mcready, 2009 14th St N Apt 801, Arlington, VA 22201-6108
30570645 + Alex Medina, 304 E Olive St, Apt 12, Pomona, CA 91766-5947
30570647 + Alex Mendez, 2702 Fremont St., Laredo, TX 78043-2709
30570648 + Alex Meyer, 20 Dearborn Rd., Apt 6, Northfield, NH 03276-1537
30570649   Alex Mill n, Creu del Padr 41, B, Barcelona, BARCELON 8960, SPAIN
30570651 + Alex Moric, 4621 North Paulina Street, Unit G, Chicago, IL 60640-4559
30570652 + Alex Morse, 101 Bristol Lane, Hollidaysburg, PA 16648-2934
30570653 + Alex Myers, 4919 Clarabella Rd., Clare, MI 48617-9676
30570654   Alex Neil, 27 Park Road West, Stourbridge, ENGLAND DY83NG, UNITED KINGDOM
30570656   Alex O'Reilly, 9359 Las Ramblas Ct Unit L, Parker, CO 80134-4231
30570659   Alex Palamountain, 5 Allison Street, Ascot Park, South Australia 5043, AUSTRALIA
30570660   Alex Parr, 2418 Crestview Dr SE, Decatur, AL 35601-6116
30570661   Alex Paterson, Lynton Cottage, London GU22 8AB, UNITED KINGDOM
30570662   Alex Peplinski, 1422 N 64th St, Wauwatosa, WI 53213-2932
30570663 + Alex Pompa, 5627 North Garfield Ave, Fresno, CA 93723-9328
30570664 + Alex Pritt, 3800 Wyndham Ridge Dr, Apt 310, Stow, OH 44224-6158
30570665   Alex Proulx, 372 NW Avens St, Port Saint Lucie, FL 34986
30570666   Alex R ske, Johannisstr. 2, Zittau, SACHSEN 2763, GERMANY
30570668   Alex Ramirez, 13626 Busby Dr, Whittier, CA 90605-4202
30570667   Alex Ramirez, 2702 Fairfield Ave, Texas City, TX 77590-6936
30570670   Alex Reed, 1510 E Water St, Borden, IN 47106-9008
30570669   Alex Reed, 1103 Forest Dr, Sand Springs, OK 74063-8753
30570671 + Alex Reich, 1513 SW Columbia St, Portland, OR 97201-2537
30570672   Alex Riley, 11019 Tuller Loop, 8-201, Winter Garden, FL 34787
30570673 + Alex Rios, 2240 S Loop 1604 East, San Antonio, TX 78264-9562

30570674    + Alex Robinson, 9431 Tree Haven Street, San Antonio, TX 78245-1636
30570675      Alex Rodriguez, 119 L Street, B104, Cheney, WA 99004
30570676    + Alex Rodriguez, 101B Summerall Rd, Fort Dix, NJ 08640-3902
30570677      Alex Rogers, 14082 S Lansing Ave, Glenpool, OK 74033-3839
30570678      Alex Santana, 417 Teaneck Rd Apt 3C, Ridgefield Park, NJ 07660-2502
30570679    + Alex Scharf, 1517 Harvard Street, APT 6, Santa Monica, CA 90404-3565
30570680      Alex Schumann, 4205 Summit Knoll Dr Apt I, Saint Louis, MO 63129-7506
30570681      Alex Seen, 1249 Peake Ln, Knoxville, TN 37922-6737
30570683      Alex Serbin-Walp, 1510 Lewis Dr, Lakewood, OH 44107-4828
30570682      Alex Serbin-Walp, 1477 Lewis Dr, Lakewood, OH 44107-4825
30570685      Alex Shaw, Woodcote, Ware Street, Weavering, Maidstone, England ME14 5LA, UNITED KINGDOM
30570686    + Alex Shear, 60 Horseblock Road, #60-1B, Centereach, NY 11720-4348
30570687      Alex Sherbon, 17405 SW SWANK RD, SHERWOOD, OR 97140-7415
30570688      Alex Silvey, 659 Court Ground Rd, WA, GA 30673-3120
30570689    + Alex Sistowicz, 4255 N Sawyer Ave, Apt 3, Chicago, IL 60618-4175
30570690    + Alex Skorpinski, 210 Springdale Avenue, Bloomington, IL 61704-9500
30570691    + Alex Soriano, 306 Berkshire Way, Placentia, CA 92870-1431
30570692    + Alex Sowerbutts, 428 Lincoln Street, Fitchburg, MA 01420-2681
30570693    + Alex Spencer, 3245 Glenn McConnell Pkwy, Apt. 822, Charleston, SC 29414-8161
30570694      Alex Spurgeon, 5128 Brockington Road NW, Calgary, ALBERTA T2L 1R6, CANADA
30570695      Alex Strahle, 254 S Madison Ave Apt 6, Pasadena, CA 91101-2844
30570696    + Alex Szczesny, 537 w aldine ave, #2N, chicago, IL 60657-3762
30570697    + Alex Tang, 404 Belmont Dr, Cherry Hill, NJ 08002-1904
30570698    + Alex Tatman, 7414 Windgate Drive, Jenison, MI 49428-8707
30570699    + Alex Tejeda, 2594 N murray ave, Milwaukee, WI 53211-3924
30570700    + Alex Temple, 6 Sheldon St, Apt. 2, Farmingdale, ME 04344-2833
30570701    + Alex Testin, 1837 County Road 360, Fulton, MO 65251-3473
30570704      Alex Thorson, 2435 W MOSIER PL, DENVER, CO 80223-2901
30570705      Alex Todd, 1813 W Golf Rd Apt 134, Mount Prospect, IL 60056-4040
30570706      Alex Trigo, 57 Blue Flax Mountain Star, Avon, CO 81620
30570708      Alex Werkman, Engweg 102, Hoogland, Utrecht, 3828CJ, NETHERLANDS
30570710      Alex Wilkinson, 6812 Bellehaven Dr, Plano, TX 75023-2021
30570711      Alex Williams, 698 S Racetrack Rd Unit 1011, Henderson, NV 89015-8591
30570712    + Alex Winemiller, 3811 wingtip ct, Lake Orion, MI 48360-2503
30570713      Alex Winton, 38 Hammerton Drive, Leeds, ENGLAND LS25 2BJ, UNITED KINGDOM
30570714      Alex Witenberg, 16000 Village Green Dr Unit A, Mill Creek, WA 98012-5880
30570715    + Alex Wojewoda, 1571 Little Whaleneck Road, Merrick, NY 11566-1629
30570716    + Alex Wolf, 23841 Norwood St, Oak Oark, MI 48237-2205
30570717    + Alex Yohn, 901 cedar road, Mechanicsburg, PA 17050-2602
30570718      Alex Zhao, 40 black street, Brighton, VIC 3186, AUSTRALIA
30570719    + Alex Zylka, #21 437 East 80th Street, NY, NY 10075-0611
30570530      Alex bracamontes, 99301 indigo ln, Pasco, WA 99301
30570556    + Alex d smerdon, 3108 Ottawa Lane, DENTON, TX 76210-2985
30570578    + Alex gastelum, 2363 Fairway Oaks Drive, Chula Vista, CA 91915-1105
30570608      Alex james, 660 south sante fe avenue, Los Angeles, CA 90021
30570613      Alex judd, 74 SAYBROOK ST, BRIGHTON, MA 02135-2315
30570641      Alex mattis, 230 hollyburn drive, Kamloops, bc V2E 1W5
30570658    + Alex padgitt, 1950 w lemonwood rd, Oro valley, AZ 85755-9539
30570684      Alex sharp, 4 Totteridge close, Clacton on sea, England CO16 8AS
30570703    + Alex thompson, 687 Milford rd, Hartwell, GA 30643-4126
30570720      Alexa Belanger, 27 Lions Way, North Windham, CT 06256-1410
30570722      Alexa Habel, 815 Tanager Trl, Howell, MI 48843-2375
30570723    + Alexa Handeland, 675 E County Down Dr, Chandler, AZ 85249-3978
30570724    + Alexa Hernandez, 11027 Aqua Ct, 11027 Aqua Ct, TX 79936-1066
30570725    + Alexa Highsmith Metz, 7470 Bison Pl, Littleton, CO 80125-8410
30570726    + Alexa Lima, 665 Richfield Ave, Kenilworth, NJ 07033-1816
30570727    + Alexa McCallum, 215 East 18th Avenue, Apt 425, North Kansas City, MO 64116-3604
30570728    + Alexa McCowan, 82 W 700 N, provo, UT 84601-1622
30570729      Alexa Monteer, 2936 E PICO AVE, FRESNO, CA 93726-0430
30570730      Alexa Paige, 5403 STUART CT, LAFAYETTE, IN 47905-7588
30570731      Alexa Pingul, 165 Clover Ct, Hainesville, IL 60073-4705
30570733    + Alexa Schlesinger, 9229 Valjean Ave, North Hills, CA 91343-3819
30570735      Alexander A mann, Witzgallstraaye 8, Leipzig 4317, GERMANY

District/off: 0752-1 | User: admin | Page 18 of 507
Date Rcvd: Jan 04, 2024 | Form ID: 309C | Total Noticed: 30719

30570736    + Alexander A Martin, 3477 Friendship Farm Drive, Buford, GA 30519-1958
30570737      Alexander Andersen, Byglandsgade, 3.tv, KOBENHAVN, KOBENHAVN 2300, DENMARK
30570738    + Alexander Angel, 407 D St Unit 618, Boston, MA 02210-1947
30570739      Alexander Aristizabal, 10860 Seacrest Ln, Stockton, CA 95209-4627
30570740    + Alexander Avelar, 18 Grove Park Lane, Eagle Lake, FL 33839-5456
30570741      Alexander Bargery, 3775 Murray Dr, Armstrong, BRITISH COLUMIA V0E 1B4, CANADA
30570742      Alexander Betz, 2700 Ridgemoor Dr SE, Kentwood, MI 49512-1639
30570743    + Alexander Brown, 1075 space park way, spc 232, mountain view, CA 94043-1411
30570744      Alexander Bugge, Franz Br ning Stra e, Apt. 7, Eberswalde, BRANDENBURG 16227, GERMANY
30570745    + Alexander Carlson, 9850 67th Ave, #2N, Rego Park, NY 11374-4971
30570746      Alexander Cascante, 1 Aeropost Way, Sjo-3400, Miami, FL 33206-3206
30570747      Alexander Chiarelott, 183 Hannum Ave, Rossford, OH 43460-1109
30570748    + Alexander Cline, 75 Auburn Ave, Columbus, OH 43205-1583
30570749      Alexander Colloredo, 20 MANOR VIEW DR, FAIRFAX, CA 94930-1009
30570752    + Alexander DaSilva, 573 Lafayette Avenue, Unit 2, Hawthorne, NJ 07506-2424
30570751      Alexander Dacey, 1354 State St, Bridgeport, CT 06605-2003
30570753      Alexander Dole, 7434 Chinook Dr, West Chester, OH 45069-1353
30570754      Alexander Dragiev, 1800 Whitley Ave Apt 403, Los Angeles, CA 90028-4249
30570755      Alexander Driessen, Geschwister-Scholl-Str. 31, Baesweiler, Nordrhein-Westfalen 52499, GERMANY
30570756      Alexander Enns, 827 summit ave, Prince Rupert, BC V8J2A2, CANADA
30570757      Alexander Feldh user, Unter den Grabenb umen, Apt. 1, Netphen, Nordrhein-Westfalen 57250, GERMANY
30570758    + Alexander Forsberg, 1 Spartan Way, Merrimack, NH 03054-4300
30570759    + Alexander Graham, 721 Lemay st, Detroit, MI 48214-4602
30570760    + Alexander Greenawalt, 171 W. 79th St., Apt. 21, NEW YORK, NY 10024-6449
30570761    + Alexander Henderson, 11 E 4th, Lowell, OR 97452-9759
30570762    + Alexander Hernandez, 3303 Poolside Drive, Greenacres, FL 33463-2655
30570763    + Alexander Hodges, 1930 N 10th E, Mountain Home, ID 83647-1848
30570764      Alexander Horton, 5817 Shale Ct, Winter Park, FL 32792-9359
30570765      Alexander Hufford, 492 Ashburn Dr, Rockwood, TN 37854-7235
30570766      Alexander Ireland, 811 Bonita Private, Nepean, ON K2J6L7, CANADA
30570767      Alexander Jamieson, 31 dunnock road, Dunfermline, SCOTLAND KY11 8QE, UNITED KINGDOM
30570768    + Alexander Jarvis, 4518 N Albany Ave, Chicago, IL 60625-4504
30570769      Alexander Jones, 181 Sunset Avenue, Footville, WI 53537
30570770      Alexander Kaiser, 263 Bloomhill Pl, Magnolia, TX 77354-3278
30570771      Alexander Kazanas, 2727 29th St NW Apt 515, WA, DC 20008-5546
30570772    + Alexander Kick, 2400 Commons Drive, 1f, Woodstock, IL 60098-8520
30570773    + Alexander King, 6236 Licking Pike, Cold Spring, KY 41076-9762
30570774    + Alexander King, 1701 Wellington Court, Arlington, TX 76013-6432
30570775    + Alexander Kingrey, 4023 E 8th Avenue, Spokane, WA 99202-5218
30570776    + Alexander Klatt, 518 Littleford Lane, Faribault, MN 55021-3117
30570777    + Alexander Kotasek, 3620 Linden Ave, White Bear Lake, MN 55110-4600
30570778    + Alexander Kral, 221 Ralph ave, Apt 3R, Brooklyn, NY 11233-1966
30570779    + Alexander Le, 518 Briarfield Xing, Marietta, GA 30066-5953
30570780      Alexander Long, 403 N Willis Ave, Champaign, IL 61821-2711
30570782    + Alexander Marsh, 15616 N. Sycamore St, Mead, WA 99021-9376
30570783    + Alexander Medley, 252 Wagener St, New Castle, VA 24127-7936
30570784    + Alexander Mendez, 4929 Rosewood Ave, Apt 207, Los Angeles, CA 90004-2519
30570785    + Alexander Michael Hughes, 2024 Adams Rd, East Carondelet, IL 62240-1110
30570786    + Alexander Milstead, 7 Avenue A W, Rochester, NY 14621-4301
30570787      Alexander Moerke, Schierker Str., Apt. 26, Berlin, Berlin 12051, GERMANY
30570788    + Alexander N Taylor, 67 Clifton St, Phelps, NY 14532-1048
30570789    + Alexander Neto, 258 hickory st, kearny, NJ 07032-3422
30570790      Alexander Novotny, Reizenpfenninggasse 14, Vienna, Vienna, 1160, AUSTRIA
30570791      Alexander O'Loughlin, 22 Hidden Lakes Avenue, Te Anau, Southland 9600, NEW ZEALAND
30570792    + Alexander Owen, 89317 Old Coburg Rd, Eugene, OR 97408-9478
30570793      Alexander Pachov, Arne Solbergs Veg, Apt. 65, Trondheim, Tiller 7092, NORWAY
30570794    + Alexander Pada, 17492 Rosa Drew Lane, APT 8C, Irvine, CA 92612-2908
30570795    + Alexander Pancho, 700 Abbey Arch, Virginia Beach, VA 23455-6502
30570796    + Alexander Pierce, 20 Cortland St, Apt. 309, Rochester, NH 03867-3398
30570797      Alexander Quinn, 102 Marigold Road, Priorswood, DUBLIN D17X015, IRELAND
30570798      Alexander Raden, Theodor-Storm-Weg 15, Schlo Holte-Stukenbrock, Nordrhein-Wes, GERMANY
30570799      Alexander Richmond, 488 Hillside Dr, Mountville, PA 17554-1063
30570800    + Alexander Roberts, 406 S. John St., Goldsboro, NC 27530-4845

District/off: 0752-1                          User: admin                          Page 19 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                       Total Noticed: 30719

30570801           Alexander Roberts, 4113 Town Pl, Middletown, CT 06457-1756
30570802       +   Alexander Rockwell, 759 176th Ave, Broomfield, CO 80023-5226
30570803       +   Alexander Ross, 1650 River RD, Apt 628, San Marcos, TX 78666-8196
30570804       +   Alexander Roth, 2871 35th Ave, Sacramento, CA 95824-1045
30570805           Alexander Ruegamer, 1603 Alderlynn Drive, North Vancouver, British Columbia V7J 2, CANADA
30570806       +   Alexander S Keener, 383 Surrey Club Lane, Stephens City, VA 22655-2137
30570807       +   Alexander S Liston, 101 E Hospital Dr, #3, Angleton, TX 77515-4164
30570808           Alexander Sanchez, 10673 W Halstead Ln Apt 201, Boise, ID 83713-1190
30570809       +   Alexander Schulz, 8617 Honeycomb Path, Cicero, NY 13039-7844
30570810       +   Alexander Shuron, 309 Vanida Drive, Camillus, NY 13031-1621
30570811           Alexander Sickler, 109 N Towamencin Ave, Lansdale, PA 19446-2114
30570812           Alexander Socratous, 4 Wilde Avenue Killarney Heights, Sydney, New South Wales, 2087, AUSTRALIA
30570813       +   Alexander Solalinde, 6310 Lake Superior, San Antonio, TX 78222-3323
30570814           Alexander Sterpin, 5 Staughton Rd, Glen Iris, Victoria 3146, AUSTRALIA
30570815       +   Alexander Stewart, 77 Scotland Rd., Chestnut Ridge, NY 10977-6219
30570816       +   Alexander Stimson, 3833 Risedorph Ave, Flint, MI 48506-3129
30570817           Alexander Wendt, 20050 38B Ave, Langley, BC V3A6H7, CANADA
30570818           Alexander Wenger, Uferstraaye 32, Gorlitz 2826, GERMANY
30570819       +   Alexander Weston Bayon, 355 allen way, Benicia, CA 94510-3906
30570820           Alexander Wik n, Bl hammarv gen 72, stersund, J mtland 83170, SWEDEN
30570821           Alexander Willie, 6445 America Blvd Apt 202, Hyattsville, MD 20782-2389
30570822       +   Alexander Young, 149 Spring Brook Dr, Fremont, OH 43420-4876
30570823           Alexander Zajac, 225 Lastner Ln, Greenbelt, MD 20770-1652
30570750       +   Alexander conner, 4719 Thackeray Pl Ne, Seattle, WA 98105-4845
30570781       +   Alexander m Jimenez, 204 Boone Road Southeast, Apt 7, Salem, OR 97306-1968
30570824       +   Alexander.Durban-Assaf, 936 Harvest Point Drive, Fuquay-Varina, NC 27526-5588
30570826           Alexandra Bretzke, Suchsdorfer Weg 25, Kronshagen, Schleswig-Holstein 24119, GERMANY
30570827       +   Alexandra Briar, 15206 Crystal Dr E, Burnsville, MN 55306-5158
30570828           Alexandra Carruyo, 7312 Vienta Pt, Grand Prairie, TX 75054-0107
30570829           Alexandra Coates, 3101 Fernwood Ln, New Castle, PA 16105-1149
30570830       +   Alexandra Daggett, 2 Christopher Way, Apt. 2, Bloomington, IL 61704-8509
30570831           Alexandra Danino, Tankedraget 3, St 5, Aalborg, Nordjylland 9000, DENMARK
30570832           Alexandra Defreitas, 2968 Dornier Rd, Langford, British Columbia V9B 0N1, CANADA
30570833       +   Alexandra DiCuffa, 1437 12th Street, Apt A, Manhattan Beach, CA 90266-6138
30570834       +   Alexandra Duncan, 8816 Navidad Falls Dr, Mckinney, TX 75071-1765
30570835           Alexandra Eeles, 6 Northampton Way, Donnybrook, Victoria 3064, AUSTRALIA
30570836           Alexandra Farella-Vugts, Walker Rd., Sackville, NB E4L3K9, CANADA
30570837           Alexandra Fleming, 799 Blackberry rd, Unit 303, Victoria, BC V8X 513, CANADA
30570838           Alexandra Fleming, 799 Blackberry rd, Unit 303, Victoria, BRITISH COLUMBIA V8X 5J3, CANADA
30570839           Alexandra Franklin, 206 Victoria Ave N, Apt. 2, Hamilton, Ontario, L8L5G1, CANADA
30570840       +   Alexandra Fuller, PO Box 190, Tetonia, ID 83452-0190
30570841       +   Alexandra Garcia, 585 Richmond ave, Apt. 3, Buffalo, NY 14222-1557
30570842           Alexandra Geffen, 1993 S Oswego Way, Aurora, CO 80014-1186
30570843       #   Alexandra Granville, 100 Commerce Ave SW Apt 310, Grand Rapids, MI 49503-4289
30570844       +   Alexandra Griffin, 2329 Starburst Dr SW, Rochester, MN 55902-4184
30570845           Alexandra Hennings, Hochestieg 31, Hamburg 22391, GERMANY
30570846           Alexandra Johnsson, Sj torpsv gen 2, Bastad 269 34, SWEDEN
30570847           Alexandra Kindred, 2216 Yardley Rd, Yardley, PA 19067-3037
30570848       +   Alexandra Klaver, 690 Spiroff, MILFORD, MI 48380-1749
30570849       +   Alexandra Kotter, 4007 Carrollton Ave, Indianapolis, IN 46205-2701
30570850           Alexandra L Braine, 186 MAYHEW DR, SOUTH ORANGE, NJ 07079-1311
30570851           Alexandra Maennlein, 27 Rue des Jardins, Eschau 67114, FRANCE
30570852       +   Alexandra McNeill, 3027 Morcom Ave, Oakland, CA 94619-3315
30570853       +   Alexandra Meza, 25 Bennett Ave, Randolph, NJ 07869-1601
30570854           Alexandra Mora, 9535 Golden Scots Ct, Las Vegas, NV 89123-3571
30570855       +   Alexandra Muzek, 2097 Bit Path, Seaford, NY 11783-2403
30570856       +   Alexandra Nevala-Cochrum, 667 Pensacola Ln, Lake Mary, FL 32746-5132
30570857       +   Alexandra Palmer, 1040 W Roscoe St, Apt. 3, Chicago, IL 60657-2247
30570858           Alexandra Peraza, 27 Fred Young Drive, Toronto, ON M3L 0A1, CANADA
30570859           Alexandra Rupert, 806-655 Windermere Rd, Buzz: 2383, London, ONTARIO N5X 2W8, CANADA
30570860           Alexandra Schmidhuber, Untere Strasse, Apt. 53, Groembach, BADEN-WURTTEMBERG 72294, GERMANY
30570861       +   Alexandra Specht, 319 S River Rd., Waterville, OH 43566-1524
30570862       +   Alexandra Stratis, 4423 N Damen Ave, Apt. 01, Chicago, IL 60625-7583

| 30570863 | | Alexandra Tillson, 168 Norfolk St Apt 6, Cambridge, MA 02139-1833 |
| 30570864 | | Alexandra Troy, 9 Heather Dr, Andover, MA 01810-1907 |
| 30570865 | | Alexandra Voght, 2240 Gosforth Ln, Hilliard, OH 43026-8734 |
| 30570866 | | Alexandra Vuorikoski, Ilmarisentie 1 B 3, Nummela, UUSIMAA 3100, FINLAND |
| 30570867 | + | Alexandra Zimmermann, 198 Boulevard, Pompton Plains, NJ 07444-1903 |
| 30570868 | | Alexandre Camus, 540 av. saint-l on, Montreal, Quebec, H9P1Z9, CANADA |
| 30570869 | | Alexandre Cou, 7 Boulevard Pierre Mend s France, Rennes 35000, FRANCE |
| 30570870 | | Alexandre Martins, Rua Fernando Malavazi, 132, Casa 11, Jundia , S o Paulo, 13216-360, BRAZIL |
| 30570871 | + | Alexandre Medrano, 3815 Eastside street, Apt. 7033, Houston, TN 77098-3844 |
| 30570872 | | Alexandria Banning, 221 Birchwood Ln, Lenoir City, TN 37771-8497 |
| 30570874 | | Alexandria Johnson, 85 Congress St, West Salem, OH 44287-9501 |
| 30570875 | + | Alexandria Palacio, 1929 S Bradshawe Ave, Monterey Park, CA 91754-6320 |
| 30570876 | + | Alexandria Parker, 2425 18th Ave, MOLINE, IL 61265-4118 |
| 30570877 | + | Alexandria Rardin, 1709 Davis Ave, Whiting, IN 46394-1419 |
| 30570878 | + | Alexandria Robertson, 324 Garfield Ave., Placentia, CA 92870-1922 |
| 30570879 | | Alexandria San Miguel, 1210 Childs Rd W Apt 24, Bellevue, NE 68147-4457 |
| 30570880 | + | Alexandria Savage, 408 SW 10th St, Blue Springs, MO 64015-4257 |
| 30570881 | + | Alexandria Wannamaker, 20 Lilyturf Ln, St Matthews, SC 29135-7903 |
| 30570882 | | Alexandria Warren, 8253 Delaware Dr, Weeki Wachee, FL 34607-2111 |
| 30570883 | + | Alexandrina Lazureanu, 3138 Sceptre Dr., Rocklin, CA 95765-5013 |
| 30570884 | + | Alexandrite Dusk, 1751 George bell circle, Anchorage, AK 99515-3957 |
| 30570885 | | Alexane St-Jacques, 1525 rue Mathieu, Saint-Hubert, Quebec, J3Y 7H3, CANADA |
| 30570886 | | Alexas Harper, 16216 Dowing Creek Dr, Jacksonville, FL 32218-8970 |
| 30570887 | | Alexei Smith, 147C Harvist Road, London, NW66HB, UNITED KINGDOM |
| 30570888 | + | Alexes M Shaw, 993 Lafayette Ave., Fl 1, Brooklyn, NY 11221-5622 |
| 30570889 | + | Alexi Sharp, 1923 13th Street, B, Lubbock, TX 79401-3758 |
| 30570890 | | Alexia Blatti, Chemin de la Fontaine 4, Bremblens 1121, SWITZERLAND |
| 30570891 | | Alexia Dreher, 800 Redfield Pkwy Apt 172, Reno, NV 89509-6533 |
| 30570892 | + | Alexia Laurisch, 350 Gyorr Ave, Apt. 1118, South Elgin, IL 60177-3912 |
| 30570893 | + | Alexia Samudio, 71 Isham ln, Mackville, KY 40040-7035 |
| 30570894 | | Alexia Teleaga, Bd. Republicii 50, Ap. 53, Sc. C, Roman, Neamt, 611127, ROMANIA |
| 30570895 | + | Alexie cano, 1687 Darby road, Sebastopol, CA 95472-9445 |
| 30570896 | + | Alexis Alberts, 2520 55th St S, Apt 205, Fargo, ND 58104-7686 |
| 30570898 | + | Alexis Austin, 6204 Antigua Street Northeast, C, Albuquerque, NM 87111-6103 |
| 30570899 | + | Alexis Avalo, 2123 W Clare Ave, Porterville, CA 93257-2795 |
| 30570900 | + | Alexis Beltran, 13386 Ivy Avenue, Apt A, Fontana, CA 92335-2910 |
| 30570902 | + | Alexis Bussey, 363 Latrobe dr, Newark, DE 19702-3827 |
| 30570903 | + | Alexis Calderwood, 3700 Libra Drive, Orlando, FL 32816-8025 |
| 30570904 | + | Alexis Campbell, 1 blackbear Lane, 334B, Orono, ME 04473-5649 |
| 30570905 | + | Alexis Cantu, 302 West Polk Ave, Harlingen, TX 78550-6534 |
| 30570906 | + | Alexis Cusumano, 742 Dunellen Avenue, Dunellen, NJ 08812-1029 |
| 30570907 | | Alexis Dunn, 8 Ross Cir, Auburn, AL 36830-5532 |
| 30570908 | | Alexis Ebel, 233 Ferino Way, Fremont, CA 94536-4444 |
| 30570909 | | Alexis Flores, 7531 QUAKERTOWN AVE, WINNETKA, CA 91306-2925 |
| 30570910 | + | Alexis Guzik, 48 Brookview Dr, Mantua Township, NJ 08051-2111 |
| 30570911 | | Alexis Hernandez, N90W25205 Tomahawk Dr, Sussex, WI 53089-1053 |
| 30570912 | | Alexis Hope, 310 W Brookhaven Rd, Wallingford, PA 19086-6809 |
| 30570913 | | Alexis Jarrell, 360 DARLINGTON AVE APT 303, WILMINGTON, NC 28403-2045 |
| 30570914 | | Alexis Jolley, 26 Douglasville Rd, Bridgton, ME 04009-1213 |
| 30570915 | + | Alexis Karas, 146 E 9th Ave, Pine Hill, NJ 08021-6354 |
| 30570916 | + | Alexis Kohut, 22 plantation blvd, Apt. 7, Liverpool, NY 13090-4013 |
| 30570917 | | Alexis Krausz, 112 4th Avenue North, Creston, BC V081G3, CANADA |
| 30570918 | + | Alexis Kubin, 4840 Eastwood St, Apt C, Wichita, KS 67218-2487 |
| 30570919 | | Alexis Lagunas, 609 S 111th St, Omaha, NE 68154-3301 |
| 30570920 | + | Alexis Landis, 1500 Arlington Blvd, Apt 920, Arlington, VA 22209-3540 |
| 30570921 | | Alexis Lynn, 931 23rd Ave, Coralville, IA 52241-1220 |
| 30570922 | + | Alexis Marie Proulx, 1001 Lansing Street, APT 4, Utica, NY 13501-1911 |
| 30570923 | | Alexis Marsh, 33 Trinity Street, Fareham, ENGLAND PO16 7SQ, UNITED KINGDOM |
| 30570924 | | Alexis Mateer, 140 Sawyer Dr, Aliquippa, PA 15001-4428 |
| 30570925 | | Alexis Mcbain, 380 W Avenue L, Calimesa, CA 92320-1226 |
| 30570926 | | Alexis Morales, Urb Del Maestro Calle 2 A-12, CAMUY, PR 627, PUERTO RICO |
| 30570927 | | Alexis Naujokas, 2501 LANCASTER LN N APT 151, PLYMOUTH, MN 55441-4243 |
| 30570928 | + | Alexis Oswald, 542 Biltmore Drive, Virginia Beach, VA 23454-3458 |

District/off: 0752-1                    User: admin                                    Page 21 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                              Total Noticed: 30719

30570929    + Alexis Palmer, 204 Diagonal Ave NE, Coeburn, VA 24230-4015
30570930    + Alexis Praus, 940 Box Ave, Dickinson, ND 58601-6224
30570932      Alexis Rascon, 42200 Margarita Rd Apt 1320, Temecula, CA 92592-5446
30570933      Alexis Ream, 2279 Roaming Hills Dr, Richmond, IN 47374-8309
30570934    + Alexis Reyes, 8920 MILKY WAY, WESTMINSTER, CA 92683-7717
30570935    + Alexis Romk, 5213 North 125th Ave, Litchfield Park, AZ 85340-3413
30570936      Alexis Sanford, 7724 Turf Ln, Richmond, VA 23225-1073
30570937    + Alexis Sears, 9511 NE Hazel Dell Ave, Apt D41, Vancouver, WA 98665-8157
30570938    + Alexis Segal, 1414 10th Ave, 326W, Seattle, WA 98122-4785
30570939    + Alexis Swartz, 6608 E Barrow street, Tucson, AZ 85730-3256
30570940      Alexis Taylor, 7 Westpark Common SW #205, Calgary, Alberta T3H 0Y4, CANADA
30570941      Alexis Tompkins-Charette, 5 Dresden Street, Riverview, New Brunswick E1B 3G8, CANADA
30570942      Alexis Walther, 29260 SW Parkway Ct Apt 34, Wilsonville, OR 97070-7424
30570943    + Alexis Yoders, 528 Lynnehaven Drive, Apt 4, Hagerstown, MD 21742-4117
30570931    + Alexis puentes, 719 hummingbird lane, Orlando, FL 32825-7879
30570944      Alexsis Spates, 302 LOWER CHIPMUNK CT, BUSHKILL, PA 18324-8209
30570945      Alexya Treadwell, 4526 Sunnyfield Dr, Pegram, TN 37143-2026
30570946    + Alexys Turley, 2305 E Rawhide St, Gilbert, AZ 85296-2731
30570947      Alfie Webb, 2 Green How, Saint Ives, England PE27 6JJ, UNITED KINGDOM
30570948      Alfonso Sanchez, 1104 CAMINO DEL RIO, CALEXICO, CA 92231-3329
30570949      Alfred Polidoro, 24941 Camberwell St, Laguna Hills, CA 92653-4624
30570950      Alfred Sypu a-Lach, Osiedle Centrum B 1/114, Krakow 31-926, POLAND
30570951    + Alfredo Luna, 2902 Grouse Lane, Rolling Meadows, IL 60008-2607
30570952    + Ali, 20514 como ln, porter ranch, CA 91326-4147
30570953      Ali Akg l, Wiesensteigerstra e 11, Leonberg, BADEN-WURTEMBERG 71229, GERMANY
30570954      Ali Al-Nabulsi, 206 Judah St Apt 201, San Francisco, CA 94122-2459
30570955    + Ali Antunez, 2103 Poppy Ln, Richardson, TX 75081-4710
30570956    + Ali Balchunas, 5579 Azalea Way, Unit 1013, West Chester, OH 45069-1882
30570957    + Ali Bobalik, 110 NE Beech Street, Portland, OR 97212-2004
30570958    # Ali Briggs, 1526 18th St, Cuyahoga Falls, OH 44223-1808
30570959    + Ali Cass, 2100 S Floyd St, Suite W119, Louisville, KY 40208-2805
30570960    + Ali Chorley, 5505 Grand Ave S, Minneapolis, MN 55419-1823
30570961      Ali Kerns, 7507 Park Village Dr Apt 5403, Jacksonville, FL 32256-3091
30570962      Ali Pasha, 235 Park Ave Apt 1B, Hoboken, NJ 07030-3788
30570963      Ali Rockett, 601 Meeting St Apt 7065, Charleston, SC 29403-6889
30570964    + Ali Wyrostek, 3864 Beechwood Blvd, Pittsburgh, PA 15217-2614
30570965    + Alia King, 1413 e north st, Lansing, MI 48906-4630
30570967      Alice Bailey, 6344 W Lariat Ln, Phoenix, AZ 85083-1004
30570968      Alice Biagini, Via Traversa 63, Capannori, Lucca 55013, ITALY
30570969      Alice Bradley, 23 nardoo Cresant, ACT, Australian Capital Territory, 2602, AUSTRALIA
30570970      Alice Edrial, 29 Filson Street, Ascot Vale, Victoria, 3032, AUSTRALIA
30570971      Alice Karcher, 4225 Caldwell Ave, The Colony, TX 75056-3013
30570972      Alice Look, 45 South Ave Apt 8, Avon, NY 14414-1241
30570973      Alice Magnani, Argine Po Sud, 20, San Benedetto Po, Mantova 46027, ITALY
30570974    + Alice Morataya, 28350 Main Rd, P O Box 374, Cutchogue, NY 11935-0374
30570975      Alice Mshar, 85 Sixth St, Garden City Park, NY 11040-4111
30570976      Alice Truchaud, 48 rue du 19 janvier, Garches, ILE-DE-FRANCE 92380, FRANCE
30570977    + Alice Zacchini, 519 Dunoon St, Ocoee, NJ 34761-5657
30570978    + Alicia Alderete, 6225 Hillandale Dr., Los Angeles, CA 90042-1303
30570979      Alicia Brady, 1324 SW Hume Ct, Portland, OR 97219-4355
30570980      Alicia Burns, 4109 ATRISCO DR NW APT B2, ALBUQUERQUE, NM 87120-1718
30570981      Alicia Dean, 3995 Dinninger Rd, Shelby, OH 44875-9238
30570982    + Alicia Garcia, 12211 oak ramble dr, Springhill, FL 34610-6540
30570983      Alicia Groff, 58 Martin Ave, Ephrata, PA 17522-1720
30570984    + Alicia Guerra, PO Box 15, Custer, MI 49405-0015
30570985      Alicia Hanna, PO Box 90, Ignacio, CO 81137-0090
30570987    + Alicia Harris, 1221 NE 267th Ave, Camas, WA 98607-8905
30570988    + Alicia Hurst, 750 Hillcrest ave, Carlisle, OH 45005-3315
30570989      Alicia Jones, 201 E Main St Ste B, Cushing, OK 74023-2607
30570990    + Alicia M Webber, 61A Holiday Drive, PORTSMOUTH, NH 03801-8307
30570991    + Alicia McGinniss, 12701 Foxstone Rd, Midlothian, VA 23113-2281
30570992    + Alicia Miller, 1501 Harry Thomas Way NE, Apt 446, WA, DC 20002-7377
30570993    + Alicia Nanna, 3 Chamber Valley Estates, Spencerport, NY 14559-9301

District/off: 0752-1 User: admin Page 22 of 507

Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| | | |
|---|---|---|
| 30570994 | + | Alicia Oh, 405 W 49th St, 5W, NY, NY 10019-7220 |
| 30570995 | + | Alicia Rivera, 5 Walden Ct., Manalapan, NJ 07726-8684 |
| 30570996 | + | Alicia Rodriguez, 8101 Cozycroft Ave, Winnetka, CA 91306-1711 |
| 30570997 | + | Alicia Silla, 109 N Tunstall Ave, Apex, NC 27502-1751 |
| 30570986 | | Alicia harriman, 83 SAYBROOK RD, HIGGANUM, CT 06441-4102 |
| 30570998 | + | Alida Gannon, 14748 Victory Blvd, Apt 101, Van Nuys, CA 91411-1596 |
| 30570999 | | Alie Hernandez, 5053 Ashville Rd, South Bloomfield, OH 43103-1137 |
| 30571000 | | Aliff Haiqal, No. 3, Jalan 4A/4 Taman Keruing Rasa, Rasa, Selangor 44200, MALAYSIA |
| 30571001 | | Alifia Thierry, Perumahan Kota Wisata Cibubur, Cluster O, Kec.Cileungsi, Kel.Limus Nunggal, Kabupaten Bogor, Indonesia, 16820, INDONESIA |
| 30571002 | + | Alight Promos, 10810 Cantara St, Sun Valley, CA 91352-4019 |
| 30571003 | | Alina Edwards, 5804 BROAD BRANCH RD NW, WASHINGTON, DC 20015-2544 |
| 30571004 | | Alina Pham, 161 Kenbrook Cir, San Jose, CA 95111-3277 |
| 30571005 | + | Alina Sackreiter, 30 Tangerine, Irvine, CA 92618-4563 |
| 30571006 | | Alina Sztyber, 8 Lynnwood Drive, Brantford, ONTARIO N3S6S1, CANADA |
| 30571007 | + | Alisa Khuu, 5711 8th St N, Arlington, VA 22205-1021 |
| 30571008 | + | Alisa Marquez, 407 Silver Oaks Circle, Haughton, LA 71037-9292 |
| 30571009 | | Alisa Okamoto, 1906 Avenida La Posta, Encinitas, CA 92024-7114 |
| 30571010 | | Alisa Powell, 2041 S Longmore, Mesa, AZ 85202-6566 |
| 30571011 | | Alisha Archibald, Archibald44072 S 300 E, Apt. 13, 13Millcreek, UT 84107 |
| 30571012 | + | Alisha Kimbrough, 3137 Hawk Pride Mountain Rd, Tuscumbia, AL 35674-6554 |
| 30571013 | + | Alisha Lynn Miller-Khalial, 7139 Oakberry Way, Citrus Heights, CA 95621-1228 |
| 30571014 | + | Alisha Morris, 10522 Wedd St, Overland Park, KS 66212-5646 |
| 30571015 | + | Alisha Phan, 7190 Shady Knoll DR SE, Caledonia, MI 49316-8517 |
| 30571016 | | Alisha Thomas, 2641 Daniel Ter, Winchester, VA 22601-2644 |
| 30571017 | | Alisha Ward, 103 Farrell Dr NE, Lake Placid, FL 33852-6004 |
| 30571018 | | Alison Ballbach, 136 Park St Apt 1, Medford, MA 02155-3924 |
| 30571019 | | Alison Friedman, 148 Ensenada Ave, Thousand Oaks, CA 91320-3631 |
| 30571020 | + | Alison Hadley, 296 Roebling St., Warrenton, VA 20186-2413 |
| 30571021 | + | Alison Ikerd, 301 w olive ave, Gilbert, AZ 85233-3942 |
| 30571022 | + | Alison Jagielo, 23 N Hudson St, Westmont, IL 60559-1623 |
| 30571023 | + | Alison Kasper, 26 Ivy Drive, Shavertown, PA 18708-9466 |
| 30571024 | | Alison Ledbetter, 1121 Hampton Dr, Allen, TX 75013-3633 |
| 30571025 | + | Alison Marin, 500 Monroe Ave NE, F5, Renton, WA 98056-3955 |
| 30571027 | | Alison Metzler, 3069 Parsons Bend Rd, Columbia, TN 38401-0710 |
| 30571028 | | Alison Moore, 325 Taylor St Unit 3028, Columbia, SC 29201-6023 |
| 30571029 | + | Alison Morton, 6727 16th Ave. SW, SEATTLE, WA 98106-1605 |
| 30571030 | | Alison Rees-Middleton, 2, 39 Rossmount Terrace, Moncton, NB E1G 3V9, CANADA |
| 30571031 | | Alison Rentschler, 10664 Buchanan St, Van Buren Twp, MI 48111-3412 |
| 30571032 | + | Alison Sahler, 1941 Kerr Gulch Road, Evergreen, CO 80439-6385 |
| 30571034 | | Alison Schatz, 9951 KING RD, DAVISBURG, MI 48350-1946 |
| 30571035 | | Alison Wentley, 259 SPRINGDALE DR NE, ATLANTA, GA 30305-4210 |
| 30571036 | + | Alison Wiedl, 822 E Edgewood, Springfield, MO 65807-3756 |
| 30571037 | + | Alison yanacek, 500 Ximeno Ave, Apt 22:, Long Beach, CA 90814-1723 |
| 30571038 | + | Alissa Burlingame, 59 Tatnic Hill Rd, Brooklyn, CT 06234-2319 |
| 30571039 | | Alissa Burlingham, 7916 Lafayette Way, Denver, CO 80229-5970 |
| 30571040 | + | Alissa Ferara, 1231 W. 23rd Street, San Pedro, CA 90731-4908 |
| 30571041 | | Alissa Ferri, 36 Shawnee Trl, Shamong, NJ 08088-9404 |
| 30571042 | | Alissa Hernandez, 10773 Boulder Canyon Rd, Rancho Cucamonga, CA 91737-6723 |
| 30571043 | | Alissa Odum, 331 Inverness Dr, Trophy Club, TX 76262-9751 |
| 30571044 | + | Alissa Sissung, 24430 Goldpoint Pl, Diamond Bar, CA 91765-1867 |
| 30571045 | | Alistair Brown, 159 Champs Sur Marne, Bradley Stoke, Bristol, ENGLAND BS32 9BY, UNITED KINGDOM |
| 30571046 | + | Alister Tate, 4308 sw 23rd st, Topeka, KS 66614-1160 |
| 30571047 | | Alister Wang, Block 768 Yishun Avenue 3, #02-321, Singapore, Singapore, 760768, SINGAPORE |
| 30571048 | | Alivia Hagensen, 500 Alabama Ave, Englewood, FL 34223-2769 |
| 30571049 | | Alix Crist, 4210 WASHINGTON RD APT 206, KENOSHA, WI 53144-4252 |
| 30571050 | + | Alix Curry, 4405 Martins Way, Apt C, Orlando, FL 32808-1127 |
| 30571051 | + | Alix Guenther, 21633 Boggy Ford, Apt B, Lago Vista, TX 78645-7606 |
| 30571052 | | Alix Page, 8 Mackintosh Lane, UNITED KINGDOM |
| 30571053 | | Aliyah Allen, 210 Biggs Ave, Conesville, OH 43811-9739 |
| 30571054 | + | Aliyah Larson, 567 Rosecrans St, San Diego, CA 92106-3456 |
| 30571055 | | Aliza Prom, 119 Grand St # 2, Lowell, MA 01851-2625 |
| 30571056 | + | Alkh Schoolfield, 501 W Fourth St, Apt. 627, Winston Salem, NC 27101-3874 |

District/off: 0752-1                     User: admin                          Page 23 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                    Total Noticed: 30719

30571058  + All Things Considered Inc., 16350 Ventura Blvd Ste D #203, Encino, CA 91436-5316
30571060  + Allan Catellier, 121h McIntyre Hall, Laramie, WY 82070-3422
30571061  + Allan Handal-Aereo, 8582 NW 70TH ST, Doral, FL 33166-2641
30571062  + Allan Hsu, 190 8th Ave., Apt #1, San Francisco, CA 94118-1234
30571063  + Allan J Funk, 10 Sarasota Drive, Stafford, VA 22554-7814
30571064  + Allan Lu, 1808 Bay Ridge Pkwy, Brooklyn, NY 11204-5705
30571065  + Allan Presnell, 514 E Washington St., po box 652, Tolono, IL 61880-0652
30571066  + Allan Salas2880, 1866 NW 82ND AVE, CAVASA CAV-2880, Doral, FL 33126-1014
30571067    Allan Zuckoff, 81 Cooper Blvd, Red Bank, NJ 07701-5848
30571068  + Allayna L Bell, 3576 Hwy k-4, Topeka, KS 66617-3834
30571069  + Allen Brown, 6297 Botsford Cir, Howell, MI 48855-8129
30571070  + Allen C Nix, 212 Oak Grove Blvd, Shepherdsville, KY 40165-8242
30571071  + Allen Company, PO Box 217, Blanchester, OH 45107-0217
30571072  + Allen Lewis, 120 W South Street, Carey, OH 43316-1253
30571073  + Allen Pan, c/o End Card Digital LLC, 1374 E. Hillcrest Dr. #311, Thousand Oaks, CA 91362-2520
30571074    Allen Trader, 565 Running Fawn Dr, Suwanee, GA 30024-4101
30571075    Alleyah Neumann, 55712 Reeves Dr, Osceola, IN 46561-8548
30571076  + Alli Amis, 12348 S Shahaka Rd, Riverton, UT 84096-3479
30571077    Alli Casper, 701 N C St Unit 3564, Indianola, IA 50125-1282
30571078  + Alli Edwards, 1001 7th St, Snohomish, WA 98290-2410
30571079  + Alli Palmatier, 820 S Robberson Ave, A206, Springfield, MO 65806-3284
30571080  + Alli Schaum, 59 Grove St, Apt 2, NY, NY 10014-3416
30571081  + Alliance Entertainment, 300 Omicron Ct., Shepherdsville, KY 40165-9794
30571082  + Allie Blaire, 2819 SE Pheasant Way, Gresham, OR 97080-8073
30571083    Allie Dayboll, 1003 Main St, Savanna, IL 61074-1324
30571084  + Allie Green, 1409 Washington Street, Unit A, Cedar Falls, IA 50613-4154
30571085    Allie Kane, 758 W TRACY ST, SPRINGFIELD, MO 65807-2544
30571087  + Allie Knoll, 823 A street, Apt. 1, Eureka, CA 95501-0285
30571088  + Allie Lenney, 1158 1st ave, 4A, New york, NY 10065-7871
30571089  + Allie Prein, 53 Broadway, Apt 412, Brooklyn, NY 11249-6106
30571092    Allie Zhang, 52 WEBSTER ST, ARLINGTON, MA 02474-3318
30571093    Alliha Mushtaq, 2123 E 34TH ST BSMT, BROOKLYN, NY 11234-4939
30571094  + Allison Addison, 52 Mitchell Cir, Greenbrier, AR 72058-9123
30571095    Allison Andrews, 1830 E 87th St Apt 23, Cleveland, OH 44106-4863
30571096  + Allison Astolfi-Jan, 28 Countryside Drive, Brookline, NH 03033-4425
30571097    Allison Bailey, 752 N 85th St Apt 3, Seattle, WA 98103-3844
30571098    Allison Beecroft, 215 18th St SE, Minot, ND 58701-4140
30571099    Allison Boyle, 143 HALL RD SPUR, WORCESTER, NY 12197-2717
30571100  + Allison Bullock, 3448 Arlene Circle, #4, Billings, MT 59102-1263
30571101  + Allison Caravella, 78 Gainsborough St., 206E, Boston, MA 02115-6514
30571102  + Allison Daniel, 3426 Yale St., GBC6202-2, Houston, TX 77018-7743
30571103    Allison Elashoff, 3137 S Delaware St, San Mateo, CA 94403-2391
30571104    Allison Ferry Abee, 1294 E Fir St, Lindsay, CA 93247-9815
30571105  + Allison Fether, 3992 Saint Petersburg St, Boulder, CO 80301-6024
30571106  + Allison Fether, 3992 St Petersburg Street, Boulder, CO 80301-6024
30571107    Allison Franks, 2123 Montour Street Ext, Moon Township, PA 15108-3265
30571108  + Allison Gambrel, 42 Willow Creek Ave, Suffield, CT 06078-2256
30571109    Allison Gray, 28 Wadleigh Ln, South Berwick, ME 03908-1524
30571110    Allison Hodges, 7311 Eastcrest Dr, Austin, TX 78752-2452
30571111    Allison Hoover, 1111 Beighlea Ave, Franklin, PA 16323-4403
30571112    Allison Humphries, 5033 Rockport Dr, Jonesboro, AR 72404-9133
30571113    Allison Izon, 11510 Flower Meadow Ct, San Diego, CA 92126-1043
30571114    Allison James, 6058 N Navarre Ave, Chicago, IL 60631-2639
30571115  + Allison Janowski, 915 Glyndon St SE, Vienna, VA 22180-5918
30571116    Allison Keil, 135 N 55th St, Seattle, WA 98103-5801
30571117  + Allison Kulka, 492 Jenny Way, Brighton MI 48116, Brighton, MI 48116-3502
30571118  + Allison L Maceda, 130 S Jensen Rd, Apt H11, Vestal, NY 13850-2862
30571119  + Allison Leslie, 874 s cox, Memphis, TN 38104-5715
30571120  + Allison Luzader, 14756 26th Avenue Northeast, Shoreline, WA 98155-7405
30571121    Allison Machi, 1784 Peterson Pond Ln, Redwood Valley, CA 95470-9417
30571122  + Allison Martin, 8 Donald Street, Mechanicsburg, PA 17050-6820
30571123    Allison Martino, 7 Rose Rd, Millis, MA 02054-1770
30571124  + Allison McNamara, 1505 W Edwards, Springfield, IL 62704-1640

| 30571125 | | Allison Miele, 716 27TH AVE, A, SEATTLE, WA 98122-4927 |
| 30571126 | + | Allison Miller, 2331 Cathedral Ave NW, Apt. 104, WA, DC 20008-1552 |
| 30571127 | | Allison Mordecai, 5703 Cielio Bay Ct, Houston, TX 77041-6713 |
| 30571128 | | Allison Nero, 8711 Mill Creek Ln, Hudson, FL 34667-2568 |
| 30571129 | | Allison Patel, 11407 Pinifer Park Court, Midlothian, VA 23113 |
| 30571132 | + | Allison Raden, 1304 W. Rosemont Ave., APT 2W, Chicago, IL 60660-1376 |
| 30571133 | | Allison Ross, 632 Niagara Street, St. Catharines, Ontario L2M 3R2, CANADA |
| 30571134 | | Allison Scheinman, 2585 Winding Wood Dr, Clearwater, FL 33761-3738 |
| 30571135 | | Allison Schultz, 2872 Falling Waters Ln, Lindenhurst, IL 60046-6779 |
| 30571136 | | Allison Snetsinger, 133 26 Street East, North Vancouver, British Columbia, V7N 1, CANADA |
| 30571137 | | Allison Trout, 5635 Myrtlewood Dr, Nashville, TN 37211-6229 |
| 30571138 | | Allistar Horwatich, W7778 Pine St, Lake Mills, WI 53551-1165 |
| 30571139 | | Allotment Productions Ltd, Unit 4A Paddock Road, Reading, BERKSHIRE RG4 5BY, UNITED KINGDOM |
| 30571140 | + | Ally Cavazos, 4100 Albion Street, Apt. 505, Denver, CO 80216-4493 |
| 30571141 | | Ally Davis, 6355 Gateway West Blvd, Apt. 303, El Paso, TX 79925 |
| 30571143 | | Ally Dubeau, 13318 Meadow Dr, Snohomish, WA 98290-9764 |
| 30571144 | | Ally Ehasz, 39 INDIA ST APT 2, BROOKLYN, NY 11222-1522 |
| 30571146 | | Ally Fox, 11480 S VIOLET ST, OLATHE, KS 66061-7494 |
| 30571147 | + | Ally Friedholm, 9702 Ravenswood Court, Saline, MI 48176-9803 |
| 30571148 | | Ally Gilbert, 347 East St, Wolcott, CT 06716-3336 |
| 30571149 | + | Ally Mortola, 1368 West 1200 South, Clearfield, UT 84015-9092 |
| 30571150 | | Ally Pilkington, 2807 E NEBRASKA AVE, SPOKANE, WA 99208-2316 |
| 30571151 | | Ally Richtmyer, 375 W 3rd St, Corning, NY 14830-2342 |
| 30571152 | + | Ally Robertson, 401 Peachtree Rd, Walterboro, SC 29488-2843 |
| 30571153 | | Ally Shotton, 76 Ardyne street, Unit 4, Murrumbeena, Victoria, 3163, AUSTRALIA |
| 30571155 | + | Ally Wilson, 6335 JOVIAL, COLORADO SPRINGS, CO 80924-5373 |
| 30571142 | + | Ally detre, 32 Canfield rd, Morristown, NJ 07960-6933 |
| 30571156 | + | Allyce Hadley, 83 Gardner Ave, Swansea, MA 02777-1613 |
| 30571157 | | Allyn Beltran, 3321 VICENTE ST, SAN FRANCISCO, CA 94116-2662 |
| 30571158 | | Allyson Bura, 6445 S Maple Ave Apt 2139, Tempe, AZ 85283-3643 |
| 30571159 | #+ | Allyson Jones, 115 Faye St, Apt 2A, Wytheville, VA 24382-4063 |
| 30571160 | + | Allyson LaFon, 112 S Madison St., Greencastle, IN 46135-1654 |
| 30571161 | | Allyson McGichen, 6 Argyll Ave, Dumbarton, SCOTLAND G82-3NP, UNITED KINGDOM |
| 30571162 | | Allyson Sodrosky, 72 Aleksander Blvd, Mountain Top, PA 18707-9233 |
| 30571163 | | Allyson White, 994 Park Ave, Lock Haven, PA 17745-8394 |
| 30571164 | | Allyssa Collette, 19 Donald Tennant Cir, North Attleboro, MA 02760-4717 |
| 30571165 | | Allyssa Wetzel, 4057 SARA ST, HUDSONVILLE, MI 49426-9398 |
| 30571166 | + | Alma Avila, 762 Memory Lane, Las Vegas, NV 89110-3893 |
| 30571167 | + | Alma Lazaro, 1227 Vienna Blvd, DeKalb, IL 60115-2658 |
| 30571168 | | Almer Carlos, 33 Durnford Street, Flat 22, Plymouth, ENGLAND PL1 3EU, UNITED KINGDOM |
| 30571169 | | Alona Vest, 5168 Emerson Village Dr Apt 202, Indianapolis, IN 46237-2098 |
| 30571170 | + | Alondra Salgado, 2807 S Kedvale Avenue, Chicago, IL 60623-4362 |
| 30571171 | + | Alonso Alley, 12010 ilex st nw, Coon rapids, MN 55448-2287 |
| 30571172 | + | Alonzo Desantez, 6316 Corona Avenue, Bell, CA 90201-1107 |
| 30571173 | + | Alonzo Favor, 610 James Street, Latrobe, PA 15650-3032 |
| 30571174 | | Alonzo Menchaca, 321 Lincoln St, Porterville, CA 93257-6046 |
| 30571175 | | Alora May, 78 Boulton Ave, Toronto, Ontario, M4M2J5, CANADA |
| 30571176 | + | Alpha Lambert, 552 S 1200 E, Upper Unit, Salt Lake City, UT 84102-4342 |
| 30571177 | | Alphabroder, 23591 Network Place, Chicago, IL 60673-1235 |
| 30571179 | | Alston Choong, Jalan Dutamas Raya, 153-12-8, Menara Duta Condominium, Kuala Lumpur, Kuala Lumpur, 51200, MALAYSIA |
| 30571178 | | Alston chen, 2546 NE 98th St, Seattle, WA 98115-2408 |
| 30571182 | + | Alton joyner, 3786 Hudson's crossroads rd, Greenville, NC 27858-8227 |
| 30571183 | | Alui Kouassi, 1332 S Cathay Ct Apt 106, Aurora, CO 80017-4583 |
| 30571184 | | Alva Conger, 1622 North St Apt 1, Fremont, OH 43420-5120 |
| 30571185 | | Alvaro Mezza, 3525 New Hampshire Ave NW, WA, DC 20010-1561 |
| 30571186 | + | Alvaro Quinones, 8241 W Sunrise Blvd, Plantation, FL 33322-5403 |
| 30571187 | | Alvaro Ricardo Dejo Chavarry, 516 Steele Hill Rd, Sanbornton, NH 03269-2605 |
| 30571188 | + | Alvin Ho, 1911 San Jose Ave, San Francisco, CA 94112-2406 |
| 30571189 | + | Alvin Minueza, 1067 cilley rd, Manchester, NH 03103-2907 |
| 30571190 | + | Aly Horn, 3607 E 17th Street N, Apt. 3112, Wichita, KS 67208-2140 |
| 30571192 | + | Aly Reinert, 671 Manhattan Ave, STE 1, Brooklyn, NY 11222-3113 |
| 30571191 | + | Aly p, 6322 s 107th East ave, Apt 4, Tulsa, OK 74133-1666 |
| 30571193 | + | Alyia Thibault, 404 North Main Street, Apartment 6, Bloomington, IL 61701-3916 |

District/off: 0752-1                          User: admin                                    Page 25 of 507

Date Rcvd: Jan 04, 2024                       Form ID: 309C                                Total Noticed: 30719

Alysa Garza, 3498 Norwood Ave, North Vancouver, British Columbia, V7N 3, CANADA

+ Alysa Vasapolli, 124 Davenport Ave, A, New Rochelle, NY 10805-3008

Alysha sant, 79 Monmouth Street, Eagleby, QUEENSLAND 4207, AUSTRALIA

Alyson Archer, 415 Greenwich St Apt 8C, NY, NY 10013-2074

Alyson Dates, 8461 Ridge Rd Ste 1, Sodus, NY 14551-9403

Alyson McKie, 19 Lyndhurst Gardens, 44987, Glasgow, Scotland, G206QX, UNITED KINGDOM

+ Alyssa Abramo, 82 Lexington Road, Dracut, MA 01826-4147

+ Alyssa Alyssa, 413 Kings Park Drive Extension, C, Liverpool, NY 13090-2865

+ Alyssa Barta, 1000 East 22nd Street, 202, Tucson, AZ 85713-1803

+ Alyssa Brien, 4310 Ravine Center Dr, Stafford 105, Allendale, MI 49401-9414

+ Alyssa C Leman, 115 bassett rd, Williamsville, NY 14221-2641

Alyssa Camargo, 555 FM 646 Rd W Apt 937, Dickinson, TX 77539-3492

Alyssa Caputo, 16 Stoney Brook Rd, Rowley, MA 01969-2124

Alyssa Carte, 823 Hershire Dr, Bethel Park, PA 15102-2331

Alyssa Codling, 25 Buss Court, Thorold, Ontario, L2V 5B1, CANADA

+ Alyssa Cox, P.O. box 46, Belton, MO 64012-0046

+ Alyssa Csabanyi, 10210 Kelly Lane, Gilroy, CA 95020-9208

Alyssa D Andria, 5152 W Beach Comber Way, South Jordan, UT 84009-1239

+ Alyssa Fields, 7601 W Falconwing Ave, Las Vegas, NV 89131-8221

+ Alyssa Freeman, 1167 52nd St SE, Kentwood, MI 49508-6007

+ Alyssa Gesslein, 6 Oak Lane, Cranford, NJ 07016-2038

+ Alyssa Gore, 1205 NE Kinney St., Hillsboro, OR 97124-4112

Alyssa Haas, 814 N 31st St, Waco, TX 76707-3220

+ Alyssa Hary, 2050 Vogel Rd, Evansville, IN 47711-4862

+ Alyssa Howe, 23557 Japura St NE, Stacy, MN 55079-9324

Alyssa Jenkins, 300 Dye Dr, Royse City, TX 75189-2425

Alyssa Johnson, 304 Bandini Pl, Vista, CA 92083-5903

+ Alyssa K Guzman, 5737 West Patterson Avenue, Chicago, IL 60634-2621

Alyssa Kelley, 7374 S 81st West Pl, Tulsa, OK 74131-2831

Alyssa Kitsembel, 319 East Hill Pkwy Apt 104, Madison, WI 53718-2996

+ Alyssa LaCoste, 4103 Ridgelawn Dr, Mobile, AL 36608-2466

Alyssa LaPointe, 99 Old Blue Hills Rd, Durham, CT 06422-3005

+ Alyssa Lanassa, 5059 Lyons Court, Marrero, LA 70072-5525

Alyssa Lynch, 12429 NE Siskiyou St, Portland, OR 97230-1639

Alyssa Mccloskey, 905 East Avenue, Pensacola, FL 32508

Alyssa Ortega, 15 BROWN ST UNIT 205, PORTLAND, ME 04101-4282

Alyssa Rega, 5512 Aspenwood Ave, Caldwell, ID 83607-1728

+ Alyssa Sharrar, 426 Gregory Lane, Bellefonte, PA 16823-8632

+ Alyssa Shreves, 4040 Boulder Highway, Apt. 1010, Las Vegas, NV 89121-2509

+ Alyssa Slayden, 52 S 4th Street, Lewisburg, PA 17837-1802

+ Alyssa Smart, 5828 Wayne Road, Pittsburgh, PA 15206-2110

Alyssa Sorano, 307 SW 16th Ave Apt 424, Gainesville, FL 32601-8513

Alyssa Stater, 3949 Springhill Ave, Las Vegas, NV 89121-6224

Alyssa Swift, 5089 Aztec Dr, The Colony, TX 75056-2562

Alyssa Thomson-Callahan, 2422 Cobbinshaw Cir, Mississauga, ON L5N2G3, CANADA

Alyssa Tobon, 9014 W Campus Dr, Spokane, WA 99224-6105

Alyssa Vargas, 18790 Alicante Circula, Morgan Hill, CA 95037-9395

Alyssa Visco, 236 Hampton Dr, Langhorne, PA 19047-1148

+ Alyssa Wescoat, 1521 Cloverhill road, Pottstown, PA 19464-1750

+ Alyssa Yung, 515 Meyer Lane, Apt. 31, Redondo Beach, CA 90278-5229

+ Alyssa Zhao, 300 Swift Avenue, Box 94284, 300 Swift Apartment 108, Durham, NC 27705-4848

+ Alyssa arizaga, 5505 E Stearns Street, Long Beach, CA 90815-3125

Alyssa white, 1408 IL ROUTE 140, GREENVILLE, IL 62246-2348

+ Alyvia Briscoe, 1945 Gridley Ave, Reno, NV 89503-1515

Am lia Laram e, 593 rue Saint-Georges, La Prairie, QUEBEC J5R 2N2, CANADA

Am lie Diaz, 4833 E Burnside St Apt 5, Portland, OR 97215-1161

+ Amadeo R, 205 Breezewalk Drive, Vallejo, CA 94591-7145

+ Amalea Ryckman, 19552 23rd AVE NE, Shoreline, WA 98155-1202

+ Amalia Gjerloev, 1059 Carbondale Way, Gambrills, MD 21054-1652

Amalia Powell, 1602 PARIS RD APT 6, COLUMBIA, MO 65201-5603

+ Aman Srivastav, 723 Kendall Ave, Palo Alto, CA 94306-2726

+ Amanda Adams, 526 Eldon Ave., Columbus, OH 43204-3477

Amanda Aguzar, 27019 117th Pl SE, Kent, WA 98030-8637

30571268  + Amanda Alexander, 7147 Walton Reserve Ln, Austell, GA 30168-2551
30571269    Amanda Atkins, 103 Hood Cir, Decatur, GA 30030-3537
30571270  + Amanda Barnes, 5525 N. Winthrop Ave, Apt. 301, Chicago, IL 60640-1403
30571271  + Amanda Bernstein, 507 Green Spring Circle, Winter Springs, FL 32708-3011
30571272    Amanda Bertrand, 3111 149th St SE, Mill Creek, WA 98012-5814
30571273  + Amanda Beswick, 176 Sparrow Drive, Apt 176, Mechanicville, NY 12118-9709
30571274  + Amanda Biebel, 996 Mallard Creek Road, Louisville, KY 40207-5806
30571275    Amanda Birowski, 3 Carolina Ct, Wilmington, DE 19808-4064
30571276  + Amanda Booth, PO Box 922, Kearney, MO 64060-0922
30571277  + Amanda Bradtmiller, 3802 N Hermitage Ave, Apt 1, Chicago, IL 60613-5190
30571278  + Amanda Brebner, 12028 SE 276th PL, Kent, WA 98030-8884
30571280  + Amanda Browne, 8586 S Lewis Way, Littleton, CO 80127-6302
30571282  + Amanda Caridi, 85 Main St, Apt. 202, Cortland, NY 13045-3181
30571283    Amanda Colon, 618 N Neva Ave, Addison, IL 60101-2508
30571284    Amanda Conti, 9 Circle Dr, Castle Rock, CO 80104-2019
30571285    Amanda Coroban, 804 Highland Ave, Waynesboro, VA 22980-6051
30571286  + Amanda Coronado, 10135 Wilderness Gap, San Antonio, TX 78254-6005
30571287  + Amanda Cramer, 34 Pleasant St, APT J, Easthampton, MA 01027-1153
30571288  + Amanda Damp, 25963 Roosevelt road, South bend, IN 46614-9647
30571289    Amanda Davis, 658 Stone Rd, Benton, TN 37307-4853
30571290  + Amanda DeFazio, 200 Rodman Avenue, Jenkintown, PA 19046-2029
30571291    Amanda Diaz, 1319 Valeview Ave, Glendora, CA 91740-4055
30571292    Amanda Documet, 1505 Pageant Ct, Bowie, MD 20716-1601
30571293  + Amanda Dyer, 92 Southworth Drive, Ashford, CT 06278-1563
30571294    Amanda Eilerman, 800 E Hall of Fame Ave Apt 314, Stillwater, OK 74075-6404
30571295    Amanda Evans, 1507 E Gibson Ave, Connellsville, PA 15425-4932
30571296    Amanda Filiash, 162 Hetzels Church Rd, Pine Grove, PA 17963-8356
30571297  + Amanda Foster, 611 Carolyn Rd, Glen Burnie, MD 21061-4507
30571298  + Amanda Frescoln, 911 Spruce Street, Collingdale, PA 19023-3930
30571299  + Amanda Frisco, 1010 Mt pleasant ave, A, Wayne, PA 19087-2715
30571300  + Amanda G Rodriguez, 209 Haegele Place, Mount Royal, NJ 08061-1072
30571301    Amanda Gaboriault, 353 Village Ln, Rochester, NY 14610-3041
30571302  + Amanda Gao, 315 E 72nd St, Apt 4K, NY, NY 10021-4638
30571303    Amanda Garcia, PO Box 1052, Plymouth, CA 95669-1052
30571304  + Amanda Garza, 635 Terrell Rd, Terrell Hills, TX 78209-6130
30571305  + Amanda Glidden, 4812 Norcroft Dr, Indianapolis, IN 46221-3256
30571306  + Amanda Goldstein, 283 Powers Street, Apartment 2F, Brooklyn, NY 11211-1711
30571308  + Amanda Gspandl, 1902 Tremont Road, Columbus, OH 43212-1057
30571310  + Amanda Helton, 180 Woodruff rd, apt 2304, greenville, SC 29607-3869
30571311  + Amanda Hibbert, 17475 N. 92nd Avenue, Peoria, AZ 85382-8214
30571312  + Amanda Hinojosa, 4223 Vantage View Dr., San Antonio, TX 78228-2951
30571313  + Amanda Hodgson, 2111 Bromley Park Drive, Winston-Salem, NC 27103-4929
30571314    Amanda Hughes, 2922 WOODS CROSSING DR, COLUMBIA, MO 65202-5728
30571315  + Amanda Jackson, 804 K St NW, Miami, OK 74354-4223
30571316    Amanda Kane, 14311 Dickens St Apt 103, Sherman Oaks, CA 91423-4129
30571317  + Amanda Karn, 214 N Park Ave, Fremont, OH 43420-2430
30571318  + Amanda Kaye, 1031 Madison, Birmingham, MI 48009-5750
30571319  + Amanda Kimball, 25549 Meadow Mont St, Valencia, CA 91355-2942
30571320    Amanda Kitchin, 866 Malabu Dr Ste 250, Lexington, KY 40502-3404
30571321    Amanda Kitts, 2706 Wild Ginger Ln, Knoxville, TN 37924-1736
30571322  + Amanda Kolar, 121 N 2nd St, Apt 501, Philadelphia, PA 19106-2072
30571323    Amanda Kraut, 619 Truett Dr, Tallahassee, FL 32303-5220
30571324    Amanda LaMar, 1811 E 4th Street a, Coal Valley, IL 61240-9562
30571325  + Amanda Larry, 633 N Elm St, Hinsdale, IL 60521-3540
30571326  + Amanda Laudani, 41 Dent Road, Staten Island, NY 10308-2948
30571327  + Amanda Liebhardt, 30 Littell Rd, Apt 4, Brookline, MA 02446-6518
30571328    Amanda Lin, 158 Hillcrest Road, Singapore 289028, SINGAPORE
30571330  + Amanda Low, 9797 Wexford Circle, Granite Bay, CA 95746-7121
30571331    Amanda Marie Porter, 4505 Ames Lake Carnation Rd NE, Redmond, WA 98053-9176
30571332    Amanda Martin, 232 E 12th St Apt 9G, NY, NY 10003-9150
30571333    Amanda McCutcheon, 38158 UPPER CAMP CREEK RD, SPRINGFIELD, OR 97478-8203
30571334  + Amanda Merker, 133 S St Andrews Pl, Apt 7, Los Angeles, CA 90004-4070
30571335  + Amanda Miller, 5917 South 99th Court, Apt 2A, Omaha, NE 68127-3164

| | | |
|---|---|---|
| 30571336 | | Amanda Miller, 700 Commonwealth Ave, Box 6044, Boston, MA 02215-2496 |
| 30571337 | + | Amanda Mooney, 515 Everett Ave, Palo Alto, CA 94301-1511 |
| 30571338 | + | Amanda Moore, 13204 NE 47th Circle, Vancouver, WA 98682-6457 |
| 30571339 | + | Amanda Morley, 3723 Loch Lane, North Little Rock, AR 72116-9026 |
| 30571340 | + | Amanda Munafo, 131 Chestnut St, Apt B6, NORTH ATTLEBORO, MA 02760-3228 |
| 30571341 | + | Amanda Murdach, 1407 white street, Mount Vernon, IL 62864-4345 |
| 30571342 | + | Amanda Ney, 64144 Hume Lake Rd 813, Hume, CA 93628-9600 |
| 30571343 | | Amanda Northway, 25557 W Pioneer St, Buckeye, AZ 85326-2937 |
| 30571344 | | Amanda Nowak, 8 NEWBERRY CT APT 5, APPLETON, WI 54915-3172 |
| 30571345 | + | Amanda Parrish, 150 Bear Springs Dr, Apt. 319, Winter Springs, FL 32708-2844 |
| 30571346 | + | Amanda Pereira, 565 SW 11th St., Unit 210, Des Moines, IA 50309-1284 |
| 30571347 | + | Amanda Phillips, 3356 Quarry Drive, Fayetteville, NC 28303-4651 |
| 30571348 | + | Amanda Piercey, 9101 W. Manslick Road, Louisville, KY 40272-2215 |
| 30571349 | + | Amanda Pilarski, 1327 Tittabawassee Rd., Apt. B, Saginaw, MI 48604-1070 |
| 30571350 | + | Amanda Plant, 5623 Bobby Dr., Livermore, CA 94551-6950 |
| 30571351 | | Amanda Pranckus, 2913 Silverbrook Ave, La Porte, IN 46350-6148 |
| 30571352 | + | Amanda Ramos, 924 w Greenbriar lane, Dallas, TX 75208-2622 |
| 30571353 | | Amanda Reid, 1234 N NOBLE ST, CHICAGO, IL 60642-3362 |
| 30571354 | + | Amanda Reisner, 16108 crosslake court, Prosper, TX 75078-5040 |
| 30571355 | | Amanda Rogers, 5438 S Revere Dr, Murray, UT 84117-7235 |
| 30571356 | | Amanda Rosati, 125 Jefferson Ave, Mineola, NY 11501-2711 |
| 30571357 | + | Amanda Rowe, 8503 Carriage Lane, Fairmont, WV 26554-7827 |
| 30571358 | + | Amanda Royer, 10241 Princess Sarit Way, Santee, CA 92071-5704 |
| 30571360 | | Amanda Schepleng, 8 Cherry Ln, Perryville, MD 21903-2036 |
| 30571361 | | Amanda Sexton, 741 Bonita Loop, Cameron Village, Myrtle Beach, SC 29588-6988 |
| 30571362 | + | Amanda Silver, 4216 Allegheny Dr, Troy, MI 48085-3667 |
| 30571363 | + | Amanda Smith, 16 7th Avenue, Brooklyn, NY 11217-3308 |
| 30571364 | | Amanda Spencer, 1811 E CLAIREMONT AVE, EAU CLAIRE, WI 54701-4765 |
| 30571365 | | Amanda Stroud, 820 N Beaver St, Flagstaff, AZ 86001-3106 |
| 30571366 | | Amanda Swanson, 1749 Creat Trl SE, Smyrna, GA 30080-4518 |
| 30571367 | + | Amanda Tabler, 5935 Dashwood Drive, Bethel Park, PA 15102-1384 |
| 30571368 | + | Amanda Tannuzzo, 2536 SE 77th Street, Ocala, FL 34480-8351 |
| 30571369 | | Amanda Tison, 18695 Mill Grove Dr, Noblesville, IN 46062-6591 |
| 30571370 | | Amanda Tripp, 9774 S Dogwood Valley Rd, Hardinsburg, IN 47125-8969 |
| 30571371 | | Amanda Valdez, 819 Stamoules St, Mendota, CA 93640-2507 |
| 30571372 | | Amanda Venereo, 3540 SW 129th Ave, Miami, FL 33175-2814 |
| 30571373 | | Amanda Walker, 2200 Racing Rd Unit 418, Greer, SC 29651-6291 |
| 30571374 | | Amanda White, 11152 Bridgeland Rd, Winnebago, IL 61088-9106 |
| 30571375 | + | Amanda Wilson, 31 Lake Drive, Boonton, NJ 07005-1043 |
| 30571376 | | Amanda Wood, 3445 Pacific Way, Longview, WA 98632-5305 |
| 30571377 | + | Amanda Yeager, 101 S. Ellwood Ave., Apt. G27, Baltimore, MD 21224-2284 |
| 30571281 | + | Amanda caputo, 35 Van Nydeck Ave, Apt 104, Beacon, NY 12508-3471 |
| 30571307 | | Amanda goudreault, 46327 portage avenue, Chilliwack, BC V2P3E8, CANADA |
| 30571378 | | Amani Findlay, 5620 Nicole Ln, Beaumont, TX 77713-9579 |
| 30571379 | + | Amanpreet Kaur, 250 N Syracuse Ave, Massapequa, NY 11758-2026 |
| 30571380 | | Amantha Tsaros, 3 Jeffrey Ter, Lexington, MA 02420-1307 |
| 30571381 | + | Amar Hassan, 636 Thomas Way, Severna Park, MD 21146-2832 |
| 30571382 | + | Amara Vercnocke, 1826 1 street NW, Rochester, MN 55901-0811 |
| 30571383 | + | Amariah Street, 521 e main st, Apt C-1, Lexington, KY 40508-2349 |
| 30571384 | + | Amarnani, 64 Main Street, Unit 13B, Stoneham, MA 02180-3353 |
| 30571385 | + | Amauri Bray, 1310 Scripture St, 1103A, Denton, TX 76201-2707 |
| 30571387 | | Amaya Anglesey, 672 Randolph Ave, Pocatello, ID 83201-3753 |
| 30571388 | + | Amaya Mendez, 1922 Holt Street, Lavaca, AR 72941-3404 |
| 30571389 | + | Ambar Grull n, 5201 Fairview Terrace, West New York, NJ 07093-3527 |
| 30571390 | + | Ambar Ruiz, 133 Blanchard St, Waterbury, CT 06705-2811 |
| 30571391 | + | Amber Abili, 9600 Lucerne Ave Apt 1, Culver City, CA 90232-2928 |
| 30571392 | + | Amber Bartling, 143 Shady Meadows, Charles Town, WV 25414-5169 |
| 30571393 | + | Amber Blevins, 9449 Dayton Pike, Apt 523, Soddy Daisy, TN 37379-4790 |
| 30571394 | | Amber Bruce, 20214 B St, Omaha, NE 68130-5115 |
| 30571395 | | Amber Choo, 2050 Eleanore Dr, Glendale, CA 91206-2904 |
| 30571396 | + | Amber Dacanay, 206 Bellmore Road, East Meadow, NY 11554-3433 |
| 30571397 | + | Amber Dillon, 1336 Circle Dr NE, Kankakee, IL 60901-2015 |
| 30571398 | | Amber Ehlts, 180 Clinton St Apt 2, Avon, NY 14414-1415 |

District/off: 0752-1                          User: admin                                    Page 28 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                          Total Noticed: 30719

30571399         Amber Feese, 1108 Martin Dr, Cleburne, TX 76031-0185
30571400         Amber Firth, 6850 Broadway Unit F, Tfa514, Denver, CO 80221-2800
30571401         Amber French, 123 Congarinni Road North, Talarm, New South Wales 2447, AUSTRALIA
30571402      +  Amber Gil, 8743 Feathertop Rd, Riverside, CA 92508-3021
30571403         Amber Gravley, 1180 Sunset St, Wytheville, VA 24382-1122
30571404         Amber Hull, 325 Clubhouse Rd, Beachwood, NJ 08722-2940
30571405         Amber Jappert, 1155 Falconridge Drive NE, Apt. 83, Calgary, ALBERTA T3J1E1, CANADA
30571406         Amber Johnson, 9530 SW Greenburg Rd Apt 16, Tigard, OR 97223-5491
30571408      +  Amber Lemon, 535 Richard Ave, Lansing, MI 48917-2749
30571409         Amber Lindberg, 3618 Blanchan Ave Apt 1N, Brookfield, IL 60513-1585
30571410      +  Amber Malik, 313 Thackeray Lane, Northfield, IL 60093-3148
30571411      +  Amber Marchioni, 3565 Lakewood Dr, Cincinnati, OH 45248-3117
30571412      +  Amber McCleerey, 716 9th Ave W, Hendersonville, NC 28791-3418
30571413         Amber Michalak, 190 hazel Glen drive, doreen, Melbourne, VICTORIA 3754, CANADA
30571414         Amber Mills, 1635 S DeKalb St Apt 1014, Shelby, NC 28152-7685
30571415         Amber Moore, 54 Refuge Valley Rd, Jasper, GA 30143-6302
30571416      +  Amber Perdue, 43 Crestwood Drive, Middletown, IN 47356-9317
30571417      +  Amber Perry, 318 Hidden Creek Rd., Nellysford, VA 22958-2114
30571418      +  Amber Ponciroli, 3507 Geneva Cir, Nashville, TN 37209-2524
30571419      +  Amber Porter, 297 Pasley Lane, Moneta, VA 24121-1914
30571420         Amber Rata godden, 7 Thomas St, Red cliffs, Victoria 3496, AUSTRALIA
30571421      +  Amber Rhodes, 562 Olympic Way, D, Oceanside, CA 92058-7925
30571422         Amber Roberts, PO BOX 5359, Wollongong, NEW SOUTH WALES 2520, AUSTRALIA
30571423      +  Amber Rose, 1009 heights trail SE, Apt. 426, Brownsboro, AL 35741-1213
30571424         Amber Rose Jappert, 1155 Falconridge Drive NE, Apt. 83, Calgary, ALBERTA T3J 1E1, CANADA
30571425         Amber Sahbudak, 1608 Dockside Dr, Fleming Island, FL 32003-7253
30571426      +  Amber Sangil, 1502 Beaconshire, Houston, TX 77077-3825
30571427         Amber Schisler, 820 Summer Way Apt 5A, Granger, IN 46530-8026
30571429         Amber Tucker, 21 Claxton Blvd, Unit 2, Toronto, Ontario, M6C 1L7, CANADA
30571430         Amber Van Brunt, 3309 Claremont Ave S Unit A, Seattle, WA 98144-6812
30571432         Amber Vance, PO Box 81003, Warwick, RI 02888-0931
30571434         Amber Wickson, 4 River Walk West Auckland, Bishop Auckl, Apt. 4, Co Durham, ENGLAND DL14 9EZ, UNITED KINGDOM
30571433         Amber Wickson, 4 River Walk, West Auckland, Bishop Auck, Apt. 4, Co Durham, ENGLAND DL14 9EZ, UNITED KINGDOM
30571435         Amber Wickson, River Walk, West Auckland Bishop Auckla, Apt. 4, County Durham, ENGLAND DL14 9EZ, UNITED KINGDOM
30571436         Amber Wiggins, North road 157, Yallourn north, VICTORIA 3825, AUSTRALIA
30571437         Amber Williams, 2804 Sweetgum Ln, Amarillo, TX 79124-4930
30571438         Amber Wilson, 3332 Woodside Ave, Parkville, MD 21234-4843
30571440      +  Amber Wood, 247 North ave, Ravenna, OH 44266-2003
30571441         Amber Young, 64 Maplewood Dr, Columbiana, OH 44408-1427
30571407      +  Amber korf, 14808 homestead dr, Olathe, KS 66062-2624
30571431         Amber van Maarseveen, Suttnerstraat, Apt. 37, Stein,Limburg, 6171NM, NETHERLANDS
30571442         Amberlee Vigers, 34 Leclaire St, HAmilton, Ontario, L9C 5X3, CANADA
30571443      +  Amberly Marquard, 175 Perry Graham Rd, Lansing, NC 28643-8886
30571444      +  Amberlyn Holmes, 2022 Towhee Ave, North Augusta, SC 29841-3131
30571445         Ambie Dextrus, PO BOX 2214, Templestowe Lower, VICTORIA 3107, AUSTRALIA
30571446      +  Ambree G Bartlett, 359 Union St, NEWARK, OH 43055-3717
30571447      +  Ambrosia Sanchez, 4812 S.E. 28TH AVE, Apt. 500, Portland, OR 97202-4471
30571448         Amedeo Arlone, Via Giuseppe Verdi 20, Villata, VC 13010, ITALY
30571449         Amelia Ward, 3304 Fawn Hill Rd, Matthews, NC 28105-7624
30571450      +  Amelia Ballesteros, 3138 E Pima St, Tucson, AZ 85716-3154
30571452      +  Amelia Bunkelman, 105 Arbor Crossing, East Lyme, CT 06333-1174
30571453         Amelia Bunkelman, 105 Arbor Xing, East Lyme, CT 06333-1174
30571454         Amelia Cameron, 9900 WATKINS RD, MARYSVILLE, OH 43040-9541
30571455      +  Amelia Davis, 3834 Overton Manor Ln, Vestavia, AL 35243-5313
30571456      +  Amelia Deandreis, 1454 Taylor St, Apt. 5, Oakland, CA 94133-4783
30571457      +  Amelia Farrar, 1108 Bellevista Court, Severna Park, MD 21146-4846
30571458      +  Amelia Goodwin, 2401 East 32nd Street, Ste 10-267, Joplin, MO 64804-3177
30571459         Amelia Grant, 16 Stony Creek Road, North Warrandyte, VICTORIA 3113, AUSTRALIA
30571460         Amelia Hydek, 99 Cedar Dr, Miller Place, NY 11764-1307
30571462      +  Amelia Latimer, 3025 South Sagamont Avenue, C302, Springfield, MO 65807-4698
30571463         Amelia Leggett, 90 Egret Drive, Stowmarket, England IP14 5JQ, UNITED KINGDOM
30571464         Amelia Sarton, 4355 SUSIE VW, COLORADO SPGS, CO 80917-1731
30571465         Amelia Schintgen, 547 Cherry St SE Apt 7N, Grand Rapids, MI 49503-4755

30571466        Amelia Schulz, 964 DeKalb Ave NE Apt 108, Atlanta, GA 30307-5606
30571467        Amelia Sons, 1342 Lipan St, Denver, CO 80204-2531
30571468        Amelia Webster, 24 Hunter Street, Gatton, Queensland, 4343, AUSTRALIA
30571469      + Amelia Wiggins, 263 Ward Rd., Stonewall, LA 71078-9186
30571470      + Amelia Wilson, 4069 Wilson Ave, San Diego, CA 92104-2226
30571451      + Amelia bruner, 6595 Westminster drive, Zionsville, IN 46077-7307
30571471      + Amelia. Leff, 308 W Wilson Ave, Apt 635, Glendale, CA 91203-3677
30571472      + Ameramark, 2050 S Lyon St., Santa Ana, CA 92705-5300
30571473      + America Covarrubias, 31065 las Flores Way, Thousand Palms, CA 92276-3410
30571474      + American Accents, 390 Enterprise Dr, Nicholasville, KY 40356-2299
30571476      + American Lock and Key, LLC, 2206 N Main St, Wheaton, IL 60187-9140
30571477      + American Manufacturing, PO Box 997, Cartersville, GA 30120-0997
30571481      + Amie Hall, 7518, Red Bluff Ln., Fontana, CA 92336-0726
30571482        Amie Jackson, 1806 Lakewood Road South Northwest, Edmonton, AB T6K 3B6, CANADA
30571483        Amie Orloff, 2256 Charleston Way, Beavercreek, OH 45431-2692
30571484      + Amie Paris, 3501 D.H. Watkins, Deer Park, TX 77536-5762
30571485        Amie Topete, 1720 Lancaster Ln, Woodridge, IL 60517-7624
30571486        Amie Wimbleton, 205 Coyote Crescent, Fort McMurray, Alberta, T9K 0C6, CANADA
30571487      + Amina Farahat, 19505 Gallatin Court, Gaithersburg, MD 20886-3903
30571488        Amina Gahramanova, 15210 Amberly Dr Apt 1111, Tampa, FL 33647-2190
30571489        Amir Downing, 1303 W 40th St, Austin, TX 78756-3614
30571490        Amira Fodha, Birkenallee, Apt. 5, Hamburg, HAMBURG 22147, GERMANY
30571491        Amira Kung, 77 Shuter Street, Apt. 2109, Toronto, Ontario, M5B0B8, CANADA
30571492        Amiri Greene, 83 Leafwood Ln Apt 219, Groton, CT 06340-6250
30571493        Amirra Edwards, 7529 30th Ave SW, Seattle, WA 98126-3326
30571494      + Amisha Bali, 1401 arch street, Apt. 1121, Philadelphia, PA 19102-1657
30571495        Amit Zohar, 38 Dam Hamaccabim st., Yavne, HAMERKAZ 8150344, ISRAEL
30571496      + Amita Devarajan, 1010 Muir Woods Dr, Allen, TX 75002-1515
30571497      + Amity Ramirez, 35 Ferguson st, Trenton, GA 30752-2100
30571498      + Amorina Lee-Martinez, 613 N Beech st, Cortez, CO 81321-2116
30571499      + Amos Ferguson, 1017 S. 1st Ave., Sioux Falls SD, SD 57105-0801
30571500        Amos Simpson, 32 Baille Way Newton- St-Boswells, Melrose, Scotland TD6 0AG, UNITED KINGDOM
30571502      + Amundsen Davis, 150 N Michigan Ave. Suite 3300, Chicago, IL 60601-7621
30571503      + Amy Allen, 861 Sycamore Ln, Batavia, IL 60510-4542
30571504      + Amy Auger, 18 Autumn lane, Dedham, MA 02026-4933
30571506        Amy B Grill, 2505 Hartzell St, Evanston, IL 60201-1309
30571507        Amy Beard, 26 Keewaydin St., Waterdown, Ontario L8B0K1, CANADA
30571508      + Amy Blacklock, 6815 Prairie Rd NE, Apt. 313, Albuquerque, NM 87109-1945
30571509        Amy Bolembach, 4850 CONN AVE NW APT 1111, WASHINGTON, DC 20008-5909
30571510      + Amy Boyd, 2633 Blumberg Park, Seguin, TX 78155-3003
30571511        Amy Brimhall, 28480 E Dolomite Lane, San Tan Valley, AZ 85143
30571512        Amy Bustin, 3444 SUNNYSIDE AVE, PHILADELPHIA, PA 19129-1433
30571513        Amy Byron, 1055 Sanborn Ave Apt 105, Los Angeles, CA 90029-3143
30571515      + Amy Churchwell, 7607 SW Aloma Way, Apt 7, Portland, OR 97223-7934
30571516        Amy Clark, 196 Turnpike Rd, Somers, CT 06071-1239
30571517        Amy Clayton, 9128 Stanhope Kelloggsville Rd, Kinsman, OH 44428-9411
30571518      + Amy Clinton, 1206 4th St SW, Austin, MN 55912-3205
30571519        Amy Conway, 1799 Mezger Dr, Woodland, CA 95776-5197
30571520      + Amy Corless, 8851 S Silverstone Way, Sandy, UT 84093-1679
30571521        Amy Csordas, 267 Park Ave, Brantford, ONTARIO N3S5K8, CANADA
30571522      + Amy Cundiff, 12365 Webb Lane, Dunkirk, MD 20754-2803
30571523        Amy Custance, 39 MAIN ST, WEST NEWBURY, MA 01985-1830
30571524        Amy Dail, 801 Bellview St, Bethalto, IL 62010-1828
30571525        Amy Deegan-Jones, 8 Gorseyfields, Manchester, England M43 6DZ, UNITED KINGDOM
30571526        Amy Deell, 926 Upper Ottawa Street, Hamilton, ON L8T 3V7, CANADA
30571527        Amy Driessen, Lemmenhoek 58, Ospel, Limburg 6035AL, NETHERLANDS
30571528        Amy Federice, 8516 Penton Pl, Harrisburg, NC 28075-3602
30571529      + Amy Fennie, 1820 S Beverly Glen Blvd, Apt. 307, Los Angeles, CA 90025-6927
30571530        Amy Fleisher, 2117 7th Ave W, Seattle, WA 98119-2838
30571531        Amy Furr, 301 CYPRESS AVE, MOSS BEACH, CA 94038-9645
30571532      + Amy Garcia Silva, 1130 E Clark Ave, 150-195, Orcutt, CA 93455-5178
30571533      + Amy Gaylor, 831 Rudgate Rd, Columbus, GA 31904-2930
30571534      + Amy Glod, 9969 Diamond Summit Court, Unit 103, Henderson, NV 89183-8061

30571535          Amy Harchelroad, 30 Gore Rd, Blandford, MA 01008-9621
30571536          Amy Hardy, 3402 Hyde Park Ave, Muskogee, OK 74403-1823
30571537      +   Amy Haverty, 19 Navesink drive, Monmouth beach, NJ 07750-1131
30571538      +   Amy Hernandez, 25040 MCROBERTS RD, APPLE VALLEY, CA 92307-6820
30571539          Amy Hiller, 10224 Mantle Ln, Oklahoma City, OK 73162-4433
30571540          Amy Holmstadt, 6415 Hearthstone Ave S, Cottage Grove, MN 55016-6007
30571541          Amy Hornyak, 719 S Lynn St, Bryan, OH 43506-2042
30571542      +   Amy Hutton, 6901 W Mayberry Trail, Peoria, AZ 85383-3098
30571543      +   Amy Jade Patton, 24314 Stanford Street, Dearborn Heights, MI 48125-1912
30571544          Amy Johnson, 318 Ash St S, Omak, WA 98841-9722
30571545          Amy Johnson-White, 15 Babs Field, Bentley GU10 5LS, UNITED KINGDOM
30571547          Amy L Farrar, 24 LONSDALE AVE, CLAREMONT, NH 03743-5125
30571548          Amy L Oldenburg, 5000 N VALADEZ ST, LAS VEGAS, NV 89149-5247
30571549      +   Amy LaMeyer, 6440 Valley View road, Oakland, CA 94611-1229
30571550      +   Amy Langley, 3938 Covey Flush Court Southwest, Smyrna, GA 30082-3558
30571551      +   Amy Lehman, 3887 Foxdale Court, Newbury Park, CA 91320-4954
30571552          Amy Lemke, N5994 COUNTY ROAD PP, BLACK CREEK, WI 54106-7955
30571553          Amy Levesque, 2877 Rutherford Ct, Livermore, CA 94550-7341
30571554      +   Amy McCall, 3809 13th St D, Lewiston, ID 83501-5703
30571556          Amy McNabb, 107 Charter St, Boston, MA 02113-1113
30571557          Amy Mitchell, 31 Preston Dr, Cohoes, NY 12047-1480
30571558          Amy Morgan, 26 Slade Street, Swindon, Swindon, England SN2 2FH, UNITED KINGDOM
30571559      +   Amy N Funge, 821 CANYON RD, REDWOOD CITY, CA 94062-3025
30571560      +   Amy N Nash, 5351 West Sims Lane, Monrovia, IN 46157-9155
30571561          Amy Nelson, 5220 Blue Sky Ct, Antioch, CA 94531-8479
30571562      +   Amy Nguyen, 8323 Wilcrest Drive, Unit 19003, Houston, TX 77072-4311
30571563          Amy Nichols, 4611 Deerwood Dr, Minnetonka, MN 55343-8678
30571564      +   Amy Nissen, 225 Windsor Dr, DeKalb, IL 60115-2361
30571565          Amy Norkus, 1531 Columbia Tpke, Castleton, NY 12033-9544
30571567          Amy Owens, 7620 Turlington Rd, Toano, VA 23168-9033
30571566          Amy Owens, 41 Forty Acres Road, Canterbury, England CT2 7HL, UNITED KINGDOM
30571568      +   Amy Page, 4221 Saratoga Ave Unit 102A, Downers Grove, IL 60515-1927
30571569          Amy Phan, 3722 RICHMOND ST, LANSING, MI 48911-2416
30571570      +   Amy Pierce, 509 Stonegate Dr, Blacksburg, VA 24060-3245
30571571      +   Amy Presley, 215 Lakewood Village Rd, Mocksville, NC 27028-4240
30571572          Amy Prior, 31 Gibson Dr, Hazlet, NJ 07730-2665
30571573          Amy Rocco, 12 Bennett St, Kings Park, NY 11754-2525
30571574          Amy Rodriguez, 2922 N Sugan Rd, New Hope, PA 18938-9636
30571575      +   Amy Rogers, 2830 Wagon Wheel Rd., Unit 404, Oxnard, CA 93036-1191
30571576      +   Amy Rogers, 14192 Strawflowers Dr, Frisco, TX 75035-7125
30571577          Amy Schaff, 3338 HACKBERRY ST, BISMARCK, ND 58503
30571578      +   Amy Schaplowsky, 8076 Magnolia Ln N, Maple Grove, MN 55369-7177
30571579          Amy Scott, 1220 Inverloch Kongwak rd, Inverloch, Victoria, 3996, AUSTRALIA
30571580      +   Amy Shemwell, 1067 Buckskin Lane, Carol Stream, IL 60188-9103
30571582          Amy Simon, 99 Balsam Ave, East Bridgewater, MA 02333-1103
30571583      +   Amy Smith, 8833 medicine wheel Ave, Las Vegas, NV 89143-4443
30571584          Amy Smith, 5220 Blue Sky Ct, Antioch, CA 94531-8479
30571585      +   Amy Spanhel, 2365 W. Briargate Dr., Bryan, TX 77802-2118
30571586          Amy Spurling, 11 Edlington Street Fraser, Canberra, ACT 2615, AUSTRALIA
30571587          Amy Sterriker, 13 Mayville Avenue, Scarborough, ENGLAND YO12 7NQW, UNITED KINGDOM
30571588          Amy Stevens, 10979 Skydance Dr, Highlands Ranch, CO 80126-8138
30571589      +   Amy Suit, 6522 settlers dream place, Wilmington, NC 28409-7501
30571590      +   Amy Swanson, 520 Ferdinand Avenue, Forest Park, IL 60130-1804
30571591          Amy Thompson, 611 S 7th St, Goshen, IN 46526-4013
30571592      +   Amy Tracy, 781 East Creekwood Lane, 12G, Murray, UT 84107-6701
30571593          Amy Tweedy, 2035 Brassfield Way, Roswell, GA 30075-5902
30571594      +   Amy Vernon, 25 Beechwood Ave, Malvern, PA 19355-1504
30571595          Amy Villanueva, 8361 Keokuk Ave, Winnetka, CA 91306-1691
30571596      +   Amy Vollman, 6605 Taylor Oaks, Alexandria, LA 71301-2788
30571597          Amy Weber, 86 SUFFOLK ST, MEDFORD, MA 02155-2334
30571598      +   Amy White, 471 Nuthatch Way, Lindenhurst, IL 60046-4957
30571599          Amy Whittier, 3006 S Compton Ave, Saint Louis, MO 63118-1221
30571600          Amy Wilson, 4133 LA JUNTA DR, LOVELAND, CO 80538-5554

30571601      Amy Winkenwerder, 858 Elmwood Ave, Lincoln, NE 68510-3318
30571602   +   Amy Young, 628 Peach Lane, Burleson, TX 76028-8461
30571514   +   Amy c shanahan, 5 Pin Oak Ct, Cary, IL 60013-1625
30571555   +   Amy mcmichael, 4077 York lane, JACKSON, MI 49201-7102
30571603      Amye Akers, 121 E Water St, Muncy, PA 17756-1119
30571604      An Le, 71 Castlebury Dr., Guelph, ONTARIO N1K 1X1, CANADA
30571605      An Qi Yin, Jin He Lu 99 Nong, 68, 1001, Shanghai, SHANGHAI 200127, CHINA
30571606      Ana Ana, 2428 E Meadowmere St, Springfield, MO 65804-0447
30571607      Ana Baca, 16608 S Harris Ave, Compton, CA 90221-5222
30571608      Ana Buckmaster, 2612 Cliff View Dr, Graham, NC 27253-9864
30571609   +   Ana Garcia Roman, Po box 1452, Barceloneta, PR 617, PUERTO RICO 00617-1452
30571611      Ana Hernandez, 100 Kenai st, apt 807, Whittier, AK 99693
30571610   +   Ana Hernandez, 6290 Medici Ct Apt 206, Sarasota, FL 34243-2626
30571613      Ana Julia Braga, Rua Geminiano Gois, BL 1 1108, Rio de Janeiro 22743-670, BRAZIL
30571616      Ana Nugent, 2751 RANDOLPH ST NE, MINNEAPOLIS, MN 55418-2621
30571617   +   Ana Prats, 7048 Luz de Espejo, El Paso, TX 79912-8487
30571618      Ana Rocha, Rua Miguel Bombarda n mero 113, Outeiro, House, Cascais, SAO DOMINGOS DE RANA 2785-669, PORTUGAL
30571619      Ana Torres, 13276 Canopy Dr, Sterling Heights, MI 48313-1192
30571620   +   Ana Trejo Aguilar, 5998 Alcala Park, MVA054, San Diego, CA 92110-8001
30571621   +   Ana Willoughby, 1763 Santa Barbara Ave, APT 2, San Luis Obispo, CA 93401-4476
30571622      Anabel Alvarado, 6412 Tara Turn, Bensalem, PA 19020-1922
30571623      Anabel St-Germain, 6325 Boulevard de Rome, 101, Brossard, QC J4Y 0H2, CANADA
30571624      Anabelle Rabago, 1039 NW 36th St, San Antonio, TX 78228-5939
30571625      Anabelle Vasquez, 5068 Tim Donald Rd, Justin, TX 76247-2949
30571626   +   Analis Arocho, 655 Salvatierra Street, Brownsville, TX 78526-1824
30571627      Anallely Juarez, 9326 Green Trl, Morongo Valley, CA 92256-9574
30571628      Ananya Bhaskara, 202 Northampton St Apt 1B, Boston, MA 02118-1380
30571629      Anas Emteyaz, House 4018; Road 919; Block 809; Isa Tow, Isa Town, Al Wusta 809, BAHRAIN
30571630      Anas Emteyaz, House: 4018; Road: 919; Block: 809;, Isa Town, AL WUSTA 809, BAHRAIN
30571631      Anastasia Dotzauer, 3706 S Arbroath Ln, South Salt Lake, UT 84115-5022
30571632   +   Anastasia Jensen, 534 N 2nd St, Athena, OR 97813-6079
30571633   +   Anastasia Johnson, 954 Cadbury Street, Sumter, SC 29154-7404
30571634      Anastasia Johnson, 7357 Caldus Ave, Lake Balboa, CA 91406-2352
30571635      Anastasia Lombardi, 2255 W LANDMARK DR, CITRUS SPGS, FL 34434-7138
30571636      Anastasia Rusetskaya, 106 Riggs Pl, West Orange, NJ 07052-5212
30571637      Anastasia Schuster, 10278 NC Hwy 72-E, Lumberton, NC 28358
30571639   +   Anastasiya Gandy, 825 GAINES SCHOOL RD, Apt. 219, ATHENS, GA 30605-6301
30571640      Anders Aase, Viken 10, SKEI I JOLSTER, Vestland 6843, NORWAY
30571641      Anders Jacob Sirotiak, 101 9th Ave SE, Isanti, MN 55040-1000
30571642   +   Anderson, 302 E 34th Street, Apt. 201, Austin, TX 78705-1647
30571643   +   Anderson Blalock, 1506 The Oaks Dr, Maitland, FL 32751-4511
30571644      Anderson Golfetto, Rua Alcides Weiss, 100, Campo Bom, RS 93700000, BRAZIL
30571645   +   Anderson Ryan, 4020 Hartel Avenue, Philadelphia, PA 19136-3112
30571646      Andhi Bonanza, 25526 Redlands Blvd Spc 167, Loma Linda, CA 92354-2029
30571647      Andi Crawford, 22470 Westwood Rd, Fairview Park, OH 44126-1054
30571648      Andi Gonzaga, 8950 56th Ave Apt 7R, Elmhurst, NY 11373-4908
30571649      Andi Llaurado, 3165 Doneene Ln, Eagan, MN 55121-1172
30571650   +   Andi Radujkovic, 1282 Lakeland Ave, Lakewood, OH 44107-2425
30571651      Andi shaw, 13 high Street, Pytchley, Kettering, ENGLAND NN14 1EN, UNITED KINGDOM
30571653      Andie Karrenbauer, 408 E William St, Maumee, OH 43537-3447
30571654   +   Andoni Sanguesa, 11 W Mercer St., Apt. 304, Seattle, WA 98119-5921
30571655      Andor Siegers c/o Deven Patel, 121 University Ave East, Waterloo, ONTARIO N2J2W1, CANADA
30571656      Andr S nderb k, Sorgenfrig rdsvej 80, 1 th, Kongens Lyngby, Hovedstaden, 2800, DENMARK
30571657   +   Andr s del Campo, 9102 Drake Pl, College Park, MD 20740-4012
30571658      Andras De Nagy, 17 WINDSOR VIEW, Hebden Bridge HX7 8LE, UNITED KINGDOM
30571659   +   Andre Ball, 512 Gladstone Blvd, Kansas City, MO 64124-1825
30571660   +   Andre Bui, 1139 Gentle Wind Dr, Baton Rouge, LA 70820-2917
30571661   +   Andre Dav, 163 Prince Royal Dr, Corte Madera, CA 94925-2059
30571662      Andre Duft, Kirchenstraaye 15, Siezenheim 5071, AUSTRIA
30571663      Andre Ellis, 7659 Bentwater Dr, Fountain, CO 80817-4092
30571664      Andre Lebeau, 1595 Robin Av, Val Caron, ONTARIO P3N 1M6, CANADA
30571665      Andre Loneman, 57727 Cloverdale Rd, Sandstone, MN 55072-3103
30571666   +   Andre Lopez, 7403 Cobblestone E Dr, Indianapolis, IN 46236-9108

30571667  +  Andre Marin, 1706 W 17th St, 3ch, Chicago, IL 60608-3885
30571668     Andre Melgosa, 4117 N 108th Dr, Phoenix, AZ 85037-5753
30571669  +  Andre Neal, 2056 Winterhaven Court, Chesterfield, MO 63017-7429
30571670     Andre Thornton, 240 SHEFFIELD COURT SE, ATLANTA, GA 30331
30571672     Andrea Bastico, Via Romanello da Forl 14, c/o Radiation records, Roma 176, ITALY
30571673     Andrea Bircher, Benkenstrasse, aargau, KATTIGEN 5024, SWITZERLAND
30571674     Andrea Bishop, 4225 Parkmead Dr, Grove City, OH 43123-2998
30571675     Andrea Brichetto, 7007 WESTMINSTER ST, TAMPA, FL 33635-9500
30571676     Andrea Butler, 6470 Stonelake Pl SW, Atlanta, GA 30331-9428
30571677  +  Andrea Caperon, 6060 Oak St, Unit Y, Huntington Park, CA 90255-7005
30571678     Andrea Castillo, 134 Gillette Blvd, San Antonio, TX 78221-3822
30571679  +  Andrea Cerrillo, 6805 County Road 3705, Athens, TX 75752-5080
30571680     Andrea Cooper, 17 Wright St, Weymouth, MA 02190-3001
30571681  +  Andrea Cruz, 3140 C St., Apt. 13, Redding, CA 96002-2046
30571682     Andrea Cueva, 4800 Williamsburg Ln Unit 106, La Mesa, CA 91942-8608
30571683     Andrea D'Ambra, 634 Conestoga Rd, Villanova, PA 19085-1401
30571685  +  Andrea Finch, 120 E Jackson St, Gallatin, TN 37066-2331
30571686     Andrea Frey, 26 W California St, Mercersburg, PA 17236-1114
30571687     Andrea Grace, 1115 Heatherton Dr, Naperville, IL 60563-2226
30571688  +  Andrea Grebil, 3101 184 St Sw, Apt A110, Lynnwood, WA 98037-4854
30571689     Andrea Hendricks, 3320 S Olathe Way, Aurora, CO 80013-2028
30571690     Andrea Hendrickson, 5013 Fullbright Ct, Franklin, TN 37064-2099
30571691  +  Andrea Hill, 830 Osborn Ave, Riverhead, NY 11901-2959
30571692     Andrea Janssen, 21807 SW McKinley Ln, Hillsboro, OR 97123-6713
30571693  +  Andrea Larscheid, 1365 N Constellation way, Gilbert, AZ 85234-1459
30571694     Andrea Le Couffe, 8203 160 Ave NW, #15, Edmonton, Alberta T5Z 3C1, CANADA
30571695     Andrea Lin, Strada della Cisa 91, Fornovo di Taro, Parma, 43045, ITALY
30571696  +  Andrea M Martin, 2494 13th Ave. N., Apt. 307, St. Petersburg, FL 33713-5802
30571697     Andrea Margiocco, Via riva di reno 29, Bologna, BO 40122, ITALY
30571698  +  Andrea Maxson, 813 Lincoln Ave, Lincoln, IL 62656-1736
30571699  +  Andrea McDonald, 11160 E McDonald Rd, Sun Lakes, AZ 85248-6654
30571700     Andrea Meakem, 19 TALL TIMBER, MOUNT KISCO, NY 10549-4513
30571701     Andrea Moberly, 659 Stone Ln, Avon, IN 46123-7532
30571702     Andrea Mondini, Via Mattotti, 8/a, Casalmorano, CREMONA 26020, ITALY
30571703     Andrea Myers, 2007 Champions Dr, Lufkin, TX 75901-7462
30571704  +  Andrea O'Brien, 705 Mead St, Wilmington, OH 45177-2609
30571705     Andrea Penna, Via Giovanni Spadolini 14, Vibo Valentia, Vibo Valentia 89900, ITALY
30571706  +  Andrea Pilotta Gois, 2301 W Lynn St, Apt 201, Seattle, WA 98199-3549
30571707     Andrea Pletcher, 10711 38th Trl N, Lake Elmo, MN 55042-4482
30571709  +  Andrea Rifice, 968 Tyrell Drive, Austell, GA 30106-1552
30571710     Andrea Shepard, 3207 Cherokee Trl, Alamogordo, NM 88310-4003
30571711     Andrea Tresser, 40 Kelley Ln, Parsippany, NJ 07054-2270
30571712     Andrea Verdelocco, Via Mantova 52, Roma, Rm, 198, ITALY
30571713     Andrea Watson, 3923 AMELIA CT NE, LACEY, WA 98516-5444
30571715     Andrea Wie ner, Thomasiusstrase 37, Halle, Sachsen-Anhalt 6110, GERMANY
30571716  +  Andrea Woof, 4023 Oak Street, Longview, WA 98632-4923
30571717     Andrea Zolotoochin, 21093 43A Avenue, Langley, British Columbia V3A 8K4, CANADA
30571684  +  Andrea de la Cruz, 2601 terry st, Houston, TX 77009-7948
30571714     Andrea wedemeier, 1309 ARDEN LN, KELLER, TX 76248-8743
30571718     Andreanne Poulin, 310 29e Rue, Saint-Georges, Quebec G5Y 4H6, CANADA
30571719     Andreas Hadjinikolaou, N3uk Bolwerksepoort 11, NIEUW-VENNEP 2152 EW, NETHERLANDS
30571720     Andreas Madsen, Sundbyvestervej 99, 5, 516, Copenhagen, Copenhagen, 2300, DENMARK
30571721     Andreas Schulz-Tomancok, Brigittagasse 5/27, Vienna 1200, AUSTRIA
30571722     Andreas Siasios, 64 Sparkes St, Apt. 3, Brisbane, Queensland, 4032, AUSTRALIA
30571723     Andreas Souvleris, 45 Mitchell St, Parkes, New South Wales, 2870, AUSTRALIA
30571724     Andreas Wilborg, Amaliegade 18A, 45020, Aarhus C 8000, GERMANY
30571725  +  Andreea Duncea, 241 W Bolz Rd Apt B, Phoenix, OR 97535-9795
30571726     Andrei Shantsev, Blekerstraat 9, Haarlem, NORTH HOLLAND 2011 AR, NETHERLANDS
30571727     Andreiz Ware, Parantalantie 10, Mikkeli 52110, FINLAND
30571728     Andrej Bajer, 8412 Hume Ave, Saint Louis, MO 63114-4535
30571729     Andres Caravantes, 56 Indian road, Toronto, ONTARIO M6R2T9, CANADA
30571730  +  Andres Del Toro, 208 Redwing St, Vallejo, CA 94589-1761
30571731     Andres Elias, 5998 TRAVO WAY, ELK GROVE, CA 95757-3081

District/off: 0752-1                                  User: admin                                         Page 33 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                                      Total Noticed: 30719

| | | |
|---|---|---|
| 30571734 | | Andres Lora, 2580 SE 12th Ct, Homestead, FL 33035-2195 |
| 30571735 | | Andres Losada, Calle 126 52a45, House, Bogota, BOGOTA D.C. 111111, COLOMBIA |
| 30571736 | | Andres Magana, 1250 N June St Apt 107, Los Angeles, CA 90038-1383 |
| 30571737 | + | Andres Ordonez, 407 Sable Pointe Ave, Seffner, FL 33584-7808 |
| 30571738 | | Andres Pollaro, 6234 W 63rd Pl, Chicago, IL 60638-5012 |
| 30571739 | | Andres Rocha, 2547 W Jane Circle Dr, Fayetteville, AR 72704-5340 |
| 30571740 | | Andres Valenzuela, 5993 Rodeo Dr, Jurupa Valley, CA 92509-0805 |
| 30571732 | + | Andres garcia, 902 N Nancy Ter, Plant city, FL 33563-3937 |
| 30571741 | | Andrew Simmons, 317 Bremen Dr, Hurst, TX 76054-2227 |
| 30571742 | + | Andrew Abeyta, 8005 Irish Drive, North Richland Hills, TX 76180-5740 |
| 30571743 | + | Andrew Adams, 3049 Wembley Forest Place, Atlanta, GA 30340-4718 |
| 30571744 | | Andrew Ahearn, 2180 VILLAGE RD, SEA GIRT, NJ 08750-1805 |
| 30571745 | + | Andrew Ammons, 1004 Rue La Ville Walk, Saint Louis, MO 63141-6220 |
| 30571746 | + | Andrew Anderson, 1720 Aster Ln, Godfrey, IL 62035-5612 |
| 30571747 | | Andrew Arche, 10591 Oak Ln Apt 17207, Van Buren Twp, MI 48111-4763 |
| 30571749 | | Andrew Bach, 1026 Chatham Ln, Cincinnati, OH 45245-3372 |
| 30571750 | + | Andrew Baker, 813 Calvin Pl, Socorro, NM 87801-5811 |
| 30571751 | + | Andrew Balderrama, 6430 N Royal Crescent Ln, Spokane, WA 99205-7713 |
| 30571752 | + | Andrew Barili, 2314 S Troy St, Aurora, CO 80014-1941 |
| 30571753 | + | Andrew Barker, 925 West Mishawaka Ave., Mishawaka, IN 46545-6006 |
| 30571754 | + | Andrew Barsody, 604 North Blount Street, Unit D, Raleigh, NC 27604-1181 |
| 30571755 | + | Andrew Bass, 618 Avon Pl, st Charles, MO 63303-6017 |
| 30571756 | + | Andrew Battles, 3730 N Franklin St, Denver, CO 80205-3327 |
| 30571757 | | Andrew Belford, 38 Compton Street, Reservoir, VICTORIA 3073, AUSTRALIA |
| 30571758 | + | Andrew Belle, c/o Robinson Mgmt Co, PO Box 121872, Nashville, TN 37212-1872 |
| 30571759 | + | Andrew Benoit, 3372 N Timberwood dr, Traverse City, MI 49686-3840 |
| 30571760 | | Andrew Bergal, 107 E 2nd St Apt 5, NY, NY 10009-7972 |
| 30571761 | | Andrew Berten, 1334 Coach Rd Apt 325, Saint Paul, MN 55108-5245 |
| 30571762 | | Andrew Birtle, Gutermuthstra e 3A, Griesheim 64347, GERMANY |
| 30571763 | | Andrew Blair, 90a Terry Street, Albion Park, New South Wales 2527, AUSTRALIA |
| 30571764 | + | Andrew Bodily, 567 N. University Ave, #211, Provo, UT 84601-1778 |
| 30571765 | | Andrew Bohn, 13297 S Oak Pl, Glenpool, OK 74033-2312 |
| 30571767 | + | Andrew Braud, 625 Gaynell Dr, Houma, LA 70364-2051 |
| 30571768 | + | Andrew Buchanan, 140 south Ireland Blvd, Ontario, OH 44906-2223 |
| 30571769 | + | Andrew Buie, 338 Spear St, Unit 41B, San Francisco, CA 94105-6188 |
| 30571771 | | Andrew Butler, 34 Anlaby Park Road South, Kingston upon Hull, Hull HU4 7BJ, UNITED KINGDOM |
| 30571772 | | Andrew Calvillo, 10104 Thistledown Ln, Bakersfield, CA 93312-6115 |
| 30571773 | + | Andrew Cano, 88 Dalton Rd u1, Belmont, MA 02478-3727 |
| 30571774 | + | Andrew Castillo, 3685 S Bascom Ave, Apt 28, Campbell, CA 95008-7011 |
| 30571775 | | Andrew Catanzariti, 1415 VICTORIA ST APT 801, HONOLULU, HI 96822-3655 |
| 30571776 | + | Andrew Cedeno, 1031 West Green Street, Allentown, PA 18102-1310 |
| 30571777 | + | Andrew Charpentier, 40 Old Great Rd, North Smithfield, RI 02896-7762 |
| 30571778 | + | Andrew Chase, 614 Ouida Way, Apt 1, North Pole, AK 99705-7693 |
| 30571779 | | Andrew Clark, 66 Castle Gardens, Paisley, SCOTLAND PA2 9RB, UNITED KINGDOM |
| 30571780 | | Andrew Clark, 2980 Oak Park Way Apt B, Orlando, FL 32822-4141 |
| 30571781 | + | Andrew Cockroft, 270 N Smith St, Palatine, IL 60067-2405 |
| 30571782 | + | Andrew Cook, 1106 Stratford Ave., Ste. 8, Nashville, TN 37216-2733 |
| 30571783 | + | Andrew Crater, 755 Olde Oak Drive, Bourbonnais, IL 60914-1762 |
| 30571784 | + | Andrew Criss, 2233 Ivy Court, Findlay, OH 45840-7505 |
| 30571785 | + | Andrew Culhane, 4268 west pioneer drive, Apt. 1029, Irving, TX 75061-8508 |
| 30571786 | + | Andrew D'Angelo, 2573 Matterhorn Drive, Wexford, PA 15090-7963 |
| 30571787 | | Andrew Dalton, Borris Road, Portlaoise, LAOIS R32 TY2W, IRELAND |
| 30571788 | | Andrew Davenport, 5 Garrison St, Brunswick, ME 04011-3103 |
| 30571789 | | Andrew Davis, 932 Westview Dr, Springfield, IL 62704-2164 |
| 30571790 | | Andrew Deal, 308 Uncle Billy Way, Jarrell, TX 76537-2206 |
| 30571791 | + | Andrew Dempsey, 4775 esplanade way, Las Vegas, NV 89121-2849 |
| 30571792 | | Andrew Dentzau, 6100 NW 106th St Apt 20, Johnston, IA 50131-2483 |
| 30571793 | + | Andrew Devney, 11 longwood drive, Apt. 1, andover, MA 01810-1523 |
| 30571794 | + | Andrew Dieter, 235 East Lane Ave, Columbus, OH 43201-1324 |
| 30571795 | | Andrew Dunne, 2839 Saddle Creek Dr, Fort Collins, CO 80528-3197 |
| 30571796 | | Andrew Easton, 3426 Yale St, Mmh2336-1, Houston, TX 77018-7743 |
| 30571797 | | Andrew Ellis, 5207 ARGUS DR, LOS ANGELES, CA 90041-1312 |
| 30571799 | + | Andrew Estep, 2352 Lakewood Cir, Cabot, AR 72023-7047 |

30571800    + Andrew Evan Design, Po Box 121872, Nashville, TN 37212-1872
30571801    + Andrew Ezekiel Severin, 333 1st St, K116, Seal Beach, CA 90740-6637
30571802    + Andrew Fedurek, 1534 22nd Avenue, San Francisco, CA 94122-3338
30571803      Andrew Ferguson, 452 Sydney Road, Port Hawkesbury, NOVA SCOTIA B9A 3B4, CANADA
30571804      Andrew Figge, Immelmannstrasse 8, Augsburg 86159, GERMANY
30571805    + Andrew Flores, 11700 WallStreet, Apt. 14203, San Antonio, TX 78230-2141
30571806    + Andrew Flory, 11826 Delavan Ave, Kansas City, KS 66109-4820
30571807    + Andrew Franco, 805 Concorde Circle, Apt. 1416, Linthicum Heights, MD 21090-1765
30571808      Andrew Franta, 1045 S Denver St, Salt Lake City, UT 84111-4732
30571809    + Andrew Freeman, 3615 Veteran Ave, Apt. 8, Los Angeles, CA 90034-7056
30571810    + Andrew Freeman, 50 Hutter Ridge Rd, Needham, MA 02492-3163
30571811    + Andrew Fulsom, 2817 Winfield Dr, Plano, TX 75023-7907
30571812      Andrew G Campbell, 6048 HOMESTEAD WAY, FONTANA, CA 92336-5119
30571813      Andrew G Hayden, 14 Maryvale Dr, Webster, NY 14580-3431
30571814      Andrew Gailer, 34 Hume Street, Yass, New South Wales 2582, AUSTRALIA
30571815    + Andrew Gallegos, 418 E willamette, Colorado Springs, CO 80903-3027
30571816    + Andrew Gambardella, 5 Colonial Village Dr, Apt 2, Arlington, MA 02474-3928
30571817    + Andrew Garcia, 735 Fountain Drive, West Sacramento, CA 95605-2583
30571818    + Andrew Garza, 6511 Pershing Blvd, Kenosha, WI 53142-3278
30571819    + Andrew Ge, 4142 24th street, Apt. 1702, Long Island city, queens, NY 11101-4030
30571820    + Andrew Gibson, 312 Vaden Dr, Gretna, VA 24557-4102
30571822    + Andrew Gomez, 3028 Erica ave, Rosamond, CA 93560-6775
30571821    + Andrew Gomez, 8081 AP RAMIREZ ST, VINTON, TX 79821-9344
30571823    + Andrew Governale, 505 Converse Ave, Claremont, CA 91711-5535
30571824    + Andrew Graham, 3121 Girard Avenue South, Apt 1, Minneapolis, MN 55408-2748
30571825      Andrew Granger, 5955 S 3375 W, Roy, UT 84067-9292
30571826      Andrew Grennan, 4208 226th Pl SW, Mountlake Terrace, WA 98043-4562
30571827    + Andrew Grinstead, 8224 Linden Drive, Prairie Village, KS 66208-5005
30571828      Andrew Grumet, 11 Chilmark Ln, Alameda, CA 94502-6420
30571829    + Andrew Hadden, 12175 W McDowell Rd, Apt 5208, Avondale, AZ 85392-5317
30571830      Andrew Hager, 1840 Little Raven St, Denver, CO 80202-7116
30571831    + Andrew Hall, 755 S Governeour Rd, Wichita, KS 67207-2129
30571832      Andrew Hanks, 289 Keh Dr, Walnutport, PA 18088-9688
30571833    + Andrew Hannah, 105 Carl Parker Rd., Hampton, GA 30228-1724
30571834      Andrew Harker, 612 Coates Ln, King of Prussia, PA 19406-2556
30571835    + Andrew Harris, 12 columbia way, Montrose, CO 81401-4852
30571836    + Andrew Hart, 71 Gothic Street, Apt. 1, Northampton, MA 01060-3515
30571837      Andrew Hassett, 72 hardey road, Unit 3, Belmont, WESTERN AUSTRALIA 6104, AUSTRALIA
30571838    + Andrew Hemry, 15943 Sunset Bend Circle, Anchorage, AK 99516-7577
30571839      Andrew Herbowy, 407 Elm St, Rome, NY 13440-3338
30571840    + Andrew Hess, 1407 Fernledge Drive, ALLISON PARK, PA 15101-4049
30571841    + Andrew Hill, 883 Boscastle Ct, Unit 883A, Columbus, OH 43214-2380
30571842    + Andrew Hinkell, 25 Snowy Owl Ln, Worcester, MA 01605-4020
30571843    + Andrew Hood, 5880 14th Street, Sacramento, CA 95822-2906
30571844      Andrew Houghton, 15 McBride street, Liverpool, ENGLAND L19 2ND, UNITED KINGDOM
30571845      Andrew Hrvatin, 101 S Lincoln St, Elwood, IL 60421-9207
30571846    + Andrew Huerta, 529 East Washington Blvd, Apt #13, Pasadena, CA 91104-5636
30571847      Andrew Hulcher, 634 Riverchase Pkwy W, Hoover, AL 35244-1117
30571848      Andrew J Hiebert, 3038 Quail Creek Way NE, Redmond, WA 98053-1903
30571849    + Andrew James Holloway, 1002 Pinewoods Dr, Pine City, NY 14871-9107
30571850    + Andrew Jang, 927 Portswood Cir, San Jose, CA 95120-3331
30571851      Andrew Janovsky, 8536, Apt. 11, Hickory Hills, IL 60457
30571852      Andrew Jasmer, 9901 Berwyn, Redford, MI 48239-2120
30571853    + Andrew Jenkins, 5681 Lakeside Drive, Pfafftown, NC 27040-9551
30571854      Andrew Jordan, 2219 NE Clackamas St, Portland, OR 97232-1614
30571855      Andrew Kane, 451 NW 51st St, Oakland Park, FL 33309-3215
30571856      Andrew Kanzia, 30W120 Branch Ave, Warrenville, IL 60555-1208
30571857    + Andrew Kellerstrass, 1028 Day St, Green Bay, WI 54302-1402
30571858      Andrew Kelly, 986 S COPPER BEECH WAY, K, BLOOMINGTON, IN 47403-5248
30571859    + Andrew Kelly, 986 south copper beech way apt K, K, Bloomington, IN 47403-5250
30571861      Andrew Kennedy, 4291 Rolling Meadow Ln, Ypsilanti, MI 48197-6622
30571860      Andrew Kennedy, 351 N MERIDIAN RD LOT 136, APACHE JCT, AZ 85120-3672
30571862      Andrew Kinsey, 1441 Millersville Pike Apt B, Lancaster, PA 17603-6629

30571863          Andrew Kirk, 5937 W 76th St, Prairie Village, KS 66208-4533
30571864          Andrew Kollrr, 1415 E Sunset Ter, Arlington Heights, IL 60004-6557
30571865       +  Andrew Kruck, 7328 Elmwood Ave, Middleton, WI 53562-3104
30571866          Andrew Larsen, 5754 Westview Pk, Port Hope, ONTARIO L1A 3V8, CANADA
30571867          Andrew Lauwasser, 5161 Lankershim Blvd Ste 300, North Hollywood, CA 91601-4964
30571868          Andrew Lee Williams, 30 Glenfern Circuit, Truganina, Victoria 3029, AUSTRALIA
30571869       +  Andrew Leeland, 912 NW Sluman Rd, Vancouver, WA 98665-7407
30571870          Andrew Lehmann, 10300 SE Waverly Court, Apt. 102, Milwaukie, WA 98222
30571871       +  Andrew Libbesmeier, 535 NorthLand Drive, Apt 302, Saint Joseph, MN 56374-4569
30571872          Andrew Lim, 1157 Cotswold Crt, Oshawa, ONTARIO L1K 0A4, CANADA
30571873       +  Andrew Lippens, 4464 Caicos Drive, Tavares, FL 32778-5902
30571874       +  Andrew Loera, 349 Minaret St, Corona, CA 92881-0985
30571875          Andrew Lucas Avery, 43 Hockley Path, Brampton, ONTARIO L6V 3R2, CANADA
30571876       +  Andrew M Lozer, 3064 Renaissance Pkwy, Jamestown, NC 27282-8752
30571877       +  Andrew Madrid, 4443 Sandhill Terrace Ln., Katy, TX 77493-4169
30571878       +  Andrew Mahieu, 211 Pomona ave, Port Republic, NJ 08241-9722
30571879       +  Andrew Malsack, 1408 Dakota St, Watertown, WI 53094-6515
30571880       +  Andrew Martin Hogsten, 4912 N Darby Ave, Tampa, FL 33603-1505
30571881       +  Andrew Martini, 1305 4th Ave N., Sartell, MN 56377-1463
30571882          Andrew McBride, 18 Leeming Gardens, Sheriff Hill, Gateshead, ENGLAND NE9 6RD, UNITED KINGDOM
30571883          Andrew McCloskey, 31 Old 79, Madison, CT 06443-2637
30571884       +  Andrew McDowell, 405 Fannon St., CYP916N-13, Alexandria, VA 22301-1010
30571885       +  Andrew McGilvra, 3632 Lorraine St, Stevens Point, WI 54481-2325
30571886       +  Andrew McKenna, 5262 Butler St, Apt 2, Pittsburgh, PA 15201-2679
30571887       +  Andrew McPherson, 234 W Cedar St, Apt 446, Kalamazoo, MI 49007-5283
30571888       +  Andrew Meyers, 22 Garden Parkway, Henrietta, NY 14467-8921
30571889          Andrew Milam, 313 Kames Ct, Slinger, WI 53086-9449
30571890          Andrew Miller, 1217 N Broad St, Griffith, IN 46319-1533
30571891       +  Andrew Milliman, 5663 Woodsage St., Kalamazoo, MI 49009-9582
30571892       +  Andrew Montz, 5516 S 20th St, Lincoln, NE 68512-1403
30571893       +  Andrew Morrison, 7700 Whitfield Drive, Louisville, KY 40218-2873
30571894       +  Andrew Neale, 75 Obtuse Hill Road, Brookfield, CT 06804-3129
30571895          Andrew Nutting, Rohrerhof 18, Koblenz, Rheinland-Pfalz, 56072, GERMANY
30571896          Andrew Orban, 12155 Cheryl Ct, Sappington, MO 63128-1606
30571897          Andrew Parker, 871 Canyon Trl, Akron, OH 44303-2401
30571898          Andrew Partain, 929 Cumberland St, Lakeland, FL 33801-5586
30571899          Andrew Patterson, 255 Stallion Dr, Summerville, GA 30747-6433
30571900          Andrew Paul, 2801 NE 17th Ave, Portland, OR 97212-3313
30571901       +  Andrew Payne, 3642 Bancroft St, San Diego, CA 92104-4309
30571902       +  Andrew Pearson, 20629 NE 151st Ct, Woodinville, WA 98077-7668
30571903          Andrew Penfold, 2675 NE LANCASTER ST APT I85, NORTH POINT, CORVALLIS, OR 97330-4196
30571904          Andrew Perez, 11912 Cheltinham dr, Orlando, Orlando, ORLANDO, FL 32824-6000
30571905          Andrew Perrett, 69 Newham Drive, Cambridge Gardens, New South Wales 2747, AUSTRALIA
30571906          Andrew Phelan, 1024 Argyle St, Saint Paul, MN 55103-1204
30571907       +  Andrew Pierce, 10240 Decoursey Pike, Ryland Heights, KY 41015-9309
30571908          Andrew Quillin, 15157 FOLTZ PKWY, STRONGSVILLE, OH 44149-4730
30571909          Andrew Quiroz, 11012A Trimble Blvd, Fort Campbell, KY 42223-6003
30571910          Andrew Rafferty, 7716 N Evans Ranch Dr, Eagle Mountain, UT 84005-5037
30571911       +  Andrew Rakiecki, 2876 Hillbrook Drive, Eden, NY 14057-1227
30571912       +  Andrew Ray Frank, 40524 254th Street, Mitchell, SD 57301-5412
30571913          Andrew Reed, 13361 W Jesse Red Dr, Peoria, AZ 85383-7903
30571915          Andrew Rhodes, 810 Royal Adelade Dr, College Station, TX 77845-4443
30571916       +  Andrew Richards, 12808 Highway 187, Russellville, AL 35653-6637
30571917          Andrew Richardson, 20482 Lennon St, Harper Woods, MI 48225-1606
30571918       +  Andrew Rivera, 17578 El Cajon Dr, Hesperia, CA 92345-7215
30571919          Andrew Robert Smith, 27 Normandy Terrace, Leumeah, NEW SOUTH WALES 2560, AUSTRALIA
30571920          Andrew Robertson, 40 Taylor Avenue, Cowdenbeath, SCOTLAN KY49BW, UNITED KINGDOM
30571921          Andrew Rocuant, 104 W 1st St, Mountain View, MO 65548-8291
30571922          Andrew Rodriguez, 9152 Chicot Ct, Ozone Park, NY 11417-2016
30571923          Andrew Rogers, 16609 E Desmet Ct, D101, Spokane Valley, WA 99216
30571924       +  Andrew Russell, 8379 Boggs Hill Rd, Wise, VA 24293-4913
30571925          Andrew Ryan-Godinez, 4610 Eubank Blvd NE Apt 508, Albuquerque, NM 87111-2556
30571926          Andrew Salazar, 28301 Encanto Dr Apt 16, Sun City, CA 92586-3354

30571927   + Andrew Salerno, 360 South Winooski Ave, Apt C, Burlington, VT 05401-4577
30571928     Andrew Sampman, 1435 28th Avenue North, St. Petersburg,, St. Petersburg, FL 33704
30571929   + Andrew Sanregret, 5909 Interlachen Ct, Haymarket, VA 20169-6169
30571930   + Andrew Scala, 626 E University Ave, Royal Oak, MI 48067-1933
30571931     Andrew Scarimbolo, 1819 HAZELWOOD DR, LINDENHURST, IL 60046-8301
30571932   + Andrew Schlehlein, W4428 E Lakeview Rd, Hustisford, WI 53034-9718
30571933     Andrew Schneider, 367 Raith Road, Wangaratta, Victoria 3677, AUSTRALIA
30571934     Andrew Schreiber, 202 South 2nd ave, Box 374, St. Nazianz, WI 54232
30571935   + Andrew Schroettner, 6111 Castle Peak LN, League City, TX 77573-5821
30571936     Andrew Schwegler, 10 Pilgrim Cir, Warwick, RI 02888-3925
30571937   + Andrew Schweig, 1704 West Chicago Avenue, 3F, Chicago, IL 60622-6422
30571938     Andrew Schwiebert, 706 Crystalwood Ct NW, Concord, NC 28027-2217
30571939   + Andrew Seward, 880 P Street NW, Apt. 620, WA, DC 20001-3552
30571940     Andrew Sheppard, 3245 MacLeod Ave, New Waterford, Nova Scotia B1H 1J8, CANADA
30571941     Andrew Sierra, 214 Palo Verde Dr, Brownsville, TX 78521-2617
30571942     Andrew Singer, 12900 Lake Ave Apt 309, Lakewood, OH 44107-1545
30571943   + Andrew Slama, 1103 N Franklin St, Colorado Springs, CO 80903-2552
30571944   + Andrew Smithers, 3421 Shelby Bottoms Bend, Nashville, TN 37206-2558
30571945     Andrew Snyder, 10909 Walnutwood Way, Rancho Cordova, CA 95670-5114
30571946   + Andrew Sommers, 394 Connor Cir, Evans, GA 30809-6100
30571947   + Andrew Spencer, 90 Church St, #3574, NY, NY 10008-9768
30571948     Andrew Starks, 513 Broad St, Murray, KY 42071-2613
30571949     Andrew Stedl, 39932 N Golf Ln, Antioch, IL 60002-2348
30571950   + Andrew Stephens, 503 Bakers Bridge Circle, Douglasville, GA 30134-5019
30571951     Andrew Strother, 1902 Marlberry Ln, Houston, TX 77084-4531
30571952     Andrew Szokoly, 4365 CARVER CT, CUMMING, GA 30040-6803
30571953     Andrew Tefend, 33592 Crooks St, Rockwood, MI 48173-9318
30571954     Andrew Templeman, 28601 Los Alisos Blvd Apt 3087, Mission Viejo, CA 92692-7931
30571955     Andrew Thenell, 2426 Haskins Rd, West Linn, OR 97068-8334
30571956   + Andrew Thexton, 17897 Monte Vista Drive, Boca Raton, FL 33496-1057
30571957     Andrew Thill, 2366 Hialeah Cir, Norco, CA 92860-2220
30571958   + Andrew Thompson, 1064 Santa Fe Trl, Macon, GA 31220-3721
30571959     Andrew Tobia, 886 Ray Ave, Union, NJ 07083-6532
30571960   + Andrew Torrez, 285 N Garfield Ave, 14B, Pasadena, CA 91101-1551
30571961     Andrew Truong, 3608 Union Park Dr, Duluth, GA 30097-6306
30571962   + Andrew Uttendorfsky, 7989 Number Four Rd, Lowville, NY 13367-3248
30571964   + Andrew Velez, 1101 E Lakeshore Drive, Brown s Mills, NJ 08015-2063
30571965   + Andrew Villa, 12103 Ruby River Drive, Bakersfield, CA 93312-6850
30571966     Andrew Villalobos, 443 Enclave Cir Apt 205, Costa Mesa, CA 92626-8254
30571967   + Andrew Wantula, 654 Springvale Road, Great Falls, VA 22066-3304
30571969   + Andrew Weiss, 12120 Sandpiper Landing Way, Apt 8203 C, Winter Garden, FL 34787-8312
30571970     Andrew Whitworth, 50 Edward Close, Southowram, Halifax, ENGLAND HX3 9SP, UNITED KINGDOM
30571971     Andrew Wielgus, 41 Crestview Dr, Deerfield, IL 60015-5025
30571972   + Andrew Wilcock, 70 stark street, Laconia, NH 03246-2110
30571973   + Andrew Williams, 2521 Kingston Pike, 1509-A, Knoxville, TN 37919-3300
30571974   + Andrew Wimpy, 3301 Higgens Ct, Lexington, KY 40513-1161
30571975   + Andrew Wise, 750 S 40th Street, G-202, Springdale, AR 72762-4856
30571976     Andrew Wood, 10 Sycamore Dr, Bethalto, IL 62010-1064
30571977     Andrew Wootten, 8 Withymead Road, Marshfield, Wiltshire, Chippenham, England, SN14 8PB, UNITED KINGDOM
30571978     Andrew Yu, 1258 N BAY DR, ANN ARBOR, MI 48103-8303
30571748   + Andrew bacchiocchi, 53 freeman street, Norton, MA 02766-2243
30571770   + Andrew buss, 3013 E Ridge Drive Unit 1, Gibsonia, PA 15044-6129
30571963   + Andrew van Hyfte, 1187 Coleto St, Austin, TX 78702-2234
30571980     Andreya Prater, 4346 Yorktown Dr, Eagan, MN 55123-3029
30571981     Andrii Kiselov, 7409 Larchmont Dr Apt 58, N Highlands Ca 95660-2744, North Highlands, CA 95660-2744
30571982     Andy Bohlin, 156 Popple Dungeon Rd, Charlotte, VT 05445-9524
30571983     Andy Collins, 1426 W Damon Ave, Anaheim, CA 92802-1737
30571984     Andy Cortez, 1715 Family Ln, Graham, TX 76450-4631
30571985   + Andy Dickson, 713 Lamont St NW, Apt. 212, WA, DC 20010-1782
30571986   + Andy Edward Metz, 23713 se 225th st, Maple valley, WA 98038-8421
30571987   + Andy Gasiorowski, 8527 N 60th St, Brown Deer, WI 53223-2801
30571988     Andy Houghtaling, 820 S Chipman St, Owosso, MI 48867-4154
30571990     Andy Lau, 71 East Road, London, Endland SW19 1AS, UNITED KINGDOM

30571991          Andy Luna, 269 5th Ave, Paterson, NJ 07524-1827
30571992       +  Andy McCabe, 2828 28th ave S, Apt 2, Minneapolis, MN 55406-1559
30571993       +  Andy Merkel, 2452 N 65th St, Wauwatosa, WI 53213-1429
30571994       +  Andy Mojica, 1756 N Metropolitan Ave, Waukegan, IL 60085-1448
30571995          Andy Moloney, 315 WYGGESTON STREET, BURTON-ON-TRENT DE13 0SE, UNITED KINGDOM
30571996          Andy Mortland, 2 Pierce Pl Ste 900, Itasca, IL 60143-3133
30571997       +  Andy Nemeth, 9450 Southwest Gemini Drive, Suite 78853, Beaverton, OR 97008-7105
30571998       +  Andy Norris, 5185 Mckeon Ponderosa Way, Foresthill, CA 95631-9700
30571999          Andy Peverley, 20 Brookmill Boulevard, Apt. 137, Scarborough, ONTARIO M1W2Y5, CANADA
30572000          Andy Pollaro, 6234 W 63rd Pl, Chicago, IL 60638-5012
30572001       +  Andy Reynoso, 15467 San Jose St, Mission Hills, CA 91345-2429
30572002       +  Andy Roberts, 1712 North Pierson Avenue, West Peoria, IL 61604-3818
30572003          Andy Ryan, 4600 Hyland Ave, San Jose, CA 95127-2011
30572004          Andy Sykes, 74 Longfield Road, Tring, England, HP23 4DF, UNITED KINGDOM
30572005       +  Andy V, 8601 E Old Spanish Trail, Apt 640, Tucson, AZ 85710-4363
30572006       +  Andy waldschmidt, 10103 Lake Ridge Dr, Austin, TX 78733-3127
30572007       +  Aneka Ung, 3902 Toews Ln, Carrollton, TX 75007-1441
30572008          Ang lic Larose, 13640 rue du Suro t, Mirabel, QUEBEC J7JL9, CANADA
30572009       #  Angel Alonso, 204 W Mason St, Fort Worth, TX 76110-6223
30572010          Angel Anderson, 112 Center St, Duncannon, PA 17020-1124
30572011          Angel Arroyo, 10212 S Ranchwood Manor Dr, Oklahoma City, OK 73139-8926
30572013       +  Angel Cano, 820 Sycamore Ave., Apt. 174, Vista, CA 92081-7984
30572014       +  Angel Chang, 565 S.158th st., Burien, WA 98148-1204
30572015          Angel Contreras, 9403 Bendell, San Antonio, TX 78250-2708
30572016       +  Angel Coronado, 9619 Hemlock Ave, Fontana, CA 92335-5309
30572018       +  Angel Fahrbach, 11268 West Drive, DeMotte, IN 46310-8231
30572019       +  Angel Garcia Galvan, 2321 Cochran st, Irving, TX 75062-4233
30572021       +  Angel Gomez, 26348 Stanwood Ave, Hayward, CA 94544-3139
30572022       +  Angel J Villa, 1339 E. Dorothy St, Fresno, CA 93706-5329
30572023       +  Angel Licon, 3300 S Needles Hwy, E53, Laughlin, NV 89029-0177
30572024       +  Angel Maciel, 712 Ashlan way, Madera, CA 93638-1603
30572026          Angel Morgan, 207 Hathorn Rd Unit 1122, Oxford, MS 38655-4473
30572027       +  Angel Navia, 1516 Poppy Ln, Paso Robles, CA 93446-4306
30572028       +  Angel Perkins, 3341 Cedar Tree Ln, Erlanger, KY 41018-1203
30572030          Angel Ramirez, 26880 Palm St, Bonita Springs, FL 34135-5015
30572031       +  Angel Salgado, 157 W Golfview Dr, Northlake, IL 60164-1616
30572032       +  Angel Sanchez, 182 21st, 5A, Brooklyn, NY 11232-1383
30572033          Angel Shera, 425 N MAPLE AVE APT 1, OAK PARK, IL 60302-1862
30572034       +  Angel Vargas, 2112 Bennett Ave, Unit #2, Chattanooga, TN 37404-4423
30572017       +  Angel doran, 305 mount zion rd, Church hill, TN 37642-6213
30572020       +  Angel gaspar, 8627s 3640w, west jordan, UT 84088-5516
30572025       +  Angel montesino, 227 16th Ave, Apt. 1, Paterson, NJ 07501-2352
30572035          Angela, 105 SUNNINGDALE DR, LEXINGTON, SC 29072-7818
30572036          Angela Achee, 110 Hogan Bluff Ct, Georgetown, TX 78633-4757
30572037       +  Angela Atkinson, 12612 Duval Drive, Fishers, IN 46037-8184
30572038       +  Angela Blankenship, 3108 Chambley Ct, Hermitage, TN 37076-4432
30572039       +  Angela Boltz, 58 evergreen lane, Levittown, PA 19054-3210
30572040          Angela Bordelon, 199 Pawnee St, Port Barre, LA 70577-5075
30572041          Angela Bush, 571 Stone View Trl, Austin, TX 78737-2850
30572042       +  Angela Christian, 9501 NE Tenny Creek Dr, Vancouver, WA 98665-9177
30572043       +  Angela Cotter, 4046 Chelsea Drive, Denver, NC 28037-8512
30572044          Angela Crawford, 27-1945 Hawaii Belt Rd, Papaikou, HI 96781-9738
30572045          Angela Dearing, 2360 Prospect Ave, Bristol, PA 19007-2402
30572047       +  Angela Entenmann, 12304 5th Pl W, Everett, WA 98204-5642
30572048          Angela Falgout, 954 SHERWOOD CIR, LANCASTER, SC 29720-5810
30572049          Angela Laird, 11464 Highway 27, Summerville, GA 30747-2008
30572050          Angela Larangeira, 29 Hillery Dr, Flanders, NJ 07836-9527
30572051          Angela Leannah, 769 Ashley Ave, Port Washington, WI 53074-1858
30572052          Angela Lee, 2640 Palomas Dr, Wolverine Lake, MI 48390-2054
30572053          Angela Licata, 5 DANA DR, GROVELAND, MA 01834-1559
30572054       +  Angela Lyssette Irizarry, 11125 Golden Silence Dr, Riverview, FL 33579-2344
30572055          Angela M Fleming, 1306 Tricia Ct, Perrysburg, OH 43551-1194
30572056          Angela Meddens, 4170 Aley Dr, Beavercreek, OH 45431-3150

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice   Page 39 of 508
District/off: 0752-1                          User: admin                                    Page 38 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                  Total Noticed: 30719

30572057         Angela Miracle, 16808 Garfield, Redford, MI 48240-2415
30572058    +    Angela Misovski, 5965 Livernois Rd, Troy, MI 48098-3130
30572060         Angela Moore, 15523 Cristalino St, Hacienda Heights, CA 91745-5920
30572059    +    Angela Moore, 16 Myrtle St., Manchester, ME 04351-3229
30572061    +    Angela Olson, 203 South Gillett, Elkhart, IL 62634-6337
30572062    +    Angela Peyton, 1379 Cherry Blossom Lane, Tracy, CA 95377-8818
30572063    +    Angela Pittman, 902 Saddlebrook Ct, Chesterton, IN 46304-8866
30572064    +    Angela Rissler, 3541 Big Sky Way, Bradenton, FL 34211-1254
30572065    +    Angela Rizzuto, 148 Chandler Ln, Montgomery, NY 12549-1729
30572066         Angela Rodriguez, 4355 Folsom Dr, Beaumont, TX 77706-7432
30572067    +    Angela Sileo, 155 Freedom Way, Sicklerville, NJ 08081-5725
30572068         Angela Tyszkiewicz, 11143 N 575 E, DEMOTTE, IN 46310-8955
30572069         Angela Vasishta, 127 S 8th St Apt 412, Columbia, MO 65201-5359
30572070         Angelia Cisneros, 395 N 6th St, Saint Helens, OR 97051-1410
30572071         Angelic Gonzales, 1348 N Sierra Bonita Ave Apt 104, West Hollywood, CA 90046-8528
30572072         Angelica Anderson, 1966 SR-337, Campbellsburg, IN 47108
30572073         Angelica Bocalan, 3949 NW 8th Ave, Gainesville, FL 32605-4773
30572074    +    Angelica Cabrera, 1102 coloma dr, Missoula, MT 59801-7083
30572075         Angelica Clare Busto, 4249 Burke Street, Burnaby, BRITISH COLUMBIA V5H 1B5, CANADA
30572076    +    Angelica Marrero, 100 Pontoosic Rd, Westfield, MA 01085-4600
30572077    +    Angelica Martinez, 464 Walnut Ave, APT 4, Long Beach, CA 90802-1969
30572078    +    Angelica Montiel, 4711 Golden Sky Way, Apt. 167, San Diego, CA 92154-8848
30572079    +    Angelica Mora, 1835 NW 143rd Ave, Apt. D12, Portland, OR 97229-8106
30572080    +    Angelica Moyano, 4504 Gulfwinds Dr, Lutz, FL 33558-2749
30572081    +    Angelika Kirkham, 4112 Sabal Park Dr, Apt. 202, Tampa, FL 33610-7562
30572082    +    Angeliki Dimopulos, 45251 Wilshire Ct, Apt. 200, Novi, MI 48377-1216
30572083         Angelina Buchberger, Niedermayerstra e 3, Munich, BAYERN 81679, GERMANY
30572086         Angellus Torres, 335 N A St, Stockton, CA 95205-4508
30572087    +    Angelo Casaburri, 11822 park shadows trl, Houston, TX 77059-5527
30572088         Angelo Eugenio, 1219 E 14th St, Upland, CA 91786-2421
30572089         Angelo Gon alves, Rua de Cam es No. 91, Oleiros, Vila Ver, Braga, VILA VERDE 4730-320, PORTUGAL
30572090    +    Angelo J DiNottia, 124 VALLEY BROOK CIR, ROCHESTER, NY 14616-3639
30572091    +    Angelo Leoni, 417 HEARTLAND DR, TRAVERSE CITY, MI 49685-7159
30572092    +    Angelo Reyes-Dzul, 17460 E Bellewood Cir, Aurora, CO 80015-2068
30572093         Angelo Visser, 3010 NE 195th Ct, Lake Forest Park, WA 98155-2500
30572094   #+    Angelus Donoho, 733 Peyton Road, Lebanon, TN 37087-4982
30572095         Angelvania Vanessa, Pluit Samudra 2, Menara Marina Condomini, Tower Pasific, 12-PQ, Jakarta, Jakarta Raya 14450, INDONESIA
30572096    +    Angely Cadena, 207 Highland Dr, Hitchcock, TX 77563-1419
30572097         Angharad Roberts, 140 fields Road, Oakfield, Cwmbran, Wales; Cymru NP44 3EQ, UNITED KINGDOM
30572098    +    Angie, 12145 South Grass River Trail, Parker, CO 80134-3195
30572099         Angie Barrios Mackepeace, 1 University Dr, Cmb #8541, Orange, CA 92866-1005
30572100         Angie Bonner, 10180 Main St, Jeffersonville, KY 40337-9612
30572101    +    Angie Brenenstuhl, 501 Farr Avenue, Wadsworth, OH 44281-2262
30572102    +    Angie Duong, 2493 Gold Leaf Circle, Henrico, VA 23233-6987
30572103         Angie J Marks, PO Box 430, Burgeo, NEWFOUNDLAND AND LABRADOR A0N 2H, CANADA
30572104    +    Angie Linzaga, 3820 W Hazard Ave, Apt E, Santa Ana, CA 92703-2648
30572105    +    Angie McCants, 1041 Peakview Drive, Pensacola, FL 32514-7119
30572106    +    Angie Pineda, 6004 Artemus Rd, House B, Gainesville, VA 20155-1539
30572107    +    Angie Pulak, 2208 Heath Green Pl S, Jacksonville, FL 32246-7225
30572108         Angie Smith, 3912 Quartz Ln, Virginia Beach, VA 23456-5860
30572109    +    Angus Averill, 47 Hunters Crossing Drive, Coventry, RI 02816-8254
30572110         Angus May, 46a Birdwood Avenue, Winmalee, NEW SOUTH WALES 2777, AUSTRALIA
30572111         Anh-Ton Nguyen, 36 W Wheelock St Apt 9, Hanover, NH 03755-1730
30572112    +    Anibeth Martinez, 1159 1/2 East 25th St., Los Angeles, CA 90011-2381
30572113    +    Anico International Inc., 55 Fadem Road, Springfield, NJ 07081-3115
30572114    +    Anik K Alam, 6154 Wigeon ct, Dublin, OH 43017-9533
30572115    +    Anika Sallam, 18055 OUTER DRIVE, DEARBORN, MI 48128-1334
30572116    +    Anika Sujana, 158-10 84th Rd, Fl 2, Jamaica, NY 11432-1628
30572117         Anique? Wertheimer, 135 Ashdale Ave, Los Angeles, CA 90049-2402
30572118         Anisa Nunez, 2474 Mendocino Ct, Sierra Vista, AZ 85635-5580
30572119         Anisha Tang, 3866 Evergreen Pl, 2202, Burnaby, British Columbia V3J 0L3, CANADA
30572120    +    Anissa Tashoff, 18504 Beach Blvd, Unit 338, Huntington Beach, CA 92648-0908
30572121         Anita Butler, 1400 E Avenue H Trlr 80, Nolanville, TX 76559-4185

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice   Page 40 of 508
District/off: 0752-1                              User: admin                              Page 39 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                            Total Noticed: 30719

30572122    +  Anita Klein, 1690 Jessie st, Maplewood, MN 55117-2423
30572123    +  Anita Kosinski, 2723 Tamlynn Lane, Easton, PA 18045-5279
30572124       Anita Lalicata, 16038 Libourn Ave, Port Charlotte, FL 33954-1232
30572125       Anita Lawson, 4312 Rhodes Ave, Address 2, Portsmouth, OH 45662-5533
30572126    +  Anita Mak, 11872 Silvergate Drive, Dublin, CA 94568-2211
30572127       Anita Olson, 125 W Sumner St, Hartford, WI 53027-1417
30572128       Anita Reddick, 64 Tall Trl, Missouri City, TX 77459-6864
30572130       Anja H bner, Friedrich-Richter-Stra e 55, Berlin, BERLIN 13125, GERMANY
30572131    +  Anja SLF, 52 Pike St, Biddeford, ME 04005-2743
30572132    +  Anjali Pulim, 6757 Walter Scott Way, Columbia, MD 21044-4954
30572133       Anjali Seshadri, 2516 Villanova Dr, Vienna, VA 22180-6959
30572134    +  Anjali Vishwanath, 519 West 134th Street, Apt 11, NY, NY 10031-8819
30572135       Anke Sandk hler, Gro e Gartensiedlung 22, Leipzig 4319, GERMANY
30572136       Anke Woischwill, Fahrenstraaye 37, Eckental 90542, GERMANY
30572137       Ankita Satpathy, 10 Harbor Ct, Monroe Township, NJ 08831-1697
30572138       Ann Busbee, 5308 Grovewood Dr, McKinney, TX 75071-8446
30572139       Ann C Moore, 2000 Laurel Pl Apt 103, Vancouver, WA 98661-5151
30572140       Ann Caldwell, 5715 Beeler St, Denver, CO 80238-3998
30572141       Ann Druce-Hoffman, 1309 NESKOLA CT, NAPERVILLE, IL 60564-9572
30572142    +  Ann High, 8818 Forge Gate Ln, Chesterfield, VA 23832-2834
30572143       Ann Joseph, 31 Ridgewood Rd, Worcester, MA 01606-2506
30572144    +  Ann Kennedy, 213 Howard St, Waverly, NY 14892-1519
30572146       Ann Ostrowski, 507 SE 283RD AVE # C, CAMAS, WA 98607-9516
30572147       Ann Ramey, 11708 Leigh River St, Bakersfield, CA 93312-5705
30572148       Ann Schulke, 99 Wampum St, Weymouth, MA 02190-1158
30572149       Ann Seng, 1860 Ala Moana Blvd Apt 1101, Honolulu, HI 96815-1637
30572150       Ann Sommer, 16902 SABERTOOTH DR, ROUND ROCK, TX 78681-3600
30572151       Ann Wilson, 1631 Ross Dr, Midlothian, TX 76065-3649
30572145       Ann miller, 1510 ROYAL OAK LN, LK IN THE HLS, IL 60156-5532
30572152       Ann-Catrin Rapp, Mellanbr nninge Lintuna 1, Linkoping, OSTERGOTLAND 58599, SWEDEN
30572153       Ann-Marie Myers, 1701 S Fairlawn Ave, Evansville, IN 47714-3711
30572154       Ann-Marie Vyse, 28 Tilewood Avenue Eastern Gre, Coventry CV5 7GF, UNITED KINGDOM
30572301    +  AnnMarie Agness, 16 Bond St, Rochester, NY 14620-1313
30572302       AnnMelissa Woofter, 4127 Sunny Vista Hts, Colorado Springs, CO 80918-2700
30572155       Anna Allen, 3309 Rolling Ln, Midwest City, OK 73110-1330
30572156    +  Anna Bartel, 1 park circle, Towson, MD 21286-5629
30572157       Anna Bauer, 1216 Azure Way, Murfreesboro, TN 37128-2824
30572158       Anna Besler, Cieszkowskiego 5a, Lubon 62-030, POLAND
30572159    +  Anna Biache, 721 Boulder Springs Dr., B3, North Chesterfield, VA 23225-5533
30572160    +  Anna Birbiglia, 2416 Broadway St, New Orleans, LA 70125-4130
30572161       Anna Brainin, 23-29 Finchley Road, Apt. 72, London, England, NW80NZ, UNITED KINGDOM
30572162    +  Anna Budig, 1234 Eighth Ave N, Saint Cloud, MN 56303-2703
30572163       Anna Burns-Francis, 9/6 Sarsfield Street, Herne Bay, Auckland, Auckland 1011, NEW ZEALAND
30572164    +  Anna Cantu, 1916 Houston Pl, Denton, TX 76201-3807
30572165       Anna Capone, 11350 Foothill Blvd Unit 34, Sylmar, CA 91342-6763
30572166    +  Anna Cho, 26470 Beecher Ln, Stevenson Ranch, CA 91381-1408
30572167       Anna Choser, 98 Branch Hill Rd, Preston, CT 06365-8600
30572168       Anna Constable, 1006 Belvoir Dr, Kissimmee, FL 34744-8555
30572169    +  Anna Cook, 4130 Haines St, Apt 8B, San Diego, CA 92109-5395
30572170       Anna Crippen, 2740 Oakridge West Dr, Mobile, AL 36608-8716
30572171       Anna Deas, Ipswich Road, 12 Dial House, Norwich NR2 2LH, UNITED KINGDOM
30572172       Anna Decharg, 21 Rue des Boutons d'Or, Orvault, PAYS DE LA LOIRE 44700, FRANCE
30572173    +  Anna Dixon, 6207 E Ironhorse, Wichita, KS 67220-5516
30572174       Anna Dodson, 1927 Creekshire Dr, Sugar Land, TX 77478-5209
30572175       Anna Fainelli, Via Leonardo da Quinto 13, Quinto, Verona 37142, ITALY
30572176       Anna Fordy, 1 Thursby Gardens, Gateshead, ENGLAND NE9 6NL, UNITED KINGDOM
30572178       Anna Harrick, 8660 Devonshire Ct Apt 204, Manassas, VA 20110-4516
30572179    +  Anna Hazelrigg, 2700 16th St. S, Apt 302, St. Cloud, MN 56301-4988
30572181       Anna Henry, 3510 E Hampton Ave Unit 15, Mesa, AZ 85204-6431
30572182       Anna Holder, 912 Beaumont Ct, Indianapolis, IN 46214-3755
30572183    +  Anna J Sargent, 1645 Goode Dr, Woodland, CA 95776-5497
30572184    +  Anna Johnson, 23502 35th Ave. W, Brier, WA 98036-8224
30572185       Anna Karczmarz, 310 3rd Ave Apt 1514, NY, NY 10010-3754

30572186  + Anna Karen Monroy, 3146 South 55th Avenue, Cicero, IL 60804-3909
30572187    Anna Kerkes, 519 Arizona Ave Apt 7, Holton, KS 66436-1265
30572188  + Anna Koeller, 346 Rockview Drive, St. Louis, MO 63129-3757
30572189    Anna Laris, 2355 Mitchell St, Oakland, CA 94601-1845
30572190    Anna Linzell, 3507 Green Bay Rd Apt 208B, North Chicago, IL 60064-3658
30572191    Anna Lisle, 6648 OTIS CT, ARVADA, CO 80003-4040
30572192  + Anna Lovelace, 133 Polk Rd, Ellenboro, NC 28040-5706
30572193  + Anna Lozano, 907 Naylors Run Road, Havertown, PA 19083-4527
30572194  + Anna Martinez, 75 Whitetail Circle, Sumter, SC 29154-4728
30572195  + Anna Mayglothling, 909 Wilcoxson Ave, Stratford, CT 06614-4242
30572196  + Anna McDonnell, 16718 Hilltop Ave, Orland Hills, IL 60487-6031
30572197  + Anna Meador, 4402 Duneden Ave, Deer Park, OH 45236-3119
30572198    Anna Miller, 6801 Whittlesey Rd, Middleton, WI 53562-1178
30572199  + Anna Milliken, 408 Decatur St, Brooklyn, NY 11233-1508
30572200    Anna Natoli, 1619 Highway W, Foristell, MO 63348-1016
30572201    Anna Ondich, 5801 7th St NE, Fridley, MN 55432-5563
30572202    Anna Perry, 1861 Doral Dr, Fairfield, OH 45014-4759
30572203    Anna Persson, J garstigen 50, Lidingo 181 46, SWEDEN
30572204    Anna Reeves, 407 Alpine St, Chickasaw, AL 36611-2433
30572205    Anna Robinson, 20335 Granite Park Cir, Eagle River, AK 99577-8851
30572206  + Anna Roycewicz, 39 Sumner Street, Auburn, MA 01501-1714
30572207    Anna Sacy, 11016 Whiskey River Dr, Austin, TX 78748-1869
30572208    Anna Sandiego, 1075 Leeway Ct, Orlando, FL 32810-4515
30572209    Anna Scheetz, 503 W North St, Lebanon, IN 46052-2036
30572210    Anna Shoaf, 154 Dogwood Ct, West Lafayette, IN 47906-1617
30572213  + Anna Simon, 3211 Mamelles Drive, St. Charles, MO 63301-0125
30572214  + Anna Slinker, 3883 W 1200 N, Romney, IN 47981-8005
30572215    Anna Sobrak, 1602 Market Street, La Crosse, WI 54601
30572216  + Anna Stabnick, 958 w cross st, apt 2, Ypsilanti, MI 48197-3323
30572217    Anna The Woven, 361 N West St, Xenia, OH 45385-2331
30572218  + Anna Thompson, 217 Conneaut St, PO Box 567, Linesville, PA 16424-0567
30572219    Anna Tittle, 49 Louise Ct, Rising Sun, MD 21911
30572220    Anna Tole, 13811 NE 73rd Pl, Redmond, WA 98052-9419
30572221    Anna Toledo, 2244 Mira Vista Dr, El Cerrito, CA 94530-1743
30572222    Anna Viegut, 4785 Ximines Ln N, Plymouth, MN 55442-3116
30572223    Anna Wegener, 1631 Urbana Ln, Lincoln, NE 68505-1574
30572224  + Anna Welsh, 404 Heather Grove Ln, West Grove, PA 19390-8925
30572225  + Anna Witengier, 942 Sanders Drive, St. Louis, MO 63126-1248
30572226    Anna Wright, 1000 Bloom Rd Apt 1309, Cary, NC 27519-7785
30572227    Anna-Katharina Knepper, Max-Planck-Stra e 7, Ludwigshafen am Rhein, Rheinland-Pfalz 6, GERMANY
30572228    Anna-Maria Stavridis, 39 Brant Street, Unit 802 Buzz 8538, Toronto, Ontario, M5V 0M8, CANADA
30572230  + Annabel Williams, 936 MOUNTAIN CREEK RD, Q191, CHATTANOOGA, TN 37405-1744
30572231    Annabella Ottoni, 5571 Rue Saint Jacques, Appt 2, Montreal, QC H4A 2E5, CANADA
30572232    Annabelle Currie, 9 Sherwood Street, Toowoomba, Queensland, 4350, AUSTRALIA
30572233    Annabelle Dakuginow, 4475 Carter Creek Pkwy Apt 438, Bryan, TX 77802-4477
30572234    Annabelle Luo, 22 Dover Rd, Westport, CT 06880-2627
30572235  + Annabelle Schmelzle, 85 s Union Blvd, Unit 322, Lakewood, CO 80228-2277
30572236    Annalee Weydert, 310 Chestnut Ave, Orange City, FL 32763-6058
30572237    Annalee Wiswell, 11612 82nd Ave S, Seattle, WA 98178-3824
30572238    Annaliese Sullins, PO Box 651, 107 Lexco Rd, Moriarty, NM 87035-0651
30572239    Annalisa McConachie, 18D, Harrow Street, Dunedin, CENTRAL DUNEDIN 9016, NEW ZEALAND
30572240    Annalisa Micciche, 34 Huckleberry Way, Turnersville, NJ 08012-5816
30572241    Annalise Faulkner, 5720 Bear Stone Run, Oviedo, FL 32765-5031
30572242    Annalise Tran, 35 James Street, Melrose Park, New South Wales 2114, AUSTRALIA
30572243  + Annalyn Diaz, 3550 East Philadelphia St., Ste. #150, Ontario, CA 91761-2963
30572244    Annastasia Martin, 2096 E Mesa Verde Way, Fort Mohave, AZ 86426-6677
30572245  + Anne Baisden, 15230 Louis Mill Dr, Chantilly, VA 20151-1317
30572247    Anne Cabell Parsons, 11620 E Briar Patch Dr, Midlothian, VA 23113-2308
30572248  + Anne Davies Rushing, 1683 Richland Road Southwest, Atlanta, GA 30311-2665
30572250    Anne Escherich, 2097 Mataro Way, San Jose, CA 95135-1255
30572251  + Anne Everett, 100 Rio Vista Place, Apt. 316, Santa Fe, NM 87501-1512
30572252    Anne Fleischer, 50 Erldunda Circuit, Hawker, Canberra, ACT 2614, AUSTRALIA
30572253    Anne Gallant, 27 Sheridan St, Billerica, MA 01821-5838

District/off: 0752-1                          User: admin                                    Page 41 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                              Total Noticed: 30719

30572254    +  Anne Gillespie, 53 Bradfield Avenue, Roslindale, MA 02131-1933
30572255       Anne Goedjen, 1721 Reed St, Redondo Beach, CA 90278-2735
30572256    +  Anne Hays, 6127 Churchman Avenue, Indianapolis, IN 46237-3539
30572258    +  Anne Kelly Berg, 1896 Bohland Avenue, Saint Paul, MN 55116-1906
30572259       Anne Lee, 802 La Vergn Way, Santa Ana, CA 92703-2600
30572260       Anne Lorenti, 137 71st Street, Apt B2, Brooklyn, NY 11209
30572261       Anne Madow, 401 E Linton Blvd Apt 514, Delray Beach, FL 33483-5090
30572262    +  Anne Marie Crosby, 6404 South Clifton Rd, Frederick, MD 21703-5834
30572263       Anne Marie Young, 210 Rose Ct Apt 6, Campbell, CA 95008-2846
30572264    +  Anne P Fish, 553 Oakwood Ave, Saint Louis, MO 63119-2659
30572265       Anne Peranteau, 169 Tory St., Te Aro, WELLINGTON 6011, NEW ZEALAND
30572266       Anne Reich, 8 Park St, Groveland, MA 01834-1120
30572267       Anne Rhodes, 1530 Anna Ruby Ln NW, Kennesaw, GA 30152-8206
30572268    +  Anne Sellers, 65 Coyle Street, Portland, ME 04101-1609
30572269    +  Anne Svejda, 1656 Lola Drive, Virginia Beach, VA 23464-8018
30572270       Anne Wagner, 9610 SPRINGER LAKE LN SE, OLYMPIA, WA 98501-9765
30572271    +  Anne White, 5130 se 39th loop, Ocala, FL 34480-0633
30572272       Anne Zizolfo, 2535 W 2nd Ave Apt C, San Bernardino, CA 92407-6953
30572249       Anne de Goeij, Anthonie Camerlingstraat 34, Dordrecht, ZUID-HOLLAND 3312EA, NETHERLANDS
30572273       Anne-Carmen Sanchez, 51 Vall e de Vaugareau, Luynes, CENTRE 37230, FRANCE
30572274       Anne-Marie Haro, 457 43RD AVE, SAN FRANCISCO, CA 94121-1515
30572276       AnneMarie Provost, 14 Benefit St, Chicopee, MA 01013-2302
30572275    +  Annelisa Zamora, 1400 N Gardner St, Apt. 18, Los Angeles, CA 90046-8508
30572278       Annette Balog, 8 Coach Rd, Rancho Palos Verdes, CA 90275-5202
30572279       Annette Ollervidez, 2109 Martin St, Edinburg, TX 78539-8420
30572280       Annette Tarquinio, 2001 Lewis Crossing Ct, Keller, TX 76248-9742
30572281       Annick Sheik Bajeet, Morcellement Beau Rivage, Saint Malo, Baie du Tombeau 21710, MAURITIUS
30572282       Annie Bien-Aime, 9300 Hollis Court Blvd, Queens Village, NY 11428-1529
30572283    +  Annie Bodenschatz, 3506 Enfield Rd, Apt. 201, Austin, TX 78703-3620
30572285       Annie Daines, 1114 Quail Cir, Farmington, UT 84025-3835
30572286    +  Annie Gleason, 10770 Christopher Lane, Amelia Court House, VA 23002-5049
30572287       Annie Granton, 11 Strehlow place, Flynn, ACT 2615, AUSTRALIA
30572288       Annie Hart, 489 Braton Rd, Clarkson, KY 42726-7109
30572289       Annie Liang, 2/14 Biddle Crescent, Taita, Wellington, 5011, NEW ZEALAND
30572290       Annie Mallet, 11a rue stephanie, Pointe-brulee, New Brunswick E85 2X4, CANADA
30572291    +  Annie Mudick, 45 W 10th Street, 9B, New York City, NY 10011-8733
30572292    +  Annie Nguyen, 6 Holly Ln., Apt 7, Tonawanda, NY 14150-2865
30572284    +  Annie c/o Bolas, 421 Lampwick Court, Naperville, IL 60563-1315
30572293    +  Annie steffen, 3130 N 93rd Street, Milwaukee, WI 53222-3509
30572295       Annika Bj rk Griffith, M rbydalen 28, Lgh 1003, Danderyd, Stockholm, 18252, SWEDEN
30572296       Annika Christoffersen, Centervej 18, 1. Th., HONG, SJAELLAND 4270, DENMARK
30572297       Annika Downey, 2840 Woodland st, Abbotsford, BC V2S 4E4, CANADA
30572298    +  Annika Hawkinson, 31110 N Reigate Ln, Green Oaks, IL 60048-4850
30572299       Annika Marshall, 7 Herrick Ln, Blue Hill, ME 04614-5978
30572300       Annika Rasmussen, Bankevejen 60, Lundby, SJAELLAND 4750, DENMARK
30572303    +  Anny Bishop, 740 Wingate Bay, Costa Mesa, CA 92626-2976
30572306    +  Anoushka Hemnani, 558 Glenrock Avenue, Apt 201, Los Angeles, CA 90095-0001
30572307    +  Ansel Kreft, 320 W Broadway, Apt. 220, Madison, WI 53716-3813
30572308       Ansley Henderson, 4500 Connecticut Ave NW Apt 608, WA, DC 20008-4334
30572309    +  Ansley Williamson, 1415 springview street, Augusta, GA 30909-2815
30572311       Antanisha Riley, 4517 S 22nd St, Fort Smith, AR 72901-8013
30572313       Anthoni Yang, 15375 83rd St NE, Otsego, MN 55330-7297
30572314       Anthony, 81 BOSTON AVE APT 1, MEDFORD, MA 02155-3521
30572315       Anthony Addis, 688 HUMPHREY RD, LYNNVILLE, IN 47619-8070
30572318    +  Anthony Anderson, 13643 W Ironwood Circle, Homer Glen, IL 60491-7701
30572319    +  Anthony Bachelier, 614 Walnut St, Dayton, KY 41074-1136
30572320       Anthony Barbaro, 410 Charles Ave, New Kensington, PA 15068-5336
30572321    +  Anthony Blanchette, 600 Meridian St Ext, Apt 1011, Groton, CT 06340-4158
30572322    +  Anthony Byrnes, 10160 Caminito Mulege, San Diego, CA 92126-4002
30572323       Anthony Casillas, 2965 Timber Creek Trl, Fort Worth, TX 76118-7323
30572324       Anthony Cattet, 12412 Old Meridian St Unit 211, Carmel, IN 46032-6108
30572325    +  Anthony Cavotta, 20 Timberwick drive, Halfmoon, NY 12065-6225
30572326    +  Anthony Cedeno, 1054 Orange Ave., Long Beach, CA 90813-3736

District/off: 0752-1                                   User: admin                                        Page 42 of 507
Date Rcvd: Jan 04, 2024                             Form ID: 309C                                    Total Noticed: 30719

30572327   + Anthony Chavez, 6440, Curtis Rd, Plymouth, MI 48170-5820
30572328   + Anthony Cole, 316 Walker Dr, 316, Meadville, PA 16335-1346
30572329   + Anthony Colosi, 700 Carnegie St, Apt. 1412, Henderson, NV 89052-2683
30572330     Anthony Crespo, 4447 W 124th St, Alsip, IL 60803-2652
30572331   + Anthony Defeo/Gelman, 20 Sunset Dr, South Easton, MA 02375-1066
30572332     Anthony Dominguez, 2267 Ann Arbor Ave, Pomona, CA 91766-6417
30572333     Anthony Elvira-fregoso, 1245 S 50th St, West Milwaukee, WI 53214-3533
30572334   + Anthony Garcia, 801 Crotona Park North, Bronx, NY 10460-4732
30572335   + Anthony Garcia-Ocelotl, 246 3rd ave, Apt. 1, Westwood, NJ 07675-2106
30572336   + Anthony Goode, 6190 E Old Black Canyon Hwy, Prescott, AZ 86303-6506
30572337   + Anthony Grove, 2203 Canterbury Drive, Mechanicsburg, PA 17055-5771
30572338   + Anthony Gugliotti, 83 Craigie Ave, Waterbury, CT 06705-2903
30572339     Anthony Hansle, 20 Shaldon Walk Smethwick B66 3HU, Smethwick, ENGLAND B66 3HU, UNITED KINGDOM
30572340   + Anthony Hohman, 140 Olive Street, Findlay, OH 45840-5373
30572341   + Anthony Holbrook, 7025 Sepulveda Boulevard, Apt. 19, Van Nuys, CA 91405-2972
30572343   + Anthony J Zimmer, 4636 County Route 20, DURHAM, NY 12422-5206
30572344     Anthony Jaime, 24 Arborside Way, Mission Viejo, CA 92692-5949
30572345   + Anthony Jimenez, 14 7th Street, Richmond, CA 94801-3512
30572347     Anthony Kirkland, 19 Pomona Cir, Savannah, GA 31419-8190
30572348   + Anthony Lafleur, 764 East 2nd Avenue, B, Roselle, NJ 07203-1660
30572349   + Anthony Lago, 3 Normandy Heights Rd, Morristown, NJ 07960-4611
30572350     Anthony Lerner, 300 4th St SE Apt 43, Charlottesville, VA 22902-5684
30572351   + Anthony Lomando, 3156 Morning Whisper Dr, HENDERSON, NV 89052-3130
30572352     Anthony Ly, 78 Bold St, Cabramatta West, New South Wales, 2166, AUSTRALIA
30572353   + Anthony Maggiore, 9183 Survey Rd., Apt. 104, Elk Grove, CA 95624-9712
30572354     Anthony Mancini c/o Willens, 3140 Chandelle Rd, Los Angeles, CA 90046-1235
30572355   + Anthony Martinez, 7647 Distant Mirage Ct, Las Vegas, NV 89139-5620
30572356     Anthony Martz, 40 Willow Springs Dr, Moscow Mills, MO 63362-2484
30572357     Anthony Mazariegos, 1136 W 18th St, Los Angeles, CA 90015-3326
30572358   + Anthony Moran, 321 Union Ave, Delanco, NJ 08075-4655
30572359   + Anthony Mule, 406 LULU COON RD, UNADILLA, NY 13849-1222
30572360     Anthony Navarro, 92 Independence Ln, Ashland, MA 01721-3024
30572361     Anthony Noriega, 84855 Ave 50 Coachella, Ca. 92236, Coachella, CA 92236
30572362     Anthony Obermeyer, 715 N Mulberry St, Apt 3, Mount Carmel, IL 62863-2067
30572363     Anthony Oddo, 1041 Johnnie Dodds Blvd Ste 5A, Mount Pleasant, SC 29464-6156
30572364     Anthony Orellana, 4404 Stallion Dr, Killeen, TX 76549-4204
30572365   + Anthony Overman, 5755 Lear Nagle Rd, North Ridgeville, OH 44039-2121
30572366     Anthony Paldino, 574 Hyde Shaffer Rd, Bristolville, OH 44402-9795
30572367   + Anthony Partida Ybarra, 13202 Hoover street, #96, Westminster, CA 92683-2382
30572368     Anthony Patsanas, 142 Princes Highway, Beverley Park, NEW SOUTH WALES 2217, AUSTRALIA
30572369     Anthony Paulino, 3779 Lockland Dr Apt 5, Los Angeles, CA 90008-3537
30572370   + Anthony Perez, 41981 Via Renate, Temecula, CA 92591-5324
30572371     Anthony Rensing, 333 E Broadway Apt 6C, Long Beach, NY 11561-4370
30572372     Anthony Robert Rawe, 4 PARK MEADOWS DR, FAIRFIELD, OH 45014-4672
30572373   + Anthony Roland, 88 Harmony Rd, Levittown, PA 19056-1415
30572374   + Anthony Rosage, 2086 Sylvan Lake Dr, Grovetown, GA 30813-5293
30572375   + Anthony Rossi, 41 S. Kirklyn Ave., Upper Darby, PA 19082-2601
30572376     Anthony Ruggles, 8007 W Harmony Ln, Peoria, AZ 85382-4484
30572378   + Anthony Sarne, 800 3rd St SW, Unit 319, Kasson, MN 55944-3300
30572379     Anthony Sawaia, 7 Fairway Dr, Cranston, RI 02920-2608
30572380   + Anthony Schouveller, 1041 County Road D East, Apt 305, Saint Paul, MN 55109-5262
30572381   + Anthony Simmons, 315, Ivy Lane, Douglassville, PA 19518-1135
30572382   + Anthony Smith, 3547 ermine path, Palm Harbor, FL 34684-3544
30572383   + Anthony Sprague, 209 Rex St., Spring Lake, MI 49456-1618
30572384   + Anthony Stevens, 1511 brooks drive, B2, Nappanee, IN 46550-1165
30572385     Anthony Thomasson, 559 Earlwood Dr, Madisonville, KY 42431-1608
30572386   + Anthony Valdez, 2 Pierce Ave, Apt 425, San Jose, CA 95110-2955
30572387     Anthony Vasquez, 21 Border St, East Boston, MA 02128-1976
30572388   + Anthony Villafane, 7013 Mazy Ln, Rowlett, TX 75089-1900
30572389   + Anthony Vinsavich, 1918 Walnut St, Lauderdale, MN 55113-5134
30572390   + Anthony W Clark, 33 PICO RD, CLIFTON PARK, NY 12065-6720
30572391   + Anthony Wayne Horne, 8005 Selkirk Drive, Bakersfield, CA 93309-4293
30572392   + Anthony Wildman, 1513 Beattie Ave, Antigo, WI 54409-1020

District/off: 0752-1                                      User: admin                                      Page 43 of 507
Date Rcvd: Jan 04, 2024                                  Form ID: 309C                                  Total Noticed: 30719

30572393    + Anthony Williams, 1222 CAMPANIS DR, PLACENTIA, CA 92870-8228
30572342    + Anthony hubble, 615 cherry st, Apt. 509, Terre Haute, IN 47807-3128
30572346    + Anthony kabiity, 46504 breckenridge dr, Macomb, MI 48044-3128
30572395      Antje Pahl, Karl Kunger Stra e, Apt. 28, Berlin, BERLIN 12435, GERMANY
30572396      Antoine Barbet, 13 avenue Faidherbe, Montreuil, ILE-DE-FRANCE 93100, FRANCE
30572397      Antoine Germon, 16 rue des Iris, Gerstheim 67150, FRANCE
30572398      Antoine Martel-Grenier, 3460 Rue Simpson, 805, Montreal, Quebec H3G 2J4, CANADA
30572399    + Antoine Matthews, PO BOX 10036, 97 GEORGIA AVENUE BUILDING 465 DINING CO, Statesboro, GA 30458-4960
30572400      Antoine Mayer, 310 Avenue Alexandra, Saint-Lambert, QUEBEC J4R 1Y8, CANADA
30572401    + Antoine Nguyen, 14582 Cork St, Garden Grove, CA 92844-3203
30572402      Antoine Sauve, 3239 west broadway, 74621, Vancouver, BC V6K 2H5, CANADA
30572403    + Antoinette Lower, 443 E Maple St, Dallastown, PA 17313-1908
30572404    + Antoinette Pepitone, 8525 White Oak Ave, Northridge, CA 91325-3939
30572405      Antoinette Rose, 20 Equestrian Way, Clifton Park, NY 12065-6784
30572406    + Antoinette suliga, 2820 Bridge Ave, Point Pleasant, NJ 08742-4267
30572407    + Antoinnette Hall, 7553, Allon Abraham Street, Las Vegas, NV 89139-5535
30572408      Anton Aleksieiev, 27 Merry Ln, Np000030938 Mon - Fri 09 00-17 00, East Hanover, NJ 07936-3901
30572410      Anton Lising, 24 Powell St, Killara, New South Wales, 2071, AUSTRALIA
30572411      Anton Stoll, Albertsplatz 4, Coburg, Bayern, 96450, GERMANY
30572412    + Anton Tran, 6610 Whitton Dr., Houston, TX 77085-3512
30572413    + Antonella Bariani, 2851 Bedford Lane, Apt 12, Chino Hills, CA 91709-3559
30572414      Antonella De Michele, via delle Lame 57, Bologna, BO, 40122, ITALY
30572415    + Antonia DeVito, 5007 W 30th Ave, Denver, CO 80212-1623
30572416      Antonia Mozo, PO Box 1435, Passaic, NJ 07055-1435
30572417      Antonia Nehring, 4370 Biscayne Ct, Gahanna, OH 43230-5052
30572418    + Antonia Trovato, 1101 Pleasant Ave, Saint Paul, MN 55102-3310
30572419      Antonin Majeau, 2250, chemin sainte-marie, Apt. 8, Mascouche, Quebec, J7L1A8, CANADA
30572420      Antonio Alt, 11100 Cavalier Ct Apt 1E, Fairfax, VA 22030-4939
30572421    + Antonio Alucema, 15408 N. Fircrest Cir., Spokane, WA 99208-9721
30572422      Antonio Caceres, 2030 Veronica Pl, San Jose, CA 95124-1440
30572425    + Antonio Chagolla, 1906 E Timberview Ln, Arlington, TX 76014-1642
30572426      Antonio Crocco, corso giuseppe mazzini 216 Bar Nino, Catanzaro, CZ, 88100, ITALY
30572427    + Antonio Gallegos, 3945 Blair Ln, San Angelo, TX 76904-7830
30572428    + Antonio Guerra, 3301 Scarborough Lane Court, Colleyville, TX 76034-4901
30572429      Antonio Mammoliti, 11617 Nassagaweya Esquesing Townline, Acton, ON L7J 2L7, CANADA
30572431    + Antonio Ortiz, 2427 Dubois ave, Spring Hill, FL 34609-4117
30572432    + Antonio Panzetta, 4800 N 22nd St, D15, Ozark, MO 65721-6608
30572433    + Antonio Paredes, 334 Verne St, San Antonio, TX 78221-1546
30572434    + Antonio Siguenza, 2505 5th Street, Apt. 207, Davis, CA 95618-5484
30572435    + Antonio Watson, 5314 Randolph Blvd, Apt 611, San Antonio, TX 78233-6240
30572423    + Antonio caraballo, 1005 open court, Glen burnie, MD 21061-2781
30572436    + Anuj Shah, 967 SUNNY LAKE DR, LAWRENCEVILLE, GA 30043-4557
30572437    + Anupam Nigam, 1140 Avonoak Terrace, Glendale, CA 91206-1512
30572438      Anusha Sowda, 3839 Brookdale Blvd, Castro Valley, CA 94546-2015
30572440    + Anwar Hamid Benkiran, 6 Summer Street, Apt C, Keene, NH 03431-3541
30572441      Anya Mcintosh, 5010 NEBRASKA AVE NW, WASHINGTON, DC 20008-2937
30572442    + Anya Meredith, 22313 Tees Terrace, Ashburn, VA 20148-7387
30572443      Anyssa Deleon, 8761 South Kelliann Way, Manhattan, KS 66502-8906
30572444      Aoibh n Agnew, 10 Culnafay Road, Antrim, NOTHERN IRELAND BT41 3Q6, UNITED KINGDOM
30572445    + Aoibhe Coffey, APW 4184300, 5 South Main Street, Englishtown, NJ NJ 07726-1558
30572447    + Apollo LTD, c/o Joe Piver, Jeff Roberts Agency, 174 Saundersville Rd. Ste 702, Hendersonville, TN 37075-8948
30572448    + Apollo Marks, 102 Club House Dr Unit 2, OR, WI 53575-3520
30572450    + Apple Graphics, 934 Paramount Pkwy, Batavia, IL 60510-1453
30572451    + April Brown, 4410 Ulaanbaatar Place, Dulles, VA 20189-4411
30572452    + April Davis, 206 Iris Drive, Centre, AL 35960-1513
30572453    + April Elam, 5663 Tuttle Drive, Gloucester, VA 23061-4121
30572454      April Jones, 1321 Fielden Store Rd, New Market, TN 37820-3314
30572455    + April Knoblach, 1309 Sharps hill road, Pittsburgh, PA 15215-1254
30572456      April Liddell, 13 Ffordd Morgannwg, Whitchurch, Cardiff, Wales; Cymru CF14 7JS, UNITED KINGDOM
30572457      April Lopez, 4309 Meadow Ln, South Bend, IN 46619-4121
30572458    + April Marcuzzo, 14022 127th Pl NE, Kirkland, WA 98034-1501
30572459    + April O Rourke, 11505 135th Street Ct e, Puyallup, WA 98374-3135
30572460      April Pierce, 371 W Caldwell Dr, Round Lake, IL 60073-4294

| | | |
|---|---|---|
| 30572461 | + | April Richardson, 104 Osborne Private Dr, Apt 5, Johnson City, TN 37601-6439 |
| 30572463 | | April S Armstrong, 608 SE Cross St Apt 8, Mount Sterling, IL 62353-1557 |
| 30572464 | | April Schmidt, 401 Watercrest Dr, Granite Shoals, TX 78654-2772 |
| 30572466 | + | April Strader, 110 Colonial Circle, Seymour, TN 37865-5904 |
| 30572465 | | April stevenson, 2290 LEIMERT BLVD, OAKLAND, CA 94602-1944 |
| 30572467 | + | Aprons ETC., PO Box 1132, Mauldin, SC 29662-1132 |
| 30572471 | + | Aqiyl T. Randolph, 1273 Central Ave, Memphis, TN 38104-4708 |
| 30572472 | | Araceli Toledo, 2190 N Schnoor Ave Apt 246, Madera, CA 93637-4963 |
| 30572473 | + | Araisa, Reyna, 1244 KINGS CROSS, APT 201, WEST CHICAGO, IL 60185-4350 |
| 30572474 | | Aramis Calderon, 123 N Bay Hills Blvd, Safety Harbor, FL 34695-5004 |
| 30572475 | + | Arasaylie Byczek, 5405 Lance Rd, Medina, OH 44256-7503 |
| 30572476 | + | Arber bewo, 11 Heritage Road, Quincy, MA 02169-1844 |
| 30572478 | + | ArcBest, 1970 Wiesbrook Rd., Oswego, IL 60543-8307 |
| 30572477 | | Arcangelo Harrington-Marinosci, 41 Pilgrim Ave, Rumford, RI 02916-2410 |
| 30572480 | + | Archambeault, 39 Newport Ave, West Hartford, CT 06107-2742 |
| 30572481 | + | Archer T English, 531 Rosewood Drive West, Twin Falls, ID 83301-3645 |
| 30572482 | + | Archie Miracle, 24 W. Craig St, Uniontown, PA 15401-4736 |
| 30572483 | + | Archish Ray, 12768 Plymouth Drive, CA 95070-3958 |
| 30572484 | + | Archy, 1604 east Jackson BLVD, Elkhart, IN 46516-4402 |
| 30572485 | | Arden Kiely, 100 Coltsfoot Ln, Cranberry Township, PA 16066-6758 |
| 30572486 | + | Areli Flannery, 4440 W Pecan St, Fayetteville, AR 72704-7909 |
| 30572487 | + | Areli Ramirez, 152 O Street, Space 40, Lincoln, CA 95648-2124 |
| 30572488 | | Aren Koraian, 14 PINE TREE PL, WEST CALDWELL, NJ 07006-7328 |
| 30572490 | + | Argast, Ryan, 2221 Daly Lane, Plainfield, IL 60586-2561 |
| 30572491 | + | Argel Cacayorin, 32 isis st., san francisco, CA 94103-4339 |
| 30572494 | | Ari Dang, 21 Macaw Gardens, Ballajura, WESTERN AUSTRALIA 6066, AUSTRALIA |
| 30572495 | + | Ari Termini, 2437 S Sterling Ave, Independence, MO 64052-3365 |
| 30572496 | | Aria Aria, 16332 Bridgewalk Dr, Lithia, FL 33547-4800 |
| 30572497 | | Aria Bassiri, 2599 Church Ave Apt A208, Cleveland, OH 44113-2984 |
| 30572499 | | Aria Dawarnia, 8 Stow Court, Highbury, Adelaide, South Australia, 5089, AUSTRALIA |
| 30572500 | + | Aria Renee Ayres, 324 Peg Street, Ridgecrest, CA 93555-3615 |
| 30572502 | + | Ariana Bagnato, 1555 Main Street, Rahway, NJ 07065-4068 |
| 30572503 | + | Ariana Bunnell, 600 Rainbow Dr, Apt 104, Mountain View, CA 94041-2535 |
| 30572505 | + | Ariana De La Garza, 939 N DOLORES AVE, Fresno, CA 93728-2716 |
| 30572506 | + | Ariana Joharjian, 43-38 47th Street, A27, Sunnyside, NY 11104-1772 |
| 30572507 | + | Ariana Longoria, 210 Terry Parkway, Gretna, LA 70056-2525 |
| 30572508 | + | Ariana M Ouellette, 3361 bluestone Ave, Spring Hill, FL 34609-2908 |
| 30572509 | | Ariana Manghera, 6823 Conservancy Plz, Deforest, WI 53532-2464 |
| 30572510 | | Ariana Miller, 305 W Monroe St Apt 4, Bloomington, IL 61701-3895 |
| 30572511 | | Ariana Obray, 833 E 3250 N, NORTH OGDEN, UT 84414-1774 |
| 30572512 | | Ariana Pedraza, 1695 NW Division St Apt 1, Corvallis, OR 97330-2119 |
| 30572513 | | Ariana Quintanilla, 14015 Southton Basin, San Antonio, TX 78223-2490 |
| 30572514 | + | Ariana Saenz, 840 Simon Avenue, New Braunfels, TX 78130-4637 |
| 30572515 | + | Ariana Schnarr, 8038 Exchange Dr, Apt. 927, Austin, TX 78754-4782 |
| 30572516 | + | Ariana Vunak, 112 Seneca Pl, Lancaster, NY 14086-1318 |
| 30572504 | + | Ariana cotignola, 131 ruland rd, Selden, NY 11784-1836 |
| 30572517 | | Ariane Chisholm, 1968 NORTHWEST BLVD, COLUMBUS, OH 43212-1147 |
| 30572518 | | Arianna Arianna, 76 N 1100 W, Springville, UT 84663-6503 |
| 30572519 | + | Arianna Benthal, 523 Indian Terrace, Rockford, IL 61103-6816 |
| 30572520 | | Arianna Carchedi, 45 School St, Bridgewater, MA 02325-1219 |
| 30572521 | | Arianna Knouse, 383 3rd St, Wadsworth, OH 44281-2039 |
| 30572522 | | Arianna Landers, 416 E High St, Huntington, IN 46750-3418 |
| 30572523 | + | Arianna Mills, 1168 Short Falls rd, Unit C4, Epsom, NH 03234-4365 |
| 30572524 | + | Arianna Pereda, 402 63rd street, space 189, San Diego, CA 92114-4266 |
| 30572525 | + | Arianna Raich, 510 Fort Worth Drive, 1302, Denton, TX 76201-7133 |
| 30572526 | + | Arianna Rivera, 3507 Rada Ln, Spring Hill, FL 34606-2964 |
| 30572527 | | Arianna Ruiz, 3549 Curry Ln Apt 2102, Abilene, TX 79606-2212 |
| 30572528 | + | Arianna Skentzos, 330 Henry Ave SE, Apt 1, Grand Rapids, MI 49503-4713 |
| 30572529 | | Arianna Tomlinson, 35 Hamburg Dr Apt 1, Weaverville, NC 28787-9454 |
| 30572530 | | Arianna Zamora Torres, 4622 W Christy Dr, Glendale, AZ 85304-4401 |
| 30572531 | + | Arianne Delos Reyes, 107 N Cook Street, Apt. 234, Portland, OR 97227-2030 |
| 30572532 | | Arianne Perez, 7 S WILBER ST, BELLEVILLE, NJ 07109-1719 |
| 30572533 | | Aribdai Covarrubias, 5250 Old Gaydon Rd, Powder Springs, GA 30127-3736 |

District/off: 0752-1                                   User: admin                                          Page 45 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                               Total Noticed: 30719

30572534            Aric Bennett, 3408 W Mount Cortina Way, Riverton, UT 84065-6901
30572535      +     Arie Hazell, 33264 Acme Rd, Macomb, OK 74852-5700
30572536      +     Ariel Buckingham, 490 Fortress Blvd, Apt 13L, Murfreesboro, TN 37128-5173
30572537      +     Ariel Guerra, 3713 S. Wood St, Apt 1R, Chicago, IL 60609-1258
30572538            Ariel Happe, 4820 LINDELL ST UNIT A, NASHVILLE, TN 37216-1313
30572540            Ariel Quist Sprawls, 3023 SIERRA ST, LOS ANGELES, CA 90031-2117
30572541            Ariel Rankin, 2935 Marne Hwy, Mount Laurel, NJ 08054-2036
30572542      +     Ariel workman, 8931 n rhode ave, Apt. 202, Kansas City, MO 64153-2070
30572543            Ariell Branson, 3271 30th St Unit 1, Astoria, NY 11106-2956
30572544            Arielle Alexander, 211 Emerald Rd, Seneca, SC 29678-1124
30572546      +     Arielle Eastman, 4152 Whitsett Avenue 108 Los Angeles,, Apt. 108, Studio City, CA 91604-2448
30572545      +     Arielle Eastman, 4754 Peaceful Lane, Pleasanton, CA 94566-7475
30572547            Arielle Elliott, 8 Aspden Street, Terrace house, Bamber Bridge, ENGLAND PR5 6TL, UNITED KINGDOM
30572548            Arielle GrayHawk, 689 W Fern Dr, Midvale, UT 84047-7254
30572550      +     Arielle McNew, 911 Longwood Ave., APT 6, Bedford, VA 24523-2158
30572549      +     Arielle kramer, 825 West Roscoe Street, 2R, Chicago, IL 60657-2352
30572551            Arii Whitelaw, 116 County Road 2933, Hughes Springs, TX 75656-5514
30572552            Arimantas Jakutonis, Apkasu 27-34, vilnius 8225, LITHUANIA
30572553      +     Arin Miller, 7913 Willet Trail, Austin, TX 78745-6846
30572554            Ariya Marr, 11728 Hamble Dr, Indianapolis, IN 46235-9735
30572555      +     Ariyanna jaimes, 2686 Murworth Drive, Apt. 1008, Houston, TX 77054-1613
30572557      +     Arjay Pearson, 2800 AL ogdon way, Apt. 246, Cheney, WA 99004-8696
30572558            Arjen pander, Keizerkroon 271, Leeuwarden 8935 LS, NETHERLANDS
30572560            Arlen Hilton, 4 Micklegate, Blackpool, Thornton-Cleveleys, England FY5 1RG, UNITED KINGDOM
30572561            Arlene Miller, 53 SILK OAK CT, PONTE VEDRA, FL 32081-6220
30572562      +     Arlene Miranda-Orbeta, 54 Elm St, Apt B, Morristown, NJ 07960-8805
30572563      +     Arlette Agati, 1257 W Myrna Ln, Tempe, AZ 85284-2842
30572564            Arlette Bassel, 416 BROAD PL, SPRINGFIELD, IL 62703-3418
30572566            Armand Domond, 3400 Asher St, Upper Marlboro, MD 20772-6806
30572567      +     Armando Flores, 2206 Heron Dr, Oak Harbor, WA 98277-3394
30572568      +     Armando Mart nez, 96 Angel Dr, Brownsville, TX 78521-5808
30572569      +     Armando Santana, 3749 Glen Ave, Carlsbad, CA 92010-5522
30572570            Armelle Le Roch, 21b Avenue Montesquieu, Athis-Mons 91200, FRANCE
30572571      +     Armon Jay, c/o All Media Music Group, 23679 Calabasas Road, Calabasas, CA 91302-1502
30572572      +     Arms Length, C/O Morgan Lacy, 8989 Dustin Rd, Galena, OH 43021-9763
30572574      +     Arnaldo Rivera, P.O. Box 774, Garrochales, PUERTO RICO 652, PUERTO RICO 00652-0774
30572575      +     Arnaud Avondet, 45-57 Davis St, Apt. 606, Long Island City, NY 11101-6379
30572576            Arne S Jegers, Bygaden 5, Stenloese, HOVEDSTADEN 3660, DENMARK
30572577            Arne Swillens, Cesar Haeltermanstraat 68, Aalst 9300, BELGIUM
30572578      +     Arnell watson, 506 Harbor Landing, Roswell, GA 30076-3113
30572579      +     Arnold Rodriguez, 1164 August Drive, Annapolis, MD 21403-4613
30572580            Aron Hirsh, 13 Marara Road, Caulfield South, VICTORIA 3162, AUSTRALIA
30572581      +     Aron Mckinney, 53904 hwy M, New London, MO 63459-2328
30572582      +     Aron Pobuda, 8608 Wave Circle, A, Fort Wayne, IN 46825-6644
30572583            Arpan Pandher, 14039 66 Ave, Surrey, BRITISH COLUMBIA V3W2B2, CANADA
30572584            Arpie Madenlian, 18200 Devonwood Cir, Fountain Valley, CA 92708-4432
30572585            Arren Murray, 50 George Crescent, Edinburgh, SCOTLAND EH35 5J3, UNITED KINGDOM
30572588      +     Arshome Sahagun, 4648 Montecito Court, San Jose, CA 95135-2320
30572589      +     Art Murray, 7 Ramsey Terrace, Fair Lawn, NJ 07410-3327
30572590      +     Artek USA, 600 S Duggan Ave, Azusa, CA 91702-5138
30572591      +     Artemio Garza, 7501 Scarlet River Drive, 5Q, Bakersfield, CA 93308-7537
30572592      +     Artemis Asbury, 8500 NE HAZEL DELL AVE, D-07, VANCOUVER, WA 98665-8072
30572593            Artemis Hooker, 202 Rust Ave, Big Rapids, MI 49307-1726
30572594            Arthur Balagezian, Brca 3, Bar SUTOMORE 85355, MONTENEGRO
30572595            Arthur Beabout, 1330 Kanawha Blvd E Apt 312, Charleston, WV 25301-3046
30572596      +     Arthur Carey, 1564 San Pedro Point Court, Chula Vista, CA 91911-6153
30572597            Arthur Deleuze, Hoveniersstraat 118, Vilvoorde 1800, BELGIUM
30572598            Arthur Elliott, 9137 W Disc Ave, Rathdrum, ID 83858-5244
30572599            Arthur Michon, 4 rue du pont, Apt 1, Fraisans, FRANCHE-COMTE 39700, FRANCE
30572600      +     Arthur Patrick, 443 west pierce street, B, Elburn, IL 60119-8208
30572601            Arthur Stuckert, Zurstra enweg, Apt. 1, Warendorf, Nordrhein-Westfalen, 48231, GERMANY
30572602      +     Arthur Wood, 149 Berkley Street, Apt. 3, Taunton, MA 02780-5216
30572603      +     Artie Ziemer, 950 Harleysville Pike, Apt 5, Harleysville, PA 19438-2853

30572604          Artin Oghabian, 843 LUCERNE ST, LIVERMORE, CA 94551-2555
30572605    + Artist Arena, PO Box 749319, Los Angeles, CA 90074-9319
30572606    + Artist Flags, 500 Forest Ave, Ste 2A, Portland, ME 04101-1520
30572607    + Artpack & Company. Inc., 450 South 4th Street, Lewiston, NY 14092-1528
30572608    + Artur Kuczek, 1204 N Crabtree Ln, Mount Prospect, IL 60056-1322
30572609    + Artur Vorojeykin, 230 174th Street, Apt 2111, Sunny Isles Beach, FL 33160-5773
30572610    + Arturo Cisneros, 84500 ave 52, Apt J113, Coachella, CA 92236-5403
30572611    + Arturo Guillen Mares, 174 E 107 ST, Apt 3E, NY, NY 10029-3989
30572612     Arturo Sierra, 1200 Golden Key Cir Ste 136, El Paso, TX 79925-5833
30572613     Arun, Kumar, 9 Avon Street, Coventry, ENGLAND CV2 3GJ, UNITED KINGDOM
30572614     Arun Eswara, 1306 WINDHAVEN DR, MURPHY, TX 75094-5103
30572616    + Aryan Malhotra, University of Maryland, 4151 LaPlata Hall, College Park, MD 20742-9387
30572617     Aryana Hainsworth, 2015 Lyndale Ave S Apt 309, Minneapolis, MN 55405-3736
30572618     Arynn Brady, 303 Vinson Dr, Greenville, SC 29617-7414
30572620     Asa Cosloy, 324 N EMERSON ST, PORTLAND, OR 97217-2724
30572621    + Asa NeL, 1868 e Washington ave, Apt. 454, Madison, WI 53704-8702
30572622     Asch Webster, 7 More London Riverside, PWC, London, ENGLAND SE1 2RT, UNITED KINGDOM
30572623    + Aschera Serrano, 71 Green Manor Drive, East Hartford, CT 06118-3519
30572624     Ash Bohorquez, 1017 Eiffel Ln, Kissimmee, FL 34759-3419
30572625     Ash Brown, 7400 Bay Rd, Mj Brandimore House Rm 341, University Center, MI 48710-0001
30572626     Ash Casey, 18975 Texas Ave, Prior Lake, MN 55372-3110
30572627     Ash Creature, 7495 Diamond Ranch Dr, Sacramento, CA 95829-1185
30572628    + Ash Dare, 2386 Stonebridge Drive, Orange Park, FL 32065-5769
30572629    + Ash Miele, 130 Groveland pl, San Antonio, TX 78209-6331
30572630     Ash Rodgers, The Barn Grove Stables, Kirklevington, Yarm, England TS15 9PY, UNITED KINGDOM
30572631     Ash Sloane, 20 Highland St, Sharon, MA 02067-1422
30572632     Asha Haynes, 4015 CATESBY JONES DR, HAMPTON, VA 23669-4655
30572634    + Ashe, c/o PSB Management, 1033 Demonbreum Street, Nashville, TN 37203-4457
30572635     Ashe Mullis, 2300 PARK CANYON DR APT 104, DALTON, GA 30720-4343
30572636     Ashe Robinson, 1625 El Paso St, Pittsburgh, PA 15206-1360
30572637     Asher Darling, 234 Rochester St, Ottawa, Ontario, K1N7N8, CANADA
30572639    + Asher Rogalski, 655 N Richey Blvd, Tucson, AZ 85716-5040
30572640    + Ashir Gupta, 121 Portland Street, Apt. 407, Boston, MA 02114-2041
30572641     Ashland Viscosi, 1605 W 39th 1/2 St Apt 108, Austin, TX 78756-3821
30572642     Ashlea Abraham, 6925 Old Oak Ln, Mint Hill, NC 28227-5195
30572643     Ashlee Carty, 5 Piccadilly Dr, Southside, QUEENSLAND 4570, AUSTRALIA
30572644    + Ashlee Empey, 3640 Ridgeland Dr, Idaho Falls, ID 83401-6380
30572645    + Ashlee Hood, 5514 Oakland Blvd, Ronaoke, VA 24019-4818
30572646    + Ashleigh Anderson, 35 pinzon, Rancho Santa margarita, CA 92688-2981
30572647    + Ashleigh Nelson, 3307 Santa Clara Ave SE, Albuquerque, NM 87106-1530
30572648     Ashleigh Poplawski, 535 Limerick Center Rd, Limerick, PA 19468-1007
30572649    + Ashleigh Provoost, 84-1 Meeker Road, Bernardsville, NJ 07924-2031
30572650     Ashley Abel, 11 Hill St, East Haven, CT 06512-3808
30572651     Ashley Abel, 314 Chapman Mill Pond Rd Unit 10, Westbrook, CT 06498-1679
30572652     Ashley Akerson, 579 Westmoreland Pl, Jackson, TN 38301-4720
30572653     Ashley Anderson, 16 Huntington Ave, Amelia, OH 45102-1912
30572654     Ashley Andrews, 3734 Cascades Blvd Apt 104, Kent, OH 44240-8050
30572655     Ashley Baker, 101 E Driftwood Dr Apt 19, Fredericksburg, TX 78624-2931
30572656    + Ashley Batista, 990 Coventry Lane, Fairfield, CA 94533-3611
30572657    + Ashley Blankenship, 20409 98th Ave Ct E, Apt, suite, floor, etc., Graham, WA 98338-8418
30572658    + Ashley Blankenship, 223 Towbridge Dr, Murfreesboro, TN 37129-2868
30572659     Ashley Bogley, 12507 SCARLET LN, BOWIE, MD 20715-1906
30572660     Ashley Bouchard, 5 Elm St, Tyngsboro, MA 01879-1311
30572661    + Ashley Brown, 312 Division St, Apt 15, Berlin, PA 15530-1256
30572662    + Ashley Brown, 24532 Via Tonada, Lake Forest, CA 92630-2026
30572663     Ashley Brunell, 27515 114th St, Zimmerman, MN 55398-8854
30572664     Ashley Buchwald, 320 W Valencia Mesa Dr, Apt 12, Fullerton, CA 92835-4086
30572665    + Ashley Burkhiser, 25136 Steinbeck Ave, Unit G, Stevenson ranch, CA 91381-1235
30572666     Ashley Cater, 1 Cornfields Street, Peterborough, England, PE6 0HR, UNITED KINGDOM
30572667    + Ashley Chiffy, 393 Delta Road, Apt 1, Buffalo, NY 14226-1111
30572668    + Ashley Clark, 1988 Williams Glen Blvd, Zionsville, IN 46077-1177
30572669    + Ashley Clish, 38804 Houston Dr, Romulus, MI 48174-5050
30572670     Ashley Closson, 4913 charm ridge dr, Apt 16, Jefferson City, MO 65109

District/off: 0752-1                      User: admin                                   Page 47 of 507
Date Rcvd: Jan 04, 2024                   Form ID: 309C                              Total Noticed: 30719

| | | |
|---|---|---|
| 30572671 | | Ashley Colburn, 2301 Kismet Ct, Kalispell, MT 59901-9073 |
| 30572672 | | Ashley Cook, 4826 Old Landing Dr, Baton Rouge, LA 70817-1393 |
| 30572673 | + | Ashley Cumiford, 82010 Lost Creek Road, Dexter, OR 97431-9783 |
| 30572674 | + | Ashley Dearden, 1889 High Pointe Drive, Bountiful, UT 84010-1110 |
| 30572675 | | Ashley Denning, 600 Sheridan Rd, Evansville, IN 47710-3456 |
| 30572676 | + | Ashley Dolliver, 149 High Street, Apt 5, Somersworth, NH 03878-2653 |
| 30572678 | | Ashley Forbes, Sticklebridge Farm, Broadway, Charlton Adam, Somerton, England Ta11 7B, UNITED KINGDOM |
| 30572679 | | Ashley Force, 96 E 22ND ST, HOLLAND, MI 49423-4812 |
| 30572680 | + | Ashley Forsythe, 1689 Indian Rock Rd, Roanoke, VA 24014-7239 |
| 30572681 | | Ashley Fortier, 832 Belmont St Apt 1, Watertown, MA 02472-3259 |
| 30572682 | | Ashley Fox, 3107 White Rock Dr, Austin, TX 78757-4441 |
| 30572683 | | Ashley Gallagher, 211 Wildwood Dr, Highland, AR 72542-9057 |
| 30572684 | | Ashley Garrett, 1819 New Brighton Drive Southeast, Calgary, AB T2Z 0J7, CANADA |
| 30572685 | | Ashley Gericke, 1645 W Ogden Ave Unit 422, Chicago, IL 60612-4373 |
| 30572686 | | Ashley Grenier, 465 Buckland Hills Dr Apt 33213, Manchester, CT 06042-9105 |
| 30572687 | | Ashley Griffin, 89 Forward Ave, Apt. 911, Ottawa, Ontario, K1Y 4M2, CANADA |
| 30572688 | + | Ashley Grindley, 219 Virginia St, Apt C, El Segundo, CA 90245-3689 |
| 30572689 | + | Ashley Guallpa, 1963 Fargo Ave, Des Plaines, IL 60018-3164 |
| 30572690 | + | Ashley Hall, 2460 S. Lowell Blvd., Denver, CO 80219-5310 |
| 30572691 | + | Ashley Hamby, 2716 Eastwood Drive, York, PA 17402-3910 |
| 30572692 | + | Ashley Harmon, 46 Par Haven Dr, F22, Dover, DE 19904-8255 |
| 30572693 | + | Ashley Havenner, 10499 W 25th Ave, Lakewood, CO 80215-1310 |
| 30572694 | | Ashley Hernandez, 502 Hackberry Ave, Mission, TX 78572-1914 |
| 30572695 | | Ashley Herrman, 432D Commanche Rd, Great Bend, KS 67530-8826 |
| 30572696 | | Ashley Hutton, 2 Maxim Rd, Rochester, MA 02770-1814 |
| 30572697 | | Ashley Inthabounh, 1531 E 17th St, Des Moines, IA 50316-4047 |
| 30572698 | | Ashley Jasko, 34 Elmara Dr, Bridgewater, NJ 08807-5746 |
| 30572699 | + | Ashley Johnson, 10A High Street, New Milford, CT 06776-3515 |
| 30572700 | | Ashley Kerner, 3251 N Ozanam Ave, Chicago, IL 60634-3048 |
| 30572701 | | Ashley Kerr, 81 Burns Street, Fernvale,QUEENSLAND 4306, AUSTRALIA |
| 30572702 | | Ashley King, 18062 25th Ave NE, Lake Forest Park, WA 98155-3906 |
| 30572703 | + | Ashley Kiser, 1400 N Lakeshore Dr, 12H, Chicago, IL 60610-6636 |
| 30572704 | + | Ashley Landin, 2636 Newhall St, Apt 38, Santa Clara, CA 95050-6368 |
| 30572705 | | Ashley Latimer, 2700 Shimmons Rd Lot 84, Auburn Hills, MI 48326-2020 |
| 30572706 | | Ashley Lewis, 40 Grant Ln, Columbia, KY 42728-2233 |
| 30572707 | | Ashley Lincoln, 2305 Augustine St, Sulphur, LA 70663-7230 |
| 30572708 | | Ashley MacDougall, 102-1 Deauville Lane,, North York, ONTARIO M3C 1Z6, CANADA |
| 30572709 | | Ashley Marlow, 829 Locksley Dr, Charleston, SC 29407-6536 |
| 30572710 | | Ashley Martin, 34 Redwood Drive, Preston, ENGLAND PR33HA, UNITED KINGDOM |
| 30572711 | | Ashley McEathron, N5578 County Road U, Glenbeulah, WI 53023-1748 |
| 30572713 | + | Ashley Millener, 11015 37tgh Ave NW, Gig Harbor, WA 98332-8940 |
| 30572712 | | Ashley Millener, 10115 37th Ave NW, Gig Harbor, WA 98332 |
| 30572715 | + | Ashley Moore, 11501 nw 30th court, Vancouver, WA 98685-3481 |
| 30572716 | + | Ashley Muniz, 6232 Oxsee Ave, Whittier, CA 90606-1538 |
| 30572717 | | Ashley Noorman, 7123 Michael Dr, Hudsonville, MI 49426-9704 |
| 30572718 | + | Ashley Padilla, 1201 Nostrand Ave, Apt 2, Brooklyn, NY 11225-5911 |
| 30572719 | | Ashley Player, 3268 KATHARINE DR, ESCONDIDO, CA 92027-6235 |
| 30572720 | + | Ashley Porter, 628 nw 141st street, Edmond, OK 73013-1969 |
| 30572721 | | Ashley Priest, 5610 Princeton Dr, Kokomo, IN 46902-5246 |
| 30572722 | | Ashley Quincin, 1000 Novus Ln Apt 329, Chapel Hill, NC 27514-6024 |
| 30572723 | | Ashley Quon, 676 San Juan Dr Apt 15, Sunnyvale, CA 94085-3394 |
| 30572724 | + | Ashley R Grissett, 334 Marlette Drive, Prattville, AL 36067-4364 |
| 30572725 | + | Ashley Ragone, 30 Lunger Drive, Bloomsburg, PA 17815-8327 |
| 30572727 | + | Ashley Rogers, 2400 Calvert Dr, Raleigh, NC 27610-2442 |
| 30572728 | | Ashley Schexnayder, 8422 Leo St, El Paso, TX 79904-2647 |
| 30572729 | + | Ashley Schofield, 8030 Crawley St, Augusta, GA 30909-0004 |
| 30572730 | | Ashley Secoges, 306 E Elm St, Conshohocken, PA 19428-1909 |
| 30572731 | | Ashley Smith, 4014 NW Brookfield Ln, Prineville, OR 97754-9315 |
| 30572732 | | Ashley Snave, 4340 Furman Hall Apt 204, Raleigh, NC 27612-4173 |
| 30572733 | | Ashley Stull, 1500 Colorado St, Manhattan, KS 66502-4216 |
| 30572734 | + | Ashley Syhongpan, 236 E 222nd St, Carson, CA 90745-3018 |
| 30572736 | | Ashley Taylor, 16 Oatland Gardens, Leeds, England, LS7 1SL, UNITED KINGDOM |
| 30572735 | + | Ashley Taylor, 3990 W Wapoot St, Meridian, ID 83646-6744 |

District/off: 0752-1                                    User: admin                                    Page 48 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                          Total Noticed: 30719

30572737          Ashley Tiemens, 122 Glendora Ave, Toronto, Ontario, M2N2W2, CANADA
30572738          Ashley Toler, 35 MISTY VIEW DR, HENDERSONVLLE, NC 28791-8427
30572739       +  Ashley Troyer, 56889 Copper Valley Ct., Elkhart, IN 46516-5676
30572740       +  Ashley Waller, 11269 Tabor St, Los Angeles, CA 90066-2913
30572741       +  Ashley Webber, 501 Ponderosa Circle, Sylacauga, AL 35151-4228
30572742          Ashley Webster, 7 GILMORE RD, PINEHURST, NC 28374-8035
30572743          Ashley Wells, 1742 Darrell Cir, Grants Pass, OR 97527-4760
30572744          Ashley Wilson, 495 Whitehorse Road, Unit 2, Melbourne, Victoria, 3103, AUSTRALIA
30572745          Ashley Wire, 215 Herndon Dr, Evansville, IN 47711-3727
30572747       +  Ashley Wright, 1002 Lake Street, G421, Kent, OH 44240-2762
30572746          Ashley Wright, 32a Henacre Road, Kingbridge, Devon, ENGLAND TQ7 1DN, UNITED KINGDOM
30572748          Ashley Wynkoop, 110 Hollywood Dr, Middletown, PA 17057-3152
30572749          Ashley Young, 32 Kestrel Grove, Willenhall, England WV12 SHQ, UNITED KINGDOM
30572750          Ashley Young, 4846 TREMEZZO DR, CYPRESS, CA 90630-3557
30572751          Ashley Zakhem, 340 McLeod Street #933, Ottawa, ONTARIO K2P 1A4, CANADA
30572752          Ashlie Mahlen, 28325 120TH ST, PRINCETON, MN 55371-8305
30572753       +  Ashlie Wilson, 260 Phoenix Street, Commerce Township, MI 48382-3168
30572754       +  Ashlye Valines, 1040 Grand Concourse, Bronx, NY 10456-3901
30572755          Ashlyn Beard, 2005 PLANTAIN LILY CT, PEARLAND, TX 77581-3531
30572756       +  Ashlyn Bowers, 11555 Rt 56 Hwy E, Armagh, PA 15920-9024
30572758          Ashlyn Cartier, 154 W Stafford Rd, Stafford Springs, CT 06076-1066
30572759          Ashlyn McKee, 3061 County Road 550, Frankfort, OH 45628-9506
30572760       +  Ashlyn Payer, 7018 Jason Drive, Jackson, MI 49201-0001
30572761       +  Ashlynn Bowker, 308 15th St E, Hastings, MN 55033-2853
30572762          Ashlynn Kufleitner, 2167 Portage Mahoning County Line Road, Lake Milton, OH 44429
30572763          Ashlynn Peterson, 366 W 300 S, Logan, UT 84321-6752
30572764       +  Ashok Sinha, 15519 ARTOYS dr, tomball, TX 77377-8710
30572765       +  Ashton Albright, 505 NC Highway 62 East, Pleasant Garden, NC 27313-9703
30572766       +  Ashton Bennett, 3570 NE akin Blvd, Apt 1331, Lees summit, MO 64064-7922
30572767          Ashton Bergquist, 1513 E Avenue D, Bismarck, ND 58501-4352
30572768          Ashton Charfauros, 3722 15th Street D, Moline, IL 61265-7201
30572769          Ashton Chuong, 26 Glensteeple Trail, Aurora, ON L4G 3T1, CANADA
30572770       +  Ashton Hallock, 31145 Lobo Vista Road, Agoura Hills, CA 91301-3405
30572771       +  Ashton Schmidt, 3027 Pualei Cir, Apt 311, Honolulu, HI 96815-4972
30572773          Ashton Wills, 833 Pearlman Rd, New Franklin, OH 44319-4647
30572774          Ashtyn Brusletten, 121 Park St W, Deer Park, WI 54007-9709
30572775       +  Ashtyn Howerton, 7440 W Wright St, Rathdrum, ID 83858-8452
30572776          Ashtyn Parkinson, 3682 Legends Dr, Simi Valley, CA 93065-0238
30572777          Ashwini Habbu, 4917 Sunset Trl Unit A, Austin, TX 78745-1321
30572778          Asia Asante McDermott, 523 Alexander St, Sedro Woolley, WA 98284-1983
30572779          Asia Top Merch, Suite 313-307 Tian Hui Building D, Dong Huan the 1st Rd, Long Hua Street, CHINA
30572780          Asier Ranero, Ergoien Auzoa 4A, Gamiz-fika, Bizkaia 48113, SPAIN
30572781          Asif Hoque, 37 stratford street, Leeds, England, LS11 6JG, UNITED KINGDOM
30572783          Aspen James, 301 12th Ave Unit 414, Seattle, WA 98122-6358
30572784          Aspen Radtke, 13661 SE 171st Pl, Renton, WA 98058-7032
30572785       +  Aspyn Joseph, 5803 utsa blvd, Apt 7103, San Antonio, TX 78249-1631
30572786          Asryk Wake, 23 Tara Ct, Savannah, GA 31406-6351
30572788       +  Astephan Brown, 1213 4 1/2 NW, Apt 4, Rochester, MN 55901-1875
30572789          Aster Hasne, 3121 Shelter Way, Zephyrhills, FL 33541-2939
30572790       +  Aster Lufkin, 5032 Forbes Ave, SMC 3695, Pittsburgh, PA 15289-2000
30572791          Asterios Sisilas, 10351 Humbolt St, Los Alamitos, CA 90720-2223
30572794       +  Astrid Gorl, 600 N 4th St, Apt. 500, Phoenix, AZ 85004-4493
30572795          Astrid Schaadt, Tr0rod dvej 9, Vedbaek 2950, DENMARK
30572796          Astrid Toftegaard, Friggsvej 30, Sindal 9870, DENMARK
30572797       +  Asvath Prabagar, 14812 Capricorn Lane, Charlotte, NC 28277-2927
30572799          Athanasia Kauffman, 2805 Garnet Rd, Parkville, MD 21234-5618
30572801          Athena Promo, Lockbox 203477, Dallas, TX 75320-3477
30572802          Athena Torretti, 4503 Valley Park Dr SW, Albuquerque, NM 87105-6356
30572803          Atika Lynch, 25 MADISON AVE FL 22, NEW YORK, NY 10010-8601
30572804       +  Atira Williams, PO 547, Fredericktown, MO 63645-0547
30572805       +  Atlantic Coast Cotton, PO Box 530, Gainesville, VA 20156-0530
30572806       +  Atlas Gorell, W13455, Fairway Ln, Osseo, WI 54758-4500
30572807          Atlas Kennedy, 1101 Matheson Drive, Saskatoon, SASKATCHEWAN S7L 3Z1, CANADA

30572808        Atlas Roy, 9900 Valley Creek Rd Ste 115, Woodbury, MN 55125-4896
30572809      + Atlas Ullrich, 360 S State St, Unit C505, Orem, UT 84058-5760
30572810      + Atsuko, 825 E Colorado St, Glendale, CA 91205-1221
30572811        Attara Kimmerly, 40 Huckleberry Cir, Odenville, AL 35120-3034
30572812        Atticus Johnson, 1352 SAN LORENZO AVE NW, ALBUQUERQUE, NM 87107-3428
30572813        Atticus Watson, 2713 Stevenson Dr, Bloomington, IL 61704-9169
30572814        Attila Bircsak, 651 Sonora St, San Bernardino, CA 92404-1712
30572816      + Aubade Clinquant, 5613 DTC Parkway, Apt. 150, Greenwood Village, CO 80111-3083
30572817        Aubree Nolan, 1640 Queens Gate Cir Unit 21, Cuyahoga Falls, OH 44221-5382
30572818      + Aubrey Anderson, 2641 State St, Macungie, PA 18062-2038
30572819      + Aubrey Bartolome, 1355 Hoohulu ST, Pearl City, HI 96782-2914
30572820        Aubrey Clemans, 1709 Madison St Apt 2R, Ridgewood, NY 11385-3624
30572821        Aubrey Collier, 50019 N River Rd, Benton City, WA 99320-6679
30572822     #+ Aubrey DeAngelo, 1223 Tamarack Dr., Bartlett, IL 60103-1512
30572823      + Aubrey Dillon, 2910 13th St NW, WA, DC 20009-5302
30572824      + Aubrey Feltner, 2722 S Brentwood Dr S, Independence, MO 64055-2097
30572825      + Aubrey Head, 592 Mcdaniel St, Callisburg, TX 76240-6888
30572826      + Aubrey J Noller, 200 Stoddard Rd., Pelzer, SC 29669-9273
30572827      + Aubrey Jarchow, 10275 42nd Ave, Apt 2101, Allendale, MI 49401-9304
30572828      + Aubrey L Klavon, 2987 Thornbury Dr, Holland, MI 49424-1692
30572829      + Aubrey Lundgren, 16019 NE 169th Pl, Woodinville, WA 98072-8918
30572830      + Aubrey McGregor, 1834 Cowlitz Street, Saint Helens, OR 97051-2164
30572831        Aubrey S, 6233 Van Buren Ave, Hammond, IN 46324-1132
30572832        Aubrey Schramm, 420 Christie St Apt 2, Ottawa, IL 61350-3509
30572833      + Aubrey Wangelin, 11138 Sycamore Woods Drive, Orlando, FL 32832-3609
30572834      + Aubri skinner, 2404 Glencliff Dr., Plano, TX 75075-7417
30572836        Aubrie Aubrie, 4245 East Ave, Rochester, NY 14618-3703
30572835        Aubrie Aubrie, 21127 Sailors Bay Ln, Huntington Beach, CA 92646-6920
30572837      + Aubrie Augat, 2525 W Anklam Rd, Apt. 1514, Tucson, AZ 85745-3963
30572838      + Aubrie Oates, 2400 E Nifong Blvd, Apt. 1015, Columbia, MO 65201-3856
30572839        Auburn Bertuccini, 567 E Treven Pl, Draper, UT 84020-7656
30572841      + Audra Cole, 349 Wilmot Drive, Raleigh, NC 27606-1232
30572842        Audree Neal, 349 W 1430 S, Payson, UT 84651-8623
30572843        Audree Preble, 44301 Regis Ct, Canton, MI 48187-2706
30572844        Audrey Audrey, 622 Jefferson Blvd, Reading, PA 19609-2331
30572845      + Audrey Bailer, 633 Marion Street, Browndale, PA 18421-1232
30572846        Audrey Buston, 2236 Longridge Drive SW, Calgary, AB T3E 5N6, CANADA
30572847      + Audrey Flowers, 155 W 21st St, 5G, NY, NY 10011-3236
30572848        Audrey Forshee, 3001 Alby St, Alton, IL 62002-4402
30572849        Audrey Freitas, 2625 Pinto Ln, Paso Robles, CA 93446-4202
30572850        Audrey Hayes, 2413 NW 109th St, Oklahoma City, OK 73120-7211
30572852        Audrey Kang, 101 N Dithridge St Apt 303, Pittsburgh, PA 15213-2651
30572853        Audrey Lenahan, 33 MAPLETON ST, BOSTON, MA 02135-2821
30572854      + Audrey Price, 10019 Beach Street, Federal Heights, CO 80260-6143
30572855      + Audrey Shene, 1317 SE 21 Ln, Cape Coral, FL 33990-4664
30572856      + Audrey Stephenson, 97916 Payne Road, Brookings, OR 97415-9235
30572857        Audrey Townsend, 1410 Agate St, Eugene, OR 97403-1961
30572858        Audrey Turner, 209 10TH AVE S STE 560, NASHVILLE, TN 37203-7120
30572859        Audrey V, 18862 N Oak Knoll Ave, Lockeford, CA 95237-9755
30572860        Audrey Van Huis, 6513 Maple Ln, Holland, MI 49423-8925
30572861      + Audrey Vincent, PO Box 112, Rollinsville, CO 80474-0112
30572862        Audrey Vo, 767 EUCLID AVE APT 1, LONG BEACH, CA 90804-5231
30572863      + Audrey Weller, 15621 SW BOWMEN CT., SHERWOOD, OR 97140-8482
30572864        Audrey Williams, 158 Dawn Cir, Russellville, AR 72802-8843
30572865        Audrey-Ann Richer, 157 Rue de Corbieres, Gatineau, Quebec J8M 2G8, CANADA
30572866        Audrianna Menten, 411 Broadway St NE, Minneapolis, MN 55413-2008
30572867        Auds Mosdell, 425 Williams Dr Apt 1023, Marietta, GA 30066-6179
30572868      + Augie Martinez, 9157 Lee Vista Blvd, Apt. 201, Orlando, FL 32829-8315
30572869        August Barna, 3004 S 115th Ave, Omaha, NE 68144-4404
30572870      + August Becker, 36 Borica St., San Francisco, CA 94127-2802
30572871      + August Collyer, 701 E Encanto Dr, Tempe, AZ 85281-6816
30572872      + August Goodwin, 8697 Silver Shores Dr, Reno, NV 89506-2150
30572875        Augusta Sportswear, PO Box 205601, Dallas, TX 75320-5601

District/off: 0752-1                          User: admin                                              Page 50 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                        Total Noticed: 30719

30572876        Augustine LeMond, 477 TANBARK ST, CHULA VISTA, CA 91911-6011
30572877      + Augustus Echols, 12710 N MacArthur Blvd, A, Oklahoma City, OK 73142-2904
30572878        Augustyn Za cki, Miko aja Zyblikiewicza 5, 47a/3, KRAWKOW 31-029, POLAND
30572879        Auke Stornebrink, Rijksweg 41, Jirnsum, Friesland, 9011VA, NETHERLANDS
30572880        Aunna Mattice-Ebert, 401 E Division St, Kewanee, IL 61443-3522
30572882      + Aura Gadouas, 1305 Oak St, 106, Columbus, OH 43205-2194
30572883        Aura Seba, 4721 S Fern Ave, Wichita, KS 67217-4354
30572884        Aurelia Timberg, 5488 12TH AVE N, ST PETERSBURG, FL 33710-5944
30572885        Aureo Zanon, 926 S ROOSEVELT AVE, ARLINGTON HTS, IL 60005-2752
30572887        Aurora Bell, 174 S SPRING RD, WESTERVILLE, OH 43081-2726
30572888        Aurora Woods, 11 Cielo Vista Dr, Monterey, CA 93940-6052
30572889      + Aurora Zimmel, 3216 Guildford Lane, McKinney, TX 75072-9078
30572886        Aurora and Giselle Siegrist, 178 Glenfield Road, Glenfield, NY 13343
30572890        Austen Ausbrooks, 1955 OLD CASTLE DR APT 319, MURFREESBORO, TN 37127-3933
30572891      + Austen Cooley, 9749 E Miller Peak Trl, Tucson, AZ 85747-0145
30572893      + Austen Love, 3901 Southwest Richsmith Road, Apt. 303, Bentonville, AR 72713-3045
30572895        Austen Wicks, 33 Circa, The Ring, Bracknell, England RG12 1GQ, UNITED KINGDOM
30572894        Austen rothwell, 365 GREEN FIELDS LN, FRANKFORT, KY 40601-9794
30572896      + Austin Anderson, 822 Mantooth Avenue, Lufkin, TX 75904-2712
30572897        Austin B, 125 Churchill Rd, Girard, OH 44420-1866
30572898      + Austin Ballard, 1969 Cambrige Circle, Tulare, CA 93274-8319
30572899        Austin Ballinger, 6835 E 54th St, Tulsa, OK 74145-7512
30572901      + Austin Bourdeau, 2712 Euston Street, Denton, TX 76209-1632
30572902      + Austin Brecht, 200 Parcview Pl, Apt 300, Somerville, NJ 08876-3063
30572903      + Austin Brenner, 1232 Linden Place NE, DC, DC 20002-4455
30572904        Austin C Le, 5912 Kevin Kelly Place, Austin, TX 78727-7011
30572905      + Austin Cartagena, 3012 21 Street, 3C, Astoria, NY 11102-3626
30572906      + Austin Carter, 2637 Adams Ave, Apt 4, Columbus, OH 43202-2657
30572907      + Austin Christhilf, 4037 7th Ave NE, Apt B, Seattle, IL 98105-6462
30572908      + Austin City Limits Live, 1 Gaylord Drive, Nashville, TN 37214-1207
30572909        Austin Comeau, 860 Suzanne Street, Apt. 325, Timmins, ONTARIO P4N 8B8, CANADA
30572910        Austin Conant, 43 South Washington Avenue, Oxford, NY 13830
30572913      + Austin DeWan, 102 Hunting Way, Smyrna, DE 19977-9524
30572912      + Austin Demeter, 317 W. Boise Ave., BOISE, ID 83706-4335
30572914        Austin Dyer, 7650 S EURO DR APT F306, MIDVALE, UT 84047-5070
30572916      + Austin Fitzgerald, 115 west 16th street, Spencer, IA 51301-3425
30572917      + Austin Flores, 7582 sandwich bay ct, Las Vegas, NV 89179-1454
30572918      + Austin Fortney, 100 2nd street, SHINNSTON, WV 26431-1006
30572919      + Austin Gadd, 10602 E Trillium Ave, Mesa, AZ 85212-8398
30572920      + Austin Geter, 910 William Street, Baltimore, MD 21230-4122
30572921        Austin Gluth, 1851 Jadwin Ave Apt 425, Richland, WA 99354-2528
30572922      + Austin Hamil Higginbotham, 1009 Rhodes St. NW, Hartselle, AL 35640-4402
30572923        Austin Hanby, 24021 Crab Apple Ct Unit 304, Georgetown, DE 19947-2417
30572924        Austin Haworth, 8346 W Cedar Wapsie Rd, Cedar Falls, IA 50613-9306
30572925      + Austin Hayes, 3398 Brumbaugh rd, Greenville, OH 45331-9538
30572926        Austin Heller, 2066 N 15TH ST, LARAMIE, WY 82072-1815
30572927      + Austin Helseth, 12348 drake st nw, Coon rapids, MN 55448-2023
30572928      + Austin Hernandez, 12401 Edgecliff Ave, Sylmar, CA 91342-5488
30572929      + Austin Hyde, 12 Nina St., Woodfin, NC 28804-3042
30572930      + Austin Izard, 22265 East Oberlin Place, Aurora, CO 80018-3081
30572931      + Austin J Andries, 200 West 70th Street, APT 8K, APT 8K, NY, NY 10023-4327
30572932      + Austin Karp, 1737 S 2000 E, Spanish Fork, UT 84660-6410
30572935      + Austin Kempker, 600 El Rancho Dr, La Habra, CA 90631-4432
30572936      + Austin Kim, 125 Soaring Eagle, Irvine, CA 92618-8895
30572937        Austin King, 606 Cedar Grove Church Rd, Mocksville, NC 27028-7117
30572939      + Austin Luft, 3229 NW 61st, Seattle, WA 98107-2612
30572940      + Austin Lukavsky, 11600 Trails End Lane, Huntersville, NC 28078-4656
30572941      + Austin Luna, 6429 West 4170 South, West Valley, UT 84128-7408
30572942      + Austin Mantele, 121 Freeman St., 1L, Brooklyn, NY 11222-5861
30572943      + Austin Mantele, 121 Freeman St., Apt. 1L, Brooklyn, NV 11222-5861
30572944      + Austin Maple, 23-17 26th St, 2nd Floor, Astoria, NY 11105-3118
30572945      + Austin Martin, 2209 horse stamp church road, Waverly, GA 31565-2026
30572946        Austin Mathis, PO BOX 1407, OROVILLE, WA 98844-1407

30572947     Austin McKenzie, 126 Remington Ave Apt G, Syracuse, NY 13210-3692
30572948     Austin McNamara, 1913 Valley Stream Dr, Rockville, MD 20851-2230
30572949   +   Austin Michaels, 8214 Town Walk Drive, Hamden, CT 06518-3716
30572950     Austin Mihalski, 1247 Velp Ave, Green Bay, WI 54303-4260
30572951   +   Austin Milhoan, 900 Salt Springs Road, Warren, OH 44481-9618
30572952     Austin Moon, 4254 Arbor Club Dr, Marietta, GA 30066-2200
30572953     Austin Myers, 226 Bald Top Rd, Danville, PA 17821-9623
30572954     Austin Nedved, 3630 Kelsey Knls Apt 922, Santa Rosa, CA 95403-0155
30572955   +   Austin Newton, 200 Pines Dr., Apartment 211D, Frankfort, IN 46041-1190
30572956   +   Austin Nichols, 3202 MACKINAW ST, SAGINAW, MI 48602-3266
30572958   +   Austin P Olovson, 31 sentinel hill road, North Haven, CT 06473-1526
30572960   +   Austin Popovich, 9636 Wilson Mills Road, Chesterland, OH 44026-1639
30572961   +   Austin Proctor, 3488 W Spinnaker Way, Coeur d Alene, ID 83814-9548
30572962     Austin Ramos, 404 Millette, Anna, OH 45302-8605
30572963   +   Austin Ramsager, 26 Erion Cres, Rochester, NY 14607-1014
30572964     Austin Recchie, 1225 OPPORTUNITY WAY, BOZEMAN, MT 59715-1046
30572965   +   Austin Roberts, 1106 S Park St, Kalamazoo, MI 49001-5635
30572966     Austin Roberts, 9552 W TROPICANA AVE APT 2021, LAS VEGAS, NV 89147-8479
30572967   +   Austin Robertson, 2522 Sheffield Dr, Davenport, IA 52806-2633
30572968   +   Austin Ryan, 5111 N Park Ave, Indianapolis, IN 46205-1065
30572969     Austin Sams-Galuszka, 1254 High St, Williamsport, PA 17701-4542
30572970     Austin Scavullo, 994 Burdeck St Apt 706, Schenectady, NY 12306-1065
30572971     Austin Shady, 26 Lexington Ln, Highland, IL 62249-3936
30572972   +   Austin Shopinski, 433 Gilliland Rd, Walnut Hill, IL 62893-1161
30572975     Austin Smith, 153 Easton Way Apt 1, Galion, OH 44833-3051
30572973   +   Austin Smith, 208 Hanover Street, New Oxford, PA 17350-1608
30572974   +   Austin Smith, 1308 Halsey Dr., Coupeville, WA 98239-9789
30572976     Austin Snell, 3450 Fillmore Ave, Loveland, CO 80538-7805
30572977   +   Austin Spedden, 11018 NE 18th St., Apt. 21, Vancouver, WA 98684-4330
30572978   +   Austin Stewart, 14 Milledge Ct, Athens, GA 30605-1455
30572979   +   Austin T Davis, 2325 Buttermere Drive, Reno, NV 89521-4445
30572980   +   Austin T Randolph, 38 Royal Crest Drive, APT 2, Nashua, NH 03060-5439
30572981   +   Austin Tacsiat, 91-3575 Iwikuamoo St, Apt. 210, Ewa Beach, HI 96706-6895
30572982   +   Austin Tan, 19 Shea street, Quincy, MA 02169-5823
30572983     Austin Tannenbaum, 174 WATCHUNG AVE, MONTCLAIR, NJ 07043-1737
30572984   +   Austin Taylor, 3143 Cayman Way, Orlando, FL 32812-5361
30572985   +   Austin Theatre Alliance, PO BOX 1566, Austin, TX 78767-1566
30572986     Austin Thomas, 2663 Niles Cortland Rd NE, Cortland, OH 44410-1727
30572987     Austin Townsend, 2675 Howard Cmns Apt 10, Howard, WI 54313-9378
30572988   +   Austin Trask, 208 west sunset blvd, cove city, NC 28523-9575
30572989   +   Austin Wilke, 210 Se 87th ave, Portland, OR 97216-1528
30572991   +   Austin Williams, 2030 Dracena Drive, Apt. 19, Los Angeles, CA 90027-1970
30572990   +   Austin Williams, 1210 Harrison Street, Apt. 24, Denver, CO 80206-3538
30572992     Austin Wise, 3443 Kingswood Pl, Waterloo, IA 50701-4533
30572993     Austin Wolcott, 423 Fairbanks Ave, Northfield, NJ 08225-2025
30572995     Austin Young, 4640 Cather Ct, Nashville, TN 37214-1196
30572900     Austin bell, 28 coachwood road, Apt. 6, Brantford, ONTARIO N3R3R4, CANADA
30572933   +   Austin kast, 5562 Galway Dr, Waunakee, WI 53597-9100
30572957   +   Austin olovson, 31 sentinel hill road, North Haven, CT 06473-1526
30572959   +   Austin piedalue, 1336 bulwer st, Missoula, MT 59802-2001
30572994     Austin woodard, 2720 Harvest Dr, Howell, MI 48843-6815
30572996   +   Austina Hawk, 940 Treelane Dr, Ashtabula, OH 44004-2272
30572997   +   Austyn Copper, 3058 7 Lks W, West End, NC 27376-9315
30572998     Autazia Munoz, 57 Hialoa St Apt 3, Honolulu, HI 96817-3216
30572999     Autumn Autumn, N976 Pebble Ridge Rd, Greenville, WI 54942-8671
30573000     Autumn Collins, 2130 143rd Pl SE, Mill Creek, WA 98012-1334
30573001     Autumn Fossett, 12 Crouch Way, Southend on Sea, ENGLAND SS3 9EA, UNITED KINGDOM
30573002   +   Autumn Greene, 40 park circle, Logan, UT 84321-5120
30573003     Autumn Koslo, 4225 INNSLAKE DR APT 2125, GLEN ALLEN, VA 23060-5515
30573004     Autumn Kraft, 372 Dublin Dr, Glen Burnie, MD 21060-8246
30573005     Autumn Leech, 1356 W 13th Ave, Apt. 102, Vancouver, BC V6H1N8, CANADA
30573006   +   Autumn Lessard, 663 Sharecake Rd, Clinton, NC 28328-7883
30573007     Autumn Peralta, 917 Saint Timothy St, Corpus Christi, TX 78418-5729

District/off: 0752-1        User: admin        Page 52 of 507

Date Rcvd: Jan 04, 2024        Form ID: 309C        Total Noticed: 30719

30573008   + Autumn R Leonard, 223 Union St, Sun Prairie, WI 53590-2109
30573009   + Autumn Sanchez, 140 West Pioneer Ave, Spc 135, Redlands, CA 92374-1620
30573010    Autumn Skelley, 1437 Randolph Ave, Saint Paul, MN 55105-2560
30573011    Autumn Sutton, 1204 S Fern St, Stillwater, OK 74074-5020
30573012    Autumn Talbert, 947 Canyon Rd Apt 23, Ogden, UT 84404-5985
30573013   + Autumn Tinsley, 6760 N Hwy 1, Apt 3106, Cocoa, FL 32927-4986
30573014    Autumn Wilhelm, 1408 Wilmont St, Clifton Forge, VA 24422-1844
30573015    Ava Adams, 12831 W Beaver Lake Dr, Homer Glen, IL 60491-6761
30573016   + Ava Campbell, 3186 Grande Oak Pl, Lancaster, PA 17601-1264
30573017    Ava Cunningham, 615 Harvard St Apt 2, Manchester, NH 03103-4413
30573018    Ava Day, 4 Homestead Cmns, Ballston Lake, NY 12019-1019
30573020   + Ava Edwards, 225 Keystone Way, Eagle Point, OR 97524-9009
30573021   + Ava Hansen, 2220 23rd Street, Anacortes, WA 98221-2437
30573022   + Ava Harper, 264 South Ironwood Street, Gilbert, AZ 85296-1634
30573023   + Ava Jamieson, 1007 Cross Creek Dr, Uniontown, PA 15401-5659
30573024    Ava Keck, 1667 Thomas Rd, Canton, GA 30115-6732
30573025    Ava Kline, 7125 POST PARK WAY, CUMMING, GA 30040-4304
30573026    Ava Kozuh, 3 Buchanan Place Greenvale, Melbourne, Victoria 3059, AUSTRALIA
30573027    Ava Nelson, 2311 Flagstone Creek Rd, Silver Ridge, Queensland 4352, AUSTRALIA
30573028    Ava Petkers, 609 Turin St, Rome, NY 13440-2346
30573029   + Ava Rogers, 1701 Hunters Ridge Ct, Mahomet, IL 61853-6019
30573030    Ava Schantz, 5287 Blue Sky Dr, Orefield, PA 18069-9113
30573031   + Ava Smith, 5823 Copper Beech Blvd, Kalamazoo, MI 49009-5745
30573032   + Ava Travers, 14 Park Villa Ave, Worcester, MA 01606-1010
30573033    Ava Wood, 3231 S Hudson St, Seattle, WA 98118-1915
30573034   + Avani Medina, 4474 NW 92 terrace, Sunrise, FL 33351-5250
30573035   + Avant Gardner LLC, 100 Bogart Street #3, Brooklyn, NY 11206-3510
30573036   + Avary Gorall, 7836 Bengal Lane, New Port Richey, FL 34654-6300
30573037    Avelyn Welch, 209 Keene Vly N, Hendersonville, TN 37075-4594
30573038   + Avery Adams, 5208 Wyandot Place, Hilliard, OH 43026-1537
30573039   + Avery Conran, 802 E Tuttle Rd, Ionia, MI 48846-8606
30573040    Avery Crow, 20 E 9th Ave, Hutchinson, KS 67501-6227
30573041    Avery Elliott, P.o. Box 2766, Smithers, BC V0J2NO, CANADA
30573042    Avery Froese, 6259 Kitchener Street, Burnaby, british columbia V5B 2J5, CANADA
30573044    Avery Hernandez, 1605 E 46th St, Odessa, TX 79762-5736
30573045   + Avery Holden, 2891 Elder Mill Rd, watkinsville, GA 30677-3391
30573046    Avery Kaufman, 1810 Oakengate Ln, Midlothian, VA 23113-4041
30573047   + Avery Kelter, 264 Whistling Pine Rd, Severna Park, MD 21146-2171
30573048    Avery Langley, 5326 N Colonial Ave Apt 102, Fresno, CA 93704-2377
30573049   + Avery Lavelle, 7 Lone Oak Ln, Boonton, NJ 07005-9444
30573050    Avery Leonhardt, 418 CAMPESTRE LN, BREA, CA 92823-6321
30573051   + Avery Louise Ward, 875 Wescott road, Eagan, MN 55123-1222
30573052   + Avery Lundell, 34 Sartori Ave, Mt Ephraim, NJ 08059-1056
30573053   + Avery Lynch, 700 S Santa Fe Ave, Floor 2, Los Angeles, CA 90021-1797
30573054    Avery M, 6700 Wall St Apt 10E, Mobile, AL 36695-4530
30573055   + Avery Matysik, 806 Green View Way, Toms River, NJ 08753-7313
30573056    Avery McCoy, 2465 Kaley Walk NW, Kennesaw, GA 30152-2684
30573057   + Avery Nelson, 1150 W 29th st, Los Angeles, CA 90007-3117
30573058    Avery Powers, 3 Dell Pl NE, Rome, GA 30161-7005
30573059   + Avery Primis, 540 W 50th St, Apt 2C, NY, NY 10019-7192
30573060   + Avery Roney, 1080 North Village Drive, Decatur, GA 30032-2455
30573061    Avery Siburn, 126 LIMEKILN RD, RIDGEFIELD, CT 06877-3428
30573063   + Avery Thibodeaux, 14438 Cypress Ridge Dr., Cypress, TX 77429-6307
30573064   + Avery Traffie, 104 Collins Rd, New Ipswich, NH 03071-4010
30573065   + Avery Usticke, 653 Delaware Ave, C, Delmar, NY 12054-2434
30573066    Avery Waffen, 14529 GARFIELD AVE, LAKEWOOD, OH 44107-5924
30573068   + Avery Young, 88 Mary Anna Drive, Dover, DE 19901-2887
30573067    Avery waters, 1010 KISER AVE, HENDERSONVLLE, TN 37075-8872
30573069   + Avina Pham, 16418 Shelby Ct, Spring, TX 77379-6578
30573070    Avital Shekhtman, 32360 SW Laurelview Rd, Hillsboro, OR 97123-9066
30573071    Aviv Shultz, Yasmin 9, Apt. 6, Nesbru, Haifa, 3678014, ISRAEL
30573073   + Avondale Brewing CO., LLC, 4117 2nd Ave South, Birmingham, AL 35222-1902
30573074    Avrie Perry, 3602 Banner Dr, Jeffersonville, IN 47130-8100

District/off: 0752-1
User: admin
Page 53 of 507
Date Rcvd: Jan 04, 2024
Form ID: 309C
Total Noticed: 30719

| 30573076 | | Aw Yong Tuck Weng, 8, Jln Seri Bintang 5C, Tmn Bayu Sri Bin, Kepong, W.P. KUALA LUMPUR 52100, MALAYSIA |
| 30573078 | | Awesome Merchandising, Unit B1-B3, Wellington Road Industrial Estate, UNITED KINGDOM |
| 30573079 | | Axel Axel, 9620 Abington Ave, Fort Worth, TX 76131-2456 |
| 30573080 | | Axel Brewer, 2025 McMullen Ln, Aransas Pass, TX 78336-4635 |
| 30573081 | | Axel Vilbergsson, St rh ll 55, Husavik 640, ICELAND |
| 30573082 | + | Axton Nichols, 2564 Twin Buttes Dr NE, Rio Rancho, NM 87144-6739 |
| 30573083 | | Aya Greer, 328 Vuncannon Dr, Fuquay Varina, NC 27526-6272 |
| 30573084 | | Aya Lehman, 648 N Mentor Ave, Pasadena, CA 91106-1025 |
| 30573085 | | Aya Tarabay, 1868 W Elm Ave, Anaheim, CA 92804-2609 |
| 30573086 | | Ayah Alomari, 4206 Speedway Apt 4, Austin, TX 78751-3756 |
| 30573087 | + | Ayanna Harris, 11811 Heartwood Dr, Beltsville, MD 20705-1574 |
| 30573088 | + | Aybee steele, 152 s sunset dr, Coldwater, MI 49036-7748 |
| 30573089 | | Aydan Davis, 32 Pepperbush Circuit, Cranbourne, Victoria 3977, AUSTRALIA |
| 30573090 | | Ayden Collings, 41304 E County Road 1510, Pauls Valley, OK 73075-8502 |
| 30573091 | | Ayden Dunn, 7004 Box Car Way, Louisville, KY 40272-4665 |
| 30573092 | + | Ayden Peck, 8904 big plantation ave, Las Vegas, NV 89143-1112 |
| 30573093 | | Ayden Robinson, 32 Winley Chase Ave, North Las Vegas, NV 89032-1117 |
| 30573094 | + | Aydyn Berube, 44 Gilford East Dr, A, Gilford, NH 03249-5515 |
| 30573095 | + | Ayesha Akhter, 2 Patricia Lane, Danbury, CT 06811-4624 |
| 30573096 | | Ayla Hoermann, 716 Van Dyke St, Detroit, MI 48214-2421 |
| 30573097 | | Ayla Rohaley, 955 Island St, Springfield, OR 97477-3523 |
| 30573100 | + | Aylin Limon, PO Box 16837, Wichita, KS 67216-0837 |
| 30573101 | | Aymeric Leto, 4 all e des tulipes, Saint bonnet de mure, RHONE-ALPES 69720, FRANCE |
| 30573103 | | Aysaiah Aguilera, 2045 S McClintock Dr Apt 252, Tempe, AZ 85282-1629 |
| 30573104 | | Aysia Arrell, 1022 Yale Ave, Wenatchee, WA 98801-1625 |
| 30573105 | | Aysia Borden, 2145 Wisconsin St, Oshkosh, WI 54901-1863 |
| 30573106 | | Azaela Culp, 904 SW Castlewood St, Bentonville, AR 72712-8231 |
| 30573107 | + | Azeb Guesh, 330 De Neve Drive, Mailbox #8345, Los Angeles, CA 90024-8301 |
| 30573108 | | Azem Temaj, 6617 Forest Ave, Ridgewood, NY 11385-2538 |
| 30573109 | | Aziz Firat, 4-3-32 Omachi, Kamakura, KANAGAWA 248-0007, JAPAN |
| 30573110 | | Azoacha Forcheh, 2014 Market St, Oakland, CA 94607-3336 |
| 30573111 | + | Azrael chavez, 804 maple street, Talladega, AL 35160-2815 |
| 30573112 | | Azriel Zakrzewski, 11 Calvin Street, Belfast, Northern Ireland, BT5 4NS, UNITED KINGDOM |
| 30573113 | | Azrielle Marino, 3800 Hillsborough Street, 301 Vann Hall, Raleigh, NC 27607 |
| 30573114 | + | Azryel Guerrero, 3917 conrad drive, E1, Spring valley, CA 91977-1459 |
| 30573115 | + | Azuah Melara, 1408 Karen Rd, San Pablo, CA 94806-1215 |
| 30573116 | + | Azul Cruz, 81412 Palmwood Dr., Indio, CA 92201-3785 |
| 30573117 | + | Azul Nogueron, 849 W Buckingham Pl, Apt E, Chicago, IL 60657-2365 |
| 30573118 | + | B Cook, 39 Dedham Ave, Providence, RI 02909-5801 |
| 30573119 | + | B Culbert, 1263 1st st se, Apt. 202, WA, DC 20003-4517 |
| 30573120 | | B Self, 1020 Lagrange Ct, Columbia, MO 65203-3500 |
| 30573121 | | B Van Aken, 8440 N Tamiami Trl, Apt 137, Sarasota, FL 34243-2014 |
| 30573123 | | B. ZEE BROKERAGE LTD, 280 SUPERIOR BLVD., MISSISSAUGA, ON L5T 2L2, CANADA |
| 30573124 | + | B.D. Kidwell, 4104 Loston Ct, Apt 202, Fairfax, VA 22033-4334 |
| 30573170 | + | BANDANNA PROMOTIONS, 7025 Augusta Road, Greenville, SC 29605-5140 |
| 30573200 | | BARROS Aurelie, 49 rue des cedres, OSNY, ILE-DE-FRANCE 95520, FRANCE |
| 30573230 | + | BCG Creations ULC, 1525 Washington Street, Braintree, MA 02184-7530 |
| 30573285 | | BELIEVE Att: Tiffany Cantegrel, 24 rue Toulouse Lautrec, Paris, ILE-DE-FRANCE 75017, FRANCE |
| 30573417 | | BENJAMIN BRUINSMA, 7 Acocks Drive, Marquette, MI 49855-8601 |
| 30573655 | + | BLAKE A LOVEJOY, 4827 Horseman Dr NE, Roanoke, VA 24019-5642 |
| 30573708 | + | BNS Promo, 22338 N. Rebecca Burwell Lane, Katy, TX 77449-2919 |
| 30573765 | | BR BR, 2231 S Washington St Unit 801, Kaufman, TX 75142-3667 |
| 30573818 | + | BRADY ANDREWS, 2595 Cody Court, Lakewood, CO 80215-1755 |
| 30573912 | | BRANDON D STANDRIDGE, 435 N 7TH ST, CHOWCHILLA, CA 93610-2463 |
| 30574133 | + | BRENDAN S CASEY, 107 CROYDON COURT, Oswego, IL 60543-7532 |
| 30574373 | + | BRIC Arts, Media, Bklyn, Inc., 647 Fulton Street, Brooklyn, NY 11217-1139 |
| 30574414 | | BRISSA LOAYZA, 1005 Raining Meadows Ln, Orlando, FL 32824-5253 |
| 30573130 | + | Bad Timing Records, 1714 N. Mascher St., Philadelphia, PA 19122-3227 |
| 30573131 | | Badbadnotgood, c/o Paquin Artists Agency, 129 John Street, CANADA |
| 30573132 | + | Badin, 21880 Manor Ct., Apt. 1010, Farmington, MI 48336-4454 |
| 30573133 | | Baez, 800 W 1st St, Apt 506, Los Angeles, CA 90012-2413 |
| 30573134 | + | Bag Makers, 6606 South Union Road, Union, IL 60180-9535 |
| 30573135 | + | Bagworld, 12336 Ramona Blvd, El Monte, CA 91732-2540 |

30573136        Bailee Tullos, 1125 N Fontenelle Dr, Derby, KS 67037-7914
30573137      + Bailey Antonides, 86 Hamilton Ave, Muskegon, MI 49440-1311
30573138      + Bailey Baygents, 2714 Flynn Ct, Jacksonville, FL 32223-1801
30573139      + Bailey Bjornstad, 1800 N Logan St Apt A312, Denver, CO 80203-4369
30573140      + Bailey Brewer, 1863 National Pike, Grantsville, MD 21536-1139
30573141        Bailey Broadwater, 2934 Yorkshire Blvd, Louisville, KY 40220-1449
30573142        Bailey Burks, 809 Huntington Pl, Highlands Ranch, CO 80126-4739
30573143        Bailey Byrd, 960 william street, P.O. BOX #10634, thunder bay, Ontario, P7B 6V1, CANADA
30573144      + Bailey Carothers, 4649 Pangolin Dr, Keller, TX 76244-4218
30573145      + Bailey Claffey, 158 West 81st Street, Apt. G1, NY, NY 10024-5954
30573146        Bailey Ealey, 16040 TRAILBLAZERS RD, OAKBORO, NC 28129-9604
30573147      + Bailey Fox, 2535 Valley View Ct, Apt. 2, Cincinnati, OH 45219-1034
30573148      + Bailey Holland, 1309 S Lake Ridge Lane, Mustang, OK 73064-6823
30573149        Bailey Matthers, 27121 Rochelle Rd, Brooksville, FL 34602-5401
30573150        Bailey Maybon, Parcel Locker 10267 53422 20 Coonanbarra, WAHROONGA, New South Wales, 2076, AUSTRALIA
30573151      + Bailey Oldham, 5103 Nathan Ave SE, Auburn, WA 98092-8790
30573152        Bailey Paardekooper, 47 Apsley Drive, Christchurch, CANTERBURY 8042, NEW ZEALAND
30573153      + Bailey Padgett, 38 Stone Creek Park, Owensboro, KY 42303-1877
30573154      + Bailey Powers, 8300 Sheridan Blvd, 32B, Arvada, CO 80003-6030
30573155        Bailey Prince, 55 Leicester St Apt 3, Brighton, MA 02135-2973
30573156        Bailey Scheel, 1110 W Racine Pl, Bellingham, WA 98229-2100
30573157        Bailey Watson, 6 Ormiston Crescent East, Tranent, Scotland EH33 1JX, UNITED KINGDOM
30573158        Baily Brubaker, 1019 Westyn Terrace Loop Apt 202, Forest, VA 24551-5045
30573159      + Baily selbrade, Psc 3 box 3967, Apo, AP 96266-0040
30573160      + Baker, 243 N Whitewater Park Blvd, N104, Boise, ID 83702-5660
30573161      + Baker Prints, 4045 N Rockwell St, Chicago, IL 60618-3720
30573162        Balee Greer, 6238 Henry Ford Dr, Nashville, TN 37209-1738
30573163      + Ball Pro, 12985 Pioneer Trail, Eden Prairie, MN 55347-4109
30573164      + Balthazar Branco, 312 north spokane, Walla Walla, WA 99362-1264
30573165      + Baltimore Glassware Decorators, 6240 Frankford Ave., Baltimore, MD 21206-4902
30573167        Bambi Arnold Bush, 3811 Fremont Ln N, Seattle, WA 98103-2726
30573168        Ban Tieu, 8333 Bevan St, San Gabriel, CA 91775-2433
30573172        Banks Dotson, 196 Sheridan St, APT 1, Portland, ME 04101-2639
30573173        Bannon McBride, 277 W JOHNSTOWN RD, COLUMBUS, OH 43230-2732
30573175      + Bao-Anh Tran, 609 Merrow Rd, Apt 84, Tolland, CT 06084-3943
30573176      + Barb, 29612 roan, Warren, MI 48093-8623
30573177        Barb Belsito, 5167 Coronado Ave, Oakland, CA 94618-1003
30573178      + Barbara Ann Pletsch, 6743 Clearwater Creek Dr, LINO LAKES, MN 55038-7706
30573179        Barbara Bowman, 7710 Carondelet Ave Ste 101, Clayton, MO 63105-3319
30573180        Barbara Bundy, 452 E Benrich Dr, Gilbert, AZ 85295-1597
30573181        Barbara Comstock, 6310 Rustygate Dr, Spring, TX 77373-7299
30573182        Barbara Dilullo, Flat 3 Westrare House, 47 Alexandra Road, Flat 3, Southport, England PR9 9HD, UNITED KINGDOM
30573183        Barbara Grant, 55Cowan Ave, Toronto, ON M6K 2N1, CANADA
30573184        Barbara Heberling, 4275 Redding Cir, Grand Blanc, MI 48439-8091
30573185        Barbara Johnson, 804 S Juanita Ave, Redondo Beach, CA 90277-4358
30573186        Barbara Kreisler, 196 Sunset Hill Rd, Boyertown, PA 19512-8123
30573187        Barbara Parker, 2879 Glen Gate Cir, Helena, AL 35022-4338
30573188      + Barbara Paye, 25 Alfred Cicle, Agawam, MA 01001-3550
30573189        Barbara Sandidge, 1302 Bentwater Dr, Acworth, GA 30101-2257
30573191      + Barbara Schneider, 10156 pine breeze road west, Jacksonville, FL 32257-6051
30573192        Barbara Sinclair, 138 W Riverglen Dr, Worthington, OH 43085-3849
30573193        Barbara T lle, B rgerweg 17, Spenge 32139, GERMANY
30573194        Barbara Varga, 14 Washington St Apt 404, Barre, VT 05641-4259
30573195        Barbie Conrad, PO Box 27, 101 Main Street, 101 Main Street, Bear Canyon, Alberta T0H 0B0, CANADA
30573196        Barbra Nelson, 4372 Hwy 17, Upsala, ONTARIO P0T 2Y0, CANADA
30573197        Bari Arnold, 1029 Boston Hbr, Schaumburg, IL 60193-4205
30573198        Barrett Hughes, 48 Engrem Ave, Rutland, VT 05701-4519
30573199        Barrie James McCabe, Bray Cottage, Malvern Road, Douglas, Isle of Man IM25AP, UNITED KINGDOM
30573201        Barry Melito, 1 Creekside Trl, Delran, NJ 08075-1339
30573202      + Barry Nixon, 2619 Pease Drive, Bellevue, NE 68123-1478
30573203        Barry Redmond, 2122 7 Lks S, 163 Lancashire Ln, West End, NC 27376
30573206        Bartlomiej Kielpinski, Obere M hlewiesen 1, WUTOSCINGEN, BADEN-WURTTEMBERG 79793, GERMANY
30573207      + Baruch Yosef Elias, 605 E. Eckman St., South Bend, IN 46614-1259

District/off: 0752-1        User: admin        Page 55 of 507
Date Rcvd: Jan 04, 2024        Form ID: 309C        Total Noticed: 30719

30573208 + Basil Hammack, 9100 Rock Nettle Dr, Fort Worth, TX 76131-1939
30573209 + Basil Keck, 809 Ottawa trail, Madison, WI 53711-2940
30573210 + Basil Leeney, 1130 W Blaine St, Apt. 204, Riverside, CA 92507-7669
30573211 + Basil Vargas, 1000 e New York st, Apt. 103, Long Beach, CA 90813-2381
30573212    Basile Burki, Ch. de Belle-Combe 45, La Conversion, Vaud 1093, SWITZERLAND
30573213    Bast Hippocrate, Concorde 5, Chaux-de-fonds, NEUCHATEL 2300, SWITZERLAND
30573214    Bastien Drochon, gorostordoyco bidia, TROIS VILLES, AQUITAINE 64470, FRANCE
30573215 + Bastien Howard, Room 432 301 Reserve street, May Roach Hall, Stevens Point, WI 54481-1900
30573216    Bastien Tomasetti, 1 place de la libert, Montmorot, Franche-Comte 39570, FRANCE
30573217 + Bath Promotions, 17121 Central Ave, Ste 2E, Carson, CA 90746-1368
30573218    Batman Batman, 2305 S College St, Springfield, IL 62704-4701
30573219    Batoul ayyoub, Jos smolderenstraat, Apt. 20, Antwerpen 2000, BELGIUM
30573220 + Baum, 949 E. Queenwood Rd., Morton, IL 61550-9282
30573221 + Bayden Copley, 375 Maple Street, Burlington, VT 05401-3922
30573222 + Baylah Rivera, 3488 STEPHANIE JO, ZEELAND, MI 49464-9798
30573223 + Baylee Lewis, 3855 Lovell Dr, Owensboro, KY 42301-6757
30573224    Baylee Schutt, 33 East Street, East Toowoomba, Queensland 04350-0000
30573226    Bayly Medina, 841 Macklem Drive, Saskatoon, SASKATCHEWAN S7L4K1, CANADA
30573233    Bea Salazar, 181-A Gen. PR Sotto Brgy. Tibagan, San Juan, Metro Manila, 1500, PHILIPPINES
30573235 + Beach Bunny, c/o Wasserman Music, 8942 Wilshire Boulevard, Beverly Hills, CA 90211-1908
30573236    Bean Chugger Bean Chugger, 3125 W Wind Ct, Eagle, ID 83616-4691
30573237 + Bean Graham, 4629 Harrison St, A, Kansas City, MO 64110-1637
30573238    Bear Gaffney, 3075 Quinalt Ct SW, Issaquah, WA 98027-4413
30573241 + Beat Coastal, 13852 Skog Rd, Grantsburg, WI 54840-8347
30573243    Beate Steinm ller, Burkersdorf 18, Saalfelder Hohe 7318, GERMANY
30573244    Beatrice Davis, 203 4th St SE, Yelm, WA 98597-9621
30573245 + Beatrice Kosman, 2834 Bragg Street, Apt 2, Brooklyn, NY 11235-1102
30573246    Beatrice Robinson, 41 Roslyn Street, Apt. 5, Sydney, NEW SOUTH WALES 2011, AUSTRALIA
30573247    Beatriz Antonella Tello, Viamonte 1690, San Nicolas, Ciudad Autonoma 1055, ARGENTINA
30573248    Beatriz Pe a, La Peninsula 11296, Santiago, Las Condes, 7601016, CHILE
30573249 + Beau A Hassett, 112 Back Street, North Monmouth, ME 04265-6001
30573250 + Beau Hassett, 112 Back Street, North Monmouth, ME 04265-6001
30573252    Beau Phillipson, 19 abel tasman Dr, Lake Cathie, New south Wales 2445, AUSTRALIA
30573253 + Beau Ward, 598 Shoreacres Drive, Big Lake, MN 55309-8331
30573255    Bec Todaro, 406/4 Breese Street, Brunswick, Victoria 3056, AUSTRALIA
30573256 + Becca Bahrke, 2409 Griffith Park Blvd, Apt. 408, Los Angeles, CA 90039-2576
30573257 + Becca Drewa, 2357 E Forest Hill Ave, Oak Creek, WI 53154-3129
30573258    Becca Greenstein, 5709 N MAGNOLIA AVE APT 2B, CHICAGO, IL 60660-3405
30573259 + Becca Hummel, 1701 Denali Drive, APT 3336, Abilene, TX 79606-2318
30573260 + Becca Kelz, 1887 Dorset West Rd., Dorset, VT 05251-9507
30573261 + Becca Reder, 1975 19th St, Apt. 5058, Denver, CO 80202-6084
30573262 + Becca Stidham, 13595 E Tulare Ave, Sanger, CA 93657-9378
30573263    Beccah Woods, 50 Prudhoe Terrace, Barrie, ON L9J 0L5, CANADA
30573264 + Beck Laws, 26151 Lakeshore Blvd, Apt 423, Euclid, OH 44132-1151
30573265    Beck Thorman, 46 Lyndhurst Street, Dianella, Western 6059, AUSTRALIA
30573266    Beck Weiser, 4325 NE Alberta St Apt 1, Portland, OR 97218-1553
30573267    Beckett Schoenleber, 15507 S CHENEY SPOKANE RD, CHENEY, WA 99004-9074
30573269    Becky Badilla, 2440 Chastity Way, Knoxville, TN 37909-1080
30573270 + Becky Blomberg, 252 E Menomonee St, APT 403, Milwaukee, WI 53202-6068
30573271 + Becky Fletes, 18577 Krameria Ave, Riverside, CA 92508-8011
30573272 + Becky Gilland, 500 Chapel Dr, Apt 420-241-A, Tallahassee, FL 32304-3350
30573273    Becky Price, 1006 Denton Dr, Euless, TX 76039-3324
30573274    Becky Ribble, 51 stillwater st, Elmira, YUKON N3B 3M1, CANADA
30573275    Becky Thompson, 11959 Ironsides Dr, Colorado Springs, CO 80921-8406
30573276    Bee Carlen, Karrhoksgatan 38, Jonkoping, SMALAND 55612, SWEDEN
30573278    Bei Ying Chua, Chai Chee Rd, 26 Blk, #16-413, Singapore, Singapore, 460026, SINGAPORE
30573279 + Beimar, 2050 S. Baker Ave, Ontario, CA 91761-7709
30573280    Bekah Heubner, 276 Little Station Rd, Holland, MI 49424-2618
30573281    Bekah Lynn, 707 MAPLE ST, WSHNGTN CT HS, OH 43160-2244
30573282 + Bel Promo, 12610 NW 115Th Ave, Bldg 200, Medley, FL 33178-3178
30573284    Belicia Lynch, 8081 S Jaeger Pl, Tucson, AZ 85747
30573286    Belinda Hill, 14316 CANDLEWICK CT, MIDLOTHIAN, VA 23112-2540
30573287    Belinda Shephard, 10 Hirani Link, Aveley, WA 6069, AUSTRALIA

District/off: 0752-1                          User: admin                                      Page 56 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                     Total Noticed: 30719

| | | |
|---|---|---|
| 30573288 | | Belinda Small, 5028 W New Bridge Rd, Fayetteville, AR 72704-6916 |
| 30573289 | + | Bell Hansen, 339 Jackson St W, Apt. 2, Monmouth, OR 97361-1350 |
| 30573290 | | Bell Thunstr m, Nybrogatan 10, Falun, DALARNA 791 37, SWEDEN |
| 30573291 | | Bella Branch, 47 Willow Avenue, Swanley, England, BR8 8AT, UNITED KINGDOM |
| 30573292 | | Bella Burchart, 50637 Bower Dr, Chesterfield, MI 48047-4629 |
| 30573294 | + | Bella Collins, 1308 East 5th Street, Newberg, OR 97132-3702 |
| 30573295 | + | Bella Glastra van Loon, 10635 sw edgewood ct, Wilsonville, OR 97070-5532 |
| 30573297 | | Bella Macakanja, 415 Washington Ave, Glencoe, IL 60022-1873 |
| 30573300 | + | Bella Peetz, 818 Eagle Heights Dr, F, Madison, WI 53705-1574 |
| 30573301 | + | Bella Ryba, 38 overlook dr, Dubois, PA 15801-3622 |
| 30573302 | + | Bella Stonecipher, 503 chickasha st, Norman, OK 73071-4612 |
| 30573303 | | Bellamy Fox, 1619 Milligan Hwy Apt 7, Johnson City, TN 37601-5422 |
| 30573304 | | Bellamy Wilson, 3427 IDLEWILD CT, RAPID CITY, SD 57702-4856 |
| 30573305 | | Belle Allen, 997 River Garden Ct, Henderson, NV 89002-9743 |
| 30573306 | + | Belle Ewing, 1051 Mosstree Drive, Apt. 712, Fort Worth, TX 76120-3125 |
| 30573307 | + | Bellet Sarhad, 17340 Sarita Ave., Canyon Country, CA 91387-3107 |
| 30573309 | + | Bemenet Assefa, 3131 Hazel park dr, houston, TX 77082-3523 |
| 30573310 | + | Ben Abati, 5 Molly Oneill Road, Wallingford, CT 06492-5345 |
| 30573311 | | Ben Adams, 2216 E FAIR WINNS LN, DRAPER, UT 84020-2529 |
| 30573312 | + | Ben Anderson, 27 Lincoln St, Weston, MA 02493-1803 |
| 30573313 | + | Ben Barkel, 1415 Parker St, 561, Detroit, MI 48214-2614 |
| 30573314 | | Ben Beamish, 55 Blackman Drive, Warragula, Victoria 3820, AUSTRALIA |
| 30573315 | + | Ben Beck, 7016 W. 50th St, Sioux Falls, SD 57106-7613 |
| 30573316 | + | Ben Betzler, 5128 Monet Ct, Murfreesboro, TN 37129-8673 |
| 30573317 | + | Ben Bonenko, 3344 S 212 Ave, Omaha, NE 68022-3475 |
| 30573318 | | Ben Breen, 1/51 Grafton Street, Unit 1, Saint Albans Park, VICTORIA 3219, AUSTRALIA |
| 30573319 | + | Ben Bryans, 4721 Knollwood Dr, Acworth, GA 30101-4551 |
| 30573320 | + | Ben Bryans, PO Box 9, Kennesaw, GA 30156-0009 |
| 30573321 | | Ben Casey, 11 Nindi Cres, Glenmore Park, New South Wales 2745, AUSTRALIA |
| 30573322 | | Ben Ciccarelli, 87 carlson drive, newmarket, ONTARIO L3Y 3G9, CANADA |
| 30573323 | + | Ben Clark, 5709 Riverwalk Circle, Newburgh, IN 47630-8847 |
| 30573324 | | Ben Colling, 16419 KENYON ST NE, HAM LAKE, MN 55304-5439 |
| 30573325 | + | Ben Commer, 234 N Broadway St, Apt 609, Milwaukee, WI 53202-5825 |
| 30573326 | | Ben Cude, 7 nelson place, Newton abbot, ENGLAND TQ12 2JH, UNITED KINGDOM |
| 30573327 | + | Ben Curti, 1530 1st Ave N, Apt 402, Moorhead, MN 56560-2279 |
| 30573329 | + | Ben Danielson, 18 Bates Drive, Nashua, NH 03064-1701 |
| 30573330 | + | Ben Davis Co., 3140 Kerner Blvd., San Rafael, CA 94901-5435 |
| 30573332 | | Ben Doman, 2945 SW Morris Ave, Corvallis, OR 97333-4057 |
| 30573333 | | Ben Falconer, 7/22 Booth Street, Wellington, WELLINGTON 6022, NEW ZEALAND |
| 30573334 | | Ben Fithen, 858 Monroe Dr, Barlow, KY 42024-9570 |
| 30573335 | + | Ben Fleming, 7225 287th St NW, Stanwood, WA 98292-8145 |
| 30573337 | + | Ben Frailey, 138 Greenbriar Estates Drive, Saint Louis, MO 63122-3343 |
| 30573338 | + | Ben Freiman, 2600 Luan Ct, Columbia, MO 65203-1425 |
| 30573339 | | Ben Frusher, 3 Railway Terrace, Chapel Lane, Stroud, England, GL5 4TF, UNITED KINGDOM |
| 30573340 | | Ben Giles, 458 Worsley Road, Eccles, Manchester, England M30 8HQ, UNITED KINGDOM |
| 30573341 | | Ben Glasco, 600 BROADWAY AVE NW APT 620A, GRAND RAPIDS, MI 49504-7327 |
| 30573342 | | Ben Goldsmith, 5A Denham Street, EAGLEHAWK, VICTORIA 3556, AUSTRALIA |
| 30573343 | + | Ben Goughnour, 3818 McDowell Rd, Danville, VT 05828-9586 |
| 30573344 | + | Ben Hawkins, 146 N Rachels Way, Aaronsburg, PA 16820-9406 |
| 30573345 | + | Ben Heng, PO Box 322, Cayuga, TX 75832-0322 |
| 30573347 | | Ben Janssen, 71 Meadowsweet Cres., Ilderton, ONTARIO N0M2A0, CANADA |
| 30573348 | | Ben Kelly, 3418 COTSWOLD TER, GREENSBORO, NC 27455-2012 |
| 30573349 | | Ben King, 11 Eastview Crescent, St. John's, NEWFOUNDLAND AND LABRADOR A1, CANADA |
| 30573351 | + | Ben Klonowski, 4147 Benjamin Dr, Apt. 380, Woodbury, MN 55129-2262 |
| 30573352 | | Ben Kloter, 8 Frog Hollow Rd, Ellington, CT 06029-3208 |
| 30573353 | | Ben Krentler, 29 Young Cir, Hanover, PA 17331-2314 |
| 30573354 | + | Ben LaFlamme, 3 Austin Rd, Amherst, NH 03031-2519 |
| 30573356 | + | Ben LeRoy, 111 E Poplar Ave., Apt. 210, San Mateo, CA 94401-2490 |
| 30573357 | + | Ben LeRoy, 111 E. Poplar Ave, Apt. 210, San Mateo, AZ 94401-2490 |
| 30573355 | + | Ben Leigh, 909 Lorimer Street, Brooklyn, NY 11222-3103 |
| 30573358 | + | Ben Linch, 157-61 9th ave, whitestone, NY 11357-1317 |
| 30573359 | | Ben Lobbezoo, 179 W Homestead Dr, Unit 332, Basalt, CO 81621 |
| 30573360 | | Ben Lottes, 9 Mountview Ct, Ballwin, MO 63011-3509 |

District/off: 0752-1                          User: admin                                Page 57 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                              Total Noticed: 30719

30573361            Ben Lyon, 6a Cardinal Place, Woking, England GU22 7LR, UNITED KINGDOM
30573362        +   Ben Mason, 3215 Tejon St, Apt. 225, Denver, CO 80211-4481
30573363        +   Ben McHugh, 502 S Harrison Rd, Sterling, VA 20164-2759
30573364            Ben McMillan, Lv 28, 32 Turbot Street, Brisbane, Queensland, 4000, AUSTRALIA
30573365            Ben Miller, 300 Mercer St Apt 4A, NY, NY 10003-6732
30573366            Ben Model, Mannacker 14, Muelheim an der Ruhr, Nordrhein-Westfale, GERMANY
30573367            Ben Montgomery, 11795 Union Grove Rd, Union Grove, AL 35175-8678
30573368        +   Ben Moorman, 315 Dayton Street, Apt 803, Hamilton, OH 45011-1996
30573369            Ben Nicholls, Faraday house, Apt. 9, Rochester, England, ME11EZ, UNITED KINGDOM
30573370            Ben Norgaard, 249 Merton Ave, Glen Ellyn, IL 60137-5563
30573371        +   Ben Norman, 218 East Broadway Ave, Grantsburg, WI 54840-7906
30573372            Ben Oldfield, 74 Windmill Drive, Northowram, Halifax, ENGLAND HX3 7DF, UNITED KINGDOM
30573373            Ben Oliver, 18 Cooper Court, Murrumba Downs, QUEENSLAND 4503, AUSTRALIA
30573374            Ben Olson, 930 Club Cir, Glenview, IL 60025-3102
30573376            Ben Peters, 2420 Textile St Apt 4, Johnson City, TN 37604-6091
30573377        +   Ben Petersen, 3402 Wyoming Ave. SW, WY, MI 49519-3283
30573378            Ben Pietor, 37 Croydon Street, Petersham, NSW 2049, AUSTRALIA
30573379        +   Ben Pike, 643 - 4th Street North, Hudson, WI 54016-1051
30573380            Ben Pirrie, Flat 15, Churnet House, 110 Carrington Street, Derby, ENGLAND DE1 2NT, UNITED KINGDOM
30573381        +   Ben Potenza, 11 Fletcher Street, Foxborough, MA 02035-2763
30573382            Ben Ratcliffe, 20 Devonshire Road, Horsham, England RH13 5EF, UNITED KINGDOM
30573383        +   Ben Reis, 1925 S 25th St, Lincoln, NE 68502-3064
30573384            Ben Reynolds, 28 Dequetteville tce, Kent town, SOUTH AUSTRALIA 5067, AUSTRALIA
30573385            Ben Robinson, 8001 Wynfield Blvd, York, PA 17403-1366
30573386        +   Ben Rosell, 23849 W Erhart Rd, Grayslake, IL 60030-9521
30573387            Ben Sakas, 3802 Hamilton Ave., Wellington, CO 80549
30573388        +   Ben Schnur, 1379 Blair Court, Bridgewater, NJ 08807-1422
30573390            Ben Schwartz, 531 Pico Way, Sacramento, CA 95819-2927
30573389        +   Ben Schwartz, 5687 Spreading Oak Drive, Los Angeles, CA 90068-2554
30573392            Ben Scott, 1410 NE Weidler St Apt 21, Portland, OR 97232-1474
30573393            Ben Skrabal, 64 Princes Street, Croydon, South Australia 5008, AUSTRALIA
30573394            Ben Southern, 611 W Slate Dr Apt B, Bloomington, IN 47404-2331
30573395            Ben Spackman, 70 HILLSIDE CIR, LOGAN, UT 84321-3556
30573396            Ben Strawbridge, 4 Portland Street, Lancaster, England LA1 1SZ, UNITED KINGDOM
30573397        +   Ben Towery, 5315 N Arden Rd, Otis Orchards, WA 99027-9274
30573399            Ben Van de Mark, 14 Heather Street, Toronto, ONTARIO M4R 1Y3, CANADA
30573400        +   Ben Wallen, 13849 Park Center Road, Suite A, HERNDON, VA 20171-3232
30573401            Ben Walmsley, Palladian, 76, Bath, England BA2 3FJ, UNITED KINGDOM
30573402            Ben Warren, 296 Papanui Road, Strowan, Christchurch, Canterbury, 8052, NEW ZEALAND
30573403            Ben Wieland, Konrad-Adenauer-Stra e 11, Kaiserslautern, Rheinland-Pfalz 67663, GERMANY
30573404        +   Ben Wood, 163 W 300 N, C, Payson, UT 84651-1459
30573405            Ben Zimmermann, Mengergasse, 45031, Vienna, Wien, 1210, AUSTRIA
30573328        +   Ben daggett, 3137 Edgewater view, Woodbury, MN 55125-8707
30573331            Ben dixon, 1 stable close, Littlethorpe, Leicester, ENGLAND LE192JZ, UNITED KINGDOM
30573346            Ben hunt, 349 nether street, London, England, N31JN, UNITED KINGDOM
30573350            Ben kinzett, 558 water st, Peterborough, ONTARIO K9H3M5, CANADA
30573391        +   Ben scott, 705 crisfield way, annapolis, MD 21401-4576
30573398        +   Ben vakoc, 36 Epping St, Arlington, MA 02474-2029
30573406            Benaiah Nelson, 1525 Colby Ave, Everett, WA 98201-2025
30573407            Benedetta Musacchio, Via Italo Simon, Pisa, ITALY 56124, ITALY
30573408            Benedikt Braun, Rottenberg 36, Ennepetal 58256, GERMANY
30573409        +   Benicio Comparan, 330 North Broadway, Turlock, CA 95380-4739
30573410            Benita Smith, 1594 Vann Way NW, Dalton, GA 30721-9110
30573411            Benjamin, 40 Tileman House, 133 Upper Richmond Road, London, ENGLAND SW15 2DD, UNITED KINGDOM
30573412            Benjamin Alexander Henderson, 21 Turnstone Drive, Washington, England, NE38 0DB, UNITED KINGDOM
30573413            Benjamin Anderstone, 2125 1st Ave Apt 1804, Seattle, WA 98121-2119
30573414        +   Benjamin Araki Anderson, 608 19th St NW, Bemidji, MN 56601-2539
30573415            Benjamin B scher, Speyerer Str 16, Durmersheim, Baden-Wurrtemberg, 76448, GERMANY
30573416        +   Benjamin Bach, 501 Arguello Blvd, APT 202, San Francisco, CA 94118-3252
30573418        +   Benjamin Bryan, 7845 Dell Ridge Ave, Las Vegas, NV 89179-2005
30573419        +   Benjamin Burnett, 3994 Willow Bend Dr., Gardendale, AL 35071-3833
30573420            Benjamin Carvell, 80 Tower Hamlets Road, London E17 4RH, UNITED KINGDOM
30573421        +   Benjamin Charlier, PO Box 35, Delta Junction, AK 99737-0035

District/off: 0752-1                                    User: admin                                         Page 58 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                                   Total Noticed: 30719

30573422 + Benjamin Chiles, 414 Lower Ter, Huntington, WV 25705-3730
30573423   Benjamin Churchill, 3000 Victory Hl, Victory, VT 05858-7062
30573424   Benjamin Clarke, 911 KEITH LN APT 7, AUSTIN, TX 78705-2679
30573425   Benjamin Corson, 5039 38th Ave SW Apt 3, Seattle, WA 98126-2858
30573426   Benjamin Crocker, 7 Picea Lane, St. John's, Newfoundland and Labrador A, CANADA
30573427 + Benjamin D Lambert, 3014 Joshua Road, Lafayette Hill, PA 19444-2003
30573428   Benjamin Devaney, 1813 Sonesta away, Indianapolis, IN 46217
30573429   Benjamin Dharsi, Flat 16 Winthrop House, London, England, W12 7QB, UNITED KINGDOM
30573430   Benjamin Dusza, 128 Acrebrook Dr, Chicopee, MA 01020-2104
30573431   Benjamin Eaton, 603 MARSH CREEK CT, HENDERSON, NV 89002-0939
30573432   Benjamin Fairley, 77 Betterton Dr, Smyrna, DE 19977-4130
30573433   Benjamin Fisher, 1600 ARCH ST APT 714, PHILADELPHIA, PA 19103-2007
30573434 + Benjamin Fortes, 505 Wild Goose Road, Apt 210, East Providence, RI 02915-2683
30573435 + Benjamin Gepperth, 3154 W 138th St, Cleveland, OH 44111-1534
30573436   Benjamin Greenberg, 7614 Jewel Ln N, Maple Grove, MN 55311-5459
30573437 + Benjamin Gregory, 17831 29th ave ne, Lake Forest Park, WA 98155-4011
30573438 + Benjamin Hanes, 549 Old Dyersburg Rd, Dyer, TN 38330-3827
30573439 + Benjamin Harper, 20602 N Blue Hyacinth Dr, Cypress, TX 77433-6694
30573440   Benjamin Hawley, 12007 E Coyote Rock Dr, A201, Spokane Valley, WA 99206
30573442   Benjamin Hunt, 6185 Polo Club Dr, Cumming, GA 30040-5714
30573441 + Benjamin Hunt, 98 Wethersfield st., Rowley, MA 01969-1705
30573443   Benjamin J Wilson, 832 E BURNETT AVE, LOUISVILLE, KY 40217-1204
30573444   Benjamin Kirchoff, 48980 Martell Ct, Canton, MI 48187-1284
30573445   Benjamin Kuehnast, 4195 Eagles Nest Dr, Waterford, MI 48329-1625
30573446   Benjamin La Pedalina, Siebeneichengasse, 16/16, Wien, Wien, 1150, AUSTRIA
30573447   Benjamin Lemley, 6200 Acorn Dr, Oklahoma City, OK 73151-9508
30573448   Benjamin Levy, 9106 Cookwood Cv, Austin, TX 78748-5110
30573449 + Benjamin Long, 661 10th Avenue, Apt 4E, NY, NY 10036-2956
30573450   Benjamin Long, 8450 NW Ash St, Portland, OR 97229-6772
30573451 + Benjamin Lowman, 22 Pasture Court, Ledgewood, NJ 07852-2138
30573452   Benjamin Lucassen, Nibsbjergvej 4, Holstebro, JUTLAND 7500, DENMARK
30573453   Benjamin Marritt, 150 Eliza street, Meaford, ONTARIO N4L1B4, CANADA
30573454 + Benjamin McClure, 1508 Amesbury ct, Bel Air, MD 21014-5901
30573455   Benjamin McKay, 2 Mount Michael View, Belfast, Northern Ireland BT8 6JP, UNITED KINGDOM
30573456   Benjamin McKean, 1307 W Rosewood Ct, Chandler, AZ 85224-6012
30573457 + Benjamin McNamee, 59 Ridgewood Road, Southington, CT 06489-2307
30573458 + Benjamin Meade, 3213 Maeterlinck, Toledo, OH 43614-3841
30573459   Benjamin Meissner, 1014 Wellington Way, Hartland, WI 53029-2709
30573460   Benjamin Mitchel Tassie, 10033, 173 Avenue, Edmonton, Alberta, T5X 3Y1, CANADA
30573461 + Benjamin Nava, 7020 E. Loma Land Dr., Scottsdale, AZ 85257-3324
30573462   Benjamin Newman, 6725 Foxtrot Ln, Colorado Springs, CO 80924-5271
30573463 + Benjamin Noble, 11556 Cumpston Street, North Hollywood, CA 91601-2636
30573464 + Benjamin Osborn, 24111 Jagger St, Lake Forest, CA 92630-2922
30573465 + Benjamin Pelkey, 14 Maefield Ln, Hudson, ME 04449-3565
30573466 + Benjamin Persails, 6383 E Bristol rd, Burton, MI 48519-1742
30573467 + Benjamin Perz, 4691 colonial drive, Apt. 6, Saginaw, MI 48603-3955
30573468 + Benjamin Phillips, 508 East Murray Ave, Appleton, WI 54915-1926
30573470   Benjamin Powell, 1759 Buford Hwy, Buford, GA 30518-3670
30573469 + Benjamin Powell, 3420 Nixon Rd., Apt. 101, Ann Arbor, MI 48105-2452
30573471 + Benjamin Prieto, 9910 Floralia, Socorro, TX 79927-2651
30573472   Benjamin Puckett, 545 W 37th St, Norfolk, VA 23508-3113
30573473 + Benjamin Quinn, 755 Wheaton Ave, Roseville, MN 55113-2148
30573474 + Benjamin Rudolph, 1 Robyn Court, Litchfield, NH 03052-2623
30573476   Benjamin Santo, stra bergsgatan 39, Nyk ping, S dermanland, 61134, SWEDEN
30573477   Benjamin Siepser, 1000 S Hope St Apt 230, Los Angeles, CA 90015-1489
30573478 + Benjamin Smith, 332414 Georgia Tech Station, Atlanta, GA 30332-0001
30573479 + Benjamin Spencer, 411 Nimitz Road, Smyrna, SC 29743-8752
30573480 + Benjamin Strickler, 1335 Lakeview Circle, Harrisonburg, VA 22801-8589
30573481   Benjamin T Hipkins, 2426 Meadow Dr, Belleville, IL 62226-7562
30573482   Benjamin Torres, 2115 PWRS FY RD SE APT 2115F, MARIETTA, GA 30067-9661
30573483   Benjamin Virgil Teague, 2420 Edgewater Dr Apt 22, Santa Rosa, CA 95407-5006
30573484 + Benjamin Vuglar, 823 East Saratoga Circle, Island Lake, IL 60042-9429
30573485 + Benjamin Yereb, 349 W Liberty St, Hubbard, OH 44425-1741

District/off: 0752-1      User: admin      Page 59 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

30573486   + Benji Garcia, 650 S Spring St, Unit 405, Los Angeles, CA 90014-1957
30573488   + Bennet Adamson, 72 Mercer St, 4W, NY, NY 10012-4494
30573489   + Bennett Buechel, 800 Park Ave, Apt. 34, West Mifflin, PA 15122-2879
30573490   + Bennett Ducharme, 661 Corning Road, Apt. 6, Manchester, NH 03109-5034
30573491    Bennett Zurita, 262 Orms st, Providence, RI 2865, TURKS AND CAICOS ISLANDS
30573492    Benny Perkinson, 1701 Colorado Ave Apt G, Richmond, VA 23220-6725
30573493    Beno t ALLAIN, 8 Route Des Gardes, Meudon, ILE-DE-FRANCE 92190, FRANCE
30573494    Beno t TAMBY, 78 bis Rue Robespierre, Argenteuil, Ile-de-France, 95100, FRANCE
30573496   + Bente Joosten, 2984 Linwood Avenue, Apt 2, Cincinnati, OH 45208-2969
30573497    Berend Hoeflaken, Vergtweg 8, Zaltbommel, Gelderland, 5301TG, NETHERLANDS
30573499    Berend Suurd, Rusthofflaan 69, Sassenheim, Zuid-Holland, 2171EV, NETHERLANDS
30573500   + Berenice Gaona Duarte, 1807 s 47th court, Cicero, IL 60804-2538
30573501    Berhana, c/o Jared Ceizler, MGMT. Entertainment, West Hollywood, CA 90069
30573502   + Berkeley Music Group, 2030 University Ave, Berkeley, CA 94704-1006
30573503    Bernadett Forray, B bic utca 98., Erd 2030, HUNGARY
30573504    Bernadette Beecher, 8 Cedar St, Newville, PA 17241-1604
30573505    Bernadette Fitzpatrick, 607 Arlmay Ave, Somerdale, NJ 08083-2039
30573506    Bernadette Mackrell, 78 W School St, Olyphant, PA 18447-1732
30573507    Bernard Hemming, 474 Marcus Garvey Blvd, Lillians Professional Services, Brooklyn, NY 11216-2531
30573508   + Bernard Hurt, 238 pecan point rd east, Brunswick, GA 31525-8613
30573509   + Bernard Xicotencatl, 3428 Jutewood Ct, Sacramento, CA 95827-3227
30573510   + Bernardo E Dorado, 6620 S 24th St, Phoenix, AZ 85042, Phoenix, AZ 85042-4703
30573512   + Berney-Karp, 3350 E 26th St, Vernon, CA 90058-4145
30573513    Bernhard Josef V tter, Schwendterstra e, Apt. 32, Kirchdorf in Tirol, Kitzb hel, 6382, AUSTRIA
30573514   + Bernie Henry, 5704 N. Kostner, Chicago, IL 60646-5920
30573515    Bernie Picklo, 300 CAMPUS DR, BRADFORD, PA 16701-2812
30573516    Bert Guymer, 82 Meadowridge Drive, PO Box 1771, St Marys, Ontario N4X 1C1, CANADA
30573517   + Bert Towne, 909 Bannock St, Apt 628, Denver, CO 80204-4154
30573518   + Bert William Hamlin, 15387 Greenstone Circle, Parker, CO 80134-3567
30573519    Bertha Azorsteins, Skallavegur 21, Vestmannaeyjar 900, ICELAND
30573520   + Best Promotions USA, 730 W Bruton Rd, Balch Springs, TX 75149
30573521   + Beth Benderman, 524 Claremont Ave NW, Albuquerque, NM 87107-1211
30573523    Beth Faria, 5110 S Delaware St Apt B301, Englewood, CO 80110-8322
30573524   + Beth Finley, 308 Squires Creek Road, Simpsonville, SC 29681-7211
30573525   + Beth Fisk, 1007 cedar, boulder, CO 80304-3026
30573527    Beth Goode, 611 CHOCOLOG RD, UXBRIDGE, MA 01569-2032
30573528   + Beth Henkes, 421 Sprague Street, Apt. 201, Edmonds, WA 98020-3154
30573529    Beth Mayo, 12 ANDOVER CT, BORDENTOWN, NJ 08505-3163
30573530    Beth Morales, 321 BEWLEY RD, HAVERTOWN, PA 19083-5432
30573531   + Beth Rugg, 122 Aldrich Street, Gowanda, NY 14070-1127
30573532    Beth Scott, 2 Abbotsley Ln, Bella Vista, AR 72714-4617
30573533    Beth Shipman Beth Shipman, 5298 Lamb Valley Cv, Arlington, TN 38002-8364
30573534    Beth Spear, 1614 Chestnut Grove Ln, Kingwood, TX 77345-1913
30573535    Beth Sturtz, 3205 Cullen Dr, Ames, IA 50010-1163
30573536    Beth Timperley, 55 Arethusa Way, Bisley, Woking, England GU24 9BZ, UNITED KINGDOM
30573537    Beth Ward, 68 BUTE CRESCENT, Glasgow, Scotland G60 5AW, UNITED KINGDOM
30573538    Beth Wolfer, 22 Glen Rd, Berkshire, NY 13736-2201
30573526   + Beth fredenberg, 5217 Firebrick Ln SW, Concord, NC 28025-8807
30573539    Bethan Collins, 137 Ffordd Nowell, Penylan, Cardiff, Wales; Cymru CF23 9FB, UNITED KINGDOM
30573540    Bethanni Taylor, 14 parry cres, Redwood park, South Australia, 5097, AUSTRALIA
30573541   + Bethany Anne Jensen, 14960 N Highway 41, Rathdrum, ID 83858-8462
30573542    Bethany Bourgeois, 1932 IDLEWILD LN, HOMEWOOD, IL 60430-3911
30573543    Bethany Brown, 3437 Lantern View Ln, Scottdale, GA 30079-6809
30573544    Bethany Bruce, 607 Emily Ln Apt 1303, Piedmont, SC 29673-6620
30573545    Bethany Chadwick, 3A Church Road, Greenfield, Greenfield, Greenfield, Oldham OL3 7LQ, UNITED KINGDOM
30573546    Bethany Dankwah, 12832 47th Dr NE, Marysville, WA 98271-8634
30573547   + Bethany Dawson, 127 Kirkcaldy Dr, Elkton, MD 21921-2959
30573548    Bethany Elting, 619 VERALENE WAY SW, EVERETT, WA 98203-5801
30573549   + Bethany Farmer, 1209 woodland Ave. SE, Apt 2, Atlanta, GA 30316-3147
30573550    Bethany Gillispie, 6517 Steeplechase Dr, Tampa, FL 33625-1631
30573551   + Bethany Grace Sellers, 7800 San Felipe Blvd, Apt 1404, Austin, TX 78729-7659
30573552   + Bethany Gulbransen, 3611 Becerro Dr, Las Vegas, NV 89121-2924
30573553    Bethany Kenimer, 2535 Keltonhurst Ct, Blacklick, OH 43004-8675

District/off: 0752-1 User: admin Page 60 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| | | |
|---|---|---|
| 30573554 | | Bethany Koch, 13259 E Bethany Pl, Aurora, CO 80014-3441 |
| 30573555 | + | Bethany Koerber, 560 E 400 N, Richfield, UT 84701-2219 |
| 30573556 | + | Bethany Lontz, 238 Stetler Rd, New Cumberland, PA 17070-2345 |
| 30573557 | | Bethany Malillos-Cabezas, 115, Park Lane, Hornchurch, ENGLAND RM11 1EG, UNITED KINGDOM |
| 30573558 | + | Bethany Marie Egbert, 7722 Jenner Ave, NEW PORT RICHEY, FL 34655-3228 |
| 30573559 | + | Bethany Meredith, 1307 Walter Webb Dr, Apt 805, Sevierville, TN 37862-5234 |
| 30573560 | | Bethany Price, 94A High Street, Wem, England SY4 5DR, UNITED KINGDOM |
| 30573561 | + | Bethany Reddy, 14 Teal Rd., Averill Park, NY 12018-3315 |
| 30573562 | | Bethany Singer-Baefsky, 115 North Rd, Windham, CT 06280-1311 |
| 30573563 | | Bethany Venegas, 5125 N McDowell Dr, Irons, MI 49644-7911 |
| 30573564 | | Bethany Wheatley, 7 Raymend Walk, Bristol, England BS3 5AP, UNITED KINGDOM |
| 30573565 | | Betsy English, 940 Via Tranquila, Santa Barbara, CA 93110-2233 |
| 30573566 | | Betsy Higgins, 71 Great Pasture Rd, Redding, CT 06896-2306 |
| 30573567 | + | Betsy Hopkins, 21 Holiday Road, Springfield, IL 62702-1586 |
| 30573568 | + | Betsy Maddocks, 510 2nd street, Lake Oswego, OR 97034-3129 |
| 30573569 | | Betsy Sattazahn, 3993 Smaltz Rd, Womelsdorf, PA 19567-9466 |
| 30573570 | | Betty Bilbrey, 7822 53rd St, Lubbock, TX 79407-5453 |
| 30573571 | + | Betty Lou Starnes, 4421 Baronne street, New orleans, LA 70115-4803 |
| 30573573 | + | Between Friends, 622 Banyan Trail Suite 300, Boca Raton, FL 33431-5614 |
| 30573575 | | Between You & Me, 11 Waltham Street, AUSTRALIA |
| 30573576 | | Beverley Wennberg, Strakenvagen 34, Sandhem 565 94, SWEDEN |
| 30573577 | + | Beverly Condon, 146, Russ St, San Francisco, CA 94103-4010 |
| 30573578 | | Beverly Early, 320 James Ave, Mundelein, IL 60060-2509 |
| 30573579 | | Beverly Suek, 235 Oakwood Ave, Winnipeg, Manitoba, R3L 1E5, CANADA |
| 30573580 | + | Beyza Akca, 557 Park Pl, Lyndhurst, NJ 07071-3212 |
| 30573581 | + | Bhautik Amin, 915 N 28Th St, Philadelphia, PA 19130-1276 |
| 30573582 | | Bianca Barcenas, 2457 W Augusta Blvd Apt 1, Chicago, IL 60622-7464 |
| 30573583 | | Bianca Breaux, 713 LOPEZ RD, ERATH, LA 70533-5020 |
| 30573584 | + | Bianca Escobar, 930 Christi Lane, Chico, CA 95973-0905 |
| 30573585 | + | Bianca Gallardo, 3241 S Acoma Street, Englewood, CO 80110-2413 |
| 30573586 | | Bianca Pama, 45 Rue H l ne-Duval, 2 (BACK DOOR), Gatineau, QC J8X 3C5, CANADA |
| 30573587 | + | Bianca Troche, 1722 Seddon St, Apt 2F, Bronx, NY 10461-3055 |
| 30573590 | + | Bic Logo Lighter, 331 Enterprise way, CenterPoint Commerce & Trade Park-West, Pittston, PA 18640-5007 |
| 30573592 | + | Biffy Skeels, 14007 Wolf Den Lane, Charlotte, NC 28277-3736 |
| 30573597 | + | Bill Dehais, 21 Woodside Drive, Cumberland, ME 04021-4019 |
| 30573598 | + | Bill Goldsworthy, 9612 St. Anne's Drive, Plano, TX 75025-5043 |
| 30573599 | + | Bill Kangas, 1604 Queens Crossing, Williamsburg, VA 23185-6610 |
| 30573600 | + | Bill Keaggy, 3966 Juniata St., Saint Louis, MO 63116-3912 |
| 30573601 | + | Bill Luecke, 3382 North Mountain View Dr., San Diego, CA 92116-1739 |
| 30573602 | | Bill Odell, 10333 NE 1st St Apt 348, Bellevue, WA 98004-4054 |
| 30573603 | | Bill Sanford, 5101 N La Canada Dr, Tucson, AZ 85704-1510 |
| 30573604 | | Bill Young, 326 Holiday Rd, Gastonia, NC 28054-4913 |
| 30573605 | | Billa Port, 1650 CAMINO OLMO APT F, THOUSAND OAKS, CA 91320-5936 |
| 30573606 | + | Bille Johnson, 410 W 44th St, Apt 3, NY, NY 10036-5211 |
| 30573607 | + | Billie MacKay, 78 Lincoln Street, New Rochelle, NY 10801-4311 |
| 30573608 | + | Billie Matheny, 814 Western St, Tarentum, PA 15084-1348 |
| 30573609 | | Billington, 50 FARM HILL RD, WRENTHAM, MA 02093-1835 |
| 30573610 | + | Billy Belcher, 117 Driftwood Drive, Shady Spring, WV 25918-8595 |
| 30573611 | + | Billy Bronson, 43605 Elder Ave, Pendleton, OR 97801-9506 |
| 30573612 | + | Billy Gallagher, 8 Saugatuck Ridge Rd, Danbury, CT 06810-8304 |
| 30573613 | | Billy Gates, 5701 11TH ST N APT 7, ARLINGTON, VA 22205-2348 |
| 30573615 | | Billy Hinton, 1905 Kay St NW, Roanoke, VA 24017-1607 |
| 30573616 | | Billy Huffstetler, 109 Mears Ave, Canton, NC 28716-4485 |
| 30573618 | + | Billy Hutton, 17603 N Pazaree Ct, Crosby, TX 77532-4040 |
| 30573617 | + | Billy Hutton, 6860 Iris Circle, Los Angeles, CA 90068-2716 |
| 30573619 | + | Billy Lopez, 813 Alpine St., Apt. 309, Los Angeles, CA 90012-6409 |
| 30573620 | | Billy Macdonald, 21 Oram Drive, Palmerston North, MANAWATU 4472, NEW ZEALAND |
| 30573622 | + | Billy McMahon, 420 Cloudland Dr, Birmingham, AL 35226-1159 |
| 30573623 | | Billy Moreno, 3507 S 53RD AVE, CICERO, IL 60804-4419 |
| 30573624 | + | Billy Roth, 217 LittleJohn Lane, Johnstown, PA 15905-1135 |
| 30573625 | | Billy Siegle, 17600 N PERIMETER DR STE 100, SCOTTSDALE, AZ 85255-7813 |
| 30573614 | + | Billy hall, 1068 Steven st, Burleson, TX 76028-6467 |
| 30573627 | | Bing Zheng Cheong, 72 Maltings Place, London,England, SW6 2BY, UNITED KINGDOM |

District/off: 0752-1                          User: admin                                      Page 61 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                              Total Noticed: 30719

30573628        Birdie England, 16791 Hazelwood Dr, Plainfield, IL 60586-5854
30573630        Birgitte Olander, Skibsegen 70, Snekkersten 3070, GERMANY
30573633     +  Bitty Cole, 65 Boston St, # 8, Salem, MA 01970-1419
30573634        Bj rn N lle, Hauptstrasse 110, Schwelm 58332, GERMANY
30573635        Bjarke Bekner, Lundtofteg rdsvej 113, st. 107, Kongens Lyngby, COPENHAGEN 2800, DENMARK
30573636     +  Bjorgvin Arnarson, 7006 River Elms, SAN ANTONIO, TX 78240-3584
30573637        Bjorn Fischer, Heisenstrasse, Apt. 25, Hannover, Niedersachsen 30167, GERMANY
30573638        Bjorn Olsen, 1520 Gwinn St E, Monmouth, OR 97361-1856
30573639     +  Black Hill Records, 650 5th Avenue Suite 1420, New York, NY 10019-6168
30573641        Blade Stoneman, 10 Crawford Street, Warwick, QUEENSLAND 4370, AUSTRALIA
30573642     +  Blaine Alleman, 500 West Anding, Rayne, LA 70578-5124
30573643        Blaine Breshears, 913 S Douglas Ave, Springfield, MO 65806-3003
30573644     +  Blaine Coultas, 611 West Beecher Avenue, Jacksonville, IL 62650-2444
30573645     +  Blaine DeWaal, 8213 Claire Ann Drive, Apt 302, Orlando, FL 32825-3135
30573646        Blaine Parker, 1575 Cristobal Dr, Tallahassee, FL 32303-5670
30573647     +  Blaine Ream, 32 South Wyomissing Avenue, Shillington, PA 19607-1854
30573648     +  Blaine Schmidt, 2307 Warford St, Perry, IA 50220-2134
30573649     +  Blair Feinstein, 10929 Baskerville Road, Reisterstown, MD 21136-6407
30573650     +  Blair Hurst, 1627 Columbine Ave, Boulder, CO 80302-7912
30573651        Blair James, 11110 Hartsook St Apt 505, North Hollywood, CA 91601-3648
30573652        Blair Subbaraman, 3416 BEACON AVE S, SEATTLE, WA 98144-6702
30573653        Blaise lombardo, 248 Shore Dr, Eastlake, OH 44095-1118
30573654        Blaize Clark, 8507 W 15th St N, Wichita, KS 67212-5804
30573656     +  Blake Anthony Dibari, 4808 Mesa Bonita Court Northwest, Albuquerque, NM 87120-3365
30573657     +  Blake Bethel, 3875 Haley Lane, Cleves, OH 45002-1437
30573658        Blake Burkey, 69783 Deer Rd, Sturgis, MI 49091-9758
30573659     +  Blake Carrara, 888 Se 9th Ave, Apt. 620, Portland, OR 97214-2293
30573660        Blake Coleman, 6399 Morning Star Dr Apt 408, The Colony, TX 75056-7325
30573661        Blake Crawmer, 410 S 3rd St, Knoxville, IA 50138-2223
30573662     +  Blake Crooks, 4 Newbridge Pkwy #404, Asheville, NC 28804-1556
30573663        Blake Davenport, 3810 Runyan Cv, Murfreesboro, TN 37127-1500
30573664     +  Blake Demby, 2630 South Veitch Street, Apt. 207, ARLINGTON, VA 22206-3028
30573665     +  Blake Deming, 20192 Clear Creek Rd Nw, Poulsbo, WA 98370-8250
30573666     +  Blake Downing, 6458 Colby Street, Upper, Oakland, CA 94618-1781
30573667     +  Blake Edwin Richards, 8602 Westown Parkway, Apt #2902, West Des Moines, IA 50266-1579
30573668        Blake Everett, 4 Main Street, Coburg, Victoria, 3058, AUSTRALIA
30573669        Blake Feller, 3524 Cass St Apt 3, Omaha, NE 68131-1981
30573670     +  Blake Flanery, 20494 Gates Road, Howard City, MI 49329-8709
30573671     +  Blake Forsberg, 5114 N Oakley Ave, Chicago, IL 60625-1830
30573672     +  Blake Gabert, 8215 Xavier Way, Everett, WA 98203-6624
30573673     +  Blake Huntzinger, 5021 turtle Creek court, Apt. 2, Indianapolis, IN 46227-1859
30573674        Blake Jones, 3990 Floridatown Rd, Pace, FL 32571-2419
30573675        Blake Kambic, The UPS Store# 1851 - Hold For Pickup -, New Port Richey, FL 34655
30573676        Blake King, 11310 1/2 Miranda St, 11310 1/2, Los Angeles, CA 91601
30573678        Blake Koelz, 2211 Rosegarden Dr, Saint Louis, MO 63125-3277
30573679        Blake Mendez, 9961 S 106th St, Papillion, NE 68046-5688
30573680     +  Blake Monkus, 1605 Aringill ln, Matthews, NC 28104-8050
30573681     +  Blake Ott, 66 Henry St, Bedford, OH 44146-4616
30573682     +  Blake Ousley, 16 W 200 S, Columbia City, IN 46725-9776
30573683        Blake Parsley, 14430 Banister Dr, Noblesville, IN 46060-7249
30573684     +  Blake Reiter, 105 meteor Dr., Unit A, Austin, TX 78745-5601
30573686        Blake Sanner, 1624 Ovid St, Houston, TX 77007-2921
30573687     +  Blake Smith, 27196 E Alder Dr, Aurora, CO 80016-7425
30573688     +  Blake Stutts, 501 SE 123rd Ave, V155, Vancouver, WA 98683-4070
30573689        Blake Watters, 2195 S Poppy St, Lakewood, CO 80228-5942
30573677        Blake knox, 18438 W Purdue Ave, Waddell, AZ 85355-4334
30573690        Blanca Lopez, 202 Blue Meadow Cir, Kathleen, GA 31047-2814
30573691     +  Blanca Sorby, 503 Maple st, Lodi, CA 95240-4224
30573692        Blanca Vazquez, 18010 Catalpa St, Hesperia, CA 92345-5027
30573693     +  Blancarte, Miriam, 3655 gabrielle lane, #1418, Aurora, IL 60504-7993
30573694     +  Blane Jaffe, 1855 Poplar Rd, Newnan, GA 30265-1626
30573695     +  BlankStyle, 2569 McCabe Way, Suite 210, Irvine, CA 92614-5220
30573696        Blaze Hayes, 360 Golf Club Rd Apt 2, Pleasant Hill, CA 94523-1548

30573697          Blaze Mason, 457 Smithonia Colbert Rd, Colbert, GA 30628-3708
30573698        + Blazine LoPolito, 716A Union Street, Brooklyn, NY 11215-7642
30573699        + Blondshell, 45 Main St., Brooklyn, NY 11201-1021
30573700          Blood Cultures, c/o Waserman London, 1-3 Wenlock Road, UNITED KINGDOM
30573701        + Blotcky, Cole, 1534 N MILWAUKEE, CHICAGO, IL 60622-2008
30573702        + Blu DeTiger, 704 Broadway #6, New York, NY 10003-9504
30573703        + Blu Eyes, c/o Alternate Side, 5200 West Century Blvd Suite 810, Los Angeles, CA 90045-5927
30573704        + Blu Ferrusquia, 159 County Road 3336, Atlanta, TX 75551-6115
30573705        + Blue Blessing, 656 Williamsport Ct, Nashville, TN 37221-1200
30573706        + Blue Blue Blue, c/o Red Light Management, 455 2nd St. SE, Charlottesville, VA 22902-5793
30573709          Bo Addington, 3109 Bayou St, Deer Park, TX 77536-5017
30573710          Bo Freeman, 19 Conyers Way, Great Barton, Bury Saint Edmunds IP31 2SW, UNITED KINGDOM
30573711          Bo Pearson, 3240 Yorkville Rd E, Columbus, MS 39702-8881
30573712          Boa Sowers, 4607 E CROCUS DR, PHOENIX, AZ 85032-5570
30573713        + Bob Dahlstrom, 454 Wyeth Cir, Bolingbrook, IL 60440-2059
30573714          Bob Fike, 800 N Harris Rd, Ypsilanti, MI 48198-4123
30573715          Bob Franken, Bremere 20, Wouw, Noord brabant 4724HE, NETHERLANDS
30573717        + Bob Moran, 5530 Corteen Place, Los Angeles, CA 91607-1667
30573716        + Bob minkema, 1548 CR-24, Long Lake, MN 55356-9521
30573718          Bob schillinger, 3134 SPRUCE HOLLOW RD, HOMER CITY, PA 15748-4501
30573719          Bobbi Aparicio, 555 Mountain View St, Fillmore, CA 93015-1505
30573721        + Bobbi Solano, 660 Moraga Rd, Apt 1, Moraga, CA 94556-2292
30573722        + Bobbi Solano, 660 Moraga Re, Apt 1, Moraga, CA 94556-2292
30573720        + Bobbi faria, 2776 e Yosemite ave, Merced, CA 95340-9663
30573723          Bobbi white, 4049 CHEROKEE DR, MADISON, WI 53711-3001
30573725          Bobbie Lange, 111 S Abram Cir, The Woodlands, TX 77382-2035
30573726          Bobby Conner, 8023 Dulins Ford Rd, Marshall, VA 20115-2622
30573727        + Bobby Curtis, 308 Bayberry Circle, Buda, TX 78610-2194
30573728        + Bobby Duke, 1374 E Hillcrest Dr, #311, Thousand Oaks, CA 91362-2520
30573729          Bobby Fletcher, 3834 Dove Ln, Eugene, OR 97402-6339
30573730          Bobby James, 10 Tollemache Road, Mottram in Longdendale, Hyde, England SK, UNITED KINGDOM
30573731        + Bobby Lee McLaughlin, 423 Santa Fe Ave. SW, Albuquerque, NM 87102-4163
30573732          Bobby Plasterer, 3807 Duke road, Victoria, BC V9C4B2, CANADA
30573733          Bobby Schilling, 5748 Desert View Dr, La Jolla, CA 92037-7240
30573734        + Bobby Schorr, 312 Candler Dr, Macon, GA 31204-2451
30573736        + Bocharov, 2237 81st St, Apt Gf, Brooklyn, NY 11214-2036
30573738        + Boden Wilson, 603 Ohio St., Home, Silver Cliff, CO 81252-9852
30573740        + Bogdan Brighinaru, 4291 Express Lane, Suite 9060-205, Sarasota, FL 34249-2602
30573741          Bogdan Gheorghiu, 150 Birkdale Dr, Spartanburg, SC 29306-6678
30573742          Bogdan Ulici, 14350 W Crocus Dr, Surprise, AZ 85379-5744
30573744        + Bolt Cutter, 205 E Main St., Lexngton, IL 61753-1436
30573745        + Bond, 64 Saddle Ridge Drive, Willow Spring, NC 27592-7636
30573746        + Bondi Band LLC., 24 Metacom Dr., Simsbury, CT 06070-1850
30573747          Bonita DAguanno, 16020 S Lexington Dr, Plainfield, IL 60586-8023
30573748          Bonnie Fuller, 2399 Southview Dr SE, Apt. 401, Medicine Hat, Alberta, T1B1R1, CANADA
30573750        + Bonnie Lucas-Slavicek, 22920 N Hilandale Ct., Kildeer, IL 60047-8844
30573751          Bonnie Maddox, 214 Crest View Dr, Carnesville, GA 30521-3267
30573752          Bonnie Maxam, 7990 Baymeadows Rd E Unit 222, Jacksonville, FL 32256-2963
30573753          Bonnie Shamo, 645 N 350 E, Delta, UT 84624-8438
30573754          Bonnie Stewart, 128 S Washington Ave, Glendora, CA 91741-4243
30573756          Boston ellis, 13000 VISTA DEL NORTE APT 817, SAN ANTONIO, TX 78216-8060
30573757          Bowden-Brown, 9 Rowland Closr, Maidstone, Kent, ENGLAND ME16 8PU, UNITED KINGDOM
30573758        + Bowles, Savannah, 10555 W Jewell Ave, Apt 4-308, Lakewood, CO 80232-4806
30573759        + Bowls Holdings Nashville LLC, 925 3rd Avenue North, Nashville, TN 37201-1022
30573761        + Boxercraft, 7131 Discovery Blvd, Mableton, GA 30126-4675
30573762        + Boyd Wilson, 50 North 5th St, 2KW, Brooklyn, NY 11249-3181
30573763        + Boyle, Carly, 8441 W CLARA DRIVE, NILES, IL 60714-2305
30573767        + Brad Cohen, 628 SE 17th St., Troutdale, OR 97060-2246
30573768          Brad Cummings, 3901 Rosette Dr, Grove City, OH 43123-1184
30573769        + Brad Curtis, 15935 Rosewater Pkwy, bennington, NE 68007-8411
30573770          Brad Freda, 2300 E CARY ST APT 607, RICHMOND, VA 23223-7872
30573771          Brad Galla, 161 Marshall Ave W, Warren, OH 44483-1657
30573772          Brad Himmelman, 88 Nictaux Dr, Lower Sackville, NOVA SCOTIA B4C 2C5, CANADA

| | | |
|---|---|---|
| 30573773 | + | Brad Kirchoff, 48980 Martell Court, Canton, MI 48187-1284 |
| 30573774 | + | Brad Kleinow, 925 W. Lenawee St., Lansing, MI 48915-1654 |
| 30573775 | + | Brad Lewis, 2059 Castleway Dr., Atlanta, GA 30345-3913 |
| 30573776 | + | Brad McCorriston, 3604 academy road, Philadelphia, PA 19154-2026 |
| 30573777 | + | Brad Pearson, 2 Hinckley Pl., Apt 6J, Brooklyn, NY 11218-3350 |
| 30573778 | | Brad Phillips, 5055 Shenandoah Ave, Newburgh, IN 47630-2048 |
| 30573779 | + | Brad Ragels, 219 Campbell Road, Munford, AL 36268-4922 |
| 30573780 | + | Brad Schallau, 15 Douglas Ct, Canton, IL 61520-1003 |
| 30573781 | | Brad Valentine, 530 Palermo Way, La Habra, CA 90631-4278 |
| 30573782 | | Brad Ward, 311 Montcliff Ave, Henderson, NV 89074-5957 |
| 30573783 | | Brad Wiseman, 1201 DELAWARE ST, BERKELEY, CA 94702-1406 |
| 30573766 | + | Brad burton, 3230 18th Ave Se, Naples, FL 34117-5562 |
| 30573784 | + | Braden Bagley, 4016 65th Street, Urbandale, IA 50322-2710 |
| 30573785 | + | Braden DiFranco, 1577 Baldwin Lakes Dr, Grovetown, GA 30813-5888 |
| 30573786 | | Braden Dove, 120 Marion Ave, Twin Lakes, WI 53181-9799 |
| 30573787 | + | Braden Hewitt, 441 e 10065 s, Sandy, UT 84070-4370 |
| 30573788 | + | Braden Hug, 310 Tile Mill Dr, P.O. Box 158, Ney, OH 43549-0158 |
| 30573789 | | Braden Mockli, 1765 S Henefer Rd, Henefer, UT 84033-7748 |
| 30573790 | | Braden Moser, #28 650 Grandin Drive, Morinville, ALBERTA T8R1K5, CANADA |
| 30573791 | | Braden Neighbors, 240 Edgar Rd, West Hall 306 A, Webster Groves, MO 63119-3230 |
| 30573792 | + | Braden uttech, 3550 Willow drive, Apt 87, Plover, WI 54467-3584 |
| 30573793 | | Bradford Weeks, 1225 S Church St Apt 340, Charlotte, NC 28203-4186 |
| 30573794 | | Bradford Wesstrom, 5030 Jordan Ln, El Paso, TX 79922-1716 |
| 30573796 | + | Bradley Bledsoe, 247 E Barbourville Street, Corbin, KY 40701-6533 |
| 30573795 | + | Bradley Bledsoe, 832 American Greeting Card Rd, Corbin, KY 40701-4807 |
| 30573797 | + | Bradley Bowers, 1575 Harbor Blvd, Apt 3611, Weehawken, NJ 07086-6668 |
| 30573798 | + | Bradley Burgess, 7200 McMullen St, Boise, ID 83709-1856 |
| 30573799 | | Bradley Collins, 8 Golden Spike Rd, Stony Plain, Alberta T7Z 1H3, CANADA |
| 30573800 | + | Bradley Cronin, 824 Sunblest BLVD, Fishers, IN 46038-1168 |
| 30573801 | | Bradley Davis, 2035 CHARITON ST APT 14, LOS ANGELES, CA 90034-1516 |
| 30573802 | + | Bradley Dowis, 8136 31st Ave SW, Seattle, WA 98126-3536 |
| 30573804 | + | Bradley Ibarra, 11535 Fountainbridge Dr, Frisxo, TX 75035-8640 |
| 30573805 | + | Bradley Kershaw, 1847 Reliance Cir, Superior, CO 80027-4403 |
| 30573806 | | Bradley Lightowler, 2 Rutland Road, Flockton, Wakefield WF4 4TF, UNITED KINGDOM |
| 30573807 | + | Bradley Mautz, 2345 West 17th Street Down, Cleveland, OH 44113-4301 |
| 30573808 | + | Bradley Maxwell, 116 Garden View Drive, Senatobia, MS 38668-2301 |
| 30573809 | + | Bradley Myer, 3105 Oakridge Avenue, Apt. 2822, Lubbock, TX 79407-1839 |
| 30573810 | + | Bradley Patton, 2507 Haviland Drive, Henrico, VA 23229-3123 |
| 30573811 | + | Bradley Ray, 914 30th street south, Apartment 1, Birmingham, AL 35205-1131 |
| 30573812 | | Bradley Rodriguez, 2666 Phillips Ave, Burnaby, British Columbia V5A4R7, CANADA |
| 30573813 | + | Bradley Russavage, 2 Eastnor Rd, Unit B, Newport, RI 02840-3840 |
| 30573814 | + | Bradley Ryan, 59712 NAVAJO RD BEND, Bend, OR 97702-8906 |
| 30573815 | | Bradley Senecal, 148a Mallorca Way, San Francisco, CA 94123-2107 |
| 30573816 | | Bradley Slusher, 1501 Woodberry Dr, Lufkin, TX 75904-5351 |
| 30573817 | + | Bradley Witt, 105 E Cedar Ave, Connellsville, PA 15425-4522 |
| 30573803 | + | Bradley gritz, 2115 emerald green circle, Oviedo, FL 32765-9357 |
| 30573819 | + | Brady Bartlett, 2 SAINT DAVIDS CT, Asheville, NC 28803-8303 |
| 30573820 | + | Brady Baughman, 1721 S Russell St, Apt. 312, Missoula, MT 59801-5653 |
| 30573821 | | Brady Conp, 204 East 8th street, Presho, SD 57568 |
| 30573822 | + | Brady Craighead, 800 J St Unit 420, Sacramento, CA 95814-2518 |
| 30573823 | + | Brady Erpelding, 641 Huron Blvd SE, Apt. 4115, Minneapolis, MN 55414-3725 |
| 30573824 | + | Brady Feist, 330 North 31st Street, Apt. 9, Bismarck, ND 58501-5106 |
| 30573825 | | Brady Hall, 820 Meerkat Rd, Christiansburg, VA 24073-7730 |
| 30573826 | | Brady Hoopes, 2190 KEENEY RD, SPRING GROVE, PA 17362-7837 |
| 30573827 | + | Brady Horn, 409 Elm Street, Greenwood, NE 68366-2631 |
| 30573828 | + | Brady Jager, 402 Hartridge Dr, Hartland, WI 53029-2406 |
| 30573829 | | Brady Jones, 10801 Crockett Rd, Nokesville, VA 20181-3442 |
| 30573830 | | Brady Lybert, 1371 Vly Summit Rd, Greenwich, NY 12834-5507 |
| 30573831 | | Brady Marter, 325 S GENOIS ST, NEW ORLEANS, LA 70119-6127 |
| 30573832 | + | Brady Menapace, 169 Beverly Road, Hawthorne, NJ 07506-3237 |
| 30573833 | + | Brady Moore, 481 Northolt Parkway, Apt. 1109, Suwanee, GA 30024-0046 |
| 30573834 | # | Brady Morris, 1009 Spring Ct, Coxs Creek, KY 40013-8703 |
| 30573835 | + | Brady Productions, LLC, 12101 N. MacArthur Blvd., Suite #209, Oklahoma City, OK 73162-1800 |

District/off: 0752-1                                  User: admin                                          Page 64 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                                      Total Noticed: 30719

30573836    +  Brady Reynolds, 2709 Gillmeister Ln, Temple, TX 76502-1404
30573837    +  Brady Sherman, 18211 Nielsen Drive, Tinley Park, IL 60487-2874
30573838    +  Brady Waltzer, 2629 Irene Circle, Duluth, GA 30096-4147
30573839       Brady Weis, 729 Greenbriar Dr Apt 16, Bohemia, NY 11716-3934
30573840       Brady Wiseman, 246 12 Street Southeast, Medicine Hat, ALBERTA T1A 1V3, CANADA
30573841       Braedan Rockwood, 2868 Trinity st, Vancouver, BC V5K 1E9, CANADA
30573842    +  Braeden Cates, 3130 Eldorado Blvd, Apt. 613, Eau Claire, WI 54701-6904
30573843    +  Braeden McAlister, 1050 Union University Drive, Apt. 2305, Jackson, TN 38305-3656
30573844    +  Braeden Scheifele, 686 West Trail North, Grayslake, IL 60030-1500
30573845    +  Braeden Winters, 608 Edge Hill Rd, Glenside, PA 19038-3818
30573846    +  Braedon Bourgeois, 5701 Hathaway Drive, Allen, TX 75002-5424
30573847       Braedon Haggin, 8151, Apt. 3331, Kansas City, MO 64119
30573848    +  Braedon Jones, 1454 Titchfield Drive, Chesapeake, VA 23320-3325
30573849    +  Braedon Klemm, 806 28th Avenue, Monroe, WI 53566-1931
30573850    +  Braegan Taylor, 1221 E Cooper Dr, Palatine, IL 60074-7285
30573851       Brage Mellesdal, Flordalen 65, Vaksdal, VESTLAND 5725, NORWAY
30573852       Brahms Samosan, 309 N Diamond St, Mount Pleasant, PA 15666-1308
30573853    +  Braiden Lockhart, 804 Wilkinson Drive NE, Apt. 304, Leesburg, VA 20176-4786
30573854    +  Brain Vomit, 228 Edwards St, Crockett, CA 94525-1528
30573855       Brajan Hylla, 3B, Grodzisko, 64-113, POLAND
30573856    +  Braleigh Booker, 1303 NE 116th Circle, Vancouver, WA 98685-4025
30573857    +  Brand Box USA, Inc., 1 CHAMBERS STREET, Binghamton, NY 13903-2613
30573858    +  Brand New, 2184 Seneca Drive South, Merrick, NY 11566-3610
30573859    +  Brandee Bergum, 1907 Trellis Pl, Saratoga Springs, UT 84045-4922
30573860    +  Brandee Jackson, 28 Dean Street, Norton, MA 02766-3429
30573861       Brandee Marie, 5708 Baltimore St, Los Angeles, CA 90042-2517
30573862       Branden Abeln, 8625 NE 70TH CIR, VANCOUVER, WA 98662-4434
30573863    +  Branden Beetz, 223 N Adams St, Bloomington, IN 47404-3600
30573864    +  Branden Holden, 42 Elizabeth Court, Dallas, GA 30157-2649
30573865    +  Branden Morse, 292 West Galena Park Boulevard, Apt. 323, Draper, UT 84020-2327
30573866       Brandi Bushman, 2170 E Oakmont Ave, Fresno, CA 93730-5138
30573867       Brandi Duke, 5651 Inglis Street, Unit 6, Halifax, Nova Scotia, B3H1K2, CANADA
30573868       Brandi Ensley, 4190 PRYOR RD NE, CLEVELAND, TN 37312-4974
30573869       Brandi Goodrich, 2105 4th St, Moline, IL 61265-4646
30573870       Brandi Hayden, 2711 Chestnut Bnd, Owensboro, KY 42303-7803
30573871       Brandi Piper, PO Box 1885, Wolfeboro, NH 03894-1885
30573872       Brandi Urie, 609 N Almon St Spc 2011, Moscow, ID 83843-9734
30573873       Brandice Burke, 720 Shelter Bay Dr, La Conner, WA 98257-9531
30573874    +  Brandon A Kallenberg, 5 Gallop Ct., New City, NY 10956-6605
30573876    +  Brandon Alcantra, 98-150 Lipoa Place, Pepper tree Apt. 108, Aiea, HI 96701-4891
30573877       Brandon Alonso Martinez Ruiz, Paseo Real de San Francisco de Cuellar #, Chihuahua,Chihuahua, 31115, MEXICO
30573878    +  Brandon Amezcua, 13881 Pacific Ave, Westminster, CA 92683-4022
30573879       Brandon Archer, 17389 Nature Walk Trl Unit 201, Parker, CO 80134-5270
30573880    +  Brandon Asencio, 40 Hathaway Place, Glen Ridge, NJ 07028-1507
30573882    +  Brandon Baraks, 3426 N Oakland ave, Milwaukee, WI 53211-2823
30573883       Brandon Barath, 55512 National Rd, Bridgeport, OH 43912-1533
30573884    +  Brandon Barbaretta, 233 North Franklin Street, Red Lion, PA 17356-1502
30573885    +  Brandon Barboza, 1919 Market St, Apartment 8, Wilmington, NC 28403-1047
30573886       Brandon Barganski, 25 Caveswood Ln, Owings Mills, MD 21117-2913
30573887       Brandon Bateman, 15520 Mill Creek Blvd Apt M104, Mill Creek, WA 98012-1535
30573888    +  Brandon Beasley, 2124 Highland Ave S, Apt 304, Birmingham, AL 35205-4011
30573889    +  Brandon Belusko, 117 Hunter Lane, North Wales, PA 19454-2317
30573890    +  Brandon Bennett, 72 Laneview Concord Rd, Trenton, TN 38382-9452
30573891    +  Brandon Blanco-sosa, 2509 Mildred Ave SE, Grand Rapids, MI 49507-3840
30573892    +  Brandon Blasko, 29303 Frontier Way, San Antonio, TX 78260-1486
30573893    +  Brandon Boone, 3326 fieldcrest court, Asheboro, NC 27205-8239
30573894    +  Brandon Born, 2059 North Bissell Street, Chicago, IL 60614-4205
30573895       Brandon Bower, 181 Waterfall Way Unit 104, Altamonte Springs, FL 32714-6865
30573896       Brandon Box, 1003 Fairwood Ln NW, Acworth, GA 30101-7865
30573897       Brandon Brandon, 106 Bean Rd, Merrimack, NH 03054-2408
30573898       Brandon Breiter, 27 John Walter Crescent, Courtice, ON L1E 2W6, CANADA
30573899    +  Brandon Calabrese, 1054 West Gilman Street, Banning, CA 92220-1816
30573900       Brandon Campa, 1148 21st St W Apt 703, Dickinson, ND 58601-7604

District/off: 0752-1                           User: admin                                    Page 65 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                             Total Noticed: 30719

30573901   + Brandon Casella, 4954 N Leavitt St, Apt 1, Chicago, IL 60625-1309
30573902     Brandon Cattalo, 1890 Spring Pond Pt Apt 108, Winter Springs, FL 32708-2891
30573903     Brandon Chao, 1777 Wycliffe Ln, San Ramon, CA 94582-5798
30573904     Brandon Chavez, 2102 Elm Dr, Forest Grove, OR 97116-2492
30573905   + Brandon Chutuk, 3314 Bristol Way, Bellingham, WA 98226-5601
30573906   + Brandon Cole, 509 Willow Grove Street, Hackettstown, NJ 07840-1711
30573907     Brandon Cole Santa Maria, 161 Flushcombe Road, Blacktown, New South Wales, 2148, AUSTRALIA
30573908   + Brandon Collet, PSC 333 BOX 6547, APO, Armed Forces Pacific 96251-0066
30573909     Brandon Cone, 1518 8th Ave, Kearney, NE 68845-5818
30573911     Brandon Craig, 2031 Engle Creek Rd, Barnhart, MO 63012-1913
30573913   + Brandon Daniel Green, 3001 Cabana Dr., Apt. 272, Las Vegas, NV 89122-4071
30573914     Brandon Dauer, 13 Orchard Knoll Dr, Cincinnati, OH 45215-3943
30573915   + Brandon Davis, 931 Woodland Ave, Cincinnati, OH 45205-1828
30573916   + Brandon Davis, 212 e maple street, Apt. 1, Deshler, OH 43516-1239
30573917     Brandon Deans, 3321 Bending Birch Pl, Charlotte, NC 28206-1499
30573918   + Brandon Delehoy, 8884 E Heatherwood Rd, Anaheim, CA 92808-1694
30573919   + Brandon Dendler, 38632 11th Ave, Zephyrhills, FL 33542-3728
30573920   + Brandon Derryberry, 7718 Highland Farms Road, Houston, TX 77095-4146
30573921   + Brandon Dodds, 606 Birchwood Court, Jefferson, SD 57038-6899
30573922   + Brandon Domangue, 1855 Brightside Dr, Apt V10, Baton Rouge, LA 70820-8862
30573923     Brandon Dummett, 1133 72nd Ave, Greeley, CO 80634-9712
30573924     Brandon Eastman, 9210 Hercules St, Bakersfield, CA 93306-7976
30573925   + Brandon Engelke, 3309 Claymore Dr, Plano, TX 75075-6267
30573926   + Brandon Enns, 726 West 8th, Hutchinson, KS 67501-1310
30573927   + Brandon Fee, 54 Briarwood Dr, Doylestown, OH Doylestown, OH 44230-1716
30573928   #+ Brandon Fischer, 13040 Tampa Oaks Blvd, Apt 1313, Temple Terrace, FL 33637-1923
30573929   + Brandon Fitzsimons, 5385 Blue Lunar Ln, Castle Rock, CO 80104-7645
30573930   + Brandon Foley, 230 Circle Drive, Girard, PA 16417-9760
30573931   + Brandon Garlick, 7 Dorset Ct, South Elgin, IL 60177-2719
30573932   + Brandon Gill, 2437 Ridgeway Dr, OR, OH 43616-2004
30573933   + Brandon Green, 916 Reasor Avenue, Louisville, KY 40217-1522
30573934   + Brandon Grumbles, 3038 118th Ave SE Apt G201, Bellevue, WA 98005-8140
30573935   + Brandon Gutierrez, 6417 Latta st, Dallas, TX 75227-6141
30573936     Brandon Guy, 41040 Long Hollow Dr, Coarsegold, CA 93614-8851
30573937   + Brandon Heath, 4837 North Wallace Dr, Kansas City, MO 64119-4287
30573938   + Brandon Heisserer, 511 Rolling Meadow Dr, Eureka, MO 63025-4150
30573939     Brandon Hendrix, CMR 480, Box 2249, APO, Armed Forces Europe 09128-0000
30573940   + Brandon Herridge, 4217 Adkins Drive, Corpus Christi, TX 78411-3501
30573941     Brandon Hood, 2945 32nd St, Sacramento, CA 95817-2729
30573942   + Brandon Hopkins, 3163 S Lori Cir, Saratoga Springs, UT 84045-5518
30573943   + Brandon Jacob Thong, 5139 Olive Drive, Concord, CA 94521-3109
30573944   + Brandon Jacobsen, 1535 Russell Street, Green Bay, WI 54304-3013
30573945     Brandon Jacques, 351 Manitoba Street, Apt 3, Bracebridge, Ontario, P1L2C4, CANADA
30573946   + Brandon Jared Bernaldez, 2100 pecan ct, Hollister, CA 95023-7550
30573947     Brandon Johnston, 4223 Crestedge Ln, Carrollton, TX 75010-4104
30573948     Brandon Keogh, 15 Karen Road, Tarneit, VICTORIA 3029, AUSTRALIA
30573949     Brandon Keysor, 53 South St Rd, Marcellus, NY 13108
30573950   + Brandon Konicke, E9581 Madison Rd, Clintonville, WI 54929-8737
30573953     Brandon Lawrence, 1116 N Bay Ridge Rd, Appleton, WI 54915-2858
30573954     Brandon Leitzel, 3117 Madame Plantier Ave, North Las Vegas, NV 89081-6495
30573955   + Brandon Levesque, 1314 Hudson Street, Apt 11, Hoboken, NJ 07030-5550
30573956   + Brandon Little, 2651 Perkins Creek Drive, Apt. 321, Paducah, KY 42001-7515
30573957     Brandon Lowe, Galson Lodge, North Galson, ISLE OF LEWIS, SCOTLAND HS2 0SJ, UNITED KINGDOM
30573958   + Brandon Mactaggart, 12445 albatross st, Victorville, CA 92392-0564
30573959     Brandon Mallo, 657 Glades Cir Apt 201, Altamonte Springs, FL 32714-7157
30573960   + Brandon Martin, 201 E Orchard, Odessa, MO 64076-1538
30573961     Brandon Mattesich, 1202 N Chestnut St, Ellensburg, WA 98926-7610
30573963   + Brandon McBurnett, 810 p st, Gering, NE 69341-2966
30573964   + Brandon Miller, 4732 s 318th st, Auburn, WA 98001-3703
30573965   + Brandon Mines, 252 Brentwood Dr, Bullard, TX 75757-5402
30573966   + Brandon Neva, 709 Amsterdam Ave, TOMS RIVER, NJ 08757-1306
30573967     Brandon Nex, 11162 O Brien Lake Drive, Grande prairie, ALBERTA T8W 0B2, CANADA
30573970   + Brandon Nova, 735 SW Saint Clair ave, Apt. 1802, Portland, OR 97205-1438

District/off: 0752-1                       User: admin                                    Page 66 of 507
Date Rcvd: Jan 04, 2024                    Form ID: 309C                              Total Noticed: 30719

30573971  + Brandon O Connell, 186 Van Horne St, Apt. 1, Jersey City, NJ 07304-3320
30573972    Brandon Ocampo, 1081 4th St SW Apt 214, Forest Lake, MN 55025-2921
30573973  + Brandon Olivo, 1832 Park St, Harrisburg, PA 17103-2536
30573974    Brandon Pereira, 10 Hudson Cres, Kitchener, ONTARIO N2B 2V8, CANADA
30573975    Brandon Philbrick, 2856 Hearthsong Loop, Round Rock, TX 78665-2619
30573976  + Brandon Phommasack, 5335 Janero Way, Sacramento, CA 95835-1775
30573977    Brandon Pierce, 1903 E Newberry Blvd, A, Milwaukee, WI 53211-3657
30573978  + Brandon Pifer, 8800 SE Causey Loop, APT F105, Happy Valley, OR 97086-7567
30573979    Brandon Prichard, 2103 Magnolia Rd, Homewood, IL 60430-1035
30573980  + Brandon R, 2327 Smoke Drive, Unit A, Hollidaysburg, PA 16648-3552
30573981  + Brandon Ramirez, 8157 Maisey court, Corona, CA 92880-0926
30573982    Brandon Randolph, 14004 VISTA DR APT 5B, LAUREL, MD 20707-6860
30573983  + Brandon Ressler, 1975 Woodville Pike, Goshen, OH 45122-9441
30573984  + Brandon Rezek, 3200 W Colfax Ave, APT 258, Denver, CO 80204-2265
30573985  + Brandon Ridens, 6039 Forest Rdg, San Antonio, TX 78240-3217
30573986  + Brandon Rigg, 12175 Bannock street, A, Westminster, CO 80234-2146
30573987  + Brandon Ripke, 1861 High Back Ct., Sparks, NV 89436-4639
30573989    Brandon Rodriguez, 169 Lewis St Apt 2, Elkhorn, WI 53121-1973
30573988  + Brandon Rodriguez, 6950 South 2700 West, West Jordan, UT 84084-1930
30573990    Brandon Rodriguez, 707 Markham Ave Apt B, Vacaville, CA 95688-2957
30573991  + Brandon Roy, 7231 ALLEGAN DR, Davison, MI 48423-2379
30573992    Brandon Sante, 4707 NE 60th Ave, Vancouver, WA 98661-3285
30573993  + Brandon Satter, 525 Cranleigh Dr, Reno, NV 89512-2304
30573994  + Brandon Serna, 11104 Dalerose Ave, Inglewood, CA 90304-2626
30573995  + Brandon Singh, 4256 Brendan Lane, North Olmsted, OH 44070-2922
30573996    Brandon Smith, 1034 McKinley St Apt A, Benbrook, TX 76126-3483
30573997  + Brandon Spindler, 305 Watermelon Ct, Kellogg, MN 55945-9731
30573998  + Brandon Staggs, 14032 North 700 West, Elwood, IN 46036-9213
30573999  + Brandon Stecz, 5516 Dory Drive, Antioch, TN 37013-2454
30574000  + Brandon Stevenson, 3538 Sandy Beach Rd, Grand Island, NY 14072-1062
30574001  + Brandon Tao, 12728 Moorpark St Apt 8, Studio City, CA 91604-4500
30574003  + Brandon Vargo, 1192 Stonebrook Ct NE, Grand Rapids, MI 49505-7219
30574004    Brandon Villa, 14210 Ranier Point Dr, El Paso, TX 79938-5205
30574005  + Brandon Vong, 3390 Octavius Dr, Apt 304, Santa Clara, CA 95054-3155
30574006    Brandon Vu, 7063 Thistle Hill Way, Austin, TX 78754
30574007    Brandon Waters, 3455 Weber Rd, Grant Valkaria, FL 32950-3904
30574008  + Brandon Wolf, 1460 N 1250 W, Orem, UT 84057-6507
30574009    Brandon Wong, 7439 Moffatt Road, 138, Richmond, BC V6Y 1X9, CANADA
30574010    Brandon Woo, 1506 E Matisse Dr, Middletown, DE 19709-9804
30574011  + Brandon Wood, 255 Shay Trail, Cantonment, FL 32533-4573
30574012  + Brandon Yoder, 485 Colony Rd, Canal Fulton, OH 44614-1226
30574013  + Brandon Z Marquis, 7 dahl rd, Merrimack, NH 03054-4535
30574014    Brandon Zarco, 2925 Village Pine Dr Unit B, San Ysidro, CA 92173-1132
30574015  + Brandon Zimmerman, 3881 Elder Road, Harrisburg, PA 17111-2039
30573952  + Brandon lam, 5355 Streamview Drive, San Diego, CA 92105-3205
30573968  + Brandon nguyen, 22129 w anderson dr, Los Angeles, CA 91304-3878
30573969  + Brandon nguyen, 22129 w anderson dr, West hills, CA 91304-3878
30574016  + Brandt Glass, 506 Clover Hill Road, Maryville, TN 37801-7610
30574017    Brandy Clark, 320 Campbell Ct, Troy, MO 63379-1805
30574018  + Brandy Gordon, 1614 Courtney Boulevard, Granite City, IL 62040-2361
30574019  + Brandy Jordan, 4082 MACEDONIA RD, Powder Springs, GA 30127-1901
30574020  + Brandy Salazar, 52333 ponderosa way, La pine, OR 97739-9556
30574021    Brannoc Baumann, 2429 County Road 1865, Jacksonville, MO 65260-3428
30574022    Bransen Jorgensen, 9629 S Caledonia Cir, South Jordan, UT 84009-9702
30574023    Branson McKell, 14823 S Granite Ridge Ln, Draper, UT 84020-3412
30574024  + Brant Chesser, 8587 Via Mallorca, Unit E, La Jolla, CA 92037-2546
30574025  + Brant Collier, 641 Divsion St, Apt. 431, Nashville, TN 37203-6093
30574026  + Brant Latta, 3455 Gladstone Ln, Amarillo, TX 79121-1525
30574027  + Brant Stuns, 2809 N 10th St, Phoenix, AZ 85006-1022
30574028  + Brant Watts, 205 Miller Road, Apt X, Akron, PA 17501-1158
30574029  + Brantly Craig, 10668 202nd Street West, Lakeville, MN 55044-5935
30574031  + Braulio Adam, 4514 Credo Lane, Austin, TX 78725-2928
30574032  + Braun, Allison, 2706 N PARKSIDE AVE, CHICAGO, IL 60639-1308

30574033   + Bravo Entertainment LLC, 418 S. 9th St Ste. 306, Boise, ID 83702-7098
30574034     Braxton Broering, 15 Chalfonte Pl, Fort Thomas, KY 41075-1927
30574035     Braxton Mixon, 6575 W Tropicana Ave Apt 2085, Las Vegas, NV 89103-4744
30574036   + Braxton West, 94 Navajo Ave, Holland, MI 49424-2346
30574037   + Brayan Lozano Fontes, 7008 Gammage Street, Houston, TX 77087-3527
30574038     Brayden Almgren, 113 Fremont Street, Stuart, NE 68780
30574039   + Brayden Botto, 5491 Meadows rd, Dewittville, NY 14728-9770
30574040   + Brayden Bowe, 1841 SW Veracruz Ln, Apt. 1841, Ankeny, IA 50023-9340
30574041     Brayden Cahoon, 44 Highview Ct, Orangeville, IL 61060-9611
30574042   + Brayden Harris, 515 Emerson Hill Rd., Nolensville, TN 37135-9641
30574043     Brayden Herman, 300 N Defiance St, Stryker, OH 43557-9538
30574044   + Brayden J Steiner, 2808 West Broad Avenue, Spokane, WA 99205-5814
30574045     Brayden Johnson, 153 Glencarry Ave, Hamilton, Ontario, L8K 3R7, CANADA
30574046     Brayden Mehrtens, 4 Shirley Street, Pakenham, VICTORIA 3810, AUSTRALIA
30574047   + Brayden Niessen, 707 President St, Apt. 1322, Baltimore, MD 21202-4497
30574048     Brayden Paice, 654 Sir Samuel Griffith Dr, Mount Coot-Tha, QUEENSLAND 4066, AUSTRALIA
30574049     Brayden Pollvogt, 10216 Surf Dr, Saint Louis, MO 63137-1566
30574050     Brayden Rains, 8227 Barracuda Rd, Jacksonville, FL 32244-1203
30574051   + Brayden Strickland, 124 Eve St, NV, TX 75173-7136
30574052     Braydon Adams, 324 W New England Dr, Elkton, FL 32033-2061
30574053   + Braydon D. Adams, 324 W New England Dr, Elkton, FL 32033-2061
30574054     Braydon Evans, 709 W Sugar St, Mount Vernon, OH 43050-2127
30574055     Braydon Lamb, 1/10 Henry Street, Payneham, SOUTH AUSTRALIA 5070, AUSTRALIA
30574056   + Braydon Morris, 828 East Whitten Street, Chandler, AZ 85225-6444
30574057     Braylie Gurule, 9 Road 2850, Aztec, NM 87410-9766
30574058     Brayton Keith, 2809 W Boyce Ave, Fort Worth, TX 76133-1503
30574059     Bre Wolfe, 217 Harlan St Apt 4, Crittenden, KY 41030-7430
30574062   + BreAnn Brum, 6025 SE 5th St, Midwest City, OK 73110-2249
30574068   + BreAnna Richards, 11608 West Farmington Rd., Hanna City, IL 61536-9629
30574061     Breahnna Jarrell, 598 S RICHARDSON AVE, COLUMBUS, OH 43204-3146
30574063   + Breann Todd, 1007 E 12th st, Cushing, OK 74023-5229
30574064     Breanna Eastman, 14724 East Peak View Road, Scottsdale, AZ 85262
30574065     Breanna Kelly, 580 River Rd Apt 1, Columbus, WI 53925-1707
30574067   + Breanna Martinez, 201 Andrews Road, Toccoa, GA 30577-3417
30574069     Breanna Stigter, 11907 Colima Rd, Whittier, CA 90604-3057
30574070     Breanna Wilson, 17655 112th Ave SE, Renton, WA 98055-6553
30574066   + Breanna litzow, 1416 Boscobel St, Unit B, Nashville, TN 37206-2920
30574071   + Breanne Sommer, 22608 17th Pl W, Bothell, WA 98021-9224
30574072   + Breanne Wein, 14702 Mill Spring Drive, Midlothian, VA 23112-2337
30574073     Breck Frazer, 3308 Winthrop Cir, Marietta, GA 30067-5109
30574074   + Bree Bolton, 303 Freeport Road, F, Aspinwall, PA 15215-3112
30574075   + Bree Borromeo, 11312 Camino Ruiz, San Diego, CA 92126-1633
30574076   + Bree Boswell, 3305 Evie Ct, Arlington, TX 76016-5890
30574077   + Bree Evergreen, 1230 N Chestnut St, Colorado Springs, CO 80905-1001
30574078     Bree Linsley, 89 Tenby Street, Mount Gravatt, Queensland 4122, AUSTRALIA
30574079   + Bree Loethen, 144 Lefferts Pl, 2F, Brooklyn, NY 11238-2909
30574080   + Bree Luker, 1451 Rimrock Drive, Perris, CA 92570-8957
30574081   + Bree M Dolan, 11542 delta Dr, Fowlerville, MI 48836-9730
30574082   + Breedlove, Kyle, 5N390 ROBIN LANE, WAYNE, IL 60184-2205
30574083     Breege Wagner, 176 W 8th St, Lovell, WY 82431-1513
30574084   + Breen, Jessie, 818 PLEASANT AVE, GLEN ELLYN, IL 60137-3845
30574085     Brenan Cooper, 1100 17th St Apt 2C, Columbus, IN 47201-5223
30574086     Brenda Boldt, 8202 E Sandstone Dr, Tucson, AZ 85750-9734
30574087     Brenda Browen, 41165 Sunset Ln, Hemet, CA 92544-7438
30574089     Brenda Cornelius, 10061 Carmenita Rd Apt D, Whittier, CA 90605-3202
30574090     Brenda Dozier, 2701 Wilshire Blvd Apt 404, Los Angeles, CA 90057-3230
30574091     Brenda Gonzalez, Gabriel Mancera, 42 (timbre arriba a la izquierda), Benito Juarez, Mexico City 3103, MEXICO
30574092     Brenda Hick, 10163 S Barnsley Ln, South Jordan, UT 84009-7131
30574093     Brenda Le, 6144 S Routt St, Littleton, CO 80127-4747
30574094     Brenda Luna, 813 Vermont Ave, Joplin, MO 64801-5222
30574095     Brenda Peden, 1164 N Sacramento St, Tulare, CA 93274-7660
30574096     Brenda Rupert, 54 Thruston Blvd E, Dayton, OH 45409-2253
30574097     Brenda Russ, 1700 Russtown Rd NW, Ocean Isle Beach, NC 28469-3567

District/off: 0752-1                                   User: admin                                   Page 68 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                             Total Noticed: 30719

30574098          Brenda Sloan, 7272 Tiburon Dr, Eastvale, CA 92880-3950
30574099          Brenda Tellez, 429 Main St Apt D, Delano, CA 93215-3502
30574100      +   Brenda Valencia, 840 N Catalina Ave, Tucson, AZ 85711-1129
30574101      +   Brenda Zander, 53 n pleasant, Niles, OH 44446-1134
30574088      +   Brenda coco, 7530 Shorthorn st, Chino, CA 91708-9111
30574102          Brendalynn King, 5088 Cabanne Ave, Saint Louis, MO 63113-1621
30574103      +   Brendan Bachelor, 3621 Frankford Rd, Apt 138, Dallas, TX 75287-6111
30574105          Brendan Bond, 11039 Legacy Blvd Apt 304, Palm Beach Gardens, FL 33410-3625
30574106      +   Brendan Boyer, 712 Tucker Street, Unit 421, Raleigh, NC 27603-1597
30574107          Brendan Brisendine, 2139 Almont St, Ferndale, MI 48220-1597
30574109      +   Brendan Callas, 535 N Michigan Ave, Apt. 1601, Chicago, IL 60611-3810
30574110      +   Brendan Clark Rambo, 1375 Bernard Avenue, Willow Grove, PA 19090-4701
30574111      +   Brendan Clement, 50 Jeannette Street, Bristol, CT 06010-7036
30574112      +   Brendan Endicott, 1908 Fir Ct, Somerset, NJ 08873-1691
30574113      +   Brendan Frawley, 4307 Crossgate Drive, Mechanicsburg, PA 17050-3516
30574114      +   Brendan Gair, 410 E Schiller St, Elmhurst, IL 60126-2965
30574115      +   Brendan Gallentine, 3913 Audrey Rey Ln, Howell, MI 48843-6609
30574116          Brendan Groeneweg, 1655 S NEWTON ST, DENVER, CO 80219-4557
30574117          Brendan Hawley, 215 Matt Pl, Greensboro, NC 27405-2607
30574118      +   Brendan Kates, 510 Richmond Avenue, Apt. 520, Houston, TX 77006-5583
30574119          Brendan Kirby, 2411 Wilford Dr, Toledo, OH 43615-2420
30574120          Brendan Kremer, 1569 8 Mile Rd, Cincinnati, OH 45255-2649
30574121          Brendan Looney, 75 Palmer St Apt 402, Quincy, MA 02169-3339
30574122      +   Brendan M Wiles, 3014 Suffolk Ln, Brunswick, OH 44212-1488
30574123          Brendan Mathews, 58 Meadow View Avondale, Dundalk, LOUTH, IRELAND
30574124      +   Brendan McCoobery, 59 Cedar St, Apt 1, Cambridge, MA 02140-2433
30574125          Brendan McGuire, 3009 Davis St, Oakland, CA 94601-2021
30574126          Brendan McLean, 266 Albert street, Stratford, ONTARIO N5A 3K9, CANADA
30574127      +   Brendan Murphy, 225 N Forest Street, Apt 4, Bellingham, WA 98225-5839
30574128      +   Brendan Nolan, 5589 Tamworth Drive, Colorado Springs, CO 80919-2481
30574129      +   Brendan O'Brien, 6903 47th Ave E, Tacoma, WA 98443-2304
30574130      +   Brendan O'Brien, 1429 E St., APT B, Sacramento, CA 95814-1496
30574131          Brendan Powell, 2307 Hwy 62, Bloomfield, ONTARIO K0K1G0, CANADA
30574132      +   Brendan Reed, 27 Cherry St, Drums, PA 18222-2104
30574134      +   Brendan Sasso, 333 Main Street, Apt. 124, Redwood City, CA 94063-1765
30574135      +   Brendan Shea, 412 Ozark Street, Harrison, AR 72601-1915
30574136          Brendan Tickle, 2204 Colfax Ave S, Minneapolis, MN 55405-2866
30574137      +   Brendan Tousley, 463 SW J Street, Grants Pass, OR 97526-2838
30574138      +   Brenden Bradford, 495 West 875 South, Apt. 495, Ogden, UT 84404-5296
30574139      +   Brenden Hynes, 424 Fitzner Drive, Davison, MI 48423-1950
30574140          Brenden McNiven, 1215 E Montgomery Ave, Spokane, WA 99207-2678
30574141          Brenden Scheuble, 16450 CR-5, Ramsey, MN 55303
30574142      +   Brenden Vawter, 228 Antioch Road, A, Dallas, GA 30157-3409
30574143      +   Brendon Ainsworth, 8862 Larchwood Dr, Dallas, TX 75238-3630
30574144      +   Brendon Albers, 5384 Meadowlark Dr, Rapid City, SD 57702-9016
30574145          Brendon Bird, 2200 Breckenridge Ter, Greenwood, AR 72936-6403
30574146      +   Brendon Bradburn, 9810 Oakshire Drive, Jeffersontown, KY 40299-3113
30574147      +   Brendon Celedon, 1077 East St., Grapevine, TX 76051-4130
30574148          Brendon Foster, 234 Jackson Cir, Louisville, CO 80027-1631
30574149      +   Brendon Kim, 7080 Mongoose Trl, Gainesville, VA 20155-3314
30574150          Brendon Lyra, 6265 Sand Lake Vista Dr Apt 5121, Orlando, FL 32819-3514
30574152          Brenna Challis, 2295 S Hoyt St, Lakewood, CO 80227-2231
30574153      +   Brenna Gamez, 8489 N Camino Rica Dr, Casa Grande, AZ 85194-7638
30574154      +   Brenna Hughes, 219 Sonoma Drive, DE, OH 43015-9152
30574155      +   Brenna J. DuBois, 7707 Pleasant Meadow Drive, SPRING, TX 77379-3162
30574156      +   Brenna Kokichi-Williamson, 8610 EP True Parkway, Suit 14003, West Des Moines, IA 50266-8163
30574157          Brenna Lee, 30 Fernlea Avenue, Rowville, Victoria 3178, AUSTRALIA
30574158          Brenna Meyer, 20149 Bogus Creek Ln, Whitewood, SD 57793-5300
30574159      +   Brennan G Johns, 3539 Sapphire Dr, Adrian, MI 49221-8656
30574160      +   Brennan Hunt, 621 w 65th Street, Apt. 6, Westmont, IL 60559-2871
30574161      +   Brennan Keller, 15850 Chippendale Avenue West, Apt 210, Rosemount, MN 55068-3020
30574162      +   Brennan Leon, 815 N 52nd St, Apt. 2442, Phoenix, AZ 85008-7948
30574163      +   Brennan Moyes, 7019 S Inglenook Cove, Apt. 1301, Midvale, UT 84047-5344

30574164   +   Brennan R Showalter, 6682 Oakfield Street Northeast, East Canton, OH 44730-1956
30574165   +   Brennan Retzer, 1000 SW Vista Ave, Apt 105, Portland, OR 97205-1131
30574167   +   Brennan Welch, 33 Beekman St, 1512, NY, NY 10038-1503
30574168      Brennen Cieslak, 12455 47th St NE, Saint Michael, MN 55376-9559
30574169   +   Brennen McGivern, 221 Boston Hollow Road, Elizabeth, PA 15037-2062
30574170      Brennon Short, 5994 Bob s Ct, Liberty, NC 27298
30574171      Brent & Jayma Davis, 2440 Winton Ter W, FORT WORTH, TX 76109-1152
30574172   +   Brent Applegate, 1302 w birch dr, Rogers, AR 72758-5018
30574173   +   Brent Barrrett, 2002 Fisch Drive, Apt. 15, Fort Collins, CO 80526-2268
30574174   +   Brent Bartholomew, 1730 S El Camino Real, H206, Encinitas, CA 92024-4984
30574175   +   Brent Carter, 2220 Peachtree Lane, Lewisville, TX 75067-2017
30574176      Brent Coxall, 61 Temple St, Gardner, MA 01440-2303
30574177   +   Brent Crowder, 1326 east 343rd street, Eastlake, OH 44095-3017
30574179   +   Brent Faiyaz, 2699 1/2 N Beachwood Dr, Suite 524, Los Angeles, CA 90068-2339
30574180   +   Brent Gonzalez, 15201 San Jose St., Mission Hills, CA 91345-2528
30574181   +   Brent Harris, 7034 Leisure Lane, Apt. 7034, Louisville, KY 40229-1668
30574182      Brent Leif, 2876 Paseo Ln, San Jose, CA 95124-1958
30574183      Brent Merydith, 1013 MAIN ST, KEOKUK, IA 52632-4663
30574184      Brent Siegmund, 15640 Anders Ct, Brookfield, WI 53005-2801
30574185      Brent Tindall, 453 Squamish Lane West, Lethbridge, AB T1K 7W7, CANADA
30574186   +   Brent Voiles, 249 West 2nd Street, 4, Waynesboro, PA 17268-2635
30574187   +   Brent Webb, 285 N Rutherford Blvd., Apt. D-302, Murfreesboro, TN 37130-8529
30574188      Brent Weidner, 614 Lena Way, Fort Mill, SC 29708-8914
30574189   +   Brent Williams, 2918 Silverplume Drive, C2, Fort Collins, CO 80526-2402
30574190      Brent Wilson, 944 Garfield Ave, Glenside, PA 19038-1909
30574191   +   Brenton Van Ooyen, 10541 W La Reata Ave, Avondale, AZ 85392-4660
30574192   +   Bret P Coale, 1404 W Sunset Ave, Decatur, IL 62522-2740
30574193      Breteau Antoine, 620 Chemin des Teppes, Alixan, Rh ne-Alpes, 26300, FRANCE
30574194   +   Brethauer, 9303 Glencoe Dr, Apt. 202, Verona, WI 53593-9304
30574195      Brett Anderson, 3120 Sussex Rd, Long Lake, MN 55356-8300
30574196      Brett Beard, 14275 Michigan St, Eagle, MI 48822-5109
30574197      Brett Blake, 760 W 43rd St Apt 1111, Kansas City, MO 64111-3100
30574198      Brett Brownlee, 101 Creekside Dr, Cibolo, TX 78108-3250
30574199      Brett Byers, 32 Assoro Crescent, Kingston, Ontario K7K 5K8, CANADA
30574200   +   Brett Clark, 954 N Main Street, Eagleville, TN 37060-4736
30574201      Brett Collins, 16 OLD LANDING RD, TIBURON, CA 94920-1110
30574202   +   Brett Craskey, 3406 Juliet st, Pittsburgh, PA 15213-4423
30574203      Brett Cromwell, 28 Surrey Ln, Lowell, MA 01852-1513
30574204      Brett Fetter, 548 Twin View Ct, Graniteville, SC 29829-6063
30574205   +   Brett Fyfe, 406 Lawndale DR, Richardson, TX 75080-1811
30574206   +   Brett Gordon, 1729 Brookside Lay Circle, Norcross, GA 30093-1120
30574207      Brett Hankewitz, Kalda tee 20, Apt. 42, Tartu, TARTUMAA 50704, ESTONIA
30574208      Brett Hulsmeyer, 126 Millside Ln, Madison, AL 35758-8379
30574209      Brett Johannes Hankewitz, Kalda tee 20, Apt. 42, Tartu, TARTUMAA 50704, ESTONIA
30574210   +   Brett Kaufman, 315 Buchanan St NE, Apt. 8, Minneapolis, MN 55413-2547
30574211      Brett Kozisek, 511 Jefferson St, Centralia, WA 98531-2441
30574212   +   Brett M Lipschultz, 620 Monroe St, Apt 4, Hoboken, NJ 07030-6877
30574213   +   Brett McDavid, 148 Camino Real, Fort Collins, CO 80524-8906
30574214   +   Brett McIlvene, 10 Patriot Pkwy, Apt. 413, South Weymouth, MA 02190-0019
30574215      Brett Nicholas Burns, 647 Neal Dr, Rossville, GA 30741-3492
30574216   +   Brett Pawlak, 924 Sugar Pear Street, Saint Charles, MO 63301-4432
30574217   +   Brett Pawlak, 924 Sugar Pear Street, St. Charles, MO 63301-4432
30574218      Brett Peters, 897 STONE RD, ROCHESTER, NY 14616-4432
30574219   +   Brett Ryan, 4921 Greenfield Dr, Fort Wayne, IN 46835-2316
30574220   +   Brett Snyder, 9418 Delancey Drive, Vienna, VA 22182-3409
30574221   +   Brett Stafford, 3194 Riverview Drive nw #3A, 3A, Walker, MI 49544-8544
30574222      Brett Sue, 2798 W SUNSET BLVD, LOS ANGELES, CA 90026-2102
30574223   +   Brett Taylor, 9868 Heron Pointe Drive, Orlando, FL 32832-5962
30574224      Brett Wallin, 3316 S Tallow Tree Dr, St George, UT 84790-2313
30574226   +   Brett Williams, 3115 52nd PL Ne, Tacoma, WA 98422-4561
30574227      Brett Wilson, 5054 Gardenia Cir, C/O Laura Miller, Marietta, GA 30068-4613
30574228      Bri Woodhams, 801 Stonebriar St, Simpsonville, SC 29681-6936
30574229      Bria Jamison, 568 Havers Hill Rd, Jefferson, PA 15344

District/off: 0752-1      User: admin      Page 70 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

30574230   + Bria Johnson, 8390 s sublette circle, sandy, UT 84093-1164
30574231   + Bria Vanwagoner, 2036 Autumn Ridge Way, Spring Hill, TN 37174-4507
30574232   Brian, St Ronan's Terrace, Castletown road, Apt. 5, Dundalk, LOUTH A91 KOY7, IRELAND
30574233   Brian Abiva, PO Box 222, Aiea, HI 96701-0222
30574234   + Brian Allen Gahagan, 2009 Democracy Pt, Colorado Springs, CO 80908-5258
30574235   + Brian Appleby, 826 Ewing Drive, Westminster, MD 21158-4203
30574236   + Brian Austin, 106 Summitridge, Madison, AL 35757-8600
30574237   + Brian Ayala, 7251 W Lawrence Ave, Apt 5B, Harwood Heights, IL 60706-3548
30574238   + Brian Baecker, 3042 Santa Paula Dr, Concord, CA 94518-2854
30574239   + Brian Baer, 3053 N Sparkman Blvd, Tucson, AZ 85716-1608
30574240   Brian Belko, 1627 Citrus Hills Ln, Escondido, CA 92027-4622
30574241   + Brian Berman, 101 California Ave, Apt. 905, Santa Monica, CA 90403-3522
30574242   + Brian Bilicki, 3257 W Lakefield Drive, Milwaukee, WI 53215-4242
30574243   + Brian Bissonnette, 201 NE 41st Pl, Apt B, Gainesville, FL 32609-4104
30574245   + Brian Bouyea, 18 railroad st, wakefield, RI 02879-2453
30574246   + Brian Bullington, 1768 W Ainslie St., Chicago, IL 60640-3420
30574247   + Brian Carmine, 102 South St, Apt 5, Boston, MA 02111-2872
30574248   Brian Carmona, 504 S SPRING ST, AMARILLO, TX 79104-2225
30574249   Brian Carroll, 34 Faye Ave, New Windsor, NY 12553-7708
30574250   + Brian Cavinal, 66 Progress Avenue, Apt. 2, Providence, RI 02909-3002
30574251   Brian Chandler, 2337 Jefferson St, Wilmington, NC 28401-7070
30574252   + Brian Christopher Pitman, 1704-B Clark Lane, B, Redondo Beach, CA 90278-4102
30574253   + Brian Cuevas, 48 Berry Street, Dover, NJ 07801-2885
30574254   + Brian D Klejsmyt, 133 Saratoga Rd, J15, Glenville, NY 12302-4152
30574255   + Brian Dorn, 3000 Prado Street, Unit A, AUSTIN, TX 78702-3647
30574256   + Brian Dylla, 111 President Avenue, Lavalette, NJ 08735-2151
30574257   + Brian Faiola, 936 north main street, Akron, OH 44310-2149
30574258   Brian Figueroa, 1830 W Maplewood Dr, Tucson, AZ 85746-3162
30574259   + Brian Garza, 7003 Hallie Spirit, San Antonio, TX 78227-4866
30574260   Brian George, 528 Eisenhower Dr, Frederick, MD 21703-8415
30574261   + Brian Ginn, 5080 Nimtz Rd, Loves Park, IL 61111-3936
30574262   Brian Giwojna, 5155 Lakebrooke Run, Stone Mountain, GA 30087-3401
30574263   Brian Goul, 2603 Acushnet Ct, Louisville, KY 40242-6904
30574264   + Brian Graham, 9301 Whistle Stop Pl, D2319, Dallas, TX 75231-1150
30574265   Brian Gruidl, 3132 Nevada Ave S, St Louis Park, MN 55426-3219
30574266   + Brian Gutierrez, 2053 Silvercrest Drive, Unit 13B, Myrtle Beach, SC 29579-4228
30574267   + Brian Guzman, 6 Mountain Street, Swoyersville, PA 18704-1315
30574268   Brian Hahn, 1980 Madison 212, Fredericktown, MO 63645-8409
30574269   + Brian Harper, 5000 Sadler Place Terrace, Glen Allen, VA 23060-6198
30574270   Brian Hermiller, 942 E FRANKLIN ST, KENTON, OH 43326-2000
30574271   + Brian Hernandez, 801 E McKellips Rd, 3-A, Tempe, AZ 85288-1373
30574272   + Brian Hubert, 23 WADSWORTH STREET, REAR, Buffalo, NY 14201-1303
30574273   + Brian Huntley, 3325 Monroe Street, P.O Box 254, Carrollton, MI 48724-0254
30574274   + Brian J Castillo, 6025 S Major Ave., Chicago, IL 60638-4509
30574275   Brian Jacobi, 904 PHEASANT WOODS DR, MANCHESTER, MO 63021-4309
30574276   Brian Jay Vendiola, 59 Magpie Way, Whitby, ONTARIO L1N 0K7, CANADA
30574277   Brian Johnson, 8061 Dibble Ave NW, Seattle, WA 98117-3244
30574278   + Brian Juarez, 5506 grant grove st, Bakersfield, CA 93307-7676
30574279   + Brian Juda, 111 Woodsman Ridge Driv, Zelienople, PA 16063-9302
30574281   + Brian Kariott, 3234 n elston ave, Apt. 3, Chicago, IL 60618-9608
30574282   + Brian Keokot, 9127 Provencial Court, Elk Grove, CA 95624-1350
30574283   + Brian Kurtz, 2550 NE 51st St, Apt. 207, Fort Lauderdale, FL 33308-4122
30574284   + Brian Lamson, 609 Anderson Rd, Apt 275, Davis, CA 95616-3541
30574285   + Brian Leatherman, 3511 Farragut Avenue, Kensington, MD 20895-2125
30574286   Brian Leight, 2391 Joel Dr, North Bellmore, NY 11710-2111
30574288   + Brian Lenz, 881 Meadowsweet Cir, Sun Prairie, WI 53590-4318
30574290   Brian Lucett, 48 Paloma Ave Apt 3, Venice, CA 90291-2416
30574291   Brian Maiuri, 50468 Peggy Ln, Chesterfield, MI 48047-1819
30574292   Brian Marx, 141 E 12th St, Holland, MI 49423-3663
30574293   + Brian Matthew Kerns, 1428 E Kent Ave, Chandler, AZ 85225-1504
30574294   + Brian Melendez, 7509 Woodside Ln, Apt, 32, Lorton, VA 22079-2034
30574295   + Brian Millhorn, 11 Garden Court, Apt. 7, Belmont, CA 94002-3589
30574296   + Brian Moreau, 136 Ratta Road, Chazy, NY 12921-1717

District/off: 0752-1                          User: admin                                    Page 71 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                              Total Noticed: 30719

30574297    + Brian Mullins, 3032 S Newington Lane, West Valley City, UT 84120-6196
30574298      Brian Noga, 4630 W 226th St, Fairview Park, OH 44126-2516
30574299      Brian O'Donnell, 41 Anglesea Road, Dublin 4, Dublin D04 H2K2, IRELAND
30574300    + Brian Pappadopoli, 143 Rosehall Drive, Lake Zurich, IL 60047-6235
30574301    + Brian Peck, 8105 Buzz Aldren Ct, Browns Summit, NC 27214-9219
30574302    + Brian Peterson, 812 Main St, Bennington, VT 05201-2636
30574303      Brian Pinsky, 1450 Tamarack Ave, Brea, CA 92821-2163
30574304    + Brian Poole, P.O. Box 682, Spring City, TN 37381-0682
30574306    + Brian Rhoten, 418 NE Miguel St, Roseburg, OR 97470-3663
30574307    + Brian Rivas, 710 Grand Street, Apt. 2, Hoboken, NJ 07030-7669
30574308      Brian Romine, PO Box 143, Shepherdstown, WV 25443-0143
30574309      Brian Root, 4 HARBOR CT, CENTERPORT, NY 11721-1105
30574310    + Brian S. Lenhart, 465 High Meadows Village Drive, Powell, OH 43065-9366
30574311    + Brian Sarniak, 2813 SE 38th St, Moore, OK 73160-9710
30574312      Brian Schmidt, 1721 Underwood Ave, Wauwatosa, WI 53213-2233
30574313    + Brian Schmitt, 3434 W Mclean Avenue, 2F, Chicago, IL 60647-7007
30574314      Brian Shepherd, 806 Landsowne Ave, Apt. 313, Toronto, ONTARIO M6H4K2, CANADA
30574315      Brian Sippel, 117 Alan Drive, MONTGOMERY CITY, MO 63361-2101
30574316    + Brian Sowka, 884 Leahy circle, Des Plaines, IL 60016-5943
30574317      Brian Templeton, 7 Levenview Apartments, 135 Main Street, 7, Dunbartonshire, Scotland G82 4NL, UNITED KINGDOM
30574318      Brian Titcomb, 1224 Avenida Amistad, San Marcos, CA 92069-7386
30574319      Brian Vermillion, 7938 Ridgegate West Dr, Indianapolis, IN 46268-1830
30574320      Brian Villagrana, 450 Overhill Dr, San Antonio, TX 78228-4829
30574321      Brian Vinik, 442 W 45th St Apt 1RW, NY, NY 10036-3558
30574322    + Brian Walker, 1330 E 4750 S, Apt C8, Salt Lake City, UT 84117-8008
30574323    + Brian Whalen, 282 11th Ave., Apt. 1106, NY, NY 10001-1264
30574324      Brian Whitehead, 312-324 Windsor Rd, Unit 31, Baulkham Hills, NEW SOUTH WALES 2153, AUSTRALIA
30574325    + Brian Yauger, 460 Belmont Ave NE, Warren, OH 44483-4941
30574326    + Brian Zarotny, 270 Knollwood Way, Manchester, NH 03102-7802
30574280    + Brian kaliszak, 17507 old farm lane, New freedom, PA 17349-8702
30574289    + Brian louden, Po box 25750, Christiansted, VI 820, VIRGIN ISLANDS 00824-1750
30574328    + Briana Breault, 1071 Bayfield Drive, Beavercreek, OH 45430-1201
30574329    + Briana Holbrook, 2110 Breezeway Dr, Apt. 103, Raleigh, NC 27614-6757
30574330    + Briana Warner, 7824 Main ST, Middletown, VA 22645-9592
30574331    + Briana West, 4831 Redwood Dr, Fairfield, OH 45014-1683
30574332    + Briann Ortiz, 508 N Cherry Street, Aubrey, TX 76227-9431
30574333      Brianna Adams, 428 Lincoln Ave, Troy, OH 45373-3132
30574334      Brianna Alley, 3802 Little Bluestem Dr, Owensboro, KY 42303-8302
30574335      Brianna Baker, 348 Central Ave., Glyndon, MD 21071
30574336    + Brianna Baker, 10746 Faulkner Ridge Cir, Columbia, MD 21044-2236
30574338    + Brianna Calderon-Gallegos, 2819 Twilight St, Caldwell, ID 83605-6645
30574340      Brianna Cassidy, 185 North St, Stoneham, MA 02180-2107
30574339      Brianna Cassidy, 470 Rifle Range Road, Sandford, Tasmania, 7020, AUSTRALIA
30574341    + Brianna Ceballos, 1123 W Wisconsin Rd, Edinburg, TX 78539-7902
30574343      Brianna Chew, 27 Hazelwood Close Greenpark Clondalkin, Dublin, Leinster, D22V085, IRELAND
30574344      Brianna Chouinard, 601 Virginia Ave, East Lansing, MI 48823-3632
30574345      Brianna Cukierman, 6737 NW 101st Ter, Parkland, FL 33076-2926
30574346      Brianna Gallagher, 2055 Napoleon Rd Unit 8B, Bowling Green, OH 43402-4681
30574347    + Brianna Gervais, 170 Summer St., Apt. 4, Arlington, MA 02474-2934
30574348      Brianna Gonzalez, 6248 W Kenyon Ave, Denver, CO 80235-2606
30574349      Brianna Green, 329 4th Ave E, Halstad, MN 56548-4119
30574350      Brianna Ingrey-ferris, 68 Donahue Circuit, Harrington Park, NSW 2567, AUSTRALIA
30574351    + Brianna Jackson, 162 Briarwood Dr, Apt. 162, Johnstown, OH 43031-1100
30574352      Brianna Leyte, 9 Adeyville Road, Clarenville, NEWFOUNDLAND AND LABRADOR A, CANADA
30574353      Brianna Marr, 3411 Cummins Rd, Borden, IN 47106-8734
30574354      Brianna Martin, 362 Sinking Creek Rd, Pembroke, VA 24136-3091
30574355      Brianna McCarron, 409 Lynndale Dr, Akron, OH 44313-4915
30574356    + Brianna Nelson, 301 Alonzo Ct, Apt A, Oceanside, CA 92058-7516
30574357      Brianna Nelson, 672 N Lewis Ave, Lindenhurst, NY 11757-2916
30574358    + Brianna Rajchel, 8626 South Wickford Drive, Oak Creek, WI 53154-7422
30574359      Brianna Reese, 27 Midwood Ave, Nesconset, NY 11767-2027
30574360    + Brianna Reynolds, 421 E Tamarack Ave, Apt. 61, Inglewood, IN 90301-6332
30574361    + Brianna Ricardez, 5235 Leon St, Oceanside, CA 92057-3650

District/off: 0752-1 | User: admin | Page 72 of 507
Date Rcvd: Jan 04, 2024 | Form ID: 309C | Total Noticed: 30719

30574362 + Brianna Robinson, 89 Morris Street, New Bedford, MA 02745-2936
30574363 + Brianna Spillers, 499 White Chapel rd, Carriere, MS 39426-9297
30574364 + Brianna Spurgeon, 2046 Archangel, Huntington, IN 46750-4188
30574365 + Brianna Swaney, 413 Mapleview Dr, Apt 2B, Pittsburgh, PA 15220-4112
30574366 + Brianna Swedberg, 151 Bermuda Dr, Mankato, MN 56001-4122
30574368   Brianna Zelten, W2146 Tim Dr, Brillion, WI 54110-9155
30574367 + Brianna wollard, 207 Santa Clara Ave, Aptos, CA 95003-4418
30574370   Brianne Lester, 102 DUDLEY AVE, ENDICOTT, NY 13760-4749
30574371   Brianne Roselle, 12 Charles Pl, Huntington Station, NY 11746-3220
30574372   Brianne Wenzel-Alejandro, 12327 Mahoney Ml, San Antonio, TX 78252-2841
30574369 + Brianne bowers, 600 Crestview Dr, Apt. 5, Greeneville, TN 37745-0977
30574374   Brice Bauman, 10015 Langston St, Rancho Cucamonga, CA 91730-2949
30574375 + Brice Gibson, 255 Owen Acres Dr, Macclenny, FL 32063-4312
30574376   Bridger Ridenour, 1020 E 18th Ave Apt 2, Eugene, OR 97403-1313
30574377   Bridger Trap, 500 N DUKE ST APT 54-308, DURHAM, NC 27701-2062
30574378   Bridget Bridget, 2170 Biscayne Spgs, Costa Mesa, CA 92627-1955
30574379   Bridget Buckley, 208 E Welch Ave, Columbus, OH 43207-1115
30574380 + Bridget Burns, 7039 Red Bud Circle, Charlotte, NC 28214-9324
30574381   Bridget Bush, 3913 Philip Ludwell, Williamsburg, VA 23188-1400
30574382   Bridget Galli, 5351 Willow Glen Pl, Castro Valley, CA 94546-1548
30574383 + Bridget J Hill, 929 9th Ave, Valencia, PA 16059-1407
30574384   Bridget Merritt-Carr, 401 York St., Apt. 104, Fredericton, NEW BRUNSWICK E3B 3P8, CANADA
30574385 + Bridget Moyer, 1137 N Sherman St, Apt 19, Denver, CO 80203-2258
30574386   Bridget Peters, 1225 Waterstone Park Cir, Hillsborough, NC 27278-9877
30574387   Bridget Sibary, PO Box 102, Arcadia, MI 49613-0102
30574388 + Bridget Trahan, 3734 Bent Springs Lane, Katy, TX 77449-8142
30574389   Bridgette Fly, 447 Manor View Dr, Knoxville, TN 37923-2650
30574390   Bridgette Gracie, 31 Mathews Street, Cobar, NEW SOUTH WALES 2835, AUSTRALIA
30574392 + Bridgette Lopez, 222 W. Twickenham Trl, Houston, TX 77076-2023
30574393   Bridie Gilgan, 30 Bryony House, Bracknell RG42 1PH, UNITED KINGDOM
30574395 + Brie Wood, 17105 Sweet Place, Charleston, SC 29492-2835
30574394   Brie ray, 56 Herbert Cir, Patchogue, NY 11772-1733
30574396 + Brien Andersen, 12303 Stoneridge Gap Lane, Manor, TX 78653-4692
30574397 + Brien G Perkins, 13000 53rd Dr SE, Everett, WA 98208-9551
30574398 + Brien Mann, 9571 N Flynn way, Tucson, AZ 85742-5141
30574399 + Brigand Wientge, 1207 Wilmington Rd, Lebanon, OH 45036-9747
30574400 + Briggs Boeser, 127 Greenbelt Ct, Summerville, SC 29485-9216
30574403 + Brigid O Hara, 211 KEGLEY RIVER RD, PRINCETON, WV 24740-7044
30574404   Brigit Bradakis, 6700 Routenburn St, Austin, TX 78754-3994
30574405 + Brigitte Baker, 1900 7TH ST S, Apt. 219, LA CROSSE, WI 54601-5272
30574406   Brigitte Labb, 1406 Rue des Zircons, Levis, QC G6W 7T6, CANADA
30574407   Brinda Neela, Antaliea Homes, Agrahara Badavane, Yelah, Villa 42, Bengaluru, Karnataka, 560064, INDIA
30574408   Brindie Lever, 823 Elmwood Pl, West Fargo, ND 58078-3228
30574410   Brinnley Freemantle, 60 Pinheiro Cir, Novato, CA 94945-6805
30574409   Brinnley Freemantle, 2145 McNary Complex, Oregon State University, Corvallis, OR 97331-1409
30574411 + Brion Baskerville, 1401 E Gary Pl, Anaheim, CA 92805-5732
30574412 + Briony Fryfogle, 564 S Denali St, Palmer, AK 99645-6447
30574413   Brisa Copas, 2725 Alice Lake Place, Coquitlam, BC V3C 5W8
30574415   Bristol Torrez, 6638 Ivory Dove Ct, Las Vegas, NV 89148-5320
30574416   Brit Dannen, 305 Walnut Ln, Eugene, OR 97401-6640
30574417 + Britan Normine-Caputo, 6237 W Haleh Ave, Las Vegas, NV 89141-8519
30574418   Britian Abell, 3124 Treaty St, North Pole, AK 99705-6743
30574419   Britnee Anaya, 618 Parkington Ln, Cary, NC 27513-6201
30574420 + Britney Adams, 6845 N Sunglow Ave, Garden City, ID 83714-5185
30574421 + Britney Beals, 4107 NE 5TH ST, Apt. 218, Renton, WA 98059-4708
30574422 + Britney Rose Fain, 513 NE 5th St, Lexington, OK 73051-9006
30574423 + Britny Hernandez, 1683 Silver Meadow Circle, Colorado Springs, CO 80951-3200
30574424 + Brito, Marco, 29W565 WINCHESTER CIRCLE SOUTH APT, WARRENVILLE, IL 60555-2465
30574426 + Britt Hamblin, 10288 se 43rd AVE, B4, Milwaukie, OR 97222-5872
30574427   Britt Miller, 1308 16th St, Huntsville, TX 77340-4432
30574428   Britt Semenow, 389 N 000 East Rd, Cerro Gordo, IL 61818-4014
30574429   Britta Glassl GB62983, 8578 NW 70th Street, #GB62983, Miami, FL 33195-2671
30574430   Brittain Zimmerman, 630 S 3RD ST, JACKSONVILLE, OR 97530-9789

| District/off: 0752-1 | User: admin | Page 73 of 507 |
|---|---|---|
| Date Rcvd: Jan 04, 2024 | Form ID: 309C | Total Noticed: 30719 |

| | | |
|---|---|---|
| 30574431 | | Brittan McLaughlin, PSC 482 Box 3066, FPO, AP 96362-0031 |
| 30574432 | | Brittaney Wrench, 3996 Faison Hwy, Clinton, NC 28328-6132 |
| 30574433 | + | Brittani Klaverkamp, 1709 Gaelic Road, Saint Augusta, MN 56301-8709 |
| 30574434 | + | Brittanie Meredith, 18797 E 51st Pl, Denver, CO 80249-8285 |
| 30574435 | + | Brittany Aaron, 11226 Glenmoor Cir, Parker, CO 80138-3157 |
| 30574436 | | Brittany Albert, 10537 Wallingsford Cir, Dayton, OH 45458-5054 |
| 30574437 | | Brittany Blevins, 812 Considine Ave, Cincinnati, OH 45205-2338 |
| 30574438 | + | Brittany Brewer, 1538 Cahill Drive, East Lansing, MI 48823-4725 |
| 30574439 | | Brittany Burman, 3613 W Harrison St, Chandler, AZ 85226-2225 |
| 30574440 | | Brittany Cockrum, 4842 Riverwood Pl, Birmingham, AL 35242-4329 |
| 30574441 | | Brittany Cook, 710 Preston Ct, Rochester Hills, MI 48307-4596 |
| 30574442 | | Brittany Damazio, 809 S Lamar St, Weatherford, TX 76086-5113 |
| 30574444 | + | Brittany DeWitt, 290 E 4800 S, Ogden, UT 84405-6215 |
| 30574445 | + | Brittany DeWitt, 290 E 4800 South, Ogden, UT 84405-6215 |
| 30574443 | + | Brittany Dennis, 113 Mill Grove Drive, Audubon, PA 19403-2107 |
| 30574446 | | Brittany Dies, 7617 Hoff Ln, Knoxville, TN 37938-4534 |
| 30574447 | | Brittany Donovan, 431 SE Thanksgiving Ave, Port St Lucie, FL 34984-4733 |
| 30574448 | + | Brittany Dunn, 650 S Gaines St, apt 1005, portland, OR 97239-4768 |
| 30574449 | | Brittany Ebbs, 11 Penrose Avenue, East Hills, NEW SOUTH WALES 2213, AUSTRALIA |
| 30574450 | + | Brittany Elder, 2432 Bettis Dr., Azle, TX 76020-1932 |
| 30574451 | + | Brittany Evans, 1407 Commercial St, Bellingham, WA 98225-4309 |
| 30574452 | | Brittany Fye, 99 Church St, Dickinson Center, NY 12930-2300 |
| 30574453 | + | Brittany Humburg, 6449 North CR 200E, Frankfort, IN 46041-8066 |
| 30574455 | | Brittany Longman, 405 Maxwell Crescent, Regina, Saskatchewan S4N 5X9, CANADA |
| 30574456 | + | Brittany Loring, 2033 Garner St, Lomita, CA 90717-3228 |
| 30574457 | + | Brittany Lowden, 99 vernon ave, Apt. 1, Belle vernon, PA 15012-2339 |
| 30574458 | + | Brittany Martinez, 780 Harvard Drive, Neenah, WI 54956-3514 |
| 30574459 | | Brittany McVey, 6208 Huckleberry Ln, Liberty Twp, OH 45011-9202 |
| 30574460 | | Brittany Richardson, 18 Homestead Dr # 1/2, Fairport, NY 14450-1537 |
| 30574461 | + | Brittany Rogers, 236 Walnut St., Damiansville, IL 62215-1366 |
| 30574462 | + | Brittany Rose, 2643 Beacon Hill Ct, Apt 206, Auburn Hills, MI 48326-4225 |
| 30574463 | | Brittany Sedor, 103 Denrose Dr, Amherst, NY 14228-2632 |
| 30574464 | + | Brittany Shanahan, 394 boyd dr, richmond hill, GA 31324-4156 |
| 30574465 | + | Brittany Sigaty, 3571 w 94th ave, Westminster, CO 80031-2700 |
| 30574468 | | Brittany Smith, 973 Apple Ct, Aurora, IL 60505-1444 |
| 30574466 | + | Brittany Smith, 12005 Rotherham Dr, Austin, TX 78753-6843 |
| 30574469 | + | Brittany Stone, 221 Saint Mary's St, Dubuque, IA 52001-6950 |
| 30574470 | | Brittany V, 20509 Phebe Foster St, Manor, TX 78653-2740 |
| 30574471 | + | Brittany Voll, 3629 Marlbrook Drive, Toano, VA 23168-9059 |
| 30574472 | + | Brittiany Johnson, 10801 Pickfair Dr, Austin, TX 78750-3709 |
| 30574473 | + | Brittney Back, 5100 51st Ave N, Crystal, MN 55429-3610 |
| 30574474 | + | Brittney Baldwin, 81 S 200 E, Providence, UT 84332-9613 |
| 30574475 | + | Brittney Barton, 7663 Indian Springs Rd, Dallas, TX 75248-5606 |
| 30574476 | | Brittney Gallagher, 481 A Kingscourt Drive, Waterloo, Ontario N2K 2X9, CANADA |
| 30574477 | + | Brittney Jo Nicolulis, 5785 Perrin Street, West Linn, OR 97068-3228 |
| 30574478 | | Brittney McCann, 14641 Saint Georges Hill Dr, Orlando, FL 32828-8037 |
| 30574479 | + | Brittney Morrison, 5200 44th AVE S, Apt. 201, FARGO, ND 58104-4454 |
| 30574480 | + | Brittney Plahn, 10722 Water Front Lane, Fishers, IN 46040-9025 |
| 30574481 | + | Brittney Spencer, 509 Craighead St., #110, Nashville, TN 37204-2319 |
| 30574482 | + | Brittney Tyler, 309 Beadling Road, Pittsburgh, PA 15228-1120 |
| 30574483 | + | Britton Olsen, 418 Narvarez Ave, St Augustine, FL 32084-9028 |
| 30574484 | + | Broccolini McBitchkinz, 3091 Hawks Ave, Ann Arbor, MI 48108-1353 |
| 30574485 | | Brock Griffin, 1501 10th avenue east, Prince Rupert, BC V8J 2V4, CANADA |
| 30574486 | | Brock Gross, 1020 Copper Falls Ct, Modesto, CA 95355-8957 |
| 30574487 | | Brock Herring, 309 Mill Creek Dr, Fuquay Varina, NC 27526-8586 |
| 30574488 | | Brodi Amos, 1301 W Koenig Ln Apt 122, Austin, TX 78756-1428 |
| 30574489 | + | Brodie Blizzard, 123 Valhalla Dr, Columbia, SC 29229-8615 |
| 30574490 | | Brody Bolger, 2305 loop road, Wilberforce, ONTARIO K0L3C0, CANADA |
| 30574491 | | Brody Krause, 13465 Thorncreek Cir, Thornton, CO 80241-3903 |
| 30574492 | | Brody Noel, 2202 E Blacklidge Dr, Tucson, AZ 85719-2807 |
| 30574494 | + | Brody Pitman, 630 Greenbriar Dr., Harrodsburg, KY 40330-1276 |
| 30574493 | | Brody parker, 100 verna court, Perth, WA 6164, AUSTRALIA |
| 30574496 | | Brogan Cameron, 90A Windmill Road, 2, Dartmouth, NS B3A 1C7, CANADA |

District/off: 0752-1                          User: admin                                    Page 74 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30574497  + Brogan Leonard, 231 Mooring Circle, B, Lakeway, TX 78734-4079
30574495  + Brogan ankenbauer, 6663 rusty ridge ln, Katy, TX 77449-6333
30574499  + Broken Press, 5215 11th Ave. NW, Seattle, WA 98107-3705
30574500  + Brook Bloomer, 2550 Twin Oaks Court, Apt. 31, Decatur, IL 62526-5812
30574501    Brook Brown, 180 S 1000 E, Campus View Suites Ii 210-D1, St George, UT 84770-3321
30574502    Brooke Ameling, 3770 Hill Ave Apt 117, Toledo, OH 43607-2628
30574504    Brooke Anderson, 4444 Arden View Ct, Arden Hills, MN 55112-1945
30574505    Brooke Attwood, 3 Piccolo Crt Mornington, Hobart, TASMANIA 7018, AUSTRALIA
30574507  + Brooke Bond, 9803 Azure Lake Dr, Magnolia, TX 77354-6925
30574506  + Brooke Bond, 327 Newcomb Ln, College Station, TX 77845-7779
30574509  + Brooke Borowski, 9501 Buck Haven Trail, Tallahassee, FL 32312-3772
30574510    Brooke Boyer, 2903 Regent Square Ct Apt 4, Goshen, IN 46526-6170
30574511    Brooke Burnham, 4 Queens Way Apt 1, Waterville, ME 04901-5267
30574512  + Brooke Byron, 402 Garden Way, Colton, CA 92324-3074
30574513    Brooke Dant, 331 Halket St Apt 2, Pittsburgh, PA 15213-3135
30574514  + Brooke Dziewiatkowski, 615 Woodchuck Trail, Oswego, IL 60543-7117
30574515  + Brooke Edwards, 9331 Meadowfield court, V, Glen Allen, VA 23060-2393
30574517    Brooke Glavich, 3694 Feliz Creek Rd, Hopland, CA 95449-9701
30574519  # Brooke Hodge, 1456 W 110th St Apt 5, Cleveland, OH 44102-2427
30574520    Brooke Imbordino, 1879 Trinity Mill Dr, Dacula, GA 30019-1015
30574521    Brooke Jiggens, 7015 Airline Ave, Urbandale, IA 50322-2653
30574524  + Brooke MacDiarmid, 4112 49th Ave S, Seattle, WA 98118-1230
30574525    Brooke Mancini, 4309 E Berkeley St, Springfield, MO 65809-3500
30574526  + Brooke Massman, 7992 saddlebrook dr, Port St. Lucie, FL 34986-3129
30574527  + Brooke Morgenstein, 238 Claremont Ave, Unit 1, Verona, NJ 07044-2559
30574528    Brooke Ohnoutka, 1921 Monterey Dr, Lincoln, NE 68506-2349
30574529    Brooke Plonka, 330 E 39th St Apt 22K, NY, NY 10016-2123
30574530  + Brooke Tennison, 659 N Fall Creek Dr, Vineyard, UT 84059-6534
30574531    Brooke Timp, 3809 Polk St NE, Columbia Heights, MN 55421-4026
30574532  + Brooke Van Duin, 12614 Carmel country rd, Apt. 45, San diego, CA 92130-3102
30574533  + Brooke Voisard / Attn: Marisa Voisard, 94 E Patterson Ave, Columbus, OH 43202-2945
30574534  + Brooke Waite, 7221 Wayfarer Trl, Fort Worth, TX 76137-1331
30574535  + Brooke Wasserman, 2129 West10th, BROOKLYN, NY 11223-3525
30574536  + Brooke Wasserman, 2129 west 10th, Brooklyn, NY 11223-3525
30574537    Brooke Waxman, 434 Hancock St Apt 3L, Brooklyn, NY 11233-5319
30574538  + Brooke Westcott, 144 9th Ave NE, Apt 2, ST. PETERSBURG, FL 33701-1831
30574539    Brooke Williams, 9767 W ARIZONA AVE, LAKEWOOD, CO 80232-5118
30574540  + Brooke Zalis, 44 Hawk Rise Lane, Owings Mills, MD 21117-5031
30574503  + Brooke anderson, 8416 Northwood pkwy, New hope, MN 55427-1659
30574516  + Brooke franson, 6404 N 52nd Pl, Paradise Valley, AZ 85253-4157
30574522    Brooke kressin, 2 TENBURY RD, TIMONIUM, MD 21093-6332
30574541  + Brookelyn White, 1522 John Chapman Rd, Irmo, SC 29063, Irmo, SC 29063-9039
30574544    Brooklyn Disch, 218 W Suttenfield St, Fort Wayne, IN 46807-1322
30574545    Brooklyn Snelling, 115 Ellingwood St, Manchester, NH 03103-7078
30574546    Brooklyn Stanley, 1310 Moore St Apt 15, Commerce, TX 75428-2901
30574547  + Brooklyn Wirt, 1330 Washburn St, Apt. 2, Missoula, MT 59801-5027
30574548    Brooklynn Bischoff, 192 Louise St, Rittman, OH 44270-1354
30574549  + Brooks Dawson, 356 Bracken Dr, Lancaster, PA 17601-3962
30574550    Brooks JB, PO BOX 328, SMITHS GROVE, KY 42171-0328
30574551    Brooks Olsen, 587 S TERESA ST, KAYSVILLE, UT 84037-6725
30574552    Bruce Anderson, 1036 W Los Alamos St, Tucson, AZ 85704-2732
30574553  + Bruce Coffey, 15211 Happy Hill Rd, South Chesterfield, VA 23834-5107
30574554    Bruce Grimes, 3776 Nursery Rd, Spring Lake, NC 28390-9798
30574555  + Bruce J Smith, 417 Church Street, Williamstown, NJ 08094-1617
30574556    Bruce Tenesaca, 1328 South Patrick Dr Apt 5, Satellite Beach, FL 32937-4335
30574557    Bruna Leme, 5201 Collin McKinney Pkwy Apt 4204, McKinney, TX 75070-5290
30574558    Bruno Bellman, 350 E Taylor St Apt 4120, San Jose, CA 95112-3153
30574559  + Bruno Bower, 6403 Oak Dr, Fleming Island, FL 32003-9385
30574561    Bruno Major, c/o Harbour Music, 241 Pentonville Road, UNITED KINGDOM
30574562    Bruno Sanchez Montes, 6, brookfields, Shannon, Shannon, Shanno, Shannon, CLARE V14 A252, IRELAND
30574563    Bruno Soares, Rua Copacabana, 68, Itapevi, SAO PAULO 06693-200, BRAZIL
30574565    Bryan Alfred Vael, Altmattweg 41, Olten, SCHWEIZ 4600, SWITZERLAND
30574566  + Bryan Arroyo Morales, 3316 Laguna Way, Unit A, Oakland, CA 94602-2818

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice   Page 76 of 508
District/off: 0752-1                          User: admin                                    Page 75 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                  Total Noticed: 30719

30574567         Bryan Bamber, 5844 Los Molinos Dr, Buena Park, CA 90620-2733
30574568       + Bryan Burk, 1112 Clermont Dr, Chattanooga, TN 37415-3602
30574569         Bryan C Straker, 507 2nd ave E, OWEN SOUND, ONTARIO N4K 2G5, CANADA
30574570       + Bryan Cambrelen, 286 South Street, 19B, NY, NY 10002-8056
30574571         Bryan Carifio, 36 LINDEN ST APT 3D, BROOKLYN, NY 11221-3784
30574572       + Bryan Carrabis, 706 Wilkins Glen Rd, Medfield, MA 02052-2034
30574573       + Bryan D Smith, 5340 Oakland Boulevard, Roanoke, VA 24019-6320
30574574       + Bryan Escareno, 416 w Fairview Blvd, Inglewood, CA 90302-1118
30574575       + Bryan Fuentes, 39 Division St, Apt.2, Chelsea, MA 02150-2769
30574576       + Bryan Guerrero, 2501 N 58th Ln, Phoenix, AZ 85035-2914
30574577       + Bryan Henson, 424 SW 50tj, Oklahoma City, OK 73109-7723
30574579         Bryan Hernandez, 766 W 11th St, Pomona, CA 91766-2919
30574578         Bryan Hernandez, 24647 Ironwood Ave, Moreno Valley, CA 92557-7804
30574580         Bryan Kobilka, 78 Stallings Street, Lenox, TN 38047
30574581         Bryan Langer, 5945 Ellenview Ave, Woodland Hills, CA 91367-1038
30574582         Bryan Lindsey, 8274 LAKESHORE CIR APT 4033, INDIANAPOLIS, IN 46250-4843
30574583       + Bryan Long, 1414 Continental Dr Apt 108, Chattanooga, TN 37405-1516
30574584         Bryan Mayer, 20 Briarwood Dr, Cumberland, RI 02864-6804
30574585       + Bryan Morse, 11119 Alterra Parkway, Apt. 1316, Austin, TX 78758-0022
30574586       + Bryan Nix, 372 Redwood Dr SW, Marietta, GA 30064-3614
30574587       + Bryan Noyes, 152 Clark Rd., Patten, ME 04765-3148
30574589       + Bryan O'Connor, 3 Yeoman Way, Manalapan, NJ 07726-1825
30574590       + Bryan Palacios, 4611 N. 10th St, Phoenix, AZ 85014-3908
30574591       + Bryan Papazov, 1706 Redborne Ct, Apt 201, Midlothian, VA 23114-7013
30574592         Bryan Perez, 591 N Riverside Ave, Rialto, CA 92376-5053
30574594       + Bryan Salazar, 7079 Jade ave, Fontana, CA 92336-3224
30574595       + Bryan Sanchez, 51 ELLINGTON ST, East Orange, NJ 07017-5759
30574596         Bryan Sandler, 3933 Charing Cross, Canandaigua, NY 14424-8252
30574597       + Bryan Schwanitz, 24985 Johnston Ave, Eastpointe, MI 48021-1424
30574599       + Bryan StJohn, 14 Primrose Path, Manorville, NY 11949-1502
30574598       + Bryan Stankovich, 2021 Pine Knoll Way, Anna, TX 75409-4543
30574600       + Bryan Tallitsch, 627 S 5th st, Dekalb, IL 60115-4131
30574601         Bryan Tunstall, 6 Radford Pl, Newport News, VA 23608-1917
30574602         Bryan Veloz, 34 Juliet St, Springfield, MA 01118-2062
30574603         Bryan White, 4066 Charles Ave, Culver City, CA 90232-4006
30574604         Bryan Wright, 4917 Evergreen Ln, Sioux City, IA 51106-4503
30574605       + Bryan Xiong, 5529 Ridge Crossing, Hanover Park, IL 60133-5370
30574593       + Bryan s bushofsky, 2700 waston Blvd apt 17, Apt. 17, Endicott, NY 13760-3253
30574606         Bryana Burks, 20 Wilshire Ln, Atoka, TN 38004-2730
30574607       + Bryana Fortner, 1456 Round Ridge Rd SE, Bolivia, NC 28422-6701
30574608       + Bryanhickey01@gmail.com, 853 N forest, Mesa, AZ 85203-5818
30574609         Bryanna Bartel, 5932 Wenrich Pl, San Diego, CA 92120-2935
30574610       + Bryanna Wells, 518 Carnation Ln, Mansfield, TX 76063-6854
30574611         Bryanne Hoerner, 11215 106th St, Anderson Island, WA 98303-9632
30574612       + Bryant Risner, 574 N 10th Street, Saint Helens, OR 97051-1014
30574613       + Bryce Acosta, 324 4TH ST, Cheney, WA 99004-1520
30574614         Bryce Adams, 788-1 Alpine St, Morgantown, WV 26505-2681
30574615       + Bryce C Hurd, 2561 Woodside Dr., Duluth, GA 30096-5204
30574619       + Bryce CLoward, 331 South chuckwalla lane, ivins, UT 84738-4801
30574617       + Bryce Carson, 1820 Adams Ave, San Diego, CA 92116-1206
30574618       + Bryce Carter, 10825 113th Ct NE, Unit K102, Kirkland, WA 98033-3839
30574620         Bryce Compton, 4502 223rd St SW, Mountlake Terrace, WA 98043-4134
30574621       + Bryce Cummings, 606 Crestwood Dr, Beebe, AR 72012-2136
30574622       + Bryce Eastman, 1111 NW 8th ave, Camas, WA 98607-2640
30574623         Bryce Feldman, 20 Palmer St Apt 1, Salem, MA 01970-4965
30574624         Bryce Gunn, 42 Barclay Ln, Stafford, VA 22554-7724
30574625         Bryce Hillock, 38 Ewing Street, Halton Hills, ON L7G 2P9, CANADA
30574626       + Bryce Johnson, 2703 Cecilia Terrace, Chesapeake, VA 23323-1712
30574627       + Bryce Keller, 91194 Youngs River Rd, Astoria, OR 97103-8131
30574628       + Bryce Krispies, 12721 35th Ave NE, Unit C, Seattle, WA 98125-4577
30574629       + Bryce Morin, 200 Harwich St, NewBedford, MA 02745-6341
30574630       + Bryce Nguyen, 6636 Bellawood Drive, Trinity, NC 27370-7326
30574631       + Bryce Sinclair, 3922 Carmona Ave., Los Angeles, CA 90008-1015

30574632     +  Bryce Tilley, 2352 S Ingram Mill Rd, D2, Springfield, MO 65804-6812
30574633     +  Bryce Wagner, 2812 Joy Road, Apt 5, Augusta, GA 30909-3549
30574634        Bryce Winbourn, Am W ldchen 9A, Ramstein-Miesenbach, Rheinland-Pfalz 668, GERMANY
30574635        Brycen Vance, 293 E Oak St, Lebanon Junction, KY 40150-8409
30574636     +  Bryden Irons, 1181 northwest 13th street, Apt 4, Boca Raton, FL 33486-2295
30574637        Brydon Cooke, 808 S Gay St, Longmont, CO 80501-6313
30574638        Bryer Samuelson, 226 Souris Dr, Minot, ND 58701-5068
30574639        Bryn Hughes, 3083 Pualei Cir Apt 202, Honolulu, HI 96815-4915
30574640        Brynli Ayer, 222 Hanover Rd, Mansfield, OH 44904-1023
30574641        Brynn Morales, 20271 Oak Bluff Dr, Ashburn, VA 20147-5562
30574642     +  Brynna Ford, 2001 S Country Club Rd, Newcastle, OK 73065-5630
30574643        Bryonna Anthony, 457 Lafayette St, Bristol, PA 19007-3904
30574644     +  Bryson Barkley, 1414 Summergate Parkway, St. Peters, MO 63303-6383
30574645     +  Bryson Bounds, 3002 Brothers Blvd., College Station, TX 77845-5717
30574646     +  Bryson Crader, 2904 w 14865 s, Bluffdale, UT 84065-5034
30574647        Bryson Hall, 28229 N 54th St, Cave Creek, AZ 85331-6337
30574648        Bryson Rudd, 7013 Holly Bark Dr, Midlothian, VA 23112-6165
30574649        Bryson Shumway, 12018 199th St E, Graham, WA 98338-8891
30574651        Buckey Savnik, 74 Vietor Ln, Pisgah Forest, NC 28768-4522
30574652     +  Buckley Olsen, 2126 Sycamore Drive, Nebo, NC 28761-0181
30574653     +  Bue, 3542 W Evergreen Ave, Chicago, IL 60651-2220
30574654     +  Bugs Reinhardt, PO Box 97, Minford, OH 45653-0097
30574656        Bullet Line, PO Box 644429, Pittsburgh, PA 15264-4429
30574657     +  Bunky Houle, 15600 NE 92nd St, Vancouver, WA 98682-1506
30574658     +  Burciaga, 114 Dolphin Ave, Galveston, TX 77550-3202
30574659        Burkley Luchi, 17 3RD ST W, DICKINSON, ND 58601
30574660        Busy Beaver Button Co., 171 County Route 28A, Valatie, NY 12184-5609
30574663        Butter Fish, 13711 Wilkes Dr, Tampa, FL 33618-2550
30574664     +  Button Star, 1935 N Ridge Rd, Wichita, KS 67212-1413
30574667    #+  Byrd Moore, 292 Mountainbrook Drive, Lexington, NC 27295-6706
30574668        Byron Emmons, 353 W Eagle Lake Dr, Maple Grove, MN 55369-5552
30574669        C leste Boudreault, 728 place drapeau, Baie-Comeau, QUEBEC G5C 1H5, CANADA
30574670        C line DESMIER, 67 route de Niort, Saint Symphorien 79270, FRANCE
30574671        C A Reilly, 3443 FORT NELSON LN, MELBOURNE, FL 32934-2902
30574672        C Andrew Demme, 4461 NW 7th Ct, Plantation, FL 33317-1523
30574673        C Foong, Ang Mo Kio Avenue 3 Blk 229, ##10-1290, Singapore, SINGAPORE 560229, SINGAPORE, Singapore 00000-0000
30574674     +  C schaedel, 951 Hopmeadow St, Apartment 13, Simsbury, CT 06070-1858
30574675     +  C.J. Malm, 2466 Naomi Terrace, Allison Park, PA 15101-3520
30574676     +  C.J. REDWINE, 1687 Essex Way, Myrtle Beach, SC 29577-1794
30574677     +  C.N.I.J. Inc., 178 W Service Rd, Champlain, NY 12919-4440
30574678     +  CA Amazing Resource Inc., 3835 E. Thousand Oaks Blvd., Ste. 393, Westlake Village, CA 91362-3637
30574738        CAITLIN KUEK, 97C Upper Thomson Rd, #07-11, Singapore, Singapore, 574329, SINGAPORE
30574846        CALLIE KWONG, 242 lorong chuan, 44931, Singapore, Singapore, 556744, SINGAPORE
30574951        CAMERON TAYLOR, 248 S Western Ave Apt 315, Los Angeles, CA 90004-4112
30574954     +  CAMERON URENKO, 254 Fleming Rd, B, Charleston, SC 29412-2409
30575015     +  CAPCO Sportswear Inc., 17145 Margay Ave., Carson, CA 90746-1209
30575284        CARYN ORTEGA, 570 Presidential Way, DE, OH 43015-1128
30575488        CELESTE FATHERLY, 534 N Lincoln Ave, Salem, OH 44460-1728
30575520     +  CG5, c/o Wasserman Music, 10900 Wilshire Blvd., Los Angeles, CA 90024-6501
30575648        CHARLIE DURBIN, 14000 Old Harbor Ln Apt 102, Marina del Rey, CA 90292-7310
30575678        CHARLIE WARD, 1251 Conifer Cove Ln, Webster, NY 14580-9587
30575795        CHERYL COX, 2407 Paige Cv, Cedar Park, TX 78613-1724
30575888        CHO TAIGA, 22-34, Maginu1, Miyamae, Hills Misato, Kawasaki, Kanagawa 216-0035, JAPAN
30576036        CHRIS WEST, 604 Jackson St, Paris, TN 38242-4250
30576125        CHRISTIAN RIOS, 3640 Mesa Vista Way, Bonita, CA 91902-1132
30576325     +  CHRISTOPHER JACOBO, 16210 S DENKER AVE APT A, APT A, GARDENA, CA 90247-5899
30576367        CHRISTOPHER PERUGINI, 66 Cleft Rock Rd, Levittown, PA 19057-1404
30576481     +  CJ Erika Caraos, 3339 N Oakland Ave, Milwaukee, WI 53211-3012
30576482        CJ Mills, 636 MAIN ST, BRANFORD, CT 06405-4057
30576777        COLLEEN MILES, 100 Harborview Dr Unit 409, Baltimore, MD 21230-5436
30577151        CRAIG HESMONDHALGH, 10 ROUNDHOUSE, NELSON STREET, LANCASTER, ENGLAND LA1 1AF, UNITED KINGDOM
30577250     +  CUS4716 1nonly, c/o Warner Records, 777 South Santa Fe Avenue, Los Angeles, CA 90021-1750
30577252  ++++  CUSTOM CAMERA COLLECTION, 172 IMBODEN DR STE 5, WINCHESTER VA 22603-5799 address filed with court:, Custom

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice   Page 78 of 508
District/off: 0752-1                    User: admin                         Page 77 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                       Total Noticed: 30719

Camera Collection, 172-5 Imboden Drive, Winchester, VA 22603
30574679    + Cache Cartwright, 1908 N 750 W, Centerville, UT 84014-2659
30574680    + Cada, Aidan, 1413 Seaton St, Elburn, IL 60119-9490
30574681    + Cadan Skinner, 6407 N 78th Ave, Omaha, NE 68134-8110
30574682    + Cade Blalock, 50 Adams Street, Apt. 302, Worcester, MA 01604-1683
30574683    + Cade Bradford, 3758 Township Road 21, Marengo, OH 43334-9466
30574684    + Cade Garner, 117 Carillon Court, Leesburg, GA 31763-5079
30574685    + Cade Groman, 3875 Honors Way, Howell, MI 48843-7494
30574686      Cade Sikora, 405 S Morrison Rd Apt 108, Muncie, IN 47304-4015
30574688    + Cade Strate, 827 Zappa Drive, Cedar Park, TX 78613-1642
30574689    + Cade Welch, 571 COCHRAN STREET, ALCOA, TN 37701-2901
30574690    + Cade Werner, 5800 Owensmouth Ave, Apt 35, Woodland Hill, CA 91367-4933
30574691    + Cade Werner, 5800 Owensmouth Ave. #35, Woodland Hills, CA 91367-4933
30574692      Caden Catron, 2601 Cedarbrook Ln, Prosper, TX 75078-8972
30574693    + Caden Choi, 5673 Buchanan St, Los Angeles, CA 90042-2553
30574694      Caden Kruizenga, 16161 GLENBROOK PL, SURREY, BC V4N1T3, CANADA
30574695      Caden Lantz, 14914 Powderhorn Rd, Fort Wayne, IN 46814-9758
30574696      Caden McGee, 433 Country Pl S, Abilene, TX 79606-7031
30574697    + Caden Nesser, 4733 Morgan Ford Rd, Apt 2, Saint Louis, MO 63116-1343
30574698    + Caden Stewart, 170 Annie Way, Sicklerville, NJ 08081-2560
30574699    + Caden Turcotte, 18 Park Ave, Wethersfield, CT 06109-1629
30574701      Cadence Madler, 756 1st Ave SW, Dickinson, ND 58601-5910
30574703    + Caed Allen, 15480 SW Bunting St, 210C, Beaverton, OR 97007-8784
30574704      Caeden Fisher, 1308 Newby Ave, Bridgeport, TX 76426-2034
30574705    + Cael Gonzales, 16 Klesner Court, Fort Madison, IA 52627-2122
30574706    + Caelan Rothlisberger, 108 Eldorado Court, Chelan, WA 98816-9514
30574707    + Caemon Stuart, 1602 East Raleigh Street, Siler City, NC 27344-2818
30574708      Caesar Sangalang, 327 Darley Dr, Vallejo, CA 94591-8516
30574710      Cahir Smyth, 115 Tullaghans Road, Dunloy, Ballymena, Northern Ireland, BT4, UNITED KINGDOM
30574711      Caia Novak, 11474 Northland Dr NE, Rockford, MI 49341-9826
30574713      Caiden Robinson, 2 Wilson Drive, Preston, England PR4 3XL, UNITED KINGDOM
30574714    + Caiden Summers, 1714 9th St Se, Puyallup, WA 98372-4825
30574715      Caihlinn Smith, 71 Gateway Drive, Gravenhurst, ONTARIO P1P0A9, CANADA
30574716    + Caila Cibrian, 1912 Hunting Avenue, Apt 7, Manhattan, KS 66502-3653
30574717      Caila May, 7 Willow St Unit 1, Beverly, MA 01915-4625
30574718    + Cailen Fienemann, 47 Old Marlborough TPK, Portland, CT 06480-1062
30574719      Cailey Lower, 1462 Westwood Dr, Lewis Center, OH 43035-6086
30574720    + Cailey Miller, 4138 admiral way, Chamblee, GA 30341-1518
30574721    + Cain Luke, 133 2nd Street FL 3, Troy, NY 12180-4009
30574722    + Cain's Ballroom (CR Catering), 423 North Main Street, Tulsa, OK 74103-1611
30574723    + Caio Sanchez, 11000 Victoria Park Ln, 11-112, Davenport, FL 33896-3221
30574724      Cairo Sanders, 2002 Carrick ST, Victoria, British Columbia, V8R2M6, CANADA
30574725      Caitie Lustig, 5800 Roosevelt Way NE, Seattle, WA 98105-2742
30574726    + Caitlin Benson, 11533 Curry Ave, Granada Hills, CA 91344-2415
30574728      Caitlin Brown, 3 Embassy Ln, Andover, MA 01810-5705
30574727      Caitlin Brown, 18130 Baby Bear Ct, Reno, NV 89508-5816
30574729    + Caitlin Buller, 11613 Earnshaw Street, Overland Park, KS 66210-2763
30574730      Caitlin Clanton, 4350 Copely Walk, Cumming, GA 30040-6807
30574731    + Caitlin Dennie, 129 Ravenhurst Ave, Staten Island, NY 10310-2633
30574733      Caitlin Geeslin, 75 Scattered Oaks Dr, Byhalia, MS 38611-7541
30574734    + Caitlin Hallberg, 1751 Ashland City Rd, B14, Clarksville, TN 37043-4853
30574735      Caitlin Helfferich, Prinses Irenestraat 26, Harlingen 8862 TL, NETHERLANDS
30574736      Caitlin Huxley, 3 Bent Street, West Tamworth, NSW 2340, AUSTRALIA
30574737      Caitlin Kovalan, 1048 N 550 E, Westville, IN 46391-9455
30574739    + Caitlin Manning, 2272 Astoria Cir, Apt 403, Herndon, VA 20170-6106
30574740    + Caitlin Mello, 3544 Rock Creek Church Rd NW, WA, DC 20010-1536
30574741    + Caitlin O'Connell, 47 Spruce Pl, Apt. 500, Minneapolis, MN 55403-6110
30574742    + Caitlin Patten, 162 Main Street, Derby, VT 05829-9744
30574743    + Caitlin Peter, 3701 2nd Street, #396, Coralville, IA 52241-3263
30574744      Caitlin Shaw, 26842 32A Ave., Aldergrove, B3G4ritish Columbia V4, CANADA
30574745      Caitlin Shaw, 26842 32A Ave., Aldergrove, BRITISH COLUMBIA V4WG4, CANADA
30574746    + Caitlin Small, 2319 South 1060 West, Saint George, UT 84770-6168
30574749      Caitlin Strachan, 5 Grimstone St, Brisbane, Queensland, 4054, AUSTRALIA

| | | |
|---|---|---|
| 30574748 | | Caitlin Strachan, 5 Grimstone St, Keperra, Queensland, 4054, AUSTRALIA |
| 30574750 | | Caitlin Syme, 4 Hodgson Crescent, Alva, Scotland, FK12 5FA, UNITED KINGDOM |
| 30574751 | | Caitlyn Allen, 8364 Maurer Rd, Lenexa, KS 66219-2041 |
| 30574752 | | Caitlyn Benson, 9 Greenhills Drive, Kurunjang, Victoria, 3337, AUSTRALIA |
| 30574753 | + | Caitlyn Carmody, 3406 N Racine Ave, Apt 2, Chicago, IL 60657-8298 |
| 30574754 | | Caitlyn Gomez, 209 SHAMROCK RANCH RD, PACIFICA, CA 94044-4057 |
| 30574755 | | Caitlyn Graveline, 86 chimney hill dr, Cambridge, ONTARIO N1T1H3, CANADA |
| 30574757 | | Caitlyn Keogh, 4730 University Way NE Apt 603, Seattle, WA 98105-4392 |
| 30574758 | | Caitlyn Martin, 5 Dunure Drive, Newton Mearns, Newton Mearns, Glasgow, Scotland G77 5TH, UNITED KINGDOM |
| 30574759 | + | Caitlyn McAfee, 387 Northfield Way, Camillus, NY 13031-1303 |
| 30574760 | + | Caitlyn Miller, 12015 221st Ave Ct E, BONNEY LAKE, WA 98391-7682 |
| 30574761 | | Caitlyn Vaught, 505 Jefferson Ave Apt 801, Toledo, OH 43604-1088 |
| 30574762 | + | Caitlyn Whitlock, 1531 N 72nd Street, Omaha, NE 68114-1923 |
| 30574763 | | Caitlyn Wooters, 15640 Campbell Ln, Ponchatoula, LA 70454-6312 |
| 30574764 | | Caitlynn Pallotta, 410 W 9th St, Harper, KS 67058-1027 |
| 30574765 | | Caitrina Drago, 5217 Coppermead Ln, Austin, TX 78754-5048 |
| 30574766 | + | Cajun Hainsworth, 1002 W Emerson St, Apt 2, Seattle, WA 98119-1467 |
| 30574767 | + | Cal Siebenmark, 3939 Edgemont, Wichita, KS 67208-3738 |
| 30574768 | + | Calderon, Vianca, 2250 Mulberry Ct, Aurora, IL 60506-1541 |
| 30574769 | + | Cale McCombs, 2707 Rocksbury Dr, Bloomington, IL 61705-6513 |
| 30574771 | + | Cale Radaj, 403 Union Avenue, Oconto Falls, WI 54154-1446 |
| 30574772 | + | Caleb Alakai Foster, 4043 N Tollhouse Road, Fresno, CA 93726-7439 |
| 30574773 | + | Caleb Anderson, 809 East King street, Kings Mountain, NC 28086-3117 |
| 30574774 | + | Caleb Anthony Orabone, 10 Carolina Main Street, Richmond, RI 02812-1028 |
| 30574775 | | Caleb Bankey, 17745 Road 20P, Fort Jennings, OH 45844-9111 |
| 30574776 | | Caleb Bass, 180 Bow Ln, Mooresville, NC 28115-7797 |
| 30574777 | | Caleb Bierhalter, 522 Valarie Ln, Midlothian, TX 76065-6914 |
| 30574778 | + | Caleb Birklid, 3524 Rum River Dr, Anoka, MN 55303-1109 |
| 30574779 | + | Caleb Boyles, 1911 Griffith Park Blvd, Los Angeles, CA 90039-3518 |
| 30574781 | + | Caleb Combs, 3349 Huntsman Trace, Amelia, OH 45102-2747 |
| 30574782 | + | Caleb Curry, 5426 Woodland Rd., Sheboygan, WI 53081-8521 |
| 30574783 | + | Caleb Dang, 13770 16th Avenue, Marne, MI 49435-9695 |
| 30574784 | + | Caleb Day, 12910 Baalbek Drive, St Louis, MO 63127-1501 |
| 30574785 | + | Caleb Domingo, PO Box 46, Paauilo, HI 96776-0046 |
| 30574786 | + | Caleb Downs, 3012 Flint Drive, Lawrence, KS 66047-2709 |
| 30574787 | + | Caleb Dunn, 207 Main st, Apartment 5, West Paris, ME 04289-5177 |
| 30574788 | + | Caleb Eng, 2330 EP True pkwy, Apt 34, West Des Moines, IA 50265-7032 |
| 30574790 | | Caleb Fantasia, 3a Solglot St, Bunbury, WESTERN AUSTRALIA 6230, AUSTRALIA |
| 30574791 | + | Caleb Gibson, 506 Scout Camp Rd, Ona, WV 25545-7107 |
| 30574792 | | Caleb Goff, 102 Cimarron Grove Way, Okotoks, ALBERTA T1S 0A6, CANADA |
| 30574793 | + | Caleb Gray, 1867 N 140th Ave, Goodyear, AZ 85395-5724 |
| 30574794 | + | Caleb Green, 846 Jensmith Ave, Marietta, GA 30060-1816 |
| 30574795 | | Caleb H Gilbert, 2 Angie Marie Ct, O Fallon, MO 63368-8342 |
| 30574796 | | Caleb Haberek, 20974 Sunset Ave, Warren, MI 48091-4673 |
| 30574797 | | Caleb Hornack, 1081 E Pinto Dr, Gilbert, AZ 85296-3017 |
| 30574798 | | Caleb Irvin, 2120 SCOTCH VALLEY DR, BLOOMSBURG, PA 17815-7454 |
| 30574799 | | Caleb J Murray, 120 Tasman Highway, Launceston, Tasmania 7250, AUSTRALIA |
| 30574800 | + | Caleb Johnson, 4107 35th street southwest, Lehigh Acres, FL 33976-4106 |
| 30574801 | | Caleb Kalvelage, 2717 Kent Ct, Pennsauken, NJ 08109-3633 |
| 30574802 | + | Caleb Kebede, 4340 Oxford Mill Rd., Waxhaw, NC 28173-0019 |
| 30574803 | + | Caleb Kennedy, 701 Oak Vista, Burnet, TX 78611-3590 |
| 30574804 | + | Caleb Knause, 205 Albarella, Cibolo, TX 78108-1951 |
| 30574805 | | Caleb Lage, 419 Morrison St Apt 1, West Fargo, ND 58078-1650 |
| 30574806 | + | Caleb Lorance, 10377 Crestview Dr., Tyler, TX 75707-3623 |
| 30574807 | + | Caleb Loving, 10207 Francill Ct, Richmond, VA 23236-2253 |
| 30574808 | + | Caleb Martin, 450 Schmitt Rd, #32, Rossville, GA 30741-2829 |
| 30574809 | | Caleb McGrath, 25 The Grove, Musselburgh, SCOTLAND EH21 7HD, UNITED KINGDOM |
| 30574810 | + | Caleb Moyer, 8948 Quantum Square Drive, Columbus, OH 43240-1103 |
| 30574811 | + | Caleb Orr, 699 Kirpals Way, Sagle, ID 83860-9136 |
| 30574812 | | Caleb Phillip, 1138 Maple St, Neenah, WI 54956-4123 |
| 30574813 | | Caleb Pullen, 4849 Diamonds Palm Loop, Wesley Chapel, FL 33543-7160 |
| 30574814 | | Caleb Raman, 3400 W MCLEAN AVE APT 3, CHICAGO, IL 60647-7451 |
| 30574815 | + | Caleb Reid, 9001 Stoney Run Drive, Raleigh, NC 27615-1963 |

District/off: 0752-1                          User: admin                                      Page 79 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30574816          Caleb Russell, 10132 Stroud Ln, Dayton, OH 45458-9194
30574817        + Caleb Shearer, 45 East Terrace, Millinocket, ME 04462-1607
30574818        + Caleb Sica, 111 Greenpoint Ave, A1, Brooklyn, NY 11222-2206
30574819          Caleb Sperling, 520 PARLIN ST, PHILADELPHIA, PA 19116-3335
30574820        + Caleb Sperry, 1604 ogden st, Anaconda, MT 59711-1822
30574821          Caleb Stainwald, 25 walsh st, Apt. 403, Milton, Queensland, 4064, AUSTRALIA
30574822          Caleb Steig, 2000 High St Apt 207, Des Moines, IA 50309-3364
30574823        + Caleb Stone, 47604 1st Street, Houghton, MI 49931-9037
30574824        + Caleb Swinton, 10004, East Regency Row, Inverness, FL 34450-7413
30574825        + Caleb Tachenko, 2594 4th Street W, Apt 201, Dickinson, ND 58601-2470
30574826          Caleb Taintor, 576 S 1800 E, Fruit Heights, UT 84037-2764
30574828          Caleb Taylor, 2851 Vista Ln, Cape Girardeau, MO 63701-4220
30574827        + Caleb Taylor, 2608 Byfield Dr, Cedar Park, TX 78613-7614
30574829        + Caleb Trosper, 2499 S College Hills Dr, Hanover, IN 47243-9176
30574830        + Caleb Varoga, 3557 East Appaloosa Road, Gilbert, AZ 85296-0635
30574831        + Caleb Wagoner, 360 Vannoy Dr, West Jefferson, NC 28694-8372
30574832        + Caleb Ward, 3218 Midway Street, Eau Claire, WI 54703-1165
30574833        + Caleb Whalen, 1410 Durham Street, Bradley, IL 60915-1822
30574834          Caleb Wilken, 8216 Parker St, Omaha, NE 68114-1544
30574835        + Caleb You, 3634 Cottonwood Cir, West Covina, CA 91792-2778
30574780        + Caleb carr, 2517 Fairway View Drive, Burleson, TX 76028-6385
30574836          Caleigh McCray, 122 W Pacemont Rd, Columbus, OH 43202-1012
30574837        + Cali Headware (Cali-Fame), 20934 South Santa Fe Ave, Carson, CA 90810-1131
30574838          Cali Kirkham, 304 ALTAIR CIR, BISHOP, CA 93514-7048
30574839          Cali Magnone, 582 Oak Lee Dr, Ranson, WV 25438-4825
30574840          Cali Williams Cali Williams, 1804 Pine Bay Dr, Lake Mary, FL 32746-6238
30574842        + California Tattoos, 3721 E TECHNICAL DRIVE, Tuscon, AZ 85713-5352
30574843          Caline Barrillot, 39 Rue des Colonels Dein, Retiers 35240, FRANCE
30574844          Callan Handmaker, 3201 W Wabansia Ave Apt 3B, Chicago, IL 60647-4999
30574845        + Callie J Coulmab, 385 Dalton Street, Apt. 2, Medford, OR 97501-4182
30574847          Callie Libey, 7094 S Adrian Hwy, Adrian, MI 49221-9768
30574848        + Callie Maclaughlin, 18 Ames Dr, Gloucester, MA 01930-1291
30574849          Callie Meyer, 167 South St Apt 14, 14, Northampton, MA 01060-4014
30574850          Callie O'Connor, 765 Concord Dr, Holland, MI 49423-4544
30574851          Callie Taylor, 939 S Lassetter Cir, Villa Rica, GA 30180-1421
30574852        + Callie Whicker, 4400 Massachusetts Avenue Northwest, Duber Hall Room 310, WA, DC 20016-8002
30574853          Callista Check, 6850 W St Charles Ave, Laveen, AZ 85339-5044
30574854          Callum Anderson, 199 Bowen St, Carwoola, NEW SOUTH WALES 2620, AUSTRALIA
30574855          Callum Archibald, 3 Herma St, Glasgow, SCOTLAND G23 5AP, UNITED KINGDOM
30574856          Callum Croucher, The Bell and Jorrocks, Biddenden Road, Frittenden, Cranbrook TN17 2EJ, UNITED KINGDOM
30574857        + Callum Eldred, 1104 Connecticut Ave, Joplin, MO 64801-5233
30574858          Callum Forsyth, 302 Park Road, Palmerston north, MANAWATU 4410, NEW ZEALAND
30574859          Callum Lewis-Smith, 47 Shiel Hall Crescent, Rosewell, Scotland EH24 9DD, UNITED KINGDOM
30574860        + Callum Lyons, 2715 walker ct, Monument, CO 80132-7934
30574861          Callum Puffett, Flat 5, Hayward House, Steel Close, Flat 5, Newbury, England, RG14 7DT, UNITED KINGDOM
30574862        + Callum R Eldred, 1104 Connecticut Avenue, Joplin, MO 64801-5233
30574863        + Callum Smith, 9510 Shady Valley Drive, Dallas, TX 75238-1434
30574864          Callum Turton, 4 Edinburgh Dr, Gourock, Scotland, PA19 1AG, UNITED KINGDOM
30574865          Callum Worthington, 1 Overbury, Carterton, ENGLAND OX18 1HQ, UNITED KINGDOM
30574866          Callum Youla, 9/31 Napoleon street, Collingwood, VICTORIA 3066, AUSTRALIA
30574867        + Calub wallace, 1311 east ermina, Spokane, WA 99207-2547
30574869        + Calum Rhodes, 3357 Hillyard Drive, Broadway, VA 22815-3212
30574870          Calvin Chong, 36 Ibsley way, Cockfosters, ENGLAND EN4 9EY, UNITED KINGDOM
30574871        + Calvin Cluff, 12034 west chase lane, Avondale, AZ 85323-7711
30574872        + Calvin Curtin, 1851 Ritchie Road, Stow, OH 44224-1858
30574873          Calvin Hill, CMR 411 BOX 3604, APO, Armed Forces Europe 09112-0000
30574874          Calvin Moylan, 20 Dalby Street, Hilbert, WESTERN AUSTRALIA 6112, AUSTRALIA
30574875          Calvin Pham, 34 shackleton way, London, England, E16 2JT, UNITED KINGDOM
30574876        + Calvin Slotemaker, 900 Mystic Dr, Grants Pass, OR 97527-4956
30574877          Calvin Smith, 13900 Lake Valley Dr, Auburn, CA 95602-9184
30574878          Calvin Welch, 572 Almaden Walk Loop, San Jose, CA 95125-1947
30574879        + Calys Jimenez, 3403 Oakridge Ave., Lubbock, TX 79407-1825
30574880        + Cam Dean, 931 Trojan Way, Cedar Hall Room 411, Everett, WA 98201-1330

District/off: 0752-1                             User: admin                                    Page 80 of 507
Date Rcvd: Jan 04, 2024                         Form ID: 309C                                Total Noticed: 30719

30574881    +  Cam Mulholland, 2649 Danton Dr SW, WY, MI 49519-4752
30574882       Cambron Johnson, 1314 Nancy Hanks Rd Apt 5, Lexington, KY 40504-1229
30574883    +  Camden Arclies, 331 James Street, Winnie, TX 77665-8961
30574884    +  Camden Hayden, 4660 Talmadge, 1A, Toledo, OH 43623-3039
30574885       Camden Ramer, 230 Knister Road, Gravenhurst, Ontario P1P 1R4, CANADA
30574886       Camden Reynolds, 822 E 25th Ave, Denver, CO 80205-5143
30574887       Camden Wawro, 11021 N 59th Ln, Glendale, AZ 85304-3752
30574888       Cameo Novelty & Pen Corp, 400 Hillside Ave, Hillside, NJ 07205-1117
30574889    +  Cameron Appel, 1339 E St SE, Apt 215, WA, DC 20003-4170
30574890       Cameron Baughman, 19789 SW Prospect Ln, Aloha, OR 97078-4334
30574891    +  Cameron Bess, 7405 168th Avenue Northeast, Apt. 637, Redmond, WA 98052-6292
30574892       Cameron Billy, 6130 W 3650 N, Ivins, UT 84738-6619
30574893    +  Cameron C Mandeville, 114 Mast Road, Manchester, NH 03102-4134
30574895       Cameron Craig, 4051 Bayou Rapides Rd Apt 207, Alexandria, LA 71303-4060
30574896    +  Cameron Crandall, 1493 Osage St, Apt. 219, Denver, CO 80204-2427
30574897    +  Cameron Cyr, 45 Andover Street, Apt 3, Worcester, MA 01606-2175
30574898    +  Cameron D Williamson, 2702 Philo St., San Marcos, TX 78666-5005
30574899    +  Cameron Davis, 2252 Bowie Dr, Carrollton, TX 75006-7754
30574900       Cameron Deimler, 319 W Main St, Mechanicsburg, PA 17055-3240
30574901    +  Cameron Dunahee, 2437 E Willamette Ave, Colorado Springs, CO 80909-4840
30574902    +  Cameron E Moorhead, 45 Serenity Circle, Phoenixville, PA 19460-1554
30574904       Cameron Eldred, 40-1290 Emery Place, North Vancouver, British Columbia, V7J1R, CANADA
30574905    +  Cameron Farrell, 3979 West Liberty Rd., DuBois, PA 15801-5029
30574906       Cameron Faulkner, 604 Vermont Ave, Glassport, PA 15045-1509
30574907    +  Cameron Forrester, 19 Fruit St, PERRY, NY 14530-1232
30574908       Cameron Gage, 849 NW Redwood Ave, Redmond, OR 97756-1077
30574909    +  Cameron Garner, 955 Hurstwood Dr, Van Alstyne, TX 75495-3355
30574910       Cameron Garrett, 9137 Richmond Rd W, Toano, VA 23168-8824
30574911       Cameron Harbord, 1 Maplesden Close, Lowestoft, England, NR32 3QX, UNITED KINGDOM
30574912       Cameron Hardy, 108 Main St E, Gadsden, AL 35905-1756
30574913    +  Cameron Harmon, 700 24th St, Box 31, Fort Gregg-Adams, VA 23801-1716
30574914    +  Cameron Hodge, 63673 270th Ave, Kasson, MN 55944-1646
30574915   #+  Cameron Holbrook, 709 Park Haven Lane, Canton, GA 30115-8922
30574916    +  Cameron Hotchkies, 2604 SE 30th Ave, Portland, OR 97202-1338
30574917       Cameron Humphreys, 6, Springfield Place, Cardiff, WALES CF11 9NY, UNITED KINGDOM
30574918    +  Cameron Iggins, 11945 Magnolia Blvd, Apt. 217, Valley Village, CA 91607-2804
30574919    +  Cameron John Hartman, P.o. Box 56445, North Pole, AK 99705-1445
30574920       Cameron Leopold, 3099 North Ave, Scottdale, GA 30079-1023
30574921       Cameron Lowery, 12690 102 Ave, Surrey, BC V3V3E5, CANADA
30574922    +  Cameron MacKenzie, 1250 S Indiana Ave, Apt. 916, Chicago, IL 60605-3233
30574923       Cameron Mathieson, 2/1B, 2 Parkgrove Terrace, Glasgow, SCOTLAND G3 7SD, UNITED KINGDOM
30574924       Cameron McKee, 325th 5th ave n, 111, Saskatoon, Saskatchewan S7K 2P7, CANADA
30574925    +  Cameron Merrill, 17 upton rd, Albany, NY 12208-1821
30574926       Cameron Mills, 6514 MISTY MORNING DR, CHARLOTTE, NC 28212-5769
30574927    +  Cameron Morgan, 201 King Arthur Drive, Franklin, IN 46131-9062
30574929       Cameron Oler, 705 Manor Dr, Angleton, TX 77515-3370
30574930    +  Cameron Oliver, 2027 Chickasaw Ave, Los Angeles, CA 90041-1903
30574931    +  Cameron Pauly, 158B University Manor East, Hershey, PA 17033-2821
30574932    +  Cameron Perry, Po Box 45, Cold Bay, AK 99571-0045
30574933       Cameron Persaud, 236 Albion Road, 1708, Toronto, ON M9W 6A6, CANADA
30574934    +  Cameron Phenix, 9432 East 97th Street, Tulsa, OK 74133-5165
30574935       Cameron Plourde, 17 Sunnyside Dr, South Windsor, CT 06074-2824
30574936       Cameron Poulton, 18 Stewart Street, Hervey Bay, Queensland, 4655, AUSTRALIA
30574937       Cameron Reed, 3621 Vienna Dr, College Station, TX 77845-4771
30574938       Cameron Reis, 17 Belah St, Toowoomba, Queensland 4350, AUSTRALIA
30574940    +  Cameron Roberts, 601 North Madison Street, E,4, Fortville, IN 46040-1167
30574941    +  Cameron Ruschell, 8740 Maroon Peak Way, Riverside, CA 92508-3277
30574942       Cameron Sharp, 10 Maple Road, Bicester, ENGLAND 0X26 6QX, UNITED KINGDOM
30574943       Cameron Shea, 13094 S Hillcreek Rd, Whitehouse, TX 75791-5337
30574944    +  Cameron Slade Crosby, 2801 Riverview Road, Apt 3104, Birmingham, AL 35242-4739
30574945    +  Cameron Smith, 1610 E McKinney St, Apt. 1416, Denton, TX 76209-4568
30574946    +  Cameron Socha, 340 Rosewood Dr, Marysville, MI 48040-1108
30574947    +  Cameron Story, 6437 Aeros Drive, Columbus, OH 43235-5071

District/off: 0752-1                                   User: admin                                        Page 81 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                              Total Noticed: 30719

| | | |
|---|---|---|
| 30574949 | | Cameron Svetic, 1457 Admiral Dr, Porter, IN 46304-9562 |
| 30574950 | + | Cameron Taylor, 198 Ignacio Valley Circle, Novato, CA 94949-5517 |
| 30574952 | + | Cameron Trevino, 70 Saint Marys Parkway, Apt 2b, Buffalo Grove, IL 60089-2178 |
| 30574953 | | Cameron Trexler, 29 GODDARD ST APT 2, WEBSTER, MA 01570-2577 |
| 30574955 | # | Cameron Vega, 1701 MASS AVE NW APT 201, WASHINGTON, DC 20036-2108 |
| 30574956 | | Cameron Walker-Hebborn, 14 Yew Lane, Reading, ENGLAND RG1 6DA, UNITED KINGDOM |
| 30574957 | + | Cameron Whale, 250 village circle way, Apt. 22, Manchester, NH 03102-7132 |
| 30574958 | + | Cameron Wilson, 15506 NE 323rd Cir, Battle Ground, WA 98604-7800 |
| 30574959 | + | Cameron Yon, 2537 Pine St., Granite City, IL 62040-2964 |
| 30574894 | + | Cameron cohen, 4034 Tucson street, Simi valley, CA 93063-1144 |
| 30574961 | + | Camerron Kimble, 13648 S Fairview Ave, Baton Rouge, LA 70816-7403 |
| 30574962 | + | Cami Maxey, 4301 S Cambridge St, Independence, MO 64055-4825 |
| 30574964 | | Camilla Bautista, 244 N Mollison Ave Apt 43, El Cajon, CA 92021-6888 |
| 30574965 | + | Camilla Mumley, 33922 Silver Pine Dr, Leesburg, FL 34788-3849 |
| 30574966 | | Camille Barth, 15 Sturbridge Ln, Greensboro, NC 27408-3843 |
| 30574967 | | Camille Bushman, 4752 S Ichabod St, Holladay, UT 84117-6406 |
| 30574968 | | Camille Carter, 14670 Perthshire Rd Apt C, Houston, TX 77079-7628 |
| 30574969 | | Camille Ciancimino, 330 Eltingville Blvd, Staten Island, NY 10312-2425 |
| 30574970 | + | Camille Hardman, 2221 Branard St, Houston, TX 77098-2407 |
| 30574971 | | Camille McCobb, 89 WINTER ST APT 2, CAMBRIDGE, MA 02141-1231 |
| 30574972 | + | Camille Miller, 1614 5th St S, Fargo, ND 58103-4243 |
| 30574973 | | Camille Prentiss, 5769 Revelstoke Dr, Colorado Springs, CO 80924-2025 |
| 30574974 | | Camille Stone, 44 W Chestnut St, Macungie, PA 18062-1027 |
| 30574975 | | Camille Tawil, 1245 E 21st St, Brooklyn, NY 11210-4510 |
| 30574976 | | Camille Vaillancourt, 18450 Grand Rang St Francois, Saint-Hyacinthe, Quebec, J2T 5H1, CANADA |
| 30574977 | + | Camilo Cuevas, 8906 Klondike St, Houston, TX 77075-1516 |
| 30574978 | + | Campbell, 155 Abalone Rd, Venice, FL 34293-5970 |
| 30574979 | + | Campbell Hagerty, 3570 Eastbrook St, Iowa City, IA 52245-7800 |
| 30574980 | + | Campbell, Nathaniel, 1442 Fairway Dr, Apt 101, Naperville, IL 60563-9116 |
| 30574981 | | Camps Bernat, Sant Jordi 11, Vacarisses, BARCELONA 8233, SPAIN |
| 30574982 | + | Camron Powers, 2774 Highway 65 69, Carlisle, IA 50047-3219 |
| 30574983 | | Camron Tisdale, 228 Holborn Drive, Unit B, Kitchener, ON N2A 2E8, CANADA |
| 30574984 | | Camron Tisdale, 228 Holborn Drive, Unit B, Kitchener, Ontario N2A 2E8, CANADA |
| 30574985 | + | Camryn Anderson, 2904 Chianti Ct, Kissimmee, FL 34747-1566 |
| 30574986 | + | Camryn Dickerson, 12232 Spring Shadow Crt., Maryland Heights, MO 63043-2122 |
| 30574987 | | Camryn Lynch, 14015 WESTCHESTER DR, COLORADO SPGS, CO 80921-2849 |
| 30574988 | + | Camryn Pratt, 345 172nd Avenue NE, Ham Lake, MN 55304-4736 |
| 30574989 | + | Camryn Wilson, 2405 Grassmere Dr, Melbourne, FL 32904-9714 |
| 30574990 | | Camrynn Ford, 507 Loma Prieta Dr, Aptos, CA 95003-4893 |
| 30574991 | + | Canaan BJ Lawrence, 4562 Trails End Path, SAINT JOSEPH, MI 49085-8680 |
| 30574992 | | Candace Austin, 1230 Clifton St Apt 4, Conway, AR 72034-3904 |
| 30574993 | | Candace Bass, 1822 TUCUMCARI DR, HOUSTON, TX 77090-2047 |
| 30574994 | | Candace Johnson, 5446 Fawn Chase Way, Las Vegas, NV 89135-4005 |
| 30574995 | + | Candace Kearney, 11335 Donovan Road, Los Alamitos, CA 90720-2931 |
| 30574996 | | Candace Moon, 2864 Monroe Ave, San Diego, CA 92116-3120 |
| 30574997 | | Candace Nix, 169 Lynedoch Rd, Delhi, Ontario N4B 2W4, CANADA |
| 30574998 | | Candace Riggs, 1030 S Jacobs Dr, Tracy, CA 95391-1434 |
| 30574999 | | Candace Strautnieks, 825 Theresa Ave, Hermitage, PA 16148-2810 |
| 30575000 | | Candace Whitman, 625 Audrey Rd, Mount Juliet, TN 37122-3844 |
| 30575002 | | Candice Green, 44-48 Milton Street, Ashfield, Unit 10, Sydney, New South Wales, 2131, AUSTRALIA |
| 30575003 | | Candice Hastings, 16 Chestnut Cor, Lancaster, NY 14086-9388 |
| 30575004 | + | Candice Mallow, 13420 Haslet Ct., Ft. Worth, TX 76052-2654 |
| 30575005 | + | Candice Tucci, 323 County Route 37, Central Square, NY 13036-2142 |
| 30575006 | + | Cannabis Promotions, 2430 5th Avenue South, St. Petersburg, FL 33712-1633 |
| 30575007 | + | Cannon Johns, 2801 Center Avenue, Fort Lauderdale, FL 33308-7517 |
| 30575008 | | Cannon Meyer, 1121 Arbor Gate Dr, Garland, TX 75040-9046 |
| 30575009 | + | Cannon Nielsen, 6320 SW Lombard Ave, Unit 1, Beaverton, OR 97008-4752 |
| 30575010 | + | Cannon, Misty, 2008 CHARTERHOUSE LANE, WINTERVILLE, NC 28590-8017 |
| 30575011 | | Canon Silver, 749 Gentle Ct W, Monmouth, OR 97361-1114 |
| 30575013 | | Canvas Bradford, 16030 39th Ave NE, Lake Forest Park, WA 98155-6716 |
| 30575014 | | Caoimhe Byrne, Monkstown, Mount Temple, Moate, WESTMEATH N37 R621, IRELAND |
| 30575017 | + | Captuer Headwear, P.O. Box 71130, Springfield, OR 97475-0183 |
| 30575019 | | Cara, 22 Topliff Road, Chilwell, Beeston, ENGLAND NG9 5AS, UNITED KINGDOM |

District/off: 0752-1                          User: admin                                    Page 82 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                            Total Noticed: 30719

30575020          Cara Blair, 202 Ridgecrest Loop, Dothan, AL 36301-6049
30575021       +  Cara Callahan, 203 West Chisholm Street, Sanford, NC 27330-3928
30575022          Cara Ciecka, 3014 Blake St, Corinth, TX 76210-1600
30575023          Cara Ditmar, 1756 W Crystal St Apt 2F, Chicago, IL 60622-8024
30575024          Cara Dobrev, 1400 Devon Rd, Winter Park, FL 32789-5419
30575025       +  Cara Krolikowski, 244 West Vine Street, B-418, Murray, UT 84107-5534
30575026          Cara Roberts, 1 Yr Hen Berllan, Ty Gwyn Lane, Rowen, Conwy, WALES LL32 8YU, UNITED KINGDOM
30575027       +  Cara Urbina, 401 E Arapaho Ave, Weatherford, OK 73096-5315
30575028       +  Carah Hoffman, 251 North Main Street, #6761, Cedarville, OH 45314-8501
30575029          Caraline Jackson, 518 Pilaklakaha Ave, Auburndale, FL 33823-3250
30575030       +  Caraline Shaheen, 77 South Street, Portsmouth, NH 03801-4522
30575031       +  Cardboard Cutout Standees, 1500 Green Bay St, Ste. 502, La Crosse, WI 54601-6509
30575032          Cardella Coe, 301 Overridge Cv, Hermitage, TN 37076-4419
30575034          Caren Siil, 7437 W Gregory St, Chicago, IL 60656-1778
30575035          Carena Marchi, 222 E 34TH ST APT 724, NEW YORK, NY 10016-9835
30575036       +  Carey Simpson, 17123 Seaman Dr, Choctaw, OK 73020-2008
30575037          Cari Ann cordy, 3603 CANYON FORK CT, KATY, TX 77450-1005
30575038       +  Carina Ohlen, 9 Arlington St, Apt 3, Somerville, MA 02145-3369
30575039          Carina Raspa, 13 Knightsbridge Tce, Oakden, South Australia, 5086, AUSTRALIA
30575040       +  Carina V Bragg, 15360 18th Avenue North, Apt. 1001, Plymouth, MN 55447-2471
30575041       +  Carina Webster, 1219 Rosedale St, Houston, TX 77004-5616
30575042          Carisa Bjorngaard, 46915 135th Ave, Zumbrota, MN 55992-5003
30575043          Carissa Dapp, 5825 Chensford Dr Apt 2C, Lawrence, IN 46226-1268
30575044          Carissa Jack, 2717 NW 5TH TER, CAPE CORAL, FL 33993-7045
30575045          Carissa Law, 16 Wilkes Creek Drive, Port Moody, BC V3H 4Z6, CANADA
30575046          Carissa Miyamoto, 603 IHE ST, HONOLULU, HI 96817-2240
30575047          Carissa Nash, 9120 Black Elk Ave, Las Vegas, NV 89143-1184
30575048       +  Carissa Neupert, 323 Mary Alice Dr, Winder, GA 30680-2363
30575049       +  Carissa Sheen, 1020 s 9th St, Fernandina Beach, FL 32034-3761
30575050          Carissa Tonjum, 12380 FITZROY ST, ODESSA, FL 33556-4016
30575051          Carita Harrison, 1509 Sacramento St, Upper Marlboro, MD 20774-6072
30575052       +  Carl B Salbacka, 28931 Canyon Rim Drive, Trabuco Canyon, CA 92679-1059
30575054          Carl Duryee, 5629 Guiding Star Cir, North Las Vegas, NV 89031-5009
30575055       +  Carl Haering, 423 Tyee Dr, #13873, Point Roberts, WA 98281-8901
30575057          Carl Power, 152 Broadstone Hall Road South, Stockport, ENGLAND SK4 5JD, UNITED KINGDOM
30575059          Carl Smith, 14221 JARVI DR, ANCHORAGE, AK 99515-3945
30575058       +  Carl Smith, 17751 Buckshot Ct, Reno, NV 89508-5021
30575060          Carl Stephen Zayac, 5901 VELASCO AVE, DALLAS, TX 75206-6329
30575053          Carl batchelor, 40 st crispians court, Apt. 40, Seaford, England, BN25 2DZ, UNITED KINGDOM
30575056       +  Carl kranz, 1005 Lakeside Blvd, Richmond, VA 23227-2226
30575061          Carla Cline, 27 Dunnhill Dr, Kennebunk, ME 04043-6959
30575062       +  Carla Dolan, 14 Bucks Trail, WESTERLY, RI 02891-4085
30575063          Carla Ingram, 5344 Lakewood Dr, Granite Falls, NC 28630-9662
30575064          Carla Lippencott, 1460 W Country Club Rd, Crawfordsville, IN 47933-2286
30575065       +  Carla N Price, 62 Belle Helene Drive, Destrehan, LA 70047-2527
30575066          Carla Rosso, 4170 Elm Ave Unit 205, Long Beach, CA 90807-6907
30575067          Carla Smith, 19159 Drexel Cir, Omaha, NE 68135-1841
30575069          Carla Visaya, 117 Walnut Crescent, Fort McMurray, Alberta, T9K 0N6, CANADA
30575070          Carla Wilton, 438 Maple Dr, Kalispell, MT 59901-2314
30575071          Carlee Bobb, 514 Madison Ave, Woodbine, NJ 08270-2113
30575072          Carlee Salas, 29 W 13th Ave, Naperville, IL 60563-2619
30575073       +  Carleigh Weaver, 5420 Jessica Blvd, Unit 201, Raleigh, NC 27607-4266
30575074       +  Carley Smoot, 6134 Hunter Valley Rd, Ooltewah, TN 37363-6541
30575075          Carli Repka, 2114 S 59th St, West Allis, WI 53219-1549
30575077       +  Carli Strandberg, 3736 Morningside Dr, Fairfax, VA 22031-3318
30575076       +  Carli siebenmark, 3939 Edgemont St, Wichita, KS 67208-3738
30575079       +  Carlie Hiatt, 1233 E 1300 S, Salt Lake City, UT 84105-1948
30575080       +  Carlie Johnson, 10933 Huston St, Apt 219, North Hollywood, CA 91601-5135
30575081       +  Carlie Loyd, 916 Walnut Street, Cedar Falls, IA 50613-3022
30575082          Carlie Weaver, 6500 Wabash Ave, Terre Haute, IN 47803-3940
30575083          Carlin Jannsch, 24 N Maple Ave, Tuckerton, NJ 08087-3454
30575085          Carlo Castillo, 15422 Lost Lariat Ct, Channelview, TX 77530-2356
30575086          Carlo Dominic Villanueva, 1202 Tracie Dr, Brea, CA 92821-2412

District/off: 0752-1                          User: admin                                    Page 83 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                 Total Noticed: 30719

30575087          Carlo Espino, 3855 Ampudia St, San Diego, CA 92110-3002
30575088      +   Carlos Abarca, 277 Linden Street, Brooklyn, NY 11237-6192
30575089      +   Carlos Barcliff, 415 W 39th Street, Apt 205, Austin, TX 78751-4929
30575090          Carlos Batista, Avenida Canto do Pinheiro Vivenda Santos, Alcochete, SETUBAL 2890-121, PORTUGAL
30575091      +   Carlos Briones 4, 710 Garland Way, Brentwood, CA 94513-2634
30575092          Carlos Cedillo Cruz, 12013 Veirs Mill Rd Apt 102, Silver Spring, MD 20906-4530
30575093          Carlos Fernandez Jimenez, 2, Apt. 2, Narellan Vale, New South Wales 2567, AUSTRALIA
30575094      +   Carlos Garcia, 1185 Ridgeway Drive, Austin, TX 78702-2554
30575095      +   Carlos Hernandez, 8614 Blossom Ave, Tampa, FL 33614-1905
30575096          Carlos Ignacio, Santa rosa 237, TORREON, COAHUILA 27086, MEXICO
30575097      +   Carlos Larios Uribe, 336 E 1400 S, Provo, UT 84058-7647
30575099      +   Carlos Lessa, 128 bracken fern ln., Georgetown, TX 78626-2867
30575100      +   Carlos Mateo, 672 E Market St, Harrisonburg, VA 22801-4230
30575101      +   Carlos Molina, 7100 Margaret Dr, Mission, TX 78574-3440
30575102          Carlos Morales, 425 70TH ST, GUTTENBERG, NJ 07093-2417
30575103      +   Carlos Munoz, 770 NE 195th St, Apt. 206, Miami, FL 33179-3429
30575104      +   Carlos Olmos Gallo, 12915 Chippewa Street, Sylmar, CA 91342-4906
30575105      +   Carlos Padron, URB FOREST HLS, H30 CALLE 1, BAYAMON, PR 00959-5518, PUERTO RICO 00959-5518
30575106      +   Carlos Pena, 675 P.O BOX, Espanola, NM 87532-0675
30575107      +   Carlos Quijano, 6116 Sharon Circle, Urbandale, IA 50322-8205
30575109          Carlos Robles, 4211 Springview Dr, San Antonio, TX 78222-3704
30575110          Carlos Rodarte, 2397 Avenue M Way, Council Bluffs, IA 51501-0800
30575111      +   Carlos Rodriguez-Munoz, 1700 Main St, Apt. 423, Vancouver, WA 98660-2770
30575112          Carlos Romano, 2512 14th Ave S Apt 101, Seattle, WA 98144-5061
30575113      +   Carlos Salazar, 1827 East Lafayette Street, Bloomington, IL 61701-7014
30575114      +   Carlos Sanabria, 1040 North Quincy Street, Apt. 315, Arlington, VA 22201-5621
30575115          Carlos Semino, 5512 PLUMBRIDGE WAY, ANTIOCH, CA 94531-8230
30575116      +   Carlos Solis, 1009 E Centerville Rd Apt1402, Garland, TX 75041-3645
30575117      +   Carlos Villanueva, 6521 Kulm Rd SE, Othello, WA 99344-9769
30575118          Carlos-Daniel Figueroa, 910 Boscobel St, Nashville, TN 37206-3730
30575119          Carlota Maldonado, 12177 Northover Loop, Orlando, FL 32824-7391
30575120          Carlton Caramillo, PO Box 639, Dulce, NM 87528-0639
30575121      +   Carly Blodgett, 8 W Erie Dr, Tempe, AZ 85282-3625
30575122          Carly Budhram, 3215 NE 42nd Ave, Portland, OR 97213-1120
30575123          Carly Caldwell, 117 W Hawthorne St, Hartford, IL 62048-1020
30575124      +   Carly Cosgrove, 1465 Glenbrook Lane, West Chester, PA 19380-6614
30575126          Carly DellaPenna, 285 Plantation St Apt 1016, Worcester, MA 01604-7743
30575127      +   Carly Donovan, 2064 E Peridot PL, Apt 10, Fayetteville, AR 72701-7672
30575128          Carly Dykes, 168 S Coeur d'Alene St, E102, Spokane, WA 99201
30575129      +   Carly Esenwein, 4908 lemans drive, Apt 8, Indianapolis, IN 46205-1257
30575130          Carly Foster, 245 Woodlawn Cir Apt 4, Portsmouth, NH 03801-3177
30575131          Carly Goldberg, 69 GARFIELD PL APT 2F, BROOKLYN, NY 11215-1938
30575132      +   Carly Guillard, 90 Ebony Street, Staten Island, NY 10306-1923
30575133      +   Carly Hanson, 3261 W Wrightwood Ave #2L, 2L, Chicago, IL 60647-1668
30575134          Carly Hazen, 5290 S COTTONWOOD CLUB DR, HOLLADAY, UT 84117-7610
30575135      +   Carly Kreiner, 2940 Highway 31 West, A102, White House, TN 37188-0629
30575136          Carly Lidzy, 1002 N Shady Ln, Benton, AR 72015-3209
30575137      +   Carly Morse, 8040 little dipper ave, A, Anchorage, AK 99504-4127
30575138          Carly Paul, 2960 E Jackson Ave Apt R054, Anaheim, CA 92806-3444
30575141      +   Carly Richards, 1266 Mahogany Mill Rd., Pensacola, FL 32507-3901
30575142      +   Carly Squires, 1100 Richmond Hwy, Unit 1501, Richmond, VA 23224-6624
30575143          Carly Studer, 18471 Sycamore Woods Dr, Greendale, IN 47025-8679
30575144          Carly Swatzell, 11421 Gossamer Dr, Austin, TX 78754-5942
30575145      +   Carly Whitfield, 125 Parker street, Houston, PA 15342-1036
30575146          Carlye Niedbalski, 202 Bluebird St, Browns Mills, NJ 08015-1116
30575147      +   Carm Woodruff, 497 Ethel St NW, Atlanta, GA 30318-7940
30575148          Carmen (Ruby) Garza, 25542 33rd St, San Bernardino, CA 92404-2966
30575149      +   Carmen Azpiri, 423 N Clara St, Arlington, WA 98223-1127
30575150      +   Carmen Bryanna Gonzalez, 8233 Potranco Rd, San Antonio, TX 78251-2915
30575151          Carmen Cunningham, 2916 Country Ln NW, Kennesaw, GA 30152-4121
30575152      +   Carmen Curtis, 3333 C Street, Lincoln, NE 68510-4523
30575153      +   Carmen Espada, 1009 Elkgrove Avenue, APT 3, Venice, CA 90291-3159
30575154          Carmen Jackson, PO Box 33, Northwestern Saskatchewan (Battleford),, CANADA

District/off: 0752-1 | User: admin | Page 84 of 507
Date Rcvd: Jan 04, 2024 | Form ID: 309C | Total Noticed: 30719

+ Carmen Sinclair, 5671 W Hunter Park Circle, West Valley City, UT 84128-2615

Carmen Sterk, 4509 Aldrich Rd, Bellingham, WA 98226-9681

+ Carmona, Dulce, 820 S FOURTH ST, AURORA, IL 60505-5150

+ Carol Braddock, 1594 Countryside Drive, Shakopee, MN 55379-4515

Carol Cutler & David Cutler, 27 Wright St, Westport, CT 06880-3113

Carol Cutting, 21 Boulay St, Berlin, NH 03570-1601

+ Carol DuQuette, 7585 SW Vlahos Dr, Wilsonville, OR 97070-6402

+ Carol Fortenberry, 220 Faith Way, Brandon, MS 39042-8606

Carol Grosslight Schiewe, 1832 6th St, Manhattan Beach, CA 90266-6319

+ Carol Jones, 125 Magnolia Drive, Oxford, GA 30054-4052

+ Carol L Carlock, 6150 Routt Street, Arvada, CO 80004-4435

Carol McNutt, 8520 Black Bart Ct, Las Vegas, NV 89143-5455

Carol Schumacher, 712 Calico Ct Apt D, Terre Haute, IN 47803-4252

+ Carol Snell, 1723 Evemarie Ave., Los Altos, CA 94024-6254

+ Carol Sturgis, 69480 Balk Rd., Sturgis, MI 49091-9239

Carol Tesoriero, 10 CEDAR ST, HILLSDALE, NJ 07642-2644

+ Carol Ziesenhenne, 1618 Carmel St, Unit A, San Luis Obispo, CA 93401-4336

+ Carol kadish, 2335 Ashurst Road, University Heights, OH 44118-3641

Carol-Anne Blizzard, 9013 N 24th Ave Ste 1, Svt 2174-4, Phoenix, AZ 85021-2882

Carole Diedrich, 1406 N Fairview Ln, McHenry, IL 60051-4625

Carolin Eichhorn, A.-v.-Droste-H lshoff-Str. 1, Warburg, HESSEN 34414, GERMANY

+ Carolina Azqueta, 8130 Erwin Road, Miami, FL 33143-6208

+ Carolina Cox, 1511, Lexington St, Weatherford, TX 76086-1522

+ Carolina Theatre of Durham, Inc., 309 West Morgan Street, Durham, NC 27701-2119

Caroline Allen, 2058 N Mills Ave PMB 129, Claremont, CA 91711-2812

+ Caroline Baxter, 873 Burnett Rd, Gallipolis, OH 45631-5904

+ Caroline Bonin, 17 Cleta Dr, Swannanoa, NC 28778-9113

Caroline Brady, 16391 Stonehaven Rd, Miami Lakes, FL 33014-6051

+ Caroline Cantrelle, 525 Browning Loop, Mandeville, LA 70448-1920

Caroline Christmas, 3003 Loveland Cv, Austin, TX 78746-7635

Caroline Deitch, 619 BOLIVAR ST, DENTON, TX 76201-2917

+ Caroline Dorsey, 503 Eastbrook Dr, Charlottesville, VA 22901-1117

Caroline Golden, 7236 N Commercial Ave, Portland, OR 97217-1512

+ Caroline H Miller, 411 S Main Street #406, Los Angeles, CA 90013-1332

+ Caroline Helms, 1137 W 29th St, Apt. 4, Los Angeles, CA 90007-3118

Caroline Hewitt, 501 Averroe Dr, Apex, NC 27502-4007

Caroline Higgins, 114 Ballenger Ln, Carthage, TN 37030-1827

Caroline Kyle, 251 NW RED BARN AVE APT 3, BENTONVILLE, AR 72712-2779

Caroline Marciano, 1372 High Point Way NE Apt C, Delray Beach, FL 33445-1509

+ Caroline McCaig, 124 Pine St, Harrisburg, PA 17101-1253

Caroline McCall, 1297 Marlborough Ct, Apt. 1001, Oakville, Ontario, L6H2S1, CANADA

+ Caroline McDaniel, 903 9th Ave, Apt 52, Seattle, WA 98104-1250

Caroline Minasian, 2659 MARQUETTE DR, SACRAMENTO, CA 95826-2924

Caroline Newhall, 39671 ROBERT LN, ELYRIA, OH 44035-8127

Caroline Ott, 12425 GRASSDALE RD, REMINGTON, VA 22734-2207

+ Caroline Patterson, 101 Pine Street, Room 152, Providence, RI 02903-3813

Caroline Rizzuto, 318 E 6th St Apt 1, NY, NY 10003-8743

Caroline Roberts, 1105 Pinnacle Ct, Morehead City, NC 28557-3987

Caroline Sargeant, Flat 8 Fulflood Court, Greenhill Road, Winchester, England SO22 5EG, UNITED KINGDOM

+ Caroline Schumann, 8045 Metcalf Ave, Apt. 201, Overland Park, KS 66204-3861

Caroline Sefton, 62 Loughmill Road, Pershore, ENGLAND WR10 1QB, UNITED KINGDOM

+ Caroline Signa, 17649 Cypress Dr, Apt 1136, Omaha, NE 68136-4328

Caroline Steel, 1205 S Vale St, Seattle, WA 98108-2750

Caroline Stinson, 907 3RD ST, NEPTUNE BEACH, FL 32266-5019

Caroline Tan, 715 Penway Ct, Charlotte, NC 28209-4949

Caroline Webb Ragan, 1041 Princeton Dr, Indian Land, SC 29707-6808

+ Caroline Wingerd, 114 Jersey Ridge Rd., Cary, NC 27518-7807

+ Caroline Yates, 307 W 93rd St, 5WA, NY, NY 10025-7215

+ Caroline Yu, 1258 N Bay Drive, Ann Arbor, MI 48103-8303

+ Caroline Yu, 9039 Alcott St, APT 5, Los Angeles, CA 90035-3343

Carolyn Campbell, 51 Elinga Street, HOWRAH, TAS 7018, AUSTRALIA

+ Carolyn Certo Gnerre, 280 S Pleasant Ave, CG MENTAL HEALTH, Ridgewood NJ, NJ 07450-5338

Carolyn Earley, 9226 S 86th Ave, Hickory Hills, IL 60457-1702

| | | |
|---|---|---|
| 30575222 | | Carolyn Fader, 304 Ayer Rd, Harvard, MA 01451-1109 |
| 30575223 | | Carolyn Hageman, 4909 Mountain View Pkwy, Birmingham, AL 35244-1933 |
| 30575224 | + | Carolyn Kelly, 204 Tewksbury Road, Fairless Hills, PA 19030-3206 |
| 30575225 | | Carolyn Kilgore, 1472 Pheasant Hills Dr, Lino Lakes, MN 55038-9611 |
| 30575226 | | Carolyn Knudstrup, 1700 N Superior St, Appleton, WI 54911-3675 |
| 30575227 | + | Carolyn Kocian, 4686 Wendler Blvd, Columbus, OH 43230-1687 |
| 30575228 | | Carolyn Kronenberger, 6550 SHADY BROOK LN APT 2132, DALLAS, TX 75206-1229 |
| 30575229 | + | Carolyn Longhurst, 2050 Winterhaven Dr., Hailey, ID 83333-8766 |
| 30575230 | | Carolyn Marieb, 11009 Homeplace Ln, Potomac, MD 20854-1407 |
| 30575231 | | Carolyn Meister, 202 Kent Ave Apt 21, Kentfield, CA 94904-2503 |
| 30575232 | | Carolyn Murdock, 408 Kiah St, Ogdensburg, NY 13669-2944 |
| 30575233 | + | Carolyn Rangel, 13674 Westboro Drive, San Jose, CA 95127-3029 |
| 30575234 | + | Carolyn Szczesny-Pumarada, 2334 Providence Creek Ln, Charlotte, NC 28270-0779 |
| 30575235 | + | Carolyn Trabona, 9 Glenwood Townhouse Road, Round Top, NY 12473-5514 |
| 30575236 | | Carolyn Von Ruden, 415 Declark St, Beaver Dam, WI 53916-1713 |
| 30575237 | | Carolyn Weiser, 526 Superior Ave E Apt 918, Cleveland, OH 44114-1426 |
| 30575238 | + | Carolynn Winningham, P.o. box 53, Neilton, WA 98566-0053 |
| 30575239 | + | Caron Blair, 2029 Riverstone Ct, Avon, IN 46123-7390 |
| 30575240 | + | Carren Knehr, 12212 Cape Cortez Ct, Las Vegas, NV 89138-4604 |
| 30575241 | | Carrie Ansell, 34 Buchanan St NE, WA, DC 20011-6718 |
| 30575242 | + | Carrie Bouwman, 326 E Archer Ave, Milwaukee, WI 53207-1323 |
| 30575243 | | Carrie Brooks, 1345 POWELL DR, CENTRE, AL 35960-2608 |
| 30575244 | | Carrie Carambas, 2260 Worden St Apt 9, San Diego, CA 92107-1624 |
| 30575245 | + | Carrie Houp, 545 Running Water Trail, Fort Worth, TX 76131-4576 |
| 30575246 | + | Carrie Keller, 9124 Old Hammond Hwy, Apt. 15, Baton Rouge, LA 70809-1379 |
| 30575247 | | Carrie Neill, 1450 Swede Hill Rd, Greensburg, PA 15601-4748 |
| 30575248 | + | Carrie Prudhomme, 1035 Cecelia Court, San Leandro, CA 94577-3710 |
| 30575249 | | Carrie Smith, 12844 Dragoon Trl, Mishawaka, IN 46544-9713 |
| 30575250 | | Carrie Stevens, 1317 W OAKTON ST, ARLINGTON HTS, IL 60004-4537 |
| 30575251 | | Carrie Watts, 1121 Lee Rd, Virginia Beach, VA 23451-3812 |
| 30575252 | | Carrie Wheatley, 24339 Beierman Ave, Warren, MI 48091-1789 |
| 30575253 | + | Carrington Haley, 1541 W 250 N, Pleasant Grove, UT 84062-4158 |
| 30575254 | | Carrington Lauer, 73 Governors Pl At Waterf, York, PA 17402-9193 |
| 30575255 | | Carroll Glidden, 4770 S 3040 W, Taylorsville, UT 84129-2548 |
| 30575256 | | Carson Bedwell, 7439 Cherryhill Dr, Indianapolis, IN 46254-9769 |
| 30575257 | + | Carson Bolt, 1260 11th court sw, North Bend, WA 98045-7988 |
| 30575258 | | Carson Krumm, 1205 24th Ave NE, Aberdeen, SD 57401-1504 |
| 30575259 | | Carson McLendon, 408 S Peedin Ave, Selma, NC 27576-5823 |
| 30575260 | + | Carson Piano, 380 treetop drive, Bremen, GA 30110-4422 |
| 30575261 | + | Carson Robinette, 20909 Norman Shores Drive, Cornelius, NC 28031-6687 |
| 30575262 | + | Carson Russell, 802 71st Street NE, Cedar Rapids, IA 52402-7473 |
| 30575263 | + | Carson Schaefer, 4055 Hohensee Dr, Apt. 301, Lincoln, NE 68516-3938 |
| 30575264 | | Carsten Thoben, Hamburger Stra e 63a, Ahrensburg, Schleswig-Holstein 22926, GERMANY |
| 30575265 | | Carter Allen, 6117 Lowlander Ct, Colorado Springs, CO 80922-1713 |
| 30575266 | | Carter Ashton, 1620 McKenzie Ave, Apt. 212, Victoria, British Columbia, V8N0A1, CANADA |
| 30575267 | + | Carter Balogh, 119 Momrow Road, Averill Park, NY 12018-4539 |
| 30575268 | | Carter Biellier, 712 DALE ST, NORMAL, IL 61761-2937 |
| 30575269 | + | Carter Crofts, 12012 114th ave e, Apt. 2, Puyallup, WA 98374-2869 |
| 30575271 | + | Carter English, 25 Pepperwood Lane, Bear, DE 19701-3029 |
| 30575272 | + | Carter Gibbs, 5196 N Parma Rd, Parma, MI 49269-9649 |
| 30575273 | | Carter Hutchinson, 907 S Lansing St, Saint Johns, MI 48879-2145 |
| 30575275 | + | Carter Kornsey, 1232 Townhouse Lane, Apt. 1232, Traverse City, MI 49686-5063 |
| 30575274 | + | Carter Kornsey, 12250 Hickin Road NW, Williamsburg, MI 49676-9614 |
| 30575276 | | Carter Miles, 4021 Bell Grande Dr, Valrico, FL 33596-7006 |
| 30575277 | | Carter Muizelaar, 1810 Burlington Dr, Midland, MI 48642-3812 |
| 30575278 | | Carter Pease, 506 Black Wolf Run, Austin, TX 78738-1765 |
| 30575279 | + | Carter Phillips, 305 S Meadow Rd, Raleigh, NC 27603-8655 |
| 30575280 | | Carter Stegall, 2014 Diamond Loop SE, Olympia, WA 98503-8601 |
| 30575282 | + | Carufel, 3552 Old Farm Lane, Fort Gratiot, MI 48059-4019 |
| 30575283 | + | Cary Jacobs, 9540 Lawler Ave, Skokie, IL 60077-1273 |
| 30575285 | | Carys Bailey, 70 Tewkesbury Street, Cardiff, WALES CF2 4QT, UNITED KINGDOM |
| 30575286 | + | Cas Isaac, 1712 Abercorn St, A5, Savannah, GA 31401-7552 |
| 30575287 | | Cas Kokasko, 3 Yates St, Troy, NY 12180-6711 |

30575288   + Cas Lewis, 8285 Raindrop Way, Springfield, VA 22153-3810
30575289     Cas Satter, Middenburcht 38, Vleuten, Utrecht, 3452MT, NETHERLANDS
30575346     CasSandra Masci, 62 Jackson Ave, Winchendon, MA 01475-1250
30575290     Casandra Santiago, 486 Bonaccord Street, Peterborough, ON K9H 3A7, CANADA
30575291   + Cascio Fonseca, 289 Old Loomis Rd., Liberty, NY 12754-2718
30575292   + Casey Autey, P.O. Box 10242, Burbank, CA 91510-0242
30575293     Casey Ball, 302 1st St NE, Dilworth, MN 56529-1247
30575294   + Casey Barber, 12047 Alta Carmel Court, Apt. 188, San Diego, CA 92128-3824
30575295   + Casey Bryant, 2173 W Minerva St, Kuna, ID 83634-4767
30575296     Casey Bunker, 250 E 600 S Apt 3, St George, UT 84770-3977
30575297   + Casey Colvin, 40281 Via Reata, MURRIETA, CA 92562-3911
30575298   + Casey Conlin, 1991 palo verde boulevard south, Lake Havasu City, AZ 86403-4845
30575299     Casey Cullinane, 101 Maskel Rd, South Windsor, CT 06074-1621
30575300     Casey D Shawley, 1693 S Cleveland St, Boise, ID 83705-2939
30575301   + Casey Deshler, 332 Elliot St, Newton, MA 02464-1122
30575303   + Casey Elliott, 315 N 19th St, Coeur d'Alene, ID 83814-5462
30575304     Casey Espino, 24777 Crenshaw Blvd, Torrance, CA 90505-5308
30575305   + Casey Gebert, 224 Appley Avenue, Libertyville, IL 60048-1906
30575306   + Casey Groat, 929 Stillwater Road, West Sacramento, CA 95605-1615
30575307   + Casey Herrera, 26340 E 86th St S, Broken Arrow, OK 74014-6160
30575308   + Casey J Manning, 713 Seagrove Road, Glen Burnie, MD 21060-6931
30575309   + Casey Kennedy, 1166 Blue Ridge Drive, Dripping Springs, TX 78620-4795
30575310     Casey LaRocca, 149 E Pamela Dr, Lafayette, LA 70506-5168
30575311   + Casey Marika, 3485 6th Ave N, Saint Petersburg, FL 33713-9014
30575312   + Casey McCreery, 5331 E 26th Place, Tulsa, OK 74114-4903
30575313     Casey Miller, 28 Kinney St, Brocton, NY 14716-9660
30575315     Casey Nussbaumer, 1267 River Rd, Holtwood, PA 17532-9644
30575316   + Casey Owens, 14000 Noel Rd, Apt. 1029, Dallas, TX 75240-7317
30575317   + Casey Pence, 5521 Springdale Rd, Apt 2111, Austin, TX 78723-6094
30575318   + Casey Perry, 11923 Arbor Downs Rd, Austin, TX 78748-2044
30575319   + Casey Peters, 2030 Chanticleer Ave, Santa Cruz, CA 95062-1832
30575320     Casey Scott, 193 Flat Mountain Rd, Dunlap, TN 37327-6543
30575321     Casey Sidoroff, 6334 93 St, Grande Prairie, ALBERTA T8W 1A2, CANADA
30575322   + Casey Thibodaux, 1027 N Stanley Ave, Apt 1, West Hollywood, CA 90046-6314
30575323   + Casey Vicory, 3688 S Royal Scott Drive, West Valley City, UT 84128-2338
30575325   + Casey, Colleen, 1606 BUCKINGHAM AVE, WESTCHESTER, IL 60154-4225
30575326   + Cash Boyd, 12564 Cherry St, Thornton, CO 80241-3024
30575327     Cash Lewis, 469 E Sandy Oaks Dr, Sandy, UT 84070-0535
30575328   + Casie Greene, 3154 Hidden Meadows CT, Green Cove Springs, FL 32043-7059
30575329   + Casie Marshall, 2366 Hidden Pine Ln Ne, Palm Bay, FL 32905-4733
30575330     Casie Orellana, 19751 Saticoy St, Winnetka, CA 91306-2643
30575331     Casie Yantis, 124 Jefferson St, Pittsburg, TX 75686-1329
30575332     Casimira, 315 GETTY AVE APT 2, PATERSON, NJ 07503-2303
30575333     Casper Nielsen, Trank r V nge 28, Aarhus 8310, DENMARK
30575334   + Caspian Berry, 12435 W Via Camille, El Mirage, AZ 85335-5942
30575335     Caspian Pimpan, 1700 Mitchell Dr, Saint Helena, CA 94574-2066
30575336   + Cass Franken, 2032 NE 59th Ave, Portland, OR 97213-4120
30575337   + Cass Hadaway, 28 Morgan Baenninger Road, Blairsville, GA 30512-3652
30575338     Cassandra Armstrong, 1151 Bent Creek Rd, Watkinsville, GA 30677-7576
30575340   + Cassandra Craig, 2295 Second St., Santa Clara, CA 95054-1301
30575341   + Cassandra Dougherty, 156A MacArthur Ave, 156A, Sayreville, NJ 08872-1036
30575342     Cassandra Fields, 660, 208th, Passadena, MD 21122
30575343   + Cassandra Herrera, 10420 Shannon Pl, El Paso, TX 79925-1623
30575344     Cassandra Lewis, c/o Red Light Management, 455 2nd St. SE, Charlottesville, VA 22902-5791
30575345   + Cassandra M Groenhof, 345 N Jefferson st, Zeeland, MI 49464-1019
30575347   + Cassandra Orozco, 2220 Whitewood Drive, Santa Rosa, CA 95407-6932
30575348     Cassandra Picavet, 57 Northbrook Rd, East York, Ontario M4J 4G2, CANADA
30575349   + Cassandra Smith, 2044 Aventon Lane, Morrisville, NC 27560-7194
30575350     Cassandra Soldo, 19 Ravatt Rd, Port Monmouth, NJ 07758-1015
30575351   + Cassandra Stone, 11989 SE Zion Hill Dr, Damascus, OR 97089-6540
30575352   + Cassandra Van Dyke, 14437 Emory, Whittier, CA 90605-1112
30575353     Cassaundra Scott, 44 Robinwood Ave Apt 3L, Boston, MA 02130-2145
30575354     Cassia McCarthy, 6 Ashley Road, Hampton, England TW12 2JA, UNITED KINGDOM

30575355           Cassidy Gall, 1435 Dexter Dr N, Port Orange, FL 32129-7470
30575356       +   Cassidy Gray, 2418 Formosa Ave, Orlando, FL 32804-5067
30575357       +   Cassidy Imperato, 11 Lacroix Court Dr., Apt H, Rochester, NY 14609-1555
30575359           Cassidy Johnson, 502 W Myrtle St Apt 314, Fort Collins, CO 80521-3615
30575358           Cassidy Johnson, 7575 N Gemstone Ln, Springfield, MO 65803-8508
30575360           Cassidy Lawless, 1010 154th St NE, Bradenton, FL 34212-9040
30575361       +   Cassidy McGonigle, 3249 Bramson Pl, San Diego, CA 92104-1401
30575362       +   Cassidy Nolan, 1903 Wabash Ave, Linwood, NJ 08221-1450
30575363           Cassidy North, 10 Duranbah Road, Secret Harbour, Perth, WESTERN AUSTRALIA 6173, AUSTRALIA
30575364           Cassidy Owen, 33 Bryn Teg, Beaumaris, Wales, LL588HF, UNITED KINGDOM
30575365           Cassidy Scott, 531 5th street, New Westminster, British Columbia V3L 2, CANADA
30575366       +   Cassidy White, 531 47th st s, Birmingham, AL 35222-3463
30575367           Cassie Allen, 5442 Highland Ave, Kansas City, MO 64110-2902
30575368       +   Cassie Ayala, 12210 Corona lane, Houston, TX 77072-3330
30575369           Cassie Bisko, 17 McKay Court, Dundas, ONTARIO L9H 6P1, CANADA
30575370       +   Cassie Fleischman, 212 4th St NE, Surrey, ND 58785-7141
30575371           Cassie Floyd, 4615 Burman Dr, Crystal Lake, IL 60014-6307
30575372       +   Cassie Follman, 1319 S Hancock St, Philadelphia, PA 19147-6131
30575373           Cassie Hopkins, 3129 GREENWOOD CT, NORMAN, OK 73072-3317
30575374           Cassie Kendrick, 407 SE Tuscawilla Ave, Ocala, FL 34471-2224
30575375       +   Cassie Martino, 3567B S Kinnickinnic Ave, St Francis, WI 53235-3721
30575376           Cassie Morris, 1946 Lawrence 1110, Miller, MO 65707-7214
30575377           Cassie Owens, 28852 37th Ave S, Auburn, WA 98001-1453
30575378           Cassie Reid, 3460 N Summerpark Ave, Meridian, ID 83646-5593
30575379       +   Cassie Richardson, 301 Players Ct, Nashville, TN 37211-7009
30575380       +   Cassie Seyer, 3020 S Sagamont Ave, C 22, Springfield, MO 65807-4689
30575381       +   Cassie Wills, 2425 Applebutter Road, Hellertown, PA 18055-3302
30575382       +   Cassiopeia Flessner, 218 Village Cir, Novato, CA 94947-5152
30575383       +   Cassius Kemp, 3155 E 104th Ave Unit 1A, Thornton, CO 80233-4211
30575384       +   Cassius L Valdez, 5987 South Sweet Basil North, Taylorsville, UT 84129-2449
30575385           Cassody Morrow Homburg, 6 Old Presidio Dr, Manvel, TX 77578-5601
30575386           Cat Clyde, c/o Red Light Management, 455 2nd St. SE, Charlottesville, VA 22902-5791
30575387       +   Cat Cox, 1404 NW Santa Fe Ln, APT 203, Silverdale, WA 98383-7913
30575388           Catalin Buzdea, 455 George Street, Aparto Combworks, Room 122, Aberdeen, SCOTLAND AB25 3YB, UNITED KINGDOM
30575389       +   Catalina Anampa Castro, 225 Chapin St., APT 1, Ann Arbor, MI 48103-3460
30575391           Cate Dean, 50 Warwick Street, Accrington, ENGLAND BB5 4AL, UNITED KINGDOM
30575392           Catelynn Bernice Grogan, 10526 NE WIGGINS RD, BAINBRIDGE IS, WA 98110-3178
30575393           Caterina Barrasso, 21 EDYTHE LN, PEABODY, MA 01960-2517
30575394           Caterina Cajrati Crivelli Mesmer Nobili, 415 South St, Mb3689, Waltham, MA 02453-2728
30575395           Caterina Cirillo, 423 Garden Street, Cambridge, ON N3H 4E1, CANADA
30575396           Caterina Nasr, 427 HUMBOLDT ST APT 3, BROOKLYN, NY 11211-2492
30575397           Cathair Patton, 4 Baldrick Crescent, Derry City, NORTHERN IRELAND BT480HP, UNITED KINGDOM
30575398       +   Catherine Adams, 2636 Geyer Ave., St. Louis, MO 63104-2119
30575399           Catherine Allan, 2296 Av Wilson, Montreal, QC H4A 2T3, CANADA
30575400       +   Catherine Armstrong, 2405 Intrepid Way, League City, TX 77573-2829
30575401       +   Catherine Burnham, 1546 Elm Ave, Northbrook, IL 60062-5456
30575402       +   Catherine Busby, 1910 W 19th Ave, Apache Junction, AZ 85120-6982
30575403       +   Catherine Cervone, 125 Main Street, One Canalside, Buffalo, NY 14228
30575404       +   Catherine Cincilla, 6928 Chestnut Hill St., Highlands Ranch, CO 80130-5119
30575405           Catherine Collette, 10709 Coronado Ave NE, Albuquerque, NM 87122-3551
30575406       +   Catherine Drosihn, 502 Jacob Mott drive, Wilmington, NC 28412-4514
30575408           Catherine Guarnieri, 2010 Glen Ross Rd, Silver Spring, MD 20910-2123
30575409       +   Catherine Humpal, 1549 W Monroe Street, Chicago, IL 60607-2471
30575410           Catherine Kirby, 59 St Albans Road, Dublin, D08N4X7, IRELAND
30575411           Catherine Kuklinski, 717 Dynasty Dr, Bel Air, MD 21015-6093
30575412           Catherine MacEwen, Merrydale Works, Linford Road, Chadwell St Mary, England RM16 4LQ, UNITED KINGDOM
30575414           Catherine McDonald, 9 Birchwood Dr, Palos Park, IL 60464-1574
30575415       +   Catherine Moffses, 7030 Twisting Pines Loop, Zephyrhills, FL 33541-2968
30575416       +   Catherine Owens, 357 Wayland ct, GLOUCESTER, NC 28528-9376
30575417       +   Catherine Ryan, 711 Westmount Drive, #105, West Hollywood, CA 90069-5132
30575418           Catherine Saurage, 707 Dubois Dr, Baton Rouge, LA 70808-5027
30575419           Catherine Shadis, 1615 Donley Dr, Euless, TX 76039-2101
30575420           Catherine Shim, 10824 GORDON FARM TRCE, LOUISVILLE, KY 40291-8338

District/off: 0752-1                                     User: admin                                          Page 88 of 507
Date Rcvd: Jan 04, 2024                               Form ID: 309C                                    Total Noticed: 30719

30575421        Catherine Spevetz, 465 Franklin Wright Blvd, N/A, Lake Orion, MI 48362-1585
30575422     +  Catherine Tobin, 512 Pomona Ave, Coronado, CA 92118-1942
30575423     +  Catherine Wagstaff, 490 Madison Avenue, ROSELLE PARK, NJ 07204-2430
30575424     +  Catherine Weik, 161 S Alki St, Cheney, WA 99004-6007
30575425        Catherine Weisz, 408 NE 6th St Unit 522, Fort Lauderdale, FL 33304-6412
30575426     +  Catherine Wilhelm, 4808 Washtenaw Ave, Apt C6, Ann Arbor, MI 48108-1474
30575427     +  Catherine Wolf, 5590 Treeline Dr, Columbus, IN 47201-4050
30575428     +  Catherine Wright, 7316 SE 13th Ave, Portland, OR 97202-5922
30575407     +  Catherine goebel, 3501 Stover St, Apt 126, Fort Collins, CO 80525-4516
30575413        Catherine martin, 35 swan road, Baglan, Port talbot, WALES SA12 8LA, UNITED KINGDOM
30575429     +  Cathleen Bobelis, 9 Capitol Court, Hauppauge, NY 11788-2006
30575430        Cathleen Herman, 1653 Deepwood Cir, Rochester, MI 48307-6097
30575431        Cathleen Johnson, 11733 KLING ST, VALLEY VLG, CA 91607-4007
30575432        Cathryn Bernstein, 28 CAMPBELL PARK, SOMERVILLE, MA 02144-2720
30575433        Cathryne Orosz, 1126 Williamsburg Cir, Wichita, KS 67208-4606
30575434        Cathy Cloonan, 20 Parkhall Croft, Shard End, Birmingham, England B34 7BU, UNITED KINGDOM
30575435        Cathy J White, 517 S Chester Ave, Compton, CA 90221-3901
30575436        Cathy Sebastian, 257 Panton Way Northwest, Calgary, AB T3K 0X4, CANADA
30575437     +  Cathy Szumlinski, 1890 Copperbell, commerce two, MI 48390-1842
30575438     +  Catie Harlow, 46848 Larchmont Dr., Canton, MI 48187-4720
30575439        Catie Johns, 407 HEYSER ST, JACKSON, MI 49203-4591
30575440        Catie Polo, 3901, Columbia, MO 65203
30575441     +  Catie Simons, 1714 Genung Dr, Apt 33, New Albany, IN 47150-3776
30575442     +  Catrina Kohlbus, 8 Overbrook Lane, Bel Air, MD 21014-4510
30575443        Catrine B. Martin, 7726-B rue Berri, B, Montreal, QC, CANADA
30575445     +  Cavetown, 2630 Elm Hill Pike, Suite #125, Nashville, TN 37214-3161
30575446     +  Cavetown Music Inc., 2630 Elm Hill Pike #125, c/o Level Group LTD, Nashville, TN 37214-3161
30575447        Cay Castleberry, 1114 Greenacres Dr, Kokomo, IN 46901-8735
30575448        Cayce Dunn, 1400 Plum Ct, Canton, GA 30114-6814
30575449     +  Cayce Harrison, 2890 Long Meadow Drive, Wellington, FL 33414-7056
30575450     +  Cayce Holden, 130 London Ct, apt 8, Fayetteville, NC 28311-0258
30575452     +  Cayden, 7904 E 150 N, Crawfordsville, IN 47933-8087
30575451        Cayden, Caplinger, Crawfordsville, IN 47933
30575453        Cayden Giacoma, 4180 IN-258, SEYMOUR, IN 47274
30575454     +  Cayden Kapelka, 21 Douglas St, Tiffin, OH 44883-1134
30575455     +  Cayden Owens, 10002 N 7th St, Apt. 2120, Phoenix, AZ 85020-1794
30575456     +  Cayetana, c/o Kelly Olsen, 132 Watkins Street, Philadelpha, PA 19148-1912
30575457        Cayla Thompson, 2619 Woodyhill Dr, Nashville, TN 37207-4539
30575458        Caylee Chiella, 9014 Bolton Ave, Hudson, FL 34667-3778
30575461        Ceasar Salazar, 5459 E 30th Pl, Yuma, AZ 85365-6601
30575462     +  Ceaser Silva, 1333 W Garvey Ave N, #207, West Covina, CA 91790-2281
30575463        Cecelia Barone, 403 WOODARD ST, HOUSTON, TX 77009-1823
30575464     +  Cecelia McDermott, 500 E RANDALL ST, APPLETON, WI 54911-3734
30575466     +  Cecil Spencer, 1500 W Main St, Apt. 1437, Carrboro, NC 27510-5707
30575467     +  Cecil Tauser, 2190 Patterson rd, Florissant, MO 63031-2202
30575468     +  Cecilia, 416 waterside st, Port charlotte, FL 33954-3124
30575469        Cecilia Alvarez, 2161 Chatsworth Dr, Navarre, FL 32566-4170
30575470        Cecilia Biggs, 11203 Stormy Ridge Rd, Austin, TX 78739-4328
30575471        Cecilia Boschetti, Via Vigne Basse 45, Anzu, Belluno 32032, ITALY
30575472     +  Cecilia Correa, 6228 Hillston Drive, Austin, TX 78745-4351
30575473        Cecilia Greder, Varingevagen 5, Sollentuna 192 65, SWEDEN
30575474        Cecilia Karlsson, Fanjunkaregatan 1B, Apt. 1201, Gothenburg, VASTRAGOTALAND 41523, SWEDEN
30575475     +  Cecilia Perez, 3549 Iowa Ave, D 105, Riverside, CA 92507-7205
30575476     +  Cecilia Witte, 14231 Cavalier Court, Waverly, NE 68462-1626
30575477     +  Cecilia Zhang, 410 Trapelo Rd., #2, Belmont, MA 02478-5047
30575478        Cedar Maxfield, 112 37TH ST APT 603, BELLINGHAM, WA 98225-6052
30575479     +  Ceegan H Wadsworth, 12301 North 107th East Place, Collinsville, OK 74021-5588
30575480        Ceire Neylan, 3500 Missouri Ave, Richmond, VA 23222-2942
30575481        Ceit Zweil, 1339 Old Worcester Rd, Framingham, MA 01701-8908
30575482     +  Cejka, 1111 S103rd st, Apt. 367, Omaha, NE 68124-1072
30575484        Celena Lynn Dano, 68 E White Ln Apt 24, Bakersfield, CA 93307-5014
30575485     +  Celeste Coronado, 3615 Trout St., Houston, TX 77093-5715
30575486     +  Celeste Dailey, 2208 Hourglass Ct, 2208, Franklin, TN 37067-6188

District/off: 0752-1                          User: admin                                    Page 89 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30575487   + Celeste Edwards, 8182 River Bay Dr E, Indianapolis, IN 46240-2997
30575489   + Celeste Mackey, 3001 Harvest Hills Dr, Apt 438, Williston, ND 58801-2678
30575490     Celeste Melling, 78 Bradford Avenue, Hull, ENGLAND HU94LZ, UNITED KINGDOM
30575491   + Celeste Salas, 536 S Court St, Ulysses, KS 67880-2656
30575493     Celeste Smith, 608 Jefferson St NW Apt 303, WA, DC 20011-7729
30575492     Celeste Smith, 113 Hickory Nut Ln, Mount Holly, NC 28120-9580
30575494     Celestina Lipez, 4302 Devon Dr, Corpus Christi, TX 78415-5130
30575495     Celia Hevesy, 4109 ROLAND AVE APT 2N, BALTIMORE, MD 21211-2020
30575496     Celia Lawrence, 3555 E River Rd, Oscoda, MI 48750-9201
30575497     Celia Perez, 3842 Crossette Dr, San Antonio, TX 78228-2005
30575498   + Celia Ross Serna, 111 W Gilman St, Apt. 7, Madison, WI 53703-1880
30575499   + Celina Madden, 920 Wheaton, Kalamazoo, MI 49008-1363
30575500     Celina Torrijos, 100 Hayden Street, 404, Toronto, ON M4Y 3C7, CANADA
30575501     Celine Salvesen, 11 LOMURNO LN, CAPE MAY CH, NJ 08210-2538
30575502     Celine Thompson, 161, Beddoes Street, Holland Park, Queensland, 4121, AUSTRALIA
30575503     Celine Trinh, 6362 Larchwood Dr, Huntington Beach, CA 92647-2307
30575504     Cell Van Lommel, Steenweg Wijchmaal 28, Beer 3990, BELGIUM
30575505     Celvin Selamat Wijaya, Jl. Kenari Golf VII No.53, RT.6/RW.2, Ka, Apt. 53, North Jakarta, Jakarta, 14470, INDONESIA
30575507   + Cenk Duman, 5221 N Hoyne Ave, Apt. 2, Chicago, IL 60625-1277
30575508     Cenneth Jolley, 606 S Frontage Rd, Danielson, CT 06239-3807
30575509   + Cera Lulloff, 2788 Viking drive, Unit 1 c, Greenbay, WI 54304-5417
30575511   + Cesar Hernandez, 107 Sellersville Drive, East Stroudsburg, PA 18302-8318
30575512   + Cesar Lemonier, 82 Jefferson street, 2C, Brooklyn, NY 11206-6081
30575513     Cesar Mora, 2183 Wilton Dr, Cambria, CA 93428-4213
30575514     Cesar Morillo Perez AP-071824, 8540 NW 66TH ST, AP-071824, Miami, FL 33195-2698
30575516   + Cesar Rodriguez, 2039 Artesia Boulevard, Apt 152, Torrance, CA 90504-3054
30575517   + Cesar Tamez, 303 Sunset Loop, Laredo, TX 78046-6027
30575518     Cesar Torres, Abeto 640 Valle de Santa Engracia, San Pedro Garza Garcia, NUEVO LEON 66268, MEXICO
30575519     Cessily Hayes, 3024 Prairie du Chien Rd NE, Iowa City, IA 52240-7814
30575524   + Chad Blyer, 5574 Noel Street, Louisville, OH, USA, Louisville, OH 44641-8679
30575525   + Chad Buckman, 6226 Camden Circle, Crestwood, KY 40014-8848
30575526     Chad C Satter, 3D MED BN 3D MLG, UNIT 38447, H&S CO., FPO, AP 96373
30575527   + Chad Carfagno, 814 homestead ave, Springfield, PA 19064-3718
30575529     Chad DePaoli, 1812 Happy Ln, Eugene, OR 97401-1882
30575528     Chad Dempski, 2410 SPRINGDALE RD APT 212, WAUKESHA, WI 53186-2797
30575530   + Chad Green, 8517 N FM 486, Thorndale, TX 76577-2681
30575531   + Chad Horn, 1120 California Street, Oceanside, CA 92054-5920
30575532   + Chad Ice, 2071 Lafayette Ave NE, Grand Rapids, MI 49505-4031
30575533   + Chad King, 2033 W. McDermott Dr., Ste 320 #121, Allen, TX 75013-4675
30575534   + Chad Koepf, 1507 Devere Dr, Pasadena, MD 21122-6669
30575535   + Chad Kurka, 410 N Yale Ave, Arlingotn Heights, IL 60005-1173
30575536   + Chad Lanphear, 709 Geary St, Apt 407, San Francsico, CA 94109-7344
30575537   + Chad Moser, 615 Thompson Avenue, Saint Joseph, MO 64504-1738
30575538     Chad Oliver, 34-35 76th St Apt 3H, Jackson Heights, NY 11372-2208
30575539     Chad Snyder, 280 Teel Rd, Winchendon, MA 01475-2139
30575540     Chad Stewart, 8621 W 131st Ter Apt 1321, Overland Park, KS 66213-5150
30575542     Chad Whitaker, 10550 McVine Ave, Sunland, CA 91040-2818
30575543   + Chad Wilkins, 118 S. Ash Ave, Independence, MO 64053-1418
30575541   + Chad wheeler, 300 NE Amy St, Burleson, TX 76028-2729
30575544   + Chadwick Acison, 200 Norma ln, Ashland, MO 65010-9447
30575545   + Chadwick Stokes & The Pintos, Po Box 676, Gloucester, MA 01931-0676
30575546   + Chaffin, 40 Eaton Cove, Atoka, TN 38004-7625
30575548   + Chaimukda, Emily, 10324 RIDGELAND AVE, #203, CHICAGO RIDGE, IL 60415-1522
30575549   + Chalin Nanthavongsa, 7312 Lowline Dr, Fort Worth, TX 76131-5146
30575550   + Chameleon Like Inc., 345 Kishimura Dr, Gilroy, CA 95020-3653
30575552     Chamonique Reinemo, 19 Bathurst Street, Unit 4111, Toronto, Ontario, M5V0N2, CANADA
30575553     Chance Crawford, 10614 Linwood Rd, Pleasant City, OH 43772-9792
30575554   + Chance Davis, 195 Brushy Creek Rd, Lucedale, MS 39452-7871
30575555   + Chance Mandernach, 1405 Pangbourne Way, Hanover, MD 21076-1476
30575556     Chance Roberson, 6235 Bravo CT APT 3B, Kalamazoo, MI 49001
30575557   + Chance Truesdell, 2236 Red Knot Ln, Apex, NC 27502-2535
30575558   + Chancey Willis, 4528 Jay Street, Duluth, MN 55804-1549
30575559     Chandler Coleman, 3940 Tanglebrook Rd, High Point, NC 27265-1267

District/off: 0752-1                          User: admin                                    Page 90 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                              Total Noticed: 30719

30575561            Chandler Dobson, 96 Cresthaven Road, Brampton, ONTARIO L7A 1H8, CANADA
30575560            Chandler Dobson, 96 Cresthaven Road, Brampton, ONTARIO L7A1H8, CANADA
30575562            Chandler Hill, 4128 Gauge Line Loop, Tampa, FL 33624-5130
30575563          + Chandler Howard, 786b wilfred rd, Hudson, WI 54016-7684
30575564          + Chandler Johnson, 518 Oso Berry St NW, Unit 106, Olympia, WA 98502-8196
30575565            Chandler Rowan, 28 Sunset Ridge Ct, Gray, TN 37615-4292
30575566          + Chandler Smith, 115 Gilliam St, Cumberland, KY 40823-1905
30575567            Chandra Quibilan, 2606 S 86th Ln, Tolleson, AZ 85353-8726
30575568            Chanelle Kero, Bergsundsgatan 14 Lgh 1203, Stockholm, STOCKHOLD 11737, SWEDEN
30575569          + Chanelle Mayrix L Roces, 4250 Terman Dr, Unit 104, Palo Alto, CA 94306-3866
30575570            Changmo Kim, 41214 Highline Place, Squamish, British Columbia, V8B1C2, CANADA
30575571          + Chani Wereley, 2500 Q St Nw, Apt 221, WA, DC 20007-4315
30575572            Chantal Skubic, 2943 S Dinwiddie St Apt A2, Arlington, VA 22206-1455
30575573            Chantel McKay, 103 Sunrise Circle SW, Medicine Hat, AB T1B 4N6, CANADA
30575574            Chantel Pritchett, 2814 Sitting Bull Way, Fort Collins, CO 80525-4796
30575575            Chantel Rieger, 1922 Abbott St, Kelowna, British Columbia, V1Y 1B7, CANADA
30575576            Chantria Muniz, 2163 Great Falls Way, Orlando, FL 32824-4303
30575577          + Chany Madriaga, 2534 Greenbriar Ln, Costa Mesa, CA 92626-6116
30575578            Chaos O'Neal, 2605 Bristol Pl, Raleigh, NC 27610-3621
30575580          + Chappell Roan, CHAPPELL ROAN TOURING LLC, 235 Park Ave S, FL 9, New York, NY 10003-1405
30575581          + Char Morrison, 412 Oakridge Ave, Apt. 41, Fayetteville, NC 28305-4661
30575582            Charayah Raichuk, 801 6th ave East, W212, Vancouver, British Columbia, V5T1L8, CANADA
30575583          + Charis Kehler, 2222 Crafton Way, Stockton, CA 95204-5122
30575584            Charis Short, 409 E HARRISON ST, MORTON, IL 61550-1608
30575585          + Charity Newlon, 669 La Bahia Loop, New Braunfels, TX 78132-2858
30575586            Charlene Lavigna, 11 Mildred Ln, Fleetwood, PA 19522-8842
30575587          + Charles Adams, 1606 Avenue B, Santa Anna, TX 76878-1806
30575588          + Charles Arpin, 1635 N. Humboldt Ave., Milwaukee, WI 53202-2111
30575589            Charles Becker, 217 Spruce St, Philadelphia, PA 19106-3906
30575590          + Charles Boland, 500 Ridge Drive, Naples, FL 34108-2601
30575591          + Charles Borile, 25512 161st Ave SE, Covington, WA 98042-4162
30575592          + Charles Brown, 1414 Rosemonde Ln, Santee, CA 92071-6390
30575593          + Charles Calkins, 3002 39th Avenue, C303, Long Island City, NY 11101-2837
30575594            Charles Campagna, 919 Rue de la Vend e, Levis, QC G6Z 3R7, CANADA
30575595            Charles Cheek, 12413 E Franklin Rd, Norman, OK 73026-8431
30575596            Charles Clark, 54 Hall Street, Alderley, Queensland, 4051, AUSTRALIA
30575597            Charles Cook, 232 Altamont Ave, Catonsville, MD 21228-3516
30575598            Charles Dufault, 5 Dorothy St, West Springfield, MA 01089-1734
30575599          + Charles Durichko, 10807 Blossom ave, Parma Heights, OH 44130-4424
30575600            Charles F Dolan, 1509 Dale Dr, Silver Spring, MD 20910-1503
30575601            Charles Foster, 219 Annas Way, Perry, GA 31069-8404
30575602            Charles Goodman, 6308 W Folly Island Way, South Jordan, UT 84009-1339
30575603            Charles Grant, 11 Laurel avenue baglan, Port Talbot, WALES SA12 8PA, UNITED KINGDOM
30575604          + Charles H Hufferd, 150 Harvard Road, Watervliet, NY 12189-1212
30575605            Charles Korang, 48 CHRISTOPHER MILLS DR, MOUNT LAUREL, NJ 08054-3360
30575606          + Charles L Caton, 111 Ridgewood circle, Wimberley, TX 78676-2152
30575607          + Charles LaGreca, 611 W Bloxham Street, Lantana, FL 33462-3133
30575608            Charles Lembach, 101 Stone Harbor Ct, Joppa, MD 21085-4537
30575609          + Charles Lentz, 114 Picketts Forge Ln, Acworth, GA 30101-4731
30575610            Charles Leys, 2209 Middleton Beach Rd, Middleton, WI 53562-2906
30575611            Charles Martin, PO Box 296, Watersmeet, MI 49969-0296
30575612          + Charles Miller Jr., 55081 buckhorn rd, three rivers, MI 49093-9651
30575613            Charles Mortimer, 129 Hogarth Ave., Toronto, ON M4K1K5, CANADA
30575614          + Charles Nelson, 7830 Van Tuyl Pkwy, Apt. 407, McKinney, TX 75070-1951
30575615          + Charles Parker V, 311 Alexander St, Apt. 306, Rochester, NY 14604-2636
30575616          + Charles Raef, 2220 7th ave, Los Angeles, CA 90018-1145
30575617          + Charles Rhodes, 2355 Rains Mill Rd, Princeton, NC 27569-7659
30575618            Charles Rickun, 1332 1/2 KE, Los Angeles, CA 90026
30575620            Charles Russell-Schlesinger, 770 S GRAND AVE APT 4025, LOS ANGELES, CA 90017-3943
30575621            Charles Ryan Deluvio Valle, 916 Boulevard Henri-Bourassa Est, Apt. 2, Montreal, Quebec, H2C 1E9, CANADA
30575622            Charles Scavo, 3102 N Longhorn Dr, Tucson, AZ 85749-8843
30575623          + Charles Scott, 5216 Rowland Avenue, Kansas City, KS 66104-3048
30575624            Charles Shaw, 17633 Wiedman Way, Eden Prairie, MN 55347-4201

30575625   + Charles Starkel, 1401 Verges Avenue, Norfolk, NE 68701-3640
30575626   + Charles Taylor, 3122A Lackland Ave, A, St. Louis, MO 63116-2054
30575627   + Charles Thornton, 756 W Luana Ln, Bluffdale, UT 84065-1607
30575628   + Charles Unruh, 12432 Balston Rd, Philadelphia, PA 19154-1908
30575629     Charles Wahler, 684 Welsh Cir, Colorado Springs, CO 80916-3997
30575630     Charles Walker, 5915 VALKEITH DR, HOUSTON, TX 77096-3830
30575631   + Charles Williams, 626 El Dorado Ave #9, Oakland, CA 94611-5077
30575632   + Charles Wolferth, 2603 oriole road, Broomall, PA 19008-2236
30575633   + Charles Woodley, 181 Royal Dr, Brick, NJ 08723-6732
30575634   + Charles Youree, 741 Plummer Road, Apt. 605, Huntsville, AL 35806-3836
30575635   + Charleston Place Acquisition LLC, 205 Meeting Street, Charleston, SC 29401-3110
30575636   + Charli Clonan, 247 Hastings St, Apt. 2, Grand Rapids, MI 49503-1567
30575637     Charli Jones, 15 Topliss Drive, Torbay, Aukland 630, NEW ZEALAND
30575638   + Charlie, 8 white birch rd, Ridgefield, CT 06877-5634
30575639   + Charlie Berens, 729 S 153rd Circle, Omaha, NE 68154-2828
30575640     Charlie Berg, 1244 W 9TH ST APT 2, SAN PEDRO, CA 90731-3458
30575641   + Charlie Blodnieks, 350 Clarkson Avenue, Apt. 232, BROOKLYN, NY 11226-8624
30575642   + Charlie Burg, c/o Dionysian Artist Management, 93 Grattan St, Brooklyn, NY 11237-1981
30575643   + Charlie Cann, 3 Sweetbriar Ln, Queensbury, NY 12804-1209
30575644     Charlie Charlie, South Jackson st, Amarillo, TX 79102
30575645     Charlie Cleworth, 135 W 16TH ST APT 42, NEW YORK, NY 10011-6290
30575646   + Charlie Dorsey, 756 Walnut Street, Lawrence, KS 66044-5532
30575649   + Charlie E Hall, 636 Winterfield Dr, Lexington, SC 29073-6109
30575650     Charlie Frey, W4063 STATE ROAD 106, FORT ATKINSON, WI 53538-9681
30575652     Charlie Gascoyne, 37 Westgate, Pickering, ENGLAND YO188BA, UNITED KINGDOM
30575651     Charlie Gascoyne, 37 Westgate, Pickering, England Y018 8BA, UNITED KINGDOM
30575653     Charlie Gillam, 10/115 Hodgson Street, Tuart Hill, Western Australia 6060, AUSTRALIA
30575654     Charlie Hatley, 12212 Evanston Ave N, Seattle, WA 98133-8023
30575655     Charlie Hensel, 350 Elgin St West, St Marys, ON N4X1B1, CANADA
30575656     Charlie Johns, 204 Franklin St, Porter, IN 46304-1719
30575657     Charlie LeBeau, 46 Rue Stendhal, Boite de lettre 13, Paris 75020, FRANCE
30575658     Charlie Ledgeway, 5 Quorn Gardens, Louth, ENGLAND LN11, UNITED KINGDOM
30575659   + Charlie M Burns, 196 River Road, Apt #3A, Manchester, NH 03104-2477
30575662   + Charlie Martin, 7133 Stevens Ave, Richfield, MN 55423-3126
30575663   + Charlie McCurdy, 445 Ashley pl, Murphy, TX 75094-3724
30575664   + Charlie Meyers, 252 River Street, Apt. 108, East Lansing, MI 48823-4854
30575665   + Charlie Piper, 4010 Aikins Ave SW, Seattle, WA 98116-3516
30575666     Charlie Racz, 1701 Vallejo St Apt 105, San Francisco, CA 94123-5030
30575667   + Charlie Rivera, 18661 Sandpiper LN, Gaithersburg, MD 20879-1712
30575668   + Charlie Rowe, 3049 Lansdowne Drive, Montgomery, AL 36111-1818
30575669     Charlie Rubik, 1468 SE Bethel Valley Ln, Port Orchard, WA 98366-5606
30575670     Charlie Stapleton, 205 S Yale Ave, Arlington Heights, IL 60005-1626
30575671   + Charlie Stofa, 1520 Goldilocks Ln, Manchaca, TX 78652-4534
30575672     Charlie Symonds, 59 Trewithen Parc, Saint Newlyn East, Newquay, England TR8 5NG, UNITED KINGDOM
30575673   + Charlie Terrill, 5665 W Galveston St, Unit 50, Chandler, AZ 85226-2756
30575674   + Charlie Thebodeau, 614 Thornbird Circle, Boiling Springs, SC 29316-5363
30575675     Charlie Tilling, 11 Spinney Road, Long Eaton NG10 4HW, UNITED KINGDOM
30575676   + Charlie Vu, 1113 Elaine Dr, Santa Ana, CA 92703-1614
30575677     Charlie W, 8364 N Canby Pl, Northridge, CA 91325-4132
30575679     Charliie Harrison, 44 Whitefield Terrace, Newcastle upon Tyne, England NE6 5DU, UNITED KINGDOM
30575680   + Charlotte Adamowicz, 5834 Yermo Dr., S-4, Toledo, OH 43613-1643
30575681     Charlotte Boivin, 865 Rue Charles Roy, Boucherville, QC J4B 3Y6, CANADA
30575682     Charlotte Cobb, 400 Pine Acre Ct, Seneca, SC 29672-6978
30575683     Charlotte Core, 8 Winker Green Lodge, Eyres Mill Side, Leeds, England LS12 3DH, UNITED KINGDOM
30575684   + Charlotte Eure, 3400 Floyd Ave, Apt 2, Richmond, VA 23221-2739
30575685   + Charlotte Garrett, 1140 Isabella street, Wilmette, IL 60091-3342
30575686   + Charlotte Gill, 350 N 1375 W, E101, Centerville, UT 84014-1784
30575687   + Charlotte Ginder, 2419 La Casa Drive, Henderson, NV 89014-3624
30575688   + Charlotte Grimes, 312 mackintosh road, New market, MD 21774-6560
30575689     Charlotte Knights, 37 Lagarna Drive, Kurunjang, VICTORIA 3337, AUSTRALIA
30575690     Charlotte Lee, 1097 Lamplight Way, Mississauga, ONTARIO L5W1J3, CANADA
30575691   + Charlotte Meade, 1011 South Douglas Avenue, UNIT B, Nashville, TN 37204-2022
30575692     Charlotte Mellow, 1350 Rosa L Parks Blvd Apt 321, Nashville, TN 37208-2593

District/off: 0752-1                          User: admin                                      Page 92 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                              Total Noticed: 30719

30575694           Charlotte Moenkemeier, 3240 STATE ST, CALEDONIA, NY 14423-1236
30575695        +  Charlotte Page, 2740 N Ridgeway Ave, Unit 4, Chicago, IL 60647-1134
30575696           Charlotte Rayner, 64 retreat estate, Downham market, Downham market, Norfolk, ENGLAND PE389QH, UNITED KINGDOM
30575698        +  Charlotte Rodmaker, 1695 SOUTH AVE, ROCHESTER, NY 14620-3915
30575699        +  Charlotte Rosewood, 1619 W 9775 S, South Jordan, UT 84095-9370
30575700           Charlotte Spalding, 6 Danvers Road, Tor, Torbay, England TQ2 8JB, UNITED KINGDOM
30575702           Charlotte Vanderyt, 1601 E 37th St, Tulsa, OK 74105-3225
30575703           Charlotte Watson, 6/1 Thirlmere Road, Mount Lawley, WESTERN AUSTRALIA 6050, AUSTRALIA
30575701           Charlotte van den Akker, Lekdijk Oost 5, Wijk bij, Duurstede 3961 MB, NETHERLANDS
30575705           Charlsie Vaught, 419 Meadow Ln, Bonham, TX 75418-2708
30575707           Charmey De Leon, 2511 Chant Ct, San Jose, CA 95122-1004
30575709           Chas Sather, 2590 Snow Partridge Dr, Reno, NV 89523-1913
30575710           Chas Schubert, 4890 Florida Rd, Venice, FL 34293-6020
30575711        +  Chase Adam, 9661 S Kalina Way, APT 02-108, Sandy, UT 84092-1226
30575712           Chase Baker, 1729 WESTERN RUN RD, COCKEYSVILLE, MD 21030-1122
30575713        +  Chase Bell, 3610 Ensenada Drive, Colorado Springs, CO 80910-3925
30575714        +  Chase Bishov, 1427 Grizzly Peak Blvd, Berkley, CA 94708-2201
30575715        +  Chase Cobbs, 250 West 146th Street, 5k, New York City, NY 10039-3918
30575716        +  Chase Demelio, 1959 Wewatta St., #601, Denver, CO 80202-6625
30575717        +  Chase Dewey, 1923 W 27th Ave, Spokane, WA 99224-4526
30575718        +  Chase Geib, 2561 balltown rd, Schenectady, NY 12309-1023
30575719           Chase Hall, 2316 Walter Smith Rd, Azle, TX 76020-4333
30575720        +  Chase Hallett, 2425 Dewitt Street, Irving, TX 75062-4146
30575721        +  Chase Hamling, 228 w hill street, Apt. 1903, Chicago, IL 60610-3633
30575722        +  Chase Herzog, 620 19th Ave E, Apt 202, Seattle, WA 98112-4069
30575723        +  Chase Johnson, 2015 Eureka St, Corona, CA 92882-7224
30575724        +  Chase Kahl, 1545 locust lane, Prairie du Sac, WI 53578-1375
30575725        +  Chase Kessler, 5381 Mount Carmel Road, Carver, MN 55315-9645
30575726           Chase McConville, 12111 WHITEHALL DR, BOWIE, MD 20715-1216
30575727           Chase Moore, 2901 S 800 E, Walkerton, IN 46574-9535
30575728           Chase Ney, 45 Turner Cir, North Liberty, IA 52317-9750
30575729        +  Chase Olson, 279 Franklin Street, Evansville, WI 53536-1414
30575730        +  Chase Steil, 765 School Rd NW, Apt 202, Hutchinson, MN 55350-1466
30575731           Chase Stenftenagel, 8950 Windwood Cir, Indianapolis, IN 46256-4339
30575732        +  Chasen Ross, 101 First Man Street, Apt. B, Camp Verde, AZ 86322-8250
30575733        +  Chasity Jo Gambrell, 1901 Belcourt Avenue, Nashville, TN 37212-3825
30575734        +  Chastity Belt, c/o Level Group Ltd., 330 W 38th St, Ste 205, New York, NY 10018-8664
30575735        +  Chastity Diego, 15852 Parkland Drive, Hacienda Heights, CA 91745-6423
30575737        +  Chauncey Papenfuse, 2225 Coventry Road, Lancaster, PA 17601-3032
30575736        +  Chauncey Papenfuse, 3111 N Front St, Harrisburg, PA 17110-1310
30575738           Chayse Curtis, 35 W Cottonwood Dr Unit H, Kalispell, MT 59901-2875
30575740           Chaz Hardesty, 67 Karen Dr, Granite City, IL 62040-6512
30575741           Chazden Herbert, PO BOX 2742, Port Hardy, BC V0N2P0, CANADA
30575743        +  CheeChee Bourne, 353 East 141st Street, Apt. # 10D, Bronx, NY 10454-2229
30575744        +  Cheekface, 4344 Fountain Ave, Suite G, Los Angeles, CA 90029-2260
30575745        +  Cheiran Baker, 2106 s 8th ave, Yakima, WA 98903-1325
30575746        +  Chelsea, 21915 US HWY 281 N, Apt. 12408, San Antonio, TX 78258-2659
30575747           Chelsea Arizmendi, 9 Seneca Way, Beaufort, SC 29906-6032
30575748        +  Chelsea Brecka, 3225 Mattapan Ave, Point Pleasant, NJ 08742-3435
30575749           Chelsea Cochrane, 238 Besserer Street, Apt. 613, Ottawa, ONTARIO K1N6B1, CANADA
30575750        +  Chelsea Cutler, 435 Broome Street, New York, NY 10013-2748
30575752        +  Chelsea Darter, 715 17th Street Northwest, A, Albuquerque, NM 87104-1276
30575753        +  Chelsea Diaz, 922 west cuyler avenue, Chicago, IL 60613-2115
30575754        +  Chelsea Foster, 1504 Campanella Cv, Round Rock, TX 78665-2462
30575755        +  Chelsea Hurst, 3023 W MOBILE ST, BROKEN ARROW, OK 74011-7849
30575756        +  Chelsea Kano, 5035 Kula rd, Kapaa, HI 96746-1235
30575757           Chelsea Lichtsinn, 1040 E State Blvd, Fort Wayne, IN 46805-3406
30575758           Chelsea Lin, 12339 20TH AVE NE, SEATTLE, WA 98125-5157
30575759           Chelsea Meehan, 8723 STONY FIELD WAY, LOUISVILLE, KY 40299-1597
30575760           Chelsea Mellish, 4777 45 ave, Delta, British Columbia, V4K 1J9, CANADA
30575761           Chelsea Noke, 7 Glendon Avenue, Bournemouth, ENGLAND BH107JJ, UNITED KINGDOM
30575762           Chelsea Parks, 1406 Fairlawn Ave, Toledo, OH 43607-1427
30575763        +  Chelsea R Ostrowski, 5828 Broadway St Apt 723, APT 723, Lancaster, NY 14086-9243

District/off: 0752-1                                    User: admin                                         Page 93 of 507
Date Rcvd: Jan 04, 2024                               Form ID: 309C                                 Total Noticed: 30719

30575764   + Chelsea Riley, 181 Cameron Way Circle, Winston-Salem, NC 27103-5943
30575765     Chelsea Rogers, 19931 Coral Sea Rd, Cutler Bay, FL 33157-8640
30575766   + Chelsea Scott, 8949 Haas Dr, Fort Worth, TX 76244-9126
30575767     Chelsea Stewart, 246 W Vanderbilt Dr, Oak Ridge, TN 37830-8913
30575768     Chelsea Verner, 9 Cain Dr, Cartersville, GA 30121-2248
30575769   + Chelsea Victoria Sabre, 2210 Whitetail Lane, San Ramon, San Ramon, CA 94583-2683
30575770   + Chelsea Warne, 2080 Dunnigan Ave NE, Grand Rapids, MI 49525-9748
30575771   + Chelsea Writt, 92 Topaz Lane, Inwood, WV 25428-4058
30575772     Chelsey Burris, 106 Weston Ct, Bluffton, SC 29910-9524
30575773     Chelsey Haddenham, 12317 S Juniper Haven Dr, Riverton, UT 84065-3186
30575774   + Chelsey Rausch, 6 Spring Lane, West Caldwell, NJ 07006-6402
30575775   + Chelsi Adams, 221 Van Buren St, Rock Springs, WY 82901-4964
30575776   + Chelsi Hogue Purvis, 3301 Pinecrest Drive, Raleigh, NC 27609-7438
30575777   + Chelsi Jarrell, 308 Foxlair Court, Rock Hill, SC 29730-9550
30575778   + Chelsi Straubinger, 25 NW 23rd Pl Ste 6 #236, Portland, OR 97210-5580
30575779   + Chelsie Levesque, 2931 Douglas Blvd, Jeffersonville, IN 47130-5969
30575780     ChengYuChieh buyippee, 15757 SW 74th Ave, Ste510, TWM01011138, Tigard, OR 97224-7902
30575781     Chenoa Greenlee, 9 Lexington Ave, Norwich, CT 06360-5333
30575782   + Chenxi Ye, 4283 Express Lane, Suite AU13580, Sarasota, FL 34249-2602
30575783   + Cherakie Savage, 553 west 200 north, hyrum, UT 84319-1042
30575784     Cherelle Crenshaw, 4836 Silverbush Ln, Ellenwood, GA 30294-6710
30575785     Cheri French, 7386 Van Buren St NE, Fridley, MN 55432-3440
30575786     Cheri Ivers, 4914 Pinkney St, Omaha, NE 68104-3664
30575787     Cheri Stanton, 326 S Flores St Apt 5027, San Antonio, TX 78204-1378
30575788     Cherie Atkinson, 953 Ambrosia Dr, Las Vegas, NV 89138-8012
30575789     Cherie Hudson, 9304 LITCHFORD RD, RALEIGH, NC 27615-2312
30575790   + Cherokee Parker, 8001 Ritz Dr, Apt 202, Madison, WI 53719-4581
30575791     Cherry Leung, 28 Firethorn, Reading, England, RG2 9GD, UNITED KINGDOM
30575793   + Cherubim Penalosa, 5225 Box Canyon Court, Unit B, Yorba Linda, CA 92887-3973
30575794     Cheryl Bubil, 224 Gill St, Punta Gorda, FL 33950-4407
30575796     Cheryl Dycus, 3259 Madison St, Paducah, KY 42001-4333
30575797     Cheryl Fletcher, 1006 Watercrest Rd, Forest Grove, OR 97116-1154
30575798     Cheryl Gemmell, 2744 Ritner Hwy, Carlisle, PA 17015-9428
30575799     Cheryl Godnyuk, 4602 SCOTSWOOD DR, AMARILLO, TX 79110-4746
30575800   + Cheryl Hutchins, 601 S Janet Ave, Tucson, AZ 85711-4453
30575802     Cheryl M Zorn, 116 Halsey Valley Rd, Barton, NY 13734-1507
30575803   + Cheryl Moore, 60054 Palm Oasis Ave, Palm Springs, CA 92262-1043
30575804     Cheryl Pendergrass, 3838 N Morning Dove Cir, Mesa, AZ 85207-6930
30575805   + Cheryl Pesek, 4241 S 174th Ave, Omaha, NE 68135-2684
30575806     Cheryl Sawatzky, 3319 11th St West, saskatoon, Saskatchewan S7M 1K3, CANADA
30575807     Chesley Sorrells, 1925 Bacons Bridge Rd Lot 193, Summerville, SC 29485-3246
30575808   + Cheung Etake SBGSIBHCP, 6903 NE 79th Ct,, STE 202RD, Portland, OR 97218-2815
30575809     Chevelle Moss, 733 Good Park Blvd, Akron, OH 44320-1768
30575810   + Chevy Ash, 605 4th St Nw, New Philadelphia, OH 44663-1744
30575811   + Cheyanna weaver, 400 District Dr, Apt 408, Asheville, NC 28803-0260
30575812     Cheyanne Sell, 3013 SE 1st St, Blue Springs, MO 64014-4904
30575813   + Cheyenna Whitaker, 993 pike pl, Prescott, AZ 86305-1629
30575814   + Cheyenne Chester, 14813 Jolynn St, Austin, TX 78725-3000
30575815     Cheyenne Creciun, 2107 Weber Ln, West Norriton, PA 19403-3013
30575816     Cheyenne Cullen, 10640 6th St NE Apt 306, Blaine, MN 55434-1679
30575817   + Cheyenne Doczi, 293 Jefferson Street, Apt 1l, BROOKLYN, NY 11237-2225
30575818     Cheyenne Doyle, 88 Governor St, Cranston, RI 02920-6835
30575819     Cheyenne Folias, 212-385 Osler St, Toronto, ONTARIO M6N 0B2, CANADA
30575820   + Cheyenne Garcia, 441 Anvilwood Drive, Oakley, CA 94561-2424
30575821   + Cheyenne Korb, 2305 Cretan Court, Virginia Beach, VA 23454-4052
30575822   + Cheyenne Partridge, 2081 Chaffee Rd S, LOT 24, Jacksonville, FL 32221-1881
30575823   + Cheyenne Rogers, 112 Fletcher Dr, Statesboro, GA 30458-4264
30575824     Cheyenne Terry, 3891 S Bowie Dr, Magna, UT 84044-2150
30575825   + Cheyn Worn, 2123 Broadlawn Dr, Houston, TX 77058-2239
30575826   + Chi Che, PO Box 8162, Minneapolis, MN 55408-0162
30575827     Chiara van Ommeren, IJsbaanpad 72E-1, E-1, Amsterdam, Noord Holland, 1076 CW, NETHERLANDS
30575831   + Chienwen Hung, 5900 Alta Monte Ave NE, Albuquerque, NM 87110-2516
30575833     Chimera Harrison, 30924 Palo Alto Dr, Redlands, CA 92373-7641

District/off: 0752-1                         User: admin                                          Page 94 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                                 Total Noticed: 30719

30575834   + Chip Dunn, 114 galapago street, Denver, CO 80223-1420
30575835     Chip Hamilton, 10 Apex Ln, Ridge, NY 11961-2112
30575836     Chip Herter, 301 GRAND AVE, LONG BEACH, CA 90814-2739
30575837   + Chip Humitz, 623 Herald, Plymouth, MI 48170-1538
30575839   + Chiree Bondurant, 1500 Stoddard St, Apt 316, Missoula, MT 59802-1997
30575840   + Chiron Finn, 1253 W Rosemont ave, Chicago, IL 60660-1414
30575841     Chissy Nkemere, 70 LENOX RD APT G6, BROOKLYN, NY 11226-2345
30575842   + Chlo Parsemain, 606 W 40th Street, Savannah, GA 31415-8704
30575843   + Chloe Barr, 2114 N St. NW, Unit 23, Washington DC, DC 20037-3028
30575844   + Chloe Batts, 33 donovan ct, merrimack, NH 03054-6218
30575845   + Chloe Beasley, 1329 N Hill Ln, Hixson, TN 37343-4326
30575846   + Chloe Beauchene, 6614 Lee Road, Smyrna, TN 37167-6047
30575847     Chloe Booth, 141 Crabtree, Peterborough, Peterborough, England PE4 7EJ, UNITED KINGDOM
30575848     Chloe Brouse, 10 Casa Colina, Sandia Park, NM 87047-9385
30575849   + Chloe Brover, 21-03 45th Road, Apt 8, Long Island City, NY 11101-4715
30575850     Chloe Brzdek, 4 hillside dr, Antigonish, NOVA SCOTIA B2G 1H4, CANADA
30575851   + Chloe Carlson, 21 1st Ave SE, Ste 52, Minot, ND 58701-3979
30575852     Chloe Carrasco, 970 Pertano Ln, Hemet, CA 92543-1707
30575853   + Chloe Celis, 1036 Wildflower Way, Springville, UT 84663-3243
30575854     Chloe Chappell, Enfield House, 18 Low Pavement, Apt. 9, Nottingham, England, NG17DG, UNITED KINGDOM
30575855   + Chloe Crow, 220 W Lincoln Ave, Burlingame, KS 66413-1112
30575856   + Chloe Damon, 712 Washtenaw Rd, Apt 4, Ypsilanti, MI 48197-2755
30575857   + Chloe Dawson, 9571 Fontanelle Road, Ostrander, OH 43061-9771
30575858     Chloe Duckart, 6235 SW Burlingame Ave Apt 206, Portland, OR 97239-2683
30575860   + Chloe Fischer, 222 Decatur Circle, Stephens City, VA 22655-5371
30575861   + Chloe Freeman, 124 Baldovino Skyway, Lakeway, TX 78738-6222
30575862   + Chloe Gustafson, 5109 NE 24th Ave, Vancouver, WA 98663-1980
30575864   + Chloe Hill, 805 Ridgehill Ct., Burleson, TX 76028-2621
30575865     Chloe Hunter, 4538 Northgate Dr, Provo, UT 84604-5513
30575867     Chloe Maas, Unit 1 1 Hatfield Drive, Drouin, Victoria, 3818, AUSTRALIA
30575868   + Chloe Martinez, 1601 Canadian ln, McKinney, TX 75071-1437
30575869     Chloe McKinney, 22878 E Saratoga Pl, Aurora, CO 80015-4302
30575870   + Chloe Medlar, 2927 24th ave, 3D, Astoria, NY 11102-1149
30575871     Chloe Medley, 48 St Marys Avenue, Barnoldswick, ENGLAND BB18 6HE, UNITED KINGDOM
30575873   + Chloe Moriondo, 54428 Burlington Drive, Shelby Township, MI 48315-1625
30575874   + Chloe Nelson, 426 N Van Buren st, Batavia, IL 60510-2332
30575875   + Chloe Nientimp, 102 Southern Ave, Pittsburgh, PA 15211-1930
30575876   + Chloe Pearson, PO BOX 1374, Columbus, MT 59019-1374
30575877   + Chloe Phelps, 317 sycamore lane, Apt. 200, South lebanon, OH 45065-1518
30575878     Chloe Robinson, 403 Bessemer Ave, Lyndora, PA 16045-1012
30575879   + Chloe Sandborn, 1707 Whispering Pines Dr, Lansing, MI 48917-9556
30575880     Chloe Stratford, U 6/21 Howsan Street, MOUNT GRAVATT EAST, Queensland, 4122, AUSTRALIA
30575882     Chloe Tsarnas, 46 E Summit Ave, Midland Park, NJ 07432-1311
30575883     Chloe Vitums, 1105 Creekwood Ct SE Apt D, Olympia, WA 98501-8313
30575884     Chloe Williams-Searle, 270 Partridge St, Albany, NY 12208-2625
30575885   + Chloe Wilson, 2200 Hickory St #15326, Abilene, TX 79698-0001
30575886   + Chloe Yack, 17 Park Avenue, Malverne, NY 11565-1916
30575887   + Chloe Yoder, 4634 SW Olympia Dr, Lees Summit, MO 64082-4898
30575863     Chloe hale, 9 lawford close, Coventry, ENGLAND CV3 2FX, UNITED KINGDOM
30575866   + Chloe krcelic, 9822 Nottingham Ave, Chicago Ridge, IL 60415-2514
30575889   + Chocolate Inn/Lanco, 530 W John St, Hicksville, NY 11801-1039
30575890   + Choice, Multia, 906 KIMBERLY DRIVE, DEKALB, IL 60115-1459
30575891     Choisy Louis, Chemin Du courtil 2, Puplinge, Geneva, 1241, SWITZERLAND
30575892     Cholit Blau, 49 Kay street, Flat 7, London, ENGLAND E2 8QB, UNITED KINGDOM
30575893   + Chops Downward, 692 Caserio Circle, WA, UT 84780-8113
30575894   + Chowdhury, 12400 SE Knapp St, Portland, OR 97236-5019
30575895     Chris, 7 Maborfield Road, Driffield, ENGLAND YO255JE, UNITED KINGDOM
30575900     Chris AT&T, 16279 PARAMOUNT BLVD STE C, PARAMOUNT, CA 90723-5421
30575897     Chris Akin, 57 FAITH AVE, DRACUT, MA 01826-2917
30575898     Chris Anchondo, 249 E GRAND AVE, S SAN FRAN, CA 94080-4804
30575899   + Chris Anderley, 4436 Eakern Cir NE, Monticello, MN 55362-3382
30575901   + Chris Backholer, 15961 Staples Rd, Ramona, CA 92065-4830
30575902   + Chris Baer, 367 High Rock St, Needham, MA 02492-1539

| | | |
|---|---|---|
| 30575903 | | Chris Bainbridge, 52A Medhurst Dr, Nepean, ONTARIO K2G 4V2, CANADA |
| 30575904 | + | Chris Baker, 3050 Skitts Mountain Road, Cleveland, GA 30528-6422 |
| 30575905 | + | Chris Beckett, 196 Pepperbark Loop, Buda, TX 78610-3994 |
| 30575906 | | Chris Bergen, 2214 DEVONSHIRE RD, ANN ARBOR, MI 48104-2702 |
| 30575907 | + | Chris Berry, 5 Mallard Ln, Londonderry, NH 03053-2262 |
| 30575908 | + | Chris Beuschel, 1127 Rosewood St, Ferndale, MI 48220-1926 |
| 30575909 | + | Chris Biebel, 79 Van Ness CT, Maplewood, NJ 07040-3323 |
| 30575910 | + | Chris Blim, 15 N. Elm, Mt. Prospect, IL 60056-2514 |
| 30575912 | | Chris Booker, 4 Leawarra Crescent, Ferny Hills, QLD 4055, AUSTRALIA |
| 30575913 | + | Chris Bott, 2514 E Sugnet Ct, Midland, MI 48642-4006 |
| 30575914 | + | Chris Bovi, 3103 Spring Fancy Lane, Indian Trail, NC 28079-5234 |
| 30575915 | + | Chris Bowyer, 6106 1/2 Winans Dr, Los Angeles, CA 90068-2249 |
| 30575916 | | Chris Branscum, 265 Marinna Joy Cir, Rockwell, NC 28138-8926 |
| 30575919 | | Chris Brown, 221 MIDLAND AVE, MONTCLAIR, NJ 07042-3035 |
| 30575917 | + | Chris Brown, 187 River Rd, Wallkill, NY 12589-3733 |
| 30575918 | + | Chris Brown, 3124 Garfield Ave, Minneapolis, MN 55408-2929 |
| 30575920 | | Chris Burden, 668 Columbia Street, Apt 306, New Westminster, BC V3M1A9, CANADA |
| 30575921 | + | Chris Burzawa, 46 Cards Mill Rd, Columbia, CT 06237-1203 |
| 30575922 | + | Chris Campise, 3232 Mulberry dr., Bakersfield, CA 93301-1524 |
| 30575923 | | Chris Cancglin, 234 Columbia Ave, Pitman, NJ 08071-1618 |
| 30575924 | + | Chris Carman, 2000 Pennington Road, NEW RESIDENCE HALL RM 337, Ewing Township, NJ 08618-1104 |
| 30575925 | + | Chris Caspersen, 510 w Marvin Ave, Apt 206, Waxahachie, TX 75165-3056 |
| 30575926 | + | Chris Chavis, 401 N Illinois St, Wanatah, IN 46390-9588 |
| 30575927 | + | Chris Cherne, 1150 Cushing Cir, Apt. 213, St. Paul, MN 55108-5024 |
| 30575928 | + | Chris Chevere, 1201 McClellan Ave, Pleasantville, NJ 08232-4389 |
| 30575931 | + | Chris Cottrell, 3943 Griffis Glen Drive, Raleigh, NC 27610-5694 |
| 30575932 | + | Chris Cunningham-Stone, 1704 longhunter lane, Nashville, TN 37217-4853 |
| 30575934 | + | Chris Dang, 1632 Silverleaf Drive, Carrollton, TX 75007-3939 |
| 30575935 | | Chris Daniel, 25a Charminster Avenue, Bournemouth, England, BH91RP, UNITED KINGDOM |
| 30575936 | | Chris Dauel, 5778 Arlington Dr, Mountain Green, UT 84050-6734 |
| 30575937 | + | Chris Davis, 1718 Leland Avenue, Lima, OH 45805-1829 |
| 30575939 | + | Chris Dennis, 8250 E Golf Links Rd, Apt. 87, Tucson, AZ 85730-1245 |
| 30575940 | | Chris Diaz, 5027 N HERMITAGE AVE APT 3N, CHICAGO, IL 60640-2735 |
| 30575941 | | Chris Distefano, c/o Mike Berkowitz, William Morris Endeavor, New York, NY 10010 |
| 30575942 | + | Chris Eaton, 5109 Lawnton Ct, Tampa, FL 33624-4165 |
| 30575943 | + | Chris Elblein, 6565 N. Green Bay AVe, Apt. 105, Glendale, WI 53209-3465 |
| 30575944 | | Chris Erickson, 2603 K St, Vancouver, WA 98663-3116 |
| 30575945 | + | Chris Faes, 6588 Lake Rd, Apt 5, Windsor, WI 53598-9762 |
| 30575946 | | Chris Faris, 548 river gorge drive, Fayetteville, WV 25840 |
| 30575947 | | Chris Feliciano, 1430 Kennebec Dr, Smyrna, TN 37167-3577 |
| 30575948 | + | Chris Fisher, 1016 Cherry St, 44928, Missoula, MT 59802-4804 |
| 30575949 | | Chris Fleming, 5532 W 96TH AVE, WESTMINSTER, CO 80020-5693 |
| 30575950 | | Chris Foitel, 4257 VIA ENCANTO, NEWBURY PARK, CA 91320-6808 |
| 30575951 | + | Chris Franscioni, 1917 Edgebrook Dr, Unit C, Modesto, CA 95354-1638 |
| 30575953 | | Chris Galgano, 58 Sheldon Rd, Wingdale, NY 12594-1840 |
| 30575954 | | Chris Gliddon, 1083 Sunset Drive, Unit #316, Kelowna, BRITISH COLUMBIA V1Y 9Z1, CANADA |
| 30575955 | | Chris Graham, 3613 Mustang Rd, Joliet, IL 60435-8759 |
| 30575956 | + | Chris Grass, 823 Marstevan Dr. NE, Atlanta, GA 30306-3226 |
| 30575957 | + | Chris Gregorakis, 360 Cherry Avenue, Houston, PA 15342-1602 |
| 30575958 | + | Chris Griffin, 2637 Bells Chapel, Waxahachie, TX 75165-6765 |
| 30575959 | | Chris Hamm, 18 Harris Rd, Kerhonkson, NY 12446-1407 |
| 30575960 | | Chris Hickerson, 660 Shannon Dr, Salisbury, NC 28144-9009 |
| 30575961 | + | Chris Hickox, 1582 N Porter Rd, Fayetteville, AR 72703-1144 |
| 30575962 | + | Chris Hillyard, 23980 Meredith Ct, Hollywood, MD 20636-2175 |
| 30575963 | | Chris Hofer, 5739 Caletta Ter, Oak Forest, IL 60452-1145 |
| 30575964 | + | Chris Hoffman, 9127 Koronowski Rd., Marcy, NY 13403-2622 |
| 30575965 | # | Chris Holak, 429 Beacon St Apt 1, Boston, MA 02115-1110 |
| 30575966 | | Chris Hollands, Old College House, Flat 30, Brighton, ENGLAND BN29SY, UNITED KINGDOM |
| 30575967 | | Chris Jackson, 143 Ascend Cir Unit 7303, Melbourne, FL 32904-8793 |
| 30575968 | | Chris Jefferies, 84 Arundel Drive, Worcester, ENGLAND WR5 2HY, UNITED KINGDOM |
| 30575969 | + | Chris K Strange, 7445 Cedar Ridge Drive, Portland, MI 48875-8680 |
| 30575970 | | Chris Kauffman, 15687 Dover Rd, Upperco, MD 21155-9514 |
| 30575971 | | Chris Kelly-Browne, 21 Whitebeam Close, Liverpool, ENGLAND L33 4DS, UNITED KINGDOM |

District/off: 0752-1                          User: admin                                    Page 96 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                  Total Noticed: 30719

30575972    + Chris Kochinsky, 1800 Newport rd, Downers Grove, IL 60516-6103
30575973    + Chris Kopel, 2724 Federal Boulevard, Unit 3, Denver, CO 80211-4300
30575974      Chris Kosior, 219 Belden Hill Rd, Wilton, CT 06897-2915
30575975      Chris La Rosa, 57 DART ST, EAST ROCKAWAY, NY 11518-1736
30575976    + Chris Lady, 24250 N 23rd Ave, Unit 1152, Phoenix, AZ 85085-1956
30575977    + Chris Lajoie, 4362 S Yank St, Morrison, CO 80465-1230
30575978      Chris Lakowicz, 26 Connemara Dr, Chichester, NH 03258-6041
30575980    + Chris Leisring, 50923 Sherwood Dr, Granger, IN 46530-8964
30575981      Chris Lovato, 3241 W Fremont Rd, Phoenix, AZ 85041-6592
30575982    + Chris Lowe, 395 East Evelyn Ave, Apt. 336, Sunnyvale, CA 94086-3203
30575983      Chris MacGee, 60 Cudgegong Road, Ruse, NSW 2560, AUSTRALIA
30575984      Chris McDowell, 181 S 300 E, #1263, Monticello, UT 84535
30575985    + Chris McHugh, 20224 Ridgerock Dr, Flint, TX 75762-9335
30575986      Chris Melville, 26 pollock avenue, Kariong, New South Wales, 2250, AUSTRALIA
30575987    + Chris Meyer, 108 Gates Road, Andover, VT 05143-8910
30575988    + Chris Midkiff, 7771 Fawn Meadow Ct., Columbus, OH 43085-5816
30575989    + Chris Milne, 1632 Potomac Ave. SE, WA, DC 20003-3133
30575990    + Chris Mims, 2613 Thornton Grove Blvd, Nashville, TN 37207-2230
30575991      Chris Mollett, 8136 Stanford Ave, University City, MO 63130-3616
30575992      Chris Moore, 1713 Halbert Dr, Youngstown, OH 44514-1317
30575993    + Chris Mosley, 105 Home run Circle, Gettysburg, PA 17325-6206
30575994    + Chris Nash, 112 Haynes Avenue, West Islip, NY 11795-1128
30575995    + Chris Neeson, 500 Peconic St, 322B, Ronkonkoma, NY 11779-7169
30575996    + Chris Nelson, 1630 Houston Dr, Bismarck, ND 58504-7142
30575997    + Chris Nielsen, 777 East 200 South, Apt 4, Salt lake city, UT 84102-2298
30575998    + Chris Nitti, 307 West End Road, South Orange, NJ 07079-1445
30575999      Chris O'Clair, 310 N Arroyo St, Visalia, CA 93292-7735
30576000      Chris Ostrander, 50 Elizabeth St, Hamburg, NY 14075-5116
30576001      Chris Pajak, 734 Aldrich St, Dickinson, ND 58601-5352
30576004    + Chris Perry, 1911 ne 24th st, Wilton Manors, FL 33305-1521
30576005    + Chris Phillippe, 295 Essex St, Apt A, Bangor, ME 04401-4002
30576006      Chris Pospisil, 10266 Prairie Rd, Omaha, NE 68134-2941
30576007      Chris Quattlebaum, 505 N Echo Dr, Lake Alfred, FL 33850-3211
30576008    + Chris Reed, 420 EAST 200 NORTH, Mapleton, UT 84664-3623
30576009    + Chris Reilly, 420 afton pond ct, Apt. 3514, Charlottesville, VA 22902-6534
30576010      Chris Reynolds, 8 Overton Ct, Columbus, GA 31909-1778
30576011    + Chris Romo, 6041 winsome ln, Apt. 117, Houston, TX 77057-5506
30576012    + Chris Sandland, 449 State Rd, West Grove, PA 19390-8953
30576013      Chris Schrimscher, 4597 W Pitch Pine Ln Apt 3B, Ypsilanti, MI 48197-4958
30576014      Chris Schroeder, 9430 Ames Ave, Omaha, NE 68134-3835
30576015      Chris Scott, 2913 W John Day Ave Unit B202, Kennewick, WA 99336-2863
30576016    + Chris Seavey, 726 Oak St, Apt 103, San Francisco, CA 94117-2582
30576018      Chris Seville, 11 Harris Court, Kingston, TASMANIA 7050, AUSTRALIA
30576017      Chris Seville, GPO BOX 688, Hobart, TASMANIA 7001, AUSTRALIA
30576019      Chris Siers, 7520 Edinborough Way Apt 2117, Edina, MN 55435-5600
30576020    + Chris Skram, 741 NW 60th St, Apt. 1, Kansas City, MO 64118-3038
30576022    + Chris Smith, 3915 Glenhurst St, Colorado Springs, CO 80906-5084
30576023    + Chris Speelman, 3 Candlewood Gardens, Baldwinsville, NY 13027-2602
30576024      Chris Sprosty, 7531 Carriage Place Ct, Bettendorf, IA 52722-6341
30576025    + Chris Steadman, 94 Front Ave, Saint Paul, MN 55117-4936
30576026    + Chris Stefanovic, 138 Danika Drive NW, Huntsville, AL 35806-2274
30576027    + Chris Strong, 316 4th Ave, Apt 212, Pittsburgh, PA 15222-2022
30576028    + Chris Tadsen, 795 NE Dartmoor Dr., Waukee, IA 50263-9802
30576029    + Chris Tarochione, 313 West Railroad Avenue, OTTAWA, IL 61350-3749
30576030      Chris Tinoco, 3242 Vernice Ave, San Jose, CA 95127-4216
30576031    + Chris Trebilcott, 4075 Holt Road, Lot 182, Holt, MI 48842-1836
30576032    + Chris Vasquez, 3616 N Woodlawn Ave, Metairie, LA 70006-4142
30576033    + Chris Vilfroy, 11470 Verazae Dr, Reno, NV 89521-3154
30576034    + Chris Wagner, 7835 Club Ridge Road, Westerville, OH 43081-4615
30576037    + Chris Wood, 140 Alderbrook Drive, Santa Rosa, CA 95405-4602
30576038    + Chris Wu, 4229 1/2 Gateway Ave, Los Angeles, CA 90029-2117
30576039    + Chris Yetman, 539 Yaronia Dr, Columbus, OH 43214-3124
30576040    + Chris Zann, 731 Seward Street, Evanston, IL 60202-2912

District/off: 0752-1                                    User: admin                                    Page 97 of 507
Date Rcvd: Jan 04, 2024                                Form ID: 309C                                   Total Noticed: 30719

30576041        Chris Zapata, 905 Stonewood Rd, East York, PA 17402-8112
30575933        Chris daley, 21 Elgin close, Newcastle, ENGLAND NE238JA, UNITED KINGDOM
30575979     +  Chris legg, 5018 Tremont Ave, egg harbor township, NJ 08234-5715
30576002     +  Chris palmer, 7211 blackjack drive, Fort smith, AR 72916-8904
30576021     +  Chris smith, 4075 Linglestown, Harrisburg, PA 17112-1020
30576042        Chrisanna Thayne, 140 E 650 N, Bountiful, UT 84010-6031
30576043     +  Chrissie D, 3169 Pablo Woods Dr, Jacksonville, FL 32224-3896
30576044        Chrissy Duckworth, 11101 signal hill road, Culpeper, VA 22701-1966
30576045     +  Chrissy Heinen, 1813 17th Ave n, Lake Worth, FL 33460-6431
30576046        Chrissy Wilson, 165 16th Ave Unit A, Seattle, WA 98122-5607
30576047        Christa Perry, 14080 Big Crest Ln Apt 405, Woodbridge, VA 22191-5533
30576048        Christa Priest, 2323 9th Ave SW Apt 10-201, Olympia, WA 98502-5183
30576049        Christa Smith, 63 Knoll Dr, Princeton, NJ 08540-5630
30576050        Christa Velasco, 65 Dona Juliana, Filinvest 2, Batasan Hi, Quezon City, National Capital Region 112, PHILIPPINES
30576051        Christa Walker, 1229 Luanne Ave, Fullerton, CA 92831-1864
30576052        Christel Weidenb rner, Am Hofacker 3, Essen, Nordrhein-Westfalen, 45219, GERMANY
30576053        Christen Rogers, PO Box 105252, Jefferson City, MO 65110-5252
30576054        Christer Obert, Varstagayrdsvagen 9a, Spanga 163 51, SWEDEN
30576055     +  Christi Bova, 2468 Likens Drive, Berthoud, CO 80513-7076
30576056        Christi Hargrove, 211 N Knight Ave, Endicott, NY 13760-3308
30576057        Christi Ravneberg, 8223 Sophie Ct, Northridge, CA 91325-4430
30576058        Christi Tate, 17813 625th St, Dodge Center, MN 55927-7999
30576059        Christian Cooper, 6645 Addie Ave, Cocoa, FL 32927-8908
30576060        Christian A Gonzalez, 12661 Louvre St, Pacoima, CA 91331-1239
30576061     +  Christian Acosta, 11446 Lima Dr, San Antonio, TX 78213-4950
30576062     +  Christian Alejandre, 1619 Centre Street, Unit 1, Newton, MA 02461-1256
30576063        Christian Anthony Pe afuerte, 3200 Meadow Crest Pl, Escondido, CA 92027-6211
30576065     +  Christian Arnold, 16625 Monticello Dr, Clinton Township, MI 48038-4036
30576066        Christian Bain, 6 Bradley Drive, Halton Hills, ON L7G 6B5, CANADA
30576067     +  Christian Baker, 753 Magnolia Ave, Cuyahoga Falls, OH 44221-5139
30576068     +  Christian Balacuit, 640 PATERSON AVENUE, EAST RUTHERFORD, NJ 07073-1140
30576069     +  Christian Bentley, 1266 St James Court, Middleton, ID 83644-5796
30576070     +  Christian Berry, 13768 Etude Rd, San Diego, CA 92128-4724
30576071        Christian Binks, 4250 CHESTNUT RD, WILSON, NY 14172-9710
30576072        Christian Boss, Schlehenweg 1D, Kummersbruck 92245, GERMANY
30576073     +  Christian Bravo, 340 Jones Station Rd, Arnold, MD 21012-1869
30576074     +  Christian Burgdorfer, 204 Brownies Road, Shippenville, PA 16254-1810
30576075        Christian Calcerrada, 405 Steeplechase Dr, Penn Laird, VA 22846-9652
30576076        Christian Catalano, Via G. Matteotti 40, 119, Arese, Milano 20044, ITALY
30576077        Christian Cepeda, 2343 28TH ST SIDE DOOR, ASTORIA, NY 11105-3473
30576078        Christian Conejo, 4106 Waterwood Dr, Baytown, TX 77521-3078
30576079        Christian Costigan, 41 Edmund Street, Sanctuary Point, NEW SOUTH WALES 2540, AUSTRALIA
30576080     +  Christian Cubias, 325 E 2nd St, Plainfield, NJ 07060-1309
30576081     +  Christian Daniels, 973 Jim West Road, DeRidder, LA 70634-6434
30576082        Christian Davis, 858 Timpie Rd, Tooele, UT 84074-3230
30576083     +  Christian Deegan, 1782 N TROY ST, APT 703, ARLINGTON, VA 22201-3255
30576084     +  Christian Dominguez, 4414 Swan Frst, San Antonio, TX 78222-4900
30576085        Christian Douglas, 37 W Van Buren St Unit 1102, Chicago, IL 60605-1108
30576087     +  Christian Flores, 2134 Wallace Ave, Apt. 253, Bronx, NY 10462-2520
30576088     +  Christian French, 6350 Deep Dell Place, Los Angeles, CA 90068-2844
30576090     +  Christian Gonzalez, 2093 Arena Blvd., Consul General Office, SACRAMENTO, CA 95834-2310
30576089     +  Christian Gonzalez, 3233 NE 10th St. Apt 311, Pompano Beach, FL 33062-3981
30576091     +  Christian Gregorio, 14147 N 135TH LN, Surprise, AZ 85379-8446
30576092     +  Christian Harper, 273 W 5600 S, Ogden, UT 84405-6867
30576093        Christian Homa, 10 Verschoyle Crescent, Saggart, DUBLIN D24W1W8, IRELAND
30576094     +  Christian Inniss, 635 Spring Forest Dr, Conroe, TX 77302-1209
30576095        Christian Iseppato, Via Della Repubblica, 57/A, Presso CILA, Castel San Pietro Terme, BOLGONA 40024, ITALY
30576096     +  Christian Italiano, PO Box 9561, Ogden, UT 84409-0561
30576097        Christian Jaquez, 1101 S Santa Fe St, Hemet, CA 92543-8024
30576098        Christian Johnson, 1532, Muskegon, MI 49442
30576099        Christian Joseph, 526 E 11th St Apt 6, NY, NY 10009-4682
30576100        Christian Jung, Maisstieg 28, Flensburg 24941, GERMANY
30576102     +  Christian Kveton, 39 Main Avenue, Centereach, NY 11720-1641

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 98 of 507 |
| Date Rcvd: Jan 04, 2024 | Form ID: 309C | Total Noticed: 30719 |

30576103 + Christian Larco, 2692 Monserat Circle, Corona, CA 92881-3653
30576104   Christian Le, 12668 Belle Fleur Way, San Diego, CA 92128-4186
30576106   Christian Lyles, 7338 Glen Albin Rd, La Plata, MD 20646-5906
30576107 + Christian Mahaffey, 2062 FM-275, Emory, TX 75440-3504
30576108   Christian Mahoney, 36 Great Kame, Plymouth, MA 02360-6374
30576109   Christian Martin, St. Johannisstr 17a, Bardowick 21357, GERMANY
30576110 + Christian Mere, 183 Watson Ave, West Orange, NJ 07052-6050
30576111 + Christian Mootz, 121 gulf road, Roscoe, NY 12776-5006
30576112   Christian Nake, Franzensbader Weg 9, Halle, Sachsen-Anhalt 6128, GERMANY
30576113   Christian Nguyen, 950 Colgate Dr Apt 307, College Station, TX 77840-4060
30576114 + Christian Ogrodny, 15459 S Mallard Ln, Homer Glen, IL 60491-3481
30576115   Christian Olesen, Linhusveien 12, Oslo, OSLO 755, NORWAY
30576116 + Christian Olivera, 115 East Morris Avenue, Apt 1, Modesto, CA 95354-0449
30576117   Christian Ortiz, 302 S Palm Ave, Howey in the Hills, FL 34737-3431
30576118   Christian Paynter, 23, Elizabeth Grove, Dudley, England DY2 7TG, UNITED KINGDOM
30576119   Christian Penton, 10215 95 Street NW, Apt. 1508, Edmonton, Alberta, T5H0X1, CANADA
30576121 + Christian Peterson, 2118 Allen Blvd., #7, Middleton, WI 53562-2942
30576122   Christian Ramos, 660 N Greenview Ave, Mundelein, IL 60060-1716
30576123   Christian Rauch, 1112 W MISSISSIPPI AVE, CHATTANOOGA, TN 37405-2862
30576124 + Christian Ray Adkins, 94-015 Kaweo Pl, Mililani, HI 96789-1756
30576126   Christian Robles, 73 Jenkins Road, Carlingford, New South Wales, 2118, AUSTRALIA
30576127   Christian Rogde-Gilje, Gronnliveien 21b, Harstad, TROMS 9409, NORWAY
30576129 + Christian Sanchez, 3011 West Reynolds St, Plant City, FL 33563-4135
30576130   Christian Santiago, 238 Fort Washington Ave Apt 2, NY, NY 10032-1381
30576132 + Christian Schewe, 3929 Oak Ave, Brookfield, IL 60513-2018
30576135 + Christian Smith, 500 Central Avenue, Croydon, PA 19021-6809
30576136 + Christian Soto, 2586 Rowe Drive, Fairfield, CA 94533-6588
30576137 + Christian Taylor, 100 Alice Street, Greenville, SC 29611-4104
30576138 + Christian Tigner, 5508 nw 108th terr, Oklahoma City, OK 73162-5819
30576139 + Christian Trebon, 1810 10th Ave W, Apt 2, Seattle, WA 98119-2985
30576140 + Christian Vargas, 2306 Darrow Street, silver spring, MD 20902-5008
30576141 + Christian Warner, 1459 E Winder Ln, Salt Lake City, UT 84124-1401
30576142   Christian Watson, 7311 E Southern Ave Apt 2013, Mesa, AZ 85209-2710
30576143   Christian White, 520 Dacian Rd, Raleigh, NC 27610-3540
30576144   Christian White, 54 Germania St, San Francisco, CA 94117-3520
30576145 + Christian Wise, 4126 12th Ave NE, Apt 208, Seattle, WA 98105-6302
30576146   Christian Yruegas, 4000 Vinyard Way, Argyle, TX 76226-2444
30576064 + Christian arenas, 9017 Morrill ave, Santa, CA 90670-2432
30576086 + Christian espinoza, 46 zircon drive, Maumelle, AR 72113-6049
30576147   Christian-Jonas Seidel, 22 Close Ave, Apt. 1412, Toronto, ON M6K2V4, CANADA
30576148   Christiana Gray, 214 Suburban Dr, Smithton, IL 62285-3051
30576149   Christie Blanchard, 4258 Bonmaur Ter, Slinger, WI 53086-9368
30576150   Christie Byrnes, 7 Allen Pl, Melrose, MA 02176-3846
30576151   Christie Leatiota, 16000 Village Green Dr Unit A, Mill Creek, WA 98012-5880
30576152   Christin Rottenberger, 2637 River Oaks Dr, Columbus, OH 43228-9172
30576153 + Christina Bonfanti, 12744 Mustang Ave, Baton Rouge, LA 70818-5835
30576154   Christina Brack, 1129 Serena Way, Eugene, OR 97404-3881
30576155   Christina Brown, 2749 Golden Gate Ave Apt 6, San Francisco, CA 94118-4130
30576156 + Christina Burton, 811 Mount Vernon Street, ORLANDO, FL 32803-5307
30576157 + Christina Chmielewski, 101 W Morehead St, Apt 433, Charlotte, NC 28202-2540
30576158 + Christina De Ville, 7111 Tuckahoe Road, Williamson, NY 14589-9587
30576159 + Christina Demattia, 2348 Brigham Street, #1, Brooklyn, NY 11229-5512
30576160   Christina Dierlam, 188 N 9TH ST, LINDENHURST, NY 11757-3746
30576161 + Christina Dominguez, 229 Longhorn, El Paso, TX 79907-5215
30576162 + Christina Ellis, 10602 NE 212th Ave, Vancouver, WA 98682-9402
30576163   Christina Escalante, 3914 E BLUE SAGE RD, GILBERT, AZ 85297-3554
30576165   Christina Federico, 3310 Banks Rd Apt 207, Margate, FL 33063-6962
30576166   Christina Gaines, 8434 SE Boone Lake Rd, Baxter Springs, KS 66713-3169
30576167 + Christina Garland, 7321 34th Ave, KENOSHA, WI 53142-4413
30576168   Christina Goss, 722 Pryse Farm Blvd, Knoxville, TN 37934-5316
30576170   Christina Healey, 107 Desoto Dr, Nashville, TN 37210-5105
30576171 + Christina Holland, 1029 S State Street, Tacoma, WA 98405-3043
30576172 + Christina Howard, 2713 SW Fifth St, Blue Springs, MO 64014-4811

District/off: 0752-1                                    User: admin                                         Page 99 of 507
Date Rcvd: Jan 04, 2024                                Form ID: 309C                                    Total Noticed: 30719

30576173          Christina Kinkaid, 8220 Jerusalem Rd, Curtice, OH 43412-9776
30576174          Christina Kitzmiller, 1060 Gateshead Way, Westerville, OH 43081-4700
30576175          Christina Lockett, 5347 McLean Crescent, Manotick, ON K4M 1E3, CANADA
30576176        + Christina M Walker, PO BOX 674, Dover-Foxcroft, ME 04426-0674
30576177        + Christina Macaulay, 2404 Libbie Ave, Richmond, VA 23230-2332
30576178        + Christina Markus, 26 Grande Blvd, West Windsor, NJ 08550-2429
30576179        + Christina Martin, 255 Jayne ave, Apt. 301, Oakland, CA 94610-4301
30576180          Christina McKay, 278 Pinnacle Pkwy, New Braunfels, TX 78132-4252
30576181        + Christina Miller, 4606 Cedar Springs Rd, Apt. 1632, Dallas, TX 75219-7209
30576182          Christina Murto, 4407 NEVIL BEND LN, MOSELEY, VA 23120-1372
30576183          Christina O'Ferrell, 1103 Village Dr, Pittsburg, KS 66762-3553
30576184        + Christina Pacelli, 410 misty morn lane, Cedar park, TX 78613-3983
30576185          Christina Pressley, 414 Madison Ave NW Apt 7, Jacksonville, AL 36265-2106
30576186          Christina Ratajczak, 7170 County Road PP, Greenleaf, WI 54126-9682
30576187          Christina Reithmeier, Rothschildallee 53, Frankfurt am Main, HESSEN 60389, GERMANY
30576188          Christina Rinker, 614 Forest Lake Dr, Pacifica, CA 94044-1704
30576189          Christina Rohaley, 12112 Creekside Ct, Lawrence Township, NJ 08648-2884
30576190          Christina Rossi, 1036 Wilbert Rd, Lakewood, OH 44107-1442
30576191          Christina Sager, 300 W North Loop Blvd Apt 112, Austin, TX 78751-1936
30576192          Christina Saunders, 150 Eaglesfield Way, Fairport, NY 14450-4409
30576193          Christina Schweppe, 2447 Colfax Ave S Apt 2, Minneapolis, MN 55405-3713
30576194        + Christina Slavoff, 1072 New Pear Street, Vineland, NJ 08360-3940
30576195        + Christina Smith, 2805 Berry Trace, Schertz, TX 78154-5404
30576196          Christina Stephens, 10026b 104 Avenue, Grande Prairie, AB T8V 1E6, CANADA
30576197          Christina Syniy, 5161 W Partridge Ln, Lincoln, NE 68528-2149
30576198          Christina Tiber, 812 N Hudson Ave Apt 105, Los Angeles, CA 90038-3675
30576199          Christina Tuomala, 20 Stone School Rd, Sutton, MA 01590-2926
30576164          Christina f, 3400 N Alma School Rd Apt 1067, Chandler, AZ 85224-1443
30576169          Christina ham, zeger davidsonweg, 28, venhuizen 1606 XB, NETHERLANDS
30576200          Christince Vumai, 3045 N Hedgetree Ct, Wichita, KS 67226-2234
30576201        + Christine A Harwood, 5012 BRINGHAM DR, BRUNSWICK, OH 44212-6451
30576202          Christine Achille, 240 Cumberland St Apt 204, San Francisco, CA 94114-2604
30576203        + Christine Billett, 113 E Penn St, Pasadena, CA 91103-1829
30576205          Christine Cartledge, 109 albert street sebastopol, Ballarat, VICTORIA 3356, AUSTRALIA
30576206          Christine Del Prado-Rico, 2622 Suncrest Vlg, Morgantown, WV 26505-3843
30576207        + Christine Dowdy, 3469 Randall Dr, Roanoke, VA 24014-4617
30576208        + Christine E. Staley, 49 Maple Lane, Monroe, NY 10950-1024
30576209          Christine Elliott, 525 Lincolnshire Pl, Coralville, IA 52241-3608
30576210          Christine Emeigh, 8234 Storrow Dr, Westerville, OH 43081-6514
30576211        + Christine Engstrom, 967 Coachway, Annapolis, MD 21401-6405
30576212          Christine Garcia, 3744 E Waite Ln, Gilbert, AZ 85295-7221
30576213        + Christine Guthrie, 5337 Delor street, St. Louis, MO 63109-2910
30576214          Christine Harrison, 3 Gale St, Oran Park, NSW 2570, AUSTRALIA
30576215          Christine Hitchcock, 3008 E Daniel St, Bloomington, IN 47401-4391
30576216        + Christine James, 9139 west 131 place, Overland Park, KS 66213-4603
30576217          Christine Jones, 536 Via Vista Dr, Redlands, CA 92373-7332
30576218        + Christine Kircher, 4 CLARK AVE, HOLTSVILLE, NY 11742-1524
30576219          Christine Kleist, 29 Eliot Rd, Kittery, ME 03904-1028
30576220          Christine Lane, 267 E 1370 S, Payson, UT 84651-8695
30576221          Christine Lee, 1310 Washington St NE, Minneapolis, MN 55413-1330
30576222        + Christine Li, 11517 Seneca Woods Ct, Great Falls, VA 22066-1375
30576223          Christine Lombardi, 72 Blue Ridge Ln, West Hartford, CT 06117-2313
30576224          Christine Majury Pichlyk, 18 Stratford Place, Niverville, MANITOBA R0A0A2, CANADA
30576225          Christine Mallory, 1604 Larkwood Dr, Austin, TX 78723-2543
30576226        + Christine Maloney, 901 Timberview Rd, Clermont, FL 34715-0025
30576228          Christine Miller, 511 Newhaven St, Oak Park, CA 91377-4821
30576230          Christine Nguyen, 1124 Goldfinch Place, Kelowna, BC V1W5M1, CANADA
30576231          Christine Nguyen, 4801 S CONGRESS AVE APT F1, AUSTIN, TX 78745-2490
30576232        + Christine Olson, 1250 E Burnside St, Apt 236, Portland, OR 97214-2270
30576233          Christine Otis, 1045 Boulevard des Chutes, Ville de Quebec, QC G1E 2E9, CANADA
30576234          Christine Pugh, 540 E Evergreen Ave, Wyndmoor, PA 19038-8304
30576235          Christine Santillana, 995 Figueroa Ter Apt 109, Los Angeles, CA 90012-5918
30576236          Christine Sch n, Rennbahnstr. 131, Berlin 13086, GERMANY

District/off: 0752-1                     User: admin                              Page 100 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                            Total Noticed: 30719

30576237   + Christine Seerveld, 440 Bach St., Gate code 7241# Open and Close Gate, Cardiff, CA 92007-2345
30576238     Christine Spiegel-Dumont, Fasanerie, Apt. 14, BRUHL, BADEN-WURTTEMBERG 68782, GERMANY
30576239   + Christine Strange, 3090 Woodbury Ave, Shaker Heights, OH 44120-2441
30576240     Christine Tomasi, PO Box 202, Mendham, NJ 07945-0202
30576241     Christine Vincent, 109 Wilson St, Apt. 302, Victoria, British columbia V9A0C4, CANADA
30576242     Christine Wehler, 23868 Smith Ave, Westlake, OH 44145-4807
30576243     Christmas LeVering, 1135 N 800 W, Orem, UT 84057-3031
30576244     Christo Bakhiet Mawien, 9 Mandeville Place, Regents Park, QLD 4118, AUSTRALIA
30576245     Christoph E Hendricksen, 407 W Washington St, Urbana, IL 61801-4049
30576246     Christoph Echtermeyer, Spendgasse 9, Engen, BADEN-WURTTEMBERG 78234, GERMANY
30576247     Christoph K hnl, Talstr. 11, Leonberg 71229, GERMANY
30576248     Christoph Krekeler, Heinrich-A.-Zachari -Bogen 5, Apt. 5, G ttingen, Niedersachsen 37077, GERMANY
30576249     Christoph Steiger, Purgleitnergasse 9, Wiener Neustadt, Lower Austria, 2700, AUSTRIA
30576250     Christoph Uhle, 9 Barcoo Place, Kaleen, AUSTRALIAN CAPITAL TERRITORY 261, AUSTRALIA
30576251     Christoph van Dommelen, Bj rkhaugveien 16, Trondheim, Tr ndelag 7049, NORWAY
30576252     Christoph van Dommelen, Haukelandsbakken 49, D-210, Bergen, VESTLAND 5009, NORWAY
30576253     Christophe S. Simard, 2-4592 Michelle Dr., Hanmer, Ontario P3P 1E7, CANADA
30576255     Christopher, Roark, Livingston, TX 77351
30576254   + Christopher, 35 Oakmont Avenue, Apt. 13, Bloomfield, NY 14469-9345
30576256     Christopher Abercrombie, 242 Hartwood Ave, Kitchener, ONTARIO N2H6B1, CANADA
30576257     Christopher Acosta, 9237 Fowler Ln, Lanham, MD 20706-2453
30576258     Christopher Adams, 48 Brixton Road, Nottingham, ENGLAND NG7 3FG, UNITED KINGDOM
30576259     Christopher Adzima, 210 Ludlow St, Belchertown, MA 01007-8805
30576260     Christopher Ahanu Blackwater-Kiluwe, 25 Takelma Ct, Unit A, Siletz, OR 97380
30576261   + Christopher Andrews, 9413 Clocktower Ln, Columbia, MD 21046-1807
30576262   + Christopher Arias, 14317 woodcrest drive, rockville, MD 20853-2334
30576263   + Christopher Babekian, 75211 La Sierra Dr, Palm Desert, CA 92211-3112
30576264     Christopher Balcerzak, 117 County Road 278, Tuscola, TX 79562-2603
30576265   + Christopher Barr, 385 E 42nd St, Apt 210, Garden City, ID 83714-6561
30576266     Christopher Barrera, 159 Bryant Ave, La Fayette, GA 30728-4803
30576267   + Christopher Basham, 2500 Federal Ave, Apt 342, Williamsport, PA 17701-9133
30576268     Christopher Behan, Apartment 3 Cambridge Hall, Clancy Quay, Islandbridge, DUBLIN D08V403, IRELAND
30576269   + Christopher Berka, 2150 haas road, Apopka, FL 32712-5126
30576270   + Christopher Betagole, 1957 N. Fairfield Ave, 1D, Chicago, IL 60647-2359
30576271     Christopher Betterton, 201 High St, Eason G13, Farmville, VA 23901-1871
30576272   + Christopher Blackwell, 4315 Majestic Lane, Fairfax, VA 22033-3500
30576273   + Christopher Blair, 1934 Wayfield Dr, Avon, IN 46123-7337
30576274   + Christopher Bobela, 4810 W 116th Ct, Westminster, CO 80031-7826
30576275   + Christopher Britton, 9300 E Valencia Rd, Apt. 12307, Tucson, AZ 85747-4943
30576277     Christopher Burnie, 1899 Turkey Point Road, Simcoe, Ontario, N3Y 4J9, CANADA
30576278   + Christopher Caleb Griffin, 2637 Bells Chapel, #1, Waxahachie, TX 75165-6765
30576279   + Christopher Canamore, 1002 North Edward Street, roanoke, IL 61561-9661
30576280   + Christopher Cariano, 9 Pleasant View Ave, Concord, NH 03301-2555
30576281   + Christopher Cavender #RS, 4201 Henry Ave, Elizabethtown, PA 19144-5409
30576282   + Christopher Cioffi, 670 Kildare Crescent, Seaford, NY 11783-1145
30576283     Christopher Clutton, 3 St. Georges rd, Apt. 4, Penshurst, New South Wales 2222, AUSTRALIA
30576284   + Christopher Contero, 13300 Diamond Reef Ln, La Marque, TX 77568-2040
30576286     Christopher Cosgrove, 2954 Harrogate Way, Abingdon, MD 21009-1902
30576287   + Christopher Curtis, 855 N Haskell st, Apt 7, Central Point, OR 97502-2690
30576288   + Christopher D Garrett, 18530 Huprick Road, North Lawrence, OH 44666-9514
30576289     Christopher D. Felix, 61 GLENWOOD CT, SPRING LAKE, NC 28390-2271
30576294     Christopher DOUGLAS, 8460 Pinewood Rd, Sarasota, FL 34243-2012
30576290   + Christopher Dahlheimer, 1643 Apricot St, Bolingbrook, IL 60490-2065
30576291     Christopher Dalisay, 8575 Merchants Way Apt 636, Jacksonville, FL 32222-2958
30576292   + Christopher Davis, 2638 Alco Ave, Dallas, TX 75211-2686
30576293   + Christopher DeJohn, 15 E Allen, 17a, Winooski, VT 05404-2213
30576295   + Christopher Duxbury, 2766 Wyndgate Ct., Westlake, OH 44145-2978
30576296     Christopher E Paul, 37102 Sabal Ave, Palmdale, CA 93552-5365
30576297     Christopher Eichman, 1168 Earpsboro Rd, Zebulon, NC 27597-7476
30576298   + Christopher Eisenhart, 337 Chalet Dr, Millersvilled, MD 21108-1106
30576299   + Christopher Elliott, 105 East 8th Street, Claremore, OK 74017-7205
30576300     Christopher Engelsviken, Buvikveien 16, Sarpsborg, Viken 1725, NORWAY
30576301   + Christopher English, 5540 S Lewis Ct, Tulsa, OK 74105-7216

District/off: 0752-1 User: admin Page 101 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30576302 + Christopher Fernandez, 8812 Willowwood Way, Jessup, MD 20794-8924
30576303 Christopher Frazier, 5347 Blackwelder St Apt 3, Los Angeles, CA 90016-3730
30576304 Christopher Fusaro, 199 32nd St, Lindenhurst, NY 11757-3219
30576305 + Christopher Gable, 516 Jackson Drive, Apollo, PA 15613-1716
30576306 Christopher Galliot, 29 Boulevard Joseph Nel, Marseille, PROVENCE-ALPES-COTE D'AZUR 13, FRANCE
30576308 + Christopher Gardner, 1204 Ridge Vista Court Northwest, Lawrenceville, GA 30043-7019
30576309 + Christopher Gibbons, 2552 Oxford Ln NW, Apt 3, Cedar Rapids, IA 52405-1192
30576310 Christopher Giordano, 5016 Neiman Cv, Raleigh, NC 27612-3675
30576311 Christopher Given, 2570 Lake Ridge Rd Apt 4302, Lewisville, TX 75056-4967
30576312 Christopher Glanzmann, 52 Haymarket Ln, Bryn Mawr, PA 19010-1148
30576313 + Christopher Gutierrez, 701 W Lemon Ave, Monrovia, CA 91016-2507
30576314 + Christopher H Krietz, 10 HIGHLAND AVE, GAITHERSBURG, MD 20877-2713
30576315 Christopher Hall, 1 Heritage Dr, North Easton, MA 02356-2214
30576316 Christopher Hauschild, Am Wehrhahn, Apt. 59, D sseldorf, Nordrhein-Westfalen, 40211, GERMANY
30576317 Christopher Hedlund, 107 N Railway St Apt 102, Mahnomen, MN 56557-4004
30576318 + Christopher Henely-Soirez, 85 Pennington Avenue, 2d, Passaic, NJ 07055-8805
30576319 + Christopher Henry Jozwiak, 13212 Tyler Ln., Gulfport, MS 39503-9607
30576320 Christopher Hill, 1331 Ardee Ave, Nashville, TN 37216-2801
30576321 + Christopher Hotzman, 977 Kurtz Mill Rd, Mohnton, PA 19540-8137
30576322 + Christopher J Griffin, 9236 Germania street, Philadelphia, PA 19114-4212
30576323 + Christopher J Joyner, 13 Wills Way, Hampton, VA 23666-5016
30576324 + Christopher J Odom, 1104 Arbor Ln, Marble Falls, TX 78654-4836
30576326 + Christopher Jeffer, 763 Scott Blvd, Unit 3, Decatur, GA 30030-2366
30576327 Christopher Ketchens, 4296 North Carolina 16 Business, Denver, NC 28037
30576328 + Christopher Khomutov, 5027 Stratford Dr, Oakley, CA 94561-6330
30576330 Christopher Kowalske, 15557 EDGEVIEW RD APT 3310, FORT WORTH, TX 76177-1728
30576331 Christopher Lacomba, 119 Main St, Macedon, NY 14502-8956
30576332 Christopher Lakey, 837 Oak Hill Rd, Roseburg, OR 97471-9599
30576333 + Christopher Lea, 30 Dock Rd, Norwalk, CT 06854-4717
30576334 + Christopher Lewis, 180 Daylesford Boulevard, Berwyn, PA 19312-2526
30576335 Christopher Logan Delke, 6063 OLD ALLEGAN RD, SAUGATUCK, MI 49453-9775
30576336 Christopher Lombardo, 12 Railway Avenue, Stanmore, New South Wales, 2048, AUSTRALIA
30576337 + Christopher Lopez Ayon, 2258 Southwest Taylor Drive, McMinnville, OR 97128-8942
30576339 Christopher Luckinbill, 311 W Ellis Ave, Davis, OK 73030-2123
30576338 + Christopher Luckinbill, 311 West Ellis AVE, Davis, OK 73030-2123
30576340 + Christopher Lujo, 2202 SW Nutmeg St, Bentonville, CA 72713-7822
30576341 + Christopher Lund, 607 NW 253rd St, Ridgefield, WA 98642-9214
30576342 + Christopher Mahlert, 120 singletree circle, Apt. 2, Minot AFB, ND 58704-1829
30576343 + Christopher Malinowski, 904 S. Aikens Tavern ct, Newark, DE 19702-3840
30576344 + Christopher Marchini, 17-18 Summerfeild ST, Apt. 1, Ridgewood, NY 11385-8129
30576345 + Christopher Marshall, 40 Riverside Drive, Barrington, RI 02806-3612
30576346 + Christopher Martin, 32 Kline Place, Berkeley Heights, NJ 07922-1319
30576347 + Christopher Martin Daniels, 930 Wayne Ave,, #1409, Silver Spring, MD 20910-4498
30576348 + Christopher Martin Orlando, 34 Bond Street, Bridgewater, NJ 08807-2454
30576349 + Christopher Martinez, 3244 E tanglewood drive, Phoenix, AZ 85048-7219
30576350 Christopher McCastle, 1440 Sally View Dr, Friendsville, TN 37737-1403
30576351 Christopher Mendez, 2039 Dairy Mart Rd Unit 7, San Diego, CA 92173-1860
30576352 + Christopher Mergo, 1091 1/2 Murray St, Kingston, PA 18704-4019
30576353 + Christopher Meyer, 115 Fairwwod DR, Morrisville, NC 27560-9390
30576354 + Christopher Michael Sims, 31 OLDE CYPRESS CIR NW, FORT WALTON BEACH, FL 32548-4676
30576355 + Christopher Mitchell, 4392 BUCKLEY HALL RD, COBBS CREEK, VA 23035-2023
30576356 + Christopher Monaco, 359 Congo Niantic Rd, Barto, PA 19504-9358
30576357 + Christopher Morales, 323 Natchez Dr, Buda, TX 78610-4429
30576358 Christopher Nguyen, 325 Silverstone Dr., Etobicoke, Ontario M9V 3J8, CANADA
30576359 + Christopher Noel, 55 Laconwood, SPRINGFIELD, IL 62712-8727
30576360 Christopher Nolan, 661 Fenworth Blvd, Franklin Square, NY 11010-3535
30576361 + Christopher Noonan, 20558 Torre del Lago St, Estero, FL 33928-6350
30576362 Christopher Norris, 6174 Tulane Rd, Cincinnati, OH 45212-1328
30576364 + Christopher Parks, 9588 56th st, Riverside, CA 92509-4832
30576365 + Christopher Patterson, 16933 SE 101st court RD, Summerfield, FL 34491-6594
30576366 + Christopher Paul, 37102 Sabal Ave, Palmdale, CA 93552-5365
30576368 Christopher Petalas, 3 Perceval Close, Abbotsburt, New South Wales, 2176, AUSTRALIA
30576369 Christopher Peters, 383 S 47th St, Lincoln, NE 68510-1819

District/off: 0752-1 | User: admin | Page 102 of 507
Date Rcvd: Jan 04, 2024 | Form ID: 309C | Total Noticed: 30719

30576370 + Christopher Petersen, 42 sheephill rd, Riverside, CT 06878-1406
30576371 + Christopher Portugal, 2198 Stoneridge Dr, Apt 486, Corona, CA 92879-1233
30576372 Christopher Potter, 110 Zandhoek Rd, Hurley, NY 12443-5703
30576373 #+ Christopher R Rodriguez, 2535 SW 25th Ave, MIAMI, FL 33133-2212
30576374 Christopher Ramiro, 25445 Beresford Dr, Chantilly, VA 20152-3900
30576375 + Christopher Ramsaroop, 635 East 4th Street, Apt. 2, Brooklyn, NY 11218-4921
30576376 + Christopher Raney, 1618 Beverly Hills Street, Norman, OK 73072-5911
30576377 + Christopher Reynolds, 7425 kent point rd, Stevensville, MD 21666-3809
30576378 Christopher Rhodes, 404 S Brooksville Ave, Brooksville, FL 34601-3314
30576379 Christopher Ross Tadevic, 8635 Heather Street, Apt. 105, Vancouver, British Columbia, V6P 3S6, CANADA
30576380 + Christopher Ryberg, 5010 N Sherman Street Ext, Mount Wolf, PA 17347-9712
30576382 + Christopher Sampsel, 141 Ohio St, Mansfield, OH 44903-2430
30576383 Christopher Sanford, 5601 W 79th St, Los Angeles, CA 90045-3305
30576384 + Christopher Sargent, 710 North Quince Street, Apt 12, Escondido, CA 92025-1645
30576385 Christopher Sass, 2245 Applewood Ln, Woodstock, IL 60098-7486
30576386 + Christopher Scarver, 28 Orleans Street, Floor 2, East Boston, MA 02128-2753
30576387 Christopher Schafer, 726 Sapphire Dr, Murfreesboro, TN 37128-0653
30576388 + Christopher Schlegel, 80 Countrywood Drive, Jackson, TN 38305-3522
30576389 + Christopher Scott, 2848 New Highway 7, Santa Fe, TN 38482-5312
30576390 Christopher Shelton, 538 HICKORY HILL RD, EVINGTON, VA 24550-4387
30576391 Christopher Silcock, 1 Squires Road, Waddington, England LN5 9WD, UNITED KINGDOM
30576392 + Christopher Simonian, 3311 Barnes Circle, Glendale, CA 91208-1165
30576393 Christopher Smith, Twitham Court Farmhouse, Hills Court Road, Ash, ENGLAND CT3 2AP, UNITED KINGDOM
30576394 Christopher Smith, 280 River Rd Apt 96A, Piscataway, NJ 08854-3564
30576395 + Christopher Speer, 3677 Watermill Ln, Carleton, MI 48117-9471
30576396 Christopher Sterling, 177 Cross Brook Dr, Acworth, GA 30102-2530
30576397 + Christopher Stevens, 1137 Pitt Ave, Bremerton, WA 98310-4448
30576398 + Christopher Sunday, 116 N industrial ave, Sandsprings, OK 74063-6115
30576399 + Christopher Thompson, 869 South Orange Ave, Apt. 303, Sarasota, FL 34236-7704
30576400 Christopher Tyler, 4540 Northglen Ct, Englewood, OH 45322-2500
30576401 + Christopher Tyler Sharp, 4908 Haight Terrace, San Diego, CA 92123-6428
30576402 + Christopher Tyree, 1718 Catalina Dr., Richmond, VA 23224-4822
30576403 Christopher Villalpando, 1919 Riverview Dr, Richmond, TX 77469-1486
30576404 + Christopher Ward, 2838 Michael Road, Philadelphia, PA 19152-1652
30576405 Christopher Weeks, 25 Pandanus Pl, Speewah, QUEENSLAND 4881, AUSTRALIA
30576406 Christopher West, 7 Hazel Grove, Hazel Grove, BURGESS HILL, England, RH15 0BZ, UNITED KINGDOM
30576407 Christopher West, 2607 NOTTINGHAM RD SE, ROANOKE, VA 24014-3411
30576408 + Christopher Whitney, 2615 Grandoaks Drive, Westlake Village, CA 91361-5562
30576409 Christopher Williams, 16051 GRASS LAKE DR, TAMPA, FL 33618-1430
30576285 + Christopher cook, 5090 North Highway 38, Brigham city, UT 84302-3734
30576329 Christopher koepp, 799 Osprey Ln, Martinez, GA 30907-4170
30576410 Christopher wolters, 3333 E Beltline Ave NE, Grand Rapids, MI 49525-9781
30576411 + Christos Montelongo, 11891 Stone Castle Drive, El Paso, TX 79936-2622
30576412 Christy Brewer, 12622 Scouts Ln, Cypress, TX 77429-2626
30576413 + Christy Brinton, 7500 E Deer Valley Rd Unit 69, Scottsdale, AZ 85255-4864
30576414 Christy Carmack, 413 S Hewitt Dr, Hewitt, TX 76643-3236
30576415 Christy Crews, 1800 Washington Ave S Apt 516, Minneapolis, MN 55454-2055
30576416 + Christy Koense, 120 Decker Dr, Newark, DE 19711-3811
30576418 Christy Miller, 41500 Rachael Dr, Lagrange, OH 44050-9003
30576419 + Christy Parker, 102 Haystack mountain road, Montville, ME 04941-4738
30576420 Christy Pumphrey, 19401 Rayfield Dr, Germantown, MD 20874-6257
30576421 Christy Roquemore, 109 Black Oak Dr, Aledo, TX 76008-6921
30576422 Christy Stilwell, 906 E Meyer Ave, Seabrook, TX 77586
30576423 Christy Wilson, 12907 Princeleigh St, Upper Marlboro, MD 20774-1750
30576424 + Chrisy Ramirez, 3199 N Desoto St, Chandler, AZ 85224-1020
30576425 Chrysta Patterson, 13238 Kozak Dr, Sterling Heights, MI 48312-3243
30576427 + Chrystian Moreira, 1606 East Cedar Place, Olathe, KS 66062-1865
30576428 + Chrystyna Sullivan, 8018 longhill rd, Pasadena, MD 21122-1014
30576429 Chua Yu En, BLK 674A Jurong West Street 65, #07-66, Singapore, SINGAPORE 641674, SINGAPORE
30576430 Chuck Chuck, 15465 Friar St, Van Nuys, CA 91411-1012
30576431 + Chuck Moore, 25 Dorset Ln, Mill Valley, CA 94941-5203
30576432 + Chulani Promotional Products Co, P.O.Box 517, Hawthorne, MY 07507-0517
30576433 Chynse Jett, 441 Cheryl St, Cottage Grove, WI 53527-9611

District/off: 0752-1                          User: admin                                      Page 103 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                     Total Noticed: 30719

30576439     CiAnna Murray, 5429 Newark Rd, Elizabeth, WV 26143-5798
30576434     Cia cinaglia, 411 SAGAMORE RD, HAVERTOWN, PA 19083-3915
30576435     Cian Cullum, 420 Yucca Ln, Turpin, OK 73950-2070
30576436   +   Cian Kinderknecht, 5184 S Jebel St, Centennial, CO 80015-5230
30576437     Cian McAvoy, 409 Rossmoyne Ave, North Las Vegas, NV 89030-8618
30576438     Cian Rideout, 6 chapel green, kings heath, Northampton, England, NN5 7NF, UNITED KINGDOM
30576440     Ciara Bronson, 32623 TURNING SPRINGS DR, BROOKSHIRE, TX 77423-2837
30576441     Ciara DeSimio, 611 W Riddle Ave, Ravenna, OH 44266-2833
30576442   +   Ciara Hopkinson, 908 Jerome St., Unit 4, Fort Collins, CO 80524-3586
30576443     Ciara Jansen, Les Hauts de Saulies - Chambres et, Saint Gery Vers, MIDI-PYRENEES 46090, FRANCE
30576444     Ciara Lambe, Lannaght, Knockatallon, MONAGHAN H18X403, IRELAND
30576445     Ciaran Blandford, 11 Bedourie Street, Dunlop, Australia Capital Territory 2615, AUSTRALIA
30576447   +   Ciaran Nolan (APW 2711309), 5 South Main Street, Englishtown, NJ 07726-1558
30576448     Ciarra Jenkins, 660 Pennsylvania Ave, Winchester, VA 22601-4902
30576449     Cid Hagemann, Berliner Straaye 17 (Seitenflagel Links), Berlin, GERMANY
30576450     Cidney Enyart, 2225 E 23rd St, Tulsa, OK 74114-2907
30576451     Cienna Schroeder, 1736 S 62nd St, West Allis, WI 53214-5010
30576452     Ciera Ganz, 221 Meadow Ln, Freeport, TX 77541-9519
30576453   +   Cierra A Herrera, 4866 Round Up Rd, Twenty-nine Palms, CA 92277-6714
30576454   +   Cierra Herrera, 4866 Round Up Road, Twentynine Palms, CA 92277-6714
30576456   +   Ciklaly Peralta, 233 MAIN STREET, FOREST CITY, PA 18421-1435
30576457     Cillian Morrison, 6 ard ross, Crossmaglen, NORTHERN IRELAND BT35 9BY, UNITED KINGDOM
30576458     Cindie Hurrelbrink, 10314 Broadview Rd, Broadview Heights, OH 44147-3223
30576459   +   Cindy Alfaro, 2770 Timber Cove Ln, Winston Salem, NC 27127-6084
30576460     Cindy Belisle, 2218 S JOHNSON CIR, MESA, AZ 85202-6622
30576461     Cindy Bravo, 3413 30th Ave, Long Island City, NY 11103-4620
30576462   +   Cindy C Gonzalez, 927 N Freeman St, Santa Ana, CA 92703-2315
30576463   +   Cindy Eckert, 45 Horseshoe Lane N, Henrietta, NY 14467-9707
30576464     Cindy Groghan, PO Box 44545, Rio Rancho, NM 87174-4545
30576465   +   Cindy Guthrie, 6907 Audubon Dr., Parker, TX 75002-6927
30576466     Cindy Lien, 14 Isabella Court, Albanvale, VICTORIA 3021, AUSTRALIA
30576468   +   Cindy Polverari, 16245 Valley Dr. NW, Andover, MN 55304-2305
30576469   +   Cindy Purser, 155 Windemere Pointe, Mt. Gilead, NC 27306-8826
30576470   +   Cindy Stuch, 1957 N Fairfield Ave, Apt 2i, Chicago, IL 60647-2359
30576471   +   Cindy Toshie, 405 S Moss Rd, Winter Springs, FL 32708-3531
30576472     Cindy Vavasseur, 18239 Manchac Pl S, Prairieville, LA 70769-3371
30576473     Cindy Woelfer, 4481 S 2450 W, Roy, UT 84067-1905
30576474   +   Cinthia Portillo, 1010 W Ashbury St, Olathe, KS 66061-2406
30576475   +   Citadel, 5639 Brookshire Blvd, Suite C, Charlotte, NC 28216-3974
30576476   +   Citizen, 330 West 38th Street, Suite 205, New York, NY 10018-8664
30576478   #+   City Copy & PrintCenter, 270 Divisadero St., San Francisco, CA 94117-3253
30576480   +   Civic Center Foundation, 201 N. Walker Ave., Oklahoma City, OK 73102-2233
30576483     Clair Toothill, 985 WESTWELL RUN, JOHNS CREEK, GA 30022-5892
30576484     Claira Witherow, 506 S Kentucky Ave, Granite Falls, WA 98252-8760
30576485   +   Claire Alison Sangster, 1419 West Superior Street, Apt 3F, Chicago, IL 60642-7306
30576487     Claire Armstrong, Two Chimneys, Northbrooke Lane, ASHFORD, England, TN24 8JE, UNITED KINGDOM
30576488     Claire Ashdown, 35 Bendbow Rise, Leicester, England LE3 1QB, UNITED KINGDOM
30576489     Claire Banner, 1017 N Lemon St, Fullerton, CA 92832-1317
30576490   +   Claire Baron, 1020 Kinderhook St, Valatie, NY 12184-9743
30576491   +   Claire Billeter, 24 Hamilton Lane, Darien, CT 06820-2809
30576492   +   Claire Bingham, 5934 republic of Texas Blvd, Austin, TX 78735-6479
30576493     Claire Bowman, 3751 Drakewood Dr, Cincinnati, OH 45209-2326
30576494     Claire Buckingham, Parcel Locker 10265 62608 South Melbour, South Melbourne, VICTORIA 3205, AUSTRALIA
30576495     Claire Cochrane, 160 Grange St, Franklin Square, NY 11010-4202
30576496   +   Claire Etling, 3506 College Ave, Terre haute, IN 47803-2325
30576497     Claire Fernsworth, 2327 5TH AVE, SAN RAFAEL, CA 94901-1003
30576498     Claire Gibbs, 22 Willowtree Close, Narara, New South Wales 2250, AUSTRALIA
30576499   +   Claire Girardot, 933 W Van Buren St, Apt. 812, Chicago, IL 60607-3597
30576500   +   Claire Hamner, 560 Bromeliad Dr, Haslet, TX 76052-5842
30576501     Claire Havener, 5849 HERONRISE CRESCENT DR, LITHIA, FL 33547-5884
30576502     Claire Holmes, 11 Paddock St, WHITTLESEA 3757 VIC, Whittlesea, VICTORIA 3757, AUSTRALIA
30576503     Claire Huggins, 96 Longlands Park, Newtownabbey, Northern Ireland BT36 7NG, UNITED KINGDOM
30576504     Claire Jackman, 4958 N Clooney Ave, Meridian, ID 83646-7406

District/off: 0752-1     User: admin     Page 104 of 507

Date Rcvd: Jan 04, 2024     Form ID: 309C     Total Noticed: 30719

30576505   + Claire Jackson, PO Box 1906, Cave Creek, AZ 85327-1906
30576506    Claire Malast, 22 GLEN COVE DR, CHESTERFIELD, MO 63017-2752
30576507    Claire Miller, 29371 Madeira Ln, Santa Clarita, CA 91354-1598
30576508    Claire Mobley, 1736 VASSAR DR, CHARLESTON, SC 29407-4236
30576509    Claire Morries, 12098 S Steadman Farm Cv, Draper, UT 84020-4709
30576510   + Claire Praska, 214 N Cherry Ave, WOODWARD, IA 50276-1019
30576511    Claire Sweeney, 85 Cockburn Place, Elgin, Scotland IV30 4HZ, UNITED KINGDOM
30576512    Claire Ward, 20 Highbrook Place, Castle Hill, NEW SOUTH WALES 2154, AUSTRALIA
30576513    Claire Whiteman, 403 W Waterford St, Wakarusa, IN 46573-9503
30576514    Claire Wilkins, 321 Quail Rd Apt 3202, Longmont, CO 80501-8957
30576515   + Claire Williams, 704 Truman Street Northeast, Apt. 18, Albuquerque, NM 87110-6464
30576516    Claire Yoder, 314 Parkway Dr, Eureka, IL 61530-9545
30576517    Claireece Hammers, 423 Chipmunk Ln, Midway Park, NC 28544-1569
30576518   + Clams Casino, 35 Franklin Ave., Hasbrouck Heights, NJ 07604-1201
30576519    Clara Bartell, 4046 E Mount Airey Dr, Eagle Mountain, UT 84005-6069
30576520   + Clara Brown-Coggiano, 283 Albany Ave, 6D, Brooklyn, NY 11213-3556
30576521    Clara Carter, 9326 SW Bayview Dr, Vashon, WA 98070-7024
30576522   + Clara Fok, 315 Hamilton Rd, Glassboro, NJ 08028-1516
30576523   + Clara Magsarili, 5530 SE 44th Ave, Portland, OR 97206-5741
30576524    Clara Moore, 1025 SW 166TH AVE, BEAVERTON, OR 97006-5582
30576525    Clara Roby, 245 River Rd, Killingworth, CT 06419-2237
30576526   + Clara Welch, 2514 Adams Court, Apt. 163, Fort Mitchell, KY 41017-1745
30576527    Clara Williamson, 31 Frederic St Apt 2, Portland, ME 04102-2778
30576528   + Clare E Tell, 3539 Hudson Street, Dexter, MI 48130-1422
30576529   + Clare Hansen, 425 W Surf St, Apt 613, Chicago, IL 60657-6139
30576530    Clare Sharkey, 874 Norsan Court, Newmarket, Ontario, L3X1K9, CANADA
30576531    Clare Snelgrove, 2062 Georgia Street, P.o. Box 2015, Rossland, British Columbia VOG 1Y0, CANADA
30576532   + Clarissa Garza, 1130 irving place, racine, WI 53403-1776
30576533    Clarissa Hohnadel, 4659 Shadow Field Ln, Bartlett, TN 38002-8049
30576534    Clarissa Hoover, 11337 W Duluth Ave, Youngtown, AZ 85363-1326
30576535    Clarissa Johnson, 378 N 20th Pl, Philomath, OR 97370-9517
30576536   + Clarissa Rook, 1508 E Peach Tree Dr, Chandler, AZ 85249-4391
30576537   + Clarissa Vega, 940 Beaver Rise Dr, Bakersfield, CA 93306-7710
30576538   + Clarisse Marshall, 8910 Pinecrest Dr, Lakeland, FL 33809-1676
30576539   + Clark Garrison, 16236 Chancellors Ridge Way, Westfield, IN 46062-7138
30576541    Claudia Cooney, 161 Main St Apt 3, Cooperstown, NY 13326-1130
30576542   + Claudia Davis, 3523 SE Willow Street, Hillsboro, OR 97123-7770
30576543   + Claudia Hernandez, 101 Schick, Irvine, CA 92614-0528
30576544    Claudia Mazur, 1115 BEDFORD AVE, NORFOLK, VA 23508-1216
30576545    Claudia Moorer, 6210 HIGHLAND GARDENS DR, N LAS VEGAS, NV 89031-2051
30576546    Claudia Pock, Josef Stadlmaiergasse 2 Haus 21, Gablitz, NIEDEROSTERREICH A-3003, AUSTRIA
30576547    Claudia Thwaite, 1 Wyatt Road, Adelaide, SOUTH AUSTRALIA 5066, AUSTRALIA
30576548   + Claudiene Anderson, 4614 Nevada, Dickinson, TX 77539-6638
30576549   + Claudine Dulay, 8005 48th AVE SW, Lakewood, WA 98499-4074
30576550    Claudio Poblete, Av. Los patos, 5 pnte #366, Talca, Maule 3460000, CHILE
30576552   + Clay Allen, 1159 Bromley Rd, Avondale Estates, GA 30002-1525
30576553    Clay Bakhoum, 204 Paseo de Granada, Redondo Beach, CA 90277-6719
30576554   + Clay Borrell, 1321 Gettysburg Ave N, Golden Valley, MN 55427-3814
30576555    Clay Brennan, 860 Oakwood Dr Apt 203, Rochester, MI 48307-1367
30576556    Clay Elliot Schrader, Etterstadsletta 33 B, Oslo 660, NORWAY
30576557    Clay Steenbergen, 2648 W Indian Creek Rd, Trafalgar, IN 46181-9088
30576558    Clay Whelan, 411 N 4TH ST STE C, WILMINGTON, NC 28401-5497
30576559    Clayton Denney, 1221 N Clarkson St Apt 12, Denver, CO 80218-1868
30576560   + Clayton Johnson, 46 Milton Way, Beaufort, SC 29907-2584
30576562    Clayton Mann, 4405 48 Avenue #204, Red Deer, Alberta T4N 3S4, CANADA
30576563    Clayton Olson, 870 Polaris Rd, Helena, MT 59602-8138
30576564   + Clayton R Kutska, 3079 wilson rd, Abrams, WI 54101-9659
30576561   + Clayton lehr, 133 San Marco Ave, San Bruno, CA 94066-5511
30576566   + Cleaver LeMar McLean, 270 Lewis Avenue, Ground Floor, Brooklyn, NY 11221-1744
30576567    Clememte Perez Jr, 3321 Texas 112, Eastland, TX 76448
30576568    Cleo Burley, 633 ALMA AVE APT 16, OAKLAND, CA 94610-3849
30576569    Cleo May, 1351 Olympic Way, Bellingham, WA 98225-8549
30576570   + Cleo Sullivan, 2259 Washington Ave SE, Cedar Rapids, IA 52403-2805

District/off: 0752-1 User: admin Page 105 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30576571     Click Da Cosigner, 3 Grove Ave, Manorville, NY 11949-2207
30576572     Cliff Flowers, 11886 S Breeze Grass Way, Parker, CO 80134-3162
30576573    + Clifford Chien, 326 43rd St., Apt. 1, Brooklyn, NY 11232-3610
30576574    + Clifford Hunter Greear, 854 Kirby Ct, Charleston, SC 29414-8239
30576575     Clifford Kozak, 100 N Western Ave, Park Ridge, IL 60068-3132
30576576    + Clifton Sherwin, 189 Goodview Drive, Valparaiso, IN 46385-9611
30576577     Clint Barnes, 1486 S 1250 W, Syracuse, UT 84075-9454
30576578     Clint R Hayden, 2176 Floral Dr, White Bear Lake, MN 55110-3863
30576579    + Clinton Champlin, 3500 Harry S Truman Blvd, St. Charles, MO 63301-4048
30576580    + Clinton Wong, 15 Lefferts Pl, Garden, Brooklyn, NY 11238-2708
30576581    + Clisby A Williams, 117 Moultrie St., Charleston, SC 29403-4353
30576582     Clive William Guidi, 81 King Street, Thornlands, Queensland 4164, AUSTRALIA
30576583    + Cloakroom, 20 Jay St., #824, Brooklyn, NY 11201-8306
30576584    + Cloe Bourdages, 1001 Texas Clipper Road, Apt. 291, Galveston, TX 77554-2888
30576587     Cloudy Cloudy, 2621 Bordeaux Dr, McKinney, TX 75070-4705
30576588    + Clover Anne, 202 Southwest Inwood Avenue, Port Saint Lucie, FL 34984-4919
30576589     Clover Hanneman, 2606 Winston Ct, Pearland, TX 77584-9132
30576590    + Clover Shamis, 7175 RIckmeyer Rd, Rome, NY 13440-6344
30576591     Clyde Greene III, 1 University Parkway, Campus Box 5916, High Point, NC 27260
30576593    + Cobi Tull, 6053 S 4880 W, Salt Lake City, UT 84118-8616
30576595    + Coca-Cola Roxy, 9348 Civic Center Drive, Beverly Hills, CA 90210-3624
30576596     Coco Gelbart, 16 Crofton Avenue, Orpington, ENGLAND BR6 8DU, UNITED KINGDOM
30576597    + Coda Catalano, 20 Rocky Ledge Drive, Clinton, CT 06413-1309
30576598    + Code Bullet, 1374 E Hillcrest Dr, #311, Thousand Oaks, CA 91362-2520
30576599     Codrin Olariu, 11 brumby wood lane, Scunthorpe, England, DN17 1AA, UNITED KINGDOM
30576600    + Cody Bascara, 39 Buford Road, Robbinsville, NJ 08691-2327
30576601     Cody Beecher, 1844 S Maple Ave, Yuma, AZ 85364-5714
30576602    + Cody Bishop, 123 E Burrell St, Odon, IN 47562-1524
30576603     Cody Camden, PO Box 888, Girdwood, AK 99587-0888
30576604    + Cody Carmichael, 1211 Ojai Rd, Santa Paula, CA 93060-1129
30576605    + Cody Cerniglia, 4747, Lakeview Circle, Slinger, WI 53086-9520
30576606     Cody Charland, 10501 KLINE WAY, WESTMINSTER, CO 80021-3849
30576607    + Cody Coats, 450 Folsom, Apt. 2706, San Francisco, CA 94105-3385
30576608    + Cody Cogdell, 414 E Capitol Ave APT 210, Apt. 210, Little Rock, AR 72202-2426
30576609     Cody Conner, 132 County Road 279, Kosse, TX 76653-4700
30576611    + Cody D Forsberg, 22924 Carolina Street, St. Clair Shores, MI 48080-2506
30576612    + Cody Dalsanto, 203 Tando Way, Ft Mitchell, KY 41017-9128
30576613     Cody DeFrate, 227 S Poinsettia Pl Apt 103, Los Angeles, CA 90036-2845
30576615     Cody DuVall, 2020 Locust St, New Albany, IN 47150-2754
30576614     Cody Durham-Bastien, 375 Monmouth Drive, Kamloops, BC V2E1N9, CANADA
30576616    + Cody Erskine, 11822 Forsyth ct, Bakersfield, CA 93311-8678
30576617    + Cody Fackrell, 11375 W Chitina River St, Nampa, ID 83686-4871
30576618    + Cody Flores, 7714 Kennedy Hill Dr, Apt. 7212, San Antonio, TX 78235-4423
30576619     Cody Frye, 214 Fayette Ave, Fayetteville, WV 25840-1306
30576620     Cody Gearhart, 106 School St, Bradford, PA 16701-1160
30576621     Cody Grable, 2606 S 36th St, Saint Joseph, MO 64503-1402
30576624    + Cody Hines, 11614 Jovita Blvd e, Edgewood, WA 98372-1282
30576625    + Cody Jackson, 4701 Strauss Cabin Rd, 6-201, Fort Collins, CO 80528-4658
30576626    + Cody Kern, 508 Nottingham Road, Syracuse, NY 13210-3429
30576627    + Cody Kerr, 1647 Post Rd, Apt. 1108, San Marcos, TX 78666-7338
30576629    + Cody M. Kern, 508 Nottingham RD, Syracuse, NY 13210-3429
30576630     Cody Madalena, 264 Railway Parade, West Leederville, Perth, WESTERN AUSTRALIA 6007, AUSTRALIA
30576631    + Cody Masterson, 90 Commons Drive, I-0100, Eugene, OR 97401-8908
30576632    + Cody Mills, 15 Scuffle Hill St., Martinsville, VA 24112-2919
30576633    + Cody Minton, 707 Reindeer St, Gaylord, MI 49735-9427
30576634    + Cody Moore-Prosise, 3614 NE 56TH ST, Vancouver, WA 98661-2046
30576635     Cody Nagy, 39280 Northampton St, Westland, MI 48186-3715
30576636    + Cody Napier, 1917 Krypton Lick Branch Road, Hazard, KY 41701-6473
30576637     Cody Norman, 1769 E 37th Ave, Apache Junction, AZ 85119-3865
30576638    + Cody Nowak, 121 N Cross St, Unit 544, Wheaton, IL 60187-5368
30576639    + Cody Pecot, 616 Brown Thrasher Loop N, Madisonville, LA 70447-3051
30576640    + Cody Pratt, 2989 Walnut Avenue, Grand Junction, CO 81504-5426
30576641     Cody Preston, 58541 Travis Rd, New Hudson, MI 48165-9576

District/off: 0752-1                          User: admin                                Page 106 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                           Total Noticed: 30719

30576642        Cody Schmitz, 322 W 9TH AVE, OSHKOSH, WI 54902-6465
30576643        Cody Shaw, 404 E 21ST ST, MARSHFIELD, WI 54449-5025
30576644     +  Cody Slanker, 1675 NW 4TH AVE, Apt 502, Boca Raton, FL 33432-3505
30576645     +  Cody Sorensen, 403 N Seminole Dr, Independence, MO 64056-2238
30576646     +  Cody Wagner, 2321 harvest moon Ln, sanger, TX 76266-3416
30576647     +  Cody Worzella, 1317 Blackberry Lane, Stevens Point, WI 54482-9140
30576610        Cody cyr, 4084 2nd Ave PO box 5145, Smithers, BC V0J2N0, CANADA
30576623     +  Cody hines, 11614 Jovita Blvd East, Edgewood, WA 98372-1282
30576628     +  Cody knopf, 215 Oak Grove Avenue, Detroit Lakes, MN 56501-2322
30576648        Cohen Abney, 69 VERMILIAN DR, WHITELAND, IN 46184-7008
30576649        Cohen Dennis, 3 Yakka Way, Wandi, Western Australia 6167, AUSTRALIA
30576650     +  Cohen Ingersoll, 1318 west tobi lane, Peoria, IL 61614-1942
30576651     +  Cohen, Danielle, 424 W PICO BLVD, #608, LOS ANGELES, CA 90015-4163
30576652     +  Cohen, Dustin, 1944 RIDGEMONT LANE, DECATUR, GA 30033-4076
30576653        Coin celine, 10 Avenue Aristide Briand, Vesoul, FRANCHE-COMTE 70000, FRANCE
30576655     +  Colby Beverstock, 401 Seven Ponds Rd, Amissvile, VA 20106-4130
30576656     +  Colby Brooks, 10 hinckley road, Tewksbury, MA 01876-2931
30576657     +  Colby Carkoski, 51 Cohen Walker Drive, Apt 1303, Warner Robins, GA 31088-0758
30576658        Colby Eback, 227 Sherando Cir, Stephens City, VA 22655-4005
30576659        Colby Gathings, 612 Underwood Dr, Thomasville, NC 27360-7649
30576660        Colby Geisel, 178 Champlain Street, North Bay, ONTARIO P1B 9P9, CANADA
30576661        Colby Glover, 110 Lincoln Way, Daventry, England NN11 4SU, UNITED KINGDOM
30576662        Colby Janvier, 403A Pendygrasse Road, Apt. 306, Saskatoon, SASKATCHEWAN S7M5E5, CANADA
30576663     +  Colby Lindley, 700 W 100 N, Smithfield, UT 84335-2206
30576664        Colby McLennan, 14-5635 Teskey Way, Chilliwack, BC V2R 4V8, CANADA
30576666     +  Cole A Murphy, 404 Strongbow Trail, Porter, IN 46304-1859
30576667        Cole Arnold, 1473 Stockbridge Ln, St Augustine, FL 32084-1848
30576668     +  Cole Ashcraft, 3227 East Redwood Lane, Phoenix, AZ 85048-7835
30576669        Cole Barrett, 503 University Ave, Moscow, ID 83843-4109
30576670     +  Cole Baumann, 479 Black Feather Loop, Apt. 317, Castle Rock, CO 80104-8029
30576673     +  Cole Bourgeois, 1333 W Pratt Blvd, Apt. 4, Chicago, IL 60626-4342
30576675        Cole Castillo, 440 Windy Peak Loop, Cary, NC 27519-1883
30576676     +  Cole Christensen, 4365 Mississippi St, APT 1, San Diego, CA 92104-1147
30576677     +  Cole Collins, 3101 Longhorn Blvd, STE 106 RSO2-1546-1, Austin, TX 78758-7634
30576679        Cole Flynn, 2543 Clearkirk Ct, Matthews, NC 28105-3011
30576680     +  Cole Gibson, 141 Old Wilton Rd, New Ipswich, NH 03071-3426
30576681        Cole Gilbert, 701-20 Gamble Avenue, Toronto, ONTARIO M4KG9, CANADA
30576682        Cole Handy, 2900 Meadowlark Ln, Tyler, TX 75701-6040
30576683     +  Cole Harrison, 10031 Apollo Bay Way, Highlands Ranch, CO 80130-6841
30576684        Cole James, 9.3b melia house, 2 hornbeam way, Melia house, Manchester, England M4 4AY, UNITED KINGDOM
30576685     +  Cole Lacey, 4262 West Plaza Dr, Orlando, FL 32816-8039
30576686     +  Cole McCorkendale, 615 S Palatine Hill Rd, MSC 1894, Portland, OR 97219-8091
30576687     +  Cole McDannald, 709 Finley St, Jacksonville, IL 62650-1122
30576688     +  Cole Mitchell, 4017 Windsor Trail, Gainesville, GA 30506-2252
30576689        Cole Parsons, 1307 Paddock Way, Cherry Hill, NJ 08034-2937
30576691     +  Cole Privette, 2700 Magnolia Springs Drive, Apt 6103, Lexington, KY 40511-1590
30576692     +  Cole Rush, 3139 N Southport Ave, Unit 2, Chicago, IL 60657-9850
30576693     +  Cole Schmeisser, 531 N Meacham, Park Ridge, IL 60068-3468
30576694        Cole Shaver, 405 7th St NE, Fosston, MN 56542-1110
30576695     +  Cole Shotkoski, 13218 12th St, Plattsmouth, NE 68048-7756
30576696     +  Cole Simmons, 3535 N 55th Street, Kansas City, KS 66104-1612
30576697     +  Cole Skinner, 5025 Rolling Pine Cir., Olive Branch, MS 38654-5958
30576698        Cole Taylor, 14191 LAURINDA WAY, TUSTIN, CA 92780-2103
30576699     +  Cole Thompson, 1003 Boardwalk St, Midlothian, TX 76065-6706
30576700        Cole Tompkins, 1319 N Main St, Oshkosh, WI 54901-3843
30576671     +  Cole benoy, 11650 Stinson Ave, Chisago, MN 55013-9543
30576674     +  Cole cada, 906 Wells Dr, Sycamore, IL 60178-9524
30576690     +  Cole pascarella, 9 Cambridge drive, Madison, CT 06443-3016
30576701     +  Coleen Gilchrist, 18921 133rd Pl SE, Renton, WA 98058-8056
30576702     +  Coleman Branch, 5804 Falls of Neuse rd, Apt C, Raleigh, NC 27609-4060
30576703     +  Coleman Harris, 594 Wimbledon Road NE, Apt 1113, Atlanta, GA 30324-4802
30576704     +  Coleman Kramer, 1803 Broadway, APT 329, Nashville, TN 37203-2762
30576705        Coleman Paul, 23 Shalimar Cres, Winnipeg, MANITOBA R2V 4J3, CANADA

District/off: 0752-1                           User: admin                                      Page 107 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                    Total Noticed: 30719

30576706    + Colesby, Joseph, 534 S Scoville Ave, Unit 2S, OAK PARK, IL 60304-1468
30576707    + Colette, 53 Cabana Drive, Tijeras, NM 87059-7328
30576708    + Colette Antonaccio, 243 E 81st St, Apt 2C, NY, NY 10028-2674
30576709    + Colin, 132 Foxshire Dr., 132 Foxshire Dr., Lancaster, PA 17601-3982
30576710    + Colin Ahern, 39 St Margaret St, Apt. 1, Dorchester, MA 02125-3717
30576711      Colin Alderdice, 27 Millbrook Road, Lisburn, NORTHERN IRELAND BT274XN, UNITED KINGDOM
30576713      Colin Barton, 241 Turkey Pen Gap Rd, Horse Shoe, NC 28742-7802
30576715    + Colin Braaten, 3155 King Edward Rd, West Sacramento, CA 95691-5828
30576716      Colin Breslin, 1373 Peppervilla Dr, El Cajon, CA 92021-1213
30576717    + Colin Brunker, 710 Kingsley Street APT 245D, Normal, IL 61761-3183
30576718    + Colin C Knudsen, 11214 Walnut Ridge, Plymouth, MI 48170-3331
30576719    + Colin Cage, 2123 Ivy Drive, Anderson, IN 46011-3825
30576720      Colin Comartin, 1500 Gracey Side Rd., Pointe-Aux-Roches, ONTARIO N0R 1NO, CANADA
30576721      Colin Crawford, 1901 Oak Hollow Dr E, Pearland, TX 77581-6173
30576722    + Colin Deery, 603 Calder Avenue, Yorkville, NY 13495-1404
30576723    + Colin Ellis, 312 Garth Rd, Oreland, PA 19075-1910
30576724    + Colin Ellis, 2058 NE Edinburgh Terrace, Atlanta, GA 30307-1116
30576725      Colin Engler, 300 Cheswick Cir Apt L, Yorktown, VA 23693-4658
30576726      Colin Fant, 2116 5th Pl, Snohomish, WA 98290-2622
30576727    + Colin Felix, 5305 Thelen Ave, McHenry, IL 60050-7639
30576728      Colin Held, 5801 WAGONVALE DR, ARRINGTON, TN 37014-1504
30576729      Colin Herrington, 4543 Monica Ave SW, Canton, OH 44706-4523
30576731    + Colin Jordan, PO Box 151, Middletown, CA 95461-0151
30576730    + Colin Jordan, 1378 Aspen Dr, Anderson, CA 96007-4003
30576733    + Colin Kearney, 13150 D. Street, Unit 3, Unit 3, Nehalem, OR 97131-9576
30576734    + Colin Keil, 2125 Southend Dr, Apt 124, Charlotte, NC 28203-5091
30576735    + Colin Knupp, PO Box 231, New Florence, PA 15944-0231
30576740    + Colin LeSage, 101 Morris St, Floor 2, Albany, NY 12208-3520
30576736    + Colin Lee, 100 Foundry Drive, Apt. 434, West Lafayette, IN 47906-3469
30576737    + Colin Lemke, 744 Chase Avenue, Lyndhurst, NJ 07071-3304
30576738    + Colin Leonard, 7828 Breckon Way, Raleigh, NC 27615-5802
30576741    + Colin McCloskey, 17 Paddock Drive, Glassboro, NJ 08028-2061
30576742    + Colin Metheny, 2801 Woodlands Dr SE, 2801, Smryna, GA 30080-8418
30576743      Colin Muise, 51 Ridgestone Crt, Halifax, NS B3N 3H8, CANADA
30576744      Colin Nauert, 504 Beebrush Ct, Liberty Hill, TX 78642-2054
30576745    + Colin Nunn, 15861 S Merry Lee Dr, Beaver Creek, OR 97045-9018
30576746    + Colin OConnor, 1322 N Wolcott Ave, Apt 2F, Chicago, IL 60622-7921
30576747    + Colin Parker, 269 Walden Street, Concord, MA 01742-3616
30576748      Colin Powers, 13 Burnside Mews, Portstewart, Northern Ireland BT55 7BH, UNITED KINGDOM
30576749    + Colin Roesler, 7008 Beth ave, Papillion, NE 68133-2120
30576750    + Colin Scott, 14449 Briarwood Ln, Urbandale, IA 50323-2032
30576751      Colin Sheehan, 1440 Roswell Ln, West Chester, PA 19380-1423
30576752    + Colin Stephens, 16150 Sugar Falls Drive, conroe, TX 77303-1850
30576753      Colin Stetler, 721 Fawn Rd, Newark, DE 19711-2410
30576757      Colin WScott, 59 Hayfield Drive, Stewarton, Stewarton, SCOTLAND KA3 3DR, UNITED KINGDOM
30576754    + Colin Walsh, 1143 glenwood rd, Toms River, NJ 08753-4136
30576755    + Colin Wilson, 10503 Autumn Creek Place, Louisville, KY 40229-2643
30576756      Colin Wright, 6237 Lenexa Grv, Colorado Springs, CO 80924-4569
30576758    + Colin Zeichert, 902 Eggleson St, Tomah, WI 54660-2906
30576714    + Colin beneski, 344 smith rd, Millville, NJ 08332-4142
30576759    + Collage, PO Box 1684, Brighton, MI 48116-5484
30576760      Colleen Best, 1222 NW 18th Ave Apt 422, Portland, OR 97209-2464
30576761    + Colleen Boyar, 5 Castle Cliff Court, Silver Spring, MD 20904-5421
30576762      Colleen Casey, 1606 Buckingham Ave, Westchester, IL 60154-4225
30576763      Colleen Cowham, 1062 N Glamorgan Ave, Meridian, ID 83642-4280
30576764    + Colleen Cutts, 1170 Cinnamon Hill Lane, Apt 208, Columbia, MO 65201-8185
30576765      Colleen Dansereau, 8 STARLING AVE, KINGSTON, MA 02364-1323
30576766      Colleen Denery, 189 42nd Ave, San Mateo, CA 94403-5164
30576768    + Colleen G Singleton, 22267 Hanover House Lane, Leonardtown, MD 20650-4147
30576769      Colleen Gordon, 18322 Ricardo Ave, Hayward, CA 94541-2233
30576770    + Colleen Grubb, 2114 Berwick, Inverness, IL 60067-4710
30576771    + Colleen Hicks, 14 Allyn Street, Mystic, CT 06355-1605
30576772      Colleen Kinley, B981 4704 46st, Chetwynd, BRITISH COLUMBIA V0C 1J0, CANADA

Date Rcvd: Jan 04, 2024                      Form ID: 309C                                 Total Noticed: 30719

30576773          Colleen Lanier Christensen, 32 2nd St Unit 1, Cambridge, MA 02141-1734
30576774     +    Colleen McEnearney, 115 Inca Street, Denver, CO 80223-1421
30576775          Colleen McGinn, 46 VIBURNUM LN, MOUNT LAUREL, NJ 08054-2577
30576776          Colleen McLaughlin, 181 Holbrook Rd, Quincy, MA 02171-2840
30576778          Colleen Plucinski, 24231 W Apple Tree Ln, Plainfield, IL 60585-1781
30576779     +    Colleen Sizemore, 122 Harriman Ave, Bedford, OH 44146-3724
30576780          Colleen Walsh, 1601 W Coneflower Dr Apt 4202, Peoria, IL 61615-7438
30576767     +    Colleen flynn, 11 Mountbatten Drive, Old Bridge, NJ 08857-2762
30576781          Collette Kilinski, 30 Birchtree Ln, Ballston Spa, NY 12020-2662
30576782     +    Collier, 126 Margo Lane, Longwood, FL 32750-2807
30576783          Collin Baba, 2954 N HALSTED ST, #, CHICAGO, IL 60657-5176
30576784     +    Collin Banko, 1739 Northstar Dr, Petaluma, CA 94954-6611
30576786     +    Collin Bridges, 222 Brookdale Dr., Jefferson City, MO 65101-3976
30576787          Collin Citron, 7106 MURIETTA AVE, VAN NUYS, CA 91405-3340
30576788     +    Collin Fuller, 758 S 5th St, Philadelphia, PA 19147-3036
30576789          Collin Gaines, 24376 Boot Jack Hill Rd, Felts Mills, NY 13638-3125
30576791          Collin Kelly, 4429 Marlborough Ave Unit 7, San Diego, CA 92116-4757
30576793     +    Collin McDermott, 225 Coffee Rd, Apt. 112, Lynchburg, VA 24503-3826
30576794     +    Collin P Payne, 555 W Middlefield Rd, Apt M104, Mountain View, CA 94043-3542
30576795     +    Collin Pyle, 5642 South Thurlow St, Hinsdale, IL 60521-5128
30576796     +    Collin Ripley, 725 Mayfair Lane, Buffalo Grove, IL 60089-3471
30576797     +    Collin Simpson, 114 west vesper st., Hesston, KS 67062-8926
30576798     +    Collin Stroud, 2233 Ramsey Ave., Springfield, IL 62702-3150
30576800          Collin Taylor, 685 Sports Center Drive, 507B, Lexington, KY 40502
30576792     +    Collin lucich, 1290 Shaffer Rd, #9205, Santa Cruz, CA 95060-5779
30576799          Collin swope, WILLOW, MILAN, MI 48160
30576804          Colten Mack, 185 Nagai Ave, Sand Point, AK 99661
30576805     +    Colten Richey, 201 Mantle Ln, Apt. 203, Carol Stream, IL 60188-2671
30576806          Colton Allgire, 4933 Relleum Ave, Cincinnati, OH 45238-3805
30576807          Colton Anderson, 933 S Tropical Trl, Merritt Island, FL 32952-5041
30576808          Colton Bell, 720 W Cleveland St Apt 9, Fayetteville, AR 72701-3235
30576809     +    Colton Bradley, 820 kingsview drive, Prosper, TX 75078-7927
30576810          Colton Clyburn, 2646 Green Meadows Ln NE, Brookhaven, GA 30319-3158
30576811     +    Colton Davie, 40820 SE Thomas Road, Sandy, OR 97055-8887
30576812     +    Colton Fulbright, 7428 Santa Susana Way, Fair oaks, CA 95628-6742
30576813          Colton Gregori, 3020 Regency Ct Unit 57, Ames, IA 50010-4297
30576815     +    Colton Meyer, 25520 Emme Kate Ln, Madison, AL 35756-4786
30576816     +    Colton Riggs, 5290 Monticello Hall Dr, Columbus, OH 43221-5676
30576817     +    Colton Streeter, 638 w 250 s, Hebron, IN 46341-9701
30576818          Colton Svir, 800 W 1st St Apt 4B, Cheney, WA 99004-8993
30576819     +    Colton Vandegrift, 4575 Lakeview Court, Batavia, OH 45103-1402
30576820          Colton Wiege, 11308 braeside drive SW, 11308 braeside drive dr, Calgary, ALBERTA T2W3E4, CANADA
30576814     +    Colton manthei, 5451 n liberty dr, Traverse city, MI 49685-7577
30576821     +    Coltrane Stagg, 27 Jackson St, Littleton, NH 03561-4808
30576822     +    Colture, 245 N. Highland Ave., NE Suite 230-193, Atlanta, GA 30307-1936
30576823     +    Columbia Township Auditorium, 1703 Taylor St, Columbia, SC 29201-3452
30576824     +    Columbus Association for the Performing, 55 E. State Street, Columbus, OH 43215-4203
30576825     +    Colvin Abdulkader, 15 Carpenter St, Glassboro, NJ 08028-1908
30576826     +    Come Out and Play, PO Box 6755, Denver, CO 80206-0755
30576827          Compass Industries Inc., 104 W 29th St., Ste 1201, New York, NY 10001-5310
30576828          Con Con, 2716 N River Rd, Waterford, WI 53185-5077
30576830     +    Conall lynch, 190 mill road, Edison, NJ 08817-6013
30576832     +    Concord Jazz, 5750 Wilshire Blvd., 4th Floor, Los Angeles, CA 90036-7201
30576833     +    Concord Music Group, 10 Lea Ave, Suite 300, Nashville, TN 37210-3534
30576834     +    Conler Mandt, 537 Gates Ave, Apt 1, Brooklyn, NY 11216-5666
30576836     +    Conner Bandyk, 555 7th Street Nw, Apt. 315, Grand Rapids, MI 49504-5286
30576837          Conner Black, 11 Dock Ave, Waretown, NJ 08758-1520
30576838          Conner Breard, 2117 Western Rd, Iowa City, IA 52240-2334
30576839     +    Conner Coursen, 823 Jacaranda Pl, Escondido, CA 92026-2088
30576840     +    Conner Cozine, 15000 Arroyo Dr, Apt 15558, Irvine, CA 92617-4324
30576841          Conner Damato, 500 35th Ave N # 1/2, St Petersburg, FL 33704-1234
30576842     +    Conner Gifford, 794 oaks dr, Cincinatti, OH 45245-1836
30576843     +    Conner Harr, 6331 Panoramic Dr., Loveland, CO 80537-9078

District/off: 0752-1                          User: admin                          Page 109 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                         Total Noticed: 30719

30576844           Conner Harrison, 137 Misty Hollow Way, Huntsville, AL 35806-4229
30576845           Conner Hurlocker, 168527 6 Mile Rd, Duncan, OK 73533-1051
30576846        +  Conner Hyatt, 111 Willows Ridge Ct, Johnson City, TN 37601-2901
30576848        +  Conner Scott, 2978 Emeraldcut Dr., Columbus, OH 43231-7643
30576849           Conner Shiells, 2945 Humpback Road, Victoria, British Columbia, V9B 5X1, CANADA
30576850        +  Conner Smith, 2400 Commons Dr, Unit 2C, Woodstock, IL 60098-8520
30576851           Conner Vandeventer, 130 Bradhurst Ave Apt 208, NY, NY 10039-2429
30576852        +  Conner Yarbrough, 4404 E. Oltorf, Apt. 15104, Austin, TX 78741-6073
30576847        +  Conner poynter, 7940 Pipers Creek Street, Apt. 1922, San Antonio, TX 78251-2430
30576853           Connick Cheung, 4 The Crossover, Carnegie, Victoria, 3163, AUSTRALIA
30576854           Connie Bertke, 42833 Early Light Pl, Ashburn, VA 20148-6930
30576855           Connie Butler, 1006 Florida St Apt 4, Huntington Beach, CA 92648-4379
30576856        #  Connie Chen, 343 E 85th St Apt 3F, NY, NY 10028-5027
30576857           Connie Chronis, 11840 S Winslow Rd, Palos Park, IL 60464-1057
30576858        +  Connie Lu, 3043 Vin Grande Ct, San Jose, CA 95135-1061
30576859           Connie O'Connell, 8 Cora Chuain, Ballinacurra, Midleton, C, Cork, CORK P25 YV82, IRELAND
30576860           Connie Rodriguez, 4481 COVE CT, TRACY, CA 95377-8261
30576862        +  Connor Adair, 545 Clemson Drive, Pittsburgh, PA 15243-1735
30576863        +  Connor Anderson, 2988 West Rolling Creek Way, South Jordan, UT 84095-9360
30576865        +  Connor Ashby, 86 W 3050 N, Lehi, UT 84043-2023
30576866        +  Connor Attix, 506 pine st, Madison, WI 53715-2146
30576867        +  Connor B Parmentier, 15409 Clover Ridge Drive, Chesterfield, MO 63017-5402
30576868        +  Connor Barre, 455 W 37th St, Apt 910, NY, NY 10018-4782
30576869           Connor Bartolucci, 17822 Portsmouth Cir, Villa Park, CA 92861-6359
30576870           Connor Beck, 12953 Jessie Ave, Omaha, NE 68164-1374
30576871        +  Connor Beebe, 15 Kathy Lane, Wakefield, MA 01880-4914
30576872        +  Connor Blackwell, 1617 2nd Street, B, Juneau, AK 99824-5212
30576873       #+  Connor Bradley, 25 McKee Drive, Concord, NH 03301-7419
30576874           Connor Branson, 231 Amberleigh Dr Apt 202, Wilmington, NC 28411-8016
30576876        +  Connor Burnham, 168 S Main St, Apt 202, Newark, DE 19711-7965
30576877        +  Connor Cain, 646 Bedford Avenue, Clovis, CA 93611-7026
30576878        +  Connor Cameron, 45 Basswood Circle NE, Atlanta, GA 30328-4549
30576879           Connor Cathcart, 1 Horncastle Road, Manchester, England M40 5QF, UNITED KINGDOM
30576880        +  Connor Coll, 12476 W Mandalay Ln, El Mirage, AZ 85335-2915
30576881           Connor D'Arcy, 23 Tyson St, Pittsworth, QUEENSLAND 4356, AUSTRALIA
30576882        +  Connor Daly, 920 NE Yew Street, Prineville, OR 97754-9140
30576883        +  Connor Delaney, 511 Mason Rd, Vista, CA 92084-1816
30576884        +  Connor DuPaix, 909 Mill Shadow Drive, Kaysville, UT 84037-4210
30576885           Connor Engelsman, 1335 Louisiana St, Lawrence, KS 66044-3427
30576886        +  Connor Felten, 14 Ulbright ct, Palm Coast, FL 32164-5968
30576887        +  Connor Fowler, 5011 Tamery Ln, Rockford, IL 61108-8052
30576888           Connor Fredriksen, 194 Johnson Street, Kingston, ONTARIO K7L1Y1, CANADA
30576889           Connor Gosselin, 87 Bartlett Ave, Belmont, MA 02478-1804
30576890           Connor Greager, 515 Fairmount St, Medford, OR 97501-2425
30576891           Connor Hale, 45 VARDRE ROAD, CLYDACH, SWANSEA, WALES SA65LP, UNITED KINGDOM
30576892        +  Connor Jamison, 1517 Sharnbrook Ct., Raleigh, NC 27614-9317
30576893           Connor Knapp, 2941 W Long Dr Apt A, Littleton, CO 80120-4370
30576894       #+  Connor LaRowe, 702 Crescent St. NE, Grand Rapids, MI 49503-3502
30576895        +  Connor Lenkaitis, 1184 Clifton Terrace, Rochelle, IL 61068-1000
30576896           Connor Lindsay, 606 Main Street, APT. A, Wolfville, Nova Scotia B4P 1E8, CANADA
30576897           Connor MacInnis, 1257 Little Narrows Rd, Hazeldale, NOVA SCOTIA B0E 1T0, CANADA
30576898        +  Connor MacKenzie Wood, 14611 Hickory Dr, Urbandale, IA 50323-2444
30576900           Connor McFadden, 956 N 200 W, Lehi, UT 84043-1102
30576902        +  Connor McKeand, 5691 Chimney Cir, Apt 2D, Kettering, OH 45440-4214
30576901        +  Connor McKeand, 5691 Chimney Circle, APT 2D, Kettering, OH 45440-4214
30576903           Connor McKenzie, 80 Menin Dr, Brighton, TASMANIA 7030, AUSTRALIA
30576904           Connor McNulty, 11 Barton Road, Lytham St Annes, Lytham Saint Annes, England FY8 2JZ, UNITED KINGDOM
30576905           Connor McThorn, 4853 Wind Creek Dr, Sacramento, CA 95838-1949
30576906           Connor Medrow, 181 3rd St, Fair Haven, NJ 07704-3334
30576907           Connor Millard, 17 Edgeware Road, Flat 3, Christchurch, ST. ALBANS 8014, NEW ZEALAND
30576908           Connor Mitchell, 230 Millgate Rd, Marietta, OH 45750-5373
30576909        +  Connor Moore, 1019 W Park St, Pasco, WA 99301-5224
30576910        +  Connor Moorhous, 13114 Lincoln Road, Apt 201, Omaha, NE 68138-4159

District/off: 0752-1                    User: admin                    Page 110 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                   Total Noticed: 30719

30576911  + Connor Murphy, 315 Glen Avenue, Elmira, NY 14905-1227
30576912  + Connor Nelson, 9164 Indiana Ave, Apt 304, Riverside, CA 92503-0106
30576913    Connor Priest, 1520 Belcher Ave., Apt. 306, Victoria, BRITISH COLUMBIA V8R4N1, CANADA
30576914  + Connor R Sullivan, 4068 OUTPOST TRCE, Lago Vista, TX 78645-6456
30576915    Connor Racine, 7632 Southside Blvd Apt 271, Jacksonville, FL 32256-7037
30576916  + Connor Ralph Anderson, 901 Paradise Creek Road, MSC 3052, Moscow, ID 83843-1900
30576917  + Connor Ramey, 3450 Andrews Dr., Apt. 101, Pleasanton, CA 94588-3024
30576918    Connor Rice, 40442 Dunes Ln, Palmdale, CA 93551-5341
30576919  + Connor Rodriguez, 2650 Fayette Dr, Unit 4118, Mountain View, CA 94040-2875
30576920  + Connor Ross, 285 eldert st, 2b, Brooklyn, NY 11207-1303
30576921  + Connor Schmid, 222 South St, #2, San Luis Obsipo, CA 93401-5099
30576922  + Connor Shanks, 2313 Hickory Creek Pl, 2A, Henrico, VA 23294-8861
30576923    Connor Sharpe, 20 Whitehaven Way, Plymouth, ENGLAND PL66BJ, UNITED KINGDOM
30576924  + Connor Sheahan, 1265 E University Drive, #3009, Tempe, AZ 85288-8432
30576925  + Connor Sikes, 139 Poplar Street, #2344, 2344, CO 80107-6726
30576926    Connor Smith, 98 Woodlawn St, Rochester, NY 14607-3736
30576927    Connor Sparkman, 3926 S Himalaya Way, Aurora, CO 80013-6017
30576928    Connor St Augustine, 1632 FLEMMING DR, LONGMONT, CO 80501-1050
30576929  + Connor Stewart, 402 N G Street # 8, Tacoma, WA 98403-2308
30576930    Connor Thomas, 3520 Monarch Breeze Dr Apt 104, Riverview, FL 33578-5474
30576931    Connor Wainberg, 401 Mill Street, Richmond Hill, Ontario L4C 4C1, CANADA
30576932    Connor Weatherford, 1041 Oxford Ct, Leavenworth, KS 66048-5573
30576933  + Connor Werts, 197 Saint Felix Avenue, UPPR, Cheektowaga, NY 14227-1227
30576934    Connor West, 85 Burke Road, Dapto, NEW SOUTH WALES 2530, AUSTRALIA
30576935  + Connor Wilson, 6498 Wilson Drive, Waterford, MI 48329-3175
30576936  + Connor Wince, 4211 Whitehead Road, Midlothian, TX 76065-6399
30576937  + Connor Wood, 14611 hickory drive, Urbandale, IA 50323-2444
30576938  + Connor Wood / Fibs, 1731 Franklin Street, Unit C, Santa Monica, CA 90404-4259
30576939    Connor wright, 4 Kensington Gardens, Launceston, TASMANIA 7250, AUSTRALIA
30576940  + Conor Brace, 3629 W Denali Dr, Anthem, AZ 85086-8028
30576942  + Conor Jones, 885 County Route 57, Phoenix, NY 13135-2197
30576943  + Conor Kulig, 1600 Santavy Street, APT 11101, Baytown, TX 77521-2477
30576944  + Conor Leahy, 4435 Baltimore Avenue, Philadelphia, PA 19104-4455
30576945  + Conor McMahon, 914 W Gordon Ter., Apt. 2, Chicago, IL 60613-2160
30576946    Conor Michaud, 2130 N Williams St, Denver, CO 80205-5518
30576948  + Conor Murphy, 470 Hugh Court, Benicia, CA 94510-3933
30576949    Conor Phillips, 17 Hardy Street, Brunswick, Victoria 3056, AUSTRALIA
30576950  + Conor Plivelich, 120 Ravenna Rd, Streetsboro, OH 44241-5767
30576952    Conor Taylor, 3916 N SEELEY AVE APT 1, CHICAGO, IL 60618-3914
30576953    Conor Tierney, 1743 Gage Cr, Main door, Ottawa, Ontario, K2C0Z9, CANADA
30576954    Conor Ward, St Raphaels, Baylough, Athlone, WESTMEATH N37V0N2, IRELAND
30576955    Conor Ward, St Raphaels, Baylough, Athlone, WESTMEATH N37VON2, IRELAND
30576956    Conor Wright, 8344 27TH AVE NW, SEATTLE, WA 98117-4511
30576947  + Conor murphy, 819 Lydia st, Louisville, KY 40217-1211
30576957    Conrad Hodgson, 26 Russell Street, Waihi, WAIKATO 3610, NEW ZEALAND
30576958  + Conrad J Carriker, 1711 s Boone st, Apt H3, Aberdeen, WA 98520-7551
30576959    Conrad Quail, 5524 Heatherwood Court, A101, Halifax, NOVA SCOTIA B3K 5N7, CANADA
30576960    Contia Lowmow, 9 Claremont Street, Buderim, Queensland, 4556, AUSTRALIA
30576961  + Cooler Graphics Mfg LLC, 1730 W Bruton Rd, Balch Springs, TX 75180-1119
30576963    Cooper Doty, 4681 La Crescent Loop, San Jose, CA 95136-2686
30576964  + Cooper Lanham, 25117 Cutgrass Terrace, Aldie, VA 20105-5639
30576965  + Cooper Laper, 844 Linden Dr, Apt. 16, Green Bay, WI 54311-7183
30576966    Cooper Morgan, 40 First Avenue, Perth, WESTERN AUSTRALIA 6148, AUSTRALIA
30576967    Cooper Stone, 14288 May Ave N, Stillwater, MN 55082-9485
30576968    Cooper Williams II, 1602 Rowena Ln, Norman, OK 73069-4228
30576969  + Cooperstown Bat Company, 118 Main Street, PO Box 415, Cooperstown, NY 13326-0415
30576971  + Cora Funke, 97 Kilsyth Rd, Apt 3, Brighton, MA 02135-7905
30576972  + Cora Ivy, 7920 Comal St, Houston, TX 77051-1512
30576973    Cora Lehman, 5685 PHELPS LUCK DR, COLUMBIA, MD 21045-2527
30576974  + Cora Pry, 1016 West 4 Street, Morris, MN 56267-2025
30576976  + Coral Lopez, 14 Sunny Brook Circle, North Waterboro, ME 04061-4874
30576977    Corban Boshoff, 8 25431 Twp Rd 512a, Edmonton, Alberta T7Y 1A8, CANADA
30576978    Corban T Starnes, 10614 MOSSBANK LN, SAN ANTONIO, TX 78230-3422

District/off: 0752-1                                   User: admin                                   Page 111 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                          Total Noticed: 30719

| | | |
|---|---|---|
| 30576979 | | Corbin Johnson, 337 Ada Street, Neepawa, MANITOBA R0J 1H0 |
| 30576980 | + | Corbin Lanmon, 2110 Toulouse Dr, Austin, TX 78748-6005 |
| 30576981 | + | Corbin Shelton, 18135 Cloverleaf Dr S, South Bend, IN 46637-6039 |
| 30576982 | + | Corbin Sykes, 5057 Golden Circle, Denton, TX 76208-3553 |
| 30576983 | + | Corbyn Burkett, 301 moen drive, battle lake, MN 56515-4239 |
| 30576984 | | Cordelia McKnight, 71 Spadina Avenue, Hamilton, ON L8M 2X2, CANADA |
| 30576985 | + | Cordell Collins, 154 Moss Hill Terrace Rd, Natchitoches, LA 71457-6425 |
| 30576986 | + | Cordell Harvey, 1210 W Thomas Ave, Shenandoah, IA 51601-1562 |
| 30576987 | + | Corey Barker, 422 Sweet Juliet Way, Greer, SC 29650-4551 |
| 30576988 | | Corey Boswell, 2325 Richmond Hwy, Stafford, VA 22554-5004 |
| 30576989 | + | Corey Coates, 2 Dellwood rd, Norwich, CT 06360-5210 |
| 30576990 | | Corey Davis, 318 W Owens St, Weatherford, TX 76086-5541 |
| 30576991 | + | Corey Eckert, 37 mendham lane, greer, SC 29650-1176 |
| 30576992 | + | Corey Ferguson, 4550 47th St W, APT 1511, Bradenton, FL 34210-2835 |
| 30576993 | | Corey Gran, 6 Dalton St, Wilbraham, MA 01095-1013 |
| 30576994 | + | Corey Heard, 4041 N KEYSTONE AVE, B, CHICAGO, IL 60641-5509 |
| 30576995 | + | Corey Higgins, 7330 Bluff Springs Rd, Apt 2310, Austin, TX 78744-0066 |
| 30576996 | | Corey Letson, 2801 Holly Hill Dr, Lafayette, IN 47904-2471 |
| 30576997 | + | Corey McCabe, 203 Halfmoon Circle, D-203, Clifton park, NY 12065-3133 |
| 30576998 | + | Corey Miller, 9276 Notre Dame Drive, Apt D, Indianapolis, IN 46240-4145 |
| 30576999 | + | Corey Murphy, 4800 N 22nd St, D10, Ozark, MO 65721-6654 |
| 30577000 | + | Corey Ockenfels, 1515 Johnson Ave, San Luis Obispo, CA 93401-3735 |
| 30577001 | + | Corey Parker, 6 Berm Drive, Cumberland, RI 02864-5430 |
| 30577003 | + | Corey Salter-Davidson, 1616 Cutter Ct, Normal, IL 61761-4817 |
| 30577004 | | Corey Shive, 3010 N Walnut Creek Pkwy Apt B, Raleigh, NC 27606-3803 |
| 30577005 | + | Corey Stryker, 21128 SE Kayla Ct, Bend, OR 97702-3492 |
| 30577007 | | Corey Thorson, 14656 Woodside Place Loop, Alexander, AR 72002-1821 |
| 30577008 | + | Corey Wallace, 13990 Bartram Park Blvd, Apt 822, Jacksonville Blvd, FL 32258-5550 |
| 30577009 | | Corey Walton, 3230 S Ridgewood Ave Apt 3210, South Daytona, FL 32119-3532 |
| 30577010 | + | Corey Williamson, 7620 Wycombe Dr. N, Jacksonville, FL 32277-3765 |
| 30577002 | + | Corey piazza, 1037 forest crt, Apt 07, Kansas City, KS 66103-2461 |
| 30577011 | + | Corey, Mandy, 124 Runaway Bay Drive, Apt 103, Virginia Beach, VA 23452-8142 |
| 30577012 | | Cori Bolman, 2623 W Lawrence Ave Apt 2E, Chicago, IL 60625-2987 |
| 30577013 | + | Cori Eichelberger, 8595 Kelzer Pond Dr, Victoria, MN 55386-4507 |
| 30577014 | | Corie Turner, 104 Amberwoods Dr, Canonsburg, PA 15317-5404 |
| 30577015 | + | Corina Davis, 115 East 29th Street, apt 5, Cheyenne, WY 82001-2849 |
| 30577016 | | Corina Masannat, 7809 Hidden Gazebo St, Las Vegas, NV 89131-8251 |
| 30577017 | | Corina Richards, 8180 W FARM ROAD 160, REPUBLIC, MO 65738-2268 |
| 30577018 | + | Corina Slyman, 2515 Sky View Lane, Laramie, WY 82070-5385 |
| 30577019 | | Corinna Travis, 7220 Nelson Rd, Cassadaga, NY 14718-9645 |
| 30577020 | + | Corinne A Cathcart, 3311 Garland St, Midland, MI 48642-4000 |
| 30577021 | + | Corinne Battistelli, 102 Farmingdale Dr, Douglassville, PA 19518-9239 |
| 30577022 | + | Corinne Casey, 220 Providence Road, Apt. 308, South Grafton, MA 01560-1164 |
| 30577023 | + | Corinne Gordon, 9826 Aberdeen Ln, Huntley, IL 60142-2433 |
| 30577024 | | Corinne Guy, 1510 12th Fairway Dr NW, Concord, NC 28027-9705 |
| 30577025 | | Corinne Jackson, 1468 North Carolina 902, Pittsboro, NC 27312 |
| 30577026 | | Corinne Lynema, 801 MILLER AVE APT 12, ANN ARBOR, MI 48103-3358 |
| 30577027 | | Corinne Lyons, 44 Indian Rock Rd Unit 1056, Windham, NH 03087-8052 |
| 30577028 | + | Corinne Sigg, 606 Gratitude Road, Cranberry Township, PA 16066-3702 |
| 30577029 | + | Corinne Stemler, 4400 Massachusetts Ave NW, Anderson Hall #543, WA, DC 20016-8101 |
| 30577030 | | Corissa Peterson, 225 Tall Timbers Dr, White River Junction, VT 05001-9678 |
| 30577031 | | Corlia van der Berg, 3240 Sage Canyon Cir Apt 7109, Fort Worth, TX 76177-1014 |
| 30577032 | + | Corliss Bell, 2019 Cedar Point Dr, Apt 1031, Arlington, TX 76010-6025 |
| 30577033 | | Corlynn Mason, PO Box 128, Wasagamack, MB R0B 1Z0, CANADA |
| 30577034 | | Cormia, 707 RED WING DR, LAKE MARY, FL 32746-5136 |
| 30577035 | | Cormier Pamela, 11 High St Unit 5, Hampton, NH 03842-2251 |
| 30577036 | | Cornelius Flintroy, 597 Christine Dr, Vacaville, CA 95687-4689 |
| 30577037 | + | Cornerstone, 2367 Shattuck Ave., Berkeley, CA 94704-1552 |
| 30577039 | + | Correa, Nora, 29w091 Donald ave, West Chicago, IL 60185-3629 |
| 30577041 | | Corrin Mattina, 754 W 12th St, San Pedro, CA 90731-4002 |
| 30577042 | + | Corrina catucci, 15 Hawk Way, Eliot, ME 03903-1181 |
| 30577043 | | Corrine Brown, 922 Alleghany Ave, Clifton Forge, VA 24422-3812 |
| 30577044 | + | Cortney Byess, 3322 ELDER ST NW, SALEM, OR 97304-3294 |

| | | |
|---|---|---|
| 30577045 | | Cortney Crespo, 976 MAIN ST APT 4, MELROSE, MA 02176-1924 |
| 30577046 | | Cortney Johnson, 1614 17th St NW Apt 806, WA, DC 20009-2496 |
| 30577047 | | Corvin Jouett, 403 Abraham Ct, Irving, TX 75060-6997 |
| 30577048 | + | Corwin Guraedy, 820 E. Park Ave., Laramie, WY 82070-3963 |
| 30577049 | | Cory Becker-Warren, 23 S Chapel St, Baltimore, MD 21231-1904 |
| 30577050 | + | Cory Bowers, 23 Natalie Court, Greer, SC 29651-2801 |
| 30577051 | + | Cory Combs, 67 Oak St, DE, OH 43015-2028 |
| 30577052 | | Cory Cory, 4416 W Princeton St, Broken Arrow, OK 74012-9130 |
| 30577053 | | Cory Desloge, 80 EASTERN AVE, CHELSEA, MA 02150-3323 |
| 30577054 | + | Cory Dreyer, 19515 Roslyn Rd, Detroit, MI 48221-1839 |
| 30577055 | + | Cory Evers, 180 st Lawrence dr, Onalaska, WA 98570-9470 |
| 30577056 | | Cory Finch, 2901 18th St NW Apt 104, WA, DC 20009-2955 |
| 30577057 | | Cory Frost, 449 60th St, Oakland, CA 94609-1345 |
| 30577058 | | Cory Hajde, 1778 W 57TH ST, CLEVELAND, OH 44102-3209 |
| 30577059 | + | Cory Hatfield, PO Box 350, Phelps, KY 41553-0350 |
| 30577061 | + | Cory Lottman, 8504 w center ave, Lakewood, CO 80226-3044 |
| 30577062 | + | Cory Mathiesen, 2414 Hwy 121, Apt. 2205, Bedford, TX 76021-5160 |
| 30577063 | + | Cory McKinlay, 1366 Pacific Road, Kissimmee, FL 34759-5438 |
| 30577064 | + | Cory Miller, 731 W Deer Lake Dr, Lutz, FL 33548-7201 |
| 30577065 | + | Cory Rosas, 100 S Alameda St., Unit 225, Los Angeles, CA 90012-3935 |
| 30577066 | + | Cory Sawman, 1332 Bella Vista St., Mansfield, OH 44904-1402 |
| 30577067 | + | Cory Shearer, 8104 Warbler Way, Brentwood, TN 37027-2055 |
| 30577068 | + | Cory Witek, 12990 W Bluemound Rd, Apt. 104, Elm Grove, WI 53122-2611 |
| 30577060 | + | Cory kloeffler, W222N4685 Timber Dr, Pewaukee, WI 53072-1202 |
| 30577069 | | Corynna Olney C/O Cherkowski Marsden, 2928 29 ST, Apt. 201, Vernon, BRITISH COLUMBIA V1T 5A6, CANADA |
| 30577072 | + | Cotton Love LLC, P.O. Box 4029, Hialeah, FL 33014-0029 |
| 30577073 | + | Coty walker, 4924 Jamocha Ave ne, St Michael, MN 55376-7548 |
| 30577074 | + | Count Basie Theatre Inc, 99 Monmouth Street, Red Bank, NJ 07701-1108 |
| 30577075 | + | Count of St. Johns board of County Commi, c/o Brandon J. Patty, Clerk of Court -, 4010 Lewis Speedway, St. Augustine, FL 32084-8637 |
| 30577076 | + | County of St. Johns Board of County Comm, 4010 Lewis Speedway, Saint Augustine, FL 32084-8637 |
| 30577077 | + | Courtnee Owens, 1640 s 28th St, Philadelphia, PA 19145-1202 |
| 30577078 | | Courtney A Shumac, 10234 Wattsburg Rd, Waterford, PA 16441-7340 |
| 30577079 | | Courtney Bess, 8424 N Nevada St Apt 133, Spokane, WA 99208-7340 |
| 30577080 | + | Courtney Beyer, 6114 N Winthrop Ave, Apt 1N, Chicago, IL 60660-5636 |
| 30577081 | + | Courtney Blair, 3209 S Buckley Pt, Inverness, FL 34450-7509 |
| 30577082 | | Courtney Borger, Parcel Collect 10222 41529, 114 Erina Street E, Gosford, New South Wales 2250, AUSTRALIA |
| 30577083 | | Courtney Brown, 167 Ashby Landing Way, St Augustine, FL 32086-5458 |
| 30577084 | + | Courtney Browning, 120 Blue Hydrangea Lane, Holly Springs, NC 27540-5419 |
| 30577085 | | Courtney Bruckert, 12681 COUNTY ROAD 64 1/2, GREELEY, CO 80631-9343 |
| 30577086 | + | Courtney Cole, 1907 Deerpark Drive, Apt. 532, Fullerton, CA 92831-1584 |
| 30577089 | | Courtney Curtis, 3367 N Maplestone Ave, Meridian, ID 83646-4906 |
| 30577090 | + | Courtney Daman, 1600 E Grand River Ave, Apt 122, East Lansing, MI 48823-3955 |
| 30577092 | | Courtney Diehl, 914 W 26th St, Houston, TX 77008-1746 |
| 30577093 | + | Courtney Dunn, 5550 E Michigan St, APT 3331, Orlando, FL 32822-1637 |
| 30577094 | | Courtney Ficker, 2975 NE John Olsen Ave, J149, Hillsboro, OR 97124 |
| 30577095 | + | Courtney Fisher, 2173 Villagepointe Drive, Batavia, OH 45103-7106 |
| 30577096 | + | Courtney Gates, 1406 25th Ave, San Francisco, CA 94122-3318 |
| 30577097 | | Courtney Gilroy, 80 N Moore St Apt 34L, NY, NY 10013-2775 |
| 30577098 | + | Courtney Harvey, 1109 University Parkway, APT 3413B, Johnson City, TN 37604-6965 |
| 30577099 | | Courtney Hoder, 515 NE 107th St, Kansas City, MO 64155-1568 |
| 30577100 | + | Courtney Hrnchir, 6804 S 140th Ave, Omaha, NE 68137-4056 |
| 30577101 | | Courtney Humphrey, 614 Three Chimneys Ln, Loveland, OH 45140-7312 |
| 30577102 | | Courtney Hunt, W159N8348 Apple Valley Dr Apt 107, Menomonee Falls, WI 53051-3764 |
| 30577103 | | Courtney Janowiak, 52790 Holly Ct, South Bend, IN 46637-4626 |
| 30577104 | | Courtney Joyce, 1179 LARCH AVE, MORAGA, CA 94556-2623 |
| 30577105 | | Courtney Kallas, 4380 YATES ST, DENVER, CO 80212-2425 |
| 30577106 | | Courtney Kutz, 1712 Winter Jasmine Ln, Wake Forest, NC 27587-3760 |
| 30577107 | | Courtney Mead, 47 Cotterdale, Hull, England, HU74AA, UNITED KINGDOM |
| 30577108 | + | Courtney Mort, 410 Black Feather Loop, Apt 7, Castle Rock, CO 80104-8004 |
| 30577109 | #+ | Courtney Mumme, 6689 Vista Dr, Apt. 89305, West Des Moines, IA 50266-9352 |
| 30577110 | + | Courtney Neary, 473 Raider Boulevard, Hillsborough, NJ 08844-1444 |
| 30577111 | + | Courtney O Brien, 512 Sussex rd, Towson, MD 21286-7608 |
| 30577112 | | Courtney Ozment, 394 S Grand Ave, Bourbonnais, IL 60914-2236 |

District/off: 0752-1      User: admin      Page 113 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

| | | |
|---|---|---|
| 30577113 | | Courtney Parent, 219 Maple Ridge Dr, Jonesborough, TN 37659-3181 |
| 30577114 | | Courtney Pike, 16 Jack s Close , Lavendon, Olney, England, MK464HQ, UNITED KINGDOM |
| 30577115 | + | Courtney Pilic, 17804 112th Ave SE, Renton, WA 98055-6509 |
| 30577116 | | Courtney Powers, 21 Moss Pink Pl, Asheville, NC 28806-8844 |
| 30577117 | | Courtney Reichard, 215 10th Ave S Unit 621, Minneapolis, MN 55415-1797 |
| 30577118 | | Courtney Ricketson, 276 Burketts Ferry Rd, Hazlehurst, GA 31539-5810 |
| 30577119 | + | Courtney Rothman, 120 Bridge St, Unit 2, Phoenixville, PA 19460-3875 |
| 30577120 | | Courtney San Miguel, 1570 S West Fork Dr, Lake Forest, IL 60045-3543 |
| 30577121 | + | Courtney Sharp, 3295 Watkins Lake Rd, Apt. 202, Waterford, MI 48328-1547 |
| 30577122 | + | Courtney Shuey, 405 Clear Springs Ct, McKinney, TX 75072-4924 |
| 30577123 | | Courtney Smith, 2421 State Route 81, Ada, OH 45810-9442 |
| 30577124 | + | Courtney Spratt, 12003 West 76th St, Apt. 305, Shawnee, KS 66216-3533 |
| 30577125 | | Courtney Taylor, 1341 Knight Ln, Watertown, MN 55388-8411 |
| 30577126 | | Courtney Udischas, 1016 S 8TH ST APT A1, TACOMA, WA 98405-4119 |
| 30577127 | + | Courtney Williams, 111 Woodland Drive, Marshall, IL 62441-3658 |
| 30577128 | | Courtney Yildiz, 1217 Pine Tree Dr, Lake Villa, IL 60046-8632 |
| 30577087 | + | Courtney conwell, 3950 North Lakeshore Dr, Apt 412C, Chicago, IL 60613-6423 |
| 30577088 | + | Courtney conwell, 3950 north lakeshore dr, 412C, Chicago, IL 60613-6423 |
| 30577129 | | Courtni Hamilton, 1 Oxford St, Alexandra Hills, QUEENSLAND 4161, AUSTRALIA |
| 30577130 | + | Courtny Hurn, 13176 County Lane 277, Carl Junction, MO 64834-8112 |
| 30577135 | + | Cox, Tiffany, 6 N MICHIGAN, UNIT 1010, CHICAGO, IL 60602-4886 |
| 30577136 | + | Coy Wagner, 412 N 400 W, Santaquin, UT 84655-5119 |
| 30577137 | + | Craft Recordings, 5750 Wilshire Blvd., Suite 450, Los Angeles, CA 90036-3642 |
| 30577138 | + | Craig Blalock, 224 Goldenwood Dr, Slidell, LA 70461-4211 |
| 30577139 | + | Craig Breining, 545 Cedardale Drive, Rose City, MI 48654-9507 |
| 30577141 | | Craig Cassano, 304 S Worcester St, Norton, MA 02766-3423 |
| 30577143 | | Craig Dittl, 1006 HERITAGE WAY, WILTON, NY 12831-3337 |
| 30577144 | + | Craig Dunn, 945 PINEWOOD DR, D, PLAINFIELD, IN 46168-4455 |
| 30577145 | + | Craig Fanniel, 7132 Bandera Rd, Unit 25, San Antonio, TX 78238-1259 |
| 30577146 | + | Craig Fischer, 11 Muirwood Dr, Glen Ellyn, IL 60137-3911 |
| 30577147 | + | Craig Flickinger, 2 Patricia Pl, Yonkers, NY 10704-2704 |
| 30577148 | + | Craig Fremin, 2192 Ozone St, Mandeville, LA 70448-6529 |
| 30577149 | + | Craig Gritz II, 360 E Stanley Dr, Pueblo West, CO 81007-6392 |
| 30577150 | + | Craig Herman, 3348 Creekview Terrace, Minnetonka, MN 55305-3670 |
| 30577152 | + | Craig Heyne, 1213 Washington St, 14B, Hoboken, NJ 07030-5486 |
| 30577153 | | Craig Horner, 290 Southport Road, Lydiate, Liverpool, ENGLAND L31 4EQ, UNITED KINGDOM |
| 30577154 | + | Craig Jacobs, 216 Welch Dr, PO Box 1133, Lyons, CO 80540-1133 |
| 30577158 | | Craig Osborne, 20 Huntingdon Road, Woking, England GU21 3JP, UNITED KINGDOM |
| 30577159 | | Craig Robertson, 6 Canoe Close, Southampton, England, SO31 9AQ, UNITED KINGDOM |
| 30577160 | | Craig Scott, 17 West Ave, St Clair, Dunedin, OTAGO 9012, NEW ZEALAND |
| 30577161 | + | Craig Wilson, 1749 Victorian Ave, Sparks, NV 89431-4824 |
| 30577156 | | Craig mcdermott, 151 colley end road, paignton, ENGLAND TQ3 3QE, UNITED KINGDOM |
| 30577162 | + | CrankGameplays, 1554 Scenic Drive, Pasadena, CA 91103-1937 |
| 30577166 | + | Creator Clash, 16255 Ventura Blvd., Suite 1240, Encino, CA 91436-2322 |
| 30577167 | | Creccia Symons, 12643 Autumn Mill Dr, Houston, TX 77070-5009 |
| 30577168 | + | Creed Farthing, 790 Webster Rd, Danville, KY 40422-9097 |
| 30577170 | | Cressida McCormick, 61 Richmond Hill Road, Sumner, Christchurch, Canterbury, 8081, NEW ZEALAND |
| 30577171 | | Crew Hayes, 4822 Wildbriar Dr, Garland, TX 75043-2924 |
| 30577172 | + | Cris Ben tez, 5208 arboles drive, B3, Houston, TX 77035-2819 |
| 30577173 | | Crista Burrel, 46 Courthouse Rd, Amherst, NH 03031-3021 |
| 30577174 | + | Cristal Fernandez, 5024 SW 114th Street Rd, Ocala, FL 34476-8606 |
| 30577175 | + | Cristen R Kern, 908 North State ST, B4-303, Painesville, OH 44077-4229 |
| 30577176 | + | Cristian Ardiano, 474 east 700 north, Logan, UT 84321-3428 |
| 30577177 | | Cristian Benavidez, 16339 Dobson Ave, South Holland, IL 60473-2510 |
| 30577178 | + | Cristian Bolson, 220 Beech Brook St, St Johns, FL 32259-6213 |
| 30577179 | + | Cristian Correa, 313 Beechwood Ln, San Dimas, CA 91773-3606 |
| 30577180 | | Cristian Garcia, 654 12th St, Richmond, CA 94801-2726 |
| 30577181 | + | Cristian Juarez, 2205 S Washington St, Apt 305, Kokomo, IN 46902-3605 |
| 30577184 | | Cristian Lopez, 235 SAINT CASIMIR ST, ROCHESTER, NY 14621-2446 |
| 30577183 | + | Cristian Lopez, 1806 Baxston Ct, Swansea, IL 62226-7380 |
| 30577182 | + | Cristian Lopez, 255 McCreery Ave, San Jose, CA 95116-3033 |
| 30577185 | | Cristian Stanic, 21 Howsan St., Apt. 4, Mt. Gravatt East, Queensland, 4122, AUSTRALIA |
| 30577186 | | Cristian Turcios, 4232 Inverness Rd, Duluth, GA 30096-4276 |

District/off: 0752-1                          User: admin                                    Page 114 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                          Total Noticed: 30719

| | | |
|---|---|---|
| 30577187 | | Cristian Yanez, 29257 Garnet St, Menifee, CA 92584-8234 |
| 30577189 | | Cristin Poirier, 81 Southworth St, Lakeville, MA 02347-1215 |
| 30577190 | | Cristina Catalano, 1500 S Ardmore Ave Apt 606, Villa Park, IL 60181-4905 |
| 30577191 | | Cristina Davidson, 3933 Arlington Ave, Fort Wayne, IN 46807-2305 |
| 30577193 | | Cristina Hansen Ruiz, 60 Grove St, Cooperstown, NY 13326-1428 |
| 30577194 | + | Cristina Reid, 4653 Palomino Court, Ellicott City, MD 21043-6448 |
| 30577195 | | Cristina Rodriguez Leon, 3844 Clear Creek Ct, Mason, OH 45040-4125 |
| 30577192 | | Cristina de la Torre, 13107 E Mesa Verde Dr, Moorpark, CA 93021-2144 |
| 30577196 | | Cristine Buenaobra, 527 Bowman Ave, Winnipeg, Manitoba, R2K1P7, CANADA |
| 30577198 | | Cristine Heggelke, 131 ADAMS DR, BINGHAMTON, NY 13905-1527 |
| 30577199 | | Cristine Reitz, 219 Glebemount Avenue, Toronto, Ontario M4C 3T3, CANADA |
| 30577200 | | Cristine Tyrrell, 671 MILLER RD, LAKE ORION, MI 48362-3658 |
| 30577201 | + | Cristobal Hernandez, 15235 Prairie Avenue, Apt 4, Lawndale, CA 90260-2218 |
| 30577202 | | Cristopher Elie, 1346 S Logan St, Denver, CO 80210-2223 |
| 30577203 | + | Cristopher Pilgrim, 2113 Judson court, davenport, IA 52803-2017 |
| 30577204 | | Cristy Cowan, 2708 Monogram Ave, Long Beach, CA 90815-1534 |
| 30577205 | + | Crossroads Presents, LLC, 36 Bay State Rd, Cambridge, MA 02138-1263 |
| 30577206 | + | Crown Awards, 9 Skyline Dr., Hawthorne, NY 10532-2146 |
| 30577207 | + | Crowyn Kaisa, 7713 75th Dr NE, Marysville, WA 98270-7836 |
| 30577208 | | Crucifixcio Shendo-Sanchez, 1000 Flats Loop, Mescalero, NM 88340-9520 |
| 30577209 | | Cruz Becerra, 1336 141st Ave Apt E, San Leandro, CA 94578-2746 |
| 30577210 | + | Crying, 4 Barbara Place, West Islip, NY 11795-4316 |
| 30577211 | | Crystal Baldwin, 1809 Cromwood Rd, Parkville, MD 21234-2701 |
| 30577212 | | Crystal Bartusek, 886 Pine Grove Rd, Ringgold, GA 30736-8037 |
| 30577213 | | Crystal Beito, 22015 WILLOW SHADOWS DR, TOMBALL, TX 77375-2110 |
| 30577214 | | Crystal Canales, 435 Dexter Ave N Apt 226, Seattle, WA 98109-5938 |
| 30577215 | | Crystal Freeman, 2612 Bird St, Hannibal, MO 63401-2931 |
| 30577216 | | Crystal Kreuger, 8236 W FOOTHILL DR, PEORIA, AZ 85383-2111 |
| 30577217 | | Crystal Lamas, 3805 Maple Ave, Fairmont City, IL 62201-2139 |
| 30577218 | | Crystal Lively, 4414 US 70 Bus Hwy W Lot 20, Clayton, NC 27520-6885 |
| 30577219 | + | Crystal Mae Groves, 23343 E Chenango Place, Aurora, CO 80016-5394 |
| 30577220 | | Crystal Miller, 7324 Oakland Ln, Fort Worth, TX 76180-8202 |
| 30577221 | | Crystal Sanderson, 13022 Claudel Ct, Davidson, NC 28036-7776 |
| 30577222 | + | Crystal Simmons, 275 Redondo Rd, Youngstown, OH 44504-1858 |
| 30577223 | | Crystal Vieira, 2842 Patterson Rd, Riverbank, CA 95367-2809 |
| 30577224 | | Crystal Yao, 11 Pin Oak Dr, Chadds Ford, PA 19317-7386 |
| 30577225 | | Crystalynn MacTaggart, 12445 ALBATROSS ST, VICTORVILLE, CA 92392-0564 |
| 30577226 | + | Cuellar, Juan, 3753 W GEORGE ST, APT 3W, CHICAGO, IL 60618-9688 |
| 30577227 | + | Cuellar, Matthew, 9801 GARDEN COURT, SCHILLER PARK, IL 60176-2101 |
| 30577228 | + | Cullan Holloway, 29-1 Devlin Ave, Burlington, NJ 08016-1046 |
| 30577229 | | Cullen Fairfield, 1670 Badgley Drive, Oshawa, Ontario, L1K0H3, CANADA |
| 30577230 | + | Cullen Harkins, 5 West Roy Street, Apt. 607, Seattle, WA 98119-4020 |
| 30577231 | | Culter Chapman, 2431 Evans St SW, Lenoir, NC 28645-6358 |
| 30577232 | | Cuong Nguyen, 4129 Compass Rose Way, Las Vegas, NV 89108-5483 |
| 30577234 | | Curious Aguilar, 824 Lewis St, Little Rock, AR 72204-2016 |
| 30577236 | + | Curran Meek, 914 Maya St., Spring Valley, CA 91977-5231 |
| 30577237 | + | Curt Morris, 374 Ayres, Dr, Linden, TN 37096-5223 |
| 30577238 | + | Curtin, Robert, 58225 STARLIGHT MESA RD, YUCCA VALLEY, CA 92284-0959 |
| 30577239 | | Curtis Estes, 3300 MAYWOOD AVE, B, AUSTIN, TX 78703-1111 |
| 30577240 | + | Curtis Gainer, 720 Westfield Blvd, Temple, TX 76502-5861 |
| 30577241 | + | Curtis Gorman, 41, Kent Place, Wynantskill, NY 12198-8788 |
| 30577242 | | Curtis Hildebrand, 4017 Wilshire Blvd Unit 305, Wilmington, NC 28403-8551 |
| 30577243 | | Curtis Hoskins, 3460 N Summerpark Ave, Meridian, ID 83646-5593 |
| 30577244 | | Curtis Howard, PO BOX 181, AVERY, CA 95224-0181 |
| 30577245 | | Curtis Jory, 57 Second Street, Cardiff South, New South Wales, 2285, AUSTRALIA |
| 30577246 | + | Curtis Lowery, 2213 Sorrel Park Drive, Morrisville, NC 27560-5452 |
| 30577247 | | Curtis Rogers, 30310 Westbrook Pkwy, Southfield, MI 48076-5378 |
| 30577249 | | Curtis Williams, 19594 N McLeod Way, Boise, ID 83714-1356 |
| 30577251 | | Custom Box Builder, 880 Steeprock Drive, TORONTO, ON M3J 2X2, CANADA |
| 30577253 | + | Custom Color Solutions, 10501 Rhode Island Ave, Beltsville, MD 20705-2317 |
| 30577254 | + | Custom Colors Apparel, 1700 E 58th Pl, Unit 9, Los Angeles, CA 90001-1439 |
| 30577255 | + | Custom Courier Service, 6600 NE 78th Court, Ste A3, Portland, OR 97218-2821 |
| 30577257 | + | Custom Patches, PO Box 22, Mt Marion, NY 12456-0022 |

30577258   + Custom Printing II LTD, PO Box 804, 2402 E. 6th Ave., Belton, TX 76513-2851
30577259   + Custom Woven Labels, 1760 Glasco Turnpike, Woodstock, NY 12498-2120
30577260   + Cuts Touring Inc, 433 N. Camden Drive, Ste 730, Beverly Hills, CA 90210-4411
30577261   + Cuyler Creech, 516 NW 5th Ave, Mineral Wells, TX 76067-4220
30577262     Cuyler Frink, 522 East 8th Avenue, 212, Vancouver, BC V5T 1S8, CANADA
30577263   + Cy Bartheld, 3115 West Mountain View Road, A222, Phoenix, AZ 85051-2522
30577264     Cyan Cyan, 3942 40th St SW, Grandville, MI 49418-2404
30577265   + Cycle Dog, 2056 NW Pettygrove St., Portland, OR 97209-1624
30577266   + Cydney Kulas, 4580 W 131 1/2 St, Savage, MN 55378-1681
30577268     Cyndi Norrie, 338 S ELM ST, WALLINGFORD, CT 06492-4817
30577269     Cynthia Anderson, 6804 Chicago Ave, Pensacola, FL 32526-7917
30577270     Cynthia Ann Fellows, 13 RAMPART CT, HENDERSON, NV 89074-1571
30577271     Cynthia Ballinghoff, 2915 Devils Gulch Rd, Estes Park, CO 80517-9700
30577273   + Cynthia Campos, 417 NE 175th Avenue, Vancouver, WA 98684-9395
30577274     Cynthia Cone, 835 W Dowden Dr, Mustang, OK 73064-3569
30577275   + Cynthia Dume, 15611 Easthaven Ct, Bowie, MD 20716-2607
30577277     Cynthia Huehlefeld, 28319 Ryans Ridge Ln, Spring, TX 77386-3179
30577278   + Cynthia Nason, 1318 Randall Avenue, Cheyenne, WY 82001-7209
30577279   + Cynthia Plata, 9364 Olive St, Fontana, CA 92335-5729
30577280     Cynthia Ruiz, 11126 ELLIOTT AVE, B, EL MONTE, CA 91733-2471
30577281     Cynthia Swinney, 228 E 24th St N, Big Stone Gap, VA 24219-3530
30577282     Cyprus LeDuc, 6039 W Townley Ave, Glendale, AZ 85302-4503
30577283   + Cyr, Carmen, 3314 N Lawndale Ave, Apt 2, Chicago, IL 60618-8704
30577284     Cyrus Blot, 19137 NW 3rd Ave, Miami Gardens, FL 33169-3563
30577285     Cyrus Rosales, 301 Springbrook Dr, Vallejo, CA 94591-4201
30577286     Cyrus Talaiefar, 6158 Birch St, Simi Valley, CA 93063-4711
30577287   + D angelo Carrillo, 2301 Foxcroft Ln, Arlington, TX 76014-3612
30577288     D Coston, 6 St Richards Rd, Portslade-By-Sea, Brighton, ENGLAND BN41, UNITED KINGDOM
30577289     D M, 302 Cuba Hill Rd, Huntington, NY 11743-4865
30577290   + D Vana, 19316 Nina Circle, Omaha, NE 68130-5057
30577291     D'Andre Webster, 16255 51 St NW #312, Edmonton, AB T5Y 0V6, CANADA
30577292   + D'Angelo Castellana, 19 Maryann Terrace, Stanhope, NJ 07874-2707
30577293     D. Sowers, 9815 N Midway Ave, Portland, OR 97203-1838
30577683   + DANIEL Veltre, 33 Mawal Drive, Cedar Grove, NJ 07009-1416
30577695   + DANIEL YANG, 210 Dore Street, San Francisco, CA 94103-4340
30577822   + DARREL MORGANELLI, 125 English Village Road, Apt 105, Manchester, NH 03102-2431
30577943   + DAVID FISHER, 1420 Bershire Lane, Charlotte, NC 28262-4490
30577984     DAVID KIST, 2236 RED KNOT LN, APEX, NC 27502-2535
30578171   + DBMK, 1107 McKennie Ave, Nashville, TN 37206-2337
30578176   + DEADHAPPY LLC, 1838 Pandora Ave., Suite 4, Los Angeles, CA 90025-6179
30578454     DG Spencer Ludgate, 5173 1/2 Pickford St, Los Angeles, CA 90019-5302
30578458   + DHRUV, 25 Madison Ave, 23rd floor, NY, NY 10010-8601
30578492     DIANE BONFIELD, 6403 Copper Pheasant Dr, Dayton, OH 45424-4183
30578593   + DJ Bradshaw, 305 Park Rd, Creve Coeur, IL 61610-3954
30578594   + DJ Cormier, 55 Maple Street, Side Door, Plainville, CT 06062-2237
30578595   + DJ Johnson, 540 w main st, Anoka, MN 55303-2012
30578597   + DJ Lanners, 2771 W 270 N, Hurricane, UT 84737-1230
30578598   + DJ Reynolds, 1447 West Danish Red Trail, San Tan Valley, AZ 85143-5717
30578600   + DMI, INc DBA knockdown center, PO Box 780576, Maspeth, NY 11378-0576
30578677   + DONALD Andrew HATCHER, 29400 Windmill Court, Farmington Hills, MI 48334-3110
30578708     DONNA VELA, 10052 Lewis St, Broomfield, CO 80021-3728
30578766   + DRAMA, 2233 South Throop St, Suite 678, Chicago, IL 60608-5013
30578810   + DSV Air & Sea Inc., 721 Emerson Rd Suite 450, Creve Coeur, MO 63141-6792
30578898     DYLAN FLORES, 4104 S Fork Ranch Rd, Waco, TX 76705-5993
30578897     DYLAN FLORES, 15822 Blue Creek St, San Antonio, TX 78232-2704
30578971   + DYLAN, WELLS, 1601 Earl Warren Dr, J126, Long Beach, CA 90840-0001
30577294     Dad Wittler, 7408 Enchanted Sky Ln NE, Albuquerque, NM 87113-1326
30577295   + Daecia Webb, 208 Stacey Tucker Cir, Gastonia, NC 28056-4308
30577296     Daelan L Scroggins, 6229 Evanston Ave, Indianapolis, IN 46220-2111
30577297   + Daemon K Woods, 995 Heartland Park Ln, Antioch, IL 60002-6215
30577298     Dagmar Irrig, 630 GRAND ST APT 6B, BROOKLYN, NY 11211-6088
30577299     Dago Perdomo, 11615 Vanowen St Ste F, North Hollywood, CA 91605-6167
30577300   + Dahl, 809 Chestnut Street, Manchester, NH 03104-2523

30577301    + Dahlia Haqq, 340 E Wilson St, Milwaukee, WI 53207-1509
30577303    + Dahson Strickland, 14762 Nw Fawnlily Dr, Portland, OR 97229-1561
30577304      Daiany Correa, 2018 Stratford Pl SE, Marietta, GA 30067-6679
30577305      Daija Krygier, 50 Mitchell Ave, Aberdeen, MD 21001-3770
30577306    + Daimian Sparks, 735 Lucas Rd., Shinnston, WV 26431-6809
30577307    + Dain Finke, 19550 Tanbark Lane, Strongsville, OH 44149-1430
30577308      Daina Kelly, 11 Crawford Street, Point Frederick, NSW 2250, AUSTRALIA
30577309    + Dainty Cuevas, 3420 Chestnut Ave, Baltimore, MD 21211-2516
30577310    + Daisy Duke Athletic Club, Inc., 2300 Charlotte Avenue, Suite 103, Nashville, TN 37203-1877
30577311    + Daisy Gonzalez, 3659 Westfield Ave, Fort Worth, TX 76133-1341
30577312      Daisy Goodman, 2716 Schell Ln, New Albany, IN 47150-4464
30577314    + Daisy Hecht, 10181 Cary Circle, Cypress, CA 90630-4117
30577315    + Daisy Leonard, 406 12th Avenue Southeast, Minneapolis, MN 55414-2869
30577317      Daisy Tom, 19 W 21st St Rm 1004, NY, NY 10010-6844
30577318      Daisy Tovar, 641 Orme Ave, Los Angeles, CA 90023-1429
30577319      Dakaya Saldivar, 2483 Rafiki Dr, Clarksville, TN 37042-8138
30577321      Dakota Andreae, 136 N Orchard St, Thiensville, WI 53092-1509
30577322      Dakota Baisa, 147 Park Ln, Carmel, IN 46032-4221
30577323    + Dakota Bourne, 9611 Custer Rd Apt 2825, Plano, TX 75025-6527
30577324    + Dakota C King, 2209 NE Strand Rd, Vancouver, WA 98686-3225
30577325    + Dakota Carl, 2425 Hel Mar Lane, Joliet, IL 60431-1058
30577327      Dakota Deyoc, 2440 West Main Street, 2nd Floor, Norristown, PA 19403-3049
30577330      Dakota Hurd, 156 Barbarosa Ln, North Tazewell, VA 24630-8680
30577331      Dakota Johnson, 10330 N 140th St., C7, WAVERLY, NE 68462-1440
30577332      Dakota Joiner, 808 W Junior Ter Apt 708, Chicago, IL 60613-1689
30577333    + Dakota Latham, 25 East Country Woods Drive, Covington, GA 30016-4581
30577334    + Dakota Phipps, 7719 South Whispering Oak Circle, Knoxville, TN 37849-3544
30577335    + Dakota R Parks, 907 3rd St NW, A101, Sidney, MT 59270-5823
30577336    + Dakota Risi, 2080 1st Ave., Apt. 2702, NY, NY 10029-4333
30577337    + Dakota Roberts, 6020 Glendale Chase Court, 304, Apt. 301, Charlotte, NC 28217-0072
30577338    + Dakota S., 325 Summit Station Rd, Suite B, Arroyo Grande, CA 93420-9718
30577339    + Dakota Schmehil, 1951 Kregel Ave, Muskegon, MI 49442-5434
30577340      Dakota Scott, 12 Crestview Dr, Greenwood, IN 46143-1144
30577341    + Dakota Thornburg, 270 Shelton Circle, Temple, GA 30179-5497
30577342    + Dakota Timmins, 3907 Roma Ct, Rockwall, TX 75087-5345
30577343    + Dakota Timmons, 8864 N Willeta DR, Tucson, AZ 85743-9007
30577344    + Dakota Unruh, 3300 Buckinghammock Trail, Vero Beach, FL 32960-4974
30577345    + Dakota VanOstrand, 511 West Bellarmine Dr, A, Joliet, IL 60436-1862
30577346      Dakota Wamego, 132 S Santa Fe Ave, Tulsa, OK 74127-8544
30577347    + Dakota Whittington, 13614 Clubside dr, Tampa, FL 33624-3426
30577348    + Dakota Wilshire, 12110 Southeast 312th Street, D104, Auburn, WA 98092-3349
30577326    + Dakota crook, 8120 Yakima valley highway, Zillah, WA 98953-9727
30577328    + Dakota dyer, 1242 e Forrest ave, Myskegon, MI 49442-6042
30577329    + Dakota dyer, 1242 e forest ave, Muskegon, MI 49442-6042
30577349    + Dakotah Schneider, 457 Fletcher Ave, Apt 8, Lincoln, NE 68521-1295
30577350      Dakotah Tooker, 2303 S BALDWIN ST, STURGIS, SD 57785-2502
30577351    + Dalaena Rivera, 1210 Petree St, Apt 312, El Cajon, CA 92020-2450
30577352      Dalan Tristao, 2621 Kayne Ave, Minden, NV 89423-9039
30577353      Dalby Graf, 734 Cimarron Dr, Cary, IL 60013-3354
30577355      Dale Campbell, 255 Alexandra Park Avenue, Belfast, NORTHERN IRELAND BT15 3HG, UNITED KINGDOM
30577356      Dale DeGraw, PO Box 103, Sunapee, NH 03782-0103
30577357      Dale Dickerson, 2107 LOTHRIC WAY APT 4409, MURFREESBORO, TN 37129-2229
30577358      Dale Grant, 1232, Kenneth, Muskegon, MI 49442
30577359    + Dale Griffin, 306 W Center St, PO Box 739, Munfordville, KY 42765-0739
30577360      Dale Onstad, 6510, NE 20 Way, Fort Lauderdale, FL 33308
30577361    + Dale Porter, 3405 South Durango Street, Tacoma, WA 98409-3129
30577362      Dale Weiman, 15817 Fairoaks Ave N, Hugo, MN 55038-8553
30577363    + Dalilah Trejo, 8918 Cudahy Court, Riverside, CA 92503-1220
30577364    + Dallane Palacios, 4611 N 10th St, Phoenix, AZ 85014-3908
30577365    + Dallin Lee, 1515 Windrow Dr., A2, Bozeman, MT 59718-3767
30577366      Dallin Pead, 54 E 300 S APT 10, ST GEORGE, UT 84770-3686
30577367      Dallon Pannella, 844 Elmwood St, State College, PA 16801-7057
30577368    + Dallon Seedorf, 357 NE DELAWARE AVE apt 503, APT 503, Ankeny, IA 50021-6608

District/off: 0752-1                         User: admin                                   Page 117 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                               Total Noticed: 30719

30577369        Dallon Seedorf, 357 NE Delaware Ave Apt 503, Ankeny, IA 50021-6608
30577370        Dalton Adcock, 7758 Woodshole Ct, Riverside, CA 92506-5416
30577371     +  Dalton Christ, 524 N Sunrise Ln, Boyertown, PA 19512-7414
30577372     +  Dalton Crutchfield, 46-130 Kiowai st, Unit 2723, Kaneohe, HI 96744-3676
30577373        Dalton Dahms, 13755 W MEADOWDALE DR, BOISE, ID 83713-0835
30577374     +  Dalton Erskin, 2512 E Willett Dr, University of Wyoming Apartments, East W, Laramie, WY 82072-5206
30577375        Dalton Etherton, 5110 N 129th Ave Unit 74, Litchfield Park, AZ 85340-4268
30577376     +  Dalton Folds, 3430 Woodlawn Avenue, Columbus, GA 31904-8034
30577377        Dalton Garrison, 633 Blairs Ridge Rd, Moundsville, WV 26041-3077
30577378     +  Dalton Griffin, 1407 NE 45th St Apt 15, Apt. 15, Seattle, WA 98105-4512
30577379        Dalton Headlee, 2220 35TH ST, DES MOINES, IA 50310-4442
30577380        Dalton Hill, 2415 S 15th St, Broken Arrow, OK 74012-7289
30577381        Dalton Kelley, 564 Reed Canal Rd Apt 19, South Daytona, FL 32119-3283
30577382     +  Dalton Kirkpatrick, 1774 Breakneck Rd, White, PA 15490-1028
30577383     +  Dalton Knox, 6176 Terrace Drive, Johnston, IA 50131-1590
30577384        Dalton L Smith, 309 Alamar Knot Way, Georgetown, TX 78626-2857
30577385        Dalton Massey, 16 Somerset Dr, Nottingham, PA 19362-9703
30577386     +  Dalton Riffe, 134 Stinson Crk, Lot 3A, Grayson, KY 41143-8314
30577387     #  Dalton Roberts, 207 Regency Ct, Acworth, GA 30102-1369
30577388     +  Dalton Suskie, 1872 Neely Avenue, East Point, GA 30344-3005
30577389     +  Dalton Vollmer, 105 W Ash drive, Noble, OK 73068-8426
30577390    #+  Dalyn Gomez, 6133 NW 2nd Circle, Apt. 120, Lincoln, NE 68521-4431
30577391     +  Dam Dam, 12600 Bundysburg Rd, Windsor, OH 44099-9601
30577392     +  Dam Hee Cho, 1451 W Artesia blvd ste8, GA079315, Gardena, CA 90248-3232
30577393     +  Daman Knosp, 6712 W Philadelphia dr, Mccordsville, IN 46055-9491
30577394     +  Damaris Duran, 3427 Queensway, Apt A, Erlanger, KY 41018-1123
30577395     +  Damaris Ibanez, 2104 S Tupman Ave, Apt. 101, Fresno, CA 93706-4244
30577396     +  Damian Byrd, 614 Hillgate Place, Baton Rouge, LA 70808-5440
30577398     +  Damian O Meara, 7559 Stoney Run Drive, Unit 104, Hanover, MD 21076-1493
30577399     +  Damian Sanders, 7910 Trails End, Fogelsville, PA 18051-1538
30577400        Damian Zavala, 423 W King St, Chambersburg, PA 17201-1521
30577397     +  Damian l Welch, 578 Cascade Way, Frederick, MD 21703-6240
30577401     +  Damien Fernandez, 420 center st, Forked river, NJ 08731-2434
30577403     +  Damien K Power, 7016 Palermo Dr, Chattanooga, TN 37421-5744
30577404     +  Damien Korth, 726 East Village Green Court, Oak Creek, WI 53154-7523
30577405     +  Damien Letner, 821 Edinboro Ct, Dayton, OH 45431-1122
30577406     +  Damien M Letner, 821 Edinboro Dr, Dayton, OH 45431-1122
30577407        Damien York, 311 Bryant St Apt 3, North Tonawanda, NY 14120-7323
30577408        Damion Mason, 2031 NW Meadow Wood Dr, Albany, OR 97321-1018
30577409        Damir Bodnar, Varamov gen 108, Motala 591 52, SWEDEN
30577410     +  Damisela Taveras, 22-16 28th St, Floor 2, Astoria, NY 11105-2702
30577411     +  Damita Baldwin, 16912 Daisy Dell Ct, Monkton, MD 21111-1094
30577412     +  Damjan Hartle, 717 s meridian street, Lebanon, IN 46052-2512
30577413        Damon Kneefel, Ridderhof 28, Arnhem 6834EM, NETHERLANDS
30577414        Damon Preda, Dorfstrasse 4, Winkel, ZURICH 8185, SWITZERLAND
30577415        Damon Reaney, 1210 N 171st St, Shoreline, WA 98133-5416
30577416     +  Dan Avidan & Super Guitar Bros, 16255 Ventura Blvd Ste 1240, Encino, CA 91436-2322
30577417        Dan Bartlett, 1, Thomson Drive, Crewkerne, ENGLAND TA18 8AQ, UNITED KINGDOM
30577418        Dan Bruton, Bank House, The Bank, Probus, Truro TR2 4JU, UNITED KINGDOM
30577419        Dan Ciotoli, 258 STOCKBRIDGE AVE, BUFFALO, NY 14215-1526
30577420     +  Dan Diana, 91 Hauxhurst ave, Apt. 2, Weehawken, NJ 07086-6803
30577421        Dan Dudek, Arnold-Overzier-Str., Apt. 7, KAIN, Nordrhein-Westfalen 50678, GERMANY
30577422        Dan Flacks, 327 N 14th St, Kenilworth, NJ 07033-1167
30577423        Dan Forgue, 8232 E. Sand St, Chase, MI 49623
30577424        Dan Frazier, 171 Hermitage Dr, Tullahoma, TN 37388-6202
30577425        Dan Gallagher, 3511 Argiento Ave, Henderson, NV 89044-1791
30577426     +  Dan Gegati, 10320 NW 17TH CT, Plantation, FL 33322-6620
30577427     +  Dan Hartnack, 55 Ida Ln, West Haven, CT 06516-6528
30577428        Dan Holmes, 3541 Pelican Bay Cir, Gulf Breeze, FL 32563-1948
30577429        Dan Horan, 45 Canton St, Lowell, MA 01851-1759
30577430     +  Dan Howell, 805 E 1st St, Aberdeen, WA 98520-3435
30577431        Dan Johnstone, 5642 Dalhousie Rd., Apt. 104, Vancouver, British Columbia, V6T 1W4, CANADA
30577432     +  Dan Kelley, 114 MacDougal Street, Apt. 18, NY, NY 10012-1219

30577433      Dan Krstic, Saxon House, Flat 27, Stevenage, ENGLAND SG28UY, UNITED KINGDOM
30577434      Dan Litzenberg, 5016 Shady Oak Rd S, Minnetonka, MN 55343-8887
30577435    +   Dan Manion, 157 Grove Street, Shelton, CT 06484-5633
30577436    +   Dan Mason, 551 E Cypress Ave, Apt. 103, Burbank, CA 91501-3273
30577438    +   Dan Minik, 2857 Markbreit Ave, Cincinnati, OH 45209-2019
30577439    +   Dan Muckerman, 357 Floral Drive, Red Lion, PA 17356-8794
30577440      Dan Nall, 7 Kington Rise, Claverdon, Warwick, England CV35 8PN, UNITED KINGDOM
30577442    +   Dan Peck, 308 Morning Star Lane, LAFAYETTE, CO 80026-9361
30577444    +   Dan Pollock, 497 Greenwich St, Apt 4D, NY, NY 10013-1314
30577445    +   Dan Pulis, 5101 Maple St, Bellaire, TX 77401-4935
30577446      Dan Ratel, 59 Lloyd Dr, Cheektowaga, NY 14225-4307
30577447    +   Dan Riehl, 2511 Deindorfer St, Saginaw, MI 48602-3846
30577448      Dan Rinkus, 5266 Natrona Way, Pittsburgh, PA 15201-2590
30577449    +   Dan Wait, 3715 Riverside Ave, Anderson, CA 96007-3119
30577450    +   Dan Weaver, 3353 W 96th St, Indianapolis, IN 46268-1106
30577451      Dan Whitmarsh, 6 Grants Close, West Hill, Wincanton, Somerset BA9 9NS, UNITED KINGDOM
30577452    +   Dan Wild, 296 Sport Hill Rd, Easton, CT 06612-1847
30577453    +   Dan Wright, 850 Amsterdam Ave, 4S, NY, NY 10025-5170
30577454      Dan Ziffer, 6659 E SCARLETT ST, TUCSON, AZ 85710-1006
30577441    +   Dan pacheco, 115 N Blandena St, Portland, OR 97217-2805
30577443    +   Dan peters, 141 Humbolt Ave, Wadsworth, OH 44281-2116
30577455    +   Dana Berman-Cole, 25 Sawin Street, Watertown, MA 02472-1510
30577456      Dana Brewer, 15 Rudnick Ave, Novato, CA 94945-3317
30577457      Dana Deneweth, 29780 City Center Dr Apt 3, Warren, MI 48093-2430
30577458    +   Dana Gaertner, 3235 Jasmine St, Denver, CO 80207-2116
30577459      Dana Garcia, Emiliano Zapata #9 col.centro Santa Rosa, Queretaro 76220, MEXICO
30577460      Dana Gold, 2348 Marbury Rd, Pittsburgh, PA 15221-3670
30577461      Dana Hagooli, 717 S Bristol Ave, Los Angeles, CA 90049-4901
30577462    +   Dana Haynes, 111 Timberwood Drive, Jamestown, NC 27282-9176
30577463      Dana Hedge, 5179 Devonshire Dr, Evansville, IN 47715-4842
30577464      Dana John, 225 ECKFORD ST, BROOKLYN, NY 11222-2903
30577465    +   Dana Leathers, 501 Hogan Dr, Richmond Hill, GA 31324-6490
30577466      Dana Lee Zika, 549 Richfield Ave, Kenilworth, NJ 07033-1925
30577467    +   Dana Moss, 16015 95th Street, Howard Beach, NY 11414-3802
30577469      Dana Patterson, 719 Yates Ave, Romeoville, IL 60446-1435
30577470    +   Dana Potvin, 12546 Long Lake Ct, Jacksonville, FL 32225-3998
30577471    +   Dana Rae Weisinger, 7894 Ashenden Drive, Blacklick, OH 43004-7184
30577472    +   Dana Schull, 301 Newport Avenue, St. Louis, MO 63119-2442
30577473    +   Dana Taub, 2900 Moore St, Bellingham, WA 98226-3560
30577474      Dana Teach, 411 Adams St Apt 4, Hoboken, NJ 07030-2629
30577475    +   Dana Vogel, 2 NORTH RIDGE AVE,, APT. 3F, Ambler, PA 19002-4539
30577476      Dana Weingartner, 516 Sand Lime Rd, Winter Garden, FL 34787-4289
30577468      Dana ouimette, 6510 E SPRING ST APT 906, LONG BEACH, CA 90815-1554
30577477      Danae Ericsson, 5055 Adella St, Toledo, OH 43613-2701
30577478      Danai Kefalas, 1925 Roland Clarke Pl Apt 521, Reston, VA 20191-1467
30577479      Danai Lawson, 3654 Tarbett Rd, Maryville, TN 37804-5413
30577480    +   Dane Truax, 2217 Sulphur Spring Road, Halethorpe, MD 21227-2933
30577481      Dane Volkman, 449 N Yale Ave, Wichita, KS 67208-3245
30577482      Dane Wittusen, 1122 W 40 S, Orem, UT 84058-5213
30577483      Danelle Liddell, 11 Basal Briar Ct, Spring, TX 77381-3449
30577484      Dangie Bros, 28156 Constellation Rd, Valencia, CA 91355-5082
30577485    +   Dani Carrillo, 14344 E Madrona Station Pl, Vail, AZ 85641-2590
30577486      Dani Ducharme, 1208 S LONGWOOD AVE, LOS ANGELES, CA 90019-1758
30577487    +   Dani Juarez, P.O. Box 212, Hammett, ID 83627-0212
30577488    +   Dani Katenkamp, 136 Dwight St, Apt. 34, New Haven, CT 06511-4563
30577489    +   Dani Maggio, 1301 ALLWARDT ST, 1E, WATERTOWN, WI 53098-3385
30577491    +   Dani Slama, 819 Ryan St, Owosso, MI 48867-3435
30577492    +   Dani Teel, 3014 Attridge Rd, Houston, TX 77018-7518
30577493    +   Dani Valentine, 2875 Cottage St SE, Salem, OR 97302-3118
30577494    +   Dani Vallelonga, 6910 Mentzer Gap Road, Waynesboro, PA 17268-8973
30577495    +   Danica LoBianco, 3558 Patron Dr, Grovetown, GA 30813-3365
30577496      Danica Topp, 710 17A St SE, High River, ALBERTA T1V 1S4, CANADA
30577497    +   Danie Beaman, 1847 Lonesome Lake Ct, Lake Orion, MI 48362-3923

30577499 Daniel A Ealey, 5317 Myanna Ln, Fort Wayne, IN 46835-4927
30577503 + Daniel ALEXANDER Mundy, 1920 Lehigh St, Apt A1-N, Easton, PA 18042-3933
30577500 Daniel Aaron, 2055 S Lovington Dr Apt 208, Troy, MI 48083-5821
30577501 Daniel Acton, 547 Oakcrest St SW, WY, MI 49509-4058
30577502 Daniel Adcock, 558 E 12th St, Lockport, IL 60441-3629
30577504 Daniel Alles, 7 Walnut Dr, Branchburg, NJ 08876-7206
30577505 + Daniel Andrews, 544 N 9th Street, Apt 2, Geneva, NE 68361-1100
30577506 + Daniel Ansley, PSC 76 BOX 7209, APO, Armed Forces Pacific 96319-0073
30577507 + Daniel Aquino, 823 Nash Ct, Brentwood, CA 94513-1411
30577508 Daniel Augustsson Sj gren, Mariehemsv gen 29D, UMEA, VASTERBOTTEN 906 52, SWEDEN
30577510 + Daniel Ayala, 2922 Cochran ave, Los Angeles, CA 90016-3704
30577509 + Daniel Ayala, 4714 Segovia Way, San Antonio, TX 78253-6319
30577511 + Daniel B Buchanan, 159 Big Barn Drive, Nickelsville, VA 24271-3225
30577513 Daniel Barton, 6320 Moate Ln, Colorado Springs, CO 80927-9678
30577514 Daniel Basilaia, 364 Chittenden Ave Apt A, Columbus, OH 43201-2232
30577516 Daniel Bates, Butt Gate, Giddy Hill, Grainthorpe, ENGLAND LN117JW, UNITED KINGDOM
30577515 + Daniel Bates, 1201 Lady Bird Ln, Apt 336, Austin, TX 78741-0027
30577517 + Daniel Bickford, 1430 Stoney point way, Curtis bay, MD 21226-2136
30577518 + Daniel Black, 455 W Wellington Ave, Apt. 461, Chicago, IL 60657-5853
30577520 Daniel Bondarew, Am Eichicht 46, Ilmenau, THURINGEA 98693, GERMANY
30577521 Daniel Bornemann, 160 KING WILLIAM ST, NEWARK, DE 19711-2547
30577522 Daniel Boutin, 1535 Alta Vista Drive, Unit 708, Ottawa, ON K1G 3N9, CANADA
30577523 + Daniel Bowling, 234 O Fallon Avenue, Bellevue, KY 41073-1202
30577524 Daniel Bratt, B llstav gen 48, #11103, Stockholm, BROMMA 16872, SWEDEN
30577525 Daniel Breimhurst, 351 N West End Ave, Lancaster, PA 17603-3217
30577526 + Daniel Brennan, 330 Pennbrook Road, Far Hills, NJ 07931-2419
30577527 + Daniel Broskie, 2246 Samwell Court, FOLSOM, CA 95630-8528
30577528 Daniel Case, 4857 M. Drake Ave., Apt. 1, Chicago, IL 60625
30577529 Daniel Chadwick, 7368 Founders Mill Way E, Gloucester, VA 23061-5283
30577530 + Daniel Chevalier, 2505 East Main, Apt A302, Puyallup, WA 98372-7071
30577531 Daniel Childers, 108 Midway Dr, Sylva, NC 28779-7851
30577532 Daniel Claassen, 12002 red ibis lane, Apt. 1024, Jupiter, FL 33478
30577534 Daniel Cocks, 16 Swansea Street, East Victoria Park, Western Australia, 6, AUSTRALIA
30577535 Daniel Cohen, 1668 Blue Jay Ln, Cherry Hill, NJ 08003-3159
30577536 + Daniel Cortese, 5431 California Ave., Bethel Park, PA 15102-3823
30577537 Daniel Crossman, 13A Brudenell Road, Hyde Park, Leeds, ENGLAND LS6 1HA, UNITED KINGDOM
30577538 Daniel Cullen, Ballyhogue, Enniscorthy, WEXFORD Y21DA21, IRELAND
30577539 Daniel Czaczun, 6 The Terrace, Seabrook, VICTORIA 3028, AUSTRALIA
30577540 Daniel Davis, 8823 NE 17th St, Vancouver, WA 98664-6415
30577541 Daniel Delaney, 26 Alan Avenue, Seaforth, New South Wales 2092, AUSTRALIA
30577542 + Daniel Deyoung, 3825 w 123 Rd st, Apt. 302, Alsip, IL 60803-3729
30577543 + Daniel Dodge, 1867 s argus ct, Jackson, MI 49203-5103
30577544 + Daniel Donnelly, 21976 W Kimberly Dr, Buckeye, AZ 85326-8518
30577546 + Daniel E, 409 Oakdale Ave, East Palo Alto, CA 94303-1546
30577548 + Daniel Elliott, 2863 W Fullerton Ave, #2C, Chicago, IL 60647-2963
30577549 Daniel Fernandez, 71 SYCAMORE LN, GLENMOORE, PA 19343-1814
30577550 Daniel Ferri, 545 Los Hermanos St, Las Vegas, NV 89144-4521
30577551 Daniel Fersch, Chemnitzer Stra e 5, NUREMBERG, BAYERN 90491, GERMANY
30577552 Daniel Ford, 11 Fabian Ct, Novato, CA 94947-2836
30577553 Daniel Frahlich, Theresienheim 6, Whg. 60, Muenchen, Bayern 80339, GERMANY
30577554 + Daniel Frizzell, 1618 Harbert Ave, Memphis, TN 38104-5037
30577555 Daniel Frye, 635 CORTEZ DR, FORSYTH, IL 62535-9736
30577556 + Daniel Fulciniti, 52 E Walnut St, Islip, NY 11751-2209
30577557 Daniel Gaffron, 3080 Guffey Rd, North Huntingdon, PA 15642-8743
30577558 Daniel Giddy, 20 Vincent Road, Croydon, ENGLAND CR0 6ED, UNITED KINGDOM
30577559 + Daniel Gill, 1022 Milwaukee Ave, Los Angeles, CA 90042-1908
30577560 + Daniel Glover, 2669 Conejo Canyon Ct, Apt. 25, Thousand Oaks, CA 91362-5707
30577561 Daniel Goldstone, 304 Paseo Pinto, San Clemente, CA 92672-7520
30577562 + Daniel Gonzalez, 2707 Steck Ave, Austin, TX 78757-8141
30577563 + Daniel Green, 1930 N Oakley Ave, Chicago, IL 60647-4421
30577564 Daniel Guilmain, 26 Winter St Apt 10, Saugus, MA 01906-1640
30577565 Daniel Haines, 89 River Ridge Ln, Fredericksburg, VA 22406-5319
30577566 Daniel Hall, 1550 Leona St Apt 251, Houston, TX 77009-1583

District/off: 0752-1 User: admin Page 120 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30577567 Daniel Hardin, 377 Poplar Flat Rd, Bardstown, KY 40004-8972
30577568 Daniel Hariprasad, 7251 KOUSA LN, SPRINGFIELD, VA 22152-3635
30577569 + Daniel Harris, 4209 Flag Ave N, New Hope, MN 55428-4732
30577570 + Daniel Haubner, 2122 Pinehurst Way, Coral Springs, FL 33071-7736
30577571 + Daniel Heidebrecht, 1000 Cordova Place, #69, Santa Fe, NM 87505-1725
30577572 Daniel Henreckson, 22961 ARBOR POINTE DR, SOUTH BEND, IN 46628-9112
30577573 Daniel Hernandez, 415 N EAST ST TRLR 212, ARLINGTON, TX 76011-7235
30577574 + Daniel Higgins, 273 North King Road, San Jose, CA 95116-1246
30577576 + Daniel Ho, 80 Fox Ct, Manorville, NY 11949-2614
30577577 + Daniel Hochman, 2190 Spink St NW, Atlanta, GA 30318-1154
30577578 Daniel Hollinshead, 70 Teusner Dr, Adelaide, South Australia, 5162, AUSTRALIA
30577579 Daniel Holten, Korvettveien 25, Kristiansand, Agder 4624, NORWAY
30577581 + Daniel Hurwitz, 2245 SW Park Place, Unit 7c, Portland, OR 97205-1157
30577582 Daniel Ironside, 5004 Shoal Creek Blvd, Austin, TX 78756-2524
30577583 + Daniel J Castelli, 18250 142nd Ave Ne, Apt 229, Woodinville, WA 98072-4366
30577584 + Daniel J Kane, 72 Mack Street, Apt B, Wilkes-Barre, PA 18705-1229
30577585 Daniel J. Morrisey, 2130 REDWOOD AVE, COLUMBUS, MI 48063-3245
30577586 Daniel Jackie Levinter, 460B BELMONT AVE W, Apartment 513, Kitchener, Ontario, N2M 0B3, CANADA
30577587 + Daniel Jacobson, 941 N Temple Ave, Indianapolis, IN 46201-2139
30577588 Daniel Jones, 40 Beach Drive, Scratby, Great Yarmouth, ENGLAND NR29 3NP, UNITED KINGDOM
30577589 + Daniel Julian, 225 Andrea Dr, Sand Lake, MI 49343-9805
30577590 Daniel Kelso, 12973 Kilger Ct, Pickerington, OH 43147-9070
30577591 Daniel Khoo, 78 Barwood Crescent, Kitchener, Ontario N2E 1V1, CANADA
30577592 + Daniel Kim, 538 Washington Street, Hoboken, NJ 07030-4936
30577593 + Daniel Kinsey, 307 Portland Ave, Medford, OR 97504-7314
30577594 Daniel Kisielewski, 110 Kent St, Hamilton, ONTARIO L8P3Z3, CANADA
30577595 + Daniel Knauer, 103 Havemeyer St, 3D, Brooklyn, NY 11211-4489
30577596 + Daniel Knestrick, 221 St Michaels rd, Dayton, PA 16222-3817
30577597 Daniel Kolitsch, 6327 County Rd S, Sobieski, WI 54171-9778
30577598 Daniel Krumbein, Tackenstr. 69, Dinslaken, Nordrhein-Westfalen 46539, GERMANY
30577599 + Daniel Lara, 140 S Ashley St., Apt. 208, Bellingham, WA 98229-2945
30577600 Daniel Lares, Portugal 1820, Casa, SANTIAGO, SANTIAGO 8360827, CHILE
30577601 Daniel Leblanc, 2323 Lemur Street, Santa Rosa, CA 95401-6737
30577602 + Daniel Lindgren, 18 Aspen Drive, Irwin, PA 15642-9146
30577603 + Daniel LoMagno, 8355 Lefferts Blvd, 3a, Kew Gardens, NY 11415-2568
30577604 Daniel Longdon, 135 Larkfield Lane, Southport, ENGLAND PR9 8NR, UNITED KINGDOM
30577605 + Daniel Magro, 635 Kress Alley, Apt 1, Cincinnati, OH 45214-3928
30577606 + Daniel Mahder, 726 w main street, little chute, WI 54140-1517
30577607 + Daniel Mancilla, 850 SE KRISTIN WAY, Madras, OR 97741-9126
30577608 + Daniel Manske, 3327 W ACRE AVE, FRANKLIN, WI 53132-8420
30577609 Daniel Marcinkowski, Hanftalstr. 94 a, Hennef 53773, GERMANY
30577610 Daniel Martin, 110 Peacham Rd, Center Barnstead, NH 03225-3803
30577611 + Daniel Martinez, 3395 Holderman Drive, San Jose, CA 95148-1728
30577613 Daniel McGrath, 519 Monroe Ave, Glenside, PA 19038-2416
30577614 + Daniel McGraw, 2219 Arapahoe Ave, Boulder, CO 80302-6603
30577615 + Daniel McGreevy, 1108 G St, Sacramento, CA 95814-0825
30577616 Daniel McLaughlin, 8300 Sheridan Blvd., 12B, Westminster, CO 80031
30577617 + Daniel McMackin, 7893 Spring Garden Ct, West Chester, OH 45069-6915
30577618 + Daniel Meiland, 70 N 6th Street, Brooklyn, NY 11249-3009
30577619 Daniel Meins, Arnulfstrasse 93, Berlin, Germany 12105, GERMANY
30577620 + Daniel Milosevich, 819 S Elm Street, 1C, Oxford, OH 45056-2186
30577621 Daniel Monje, Paracelsusstrasse 69, Stuttgart 70599, GERMANY
30577622 Daniel Montibeler, 30 Meredith Cir, Needham, MA 02492-1946
30577623 + Daniel Moore, 615 E. 17th St., 2B, Brooklyn, NY 11226-6655
30577624 Daniel Moriarity, 12 Brook Ave, Binghamton, NY 13901-5539
30577625 Daniel Murphy, 1740 NE 86th St Apt 211, Seattle, WA 98115-3236
30577626 Daniel Mutton, 292 Calicoma Rd, Cusick, WA 99119-9718
30577627 + Daniel Nichols, 1632 10th Ave, San Francisco, CA 94122-3625
30577628 + Daniel O Dizon, 720 Portsmouth Ave, Westchester, IL 60154-2605
30577629 + Daniel Olivieri, 5234 S Locke, Mesa, AZ 85212-8489
30577630 Daniel Oronsi, Shabtai, Apt. 13, Ashkelon, HaDarom, 7868897, ISRAEL
30577631 Daniel Ozlowski, 2508 Grandview Dr, Richardson, TX 75080-1809
30577632 + Daniel Parker, 1601 Zarieda St, Ortonville, MI 48462-8817

| | | |
|---|---|---|
| 30577633 | | Daniel Parra, 9063 Florence Ave Apt 604, Downey, CA 90240-3465 |
| 30577634 | | Daniel Pasnik, 1256 Lacoma Dr, Lockport, IL 60441-3200 |
| 30577635 | + | Daniel Patrick Pearce, 6777 Taft Cir, Arvada, CO 80004-2573 |
| 30577636 | | Daniel Pepin, 60 Franklin Ave, Yonkers, NY 10705-2808 |
| 30577637 | + | Daniel Perez, 6656 Black Horse Pike, TRLR 127, Egg Harbor Township, NJ 08234-1891 |
| 30577638 | | Daniel Pfeffer, 771-777 New Canterbury Road, Apt. 10, Dulwich Hill, NEW SOUTH WALES 2203, AUSTRALIA |
| 30577639 | | Daniel Pickett, 1215 E 17th St, Norwalk, IA 50211-2046 |
| 30577640 | + | Daniel Ramirez, 815 101st St E, Apt 302, Tacoma, WA 98445-6620 |
| 30577641 | + | Daniel Rampa, 1842 Carriage Lane, Apt. 201, Alliance, OH 44601-3563 |
| 30577642 | + | Daniel Reinart, 3905 37th Ave, Unit A, Cedar Rapids, IA 52404-8315 |
| 30577643 | + | Daniel Renick, 3820 Woodford Rd, Silverton, OH 45213-2368 |
| 30577644 | | Daniel Richardson-Clark, Parcel Locker 10018 39373, Shop 4, 500 Crown Street, Surry Hills, New South Wales, 2010, AUSTRALIA |
| 30577645 | | Daniel Richter, Dreispitzstrasse, Apt. 7, Henggart, ZURICH 8444, SWITZERLAND |
| 30577646 | + | Daniel Ridge, 209 Timber Trail, Weatherford, TX 76087-8012 |
| 30577647 | + | Daniel Robinson, 882 Revere Village Court, F, Dayton, OH 45458-3416 |
| 30577648 | + | Daniel Rodriguez, 19425 Cheshire Street, Rialto, CA 92377-4547 |
| 30577649 | + | Daniel Russell, 7146 Sonoma Way, Apt 323, The Colony, TX 75056-5358 |
| 30577650 | | Daniel Ryan, 19 GRIFFITH STREET, WELLAND, ONTARIO L3B4G5, CANADA |
| 30577651 | | Daniel Saavedra, 34C Ferme park Road, London, ENGLAND N4 4ED, UNITED KINGDOM |
| 30577652 | + | Daniel Sanchez, 1050 Matanzas St, Lake Helen, FL 32744-3374 |
| 30577653 | | Daniel Schloffer, Steyrergasse 7, Apt. 23, Graz, STYRIA 8010, AUSTRIA |
| 30577655 | + | Daniel Schwartz, 2219 w. Barry ave, Chicago, IL 60618-8005 |
| 30577656 | | Daniel Shute, 20 Chobham Street, Belfast, Northern Ireland, BT5 5BL, UNITED KINGDOM |
| 30577657 | | Daniel Sincerbeaux, 207 Manitau Rd, Cayuga, NY 13034-7709 |
| 30577658 | + | Daniel Sloan, 1809 Southeast 3rd Street, Lees Summit, MO 64063-3490 |
| 30577659 | + | Daniel Smith, 979 Easley dr, Westland, MI 48186-4879 |
| 30577660 | + | Daniel Smith, 9306 Palmer Ave, Kansas City, MO 64138-4233 |
| 30577661 | + | Daniel Snover, 1212 N Quaker Ave, 1025, Lubbock, TX 79415-2742 |
| 30577663 | + | Daniel Steinle, 710 S Hardy Dr, L208, Tempe, AZ 85281-3494 |
| 30577664 | + | Daniel Stetter, 412 west exchange st, Geneseo, IL 61254-1223 |
| 30577665 | + | Daniel Stevens, 2321 Thousand Oaks Dr, Richmond, VA 23294-3433 |
| 30577666 | + | Daniel Stinson, 1201 W Girard Ave, #415, Philadelphia, PA 19123-1003 |
| 30577667 | + | Daniel Stroud, 2876 se woodward st, Portland, OR 97202-1360 |
| 30577668 | | Daniel Sullivan, c/o Reddie & Grose LLP, the White Chapel, 10 Whitechapel High Street, London, ENGLAND E1 8QS, UNITED KINGDOM |
| 30577669 | | Daniel Sutoris, D rerweg, Apt. 27, Weingarten, BADEN-WURTTEMBERG 88250, GERMANY |
| 30577670 | | Daniel Svensson, Vega All 49 Lgh 1204, Vega, STOCKHOLM 136 56, SWEDEN |
| 30577671 | | Daniel Symmons, 8 Woodland Way, Greenhithe, ENGLAND DA99QU, UNITED KINGDOM |
| 30577672 | | Daniel Taylor, 316 Bradfordridge Ln Apt D, Ft Wright, KY 41011-5125 |
| 30577673 | | Daniel Thoelke, 1112 Carroll St, Boone, IA 50036-2254 |
| 30577676 | | Daniel Trakas, 1094 Carding Mill Pl, Mississauga, ONTARIO L5W 1C5, CANADA |
| 30577677 | | Daniel Travers, 32 Cullen Square, South Ockendon, ENGLAND RM156AB, UNITED KINGDOM |
| 30577678 | | Daniel Trejo, 201 Lavaca St Apt 310, Austin, TX 78701-3968 |
| 30577679 | + | Daniel Tresnak, 300 Harrison Ave, Apt 403, Boston, MA 02118-2826 |
| 30577681 | + | Daniel V Nielsen, 208 Jasmine Dr., Alabaster, AL 35007-5216 |
| 30577684 | + | Daniel W Minch, 7425 ruby drive sw, Apt. B1, Lakewood, WA 98498-5056 |
| 30577686 | + | Daniel Wallace, 275 38th Place, Springfield, OR 97478-5729 |
| 30577687 | | Daniel Walters, 8 James Barton Blvd, Jamesburg, NJ 08831-1192 |
| 30577688 | | Daniel Wang, 13915 28th Rd Apt 5B, Flushing, NY 11354-1815 |
| 30577689 | + | Daniel Waters, 1920 E 2nd ST, Apt. 2909, Edmond, OK 73034-6379 |
| 30577690 | + | Daniel Waye, 10805 Arvada pl, Fishers, IN 46038-7708 |
| 30577691 | | Daniel Wetten, 6 BITTON PARK ROAD, Teignmouth, GREAT BRITAIN TQ14 9BU, UNITED KINGDOM |
| 30577692 | | Daniel Wood, 4839 BRIDGEMONT LN, SPRING, TX 77388-3870 |
| 30577693 | + | Daniel Woodward, 2642 Chimney Springs Dr, Marietta, GA 30062-6397 |
| 30577694 | + | Daniel Wu, 101 Washington Street, Apt 267, Conshohocken, PA 19428-2511 |
| 30577696 | | Daniel Yang, 455 Brightview Dr, Glendora, CA 91741-3204 |
| 30577697 | + | Daniel Yoder, 4853 Westchester Dr, Apt 203, Youngstown, OH 44515-2587 |
| 30577519 | | Daniel black, 1023 windyhall park, Coleraine, NORTHERN IRELAND BT52 1TX, UNITED KINGDOM |
| 30577545 | | Daniel dzuba, 205 LAKEVIEW AVE, JAMESTOWN, NY 14701-3621 |
| 30577575 | | Daniel higgins, 532 Water St, Framingham, MA 01701-7607 |
| 30577580 | + | Daniel hull, 3550 S Kendall st., 9-307, Denver, CO 80235-2669 |
| 30577662 | + | Daniel sobczak, 644 homer ave, Palo Alto, CA 94301-2827 |
| 30577675 | | Daniel tolman, 103 Freshbrook Road, Lancing, West Sussex, ENGLAND BN158DL, UNITED KINGDOM |

District/off: 0752-1                          User: admin                                    Page 122 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                              Total Noticed: 30719

30577682            Daniel van Hemert, Bennekomstraat, Apt. 22, Den Haag, ZUID-HOLLAND 2573RE, NETHERLANDS
30577699         +  Daniela Gomez, 603 S Central Ave, Belmont, NC 28012-4029
30577700            Daniela Martinez, 9819 ANCESTRY CT, DALLAS, TX 75217-7774
30577701            Daniela Nissel, Barabein 45, Warthausen 88447, GERMANY
30577702         +  Daniela Raczy, 5517 N 184th Ln, Litchfield Park, AZ 85340-6263
30577703            Daniela Ramirez, 22482 Alma Aldea Apt 248, Rancho Santa Margarita, CA 92688-2840
30577704            Daniela Urzua, 1062 Walnut Woods Pl, Lake Mary, FL 32746-4453
30577705         +  Daniela Vega, 166 S Third St, Apt #1, Brooklyn, NY 11211-8646
30577706            Daniele Crevier, 5015 E BONNY BRUCE DR, STEVENSVILLE, MI 49127-9619
30577707            Daniele Ghirardello, Via Insubria, Apt. 3, Lomazzo, Como, 22074, ITALY
30577708            Daniele Tortoriello, 1255 Magie Ave Apt 230, Union, NJ 07083-8170
30577709            Daniella Nowicki, 70 THE CMN, PHILLIPSTON, MA 01331-9738
30577710            Danielle Bradfield, 43 Woodview Dr, Muskegon, MI 49442-7717
30577711            Danielle Ciliberto, 35 Molly Stark Dr, Morristown, NJ 07960-5140
30577712            Danielle Davis, 18 Kingswood Ln, Lynn, MA 01905-3119
30577714         +  Danielle DiNatale, 23 Merrydale Drive, Rochester, NY 14624-2915
30577713            Danielle Dickhaus, 240 Wild Blueberry Way, Murphy, NC 28906-3717
30577715            Danielle Foster, 900 N MONTGOMERY AVE APT 201, SHEFFIELD, AL 35660-2854
30577716            Danielle Guerrero, 7509 Sierra de Oro Pl, Las Cruces, NM 88012-0794
30577717            Danielle Gumaer, 19 Union St, Plains, PA 18705-3918
30577718            Danielle Harlin, 4725 Shilshole Ave NW Slip 10, Seattle, WA 98107-4852
30577719         +  Danielle Henderson, 4935 Upper Possum Creek Road, Gate City, VA 24251-5745
30577720            Danielle Hunt, 6185 Polo Club Dr, Cumming, GA 30040-5714
30577721            Danielle Kopiczko, 6158 Harrison St, Garden City, MI 48135-2556
30577722         +  Danielle Krassner, 407 Croyden Rd, Cheltenham, PA 19012-1611
30577723            Danielle Kratzer, 4444 Heister Valley Rd, Richfield, PA 17086-9009
30577724         +  Danielle Lakritz, 32 Maple Avenue, Farmington, CT 06032-1717
30577725            Danielle Lynd, 3300 Federalist Dr, Dayton, OH 45440-1580
30577726         +  Danielle Mardahl, 3172 N Clark St, Apt E1, Chicago, IL 60657-4476
30577728            Danielle Mauro, 631 6th St, West Babylon, NY 11704-4509
30577729         +  Danielle McVey, 210 W Tujunga Ave, Apt. 11, Burbank, CA 91502-2367
30577730         +  Danielle Mohlman, 17857 Cassidy Place, Chino Hills, CA 91709-3291
30577731         +  Danielle Mooney, 110 High Street, WA, MO 63090-1533
30577732            Danielle Nardone, 8 Garrett Pl, Middletown, NJ 07748-1513
30577733            Danielle O' Driscoll, 57 Ballygologue Park, Listowel, KERRY V317657, IRELAND
30577734         +  Danielle Osgood, 5100 Arbor Chase Dr, Raleigh, NC 27616-0709
30577735            Danielle Pawlus, 1849 Hideaway Pl Apt 204, Corona, CA 92881-3364
30577736         +  Danielle Pocaro, 7102 285th St NW, Stanwood, WA 98292-8406
30577737         +  Danielle Ponder, 10900 Wilshire Blvd St 1200, LA, CA 90024-6548
30577738         +  Danielle Puleo, 706 Suffolk St., Kill Devil Hills, NC 27948-9211
30577739            Danielle S Martin, 2586 JANS WAY, ALTAMONTE SPG, FL 32714-2621
30577740         +  Danielle Smith, 179 Nadine Drive, Webster, NY 14580-2875
30577741            Danielle Smith, 131 New St, Shelton, CT 06484-2325
30577742         +  Danielle Solicito, 1 Burlingham Ct, Stony Point, NY 10980-2643
30577743         +  Danielle Sullivan, 941 W 900 S, Woods Cross, UT 84087-2005
30577744            Danielle Sullivan, 7011 W Cornelia Ave, Chicago, IL 60634-3627
30577745            Danielle Tidd, 2250 180th Rd, Neosho Falls, KS 66758-4010
30577746            Danielle Varieur, 81 Shadow Lake Rd, Salem, NH 03079-1427
30577747            Danielle Verrilli, 834 N Salem Rd, Ridgefield, CT 06877-1723
30577748         +  Danielle Wagar, 14 Rensselaer Drive, Pittsford, NY 14534-3119
30577749         +  Danielle Washington, 712 26th Court NW, Birmingham, AL 35215-2214
30577751         +  Danielle Wu, 58 Laumer Avenue, San Jose, CA 95127-2428
30577727            Danielle mashuda, 8 BRADFORD AVE, PITTSBURGH, PA 15205-3121
30577752         +  Danika Dompor, 13494 Eagle Nest Ct, Eastvale, CA 92880-9098
30577753            Danika Osmond, 478 Lowelltown Rd, Wiscasset, ME 04578-4422
30577754         +  Danil Danshin, 300 Cornell Drive, #A3, STE 63424, Wilmington, DE 19801-5768
30577755            Danilo Incerti, Via Consorzio 3, Guastalla, REGGIO EMILIA 42016, ITALY
30577757            Danita Smith, 20302 GRAZING WAY, MONTGOMRY VLG, MD 20886-1210
30577758            Danitza Garc a, Jos Uribe 152, Quilpue, Valparaiso 2234323, CHILE
30577759         +  Danna Eshleman, 1621 Clear Brook Dr, Knoxville, TN 37922-6069
30577760         +  Danni Wulf, 10346 Park Meadows Dr., Apt. 2116, Lone Tree, CO 80124-6872
30577762            Danniella Melendez, 2819 Polk Ave, San Diego, CA 92104-2509
30577763            Danny Banks, 2887 S 500 W, Bountiful, UT 84010-7703

| | | |
|---|---|---|
| 30577764 | | Danny Bennett, 68 Saint Bernard's Road, Shirehampton, Bristol, England BS11 9UL, UNITED KINGDOM |
| 30577765 | | Danny Braks, Gording, 55, Uden 5406 CM, NETHERLANDS |
| 30577766 | + | Danny Burgess, 19 Eastridge Ave, York, NE 68467-3938 |
| 30577768 | + | Danny Dickson, 164 Grant Avenue, Apt 2, Bellevue, PA 15202-3862 |
| 30577769 | | Danny Espinoza, 4430 Southeast Dr, San Antonio, TX 78222-4806 |
| 30577770 | + | Danny Farrington, 301 Plumas Dr., Allen, TX 75013-3698 |
| 30577771 | + | Danny Frias, 7759 Melvin Ave, Reseda, CA 91335-2328 |
| 30577772 | + | Danny Hauck, 705 Edgehill Dr, Hurst, TX 76053-4323 |
| 30577773 | | Danny Kim, 2571 C St, San Diego, CA 92102-2114 |
| 30577774 | + | Danny Lucas, 101 6th Ave S, Apt. 224, Seattle, WA 98104-2797 |
| 30577775 | | Danny Mokatar, Jan-58, simmat avenue, condell park, New South Wales, 2200, AUSTRALIA |
| 30577776 | | Danny Morris, 44 Bant Mill Road, Bromsgrove, ENGLAND B60 2AQ, UNITED KINGDOM |
| 30577777 | | Danny O'Leary, 530 Park Ave, Laurel Springs, NJ 08021-3128 |
| 30577778 | + | Danny Pham, 20020 Wanegarden Court, Germantown, MD 20874-1005 |
| 30577779 | + | Danny Reinhardt, 822 N 94th Plaza, Apt. 5, Omaha, NE 68114-2533 |
| 30577780 | | Danny Ruiz, 3791 Genesee Dr, Philadelphia, PA 19154-3018 |
| 30577781 | | Danny Vink, 500 E Palmer Ave, Glendale, CA 91205-3417 |
| 30577782 | | Danny Young, 10 Old Church Hill Road, Clarenville, Newfoundland and Labrador, CANADA |
| 30577767 | + | Danny cella, 901 east van buren street, Apt. 2102, Phoenix, AZ 85006-4036 |
| 30577783 | + | Dante Boin, 20115 Heritage Point Dr, Tampa, FL 33647-3338 |
| 30577784 | + | Dante Dowden, 4217 Copperline Rd E, Mount Vernon, IN 47620-7111 |
| 30577785 | + | Dante Gonsalves, 1030 E Bethany Home Rd, Apt. 104, Phoenix, AZ 85014-2232 |
| 30577786 | + | Dante Hall-Lyons, 103 SE 7th st, Lees summit, MO 64063-4209 |
| 30577787 | | Dante J Herrera, 5832 Waterdale Ct, Centreville, VA 20121-3024 |
| 30577788 | + | Dante Lumsden, 2115 E 17th St, Cheyenne, WY 82001-5015 |
| 30577789 | + | Dante Stauber, 6670 Vernon avenue south, Edina, MN 55436-1845 |
| 30577790 | | Danyell Forschler, 969 Bille Rd, Paradise, CA 95969-3255 |
| 30577791 | | Danyssa Seiwert, 1016 Elm St, Merrill, WI 54452-1561 |
| 30577792 | | Danz Joshua, 5 rue Aretha Franklin, Appartement 110, Rouen, Haute-Normandie, 76000, FRANCE |
| 30577793 | + | Daquan Patterson, 4455 Interlake Ave N, UNIT 431, Seattle, WA 98103-7591 |
| 30577795 | | Dara Nunn, 6061 Mary Ellen Ave, Valley Glen, CA 91401-3101 |
| 30577794 | + | Dara hanley, 8465 sw hemlock st, B, Portland, OR 97223-5832 |
| 30577796 | | Darby Gilbert, 332 Logan Run Rd, Danville, PA 17821-6477 |
| 30577797 | + | Darci Keskeys, 6255 W Tropicana Ave, Apt 427, Las Vegas, NV 89103-4675 |
| 30577798 | | Darcy Boisvert, PO Box 85, Girouxville, Alberta T0H 1S0, CANADA |
| 30577799 | | Darcy Hancock-Dalal, 113 Fiord Dr, North Augusta, SC 29841-6042 |
| 30577800 | | Darcy Kyburz, 3114 Perlita Ave, Los Angeles, CA 90039-2423 |
| 30577801 | + | Darcy Martin, 4704 pointes drive, Apt. 102, Mukilteo, WA 98275-6074 |
| 30577802 | | Darcy Merkel, 9 Westlake Circle, Strathmore, Alberta T1P1P9, CANADA |
| 30577803 | | Darcy van de Laar, 20 Sandowen Avenue, Burwood East, Victoria 3151, AUSTRALIA |
| 30577804 | + | Daria Bowen, 11582 Erins Walk, Bridgeville, DE 19933-3984 |
| 30577805 | | Daria Puntschenko, 7 Residence Inn Dr Apt 202, Latham, NY 12110-1052 |
| 30577806 | | Darian Hughes, 52 Francis Dr, Levant, ME 04456-4360 |
| 30577807 | + | Darian Watkins, 327 West Anapamu, B, Santa Barbara, CA 93101-6352 |
| 30577808 | | Dariel Elespuru, 3022 SW 134th Pl, Miami, FL 33175-7195 |
| 30577809 | | Darien M Gutierrez, 684 N 2560 E, Spanish Fork, UT 84660-6264 |
| 30577810 | | Darienne Martin, 951 Wonderland Road South, London, ON N6K 2X7, CANADA |
| 30577811 | + | Darin Sellers, 645 Classic Lane, Greenwood, IN 46143-6248 |
| 30577812 | + | DarioDante Villanova, 60 Marquette Drive, Smithtown, NY 11787-2054 |
| 30577813 | | Darius Johari, 411 N Shellman Ave, San Dimas, CA 91773-1638 |
| 30577814 | + | Darius Winston, 460 Jones Street, Cedar Hill, TX 75104-2827 |
| 30577815 | | Dariusz Twarowski, 12801 Lafayette St Unit E304, E304, Thornton, CO 80241-1814 |
| 30577816 | | Darko imi, Alte Eckartsh user Stra e, Apt. 5, Hammersbach, HESSEN 63546, GERMANY |
| 30577817 | | Darla Loggans, 704 S CHRISTIANA AVE, APOPKA, FL 32703-5438 |
| 30577818 | | Darlene Coppe, 1104 W Jackson Blvd, Spearfish, SD 57783-1606 |
| 30577819 | + | Darlene Sabree Reeves, 41 Vine Ave, Irvington, NJ 07111-3810 |
| 30577820 | | Darlene Salvatore, 173 SEAVER ST, D, STOUGHTON, MA 02072-2608 |
| 30577821 | + | Darline Darline, 31 Massolo Dr, H, Pleasant Hill, CA 94523-4843 |
| 30577823 | + | Darrell Hampton, 2525 Highway 360, Apt 711, Euless, TX 76039-5392 |
| 30577824 | + | Darrell Kontis-Smith, 1004 Whitfield Dr, Lancaster, PA 17601-4841 |
| 30577825 | | Darren Bakken, 202 E 6th St, Hartford, SD 57033-2231 |
| 30577826 | | Darren Bell, 1132 S Wilton St, Philadelphia, PA 19143-4207 |
| 30577827 | + | Darren Campo, 5606 Pinnacle Heights Circle, #206, Tampa, FL 33624-4022 |

30577828          Darren Chan, 29 Waddington Loop, Haynes, Western Australia 6112, AUSTRALIA
30577830          Darren Cloutier, 2 Worcester St, Keene, NH 03431-2824
30577831      +   Darren Cui, 6028 78th Ave, Ridgewood, NY 11385-6025
30577832          Darren Kenner, 45 Callon Drive, Ancaster, ONTARIO L9K 0H8, CANADA
30577833      +   Darren Koester, 2216 S Foothill Dr, G315, Salt Lake City, UT 84109-3998
30577834          Darren Loos, 116 W JEFFERSON AVE, WHEATON, IL 60187-4111
30577835      +   Darren Merrill, 2845 N Fair Oaks Ave, Tucson, AZ 85712-1875
30577836          Darren Mitchell, 90 Pategill Road, Penrith, ENGLAND CA11 8JS, UNITED KINGDOM
30577837      +   Darren Morse, 3410 April Ln, Murfreesboro, TN 37130-1014
30577838          Darren O'Brien, 185 Martinet Ave, London, ON N5V 4K3, CANADA
30577840          Darren Saturra, Gritznerstra e 39, Berlin, Berlin, 12163, GERMANY
30577841          Darren Severight, 1509 Hnatyshyn Avenue, Saskatoon, SK S7L 4G6, CANADA
30577842          Darren Sulfridge, 4120 Kite Meadow Drive, Plano, TX 75074-7778
30577843      +   Darren Weir, 15 Dunleavey Brook Drive, Uxbridge, MA 01569-3117
30577844          Darren White, 14 Steynton Road, Milford, Haven, SA73 1DA, UNITED KINGDOM
30577829          Darren che, 129 Darling Street, Greystanes, NEW SOUTH WALES 2145, AUSTRALIA
30577839      +   Darren preston, 9917 ne 132nd ave, Vancouver, WA 98682-2756
30577845      +   Darrian Fitzpatrick, 14911 Sheila Ann drive, Port Richey, FL 34669-1276
30577846          Darrin Looney, 442 Willow Creek Ln, Sutherlin, OR 97479-9912
30577847      +   Darrin M Barry, 18311 Highwoods Preserve PKWY, Unit 1411, Tampa, FL 33647-1797
30577848          Darwisy Maso'od, Singapore, 42 Circuit Road, #02-521, Singapore, Singapore 370042, SINGAPORE
30577849          Daryl Foster, 1/4 Florence Street, Brunswick, VICTORIA 3056, AUSTRALIA
30577850          Daryl J Ball, 40 Pollock Ave, Cambridge, ON N1R 2B1, CANADA
30577851      +   Daryl Salazar, 2414 HIBISCUS DR, HAYWARD, CA 94545-4564
30577852      +   Daryl Shreve, 1527 Lawndale Ave, Pleasant Hill, MO 64080-1523
30577853      +   Daryl Tanghe, 1906 Scott Ave, Nashville, TN 37206-2234
30577854          Daryna Mashchenko@gmail.com, Le na polana, 45081, Wronki, SZAMOTULY 64-510, POLAND
30577855      +   Dash Merrill, 90 Pomeroy Terr, No. 2, Northampton, MA 01060-3373
30577857          Dashboard Confessional, c/o Level Group Ltd ATTN: Jordan Sopp330, New York, NY 10018
30577859          Dasia Cotton, 419 FILIPP LN, LAKE ST LOUIS, MO 63367-4316
30577861      +   Daulet Diyarov, 22425 Market St, Apt 3325, Cornelius, NC 28031-3011
30577862          Daulton Potenza, 3199 Minuteman Way Apt B, Hill Air Force Base, UT 84056-1656
30577863      +   Davalynn Towell, 8839 E Sunnyside Dr, Scottsdale, AZ 85260-8621
30577864          Davanna Kearns, 821 Stony Hill Rd, Hinckley, OH 44233-9432
30577865      +   Dave Ando, 1018 River St, Scranton, PA 18505-2163
30577866      +   Dave Baldwin, 710 Thornhill Rd, Danville, CA 94526-3637
30577867          Dave Batley, 49 Collelo Ave, Moosup, CT 06354-1904
30577868          Dave Berkenbile, 1190 TAMPICO DR, EDWARDSVILLE, IL 62025-5115
30577869      +   Dave Culi, 302 Chisholm Place, Fort Wayne, IN 46825-6573
30577870      +   Dave Foley, 1679 Commercial St, #1, Weymouth, MA 02189-3000
30577871      +   Dave Hutler, 3900 Marigold ln., Modesto, CA 95356-1314
30577872          Dave Kramer, Swingstraat 70, Almere, FLEVOLAND 1326PN, NETHERLANDS
30577873      +   Dave Leonard, 7730 NE Wolf Rd, Elgin, OK 73538-2028
30577874      +   Dave Meyer, 1134 Kidd Road, Windsor, CA 95492-7906
30577875          Dave Pruneau, 8b Mowat Street, B, Stratford, ON N5A 2B7, CANADA
30577876          Dave Ramirez, 120 S Grand Ave Apt 52, Anaheim, CA 92804-1659
30577877          Dave Reid, 3368 Dawson St, Pittsburgh, PA 15213-4525
30577878      +   Dave Rollyson, 9805 Waters Ave S, Seattle, WA 98118-5958
30577879      +   Dave Schilling, 5650 Windsor Way, #307, Culver City, CA 90230-6748
30577880          Dave Shapiro, 1870 JOE CROSSON DR, EL CAJON, CA 92020-1271
30577881      +   Dave Ugelow, 4801 N Ventana Ridge Pl, Tucson, AZ 85750-6066
30577882      +   Dave Velahos, 103 Shelly Lane, Deptford, NJ 08096-4140
30577883          David Nosov, 2530 E 4th Ave, Spokane, WA 99202-4023
30577884      +   David A. Orozco II, PO Box 1516, Clovis, CA 93613-1516
30577885          David Abrams, 722 Harvest Ln, Olivette, MO 63132-3429
30577886          David Adam, 2406 34 st SW, Calgary, ALBERTA T3E2W5, CANADA
30577887          David Adeogba, 8515 Mansion Hill Ave Apt 13, Madison, WI 53719-4463
30577888      +   David Anders Jr, 1451 8th street, A, Alameda, CA 94501-3470
30577889          David Andreadakis, 8430 141ST ST, SEMINOLE, FL 33776-2842
30577890          David Anghel, M rbydalen 26, c/o Chase Aabel Nordkvis, Apt. 1603, Stockholm, DANDERYD 182 52, SWEDEN
30577892          David Arriaga, 136 NE Cimarron Trl, Lawton, OK 73507-1433
30577893      +   David Arrigoni, 1061 Sunny Slope Dr, Mountainside, NJ 07092-2133
30577894      +   David Avelares, 710 airport hwy, Wauseon, OH 43567-9067

District/off: 0752-1                                    User: admin                                         Page 125 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                                    Total Noticed: 30719

30577895   + David Baker, 1 Chadwick Court, Park Ridge, NJ 07656-2155
30577896     David Becker, 1690 Rudolph Ln, Lusby, MD 20657-4045
30577897     David Bell, 7003 FITZGERALD RD, DUBLIN, OH 43017-1040
30577898   + David Bonanno, 2218 Crescent St, Astoria, NY 11105-3106
30577900   + David Bradley, 4324 River Glen Dr, Joliet, IL 60431-8945
30577901     David Brittingham, 8491 Powers Pl, Chanhassen, MN 55317-9387
30577902   + David Bushman, P.O. Box 193, Ashton, IL 61006-0193
30577903     David Bussey, 7 Lomac Rd., ST. JOHN'S, NEWFOUNDLAND AND LABRADOR, A, CANADA
30577904   + David C Riley, 9779 Ross Ave, Cincinnati, OH 45242-7104
30577906     David Campanero Belda, Calle turmalina, 5, Bajo A, Madrid, Madrid, 28045, SPAIN
30577907   + David Carlos, 10566 S Pearl Ave, Yuma, AZ 85365-7162
30577908     David Carrasco, 1016 S 3rd Ave, Edinburg, TX 78539-4243
30577909   + David Castro Carter, 58686 Parkwood dr, Saint Helens, OR 97051-3632
30577911     David Chang, 22712 134th Pl SE, Kent, WA 98042-3212
30577912   + David Chavez, 12277 South Strang Line Road, Apt 1021, Olathe, KS 66062-5233
30577913   + David Clement, 5420 Century Plaza Way, San Jose, CA 95111-1820
30577914   + David Cobb, 2204 32nd Street, Bay City, MI 48708-8142
30577915     David Costello, 33 PASHO ST, ANDOVER, MA 01810-3640
30577916     David Cowie, 22 Conservation Place, Wishaw, SCOTLAND ML28EF, UNITED KINGDOM
30577917   + David Croshaw, 8401 Bishop Pine Rd, Denton, TX 76208-7684
30577918   + David Cruz, 110 Endsleigh Court, Robbinsville, NJ 08691-3019
30577921     David David, 351 Park Ave, Rutherford, NJ 07070-2749
30577922     David Declue, 322 Lilac Dr, Potosi, MO 63664-1916
30577923     David Delmont, 12717 Grant Cir, Omaha, NE 68164-3432
30577924   + David Desberg, 2122 13th Ave S, Seattle, WA 98144-4117
30577925     David Diamond, 14640 HUSTON ST, SHERMAN OAKS, CA 91403-1641
30577926   + David Diaz, 3314 W Byron St, Apt. 1, Chicago, IL 60618-4786
30577927     David Donaldson, 2271 Early Settlers Rd, North Chesterfield, VA 23235-3832
30577928   + David Donelson, 105 Cherry St, Kent, OH 44240-3766
30577929     David Dow, 3805 Mont Blanc Terrace, 403, Halifax, Nova Scotia B3K 6S3, CANADA
30577930   + David Drahushuk, 122, Dorwin Ave, Syracuse, NY 13205-3204
30577931   + David Driscoll, 1921 Season Ridge Blvd, EVANSVILLE, IN 47715-6529
30577932   + David Driver, 3806 W. 52nd Place, Roeland Park, KS 66205-2768
30577933   + David E Lopez, 1700 North Brevard Street, Apt 160, Charlotte, NC 28206-3612
30577934   + David Ebbert, 9627 S 25 W, Bunker Hill, IN 46914-9501
30577935   + David Ebbert, 162 Allston St, Apt 2, Boston, MA 02134-3619
30577936     David Edy, 946 N Bolton Ave, Indianapolis, IN 46219-4515
30577937     David Eggersh, Rosenheimer Stra e 128c, MUNICH, BAYERN 81669, GERMANY
30577938   + David Espinosa, 1928 I Avenue, National City, CA 91950-5839
30577939     David Etter, 145 SURREY LN, YORK, PA 17402-8560
30577940     David Fesciuc, Box 743, Two Hills, AB T0B 4K0, CANADA
30577941     David Fier, 414 6th St, De Witt, IA 52742-1722
30577942   + David Filicoski, 265 N Gilbert Rd, Apt 2140, Mesa, AZ 85203-8260
30577944     David Foote, 1673 Trumansburg Rd, Ithaca, NY 14850-9213
30577945     David Forsman, 125 ANDERSON HWY UNIT 5511B, CLEMSON, SC 29631-3046
30577947     David Frank, 2737 Wigginton Pt, Lexington, KY 40511-8862
30577946     David Frank, 513 NORTH ST, MAYS LANDING, NJ 08330-1626
30577948   + David Frijouf, 504 N Excelda Ave, Tampa, FL 33609-1622
30577950     David Frock, 507 Locust St, Hanover, PA 17331-2714
30577952   + David Garcia, 3243 Bear Creek Drive, Newbury Park, CA 91320-5004
30577951   + David Garcia, 11204 Bigelow St., Cerritos, CA 90703-6520
30577953     David Garcia Hernandez, 1018 HATHORN WAY DR, HOUSTON, TX 77094-3099
30577954   + David Gensch, 136 Marsh Dr, Grand Ledge, MI 48837-2115
30577955   + David Gibson, 2215 9th St, Apt. 309, Sacramento, CA 95818-1354
30577956     David Glass, 69 NE 48th St, Miami, FL 33137-3111
30577957   + David Glidden, 55 Reed Street, Vernon Rockville, CT 06066-3730
30577958     David Gottschalk, Firnhaberstr. 11, Suite 13, Nordhorn, Niedersachsen 48529, GERMANY
30577959     David Grubb, 1803 S Lincoln Ave, Lakeland, FL 33803-2015
30577960     David Guerra, 300 W North Loop Blvd Apt 111, Austin, TX 78751-1936
30577961   + David Haverstick, 1673 Yellowstone st, Napa, CA 94558-2340
30577962     David Heckman, 11174 Wood Elves Way, Columbia, MD 21044-1090
30577963   + David Hegarty, 333 W Cevallos St., Apt. 1214, San Antonio, TX 78204-1227
30577964   + David Heitman, 556 North Bicycle Path, Port Jefferson Station, NY 11776-3410

30577965   + David Hicks, 1199 Whitney Ave, Apt 105, Hamden, CT 06517-2804
30577967   + David Holland, 1157 Madison Green LN SW, Mableton, GA 30126-2154
30577968     David Hollingsworth, 26565 EVANS RD, MENIFEE, CA 92585-9354
30577969     David Horbert, 115 Ivy Meadow Ln, Durham, NC 27707-3499
30577970   + David Hughes Jr., 1017 N Hermitage Ave., Apt 3F, Chicago, IL 60622-7950
30577971     David Hyde, 518 E Georgia Ave Unit A, Gunnison, CO 81230-2011
30577972     David Ilgen, 823 The Highlands, Danville, PA 17821-1865
30577973     David Intrieri, 7677 W PARADISE LN APT 1009, PEORIA, AZ 85382-4962
30577974   + David J Brandy, 126 SW 13th st, Cape Coral, FL 33991-2834
30577975   + David J. Knoblock, 44 Dartmouth Road, Parlin, NJ 08859-1233
30577976   + David Jackson, 515 Autumn Walk, Canton, GA 30114-6681
30577977   + David Jarrah, 905 Bethlehem Rd, Catasauqua, PA 18032-1405
30577978     David Jimenez, 568 15th St, West Babylon, NY 11704-2621
30577979   + David Johnson, 1125 Spanish Needle Trl, Fort Worth, TX 76177-2087
30577980     David Jones, 4137 Quincy St, Saint Louis, MO 63116-2704
30577981   + David Joseph Gutierrez Jr, 2845 ruby st, Franklin park, IL 60131-2623
30577982   + David Julius, 21 Walnut Lane, Kinnelon, NJ 07405-2025
30577983     David Jusczak, PO Box 503, Franktown, CO 80116-0503
30577985   + David Klinginsmith, 18316 36th Ave W, C2, Lynnwood, WA 98037-3875
30577986     David Klint, Ninos heroes 14, San Pablo Villa de Mitla, Oaxaca 70430, MEXICO
30577987   + David Kloc, 3153 Atwater Ave., Los Angeles, CA 90039-2403
30577988   + David Knoblock, 44 Dartmouth Road, Parlin, NJ 08859-1233
30577989   + David Kobel, 1151 N Cheyenne Avemue, Tulsa, OK 74106-4645
30577990     David Koehler, 7925 Vinings Oak Ln Apt 528, Matthews, NC 28105-5118
30577991   + David Kollipara, 8775 Bahama Circle, Hobe Sound, FL 33455-4310
30577992     David Kowalski, Am Eschbachtal 13, Frankfurt am Main, Hessen, 60437, GERMANY
30577993   + David Kronk, 840 Wilshire Dr, Belleville, IL 62223-2623
30577994   + David Kushner, 1009 Summit Ave, Nashville, TN 37203-4918
30577995     David Kutish, 5255 Snowdrift Rd, Orefield, PA 18069-9513
30577996     David Kwiatkowski, 1644 Hillside Ave, Apt. 126, Victoria, BRITISH COLUMBIA V8T 3A0, CANADA
30577997   + David L Dangelico, 6491 Ohara Court Drive, West Springfield, VA 22152-2117
30578000     David LaRose, 1909 Edgebrook Cir Apt 105, Sanford, FL 32771-7471
30577998   + David Lambert, 21 Jeffrey Drive, Columbia City, IN 46725-1430
30577999     David Lane, 2733 KNIGHTSBRIDGE RD, CLERMONT, FL 34711-5279
30578001     David Lefebvre, 6708 12ave NW, Edmonton, Alberta T6K 3P8, CANADA
30578002   + David Lewis, 221 North Vista, Auburn Hills, MI 48326-1418
30578003     David Lindsay, 110 S Manhattan Ave Apt 72, Tampa, FL 33609-3877
30578004   + David Link, 3207 South 23rd Street, Milwaukee, WI 53215-4410
30578005     David Lloyd, 93, Langton Avenue, Chelmsford, England, CM1 2BW, UNITED KINGDOM
30578006     David Lloyd, 11711 Collett Ave Apt 224, Riverside, CA 92505-3768
30578007     David Lopes, Rua Vila do Seixal, N 9 / 1 Esq., Almada, Set baL, 2810-141, PORTUGAL
30578008     David Lucarello, 549 Richfield Ave, Kenilworth, NJ 07033-1925
30578009   + David M Fuentes, 222 Monroe Street, 1S, Hoboken, NJ 07030-6674
30578010     David M Venables, 44 Highfields, Chirk, Wrexham, WALES LL14 5NU, UNITED KINGDOM
30578011   + David Mallard, 1000 11th Street, Apt. 2405, Plano, TX 75074-7117
30578012     David Mallick, 4330 Via Monclova, San Diego, CA 92122-5452
30578013   + David Marcus, 132 W Alna Rd, Wiscasset, ME 04578-4092
30578014   + David Maricondo, 751 North 6th St, Apt. 202, Columbus, OH 43215-2990
30578015     David Martin, 1101 Kildeer Rd, Greenville, IL 62246-2407
30578016   + David Martinez, 75 Whitetail Cir, Sumter, SC 29154-4728
30578017     David McGonagle, 116 Warren Ave, Kenmore, NY 14217-2819
30578018     David McGowan, 53 Curtis St, Scituate, MA 02066-2537
30578019     David Minero, 1707 BEECH BEND DR, HOUSTON, TX 77077-4914
30578020     David Minihan, 13250 Windmill Way, Culpeper, VA 22701-5136
30578021     David Mohney, 58 Pennicott Cir, Penfield, NY 14526-9517
30578022     David Montminy, 211 rue des Jonquilles, Coaticook, QUEBEC J1A2Z5, CANADA
30578023     David Moore-Schwartz, 5749 E Creekside Ave Unit 2, Orange, CA 92869-3179
30578024   + David Mortensen, 301 Navarette Place, Placentia, CA 92870-7474
30578025   + David Moyle, 4240 Berry Rd, Gainesville, VA 20155-1120
30578026     David Muhammad, 10944 San Pablo Ave Apt 215, El Cerrito, CA 94530-2374
30578027     David Murray, 103 Rusden Road, Mount Riverview, NEW SOUTH WALES 2774, AUSTRALIA
30578028     David Myers, 537 Havasu Ln, Bullhead City, AZ 86442-5347
30578029   + David N Miranda, 3142 STONEHAVEN DR, SAN ANTONIO, TX 78230-4043

District/off: 0752-1 User: admin Page 127 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| | | |
|---|---|---|
| 30578030 | | David Nathan Raveles, 730 E WHEATLAND RD, DUNCANVILLE, TX 75116-4931 |
| 30578031 | | David Noppers, Koninginnegracht 108B, DEN HAAG, Zuid Holland, 2514 AL, NETHERLANDS |
| 30578032 | + | David Norgaard, 1300 Burton Dr, Apt. 305, Vacaville, CA 95687-3540 |
| 30578033 | | David Oakes, 6 Richmond Close, Sandbach, ENGLAND CW11 3TX, UNITED KINGDOM |
| 30578034 | | David Olufade, 4242 Parkton St Apt 1D, Baltimore, MD 21229-4552 |
| 30578035 | + | David Osborne, 19380 three notch rd, Lexington park, MD 20653-3604 |
| 30578036 | + | David P Brownsword, 3048 Acorn Ln, Red Lion, PA 17356-9783 |
| 30578037 | | David Pagliarulo, 625 E 6th St Apt 2, NY, NY 10009-6805 |
| 30578038 | | David Pandich, 538 Osteen Maytown Rd, Osteen, FL 32764-9716 |
| 30578039 | | David Parazoo, PO Box 1911, Kenai, AK 99611-1911 |
| 30578040 | + | David Paris, 3501 D H Watkins, Deer Park, TX 77536-5762 |
| 30578041 | + | David Pastrana, 214 Birch Ln, Hollister, CA 95023-3431 |
| 30578042 | + | David Pastrana Vasquez, 214 Birch Lane, Hollister, CA 95023-3431 |
| 30578043 | + | David Pavone, 5720 Metroview Pkwy, Apt. 459, Alexandria, VA 22303-1564 |
| 30578044 | | David Pe a III, 8119 E BACKWATER RD, NORTH WEBSTER, IN 46555-9763 |
| 30578046 | | David Perrotta, 41665 Dukesbury Ct, Novi, MI 48375-4785 |
| 30578047 | + | David Pontious, 125 W. Saratoga St, Apt. 305, Baltimore, MD 21201-4437 |
| 30578048 | | David Potter, 12001 Summer Meadow Dr, Lakewood Ranch, FL 34202-1008 |
| 30578049 | + | David Profusek, 5701 Halwick Drive, Ravenna, OH 44266-9076 |
| 30578050 | + | David Puentes, 4641 Lasater Rd, Trlr 41, Mesquite, TX 75181-3454 |
| 30578051 | | David Purtell, PO Box 936, Twisp, WA 98856-0936 |
| 30578052 | | David Rackham, 10 Near Church, Forncett St Peter, Norwich, england NR161HX, UNITED KINGDOM |
| 30578053 | + | David Radabaugh, 1840 Lincoln Ave, Saint Paul, MN 55105-1419 |
| 30578054 | | David Ralph, 2051 Northwest Parkway St, Azle, TX 76020 |
| 30578055 | + | David Ramirez, 1334 Stillman St, Selma, CA 93662-3222 |
| 30578056 | | David Ramirez, 128 Santa Cruz Ave, Daly City, CA 94014-1050 |
| 30578058 | | David Reese, 315 Jefferson Ave, The University Of Scranton, Scranton, PA 18510-2439 |
| 30578059 | | David Reyes, 11577 Meadowbrook Dr, El Paso, TX 79936-5636 |
| 30578060 | + | David Richards, 3827 Kenilworth Lane, Knoxville, TN 37914-3316 |
| 30578061 | | David Richardson, 5513 Plymouth Rd, Baltimore, MD 21214-1619 |
| 30578062 | + | David Riddle, 1512 45th St, Des Moines, IA 50311-2423 |
| 30578063 | + | David Ritchie, 535 lakeside ct, Rome city, IN 46784-9712 |
| 30578064 | | David Rousseau, 120 Florida Rd S, Mattydale, NY 13211-1845 |
| 30578065 | + | David Roybal, 2909 N Selman St, Hobbs, NM 88240-2065 |
| 30578066 | | David Rubio, 572 S 330 E, American Fork, UT 84003-2546 |
| 30578067 | + | David Rudgers, 1108 R Street, Apt. 502, Sacramento, CA 95811-6580 |
| 30578068 | | David Ruiz, 1331 E 27th St, Los Angeles, CA 90011-2238 |
| 30578069 | | David Ruiz Sol, C/ Sant Vicen n 21, Casa (House), Igualada, BARCELONA 8700, SPAIN |
| 30578070 | | David Rumsey, 4885 Hancock St, Montague, MI 49437-1378 |
| 30578071 | | David Russell, 1922 17th St S, Saint Cloud, MN 56301-4906 |
| 30578072 | + | David S. Diamond, 10110 Mark Avenue, Irwin, PA 15642-1596 |
| 30578073 | | David Saldana, 3403 Cedar Valley Ln, Shafter, CA 93263-9499 |
| 30578074 | | David Santos, 91-1011 Hookaahea St, Ewa Beach, HI 96706-4904 |
| 30578075 | | David Schnorbus, 387 Saint Albans St N Apt 1, Saint Paul, MN 55104-5385 |
| 30578076 | | David Scott, Samaray, 6 brownhills Court, Carlow town, Carlow, Carlow Town R93A256, IRELAND |
| 30578078 | | David Sharp, 203 Comets Path Rd, Pineville, LA 71360-6029 |
| 30578079 | + | David Sheridan Velez, 1406 Camden Cv, Apt Suite Bldg Optional, San Antonio, TX 78258-7290 |
| 30578080 | | David Short, 76 Hendry Road, Kirkcaldy, Scotland KY2 5DD, UNITED KINGDOM |
| 30578081 | | David Sl de ek, Lubn 67, Lubn 67, Kromeriz 767 01, CZECH REPUBLIC |
| 30578082 | + | David Slatus, 7 Overlook Drive, Bedford Corners, NY 10549-4908 |
| 30578083 | + | David Slebodnick, 2242 cordova ave, Youngstown, OH 44504-1813 |
| 30578084 | + | David Smith, 16916 SE 326th pl, Auburn, WA 98092-5953 |
| 30578085 | | David Song, 634 Willow Street, Brookdale, Nova Scotia B4H 3Y3, CANADA |
| 30578086 | + | David Spencer, 1900 Half St SW, Apt. 843, WA, DC 20024-3326 |
| 30578087 | + | David Spinosa, 132 Chestnut Street, Garfield, NJ 07026-2728 |
| 30578088 | + | David Starrette, 308 Timberland Ct, Kingsport, TN 37664-5357 |
| 30578089 | | David Stefanowski, Pappelweg 10, Altlandsberg, BRANDENBURG 15345, GERMANY |
| 30578090 | + | David Stern, 8532 Tanglewood Trail, Chagrin Falls, OH 44023-5651 |
| 30578091 | + | David Stewart, 19975 Stanton Ave, Castro Valley, CA 94546-4024 |
| 30578092 | | David Streett, 1729 Clark Dr, Erie, CO 80516-6890 |
| 30578093 | | David Suarez, 2281 NW 82nd Way, Pembroke Pines, FL 33024-3528 |
| 30578094 | | David Sullivan, 9209 Lichtenauer Dr Apt 216, Lenexa, KS 66219-2133 |
| 30578095 | | David Surbrook, 7604 Kemberton Dr E, Nolensville, TN 37135-4035 |

District/off: 0752-1                                    User: admin                                          Page 128 of 507
Date Rcvd: Jan 04, 2024                               Form ID: 309C                                      Total Noticed: 30719

30578096          David Symons, 6540 Younger Rd, Bliss, NY 14024-9748
30578097        + David Tadros, 140 North St., Apt. 2, Bayonne, NJ 07002-1217
30578098        + David Taylor, 301 Rochester Hill Rd, Rochester, NH 03867-1775
30578099          David Ugrinovski, Rydsv gen 352A, Apt. 1102, Link ping, sterg tland 58439, SWEDEN
30578100          David Vasquez, 12248 Bob White Dr, Houston, TX 77035-5292
30578101          David Victor, 9109 Addington Dr, Commerce Township, MI 48390-4017
30578102          David Villam, Hovirag utca 37, Komarom, Komarom-Esztergom megye, 2921, HUNGARY
30578103          David Villanueva, Sur 121 #256 Unidad INPI Iztacalco, CIUDAD DE MEXICO, 8760, MEXICO
30578104        + David Villegas, 2352 New York Ave, Huntington Station, NY 11746-4255
30578105        + David W Morgan, 313 Academy dr., Vestal, NY 13850-2403
30578106        + David W Skinner, 545 Hawthorne Street, Everett, WA 98201-1216
30578107          David Wallace, 508 Baker Rd, Purvis, MS 39475-3914
30578108        + David Walters, 2770 Roosevelt blvd, Apt. 4901, Largo, FL 33760-3523
30578109        + David Wang, 6833 Malton Ct, Centreville, VA 20121-2558
30578110          David Washburn, 347 DALENE WAY, HONOLULU, HI 96821-2204
30578111          David Waterhouse, 39 Borrowdale Croft, Yeadon, Leeds LS19 7FN, UNITED KINGDOM
30578112          David Watson, 1662 Park St, Muskegon, MI 49441-2421
30578113        + David Webb, 1804 Trotter Ave, Knoxville, TN 37920-3418
30578114        + David Westcott, 5 Dorset Court, Savannah, GA 31410-3177
30578115          David Wheeler, 14030 Sandrock Ridge Dr, Chesterfield, VA 23838-8749
30578116          David Whittington, 20 Front St, Tiffin, OH 44883-2844
30578117          David Willetts, 24, Harbour Hill Crescent, Poole, ENGLAND BH15 3QA, UNITED KINGDOM, England 00000-0000
30578119          David Woodger, 3 Avon Ave, Newburyport, MA 01950-3612
30578120          David Zavala, 2060 Chicago Ave Ste B5, Riverside, CA 92507-2362
30578121        + David Zesbaugh, 4424 N 10TH ST, Tacoma, WA 98406-3602
30578122        + David Zhang, 292 Douglass St, San Francisco, CA 94114-2439
30578123          David Zhang, 91 Tradewinds Avenue, Paradise Point, QUEENSLAND 4216, AUSTRALIA
30578124          David Zimmerman, 3245 Honeyburyl Dr, Colorado Springs, CO 80918-4780
30578125        + David Zwald, 18 6th Ave, Apt. 920, Brooklyn, NY 11217-4972
30577891        + David anker, 16439 harvest ave, Norwalk, CA 90650-6929
30577899        + David bonderer, 9093 ridge rd, Seminole, FL 33772-2733
30577910        + David caulton, 398 Rhode Island ave, Apt. 2, Rochester, PA 15074-2120
30577919          David csoban, 144 WOODLAND ST, EAST ISLIP, NY 11730-1920
30578045        + David perez, 113 pinewood circle, Kissimmee, FL 34743-7802
30578057        + David ramsdell, 5101 Brevard Ln., Graham, NC 27253-9695
30578118        + David wood, 58 Main Street, Apt 5, New Paltz, NY 12561-1522
30578127          Davide Ostinelli, Via Olivers 122, Mossa, Gorizia 34070, ITALY
30578128        + Davin Quinn, 1101 Yale Boulevard NE, Pete and Nancy Domenici Hall, Albuquerque, NM 87106-3834
30578129          Davina Sunshine, 1160 Lansdowne Drive, Coquitlam, BC V3B 5V8, CANADA
30578130        + Davina Widdison, 2766 East 1500 South, Vernal, UT 84078-9180
30578131          Davis Carroll, 149 Cox St Apt 208, Auburn, AL 36832-4673
30578132          Davis Piazza, 625 Main St, Beverly, WV 26253-9615
30578133        + Davis Strack, 7624 Gallant Fox Ct, Midlothian, VA 23112-6132
30578134          Davis Yoo, 3103 Longhorn blvd, STE 106 BRX204-6, Austin, TX 78758
30578135        + Dawn Butler, 5763 Valerie Ave, Woodland Hills, CA 91367-3968
30578136        + Dawn Clayton, 4843 Holbrook Dr., charlotte, NC 28212-5330
30578137          Dawn Henderson, 1007 9th St, Sibley, IA 51249-1921
30578138        + Dawn Isabel, 221 Cuyahoga Ct., South Lyon, MI 48178-8205
30578139        + Dawn Kent, 35 Beverly Road, West Caldwell, NJ 07006-6501
30578141          Dawn Lindsay, 16 - 1475 Deep Cove Road, North Vancouver, BC V7G 2S3, CANADA
30578142          Dawn Mitchell, 2903 STATE ROUTE 48, OSWEGO, NY 13126-6524
30578143        + Dawn Roewe, 509 N 5th St, Colby, WI 54421-9649
30578145          Dawn Stump, PO Box 748, Upland, IN 46989-0748
30578146          Dawn Tatz, 3006 Susan Rd, Bellmore, NY 11710-5222
30578147        + Dawn Till, 20834 229th Ave SE, Maple Valley, WA 98038-8919
30578148          Dawn West, 1057 Surrey Ln, Batavia, OH 45103-1424
30578149          Dawn Wetherell, 110 Pine St, Clinton, MA 01510-1824
30578150        + Dawson Fournier, 15 N Tunesbrook Dr, Toms River, NJ 08753-3625
30578152          Dawson Kitts Kitts, 1980 Greenland Way Apt 305, Knoxville, TN 37932-1859
30578153          Dawson Lantz Dawson Lantz, 1980 Greenland Way Apt 305, Knoxville, TN 37932-1859
30578155        + Dawson M. Krarup, 809 Olive Way, Apt 804, Seattle, WA 98101-1897
30578156          Dawson McInnrs, 2631 N Birchwood Ave, Appleton, WI 54914-2059
30578157          Dawson Munro, 63 Chapel Street, Aberdeen, Scotland AB10 1SS, UNITED KINGDOM

| |

| |

30578158 + Dawson Thompson, 9653 S 25 W, Bunker Hill, IN 46914-9501
30578154 + Dawson lewis, 1210 Sidney drive, Wilmington, NC 28405-1455
30578159 + Dax, 345 Hudson Street 6th floor, NY, NY 10014-7118
30578160 + Dax Mangus, 135 Constitution Dr, Roosevelt, UT 84066-3901
30578161   Daxton Lewelling, 1901 Sandy Rock Rd, Tecumseh, OK 74873-4517
30578163 + Day, Morgan, 3142 SAWGRASS DR, AURORA, IL 60502-8668
30578164   Dayna Evans, 40 Devine Ave, Syosset, NY 11791-3721
30578165 + Dayna Schwartz, 3844 Dove lane, Evans, CO 80620-9511
30578166 + Dayne rice, 128 fall creek drive, Kyle, TX 78640-5384
30578167 + Dayo Adeleke, 1087 S 8th Street, San Jose, CA 95112-3951
30578169 + Dayton Turner, 509 Marsha Dr, Andover, KS 67002-9419
30578170   Daytona Collier-ogilvie, 20 Allan Street, Riverview, NB E1B 3Z7, CANADA
30578173 + De La Cruz, Anahi, 714 FRONT ST, AURORA, IL 60505-2757
30578198   DeAnna Selfors, 1346 1st Ave S, Fargo, ND 58103-1607
30578201 + DeAnthony Thomas, 7016 California Ave SW, A, Seattle, WA 98136-2192
30578284 + DeMartini, 7124 Hemlock St, Oakland, CA 94611-1356
30578174 + Deacon Wilson, 461 W Holmes ave, Apt. 175, Mesa, AZ 85210-5181
30578178   Dean Brandon Pleunis, Cornelis van Ramshorstlaan 20, Nijkerk, GELDERLAND 3863AZ, NETHERLANDS
30578179   Dean Covert, 4 Price Rd Apt 15, Boston, MA 02134-2531
30578181   Dean Glencross, 7a Chanel Ave, Bell Post Hill, VICTORIA 3125, AUSTRALIA
30578180   Dean Glencross, 7a Chanel Ave, Bell Post Hill, Victoria 3215, AUSTRALIA
30578182 + Dean H Ziembicki, 8136 Gordon Drive, Highland, IN 46322-1047
30578183 + Dean Hayden, 1936 Janette Ave, Cleveland heights, OH 44118-2220
30578185   Dean Mentonis, 11 Pueblo Ct, Morganville, NJ 07751-2007
30578186 + Dean Moore, 14814 HARBOR DR, Oak Forest, IL 60452-6020
30578187 + Dean Rolfe, 1225 3rd Ave NW, Great Falls, MT 59404-2260
30578188   Dean Selet, 21 Birchetts Close, Bracknell, England, RG42 2DS, UNITED KINGDOM
30578189   Dean Subritzky, 40 Rushbrook Circuit, Isabella Plains, Australia Capital Terri, AUSTRALIA
30578190 + Deana Dow, 12965 Willow Way, Golden, CO 80401-6307
30578191   Deana Weathers, 324 W Bruceton Rd, Pittsburgh, PA 15236-4240
30578192   Deanna Barnett, 21 Styles Place, Yelvertoft Northants, England NN6 6LR, UNITED KINGDOM
30578193 + Deanna Daley, 64 Higgins Drive, Kingston, RI 02881-1506
30578194   Deanna Frantz, 10217 PUMPHREY CT, FAIRFAX, VA 22032-2624
30578195   Deanna Goyette, 6 Acorn St, Lowell, MA 01854-2613
30578196 + Deanna Hollye Nino, 283 La Veta Avenue, Encinitas, CA 92024-2508
30578197   Deanna McCurdy, 2825 W Westport Rd, Peoria, IL 61615-4115
30578199 + Deanna Smith, 7527 Spring Valley RD, Dallas, TX 75254-2835
30578200   Deanne Lindeman, 1974 GOODRICH AVE, SAINT PAUL, MN 55105-1544
30578203 + Deb Espinola, 324 Paumanake Ave, West Islip, NY 11795-2818
30578204   Deb House, 100 Strawberry Ave Apt 4, Lewiston, ME 04240-5993
30578205 + Debbie Hall, 1717 E Vista Chino, A7-593, Palm Springs, CA 92262-3559
30578206 + Debbie LeBlanc, 14129 DrakesPoint Dr, Jacksonville, FL 32224-3856
30578208   Debbie Wanihadie, 12005 102B Street, Grande Prairie, AB T8V 0M7, CANADA
30578209 + Debbra MacDonald, 4887 Hwy 57, Sturgeon Bay, WI 54235-9696
30578210   Debbra Nichols, 1 Farmstead Way, Cranbury, NJ 08512-2715
30578211 + Debby Laserna, 607 John Anthony Drive, West Chester, PA 19382-7192
30578212 + Deborah Embury, 58 Old Bachmans Valley Road, Westminster, MD 21157-3304
30578213 + Deborah Enderlin, 3323 NE 14th Street Lot C15, Ocala, FL 34470-8809
30578214   Deborah Fichthorn, 160 Martzall Rd, Denver, PA 17517-9375
30578215   Deborah Frazier, 1728 NE 79th Ct, Kansas City, MO 64118-1580
30578216 + Deborah Goldman, 202 Cascade Dr, Mill Valley, CA 94941-1757
30578217   Deborah Gould, 1561 Woodmeadow Ct, San Jose, CA 95131-3721
30578218   Deborah Hutchinson, 5035 Hope St SE, Prior Lake, MN 55372-1819
30578219   Deborah L Matullo, 12009 WINTERCREST DR APT 225, LAKESIDE, CA 92040-3766
30578221   Deborah Stark, 48 Lincoln St, Lexington, MA 02421-6824
30578222   Deborah Wiatrek, 111 Sandy St, Poth, TX 78147-1094
30578223   Deborah wynne, 717 POTOMAC AVE, PORTSMOUTH, VA 23707-1306
30578224   Debra Blackburn, 1547 Emily Ct, Hatfield, PA 19440-3504
30578225   Debra Kellogg, 21940 W 116th Ter, Olathe, KS 66061-5775
30578226   Debra Robey, 1471 E Bank Dr, Marietta, GA 30068-1804
30578227 + Debra Rutledge, 967 Villa St, Carson City, NV 89701-5700
30578228   Dec Tyler, 2 Windsor Terrace, Penzance TR18 2PX, UNITED KINGDOM
30578229   Decker Cavosie, 551 E Graham Pl, Bloomington, IN 47401-4531

District/off: 0752-1                          User: admin                          Page 130 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                       Total Noticed: 30719

30578230    +   Decky, 2121 S. Wilmington Ave, Compton, CA 90220-5447
30578231        Declan Adler, 1900 N 2225 W Apt 110, Clearfield, UT 84015-5789
30578232        Declan Eccles, 28 Pimlico Village, Clitheroe, ENGLAND BB7 4PZ, UNITED KINGDOM
30578233        Declan Geake, 76 grange tower, 76 grange tower, Motherwell, Scotland ML1 2LZ, UNITED KINGDOM
30578234        Declan Hatfield, 56 W Cedar St, Boston, MA 02114-3302
30578235        Declan McDonald, 1527 Palmer Dr Apt 302, Laramie, WY 82070-4891
30578236    +   Declan Smith, 16 Pin Oak Dr, Wheeling, WV 26003-4614
30578237        Declan Veitch, 67 Purton Road, Swindon, England SN2 2LT, UNITED KINGDOM
30578238        Declan Webb, 612 Vine St, Saint Clair, MI 48079-5449
30578239    +   Declanmeade0521@gmail.com, 16 Greenwood Rd, Canton, MA 02021-3919
30578240        Dedra Colegrove, 9556 Stonehearth Ln, Forney, TX 75126-7973
30578241        Dee Vasser, 12421 SW 50th Ct Apt 323, Miramar, FL 33027-5867
30578243    +   Dee Weister, 10 Roosevelt Pl Apt 26, Montclair, NJ 07042-3345
30578244        Deegan Jones, 3715 Silver Creek Rd, Joplin, MO 64804-5445
30578245    +   Deejay De Santiago, 2020 2nd Street, Apt 7, San Fernando, CA 91340-2638
30578246        Deena Genova, 1694 Marylhurst Dr, West Linn, OR 97068-1426
30578247        Deena MAYBERRY, 3920 S NC 127 Hwy, Hickory, NC 28602-8241
30578248        Deep Bedi, 26 Prominence Point, Winnipeg, Manitoba R3Y 0A9, CANADA
30578249    +   Deep Ellum Live, Ltd., 2550 Pacific Avenue, Suite 1600, Dallas, TX 75226-1495
30578250        Deidra Larissa Henson, 15-951 Punawai St, Pahoa, HI 96778-9665
30578251        Deidre Easton, 1 Linchfield, High Wycombe HP13 7QU, UNITED KINGDOM
30578252    +   Deion Navarrete, 7107 Firmament Avenue, Van Nuys, CA 91406-4103
30578253        Deirdre Nakushian, 425 Pinkster Ln, Slingerlands, NY 12159-9559
30578254    +   Deirdre O Donnell, 75-22 61 Street, Glendale, NY 11385-6124
30578255        Deividas Danielius, Pasiles g. 39, Kaunas, Kauno Apskritis, 51358, LITHUANIA
30578257    +   Dejaney Douglass, 15610 Cumulus Way, Caldwell, ID 83607-5159
30578258    +   Deklan Rummel, 2517 15th Ave, Port Huron, MI 48060-2705
30578259    +   Delainey Williams, 1001 SE 43rd Street, Topeka, KS 66609-1612
30578260        Delaney Alexander, 15215 N 27th Dr, Phoenix, AZ 85053-4927
30578262        Delaney Delaney, 1529 Hanover Rd, Burlington, NC 27217-4335
30578263    +   Delaney Hofmann, 375 Glenbrooke Rd., Apt. 10104, Waterford, MI 48327-2168
30578264    #   Delaney Nelson, 553 AGRIPARK DR APT 708, MURFREESBORO, TN 37128-1240
30578265    +   Delaney Penn, 2226 W Wilson Ave, Apt 2, Chicago, IL 60625-7728
30578268    +   Delaney Smith, 460 Winnow Drive, Clayton, DE 19938-3530
30578267    +   Delaney Smith, 444A West DuBois Avenue, DuBois, PA 15801-2778
30578269        Delaney Von Bueren, 2584 WELLINGTON WAY, TELFORD, PA 18969-1079
30578270        Delaney White, 28630 Point Lookout Rd, Leonardtown, MD 20650-4920
30578271        Delanie Fleming, 91 Sweetwood Dr, Amherst, NY 14228-3020
30578272        Delia McInerney, 248 Stratford St, Boston, MA 02132-2143
30578273        Delia Zaragoza, 595 E WASHINGTON BLVD, A, PASADENA, CA 91104-2264
30578274    +   Deliannie Martinez, 118 Abbott St, Apt. 3, Providence, RI 02906-1887
30578275    +   Delicious Design League, 3406 W Hirsch St, Chicago, IL 60651-2314
30578276        Delilah Clement, 720 W Buckingham Pl Apt 3M, Chicago, IL 60657-2183
30578277        Delilah Vejar, 817 Martin St NE, Concord, NC 28025-3023
30578278    +   Delmar Hall, LLC, 6133 Delmar Blvd, Saint Louis, MO 63112-1203
30578279        Delmare Bastien, 6 all e Henri Bergson, Saint Jacques de la landes, Bretagne, 35, FRANCE
30578280        Delphine Vieira, 195 Pinebrook Way, Calgary, AB T3Z 3K3, CANADA
30578282    +   Delusion MFG, 604 New Road, Somers Point, NJ 08244-2041
30578283    +   Demann, Lisa, 407 HILL STREET, E DUNDEE, IL 60118-1401
30578285        Demi Cambridge, 836 N Fuller Ave Apt 3, Los Angeles, CA 90046-7539
30578286    +   Demir Candas, 2450 Oak Hill Circle, Apt. 1936, Fort Worth, TX 76109-9521
30578287    +   Dena Gilchrist, 2343 w orchid ln, Phoenix, AZ 85021-4167
30578288        Deneille Wilson, 5 Kiwanis Street, Furniture Market, St. John's, Newfoundland and Labrador, A, CANADA
30578289    +   Deneyce N Joseph, 604 South Lakeview Court, Ridgecrest, CA 93555-4945
30578291        Denia Lentz, 3847 State Route 160, Highland, IL 62249-3405
30578292        Denice Cannon, 513 Martins Rd, Sinking Spring, PA 19608-9592
30578293        Denice Molby, 7063 Enfield Dr, Mentor, OH 44060-5160
30578294        Denijah Said, 7000 Jentsen Loop Apt 202, Suffolk, VA 23435-1867
30578295        Denis Butta, 392 RAILROAD AVE, MANORVILLE, NY 11949-9500
30578296        Denis Zavala, 27 Audrey Ave Apt 4, Oyster Bay, NY 11771-1528
30578298    +   Denise Anastasio, 6145 Potomac Place, Mt. Pleasant, WI 53406-2758
30578300    +   Denise McMain, 32654 Lancaster Dr, Warren, MI 48088-1310
30578301        Denise Olson, 7461 Belvue Ln, Jenison, MI 49428-9747

District/off: 0752-1        User: admin        Page 131 of 507

Date Rcvd: Jan 04, 2024        Form ID: 309C        Total Noticed: 30719

30578302      Denise Pajarillo, 7320 Boulder Lake Dr Apt 4103, North Chesterfield, VA 23225-5577
30578303   +   Denise Tapp, 13601 US Ford Rd, Fredericksburg, VA 22407-1964
30578304      Denise Wray, 2106 Indianapolis Rd, Crawfordsville, IN 47933-3137
30578305      Denisse Espitia, 13953 Bermax Ave, Sylmar, CA 91342-1736
30578306   +   Denisse Furstenau, 1222 S Owens St, Lakewood, CO 80232-4918
30578307      Denizhan Filiz, Quergasse 2, Wels, OBEROSTERREICH 4600, AUSTRIA
30578308      Denni Mae Dominguez, 2120 Darby St, Escondido, CA 92025-6464
30578309   +   Dennis Alexander Matto, 172 OAK MANOR PL, Apt. 172, PITTSBURGH, PA 15235-2648
30578310      Dennis Andreas, 151 Pennsylvania Ave, Medford, NY 11763-3733
30578311      Dennis Brannan, 6 Mayfield Dr, Jacksonville, IL 62650-6441
30578312      Dennis Brugman, Gerbrandylaan 25, Uithoorn, NOORD-HOLLAND 1421NA, NETHERLANDS
30578313      Dennis Byles, 4 Smith St, Apt. 5, Richmond, Victoria, 3121, AUSTRALIA
30578314   +   Dennis Corrigan, 6210 Mountain Brook Lane, Sandy Springs, GA 30328-3605
30578315      Dennis Eichmann, Mareschstra e 4, Berlin, Berlin, 12055, GERMANY
30578316   +   Dennis Kanenwisher, 16625 N. 35th Pl, Phoenix, AZ 85032-8700
30578317      Dennis Mejia, 150 Washington St Apt 2M, Hempstead, NY 11550-3123
30578318      Dennis Rowehl, Burscheidter Weg 113c, Mettmann, Nordrhein-Westfalen, 40822, GERMANY
30578319      Dennis Schwarz, Burgstra e 37a, Kirkel, SAARLAND 66459, GERMANY
30578320   +   Dennis T Stewart, 425A county lake rd, New Market, AL 35761-8707
30578321   +   Dennis White, 11002 McMullen Loop, Riverview, FL 33569-5123
30578322   +   Dennis, Shae-Lynn, 6N706 HALSTEAD AVENUE, SAINT CHARLES, IL 60174-6409
30578323   +   Dennise Clemente, 403 N Broadway St, Apt 5, Mcallen, TX 78501-4679
30578324      Dennson25@gmail.com, 133 WESTOVER DR, GOOSE CREEK, SC 29445-7292
30578325   +   Denton, Cindy, 1310 CAMBIA DR, UNIT 6302, SCHAUMBURG, IL 60193-4610
30578326      Denver Falize, einighauserweg, Apt. 6, guttecoven, LIMBURG 6143BP, NETHERLANDS
30578327      Denver Poburan, 10919 8 AVE SW, Edmonton, ALBERTA T6W 1G1, CANADA
30578328      Denzel Godley, 25 Torwood St, Hartford, CT 06114-2745
30578329      Deo Graeme, Unit 6 Bury New Road, Whitefeild, England, M45 7TA, UNITED KINGDOM
30578330   +   Deon Simmons Jr., 3616 Palermo St, Stockton, CA 95205-2689
30578331   +   Dereck Allred, 3108 Suholden Dr, Marietta, GA 30066-3766
30578332      Dereck John Smith, 195 Thornton Rd N, Oshawa, ONTARIO L1J6T3, CANADA
30578333      Dereck Osachoff, Box 103, Blaine Lake, Saskatchewan S0J 0J0, CANADA
30578334      Derek Arbaiza, 674 Harrill Dairy Rd, Forest City, NC 28043-4701
30578335   +   Derek Barbo, 600 Tarrytown rd, Christiansburg, VA 24073-7632
30578336   +   Derek Cudini, 4610 Midway Dr., Ann Arbor, MI 48103-9426
30578337      Derek DeTommaso, 1855 Saint Francis St Apt 1407, Reston, VA 20190-6254
30578338      Derek Feng, 5000 Fgcu Campus Housing, Eve 548, Fort Myers, FL 33965-0071
30578339   +   Derek Greaves, 3827 Milam Rd, Bates City, MO 64011-8276
30578340      Derek Grimes, 14 Shirley Ln, Boiling Springs, PA 17007-9769
30578341   +   Derek Holman, 207 Belvoir Ave., Chattanooga, TN 37411-4515
30578343   +   Derek Hurley, 89 Windy Hill Dr, Middletown, CT 06457-4827
30578344   +   Derek J Blandford, 106 Underhill Loop Drive, Orlando, FL 32825-3746
30578345   +   Derek Jimenez, 1000 Greenway Village Circle, Apt 202, Wake Forest, NC 27587-2893
30578346      Derek Kendrick, 245 N Lincoln Ave Apt 209, Loveland, CO 80537-5766
30578347   +   Derek Nowak, 62 East Bennett Street, Kingston, PA 18704-4939
30578348      Derek Quigley, 101 Oakland St, Medway, MA 02053-1335
30578349   +   Derek R Rodriguez, 10 O Connor Ct, Champaign, IL 61821-5521
30578350   +   Derek Roberts, 233 E Wacker Dr, Apt. 209, Chicago, IL 60601-5121
30578351      Derek Robinson, 2100 Edinburgh Drive, Burlington, ON L7R 2C9, CANADA
30578352   +   Derek Rowland, 6021 East Fangio Place, Tucson, AZ 85750-1076
30578353   +   Derek Shepherd, 6025 Toby Bend, Bryan, TX 77807-1567
30578354   +   Derek Sherman, 1241 N 9th Street, Manitowoc, WI 54220-2856
30578355      Derek Snyder, 4033 Louisiana St Unit 3, San Diego, CA 92104-2484
30578356   +   Derek Somnis, 620, Park Row Ave., Sheldon, IA 51201-1031
30578357      Derek Stivers, 320 Pinecroft Ave, Altoona, PA 16601-9419
30578358   +   Deric Chapman, 3679 Bracknell Forest Dr, Groveport, OH 43125-9160
30578359      Deric Priest, 724 Gentle Breeze Ct, Herndon, VA 20170-3910
30578360   +   Derick Baker, 1223 Lehman St, Houston, TX 77018-1311
30578361   +   Derrick Allen, 13 arms blvd, apt 12, Niles, OH 44446-5322
30578362   +   Derrick Davidson, 803 Clay Street, Colusa, CA 95932-2316
30578363   +   Derrick Paris, 1023 E 66th street, Inglewood, CA 90302-1809
30578364   +   Derrik Hannaford, 6891 East Lightning Drive, Unit A, Tucson, AZ 85708-1357
30578365   +   Des Monahan, 10710 EVERGREEN WAY, L 207, EVERETT, WA 98204-4351

District/off: 0752-1                          User: admin                                    Page 132 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30578366    + Des Palmer, 17260 Cold springs Dr, Reno, NV 89508-6489
30578367    + Desirae Koelsch, 15700 Rockford Rd, Apt 303, Plymouth, MN 55446-4209
30578368    + Desiree Avitia, 1270 E Lincoln Ave, UNIT 111, Anaheim, CA 92805-4244
30578370    + Desiree Broda, 3738 S Isabella Rd, Apt 203, Mt Pleasant, MI 48858-7987
30578372      Desiree Harrington, 1831 Wells Branch Pkwy Apt 424, Austin, TX 78728-6926
30578373      Desiree Laleman, 5440 Stream Vw, Waterford, MI 48327-3137
30578375    + Desiree Toeller, 1609 Crater Lake Avenue, Milpitas, CA 95035-6527
30578377      Desiree Vang, 1790 Lazzar Ln, McKinleyville, CA 95519-4066
30578378      Desiree Wilson, 125 N DALLAS AVE APT 1, PITTSBURGH, PA 15208-2370
30578374      Desiree ojeda, 17365 WELLS RD, BEND, OR 97707-2644
30578379      Desmond Ho, 5200 Chicago Ave Apt D8, Riverside, CA 92507-5869
30578380    + Desmond Hunter, 3056 N Spicewood, Orange, CA 92865-1097
30578381      Destannie Surface, 5047 Summit Dr, Greenbrier, TN 37073-5785
30578382    + Destin Swisher, 196 Bear Creek Road, Otis, OR 97368-9805
30578383    + Destine Donnini, 6921 Kirkwood Rd, Fort Worth, TX 76116-9420
30578384    + Destiny Antrobius, 58 Jane Drive, Crawfordville, FL 32327-4110
30578385      Destiny Colon, 5812 Dockridge Ct, Fayetteville, NC 28304-0600
30578386      Destiny Daley, 169 Washington St Apt 211, Fairhaven, MA 02719-4028
30578387      Destiny Destiny, 14 Haskell Ln, Harwich, MA 02645-2955
30578388    + Destiny Duhe, 15200 Memorial Dr, Unit 3116, Houston, TX 77079-2657
30578389    + Destiny Goins, 18138 Hart Road, Lafargeville, NY 13656-2170
30578390      Destiny Lopez, 135 Groveland Ave, Manchester, NH 03104-5822
30578391    + Destiny Robinson, 67 Court St, Apt 7, Bangor, ME 04401-4700
30578392    + Destiny Smith, 611 Gilbert Rd, Aberdeen, MD 21001-1104
30578393      Detlef Ebersbach, Am Haseloh 54, Hemer 58675, GERMANY
30578394    + Detune, P.O Box 211881, Chulsta Vista, CA 91921-1881
30578395    + Dev Aljasmi, 182-21 150th Avenue, DXB 1399293, Springfield Gardens, NY 11413-4014
30578396      Dev M, 1186 Putnam Ave Apt 4C, Brooklyn, NY 11221-4955
30578397    + Devan A Julian, 137 Fir Avenue, South San Francisco, CA 94080-4524
30578398      Devante Chandler, 26 Hallock Ave Apt 2, New Haven, CT 06519-2857
30578399      Devara, 1635 Commons Pkwy, Macedon, NY 14502-9191
30578400      Devari Miller, 6145 Mustang Meadow Pt Apt 106, Colorado Springs, CO 80922-4166
30578401    + Deven Davila, 506 S Marina dr, A1, Port Isabel, TX 78578-5512
30578402    + Deven Davila, 506 s Marina dr, Apt A1, Port Isabel, TX 78578-5512
30578403    + Deven De La Torre, 401 73RD ST, NORTH BERGEN, NJ 07047-6825
30578404    + Deven Patel, 4465 North Shore Drive, Apt. 103, Mason, OH 45040-8475
30578405    + Devesh Mondal, 3809 Baybrook Drive, Aurora, IL 60504-6598
30578406      Devin Allen, 3578 Egret Dr, Melbourne, FL 32901-8152
30578407      Devin Bassi, 116 Stockington Rd, Woodstown, NJ 08098-2043
30578408    + Devin Callahan, 2809 Jorwoods Drive, Austin, TX 78745-5927
30578409    + Devin Calvin Anderson, 2921 S Holly Pl, Denver, CO 80222-7008
30578410    + Devin Chaney, 532 S. Main St. Apt 1, Apt. 1, Cambridge Springs, PA 16403-1185
30578411      Devin Craft, 550 Flying V St Unit 4, Chico, CA 95928-7690
30578412      Devin Dubos, 118 Oliver Dr, White Oak, PA 15131-1905
30578413    + Devin Dudley, 323 N Walnut St, Apt. 412, Lansing, MI 48933-1161
30578414    + Devin Gill, 1695 County Road 56, Toronto, OH 43964-7918
30578415    + Devin Grover, 3689 East Lak Road, Canandaigua, NY 14424-8307
30578416      Devin Harvey, 15314 W 85th St, Lenexa, KS 66219-1860
30578417    + Devin Howard, 2826 Barnstormer St, Unit 2, Fort Collins, CO 80524-4950
30578418    + Devin Johnson, 1905 Brigade Way, Odenton, MD 21113-1087
30578420    + Devin Krieger, 600 Country Club Rd, Building 3, Apt 103, Vestal, NY 13850-3744
30578421    # Devin Langsdorf, 42 Arlington Dr, Imperial, PA 15126-9324
30578422      Devin Long, 13145 N Highway 183 Apt 714, Austin, TX 78750-3283
30578423    + Devin Merryman, 201 Meadows Ln, Beebe, AR 72012-2060
30578424    + Devin Murphy, 11868 U.S. 31, Atmore, AL 36502-5742
30578425    + Devin Nichol, 452 Second St, 105, Macon, GA 31201-2734
30578426      Devin Peaslee, 181687 County Road DD, Birnamwood, WI 54414-5081
30578427      Devin Reyna, 16153 Harmony Ranch Dr, Delhi, CA 95315-9390
30578428    + Devin Rosenthal, 697 Bronx River Road, Apt. 722, Yonkers, NY 10704-1765
30578429      Devin Sampson, 1575 Braley Rd Apt 26, New Bedford, MA 02745-2200
30578430      Devin Walker, 3715 Jasmine Ave Apt 1, Los Angeles, CA 90034-5954
30578431    + Devin Ward, 6240 Western Avenue, Knoxville, TN 37921-2215
30578419    + Devin kowal, 204 barley ave, Naperville, IL 60563-2729

District/off: 0752-1                          User: admin                                    Page 133 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                          Total Noticed: 30719

30578432        Devon Ebbing, 12913 NW 25th Ct, Vancouver, WA 98685-2036
30578433        Devon Fisher, 635 S Fort Ave, Springfield, MO 65806-2705
30578435      + Devon Hrycko, 260 Briarwood Ct, Allentown, PA 18104-9590
30578436        Devon Hughes, 1149 N SACRAMENTO AVE APT 2, CHICAGO, IL 60622-4263
30578438      + Devon Kelly, 929 Congress St, #5, Portland, ME 04102-3074
30578439      + Devon Krause, 175 Chestnut St, Fond du Lac, WI 54935-3233
30578440      + Devon Lachance, 201 naragansett blvd, Apt. 3, CHICOPEE, MA 01013-2057
30578441      + Devon McCune, 4827 Delevan Dr, Lyndhurst, OH 44124-1015
30578442        Devon Middleton, 5504 ky 650, Sandy Hook, KY 41171
30578443        Devon Murphy Stein, 7 Nott Rd, Rexford, NY 12148-1311
30578444      + Devon Parker, 1721 E Riverside Place, Milwaukee, WI 53211-3546
30578445      + Devon Rafanelli, 8800 38th Ave, College Park, MD 20740-4444
30578447        Devon Vargas, 109 NW Bridge St, John Day, OR 97845-1129
30578448        Devon Williams, 7004 Ruskin Ln, Upper Darby, PA 19082-5012
30578434      + Devon flournoy, 240 oak grove dr, Hampton, GA 30228-2785
30578449      + Devyn Sasaki, 755 Rialto St, Oxnard, CA 93035-1520
30578450      + Devyn Stewart, 7480 West Bails Avenue, Lakewood, CO 80232-6900
30578451        Dexter Davis, 40a Wright Crescent, Gander, NEWFOUNDLAND AND LABRADOR A1V 2V, CANADA
30578452        Dez Tremblay, 28 rue St-Antoine, Sainte-Marie, QUEBEC G6E 4B7, CANADA
30578453        Dezra Schroder, 3420 Settlement Dr, Round Rock, TX 78665-1304
30578456        Dhaval Kale, 18 Beadon Road, Bromley BR2 9AT, UNITED KINGDOM
30578459      + Dhruv Patel, 52 Feather Ridge, Mission Viejo, CA 92692-5184
30578460        Dhruv Vaidya, 71 Violet Ct, Monroe Township, NJ 08831-1507
30578461        Di'Jonay Martin, 5421 SW 18th St, West Park, FL 33023-3160
30578462      + Diamond Ballroom, LLC, 12101 N. MacArthur, Suite #209, Oklahoma City, OK 73162-1800
30578464        Diana Amori, 10 Bennett Rd, Poughkeepsie, NY 12601-6417
30578465        Diana Brewer, 3525 SW Hillside Dr, Portland, OR 97221-4171
30578466      + Diana Campos, 8991 DEARBORN AVE, SOUTH GATE, CA 90280-2920
30578467        Diana Cardenas, 11140 Rose Ave Apt 305, Los Angeles, CA 90034-6087
30578468        Diana Cruz-Martinez, 40 High St Apt 1, Spencer, MA 01562-1618
30578469      + Diana Dahl, 316 Lodi Lane, Lafayette, IN 47905-4424
30578470        Diana Daugherty, 2505 MAIN ST TRLR 26, BASTROP, TX 78602-1802
30578471        Diana DeFrisco, 19304 Friars Ln, Oregon City, OR 97045-7595
30578472      + Diana DiLorenzo, 3715 Greenvale rd, Baltimore, MD 21229-5147
30578473      + Diana Douglas, 4621 WILLIS STREET, BELLINGHAM, WA 98229-3499
30578474      + Diana E Lafaix, 155 elizabeth ave, apt 1, Elizabeth, NJ 07206-2613
30578475      + Diana Garcia, 45111 25TH ST E, SPC 19, LANCASTER, CA 93535-2843
30578476        Diana Gardner, 13373 Sycamore Ln, Choctaw, OK 73020-7610
30578477        Diana Gonzalez, PO Box 1313, Eagar, AZ 85925-1313
30578478        Diana Higgins, 1347 Wisconsin Ave, Marysville, MI 48040-1443
30578479      + Diana Kernell, 3250 DOYLESVILLE RD, Richmond, KY 40475-9251
30578480      + Diana Mabey, 2043 Audubon Pl, Shreveport, LA 71105-3817
30578481        Diana Martin, 4826 Blue Jasmine, San Antonio, TX 78245-4782
30578482      + Diana Ramirez, 10001 E Dry Creek Rd, Unit 1-202, Englewood, CO 80112-1565
30578484      + Diana Robles, 1460 W FOOTHILL BLVD, H201, UPLAND, CA 91786-3680
30578485      + Diana Salata, 8612 W 99th St, Palos Hills, IL 60465-1140
30578486        Diana Sly, 8291 U.S. 166, Baxter Springs, KS 66713
30578487        Diana Vink, 7 Grenville Street, Unit 506, Toronto, Ontario, M4Y 0E9, CANADA
30578488      + Diane, 178 E. 7660 S., Midvale, UT 84047-2623
30578489        Diane Audette, 114 Bagaduce Ln, Sedgwick, ME 04676-3429
30578490        Diane Bhatula, 3525 Rolling Green Dr Apt 223, Abilene, TX 79606-2654
30578491      + Diane Bigham, 912 ole mill way, Bremen, GA 30110-4390
30578493      + Diane Bosley, 3018 Scenic Heights Way, Sacramento, CA 95608-4555
30578494        Diane Briggs, 1702 N Pointe Dr NW, Canton, OH 44708-2979
30578495      + Diane Bruno, 6112 Gaynor dr, Brook Park, OH 44142-2140
30578496        Diane Cooper, 2511 SW 35th Pl Apt 20, Gainesville, FL 32608-3266
30578497      + Diane Gagnon, 21 melody ln, Hillsboro, NH 03244-4430
30578498        Diane Gierhahn, 701 79th Pl, Downers Grove, IL 60516-4347
30578499        Diane Grassia, 23 Taft Rd, Weymouth, MA 02188-3619
30578500        Diane Henry, 1200 Newton Ave, Johnston City, IL 62951-1755
30578501      + Diane Hohen, 122 Bridle Rd., Billerica, MA 01821-1731
30578502        Diane Hoover, 6803 Cameron Dr NW Apt 13, WA, DC 20012-2567
30578503      + Diane Lastovica, 1906 Smith Bluff Rd, Salado, TX 76571-5477

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice   Page 135 of 508
District/off: 0752-1                          User: admin                              Page 134 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                            Total Noticed: 30719

| | | |
|---|---|---|
| 30578505 | | Diane Mckenna, 1740 Pekrul Place, Port Coquitlam, BC V3C 6A7, CANADA |
| 30578507 | + | Diane Petersdorf, 245 Sierra Dr, Hillsborough, CA 94010-6934 |
| 30578508 | | Diane Schwebs, 8745 Sherwood Park Dr, Las Vegas, NV 89131-1763 |
| 30578509 | | Diane Sedlak, 15365 Burdette St, Omaha, NE 68116-7187 |
| 30578510 | | Diane Stefani, 937 Redwood Dr, Danville, CA 94506-2164 |
| 30578511 | + | Diane Warnock, 7521 Dubonnet Way, Indianapolis, IN 46278-1591 |
| 30578512 | | Diane White, White, Warren, OH 44484 |
| 30578513 | | Diane Yang, 768 Lawelawe St, Honolulu, HI 96821-1745 |
| 30578514 | + | Dianna Allumbaugh, 20 Beaconsfield, Dove Canyon, CA 92679-3702 |
| 30578515 | | Dianne Brown, 1335 Sinclair Dr, DuPont, WA 98327-8815 |
| 30578516 | | Dianne Cannon, 21 Center St, Windsor Locks, CT 06096-2312 |
| 30578517 | | Dianne Shelton, 937 S 200 E, Layton, UT 84041-4123 |
| 30578519 | + | Didac Fernandez, 11400 Magnolia st, Corona, CA 92883-8481 |
| 30578520 | | Didier Tardif, 1842 Rue Des Trefles, 6, Saint-Lazare, Quebec J7T 0R6, CANADA |
| 30578522 | + | Diego, 7206 e 26th pl, Yuma, AZ 85365-8653 |
| 30578521 | + | Diego, 1640 Sagamore Parkway W, Apt. 11, West Lafayette, IN 47906-1413 |
| 30578523 | | Diego A Lozano, 10057 OAKWOOD DR, EL PASO, TX 79924-3855 |
| 30578524 | + | Diego Angarita, 1901 north pearl street, fayetteville, NC 28303-4340 |
| 30578525 | + | Diego Avecillas, 2526n 32nd st lot 50D, Phoenix, AZ 85008-2164 |
| 30578526 | | Diego Benitez, 7243 Dada Dr, Gurnee, IL 60031-9102 |
| 30578528 | + | Diego Davis, 14759 Liston Ave, South Beloit, IL 61080-2485 |
| 30578529 | | Diego Deleon, 612 S FLOWER ST APT 1031, LOS ANGELES, CA 90017-2814 |
| 30578530 | | Diego Emeric, 10822 Faulkner Run Ave, Las Vegas, NV 89166-8046 |
| 30578532 | | Diego Gonzalez, 484A Frederick St, San Francisco, CA 94117-2751 |
| 30578533 | + | Diego Herrera, 4816 Brady ct, Arlington, TX 76018-1448 |
| 30578534 | + | Diego Marquez, 4204 summit pl, Alexandria, VA 22312-1217 |
| 30578535 | | Diego Molina, 1180 Matt Urban Dr Apt 120, Holland, MI 49423-9752 |
| 30578536 | + | Diego Orozco, 1241 Shadwell dr., San Antonio, TX 78228-4134 |
| 30578537 | + | Diego Rua, 8935 NW 112 Street, Hialeah, FL 33018-4575 |
| 30578538 | + | Diego Torres, 8909 Tincup Peak Ct, Unit 304, Englewood, CO 80112-6503 |
| 30578527 | + | Diego blanco, 4410 East Seneca Ave, Weston, FL 33332-2449 |
| 30578539 | + | Diepenbrock, Barbara, 9 CEDAR COURT, SOUTH ELGIN, IL 60177-2823 |
| 30578540 | + | DigiCali Promo, 770 S. Brea Blvd, #201, Brea, CA 92821-5312 |
| 30578543 | + | Digital Prints On T-Shirts LLC, 2115 Central Ave, South El Monte, CA 91733-2117 |
| 30578544 | + | Dilana Morrison, 145 Atherton St., Milton, MA 02186-1202 |
| 30578545 | + | Dilcan Rodrigo, 385 S Cherokee Street, Apt N239, Denver, CO 80223-2120 |
| 30578546 | | Dillan Tojino, 1133 Misty Creek St, Chula Vista, CA 91913-2817 |
| 30578547 | + | Dillian Reynolds, 312 Shed Road, Newville, PA 17241-8758 |
| 30578548 | | Dillon Angle, 189 N Main St, Pontotoc, MS 38863-1516 |
| 30578549 | + | Dillon Buchanan, 2354 2845 W, Clinton, UT 84015-7746 |
| 30578551 | + | Dillon Hill, 2726 Bay Leaf Drive, Orlando, FL 32837-6775 |
| 30578552 | | Dillon Hong, 5 Little La Trobe Street, Apt. 1010, Melbourne, Victoria, 3000, AUSTRALIA |
| 30578553 | + | Dillon Kell, 1319 S 52nd Ave, Omaha, NE 68106-2427 |
| 30578554 | + | Dillon Kochhar, 15360 Bestview Court, Saratoga, CA 95070-6408 |
| 30578555 | + | Dillon Laurino, 37 Artisan Way, Forestdale, MA 02644-1930 |
| 30578556 | | Dillon Lukasik, 5 Shepard St, Westfield, MA 01085-2339 |
| 30578557 | | Dillon McBrady, 2453 County Road 8 NW, Maple Lake, MN 55358-4504 |
| 30578558 | + | Dillon Michael Robinson, 4503 Colonel Gardiner Ct, Upper Marlboro, MD 20772-5926 |
| 30578559 | | Dillon Mironenko, 2239 OTTER CREEK LN, SARASOTA, FL 34240-8593 |
| 30578560 | + | Dillon Syron, 53 Maple Place, Yonkers, NY 10704-2204 |
| 30578550 | + | Dillon colodny, 711 Hatfield st, Bay city, MI 48708-9679 |
| 30578561 | | Dilsad Sevilmis, Edith-Stein-Strasse 24, Koln 51063, GERMANY |
| 30578562 | | Dimitri Miller, 412 N Earlham St, Orange, CA 92869-2908 |
| 30578563 | | Dimitry Locke, 4770 N Gleaner Rd, Freeland, MI 48623-9227 |
| 30578564 | | Dina Slater, 104 Broadmore Ln, East Syracuse, NY 13057-1648 |
| 30578565 | | Dinetah Sims, 6 HARDSCRABBLE RD, BRIARCLIFF, NY 10510-1908 |
| 30578567 | | Dinu Croos, 796 Delafield Ave, Staten Island, NY 10310-2211 |
| 30578568 | | Diogo Dias Do Nascimento, 2, Rue Tony Bourg, Luxembourg, Luxembourg, 1278, LUXEMBOURG |
| 30578569 | | Dion Blaymires, 2A Clutha Ave, Khandallah, WELLINGTON 6035, NEW ZEALAND |
| 30578570 | | Dionne van der Vlist, Julianalaan 14, Haastrecht, Zuid-Holland, 2851XK, NETHERLANDS |
| 30578571 | + | Dip Patel, 204 E Independence St, Orwigsburg, PA 17961-2304 |
| 30578574 | | Dirk Gohr, 30 Durrow Road, Dublin, Co. Dublin, D12 N2F1, IRELAND |
| 30578575 | | Dirk Manuel, 20307 Longspring Dr, Katy, TX 77450-6660 |

30578576   + Dirk Van Portfliet, 416 Kent Ave, Apt. 1110, Brooklyn, NY 11249-6214
30578577     Dirk van Zuilen, Fatimalaan 6, Roosendaal, NOORD BRABANT 4702GR, NETHERLANDS
30578580     Dishapreet Sandhu, PO Box 27454, Seattle, WA 98165-2454
30578583   + Dispatch, Po Box 676, Gloucester, MA 01931-0676
30578582   + Dispatch, 55 Prospect Street, Suite 302, Brooklyn, NY 11201-1497
30578588     Dita Rabinovich, 9008 MARTHAS DR, AUSTIN, TX 78717-3025
30578589   + Div Lowentritt, 117 Hibiscus Pl, New Orleans, LA 70123-2505
30578591   + Divya S Daripalli, 1135 W Winona St, Apartment 304, Chicago, IL 60640-0547
30578596     Dj K, 270 Gordon Ave, Harahan, LA 70123-3968
30578599     Djoya Hattu, Rochussenstraat, 137B, Rotterdam, Zuid-Holland, 3015EJ, NETHERLANDS
30578601     Dmitriy Ivanov, 1635 Pierce St Apt 9, San Francisco, CA 94115-3148
30578602   + Dmitriy Makarenko, 81 Glover Street, Staten Island, NY 10308-3321
30578603     Dmytro Hrybenko, Am Kesselhaus 8, Manchen 809999, GERMANY
30578604     Dmytro Lider, 889 Pacific St, Unit 1406 Buzzer 92, Vancouver, British Columbia V6Z 1C3, CANADA
30578605     Dmytro Tvarkovskyi, 26A Parkway Circle, CO EasyXpress 56712, New Castle, DE 19720-4077
30578606   + Dodds Colley, 4943 Prospect Ave, Downers Grove, IL 60515-3711
30578608   + Dokken Shapero, 20 Henry St, PH2S, Brooklyn, NY 11201-1306
30578609   + Dolly Welch, 9909 Huntwyck Drive, Raleigh, NC 27603-8442
30578611     Dom Birch, Flat 4 Zion House, Coronation Street, Stoke-on-Trent, ENGLAND ST10 1DZ, UNITED KINGDOM
30578612     Dom Dom, 620 Huron Ave, Sheboygan, WI 53081-3421
30578613     Dom Lepone, 10 Daffodil Dr, Sicklerville, NJ 08081-4152
30578614     Domanick A Faulkner, 10647 Biscayne Blvd, Jacksonville, FL 32218-5244
30578615     Domenic Scalzo, 1 Blackstone Lane Narre Warren East, MELBOURNE, VIC 3804, AUSTRALIA
30578616   + Domenico Bulone, 135 Dock Landing Loop, South Mills, NC 27976-9613
30578617     Dominic Bannister, 45 Oldham Road, Broadside, Apartment A211, Manchester, England, M4 5FS, UNITED KINGDOM, England
             00000-0000
30578618   + Dominic Brito, 4518 Polo Jump Ct, Bakersfield, CA 93312-5400
30578619     Dominic Cantanzareti, 25 HARVEST HILL DR, STOCKTON, NJ 08559-1915
30578620   + Dominic Compton, 446 Southfield Lane, Valparaiso, IN 46385-9645
30578621   + Dominic DiCarlo, 1912 Eve Drive, Steubenville, OH 43952-2525
30578622     Dominic Drach, 922 bebek road, Kamloops, BC V2B6P1, CANADA
30578623   + Dominic Dunham, 2341 S Southeast Blvd, Apt 1, Spokane, WA 99203-4532
30578624   + Dominic Flader, 384 NW 101 Terrace, Coral Springs, FL 33071-6831
30578625   + Dominic Forte, 3015 Sweet Pine Dr, Melbourne, FL 32935-4587
30578626     Dominic Hagan, 2500 Marketplace Dr Apt 124, Waco, TX 76711-2433
30578627     Dominic Haller, Obere Bahnhofstrasse 58b, Rapperswil-Jona, St. Gallen, 8640, SWITZERLAND
30578628     Dominic Harrower, 31, Lothian Road, Middlesbrough, England, TS4 2HS, UNITED KINGDOM
30578629   + Dominic J Rocchi, 14294 Newbern Loop, Gainesville, VA 20155-1453
30578630   + Dominic Jones, 171 Andrea Dr., Vacaville, CA 95687-5710
30578631   + Dominic Kaps-Trumbull, 450 Coach Rd, Satellite Beach, FL 32937-4020
30578632   + Dominic Kennedy, 425 Reinhard Ave, Columbus, OH 43206-2701
30578633   + Dominic Kudary, 40 Lafayette Avenue, Niles, OH 44446-2453
30578634     Dominic Laplante, 10 Rue des Arpents Verts, Grenville-sur-la-Rouge, QUEBEC J0V 1B0, CANADA
30578635   + Dominic Nappo, 836 Amherst Street, Apt. 2, Buffalo, NY 14216-3133
30578636     Dominic Nicotera, 335 W Salem St Apt 311, Columbiana, OH 44408-1707
30578638     Dominic Panne, 161 Tollard Drive Rokeby, Hobart, TASMANIA 7019, AUSTRALIA
30578639   + Dominic Patterson, 201 west park st, Pleasanton, KS 66075-9115
30578640   + Dominic Pryor, 19837 25th Ave NE, Unit A, Shoreline, WA 98155-1349
30578641   + Dominic Ramirez, 2006 Chapman St, San Angelo, TX 76901-1136
30578642   + Dominic Reese, 10990 Highland Meadow Vlg Dr, Apt. 603, Houston, TX 77089-5334
30578643   + Dominic Reese, 10990 Highland Meadow Vlg Dr, Houston, TX 77089-5392
30578644   + Dominic Roy, 3843 Nw 63rd Ct, Coconut Creek, FL 33073-2068
30578645     Dominic Russo, 1 John F Kennedy Blvd Apt 29F, Somerset, NJ 08873-6926
30578646   + Dominic Schafer, 5696 Osgood Ave N, Stillwater, MN 55082-6447
30578647     Dominic Tilston, 1 cassian street, Apt. 1, Keiraville, NEW SOUTH WALES 2500, AUSTRALIA
30578648   + Dominic Walls, 101 Main Avenue, Apt 6, Monongah, WV 26554-1087
30578649   + Dominic Wells, N6631 Linnea Road, Delavan, WI 53115-2555
30578637     Dominic panne, 161 tollard drive, Rokeby, TASMANIA 7019, AUSTRALIA
30578650   + Dominick Aragona, 2685 Lawry Dr, Sparks, NV 89436-7015
30578651     Dominick Benedetto, 13618 Knox Dr, Burnsville, MN 55337-4378
30578652   + Dominick Elio, 3 Helen way, Netcong, NJ 07857-1506
30578653   + Dominick Ervelli, 6007 NE Sherman Dr, Ankeny, IA 50021-1238
30578654   + Dominick Gebauer, 767 Timothy St, Ormond Beach, FL 32174-2909

District/off: 0752-1                     User: admin                              Page 136 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                            Total Noticed: 30719

30578655 + Dominick Larch, 91 Biltmore, Troy, MI 48084-5406
30578657 + Dominick Santana, 741 W 80TH ST, HIALEAH, FL 33014-4131
30578656 + Dominick Santana, 741 W 80TH ST, Home, HIALEAH, FL 33014-4131
30578659   Dominick Twombly, 3719 Cragmont Ave, Dallas, TX 75205-4312
30578661   Dominik Dreyer, Avenida de Berna 13 6E, Lisbon 1050-041, PORTUGAL
30578662   Dominik Gradecki, Partyzantow, 27/36, Gdynia, GYDNIA 81-423, POLAND
30578663   Dominik Rafa, Piaszczysta 29, 16, Krakow, MALOPOLSKA 31-226, POLAND
30578664   Dominik Reichel, 1241 80th Ave, Oakland, CA 94621-2405
30578665 + Dominik Rodriguez, 17 Vista Valle Ct, Tijeras, NM 87059-7867
30578660 + Dominik christian, PO Box 3746, Idyllwild, CA 92549-3746
30578666 + Dominika Bujalski, 4339 N Damen Ave, Unit 1F, Chicago, IL 60618-1724
30578667 + Dominique Aristondo, 6446 Lake Sunrise Dr, Apollo Beach, FL 33572-2305
30578668   Dominique Cartier, 4200 Rue Jean-Bruchasi, Saint-Laurent, Quebec H4R 3H1, CANADA
30578669   Dominique Heimann, Nordring 42, Bern 3013, SWITZERLAND
30578670   Dominique Rivera, 22 Williams Blvd Apt 1A, Lake Grove, NY 11755-2446
30578672   Don Nielsen, 195 Oxford Ct, Alamo, CA 94507-1753
30578673   Don Scott, 784 Deer St, Dunkirk, NY 14048-2606
30578674 + Donal Conley, 684 Peralta Avenue, San Francisco, CA 94110-5755
30578675   Donal O Donnell, 36 the Crescent, Inse Bay, Laytown, Meath A92 X2R8, IRELAND
30578676 + Donald A Drysdale, 16 Leeward Ct, Bayville, NJ 08721-3809
30578678   Donald ARNOLD, 240 Windgate Dr Unit 333, Chester Springs, PA 19425-3643
30578681   Donald DeForge, 47566 2nd St, Houghton, MI 49931-9038
30578682 + Donald Hatcher, 29400 Windmill Court, Farmington Hills, MI 48334-3110
30578683 + Donald Martell, 18 Kingsboro Rd Upper, Rochester, NY 14619-2410
30578684   Donald Moore, 6106 Tacoma Ave S, Tacoma, WA 98408-6332
30578685   Donald Nicolls, 825 Harrington Ave Apt 8, Norfolk, VA 23517-1525
30578686 + Donald Rice, 527 North Stewart, Charlotte, MI 48813-8330
30578687   Donald Shiner, 43 Alpine Dr, Webster, NY 14580-9344
30578688 + Donald Stesen, 1400 Hancock Blvd, Apt 701, Daytona Beach, FL 32114-5633
30578689   Donald W Carlson Jr, 136 SHERMAN AVE, RIDGWAY, PA 15853-1317
30578690 + Donavyn Allen, 1001 Hulen dr, Columbia, MO 65203-1414
30578691 + Dong Hyun Walton-Suh, 2000 S River Sq, Portland, OR 97201-8017
30578693   Donna, 915 S OAK PARK AVE APT 1C, OAK PARK, IL 60304-2902
30578694   Donna Barreto, 5051 E 3rd St Apt 201, Los Angeles, CA 90022-2057
30578695 + Donna Bartee-Robertson, 7922 Bolling Drive, ALEXANDRIA, VA 22308-1230
30578696   Donna Budner, 14980 INDIAN CREEK DR, MIDDLEBRG HTS, OH 44130-6665
30578697   Donna Hulsebos, Burgemeester van Engelenweg 90, Ijsselmuiden, Overijssel, 8271AV,, NETHERLANDS
30578698 + Donna Lehmann, 438 Xavier ct, Valley Park, MO 63088-2323
30578699   Donna McCarty, 1109 NATURE VIEW CIR, PORT ORANGE, FL 32128-7454
30578702   Donna Palmer-Hurst, 16-2 Worton Ave, Guelph, ON N1H 7C5, CANADA
30578703   Donna Pizzullo, 39 Temple Dr, Richboro, PA 18954-1931
30578704 + Donna Schmidt, 2116 Sunrise Tr, Richardson, TX 75081-4721
30578705   Donna Smith, 2425 Sa Sada Wa St SE, Olympia, WA 98513-9410
30578706 + Donna Thompson, 12220 Spring Branch Dr, Dallas, TX 75180-2944
30578707 + Donna Trocino, 478 Hampton Avenue, Long Branch, NJ 07740-5920
30578709   Donna Young, 7614 NE 61st Ave, Vancouver, WA 98661-1045
30578710   Donnell Jones, 148 Summit Ave, Waldwick, NJ 07463-2135
30578711 + Donnie F Tubb III, 4339 N. Pleasant Ave, Fresno, CA 93705-1238
30578712   Donnie Orfield, 1024 EDENBRIDGE WAY, KNOXVILLE, TN 37923-6612
30578713 + Donnie Zimmerman, 10968 Saco Dr, Colorado Springs, CO 80925-9625
30578714 + Donovan Billerman, 1806 Diana Avenue, Champaign, IL 61821-1534
30578715   Donovan Fauvelle, 46 Ashley Dr, East Bridgewater, MA 02333-1704
30578716 + Donovan Last Star, P.O. Box 1038, Browning, MT 59417-1038
30578717   Donovan O'Brien, 11853 Barranca Rd, Santa Rosa Valley, CA 93012-9350
30578718   Donte Tucker, 16535 145th Ave, Jamaica, NY 11434-5126
30578720   Dora Lazar, Szolo utca, 18. 4/14., Godollo 2100, HUNGARY
30578721   Dorean Shaw, 29 Worlidge Ct Unit 2, Freehold, NJ 07728-4901
30578722 + Doreen Sorrentino, 96 Pleasant Ave, Naugatuck, CT 06770-4523
30578723   Dori Damboise-Andersen, 32 Meadow Ln, Canterbury, CT 06331-1821
30578724   Dorian Bell, 1211 Dresden Ave, Louisville, KY 40215-2762
30578726   Dorian Electra, 1061 Forum Pl, West Palm Beach, FL 33401-8101
30578727 + Dorian Electra, Inc., 15821 Ventura Blvd., Ste 270, Encino,, CA 91436-4775
30578728   Dorie Deebold, 1780 Glassboro Rd, Sewell, NJ 08080-4610

30578729        Dorita Coen, PO BOX 310, BONHAM, TX 75418-0310
30578730        Dorothy Burns, 1941 Easton Ave, Bethlehem, PA 18017-4871
30578732    +   Dorothy Iannucci, 10 Peetie's Path, Damascus, PA 18415-3636
30578733    +   Dorothy Kraut, 9507 Knollwood Lane, Missouri City, TX 77459-5369
30578734    +   Dorothy Panichelli, 76 Morris Dr., Sicklerville, NJ 08081-4405
30578735        Dos Santos Sergio, 8 Rue du Plessis, Pontault-Combault 77340, FRANCE
30578736    +   Douangboupha, Kelly, 1042 HUNTER DRIVE, ELGIN, IL 60120-4609
30578737    +   Doug Bass, 7740 Denmark rd, Charlotte, NC 28273-5960
30578738        Doug King, 10115 BENAMIN DR, GRANGER, IN 46530-7181
30578740    +   Doug Safford, 3473 Silverton Road NE, Salem, OR 97301-8652
30578741    +   Dougie Ecklar, 605 spillman, Dry ridge, KY 41035-7468
30578742        Douglas Duley, 5188 SLEEPY HOLLOW RD, NEWBURGH, IN 47630-9767
30578743    +   Douglas J Clendening, 1895 Crase Dr, Xenia, OH 45385-4917
30578744    +   Douglas Jaquay II, 21009 Wood Avenue, D, Torrance, CA 90503-4128
30578745        Douglas Lauer, 4587 Lemon Cir, Cypress, CA 90630-2830
30578746        Douglas Maher, 588 CORBIN CIR SW, PALM BAY, FL 32908-8161
30578747    +   Douglas Yoder, 6302 B Coastal Ct., Aberdeen Proving Ground, MD 21005-1429
30578748    +   Douglas, Hannah, 2257 W ADDISON, APT 3, CHICAGO, IL 60618-6049
30578749    +   Dounia, 4312 Smith Ave, Apt 9, North Bergen, NJ 07047-2762
30578750    +   Downtown Records, 15 Gramercy Park South, Suite 403, New York, NY 10003-1798
30578751        Dr Dr, 2875 Spring View Dr, Memphis, TN 38127-7426
30578752        Dr Bowick, 3728 Running Fox Dr, Marietta, GA 30062-1013
30578753    +   Dr. Elena Gardner, 709 Parkland Ct, Hurst, TX 76053-7150
30578754    +   Dr. Kelcy Brunner, 1201 n Essex ave, Lubbock, TX 79416-1592
30578755    +   Dr. Phillips Center for the Performing A, 155 E Anderson St, Orlando, FL 32801-3713
30578756        Dr. Rodney Jenkins Lima, 21712 Bradley Rd, Kaplan, LA 70548-7014
30578757    +   Draeger, Matthew, 808 CRESCENT STREET, APT 64, WHEATON, IL 60187-5658
30578758    +   Drake Bartlett, 426 Homestead Ave, Salinas, CA 93901-1919
30578760        Drake Duce, 251 East Park Drive, Kellogg, ID 83837
30578761        Drake Gruber, 442 woodbine ave, Kitchener, ONTARIO N2R0A6, CANADA
30578762    +   Drake Simmons, 2660 Peck Ave.,#101, #101, Riverton, WY 82501-2215
30578763    +   Drake Stratton, 144 Woodruff Ave, 1A, Brooklyn, NY 11226-1863
30578764        Drake Teer, PO Box 184, Argyle, TX 76226-0184
30578765    +   Drake Williams, 6300 birdcage st, Apt. 31, Citrus Heights, CA 95610-5929
30578759    +   Drake botelho, 8455 Great Outdoors St, Las Vegas, NV 89166-3814
30578768        Draven Thomas, 14446 E 101st Ave, Commerce City, CO 80022-8904
30578769    +   Draven Vigil, 601 Cherry Ln, Prosser, WA 99350-1545
30578771        Dre Butler, 12411 Canyon Rock Dr, Evansville, IN 47725-8286
30578772        Dream Beasley, Aviano Air Base, APO AE 09603 PSC 103 BOX 46, Roveredo in Piano, Pordenone 33080, ITALY
30578773    +   Dreonna Phillips, 18890 gravel hill de, georgetown, DE 19947-5264
30578774    +   Drew Aclin, 1333 Opequon Avenue, Winchester, VA 22601-4401
30578775        Drew Bauer, PO Box 1486, Rancho Santa Fe, CA 92067-1486
30578776    +   Drew Dashner, 1075 8 Mile Mesa Rd, Pagosa Springs, CO 81147-7737
30578777        Drew De Bate, 8216 Jayme Dr Unit 414, Winter Garden, FL 34787-8850
30578778    +   Drew Gonick, 3651 Lenox Rd NE, Unit 738, Atlanta, GA 30305-4085
30578779    +   Drew Gooden, 1212 Bahama Dr, Orlando, FL 32806-1441
30578780        Drew Hamlin, 4802 Rose Dr, Amarillo, TX 79108-5255
30578781        Drew Jacobs, 19 E 150 S, Valparaiso, IN 46383-9606
30578782        Drew James, 34 Wachusett St Apt 2, Worcester, MA 01609-2778
30578783        Drew Keith, via guerrazzi 27, Milan, MILAN 20145, ITALY
30578784    +   Drew Liszewski, 284 Kinderhook Dr., Chesterfield, MO 63017-2920
30578786    +   Drew Maldonado, 22 Sellas Rd N, Ladera Ranch, CA 92694-0705
30578788    +   Drew Monson, 8605 Santa Monica Blvd #86291, Los Angeles, CA 90069-4109
30578789    +   Drew Oleski, 52746 Stag Ridge Drive, Macomb, MI 48042-3483
30578790        Drew Oliver, 16280 Beach Dr NE, Lake Forest Park, WA 98155-6704
30578791        Drew Pettus, 424 Thorngate Dr, Brandon, MS 39042-2334
30578792    +   Drew Post, 5522 Maverick Point Ln, Katy, TX 77494-1331
30578794    +   Drew Raymond Kellett, 7604 Verona St. NW, Albuquerque, NM 87120-4500
30578793    +   Drew Raymond Kellett, 3650 Morning Star Dr, Unit 2206, Las Cruces, NM 88011-1766
30578795    +   Drew Ryan Wendler, 12843 Hidden Dale Point, Cypress, TX 77429-5878
30578796    +   Drew Schieffelin, 342 S Cochran Ave, Apt 409, Los Angeles, CA 90036-3395
30578797    +   Drew Simms, 1503 Anthony St., Apt. 2, Columbia, MO 65201-1801
30578798    +   Drew T Mangione, 306 N 35th Street, Apt 1R, Philadelphia, PA 19104-3686

30578799    +   Drew Tilbrooke, 2600 Spinnaker Dr, Reno, NV 89519-5859
30578800    +   Drew Tomasik, 6506 Covington Rd., #A323, Fort Wayne, IN 46804-7391
30578801    +   Drew Van Patter, 616 Columbia Rd, Fort Collins, CO 80525-1809
30578802    +   Drew Woodson, 439 East 84th St, NY, NY 10028-6227
30578785        Drew m Waddell, 608 University St, Pella, IA 50219-1922
30578803    +   Dreyden Spilker, 229 Wolfly Ave, Bowling Green, OH 43402-1761
30578804    +   Drini Puka, 19 Burney Street, Apt 3, Boston, MA 02120-3079
30578805    #+  Drink Branders, 1015 Noteware Drive, Traverse City, MI 49686-8110
30578806        Drrick Hayes, 15 Oconnor St Apt 3, East Taunton, MA 02718-1147
30578807        Dru Riley, 3385 W 18th Ave, Eugene, OR 97402-3109
30578808    +   Drum-Line, 2114 South Main Street, Stuttgart, AR 72160-6722
30578811    +   Duan Harrion, 2200 Monroe St, Apt 1823, SANTA CLARA, CA 95050-3468
30578812    +   Duds By Dudes, 7855 Ostrow Street, San Diego, CA 92111-3634
30578813    +   Duff, 4620 Hillcrest Ave, Royal Oak, MI 48073-1704
30578815    +   Duncan, 853 Burnham Dr, C, University Park, IL 60484-3267
30578816        Duncan Baker, 3944 Suffolk Lane, Essex, ON N0R 1G0, CANADA
30578817    +   Duncan Brown, 3598 W Arsenal Way, Bremerton, WA 98312-3611
30578818    +   Duncan Frey, 3034 N Troy St, Apt 1, Chicago, IL 60618-8527
30578819        Duncan McKay, 8499 Michigan 71, Beaver Drive Lot 165, Durand, MI 48429
30578820        Duncan McKissock, 28 Andover Wynd, East Kilbride, SCOTLAND G744FA, UNITED KINGDOM
30578821        Duncan Robertson, 10 Church Road, Chavey Down, Ascot, England SL5 8RR, UNITED KINGDOM
30578822        Dungeon Daddy, 40926 White Clover Ln, Aldie, VA 20105-3486
30578824    +   Dungeons & Daddies Podcast, 530 S Hewitt St. Unit 153, Attn: Freddie Wong, Los Angeles, CA 90013-1906
30578823    +   Dungeons & Daddies Podcast, 16255 ventura blvd, Suite 1240, Encino, CA 91436-2322
30578826        Durkhanai Alami, 1515 S LAMAR BLVD APT 1523, AUSTIN, TX 78704-3072
30578827        Dust Geiss, 508 N Circle Dr, Wilmington, IL 60481-1007
30578828        Dustin Addis, 838 N FAIRFAX AVE, LOS ANGELES, CA 90046-7208
30578829        Dustin Averbuch, 113 MOTT ST APT 4F, NEW YORK, NY 10013-4634
30578830    +   Dustin Baker, 2409 Forest Avenue NW, Fort Payne, AL 35967-3714
30578831    +   Dustin Bergstrom, 5841 Millbrook St, Shawnee, KS 66218-8405
30578832    +   Dustin Cardoso, 2903 Timber Knoll Drive, Valrico, FL 33596-5666
30578833        Dustin Cheney, 689 N Clinton St Apt 220, Syracuse, NY 13204-1585
30578834        Dustin Fontana, 5412 93rd St, Lubbock, TX 79424-4324
30578835        Dustin Gans, 2882 W Elliot Dr, H106, Spokane, WA 99224
30578836        Dustin Hahn, 5295 E 116th Pl, Thornton, CO 80233-5811
30578837    +   Dustin James Hasbrouck, 1523 Lucas Ave. Ext., Cottekill, NY 12419-5111
30578838        Dustin Johnson, 5803 Alpine Dr, Hanahan, SC 29410-3105
30578839    +   Dustin Kline, 1 W Jackson St, Apt 117, Richmond, VA 23220-3257
30578840    +   Dustin Lee, 3318 E Main St, Hillsboro, OR 97123-7173
30578841    +   Dustin Messman, 317 Emerald Cove Street, Panama City Beach, FL 32407-5630
30578842    +   Dustin Morris, 8031 Deadwood Ridge, Converse, TX 78109-1761
30578843    +   Dustin Nelson, 5923 96th dr SE, Snohomish, WA 98290-9261
30578844    +   Dustin Neuschafer, 8900 N Mersington Ave, Kansas City, MO 64156-3024
30578845        Dustin Nicholson, 33 SORRELL AVE, PLATTSBURGH, NY 12901-2202
30578846    +   Dustin Norris, 111 Norris Rd, Etowah, NC 28729-9774
30578848        Dustin Palmer, 11 Hickok Pl, Burlington, VT 05401-8517
30578849    +   Dustin Parrack, 7336 Lowery Road, Fort Worth, TX 76120-2314
30578850        Dustin Pierce, 62 Mechanic St Apt 2, Manchester, NH 03101-1917
30578851        Dustin Polson, 303 Crestlake Way, Bowling Green, KY 42104-7532
30578852    +   Dustin R Woodcock, 1115 TWIN OAKS CT, SULLIVAN, MO 63080-1055
30578853        Dustin Randolph, 1407 Bernard St Apt 288, Denton, TX 76201-7185
30578854    +   Dustin Rankhorn, 60 Village Dr, Oakland, TN 38060-4850
30578855    +   Dustin Roberts, 190 Rodney Sullivan Rd, Magee, MS 39111-4252
30578856    +   Dustin Rowbotham, 2013 W Louisville St, Broken Arrow, OK 74012-4817
30578857    +   Dustin Shane Lawless, 3859 W Mount Vernon St, Springfield, MO 65802-5734
30578858    +   Dustin Sloane, 455 Buckminster Cir, Orlando, FL 32803-6746
30578859    +   Dustin Talasek, 222 West 9th St, Horton, KS 66439-1626
30578860    +   Dustin Thomas, 4607 Woodside Ave NW, Canton, OH 44709-1918
30578861    +   Dustin Walker, 4265 Wine Country Court, Napa, CA 94558-1612
30578862        Dustin Wallace, 4256 Bates St, Saint Louis, MO 63116-2933
30578863        Dustin Whipple, 24430 Tucker House Ln, Katy, TX 77493-2681
30578847        Dustin packard, 3709 BALBOA TER, A, SAN DIEGO, CA 92117-5431
30578864    +   Dusty Bell, 6478 guide meridian, Lynden, WA 98264-9615

30578865    + Dusty Jarrell, 1155 VINE ST, ADRIAN, MI 49221-3152
30578866      Duval Beck, 5424 S 4225 W, Roy, UT 84067-8167
30578867    + Duvi Bondarchuk, POB 335, East Marion, NY 11939-0335
30578868    + Dwayne Simpson, 905 Tinton Ave, 11h, Bronx, NY 10456-7423
30578869    + Dwight Bejec, 2582 Warm Springs Ln, Naperville, IL 60564-8400
30578871    + Dyani Armijo-Sinnett, 311 Joyce St, Houston, TX 77009-2633
30578872      Dyar Bikey, 209 - 2851 Heather St., Apt. 209, Vancouver, British Columbia, V5Z0A2, CANADA
30578873    + Dyenomite Apparel, 3706 Lacon Rd., Hillard, OH 43026-1207
30578874    + Dylan, 1518 Farrow Drive, Rock Hill, SC 29732-7758
30578875    + Dylan Ames, 3356 N 56th St, Springdale, AR 72762-0142
30578876    + Dylan Ashley, 69 Adams St NW, Unit B, WA, DC 20001-1173
30578877    + Dylan Banayat, 3335 Cypress way, Santa Rosa, CA 95405-7513
30578878      Dylan Bartholomew, 11A Broadview Place, Howick, Auckland 2014, NEW ZEALAND
30578879      Dylan Baumbach, 1213 Marcus Ct, Flower Mound, TX 75028-2546
30578880    + Dylan Bell, PSC 80 BOX 14175, APO, Armed Forces America 96367-0044
30578881      Dylan Benoit, 23A Hopeall Street, ST. JOHN'S, NEWFOUNDLAND AND LABRADOR AI, CANADA
30578883    + Dylan Bolger, 3660 S Cox Road, Apt. 109, Springfield, MO 65807-6906
30578884      Dylan Brown, 156 cathrine way, Merseyside, England WA12 8RD, UNITED KINGDOM
30578885      Dylan Condo, 2207 Creekside Br, Franklin, TN 37064-4967
30578887      Dylan Costa, 118 Goldmark Crescent, Cranebrook, NSW 2749, AUSTRALIA
30578886      Dylan Costa, 118 Goldmark Crescent, Cranebrook, New South Wales, 2749, AUSTRALIA
30578888      Dylan Da Silva, 21 sable crescent, Whitby, ONTARIO L1R 1Y5, CANADA
30578889    + Dylan Duffney, 3720 Wendwood Ln, Apt 202, Charlotte, NC 28211-4187
30578890      Dylan Duncan, 209 Hanahan Plantation Cir, Hanahan, SC 29410-8227
30578891      Dylan Dvorak, 617 Auburn Crescent, Burlington, ONTARI L7L 5B3, CANADA
30578892      Dylan Evans, 95 Burnett Ave S Unit 510, Renton, WA 98057-2046
30578893      Dylan Fest, 183 Vantage Point Pl, Pickerington, OH 43147-1147
30578894      Dylan Fields-Buckley, 21 Sainsbury Road, Fernhill, Queenstown, Otago 9300, NEW ZEALAND
30578895      Dylan Fine, 2764 BARNHILL DR, MARIETTA, GA 30062-4810
30578896    + Dylan Flood, 920 York Street, East Rutherford, NJ 07073-1023
30578899      Dylan Flowers, 238 Eaton Crescent, Saskatoon, SASKATCHEWAN S7V 0H4, CANADA
30578900    + Dylan G Wallace, 24770 Beacon Circle, Athens, AL 35613-1205
30578901    + Dylan Gannon, 1077 Pleasure Lane, Unit 101, Henderson, NV 89002-1069
30578902    + Dylan Garey, 6794 Number 8 Hollow Rd, New Lexington, OH 43764-9662
30578903    + Dylan Garsee, 4607 N Sheridan, Apt 313, Chicago, IL 60640-6515
30578904      Dylan Gavron, 215 WOODCREST DR, ATHENS, GA 30606-2337
30578905    + Dylan Gee, 8 Capricorn Ct, Derwood, MD 20855-2566
30578906    + Dylan Gilberti, 1944 Island Pine Way, Leland, NC 28451-4220
30578907    + Dylan Giles, 151 New Hope Lane, Luray, VA 22835-3947
30578908    + Dylan Gilligan, 312 Grove Crossing Lane, Haines City, FL 33844-8867
30578909    + Dylan Goenner, 9536 100th AVE SE, Clear Lake, MN 55319-4548
30578910      Dylan Gundel, 3904 Fillmore Dr, Woodbridge, VA 22193-2241
30578911      Dylan Haley, 2114 Pecan Ct, Danville, VA 24540-1410
30578912      Dylan Hall, 3388 Morrey Court, Apt. 303, Burnaby, BC V3J 7Y5, CANADA
30578913      Dylan Hartley, 1955 Alpha Way, Apt. 5508, Burnaby, BC V5C0K2, CANADA
30578914      Dylan Hewitson-Bevis, 5 Eager Court, Petrie, Queensland, 4502, AUSTRALIA
30578915    + Dylan Hocking, 1458 West Colonial Parkway, Roseville, CA 95661-5007
30578916    + Dylan Hogue, 401 seiberts ct, West Lawn, PA 19609-1746
30578917      Dylan Johnson, 5807 Cliffside Dr, Troy, MI 48085-3848
30578918      Dylan Kennedy, 1211 W Oak street, Apt. 2226, Denton, TX 76201
30578919      Dylan Kirk, 6 Cornfield Avenue, Lakenheath, Brandon, ENGLAND IP27 9JW, UNITED KINGDOM
30578921      Dylan Labrecque, 3425 Doverthorn Road Southeast, Calgary, ALBERTA T2B 2H2, CANADA
30578922    + Dylan Ladich, 709 Morgan Street, Elizabeth City, NC 27909-5313
30578923    + Dylan Laurino, 635 N Troy Street, Chicago, IL 60612-1031
30578924    + Dylan Lawson, 1820 Twintree Dr, Norman, OK 73071-1050
30578925    + Dylan LeClaire, 2201 Nw 9th Street, Home, Cape Coral, FL 33993-7165
30578927      Dylan Lipscomb, PO Box 171, 304 719 9771, Deep Water, WV 25057-0171
30578928      Dylan Martens, Box 97, PO Box 97, Martensville, SASKATCHEWAN S0K 2TO, CANADA
30578930    + Dylan Mazzanti, 1302 Country Club Rd, Casper, WY 82609-3027
30578931      Dylan McCourt, 86 ABBEY PARK, ARMAGH, NORTHERN IRELAND BT61 8BG, UNITED KINGDOM
30578932    + Dylan McDonald, 16410 NE 21st Street, Vancouver, WA 98684-6776
30578933    + Dylan McGlothlin, 4711 Dover Hills Drive Apt 301, Kalamazoo, MI 49009-1461
30578934      Dylan Means, 151 Fair Oaks St, Wexford, PA 15090-8704

30578935          Dylan Meek, 95 Bridlewood Cir SW, Calgary, Alberta, T2Y3K9, CANADA
30578936        + Dylan Molidor, 1897 Pitsenbarger Ct., Unit F, JBER, AK 99506-1642
30578937        + Dylan Morang, 16 Lake Avenue, Rockland, ME 04841-5702
30578938          Dylan Nacion, 1117 Berry St, Elburn, IL 60119-9561
30578939          Dylan Ogle, 296 E Colorado Ave, Springdale, AR 72764-6619
30578940        + Dylan Olson, 1617 Richard Ave, Merrick, NY 11566-2313
30578941        + Dylan Poutre, PO Box 165, Greensboro Bend, VT 05842-0165
30578942        + Dylan Powers, 127 E walnut st, PO Box 162, Fountaintown, IN 46130-0162
30578943          Dylan Raulerson, 9339 254th Ter, O Brien, FL 32071-3031
30578944        + Dylan Ray Tilton, 6070 Emma Lane, Colorado Springs, CO 80922-1809
30578945          Dylan Regalado, 207 Kaufman St, Waxahachie, TX 75165-3319
30578946        + Dylan Reyes, 306 William St, Port Chester, NY 10573-4826
30578947        + Dylan Rosales, 13415 N 21st Pl, Apt. 5, Phoenix, AZ 85022-5149
30578948          Dylan Roy, 20115 Bartlett Rd, Bothell, WA 98012-9647
30578949        + Dylan Savopoulos, 115 Hampshire Square SW, Leesburg, VA 20175-5036
30578950        + Dylan Shaffer, 1820 Conewago Creek Road, Manchester, PA 17345-9745
30578951        + Dylan Simon, 333 e Kensington ave, Salt Lake city, UT 84115-1717
30578952          Dylan Simpson, 2450 FM 44 E, De Kalb, TX 75559-3105
30578953        + Dylan Simshaw, 911 4th Street West, Polson, MT 59860-5150
30578955        + Dylan Smith, 6889 Hightower Dr. Apt. 711, North Richland Hills, TX 76182-3357
30578956          Dylan Speier, 1200 Hillcrest Dr, Fort Collins, CO 80521-4245
30578957          Dylan Stephens, 1505 Fort Clarke Blvd Apt 4307, Gainesville, FL 32606-7197
30578959        + Dylan Strange, 482 Strange Hollow Road, DEL RIO, TN 37727-2410
30578960        + Dylan Swinger, 6248 Venus Ave, Bartlett, TN 38134-4647
30578961          Dylan Tehada, 1718 Lobelia Ln, San Jose, CA 95124-6416
30578962        + Dylan Tyler Bullinger, 6334 South Eclipse Place, Boise, ID 83709-7840
30578963          Dylan Vazquez, 1347 E Campville Rd, Endicott, NY 13760-8421
30578964        + Dylan Waits, 822 Lacey St SE, Lacey, WA 98503-1327
30578965        + Dylan Walter, 3645 Oakdale Circle, Apt 205, Oviedo, FL 32765-8653
30578966        + Dylan Whelan, 6010 Williamsburg Way, Tampa, FL 33625-4142
30578967          Dylan Whiting, 2101 W Anderson Ln Apt 515, Austin, TX 78757-1260
30578968        + Dylan Yadav, 47 Buckley Rd., Marlboro, NJ 07746-2108
30578969          Dylan Yeager, 3833 Starr Ave, OR, OH 43616-2495
30578970        + Dylan Zierle, 1372 Hazel Nut Ct, Annapolis, MD 21409-5696
30578882        + Dylan berry, 422 Wilbur st, Scranton, PA 18508-1314
30578920        + Dylan kormaris, 5201 Pinckney Marsh Ln, Summerville, SC 29483-0306
30578926        + Dylan lewis, 130 Toll House Rd, Apt. B21, Greensburg, PA 15601-6120
30578954          Dylan smith, 12 Castle Crescent, Greater Manchester, England, BL6 7DT, UNITED KINGDOM
30578958        + Dylan stone, 4424 Sterling ln, Plano, TX 75093-6742
30578972          Dyllan Ennis, 9916 San Vitale Plz, Apt. 1421, FORT WORTH, TX 76177-1591
30578973        + Dyllan Martino, 7493 Saints Cir, Ocean Springs, MS 39564-9356
30578974        + Dylon Chord, 1709 Rainier Ave, Everett, WA 98201-2426
30578975        + Dylon Robertson, 905 Truman St., Lamar, MO 64759-1556
30578976          Dyson Cousins, 1a piper road ferntree gully, Melbourne, VICTORIA 3156, AUSTRALIA
30578977        + E Yana Bailey, 800 Almora avenue, sacramento, CA 95838-4302
30578978          E Hummelen, Alexanderweg 51, Bennekom 6721 HE, NETHERLANDS
30578979          E Kent, 5225 IRVING AVE S, MINNEAPOLIS, MN 55419-1127
30578980        + E.A. Dion, P.O. Box 2098, 33 Franklin McKay Rd, Attleboro, MA 02703-4625
30578981          E.M. van hees, George Gershwinlaan 507, Apt. 507, Amsterdam, Noord-Holland, 1082MT, NETHERLANDS
30578994        + EC Pitts, 1002 Palmetto St, Homewood, AL 35209-5330
30579019        + EDEN, 1800 Century Park East, Suite 1600, LA, CA 90067-1501
30579018        + EDEN, 1750 Vine Street, Astralwerks c/o Joe Mortimer, Los Angeles, CA 90028-5209
30579101        + EJ Kammerer, 3019 Ben Venue Drive, Greensburg, PA 15601-3821
30579169          ELI MORANTE, 23 murrakin street, Kahibah, New South Wales, 2290, AUSTRALIA
30579901          ERIC BOWSER, 3660 Forbes Trail Dr, Murrysville, PA 15668-1054
30579905        + ERIC C ROLLOFF, 2526 South Bridge Street, Lot 78, Lot 78, New Ulm, MN 56073-1765
30580007          ERICA GUTOWSKI, N70W15107 Terrace Dr, Menomonee Falls, WI 53051-5041
30580112          ERIN GEHLBACH, 1820 Appleton Ave, Independence, MO 64052-3753
30580290        + ETS Express, Inc., 420 South Lombard St, Oxnard, CA 93030-5100
30580432        + EZCO, 2740 Greenside Pl., Nashville, TN 37206-2303
30578982        + Eagles Club, 2401 W. Wisconsin Ave,, Milwaukee, WI 53233-1827
30578983        + Eagles Entertainment Inc, 2401 W Wisconsin Ave, Milwaukee, WI 53233-1827
30578984          Eamon J Shea, Studio City, CA 91604

District/off: 0752-1 User: admin Page 141 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30578985 + East Fork Studio & Press Inc., PO Box 63, Brownsville, IN 47325-0063
30578986 + Easy Eye, 5750 Wilshire Blvd, Suite 450, Los Angeles, CA 90036-3642
30578987 Easy Paper Packaging Inc., 799 College St Unit 405, Toronto, ON M6G1C7, CANADA
30578989 + Eaton, 5109 Lawnton Ct, Tampa, FL 33624-4165
30578992 + Eboney Randall, 5462 north marvine street, Philadelphia, PA 19141-3010
30578993 Eboney Stevens, 23 Holbut Street, Maryborough, Queensland 4650, AUSTRALIA
30578995 Echo Post, 1048 S VENOY RD, WESTLAND, MI 48186-4836
30578996 + Ed Alba, 388 Elmwood Ave, Apt 8, Buffalo, NY 14222-2245
30578997 Ed Duffy, 4345 Nancy Pl, Shoreview, MN 55126-2231
30578998 Ed Klooster, 13 Queen Street, Elmira, Ontario N3B 2S5, CANADA
30578999 Ed Torode, 40 Holly Close, Southampton, England, SO31 7BW, UNITED KINGDOM
30579000 Edan Walters, 4 Inglewood Close, Newark, Balderton, ENGLAND NG24 3GR, UNITED KINGDOM
30579001 + Eddie Berdon, 612 Arbuckle Ct, Bakersfield, CA 93309-1401
30579003 + Eddie Collins, 6673 Gaines Road, Cincinnati, OH 45247-5855
30579002 + Eddie Collins, 3040 Affirmed Drive, North Bend, OH 45052-9610
30579004 + Eddie Egan, 15 spofford ave, warwick, RI 02888-1814
30579005 Eddie Finn, 1224 N PALETHORP ST FRNT 1, PHILADELPHIA, PA 19122-4555
30579006 Eddie Flores, 4100 Old Rosebud Ln, Prosper, TX 75078-2771
30579007 Eddie Issa, Bussatorpsv gen, 19B, Sk vde, V:a G taland 54156, SWEDEN
30579009 + Eddie Ni, 4608 Medina Rd, Akron, OH 44321-1316
30579010 + Eddie Rodriguez, 1310 3rd st, Galena Park, TX 77547-3302
30579011 + Eddie Schmidt, 3104 Lumberjack rd, Nashville, TN 37214-4017
30579012 + Eddie Suarez, 1107 Forestdale Dr., Salisbury, FL 28144-2124
30579013 + Eddie Suarez, 1107 Forestdale Dr., Salisbury, NC 28144-2124
30579014 Eddie Zeegers, 104 Edgemont Estates Drive NW, Calgary, ALBERTA T3A 2M3, CANADA
30579015 + Eddy Burback, 410 Hauser Blvd, Apt 8B, Los Angeles, CA 90036-5549
30579017 + Eddy Guzman, 22003 Horst Ave, Hawaiian Gardens, CA 90716-1517
30579020 + Eden Bigornia, 2764 RIO LEMPA DRIVE, HACIENDA HEIGHTS, CA 91745-5505
30579021 + Eden Conly, 11307 Windsong Ct, Fenton, MI 48430-4033
30579022 + Eden Kruce, 8000 W Stanford Ave, 5A-308, Littleton, CO 80123-7358
30579023 Eden Miller, 2613 Lundene Rd, Mississauga, ONTARIO L5J3Y8, CANADA
30579024 + Eden S Soleilune, 3225 Maine Prairie Rd, Apt. 126, St. Cloud, MN 56301-4526
30579025 + Eden Sare, 37359 SE Olson St, Sandy, OR 97055-9521
30579026 + Edgar Betancourt, 2611 S Old Wire Rd, Rogers, AR 72758-7547
30579028 + Edgar Ceja, 93 Weaver St, Greenwich, CT 06831-4300
30579030 Edgar Llanos, 141 Skycrest Dr, Rochester, NY 14616-1416
30579031 + Edgar Morales, 1440 Conley Ln, Crowley, TX 76036-1260
30579032 + Edgar Padilla, 1239 East Avenue, Berwyn, IL 60402-1004
30579034 + Edgar Vega, 4401 South 36th Avenue, Phoenix, AZ 85041-1705
30579027 + Edgar ceja, 1717 E Copper Ct, Visalia, CA 93292-1741
30579033 + Edgar sagrero, 2505 nw 24th st, Boynton beach, FL 33436-2140
30579035 Edgars Fribus, Euskirchener Stra e, Apt. 54, Neuss, Nordrhein-Westfalen 41469, GERMANY
30579036 Edison Maciel, Rua Padre Jo o, 763, Apt 53, SAO PAULO, SAO PAULO 3637000, BRAZIL
30579037 Edith Acevedo Godinez, 18 Kay Dr, Greenville, SC 29605-1430
30579038 + Edith Cordova-Zeas, 432 West Grand Street, Elizabeth, NJ 07202-1110
30579040 + Edmund Conway, 88 Stewart Street, Floral Park, NY 11001-2911
30579041 Edmund Snow, 3 Hack Court, Ajax, Ontario L1T 4N6, CANADA
30579042 + Edmundo Razo, 23241 Saguaro St., Apt. B, Lake Forest, CA 92630-4554
30579043 Edmy Darisme, 12521 siesta key way, 222, Rockville, MD 20850
30579044 Edsel Ubeda, 5343 W IMPERIAL HWY STE 900, LOS ANGELES, CA 90045-6262
30579045 + Eduardo Alejandre, 6920 Vesper Avenue, Apt 8, Van Nuys, CA 91405-3955
30579047 + Eduardo Cruz, 17107 NE 80th St, Apt, 16, Redmond, WA 98052-3979
30579049 + Eduardo Del Valle, 1021 Alta vista dr, Sparks, NV 89434-4077
30579050 + Eduardo G Esquivel, 640 N View St, Aurora, IL 60506-2924
30579051 Eduardo Hernandez Argueta HERNANDEZ, 1 Aeropost Way- SAL 39645, MIAMI, FL 33206-3206
30579052 + Eduardo Lopez, 1545 lakeshore dr, Little elm, TX 75068-5492
30579053 + Eduardo M Sanchez, 3211 Inez St, Los Angeles, CA 90023-1632
30579054 + Eduardo Montano, 1656 E Princeton St, Ontario, CA 91764-2239
30579055 + Eduardo Urbina, 1350 Concourse Ave, Apt. 712, Memphis, TN 38104-2032
30579048 Eduardo de Leon, Uruapan 601-A, Guadalupe, Nuevo. Leon, 67140, MEXICO
30579056 Edvardas Vaskevicius, Taurijos 59-1, Vilnius, VILNIUS 13105, LITHUANIA
30579057 Edvin Fj rtoft Pettersen, Carl Gr ndahls Vei, Apt. 4, Oslo, NORWAY 871, NORWAY
30579058 Edward Baldwin, 707 TAYLOR ST, RIVERSIDE, NJ 08075-3444

District/off: 0752-1                    User: admin                                    Page 142 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                              Total Noticed: 30719

| | | |
|---|---|---|
| 30579059 | | Edward Burback, 410 Hauser Blvd Apt 8B, Los Angeles, CA 90036-5549 |
| 30579060 | | Edward Carrillo, 1463 Sunset Ave, Pasadena, CA 91103-2148 |
| 30579061 | | Edward Carter, 20 Barrowmount Drive, Goresbridge, Kilkenny R95 CY6X, IRELAND |
| 30579062 | + | Edward Castilleja, 10332 Riata Ln, Bakersfield, CA 93306-7872 |
| 30579063 | + | Edward Chase Mahrlig, 3840 Byers Road, Cumming, GA 30040-2839 |
| 30579066 | | Edward Freedman, 23 Elm St Apt 305, Somerville, MA 02143-2259 |
| 30579067 | + | Edward Gonzales, 4421 rosethorn cir., Burton, MI 48509-1216 |
| 30579068 | + | Edward Henninger, 336 E Derry Rd, Hershey, PA 17033-2711 |
| 30579069 | | Edward Hippisley-Cox, 159 Crimicar Lane, Fulwood, Sheffield, England S10 4FD, UNITED KINGDOM |
| 30579071 | | Edward Lockwood, 4 Fitzpatrick Ln, Chicopee, MA 01020-1906 |
| 30579072 | + | Edward Nava, 8130 Sunny Ridge Dr, Houston, TX 77095-3605 |
| 30579073 | | Edward Oldfield, 61 Glenview Dr, Decatur, IL 62521-5483 |
| 30579075 | + | Edward Perez, 91 Delavan St., New Brunswick, NJ 08901-2718 |
| 30579076 | + | Edward Tolan, 3153 old highway 8, Apt 104A, MINNEAPOLIS, MN 55418-2560 |
| 30579077 | + | Edward Tsui, 2 Coolidge St, Westford, MA 01886-2348 |
| 30579065 | + | Edward eldridge, 8 Sirod Rd, Windham, NH 03087-1438 |
| 30579078 | | Edwin Chavez Ruiz, 4946 W Naomi St, Indianapolis, IN 46241-4443 |
| 30579079 | + | Edwin Chen, 21416 27th Avenue, Bayside, NY 11360-2608 |
| 30579080 | | Edwin Cholula-Ortiz, 101 Claremont Pl, Mount Vernon, WA 98274-4528 |
| 30579081 | | Edwin Clarke, 477 Bunting Drive, North Bay, ON P1A 4L4, CANADA |
| 30579082 | + | Edwin Hahn, 1935 Hau Street, STE 450, Honolulu, HI 96819-5003 |
| 30579083 | + | Edwin Kelly, 2038 Oakland Ave, Pueblo, CO 81004-3710 |
| 30579084 | + | Edwin Mayer, 521 Peden Street, Houston, TX 77006-1421 |
| 30579085 | | Edwin Robinson, 2801 Cowley Rd, Cary, NC 27518-9426 |
| 30579086 | | Edwin Sanchez, 7662 DEL ROSA AVE, SN BERNRDNO, CA 92410-4609 |
| 30579087 | | Edy Oto, 608 Orange Street, Northumberland, PA 17857-1433 |
| 30579088 | + | Eesha Patel, 7934 Emerald Haven Drive, Sugarland, TX 77479-5461 |
| 30579089 | | Eeva Turunen, Niittyluhdantie 17, Helsinki 660, FINLAND |
| 30579090 | + | Effective Merch, 3360 NW 110th St., Miami, FL 33167-3720 |
| 30579091 | + | Efrain Ramirez, 3740 s la salle ave, Llos Angeles, CA 90018-4551 |
| 30579092 | | Eggworm K.K., Higashi 1-4-6 1F, Shibuya-Ku, Tokyo, JAPAN |
| 30579093 | | Ehlana Driscoll, 30 Garden Pt, Zionsville, IN 46077-1006 |
| 30579094 | + | Eijah Wilson, 1410 Wall Street, Murfreesboro, TN 37130-5961 |
| 30579095 | + | Eila Madrigal, 1401 Josephine Street, Stockton, CA 95206-1120 |
| 30579096 | | Eileen Holladay, 49598 HARTWELL RD, OAKHURST, CA 93644-8557 |
| 30579097 | + | Eileen Kochanasz, 3 Stonewall Ct, East Hampton, NY 11937-2582 |
| 30579098 | + | Eileen Webb, 3202 Helms Street, APT #303, Austin, TX 78705-2470 |
| 30579099 | | Eileen Whilleson, 43 E Greenwood Ave, Haddon Township, NJ 08107-1244 |
| 30579100 | + | Eitan Rosenberg, 102 Wyckoff Street, Apt 2L, Brooklyn, NY 11201-6354 |
| 30579103 | + | Ekho Events LLC, 2135 Queens Chapel Road N.E., Washington, DC 20018-3605 |
| 30579104 | + | Eko Summers, PO Box 321, Bellaire, OH 43906-0321 |
| 30579105 | + | El Contreras, 7685 Northcross, Apt. 903, Austin, TX 78757-2152 |
| 30579107 | | Ela rose dale, 4 Jasper Close, Barlaston, Stoke-on-Trent ST12 9BL, UNITED KINGDOM |
| 30579109 | | Elaina Smith, PO Box 309, 543 Center Road, Block Island, RI 02807-0309 |
| 30579110 | | Elaine Brazele, 306 W ALISO ST, OJAI, CA 93023-2504 |
| 30579111 | + | Elaine Carlson, 1300 Sterling Drive, Mundelein, IL 60060-1079 |
| 30579112 | | Elaine Chicas, 11146 Penn St, Lynwood, CA 90262-2423 |
| 30579114 | + | Elaine Du, 4 Martine Ave, Unit 1515, WHITE PLAINS, NY 10606-4013 |
| 30579115 | + | Elaine Mendez, 409 Griffin St, po box 163, Williams, SC 29493-0163 |
| 30579116 | + | Elaine Rezotko, 631 Creekside Cir, Gurnee, IL 60031-2058 |
| 30579117 | + | Elaine Rezotko, 631 Creekside Circle, Gurnee, IL 60031-2058 |
| 30579113 | | Elaine de Vos, 8 Montgomery Avenue, Hampton on the Hill, England CV35 8QP, UNITED KINGDOM |
| 30579119 | | Elane Marroquin, 10204 Ruthelen St, Los Angeles, CA 90047-4140 |
| 30579120 | | Elanor Chorney Young, 184 poplarwood ave, Winnipeg, MANITOBA R2M 1L2, CANADA |
| 30579121 | + | Elanor McIvor, 18929 8th Ave SW, Normandy Park, WA 98166-3867 |
| 30579123 | + | Eleanor Bishop, 1623 N Mariposa Ave, Apt. 300, Los Angeles, CA 90027-5127 |
| 30579124 | # | Eleanor Burch, 7860 W MANSFIELD PKWY APT 12-206, LAKEWOOD, CO 80235-3063 |
| 30579125 | | Eleanor Burton-Humphrey, 114 Furze Road, Norwich, ENGLAND NR7 DAU, UNITED KINGDOM |
| 30579126 | | Eleanor Carspecken, 8199 E FLEENER RD, BLOOMINGTON, IN 47408-9618 |
| 30579127 | | Eleanor Gough, 18 Paxton Drive, Bristol, Bristol, BRISTOL, ENGLAND BS3 2BE, UNITED KINGDOM |
| 30579128 | | Eleanor Hannan, 311 S JUNIPER ST, FURNESS 202, PHILADELPHIA, PA 19107-5811 |
| 30579129 | | Eleanor Linder, 805 NE 98th St, Seattle, WA 98115-2140 |
| 30579130 | | Eleanor Mackett, 53 Avondale Crescent, Cardiff, Wales, CF11 7DE, UNITED KINGDOM |

District/off: 0752-1                          User: admin                                    Page 143 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                   Total Noticed: 30719

30579131    Eleanor Margaret Harrison, 6 Musgrave Street, Penrith, ENGLAND CA11 9AS, UNITED KINGDOM
30579133    Eleanor Moore, 1200 N QUAKER LN, ALEXANDRIA, VA 22302-3004
30579134    Eleanor Neale, Flat 4703 Bagshaw Building 1 Wards Place, 1 Wards Place, London, England, E149EJ, UNITED KINGDOM
30579135  + Eleanor Smith, 2107 Powers Ferry Rd SE, Apt F, Marietta, GA 30067-5244
30579136    Eleanor Webb, 29 Silvester Road, Waterlooville, ENGLAND PO8 8TJ, UNITED KINGDOM
30579138  + Elena Aukamp, 1495 Lionsridge Loop, Vail, CO 81657-4929
30579139    Elena Brom, Dorfstrasse 10, Schonberg 6141, AUSTRIA
30579140  + Elena Coles, 1225 West University Avenue, Unit 618, Gainesville, FL 32601-5109
30579141    Elena Goldstein, 193 RUTLEDGE AVE APT 1B, CHARLESTON, SC 29403-5832
30579142    Elena Mcgovern, 421 9th St SE, WA, DC 20003-2848
30579143    Elena Tretbar, 9300 Mohawk Ln, Leawood, KS 66206-2023
30579144    Eleni Martin, 236 Ramshorn Peak Ln, Bozeman, MT 59718-8793
30579145    Eleni Bigas, 235 Greencedar Drive, Hamilton, Ontario, L9C 6S2, CANADA
30579147  + Eleni Michaelides, 1904 Goodrich Ave, APT 16, Austin, TX 78704-3366
30579148  + Elevation @ The Intersection, 133 Grandville Ave SW, Grand Rapids, MI 49503-4042
30579149    Elf Sydney, 1792 BLACKTHORN ST, COUNCIL BLFS, IA 51503-5406
30579150    Elford Morgan, 100 Dares Ferry Rd, Spartanburg, SC 29302-4456
30579151    Eli Bray, 2 TASMAN AVENUE, Gilles Plains, South Australia, 5035, AUSTRALIA
30579152  + Eli Brite, 610 Glen Rhea Dr, Lake Dallas, TX 75065-2834
30579153  + Eli Brown, 221 Pierce Road, brewer, ME 04412-1440
30579154    Eli Davis, 477 Carling Crescent, Windsor, Ontario N8S 3X9, CANADA
30579155    Eli Dawson, 305 Devon Ct, Woodstock, GA 30188-2913
30579156  + Eli Dunaway, 2922 Miccosukee Road, 7E, Tallahassee, FL 32308-5542
30579157  + Eli Eckelberg, 8533 N Farmdale St, Spokane, WA 99208-6885
30579158    Eli Geddings, 2000 ROWLAND PL, JASPER, AL 35504-6700
30579159    Eli Gould, 3230 Oakley Station Blvd Unit 113, Cincinnati, OH 45209-1280
30579160  + Eli Groborchik, 7649 Lexington Dr, Hudson, OH 44236-1428
30579161  + Eli Guilta, 1241 Chateau Green Ct, Bel Air, MD 21015-2103
30579162  + Eli Horwitz, 9 Southwood Drive, Slingerlands, NY 12159-9316
30579163  + Eli Jacob Renick, 2301 S. Millbend Dr., Apt 2007, Spring, TX 77380-1758
30579164  + Eli Jeffries, 5917 Journey Drive, Apt. 306, Noblesville, IN 46062-0068
30579165  + Eli King, 3917 Bayonne Court, Louisville, KY 40299-1400
30579166  + Eli Lenig, 15 N Grant St, Apt. 417, Spokane, WA 99202-1570
30579167    Eli Magnus Winter, 2867 N Kimball Ave Apt 1, Chicago, IL 60618-7550
30579168  + Eli Martin, 4214 Hwy. 64 West, Hayesville, NC 28904-4401
30579171  + Eli Quinn, 29 Homestead Street, Pawtucket, RI 02860-4215
30579172    Eli Reardon, 1 Tarnham Rd, Seacombe Heights, South Australia, 5047, AUSTRALIA
30579173  + Eli Renick, 2301 S. Millbend Dr., Apt 2007, Spring, TX 77380-1758
30579174  + Eli Rose, 9481 S 4800 W, Payson, UT 84651-9715
30579176  + Eli Smeds, 3110 SW 13th Ave, Apt. 102, Portland, OR 97239-3081
30579177    Eli Taft, 130 Melody Ln, Florahome, FL 32140-2025
30579178    Eli Ward, 1788 Doe Run, Columbus, OH 43223-3311
30579170  + Eli ogrady, 8275 garrock rd Williamsville, Buffalo, NY 14221-4187
30579175  + Eli silva, 6721 Tournament Dr, Houston, TX 77069-1211
30579179    Elia Giuliani, Piazza Luigi Dallapiccola 6, Evergreen Residence, Firenze, FI 50144, ITALY
30579180    Elian Cribari, 5862 E Los Arcos St, Long Beach, CA 90815-2119
30579181    Elian M Pomales Gonzalez, 19 Ohio Ave, Glassport, PA 15045-1320
30579182  + Eliana Bonds, 4025 Summerset Dr, Portsmouth, VA 23703-2021
30579183  + Elianna pittman, 3359 hidden hills dr, Cedar city, UT 84720-8209
30579184  + Elias Adams, 1250 west grove pkwy, Apt. 2005, Tempe, AZ 85283-4450
30579185  + Elias Anderson, 329 Palisade Dr., Idaho Falls, ID 83404-1237
30579186    Elias Brown, 822 First Street South, B 1674, Three Hills, AB T0M 2A0, CANADA
30579187  + Elias Ciesluk, 510 Queen Ave N., Minneapolis, MN 55405-1028
30579188  + Elias Hunter, 1533 el Tigre court, E, San Luis Obispo, CA 93405-6440
30579189    Elias Laidler-daud, 5 elm terrace, Gateshead, ENGLAND DH3 1JQ, UNITED KINGDOM
30579190  + Elias Mendez, 376 Barbara Ln, Marion, OH 43302-5096
30579191  + Elias Mendoza, 9653 Palmer Ave, Melrose Park, IL 60164-2143
30579192  + Elias Moon Gayton-Sawatzky, 3810 San Jacinto St., Apt 18, Houston, TX 77004-3975
30579193  + Elias R Morgan, 804 Nanny Reams Ln, Cary, NC 27519-9380
30579195  + Elida Mulford, 407 J St, Apt K, Martinez, CA 94553-3834
30579196    Elie Fisher, 5666 Raven Rd, Bloomfield Hills, MI 48301-1048
30579197  + Elihu Pruitt, 210 Bent Tree Circle, Hayden, AL 35079-6517
30579198  + Elijah Alarcon, 9100 E Harry St, Apt 212, Wichita, KS 67207-4816

District/off: 0752-1                          User: admin                                    Page 144 of 507

Date Rcvd: Jan 04, 2024                      Form ID: 309C                                Total Noticed: 30719

30579199          Elijah Biede, 1250 Cherokee St Apt 420, Denver, CO 80204-3659
30579200        + Elijah Boccanegra, 1732 Osprey Bend, Weston, FL 33327-1612
30579201          Elijah Brunet, 1311 E Gloria Switch Rd, Lafayette, LA 70507-2627
30579202          Elijah Carnegie, 17 hettersley dive, Ajax, ONTARIO L1T1P3, CANADA
30579203        + Elijah Davidson, PO BOX 61, Myers Flat, CA 95554-0061
30579204        + Elijah Fitz, 60 Lafayette Street, B, Rochester, NH 03867-2623
30579205          Elijah Flores, 2423 Cincinnati St, Los Angeles, CA 90033-3011
30579206        + Elijah Gabbard, 4640 N County Rd 975 E, Seymour, IN 47274-7800
30579207        + Elijah Gonzales, 4720 Seminole Dr, Unit 2211, San Diego, CA 92115-5567
30579209        + Elijah Griffith, 419 West Jefferson Street, Girard, IL 62640-1119
30579210        + Elijah Grizzard, 3862 Cedar Cove Ln, Jacksonville, FL 32257-7006
30579211        + Elijah Haller, 6420 Conley Rd, Painesville, OH 44077-8862
30579212          Elijah Kahuroa-Stainton, 23 Turenne street, Gisborne, GISBORNE 4010, NEW ZEALAND
30579213          Elijah Kauffeld, 13544 State Highway 27, Cadott, WI 54727-5038
30579214        + Elijah Laing, 7142 Kinsman Rd, Novelty, OH 44072-9512
30579215          Elijah M Gray, 805 Marion St Apt 306, Seattle, WA 98104-1281
30579216        + Elijah Newlon, 669 La Bahia Loop, New Braunfels, TX 78132-2858
30579217          Elijah Phillips, 35 Burdett St, Apt. 2112, Brisbane, QLD 4010, AUSTRALIA
30579218          Elijah Ray Collier, 164 Brome Dr, Nicholasville, KY 40356-9523
30579219          Elijah Rushton, 3 Brampton Dr, Carterton, England, OX18 3SA, UNITED KINGDOM
30579220        + Elijah Rutledge, 4328 E lake road 37 E, Monticello, IN 47960-7532
30579221        + Elijah Seraph, 145 Northern Ave, Apt 3, Augusta, ME 04330-4255
30579223          Elijah Smartt, 309 Seacrest Dr, Inlet Beach, FL 32461-7044
30579224        + Elijah Wade, 9406 218th St Ct E, Graham, WA 98338-8404
30579225        + Elijah Zanoni, 810 Commons Cir SW, #789, Mount Vernon, IA 52314-1000
30579226        + Elijah Zweydorff, 3234 Hwy 25, Cottontown, TN 37048-4601
30579222        + Elijah shatraw, 64 North Main Street, Norwood, NY 13668-1121
30579227          Elina Kaulina, 103 ROSE ST, FREEPORT, NY 11520-4339
30579228        + Elina Oh, 23752 Aventura, Mission Viejo, CA 92691-3223
30579229        + Elinor Hanner, 6980 Dada Drive, Gurnee, IL 60031-4044
30579230          Elio Iannotti, 3868 Brandon Gate Drive, Mississauga, ONTARIO L4T 3N6, CANADA
30579231          Elio Kane, 15859 E Jamison Dr Apt 7102, Englewood, CO 80112-4682
30579232          Elio Sanchez, 3830 Home Ave, Berwyn, IL 60402-3931
30579233          Eliot Adams, 5225 Elliott Rd Apt 114, Lake Charles, LA 70605-5801
30579234          Eliot Belleville-Frenette, 2947F Rue du Grand Voyer, Apt. 505, Quebec, Quebec, G1W 0H1, CANADA
30579235          Eliot Fumante, 4 Mechanic St Unit 2, Newton, MA 02464-1414
30579236        + Eliot Miller, 251 E 211th St, Euclid, OH 44123-1807
30579237          Elisa Cavalli, Via Dante Alighieri, Ricengo, Cremona 26010, ITALY
30579238        + Elisa Hanhan, 2613 Gellert Court, South San Francisco, CA 94080-5563
30579239          Elisa Kilgannon, 154 The Parkway, Unit 502, Kingston, ON K7M 3E7, UNITED KINGDOM
30579240          Elisabeth Aloisi, 2626 Saint Albans Ave, Cincinnati, OH 45237-4927
30579241        + Elisabeth Farmer, 317 W 104th St, Apt 3F, NY, NY 10025-4151
30579242          Elisabeth Gillett, 316 ALISO DR NE, ALBUQUERQUE, NM 87108-1005
30579243        + Elisabeth Greitz, 1800 Hilltop Lane, Pantego, TX 76013-3247
30579244          Elisabeth Livingston, 6031 E Spring Rd, Scottsdale, AZ 85254-5547
30579245          Elisabeth McKay, 13312 E BOSTON ST, CHANDLER, AZ 85225-6104
30579246          Elisabeth Perez, 9312 Crystal Springs Dr, Conroe, TX 77303-2352
30579247          Elisabetta Mariotti, Via dei Rebucchi, 10, Genova, Genova 16161, ITALY
30579248          Elise Anderson, 5 Greenbriar Ln, Kennett Square, PA 19348-1556
30579249        + Elise Castorina, 1818 200th Pl SW, Lynnwood, WA 98036-7021
30579250        + Elise Himes, 1111 Lanvale Dr., St. Louis, MO 63119-4706
30579251        + Elise Lehman, 1103 Golfview Dr, B, CARMEL, IN 46032-4882
30579252        + Elise Mazzeo, 2 S Mokane Court, Apt 204, Saint Charles, MO 63303-4291
30579253          Elisha Eddington, 4103 Arthington Blvd, Indianapolis, IN 46226-4523
30579254        + Elisha Le, 1900 Black Lake Blvd. SW Apt JJ03 Olymp, JJ03, Olympi, WA 98512-5705
30579255        + Elissa Donovan, 15 Farone Drive, Apt G-37, Oneonta, NY 13820-1333
30579256          Elissa Klotz, 25 Brown Bear, Chapel Hill, NC 27517-7692
30579257          Elita Grinde, 13710 150 Ave NW, #412, Edmonton, Alberta, T6V 0B2, CANADA
30579258          Elite Production Limited, Room 07, Floor 16, Peninsula Tower, 538 Castle Peak Rd, Cheung Sha Wan, KOWDOON, HONG KONG,
                  Kowdoon
30579259          Eliza Ballard, 3385 County Road 311, New Castle, CO 81647-9619
30579260        + Eliza Buffington, 1015 Union St, Apt. 1, Brooklyn, NY 11225-1104
30579261          Eliza Gaither, 2600 Whispering Oaks Cv, Cedar Hill, TX 75104-4556

District/off: 0752-1                          User: admin                                    Page 145 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30579262   + Eliza McLamb, 2815 2nd Ave N, Seattle, WA 98121-3209
30579263   + Eliza Simmons, 4144 Chateau Blvd, Kenner, LA 70065-1915
30579264     Elizabeth A Murphy, 215 Nelson St, Nacogdoches, TX 75965-2811
30579265   # Elizabeth ADEY, 28 Creek Dr, Fredericksbrg, PA 17026-9626
30579266   + Elizabeth Aguilar, 79016 cliff street, Bermuda Dunes, CA 92203-1122
30579268   + Elizabeth Arellano, 2708 NE J Street, Bentonville, AR 72712-8543
30579269     Elizabeth Bailey, 659 Northampton Dr, Silver Spring, MD 20903-2543
30579270   + Elizabeth Beach, 14399 Arnett Drive, Carmel, IN 46033-9850
30579271   + Elizabeth Beall, 5301 East McKinney St Lot 588, Apt. 588, Denton, TX 76208-4656
30579272   + Elizabeth Beall, 5301 e mckinney st, Lot 588, Denton, TX 76208-4656
30579273     Elizabeth Blackford, 484 Nashoba Ave, Columbus, OH 43223-1613
30579274   + Elizabeth Blum, 457 Calkins Road, Milanville, PA 18443-3021
30579275   + Elizabeth Bogart, 13033 Thrift Ln, Woodbridge, VA 22193-6106
30579276     Elizabeth Bremberg, 3862 Via Montalvo, Campbell, CA 95008-2720
30579277     Elizabeth Brown, 241 N Palomino Way, Lehi, UT 84043-2437
30579278     Elizabeth Buchanan, 515 6TH AVE NW, ATTALLA, AL 35954-1824
30579279     Elizabeth Caruso, 1270 N HARVARD BLVD, LOS ANGELES, CA 90029-1214
30579280     Elizabeth Casimiro, 16003 Sugar Tree Dr, Houston, TX 77070-2040
30579281   + Elizabeth Chapman-Orr, 3246 N Seminary Ave, 1F, Chicago, IL 60657-6641
30579282     Elizabeth Chester, 902 GRIER ST APT 225, WOODSTOCK, GA 30189-3491
30579283     Elizabeth Christiansen, 6025 Fairhope Pl, San Jose, CA 95123-5365
30579284   + Elizabeth Christie, 809 ridgedale ct, Charlotte, NC 28206-1379
30579285     Elizabeth Christy, 7507 Somersby Dr, Summerfield, NC 27358-8292
30579286     Elizabeth Cole, 2311 Glenfinnan Dr, Orange Park, FL 32073-4246
30579287     Elizabeth Crawford, 6045 Magazine St, New Orleans, LA 70118-5823
30579288     Elizabeth Currence, 2303 WARWICK DR, OLDSMAR, FL 34677-1955
30579289   + Elizabeth Dolan, 3100 St Paul St, Baltimore, MD 21218-3838
30579290     Elizabeth Duncan, 19288 E 610 Rd, Inola, OK 74036-5806
30579291     Elizabeth Espinosa, Del Jaripeo 1081. Colonia el Vig a, Zapopan, Jalisco 45140, MEXICO
30579292     Elizabeth Ferguson, 436 Jones St, Mount Clemens, MI 48043-1515
30579293     Elizabeth Flanagan, 6360 NORTH ST, CONESUS, NY 14435-9550
30579294     Elizabeth Foellmi, 333 Summit St, Portage, WI 53901-1542
30579295     Elizabeth Foelske, 2662 Ivory Ave, Janesville, IA 50647-9745
30579296     Elizabeth Fulton, 2001 Ashwood Ave, Nashville, TN 37212-5015
30579297     Elizabeth G, 1137 Sheffield St, Placentia, CA 92870-3320
30579298   + Elizabeth Gartin, 1009 11th Avenue, Huntington, WV 25701-3324
30579299   + Elizabeth Gartz, 88 Donna Rd, Bellingham, MA 02019-1034
30579300   + Elizabeth Gilbert, 3119 Sunset Ave, Norristown, PA 19403-4414
30579301     Elizabeth Gonzalez, 4910 Siesta Dr, Oceanside, CA 92057-4322
30579302     Elizabeth Guttendorf, 340 Coachman Ln, Palmyra, PA 17078-3814
30579303     Elizabeth Hagaman, 101 S Old Coachman Rd Apt 322, Clearwater, FL 33765-4427
30579304   + Elizabeth Heischober, 30892 E Sunset Dr S, Redlands, CA 92373-7481
30579305     Elizabeth Hennings, 8423 Dianthus Ct Unit 202, Charlotte, NC 28277-3995
30579306   + Elizabeth Hill, 7639 S. Crystal Rd, Carson City, MI 48811-8525
30579307   + Elizabeth Hoffman, 1451 NW Milwaukee Ave, Unit B, Bend, OR 97703-2107
30579308     Elizabeth Hollett, 14624 Wishing Wind Way, Clermont, FL 34711-6208
30579309     Elizabeth Hurlbut, 738 E Main St, Coppell, TX 75019-4532
30579310     Elizabeth Huskins, 150 Lamar Ave, Gray, TN 37615-2324
30579311   + Elizabeth Ing, 188 Danny Drive, Galt, CA 95632-2614
30579312   + Elizabeth Jacavino, 2884 Donnylane Blvd., Columbus, OH 43235-3220
30579313     Elizabeth James, 2200 HIGHWAY 29 N, ANDERSON, SC 29621-3126
30579314     Elizabeth Jean Messenger, 59 BRENTWOOD AVE, WARRAWEE, New South Wales, 2074, AUSTRALIA
30579315   + Elizabeth Johnson, 829 S Wabash Ave, Apt 906, Chicago, IL 60605-2112
30579317     Elizabeth Jones, 2937 W 115th Pl S, Jenks, OK 74037-2456
30579318     Elizabeth Jurry, 5312 Bear Creek 3355 Apache Rd, Boulder, CO 80310-0001
30579319   + Elizabeth Justus, 1717 Lake Point Dr, Apt 208, Madison, WI 53713-1719
30579320   + Elizabeth Kasper, 703 Oregon Ave, West Dundee, IL 60118-2039
30579321     Elizabeth L Moreau, 66 Huntersfield Dr, Ottawa, Ontario, K1T 3L7, CANADA
30579322     Elizabeth Lee, 107 Wineva Avenue, Toronto, ON M4E2T1, CANADA
30579323     Elizabeth Lessard, 5885 W 9th Ave, Lakewood, CO 80214-2422
30579324     Elizabeth Lilly, 1412 W Princess Anne Rd, Norfolk, VA 23507-1041
30579325   + Elizabeth Marcengill, 1050 Santee Drive, Walhalla, SC 29691-4049
30579326     Elizabeth Marry, 22 Stephenson Road, Brantford, Ontario N3S 0B6, CANADA

District/off: 0752-1                         User: admin                                    Page 146 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                                   Total Noticed: 30719

30579327　　Elizabeth McCarraher, 107 Bedford Way, Oxford, PA 19363-4234
30579328　+ Elizabeth McManus, 94 Blueberry Hill Reserve, Killingworth, CT 06419-2330
30579329　　Elizabeth Medsker, 8204 HIDDEN FOREST DR, HOLLAND, OH 43528-8494
30579330　+ Elizabeth Metzgar, 297 Bangor Junction Road, Bangor, PA 18013-9318
30579331　+ Elizabeth Miles, 975 E 300 S, Bountiful, UT 84010-3010
30579332　　Elizabeth Moreno, 11619 Picacho St, Wellton, AZ 85356-3638
30579333　+ Elizabeth Nguyen, 421 Taylor Drive, Milpitas, CA 95035-2823
30579335　　Elizabeth Olivares Gonzalez, 1908 B St, Forest Grove, OR 97116-2305
30579339　　Elizabeth PEARO, 124 Brook Knoll Way, Centreville, MD 21617-2360
30579336　　Elizabeth Pack, 7236 Cornell Ave, University City, MO 63130-3024
30579337　+ Elizabeth Parras, 609 E Avenue A, Alpine, TX 79830-3713
30579338　　Elizabeth Parsons, 8 Birch Glade, Standish, ME 04084-6449
30579340　+ Elizabeth Perez, 14250 Kimberley Ln, #273, Houston, TX 77079-4730
30579341　+ Elizabeth Petras, 920 Royal Drive, Apt. 200, South Park, PA 15129-8605
30579342　　Elizabeth Phomvisouk, 2431 Bluewing Dr, Beavercreek, OH 45431-4104
30579343　　Elizabeth Prior, 161 Laurel Avenue, Chelmer, Queensland, 4068, AUSTRALIA
30579344　+ Elizabeth Qurshi, 10150 Cherry Lane NE, Baltimore, OH 43105-9546
30579345　+ Elizabeth R Tafel, 4415 Fairfax Street, Apt. 4, Eau Claire, WI 54701-8409
30579346　　Elizabeth Ring, 2280 Jackson St Apt 2, San Francisco, CA 94115-1341
30579347　+ Elizabeth Rojas-Mendoza, 1320 Hampden Blvd, Reading, PA 19604-1920
30579348　+ Elizabeth Rusher, 1029 Old Farm Rd., Point Pleasant, NJ 08742-3935
30579349　+ Elizabeth Russell, 132 Holbrook Ave, Danville, VA 24541-2408
30579350　　Elizabeth Saunders, 605 Missimer Ln, Vinton, VA 24179-2350
30579351　+ Elizabeth Smith, 82 Webster Manor Drive, Apartment 7, Webster, NY 14580-2021
30579352　　Elizabeth Still, 15 Vista Verde Cir, Watsonville, CA 95076-6676
30579353　+ Elizabeth Stone, 550 Howe Avenue, Ste 100, Sacramento, CA 95825-8339
30579354　　Elizabeth Stromberg, 27W118 FLEMING DR, WINFIELD, IL 60190-1049
30579355　　Elizabeth Strubbe, 2850 Plymouth Gageville Rd, Ashtabula, OH 44004-9639
30579356　+ Elizabeth Sullivan, 41 Cutter Ln, Amesbury, MA 01913-4258
30579357　+ Elizabeth Thomas, 7337 Frontera Ave, Yucca Valley, CA 92284-6032
30579358　+ Elizabeth Tighe, 1115 Fremont St, Apt. 1823, Fernley, NV 89408-9663
30579359　+ Elizabeth Van Liew - STUDENT, 1 Old Ferry Rd, Roger Williams University, Bristol, RI 02809-2921
30579360　　Elizabeth Vigue, 334 Thrall St Apt 3, Cincinnati, OH 45220-1672
30579361　+ Elizabeth Wilson, 2402 Falcons Way, St Charles, MO 63303-3672
30579363　　Elizabeth York, 1888 Laguna Creek Ln, Pleasanton, CA 94566-3405
30579364　　ElizabethLokey ALDRICH, 15669 Waterloo Cir, Truckee, CA 96161-1329
30579365　+ Elken Cook, 7691 W. Mesa Verde Ln., Las Vegas, NV 89113-3057
30579366　+ Ella Alano, 373 east main st, Apt. 412, Somerville, NJ 08876-3132
30579367　+ Ella Anne Milliken, 192 Lawrence Street, New Haven, CT 06511-2417
30579369　　Ella Bisson, 10605 Via del Sol, Orlando, FL 32817-3369
30579370　　Ella Briggs, 721 Cargil Ln, Charlottesville, VA 22902-4301
30579371　　Ella Clinkscales, 372 Pope Ln Lot 5, Wedowee, AL 36278-4041
30579372　　Ella Fekete, 167 Queensland Road Southeast, Calgary, Alberta T2J 3R9, CANADA
30579373　　Ella Foppiano, 7811 Eads Ave Unit 407, La Jolla, CA 92037-4219
30579375　+ Ella Gray, 2577 Louis Road, Palo Alto, CA 94303-3610
30579376　　Ella Grothman, 5541 Stockton Dr, Rockford, IL 61109-1797
30579377　　Ella Gruel, 19 Raccoon Ct, Carbondale, CO 81623-8756
30579378　　Ella Haiges, 316 Heritage Green Rd, Edmond, OK 73003-2126
30579379　+ Ella Hampton, 6020 Tonkowa Trl, Georgetown, TX 78628-1224
30579380　　Ella James, 6920 LITHIA PINECREST RD, LITHIA, FL 33547-1809
30579381　+ Ella Jane, 850 N Broadway, Los Angeles, CA 90012-2388
30579382　+ Ella Johnson, 6151 N Winthrop Ave, Apt. 801, Chicago, IL 60660-5615
30579383　　Ella Kinney, 80 Crestwood Ln, Marlborough, MA 01752-1413
30579384　　Ella Korhonen, 5 Melrose Street, Sydney, NEW SOUTH WALES 2066, AUSTRALIA
30579385　　Ella Kuypers, 4222 Rockridge Road, West Vancouver, British Columbia, V7W1A4, CANADA
30579387　　Ella Mayfield, 622 Jupiter Rd, Weaverville, NC 28787-8534
30579388　+ Ella Morales, 82 E Padonia Road, Apt. 303, Timonium, MD 21093-2357
30579389　　Ella Mush, 115 Sunset Drive, Chirnisde Park, Victoria 3116, AUSTRALIA
30579390　　Ella O, 320 Mountain Vista Ave SE, Salem, OR 97306-9165
30579391　　Ella Parker, 60 Misty Hill Road, Mountain River, Hobart, Tasmania, 7009, AUSTRALIA
30579392　　Ella Pilchik, 2 Palmer Ln W, Pleasantville, NY 10570-2451
30579393　+ Ella S Landino, 680 N Cambridge St, Orange, CA 92867-6840
30579374　+ Ella gerner, 315 Seigel St, Apt. 313, Brooklyn, NY 11206-3847

District/off: 0752-1                          User: admin                                    Page 147 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30579394            Ella swor, 9121 N OSWEGO AVE, PORTLAND, OR 97203-2334
30579397          + Elle Anderson, 913B Azalea Dr, Spring Lake, NC 28390-7734
30579398          + Elle Miller, 986 SE 15th Ave, Apartment 6, Minneapolis, MN 55414-2447
30579399          + Elle Moise, 7000 Janes Ranch Rd, Apt 3103, Austin, TX 78744-6448
30579400            Elle Vojtech, 205 Tibarron Pkwy SE, Smyrna, GA 30080-7200
30579401          + Ellen F. Eifert, 946 Javelin Street, Torrance, CA 90502-1973
30579402            Ellen Guthrie, 43/6 Lothian street, Edinburgh Scotland EH1 1HB, UNITED KINGDOM
30579403          + Ellen Larson, 23009 59th Ave. W, Mountlake Terrace, WA 98043-4605
30579404            Ellen Layton, 6415 Southridge Rd, Billings, MT 59101-9392
30579406          + Ellen Martin, 315 Jerry Pl, A, Tea, SD 57064-2349
30579407            Ellen McMillan, 3850 S Bond Ave Apt 654, Portland, OR 97239-4840
30579408          + Ellen Osborne, 3767 Buck Island Road, Charlottesville, VA 22902-7965
30579409            Ellen Pritchard, 5 Hilltop Terrace, Springfield Lakes, Queensland 4300, AUSTRALIA
30579410            Ellen Reyes, 905 Jones Mill Rd, Chatham, VA 24531-4848
30579411            Ellen Samiagio, 67 Water St, Westborough, MA 01581-1539
30579412            Ellen Stanfill, 283 E 4th St Apt 6A, NY, NY 10009-7547
30579413          + Ellen Turner, 5003 9th Ave west, Everett, WA 98203-1747
30579415            Ellen Williams, 605 Bridge St, Phoenixville, PA 19460-3322
30579405          + Ellen liberace pittner, W5965 Sweet Clover Dr, Appleton, WI 54915-5217
30579414            Ellen van de Laar, Frank van Bijnenlaan 18, Waalre, North-Brabant 5583ED, NETHERLANDS
30579416            Elleora Kohler, 309 Reservoir Ave, Waynesboro, PA 17268-1380
30579417            Elli Cassabaum, 300 E Grand Ave Apt 604, Des Moines, IA 50309-1843
30579418          + Ellie Allison, 6093 Patriots Landing Ln, Jacksonville, FL 32244-2272
30579419          + Ellie Asplund, 79 N 1020 W, h204, American Fork, UT 84003-4426
30579420            Ellie Blythe, 14959 Quinalt Ct, Oregon City, OR 97045-7047
30579421            Ellie Bryce, Cellars, Linkinhorne, Callington, ENGLAND PL17 7LZ, UNITED KINGDOM
30579422          + Ellie Conlon, 2950 Mountain Lion Dr, Apt 202, Loveland, CO 80537-8966
30579423            Ellie Deener, 600 Riverbend Pkwy Apt E6, Athens, GA 30605-2689
30579424            Ellie Dickerman, 150 MURPHY PL APT 6, W HENRIETTA, NY 14586-8816
30579426            Ellie Ellie, 749 N Pointe Dr, Twin Falls, ID 83301-3285
30579427          + Ellie Gillam, 220 FLIM FLAM CIRCLE, Oxford, MS 38655-7507
30579428            Ellie Haught, 601 Duke Saxony Dr, Lewisville, TX 75056-5611
30579430          + Ellie Kjeldsen, 415 Amber Way, Woodstock, GA 30188-7414
30579431            Ellie Lin, Rm. 1, 11F., No. 101, Bade St., Huwei Township, Yunlin County 632006, TAIWAN
30579432          + Ellie McCreesh, 221 Baltimore Ave, Point Pleasant Beach, NJ 08742-3162
30579433          + Ellie Monaco, 207 Massachusetts Ave., 230782, Boston, MA 02115-3043
30579434            Ellie Orsborn, 1147 Forest Glen Rd, Westerville, OH 43081-3280
30579435            Ellie Sabir, 1831 W 1500 S, Woods Cross, UT 84087-2473
30579436          + Ellie Schabel, 19 Richard Terrace, South Burlington, VT 05403-5933
30579440          + Ellie Wilder, 1829 Greenvale Ct., Richmond, VA 23225-2205
30579441            Ellie Wilhite, 155 N 200 E Apt 4, Logan, UT 84321-4655
30579442            Elliot Alexander, 37 Thessaly House, Thessaly Road, Battersea, England, SW8 4EB, UNITED KINGDOM
30579443            Elliot Cetinski, 601 E Main St, Msc 148, Collegeville, PA 19426-2509
30579444            Elliot Jenkins-Ellis, 3/1 Merchants Parade, Marcoola, Queensland 4564, AUSTRALIA
30579445          + Elliot McNeilly, 154 Gannett Rd, Scituate, MA 02066-1204
30579446          + Elliot Nunez, 705 E Garfield Ave, Apt. 7, Glendale, CA 91205-2936
30579447            Elliot Radolli, 7947 Paddock Trail Dr, Niagara Falls, ONTARIO L2H 1W7, CANADA
30579448          + Elliot Ruiz, 23922 Himebaugh Avenue, Elkhart, IN 46516-6064
30579449            Elliot Schena, 414 Pope St, Menlo Park, CA 94025-2827
30579450          + Elliott Carson, 533 Ashland Avenue, Apt 207, Santa Monica, CA 90405-4351
30579451            Elliott Cox, 44 Thorncliffe Close, Swallownest, Sheffield, England S26 4SY, UNITED KINGDOM
30579452          + Elliott Feazell, 267 pinecroft rd, Anniston, AL 36207-4831
30579453            Elliott McKenney, 12048 Brownestone View Dr, Charlotte, NC 28269-7198
30579455            Elliott Monroy, 2350 W LA HABRA BLVD, LA HABRA, CA 90631-5012
30579454          + Elliott Monroy, 2350 West La Habra Blvd, La Habra, CA 90631-5012
30579456            Elliott Myhre, 2005 ALEXANDER AVE, LOUISVILLE, KY 40217-2132
30579457            Elliott Thewlis, 25 Cranbrook Avenue, Blackpool, ENGLAND FY2 0BZ, UNITED KINGDOM
30579458          + Ellis Dortch, 1106 Harriett Circle, Anderson, SC 29621-3799
30579459          + Ellis Wong, 3185 Knight Oak Court, Melbourne, FL 32934-8315
30579460          + Ellisha Canter, 4452 ramseur julian road, Liberty, NC 27298-8144
30579461          + Ellison Ostrom, 4401 Barclay Downs Rd, Apt 236, Charlotte, NC 28209-4973
30579462            Elly Medina, 6265 W 45th Pl, Wheat Ridge, CO 80033-3728
30579463            Elma Malagic, 902 W 19th St Apt 1, Chicago, IL 60608-3428

Elmer Recinos, 1316 6th St, North Bergen, NJ 07047-1714
Elodie Johnstone, 41 Caton Pl, Victoria, British Columbia V9B 1L1, CANADA
Eloise, 10 Grove Terrace, Lanarkshire, London NW51PH, UNITED KINGDOM
Eloise De Backer, Anjerstraat, 1, Assebroek, West-Vlaanderen, 8310, BELGIUM
Eloy Moreno, Raa Nelson Mandela, 1B, Negreira, A Coruna 15830, SPAIN
Elpidio Cruz, 100 Dudley St Apt 2317, Jersey City, NJ 07302-6448
Elsa Bienert, Bussardweg 9, Apt. 9, HARTH, NORDRHEIN-WESTFALEN 50354, GERMANY
+ Elsie Olive, 115 13th Ave E, Apt. 449, Menomonie, WI 54751-3260
Elvy Bosdam, Lijsterlaan 6, Nederhorst Den Berg 1394 CG, NETHERLANDS
Elya Monneret, 22 rue des commerces, Le Martrat, Marcilly-Les-Buxy, BOURGOGNE 71390, FRANCE
+ Elyese Stevens, 81 Valley Street, Springfield, VT 05156-2523
+ Elysia Cohen-Cox, 7 Diaz Ave, San Francisco, CA 94132-2434
+ Elyssa Kennedy, 25355 La Loma Drive, Los Altos, CA 94022-4542
+ Elyzabeth C Johnston, 5503 SE Malden Drive, Portland, OR 97206-0885
Elzabeth Jean Vaughan, 182 Clinton, Basement, Toronto, ON M6G 2Y5, CANADA
Elzbieta Kolano, 6029 N Fairfield Ave, Chicago, IL 60659-3917
+ Em Anderson, 6601 sunset way, apt 4, st pete beach, FL 33706-2149
+ Em McHugh, 89 Fair Haven Hill Court, Galloway, NJ 08205-9561
+ Em Perttu, 1445 Upper 55th St. E, Apt. 112, Inver Grove Heights, MN 55077-1508
+ Em Sand, 21 Hubbard Street, Montpelier, VT 05602-3513
+ EmElise Knapp, 3796 Hilltop Avenue, Nashville, TN 37216-2642
+ Emalyn Reed, 100 Lakeview Park Road, #3, #3, Colonial heights, VA 23834-1659
+ Emanuel Duran, 13021 S. Houston Ave,, Chicago, IL 60633-1704
Emanuel Ortuno, 4116 Dover St, Houston, TX 77087-4628
Emanuel Pedro, 3314 Thomas Street, Terrace, British Columbia, V8G 3G5, CANADA
+ Emanuel Sosa, 505 GRAND AVE, FRONT ROYAL, VA 22630-2513
+ Ember Haviland, 9200 Redmond-Woodinville Rd. NE, Apt. D125, Redmond, WA 98052-3639
+ Ember Hemphill, 6338 Garfield ave, Hammond, IN 46324-1230
+ Embroidery USA LLC, 1401 Estes Ave, Elk Grove Village, IL 60007-5405
Emelie Widingsj, L vstav gen 29, Lgh 1303, Upplands Vasby 194 42, SWEDEN
Emerson Hultman, 121 Price St Apt 4, Oxford, MS 38655-3140
+ Emerson McHugh, 30 Bryant St, Asheville, NC 28806-3507
+ Emerson McHugh, 18 Woodbridge Park Dr, Asheville, NC 28803-0155
+ Emery Keller, 1317 S Madison St, Normal, IL 61761-3431
Emi Horikawa, 149 NORMAN AVE APT 2L, BROOKLYN, NY 11222-3335
Emi-Maye Moyle, 4 - 5 Biddicks Court, Flat 3, St Austell, ENGLAND PL255EW, UNITED KINGDOM
Emil Aalto, M rbylund 17, Apt. 1704, Danderyd, STOCKHOLM 18230, SWEDEN
Emil Blom Salmonsen, Bykildevej 6, 4th, Valby, Copenhagen 2500, DENMARK
+ Emil Head, 10136 Hill Country Ave, Las Vegas, NV 89134-6911
Emil P hlandt, Stifterstra e, 19e, Jena, Thuringia, 7743, GERMANY
Emile Cusiter, 2 Silver Way, Wickford, ENGLAND SS11 7AP, UNITED KINGDOM
+ Emile Feuser-Lisitsian, 30 Campus Rd, Annandale-on-Hudson, NY 12504-9800
+ Emilee Batten, 3392 Pine Level Church, Nakina, NC 28455-9221
Emilee Fong, 13779 Bear Valley Rd, Moorpark, CA 93021-2339
+ Emilee Luke, 804 10th St W, Havre, MT 59501-4310
Emilee Payne, 8697 Stuart Farm Ave Apt M2, Bowling Green, KY 42104-7782
+ Emilee Schiff, 2416 white poppy drive, Kissimmee, FL 34747-1656
Emilia Cooper, 85 Brunswick Ave, Toronto, Ontario, M5S2L8, CANADA
+ Emilia Hewitson, 74458 Xander Ct, Palm Desert, CA 92211-5737
Emilia Holmberg, M ssv gen 10, 1118, Tullinge 146 37, SWEDEN
Emilia Mynttinen, Perunatie 17, Renko 14300, FINLAND
Emilia Rossi, 1985 Del Amo Blvd, D7690, Torrance, CA 90501
+ Emiliano Trujillo, 7171 S Cherokee Trl, Apt 2126, Aurora, CO 80016-1823
Emilie Archer, 528 cardiff dr, Oakville, ONTARIO L6J6N9, CANADA
Emilie Begaye, 805 Bishop Ln, Farmington, NM 87401-8056
Emilie Bryant, 133 School St SW, Cleveland, TN 37311-8142
Emilie Desnoyers, 81 Hawthorne crescent, St.Albert, Alberta, T8N6N7, CANADA
Emilie Guerin, 2411 Preservation Way, Florence, KY 41042-7854
Emilien Morin, 11 rue des pins, Mont-saint-gregoire, Quebec J0J 1KO, CANADA
Emilio Dominguez, 22 Clearfield Dr, Angier, NC 27501-6556
Emilio Figueroa, 102 Forest Bend Way, Clayton, NC 27527-5143
Emilio Lucero, 2215 CAMBRIDGE ST, MONTROSE, CO 81401-5511
Emilio Murga, 13191 Crossroads Pkwy N Ste 405, City of Industry, CA 91746-3443

District/off: 0752-1                        User: admin                                          Page 149 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                                         Total Noticed: 30719

30579531       Emilio Rodrigues, 1851 Western Drive, Port Coquitlam, BRITISH COLUMBIA V3C 2X4, CANADA
30579532   +   Emilly Mendoza, PO BOX 1128, Bridgeport, TX 76426-1128
30579533       Emily, 61 Willis Street Tarragindi, BrisbaneM QLD 4121, AUSTRALIA
30579534       Emily Aaron, 332 Elmwood Dr, Hubbard, OH 44425-1607
30579535   +   Emily Adams, 203 Hunt Avenue, Chattanooga, TN 37411-4910
30579536   +   Emily Ahl, 42 Fremont Street, Meriden, CT 06451-5207
30579537       Emily Albrecht, 900 Delaware St SE, Minneapolis, MN 55414
30579538   +   Emily Anderson, 10504 tidewater plains dr, fredericksburg, VA 22408-0278
30579539   +   Emily Anderson, 2804 Clearwater Rd, St Cloud, MN 56301-5910
30579540   +   Emily Avila, 16330 Ramona Ave, Fontana, CA 92336-1949
30579541       Emily Bailen, 858 Hawthorn Dr, Sun Prairie, WI 53590-8005
30579542       Emily Banes, 3414 Calumett Dr, Cedar Falls, IA 50613-5478
30579543       Emily Behling, 80 Stanford Ave, Pueblo, CO 81005-1926
30579544   +   Emily Bell, 6513 Radiant Gleam Way, Clarksville, MD 21029-1284
30579545   +   Emily Blatney, 213 Tanbark Cir, Coppell, TX 75019-2221
30579546   +   Emily Blease, 611 S Main St, Apt. 722, Salt Lake City, UT 84111-4116
30579547   +   Emily Boyd, 34-27 Crescent St, #1, Astoria, NY 11106-3912
30579549       Emily Bradley, 244 Carlwood Dr, Miamisburg, OH 45342-3545
30579548   +   Emily Bradley, 611 SW 37TH ST, PENDLETON, OR 97801-3603
30579550   +   Emily Branch, 4748 Sage st, Missoula, MT 59808-1475
30579551       Emily Brashier, 716 S Lazona Dr, Mesa, AZ 85204-3536
30579552   +   Emily Brochu, 52 Kaylyns Way, South Burlington, VT 05403-6832
30579555       Emily Brooks, 28, waterville drive, Thornlands, Queensland 4164, AUSTRALIA
30579554       Emily Brooks, 5209 Brookside Dr, Argyle, TX 76226-2233
30579556       Emily Bryce, 6 Barons Gate, London, England, EN4 8SU, UNITED KINGDOM
30579557   +   Emily Burgess, 307 Tchoupitoulas St., Ste. C320, New Orleans, LA 70130-2432
30579558       Emily Burris, 510 E Hanna St, Columbia City, IN 46725-2602
30579559       Emily Bush, 6923 Mill Creek Blvd, Boardman, OH 44512-4112
30579560   +   Emily C Becker, 6065 Pebblebrook Lane, Apt 51, Kent, OH 44240-7158
30579561       Emily Camilleri, 18 Graneel Grove, Berwick, VIC 3806, AUSTRALIA
30579562   +   Emily Campbell, 271 East Varsity Lane, Bloomington, IN 47408-1452
30579563   +   Emily Carlson, 285 Alewife Brook Parkway, Unit 2, Somerville, MA 02144-1150
30579564   +   Emily Casey, 1321 Mackinaw Drive, Wake Forest, NC 27587-9844
30579565       Emily Chalk, 521 E 380 N, American Fork, UT 84003-1903
30579566       Emily Cipolla, 10786 General Kirkland Dr, Bristow, VA 20136-1375
30579567   +   Emily Clayton, 998 Reaney Ave, St Paul, MN 55106-3847
30579568       Emily Clement, 6920 Brooklyn Ct Apt 5C, Evansville, IN 47715-8178
30579569       Emily Conner, 3063 Highway 77, Waterville, KS 66548-9041
30579571   +   Emily Corts, 17619 Bradgate, Cleveland, OH 44111-4133
30579572   +   Emily Craig, 1116 McLean Rd, B, Mount Vernon, WA 98273-9298
30579574   +   Emily Davis, 915 Penn Ave, Apt 809, Pittsburgh, PA 15222-3831
30579575   #   Emily Davis, 2613 Charenson Pl, Raleigh, NC 27614-9860
30579573   +   Emily Davis, 8810 SW 36th Ave, Portland, OR 97219-3836
30579576   +   Emily DeCesare, 151 Main St, Apt 101, Oneonta, NY 13820-2790
30579577   +   Emily Devizzio, 1c Kings Isle Lane, 1C, Mechanicville, NY 12118-3147
30579578   +   Emily Dolan, 12270 SW Pioneer Ln, Apt. 154, Beaverton, OR 97008-8344
30579579       Emily Dyer, 176 Patrick Street, St. John's, Newfoundland and Labrador, A, CANADA
30579580       Emily Eaton, 15 Cwrt Y Cadno, Birchgrove, Swansea, WALES SA7 9TF, UNITED KINGDOM
30579581   +   Emily Eckles, 640 E Michigan St, B 125, Indianapolis, IN 46202-0018
30579582       Emily Eckman, 70 Whitefriars Dr, Coventry Township, OH 44319-3058
30579583       Emily Erving, 2945 SW Morris Ave, Corvallis, OR 97333-4057
30579584   +   Emily Estrada, 8731 San Jacinto Ave, Hesperia, CA 92344-5560
30579585       Emily Every, 2051 E 12th Pl, Tulsa, OK 74104-4201
30579586       Emily Fernandez, 13782 BEAR VALLEY RD STE D3-135, VICTORVILLE, CA 92392-8318
30579587       Emily Figueroa, 1214 Bishop Ave, Abington, PA 19001-3520
30579588       Emily Fisher, 6452 CROPPING ST APT 4213, WINTER GARDEN, FL 34787-8726
30579589   +   Emily Flanders, 267 Caroline St, Rochester, NY 14620-2121
30579590   +   Emily Flinchum, 5475 Woodvale ct W, Westerville, OH 43081-4357
30579591   +   Emily Freer, 1506 Nature Court, Raleigh, NC 27609-4074
30579592       Emily Frith, 147 Howe Street, Sydney, NS B1P 4V3, CANADA
30579593   +   Emily Gager, 729 Main Church Rd, Mocksville, NC 27028-5850
30579594   +   Emily Galloway, 141 Piedmont Ave NE, Atlanta, GA 30303-2417
30579595       Emily Games, 6 July Breeze Dr, Mechanicsburg, PA 17050-3808

District/off: 0752-1                    User: admin                    Page 150 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                   Total Noticed: 30719

| 30579596 | + Emily Garden, 6111 Waltway Dr, Houston, TX 77008-6259 |
| 30579597 | + Emily Garrison, 253 Powers Rd, Wilsonville, AL 35186-6905 |
| 30579598 | Emily Geeslin, 15747 Rayen St, North Hills, CA 91343-4917 |
| 30579599 | + Emily Graff, 16724 Whitney Rd, Montville, OH 44064-9716 |
| 30579600 | + Emily Gregoire, PO Box 752, Boothbay Harbor, ME 04538-0752 |
| 30579601 | Emily Griffith, 3509 S Rusk St, Amarillo, TX 79109-4831 |
| 30579602 | Emily Hakes, 293 VOSE AVE, SOUTH ORANGE, NJ 07079-2027 |
| 30579603 | Emily Hale, 11969 Autumn Wind Ln, Victorville, CA 92392-6817 |
| 30579604 | Emily Halvorson, 2413 NW 59th St Apt 401, Seattle, WA 98107-3274 |
| 30579605 | Emily Hamman, 18 Kayte Lane, Bishops Cleeve, England, GL52 8AR, UNITED KINGDOM |
| 30579606 | Emily Harris, 141 Main Street, Point Leamington, Newfoundland and Labra, UNITED KINGDOM |
| 30579607 | Emily Heinemann, 4 Robin Ln, Huntington, NY 11743-6511 |
| 30579608 | Emily Hillery, 108 Melrose St, Buffalo, NY 14220-1624 |
| 30579609 | Emily Hodder, 17 Lumeah Crescent, Melbourne, Victoria, 3156, AUSTRALIA |
| 30579610 | Emily Hoff, 3811 Ballantrae Rd Apt 7, Saint Paul, MN 55122-1505 |
| 30579611 | + Emily Iannizzi, 1300 Shenandoah River Drive, Harpers Ferry, WV 25425-5023 |
| 30579612 | + Emily Jarrett, 4908 Whitmore Pond Lane, Charlotte, NC 28270-1617 |
| 30579613 | + Emily Jenkins, 8649 W US HWY 160, Willard, MO 65781-9217 |
| 30579614 | + Emily Jones, 730 Tanglewood Court, Dubuque, IA 52003-8577 |
| 30579615 | + Emily K Hartmann, 3440 S Wallace Street Apt 2F, Chicago, IL 60616-3716 |
| 30579616 | + Emily Kahlandt, 5314 Odana Rd, Unit 305, Madison, WI 53711-1096 |
| 30579617 | Emily Kelley, 10713 NW 34th Ter, Yukon, OK 73099-3456 |
| 30579618 | Emily Keyes, 10419 Cinnamon Tree Pl, Fort Wayne, IN 46804-4270 |
| 30579619 | Emily Koontz, 4544 W BETHEL AVE APT 513, MUNCIE, IN 47304-5591 |
| 30579620 | Emily Kovacevic, P.o. box 2002, Fountain Gate, Victoria, 3805, AUSTRALIA |
| 30579621 | Emily Krawczyk, 3310 Southgate Rd, unit 247, Ottawa, Ontario K1V 8X3, CANADA |
| 30579622 | + Emily Krebs, 15 Division Street, Waterford, CT 06385-3411 |
| 30579623 | + Emily Kukan, 5642 Sandra Drive, Pittsburgh, PA 15236-3332 |
| 30579624 | Emily Kurth, 4844 25th Ave SW, Seattle, WA 98106-1318 |
| 30579625 | Emily LaMontagne, 1069, ashdale cresent east, Peterborough, ON K9H 7H7, CANADA |
| 30579626 | + Emily Lankow, 921 Country Club Rd, Casper, WY 82609-2669 |
| 30579627 | Emily Lanza, 18 Dennis Dr, Salem, NH 03079-2085 |
| 30579628 | + Emily Lattie, 2914 West Nelson Street, Chicago, IL 60618-7027 |
| 30579630 | + Emily Lee, 411 Travis Street, Unit B, West Monroe, LA 71291-2749 |
| 30579629 | Emily Lee, 1119 CARROLL ST APT 4B, BROOKLYN, NY 11225-2207 |
| 30579631 | + Emily Lempka, 1203 Fidler Ln, Apt 1008, Silver Spring, MD 20910-7407 |
| 30579632 | + Emily Lewis, 5888 Imperial Drive, Frederick, MD 21703-2962 |
| 30579633 | Emily Li, 2 Malvern Avenue, Glen Iris, VIC 3146, AUSTRALIA |
| 30579634 | + Emily Lopez, 6217 11th St E, Bradenton, FL 34203-7703 |
| 30579635 | Emily Lopez, 8812 Mines Ave, Pico Rivera, CA 90660-3005 |
| 30579636 | + Emily Luong, 2919 Telegraph Ave, Apt. 438, Oakland, CA 94609-3598 |
| 30579637 | + Emily Macdonald, 3727 SW Durham Dr, Apt. 305, Durham, NC 27707-3784 |
| 30579638 | Emily Martin, 4708 KALAMATH DR, OLD HICKORY, TN 37138-4115 |
| 30579639 | + Emily McClure, 11 Perthshire Rd, Apt 2, Brighton, MA 02135-1724 |
| 30579640 | Emily McDade, 3507 SW Alaska St Apt 12, Seattle, WA 98126-2200 |
| 30579641 | Emily McDermott, 950 N Hancock St, Fremont, NE 68025-4407 |
| 30579642 | + Emily Mehalchin, 1522 3rd Ave W, Seattle, WA 98119-3012 |
| 30579643 | Emily Menzies Wreford, Digby Crescent, 87A, London, England, N4 2HS, UNITED KINGDOM |
| 30579644 | + Emily Milewski, 3128 Hidden Haven St, San Antonio, TX 78261-2006 |
| 30579645 | Emily Minor, 62 Platz Dr, Skillman, NJ 08558-1812 |
| 30579646 | + Emily Mitchell, 19 Knox Avenue, #1, Cliffside Park, NJ 07010-3101 |
| 30579647 | Emily Moonay, 1085 N Kimbles Rd, Yardley, PA 19067-2632 |
| 30579648 | + Emily Moore, 1389 Pinecrest Court, Wixom, MI 48393-1581 |
| 30579649 | + Emily Morris, 13818 s. pflumm road, olathe, KS 66062-5898 |
| 30579650 | + Emily Murray, 2 Wyman St, Apt 2, Rye Brook, NY 10573-3428 |
| 30579652 | + Emily Nash, 12430 Spectrum, Irvine, CA 92618-3405 |
| 30579653 | Emily Nelson, 2728 Bruchez Pkwy Unit 206, Westminster, CO 80234-3584 |
| 30579654 | Emily Neugebaur, 160 Prestwick Manor SE, Calgary, ALBERTA T2Z 4Y7, CANADA |
| 30579655 | + Emily Nieman, 590 Minnesota Street, Apt 342, San Francisco, CA 94107-3025 |
| 30579656 | Emily Orlandi, Via Cecconi 23, Antrosano, Abruzzi, 67051, ITALY |
| 30579657 | + Emily Ortiz, 973 Plantation Trail, Gastonia, NC 28056-7948 |
| 30579658 | + Emily Pagnotta, 260 Forrest Avenue, Shirley, NY 11967-1952 |
| 30579659 | Emily Patterson, 2832 Webb Bridge Rd, Alpharetta, GA 30009-3756 |

District/off: 0752-1                          User: admin                                    Page 151 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30579660  + Emily Pearson, 2841 Silvercliffe Dr, Edmond, OK 73012-9730
30579661    Emily Peet, 19 Oxford Road, Ansdell, Lytham St Annes, ENGLAND FY8 4EG, UNITED KINGDOM
30579662  + Emily Perry, 532 W La Salle Dr, Murray, UT 84123-6860
30579663    Emily Peterson, 1119 Sterling St Apt 3, Indianapolis, IN 46201-1134
30579664    Emily Pitts, 9 Low Ash Drive, Shipley, ENGLAND BD18 1JH, UNITED KINGDOM
30579665  + Emily Plata, 11571 NW 88th Ave, Hialeah, FL 33018-1963
30579666    Emily Porter, 637 Wiley Ave, Windsor, Nova Scotia B0N 2T0, CANADA
30579667    Emily Potridge, 1522 E Willcrest Dr, Loxley Rd, Toledo, OH 43615-7420
30579668    Emily Potter, 4816 QUIVIRA DR, SHAWNEE, KS 66216-1165
30579669    Emily Potts, 3405 Rynex Corners Rd, Pattersonville, NY 12137-2103
30579670    Emily Prough, 2934 E Bighorn Ave, Phoenix, AZ 85048-8722
30579671    Emily Pugh, 1675 Merton Rd NE, Atlanta, GA 30306-3003
30579672  + Emily Purce, 5995 57th Drive, Maspeth, NY 11378-2701
30579673  + Emily R Burdette, 1000 King Street, Apt 306, Charleston, SC 29403-4254
30579674  + Emily R Monfet, 60 Depot St P.O. box 926, Appt. 4, Ashland, NH 03217-0926
30579675    Emily Rasinger, 400 Rue Robert, Brossard, Quebec, J4X1C6, CANADA
30579676    Emily Ratliff, 17112 Crescent Heights Trl, Austin, TX 78717-2959
30579677  + Emily Reasoner, 15747 Rayen Street, North Hills, CA 91343-4917
30579678    Emily Reid, 1690 Henry St, Halifax, NOVA-SOCTIA B3H3K3, CANADA
30579679  + Emily Reinhard, 3017 Pennsylvania Ave, Halethorpe, MD 21227-2235
30579680  + Emily Renee Moore, 6217 Fair Ave, North Hollywood, CA 91606-4211
30579681    Emily Renner, 415 N 12th St, Bismarck, ND 58501-4603
30579682  + Emily Rose Windy, 5021 Meadow Place Dr, la porte, TX 77571-2839
30579683  + Emily Rudolph, 15200 Kutztown Rd, PO Box 730 Hars, Kutztown, PA 19530-0730
30579684    Emily Salmon, 13529 Maryland Ave, Savage, MN 55378-3204
30579685  # Emily Sapio, 222 VINEYARD RD, ATCO, NJ 08004-2371
30579686    Emily Scharmann, Trochbusch, 9, Solingen 42699, GERMANY
30579687  + Emily Schehlein, 107 W Davis Ave, Ann Arbor, MI 48103-5484
30579688  + Emily Schmitz, 627 Grove St, Fond du Lac, WI 54935-4701
30579689  + Emily Scott, 6 James Way, Middle Island, NY 11953-1482
30579690    Emily Seddon, 2421 William Ave, North Vancouver, BC V7K 1Z2, CANADA
30579691    Emily Shaffer, 412 Breckenridge Dr SW Apt 13, Huntsville, AL 35802-1444
30579692    Emily Siegrist, 662 Karmada St, Plymouth, MI 48170-1208
30579693    Emily Simonson, 216 5th Ave NE, Belmond, IA 50421-1412
30579696    Emily Smith, 277 Garrison Rd, Cornelia, GA 30531-4911
30579695    Emily Smith, 1308 HEMBRE CT, SUISUN CITY, CA 94585-4117
30579694  + Emily Smith, 20 Rustic Ln, Plaistow, NH 03865-2324
30579697  + Emily Snow, 843 North Washington Rd, Petrolia, PA 16050-1729
30579698    Emily Sparks, 2466 164th st, Surrey, BC V3Z 0M8, CANADA
30579699  + Emily Spatz, 7 Speare Place, Boston, MA 02115-4340
30579700    Emily Spiller, 61 Myrtle St, Norfolk, MA 02056-1305
30579701    Emily Stalions, 712 Belle St, Louisville, KY 40245-2914
30579702    Emily Stallard, 460B Belmont Ave W, Apt 201, Kitchener, ONTARIO N2M 0B3, CANADA
30579703    Emily Steinke, 220 Willow Ave NE, Massillon, OH 44646-4546
30579704  + Emily Stephens, 10930 S Harlem Ave, Worth, IL 60482-1128
30579705  + Emily Stewart, 202 Danbury Dr, Syracuse, NY 13219-1706
30579706    Emily Straffin, 7810 Golfcrest Dr, San Diego, CA 92119-1204
30579707  + Emily Strawn, 936 Delaney Cir, APT 207, Brandon, FL 33511-1973
30579708    Emily Stuart-Davey, 3737 Seminary Rd, Mw106, Alexandria, VA 22304-5202
30579709    Emily Tagnolli, 2108 Knolls Dr, Santa Rosa, CA 95405-8340
30579711  + Emily Thorson, 1035 Hillcrest Drive, Springville, UT 84663-2152
30579712  + Emily Tree, 608 Novelty, Waco, TX 76707-3565
30579713    Emily Umstead, 9820 N MacArthur Blvd Apt 1103, Irving, TX 75063-7122
30579714    Emily Vines, 439 Greene Road 607, Beech Grove, AR 72412-8897
30579715    Emily Walton, 42426 Keith Ct, Hollywood, MD 20636-2359
30579716  + Emily Webster, 800 everhard rd fw, Apt. 604, North canton, OH 44709-4006
30579717  + Emily Wegher, 20 Tai Ln, Apt 14, Bozeman, MT 59715-5461
30579718    Emily Wellborn, 5535 LYDIA AVE, KANSAS CITY, MO 64110-2949
30579719    Emily Wilkinson, 170 WARD ST APT 2, NAUGATUCK, CT 06770-4576
30579720  # Emily Wuenstel, 355 WOOD CREEK RD APT 311, WHEELING, IL 60090-6726
30579721  + Emily Wuerker, 2800 Quebec Street NW, Apt 736, WA, DC 20008-1234
30579722    Emily-Louise Gibson, 10 Austin St, Georgetown, New South Wales, 2298, AUSTRALIA
30579723    Emirichu, 3F Gobancho Grand Bld., 3-1 Gobancho, JAPAN

District/off: 0752-1                          User: admin                                      Page 152 of 507
Date Rcvd: Jan 04, 2024                    Form ID: 309C                              Total Noticed: 30719

30579724    + Emma Akenson, 492 Coulee Trail, Hudson, WI 54016-8104
30579725      Emma Ann Hynes, Coranroe, Barrack Hill,, Enniscorthy, Wexford Y21 C981, IRELAND
30579726    + Emma Ares, 22 Elaine Court, Scituate, MA 02066-2133
30579727    + Emma Banks, 4765 Gleneagles Dr, Idaho Falls, ID 83401-6301
30579728      Emma Bannister, 1 Mary Moodie Way, Brunswick East, Victoria, 3057, AUSTRALIA
30579729    + Emma Barley, 2412 Harvest Dr, Conyers, GA 30013-2404
30579730      Emma Barlow, 6602 Miller Dr, North Ridgeville, OH 44039-3332
30579731    + Emma Barry, 15850 NE 83rd Way, Redmond, WA 98052-3887
30579732      Emma Beard, 12 Royce Cir Apt 5307, Storrs Mansfield, CT 06268-2102
30579733      Emma Besse, 54 avenue dr Gustave Couaillac, Ambes, AQUITAINE 33810, FRANCE
30579734      Emma Bickel, 3958 W Dover St, Springfield, MO 65802-5456
30579735    + Emma Bieniewicz, 27 Diamond Ave se, Unit 1, Grand Rapids, MI 49506-1442
30579736      Emma Bishop, 17 Porcher Ln, Easley, SC 29642-8633
30579737      Emma Bishop, 79 E Main St, Westfield, NY 14787-1305
30579738    + Emma Bowers, 3726 Greggory Way, Apt. 1, Santa Barbara, CA 93105-4071
30579739      Emma Bridges, 16 Willow Drive, Wrea Green, Preston, England PR4 2NT, UNITED KINGDOM
30579740      Emma Brown, 33 E Clear Water Dr, House, Tooele, UT 84074-5513
30579741      Emma Burck, 1130 Evergreen Ave Apt 3A, Glendale Heights, IL 60139-3460
30579742      Emma Burt, PO Box 4899, Vineyard Haven, MA 02568-0942
30579743      Emma Carney, 11 VINCENT PL, VERONA, NJ 07044-3022
30579744      Emma Carrigan, 22 Scott Avenue, Milton of Campsie, Glasgow, Scotland G66 8DQ, UNITED KINGDOM
30579745    + Emma Casley, 5687 Miles Avenue, Apt 8, Oakland, CA 94618-1267
30579746      Emma Chester, 4413 Sherrod St, Pittsburgh, PA 15201-1737
30579747      Emma Conder, 2022 E Malibu Dr, Tempe, AZ 85282-5917
30579748      Emma Crumley, 1405 Daniel Rd, Villa Rica, GA 30180-3789
30579749      Emma Dellman, 141 Chilcombe Way, Lower Earley, Reading RG6 3DD, UNITED KINGDOM
30579750    + Emma Doster, 5102 US Highway 45, Sharon, TN 38255-4047
30579751      Emma Duffy, 22 Lloyd Ave, New Fairfield, CT 06812-4420
30579752      Emma Emma, 5649 N Washtenaw Ave Apt 2L, Chicago, IL 60659-4937
30579754    + Emma Evelyn Page, 5124 Buena Vista Avenue, Fair Oaks, CA 95628-3818
30579755      Emma Everling, 403 E Mill St, Danville, IN 46122-1917
30579756      Emma Fague, 38 STANTON ST APT 1, WORCESTER, MA 01605-2828
30579757    + Emma Fulweiler, 1355 El Camino Real, Unit 819, Redwood City, CA 94063-2141
30579758    + Emma Gentile, 159 Hoags Corners Road, Nassau, NY 12123-2907
30579759      Emma Grace, 301 Meadowlark Ln, Moncks Corner, SC 29461-5916
30579760      Emma Grace Butler, 413 Shelden Dr, Winnebago, IL 61088-9094
30579761    + Emma Greer, 2911 Centenary Blvd, Campus Box #143, Shreveport, LA 71104-3335
30579762      Emma Grigsby, 5350 Barton Rd, North Ridgeville, OH 44039-2402
30579763      Emma Hajdarevic, 29 Commonwealth Road, Barrie, ON L4M0E1, CANADA
30579764    + Emma Halley, 2602 Cabin Ct, Apt. 203, Lutz, FL 33559-7736
30579765      Emma Hanna, 4614 Pecan Ln, Granbury, TX 76049-8212
30579766      Emma Hassel, 4481 MacArthur Blvd NW Apt 203, WA, DC 20007-2540
30579767      Emma Hawkins, 4566 Francis Ln, Seneca, MO 64865-8372
30579768    + Emma Hermsen, 2577 N. Stowell Ave, B, Milwaukee, WI 53211-4258
30579769      Emma Hermsmeier, 114 Hayley Dr, Enterprise, AL 36330-7890
30579770      Emma Hudson, 3901 Foxhill Dr, Ellicott City, MD 21042-5311
30579771      Emma Ivie, 5906 SE 48th Ave, Portland, OR 97206-6108
30579772    + Emma Janicki, 44 Loomis St, Montpelier, VT 05602-2424
30579773      Emma Jo Vanneste, 1229 3rd Ave, Proctor, MN 55810-1201
30579774      Emma Kauenhofen, 182 St Alphonse Ave, Ste Anne , MB R5H 1H8, CANADA
30579775    + Emma Knutson, 1335 Bellview Hts., Locke, NY 13092-3195
30579776    + Emma Koelling, 1205 E 2325 N, North Ogden, UT 84414-2570
30579777    + Emma L Frank, 249 Powder House Boulevard, Apt. 2, Somerville, MA 02144-1517
30579778      Emma Laedlein, 2850 NE Adagio Way, Hillsboro, OR 97124-6869
30579779    + Emma Legeay, 1456 S Wooster St, Apt 5, Los Angeles, CA 90035-3441
30579780    + Emma Lewis, 501 W Rosedale St, Apt 129, Fort Worth, TX 76104-3560
30579781      Emma Locchi, Pohlstra e 10, Wiefelstede 26215, GERMANY
30579782    + Emma Lohse, 4371 S. Inverary Drive, Apt. 20, Salt Lake City, UT 84124-4132
30579784      Emma Maddock, 9 Twilight Avenue, Salisbury, NEW BRUNSWICK E42S7, CANADA
30579785      Emma Martin, 1580 Countryside Dr, Shakopee, MN 55379-4515
30579786      Emma Martin, 9617 Winchester St, Mascoutah, IL 62258-2888
30579787    + Emma Maus, 4692 Price Rd, Clayton, WA 99110-9722
30579788    + Emma Mautz, 4161 Worsch Way, San Diego, CA 92130-2214

District/off: 0752-1 User: admin Page 153 of 507

Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30579789 Emma McArtor, 209 Longtown Place Dr, Columbia, SC 29229-6854
30579791 Emma McIntyre, 233 Viking Rd, Fayetteville, NC 28303-4643
30579792 Emma Mercier, 56 Morgan Dr, Winsted, CT 06098-2902
30579793 + Emma Moore-Steen, 700 poplar ridge court, chesapeake, VA 23322-3421
30579794 Emma Moorhead, 1396 Cramner St, Lafayette, OR 97127-6113
30579795 Emma Morris, 3 Division, PO Box 7955, Canberra Bc, Australian Capital Territor, AUSTRALIA
30579796 Emma Mullenax, 3364 Columbus Ln, Ann Arbor, MI 48103-2788
30579797 + Emma Murphy, 206 Hitt St, Unit 106, Columbia, MO 65201-5058
30579798 Emma Naclerio, 7216 SE 52nd Ave, Portland, OR 97206-8268
30579799 + Emma Newton, 1119 Fayetteville Road, Rockingham, NC 28379-3803
30579800 Emma Nugent, 7 Ravenswood Court, Doncaster East, Victoria, 3109, AUSTRALIA
30579801 + Emma Page, 5124 Buena Vista Avenue, Fair Oaks, CA 95628-3818
30579802 + Emma Parkinson, 468 W Melrose St, Apt. 552, Chicago, IL 60657-3832
30579803 Emma Peterson, 3030 Ferncliff Rd, Charlotte, NC 28211-3255
30579804 + Emma Pickens, 404 S Ontario Pl, Fayetteville, AR 72701-6350
30579805 Emma Piot, 50 Rue d'Anvers, Lyon 69007, FRANCE
30579806 Emma Pullizzi, 184 Vermillion Dr, Levittown, PA 19054-1317
30579807 Emma Quinones, 509 Ocean Mist Ct, St Augustine, FL 32080-3101
30579808 Emma Rec, 115 112TH AVE NE APT 722, ST PETERSBURG, FL 33716-3261
30579809 Emma Roach, 163 Coleraine Rd, Hamilton, Victoria 3300, AUSTRALIA
30579810 Emma Rodeman, 1284 Burlington Dr, Grand Ledge, MI 48837-2323
30579811 Emma Schell, 910 E Johnson St, Madison, WI 53703-1622
30579812 Emma Seifert, 6591 Grant St, Chino, CA 91710-3860
30579813 Emma Smart, 25 Newtown Avenue, Royston, Barnsley S71 4HB, UNITED KINGDOM
30579814 Emma Snaddon, 27 Lyndhurst Road, London, ENGLAND E4 9JU, UNITED KINGDOM
30579815 Emma Sprague, 600 NW 29th St Apt 23, Oklahoma City, OK 73103-1031
30579816 + Emma Stohlman, 1338 Irving Street Northwest, Unit A, WA, DC 20010-2314
30579817 Emma Stutzman, 8952 Mimosa Ln, West Chester, OH 45069-3635
30579818 + Emma Sullivan, 618 Jackson Street, Oshkosh, WI 54901-4345
30579820 Emma Uber, 27 Carmona Rd, Grove City, PA 16127-3701
30579821 + Emma V, 423 tyee dr, #10632, point roberts, WA 98281-8901
30579822 + Emma Van Dreumel, 61 Borden Ave, Perry, NY 14530-1317
30579823 Emma Vandercar, 3298 W Joliet Rd, La Porte, IN 46350-7866
30579824 + Emma Vickery, 68 John St, San Francisco, CA 94133-4835
30579825 Emma W, 421 N Woodland Ct, Brandon, SD 57005-3044
30579826 Emma Wadsworth, 701 Preserve Dr Apt 203, Plainfield, IN 46168-5623
30579827 Emma Warneke, 4519 W Lorna Cir, West Valley City, UT 84120-3717
30579828 Emma Watson, 284 Bramhall Lane, Stockport, ENGLAND SK3 8TR, UNITED KINGDOM
30579829 + Emma Werkheiser, 45 Shelley Lane, Glastonbury, CT 06033-1134
30579830 + Emma Wetherell, 2388 Patterson Rd, Marietta, NY 13110-9707
30579831 + Emma Whitney Frank, 1 Chapin Way, Unit 7283, Northampton, MA 01063-6302
30579833 Emma Williams, unit 10/19-29 Taylor St, Eagleby, Queensland 4207, AUSTRALIA
30579835 Emma Wilson, 1503 8th St NW, Kasson, MN 55944-1911
30579834 + Emma Wilson, 201 north 1450 west, west bountiful, UT 84087-1947
30579836 Emma Wright, 125 John Rockett Ln, Palmer, TX 75152-9672
30579753 Emma emma, 9 Cromer Court, winter Valley, Victoria 3358, AUSTRALIA
30579790 Emma mcCarthy, 4 old orchard mews priory gardens, Berkhamsted, England HP4 2DQ, UNITED KINGDOM
30579837 Emma<3 Emma<3, 553 County Road 188, Decatur, TN 37322-5035
30579838 Emmah Kovacs, 7505 Bay Rd, Okeana, OH 45053-9514
30579839 Emmanuel Idiaghe, 41 Perry villa drive, Birmingham, England, B42 2LG, UNITED KINGDOM
30579840 Emmanuel Jimenez, 6217 S 35th St, Greenfield, WI 53221-4613
30579841 Emmanuel Villarreal, Alfonso Garc a 11503 Col. Deportistas, Chihuahua, Chihuahua, 31125, MEXICO
30579842 + Emme Jergensen, 32 Blondell Ct, Lutherville-Timonium, MD 21093-2001
30579843 Emme Smith, 519 Ponca Trl, Maitland, FL 32751-3954
30579844 + Emmett Harmon, 595 Genoa Ave Apt D, Apt D, Reno, NV 89503-4157
30579845 Emmett Kapsner, 2700 University Ave W Apt 525, Saint Paul, MN 55114-2036
30579846 Emmett Lyall, 685 Willow Road, Guelph, ONTARIO N1H8K2, CANADA
30579847 + Emmett Phillipson, E6159 State Road M-28, Au Train, MI 49806-9665
30579848 + Emmett Stone, 2616 Chelsey Street, Buffalo Grove, IL 60089-4602
30579849 Emmett Szopinski, 3400 W Stonegate Blvd Apt 1206, Arlington Heights, IL 60005-1068
30579850 Emmi Cabello, 1205 College Heights Dr, Johnson City, TN 37604-6544
30579851 Emmie House, 1181 Mile Post Dr, Dunwoody, GA 30338-4707
30579852 Emmiline Norris, 52900 Middle Ridge Dr, Idyllwild, CA 92549

District/off: 0752-1 User: admin Page 154 of 507

Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| | | |
|---|---|---|
| 30579853 | | Emmily DeBoard, 1524 Perryman Rd, Aberdeen, MD 21001-4215 |
| 30579855 | | Emmy Castro, 10527 Heritage Trail Ct, Missouri City, TX 77459-6794 |
| 30579856 | | Emmy Tantuccio, 26 SHAWNEE LN, OLD BRIDGE, NJ 08857-1876 |
| 30579857 | + | Emmy West, 2060 S Triviz Dr, Bld C Apt #4, Las Cruces, NM 88001-0607 |
| 30579858 | + | Emo Night Brooklyn, c/o Ethan Maccoby, 1700 E 4th St., Austin, TX 78702-4441 |
| 30579859 | | Emory Lanier, 6939 Pasadena Ave, Dallas, TX 75214-3815 |
| 30579861 | + | Empire Records, 235 Pine St, Suite 24, San Francisco, CA 94104-2726 |
| 30579860 | + | Empire of the Sun, 8500 Melrose Ave #200, West Hollywood, CA 90069-5145 |
| 30579862 | + | Emporer Promos, P.O. Box 4422, Lynchburg, PA 24502-0422 |
| 30579863 | | Emrys Farley-Pineau, 9984 Av P loquin, MONTREAL, QUEBEC H2C 2J6, CANADA |
| 30579865 | + | End Hymns Printing, 1025 Clancy Ave NE, Suite A, Grand Rapids, MI 49503-1005 |
| 30579866 | + | Enduraline, 231 Croton Avenue, Cortlandt Manor 10567-5219 |
| 30579867 | | Enid McCormick, 2709 Robin Hood Dr, Greensboro, NC 27408-3310 |
| 30579868 | + | Enrique Alejandro Lopez, 3337 West Glenn Drive, Phoenix, AZ 85051-8324 |
| 30579869 | | Enrique Chavez, 1529 Village Bend Rd, Mineral Wells, TX 76067-1225 |
| 30579871 | + | Enrique Garcia, 2429 Avis St, Mesquite, TX 75149-6513 |
| 30579872 | + | Enrique Gomez, 1369 W Greenleaf Ave, Apt. 307, Chicago, IL 60626-6323 |
| 30579873 | + | Enrique Martinez, 2233 Pine Ave, Apt 204, Long Beach, CA 90806-4358 |
| 30579874 | + | Enrique Nunez, 114 Jacobs St, Unit 201, San Antonio, TX 78210-5611 |
| 30579875 | | Enrique Pacheco, 5002 Green Ash Trl, Medina, OH 44256-5575 |
| 30579876 | | Enrique Torres, 1601 Regene St, Pomona, CA 91766-5317 |
| 30579877 | + | Enrique Velez, 206 S Sullivan St, Spc 104, Santa Ana, CA 92704-1645 |
| 30579870 | + | Enrique escoto, 5609 Eastbourne dr, Springfield, VA 22151-1608 |
| 30579879 | + | Eowyn Fain, 9 Arden Rd, Apt B, Asheville, NC 28803-2458 |
| 30579880 | + | Ephraim Wright, 13609 30th Dr SE, Mill Creek, WA 98012-5653 |
| 30579881 | + | Epic Sports, 9750 E 53rd St N, Bel Aire, KS 67226-8718 |
| 30579882 | | Era Apell, 10641 W 101st Pl, Westminster, CO 80021-3797 |
| 30579883 | + | Erb, 130 Euclid Ave, Glencoe, IL 60022-2107 |
| 30579884 | + | Erdi Erdem, 7744 Porter House Dr, Nashville, TN 37211-7047 |
| 30579885 | | Erez Kassirer, 1856 Wesbrook Crescent, Vancouver, British Columbia, V6T 1W2, CANADA |
| 30579886 | | Erfaan Arif, 87 Reservoir Street, Surry hills, NEW SOUTH WALES 2008, AUSTRALIA |
| 30579887 | + | Eri, 58 Cheryl Ln, Apt 6, Apt 6, Valley Park, MO 63088-1352 |
| 30579888 | | Eri Keleher, 102 Elmwood Park E, Tonawanda, NY 14150-3317 |
| 30579890 | | Eric A Rich, 36 Greendale Ave, Worcester, MA 01606-2228 |
| 30579891 | + | Eric Alvarado, 4929 Eagle Rock Drive, Wimauma, FL 33598-4193 |
| 30579893 | | Eric Angers, 3450 rue West Broadway, Montreal, QUEBEC H4B2A6, CANADA |
| 30579894 | | Eric Ayende, 6007 Bauman Dr, Elkridge, MD 21075-5501 |
| 30579895 | + | Eric Bartholomwe, 205 Ridgemont Dr, Alvin, TX 77511-5229 |
| 30579896 | + | Eric Barton, 610 W Belmont Ave, 1E, Chicago, IL 60657-4531 |
| 30579897 | + | Eric Beaver, 3151 Stonehurst Cir, Kissimmee, FL 34741-7619 |
| 30579898 | + | Eric Bernheimer, 107 S 17th st, Pittsburgh, PA 15203-1723 |
| 30579899 | | Eric Bolen, 631 Brand Court, Saskatoon, SASKATCHEWAN S7J 5L3, CANADA |
| 30579900 | + | Eric Boswell, 10220 Maremont Cir, Henrico, VA 23238-3604 |
| 30579902 | + | Eric Breitmeyer, 35443 ELMIRA ST, LIVONIA, MI 48150-2527 |
| 30579903 | | Eric Bumb, 9872 OCEANCREST DR, HUNTINGTN BCH, CA 92646-8201 |
| 30579904 | + | Eric Burkholder, 807 W North St, Piqua, OH 45356-1827 |
| 30579906 | + | Eric C Taylor, 861 Debonair Drive, Mobile, AL 36695-9543 |
| 30579907 | | Eric Coleman, 300 S Reno St Apt 305, Los Angeles, CA 90057-1182 |
| 30579908 | + | Eric D Bell, 10198 Jenny Lynn Way, Elk Grove, CA 95757-5967 |
| 30579909 | + | Eric Dang, 842 W 2nd Ave, 17F, Chico, CA 95926-4824 |
| 30579911 | | Eric DeMeo, Noordeinde 56C, s-Gravenhage, ZH, 2514GK, NETHERLANDS |
| 30579910 | | Eric Delawder, 318 N CLINTON ST, ORANGE, CA 92867-7843 |
| 30579912 | | Eric Dib, Neulerchenfelder Straaye 64 15, Wien 1160, AUSTRIA |
| 30579913 | + | Eric Diego Salazar, 107 Turtle Dove, KRUM, TX 76249-5348 |
| 30579914 | | Eric Dierking, 13048 NE Tillamook St, Portland, OR 97230-2250 |
| 30579915 | | Eric Donati, 1 Zackney Dr, Billerica, MA 01821-2963 |
| 30579916 | + | Eric Donelan, 10377 east bend rd, Union, KY 41091-8161 |
| 30579917 | + | Eric Du, 41 Graniteville Rd., Chelmsford, MA 01824-1204 |
| 30579919 | | Eric Dubinsky, 901 Wesley Ave Apt 2, Oak Park, IL 60304-2056 |
| 30579920 | + | Eric Dwyer, 1640 Norwood Ave, Apt 403, Itasca, IL 60143-1023 |
| 30579921 | + | Eric Elstrom, 3400 SW Sedona Ct, Port Orchard, WA 98367-8401 |
| 30579922 | | Eric Englund, Liljevalchsgatan 22G, SODERTALJE, STOCKHOLM 15145, SWEDEN |
| 30579923 | | Eric Eric, 209 Buckingham Dr, Winterville, NC 28590-9419 |

District/off: 0752-1        User: admin        Page 155 of 507

Date Rcvd: Jan 04, 2024        Form ID: 309C        Total Noticed: 30719

30579924    + Eric Fisher, 25 Swan Lake Rd, Bloomington, IL 61704-1277
30579926    + Eric Flores, 1186 Beeler St, Aurora, CO 80010-3055
30579925    + Eric Flores, 2469 Bancroft Lane, San Pablo, CA 94806-3103
30579927      Eric Forgach, 4 Bay Shore Rd, West Islip, NY 11795-1101
30579928      Eric Forsyth, 51 Hyland Crescent, Port Perry, Ontario L9L 1R8, CANADA
30579929      Eric Garay, 10539 Pavon Pl NW, Albuquerque, NM 87114-1465
30579930    + Eric Glaser, 13820 Jarvi Dr, Anchorage, AK 99515-3938
30579931    + Eric H Francis, 4727 Wateka Dr, Dallas, TX 75209-4618
30579932    + Eric Hernandez, 2100 stone Ave, Unit I, San Jose, CA 95125-1468
30579933      Eric Hogg, 27 Buckstone Howe, Edinburgh, Scotland EH10 6XF, UNITED KINGDOM
30579934      Eric Howell, 2612 Marcia Dr, Lawrenceville, GA 30044-5817
30579935    + Eric Jambretz, 1013 brawner parkway, Corpus Christi, TX 78411-2357
30579936      Eric Kirkpatrick, 101 Fiona Way, Brunswick, MD 21758-8911
30579937    + Eric Klich, 1335 n la bera ave, Apt 414, Los Angeles, CA 90028-7568
30579938    + Eric Kolbusz, 78 Bay 10th Street, 1st Floor, Brooklyn, NY 11228-3412
30579939    + Eric Kong, 175 Willoughby Street, 16K, Brooklyn, NY 11201-5411
30579940      Eric Krul, 10 Greenbrier Place, Regina, SASKATCHEWAN S4S 7E8, CANADA
30579941    + Eric Levinson, 7827 Kemberton Dr W, Nolensville, TN 37135-4031
30579942    + Eric Long, 252 kuwait way, Pacheco, CA 94553-5283
30579943    + Eric Longoria, 7311 Jackson St NE, Fridley, MN 55432-3208
30579944    + Eric Mack, Po Box 784, Buffalo, NY 14213-0784
30579945    + Eric Mandujano, 7831 Log Hollow Drive, houston, TX 77040-1754
30579946      Eric Martinez, 2609 Reid St, Houston, TX 77026-1156
30579947    + Eric McCord, 10 Clearview Drive, Pittsburgh, PA 15205-4302
30579948    + Eric Meszaros, 40 Hill Drive, St. Louis, MO 63122-4604
30579949    + Eric Montgomery, 3961 Meadowview Dr N, Jacksonville, FL 32225-1693
30579950    + Eric Moore, 4670 Amesbury Drive, Apt. 1123, Dallas, TX 75206-4939
30579951    + Eric Morris, 1205 Stearns Hill Rd, Waltham, MA 02451-3329
30579952    + Eric Munson, 1516 Bluebird Road, Apartment 10, Grand Haven, MI 49417-9257
30579954      Eric Ough, 139 Boonton Ave, Boonton, NJ 07005-1427
30579955      Eric Pascual, 12 d'Octubre 8, La R pita, Tarragona, 43540, SPAIN
30579958    + Eric Peterson, 7011 S 38th, Apt 15, Lincoln, NE 68516-5720
30579959    + Eric Petralia, 1242 2nd Ave, A, San Francisco, CA 94122-2758
30579960    + Eric Pohlman, 550 S Yale Ave, Villa Park, IL 60181-2870
30579961      Eric Ponce, 125 Marcy Pl Apt 22B, Bronx, NY 10452-7417
30579962      Eric Pottenger, 1008 Yale Ave, Wenatchee, WA 98801-1625
30579963      Eric Powell, 93 LINDEN ST APT M3, BROOKLYN, NY 11221-7983
30579964      Eric Powers, 19 Overlook Ct, Hampton, VA 23669-1057
30579965    + Eric Pratt, 131 Durham Rd, Unit B, Freeport, ME 04032-6826
30579966      Eric Pykiet, 15661 ROSEWOOD ST APT 2, OMAHA, NE 68136-3276
30579967      Eric Ramirez, 9526 Bonbrook Bend Ln, Rosenberg, TX 77469-4730
30579968    + Eric Ridge, 1815 S Dixon Rd., Kokomo, IN 46902-5932
30579969    + Eric Romero, 309 Merwin Rd, Raleigh, NC 27606-2636
30579970    + Eric Ruhoy, 115 Tyler Avenue, Miller Place, NY 11764-2741
30579971      Eric Sandstrum, 10511 Holly Grove Dr, Fort Worth, TX 76108-4609
30579972    + Eric Sauer, 4825 Woodford Drive, Fort Wayne, IN 46835-1401
30579973    + Eric Schroeder, 3415 W Dravus St, Seattle, WA 98199-2626
30579974    + Eric Schroeder, 310 sawmill lane, Unit 1i, Horhsam, PA 19044-1910
30579975    + Eric Siegel, 27 Woodcrest Circle, Fairport, NY 14450-2917
30579976      Eric Smith c/o SunSurf realty, 7701 EMERALD DR, EMERALD ISLE, NC 28594-2808
30579977    + Eric Soma, 238 6th ave ne, Cambridge, MN 55008-1228
30579978      Eric Stead, 31 N Maple Ave Apt 483, Evesham, NJ 08053-1739
30579979      Eric Stephens, 1703 Graywood Ct NW, Huntsville, AL 35806-3424
30579980    + Eric Strand, 360 State St, Apartment 2122, New Haven, CT 06510-3620
30579981    + Eric Streshenkoff, 1608 Homestead Duquesne road, West Mifflin, PA 15122-3841
30579983    + Eric Sumner, 1133 183rd st n, Shoreline, WA 98133-4513
30579982    + Eric Sumner, 1133 N 183rd St, Shoreline, WA 98133-4513
30579984    + Eric Sutch, 1071 Old York Road, Ringoes, NJ 08551-1041
30579986    + Eric Tasker, 300 Longridge Ave, Rochester, NY 14616-3556
30579987    + Eric Trainor, 9 Jerilis Drive, Springfield, MA 01119-1816
30579988    + Eric Tucker, 1243 Meadowood Dr, Waterford, MI 48327-2961
30579989      Eric Valdez Ruedas, 1412 S 1st St Spc 18, Turlock, CA 95380-6081
30579990    + Eric Van Leuven, 3120 W 32nd Ave, Denver, CO 80211-3202

30579991    + Eric VanAcker, 715 1/2 20th St, Sacramento, CA 95811-1798
30579992    + Eric Vrublevskiy, 553 s commercial s, Apt. 309, Manchester, NH 03101-2749
30579993      Eric Walker, 277 CREEKWOOD CT, BREA, CA 92821-4334
30579994      Eric Wang, 301 E 79th St Apt 33H, NY, NY 10075-0925
30579995      Eric Warner, PSC 78 Box 98, APO, AP 96326-0001
30579996    + Eric Wilson, 217 E 8TH ST, Apt. 703, Los Angeles, CA 90014-2393
30579997      Eric Wirzberg, 1728 Ohio Ave, Joplin, MO 64804-0865
30579998      Eric Wright, 4 WHITEHILL DR, WEST HARTFORD, CT 06117-2050
30579999      Eric Wylde, 58 Hartford Sq, Jackson, TN 38305-8519
30580000    + Eric Yancer, 7081 S. Graham Rd., St. Charles, MI 48655-9586
30580001      Eric Zayas, 2602 Westridge Ave W Apt U201, Tacoma, WA 98466-8512
30580002      Eric Zerr, Zeiligstrasse 18, Forst (Baden) 76694, GERMANY
30579892    + Eric alyea, 1419 w Pruitt st, Indianapolis, IN 46208-5241
30579985      Eric swisher, 208 S BROAD ST APT B, HUGHESVILLE, PA 17737-1002
30580003    + Erica A Wattson, 2200 Willard Loop Drive, 3436 Willard, Boulder, CO 80310-0001
30580005      Erica Carusi, 250 Wellington Street West, Apt 429, Toronto, ON M5V 3P6, CANADA
30580006    + Erica Galloway, 3308 Flamingo Street, Knoxville, TN 37920-3213
30580008      Erica Heuser, 611 Dillon St, Aztec, NM 87410-9113
30580010      Erica Holland, 2617b Lillooet Street, Prince George, BC V2L 1S7, CANADA
30580011    + Erica Moore, 16140 86th Ave, Jamaica, NY 11432-3420
30580012      Erica Morgan, 937 Woodland Springs Dr, Connersville, IN 47331-7941
30580014      Erica Price, 8/22-26 Cliff St, Manly, New South Wales, 2095, AUSTRALIA
30580015      Erica Randall, 23 Short St, East Corinth, VT 05040-9745
30580016    + Erica Rhymer, 4025, Kristen Street, Spring Hill, TN 37174-5153
30580017      Erica Roth, 3824 Burnage Hall Rd, Harrisburg, NC 28075-5626
30580019    + Erica Schwarz, 530 Pluto St., Madison, WI 53718-7006
30580021      Erica Todhunter, 3528 Flintwood Dr, Santa Rosa, CA 95404-1516
30580022      Erica Turner, 1506 Chandler Rd SE, Huntsville, AL 35801-1476
30580023      Erica Widdifield, 19444 Promenade Dr, Leesburg, VA 20176-6525
30580024    + Erica Wolsey-Searle, 410 Mill St SE, 131, Salem, OR 97301-3601
30580009      Erica higginson, 515 E LOWER A ST, COLFAX, WA 99111-1620
30580020    + Erica techo, 420 Brookwood Drive, Athens, GA 30605-3810
30580025      Ericah Marie, 11025 Kernite Ct, Reno, NV 89506-1616
30580026      Erich Herbel, 8625 SOUTHWESTERN BLVD APT 714, DALLAS, TX 75206-8238
30580027    + Erich Langstine, 720 Bilyeu St, Unit 301, Raleigh, NC 27606-2874
30580028    + Erich Pomrening, 6075 W 82nd Dr, Arvada, CO 80003-1717
30580029      Erick Brito, 800 NE 67th St Apt 160, Seattle, WA 98115-5755
30580030    + Erick Castillo Vega, 285 Montibello Dr, Mooresville, NC 28117-9139
30580031    + Erick Lopez, 20138 Kyle Canyon Drive, Cypress, TX 77433-7458
30580032    + Erick Quintanilla, 4901 Switch Grass Way, Bakersfield, CA 93313-5283
30580033    + Erick S, 33 Old Route 202A, Lot 64A, Pomona, NY 10970-3119
30580034    # Ericka Barreto, 3030 1/2 Macaulay St, San Diego, CA 92106-1910
30580035      Erickson Helder, Matenalaan 97, Arnhem, Gelderland, 6825DS, NETHERLANDS
30580036    + Eridan Maeder, 49 Butcher rd, Hilton, NY 14468-9706
30580037      Erik Anderson, 5036 N Ardmore Ave, Milwaukee, WI 53217-5742
30580038      Erik Ammon, T pferstra e 2, Cottbus 3046, GERMANY
30580039      Erik Anveden, 760 Avenue Greene, Montreal, QUEBEC H4C 2J9, CANADA
30580040      Erik Aparicio, 106 Veterans Pkwy, Murfreesboro, TN 37128-6433
30580041    + Erik Arredondo, 1204 Schley Ave, San Antonio, TX 78210-4251
30580042    + Erik Benson, 230 Becky Branch Rd, Southern Pines, NC 28387-2704
30580043      Erik Burns-Sprung, 5311 FOXRIDGE DR APT 204, MISSION, KS 66202-4538
30580044      Erik Chavez, 3200 SE Midvale Dr Apt O103, Corvallis, OR 97333-3174
30580045      Erik Davis, 151 Hawkmere View, Chestermere, Alberta T1X 1T8, CANADA
30580046      Erik Detweiler, 621 NEW KENT PL, CARY, NC 27511-7604
30580047    + Erik Furman, 77 S 6th St, PO Box 77, Mount Wolf, PA 17347-0077
30580048      Erik Handberg, 7204 Town Center Blvd Apt 1425, Rosenberg, TX 77471-6270
30580049      Erik Howshar, 1429 S Allison St, Lakewood, CO 80232-5346
30580050    + Erik Johnsonbaugh, 1203 Yverdon Drive, Apt B2, Camp Hill, PA 17011-1297
30580051      Erik Kostichka, 1697 County Road HO, Sturgeon Bay, WI 54235-9286
30580052    + Erik Kristman, Kristman Creative LLC, 3355 Descanso Drive, 44928, Los Angeles, CA 90026-6219
30580053    + Erik Lafferty, 4575 Emerson Park Dr, Apt. 211, Orlando, FL 32839-6084
30580054    + Erik Laucks, 235 Hawthorne St, Apt 3A, Brooklyn, NY 11225-6229
30580055      Erik Lyr n, Albanov gen 21, Stockholm, UPPLAND 114 19, SWEDEN

District/off: 0752-1                                    User: admin                                    Page 157 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                              Total Noticed: 30719

30580056    + Erik Moritz, 6454 ne 198th st, Kenmore, WA 98028-8660
30580057    + Erik Polsean, 5929 Siltstone Ln Apt 417, Fort Worth, TX 76137-7097
30580058    + Erik Ramirez, 1213 Potomac Avenue, Bakersfield, CA 93307-1247
30580059    + Erik Razo, 4204 Poinsettia Dr, Dallas, TX 75211-8423
30580060    + Erik Siegfried, 656 E 16th Ave, Apt. 1, Eugene, OR 97401-5497
30580061       Erik Siemsglaay, Scharrenstraaye 4, Halle (Saale) 6108, GERMANY
30580062       Erik Smith, 7215 Sharpsburg Blvd, New Port Richey, FL 34653-6127
30580063       Erik Stephens, 6 Dell Ave, Netcong, NJ 07857-1228
30580064    + Erik Swanson, 5514 Dalhart Way, Sacramento, CA 95835-1533
30580066       Erik Tigue, 7195 GARDEN PARK LN APT 101, MECHANICSVLLE, VA 23111-1118
30580067       Erik Timbers, 54 Riceland Avenue, Fort Erie, ON L2A 1R3, CANADA
30580068       Erik Warden, 31600 126TH AVE SE SPC 65, AUBURN, WA 98092-3684
30580069    + Erika Brehm, 29829 SW Camelot St, Wilsonville, OR 97070-7564
30580070       Erika Brown, 7574 Amonde Way, Elk Grove, CA 95757-1768
30580071    + Erika Hardeman, 1470 Bushwick Ave, 2R, NY, NY 11207-1633
30580072       Erika Hendrickson, 2219 Nicole Ln Apt 3, Brookings, SD 57006-1755
30580073    + Erika Krolewski, 14462 Barton Dr., WA, MI 48094-3239
30580074       Erika Kronfuss, Feldgasse 11/18, Wien 1080, AUSTRIA
30580076       Erika Martell, 1530 Makefield Rd, Yardley, PA 19067-3150
30580077       Erika Martinez, 12137 Champlain St, Moreno Valley, CA 92557-7714
30580078    + Erika McCarty, 1747 Harold St, Houston, TX 77098-1601
30580079    + Erika Mostloved, 414 Wilson Ct, Jasper, TN 37347-3178
30580080       Erika Murphy, 1921 W Fulton St, Lsa1913, Chicago, IL 60612-2403
30580081    + Erika Olcott, 20095 SW Almond St., Beaverton, OR 97003-2229
30580082       Erika Ritchey, 4115 Major Ave, Madison, WI 53716-1616
30580083       Erika Schaefer, 128 Massie St, Stephens City, VA 22655-3004
30580084    + Erika Shibata, 1108 9th Avenue, Apt B, Honolulu, HI 96816-2470
30580085    + Erika Thomas, 386 Courtland Ct, Kannapolis, NC 28081-7171
30580086       Erika Uzoegwu, 391 Avenue Glengarry, Mont-Royal, Quebec, H3R 1A7, CANADA
30580087    + Erika Woo, 1260 S 1st St. W Apt A, Missoula, MT 59801-1743
30580075    + Erika mansfeldt, 1830 11th ave n, Nashville, TN 37208-1532
30580088       Erikas Matulionis, Haraldsgade 21, st. tv., Vejle 7100, Denmark
30580089       Erin Allman, 57 Fleming Crescent, Mansfield Park, SOUTH AUSTRALIA 5012, AUSTRALIA
30580090    + Erin Ashlyn, 2536 Fernley Dr, Duarte, CA 91010-2207
30580091       Erin Atchley, 946 Bream Dr, Knoxville, TN 37922-5135
30580095    + Erin BLock, 908 Halcyon Ave, Nashville, TN 37204-2617
30580092       Erin Balaska, 4388 N 550 W, Fairland, IN 46126-9451
30580093       Erin Barker, 10825 OAK AVE, CHICAGO RIDGE, IL 60415-2126
30580094       Erin Barnes, 33 W Portsmouth St, Concord, NH 03301-5491
30580096       Erin Bond, 3031 HEATHERHILL DR SE, HUNTSVILLE, AL 35802-1138
30580097    + Erin Bookwalter, 354 Mitchell Road, Newport, PA 17074-7855
30580098       Erin Bradley, 5221 Pocatella Ct, Cape Coral, FL 33904-5835
30580099    + Erin Brand, 8403 Paine St SW, Lakewood, WA 98499-2031
30580100    + Erin Breidenbach, 6551 Arsenal St, St Louis, MO 63139-2432
30580101    + Erin Brickle, 1 Stevens Court, Somerdale, NJ 08083-3007
30580102       Erin Bumgardner, 1501 S 36th St, Galesburg, MI 49053-9643
30580103       Erin Carp, 78 E Pepper Tree Dr, Palatine, IL 60067-2739
30580104    + Erin Chang, 2069 Honey Bee Lane, Chino Hills, CA 91709-2383
30580105    + Erin Dayrit, 2348 W Roscoe St, 1E, Chicago, IL 60618-6284
30580106    + Erin Dinkel, 1188 W Remington Park Dr, Terrell, TX 75160-0888
30580107       Erin Dwyer, 10244 119 st NW, Unit 5, Edmonton, AB T5K 1Z4, CANADA
30580108    + Erin Erickson, 2832 S 20th Ave, Apt. 204, Grand Forks, ND 58201-6557
30580109       Erin Forsbach, 5584 E Saddleridge Dr, Fayetteville, AR 72703-3890
30580110    + Erin Furr, 2137 Cascade Way, Longview, WA 98632-4511
30580111    + Erin Ganley, 3114 Darting Bird Ln, Baldwinsville, NY 13027-1507
30580113    + Erin Gillette, 2223 W Bay Area BLVD, Apt. 2001, Webster, TX 77598-3254
30580114    + Erin Grams, 1170 Sharie Lane, Green Bay, WI 54304-5038
30580115       Erin Haney, 163 BLEECKER ST APT 1A, BROOKLYN, NY 11221-3993
30580116    + Erin Herock, 1500 Grove Ave, Apt 1, RICHMOND, VA 23220-4670
30580117    + Erin Hicks, 1676 Pinnate Court, Rochester Hills, MI 48306-3687
30580118       Erin Hughes, 918 Irving Ave, Westfield, NJ 07090-1636
30580119       Erin Hughes, 1 Foot Street, 22, Frankston, Victoria 3199, AUSTRALIA
30580120       Erin Isakson, 601 Bartlett St, Lansing, MI 48915-1903

District/off: 0752-1                          User: admin                          Page 158 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                         Total Noticed: 30719

30580121        Erin Ishler, 6912 Tower of London Dr, Fredericksburg, VA 22407-8577
30580122      + Erin Jenkins, 19805 SE 26th Way, Camas, WA 98607-8821
30580123        Erin Jung, 4973 ALEXIS DR, ANTIOCH, TN 37013-4223
30580124      + Erin Kahle, 2507 S Big Bend Blvd, Apt 12, Maplewood, MO 63143-2123
30580125        Erin Levon, 224 VILLAGE LN, BARTLETT, IL 60103-2936
30580126        Erin Long, 172 Hunters Xing, North Augusta, SC 29841-6605
30580127        Erin Lubman, 44 Winthrop Dr, Riverside, CT 06878-1912
30580128        Erin Martin, 730 SONELEY CT, ALPHARETTA, GA 30004-8525
30580129        Erin May, 5130 S 98th Ct Apt 24, Omaha, NE 68127-2193
30580130        Erin McCroskey, 1391 18th Ave, San Francisco, CA 94122-1807
30580131      + Erin McFearson, 1380 Farnham Point, Apt 103, Colorado Springs, CO 80904-5213
30580132      + Erin Mechanic, 3352 Bennett dr, Los Angeles, CA 90068-1704
30580133        Erin Moes, 104 E Walworth Ave Apt 201, Delavan, WI 53115-1131
30580134        Erin Murphy, 3892 Autumnwood Street, Ottawa, Ontario, K1T 1C1, CANADA
30580136      + Erin O Leary, 64 Franklin Road, Denville, NJ 07834-1557
30580137        Erin Parris, 203 S John St, Blacksburg, SC 29702-1521
30580138        Erin Paul, 2318 Beechwood Dr, Waxhaw, NC 28173-9358
30580139        Erin Pavicic, 3211 S Highlands Blvd, West Richland, WA 99353-5740
30580140        Erin Pellett, E5250 750th Ave, Menomonie, WI 54751-5930
30580141        Erin Pridmore, 4 Coila Bend, Lakelands, Western Australia 6180, AUSTRALIA
30580142        Erin Rautenberg, 108-200 back road, Address Line 2, courtenay, BC V9N3W6, CANADA
30580143        Erin Russell, 104 Plank Ct, Mukwonago, WI 53149-1465
30580144      + Erin Ryan, 3808 Maloney Road, Knoxville, TN 37920-2824
30580145        Erin Schmidt, 1134 Hinman Ave, Evanston, IL 60202-1311
30580146      + Erin Tague, 3100 SW 35TH PL, APT 12C, Gainesville, FL 32608-2681
30580147      + Erin Tayloe, 2000 riverside drive, 15H, Richmond, VA 23225-3673
30580148      + Erin Taylor, 1762 se Hamilton st, Roseburg, OR 97470-4101
30580149        Erin Tendiel, 410 Tupelo Dr, Belleville, IL 62220-2762
30580150        Erin Tucker, 1488 N Izard Ln Apt 207, Fayetteville, AR 72704-4822
30580151        Erin Vega-Kaczmarek, 6210 Lenox Ln, Mc Donald, PA 15057-3572
30580152      + Erin Vostal, 188 North Willard St, Burlington, VT 05405-0001
30580153        Erin Walsh, 335 E 14th Ave, 211, Vancouver, British Columbia V5T2M9, CANADA
30580154        Erin Ward-Ciesielski, 26 Cherry Hill Rd, Johnston, RI 02919-2605
30580155        Erin Watson, 151 Carden Pl Apt J, Mebane, NC 27302-6078
30580156        Erin Watson, 923 Bell Ave, New Buffalo, MI 49117-1501
30580157      + Erin Witherspoon, 1112 N 14th St, Boise, ID 83702-4117
30580158        Erinna Sanders, 114 Concession Street East, UNIT 37, Bowmanville, Ontario L1C 4Y7, CANADA
30580159      + Eris Weiss, 2150 West 10th Avenue, #104, Broomfield, CO 80020-1079
30580161        Ernest Menold, 613 S New Middletown Rd, Media, PA 19063-5019
30580160      + Ernest heyder, 202 Blue Jacket Circle, Pickerington, OH 43147-8050
30580162      + Ernesto Francisco Cavazos, 9103 South Pass Lane, Houston, TX 77064-7051
30580163      + Ernesto Garcia, 1999 fm 975, Caldwell, TX 77836-6345
30580164      + Ero Barnett, 75 Sawyer St, South Portland, ME 04106-1540
30580165        Eron Semsedini, Theaterstra e 20, Pforzheim, Bden-Wrttemberg, 75175, GERMANY
30580166        Eros Backus, 5630 N Sheridan Rd Apt 911, Chicago, IL 60660-4890
30580167        Eros Forte, Via Tommaso Laureti 9, Bologna, Bologna, 40139, ITALY
30580168      + Errick Easterday, 4109 Graf Drive, Louisville, KY 40220-3016
30580169        Ervin Yang, 2991 Withrow Pl, Santa Clara, CA 95051-5538
30580170        Erwin Calma, 851 Allegro Ct, Fairfield, CA 94534-7168
30580171      + Erwin Gonzalez, 2216 Chenevert st, Unit 13, Houston, TX 77003-5853
30580172      + Eryk Gallegos, 26 w 3350 s, South salt lake, UT 84115-4402
30580173        Eryk Kunz, 88 Thomas Mitchell Drive, Melbourne, Victoria, 3802, AUSTRALIA
30580174        Eryn Johnson, 5 Beaver Brook Rd, Waltham, MA 02452-8105
30580175      + Erynn Williams, 104 Solomon Road, B302, Kelso, WA 98626-1759
30580176        Es Sadri as3792, 107 Robert Purcell, Ithaca, NY 14853-6006
30580178        Esden Stafne, 4306 W MICHIGAN AVE, KALAMAZOO, MI 49006-5823
30580179        Esme Baker, 7 HIGH MEADOW CIR, WELLESLEY, MA 02482-4600
30580180      + Esmeralda Aguayo, 10345 San Vincente Ave, South Gate, CA 90280-6649
30580181      + Esmeralda Lazaro, 1227 Vienna Blvd, Dekalb, IL 60115-2658
30580182      + Esmeralda Zamudio, 11537 216th st., Apt. C, Lakewood, CA 90715-2552
30580183        Espen Tobiassen Nordwall, Svartdalsveien 69, Oslo, OSLO 678, NORWAY
30580184      + Esperanza Quintero, 2442 euclid, Berwyn, IL 60402-2507
30580185      + Espinosa, 4600 SE 25th, Del city, OK 73115-4116

District/off: 0752-1                                    User: admin                                         Page 159 of 507

Date Rcvd: Jan 04, 2024                                 Form ID: 309C                                    Total Noticed: 30719

30580186  + Esteban Asencio, 2424 SW 177th Ter, Miramar, FL 33029-5128
30580187  + Esteban Bernal, 2908 San Rocendo St, Apt. 4035, Fort Worth, TX 76116-0673
30580188    Esteban Lopez-Chavez, 805 Green Way Apt D, Madera, CA 93638-2915
30580189    Estefan Jimenez, 5811 102nd St Apt 6, Lubbock, TX 79424-3938
30580190    Estefany Barrera, 3841 Virginia St, Lynwood, CA 90262-4450
30580191  + Estela McMaster, 90 University Heights, 217 - 1, Burlington, VT 05405-0001
30580192    Estelle Chin, 18 Pak Pat Shan Road, Tai Tam, 7A, Tower 9, Redhill Peninsula, Hong Kong, Southern, 0, HONG KONG
30580193  + Estelle Ivazian, 198 N Taaffe St, Sunnyvale, CA 94086-4919
30580194  + Estevan Garcia, 10311 Ashdale St, Stanton, CA 90680-1705
30580195    Estevon Lopez, 1085 W 96th Pl, Thornton, CO 80260-5462
30580196  + Esthepania Michalak, 9779 MIA Circle, Apt 6403, Orlando, FL 32819-8881
30580197    Esther Donze, Fritz Kreislerhof 9, Utrecht, Netherland, Utrecht 3543 HN, NETHERLANDS
30580199    Esther Ye, 4/34-38 Elizabeth Street, GRANVILLE, New South Wales, 2142, AUSTRALIA
30580200    Estrella, 3415 ROBINWOOD DR, FORT WAYNE, IN 46806-3607
30580203  + Ethan, 812 haverhill dr, modesto, CA 95356-1822
30580202  + Ethan, 31503 whitefield ct, murrieta, CA 92563-6216
30580201  + Ethan, 8505 21st Ave Nw, Seattle, WA 98117-3754
30580204  + Ethan Adam Blaisdell, 3484 Boyhaven rd., Middle Grove, NY 12850-1327
30580205  + Ethan Alloway, 1301 W LAMBERT LN, APT 4301, Oro Valley, AZ 85737-7126
30580206  + Ethan Barber, 1603 York Ave, 1B, NY, NY 10028-6244
30580208    Ethan Barrett, 02 Olive Kari Close, Kariong, New South Wales, 2250, AUSTRALIA
30580209    Ethan Bates, 1309 Salmon River Rd, Salmon River, Nova Scotia B6L 4C9, CANADA
30580211  + Ethan Blackman, 2337 Fawnwood Dr. SE, Kentwood, MI, MI 49508-6521
30580210  + Ethan Blackman, 1030 Dallas Dr, Apt 1235, Denton, TX 76205-5208
30580212  + Ethan Bolka, 721 main st., unit #511, cincinnati, OH 45202-3662
30580213    Ethan Brannen, N15911 Lafave Lane D 3, Wilson, MI 49896-9706
30580214  + Ethan Brinkley, 5170 Normandy Court, Evansville, IN 47715-2641
30580215  + Ethan Brown, 2531 Seabranch St, Orlando, FL 32828-7797
30580216  + Ethan Bukowski, 7370 Bradford Pl, Schererville, IN 46375-1780
30580217    Ethan Burck, 2415 Larchmont Ln, Aurora, IL 60504-5859
30580218    Ethan Burk, 47 Cricket Dr, Hendersonville, NC 28792-8932
30580219  + Ethan C Watkins, 141 LIBBY LN SE, Calhoun, GA 30701-4360
30580220    Ethan Chang, 21 Oceanview St, Richmond Hill, ON L4S 2J9, CANADA
30580221  + Ethan Charles, 5639 Chimney Cir, 2B, Kettering, OH 45440-2981
30580222    Ethan Charney, 245 River St, Forty Fort, PA 18704-5038
30580223  + Ethan Collins, 531 w Calle la bolita, Sahuarita, AZ 85629-8693
30580224    Ethan Daniel Ruth, 3000 Ivyside Park, 0218 Cedar Hall, Altoona, PA 16601
30580225  + Ethan Delmont, 1290 S Leslie Ln, Des Plaines, IL 60018-5535
30580226  + Ethan Doan, 5022 Bella Collina st, Oceanside, CA 92056-1923
30580227  + Ethan Fairbanks, 4471 East 3rd Street, Apt. 34, Bloomington, IN 47401-5616
30580228  + Ethan Ferrall, 95 Woodbridge ln, Seminary, MS 39479-4194
30580229  + Ethan Foster, 218 Virginia Ave, Greenville, SC 29611-4612
30580230    Ethan Gilbert, 19 Marion Dr, Sherwood Park, ALBERTA T8A3W3, CANADA
30580231  + Ethan Gray-Greene, 8185 Walnut Fair Circle, Fair Oaks, CA 95628-2743
30580232  + Ethan Grote, 2042 Dunbarton Dr, Virginia Beach, VA 23454-3602
30580233  + Ethan Grubb, 900 Oakwood St, Poplar Bluff, MO 63901-5620
30580234  + Ethan Harris, 15234 Ben Wiggins rd, Conroe, TX 77303-4802
30580235    Ethan Hayes, 96 Liberty St, New Baltimore, NY 12124
30580236  + Ethan Hebert, 4401 E Lincoln Rd, Lake Charles, LA 70607-7916
30580237    Ethan Heiney, 9304 Bonita Ln Apt 1602, Charlotte, NC 28262-0914
30580238  + Ethan Hernandez, 2820 San Rae Drive, Apt 1, Dayton, OH 45419-1843
30580239    Ethan Howell, 2881 Louise St, Sarasota, FL 34237-7335
30580240  + Ethan Hunt, 3017 Sundance Lake Dr., Modesto, CA 95355-7306
30580241    Ethan Imm, 8510 LYNNEHAVEN DR, CINCINNATI, OH 45236-1418
30580242  + Ethan J Duke, 216 McCormick Road, Brackney, PA 18812-8043
30580243    Ethan Jay Casofsky, 80 Warwick Avenue, Manchester, ENGLAND M456TT, UNITED KINGDOM
30580244  + Ethan Jay Cohen, 1004 Sunburst Court, Lafayette, CO 80026-1116
30580245    Ethan Jonathan Smith, 2221 PEACEMAKER TER E, COLORADO SPGS, CO 80920-3817
30580246  + Ethan Kanarowski, 2842 Linneman street, Glenview, IL 60025-4034
30580247  + Ethan Kim, 8158 Orangethorpe Avenue, Buena Park, CA 90621-3831
30580248  + Ethan Last, 3707 Bay Road, Ferndale, WA 98248-9663
30580249  + Ethan Le, 1512 Bluebonnet Ln, Austin, TX 78704-2854
30580250  + Ethan Lundy, 620 Tamarack Trl, Farmington, MN 55024-7125

District/off: 0752-1                          User: admin                                      Page 160 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                              Total Noticed: 30719

30580251    + Ethan Lyman, 1080 E Regent Drive, Gilbert, AZ 85298-0612
30580252    + Ethan Maldonado, 18786 cedar crest drive, Santa Clarita, CA 91387-1454
30580253    + Ethan Mazurek, 415 SW 11th street, Apt 225, Des Moines, IA 50309-4568
30580254    + Ethan McDonald, 424 N FOREST RD, WILLIAMSVILLE, NY 14221-5062
30580255      Ethan McEachern, 5123 Forego Avenue SE, Calgary, ALBERTA T2A2C7, CANADA
30580256    + Ethan Monnin, 765 Bobcat Avenue, B, Grandview Heights, OH 43212-3978
30580257    + Ethan Nguyen, 1696 Ridgetree Way, San Jose, CA 95131-1968
30580258    + Ethan Nguyen, 1061 Timberidge Lane, Allentown, PA 18106-9174
30580259    + Ethan Nickels, 1901 Huddle Road, Rome, PA 18837-8127
30580260    + Ethan Ogg, 5732 Tall Timber st se, Grand rapids, MI 49546-6798
30580261    + Ethan Parisier, 1103 Old Farm Road, Valhalla, NY 10595-1500
30580262    + Ethan Pena, 350 E Palfrey St, San Antonio, TX 78223-3344
30580263    + Ethan Peterson, 5075 Old Ranch Road, La Verne, CA 91750-1531
30580264    + Ethan R Waddles, 4618 US HIGHWAY 224, Convoy, OH 45832-8922
30580265      Ethan Rost, 24 Wood Ridge Ln, Exeter, NH 03833-7513
30580266    + Ethan Russell, 1518 N Fir St, Tacoma, WA 98406-1121
30580267      Ethan Rylett, 20 Vicar Lane, Apartment 49, The Chimes, Sheffield, England S1 2EH, UNITED KINGDOM
30580268      Ethan Samsel, 4216 NW 56th Ter, Oklahoma City, OK 73112-1527
30580269      Ethan Satchwell, 9882 E Valley Hills Dr, Traverse City, MI 49684-7670
30580270    + Ethan Scott, 178 Hudson Drive Northeast, Milledgeville, GA 31061-9323
30580271    + Ethan Settle, 1501 E 5th St, Joplin, MO 64801-2014
30580272    + Ethan Smithson, 201 Donaghey Ave., UCA Box #6091, Conway, AR 72035-5001
30580273    + Ethan Smodish, 3540 Carter Rd, Bethlehem, PA 18020-3465
30580274    + Ethan Soper, 17393 River Birch Place, Prior Lake, MN 55372-3463
30580275      Ethan Taylor, 41 Bailey Way, Nicholasville, KY 40356-8630
30580276      Ethan Tromiczak, 141 PINE VIEW DR, CARMEL, IN 46032-1788
30580277      Ethan Tyler, 7 Ashley Circle, St Catharines, ONTARIO L2N1L7, CANADA
30580278      Ethan Ulrich, 14884 E 25th Ave, AURORA, CO 80011-2960
30580279      Ethan Vassiliou, 25 Esther Street, Rivervale, WESTERN AUSTRALIA 6103, AUSTRALIA
30580281      Ethan Waldie, 221 Hector Crescent, Regina, SASKATCHEWAN S4Y 1C6, CANADA
30580282      Ethan White, 7073 S Kendall Ct, Littleton, CO 80128-3935
30580283      Ethan Whittemore, 8811 ELDORADO PKWY APT 3306, FRISCO, TX 75033-3349
30580284    + Ethan Wilkins, 700 Lincolnway W, Lot 6, Ligonier, IN 46767-1128
30580285      Ethan Wilson, 440 River Rd, Manchester, NH 03104-1902
30580286      Ethan Zhao, 331729 Georgia Tech Station, Atlanta, GA 30332-1400
30580287    + EthanBarber, 1603 York Ave, 1B, NY, NY 10028-6244
30580289    + Ethyn Davies, 786 Oakwood Ave, East Alton, IL 62024-2122
30580291      Ettore Recchia, Via Alessandro Manzoni 50A, Aci Bonaccorsi, Catania 95020, ITALY
30580292      Euan Morgan, 140 Charles Street, Tredegar, WALES NP224AA, UNITED KINGDOM
30580293      Eugene Cella, 2429 Kingston Rd, Cleveland Heights, OH 44118-4305
30580294      Eugene Levit, 545 Nahal Natuf, Nili 7193000, ISRAEL
30580296    + Eugeny Sosnovsky, 1814 152nd Ave SE, Bellevue, WA 98007-6104
30580297      Euginia Byjoe, PO BOX 275, NAVAJO, NM 87328-0275
30580300      Eva Chandler, 52 Rue de Roulier, Gatineau, QC J8V 2C2, CANADA
30580301      Eva Hesse, 807 1st Ave N, Sartell, MN 56377-1437
30580302      Eva Marciano, 18 Trask St, Beverly, MA 01915-1032
30580303    + Eva Maria Kozlowski, 12724 S La Crosse Ave, Apt 2A, Alsip, IL 60803-3038
30580304      Eva Menzia, 1304 18th Ave, South Milwaukee, WI 53172-1433
30580305      Eva Mullen, Box 820, Didsbury, AB T0M 0W0, CANADA
30580306    + Eva Petronchak, 101 Russling rd, Hackettstown, NJ 07840-4835
30580307      Evan Aiken, Po Box 1533, Muscatine, IA 52761-0026
30580308    + Evan Archer, 9604 62nd Ave Ct E, Puyallup, WA 98373
30580309      Evan Barton, 126 Stepping Stone Way, Cape Girardeau, MO 63701-8360
30580310    + Evan Brende, 5015 NW 12th St, Apt 202, Lincoln, NE 68521-4285
30580311      Evan Buck, 3830 BALSAWOOD LN, JOHNSTOWN, CO 80534-2828
30580312    + Evan Church, 4944 Corsica Island St., North Las Vegas, NV 89031-0941
30580313    + Evan Cotreau, 291 Stonebridge Drive, Nashua, NH 03063-5011
30580314      Evan Dane, 9442 Sylmar Ave Unit 9, Panorama City, CA 91402-6960
30580315      Evan Dawkins, 7N125 Barb Hill Dr, St Charles, IL 60175-6196
30580316    + Evan Donnellan, 9218 Balcones Club Drive, Apt. 2421, Austin, TX 78750-2760
30580317    + Evan Drellich, 4725 40th Street, 3D, Sunnyside, NY 11104-4042
30580318    + Evan Erickson, 3538 E Delta Ave, Mesa, AZ 85204-4016
30580319      Evan Erickson, 927 Captain Bay Ct, Lynden, WA 98264-8582

District/off: 0752-1                                      User: admin                                              Page 161 of 507
Date Rcvd: Jan 04, 2024                            Form ID: 309C                                       Total Noticed: 30719

30580320    + Evan Escoto, 601 W Fillmore St, APT 249, Phoenix, AZ 85003-0019
30580321    + Evan Espinosa, 2970 Maude St., Riverside, CA 92506-4418
30580322      Evan Evan, 110 Tanglewood Dr, Sharpsville, IN 46068-9296
30580323    + Evan Fox, 1233 Lancer Glen, Escondido, CA 92029-3002
30580324      Evan Gale, 21 westglen cres, Spruce Grove, Alberta T7X1W4, CANADA
30580325      Evan Golbol, 15 route de Parthenay, Apt. 8, Poitiers, Poitou-Charentes, 86000, FRANCE
30580326    + Evan Hamm, 5872 laurawood lane, Hudson, OH 44236-2075
30580327      Evan Hays, 74 Hill Drive, Fort McMurray, ALBERTA T9H 2A2, CANADA
30580328    + Evan Hill, 1016 Camino La Costa, Apt 103, Austin, TX 78752-3917
30580329      Evan Hock, 616 Rock Spring Rd, Naperville, IL 60565-4384
30580330      Evan Horton, Suite 210 - 7436 Fraser Park Drive, Burnaby, BC V5J 5B9, CANADA
30580331    + Evan Huddilston, 3867 Mark Ct., Cincinnati, OH 45255-4922
30580332      Evan Ingleby, 32 Cedar Walk, Needham Market, Ipswich, ENGLAND IP6 8BF, UNITED KINGDOM
30580333      Evan Jeremy, 41 Philip Hodgins Street, Unit 126, Canberra, Australian Capital Territory 2, AUSTRALIA
30580334    + Evan Johnson, 6707 Frances St, Columbia, SC 29209-1713
30580335    + Evan Jones, 933 Tally Ct, Glen Burnie, MD 21061-3837
30580336      Evan Kenney, 238 HALE ST, BEVERLY, MA 01915-3829
30580338      Evan Lepler, 1200 Watson Ave, Winston Salem, NC 27103-5010
30580339    + Evan Lewis, 2095 weaver rd, Cortland, NY 13045-9748
30580340      Evan Lucy, 7826 CAPE CHARLES DR, RALEIGH, NC 27617-8302
30580341      Evan Marsh, 483 Corvette Dr, Largo, FL 33771-1101
30580342    + Evan McClaughry, 905 N Marine Dr, Apt. 208, Portland, OR 97217-8191
30580343      Evan McDonald, PSC 1 BOX 868, APO, AE 09009-0009
30580344    + Evan McIntosh Christopher, 722 maves Dr, N/A, Batavia, IL 60510-4314
30580345      Evan Mee, 170 W Palomino Dr, Tempe, AZ 85284-2284
30580346    + Evan Meyer, 20 E Sunnydale Dr, Huntington, IN 46750-3948
30580347      Evan Mills, 754 Camelot Dr, Cadiz, KY 42211-9672
30580348      Evan Mitchell, 4528 Waubansie Ln, Lisle, IL 60532-1063
30580349      Evan Mongelluzzi, 3181 SHARPE LN, DUNEDIN, FL 34698-9241
30580350    + Evan Noce, 2630 Bissonnet St., Apt 4137, Houston, TX 77005-1384
30580352    + Evan ONeil, 133 Parkview St, Houston, TX 77009-7618
30580353    + Evan Owen, 3334 Brugger Pl, McFarland, WI 53558-9556
30580354    + Evan Patton, 201 W Coventry Ct, Apt 118, Glendale, WI 53217-3955
30580356    + Evan Philpott, 10032 Edmonds Way, Apt 321, Edmonds, WA 98020-5150
30580355    + Evan Philpott, 10032 Edmonds Way APT 321, Apt. 321, Edmonds, WA 98020-5150
30580358    + Evan Pike, 60 Cromwell Ave, Warwick, RI 02889-6304
30580359    + Evan R Getta, 3232 Sherwood Place, Marion, IA 52302-7637
30580360    + Evan Ray, 3101 Govalle Ave, Apt. 214, Austin, TX 78702-3042
30580362    + Evan Schapiro, 85 Division St, Apt 2, NY, NY 10002-6271
30580363    + Evan Scott Robbins, 8607 Calvin Ave, northridge, CA 91324-4124
30580364      Evan Sinclair, 119 Gruening Way, Fairbanks, AK 99712-1606
30580365      Evan Smith, 3501 Eastbrook Rd, Natchez, MS 39120-4801
30580366      Evan Stewart, 227 N RUSS ST, BAINBRIDGE, GA 39817-3827
30580367    + Evan Sullivan, 914 Thomas St., Janesville, WI 53545-1638
30580368    + Evan Synor, 1432 N Formosa Ave, Apt 7, Los Angeles, CA 90046-4464
30580369      Evan Thomes, 900 Hobbs Rd Apt 128, Greensboro, NC 27410-5000
30580370    + Evan Tony, 1813 SAINT JAMES PL, Wexford, PA 15090-9610
30580371      Evan Varady, 500 Dakotah, Saint Jacob, IL 62281-1563
30580372    + Evan Wiesenmeyer, 2158 Trailblazer way, Castle Rock, CO 80109-3611
30580373      Evan Wilkerson, 107 S 21st St Apt 2F, Philadelphia, PA 19103-4460
30580374      Evan Williams, 8 Princes Avenue, Barmouth, Wales, LL42 1HH, UNITED KINGDOM
30580375      Evan Willis, 4837 44B Avenue, Delta, British Columbia V4K 1H7, CANADA
30580376      Evan Wilson, 330 Brooklawn Dr, Rochester, NY 14618-2925
30580377      Evan Wolschleger, 516 Juneway Dr, Bay Village, OH 44140-2605
30580337    + Evan lazo, 1727 elm street, Belmar, NJ 07719-3133
30580361    + Evan rotenberg, 222 Vermeer Drive, Langhorne, PA 19053-1524
30580378      Evange Livanos, 1607A PORTER AVE, NASHVILLE, TN 37206-1601
30580380      Evangeline Carpenter, 118 North St, Dover Foxcroft, ME 04426-1034
30580381      Evangeline Henson, 30 Demesne Road, Flat 7, Manchester M16 8HJ, UNITED KINGDOM
30580382    + Evans, 405 John Adams Dr, Biloxi, MS 39531-3327
30580384    + Eve Clarkson, 1004 7th St. SE, Apt. 101, Minneapolis, MN 55414-1455
30580385      Eve DeLavergne, 1825 Rue Sainte-Rose, 204, Montreal, Quebec H2K 4M1, CANADA
30580386      Eve Harclerode, 2223 H St NW Rm 200, WA, DC 20052-0082

District/off: 0752-1                          User: admin                                    Page 162 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30580387        Eve Newbery, 115 Cuckoofield Lane, Norwich, ENGLAND NR148BA, UNITED KINGDOM
30580388        Eve Schnitzler, 1481 Hunters Lake Dr E, Cuyahoga Falls, OH 44221-5309
30580389        Evee Lee, 3027 Calle de las Flores, San Jose, CA 95148-3455
30580390        Evelyn Baugh, 6466 English Oak, Brownsburg, IN 46112-9174
30580391      + Evelyn Blanco, 28305 22nd Ave S, Federal Way, WA 98003-9279
30580392      + Evelyn Brozewicz, 5021 South Tambor, Mesa, AZ 85212-3229
30580393        Evelyn Fields, 5306 Park Meadow Dr, Madison, WI 53704-8579
30580394      + Evelyn G, 4716 Camellia Rd, Fair Oaks, CA 95628-5523
30580395      + Evelyn Martinez, 187 Hutton Street, Jersey City, NJ 07307-3702
30580396      + Evelyn Mauk, 7747 Greenback Lane, Apt 310, Citrus Heights, CA 95610-5857
30580397        Evelyn Murphy, 475 Main St Apt 6H, New York, NY 10044-0088
30580398      + Evelyn Peterson, 22-61 33rd St, Apt. 2, Astoria, NY 11105-2413
30580399        Evelyn Schmidt, Bonygasse 77/15, Wien 1120, AUSTRIA
30580400        Evelyn Slater, 35 Shiel Gardens, Falkirk, Scotland FK2 7UP, UNITED KINGDOM
30580401        Evelyn Wagner, 15132 Falconbridge Ter, North Potomac, MD 20878-3410
30580402      + Evelyn Williams, 32 Arrowhead Way N, Fairport, NY 14450-3304
30580403        Even Kjems s, Dronningens gate 66, Trondheim, Trondelag, 7012, NORWAY
30580404        Everett Ashley, 1001 LAGUNA DR, MOSES LAKE, WA 98837-9532
30580405        Everett Fitzwater, Glory Barn Road, Canton, PA 17724
30580406      + Everett Lund, 1918 E 39th Avenue, Spokane, WA 99203-4138
30580407        Everett Mitzel, 6574 Schimmel Ln, Wrightsville, PA 17368-9353
30580408      + Everlink International, 2570 Corporate Place, Suite #E209, Monterey Park, CA 91754-7650
30580409      + Everprint Inc., 99 Wall Street, #1923, New York, NY 10005-4301
30580410      + Everybody.World, 57189 S. Santa Fe Ave., Huntington Park, CA 90255
30580411      + Everyday Ink Printing, 630 Elmwood Ave, Buffalo, NY 14222-1850
30580412      + Everyone Leaves, 2266 N 4th St, Columbus, OH 43202-3114
30580413        Evgenii Botov, 327 La Trobe Street, Apt. 1502, Melbourne, VICTORIA 3000, AUSTRALIA
30580414        Evianne Netherwood-Schwesig, 222 Morrison Ave, Somerville, MA 02144-2027
30580415        Evie Brindley, 9 Timbury Street, Roma, Queensland 4455 00000-0000
30580416      + Evie Cannon, 4220 A Street, Apt 3, Little Rock, AR 72205-4099
30580417        Evie Evie, 342 Wharton St, Philadelphia, PA 19147-5225
30580418        Evonne McCain, 14 Wingate Dr, Portland, ME 04102-1830
30580419        Evonne Perine, 591 Lowell Hill Rd, Waterford, OH 45786-5053
30580420      + Evrhett Winquest, 241 church st, Apt 3, San Francisco, CA 94114-1333
30580421      + Evy Vannoy, 735 Quebec Pl NW, Unit 3, WA, DC 20010-1610
30580422      + Ewa Agusta, 131 Magenta Rose Drive, Raleigh, NC 27610-8296
30580423        Ewa Burak, 11027 Cliff Mills Rd, Marshall, VA 20115-2240
30580424      + Ewan Armstrong, 3003 N Charles St, 623A, Baltimore, MD 21218-3836
30580425        Ewan Taylor, 85 GILBERT ROAD, Whiston, ENGLAND L35 5AG, UNITED KINGDOM
30580426        Ewen Watson, Saughtree Cottage West, Ceres, Scotland, KY155QW, UNITED KINGDOM
30580427        Exceleration Music, 4235 Hillsboro Pike STe 300, Nashville, TN 37215-3344
30580430      + Eye-Dye, 2906 N. Davis Hwy, Pensacola, FL 32503-3532
30580431        Eyvi Denbow, 15 Oakfield, Winnipeg, Manitoba, R3R 2Z6, CANADA
30580433      + Ezekiel Butler, 839 LaSalle Pl, SAINT CLOUD, MN 56301-5973
30580434      + Ezekiel Castaneda, 353 N Morada Ave, WEST COVINA, CA 91790-1757
30580435      + Ezekiel Ignacio, 46, Plymouth Dr., Concord, NH 03301-4702
30580436        Ezekiel Kamppi, 34 Lorn Road, Apt. 1, Crestwood, New South Wales, 2620, AUSTRALIA
30580437        Ezequiel Ramos, 219 N Avenue 51 Apt 305, Los Angeles, CA 90042-3979
30580438        Ezra Blakely, 336 31st Ave NE, Calgary, ALBERTA T2E 2G2, CANADA
30580439      + Ezra Combs, 413 Fountain view, Morgantown, WV 26505-3848
30580440      + Ezra Hanna, 417 Brazil Dr., Hurst, TX 76054-2414
30580441        Ezra Morarescu, 403 Stirling Ave S, G2, Kitchener, ON N2M 3H8, CANADA
30580442      + Ezra Samuel Jeter, 1713 Linwood Road, Temple, TX 76502-2829
30580443      + Ezri Legler, 24A Church St, Pembroke, NH 03275-1518
30580444        Ezzeddine Ben Ammar, Schulstrasse 24, Oldenburg 26135, GERMANY
30580445      + F Froio, PO Box 2221, Renton, WA 98056-0221
30580596      + FIRST IN SERVICE TRAVEL LTD, 2950 SW 27TH AVE., SUITE 320., Miami, FL 33133-3793
30580599      + FKJ, 8942 Wilshire Boulevard, Beverly Hills, CA 90211-1908
30580650      + FPC Live, LLC, 29 S. Livingston Street, Madison, WI 53703-4675
30580655        FRANCES ARCARIO, 17797 OAKMONT RIDGE CIR, Fort Myers, FL 33967-5296
30580446      + Fabian Franco, 4357 Altura Vista Lane NE, Albuquerque, NM 87110-5063
30580447        Fabian Gamber, 3737 Bell Ave, Bell, CA 90201-2204
30580448      + Fabian Perez, 177 Scott Dr, Del Rio, TX 78840-8763

District/off: 0752-1                               User: admin                                    Page 163 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                                  Total Noticed: 30719

30580449          Fabian Spillmann, Stapenhorststr. 85, Bielefeld, Nordrhein-Westfalen, 33615, GERMANY
30580450          Fabien Bossard, 23 Rue Robert Surcouf, Retiers, BRETAGNE 35240, FRANCE
30580451          Fabio Nunez Jr, 758, Apt. 2, Brooklyn, NY 11220
30580452          Fabio Tunzi, IJsvogel 49, Maarssen, Utrecht, 3602XL, NETHERLANDS
30580453       +  Fable Babb-Cheshul, 893 West St, 74, Amherst, MA 01002-3372
30580454       +  Fable Devries, 19222 Rosemary Street SW, Rochester, WA 98579-8702
30580455          Fabregoul Fran ois, 144 ancien chemin des canaux, Caissargues, Languedoc-Roussillon, 30132, FRANCE
30580456          Fadia Ahmed, Arillas, Logistiko Grafeio 0, Corfu, CORFU 49081, GREECE
30580457       +  Fairooz Newaz, 1901 E Fir St, Apt. 105, Seattle, WA 98122-5802
30580458          Faith Adkins, 800 E 3rd St, Marshfield, WI 54449-4514
30580459          Faith Angel, 3754 Hampton Hills Dr, Lakeland, FL 33810-3867
30580460          Faith Brausse-Moore, 109-8800 Dallas Drive, Kamloops, BRITISH COLUMBIA V2C0G8, CANADA
30580461       +  Faith Davis, 110 Sylvan Glen Court, Nashville, TN 37209-3639
30580462          Faith Faith, 2 Siedler Ln, Sayreville, NJ 08872-2203
30580463       +  Faith Falco, 11429 Woodside Drive, 304D, King George, VA 22485-4056
30580464       +  Faith Fanning, 314 Riding Trail Ct NW, Leesburg, VA 20176-2054
30580465       +  Faith Ferguson, 114 ONeal Rd, Barnesville, GA 30204-4316
30580467          Faith Johnson, 1776 Bicentennial Way Apt D8, North Providence, RI 02911-1346
30580468          Faith Knight, 8024 215th St SW, Edmonds, WA 98026-7462
30580469       +  Faith Leonberger, 190 Doc Rd, Eldorado, IL 62930-3544
30580470          Faith McCollum, 1261 14th St, Imperial Beach, CA 91932-3612
30580471          Faith Ocon, 3604 Stevens Dr, Bryan, TX 77808-0960
30580472          Faith Reynolds, 119 E Ridge Rd, Charleston, WV 25314-1667
30580473       +  Faith Ronquest, 1203 Jamestown Road, F4, Williamsburg, VA 23185-3359
30580474       +  Faith Scheemaker, 8809 Madeleine Drive, Baldwinsville, NY 13027-8917
30580475       +  Faith Sickler, 8 Merrill Lane, Hollis, NH 03049-6594
30580476       +  Faith Spino, 852 N Harvey Mitchell Parkway, Apt 932, Bryan, TX 77807-1025
30580477          Faith Towery, 321 GENTLE BEND CV, LOCUST, NC 28097-0046
30580478       +  Fakhouri, Mary, 2427 SARANAC LANE, GLENVIEW, IL 60026-1099
30580479          Falco de Beer, Krakelingweg 115, A, Zeist, UTRECHT 3707HT, NETHERLANDS
30580480          Fallon Koenigs, 77 Gerrard St W, Apt. 1701, Toronto, ONTARIO M5G2A1, CANADA
30580481          Fallon Miles, 400 N Coronado St Apt 3114 Bldg 29, Chandler, AZ 85224-3211
30580482          Fallyn Yang, 3810 N RAINBOW FARM RD, BENTONVILLE, AR 72713-9321
30580483       +  Falynn Dow, 1003 Alexander street, Houston, TX 77008-6632
30580484       +  Family Justesen attn. Edwin Langbroek, 147 east 100 south, Burley, ID 83318-5442
30580486       +  Fanatics Fan Services, 8100 Nations Way, Jacksonville, FL 32256-4405
30580487       +  Fant Jones, 2030 Wildts Battery Blvd., Apt. 312, Johns Island, SC 29455-8260
30580489       +  Fantasy Records, 505 Church St, Nashville, TN 37219-2493
30580490       +  Fantoons, 10067 Riverside Dr. Ste. A, Los Angeles, CA 91602-2515
30580491          Faolan Q Benedict, Moor Lane, The Villa, Lingfield, ENGLAND RH7 6NX, UNITED KINGDOM
30580492          Farah El Zaknoun, Imam Abdullah Ibn Saud Ibn Abdulaziz, Vives Compound Villa C21, Riyadh, Riyadh Al Janadriyah 12271, SAUDI
                  ARABIA
30580493          Farina Dahlmann, Lochnerstra e 21, Ratingen, Nordrhein-Westfalen 40878, GERMANY
30580494          Farrah Cagle, 206 E CIRCLE DR, ROSSVILLE, GA 30741-5608
30580495       +  Farrington Alex, 2529 LINDA COURT, GLENVIEW, IL 60025-4723
30580498          Fat Beats Distribution, Inc., 8930 Eton Ave, Canoga Park, CA 91304-1611
30580499       +  Father John Misty, 20 Howard Street, Unit #1, Somerville, MA 02144-2702
30580500          Fatima Nayani, 308 Washington Ct, Highland Springs, VA 23075-1138
30580501       +  Fatima Oyaifo, 1101 N Calvert St, Apt 508, Balrimore, MD 21202-3869
30580502          Faun Woods, 16 Rixman Close, Maidenhead, England, SL6 2TU, UNITED KINGDOM
30580503          Favian Banda, 3598 Cypress St, Banning, CA 92220-1456
30580505          Fawna Laing, 6511 Cactus Ave, Inyokern, CA 93527
30580506          Faye Hsue, 8515 C V BLVD UNIT 1108, SAN DIEGO, CA 92122-1144
30580507       +  Faye Moulton, 2500 Dorset Court, fort collins, CO 80526-1106
30580508          Fayth Schutter, 8951 Hudson Ct, Munster, IN 46321-3211
30580510       +  Fearless Records, 5750 Wilshire Blvd., Suite 400, Los Angeles, CA 90036-3697
30580511       +  Feather R, 409 Chateau La Salle, San Jose, CA 95111-3034
30580514          FedEx Trade Networks, PO Box 842206, Boston, MA 02284-2206
30580512          Federico Chilel, 2919 N 40th Ln, Phoenix, AZ 85019-4317
30580513          Federico Revuelta, 5616 Baseline Rd Lot 42, Little Rock, AR 72209-5059
30580515          Feh r Soma, T s t ny 26, Piliscsaba, PEST 2081, HUNGARY
30580516       +  Feiler, 710 New Holland Avenue, Lancaster, PA 17602-2137
30580517          Felia hanifa, 101 bowen st., Unit 44 Spring Hill Gardens, Brisbane, Queensland, 4000, AUSTRALIA

30580518      Felicia Barrett, 2648 Beacon Hill Ct Apt 203, Auburn Hills, MI 48326-4224
30580520   +   Felicia Vasquez, 1381 San Lucia Ave, Porterville, CA 93257-7000
30580519      Felicia dos Santos Mayer, Wylerringstrasse 77, Bern, BERN 3014, SWITZERLAND
30580522   +   Felicity Charlton, 415 E 600 N, #3, Provo, UT 84606-1891
30580523   +   Felicity Harley, 701 Rockery Way, 203C, Louisville, KY 40208-2440
30580524      Felicity Waters, 13 Caesar Street, Kingston, Queensland 4114, AUSTRALIA
30580525   +   Felipe Colina, 8771 Augusta Loop, Laredo, TX 78045-7528
30580526      Felipe Cortes, Alonso de Cordova 5079, Apt. 164, Las Condes, REGION METROPOLITANA 7561057, CHILE
30580527   +   Felipe Daibs, 340 Giralda Avenue, Apt. 520E, Coral Gables, FL 33134-5066
30580528   +   Felipe F Barbalho, 215 Winter Street, Framingham, MA 01702-2435
30580529   +   Felipe Loyola, 1944 E Loyola Dr, Tempe, AZ 85282-2857
30580531   +   Felisha Garcia, 2339 South G Street, Apt. 115, Fresno, CA 93721-3425
30580532   +   Felisha Port, 472 Kitfield View, Colorado springs, CO 80916-1659
30580533      Felix Fiori, 23 Como St, Alphington, Victoria 3078, AUSTRALIA
30580534      Felix Nguyen, 28 Bonham Street, Canley Vale, New South Wales, 2166, AUSTRALIA
30580535      Felix Schweder, Lutherstraaye 15, Wiesbaden 65203, GERMANY
30580536   +   Feliza Castellanos, 821 Adelaine Avenue, South Pasadena, CA 91030-2403
30580537      Femke van den Berg, Sterneiland 2, Meerstad, Groningen, 9613AV, NETHERLANDS
30580540   +   Fenne Lily, 45 Main St, Brooklyn, NY 11201-1021
30580541   +   Fenway Music Company LLC, 36 Bay State Rd, Cambridge, MA 02138-1263
30580542      Fergus, 5a Werona Road, Sydney, new South Wales 2066, AUSTRALIA
30580543      Fergus Bentley, 52 Shrubhill Walk, Flat 20, Edinburgh, Scotland EH7 4FT, UNITED KINGDOM
30580544      Fern Dooley, 1801 Massachusetts Ave, Cambridge, MA 02140
30580545      Fern Rumble, 205 William Street, Parcel Locker 10031 81976, St Albans, Victoria, 3021, AUSTRALIA
30580546      Fern Rumble, 45 View Street, St Albans, Victoria, 3021, AUSTRALIA
30580547   +   Fernanda Siordia, 1385 Melrose Ave, Chula Vista, CA 91911-4547
30580548   +   Fernando Aguirre, 18 Spring Hill rd, Clifton, NJ 07013-2317
30580549      Fernando Fernando, 10370 Kimberly Ave Apt D, Montclair, CA 91763-4111
30580550   +   Fernando J Tirado, 3951 N Greenview Ave, APT 3D, Chicago, IL 60613-2548
30580551   +   Fernando Leon, 4525 Briarwood Dr, Oakwood, GA 30566-3315
30580552   +   Fernando Mancera, 102 Bonifay Dr, Smyrna, TN 37167-6573
30580553   +   Fernando Negrete, 3785 La Hacienda Dr, San Bernardino, CA 92404-2038
30580554      Fernando Raigoza, 964 Witherspoon Dr, Thousand Oaks, CA 91360-6255
30580555   +   Fernando salinas, 1900 Onion Creek Pkwy, Apt. 834, Austin, TX 78748-2190
30580556   +   Ferni Guatemala, 8220 WILCOX AVE, APT. 2, BELL GARDENS, CA 90201-6000
30580557      Ferre Waeytens, Damstraat 22, Wichelen, Vlaams Gewest 9260, BELGIUM
30580558      Ferrisha Bolton-Brown, 550 Marina Gateway Dr Unit 1224, Sparks, NV 89434-2347
30580560      Ffion Bidder, 22/235 Lacey Road, Apt. 22, Bald Hills, QUEENSLAND 4036, AUSTRALIA
30580561      Ffion Holmes, 45 Cathedral Road, Flat 9, Cardiff, Wales, CF11 9HD, UNITED KINGDOM
30580562   +   Fidel Velazquez, 1407 Elder st, Waukesha, WI 53188-3230
30580563   +   Field Medic, 119 Braintree St, Suite 108, Allston, MA 02134-1637
30580564   +   Fikir alemayehu, 2275 south bascom ave, Apt. 817, Campbell, CA 95008-4364
30580565      Filip Cornea, 2 Finch Drive, Apt. 1311, Eastgardens, New South Wales, 2036, AUSTRALIA
30580566      Filip Leuenberger, Moosackerweg 20, Madiswil 4934, SWITZERLAND
30580567      Filip Magnusson, Brom llav gen 65-31, JAMSHOG, BLEKINGE 29372, SWEDEN
30580568      Filippo Paiola, Via Adriano Banchieri 2, Funo, Bologna 40050, ITALY
30580569   +   Fillmore Minneapolis Corp, 9348 Civic Center Drive, Beverly Hills, CA 90210-3624
30580570   +   Fin Zynda, 103 Garrigus Court, Wolcott, CT 06716-3138
30580572   +   Finesse Beck, 603 Fulton Rd, Apt i85, Tallahassee, FL 32312-2215
30580573      Fini Abu-Toboul, Wassersleben 35, Harrislee 24955, GERMANY
30580574   +   Finley Osborne, 450 Wightman St, PO 0384, Ashland, OR 97520-0013
30580575   +   Finn, 126 Blaine rd, Apt. 126, Waterloo, IA 50701-9260
30580576      Finn C, 41 Yorkshire Cir, Ewing, NJ 08628-3247
30580577   +   Finn Furch, 5140 McFarlane Road, Sebastopol, CA 95472-5711
30580578   +   Finn Schaeffer, 2077 Commonwealth Avenue, St. Paul, MN 55108-1713
30580579      Finn Schmidt, 1703 Ashland Ave Apt 2, Saint Paul, MN 55104-6161
30580580      Finn Waters, Heirbaan 19, Rotselaar, VLAAMS-BRABANT 3110, BELGIUM
30580581      Finn-Louis Knott, 2 ROTHBURY CLOSE, STOCKTON-ON-TEES, England, TS17 0YR, UNITED KINGDOM
30580582   +   Finneas, 235 Park Avenue South, Floor 9, New York, NY 10003-1405
30580583      Fiona Bennett, 16 Duncan Crescent, Dorset, Wareham, England BH20 6NN, UNITED KINGDOM
30580585      Fiona Green, 61 The Broadway, Bredbury, STOCKPORT, ENGLAND SK6 2PD, UNITED KINGDOM
30580586      Fiona Murphy, 7 McMahon St, Heathcote, VIC 3523, AUSTRALIA
30580587      Fiona Peach, 330 York Street, Apartment 3, Fredericton, New Brunswick E3B 3P4, CANADA

30580588    + Fiona Van Winkle, 1008 Huntington Lane, Elizabethtown, PA 17022-1302
30580589    + Fiona Woodrow, 6838 W Harrison Rd, Alma, MI 48801-9549
30580590      Fionn Cheallaigh, Lochan Beag, Inverin, CO. GALWAY H91X096, IRELAND
30580591    + Fionnuir Hugues, 2123 N Dixe Ave, Meridian, ID 83646-7383
30580592      Firomsa Hassan, 47 Bay Bulls Road, St. John's, NL A1G 1A6, CANADA
30580593    + First & Third Productions, LLC, 701 1st Ave N, Minneapolis, MN 55403-1327
30580597    + Fitzgerald Theatre, 701 1st Ave N, Minneapolis, MN 55403-1327
30580598    + Fitzgerald, Christopher, 1010 ROCKY HILL CIRCLE, JOLIET, IL 60432-0816
30580600      Flagpin Products, 1527 W 13th St, Ste C, Upland, CA 91786-7529
30580601    + Flagship Apparel LLC, 2415 W 19th St. Ste 1B-3, Chicago, IL 60608-2447
30580602    + Flavio Cesar Robles, 2100 South Hobart Boulevard, Los Angeles, CA 90018-1516
30580603      Fleda Anderson, 5009 Denham Ct, Raleigh, NC 27613-7818
30580604      Fleischel, 218 W FRANKLIN AVE, NAPERVILLE, IL 60540-4463
30580605    + Flexfit, 350 Karin Lane, Hicksville, NY 11801-5360
30580606      Flip Grim, Belkmerweg 105, Sint maartensvlotbrug, NOORD-HOLLAND 175, NETHERLANDS
30580607    + Flora King Smith, 893 West St, 1509, Amherst, MA 01002-3372
30580608      Flora Weistche, 35 Bruce Avenue, Westmount, QC H3Z 2E1, CANADA
30580609      Flora Woolbright, 6516 Eichelberger St, Saint Louis, MO 63109-2623
30580610      Florence Margerand, 63 rue de Foug res, VITRE 35500, FRANCE
30580611      Florian Dehler, Theaterplatz 2, Coburg 96450, GERMANY
30580613      Florian Prinz, Opalweg 49, Pulheim, Nordrhein-Westfalen 50259, GERMANY
30580614      Florian Scholl, Bahnhofstra e, 17A, Bornheim, Nordrhein-Westfalen, 53332, GERMANY
30580615      Florian Vidal, 109 avenue de Casselardit, Apt. 2502, Toulouse, MIDI-PYRENEES 31300, FRANCE
30580617    + Flower Girl Records, c/o Run For Cover Records, 119 Braintree St, Allston, MA 02134-1628
30580619    + Floyd Neupert, 323 Mary Alice Dr, Winder, GA 30680-2363
30580620    + Flula Borg, 222 S Riverside Plaza, STE 1500, Chicago, IL 60606-6000
30580621      Fly by Midnight, c/o Matthew Hinds, Mantis Music Group, New York, NY 10170
30580624    + Flynn Altomare, 6109 Mill Road, Egg Harbor Township, NJ 08234-9620
30580625      Flynn Burgess, 23 Musketeer Way, Norwich, England NR7 0YW, UNITED KINGDOM
30580627    + Foley, Jasmin, 340 S Lincoln Ave, Apt 1C, Aurora, IL 60505-4292
30580628    + Food and Drink Inc., 711 Hennepin Ave, Minneapolis, MN 55403-1815
30580630      Forcucci-Marzluf, 2889 Washington Blvd., Cleveland Heights, OH 44118
30580631    + Ford Ellis, 807 East Potter Avenue, Lower, Milwaukee, WI 53207-2120
30580632    + Ford Idaho Center, 16114 Idaho Center Blvd., Ste. 2, Nampa, ID 83687-5104
30580633    + Ford, Tyler, 636 PARK STREET, ELGIN, IL 60120-4427
30580634      Forest Kim, 4820 Garden Spring Ln Apt 204, Glen Allen, VA 23059-7548
30580635      Forrest Fuller, 103 Hall St Unit 102, Wahiawa, HI 96786-6342
30580636    + Forrest Seiwald, 1907 Magellan drive, Oakland, CA 94611-2635
30580638    + Forty5, LLC, 6259 N College Ave, Indianapolis, IN 46220-1926
30580639      Foster Foster, 1609 Eleanor Ln, Laguna Beach, CA 92651-1205
30580640    + Foster Kane, 12062 nw 27th drive, Coral Springs, FL 33065-3207
30580641    + Foulkes, Lauren, 438 MADISON ST, BATAVIA, IL 60510-2006
30580642    + Fox, 274 City Center Dr, Rohnert Park, CA 94928-2174
30580647    + Foxing, C/O Gold Business Management, 79 Main Street, Suite 308, Port Washington, NY 11050-2938
30580649    + Foxy Originals, 60 Industrial Parkway #601, Cheettowaga, NY 14227-2774
30580651      Fran Heckert, 12625 Woodside Falls Rd, Pineville, NC 28134-7398
30580652      Fran Morris, 4635 Jettridge Dr NW, Atlanta, GA 30327-3542
30580653    + Franc Grigore, 21 Defoe St, Pittsburgh, PA 15214-1825
30580656    + Frances Castrodale, 6105 Greenwood Ave N, Seattle, WA 98103-5509
30580658    + Frances Garrett, 9 Bower St, Apt. 2, MEDFORD, MA 02155-3654
30580659    + Frances Heinlein, 48 A Street, Lake Lotawana, MO 64086-9703
30580660    + Frances Quinlan, PO Box 8554, Omaha, NE 68108-0554
30580661      Frances Swanson, 1747 Kilbourne Pl NW, WA, DC 20010-2605
30580662    + Francesca Allen, 56 Underhill Street, 3, Tuckahoe, NY 10707-3427
30580663      Francesca Andreo, Via Emile Chanoux, 140, Pont-Saint-Martin, AO 11026, ITALY
30580664      Francesca Bertoglio, 30 Avalon Boulevard, Toronto, Ontario, M1N3J2, CANADA
30580665      Francesca Caldara, 450 IVY ST, GLENDALE, CA 91204-1214
30580666    + Francesca Colosino, 4200 Stockton St, Metairie, LA 70001-4741
30580667      Francesca Coppola, 136 Georgina Ave, Santa Monica, CA 90402-1614
30580668      Francesca Imgruth, 209 AGOSTINO AVE, NISKAYUNA, NY 12309-1331
30580669    + Francesca Scaraggi, 18 Maria Lane, Roslindale, MA 02131-3421
30580670    + Francesca Vertucci, 1617 Knoxville Rd, Edgewater, MD 21037-2509
30580671      Francesco Calabrese, 2380 Boulevard Ren -Laennec, Laval, QC H7M 6A9, CANADA

District/off: 0752-1                            User: admin                                  Page 166 of 507
Date Rcvd: Jan 04, 2024                         Form ID: 309C                               Total Noticed: 30719

30580672          Francesco D'Errico, Via Carlo Filangeri 41, Apt. 06, Guidonia Montecelio, RM 12, ITALY
30580673          Francesco De Maria, 3/220 Waterloo Road, Oak Park, VIC 3046, CANADA
30580674          Francine Freitas, 8143 BRIDGEWATER CT, B, WEST PALM BCH, FL 33406-8445
30580675     +    Francine Garcia, 429 Stonetown Rd, Ringwood, NJ 07456-1310
30580676     +    Francis Evangelista, 19902 32nd Ave APT3R, Flushing, NY 11358-1246
30580677     +    Francis Kienle, 376 Merrimac Trail, Unit 423, Williamsburg, VA 23185-4808
30580678          Francis McDonald, 12 Matthews St, Binghamton, NY 13905-4011
30580679     +    Francis O'Brien, 15 Warren St, #2, Cambridge, MA 02141-1062
30580680          Francis Ohaus, 1070 Autumn Ave, Morgantown, WV 26508-6239
30580681     +    Francis quin, 2060 e pythian st, Springfield, MO 65802-2267
30580682     +    Francisca Chisholm, 111 Cedar Avenue, apt 3, Chula Vista, CA 91910-7312
30580683          Francisca Perez, 1500 Lexington Ave Apt 5M, NY, NY 10029-7351
30580684     +    Francisco Acosta, 3892 R St, Apt. 5, Merced, CA 95348-2296
30580685          Francisco Cruz, 809 E 8th St, Bethlehem, PA 18015-3601
30580686          Francisco Esquivel Rojas, 45 Armytage Way, Hillarys, WESTERN AUSTRALIA 6025, AUSTRALIA
30580687          Francisco Gonzalez, 8684 Avenida de la Fuente Ste 16, San Diego, CA 92154-6220
30580688     +    Francisco Hernandez, 901 Englewood Parkway, M113, Englewood, CO 80110-2365
30580689          Francisco Jos Teixeira da Rocha, Avenida Padre Alberto Neto, 17 1 ESQ, Rio de Mouro, Lisboa, 2635-346, PORTUGAL
30580690          Francisco Pastor Dajui, 2900 S King St Apt 207, Seattle, WA 98144-2526
30580691     +    Francisco Pliego, 16036 Hayland St, La Puente, CA 91744-2242
30580692     +    Francisco Rivas, 9761 Waterfowl Dr, Elk Grove, CA 95757-8128
30580693     +    Francisco Valle, 502 Prouty Avenue, Toledo, OH 43609-3328
30580694          Franciszek Peski, 53 Rue du Faubourg-National, Strasbourg 67000, FRANCE
30580695          Franck Ouattara, 13 Vyvyan House, 13, London, England SE18 3NE, UNITED KINGDOM
30580696     +    Franco Martinez, 1390 Market St, Apt. 1603, San Francisco, CA 94102-5310
30580697     +    Franco Silva, 479 MANOR DR, PACIFICA, CA 94044-2009
30580698          Frank Albano, 16 Burgess St, East Haven, CT 06512-3707
30580699          Frank Baumeister, Friesenstr.43, Nordrhein-Westfalen 42107, GERMANY
30580700     +    Frank Blackwell, 8990 Harr, Grass Lake, MI 49240-9179
30580701     +    Frank Bruner, 917 DELAND AVE, CHERRY HILL, NJ 08034-3925
30580702     +    Frank Ceniceros Jr., 1682 Ashbury Lane, Hayward, CA 94545-4329
30580703     +    Frank Fernandez, 3280 Cedarplaza Ln, Apt. 4302, Dallas, TX 75235-8522
30580704          Frank Gangi, 733 MARIN AVE APT 5, LYNDHURST, NJ 07071-2539
30580705     +    Frank Herring, 9007 Prized Pony, Converse, TX 78109-2524
30580706          Frank Ireland, 548 Bay Rd, South Easton, MA 02375-1415
30580707     +    Frank Kaufmann, 1436 Brackenridge Ave, Dupont, WA 98327-7760
30580708     +    Frank McGuigan, P.O. Box 387, Hopland, CA 95449-0387
30580709          Frank Myers, 5902 Reid Dr NW, Gig Harbor, WA 98335-1344
30580711     +    Frank RUCZYNSKI, 860 Market St, Mount Ephraim, NJ 08059-1035
30580710     +    Frank Reedy, 435 Lombard St, San Francisco, CA 94133-2416
30580712     +    Frank Ruiz, 774 e. Fernleaf ave, Pomona, CA 91766-4514
30580714     +    Frank Ybarr, 21237 Sunnydale St, Plymouth, MI 48081-1819
30580713     +    Frank sasso, 341 montross avenue, Rutherford, NJ 07070-2249
30580715     +    Franki Gillis, 1043 Keystone Ave, River Forest, IL 60305-1323
30580716          Frankie Sanders, 117 Elder Dr, Social Circle, GA 30025-4668
30580717     +    Frankie Scalzo, 1730 S Parkside Dr, Tempe, AZ 85281-6432
30580718     +    Franklin Hooper, 100 windtree lane, Piedmont, SC 29673-8391
30580719     +    Franklin Slaby, 810 22nd Ave S, Moorhead, MN 56560-4310
30580720     +    Franklin Taylor, 105 E Tyler Street, Paden City, WV 26159-1139
30580721     +    Franklin W. Baker-Ford, 2065 Dragonslayer Ave, Las Vegas, NV 89183-6928
30580722     +    Franncy Cornelio, 701 87th Street, Apt. 2, North Bergen, NJ 07047-6548
30580723          Frano Holloway, 25A Emlyn Place, Torbay, Auckland, AUCKLAND 630, NEW ZEALAND
30580724          Franziska Berndt, Kaindlstra e, 14D, Stuttgart, BADEN-WURTTEMBERG 70569, GERMANY
30580725     +    Fraser Griggs, 21578 NW 75th Avenue-Road, Micanopy, FL 32667-7402
30580726          Fraser Haywood, 23 Dartford Place, Stoke-on-Trent, ENGLAND ST6 7ND, UNITED KINGDOM
30580727          Fraser Mason, 78 Scott Road, Herston, Queensland 4006, AUSTRALIA
30580728          Frazer Verth, 28 Rockley Close, Huddersfield, England HD5 8NS, UNITED KINGDOM
30580729          Fred Barbee, 12240 SW WHISTLERS LN, TIGARD, OR 97223-2898
30580730          Fred Feldman, 11 HOYT ST APT 23H, BROOKLYN, NY 11201-7492
30580731          Fred Sides, 101 S Harding St Apt 125, Indianapolis, IN 46222-4583
30580732     +    Freddie Dredd, 25 Madison Ave 23rd Floor, New York City, NY 10010-8601
30580736     +    Freddy Mujica, 12861 west st, Apt. 94, Garden grove, CA 92840-5640
30580737     +    Freddy Zhou, 787 Metro Drive, Monterey Park, CA 91755-4279

30580738          Frederic Beltran, 10962 S Budlong Ave, Los Angeles, CA 90044-1547
30580739        + Frederic Verzwyvelen, 15967 Thompson Ranch Dr,, Los Angeles, CA 91387-1423
30580740        + Frederick Douglas, 3741 Lehigh Street, Jacksonville, FL 32206-6319
30580741        + Frederick Marschall, 2974 Meadow Hill Dr, Clearwater, FL 33761-2825
30580742        + Frederick McDavid, 5121 Tilden Avenue, Brooklyn, NY 11203-4510
30580743        + Frederick Smyth, 4810 Marlborough drive, San diego, CA 92116-2343
30580744        + Fredrick Caudillo, 1997 Luby Dr., San Jose, CA 95133-2143
30580745        + Fredrick Robert Caudillo, 1997 Luby Dr, San Jose, CA 95133-2143
30580746          Fredrik Steigedal, stbyfaret 19, Oslo, NORGE 687, NORWAY
30580748          Fresh Press, 800 Long St Apt 814, Ashville, OH 43103-9326
30580749          Freya Liljeberg, stra F rstadsgatan 16A, MALMO, SKANE 21131, SWEDEN
30580750          Freya McMahon, 20 North Avenue, Southend On Sea, England, SS2 5HU, UNITED KINGDOM
30580751          Frich Warwick, 32 W EVERGREEN AVE, PHILADELPHIA, PA 19118-3315
30580752        + Frick, 151 N 9th Street, IN, PA 15701-1712
30580753          Frida Amundg rd, Langbakken 15, Lesja, INNLANDET 2665, NORWAY
30580754        + Frida Gomez-Rios, 2018 West Pegasus Ave, Mapleton, UT 84664-3255
30580755          Frida Johansson, BODANE 589, Bralanda 464 65, SWEDEN
30580757        + Fuel Sports LLC, 8037 15th Ave NW, Seattle, WA 98117-3602
30580759          Funky Blue99, 1104 Hummingbird Way, Winder, GA 30680-4651
30580760          Funny Dellana, 151 Majestic Dr, Mars, PA 16046-5001
30580761        + Funtime Presents, LLC., 681 Main Street, Buffalo, NY 14203-1404
30580763          Furkan Hizal, Merowingerstrasse 128, Dusseldorf 40225, GERMANY
30580764        + Futureshirts Inc, 3720 Keystone Ave, Nashville, TN 37211-3321
30580765          Fynn Woodward, 613 Emmas Grove Rd, Fletcher, NC 28732-8413
30580766          G J Broekmann, De Valouwe 20, Appelscha, FR 8426EZ, NETHERLANDS
30580767        + G&M Printwear, 549 South Broadway, Gloucester City, NJ 08030-2455
30580842        + GABRIEL TAYLOR, 1809 WILLOWTREE LN, APT B4, ANN ARBOR, MI 48105-2119
30580978          GARY PARKER, 52 Shirehall Road, Sheffield, England S5 0GJ
30580997     ++++ GAVIN CHALMERS, 2473 NC 7460, DEER AR 72628-5051 address filed with court:, Gavin Chalmers, Hc31 Box 105, Deer, AR 72628
30581071     ++++ GENEWOO SOHN, 9908 E LOUISIANA DR APT 103, AURORA CO 80247-2451 address filed with court:, Genewoo Sohn, 9908 E
                  Louisiana Dr, 5-103, Aurora, CO 80247
30581172        + GF Packaging LLC, 786 Terrace Blvd, Ste 28, Depew, NY 14043-3729
30581181          GIANCARLO RIVERA, 165 Boylan Ave, Dorval, QUEBEC H95 5J7, CANADA
30581243          GIOVANNA BEZERRA, Distrito II, Apt. 216, Manaus, AM 69007052, BRAZIL
30581270        + GJ Hennessy, 10645 N. Tatum Blvd. Ste 200-140, Phoenix, AZ 85028-3068
30581271        + GL Promos Inc, 3906 Main St, #212, Flushing, NY 11354-5404
30581517          GREGORY RUFO, 1822 Jericho Dr, Warrington, PA 18976-2819
30581568        + GS Promo, 20829 Valley Blvd, Walnut, CA 91789-2540
30581569          GS1 US, Inc., Dept 781271, P.O. Box 78000, Detroit, MI 48278-1271
30580768          Ga l LEFRANC, R sidence les m riers, Chemin du Caste, MOURIES, PROVENCE-ALPES- COTE D'AZUR 138, FRANCE, 13890
30580769          Gaal Garcia, 31 Rue de la Crapaudiare, Lachapelle-aux-Pots 60650, FRANCE
30580770          Gabbi Kelenyi, 311 W Lafayette St, Easton, PA 18042-1535
30580771          Gabby Bowman, 57B Chaseling Ave, SPRINGWOOD, NEW SOUTH WALES 2777, AUSTRALIA
30580772        + Gabby Boxold, 13836 42nd Rd N, West Palm Beach, FL 33411-8431
30580774        + Gabby Coleman, 362 Walnut Trail, Crownsville, MD 21032-1733
30580775        + Gabby Felkel, 1388 57th Street, Sacramento, CA 95819-4242
30580776        + Gabby Flemm, 325 S Orchard Sr, Apt G218, North Salt Lake, UT 84054-1886
30580777        + Gabby Fontus, 8223 South 72nd East Ave, Tulsa, OK 74133-5023
30580779          Gabby Lomas, 12274 Sumter Square Dr W, Jacksonville, FL 32218-6125
30580780        + Gabby Norton, 1107 Lake Heron Drive, Apt. 1A, Annapolis, MD 21403-4346
30580781        + Gabby Novak, 12303 Heatherwick Dr, Cypress, TX 77429-2074
30580783          Gabby Olguin, 23 Derby Street, Apt. 13, Kew, Victoria, 3101, AUSTRALIA
30580782          Gabby Olguin, 97 Palmerston Crescent, Apt. 204, South Melbourne, Victoria, 3207, AUSTRALIA
30580785          Gabe Abdullah, 25 Bank St Apt 204J, White Plains, NY 10606-7002
30580786        + Gabe Belling, 651 trailsway lane, Neenah, WI 54956-1074
30580787        + Gabe Crain, 1641 W Farwell Ave, #2N, Chicago, IL 60626-6064
30580788        + Gabe Eastridge, 13500 lyndhurst st, Apt. 2056, Austin, TX 78717-6093
30580789        + Gabe Goldstein, 625 N Grand St, Apt #E8, Orange, CA 92867-6778
30580790        + Gabe Moskoff, 6972 Mardel Ave, St Louis, MO 63109-1119
30580791        + Gabe Nunez, 3623 Lakeshore Dr., Winnebago, IL 61088-8627
30580792        + Gabe Oleinik, 3421 Maloney Rd, Knoxville, TN 37920-4751
30580793        + Gabe Sanchez, 3795 Hedge Ln, Camarillo, CA 93012-7753
30580794          Gabe Schmidt, 1440 Sneak Rd, Foristell, MO 63348-2144

District/off: 0752-1 User: admin Page 168 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30580795 + Gabe Schnieders, 14928 west 82nd terrace, Lenexa, KS 66215-5804
30580796 Gabe Stiansen, 2809 E Cholla St, Phoenix, AZ 85028-1934
30580797 + Gabe Stoltz, 2434 S. Burrell St, Milwaukee, WI 53207-1522
30580798 + Gabe White, 8756 S 620 E, Sandy, UT 84070-1743
30580799 + Gaberiel Oldewage, 47 shirley ave, New Raymer, CO 80742-9002
30580800 Gabi Campos, 416 Ame Ln, Royse City, TX 75189-9126
30580801 + Gabi Fernandez, 5025 Collwood Blvd., Unit 2621, San Diego, CA 92115-2126
30580803 + Gabi LaBelle, 2057 Walker Drive, Valparaiso, IN 46385-7047
30580804 + Gabi Raby, 604 Cosper Creek Drive, Killeen, TX 76542-6085
30580805 Gabija Drizyte, Kauno raj., Akademija, Medeinos g. 42, Kaunas 53348, LITHUANIA
30580806 + Gabrial Riegger, 10807 Regent Ave North, Brooklyn Park, MN 55443-2082
30580807 + Gabriel A Van Houten, 113 Cass Street, Dayton, OH 45402-2903
30580808 + Gabriel Alcala, 15540 SW 144 AVE, Miami, FL 33177-0901
30580809 Gabriel Alfaro, 5629 SUTHERLAND CT, BURKE, VA 22015-1848
30580810 + Gabriel Alvear, 313 Se Oak Street, Apt 503, Minneapolis, MN 55414-2962
30580811 Gabriel Barnhart, 7861 Athens Hwy, Watkinsville, GA 30677-3713
30580812 + Gabriel Bartoli, 20 Beaujolais Dr, Nashua, NH 03062-3671
30580813 + Gabriel Black, 1414 3/4 Micheltorena St, Los Angeles, CA 90026-1660
30580814 + Gabriel Cantu, 4147 W Villa Maria Drive, Glendale, AZ 85308-1714
30580815 + Gabriel Castillo, 415 Eldora Road, Alamo, TX 78516-6864
30580816 Gabriel Castle, 3834 Habitat Dr Apt A, Columbus, OH 43228-9451
30580817 + Gabriel Clark, 11805 Dry Creek Rd, Apt. 22, Auburn, CA 95602-8403
30580818 + Gabriel Colestock, 24 21st St SW, Watertown, SD 57201-3043
30580819 + Gabriel Davis, 2327 Cowan Boulevard, Apt #85B, Fredericksburg, VA 22401-4451
30580820 Gabriel Eduardo, Rua Saquarema 240, C 608, Rio de Janeiro 23050110, BRAZIL
30580821 + Gabriel Flores, 88 Riverview dr, Pittsburg, CA 94565-5730
30580822 Gabriel Gomez, 8438 Rosemead Blvd, Pico Rivera, CA 90660-5426
30580823 + Gabriel Gress, 24097 126th St, Leavenworth, KS 66048-7255
30580824 + Gabriel Griffith, 15881 Elmira Street, Lansing, MI 48906-1152
30580825 + Gabriel Herbick, 4 Reserve Court, Hawthorn Woods, IL 60047-8130
30580827 Gabriel Hill, 1483 Arthur St, Marne, MI 49435-8739
30580826 Gabriel Hill, 13005 Heinemann Dr Apt 608, Austin, TX 78727-6977
30580828 + Gabriel Hodges, 810 Grand Ave., Barry, IL 62312-1339
30580829 + Gabriel J SANABRIA, 4626 nw 95 ave, Doral, FL 33178-2092
30580830 + Gabriel Johnson, 231 Fairview St, Paris, TN 38242-5407
30580831 + Gabriel Johnson, 9477 Markley Blvd, Summerville, SC 29485-8591
30580832 + Gabriel Lawson, 2535 Westfield Ave, Dayton, OH 45420-2375
30580833 + Gabriel Miller, 1426 21st Street NW, Apt. 401, WA, DC 20036-6915
30580834 + Gabriel Possich, 7231 Brandyridge, San Antonio, TX 78250-3335
30580835 + Gabriel Quinones, 13918 SW 91st Terrace, Miami, FL 33186-1265
30580836 Gabriel Ramirez, 712 W Marlboro Dr, Chandler, AZ 85225-2177
30580837 + Gabriel Russell, 5416 Keniston Ave, Los Angeles, CA 90043-2224
30580838 Gabriel Smith, 15206 DOUGLAS CIR, OMAHA, NE 68154-2048
30580839 + Gabriel Smith-Dalrymple, 730 207th Pl Se Apt 101, BOTHELL, WA 98012-1800
30580840 + Gabriel Sparagana, 5801 Atlantic Ave, Unit 811, Ocean City, MD 21842-3066
30580843 + Gabriel Vallejo, 31 shade tree lane, Tijeras, NM 87059-7637
30580844 Gabriel Velasquez, 10932 SW Durham Rd Apt 329, Tigard, OR 97224-4868
30580846 Gabriel Wacks, 2309 Baronne St Apt 203, New Orleans, LA 70113-1662
30580847 + Gabriel Wallaker, 5708 Michael Dr, Bay City, MI 48706-3166
30580848 + Gabriel Young, 4550 Sunset Ave, Indianapolis, IN 46208-5665
30580841 + Gabriel sparks, 684 Christopher st, Fowlerville, MI 48836-8598
30580845 + Gabriel vieira, 352 washington st, Whitman, MA 02382-1972
30580851 + Gabriela Farfan, 300 8th St NE, Unit 638, WA, DC 20002-6108
30580852 Gabriela Garza, 2702 W Jefferson Blvd, Dallas, TX 75211-2858
30580853 # Gabriela Munoz, 18 Heydon Hall Ct, Simpsonville, SC 29680-6585
30580854 + Gabriela Pantoja, 10732 S Green Bay Ave, Chicago, IL 60617-6525
30580855 Gabriela Peraza, 27 Fred Young Drive, Toronto, ON M3L 0A1, CANADA
30580857 Gabriela Solorzano, 263 Jerica Ln, Davenport, FL 33897-8577
30580858 Gabriela Starciuc, Largo Bucciarelli Ducci Brunetto 1/A, MIND THE POP - citofono 42, PARMA, PR 43123, ITALY
30580859 + Gabriela Steffania Umanzor Hernandez, 1404 hampshire west court, Apt. 1, silver spring, MD 20903-2517
30580860 + Gabriela Szczepankiewicz, 1800 Crestmont Place, Apt. 103, CHESAPEAKE, VA 23320-1012
30580861 Gabriela Vieira, 2075 Dublin Way, San Mateo, CA 94403-1405
30580862 + Gabriela Villalobos, 9907 White Oak Ave, Apt 231, NORTHRIDGE, CA 91325-4830

30580849    +  Gabriela dale, 111 Michael Court, Germantown Hills, IL 61548-8350
30580850    +  Gabriela de la Cruz, 2601 e Victoria st, Spc 100, Compton, CA 90220-7147
30580863       Gabriele Alessandro Toselli, Piazza Garibaldi 11, Manerba Del Garda, Brescia 25080, ITALY
30580864       Gabriella Chester, 643 Methodist Rd, Greenville, PA 16125-8006
30580865       Gabriella Delpo, 1745 Carriage Way, Frederick, MD 21702-3070
30580866    +  Gabriella Di Dea, 140 Bay State Rd, Boston, MA 02215-1701
30580867       Gabriella DuBois, 9487 Hibiscus Dr, Highlands Ranch, CO 80126-3074
30580868    +  Gabriella Flores, 16947 Cairnloch St, Houston, TX 77084-2567
30580869    +  Gabriella McMurtrey, 3829 Rentchler Station Rd, Belleville, IL 62221-7325
30580871    +  Gabriella Patino, 18 Coolidge ave, West Caldwell, NJ 07006-7810
30580873    +  Gabrielle Acuna, 62 Calumet St, Boston, MA 02120-3052
30580874    +  Gabrielle Conway, 7900 Juniper Ave, Gary, IN 46403-1319
30580875       Gabrielle Dissler, 3326 Hunter Ave, Royal Oak, MI 48073-2108
30580876    +  Gabrielle Fender, 4012 N 900 W, Lehi, UT 84043-2671
30580877       Gabrielle Funari, 429 Church St Apt 3, New Britain, CT 06051-7031
30580878       Gabrielle LaCount, 2588 N CRAMER ST, MILWAUKEE, WI 53211-3903
30580879    +  Gabrielle Nguyen, 500 Central Ave, Apt. 607, Union City, NJ 07087-5307
30580880    +  Gabrielle Obert, 241 S Main Street, Apt. 2, Pittston, PA 18640-1681
30580881    +  Gabrielle Pisani, 12861 Fair Briar Lane, Fairfax, VA 22033-3855
30580882       Gabrielle Robinson-Cadieux, 38E Chesterton Drive, Nepean, Ontario K2E 5S9, CANADA
30580883       Gabrielle St Martin, 11 Alberta Drive, Fort McMurray, Alberta T9H 1P3, CANADA
30580884    +  Gabrielle velez, 262 regona ave, Hamilton, NJ 08619-2237
30580885       Gaby, 158 STANTON ST APT 4D, NEW YORK, NY 10002-0846
30580886       Gaby Bascunan Simone, 3425 N Weil St, Milwaukee, WI 53212-1718
30580887       Gaby Sanchez, 921 W CANARY WAY APT D, ANAHEIM, CA 92801-2254
30580888       Gaby Vera, 2910 Wilson School Ln, B, Sinking Spring, PA 19608-1613
30580890    +  Gadiel Franco, 193 Calle Tortosa, Apt. 68, San Juan, Puerto RICO, PUERTO RICO 00926-2374
30580891       Gael S nchez, Calle Hinojos 365, Coacalco de Berriozabal 55710, MEXICO
30580892       Gage Caswell, 1409 2nd Ave N, Estherville, IA 51334-2019
30580893       Gage Czito, 350 W 50th St Apt 9H, NY, NY 10019-6671
30580895    +  Gage Gregory Harshbarger, 915 Franklin Avenue, South Elgin, IL 60177-2725
30580896       Gage Harper, 300 Bayliss Ct, Pensacola, FL 32505-3202
30580897       Gage Jordan, PSC 812 Box 1546, FPO, AE 09627-0016
30580899    +  Gage Kennedy, 2585 Grassy Knob Rd, Robbins, TN 37852-3241
30580900       Gage McAfee, 1300 Ward St, Rosenberg, TX 77471-4562
30580901    +  Gage Nelson, 630, Ohio Street, Saint Paul, MN 55107-2629
30580902    +  Gage Schneiderhahn, 3521 Ashgrove Road, Indianapolis, IN 46268-3537
30580898    +  Gage kelly, 105 south orr Dr, Normal, IL 61761-3221
30580903    +  Gages Gift, 108 South Gormley Street, Forest, OH 45843-1114
30580904       Gaibrial Morton, 15584 Applewood Ln, Nevada City, CA 95959-9712
30580905    +  Gaige Pattie, 8657 Triumph Circle, Wildwood, FL 34785-8845
30580906    +  Gaige Perciful, 1113 Craftsman Drive, Apt. 103, Virginia Beach, VA 23464-4719
30580907    +  Gail Anderson Cowper, 501 Kent Dr, Cary, NC 27511-3106
30580908    +  Gail Atkinson, 9236 Pierce St, Broomfield, CO 80021-6403
30580909       Gail Beerse, 8 E POINTE, FAIRPORT, NY 14450-9776
30580910    +  Gail Davis, PO Box 3002, 216 Bull Wacker Run, Arnold, CA 95223-3002
30580911       Gail Punaro, 634 Lake Ave, Lancaster, NY 14086-9669
30580912       Gail Rubinstein, 12 Stone Clover Dr, Saratoga Springs, NY 12866-9605
30580913    +  Gail Stokes, 529 s Glynhill Ct, Farmington, UT 84025-2215
30580914       Gal Ben Haim, Ha'Ofek 1/7, Ness Ziona 7402780, ISRAEL
30580915    +  Galaxy Balloons Inc, PO Box 698, Lakewood, OH 44107-0998
30580916    +  Gale Felshaw, 9077 Walnut Point Rd, Canastota, NY 13032-4441
30580917       Galen Smith, 66 Madison Ave Apt 2D, NY, NY 10016-8706
30580918       Galia P., 146 Linden Blvd Apt 4A, Brooklyn, NY 11226-5268
30580919       Galilea Montoya, 831 Chalan Dr, Laredo, TX 78045-7111
30580921    +  Game Grumps, 1800 S Brand Blvd Suite 202, Glendale, CA 91204-3552
30580922       Ganessa McLaughlin, 6220 W North Ave Unit A, Wauwatosa, WI 53213-1532
30580923    +  Gannon White, 142 Langdon Farm Cir, Apt. 142, Odenton, MD 21113-2673
30580924    +  Gareth Schuster, 14 Berkley Lane, St Louis, MO 63124-2330
30580925    +  Garin Fellmann, 2913 Starry Night Drive, Escondido, CA 92029-4839
30580926    +  Garlick, Justin, 7 Dorset Ct., South Elgin, IL 60177-2719
30580927    +  Garment Decor, 4778 W. Mission Blvd, Montclair, CA 91762-4413
30580928    +  Garon Odom, 4036 Abbeydale Drive, Charlotte, NC 28205-4604

30580929    + Garret, 4909 N. Morey Rd., Lake city, MI 49651-9191
30580930    + Garret Graham, 51409 state Route 14, East Palestine, OH 44413-8702
30580931    + Garrett Andrew Zehr, 1312 Payne Avenue, Modesto, CA 95351-4821
30580932    + Garrett Bacak, 4820 Westgrove Drive, Apt. 1301, Addison, TX 75001-6156
30580933      Garrett Baudhuin, 2750 Idaho Ave S, Minneapolis, MN 55426-3353
30580934      Garrett Borgwald, 17385 Stable Ln, Danville, IL 61834-6166
30580935    + Garrett Bowling, 62 Sherman Lane, Greenup, KY 41144-7360
30580938    + Garrett Carpenter, 5404 ravensthorpe dr, Parker, TX 75002-5484
30580939    + Garrett Darden, 1407 Clubview Ct., Arlington, TX 76013-1004
30580940      Garrett Dawson, Pilb gsgatan 10, GOTEB59ORG VASTRA GOTALAND 412, SWEDEN
30580941      Garrett Dimm, 269 Grant Logan Dr, Saint Johns, FL 32259-7324
30580942    + Garrett Dulkis, 812 Edgewood Avenue, greensburg, PA 15601-5430
30580943    + Garrett Hamby, 4040 Sand Cherry Lane, Rapid City, SD 57703-6932
30580944      Garrett Harkness, 955 Washington St Unit 213, Dubuque, IA 52001-2318
30580946    + Garrett Kapostasy, 2113 Sanderling Dr, F, Florence, SC 29505-3814
30580947    + Garrett Knapp Frey, 76451 Union St., Apt. 16, Oakridge, OR 97463-9781
30580948    + Garrett Kuhn, 8458 Maurer Rd., Apt 711, Lenexa, KS 66219-2762
30580949      Garrett Labrouche, 1334 13 3/10 Rd, Loma, CO 81524-8705
30580950    + Garrett Like, 3200 W Colfax ave, Apt 359, Denver, CO 80204-2315
30580951    + Garrett Lo, 943 Heather Street, Glendora, CA 91740-5832
30580953    + Garrett Regan, 3960 Hagen Road, Napa, CA 94558-3865
30580954    + Garrett Sandoval, 6513 197th CT SW, Rochester, WA 98579-8692
30580955    + Garrett Sasser, 8566 Ridge Road, Greenville, AL 36037-6905
30580956    + Garrett Sinemus, 6959 Norton Road, Elba, NY 14058-9735
30580957      Garrett Smith, 12655 Tallulah Dr, Madison, AL 35756-2921
30580958    + Garrett Spurlin, 3813 Silverbell Loop, Oviedo, FL 32765-5180
30580959      Garrett Tittle, 18229 N 29th Dr, Phoenix, AZ 85053-1103
30580960    + Garrett Truthseeker Peterson, 344 North Harrison Street, Lebanon, KY 40033-1571
30580961    + Garrett Weeks, 1500 Brandt Dr., Austin, TX 78742-2804
30580962      Garrett Willis, 809 TANGERINE ST, BAKERSFIELD, CA 93306-5953
30580963      Garrett Wolff, 3031 Pleasant View Rd, Middleton, WI 53562-4809
30580937    + Garrett cantrell, 6650 Camino del Rey, Fountain, CO 80817-1555
30580945      Garrett hench, 308 ALBION WAY, FORT COLLINS, CO 80526-3238
30580952    + Garrett miller, 3405 st annes, Butte, MT 59701-6409
30580964    + Garrick Napier, 923 Kingland dr, Columbus, OH 43207-4979
30580965    + Garrick Napiet, 923 Kingland dr, Columbus, OH 43207-4979
30580966    + Garrik Dietz, 3925 Windsor Oaks Arch, Virginia Beach, VA 23452-2733
30580967      Garrison Conder, 2022 E Malibu Dr, Tempe, AZ 85282-5917
30580968    + Garrison Dusza, 3280 Abbott Rd, Orchard Park, NY 14127-1510
30580969      Garrit Green, 501 N Frederic St, Burbank, CA 91505-3237
30580970      Gary Albert, 314 OAK WOOD CIR, MC DONALD, PA 15057-2682
30580971    + Gary Arend, 9975 N Bryant Rd, Flagstaff, AZ 86004-3389
30580972    + Gary Callanan III, 3926 175TH PL NE, Arlington, WA 98223-7820
30580973    + Gary Cohen Buer, 85 Barry Rd SW, Reynoldsburg, OH 43068-9629
30580974      Gary Gerard, 1122 Whitaker Dr, Missoula, MT 59803-2307
30580975    + Gary Kahn, 2871 N OCEAN BLVD, V549, BOCA RATON, FL 33431-7083
30580976      Gary Knowles, 184 Burton Stone Lane, York YO30 6DF, UNITED KINGDOM
30580977    + Gary Minyard, 2980 Ensley Ave, Dayton, OH 45414-5418
30580979      Gary Payne, 17432 Almelo Ln, Huntington Beach, CA 92649-4623
30580980    + Gary Scott, 321 Bellmarin Dr., San Pedro, CA 90731-2330
30580981      Gary Sugano, 5117 Arvada St, Torrance, CA 90503-1310
30580982      Gary Titensor, 1612 SE 40th Ter, Cape Coral, FL 33904-7467
30580983      Gary weston, 4231 N BONANZA AVE, TUCSON, AZ 85749-9286
30580984      Gary-Sean Wright, 26 King George Avenue, Bridgwater, ENGLAND TA66DT, UNITED KINGDOM
30580986    + Gators Daily, 319 Alewife Brook Pkwy, #1, Somerville, MA 02144-1150
30580987    + Gauri Kinshuk, 608 Ambergate Dr, Shady Shores, TX 76208-5520
30580989    + Gavin Barnes, 12240 E 51st Ave, DENVER, CO 80239-4072
30580990    + Gavin Batker, 2636 N Oakland Ave, Apt. 21, Milwaukee, WI 53211-3530
30580991    + Gavin Borden, 136 Amaryllis Drive, Apt. 107, Wilmington, NC 28411-9748
30580992    + Gavin Bottom, 306 N Ohio St, Green Ridge, MO 65332-1021
30580993      Gavin Buckley, 5824 Waterford Ln, McKinney, TX 75071-8031
30580994    + Gavin Bush, 320 Shepherd Street, Jonestown, PA 17038-9432
30580995    + Gavin Butler, 770 S 13th St PO 8993, Boise, ID 83707-2993

District/off: 0752-1 | User: admin | Page 171 of 507
Date Rcvd: Jan 04, 2024 | Form ID: 309C | Total Noticed: 30719

| | | |
|---|---|---|
| 30580996 | | Gavin Card, 1370 Riverwood Gate, Unit 1, Port Coquitlam, BC V3B7V7, CANADA |
| 30580999 | + | Gavin Chao, 2212 Vermont Drive, D105, Fort Collins, CO 80525-6177 |
| 30581000 | + | Gavin Christy, 5640 E Effra St, Nampa, ID 83687-7610 |
| 30581001 | + | Gavin Creek, 4925 Sherwood Dr, Lincoln, NE 68504-1871 |
| 30581002 | + | Gavin Curby, 6605 Falling Star Drive, Louisville, KY 40272-3607 |
| 30581004 | + | Gavin Emerson, 44 Parker Hill Avenue, Apt. 4, Boston, MA 02120-3242 |
| 30581005 | + | Gavin Farmer, 863 Archville Rd, Reliance, TN 37369-6215 |
| 30581006 | + | Gavin Freppert, 4308 Cass Ct, Webster, MN 55088-2441 |
| 30581007 | | Gavin Garat, 6141 Shupe Dr Apt 51, Citrus Heights, CA 95621-5583 |
| 30581008 | + | Gavin Geissler, 620 CENTER ST, MCKEESPORT, PA 15132-6533 |
| 30581009 | + | Gavin Guckenberger, 135 Butler Ridge Court, SAINT JOHNS, FL 32259-8504 |
| 30581010 | | Gavin Howard, 623 W GRANT ST, STREATOR, IL 61364-1907 |
| 30581011 | | Gavin Hunter, 4470 Lone Rd, Freeland, MI 48623-8537 |
| 30581012 | | Gavin Iocona, 1216 Barclay Blvd, Marlton, NJ 08053-5638 |
| 30581013 | + | Gavin Jackson, 240 2nd St, fayetteville, GA 30214-4463 |
| 30581014 | + | Gavin Johnston-Ransom, 40 Eastern Point Road, Glouchester, MA 01930-4131 |
| 30581015 | + | Gavin M Caito, 326 Hagemeister Drive, Eureka, MO 63025-2022 |
| 30581016 | | Gavin Monaghan, 575 Commonwealth Ave, Boston, MA 02215-1704 |
| 30581017 | | Gavin Neff, 3901 Cheshire Ct, Bryan, TX 77802-4905 |
| 30581018 | + | Gavin Oakes, 181 County Road 1505, Alba, TX 75410-2703 |
| 30581019 | + | Gavin Osborne, 34 Gorman street, 2nd floor, 2nd floor, Naugatuck, CT 06770-4587 |
| 30581020 | + | Gavin Piper, 611 NW 30th St, Corvallis, OR 97330-5144 |
| 30581021 | | Gavin Rood, 15730 S Lammer Rd, Oregon City, OR 97045-8448 |
| 30581022 | + | Gavin Ryan, 110 Dawn Drive, Unit A, Westminster, SC 29693-4869 |
| 30581023 | | Gavin Sanders, 151 N Burgamy Rd, Warthen, GA 31094-3621 |
| 30581024 | + | Gavin Schillinger, 525 Drifting Ridge Rd, FORT EDWARD, NY 12828-3427 |
| 30581025 | + | Gavin Spivey, 6 Glencreek Dr, Greer, SC 29650-2564 |
| 30581026 | | Gavin Stacey, 34 N 7TH ST PH 2A, BROOKLYN, NY 11249-3793 |
| 30581027 | + | Gavin Thrailkill, 925 SE Olson Drive, Waukee, IA 50263-8455 |
| 30581028 | + | Gavin Trent, 6755 Melrose Dr, McLean, VA 22101-2924 |
| 30581029 | + | Gavin Troxel, 867 Allentown Road, Lansdale, PA 19446-5205 |
| 30581030 | + | Gavin Zegarlowicz, 3939 Viking Drive, Jackson, MI 49201-8818 |
| 30581031 | + | Gavin Zoota, 2870 E. College Ave., Apt. 305, Boulder, CO 80303-1962 |
| 30580988 | | Gavin bacon, 1521 Crestwood Drive Southeast, Medicine Hat, ALBERTA T1A 7S7, CANADA |
| 30581032 | + | Gavina Graphics, 1920 18th Street, Charleston, IL 61920-3611 |
| 30581033 | + | Gayla Smith, 14651 Cade Ln, Arcadia, OK 73007-9512 |
| 30581034 | | Gayle Halberstadt, 959 VZ County Road 4114, Canton, TX 75103-5660 |
| 30581035 | | Gayle Raunig-Corrigeux, 3001 E Liberty Ave Apt 106, Spokane, WA 99207-5743 |
| 30581036 | + | Gaylene Perez, 3632 Johnson Mill Blvd, Apt. 212, Springdale, AR 72762-5350 |
| 30581038 | + | Geddy S Kastner, 2354 Glen Gardner Dr, Jacksonville, Jacksonville, FL 32246-2206 |
| 30581039 | | Gedeon Holtk mper, Zurstra enweg 21, Warendorf, Nordrhein-Westfalen, 48231, GERMANY |
| 30581041 | | Geert Van den Bossche, Burgemeester Potiaulaan 84, Dendermonde, OV 9200, BELGIUM |
| 30581043 | | Geet Paliwal, 68 Mathoura Road, Apt. 11, Toorak, VICTORIA 3142, AUSTRALIA |
| 30581044 | + | Geeve Iverson, 319 Lorraine Ct, Reno, NV 89509-5419 |
| 30581046 | | Gemma Goodall, 2 Barrons Close, Cherry Willingham, Lincoln, ENGLAND LN34GB, UNITED KINGDOM |
| 30581047 | | Gemma Greenhalgh, 40 Cois Na habhann, Ballina, Mayo F26 K8E8, IRELAND |
| 30581048 | | Gemma Roarty, 28 Abel Street, Apt. 5, Wallsend, New South Wales, 2287, AUSTRALIA |
| 30581049 | | Gemma Winn, 12 Stane Drive, Bracebridge Heath, Lincoln, England LN4 2UL, UNITED KINGDOM |
| 30581050 | + | Genaro Gonzalez Ortiz, 3727 bell avenue, D, Bell, CA 90201-2232 |
| 30581051 | | Gene Cavagnaro, 2909 McClure St, A, Oakland, CA 94609-3504 |
| 30581052 | | Gene Fortino, 7840 FILICE DR, GILROY, CA 95020-4910 |
| 30581053 | + | Gene Hubbard, 4308 Grand Blanc Rd, Swartz Creek, MI 48473-9150 |
| 30581054 | + | Gene Weible II, 108 east st, PO Box 124, Hoskins, NE 68740-0124 |
| 30581055 | | General Delivery - Finlay Juson Finlay J, 502 Patricia Street, Jasper, AB T0E 1E0, CANADA |
| 30581056 | + | Genesis Chavez, 903 W Egly Ave, Pharr, TX 78577-3615 |
| 30581057 | | Genesis Williamson, 6307 SETON RIDGE DR, BALTIMORE, MD 21207-6290 |
| 30581058 | + | Geneva Hitzel, 14900 Memorial Dr., Apt 318, Houston, TX 77079-4065 |
| 30581059 | | Genevi ve Tourigny, 1184 Rue de Dieppe, Boucherville, QC J4B 7Z3, CANADA |
| 30581060 | + | Genevieve Bass, 281 Old Stamford Rd, New Canaan, CT 06840-6607 |
| 30581061 | + | Genevieve Cristofori, 486 Seagrass Ave, Sebastian, FL 32958-4947 |
| 30581062 | | Genevieve Hill, CMR 415 Box 6885, APO, AE 09114-0069 |
| 30581063 | + | Genevieve Johnson, 2140 Wilmington Dr., Conway, AR 72034-2026 |
| 30581064 | + | Genevieve Loveland, 4400 Massachusetts Ave NW, Leonard Hall Rm 427, WA, DC 20016-8103 |

District/off: 0752-1       User: admin       Page 172 of 507

Date Rcvd: Jan 04, 2024       Form ID: 309C       Total Noticed: 30719

30581065       Genevieve McCowie, 8 Whitehorse Street, Brisbane, Queensland 4034, AUSTRALIA

30581066       Genevieve Nicholls, 29 Agora Boulevard, Ferntree Gully, Victoria, 3156, AUSTRALIA

30581067    +   Genevieve Parkey, 3613 S Wakefield St, Arlington, VA 22206-1709

30581068    +   Genevieve Paul, 4425 West Vandegrift Avenue, Fresno, CA 93722-9717

30581069    +   Genevieve Swanson, 924 W Dakin, Apt. 1, Chicago, IL 60613-3093

30581070    +   Genevieve White, 3045 Sw 187th Ave, Aloha, OR 97003-3114

30581072       Gennaro D'Agostino Ciao, Calle Albacete 9, Piso 3B, Getafe, MADRID 28903, SPAIN

30581073       Genny Biffaretti, 8675 Garstang Ln, Los Molinos, CA 96055-9566

30581074    +   Genny McGlynn, 4522 E Lavante St, Long Beach, CA 90815-2749

30581075    +   Gensler, Coleton, 705 DEAN DRIVE, APT D, SOUTH ELGIN, IL 60177-1197

30581076       Geoff Cechvala, 120 Sherwood Sq NW, Calgary, AB T3R 0R8, CANADA

30581077    +   Geoff Doyle, 7003 W 34th St North, Apt. 1004, Wichita, KS 67205-2574

30581078       Geoff McCullough, 5341 Rollins Ave, Jacksonville, FL 32207-7713

30581079       Geoff McQueen, 460 Abbottsfield Road Northwest, Edmonton, AB T5W 4R3, CANADA

30581080       Geoffrey BOUDOUL, 697 Route de la Garde Adh mar, Saint-Paul-Trois-Chateaux 26130, FRANCE

30581081    +   Geoffrey Hufford, 150 E 85th St, 10 F, NY, NY 10028-2303

30581082    +   Geoffrey Keith Clark, 511 East St, Three Rivers, MI 49093-1411

30581083    +   Geoffrey Mudry, 543 East 6th Street, Boston, MA 02127-3003

30581084    +   Geoffrey Whitright, 17291 W Red Fox Rd, Surprise, AZ 85387-7180

30581085       Georg Rauber, Br uhausgasse 62, 17B, Vienna, VIENNA 1050, AUSTRIA

30581086       George Alanis, 10174 Farm To Market 344 East, Tyler, TX 75703

30581087       George Bennum, 11 Winding Brook Rd, Jericho, VT 05465-4416

30581088       George Breeze, 6 Tansy, Tamworth, England B77 1BE, UNITED KINGDOM

30581090       George Foulds, 50 Bridge Street, Morley, Leeds, England LS27 0EX, UNITED KINGDOM

30581091    +   George Gascoyne, 1093 45th street, Emeryville, CA 94608-3326

30581092    +   George Gunderson, 103 Division St., Milton, WI 53563-1019

30581093       George Hachey, 100 West St, Apt 201, Moncton, NEW BRUNSWICK E1E 3N9, CANADA

30581094       George Hague, 78 Kilne Place, Livingston, Scotland, EH54 6SH, UNITED KINGDOM

30581096    +   George Ho, 1215 e Vista Del Cerro dr, Tempe, AZ 85281-7138

30581097       George Hutton, 1086 Continental Ave, Melbourne, FL 32940-6747

30581098       George Kitagawa, 60 Lanewood Drive, Aurora, ON L4G 4V3, CANADA

30581099       George Langroudi, 27 Waters Edge, Canterbury, ENGLAND CT1 1WX, UNITED KINGDOM

30581100    +   George M Raisor Junior II, 25 E. State Road 42, Mooresville, IN 46158-6018

30581101       George McFarlane, 15 Meadow Road, Rugby CV21 1ER, UNITED KINGDOM

30581102    +   George Menzies, 3409 Cardiff Ave, Apt. 1, Cincinnati, OH 45209-1317

30581104    +   George Nelson, 1257 8th Avenue, Sacramento, CA 95818-4004

30581105       George O'Sullivan, 198 Winstanley Street, Brisbane, QUEENSLAND 4152, AUSTRALIA

30581106    +   George Olson, 6504 N Commercial Ave, #6, Portland, OR 97217-1900

30581107    +   George Pitsoulakis, 12061 magnolia ln, Homer Glen, IL 60491-6816

30581108    +   George Pulig, 1519 Paige Place, Townsend, DE 19734-2876

30581109       George Readding, 145 Whisconier Rd Apt 5, Brookfield, CT 06804-3440

30581110       George Russel, 4973 Bacopa Ln S Unit 505, St Petersburg, FL 33715-2640

30581111    +   George Valach, 5553 N Glenwood, Apt. 1, Chicago, IL 60640-1259

30581112    +   George VanHove, 1351 SW prairie trail pkwy, Apt. 204, Ankeny, IA 50023-7106

30581113    +   George Velasquez, 3600 Eisenhauer Road, Apt. 807, San Antonio, TX 78218-6018

30581114       George Voinquel, 3 Ottoman Terrace, Watford, England WD172RH, UNITED KINGDOM

30581095    +   George hendren, 1840 NE Berlin RD, Maysville, MO 64469-9219

30581115       Georgescu Razvan, Strada Iuliu Maniu 33, Tulcea, TULCEA 820112, ROMANIA

30581116       Georgi Ondo, 3368 SW Fairway Point Dr, Oak Harbor, WA 98277-7191

30581118       Georgia Burke, 5 regal court, Melton south, VICTORIA 3338, AUSTRALIA

30581119       Georgia Dalstead, 29 Herbert Street, Mornington, Victoria, 3931, AUSTRALIA

30581120       Georgia Gorringe, 242 Beardy St, Apt. 4, Armidale, New South Wales, 2350, AUSTRALIA

30581121       Georgia Hollingshead, 2644, Casilton-on-Hudson, NY 12033

30581122       Georgia Kerr, 136 Mt O Reilly Road, Samford Valley, Queensland, 4520, AUSTRALIA

30581123    +   Georgia Knorr, 417 Windsor Avenue, Haddon Township, NJ 08108-2516

30581124       Georgia Milhe, 3a Richards Court, Brooklyn, VICTORIA 3012, AUSTRALIA

30581125       Georgia Rice, 1 Speedwell Close, Huntington, CHESTER, England CH3 6DX, UNITED KINGDOM

30581126    +   Georgia Slack, 814 North Verdugo Road, Glendale, CA 91206-2535

30581127       Georgia Slatter, 89 Exeter Road, Exmouth, Exmouth EX8 1QD, UNITED KINGDOM

30581128       Georgia Souter, 18b The Orchard, Strabane, Northern Ireland BT82 9QH, UNITED KINGDOM

30581129       Georgia Starr, 4 Keymer crescent, goring by sea, ENGLAND BN12 4LE, UNITED KINGDOM

30581130    +   Georgia Woodruff, 3026 Daleford Dr, Toledo, OH 43614-5452

30581131       Georgia Woods, 16 bridgeford avenue, Branston, England, DE14 3JH, UNITED KINGDOM

District/off: 0752-1                         User: admin                                    Page 173 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                               Total Noticed: 30719

30581132        GeorgiaAnne Brown, PO Box 548, New London, NH 03257-0548
30581134        Georgianna Gould, 1231 ARIZONA ASH ST, SAN ANTONIO, TX 78232-3408
30581133      + Georgianna Gould, 1231 Arizona Ash, San Antonio, TX 78232-3408
30581135        Georgina Roberts, 45 The Street, Aldermaston, Reading, England, RG7 4LW, UNITED KINGDOM
30581136      + Geovanni Tinoco, 8082 Dayton St., Detroit, MI 48210-1873
30581137      + Gera Wolf, 1305 E 31st Ave, Denver, CO 80205-4430
30581138        Geraint Rees, Atlantic Fish Bar, 10 Tamworth Road, Kin, Tamworth, ENGLAND B78 2LD, UNITED KINGDOM
30581139      + Gerald, 3046 Tremont Avenue, Egg Harbor Township, NJ 08234-5713
30581140      + Gerald Bedford, 1136 Ashford Park Dr, Glen Allen, VA 23059-7464
30581142      + Gerald McEvoy, 792 Potomac Ave, UPPER, Buffalo, NY 14209-1025
30581143      + Gerald Noyles Jr, 25631 Fir Avenue, Moreno Valley, CA 92553-4769
30581144      + Gerald Riveron, 19625 82nd ST Unit 10, Bristol Cove, WI 53104-9171
30581145        Gerald Walsh II, 4 Balcom St, A, Nashua, NH 03060-3761
30581146        Geraldine A Davidson, 4684 Heartland Oaks, Smithton, IL 62285-2927
30581147        Geraldine Langdon, 59 Haig Road, Uxbridge, England UB8 3EF, UNITED KINGDOM
30581148        Gerardo Arias, Ignacio Altamirano #1736, San Luis Potosi, SAN LUIS POTOSI 78239, MEXICO
30581150        Gerardo Exequiel, 5 de Abril 1990, La Calera, QUILLOTA 2291545, CHILE
30581151        Gerardo Gasca, Rio Sena 67, 503B, Cuauhtemoc, CIUDAD DE MEXICO 6500, MEXICO
30581152      + Gerardo Gonzalez Lopez GB 51496, 8578 NW 70th Street, GB 51496, Miami, FL 33195-2671
30581153      + Gerardo Hernandez, 1315 Raymond Ave., Long Beach, CA 90804-2238
30581154        Gerardo Herrera, 516 Columbia Ave, Ramseur, NC 27316-9520
30581155      + Gerardo Mondragon, 3176 N California St, San Bernardino, CA 92407-6621
30581156      + Gerardo Monroy, 4819 N Goldenrod Rd, Apt D, Winter Park, FL 32792-9135
30581157      + Gerardo Pena, 12913 Hueco Mine Dr, El Paso, TX 79938-5243
30581158        Gerardo Sanchez, 1905 Tierra Dorada Blvd, Mission, TX 78572-7347
30581149      + Gerardo camano, 480 NE 142nd street, North Miami, FL 33161-3131
30581159        Gerben Dreschler, Keizerstraat 168, Utrecht, UTRECHT 3512EB, NETHERLANDS
30581161      + Gerhardt Ratliff, 3926 El Camino Ave, Sacramento, CA 95821-6544
30581162        Geri Tenorio, 2910 Tolliver Dr, San Jose, CA 95148-3694
30581163        Geridi Villagomez BAMVillagomez, 13301 Dessau Rd Apt 8308, Austin, TX 78754-2281
30581164        Germaine Hatton, 1 Cropton Close, Redcar, ENGLAND TS10 4HU, UNITED KINGDOM
30581165        German Barreras, 115 W Hilton Ave, Phoenix, AZ 85003-2819
30581166        German Bejarano, 1724 MONTANA AVE APT 4, SANTA MONICA, CA 90403-1917
30581167        German Hidalgo, Avenida Paseo De Europa 30, Bloque C 4 D, Sevilla 41012, SPAIN
30581168      + German Lizarraga, 10216 Odessa Ave, North Hills, CA 91343-1120
30581169        Gerom Fortuna, 505 BENTON DR APT 3103, ALLEN, TX 75013-6330
30581171      + Gerson Monroy, 1921 e sergeant street, Philadelphia, PA 19125-1310
30581173        Ghirllie Cambal, 8401 Cottonwood Ave Apt 119, Fontana, CA 92335-0245
30581176        Gia Rodriguez, 43 Colebourne Rd, Rochester, NY 14609-6726
30581177      + Gia Stramaglia, 431 E Crescent Place, Chandler, AZ 85249-5327
30581178      + Giambrone, Nicolette, 135 N Lincolnway Street, Apartment 8B, BATAVIA, IL 60510
30581179        Gian Di Masi, 118 Easton Glen Lane, Houston, TX 77006
30581180      + Giancarlo Balangue, 2754 N Hampden Ct, Apt 1106, Chicago, IL 60614-4834
30581182        Gianluca Del Mxtro, 1162 Avon Blvd, Cheshire, CT 06410-3651
30581183      + Gianluca Marzano, 6613 Keene Dr, Springfield, VA 22152-2509
30581184      + Gianna Capozzi, 27 Richard Ave, Wolcott, CT 06716-1512
30581185        Gianna Garcia, 7138 Foxcroft St, Riverside, CA 92506-6125
30581187        Gianna Iuliucci, 917 STOKES AVE, COLLINGSWOOD, NJ 08108-3238
30581188      + Gianna Labinpuno, 2296 Gaviota Ave, Unit 10, Signal Hill, CA 90755-3661
30581189      + Gianna Margaglione, 7 Sagamore Lane, Unit 302, Rocky Hill, CT 06067-3842
30581190      + Gianna Nigro, 808 Chestnut Street, Kearny, NJ 07032-3815
30581191        Gianna Petersen, 1336 Knoxville St, San Diego, CA 92110-3719
30581192      + Gianna Pisini, 74 Hinston Road, EAST WEYMOUTH, MA 02189-2130
30581193        Gianna Soprano, 538 Seven Mile Rd, Hope, RI 02831-1849
30581186      + Gianna iuliucci, 917 Stokes Ave, Floor 2, Collingswood, NJ 08108-3238
30581194      + Gianni Andriano, 3586 Northview Avenue, wantagh, NY 11793-2702
30581195      + Gianni Cannon, 1607 Monroe Way, Rocklin, CA 95765-6277
30581196        Gianni Franceschi, 1840 SW 29th Ave, Miami, FL 33145-1942
30581197      + Giavanna Costanzo, 45 Orchard Hill Drive, Stratford, CT 06614-2761
30581198        Gideon Buckle, 2818 POWNAL AVE, SAN RAMON, CA 94583-3107
30581200      + Giftarray Inc, 1668 Amarelle St, Thousand Oaks, CA 91320-5971
30581201      + Gigi Woods, 1005 spring st, Seattle, WA 98104-1235
30581202        Gijs Christenhusz, Koetsier 3, Oldenzaal, Overijssel 7577TN, NETHERLANDS

District/off: 0752-1                          User: admin                                      Page 174 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                    Total Noticed: 30719

30581203    +  Gilbert sunga, 18208 Camino Bello, Apt. 3, Rowland Heights, CA 91748-2636
30581204    +  Gilbert, Brennan, 955 East Golf Rd., #5, Arlington Heights, IL 60005-5255
30581205    +  Gilberto Nunez, 3427 leahy way, Livermore, CA 94550-3670
30581206    +  Gillette Councill, 209 meadow lane, Franklin, VA 23851-1842
30581207    +  Gillian Bethoney, 830 D St, Apt 4, Sacramento, CA 95814-0721
30581208       Gillian Buckman, 205 N Jenny Ave, Tea, SD 57064-2385
30581209       Gillian Gillian, 24407 38th Avenue Ct E, Spanaway, WA 98387-7004
30581210    +  Gillian Gonzalez, 119 Locknere Ln, San Antonio, TX 78213-3839
30581211    +  Gillian Hansel, 14446 Superior Rd, Cleveland Heights, OH 44118-2053
30581212       Gillian keenan, 59 amcomri street, Belfast, Northern Ireland BT12 7ND, UNITED KINGDOM
30581214    +  Gina Abelkop, 190 Pine Valley Dr., Athens, GA 30606-4028
30581215       Gina Bradshaw, 1015 NOELTON AVE, NASHVILLE, TN 37204-3231
30581216       Gina Brown, 266 MORNINGSIDE LN, ANGIER, NC 27501-6260
30581217       Gina FreemN, 8 St Stephens Road, Kettering, ENGLAND NN155DS, UNITED KINGDOM
30581218       Gina Kleinworth, 1989 PLEASANT VALLEY LOOP, NAPLES, ID 83847-5136
30581219    +  Gina Klekowski, 7332 Balboa Blvd, Apt 4, Van Nuys, CA 91406-2772
30581220       Gina Lara, 10342 PONDER ST, CYPRESS, CA 90630-4439
30581221    +  Gina Parrish, 8483 Inspiration Ave, Walkersville, MD 21793-7806
30581222    +  Gina Salverson, 934 POPE STREET, LAKE MILLS, WI 53551-1305
30581223       Gina Schmid, 782 Riverfront Pkwy Apt 301, Chattanooga, TN 37402-1625
30581224       Gina Tesla, 19435 NE 169th Pl, Woodinville, WA 98077-9416
30581225       Gina Toepp, 59692 Baneberry Trl, South Bend, IN 46614-4046
30581226       Gina White, 1110 23rd Ave SW, Miami, OK 74354-8916
30581227    +  Ginger Baumgartner, 3518 S Perry St, Spokane, WA 99203-4060
30581228    +  Ginger Cates, 453 North Ave, Owego, NY 13827-1199
30581229       Ginger Delagrange, 1112 Druid Oaks NE, Atlanta, GA 30329-3271
30581230       Ginger Riley, 2762 E 139TH DR, THORNTON, CO 80602-8786
30581231    +  Ginny Higerd, 70 E Sycamore St, Fayetteville, AR 72703-2517
30581232       Ginny Torrens, 31 Farnham Street, Mornington, Wellington, WELLINGTON 6021, NEW ZEALAND
30581233       Gino Lancellotti, 15802 Locke Ave, Whitestone, NY 11357-2766
30581234    +  Ginsberg, Michelle, 2067 E Arizona St, PHILADELPHIA, PA 19125-1531
30581235    +  Gio Cerritos, 43024, Vernon Ridge Ter, Ashburn, VA 20148-7091
30581236       Gio Chanaba, 2734 Durham Chase Ln, Katy, TX 77449-4739
30581237       Gio Mendoza, 1725 Martello St, Pomona, CA 91767-3421
30581239       Giorgi Niniashvili, 2601B W 6th St, Inex Group Ig193648, Wilmington, DE 19805-2910
30581240    +  Giorgio Valle, 6074 Oak St, Arvada, CO 80004-4643
30581241       Giovana Adame, 645 W Holt Ave, El Centro, CA 92243-3225
30581242       Giovani Acosta, 62 Park Place Dr, Lawrenceville, GA 30046-6469
30581245    +  Giovanna DeZutti, 8820 Sorbonne Pl, B, Indianapolis, IN 46268-1431
30581246    +  Giovanna Karnstedt, 783 Carroll Ave, St Paul, MN 55104-5510
30581244    +  Giovanna de Paula, 4098 Alligator Flag Circle, West Melbourne, FL 32904-8194
30581247    +  Giovanni Bethaud, 720 25TH STREET, Winter Haven, FL 33881-2938
30581248       Giovanni D'Agostino, Auf Wollscheid 10, SULZBACK, SAARLAND 66693, GERMANY
30581249       Giovanni Giglio, Viale, Colli 30, Colli 30, Rivoli, Torino 10098, ITALY
30581250    +  Giovanni Granado, 9098 Lindstrom Place, Mechanicsville, VA 23116-4924
30581251       Giovanni McBride, 136 Cascadilla Park Rd, Ithaca, NY 14850-3805
30581252       Giovanni Orr, 3870 Longhill Dr SE, Warren, OH 44484-2616
30581253    +  Giovanni Pisano, 1931 N Sharon Ct., Estes Park, CO 80517-7141
30581254    +  Giovanni Salas Martinez, 3840 W. 7th St., Apt 12, Los Angeles, CA 90005-3182
30581255       Giovanni Staccone, Piazza Cola di Rienzo 29, Roma 193, ITALY
30581256    +  Giovanny E Hernandez, 21302 Moneta Ave, Carson, CA 90745-1952
30581258    +  Girl God, c/o Real Good Touring Inc., 16255 Ventura Blvd, Encino, CA 91436-2302
30581260    +  Girlfriend Reviews, 1374 E Hillcrest Dr, #311, Thousand Oaks, CA 91362-2520
30581261    +  Girlpool, 2798 Sunset Blvd., Los Angeles, CA 90026-2102
30581262    +  Gisela Castillo, 5657 Fountain ave, Los Angeles, CA 90028-8513
30581263       Giselle Messina, 232 Indigo Bay Cir, Mount Pleasant, SC 29464-3973
30581264    +  Giselle Pampo, 466 Semel Ave, Iselin, NJ 08830-1132
30581265    +  Giselle Rafik, 18880 Douglas, Apt. 317, Irvine, CA 92612-7416
30581266       Giselle S nchez, 258 N 200 E Apt 11, Provo, UT 84606-2938
30581267       Giselle Wellhoefer, 10370 W 18th Pl, Lakewood, CO 80215-2815
30581272       Gladys Romo, 1850 LAPORTE AVE APT D23, FORT COLLINS, CO 80521-2323
30581273       Glen Carmichael, 115 Brookland Ter Apt 7, Winchester, VA 22602-6291
30581274       Glenda Duffek, 1413 E 53rd St, Tulsa, OK 74105-5701

30581276 Glenn Fox, 15058 Buchanan Trl E Apt 4, Blue Ridge Summit, PA 17214-9788
30581277 + Glenn Lewis, 420 W Slaughter LN, Apt. 514, Austin, TX 78748-1697
30581278 + Glenn Malarkey, 658 Bonnie Dell Dr, Marietta, GA 30062-3479
30581279 + Glenn Mayo, 261 Cape Hatteras Dr, Corpus Christi, TX 78412-2665
30581280 + Glenn Saxon, 89 Western Sky Circle, Longmont, CO 80501-8822
30581281 + Glenn Steder, 4390 Clearwater Way, Apt. 1809, Lexington, KY 40515-6381
30581282 Glenn Thomas, 402 Parkland Dr, Danville, VA 24540-2308
30581283 Glenn Ton, Willem Arondeusstraat 1, Apt. 1, Vlaardingen, Zuid-Holland, 3132 NZ, NETHERLANDS
30581284 + Glennan S Keldin, 8061 Burchmore Road, Three Lakes, WI 54562-9235
30581285 Gloria Hoxsie, 12309 SE 167th St, Renton, WA 98058-5315
30581287 Gloria Stonelake, 690 Broadway Ave S, Cokato, MN 55321-4682
30581286 Gloria lai, 83 allister ave, Knoxfield, Victoria, 3180, AUSTRALIA
30581288 + Glorimar Perez-Gonzalez, 240 Park Avenue, Unit 504, Minneapolis, MN 55415-2254
30581289 + Glory Creed, 9851 Harrison Road, Apt 229, Bloomington, MN 55437-2182
30581290 + Glory Days Booking, 3825 SW 19th St, Gainesville, FL 32608-3400
30581295 + Gold Bond Inc., 5485 Hixson Pike, Hixson, TN 37343-3235
30581296 + Golden Promo Inc, 5737 Kanan Rd, Ste 487, Agoura Hills, CA 91301-1601
30581299 + GoldnGlobe Touring, Inc., C/O FBMM 12 West 37th St. 10th Floor, New York, NY 10018-7379
30581300 Goldstein Paulina, Falkenburgstrasse 36, Erlabrunn, BAYERN 97250, GERMANY
30581301 Good Kid, 142 Cawthra Ave., Toronto, ON M6N 3C2, CANADA
30581302 + Goodsmith, Corinne, 2256 W 19TH STREET, CHICAGO, IL 60608-2511
30581303 + Goody International Inc, 14145 Proctor Ave, Suite 5, La Puente, CA 91746-2841
30581304 + Goose Valencia, 674 W 18th St, Costa Mesa, CA 92627-5018
30581305 + Gopal Vithlani, 2060 Mylitta Walk, Gardena, CA 90249-1794
30581306 + Goral, Christopher, 4315 Azalea Dr, #424, Lisle, IL 60532-1182
30581307 Gord Holmes, 25 Tuscany ridge way nW, Calgary, ALBERTA T3L3E1, CANADA
30581308 + Gordon, 2303 N 61st street, Seattle, WA 98103-5738
30581309 + Gordon Beakman, 601 W Holly Ave, Apt 63, Pitman, NJ 08071-1341
30581310 + Gordon Brown, 10 Glenview Dr, Dillsburg, PA 17019-8828
30581311 Gordon Cho, 18327 60 Avenue, Surrey, BRITISH COLUMBIA V3S1V7, CANADA
30581312 + Gordon Cox, 3562 Cluster Lane, Myrtle Beach, SC 29579-7706
30581313 Gordon Grabert, Wendenstra e 26, Braunschweig, Niedersachsen 38100, GERMANY
30581315 Gordon Houston, 173 Half Moon Lane, Flat 6, London, England SE24 9JG, UNITED KINGDOM
30581316 + Gordon Sinclair, 515 Rockaway Ave, Valley Stream, NY 11581-1909
30581314 Gordon harland, 107 fountains Close, Apt. 107, WA, England NE387TG, UNITED KINGDOM
30581318 + Got Print, Burbank Airport Center:, 7651 N San Fernando Rd, Burbank, CA 91505-1073
30581320 + Goth Babe, 235 Park Avenue South 9th Floor, New York, NY 10003-1405
30581321 + Grace, 2208 heath green pl s, Jacksonville, FL 32246-7225
30581322 Grace Backof, 4 Antilles Way, Belvedere Tiburon, CA 94920-1003
30581323 + Grace Bent, 9301 Old Bee Caves Rd., Apt 430, Austin, TX 78735-8284
30581324 + Grace Berkan, 2611 vallette st, Bellingham, WA 98225-2453
30581325 + Grace Borrello, 3219 Toulouse St, New Orleans, LA 70119-3928
30581326 Grace Burch, 2107 Faulkner Rd NE, Rvt201 201, Atlanta, GA 30324-4268
30581327 Grace Cano, 65 S College Dr Apt 29, Platteville, WI 53818-1937
30581328 Grace Cesario, 1049 E St Apt B, Springfield, OR 97477-4861
30581329 Grace Conklin, 9904 Tupelo Tree Ct, Toano, VA 23168-9643
30581330 + Grace Costello, 1330 Gilbert Ave, Downers Grove, IL 60515-4539
30581331 + Grace Crews, 74 Traditions Way, Powell, OH 43065-9840
30581332 + Grace Dearhamer, 300 East College Avenue, 263, Eureka, IL 61530-1562
30581333 + Grace Delikat, 656 narrow ave, Atlanta, GA 30312-3321
30581334 + Grace Doran, 1446 East Roy st, Apt 301, Seattle, WA 98112-4546
30581337 + Grace Enriquez, 660 N rita lane, Chandler, AZ 85226-2052
30581338 + Grace Fabyan, 5412 Pioneer Park Blvd, Tampa, FL 33634-4478
30581339 + Grace Finke, 748 Essex drive, Porter, IN 46304-9585
30581340 Grace Fitzgerald, 116 Warwick Road, Macclesfield, England SK11 8TA, UNITED KINGDOM
30581342 Grace Galang, 7358 Edmonds St., Apt. 707, Burnaby, British Columbia, V3N0H1, CANADA
30581343 + Grace Gilmore, 306 Harp Rd, Oneonta, AL 35121-6338
30581344 + Grace Gineris, 365 Annabelle Way, Davenport, FL 33837-3204
30581345 + Grace Gleason, 3870 Line Avenue, APARTMENT B, SHREVEPORT, LA 71106-1134
30581346 Grace Gou, 6061 Yonge Street, Toronto, ON M2M 3W4, CANADA
30581347 + Grace Harms, 2428 N St Louis Ave, Apt. 2, Chicago, IL 60647-2406
30581348 + Grace Harris, 2169 Pacific St, Apt. 7 Brooklyn, New York, NY 11233-4019
30581349 Grace Harvey, 480 Victorian Ln, Duluth, GA 30097-5767

30581350   + Grace Healey, 229Humbolt Ave N Apt A, Minneapolis, MN 55405-1821
30581351     Grace Helmi, 1904 Cedar St Apt 115, Richmond, VA 23223-7253
30581352   + Grace Hirshorn, 6 Deerfoot court, The woodlands, TX 77380-1521
30581353   + Grace Hogan, 1844 Kelton Ave, Apt 101, Los Angeles, CA 90025-4598
30581354     Grace Hure, 44 Ettalong Rd, Greystanes, NEW SOUTH WALES 2145, AUSTRALIA
30581355   + Grace Johnson, 1561 Union St, Apt, Brooklyn, NY 11213-4509
30581357     Grace Kendall, 3620 Miramar Dr, La Porte, TX 77571-7343
30581358     Grace Kilby, 815 Grandview Blvd, Sudbury, Ontario, P3A 4Z8, CANADA
30581359     Grace Lasiter, 10665 Elkhorn Dr, Stockton, CA 95209-4315
30581360     Grace LeBart, 223 N 9th St Apt 2, Kenilworth, NJ 07033-1147
30581361   + Grace Lefferts, 1507 Hunterglenn Dr, Aledo, TX 76008-2892
30581362     Grace Mahoney, 8 Sherry Rd, Troy, NY 12180-3611
30581363     Grace McCafferty, 2103 Hiddenbrook Dr, Wall Township, NJ 07719-9718
30581364   + Grace Meholick, 105 Fox Plan Rd, Apt. 313, Monroeville, PA 15146-2682
30581365     Grace Miller, 244 Hunt Club Dr, Simpsonville, SC 29680-7009
30581366     Grace Muir, 6150 Doliver Dr, Houston, TX 77057-1812
30581367     Grace Mulvihill, 1122 S Villa Way, Walnut Creek, CA 94595-1468
30581368     Grace Nelson, 1860 20th Ave NE, Rochester, MN 55906-8000
30581369     Grace Netter, 108 Creighton Ave, Nashville, TN 37206-2204
30581370     Grace Nicholson, 809 Meredith St, White Hall, AR 71602-2970
30581371   + Grace Offerdahl, 933 New Depot St, Apt 8, Los Angeles, CA 90012-1189
30581372     Grace Orozco, 1758 Gaviota Ave Apt 4, Long Beach, CA 90813-2481
30581373   + Grace Partridge, 1309 E Giddens Ave, Tampa, FL 33603-2424
30581374   + Grace Peek, 1341 E Seneca St, Tucson, AZ 85719-3644
30581375     Grace Petersen, 1916 Thornton Ave, Butte, MT 59701-5630
30581376   + Grace Phelps, 375 Maple Street, Burlington, VT 05401-3922
30581377   + Grace Pierson, 1529 Iglehart Ave, Saint Paul, MN 55104-5315
30581378     Grace Pozniak, 1812 MENAHAN ST APT 2B, RIDGEWOOD, NY 11385-1880
30581379   + Grace Rau, 4306 Dell Rd., Apt K, Lansing, MI 48911-8108
30581380     Grace Rhodes, 504 Jefferson Dr, Mineral Wells, WV 26150-7609
30581381     Grace Rodriguez, 7803 BROKEN ARROW ST, BAYTOWN, TX 77521-8393
30581383   + Grace Stephens, 1715 N College Dr., Apt. K, Maryville, MO 64468-1318
30581384   + Grace Szczerba, 5927 Emstan Hills Rd, Racine, WI 53406-5229
30581385   + Grace Tolla, 412 Eden Rd, Stamford, CT 06907-1035
30581386   + Grace Upston, 41 Abbottsford Pl, Buffalo, NY 14213-1222
30581387     Grace Velasquez, 35175 Mahogany Glen Dr, Winchester, CA 92596-8270
30581388   + Grace Verzal, 19515, 107th Street, Bristol, WI 53104-9218
30581390   + Grace Webster, 20 CHAPEL ST, B405, BROOKLINE, MA 02446-7418
30581389   + Grace Webster, 27 Holly Woods Road, Mattapoisett, MA 02739-2543
30581391   + Grace Wesson, 4014 Waterford Circle, Apt 5, Louisville, KY 40207-5270
30581393     Grace Wright, 9151 Weathervane Trl, Galesburg, MI 49053-9777
30581394   + Grace Yunker, 1005 Ridgewood Dr, Apt. 10, Fort Wayne, IN 46805-5736
30581335   + Grace dupra, 2723 Granada Dr, 1A, Jackson, MI 49202-5236
30581382   + Grace smith, 280 S Holokai Rd, Haiku, HI 96708-5921
30581395     Gracelyn Bogle, 13416 Cleveland Ave NW, Uniontown, OH 44685-8437
30581396   + Gracelyn Valencia, 674 West 18th Street, Costa Mesa, CA 92627-5018
30581398   + Graceyn Earlywine, 148 Old Post Road, N/A, Paris, KY 40361-2713
30581397   + Graceyn Earlywine, 148 Old Post Road, Paris, KY 40361-2713
30581399     Gracie Arceneaux, 8135 Joe Primeaux Road, Hayes, LA 70646
30581400     Gracie Ballew, 699 Haynes Ridge Rd, Speedwell, TN 37870-7304
30581402     Gracie Brakeman, 390 EUCLID AVE, OAKLAND, CA 94610-3237
30581403   + Gracie Burke, 1142 Timbers east, Greeneville, TN 37745-4086
30581405   + Gracie Donahue, 3994 HAMILTON ST, SAN DIEGO, CA 92104-2802
30581406   + Gracie Hillman, 3405 Meadow Court, Nashville, TN 37207-1713
30581407   + Gracie Lang, 4910 Eberly St, Amarillo, TX 79118-1481
30581408   + Gracie Nilsson, 11 Hills Beach Rd., Biddeford, ME 04005-9526
30581401   + Gracie betts, 143 E Salem Park Circle, Salem, UT 84653-5635
30581409     Grady Benton, 8800 S 1ST ST APT 1136, AUSTIN, TX 78748-0012
30581410     Grady Brumfield, 12 Sunset Dr, Edgewater, MD 21037-1207
30581411     Graeme Richmond, 4630 Magnolia Cove Dr Apt 1038, Kingwood, TX 77345-2153
30581412     Graham Bieri, 210 Victoria St, Apt. 4007, Toronto, ONTARIO M5B 2R3, CANADA
30581413   + Graham Clauss, 320 E Willetta St, Apt 9, Phoenix, AZ 85004-1732
30581414   + Graham Davenport, 9421 Lambs Ear Lane, Leland, NC 28451-4422

30581415          Graham FromDan, 1926 SAINT PAUL ST, PITTSBURGH, PA 15203-1645
30581416          Graham Galloway, 19190 Embers Ave, Farmington, MN 55024-8744
30581418          Graham Huws, 27 New Street, Tiddington, Stratford-upon-Avon, ENGLAND CV37 7DA, UNITED KINGDOM
30581417          Graham Huws, Mulberry Cottage, 27 New Street, Tiddington, Stratford-upon-Avon, ENGLAND CV37 7DA, UNITED KINGDOM
30581419          Graham Morrison, 2121 Rue Saint-Mathieu, #906, Montreal, QUEBEC H3H2J3, CANADA
30581420          Graham Wilson, 412 NW 51ST ST, OKLAHOMA CITY, OK 73118-6210
30581423          Gran Sweeney, 154 Pai Cir Unit 103, Wahiawa, HI 96786-3371
30581424      +   Granados, Oscar, 1640 Canterbury Ct, 2C, West Chicago, IL 60185-4158
30581425      +   Grand Old Opry, LLC, 1 Gaylord Drive, Nashville, TN 37214-1207
30581428      +   Grant Barrett, 1522 Cason Trail, Murfreesboro, TN 37128-6751
30581429      +   Grant Bigler, 11480 Se Stevens Rd, Apt. 209, Happy Valley, OR 97086-7639
30581430      +   Grant Blackwell, 455 S. 700 E., Apt. 4201, Salt Lake City, UT 84102-3883
30581431      +   Grant Carter, 12563 93rd Way North, Largo, FL 33773-2510
30581432          Grant Goodkin, 9459 Jones Cir, Omaha, NE 68114-5048
30581433      +   Grant H Wheeler, 5420 Horton Street, Mission, KS 66202-1642
30581434          Grant Humes, 500 Ridge View Cir, Medina, MN 55340-4617
30581435      +   Grant Iannarelli, 961 Katie Circle, Royersford, PA 19468-3138
30581436      +   Grant Mangan, 578 Highland Ridge Drive, Ballwin, MO 63011-2703
30581437          Grant McArthur, 232 Tilton Rd SE, Dalton, GA 30721-5142
30581438      +   Grant McClure, 172 Robins Flight Lane, Tunnel Hill, GA 30755-7830
30581439      +   Grant Prettyman, 476 Wren Dr, Los Angeles, CA 90065-5040
30581440      +   Grant Richards, 6540 Valley Drive, Warrenton, VA 20187-4601
30581441      +   Grant Shen, 75 Park Lane S, Apt. 2505, Jersey City, NJ 07310-3179
30581442          Grant Vivirito, 419 Normal Rd Apt 3, DeKalb, IL 60115-5600
30581443      +   Graves, Kenneth, 1315 Merrimac Place, Aurora, IL 60506-3632
30581444          Gray Chanley, 2491 IVANHOE DR, West Bloomfield, MI 48324-1741
30581445          Gray Tynefield, 3 OSWALD ST APT 3, BOSTON, MA 02120-3057
30581446      +   Grayden Smith, 400 S Main St, Apt 603, Los Angeles, CA 90013-1324
30581447          Graydon Berneche, 142 Eclipse cres, Ottawa, Ontario K4A 0W1, CANADA
30581449      +   Grayson Heider, 25429 189th Street Northwest, Big Lake, MN 55309-9622
30581450      +   Grayson Ishihara, 1291 Oihana Street, Hilo, HI 96720-3271
30581451      +   Grayson Kim, 445 Fifth Avenue, Apt, 27H, NY, NY 10016-0133
30581452          Grayson Lavallee, 409 Lansdowne Ave, UPPER, Toronto, ONTARIO M6H3Y2, CANADA
30581453          Grayson Marcuson, 4211 Louisiana Blvd NE Apt 1120, Albuquerque, NM 87109-1842
30581454      +   Grayson McLester, 410 Silverberry Wood Ln, Siler City, NC 27344-9555
30581455          Grayson Niederer, 1765 W Hendricks St, Meridian, ID 83646-1382
30581456          Grayson Turner, 2119 College Ave, Terre Haute, IN 47803-4038
30581457          Grayson Williams, 35 Sterling Ave, Sloatsburg, NY 10974-2422
30581458      +   Great American Music Hall, 859 OFarrell, San Francisco, CA 94109-7005
30581459      +   Grecia Zaldana, 9827 Fort Sanders Ave, Bakersfield, CA 93311-4634
30581460      +   Green, Larry, 2322 N SAWYER, CHICAGO, IL 60647-2516
30581461      +   Greenwood Gaming and Entertainment, Inc., 2999 Street Road, Bensalem, PA 19020-2060
30581462          Greg Arndt, 621 Countess Ave, Portage la Prairie, Manitoba R1N0S7, CANADA
30581463      +   Greg Atkinson, 11903 NE 116th St. Apt. 18, Vancouver, WA 98682-2268
30581464          Greg Blackburn, 15 WILTON RD, EASTHAMPTON, MA 01027-2103
30581465      +   Greg Blaha, 1264 W 108th St, Cleveland, OH 44102-1514
30581466          Greg Borden, 6425 Cobalt Dr, West Richland, WA 99353-6405
30581467          Greg Byers, 2721 Lady Slipper Rd, Gambrills, MD 21054-2051
30581468      +   Greg Case, 3477 Ruffin Road, N-2, San Diego, CA 92123-2539
30581469          Greg Cass, 3 Cass St, Melrose, MA 02176-3924
30581470          Greg Chinn, 8989 Wonderland Ave, Los Angeles, CA 90046-1853
30581471      +   Greg Effinger, 539 W 1400 N, Apt. 104, Logan, UT 84341-7031
30581472      +   Greg Fall, 145 Barrington Dr, Hamilton, OH 45013-2032
30581473      +   Greg Fischer, 1517 Stones Peak Drive, Longmont, CO 80503-2713
30581474          Greg Fitzgerald, 16 macrobertsons close, Melbourne, Victoria, 3065, AUSTRALIA
30581475      +   Greg Gardner, 23904 66th ave s, P106, Kent, WA 98032-2665
30581476      +   Greg Garza, 25376 Morse Ct, Hayward, CA 94542-1134
30581477          Greg Geary, 1441 NY-22, Suite 204, Brewster, NY 10509
30581478          Greg Girard, 248 E Collins St Apt 33, Umatilla, FL 32784-8955
30581479          Greg Henry, 24662 Stewart St, Loma Linda, CA 92354-2720
30581480          Greg Hocker, 8410 Mosshang Ct, Houston, TX 77040-1553
30581481      +   Greg Johnson, 2616 N. 3749th Rd, Sheridan, IL 60551-9590
30581483      +   Greg Knowles, 4943 East 124th Way, Thornton, CO 80241-3005

District/off: 0752-1 User: admin Page 178 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30581484 + Greg Lau, 45-637 Apapane Street, Kaneohe, HI 96744-1915
30581485 Greg MacDonald, 5300 Tobin Street, Apartment 3, Halifax, Nova Scotia, B3H4K2, CANADA
30581486 + Greg Morris, 1891 Rutherford Ave, Louisville, KY 40205-1856
30581487 Greg Nyenhuis, 145 Maria St N, PO Box 429, Tara, ON N0H 2N0, CANADA
30581488 + Greg Poust, 1204 Stein Dr, Cranberry Township, PA 16066-3383
30581489 + Greg Pramis, 130 Wrightwood Pl, Sterling, VA 20164-1129
30581490 + Greg Rocklage, 220 Seven Trails Dr., Apt. C, Ballwin, MO 63011-3973
30581491 + Greg Serum, 234 10th Ave E, Seattle, WA 98102-5720
30581492 Greg Stegbauer, 836 Quailwoods Dr, Loveland, OH 45140-9334
30581493 + Greg Trapp, 1428 W. Hill Rd, Boise, ID 83702-1254
30581495 + Greg Urbani, 5615 Surf Way, Sacramento, CA 95822-2329
30581496 Greg Whalen, 4, Mulberry, DURHAM, ENGLAND DH6 45N, UNITED KINGDOM
30581494 + Greg trusty, 1310 Mildred cir., Alcoa, TN 37701-1638
30581497 Gregg Aurilia, 1419 Hillside Dr, Cherry Hill, NJ 08003-3501
30581498 Gregg Nadel, 2 OLD ROAD LN, MOUNT KISCO, NY 10549-4524
30581499 + Gregorio Moreno, 6801 Greenwood Ave N, Apt. 104, Seattle, WA 98103-5266
30581500 Gregory Benjamin, 4514 Sloat Rd, Fremont, CA 94538-1109
30581501 + Gregory C Hennis III, 404 Maurice Street, Millville, NJ 08332-4116
30581502 + Gregory Chavez, 2200 E Barnett Rd, Unit 1, Medford, OR 97504-8667
30581503 + Gregory Colella, 1541 W Satinwood Dr, Phoenix, AZ 85045-0801
30581504 + Gregory Crabtree, 5497 Muddy Creek Rd, Cincinnati, OH 45238-2034
30581505 + Gregory Dias, 13563 Circa Crossing Dr, Lithia, FL 33547-4351
30581506 Gregory Dittmer, 1778 Chevalier Dr, San Jose, CA 95124-6201
30581507 + Gregory Gillen, 540 Dussel Dr, Maumee, OH 43537-2317
30581508 + Gregory Gonzalez, 2343 SW 139 Ave, Miami, FL 33175-6317
30581509 + Gregory Gundberg, 824 Williamson St, Apt. 106, Madison, WI 53703-4584
30581510 Gregory H Eaton, 30 W 63RD ST # 20MN, NEW YORK, NY 10023-7103
30581511 + Gregory Kalnas, 22 camino court, Sicklerville, NJ 08081-3101
30581512 Gregory Kelly, 79 High Rock Ln, Westwood, MA 02090-1037
30581513 Gregory Landon, 12010 61st Avenue Ct, Gig Harbor, WA 98332-8747
30581514 Gregory Lorito, 322 Chemin Du Parron, Saint-Clement-Les-Places, RHONE-ALPES 69, FRANCE
30581515 + Gregory Noack, 4642 SE 31st Ave, PORTLAND, OR 97202-3640
30581516 Gregory Pierce, 4334 Farragut St Apt F, Hyattsville, MD 20781-2043
30581518 + Gregory Russo, 180 Carriage Crossing Ln., Bldg 9, 2nd Flr, Apt 180, Middletown, CT 06457-5834
30581519 + Gregory Shinn, 1060 S 3rd St, Apt 153, San Jose, CA 95112-3988
30581520 Gregory Slowiak, 5255 N Lamon Ave, Chicago, IL 60630-1605
30581521 + Gregory Sopher, 561 28 rd, Grand Junction, CO 81501-6839
30581522 + Gregory Swart, 61 Stratford Lane, Hastings on Hudson, NY 10706-3008
30581523 + Gregory T. Lucas, 6 Maple Drive, Conshohocken, PA 19428-2206
30581524 + Gregory Tolliver, 2839 E Garden Path, Bloomington, IN 47401-8588
30581525 + Gregory Vincent, 1690 Chaumont Road, Park City, KY 42160-9361
30581526 + Greta Eiken, 3246 south Glenhaven Avenue, Springfield, MO 65804-4569
30581527 + Greta Gearhart, 2035 Westover Ave SW, Roanoke, VA 24015-2311
30581528 + Gretchen Allnutt, 904 Chadwick Shores Drive, Sneads Ferry, NC 28460-9212
30581529 + Gretchen Ariate, 756 South Broadway, Apt. 1104, Los Angeles, CA 90014-2871
30581530 Gretchen Daniel, 11135 Beechnut Ln, Chardon, OH 44024-1494
30581531 + Gretchen Hauge, 24 Sheldon Street, Ardsley, NY 10502-2500
30581532 Gretchen Schaefer, 1483 Woodscreek Cir, Crystal Lake, IL 60014-1979
30581533 + Gretchen Vallejos, 26 Forest Street, Middleboro, MA 02346-2016
30581534 + Grey Davenport, 9636 Fields Rd, Gaithersburg, MD 20878-4738
30581536 + Grey Helleborus, 5601 Goodman Street, Merriam, KS 66202-2235
30581537 Greydan Dalgleish, 96 Gerrard Street East, 8D1, Toronto, Ontario M5B 1G7, CANADA
30581538 Greyson Adrian, 4115 30th St, Lubbock, TX 79410-2516
30581539 + Greyson B Lippiatt, 3951 oglesby rd., Powder Springs, GA 30127-3236
30581540 + Greyson Razook, 510 63rd ave N, Apt A, Myrtle Beach, SC 29572-3224
30581542 + Griffen Applebee, 10184 Rosemarie Run, Brighton, MI 48114-7655
30581543 + Griffin Casey, 111 Webster Ave, Jersey City, NJ 07307-1631
30581544 Griffin Crosa, 4033 50th Ave S, Fargo, ND 58104-4626
30581545 + Griffin Deitrick, 1445 Tolkien Dr, Conway, AR 72034-9364
30581546 + Griffin Drigotas, 498 E 8th St, Boston, MA 02127-3683
30581547 + Griffin Ford-Johnson, 7706 Pinner Dr, Knoxville, TN 37919-8049
30581548 + Griffin Haire, 4034 SW Stutley Rd, Topeka, KS 66610-1494
30581549 + Griffin Holt, 6417 McCahill Drive, Laurel, MD 20707-2739

30581550      + Griffin Howell Hammer, 7526 43rd Ave S, Unit B, Seattle, WA 98118-3902
30581551     #+ Griffin J Elliot, 16 Wallace St, Apt 1, Red Bank, NJ 07701-1856
30581552        Griffin Latter, 29 Holloway Turn Ravenswood, Perth, Western Australia 6208, AUSTRALIA
30581553        Griffin Murray, 222 Marshall St, Decatur, IN 46733-1320
30581554        Griffin Peters, 1095 Salt Rd, Webster, NY 14580-9384
30581555        Griffin Salinas, 1001 W Universoty Ave, SU Box# 7240, Georgetown, TX 78626
30581556        Griffin Stallman, 46204 261st St, Hartford, SD 57033-6603
30581557      + Griffin Stofer, 9242 Ashworth Ave N, Apt B303, Seattle, WA 98103-3541
30581558      + Griffin Tempel, 627 W Barry Ave, APT 1N, Chicago, IL 60657-4573
30581560      + Griffin White, 12412 Palos Tierra Road, Valley Center, CA 92082-5739
30581559      + Griffin van Hilst, 1016 West Franklin Street, Richmond, VA 23220-3736
30581561      + Grigoriy N Goncharov, 5291 WILD INDIGO WAY NW, Acworth, GA 30102-6929
30581562        Gringle Scringe, 807 MANITOU AVE, AKRON, OH 44305-1141
30581563        Griselda Perez, 1502 E WINSTON DR, PHOENIX, AZ 85042-7929
30581564      + Groline, PO Box 878, Georgetown, TX 78627-0878
30581565      + Groot PR, 4646 Amesbury Dr, Apt 429, Dallas, TX 75206-4889
30581566        Grosvenor Fish, 1111 Saint Louis Pl NE, Atlanta, GA 30306-4592
30581567        Gry Haram, Br setvegen 186b, H0321, Trondheim, TRONDELAG 7050, NORWAY
30581570        Guadalupe Molina, 3504 Harbor Ridge Dr, Zion, IL 60099-4720
30581571        Guadalupe Navarro, 395 CAUDELL RD, HOMER, GA 30547-1668
30581572        Guardin, Rheinsberger Str. 76/77, GERMANY
30581574      + Guendalyn Brennan, PO Box 1884, Santa Cruz, NM 87567-1884
30581575        Guido Borso, Via Pria Fora, Apt. 5, Milan, 20127, ITALY
30581576      + Guilford, Kyle, 401 S 1ST STREET, #211, SAINT CHARLES, IL 60174-2864
30581577      + Guillermo Aviles, 7230 Whipple St, Pittsburgh, PA 15218-2053
30581578      + Guillermo Bustillos, 76 Parsley Ln, Chico, CA 95973-9463
30581579        Guin Toledo, 1335 HERRINGTON RD APT 3125, DULUTH, GA 30096-6427
30581580        Guinevere Hester, 6810 Wunderly Ct, Louisville, KY 40291-2463
30581581        Guli Panahi, 4 York Row, Cheltenham GL52 3EW, UNITED KINGDOM
30581582      + Gunkle, 3090, Oakland Rd, Bethlehem, PA 18020-1228
30581583        Gunnar Dickey, 43 GreenLeaf Ct, 1050 Colby A, Rochester, NY 14623
30581584      + Gunnar Gehl, GunnarMusic, LLC, 3130 Wilshire Blvd., Suite 600, Santa Monica, CA 90403-2349
30581585      + Gunnar Petersen, 2016 Woodlawn Dr, Medford, OR 97504-7676
30581586        Gunnar Schmucker, Grachtstr. 11, Erftstadt, Nordrhein-Westfalen 50374, GERMANY
30581587      + Gunnar Souza, 118 Prospect Street, Dartmouth, MA 02748-3242
30581591      + Gus Simonpietri, 804 Maybeury Dr, Richmond, VA 23229-6222
30581592        Gustav H jgaard, Menuetvej 9, lstykke, Sj lland 3650, DENMARK
30581593        Gustavo Rocha, 364 S Center st, Westmorland, CA 92281
30581594      + Guster, 250 West 57th Street, 23rd Floor, New York, NY 10107-2301
30581596      + Guy Fredericks, 111 Frost Pond Rd, Dorset, VT 05251-3403
30581597        Guy Stewart, 17 Palladian, Victoria Bridge Road, Bath, England BA2 3FJ, UNITED KINGDOM
30581598      + Guy Williams, 7 Oxford Drive, Jacksonville, NC 28546-5408
30581595        Guy de Souza, 16 Russet Close, Bristol, England, BS35 4EE, UNITED KINGDOM
30581600        Guytano Carillo Lockwood, 62 Eisenhower Dr, Middletown, NY 10940-4538
30581601        Gwen Gonzalez, 587 CLEARWATER WAY, COQUITLAM, BC V3C 5W5, CANADA
30581602      # Gwen Hilton, 7235 S LEWIS ST, LITTLETON, CO 80127-3481
30581603        Gwen Lomas, 589 Van Wey Cir Apt D, Eagle Point, OR 97524-9776
30581604        Gwen McPherson, 3341 New McEver Rd NW, Acworth, GA 30101-3726
30581605      + Gwendlyn Gubala, 27 Bayberry Ln, South Burlington, VT 05403-8206
30581606        Gwendolyn Bishop, 774 E Ginko Ave Unit 202, Gilbert, AZ 85297-2328
30581607      + Gwendolyn Hillger, 3402 22nd St S, Apt 203, SAINT CLOUD, MN 56301-5074
30581608      + Gwendolyn June, 98 Dwyer Ave, Liberty, NY 12754-1506
30581609      + Gwendolyn McCollough, 342 Evanston, Houston, TX 77015-2319
30581610      + Gwendolyn Scott, 2027 E Mountain Trail, Saint George, UT 84790-2321
30581611        Gwendolyn Sell, 145 Aspinwall Ave, Brookline, MA 02446-6905
30581612        Gwendolyn taylor, 2 Point Court, Mountain Creek, QUEENSLAND 4557, AUSTRALIA
30581613        Gwyneth Hirschfeld, Emmerichstr. 29, G rlitz, Sachsen, 2826, GERMANY
30581614      + H ctor Nunez, 321 Dee rd, Johnstown, CO 80534-7824
30581615        H kon Granum, Nordbyveien 205, Halden 1763, NORWAY
30581624        HAHNEEF MACK, 33 BERGEN ST, GLEN ROCK, NJ 07452-1307
30581707      + HAMILTON HUDSON, 3712 hazel lane, greensboro, NC 27408-3122
30581713      + HANA, c/o Vanessa Murray, 2329 Avon St, Los Angeles, CA 90026-2003
30581854      + HAROLD ISASIS, 969 Summit Ave, Apt 2(, Jersey City, NJ 07307-3654

District/off: 0752-1                    User: admin                                      Page 180 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                              Total Noticed: 30719

30581914          HAVEN UDVARI-SOLNER, 4900 ELM CT, DENVER, CO 80221-1244
30582078      +   HELEN MIOCIC, 6729 SILVERMOUND DR., MENTOR, OH 44060-8417
30582146      +   HERVE DANDOIS, 472 Amherst Street, Unit 7163798, Nashua, NH 03063-1204
30582177      +   HIT Promotional Products, Inc., PO Box 10200, St Petersburg, FL 33733-0200
30582179          HOB Summit MH Corp, 1902 Blake St, Denver, CO 80202-1230
30582228          HOME HOME, 1240 W Arrow Hwy Apt 82, Upland, CA 91786-5064
30582266          HUART Lucille, 91, rue de la Tombe Issoire, Paris, Ile-de-France75014, FRANCE
30582346          HYERI JI, 91 Seongam-ro, 102-1001, HYUNDAI-Apt.,, Seoul, MAPO-GU 3943, KOREA
30582345          HYERI JI, 91, Seongam-ro, Mapo-gu, 102-1001, HYUNDAI-APT.,, SEOUL 3943, SOUTH KOREA
30582347          HYEYUN NOH, 4 MEDORI BLVD, WILMINGTON, DE 19801-5781
30581617          Haajra Mirza, 1512 Spruce St Apt 2301, Philadelphia, PA 19102-4569
30581618      +   Hadi Gharizi, 10621 Menominee Falls Ln, Austin, TX 78754-6122
30581619          Hadi Hadi, 25 Colby St, Keene, NH 03431-4304
30581620          Haeley force, 11037 Hoppe ave, Apt. 1215, Grande cache, ALBERTA T0E 0Y0, CANADA
30581621      +   Hagerty, 573 Dorchester Ave, Apt. 2, Boston, MA 02127-2786
30581622          Hagit Avitan, 40 bitzron, Apt. 12, Tel aviv, TEL AVIV 6789493, ISRAEL
30581623          Hagoromo tsutsuki, 2829 W Marina Dr Apt 2, Moses Lake, WA 98837-2959
30581625          Haiden Teale, 269 Brisbane St, Dubbo, NEW SOUTH WALES 2830, AUSTRALIA
30581626          Hailee Ammons, 9609 Cypert Rd, Yukon, OK 73099-3120
30581627      +   Hailee Bartz, S77W18871 Lions Park Dr., Muskego, WI 53150-9036
30581628          Hailee MIggels, Baltimorehof 24, Den Haag, ZUID-HOLLAND 2548 JN, NETHERLANDS
30581629      +   Hailey Braman, 48 College Way, Cedar City, UT 84720-6933
30581630          Hailey Coates, 412 Leighton Corner Rd, Sanbornville, NH 03872-3353
30581631          Hailey Coble, 204 Lookout Dr, Old Hickory, TN 37138-1518
30581632      +   Hailey Croak, 2243 Sagamore Parkway West, building 22 apartment 25, West Lafayette, IN 47906-1422
30581633          Hailey Dickinson, 117 Bing Dr, Lodi, CA 95240-7272
30581634          Hailey Engle, 1418 Cherry Creek Dr, Winterset, IA 50273-8022
30581636          Hailey Garner, PSC 2 Box 14341, APO, AE 09012-0144
30581637      +   Hailey Greenup, 2304 Dotsero Ave, Loveland, CO 80538-3042
30581638      +   Hailey Guyette, 4428 Riverside Dr, Flower Mound, TX 75028-5663
30581639          Hailey Johnson, 44952 Robson Rd, Van Buren Township, MI 48111-5301
30581640      +   Hailey Mae Niswanger, 116 W Las Flores Dr., Altadena, CA 91001-4344
30581641      +   Hailey Mezurek, 1110 Big Sky Blvd, APT 302, Kent, OH 44240-8227
30581642      +   Hailey Muller, 50 South Joseph St, Moonachie, NJ 07074-1009
30581643          Hailey Oshita, 2436 Emerson St, Palo Alto, CA 94301-4220
30581644      +   Hailey Porter, 15431 Lakewood Terrace Dr, Tomball, TX 77377-2639
30581645          Hailey Shark, 720 SE M St, Grants Pass, OR 97526-3211
30581646          Hailey Siddorn, 8 Balmoral Place, St Catherines, ONTARIO L2T1Z3, CANADA
30581647      +   Hailey Silliman, 372 saint johns place, Apt. 22, Brooklyn, NY 11238-5341
30581648          Hailey Smith, 1303 Roosevelt Dr N, West Bend, WI 53090-1338
30581649      +   Hailey Stoppenbach, 22 N Main Street, Three Rivers, MI 49093-1532
30581650      +   Hailey Szadowski, 2727 Travis Street, Houston, TX 77006-3533
30581651      +   Hailey Webb, 805, Marion Street, Sheffield Lake, OH 44054-2129
30581652          Haili Horiuchi, 1918 Dumas Cir NE, Tacoma, WA 98422-4230
30581653      +   Hailie Johnson, 8318 Northbridge Dr, Klein, TX 77379-6306
30581654      +   Hala, 863 Crestmoor Drive, Oxford, MI 48371-4871
30581655          Halee Halee, 2514 Lee Road 249, Smiths Station, AL 36877-2729
30581656          Haleigh Chappell, 1708 Franklin Ave, Lexington, MO 64067-1413
30581657      +   Haleigh Hodapp, 2180 E Warm Springs Rd, Apt. 2070, Las Vegas, NV 89119-0483
30581658          Halen Kemist, 2015 Hull Ave, Redwood City, CA 94061-3316
30581659      +   Haley Anderson, PO Box 2441, Columbia Falls, MT 59912-2441
30581661          Haley Beckett, 56938 Mount Victory Rd, Jacobsburg, OH 43933-9774
30581662          Haley Bray, 542 W John Hand Rd, Cedartown, GA 30125-2010
30581663      +   Haley Brotzman, 6840 SW Hall Blvd, Apt 33, Beaverton, OR 97008-5245
30581664      +   Haley Byrnes, 35030 Glover, Wayne, MI 48184-2443
30581665          Haley Carr, 15710 Belmont Dr, Crittenden, KY 41030-9602
30581666          Haley Clemens, 118 LANGDON AVE, WATERTOWN, MA 02472-1403
30581667          Haley Funkhauser, 482 Wythe Creek Rd, Poquoson, VA 23662-1936
30581669          Haley Gauda, 1412 Ripken Ct, Murfreesboro, TN 37129-8513
30581670      +   Haley Gauer, 1033 Hilgard Ave, Apt 310, Los Angeles, CA 90024-3048
30581671      +   Haley Golden, 18745 Southwest Farmington Road, B7, Beaverton, OR 97007-4550
30581672          Haley Goss, 5400 N Sapulpa Ave, Oklahoma City, OK 73112-2042
30581673      +   Haley Herzberg, 304 E 57th St, Apt 2E, Kansas City, MO 64113-2140

District/off: 0752-1                              User: admin                                              Page 181 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                                           Total Noticed: 30719

30581674        Haley Lawson, 802 W Virginia Ave, Kokomo, IN 46902-6244
30581675      + Haley Leis, 8807 Q St, Apt 303, Omaha, NE 68127-4822
30581677        Haley Meserve, 1168 Ramble Ct, Deltona, FL 32725-5917
30581678        Haley Miller, 1455 Bluff Valley Cir, Gainesville, GA 30504-6604
30581679        Haley Morningstar, 111 S Richard St Apt C, Bedford, PA 15522-1380
30581680        Haley Reece, 15 Exeter Dr, Berkeley Heights, NJ 07922-1728
30581681        Haley Reynolds, 3613 Quince Ct, Downers Grove, IL 60515-1429
30581682      + Haley Rogers, 21951 Purebred Ln, Escondido, CA 92029-7200
30581683        Haley Rosenberg, 861 Old Farm Rd, Thousand Oaks, CA 91360-4937
30581684      + Haley Schweitzer, 2900 Quakerbridge Road, Trenton, NJ 08619-1632
30581685      + Haley Smoot, 8054 fair breeze drive, Severn, MD 21144-3223
30581686      + Haley Snyder, 1235 Bath Street, Santa Barbara, CA 93101-3611
30581687        Haley Stevenson, 2005 Snowflower Way, Fernley, NV 89408-9776
30581688      + Haley Strom, 808 Swedenberg Rd, Knoxville, IL 61448-9348
30581689      + HaleyBosselman, 1200 Shenandoah Street, Apt. 103, Los Anglees, CA 90035-2264
30581690      + Half Alive, 235 Park Ave South, 9th Floor, New York, NY 10003-1405
30581692      + Halie Chavez, 423 Rogers Avenue, Apt C1, Brooklyn, NY 11225-3473
30581693      + Halie Pang, 320 Dalene Way, Honolulu, HI 96821-2204
30581694        Halima Begum, 124 Normandy Road, Birmingham, England, B20 3BD, UNITED KINGDOM
30581696        Halle Nelson, 302 N Shelby St, Salem, IN 47167-1534
30581697      + Hallie Brooks, 1012 2nd Ave NW, Puyallup, WA 98371-5350
30581698        Hallie Carteret, 1916 Somerville Dr, Hampton, VA 23663-1227
30581699      + Hallie Davis, 3613 winding way, round rock, TX 78664-2395
30581700        Hallie Keller, 4964 S Waimea Way, Holladay, UT 84117-6445
30581701      + Hallie Miller, 11108 Riverchase Dr, Richmond, VA 23233-1827
30581703        Hallie Savell, 6 Classic Ct S, Palm Coast, FL 32137-8348
30581704        Hallie VanMeeteren, 429 Windsor Ln, Centerville, UT 84014-2177
30581706      + Hameed Mourani, 62 Hudson Terrace, Sleepy Hollow, NY 10591-2114
30581708        Hamish Chauncey, 19 Andes Street, Brisbane, Queensland, 4179, AUSTRALIA
30581709        Hamish Plummer, 429 Magill Road, St Morris, SOUTH AUSTRALIA 5068, AUSTRALIA
30581711      + Hamlin Timmons, 2435 East North Street, P.O 4045, Greenville, SC 29608-4045
30581714        Hana G iva ov, Orlovsk 162/803, Ostrava REPUBLIKA 713 00, CZECH REPUBLIC
30581715        Hana Mohamed, Seijo 3-7-21, Setagaya-ku, Tokyo, 157-0066, JAPAN
30581716      + Hanaa Falous, 108 Heritage Riverwood Drive, 108 F, Central, SC 29630-4541
30581717      + Hanah Bessinger, 103 DEBRA AVE, SAINT ROBERT, MO 65584-3735
30581718        Hanan Frazure, 1911 Valley Run Dr, Birmingham, AL 35235-1941
30581719      + HandStands, 1770 S 5350 W, Suite 100, Salt Lake City, UT 84104-4730
30581720      + Handstands & Origaudio, 1525 Washington Street, Braintree, MA 02184-7530
30581722      + Hania Ahmed, 7203 N Grand Parkway W, APT 10303, Spring, TX 77379-1678
30581723      + Hank Buckley, 1407 w 7th st, Apt 20, Lawrence, KS 66044-6716
30581724      + Hank Ramaikas, 44 Essex Road, Maplewood, NJ 07040-2338
30581725        Hank Vann, 10808 Toston Lane, Glen Allen, VA 23060
30581726        Hanna Alley, 2738 SAN JOAQUIN AVE SE, ALBUQUERQUE, NM 87106-3029
30581727        Hanna Aubin, 44 Tupper Drive, North Bay, ON P1C 1N3, CANADA
30581729        Hanna Harris, 1513 Harding Pl, Nashville, TN 37215-4322
30581730        Hanna Lee, 104 Purvis To Baxterville Rd, Purvis, MS 39475-4405
30581731        Hanna Lienhard, Sch tzenhofstrasse 12, Koln 51063, GERMANY
30581732        Hanna Ponto, 58 Dutton Crescent, Regina, Saskatchewan S4N 4E5, CANADA
30581733        Hanna Wagers, 3609 Belmont Cir NW, Cleveland, TN 37312-3403
30581734        Hannah, Wilkinson, Nottinghamshire, England, NG190GL, UNITED KINGDOM
30581735      + Hannah, 2202 Suzanne Ct., Missoula, MT 59804-5146
30581736      + Hannah Abram, 4260 Third Avenue, Apt 103, San Diego, CA 92103-7404
30581737        Hannah Acharya, 1624 W Farwell Ave Apt Gdn, Chicago, IL 60626-3640
30581739        Hannah Andrews, 5711 Creekbend Dr, Houston, TX 77096-5913
30581740      + Hannah Baker, 230 15th Ave SE, Albany, OR 97322-3374
30581741      + Hannah Balik, 225 North Calvert Street, Apt 810, Baltimore, MD 21202-4941
30581743        Hannah Banfield, 38 Friars Oak Road, Hassocks BN6 8PX, UNITED KINGDOM
30581744      + Hannah Blacklock, 13684 Oak Valley Dr, Platte City, MO 64079-7828
30581745      + Hannah Boersma, 3717 142nd Ave, Holland, MI 49424-1214
30581746        Hannah Boesger, 3000 SIGNATURE BLVD, ANN ARBOR, MI 48103-6433
30581747        Hannah Bolton, 4129 Brogan Rd, Stockbridge, MI 49285-9736
30581748        Hannah Bombria, 7 Stillwell St, Huntington, NY 11743-5646
30581749      + Hannah Bosarge, 430 St. louis Street, Apt 219, Mobile, AL 36602-2514

30581750          Hannah Boyle, 253 W Lamont Rd, Huntington, IN 46750-9601
30581751          Hannah Brown, 12A Culwulla St, Berkeley Vale, New South Wales, 2261, AUSTRALIA
30581752          Hannah Brown, 55 Coppelia Avenue, mokoroa, Bay of Plenty 3114, NEW ZEALAND
30581753          Hannah Bryant, 5701 Ridgefield Rd, Knoxville, TN 37912-3417
30581754          Hannah Budic, 489 Merrimak Dr, Berea, OH 44017-2240
30581755          Hannah Campbell, 688 N Avenue H Apt 201, Boise, ID 83712-6470
30581756       +  Hannah Carol Ferris, 1412 Country Lake Drive, Greensboro, NC 27406-8865
30581757       +  Hannah Casey, 24222 Dan River, Katy, TX 77493-3514
30581758          Hannah Chen, 304-120 Harrison Garden Blvd, North York, ONTARIO M2N0H1, CANADA
30581759       +  Hannah Creasey, 2925 Hidden Elm, San antonio, TX 78261-2016
30581760          Hannah Culberson, 1740 NE Irving St Apt 33, Portland, OR 97232-2256
30581761       +  Hannah Dalton, 2620 Washington ave, bedford, IN 47421-4908
30581762       +  Hannah Dias, 4701 W Linda Vista Blvd, Apt. 15102, Tucson, AZ 85742-5436
30581763       +  Hannah Dollarhide, 1560 Boulder St, Unit 513, Denver, CO 80211-4016
30581764          Hannah Elder, 15919 Green Rd, Bowling Green, OH 43402-9714
30581765       +  Hannah Feldman, 20 Brookfield Way, Morristown, NJ 07960-5149
30581766          Hannah Fiegen, 305 Summerwood Pl SE, Airdrie, Alberta T4B 1W4, CANADA
30581767          Hannah Flegal, 835 NW EARL AVE, GRESHAM, OR 97030-5529
30581768          Hannah Foley, 1590 Virginia Ave, Cookeville, TN 38501-1257
30581769       +  Hannah France, 2019 NW 33rd St, Oklahoma City, OK 73118-3023
30581770          Hannah Frazier, 1728 NE 79th Ct, Kansas City, MO 64118-1580
30581771          Hannah Gabel, 1985 N Amidon Ave Apt 111, Wichita, KS 67203-2127
30581772          Hannah Gale, 18 Roche Street, St. John's, NL A1B 1L5, CANADA
30581773       +  Hannah Gregory, 1731 Marigny St, New Orleans, LA 70117-8239
30581774          Hannah Gulley, S ndre Enggate 11, Horten, VESTFOLD 3187, NORWAY
30581775       +  Hannah Gundlach, 4654 Bohleysville Rd, Waterloo, IL 62298-4634
30581776          Hannah Haberer, 25475 Sloth St NW, Zimmerman, MN 55398-4002
30581777          Hannah Haney, 480 E Grandview Ave, Sierra Madre, CA 91024-2013
30581778       +  Hannah Herbst, 215 N Frances Street, Apt. 204, Madison, WI 53703-1957
30581779          Hannah Householder, 155 W Overly Dr Apt 1007, Lake Dallas, TX 75065-2525
30581780          Hannah Hughey, 3221 Knoxville Ave, Long Beach, CA 90808-4125
30581781          Hannah Johnstone, 1505 N Hoyne Ave Apt Be, Chicago, IL 60622-1806
30581782          Hannah Kaplan, 1636 N Rockwell St Apt 202, Chicago, IL 60647-9562
30581783          Hannah Kelly, 2727 29th St NW Apt 720, WA, DC 20008-5551
30581784          Hannah Killam, 1485 Judy Ave, Cantonment, FL 32533-9021
30581785       +  Hannah Kohler, 801 N Monroe St, Apt 628, Arlington, VA 22201-2373
30581786       +  Hannah Lightbody, 25 Marion St, Rochester, NY 14610-1115
30581787          Hannah Lucht, 4867 Harlan Dr, Klamath Falls, OR 97603-7523
30581788       +  Hannah Marr, 305 Cherry Street, Pine Grove, PA 17963-1157
30581789       +  Hannah Marsh, 18414 Woodbine Drive, Arlington, WA 98223-7484
30581790          Hannah Maser, 2509 E 25th Pl, Lawrence, KS 66046-5361
30581791          Hannah Mason, 87 Keelers Way, Colchester, England, CO6 4EF, UNITED KINGDOM
30581792          Hannah Maxwell, 720 N 1000 E, Provo, UT 84606-2023
30581793       +  Hannah McAfee, 1757 S Poplar Ave, Broken Arrow, OK 74012-5118
30581794       +  Hannah McEvoy, 7 Michael Rd, D, New London, CT 06320-2415
30581795          Hannah McNeilly, 2599 Lake Shore Boulevard West, Toronto, ON M8V 1G5, CANADA
30581796          Hannah Merchant, 78 Lake St, Waltham, MA 02451-3132
30581797       +  Hannah Middendorf, 3764 Pendlestone Dr, Columbus, OH 43230-6007
30581798          Hannah Millier, 31 St. Claire Ave, Ottawa, Ontario, K2G2A1, CANADA
30581799          Hannah Mitchell, 1602 Penny Lake Dr, Wallis, TX 77485-8619
30581800          Hannah Mriss, 4132 W Grovers Ave, Glendale, AZ 85308-2926
30581801          Hannah Murphy-Moore, 1309 Portside Ln, Wilmington, NC 28405-4133
30581802          Hannah Murray, 60083 Cheyenne Rd, Bend, OR 97702-8996
30581803          Hannah Novotne, 510 Laurel Dr, Bellevue, NE 68005-4724
30581804          Hannah Pallotta, 5803 Arlyne Ln, Medina, OH 44256-6801
30581805          Hannah Pappas, 2650 N Oracle Rd Apt 105, Tucson, AZ 85705-4305
30581806          Hannah Paulsen, 21 kooralbyn, Nambour, QUEENSLAND 4560, AUSTRALIA
30581807          Hannah Pierce, 6191 Chickasaw Dr, Westminster, CA 92683-2007
30581808          Hannah Pike, 22 redgum place, Gaythorne, QUEENSLAND 4051, AUSTRALIA
30581809          Hannah Ponter, 10 Haweswater Close, Bristol BS30 5XS, UNITED KINGDOM
30581810          Hannah Porcaro, 31 Ebsworth street, Mount Lawley, Western Australia, 6050, AUSTRALIA
30581811          Hannah Rake, 442 Quarry Ave, Dubois, PA 15801-3518
30581812          Hannah Rakestraw, 106 Fripp Dr, Spartanburg, SC 29303-3398

District/off: 0752-1                    User: admin                    Page 183 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                   Total Noticed: 30719

30581813        Hannah Santiago, 3410 S 299th St, Auburn, WA 98001-2228
30581814    +   Hannah Sayles, 626 Windermere Blvd, Unit A, Charleston, SC 29407-8402
30581815        Hannah Scott, 14 Baxter Close, Coventry, England, CV49EH, UNITED KINGDOM
30581816        Hannah Shafer, 252 GRANT ST, TROY, OH 45373-3118
30581817    +   Hannah Shirley, 800 N 3rd St, Apt 404, Grand Forks, ND 58203-2437
30581818        Hannah Slusser, 9552 Botetourt Rd, Eagle Rock, VA 24085-3567
30581819        Hannah Soltis-Kruse, 1185 N Sycamore St, Canby, OR 97013-2394
30581820    +   Hannah Sunderland, 3840 Bethel Church Road, Kevil, KY 42053-9558
30581821    +   Hannah Swanson, 1329 Grand Avenue, Apt A, Saint Paul, MN 55105-2623
30581822        Hannah Thiessen, 521 Oak Lk, Lake Dallas, TX 75065-2338
30581823    +   Hannah Thompson, 2114 November Glen Drive NW, Acworth, GA 30102-6451
30581824        Hannah Thurber, 21505 Ahlstrom Ave, Rogers, MN 55374-8926
30581825        Hannah Villaroman, 3134 Crane Pl, Hammond, IN 46323-1106
30581826        Hannah Wagner, 10105 62nd Dr NE, Marysville, WA 98270-6611
30581827        Hannah Weaver, 3012 Fleet Dr, Austin, TX 78748-2963
30581828        Hannah Wiley, 1530 Walnut St, Woodbridge, VA 22191-3143
30581829        Hannah Wiseman, 88 Harris Avenue MAIN, Toronto, ON M4C 1PC, CANADA
30581830    +   Hannah Wolfe, 301 Wilcrest Dr., Apt. 4001, Houston, TX 77042-1097
30581831        Hannah Zarate, 2191 WOODHAVEN DR, SAYLORSBURG, PA 18353-7958
30581742    +   Hannah ballance, 167 w 17th st, Reserve, LA 70084-6231
30581832        HannahLei Prunty, 6940 Wisconsin Ave, La Mesa, CA 91942-1202
30581833    +   Hanneliese Kausen, 955 W St Clair Ave, Apt. 307, Cleveland, OH 44113-1234
30581834        Hannelore Gerber, Oberstrasse 110, Koln 51149, GERMANY
30581835    +   Hanni Newess, 1160 E Lugonia Ave, Apt. D, Redlands, CA 92374-2641
30581836        Hans Schneider, Eilenburger Stra e 17A, Leipzig 4317, GERMANY
30581837    +   Hanson, Bianca, 1273 marywood court, aurora, IL 60505-1570
30581838    +   Hard Rock International Orlando, 6050 Universal Blvd., Orlando, FL 32819-7611
30581839    +   Haresh Manhoralall, 104-55 117th Street, Queens, NY 11419-2700
30581840    +   Harle Johnson, 4118 N Crestline St, Spokane, WA 99207-4403
30581841    +   Harlee Childs, 2172 w Shadow Wood Drive, Lehi, UT 84043-6583
30581842    +   Harlee Evans, 141 Beeny, Beeny Road, Manitou, KY 42436-9511
30581843        Harley Brewer, 12774 County Road 216, Jasper, MO 64755-9203
30581844        Harley Jones, 3 Ganderclough, The Stenders, Mitcheldean, ENGLAND GL17 0HY, UNITED KINGDOM
30581845        Harley Masten, 750 S Douglas Ave, Springfield, MO 65806-2920
30581846    +   Harley Rose, 1018 Dunhamtown Brimfield Rd, Brimfield, MA 01010-9757
30581847        Harlie Marquez, 2113 N 1300 W, Clinton, UT 84015-9054
30581848        Harmen Nuku, 30 Guinivere Way, Camillo, Western Australia, 6111, AUSTRALIA
30581851        Harmony D'Angelo, 28 Birks road, Echunga, SOUTH AUSTRALIA 5153, AUSTRALIA
30581852    +   Harmony Mason-Williams, 550 Ocean Ave, #5A, Brooklyn, NY 11226-3759
30581853    +   Harms, Anna, 1199 landfield rd, Batavia, IL 60510-3619
30581855        Harold Shippee, 516 Milby Town Rd, Shacklefords, VA 23156-3048
30581856    +   Haroni Sahilu, 708 S Lindon Ln, Apt. 2043, Tempe, AZ 85281-3221
30581857    +   Harper Andrade, 2 Belmont Street, Somerville, MA 02143-2535
30581859    +   Harper Sims, 5105 Greentree Trail, Atlanta, GA 30349-1737
30581860    +   Harper Wilson, 601 South College Road, CB 21427, Wilmington, NC 28403-3201
30581858        Harper kate Ellingson, 142 Oak St N Unit A, Miltona, MN 56354-4100
30581861        Harriett Greene, 20 High View Road, London, ENGLAND SE19 3SS, UNITED KINGDOM
30581862    +   Harris Tate, 7 Penn Valley Village, Lititz, PA 17543-8731
30581863    +   Harris Theatre for Music and Dance, 205 E. Randolph Drive, Chicago, IL 60601-6530
30581864        Harris Whiteson, 711 Old Farm Rd, Valhalla, NY 10595-1511
30581865    +   Harrison, 862 main ave, Apt. 11, Durango, CO 81301-5451
30581866        Harrison Giffear, 3616 Kirkwood St Georges Rd, Bear, DE 19701-2261
30581867        Harrison Kessenich, 3000 E Matterhorn Dr, Flagstaff, AZ 86004-2234
30581868        Harrison King, 4 Hazelton street, Macgregor, AUSTRALIAN CAPITAL TERRITORY, AUSTRALIA
30581869    +   Harrison Loftus, 1820 S Crawford Rd, Apt G8, Mt Pleasant, MI 48858-4195
30581870    +   Harrison Lutz, 2721 Rabbit Creek Drive, Georgetown, TX 78626-2161
30581871    +   Harrison Mays, 280 Sherwood Drive, Athens, GA 30606-2332
30581872    +   Harrison McDonough, 11 Spangle Way, O fallon, MO 63366-5525
30581873        Harrison Prince, 520 Impala Ave, High Point, NC 27265-1841
30581874    +   Harrison Smart, 19536 amber way, noblesville, IN 46060-7674
30581875    +   Harrison Steeley, 1536 N Roosevelt Ave, Fresno, CA 93728-1709
30581876        Harrison Vogelsang, 323 Westover Dr, Homewood, AL 35209-5249
30581877        Harry Barratt, 16 Wilmington Court, Leicestershire, Loughborough, England LE11 2PS, UNITED KINGDOM

District/off: 0752-1                          User: admin                                      Page 184 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                              Total Noticed: 30719

30581878          Harry Bennett, 97 Crane Crescent, Gold Coast, Queensland, 4211, AUSTRALIA
30581879          Harry Campbell, 19 beachcomber drive, Inverloch, VICTORIA 3996, AUSTRALIA
30581880          Harry Field, 4 Boomerang St, Turramurra, New South Wales 2074, AUSTRALIA
30581881          Harry Fullick, 92 Pevensey Way, Surrey Heath, ENGLAND GU16 9UX, UNITED KINGDOM
30581882          Harry Halliday, 29 Maraket avenue, Blaxland, NEW SOUTH WALES 2774, AUSTRALIA
30581883          Harry Johnston, 13 Sciennes, Newington, House 15, Room 1, Edinburgh, SCOTLAND EH9 1NJ, UNITED KINGDOM
30581884          Harry Klapheke, 891 Pinnacle Hill Rd, Kingston Springs, TN 37082-9215
30581885          Harry Kwon, 41 Trevino Circle, Barrie, Ontario L4M 6T9, CANADA
30581886     +    Harry Leonard, 3458 S 31ST ST, Tacoma, WA 98409-4804
30581887          Harry Roberts, 1304 CHAMPLAIN DR, VOORHEES, NJ 08043-2862
30581888          Harry Rosson, 1132 Holderness Road, Hull, ENGLAND HU9 4AP, UNITED KINGDOM
30581889          Harry Turquand, 24c Denman Road, London, England, SE155NP, UNITED KINGDOM
30581890     +    Harry Velez, 17 Claudia ct, Staten Island, NY 10303-2144
30581891          Harry Wales, 16 Chestnut walk, Strathaven, Scotland ML10 6GY, UNITED KINGDOM
30581892          Harry Watts, 154 Holly Road, ALDERSHOT, ENGLAND GU12 4SG, UNITED KINGDOM
30581893     +    Harry Williamson, 4123 Hain Drive, Lafayette Hill, PA 19444-1513
30581894          Hartz Van Slyke, 527 LIGHTNING TRL, MAITLAND, FL 32751-4048
30581895     +    Haru Darling, 444 DeHaro St, Ste 200, San Francisco, CA 94107-2578
30581896          Harut Tatulyan, 6955 Giusti Rd, Forestville, CA 95436-9637
30581897          Harvey Carter, 6 Deerfin Park, Newtownabbey,Northern Ireland, BT37 9JB, UNITED KINGDOM
30581898     +    Harvey Hanson, 9015 SW Locust St, Portland, OR 97223-6626
30581899          Harvey Jones, 12 Briar St, Norwalk, CT 06854-3824
30581900          Harvey Leonard, 72 Bradley St, East Hartford, CT 06118-2303
30581901     +    Hasan U Dimayuga, 10171 Bon Aire Drive, El Paso, TX 79924-2933
30581902     +    Hasani Drain, 611 E83rd pl, Chicago, IL 60619-5805
30581903     +    Hashem Hraky, 1477 Girard St NW, Unit 2, WA, DC 20009-6364
30581904          Hasnain Afzal, 59 tivoli road, London, ENGLAND TW46AD, UNITED KINGDOM
30581905     +    Hassett Logistics, 17W775 Butterfield Rd, Suite #109, Oak Brook Terrace, IL 60181-4534
30581906     +    Hassett, James, 1136 LOGAN ST, APT 1, LOS ANGELES, CA 90026-3892
30581907     +    Hatco International, 11776 W Sample Rd, Unit 102, Coral Springs, FL 33065-3180
30581908     +    Havanah Hamilton, 2151 Sandbur Drive, Fort Collins, CO 80525-5722
30581909     +    Haven Andrews, 12408 Emerald Oskar Dr, Austin, TX 78739-4836
30581910     +    Haven Aragon, 59 Range Rd, Edgewood, NM 87015-9717
30581911          Haven Dixon, 11114 S Lyndbrook Way, Sandy, UT 84092-5012
30581912     +    Haven Hernandez, 403 1st St, Fillmore, CA 93015-1509
30581913          Haven Michael, PO Box 1169, Morehead, KY 40351-5169
30581917     +    Hawthorne Music LLC, 317 NE Sacramento St, Portland, OR 97212-3717
30581918          Hayato Asai, Isobe928-2, Chikuma, NAGANO 389-0806, JAPAN
30581919          Hayato Yamanouchi, Saga 1-chome 8-6 Residia Monzennakacho P, Apt. 307, Koto-ku, Tokyo, 135003, JAPAN
30581920     +    Hayden Abrevaya, 609 Clayton Lane, Apt. 436, Austin, TX 78752-0614
30581921          Hayden Anderson, 1527 S 96th St, West Allis, WI 53214-4127
30581922     +    Hayden Banks, 402 S Illinois Ave, Martinsburg, WV 25401-1930
30581923     +    Hayden Berry, 2614 Rio Grande St, Apt. 510, Austin, TX 78705-4017
30581924     +    Hayden Bowker, 12815 SE 225th CT, Kent, WA 98031-3933
30581925          Hayden Butler, 5071 Buckingham Place Drive, TROY, MI 48098
30581926          Hayden Franks, 85 Congreve Road, Worthing, ENGLAND BN14 8EN, UNITED KINGDOM
30581927          Hayden Ilott, 317 Tracy Street, LAVINGTON, NEW SOUTH WALES 2641, AUSTRALIA
30581928          Hayden Johnson, 4565 Sagebrush Dr NW, Kennesaw, GA 30152-5442
30581929     +    Hayden Lancaster, 2434 Amber Glen Drive, Murfreesboro, TN 37128-8519
30581930     +    Hayden Mayer, 28 Ferris Dr, Garrison, NY 10524-3218
30581931          Hayden Nichols, 5437 Bowman Rd Ste 416, Macon, GA 31210-6573
30581932          Hayden Noelker, 26101 Country Club Blvd Apt 506, North Olmsted, OH 44070-4544
30581933          Hayden Reeves, 105 E Haley St, Modale, IA 51556-2010
30581934     +    Hayden Rodgers, 243 Hemlock Court, Hershey, PA 17033-3203
30581936     +    Hayden Snyder, 17314 Lassen Forest Lane, Humble, TX 77346-1550
30581937     +    Hayden Stone, 1720 Tall Pine Circle, Safety Harbor, FL 34695-5230
30581939          Hayden Waugh, PO Box 71, Fernvale, Queensland 4306, AUSTRALIA
30581940     +    Hayden Wayne Jones, 780 Graves Road, Acworth, GA 30101-6106
30581941     +    Hayden Woods, 91 9th Street Unit B, B, Belgrade, MT 59714-3291
30581942          Hayden Zec, 93 Newborough St, Scarborough, Perth, WESTERN AUSTRALIA 6019, AUSTRALIA
30581943          Haydn Bryan, 1406 S Longmont Ave, Boise, ID 83706-3730
30581944          Hayk Kasparian, 2321 Gutierrez Dr, Fort Worth, TX 76177-7258
30581945          Hayle Heiserman, 1371 E Butler Cir, Chandler, AZ 85225-5439

30581946        Hayle M., 218 S University St, Murfreesboro, TN 37130-4349
30581947        Haylee Flynn, 3204 Valdez Dr, Des Moines, IA 50310-4942
30581948    +   Haylee Grover, 78 Hanover St, Silver Creek, NY 14136-1529
30581949    +   Haylee Mottl, 1110 S Broadway St, South Hall 328, Menomonie, WI 54751-2461
30581950        Hayleigh Cullen, 630 Summit Rd, Union, NJ 07083-7750
30581951        Hayley Bedenbaugh, 4698 Bethel Church Rd, Prosperity, SC 29127-7791
30581953        Hayley Burrows, 91 Salters Way, Dunstable, England LU6 1UG, UNITED KINGDOM
30581954    +   Hayley Dillon, 2345 W Thomas St, 2F, Chicago, IL 60622-5496
30581955        Hayley Hardison, 9737 BRENTSVILLE RD, MANASSAS, VA 20112-4517
30581956        Hayley Jamieson, 70 rotary drive, St. John's, NL A1E0B9, CANADA
30581957        Hayley Marsten, 18/71 Elkhorn Street, Enogerra, Queensland, 4051, AUSTRALIA
30581958    +   Hayley Maxwell, 12759 Flat Meadow Lane, Herndon, VA 20171-2250
30581959        Hayley Norton, 17 Mere Road, Stourbridge DY8 3AY, UNITED KINGDOM
30581960    +   Hayley Parham- c s gift to hay, 1004 muscogee tr, Carrollton, TX 75010-1128
30581961    +   Hayley Quan, 267 Brewster Ave, Sacramento, CA 95831-2343
30581962        Hayley Scott, 6500 CHAMPION GRANDVIEW WAY, AUSTIN, TX 78750-8223
30581963        Hayley Titley, 25 Montgomery Road, Walsall WS2 0AX, UNITED KINGDOM
30581964        Hayley Walkup, 138 Oakland Cir, Canton, NC 28716-4486
30581965        Hayli Parry, 982 W 880 N, American Fork, UT 84003-5238
30581966        Hayli Stallings, 760 Northerden Ct, Johns Creek, GA 30005-2541
30581967    +   Hayli Yetter, 1188 Bellaire St, Apt 106, Denver, CO 80220-6223
30581968    +   Hayro Luque, 9874 N Kendall Drive, G102, Miami, FL 33176-1833
30581969        Haze Hamilton, 2000 Broadway St Apt 210, Vancouver, WA 98663-3479
30581970    +   Hazel Canton, 1512 Ave K, South Houston, TX 77587-4748
30581971    +   Hazel Chester, 434 S Erie St, Wichita, KS 67211-2123
30581972        Hazen Struthers, 711 McConnell Ave, Cornwall, ONTARIO K6H 4M2, CANADA
30581973        Hazim Hakim Mazlan, Block 511 Choa Chu Kang Street 51, #02-2, Singapore, Singapore, 680511, SINGAPORE
30581976    +   Heath Baker, 703 Varsity Dr, Wilmington, NC 28403-8447
30581977        Heath Brown, 407 Ray St, Waynesville, NC 28786-2994
30581978        Heath DeMarco, 2424 S Mustang Rd Apt 1508, Yukon, OK 73099-0046
30581979        Heath Polkinghorne, 60-62 Mitton Ave, Henley Beach, SOUTH AUSTRALIA 5022, AUSTRALIA
30581980        Heather Babka, 1608 21st St, Harlan, IA 51537-1817
30581981        Heather Barnett, 110 Hemlock Dr, Morton, IL 61550-1214
30581982    +   Heather Bartley, 5 Catalpa Pl, Pittsburgh, PA 15228-2422
30581983        Heather Biddell, Walton House, Lang Horns Lane, Outwell, ENGLAND PE14 8SH, UNITED KINGDOM
30581984        Heather Biddell, Walton House, Langhorns Lane, Outwell, ENGLAND PE148SH, UNITED KINGDOM
30581985    +   Heather Block, 1102 N 5th Street, Perkasie, PA 18944-1871
30581986    +   Heather Brown, 4961 NEWBOLT RD, OWENSBORO, KY 42303-2295
30581987        Heather Brown, 14014 Greencroft Ln, Cockeysville, MD 21030-1108
30581988    +   Heather Bryant, 163 Brook Run Ln, Stamford, CT 06905-3003
30581989    +   Heather Campbell, 1117 sw 67th st, Oklahoma city, OK 73139-1511
30581990        Heather Chapman, 829 N 23rd St, Allentown, PA 18104-3907
30581991    +   Heather Christ-Jaynes, 7153 Bryant Rd, Morenci, MI 49256-9575
30581992        Heather Clark, 230 HARRISON ST, FRIDAY HARBOR, WA 98250-8019
30581993    +   Heather Cornell, 5118 Barry Ave, Klamath Falls, OR 97603-8004
30581995        Heather DeWit, 2200 S Bahnson Ave, Sioux Falls, SD 57103-4458
30581994    +   Heather Dedrick, 1420 Rock Ridge Court, Colorado Springs, CO 80918-3213
30581996        Heather Donald, 1242 S Little River Rd, Forest, MS 39074-8396
30581997        Heather Duncan, 228 W Marthona Rd, Madison, TN 37115-3509
30581998        Heather Gramajo, 8509 Villa La Jolla Dr, Apt K, La Jolla, CA 92037-2304
30581999    +   Heather Gudac, 2307 Alabama Ave, Durham, NC 27705-3151
30582000        Heather Harris, 107 Southview Dr, Fate, TX 75189-8618
30582001        Heather Harvey, 818 Demunds Rd, Dallas, PA 18612-6203
30582003    +   Heather Horning, 1237 Windsong Dr, Lakeland, FL 33811-2369
30582004        Heather Howard, 545 POND VIEW DR UNIT 203, NORTH LIBERTY, IA 52317-2501
30582005        Heather J wright, 33 The Esplanade, Unit 1, Ashgrove, QUEENSLAND 4060
30582006        Heather Jackson, 149 Loft Dr, Saltville, VA 24370-4409
30582007        Heather Kreager, 866 Weiant Ave, Newark, OH 43055-2402
30582008        Heather L Hogan, 8229 W Daphne St, Milwaukee, WI 53223-5560
30582009    +   Heather Martin, 3230 S Grant St, Englewood, CO 80113-2607
30582010        Heather Martino, 69 Southfield Cir, Concord, MA 01742-3447
30582011        Heather McNemar, Unit 7110 Box 71, DPO, AE 09488-0071
30582012        Heather Medrano, 10361 N 115th Dr, Youngtown, AZ 85363-1707

30582013        Heather Mercredi, 74 Caribou Crescent, Apt. 362, Fort Smith, Northwest Territory X0E0P0, CANADA
30582014    +   Heather Murphy, 22 Stratford Rd, East Brunswick, NJ 08816-2021
30582015        Heather Newman, Montravail, Eastcombe, Stroud, ENGLAND GL6 7DY, UNITED KINGDOM
30582016        Heather Noecker, 8 FIFIELD ST, NASHUA, NH 03060-5112
30582017        Heather Okker, 9320 Highway 941, Gonzales, LA 70737-8425
30582020    +   Heather Phillips, 207 Richards St, College Station, TX 77840-3943
30582021        Heather Poublon, 1823 Sabo Street, Kingsville, ONTARIO N9Y3A4, CANADA
30582022    +   Heather Raymond, 4716 Timberline, Rollingwood, TX 78746-5671
30582023    +   Heather Rogers, 4850 SW 11th St, Apt. 109, Gresham, OR 97080-7312
30582025    +   Heather Roscoe, 5940 Oriole Pl SE, Prior Lake, MN 55372-3331
30582027        Heather S Bauer, 9248 BENNINGTON WAY, DAYTON, OH 45458-5024
30582028        Heather Scalia, 6511 S M 66 Hwy, Nashville, MI 49073-9430
30582029        Heather Scott, 12 Crestview Dr, Greenwood, IN 46143-1144
30582030    +   Heather Smith, 5956 Azalea Lane, Dallas, TX 75230-3404
30582032        Heather Taylor, 3325 Middleton Ln, Redding, CA 96002-5001
30582033        Heather Thorsell, 1226 Barratts Chapel Rd, Felton, DE 19943-5516
30582034        Heather Turner, 9600 HAMLIN BLVD APT 1002, SEMINOLE, FL 33776-1015
30582035        Heather Wadhams, 58 Oak Box 551, Alert Bay, BC V0N 1A0, CANADA
30582036        Heather Welch, 1758 S Wasatch Dr, Salt Lake City, UT 84108-3366
30582037    +   Heather Yocum, 15014 s main st, PO box 154, Blanford, IN 47831-0154
30582019    +   Heather oswald, 2139 wells avenue, Sarasota, FL 34232-3909
30582026        Heather rose, 85277 AMARYLLIS CT, FERN BCH, FL 32034-9707
30582031        Heather stephenson, 72 leigh drive, Melbourne, Victoria 3810, AUSTRALIA
30582038    +   Heaven Rich, 16 Holiday Ln, Enfield, CT 06082-4016
30582041    +   Hebert, Kyle, 60 W 76TH STREET, APT. 2C, New York, NY 10023-1506
30582042    +   Hector Diaz, 2827 Landover Blvd., Spring Hill, FL 34608-7254
30582043        Hector Galvan, 302 Shelly Rd, Wilmer, TX 75172-2321
30582044    +   Hector Garcia, 205 Blue Jay St, Buda, TX 78610-9115
30582045    +   Hector J Castillo, 3236 resaca vista dr., Brownsville, TX 78526-4300
30582047    +   Hector John Deleon, 6105 Park ave, Apt 2, West New York, NJ 07093-4130
30582048    +   Hector Rodriguez, 19083 Cottonwood Drive, Apt 728, Parker, CO 80138-8657
30582049    +   Hector Urbina, 101 N Somerset CT, Sanford, FL 32773-7318
30582050        Hector Vargas, 1175 W Baseline Rd, Claremont, CA 91711-2146
30582046    +   Hector jaime, 3503 Salado Brook, Apt. 3503, San Antonio, TX 78222-2055
30582051    +   Hegstrom, Denyse, 610 N. WASHINGTON AVE, BATAVIA, IL 60510-2056
30582052    +   Hei Yin Cheung, 55 Cumberland St. Apt 9, Brooklyn, NY 11205-1016
30582053    +   Heidi Barnett, 15417 Plantation Oaks Dr, Apt 7, Tampa, FL 33647-2153
30582054    +   Heidi Bell, 22 Maple Ave, Wheeling, WV 26003-5733
30582055        Heidi Campbell, 187 Old Toll Rd, Madison, CT 06443-1768
30582056        Heidi Cortes, 2432 Newburg Rd Spc 18, Fortuna, CA 95540-2825
30582057        Heidi Countermine, 1143 SACANDAGA RD, GLENVILLE, NY 12302-6052
30582058        Heidi Crawford, 36355 Calhoun Rd, Eustis, FL 32736-9461
30582059    +   Heidi Haynes, 1742 Farmington Ct, Crofton, MD 21114-2307
30582060        Heidi Hiscutt, 20 Derlyn Road, Fareham, England PO16 7TJ, UNITED KINGDOM
30582061    +   Heidi Krantz, 79 GULF RD, DERRY, NH 03038-5933
30582062    +   Heidi L Rush, 3797 Highland Ave, Oneida, NY 13421-3627
30582063        Heidi Nantz, 400 Jl Seehorn Jr Rd, Box 15646, Johnson City, TN 37614-6504
30582064        Heidi Trunk, Ardlow Cottage, VA, Cavan A82 D710, IRELAND
30582065        Heidi Vogel, 5731 Tuxedo Ter, Los Angeles, CA 90068-2457
30582066    +   Heidi.unbehaun@gmail.com, 575 E Seminary St, Richland Center, WI 53581-2311
30582067        Heikki Mets vainio, Itkonniemenkatu 4b C 101, Kuopio, POHJOIS-SAVO 70500, FINLAND
30582069        Heini Heikkil, Sel ntauksentie 987, Pihtipudas 44860, FINLAND
30582070        Heinrich Goeden, Kempener Allee 19, Krefeld 47803, GERMANY
30582071    +   Helen Chiasson, 546 E 8th Street, Boston, MA 02127-4133
30582072        Helen Davison, 12 Hurstbrook Drive, Stretford, Manchester M32 9JQ, UNITED KINGDOM
30582073        Helen Dobson, 253 Nacton Road, Oaklands, Ipswich, England IP3 9JW, UNITED KINGDOM
30582074        Helen Gastev, 1/175 Broadhurst Avenue, Reservoir, Victoria 3073, AUSTRALIA
30582075        Helen Goldberg, 1179 Forrest Blvd, Decatur, GA 30030-4738
30582076    +   Helen Laguerta, 8470 Limekiln Pike, PH11, Wyncote, PA 19095-2740
30582077    +   Helen Maragos, 416 E Wilson St, Apt. 53, Madison, WI 53703-3466
30582079    +   Helen Schultz, 1358 Dekalb Avenue, 3R, Brooklyn, NY 11221-5851
30582080    +   Helen Woods, 80 Damon Rd, #2207, Northampton, MA 01060-1854
30582081        Helena Cecilia Bonilla, Avenida de los derechos humanos 1, escalera izquierda 10 B, ALCORAN, MADRID 28924, SPAIN

30582082    + Helena Jandzio, 46 Huntley Rd, Phoenix, NY 13135-3317
30582083    #+ Helena Mestriner, 5609 Sacco St., Round Rock, TX 78665-3939
30582084       Helena Nichols, 15 Waterford Ct, Williamsburg, VA 23188-1538
30582085       Helena Smith, 15074 Reynosa Dr, Rancho Murieta, CA 95683-9157
30582086       Helene Holmen, Julianus Holms Veg 28, Trondheim 7041, NORWAY
30582087    + Heli Perez, 293 W. 23rd St, Tracy, CA 95376-2609
30582088       Helio Bomfim Pereira Junior, 9 Chuckethall Place, chuckethall place, Livingston, SCOTLAND EH54 8AN, UNITED KINGDOM
30582089    + Helio fernandez, 1537 flanigan dr, Apt 123, San jose, CA 95121-2121
30582090       Helle Dising, Fridtjof Nansens vei 6, Trondheim 7020, NORWAY
30582091       Hello Clothing, 6 Union Rd, Rathrippon, IRELAND
30582092    + Hello Merch, 850 W Lincoln St, Phoenix, AZ 85007-3425
30582093    + Helly Hansen, 14218 8th Street E, Suite 100A, Sumner, WA 98390-5500
30582094    + Hemptopia Inc, 725 NE 4th St, Unit D, Mcminville, OR 97128-4527
30582096    + Henley Barnes, 2800 Waterview Parkway, Apt 6514, Richardson, TX 75080-0801
30582097       Henri Oblad, 6030 MALLOY AVE, FERNDALE, WA 98248-9354
30582098    + Henri's Present, 316 South Saint Patrick, New Orleans, LA 70119-5831
30582099    + Henricks, Justin, 116 3RD ST GARAGE, TROY, NY 12180-4037
30582100       Henriette Bruun, 503 Flicker Ave, Davis, CA 95616-0178
30582101    + Henry Baldacci, 4906 Bridle Run, 2A, Ypsilanti, MI 48197-9164
30582102    + Henry Berg, 6 Lost Dog Ct., Elgin, SC 29045-8285
30582103       Henry Beverungen, Smith Rd, Rohrersville, MD 21779
30582104       Henry Birks, PO Box 167, Macclesfield, South Australia 5153, AUSTRALIA
30582105       Henry Butler, 2121 Harrison Ave Apt O8, Panama City, FL 32405-4568
30582106       Henry Campbell-Wood, 1053 East 11th Ave., Vancouver, BC V5T 2G1, CANADA
30582107    + Henry Cohrs, 3810 5th ST, NORTH BEACH, MD 20714-9730
30582108    + Henry Davis, 8231 Doctor Craik Court, Alexandria, VA 22306-3275
30582109       Henry Forman, Heiligenstadter Straaye 9, Wien 1190, AUSTRIA
30582110    + Henry France, 265 Midway Drive, River Ridge, LA 70123-2067
30582111       Henry Freebourn, 600 Marathon Dr Apt 22, Campbell, CA 95008-0411
30582112    + Henry Galleguillos, 706 NE 27 AVE, HALLANDALE BEACH, FL 33009-2948
30582113       Henry Harris, 31 Wyandra St, Apt. 706, Brisbane, Queensland, 4005, AUSTRALIA
30582114    + Henry Juarez, Po:603 22776 Elm Dr, Crestline, CA 92325-0603
30582115    + Henry Klimczak, 111 W Monroe St, Chicago, IL 60603-4096
30582116    + Henry L Mix, 1940 Birchwood Lane, Athens, GA 30606-5484
30582117    + Henry M, 1361 Rose Ave, Ukiah, CA 95482-6527
30582118    + Henry Mo, 1729 Hill Dr, South Pasadena, CA 91030-4021
30582119       Henry Moerman, Wigerathorp, Apt. 5, Gerkesklooster, Friesland 9873 RB, NETHERLANDS
30582120    + Henry Montoya, 10712 E 29th Pl, Tulsa, OK 74129-7806
30582121       Henry Morgan, 600 Dye St, Pensacola, FL 32534-9625
30582123    + Henry Paul Teixeira Nancassa, 82 Otis Street, Cambridge, MA 02141-1980
30582124       Henry Perez, 4035 HARMONY POINT DR, N LAS VEGAS, NV 89032-6163
30582125       Henry Perry, 710 Stanley Dr, Fernandina Beach, FL 32034-2432
30582127       Henry Ramirez, 1412 W 80th St, Los Angeles, CA 90047-2833
30582128       Henry Rice, 14890 Keppen Ave, Allen Park, MI 48101-2910
30582129       Henry Riley, 1 Sluice Road, Kings Lynn, ENGLAND PE34 3EQ, UNITED KINGDOM
30582130    + Henry Sirota, 2166 Broadway, 10 D, NY, NY 10024-6671
30582131       Henry St John, 54 Deer Run Rd, Durham, CT 06422-2619
30582132    + Henry Thompson, 2707 S Adams St, Apt 1, SALT LAKE CITY, UT 84115-3350
30582133       Henry Trahan, 13590 Stonehenge Cir, Pickerington, OH 43147-9548
30582134       Henry Twentier, 311 Elm St, Slippery Rock, PA 16057-1526
30582135       Henry ZhangYingHan, 6215 NE 92nd Dr, Portland, OR 97253-1776
30582126    + Henry petty petty, 104 Shelby rd, Sherwood, AR 72120-3114
30582136    + Henson Davidson, 3608 Connecticut, S5, St. Louis, MO 63116-4800
30582137       Herbie Bennett, 28 Clifton Vale Close, Bristol, ENGLAND BS84PX, UNITED KINGDOM
30582138       Heritage Sportswear, Dept 6054, PO Box 4517, Houston, TX 77210-4517
30582139    + Herman Solis, 3189 S Pitkin St, Aurora, CO 80013-2069
30582140    + Hernan Justo Justo, 17 Sylvan Dr, Greenville, SC 29605-1222
30582141       Hernan Sorate, 236 Rue du Faubourg Saint-Honor, Jakubova-Sorate, Paris, ILE-DE-FRANCE 75008, FRANCE
30582142       Herrenmoden Schmerstr ter - Christof Sc, Markt 7, Werne, Nordrhein-Westfalen 59368, GERMANY
30582143    + Herschel J Mattox, 1 St Mary of Woods Coll, Saint mary-of-the-Woods, IN 47876-1001
30582144       Hershel Cohen, 17235 Stagg St, Lake Balboa, CA 91406-1609
30582145    + Hershey Entertainment & Resorts Company, 27 West Chocolate Avenue, Hershey, PA 17033-1672
30582148    + Herzen Valle Reis, 12 Gates Ave, MARLBOROUGH, MA 01752-2615

District/off: 0752-1      User: admin      Page 188 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

30582149      Hester Miles, British Forces Post Office 5314, London, England HA4 6EP, UNITED KINGDOM
30582151    +   Hetland, 546 Saint Joe St., Spearfish, SD 57783-1954
30582152    +   Hevyn morella, 900 Eastwood Avenue, Tallmadge, OH 44278-2630
30582153      Hiend Darweesh, Flat 404, Block B, Luneside, 69 St George s Quay, Lancaster, ENGLAND LA1 5JT, UNITED KINGDOM
30582154    +   High Caliber, 6250 N Irwindale Ave., Azusa, CA 91702-3208
30582155    +   Higher Ground, 1214 Williston Rd, S. Burlington, VT 05403-5720
30582156      Hilaria Fernandez, Josefa lvarez P. de Arroyo 1911, Tijuana, Baja California 22416, MEXICO
30582157    +   Hilary Baylor, 930 Pebblestone Court, Alpharetta, GA 30009-6824
30582158      Hilary Bracher, 15720 CHAROLAIS DR, CYPRESS, TX 77429-1628
30582159      Hilary Domencic, 418 Pressley St, Pittsburgh, PA 15212-5519
30582160      Hilary Herndon, 7233 Dove Field Ln, Indian Land, SC 29707-7846
30582161      Hilary Higby, 2104 Winding Oak Dr, Opelika, AL 36804-0592
30582162    +   Hilary Hilario, 835 west villaret, san antonio, TX 78224-2713
30582163    +   Hilary Kerr, 202 2nd St. NW, Climax, MN 56523-2317
30582164    +   Hilary Lamas, 2712 Pine Branch Drive, Orlando, FL 32822-7924
30582166      Hilary Smith, 19 W Cartertown Rd, Scottsville, KY 42164-7943
30582167      Hilary Watkins, 211 E Stop 13 Rd, Indianapolis, IN 46227-2837
30582170      Hillary Davison, 1021 rue Baker, Greenfield Park, QUEBEC J4V 3C2, CANADA
30582171    +   Hillary Tollerud Ho, 3151 Da Vinci Drive, Loveland, CO 80538-5805
30582172      Hilton Almeida, Rua Anhanguera, 65, SAO PAULO, SP 01135-000, BRAZIL
30582173      Hima Hastriando, Bachmattstrasse 5, Niederuzwil 9244, SWITZERLAND
30582174    +   Hines, Charles, 636 Madison Street, Batavia, IL 60510-2156
30582175    +   Hiromy tapia, 43 magnolia dr, Salinas, CA 93905-3116
30582176    +   Historic Tennessee Theatre Foundation, 604 S Gay St, Knoxville, TN 37902-1603
30582178      Hoang Bui, 204 Bridgeway Dr, Warner Robins, GA 31088-1000
30582182    +   Hobby Lobby, 7707 SW 44th St., Oklahoma City, OK 73179-4899
30582183    +   Hoffman, 15356 W Calavar Rd, Surprise, AZ 85379-8007
30582184    +   Hoffman, Matthew, 1607A PORTER AVE, NASHVILLE, TN 37206-1601
30582185      Hogan Gagle, 6259 Faircrest Rd, Columbus, OH 43229-2124
30582188    +   Holden Bell, 103 W brown street, Mebane, NC 27302-2136
30582189    +   Holden Cespedes, 6206 south ridge road, Fort Worth, TX 76135-1332
30582190      Holden Dinkins, 310 Summer Pl, Martinez, GA 30907-4625
30582191      Holden Rohm, 39 Merkaba Way, Martinsburg, WV 25404-1123
30582192    +   Holden Salmon, 505 aspen drive, Brigham, UT 84302-2316
30582193      Holli Novack, 1515 CAPITOL AVE, LINCOLN PARK, MI 48146-3210
30582194      Hollie Campbell, 5015 S Providence Rd Apt D, Columbia, MO 65203-7282
30582195      Holloway Niyah, 4700 W Village Xing SE Unit 5432, Smyrna, GA 30080-9279
30582196    +   Holly Attesi, 60 Hoe Shop Rd, Bernardston, MA 01337-9634
30582197    +   Holly Clark, 7101 Edison Rd NW, Albuquerque, NM 87114-4590
30582198      Holly Cobb, 11295 50th Pl N, Plymouth, MN 55442-2297
30582199    +   Holly D Hollister, 92 Robert Quigley Dr, Apt 4, Scottsville, NY 14546-1008
30582200    +   Holly Fay, 33 Eglantine Avenue, Pennington, NJ 08534-2308
30582201      Holly Fevens, 30 Cricklewood Dr, Leicester, MA 01524-1619
30582202    +   Holly Flaig, 4021 Taggart Cay N, Apt. 204, Sarasota, FL 34233-4811
30582203      Holly Follett, 1063 Magnolia Dr, Villa Rica, GA 30180-3947
30582204      Holly Godwin, 284 Maple Ridge Dr, Canonsburg, PA 15317-7300
30582205    +   Holly Grebeck, 559 Country Club Rd, Bridgewater, NJ 08807-1659
30582206    +   Holly Joiner, 3207 Leyland Dr, Ruston, LA 71270-2023
30582207    +   Holly Jorden, 212 North Morton Street, APT #602, Bloomington, IN 47404-4005
30582208    +   Holly Kotrba, 711 Oklahoma Dr, B, Petaluma, CA 94952-9119
30582209    +   Holly Kyle, 6 Park Ln, Milton, PA 17847-9651
30582210      Holly Lozier, 2316 Sapphire Valley Dr, Raleigh, NC 27604-1485
30582211      Holly Marken, 600 San Ildefonso Rd Apt 113, Los Alamos, NM 87544-2777
30582212      Holly McConnell, 61 Tievenny Road, Victoria Bridge, Strabane, Northern Ireland England BT82, UNITED KINGDOM
30582213      Holly Ortman, 3933 Cedar Terrace Dr, Waterloo, IA 50702-4823
30582215    +   Holly Perkowski, 2136 E Willow Park Ln, Sandy, UT 84093-1096
30582216      Holly Pondenis, 306 S. Lincoln St, Broadlands, IL 61816
30582217    +   Holly Restucci, 47 Brooklawn Drive, East Windsor, NJ 08520-2234
30582218      Holly Stern, 30 LEBANON HILLS DR, PITTSBURGH, PA 15228-1819
30582219    +   Holly Suzanne Smith, 100 South Ave C, Cross Plains, TX 76443-2735
30582220      Holly Trebing, 9423 Misty Mountain Trl, Chattanooga, TN 37421-2053
30582221      Holly Waddell, 2 Marsett Walk, Wythenshawe, Manchester M23 0HJ, UNITED KINGDOM
30582222      Holly Walker, 446 Faust Ln, Houston, TX 77024-4702

30582223  + Holly Warendorf, 45 Magnolia St, San Francisco, CA 94123-2911
30582224    Holly White, 321 E Potomac St, Brunswick, MD 21716-1624
30582214  + Holly penzone, 1103 park place, Apt 1, Brooklyn, NY 11213-2601
30582225  + Holt Dimmock, 480 Highbrook Drive, Atlanta, GA 30342-2317
30582226  + Home, 2511 Buck Run, Hiawassee, GA 30546-5318
30582227    Home For Now, 12508 Lake City Way NE Apt 515, Seattle, WA 98125-4439
30582229    Home Home, 401 Taylor St, Ida Grove, IA 51445-1057
30582231    Home Home, 346 Tonawanda Creek Rd, Amherst, NY 14228-1215
30582230    Home Home, 339 Dewey Ave, WA, PA 15301-6312
30582232  + Homer Ridge, 137 Ethel Drive, Gastonia, NC 28056-8428
30582236  + Hop Along, C/O PSBM, 235 Park Ave, Fl 9, New York, NY 10003-1405
30582237  + Hope Bullock, 18 E. Northwest Highway, Apt. 5, Arlington Heights, IL 60004-6043
30582238  + Hope Foster, 517 King richard drive, Virginia Beach, VA 23452-5714
30582239    Hope Hillhouse, 395 Main St, GAINESVILLE, MO 65655
30582240  + Hope Markowski, 1014 Freemansville rd, Reading, PA 19607-9401
30582241  + Hope Moyer, 440 Kemp Rd, New Alexandria, PA 15670-2730
30582242    Hope Schafer, 6945 Pocahontas Trl, Williamsburg, VA 23185-4759
30582243  + Hopeless Records, Inc, 15918 Arminta St, Van Nuys, CA 91406-1806
30582244    Horace James, 4900 Central Avenue Pike, Knoxville, TN 37912-3513
30582246    Horton, 10508 74 Ave NW, Edmonton, ALBERTA T6E 1G2, CANADA
30582247    Hot Mulligan, c/o Wasserman London, 1-3 Wenlock Road, UNITED KINGDOM
30582249  + House of Blues Anaheim Restaurant Corp, 400 West Disney Way Ste 337, Anaheim, CA 92802-2912
30582250  + House of Blues Boston, 36 Bay State Road, Cambridge, MA 02138-1263
30582251  + House of Blues Chicago Inc, 329 N. Dearborn, Chicago, IL 60654-2683
30582252  + House of Blues Cleveland, 308 Euclid Ave, Cleveland, OH 44114-2207
30582253  + House of Blues Dallas Restaurant Corp., 2200 North Lamar, Dallas, TX 75202-1006
30582254  + House of Blues Entertainment, Inc., 1204 Caroline St., Houston, TX 77002-6931
30582255    House of Blues Las Vegas Restaurant, 3950 Las Vegas Blvd. South, Las Vegas, NV 89119-1005
30582256    House of Blues Orlando Restaurant Corp., P.O. Box 22804, Lake Buena Vista, FL 32830-2804
30582257    Houston Jones, 1900 North Hwy 17 6E, 6E, Mt pleasant, SC 29464
30582258    Houston Roberts, 708 Hedgegrove Dr, Memphis, TN 38117-5009
30582261    Howard Read, 1710 Scott Dr, Morgan Hill, CA 95037-9448
30582263  + Hsphant Osha, 30125 Bridgeview Way, Hayward, CA 94544-6645
30582264  + Huaman-Dioses, 9 Navillus Ter, Apt 2, Dorchester, MA 02122-3052
30582265    Huan Baum, 8803 Tyson Rd, Erdenheim, PA 19038-7403
30582269  + HubSpot, PO Box 419842, Boston, MA 02241-9842
30582268    Hubert sikora, 89 cranmore avenue, Swindon, ENGLAND SN32EL, UNITED KINGDOM
30582270    Hudson Culliton-Scheidt, 3625 DONALD ST, EUGENE, OR 97405-4727
30582272  + Hudson Flowers, 15018 Timbershire Ct., Magnolia, TX 77355-8022
30582273    Hudson Mobley, 5159 PRESERVE PL, FIRESTONE, CO 80504-8012
30582271    Hudson dean, 206 9th ave, New Westminster, BC V3L2A1, CANADA
30582274  + Huffermen Inc., 135 E Watkins St, Phoenix, AZ 85004-2925
30582275  + Hugh Guiney, 1 Larchmont Street, Dorchester Center, MA 02124-1307
30582276  + Hugo Hernandez, 30709 links cr, Temecula, CA 92591-3946
30582277  + Hugo Jackson, 5777 Forest Lawn Ct, Raleigh, NC 27612-6127
30582278  + Hugo Potter, 17206 SW Whitley way, Beaverton, OR 97006-8062
30582279  + Hugo Quintana, 2116 Waterbury Dr, Joliet, IL 60431-4915
30582280    Hugo Sheeehy, 956 Limousin, Terrebonne, Quebec J6X 4V4, CANADA
30582281    Huguette Di Gioacchino, 1003 Driftwood Crescent, Orleans, ON K1C 2N9, CANADA
30582282  + Humberto Lievanos, 208A State Highway 45, Knights Landing, CA 95645-9506
30582283  + Humza Noor, 6 Tucker Place, Norton, MA 02766-3463
30582284    Hung chia sheng, 2-1, a202, 874-0042, JAPAN
30582285  + Hunter Anthony, 125 Westmoreland Dr., Baton Rouge, LA 70806-5158
30582286  + Hunter Biles-Sykes, 309 Broome Rd. NW, 10E, Knoxville, TN 37923-2611
30582287  + Hunter Calestro, 209 E Bainbridge Dr, Hanford, CA 93230-2102
30582288  + Hunter Casper, Main Street, Apt. 36, Phelps, NY 14532-1039
30582289  + Hunter Cates, 10435 Lindley Avenue, Apt. 241, Porter Ranch, CA 91326-3548
30582290  + Hunter Clausen, 4110 Heritage Place Drive, Norman, OK 73072-4542
30582291  + Hunter Cooke, 38b s clements street, smyrna, DE 19977-1271
30582292    Hunter Corneillie, 33790 Colonial St, Chesterfield, MI 48047-2303
30582293    Hunter Cupp, 137 Watt St Apt 9, Circleville, OH 43113-1750
30582294  + Hunter Davis, 14454 s sheep rock drive, Herriman, UT 84096-3455
30582295    Hunter Forcier, 6551 Cowles Mountain Blvd, San Diego, CA 92119-2605

30582296        Hunter Fritz, 5850 Central Ave Unit 546, Westminster, CO 80031-2985
30582297      + Hunter Grant, 1624 fairway dr, Rantoul, IL 61866-3544
30582298        Hunter Hadlock, 225 NW 8th St, Clatskanie, OR 97016-2166
30582299        Hunter Hatfield, 1424 E 125th Ter Apt C, Olathe, KS 66061-5841
30582300      + Hunter Henrichsen, 2275 W 250 S Unit A201, Pleasant Grove, UT 84062-5509
30582301        Hunter Henry, 402 SE 2nd St, Walnut Ridge, AR 72476-2705
30582302        Hunter Hunter, 1122 24th St, Bellingham, WA 98225-8605
30582303      + Hunter Jackson, 11709 Roe Avenue, Suite D Box #113, Leawood, KS 66211-2603
30582304        Hunter James, 6 Palmwood Court, burleigh waters, Gold Coast, Queensland, 4220, AUSTRALIA
30582305      + Hunter Jason Darius Smith, 6608 East Barrow Street, Tucson, AZ 85730-3256
30582306      + Hunter Jimenez, 2696 San Marino Street, Los Angeles, CA 90006-1846
30582308      + Hunter Keca, 1757 gill street, Blue Mound, TX 76131-1147
30582309      + Hunter Latiolais, 7696 S Mount Zion Rd, Bloomington, IN 47403-9457
30582310      + Hunter Lindquist, 12603 Lake Square Circle, Apt 409, Orlando, FL 32821-6983
30582311      + Hunter Lucas, 4595 Dogwood Tree Ct 1949, Haymarket, VA 20169-1949
30582312      + Hunter Lynn, 107 Riverview Dr NE, Resaca, GA 30735-6456
30582313      + Hunter Marshall, 732 North 24th Avenue West, Duluth, MN 55806-1555
30582314        Hunter Mcneill, 4396 tremblay drive, Victoria, BC V8N 4W5, CANADA
30582315      + Hunter Milam, 200 W Main St, APT 4A, Cumby, TX 75433-9654
30582316      + Hunter Moffitt, 16642 Southeast 268th ST, Covington, WA 98042-5822
30582317        Hunter Mullen, 8505 Cape Fox Dr, Jacksonville, FL 32222-4162
30582318      + Hunter Omen, 779 central ave, Livermore, CA 94551-7469
30582319        Hunter Parrish, 1846 Towne Park Dr Apt 2C, Troy, OH 45373-8322
30582320      + Hunter Polack, 501 Lawrence Rd, C10, Broomall, PA 19008-3606
30582321        Hunter Potter, 4674 Leanne Ct SW, Grandville, MI 49418-9242
30582322        Hunter Rapp, 505 Ashton Pl NE Apt 2, Cedar Rapids, IA 52402-8365
30582323      + Hunter Ryman, 41-732 Kumuhau St., Waimanalo, HI 96795-1116
30582325      + Hunter Spayd, 58 lanes pond, northford, CT 06472-1124
30582324      + Hunter Spayd, 58 lanes pond rd, northford, CT 06472-1124
30582326        Hunter Sutton, 7 Pinewood Crescent, Kawartha Lakes, ON L0A 1K0, CANADA
30582327      + Hunter Thomas, 1111 University Blvd W, Unit 1214, Silver Spring, MD 20902-3328
30582328        Hunter Thompson, 7850 Bradburn Blvd, Westminster, CO 80030-4475
30582329      + Hunter Thornton, 2443 S 725 W, Hurricane, UT 84737-2651
30582330        Hunter Wentz, 1175 Oklahoma Dr Unit 141, Jbphh, HI 96860-4545
30582331        Hunter Willard, 2022 Commonwealth Ave, Kalamazoo, MI 49006-3016
30582332      + Hunter Winkleman, 2501 John Deere Avenue, Edmond, OK 73034-8071
30582333      + Hunter Withers, 136 Ruger Lane, Ruston, LA 71270-8392
30582334      + Hunter Woford, 1400 Brush Grove Road, Willisburg, KY 40078-8081
30582335        Hunter Wolf, 9547 Brakeman Rd, Chardon, OH 44024-8206
30582336      + Hunter Zeh, 103 Marsdale Ct, Selkirk, NY 12158-9703
30582337      + Hutch Whitman, 2312 Fairview Rd, Raleigh, NC 27608-2243
30582338        Huy Hoang, 1068 Hornby Street, 1501, Vancouver, British Columbia V6Z 2Y7, CANADA
30582339      + Huy Nguyen, 9945 Maple Falls Ln, Port Arthur, TX 77640-2073
30582340      + Huy Nguyen Do, 814 Spring Valley Dr, Forest Park, GA 30297-1363
30582341      + Huy Phan, 14004 Spring Mill Rd, Louisville, KY 40245-7464
30582343        Hye Mardikian, 600 W Olympic Pl Apt 201, Seattle, WA 98119-3636
30582344      + Hye-Ja, 714 Bryan St Se, 4B, Atlanta, GA 30312-3363
30582348        I igo Jos Cubero Montori, Martin Ruizanglada, 14 2 dcha, Zaragoza, Zaragoza, 50006, SPAIN
30582432      + ID Product Source, 645 NW Enterprise Dr., Suite 111, Port St. Lucie, FL 34986-2261
30582505        IRENE MACCIONI, Via di Novoli 33 interno 11, Firenze, Firenze 50127, ITALY
30582561        ISABEL FARIAS, 2167 Hassell Rd, Hoffman Estates, IL 60169-2201
30582578      + ISABELLA DEGUILIO, 22300 HORSESHOE TRL, Nuevo, CA 92567-9245
30582349        Iain Ferns, 26 Maxse Road, Flat 14 Merrywood Court, Bristol, ENGLAND BS4 2JT, UNITED KINGDOM
30582350      + Iain Paul, 1000 Taproot Drive, Winter Springs, FL 32708-4008
30582351        Iain Rayner, Unit 15 / 20 FITZGERALD ST, Newtown, NSW 2042, AUSTRALIA
30582352        Ian Adams, 4127 TAMARACK TURN ST NE, GRAND RAPIDS, MI 49525-1922
30582353      + Ian Ahern, 17837 Park Avenue, Lansing, IL 60438-1936
30582354      + Ian Appold, 1801 Slater Ln, Burnsville, MN 55337-5802
30582355      + Ian Buchanan, 11114 Indian Legends Dr, Apt. 204, Louisville, KY 40241-5431
30582356      + Ian Burgess, 20490 S 188th PL, Queen Creek, AZ 85142-2450
30582357        Ian Campbell, 4614 HUMMINGBIRD ST, HOUSTON, TX 77035-5126
30582358      + Ian Cecale, 6863 Troy St, Taylor, MI 48180-1632
30582359        Ian Cook, 696 Bradwell Rd, Inverness, IL 60010-5652

District/off: 0752-1                          User: admin                                    Page 191 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                  Total Noticed: 30719

30582360    +  Ian Curtis, 4305 Davis Ave, Sioux City, IA 51106-2541
30582361   #+  Ian Dolinger, 8830 Revelstoke Way, San Diego, CA 92126-1429
30582362    +  Ian Eckert, 1972 Baywood Terrace, Sarasota, FL 34231-4721
30582363    +  Ian Evans, 2219 E 18th St, Tulsa, OK 74104-5601
30582364       Ian Fell, 827 W Main St, Genoa, IL 60135-1035
30582365    +  Ian Ferguson, 600 Toll House Gulch Road, Felton, CA 95018-9600
30582366       Ian Frazier, 4000 S Cherokee St, Englewood, CO 80110-4612
30582367       Ian Freestone, 319 Alpert Ave, Fort Collins, CO 80525-1001
30582368       Ian Gardiner, 12 Dowers Drive, Ajax, ONTARIO L1T 3C8, CANADA
30582369       Ian Giddens, 460 Saddle Horn Cir, Roswell, GA 30076-1068
30582370       Ian Griffiths, 1215 Mount Royal Blvd, Pittsburgh, PA 15223-1004
30582371    +  Ian Hamilton, 1655 Walker Ave, Indianapolis, IN 46203-4358
30582372    +  Ian Harris, 1991 Rosie St, Auburn, AL 36832-5827
30582373    +  Ian Herrera, 973 Caversham Way, Galt, CA 95632-3460
30582374    +  Ian Hoffman, 1395 Little Bear Loop, Lewis Center, OH 43035-1113
30582375       Ian Johnson, 1200 E CALIFORNIA BLVD, MSC 303, PASADENA, CA 91125-0001
30582376    +  Ian Jones, 8803 S Kilbourn, Hometown, IL 60456-1023
30582377       Ian Jones, 13 Links Road, Shrewsbury, England SY3 7QP, UNITED KINGDOM
30582379       Ian King, 2731 BIRCH RD, PASCO, WA 99301-8860
30582380       Ian Kirchner, 849 W Buckingham Pl Apt E, Chicago, IL 60657-2365
30582381       Ian Lantz, 51 Pawnee Crescent, London, Ontario, N5V 2T2, CANADA
30582383    +  Ian Lee, 10526 Sanshey Lane Unit 110, San Diego, CA 92127-6831
30582382    +  Ian Lee, 5999 Croydon Court, Melbourne, FL 32940-8032
30582384    +  Ian Lewis, 404 N Jefferson St, Raymore, MO 64083-9403
30582385    +  Ian Lude, 2338 Opechee Way, Fort Wayne, IN 46809-1439
30582386       Ian Mallicoat, 1122 NE Kelly Ave Apt 108, Gresham, OR 97030-3959
30582387    +  Ian Matthews, 15 Fleetwood Drive, Norfolk, MA 02056-1027
30582388    +  Ian McCarty, 1278 East 300 North, Pleasant Grove, UT 84062-2537
30582389       Ian McCurdy, 29 Angel Ln, Lucedale, MS 39452-6918
30582390    +  Ian McGill, 4588 Hayler Ave, Loveland, CO 80538-4996
30582392       Ian McGregor, 2164 Buena Vida Ln, Edmond, OK 73013-2183
30582391       Ian McGregor, 1963 W 3rd Ave, Unit 303, Vancouver, BRITISH COLUMBIA V6J 1L2, CANADA
30582393    +  Ian McInroy, 6838 Everhart Road, Unit 1903, Corpus Christi, TX 78413-2465
30582395       Ian McRae, 500 E Speer Blvd, Denver, CO 80203-4187
30582394    +  Ian Mckay, 5203 18th AVE NE, Seattle, WA 98105-3409
30582396       Ian Miller, 2935 Headon Forest Dr, Apt. 27, Burlington, ONTARIO L7M 3Z7, CANADA
30582399    +  Ian Morrison, 900 E Wayne St., Apt 205, Edmond, OK 73034-5138
30582400       Ian Morton, 12407 W Kaler Dr, Glendale, AZ 85307-1782
30582401       Ian Mulreany, 3/14 Caperton Court, Ferndale, Western Australia 6148, AUSTRALIA
30582402       Ian Nichols, PSC 455 Box 3165, FPO, AP 96540-0032
30582403       Ian O'Shaughnessy, 345 J W Farris Dr, Sparta, TN 38583-3910
30582404       Ian Parkerson, 30 Leisure Ln, Jackson, TN 38305-9618
30582405    +  Ian Perry, 3518 Corsica Way, Castle Rock, CO 80109-3881
30582406       Ian Pritchett, 1205 E 14th St, Fowler, IN 47944-1712
30582407       Ian Quach, 10423 113th Pl NE, Kirkland, WA 98033-5082
30582408    +  Ian Richardson, 10712 Sedalia Drive, McKinney, TX 75072-2944
30582409    +  Ian Rodrigues, 1948 via firenze, Henderson, NV 89044-0254
30582410       Ian Roussopoulos, 73-4187 Holu St, Kailua Kona, HI 96740-9434
30582411    +  Ian Sebby, 1600 Sailmaker Way, APT A302, Knoxville, TN 37920-5463
30582412    +  Ian Seward, 2156 S 98th ST, West Allis, WI 53227-1441
30582413       Ian Singson, 1913 W Larchmont Ave Apt 1B, Chicago, IL 60613-2429
30582414       Ian Smith, 210 Milburn Boulevard, Mishawaka, IN 46544
30582415    +  Ian Spooner, 9625 Mission Gorge Road, Ste B2-107, Santee, CA 92071-3804
30582416       Ian Swaner, 101 NW 8th St Unit 105, Grimes, IA 50111-8864
30582417    +  Ian T Asaph, 29528 Patrick Henry Circle, Suit, Millsboro, DE 19966-8212
30582419       Ian Takai, 2900 REDTIP DR, SCHERTZ, TX 78108-3442
30582418    +  Ian Takai, 2900 Red Tip Drive, Schertz, TX 78108-3442
30582420       Ian Tamane, 95-203 IIMI PL, MILILANI, HI 96789-4875
30582421       Ian Thompson, 1220C N 8th Ave, Bozeman, MT 59715-2618
30582422    +  Ian Vater, 4 Dulles Street, Cumberland, RI 02864-2407
30582424    +  Ian Wagoner, 1840 Cedar St, Elgin, OR 97827-9406
30582425    +  Ian Waldoch, 8830 Egewater Dr., Amherst Jct., WI 54407-9504
30582426    +  Ian Wallis, 4600 n Josey ln, Apt. 722, Carrollton, TX 75010-4618

District/off: 0752-1                          User: admin                                Page 192 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                           Total Noticed: 30719

30582427    #+ Ian White, 4337 Antioch Church Rd, Middlesex, NC 27557-9034
30582428    + Ian Williams, 606 Atchison St, Garner, NC 27529-4912
30582429    + Ian Zygmunt, 3017 Saratoga Dr, Winchester, VA 22601-2697
30582378    + Ian kash, 6615 S. Emerald Cir., Derby, KS 67037-9594
30582397    + Ian misegades, 14708 Sw Beard Rd, Apt 226, Beaverton, OR 97007-6235
30582423      Ian verbeem, 6898 Buckingham Drive, Niagara Falls, ONTARIO L2H 2R5, CANADA
30582430    + Icarus Miller, 1337 Sarnia St, Norton Shores, MI 49444-3386
30582433      Ida Kjelskau, Sofus Madsens vei 9, Bergen, Bergen 5097, NORWAY
30582435      Ido Shalev, 1160 Haro Street, Apt. 303, Vancouver, BC V6E1E2, CANADA
30582436      Ido Shalev, 1160 Haro Street, Apt. 303, Vancouver, BRITISH COLUMBIA V6E1E2, CANADA
30582438      Ieuan Tarran, 7 Hope street, Caergwrle, English/ Scottish / Welsh Northern Irish, UNITED KINGDOM
30582439    + Ifasade White, 9147 Woodrun Circle, Pensacola, FL 32514-5512
30582440    + Ignacio Perez III, 4775 Clarence Ct SE, Salem, OR 97302-4940
30582441      Igor Hoffmann, Soester Stra e 311, Hamm, Nordrhein-Westfalen, 59071, GERMANY
30582442      Igor Tsareikyn, Nativ Hen 47, 13, Haifa 3268808, ISRAEL
30582443    + Iguana Cantina, LLC, 8 Marketplace Suite 300, Baltimore, MD 21202-4113
30582444      Ike Archer, 5428 Baywood Forest Dr, Knightdale, NC 27545-8917
30582445    + Ilan Aguilar Sanchez, 9006 13th Ave S, Bloomington, MN 55425-2208
30582446      Ilan Teulings, Schoonhovendreef, 43a, Aarschot 3200, BELGIUM
30582447      Ilayda Zeyrek, Horwerstrasse 76, Kriens 6010, SWITZERLAND
30582448      Ileana Staimann, Eschenkamp, Apt. 2, Wuppertal, Nordrhein-Westfalen, 42113, GERMANY
30582449      Ilene Sigman, 8011 Girard Plz, Omaha, NE 68122-1456
30582450      Ilene weingarten, 8609 West Knoll Dr, Unit E, West Hollywood, CA 90069-4191
30582451      Iliana Mann, 20 Old Mamaroneck Rd Apt 3A, White Plains, NY 10605-2035
30582452    + Iliana Ramirez, 1030 Tulane street, Houston, TX 77008-6845
30582453      Iliana Summit, 550 N FAIR OAKS AVE APT 15, SUNNYVALE, CA 94085-7765
30582454      Ilianna Garcia, 2117 Fountain View Ct, Harlingen, TX 78550-3985
30582455      Illini, 1000 Woodlands Pkwy, Vernon Hills, IL 60061-3188
30582457    + Illymation, 3900 W Alameda Ave, Suite 1200, Burbank, CA 91505-4317
30582459      Ilpo Lehtonen, Peltisep nkuja 5, 28, Helsinki 880, FRANCE
30582460      Ilse Kamps, Hauwkes 28, Haarsteg, NOORD BRABANT 5254LB, NETHERLANDS
30582461      Ilyass KONE, 9 Square Auguste Renoir, Paris, ILE-DE-FRANCE 75014, FRANCE
30582462      Iman Shahmiri, 140 Yonge St, Toronto, Ontario M2R 3V1, CANADA
30582463      Imane Defaa, 10 Spring St, Dover, NH 03820-4013
30582464    + Imogen Bowden, 11 Hollis St, Newton, MA 02458-2009
30582465      Imogen Handford, 7 East Avenue, Oxford, England, OX4 1XW, UNITED KINGDOM
30582466      Imogen kerr, 2 Tompkins close Aston clinton, Aylesbury, ENGLAND HP225WH, UNITED KINGDOM
30582467    + Imogene Weiss, 800 Malvern Rd, Pittsburgh, PA 15202-2506
30582470    + Import Logistics, Inc., 1005 N. Commons Drive, Aurora, IL 60504-4100
30582472      Imran Adibelli, Oudstrijderslaab 44, Limburg, HEUSDEN ZOLDER 3550, BELGIUM
30582498      InTune Guitar Picks, Inc., PO Box 941, Onancock, VA 23418-0941
30582497      InTune Guitar Picks, Inc., PO Box 941, Onley, VA 23418-0941
30582474      Ina Slotkovski, 6525 Antelope Run Cir Apt 207, Colorado Springs, CO 80924-8514
30582475    + Inakkhi Majumder, 180 2nd Street, Apt. 202, Oakland, CA 94607-4508
30582476      Inaya A Khan, 1683 Waterchase Dr, Dacula, GA 30019-7629
30582477    + Independent Trading Co., 1341 Calle Avanzado, San Clemente, CA 92673-6351
30582479      Indie-Love Darling, 137 Harriett Dr, San Antonio, TX 78216-7303
30582480    + Indira Wylie, 37 River Street, Apt. 3, South Glens Falls, NY 12803-4745
30582481    + Industry Print Shop, 705 Wallingford Bend Dr., Suite 110, Austin, TX 78752-3553
30582483      Ineisa Real, 1420 SW 19th St, Miami, FL 33145-2824
30582484    + Ineke Sproet, 8778 Spectrum Center Blvd, B413, San Diego, CA 92123-5023
30582485      Ines Adriaenssen, Ruitersdreef 6, Schilde, ANTWERP 2970, BELGIUM
30582486      Inga Schader, 100 Bulimba St, Bulimba, Brisbane, QLD 4171, AUSTRALIA
30582487    + Ingrid Chai, 1729 9th Ave, San Francisco, CA 94122-4701
30582488      Ingrid Huibers, 280 BUNGARRIBEE RD, BLACKTOWN, New South Wales 2148, AUSTRALIA
30582491    + Innovative Flooring Systems, 2818 Corporate Parkway, Algonquin, IL 60102-2564
30582493    + Integritees Decorated Apparel, 405 CR 7300, Lubbock, TX 79404-8041
30582494    + International E-Z Up, 1900 Second Street, Norco, CA 92860-2803
30582495      Intralot NZ - Mitchell Botting, 34 Manners Street, Level 6, Wellington, WELLINGTON 6011, NEW ZEALAND
30582499    + Ioannis Batsios, 915 Melrose Street, Winston Salem, NC 27103-3632
30582500      Iona, 1 the escarpment, Katoomba, NEW SOUTH WALES 2780, AUSTRALIA
30582502      Ira Miller, 2001 Stratton Dr, Rockville, MD 20854-6137
30582504    + Irene Carter, 1914 Cullen Avenue, B, Austin, TX 78757-2415

30582507          Irina Badigina, Polocko g. 56, Apt. 28, Vilnius, VILNIUS 1205, LITHUANIA
30582508     +    Irina Best, 994 N Main St, Bountiful, UT 84010-5926
30582509          Iris Cheng, 38166 Eggers Ct, Fremont, CA 94536-5216
30582510     +    Iris Dominguez, 4920 Plum Hollow Drive, Lansing, MI 48917-1567
30582511     +    Iris Hou, 1433 Bush St, Apt 205, San Francisco, CA 94109-5592
30582512     +    Iris Lyles, 8614 SEATON HEIGHTS, SAN ANTONIO, TX 78254-2317
30582513          Iris Papageorgiou, Rodou 5, Thessaloniki 551 33, GREECE
30582514          Irlene veronica arellano, Nigromante, 42 A, TECALITLAN, JALISCO, MEXICO 49900, MEXICO
30582515          Irma Koutaniemi, Kiertot hdentie 20, B1, Vantaa, UUSIMAA 1400, FINLAND
30582516     +    Irubiel Perez, 402 14th Street, Woodward, OK 73801-1206
30582517     +    Irving Plaza Concerts, 17 Irving Place, New York, NY 10003-2392
30582518          Irwin Lentchner, 11 3rd Ave, Monroe Township, NJ 08831-8732
30582519          Iryna Fiadkevich, 50 Dina Ct, Staten Island, NY 10306-1132
30582520          Isa Eldridge, 500 CARTHAGE AVE, KENT, OH 44240-2306
30582521          Isa Foley, 497 S 10th St, Saint Helens, OR 97051-2443
30582522     +    Isaac Alden, 1710 Gibbs Drive, Mansfield, OH 44907-2780
30582523     +    Isaac Ashby, 2499 Cairnwell Dr, Belvidere, IL 61008-7407
30582524          Isaac Ayriss, 2654 E 132nd Ave, Thornton, CO 80241-2068
30582525          Isaac Blair, 103 Birchview Dr, Fairmont, WV 26554-8499
30582527          Isaac Champ, 49628 S Park Cir, East Liverpool, OH 43920-9586
30582528          Isaac Crane, 12975 Agustin Pl Apt 105, Los Angeles, CA 90094-2306
30582529     +    Isaac Dovali, 4506 N Malden St, Apt 121, Chicago, IL 60640-6786
30582531     +    Isaac Garner, 1414 Tanglewood Cir, Nacogdoches, TX 75961-4604
30582532     +    Isaac Haney, PO Box 1835, ABINGDON, VA 24212-1835
30582533     +    Isaac Hill, 3936 Maple Ave, Altoona, PA 16601-1247
30582534          Isaac Johnston, 51 Doulton Drive, Cherrybrook, New South Wales, 2126, AUSTRALIA
30582535          Isaac Jones, 5 vicarage road, Porth, WALES CF390NG, UNITED KINGDOM
30582536          Isaac Kabrick, 22 Banner Ln NW Apt 616, WA, DC 20001-6106
30582537     +    Isaac Kurtz, 683 St Johns Pl, Apt 1, NY, NY 11216-4112
30582538     +    Isaac Miller, 12751 Runyon Lane NE, Kalkaska, MI 49646-8544
30582539     +    Isaac Minton, 2822 Rustic Oak Place, Oviedo, FL 32766-7049
30582540          Isaac Ogedengbe Robson, 89 Victoria Street, West End, QLD 4101, AUSTRALIA
30582541          Isaac Puente, 6300 SW Grand Oaks Dr Apt D301, Corvallis, OR 97333-3991
30582542          Isaac Ramos, 904 N 9th St, Kingsville, TX 78363-3829
30582543          Isaac Reyna, 225 Chalk Mountain Dr, Fort Worth, TX 76140-7510
30582544     +    Isaac Richardson, 11501 Greenwood Ave N 303, Seattle, WA 98133-8659
30582545          Isaac Robertson, Asu Box 09890, Boone, NC 28608-0001
30582546          Isaac Robles, 328 W 8th Ave Apt 214, Spokane, WA 99204-2543
30582547          Isaac Sibbick, 11 grange avenue, Ryde, ENGLAND PO33 3LS, UNITED KINGDOM
30582548     +    Isaac Torres, 406 Eagle Brook Ln, Buda, TX 78610-5004
30582549          Isaac Troyer, 3666 State Route 39, Millersburg, OH 44654-9689
30582550     +    Isaac Tubbs, 3305 Susquehanna Ln, Austin, TX 78723-2815
30582551     +    Isaac Walsh-Hilf, 305 East 214th Street, Euclid, OH 44123-1950
30582552     +    Isaac Werner, 5728 Clemson ST, Los Angeles, CA 90016-4632
30582553          Isaac Yakimicki, 629 Rose St, West Lafayette, IN 47906-2746
30582554     +    Isabel Ahnemiller, 3022 Eleanor Ave, Louisville, KY 40205-2906
30582555     +    Isabel Anderson, 226A Elmwood Ave, Burlington, VT 05401-4233
30582556          Isabel Bello, 3354 Leon Bond Dr, Campus Box 4013, Green Bay, WI 54311-7021
30582557     +    Isabel Berry Womack, 214 Timberline Ct, Franklin, TN 37069-7177
30582558     +    Isabel Beville, 415 Dickson Hill Circle, West Columbia, SC 29170-2553
30582559     +    Isabel Brown, 908 Napa trl., Spring Grove, IL 60081-8254
30582560     +    Isabel D Millan, 988 Coleen Court, El Cajon, CA 92021-5144
30582562     +    Isabel Gaspar, 701 ALTA ST SW, I202, OLYMPIA, WA 98502-1220
30582563          Isabel Gregory, 9717 Chiswell Rd, Dallas, TX 75238-3405
30582564          Isabel Harmet, 17402 Circa del Norte, Rancho Santa Fe, CA 92067
30582565     +    Isabel Hernandez, 534 hunt lane, Apt. 1514, San Antonio, TX 78245-2317
30582566     +    Isabel MacDonald, 229 Candlewick Drive, Wendell, NC 27591-8976
30582567          Isabel Morales, 44 Bullard Ave, Worcester, MA 01605-1602
30582568          Isabel Ortiz Londono, 311 Tenney Hill Rd, Casco, ME 04015-3407
30582569     +    Isabel Sanchez, 13496 BRAMBLE LANE, VICTORVILLE, CA 92394-9545
30582570     +    Isabel Scarpino, 1030 Adams Circle, G-210, Boulder, CO 80303-1879
30582571          Isabel Thompson, 1949 Hyde Park Rd, Detroit, MI 48207-3819
30582572     +    Isabela Lentz, 1518 Silverbirch Drive, Minden, NV 89423-3903

District/off: 0752-1      User: admin      Page 194 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

30582573    Isabella Sabatino, 6 Romindon Ct, Norwalk, CT 06851-3405
30582574    Isabella Schwing, 1021 Arncliffe Rd, Essex, MD 21221-1341
30582575   +   Isabella Baquero, 147 towne centre dr, Urbana, IA 52345-9114
30582577    Isabella Charles, 4460 s 31st at, Greenfield, WI 53221
30582579    Isabella DeLaCruz, 1031 Turner Blvd Apt 1, Omaha, NE 68105-1963
30582580    Isabella Durand, 95 Burnett Ave S Unit 402, Renton, WA 98057-2196
30582581    Isabella Emeterio, 13907 Montfort Dr Apt 1422, Dallas, TX 75240-7355
30582582    Isabella Frazier, 6410 Heartland Ct, Indianapolis, IN 46278-1775
30582583    Isabella Harris, 134 Chapel Rd, Sweet Briar, VA 24595-5001
30582584   +   Isabella Kee, 311, W Vine Street, Kalamazoo, MI 49001-2626
30582585    Isabella Klaus, 3130 BALFOUR RD # D305, BRENTWOOD, CA 94513-5515
30582586    Isabella Launer, 217 Smelter Ave NE Apt 10, Great Falls, MT 59404-1966
30582587   +   Isabella Mao, 5570 Gasmer Drive, Apt 152, Houston, TX 77035-4507
30582588    Isabella McCormack, 17 Litchfield Crescent, Long Beach, New South Wales 2536, AUSTRALIA
30582589    Isabella Polidoro, 616 Highland Ave Apt 1, Oak Park, IL 60304-1573
30582590    Isabella Prignano, 918 Washington St Apt 5B, Evanston, IL 60202-2234
30582591    Isabella Rietta, 26505 BROOKS CIR, STEVENSON RNH, CA 91381-1431
30582592    Isabella Rito, 59 ALTA MESA CIR, MONTEREY, CA 93940-4601
30582593   +   Isabella Rouselle, 1610 Jennifer Dr, Garland, TX 75042-3919
30582594    Isabella Schrunder, 4040 boulevard saint-laurent, Sainte-catherine, QC J5C 2A9, CANADA
30582595   +   Isabella Smith, 4613 Saxon Drive, New Smyrna Beach, FL 32169-4314
30582596   +   Isabella Stoll, 11-08 Bellair Avenue, Fair Lawn, NJ 07410-1676
30582597   +   Isabella Vance, 2107 Meadow Park Dr, Princeton, TX 75407-2641
30582598   +   Isabella Victoria Cruz, 12012 S Triple X Rd, Newalla, OK 74857-8956
30582599   +   Isabelle Aengenheyster, 21 Melbourne Ave, Melrose, MA 02176-4312
30582600    Isabelle Andersson, Vadmansgatan 10B, Eskilstuna, Sodermanland, 63222, SWEDEN
30582601    Isabelle Brooks, 39 Detweiler Ln, Ambler, PA 19002-5205
30582602    Isabelle Carr, 276 W Salisbury Rd, Salisbury, NH 03268-5108
30582603    Isabelle Filion, 33 Wayling Avenue, Ottawa, Ontario K1L8G5, CANADA
30582604    Isabelle Giacalone, 510 W University Dr Unit 217, Tempe, AZ 85281-5584
30582605   +   Isabelle Kempf, 529 Glendale Avenue, Glen Ellyn, IL 60137-4927
30582606    Isabelle Kosswig, 60 Mill St Apt 9, Unionville, CT 06085-1037
30582607    Isabelle Lewis, 803 Black St Apt B, Rolla, MO 65401-4230
30582608   +   Isabelle Maria Rufener, 464 N 880 E, TOOELE, UT 84074-2493
30582610   +   Isabelle Muren, 4398 West Pine Boulevard, Apt 305, St. Louis, MO 63108-2217
30582611   +   Isabelle Nee, 48 Johnson Avenue, Winthrop, MA 02152-2801
30582609   +   Isabelle moreno, 314 N 5th Street, Midlothian, TX 76065-2602
30582612   +   Isadora Vermut, 615 Buena Vista Ave West, san francisco, CA 94117-4105
30582613    Isael Amador, 2775 S INGALLS WAY, DENVER, CO 80227-3825
30582614   +   Isael Arroyo, PO BOX 4960, PMB # 123, Caguas, PR 00726-4960, PUERTO RICO 00726-4960
30582615   +   Isaiah Bacon, 34 South Park Street, Bradford, MA 01835-7828
30582616   +   Isaiah Bailey, 117 Merman Dr, Syracuse, NY 13214-1160
30582617   +   Isaiah Beal, 812 Tree Duck Way, Suisun City, CA 94585-2018
30582618    Isaiah Duckworth, 22 Duggan Ave, Whitby, ONTARIO L1M1H9, CANADA
30582619   +   Isaiah Flores, 1525 Luz De Sol Dr., El paso, TX 79912-8507
30582621   +   Isaiah Logan, 1617 Bilder Ct, Richmond, VA 23225-4180
30582622   +   Isaiah Montejano, 3600 S Pierce St, 2-305, Lakewood, CO 80235-2342
30582623   +   Isaiah Motis, 380 s. Phelps dr, Apt. 235, Apache Junction, AZ 85120-6710
30582624   +   Isaiah Ponce, 809 S Fourth St, La Porte, TX 77571-5041
30582625   +   Isaiah Smith, 11288 Blair Road, Medina, NY 14103-9559
30582626   +   Isaiah Velasquez<3, 3500 Iowa Ave, 703D, Riverside, CA 92507-7208
30582620   +   Isaiah gutierrez, 12077 Sheldon st, Sun valley, CA 91352-1830
30582627    Iselin Romarheim Johannessen, Timianfaret 1, Gressvik 1622, NORWAY
30582628    Ishan Brkanovic, 6273 Saint Catherines Street, Vancouver, BRITISH COLUMBIA V5W 3G7, CANADA
30582630    Isla Gutierrez, 3242 Maitland Dr, Holiday, FL 34691-1549
30582629   +   Isla deskins, 2844 Powhattan Pl, Dayton, OH 45420-3855
30582631   +   Ismael Ledesma, 15108 Southeast 179th, H, Renton, WA 98058-9092
30582633    Ismael Ndao, 33 Rue Gabriel Peri, Saint-Denis 93200, FRANCE
30582632   +   Ismael madrigal, 3410 condit st, Highland, IN 46322-1723
30582634    Isobel Hudson, 65 Belvedere Grove, Wexford Town, Wexford Y35 E5F3, IRELAND
30582635    Isobel Neill, 19 Mereworth Drive, Northwich, England, CW9 8WY, UNITED KINGDOM
30582636    Isobel Pluis, 10 Lakeview Drive, Murrumbateman, New South Wales 2582, AUSTRALIA
30582637    Israel Cortes Mieles, PSC 1 Box 3383, APO, Armed Forces Europe 09009-0000

District/off: 0752-1                          User: admin                                    Page 195 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                                Total Noticed: 30719

30582639          Israel NELL Nunez, 12342 Hunters Chase Dr Apt 2118, Austin, TX 78729-7207
30582640      +   Israel Plascencia, 4525 Idaho st, Apt 6, San Diego, CA 92116-5132
30582638          Israel medrano, 112 NC 54 Apt B2, Carrboro, NC 27510-1514
30582642          Issabella Collins, 2222 KY-53, La Grange, KY 40031
30582641          Issabella carroll, 3126 GALAXY RD, DOVER, PA 17315-4574
30582643          Issak Hindson, 20 Eve St, Apt. 84, Erskineville, NEW SOUTH WALES 2043, AUSTRALIA
30582644      +   Issy Soos, 3130 Fish Canyon Rd, Duarte, CA 91010-1505
30582645          Itay Elkayam, HaHamanit 25, Apt. 0, Rishon LeZion, HAMERKAZ 7555312, ISRAEL
30582646          Ivan Alvarado, 2637 Cuyler Ave, Berwyn, IL 60402-2711
30582648          Ivan Bafsetsky, 20 LEMONT AVE, S PORTLAND, ME 04106-5716
30582649          Ivan Barnum, 110 Cherry st, Ingersoll, ONTARIO N5C1H5, CANADA
30582650      +   Ivan Berry, 6 Jackson Hall School Rd, Newark, DE 19711-2574
30582651          Ivan Bruss, 41 St. Gregorys Avenue, Salisbury SP2 7JP, UNITED KINGDOM
30582652      +   Ivan Castaneda, 9955 Ramona ave, Montclair, CA 91763-3036
30582653          Ivan Hernandez, 25032 Walnut St, Newhall, CA 91321-5222
30582654      +   Ivan Krsak, 11031 Legacy Blvd, APT 203, Palm Beach Gardens, FL 33410-3621
30582655      +   Ivan Lule, 926 West Ave #A, Santa Rosa, CA 95407-7221
30582656          Ivan Mateo, 28871 Chatham Ln, Temecula, CA 92591-7514
30582657      +   Ivan Preciado, 988 Coleen Ct, Apt. 988, El Cajon, CA 92021-5144
30582658      +   Ivan Ramos, 3600 Brasilia, Brownsville, TX 78526-1231
30582659      +   Ivan Reyes, 1356 Briarcliff Road NE, Atlanta, GA 30306-2214
30582660      +   Ivan Vasquez Huerta, 34585 NW Zion Church Rd, Cornelius, OR 97113-6343
30582647          Ivan and Margi Jahns, 7626 Summersong Rd, Zionsville, IN 46077
30582661          Ivana Kreso, 8457 N Acre Dr, Tucson, AZ 85742-8113
30582662          Iveta Hrivova, Mariahilfer Strasse 17, Fussen 87629, GERMANY
30582663      +   Ivette Tellez, 806 Garden St, Elizabeth, NJ 07202-3334
30582664      +   Ivey Miao, 2391 watertown ct, thousand oaks, CA 91360-1976
30582665          Ivorie Neathery, 1025 E Christi Dr, Dickson, TN 37055-9554
30582666      +   Ivy Cabrera, 420 S 3rd st, Apt. 21, San Jose, CA 95112-5718
30582667      +   Ivy Castillo, PO Box 1147, Mesilla, NM 88046-1147
30582668          Ivy Floyd, 1903 Springfield Ave, Salem, VA 24153-4503
30582669          Ivy Nguyen, 19185 70 Ave, Surrey, British Columbia, V4N 0A6, CANADA
30582670          Ivy Quinn, 2965 Bohlen Dr, Hilliard, OH 43026-8578
30582672          Izabel Delgado, 7021 W Oregon Ave, Glendale, AZ 85303-5814
30582673          Izabel Post, 1400 E Buckwood Dr, Oak Creek, WI 53154-3960
30582674      +   Izabella Gut, 4640 Johnson Ave, Western Springs, IL 60558-1539
30582675      +   Izacc Quisling, 620 W Addison St, Apt. 101, Chicago, IL 60613-4446
30582676      +   Izaiah Jones-sanchez, 125 Wilson street, Hackensack, NJ 07601-2940
30582677      +   Izak Kam, 5407 S Perry St, Spokane, WA 99223-6342
30582678      +   Izak Kropf, 90 S 1170 E, Logan, UT 84321-4975
30582680          Izhar Ibnu, 35-43 Brunei Hall, Norfolk Square, London, ENGLAND W2 1RX, UNITED KINGDOM
30582679      +   Izhar castro, 133 Estates Dr, La Vernia, TX 78121-0147
30582681      +   Izzabelle Biltoft, 101 N Jessica Ave, J143, Tucson, AZ 85710-2132
30582682          Izzy Larsen, 101 Orchard St, Somerville, MA 02144-3012
30582683          Izzy McKee, 32 Albert Street, Cheltenham, ENGLAND GL50 4HS, UNITED KINGDOM
30582685          J r mie Tordjman, 103 RUE HOCHE, IVRY-SUR-SEINE, LLE-DE-FRANCE, FRANCE
30582686          J rgen Gauthun Fr seth, Forsmoveien, 5a, MO I RANA, RANA 8613, NORWAY
30582687          J Bowman, 547 Hill Rd, Marshall, MI 49068-1327
30582688          J Davis, 5550 Promenade Point Pkwy Apt 4201, Madison, AL 35758-6736
30582689      +   J Pegues, 27609 15th Place S, Des Moines, WA 98198-9426
30582690      +   J Smith, 543 El Sueno Rd, Santa Barbara, CA 93110-1026
30582691          J Tomlin, 35 Avalon Boulevard, Scarborough, Ontario M1N 3J1, CANADA
30582692      +   J W, 10409 Daniels Ct., Spotsylvania, VA 22553-7788
30582693      +   J W, 5405 Trimmingham Ct., Mineral, VA 23117-9637
30582694          J Walter, 4502 NE Irving St, Portland, OR 97213-2343
30582695      +   J. Hasenfus, 514 Georgetown Road, H, Charlottesville, VA 22901-2438
30582696          J. Matias, 17 Lehman Crescent, Markham, ONTARIO L3P 5X2, CANADA
30582698      +   J.R. Eoghan, 9746 S Hoyne, Chicago, IL 60643-1635
30582839          JACKIE RUSCH, 2841 N 89th St, Milwaukee, WI 53222-4603
30582941          JACOB D RAND, 1307 W MULBERRY DR, PHOENIX, AZ 85013-4028
30582956      +   JACOB E KLAUS, 1294 NW 168TH AVE, PEMBROKE PINES, FL 33028-1911
30583319      +   JAMES A STONE, 113 Milby Court, Rocky Mount, NC 27804-7314
30583381          JAMES DURST, 7658 Lakeside Dr, Milton, FL 32583-8671

30583440    +  JAMES MASON, 659 Massachusetts Ave, Apt. 8, Boston, MA 02118-4071
30583535       JAMIE BALL, 4402 VALLENCE DRIVE, BURLINGTON, ON L7L6I7, CANADA
30583649       JANIE REYNOSO, 15602 SW 293rd Ter, Homestead, FL 33033-2619
30583735    +  JARROD LEE DECKER, 47 Chapel St, Layton, UT 84041-4353
30583777    +  JASON BOICE, 1195 PRIVET DR, Apt. 209, SALT LAKE CITY, UT 84121-7607
30583936       JAYAR DIE & DESIGN LTD., 1115 18th Sideroad, King City, ON L7B 1K5, ON
30583976       JC Trebaol, 12266 Chicory Ct, Rancho Cucamonga, CA 91739-9033
30583977       JD DeStratis, 701 Main St, Nocona, TX 76255-1816
30583978    +  JD Hamm, 8219 Woodbine street, Dearborn heights, MI 48127-1351
30583979    +  JDR, Po Box 8351, Turnersville, NJ 08012-8351
30584000       JEANNE MABRY, 805 Silvercrest Dr, Myrtle Beach, SC 29579-4152
30584088    +  JEFFREY TARNER, 707 IDLEWOOD LN, KNOXVILLE, TN 37923-6107
30584267       JENNIFER M DENTON, 5900 Banner Rd SE, Port Orchard, WA 98367-9765
30584465       JESS MARTINEZ, 27 MAYSON AVE NE, ATLANTA, GA 30317-1923
30584631       JESSICA PHILLIPS, 6A Cleveland St, WA, NJ 07882-1463
30584717       JH Pitas, 6912 Bank St, Baltimore, MD 21224-1803
30584802    +  JIT Manufacturing, 1420 S Third St, PO Box 1329, Mabank, TX 75147-1329
30584805       JJ Low, 110 Meng Suan Road, Singapore, North, 779297, SINGAPORE
30584806       JJ Magpusao, 622 Kiowa Cir, Salinas, CA 93906-2616
30584953       JOEL RICHARDSON, Australia, 2 O'Davis Street, HIGHFIELDS, Queensland 4352, AUSTRALIA
30585014       JOHN A SAX, 9706 E Golf Links Rd, Tucson, AZ 85730-1409
30585023       JOHN BARTNICK, 62 Tulip Ave Apt 17L, Floral Park, NY 11001-1802
30585076       JOHN HICKEY, 5950 Pelican Bay Plz S Apt 305, Gulfport, FL 33707-3959
30585534       JORDAN SIEGER, 760 Anchor Cv, San Diego, CA 92154-5838
30585571    +  JORGE DEBLEX YANEZ EC6778, 2301 Northwest 107th Avenue, Suite 102-EC6778, Doral, FL 33172-2196
30585599       JOSE ESCALER, 345 Franklin St Apt 506, Cambridge, MA 02139-3182
30585718    +  JOSEPH P MCGUINNESS, 3115 Safe Harbor Way, Charleston, SC 29414-8196
30585801    +  JOSH HELMER, 5215 1ST AVE, DULUTH, MN 55803-9469
30586001    +  JOSUE GUILLEN, 188 azalea circle, Romeoville, IL 60446-5272
30586031    +  JP Greenough, 330 N st, Apt. 39, Sacramento, CA 95814-4304
30586032    +  JP Greenougj, 330 N st, Apt. 39, Sacramento, CA 95814-4304
30586033       JP Mossman, 8147 Braeburn Ln, Orland Park, IL 60462-5901
30586035    +  JR FACILITY MANAGEMENT KC LLC, 1402 CLINTON STREET, Nashville, TN 37203-2806
30586036    +  JR FACILITY MANAGEMENT LLC, 1402 CLINTON STREET, Nashville, TN 37203-2806
30586039    +  JT Howard, 299 Harris Ln, L103, Gallatin, TN 37066-3156
30586074    +  JUDITH DURAN, 115 W Hacienda Dr, CORONA, CA 92882-5220
30586140    +  JULIA MARGO ROSS, 1610 Glasco Turnpike, Apt A3, Woodstock, NY 12498-2234
30586196    +  JULIAN SERVENTI, 716 N CITRUS AVE, LOS ANGELES, CA 90038-3402
30586265       JULIE SIMMONS, 1709 Shagbark Ct, Naperville, IL 60565-2711
30586301       JUNG HO MOON, 210-32, Sangam-ro, 504 Ho, Gangdong-gu, SEOUL 5296, SOUTH KOREA
30586441       JUSTINE GRIFFIN, 245 Blodgett Rd, Owego, NY 13827-3505
30586453    +  JW Whitmarsh IV, 1803 Cozumel Drive, Mansfield, TX 76063-5916
30582699       Ja'quisheona Washington, 2903 Aurie Ct, Decatur, GA 30034-2611
30582700    +  Ja-Zhen Toh, 46703 Crawford St, Apt 18, Fremont, CA 94539-7161
30582701       Jaap Vleeshouwers, Kloosterwei 205, Apt. 205, Warmond, Zuid Holland, 2361 XJ, NETHERLANDS
30582702       Jabbed Meraj, 61 Canning Street, Burnley, England, BB12 0BA, UNITED KINGDOM
30582703       Jacalyn Dunkle, PO BOX 160434, SACRAMENTO, CA 95816-0434
30582704    +  Jace G Long, 610 4th St, Huntingdon, PA 16652-2402
30582705    +  Jace Ireland, 333 Main St, Vassalboro, ME 04989-3511
30582706       Jace Juvik, 805 Tenneson Rd, Helena, MT 59602-7263
30582708    +  Jace Ravefield, PO Box 188, Ukiah, CA 95482-0188
30582707    +  Jace maples, 6085 Sunrise Meadows Loop, Reno, NV 89519-8354
30582709       Jacek Mokrzec, 375 Patrick St.,, Unit B7, Kingston, ONTARIO K7K 6Z9, CANADA
30582710       Jacey Bishop, 816 NW 16th St, Blue Springs, MO 64015-2925
30582712    +  Jack Alexander Raplee, 1607 Millers Court, Apt. 1607, Noblesville, IN 46060-1665
30582714       Jack Ashton, 4 Louella Dr, Plymouth Meeting, PA 19462-2631
30582715    +  Jack Barnett, 11050 Bryant St, Spc 201, Yucaipa, CA 92399-3027
30582716    +  Jack Barriere, 8 Sierra Ct, Cumberland, RI 02864-1538
30582717       Jack Barsch, 3233 VALLEJO ST APT 2A, DENVER, CO 80211-3456
30582718       Jack Bell, 1201 Buckingham Station Dr Apt 3A, Midlothian, VA 23113-4654
30582719    +  Jack Bergman, 275 SW Tichenor St, Po Box 1264, Clatskanie, OR 97016-1264
30582720       Jack Bethune, 32421 Harvest Dr, San Juan Capistrano, CA 92675-7137
30582721    +  Jack Boyer, 431 Goodman Dr, Midway, GA 31320-6895

| | | |
|---|---|---|
| 30582722 | + | Jack Brand 247, 8455 South Main Street, Evans Mills, NY 13637-3201 |
| 30582723 | | Jack Brealey, 39 Asgard Drive, Bedford, ENGLAND MK41 OUR, UNITED KINGDOM |
| 30582724 | | Jack Brown, 1202 SW Falcon St, Portland, OR 97219-4341 |
| 30582725 | + | Jack Bushell, 785 Dean Street, Apt. 1, Brooklyn, NY 11238-3100 |
| 30582726 | + | Jack Calder, 300 cherry bark drive, Brandon, MS 39047-7278 |
| 30582727 | | Jack Cameron, 71 reid avenue, Ottawa, ONTARIO K1Y1S8, CANADA |
| 30582728 | | Jack Childs, 4113 Nokomis Ave, Minneapolis, MN 55406-3145 |
| 30582729 | | Jack Christy, 110 Florence St S, Streeter, ND 58483-7001 |
| 30582730 | | Jack Clark, 23 Lupin Way, Coogee, WESTERN AUSTRALIA 6166, AUSTRALIA |
| 30582731 | | Jack Corrigan, 24 Minshull New Road, Apt. 24, CREWE, ENGLAND CW1 3PD, UNITED KINGDOM |
| 30582732 | + | Jack Current, 235 Court Street, Newtown, PA 18940-1913 |
| 30582733 | | Jack Daly, 14 Conway Cres, St. John's, NEWFOUNDLAND AND LABRADOR A1, CANADA |
| 30582734 | | Jack Darbyshire, Meadow End, Henley Close, Axminster, ENGLAND EX13 7SX, UNITED KINGDOM |
| 30582735 | | Jack Deloose, 225 W Ohio St, Marquette, MI 49855-3425 |
| 30582736 | + | Jack Dittrich, 3365 Southlake ln, cumming, GA 30041-9280 |
| 30582737 | + | Jack Duggan, 16719 3rd Ave S, Burien, WA 98148-1416 |
| 30582738 | | Jack Dunnery, 3200 Renoir Ln, McKinney, TX 75070-1483 |
| 30582739 | + | Jack Earl, 309 East North St., Elida, OH 45807-1058 |
| 30582740 | | Jack El Bayeh, 207 George Street, Parramatta, New South Wales, 2150, AUSTRALIA |
| 30582741 | + | Jack Elswick, 502 West 2nd st., Lexington, KY 40508-1204 |
| 30582742 | | Jack Emanuel, 2236 N Emerson St, Denver, CO 80205-5127 |
| 30582743 | + | Jack Fox, 870 south kerry court, Palatine, IL 60067-7177 |
| 30582744 | | Jack Gibson, 16 Stoneacre Avenge, Stockton-on-tees, ENGLAND TS170XE, UNITED KINGDOM |
| 30582745 | + | Jack Gold, 70-11 108th St, Apt 2G, Forest Hills, NY 11375-4403 |
| 30582746 | + | Jack Gragg, 8580 Cardinal St, Apt. 6106, Lenexa, KS 66219-8088 |
| 30582747 | + | Jack Green, 2228 maple rose dr, Las Vegas, NV 89134-0187 |
| 30582748 | + | Jack Gregg, 3004 Blue Lake Dr, Little Elm, TX 75068-7854 |
| 30582749 | | Jack Grier, 937 4TH ST APT 10, SANTA MONICA, CA 90403-2639 |
| 30582750 | | Jack Hanson, 830 109th Ave NW, Coon Rapids, MN 55448-4318 |
| 30582751 | | Jack Harris, 5 Foxhill Ct, Carrara, Queensland, 4211, AUSTRALIA |
| 30582752 | + | Jack Harris, 5707 Wythe Ave, Richmond, VA 23226-1905 |
| 30582753 | + | Jack Higgins, 3831 E. Hillery Drive, Phoenix, AZ 85032-5260 |
| 30582755 | | Jack Hines, 21 Alston Road, Ipswich, ENGLAND IP3 8EU, UNITED KINGDOM |
| 30582754 | | Jack Hines, 69 King Edward Road, Ipswich, England IP3 9AN, UNITED KINGDOM |
| 30582756 | | Jack Hipgrave, 2 Finch Road, Berkhamsted, ENGLAND HP43LH, UNITED KINGDOM |
| 30582757 | | Jack Hooper, 3201 Coolamon Road, Coolamon, New South Wales 2701, AUSTRALIA |
| 30582758 | | Jack Hughes, 4 Rhodes Way, Bellingham, MA 02019-1872 |
| 30582759 | | Jack Kaufman, 22 Stoneleigh Avenue, Sale, ENGLAND MEE 5FF, UNITED KINGDOM |
| 30582760 | | Jack Kelly, 316 Oakview Dr, Aledo, IL 61231-2721 |
| 30582761 | | Jack Kingham, 104 Rushdean Road, Rochester, England ME2 2QB, UNITED KINGDOM |
| 30582762 | + | Jack Koncki, 2317 W Thomas St, Apt 3F, Chicago, IL 60622-3549 |
| 30582763 | | Jack Kyle, 35 Meredith Drive, Sussex Corner, NEW BRUNSWICK E4E 2T8, CANADA |
| 30582764 | + | Jack LaFond, 4608 Bay Crest Dr, Tampa, FL 33615-4902 |
| 30582765 | + | Jack Lambert, 1264 9th Ave, #4, San Francisco, CA 94122-2334 |
| 30582766 | | Jack Lenahan, 17 Buttonwood Cir, Fairport, NY 14450-3703 |
| 30582767 | | Jack Long, 38 Bright Ln Apt 102, Waynesboro, VA 22980-9047 |
| 30582768 | | Jack Lyons, 1285 Redpine Way, Kalamazoo, MI 49006-5497 |
| 30582769 | | Jack Magtibay, 1215 LILAC ST, FORT WORTH, TX 76110-1930 |
| 30582770 | + | Jack Maikowski, 466 Hill St, Bristol, CT 06010-8546 |
| 30582771 | | Jack Marston, 1619 Cottman Ave, Bremerton, WA 98312-4758 |
| 30582772 | + | Jack Martin, W9999 Thurner Lane, Gresham, WI 54128-8938 |
| 30582773 | | Jack Metcalf, 8 Westland Rd, Faringdon, ENGLAND SN7 7EY, UNITED KINGDOM |
| 30582774 | + | Jack Mitchell, 9489 Jaywood RD, Winter Garden, FL 34787-8421 |
| 30582775 | | Jack Moletteire, 995 Parasol Pl, Oviedo, FL 32766-6642 |
| 30582776 | | Jack Moon, 12505 Lorien Way, Oklahoma City, OK 73170-4727 |
| 30582777 | | Jack Mow, 134 Berringa Road, Park Orchards, VIC 3114, AUSTRALIA |
| 30582778 | + | Jack Muehlbauer, 2400 Barrett Creek Blvd, Apt. 703, Marietta, GA 30066-4960 |
| 30582779 | + | Jack Myers, 111 Champlin Place North, Newport, RI 02840-2838 |
| 30582780 | | Jack Nagler, 15730 116th Ave NE, B101, Bothell, WA 98011 |
| 30582781 | + | Jack Neumann, 911 S Locust St, Apt 205, Champaign, IL 61820-5940 |
| 30582782 | + | Jack Olszewski, 1829 Caton Ave, 5D, Brooklyn, NY 11226-2896 |
| 30582783 | + | Jack Paley, 17910 Coachmans Rd, Germantown, MD 20874-2275 |
| 30582785 | | Jack Parker, 22710 N 123rd Dr, Sun City West, AZ 85375-4563 |

District/off: 0752-1                         User: admin                                    Page 198 of 507
Date Rcvd: Jan 04, 2024                    Form ID: 309C                               Total Noticed: 30719

30582784    + Jack Parker, 5591 Cornerstone Court, Smithton, IL 62285-3623
30582787    + Jack Petersen, 311 Erler St, A, Sitka, AK 99835-7337
30582786    + Jack Petersen, 311 Erler Street, Apt A, Sitka, AK 99835-7337
30582788    + Jack Polark, 180 Hollow Way, Ingleside, IL 60041-9400
30582789      Jack R Tilson, 133 Moss Road, Lambeg, Lisburn, NORTHERN IRELAND BT274LE, UNITED KINGDOM
30582790    + Jack Rasmussen, 9938 Grande Lakes Blvd, Apt 2217, Orlando, FL 32837-4044
30582791    + Jack Render, 12710 Lake Wilderness Lane, Spotsylvania, VA 22551-8121
30582792    + Jack Reynolds, 2115 Benecia Ave., Los Angeles, CA 90025-6014
30582793      Jack Roath, 1326 Bibeau Rd, White Bear Lake, MN 55110-3600
30582794      Jack Rossbach, 4830 Cass Ave Apt 203, Detroit, MI 48201-1348
30582795    + Jack Sadowski, 6525 156th st e, Hastings, MN 55033-9517
30582796      Jack Sanderson, 1201 Anderson Ave, Maumee, OH 43537-3024
30582797      Jack Schumann, 3132 Hawthorne Ave, Ogden, UT 84403-0930
30582798      Jack Scott, 2 Fulmar Walk, Whitburn, Sunderland, England SR6 7BW, UNITED KINGDOM
30582800    + Jack Sliwoski, 14925 Southeast 45th Place, Bellevue, WA 98006-2402
30582801      Jack Smitko, 380 Cream Street, Pelham, ON L0S 1C0, CANADA
30582802      Jack Sorensen, 194 Vreeland Ave, Nutley, NJ 07110-1637
30582805      Jack Thomas, 5100 33rd St S Apt 4, La Crosse, WI 54601-2305
30582807    + Jack Trombley, 140 Millstone Manor Ct, Woodstock, GA 30188-6131
30582809    + Jack Trump, 5620 Bend Creek Road, Atlanta, GA 30338-2708
30582811    + Jack Voelker, 3118 Hudson St, Drop Box Pin 4142, Baltimore, MD 21224-4928
30582812      Jack Wagner, 4830 NW 43rd St Apt G108, Gainesville, FL 32606-4493
30582813      Jack Walter, 29 Longleat Avenue, Apartment 49, Birmingham, England, B15 2DF, UNITED KINGDOM
30582814      Jack Wang, 6215 NE 92ND DR, PORTLAND, OR 97253-1776
30582815    + Jack Weaver, 3390 Stratford Rd. NE, Apt 1915, Atlanta, GA 30326-1781
30582817    + Jack Whitaker, 202 Hawthorne Rd, Sparta, TN 38583-5724
30582818      Jack Willis, 2290 NE Westwood Dr, D204, Pullman, WA 99163
30582819      Jack Worley, 125 Tina Dr, Murray, KY 42071-6236
30582820      Jack Wuertzer, 5736 DACOLA SHORES RD, CONESUS, NY 14435-9307
30582713    + Jack armijo, 140 James rd, 3B, Highpoint, NC 27265-2289
30582804    + Jack stoliker, 310 E Wilshire Ave #B, Fullerton, CA 92832-2091
30582806      Jack towey, 1317 Sklae Dr, White Cloud, KS 66094-4037
30582810    + Jack van Amburg, 3201 San Gabriel Ave, Glendale, CA 91208-1737
30582821    + Jack zh, 549 Cornell Street, San Lorenzo, CA 94580-1028
30582822      Jackelyn Zapata, 119 Highland Ave Apt E Apt E, Apt E, Burlingame, CA 94010-4300
30582823    + Jacki Hess, 560 Kunkle Mill Rd, Dover, PA 17315-1930
30582824    + Jacki Wilson, 1307 W Lincoln Hwy, Apt 5115, Dekalb, IL 60115-2942
30582825      Jackie Chamberlain, 2844 Gorge View Drive, Victoria, BC V9A 2H9, CANADA
30582826      Jackie Drucker, 12 Donner St, Holmdel, NJ 07733-2004
30582828    + Jackie Farmer, 1631 s 15th st, APT 2, Philadelphia, PA 19145-1501
30582829    + Jackie Gonzalez, 10873 NW 51 LN, Doral, FL 33178-3927
30582830      Jackie Harrigan, 1299 Township Road 608, Nova, OH 44859-9743
30582832      Jackie Hedwall, 721 Hastings Hill Rd, Kernersville, NC 27284-9514
30582833    + Jackie Hernandez, 2333 Rosewood Ave, Winston-Salem, NC 27103-3638
30582834    + Jackie Hurley, 3963 Escala Cove, Oceanside, CA 92058-7978
30582835    + Jackie Lemna, 210 Island Ave, Sheldon, ND 58068-4005
30582838      Jackie Reyna, 411 E INDIAN SCHL RD APT 3029, PHOENIX, AZ 85012-1896
30582840      Jackie Sheppard, 31 Four Winds Dr, Saint Peters, MO 63376-1171
30582841      Jackie Smith, 2222 Laurel Dr, Cinnaminson, NJ 08077-3430
30582837    + Jackie papanier, 2551 S Alder St, Philadelphia, PA 19148-4426
30582842      Jacksepticeye, c/o Peter Letz, Creative Artists Agency, Los Angeles, CA 90067
30582844      Jackson A Goslin, 140 Fawn Dr, Null, Gilbertsville, PA 19525-8102
30582845    + Jackson Amos, 1503 Sw Kelly Avenue, Chehalis, WA 98532-3720
30582846      Jackson Archbold, 95 Bradson Dr, Guelph, ONTARIO N1E7K3, CANADA
30582847    + Jackson Aylesworth, 918 East St, Graham, TX 76450-3511
30582848    + Jackson Benkendorf, 1616 Redbud Grove Ct, Conroe, TX 77301-4837
30582849    + Jackson Bignell, 263 Westland Drive, Brigham City, UT 84302-3154
30582850    + Jackson Bosch, 20 Edgewoodway, San Rafael, CA 94901-1102
30582851      Jackson Bradley, 17 South Cir, Beacon Falls, CT 06403-1117
30582852    + Jackson Cobble, 13004 Camden Cir, Huntsville, AL 35803-3110
30582853      Jackson Cousin, 1209 Autumn Ridge Rd, Montgomery, AL 36117-8037
30582855      Jackson Dookypants, 1603 N 400 W, Kokomo, IN 46901-8369
30582856    + Jackson Fahey, 1532 California St, Elk Grove Village, IL 60007-2806

30582857        Jackson Griffin, 1209 Glen Eden Dr, Raleigh, NC 27612-4748

30582858   + Jackson Guerry, 1250 Sadler Dr, Apt. 1316, San Marcos, TX 78666-7597

30582859      Jackson Hall, Lime Court, 200b Cambridge Road, Flat 10, Kingston upon Thames, ENGLAND KT13LT, UNITED KINGDOM

30582860   + Jackson Heck, 429 Adalynn Circle, Bowling Green, KY 42104-0001

30582861      Jackson Hook, 395 Franklin St, Harrisonburg, VA 22801-4236

30582862   + Jackson Irwin, 2428 NW Market Street, Apt. 779, Seattle, WA 98107-4192

30582863      Jackson Knowlton, 184 Morningside Dr, Laconia, NH 03246-2645

30582864   + Jackson Marking Products Co., Inc., 9105 N. Rainbow Lane, Mt. Vernon, IL 62864-6407

30582865      Jackson Martin, 320 W Park Ave, Greenfield, IN 46140-1426

30582866      Jackson McHargue, 15437 Duckling Pl, Woodbridge, VA 22191-3786

30582867   + Jackson Moeller, 156 Hamilton Drive, Apt, Buffalo, NY 14226-4741

30582868      Jackson Nelson, 1205 RUM RIVER DR SW, ISANTI, MN 55040-6274

30582870      Jackson Rayner, 7135 Hillsboro St, San Diego, CA 92120-1847

30582871      Jackson Ribble, 316 king street N, Apt. 803, Waterloo, ONTARIO N2J2Z2, CANADA

30582872   + Jackson Richard, 646 Kenosha Ave, Norfolf, VA 23509-1504

30582873      Jackson Rose, 6202 N Muscatel Ave, San Gabriel, CA 91775-2627

30582874   + Jackson Schlesselman, 6666 Quail st, Arvada, CO 80004-2548

30582875      Jackson Scott-Luib, 784 Rugby Rd, Brooklyn, NY 11230-2410

30582876   + Jackson Shepard, 1514 Fox Run Ln, Raymore, MO 64083-9081

30582877   + Jackson T Killingsworth, 7467 Horsechestnut Street, Wellington, CO 80549-2093

30582878      Jackson Taylor, 1623 W 725 S, Layton, UT 84041-5291

30582879   + Jackson Teresinski, 766 Bluebird Drive, Vacaville, CA 95687-7265

30582880      Jackson Turnage, 100 DAWG DR, STARKVILLE, MS 39759-8712

30582882   + Jackson Uselman, 2475 Robb Dr, Apt. 734, Reno, NV 89523-2823

30582883   + Jackson Vandervelde, 37 West Highland Avenue, Melrose, MA 02176-1230

30582884      Jackson Wall, 14 Maplewood Court, Cranbourne North, VICTORIA 3977, AUSTRALIA

30582885   + Jackson Williams, 1530 N. Poinsettia Pl., #215, Los Angeles, CA 90046-7927

30582886   + Jackson Wilson, 4515 N Saint Louis St., Batesville, AR 72501-8230

30582887      Jackson Winn, 201 Factory Rd, Hampstead, NC 28443-2229

30582869   + Jackson p, 2013 Hickory Hill Lane, Hermitage, TN 37076-1921

30582881   + Jackson twait, 12030 ryngler rd, Studio city, CA 91604-4900

30582888   + Jacky Chan, 9030 54th Ave, FL1, Elmhurst, NY 11373-4546

30582889      Jaclyn Crawford, 3556 Reeves St, North Richland Hills, TX 76117-3338

30582890   + Jaclyn Mae, 1455 Orchardview Ave NW, Salem, OR 97304-1954

30582891      Jaclyn O'Connell, 550 W 45TH ST APT 1102, NEW YORK, NY 10036-3796

30582892   + Jaclyn Shimkus, 23 Kingfisher Ln, Toms River, NJ 08753-2028

30582893      Jaclyn Wright, 115 Country Club Dr, Hendersonville, TN 37075-4024

30582894   + Jacob A Cosio, 371 W c st, Brawley, CA 92227-1801

30582895      Jacob A Sloan, 24902 Via Larga, Laguna Niguel, CA 92677-1938

30582896      Jacob Abern, 208 Barbara Ct Unit A, Pleasant Hill, CA 94523-4340

30582897   + Jacob Albrecht, 4231 N Kenmore Ave, Apt 3S, Chicago, IL 60613-6204

30582898   + Jacob Alexander, 1227 De Cunha Ct., Salinas, CA 93906-5034

30582899   + Jacob Anderson, 623 S Main St, Westfield, WI 53964-9163

30582900      Jacob Ashcraft, 2000 S Melrose Dr Apt 46, Vista, CA 92081-8759

30582901   + Jacob B McGary, 7018 37th Ave NE, Seattle, WA 98115-5935

30582902      Jacob Baker, 1715 Rist Ave, Eau Claire, WI 54701-4792

30582903      Jacob Barger, 5103 Caliente Dr, Arlington, TX 76017-3440

30582904      Jacob Barry, 14 Church Road, Carrum, VICTORIA 3197, AUSTRALIA

30582905      Jacob Batman, 259 MONTECITO DR, SATELLITE BCH, FL 32937-5760

30582906   + Jacob Beachbaord, 4778 Kings crossing dr ne, kennesaw, GA 30144-1655

30582907      Jacob Belshin, 3073 W 16th Ave, Denver, CO 80204-1912

30582908      Jacob Berland, 40 Brett Ln, Bedford, NY 10506-1712

30582909      Jacob Bills, 605 MOORLAND RD, MADISON, WI 53713-2136

30582910   + Jacob Bleakley, 500 South Kings Point Rd, Virginia Beach, VA 23452-3106

30582911      Jacob Bolton, 6 Welton Court, Basinsgtoke, Hampshire, ENGLAND RG21 7TF, UNITED KINGDOM

30582912   + Jacob Bossi, 34 Springs Rd, Bedford, MA 01730-1626

30582913   + Jacob Brandt, 75 Running Fox Rd, Columbia, SC 29223-3052

30582914   + Jacob Brinkman, 735 N 184th Street, Shoreline, WA 98133-4405

30582915      Jacob Brown, 2 Abberley Close, St Helens, ENGLAND WA102AZ, UNITED KINGDOM

30582916   + Jacob Bruno, 314 Glenn Ave., Carnegie, PA 15106-3458

30582917   + Jacob Bryan, 1861 Anchor Way, Seal Beach, CA 90740-5772

30582918   + Jacob Buchanan, 361 Anna Hume Blvd, Apt. 361, Richmond, KY 40475-7638

30582919      Jacob Bundy, 10915 Creviston Dr NW, Gig Harbor, WA 98329-7213

District/off: 0752-1 User: admin Page 200 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30582920 + Jacob Burton, 1805 Country Club Apartment, Dallas, PA 18612-8607
30582921 Jacob Butler, 57 Burbage Road, Swindon, ENGLAND SN2 5HZ, UNITED KINGDOM
30582922 Jacob C Nolan, 541 Lake Washington Blvd E, Seattle, WA 98112-4226
30582923 Jacob Caine, 3236 E Fall Creek Parkway North Dr, Indianapolis, IN 46205-3858
30582924 + Jacob Campbell, 1725 Dunkirk Dr., Charlotte, NC 28203-4303
30582925 Jacob Carlile, 47-671 Hui Kelu St Apt 6, Kaneohe, HI 96744-4627
30582926 + Jacob Carroll, 12219 NE 136th PL, Kirkland, WA 98034-2230
30582927 + Jacob Casely, 409 Greyson Court, Fayetteville, NC 28314-1740
30582928 Jacob Christensen, 102 S Connor St, Hot Springs, SD 57747-2219
30582929 + Jacob Ciaravino, 1212 s11th st, unit 39, Tacoma, WA 98405-4021
30582930 Jacob Clarke, 383 Dean Dr, Owosso, MI 48867-1006
30582931 + Jacob Cole, 5225, Scenic Valley Dr, cumming, GA 30040-5480
30582932 + Jacob Collin Hill, 288 Cross Road, Avon, ME 04966-3026
30582934 + Jacob Collins, 3400 N Maryland Ave, Milwaukee, WI 53211-2903
30582933 + Jacob Collins, 1836 Laburnum Ave, Apt. 203, Chico, CA 95926-2365
30582935 Jacob Compton, 2002 Crestmont St, Norman, OK 73069-6414
30582936 Jacob Conley, 3720 S BOND AVE UNIT 1604, PORTLAND, OR 97239-4575
30582937 + Jacob Cronin, 824 Sunblest Blvd, Fishers, IN 46038-1168
30582938 + Jacob Crosson, 5300 W Memorial Rd, 13s, Oklahoma City, OK 73142-2039
30582939 + Jacob Cummings, 70478 S 4760 Rd, Westville, OK 74965-5383
30582940 Jacob Cutchin, 714 Florence Ave, Fort Wayne, IN 46808-2323
30582942 + Jacob Daniel Pater, 410 Bluff Drive, Clarksville, TN 37043-1740
30582943 + Jacob Daugherty, 1295 South Russell Street, Portland, TN 37148-2612
30582946 + Jacob Davis, 2521 Batterhayes Road, Apt 101, Raleigh, NC 27615-2455
30582945 Jacob Davis, 41 Elm Close Estate, Hayling Island, England, PO11 9AT, UNITED KINGDOM
30582944 + Jacob Davis, 150 Indian Branch Lane, Afton, VA 22920-3142
30582947 Jacob De Jesus, 177 St George St, Apt. 401, Toronto, ONTARIO M5R2M5, CANADA
30582948 Jacob Deere, 1604 Cedar Ln, Augusta, KS 67010-9468
30582949 + Jacob Deso, 57 Elm Street, Cambridge, MA 02139-1405
30582950 + Jacob Dew, 2504 Maricopa Street, Torrance, CA 90503-5147
30582951 + Jacob Drohat, 3121 Edgewood Rd, Ellicott City, MD 21043-3419
30582952 Jacob Drury, 205 Elm St Unit 108, Quincy, MA 02169-5550
30582953 + Jacob Ducoli, 5 Huntington Ct, Elma, NY 14059-9273
30582954 + Jacob Dunn, 283 Bowles Town Ln, Bremo Bluff, VA 23022-2123
30582955 + Jacob Dunne, 4831 W Julie Dr, Glendale, AZ 85308-4818
30582957 + Jacob Edwards, 112 Caroline St, Clyde, NY 14433-1103
30582958 + Jacob Edwards, 6263 deerhaven lane, Loveland, OH 45140-8186
30582959 + Jacob Ehlenberger, 509 Gwynnvale Rd, Pikesville, MD 21208-3613
30582960 + Jacob Fanis, 1964 West Lawrence, Apt. 1, Chicago, IL 60640-4010
30582961 Jacob Fedorchik, 940 S 33rd Ct, Omaha, NE 68105-1522
30582962 + Jacob Fenner, 810 George Washington Blvd, Sumter, SC 29154-8479
30582963 + Jacob Fetzik, 1525 Tierney Drive, Hastings, MN 55033-2419
30582964 + Jacob Finch, 27340 N Whitehorn Trail, Peoria, AZ 85383-3671
30582966 Jacob Froechte, W6778 S Eastwood St, Van Dyne, WI 54979
30582967 + Jacob Garcia, 2901 yorba linda blvd, Apt. 16, Fullerton, CA 92831-1545
30582968 Jacob Garner, 6806 S 1495 E, SALT LAKE CTY, UT 84121-2728
30582969 + Jacob Gockley, 62 Linden Ct, Cary, IL 60013-1540
30582970 + Jacob Gomez, 655 Promenade Apt 4077, Irving, TX 75039-1217
30582971 Jacob Greenwood, 1137 Shattuck Ave, Berkeley, CA 94707-2609
30582972 + Jacob Guerrero, 1493 Osage Street, Apt.337B, Denver, CO 80204-2446
30582973 Jacob Guzman, 105 S 8th Ct, Shelton, WA 98584-3821
30582974 Jacob Hafley, 24 WILSON AVE APT 2A, BROOKLYN, NY 11237-2492
30582976 Jacob Hetzel, 18551 WOODSIDE XING S, STRONGSVILLE, OH 44149-6891
30582977 + Jacob Heverly, 90 Main Street, Saranac Lake, NY 12983-5787
30582978 Jacob Higgs, 501 Pine Hill Rd, Elizabethton, TN 37643-4040
30582979 + Jacob Hisscock, 15102 Dickens Street, Apt. 107, Sherman Oaks, CA 91403-5310
30582980 + Jacob Hite, 233 Catfish Road, Duncansville, PA 16635-5206
30582981 + Jacob Hogan, 8060 E Girard Ave, Apt. 1014, Denver, CO 80231-4421
30582982 Jacob Hop, 3808 Milan Ave SW, WY, MI 49509-3938
30582983 Jacob Hoytema, 272 Caroline St S, Apt. 7, Hamilton, ON L8P3L9, CANADA
30582984 Jacob J Holland, 1702 SW CALIFORNIA BLVD, PORT ST LUCIE, FL 34953-1121
30582985 Jacob James, 49 Harris Ave Apt 3, Albany, NY 12208-3046
30582986 Jacob Jaramillo, 7365 W Utah Ave, Lakewood, CO 80232-6923

District/off: 0752-1                                    User: admin                                    Page 201 of 507
Date Rcvd: Jan 04, 2024                                Form ID: 309C                                 Total Noticed: 30719

| | | |
|---|---|---|
| 30582988 | + | Jacob Jenkins, 1010 Walnut St, Apt 1313, Cincinnati, OH 45202-1270 |
| 30582987 | + | Jacob Jenkins, 2699 Seville Blvd, Apt. 504, Clearwater, FL 33764-1148 |
| 30582989 | | Jacob Jones, 80 Gundagai Street, Coffs Harbour, NEW SOUTH WALES 2450, AUSTRALIA |
| 30582990 | + | Jacob Jones, 34536 Pontoon Point Rd, Millsboro, DE 19966-6152 |
| 30582991 | + | Jacob Jordon, 17869 Audrain Road 939, Mexico, MO 65265-6835 |
| 30582992 | + | Jacob Joseph, 6617 Plymouth Road, Stockton, CA 95207-3233 |
| 30582993 | | Jacob Jude, 5480 SHAWNEE CIR APT 18, HUNTINGTON, WV 25705-3335 |
| 30582994 | + | Jacob Kanupp, 256 Corey Rd, B, Brighton, MA 02135-8301 |
| 30582995 | + | Jacob Keller, 255 Maynard Road, Wilbraham, MA 01095-1211 |
| 30582996 | | Jacob Koch, 2323 S 55th St, West Allis, WI 53219-2211 |
| 30582997 | + | Jacob Kosman, 11717 Eragon Drive, Austin, TX 78754-3104 |
| 30582998 | | Jacob Ladd, 100 E Whitestone Blvd Ste 148, Cedar Park, TX 78613-6937 |
| 30582999 | + | Jacob Landry, 1906 Mayview Ave, Cleveland, OH 44109-3624 |
| 30583000 | | Jacob Lang, 8411 Atlantic Rd, Wallops Island, VA 23337-2228 |
| 30583001 | + | Jacob Leon Hayes, 1285 riveroak rd, Inman, SC 29349-8165 |
| 30583002 | | Jacob Licon, 1259 W 14th St, Upland, CA 91786-2518 |
| 30583003 | + | Jacob Lonsford, 1110 Hammond creek Trail, Walktinville, GA 30677-7806 |
| 30583004 | | Jacob Low, 117 Mulock Ave, Toronto, ONTARIO M6N3C5, CANADA |
| 30583005 | + | Jacob Lowery, 5940 Lynwood Ct, Whitehouse, OH 43571-9524 |
| 30583006 | + | Jacob Lyon, 4576 N creal st, Terre Haute, IN 47805-9484 |
| 30583007 | + | Jacob M Ringenberg, 5154 North Park Avenue, Indianapolis, IN 46205-1066 |
| 30583009 | | Jacob Mancuso, 846 Road 7H, Powell, WY 82435 |
| 30583010 | + | Jacob Margasak, 302 S Negley Ave, Apt. 3, Pittsburgh, PA 15232-1160 |
| 30583011 | | Jacob Marion, 1028 Thrush Ln, Audubon, PA 19403-2220 |
| 30583012 | | Jacob Marriott, Parkview, 14 Fitzalan Road, Apt. 53, Sheffield, ENGLAND S13 9AW, UNITED KINGDOM |
| 30583013 | + | Jacob Matelski, 104 Vine St, Delavan, WI 53115-1672 |
| 30583015 | + | Jacob Merritt, Los Altos Parkway, 155, Sparks, NV 89436-7712 |
| 30583014 | | Jacob Merritt, 5300 S Los Altos Pkwy Apt 155, Sparks, NV 89436-2531 |
| 30583016 | #+ | Jacob Miller, 7293 Quinn Ave NW, South Haven, MN 55382-3831 |
| 30583017 | | Jacob Mizen, 11 Gayhurst Court Mews, Newport Pagnell, England, MK16 8LG, UNITED KINGDOM |
| 30583018 | | Jacob Molner, 4012 Tumble Wood Trl Apt 104, Tampa, FL 33613-3359 |
| 30583019 | | Jacob Montez, 5720 Chipper Dr, New Port Richey, FL 34652-6411 |
| 30583020 | + | Jacob Morrow, 53 center street, Berlin Heights, OH 44814-9603 |
| 30583021 | + | Jacob Mountain, 619 Farragut Street, Pittsburgh, PA 15209-2517 |
| 30583022 | | Jacob Murgatroyd, Knockouncoura, Loughrea, GALWAY H62 Y023, IRELAND |
| 30583023 | | Jacob Ormsbee, 931 NE 81st Ave Apt 3, Portland, OR 97213-6965 |
| 30583024 | + | Jacob Owen, 2564 Weatherford Heights Dr, Weatherford, TX 76087-1250 |
| 30583025 | + | Jacob Owens, 3460 NW Lakewood Ln, Apt. 21, Ankeny, IA 50023-7946 |
| 30583026 | | Jacob Palo, 12123 Selfridge Rd, Silver Spring, MD 20906-4745 |
| 30583027 | | Jacob Parkin, 7 Somin Court, Doncaster, ENGLAND DN4 8TN, UNITED KINGDOM |
| 30583028 | + | Jacob Pawlak, 1414 Falcon Dr, Louisville, KY 40213-1220 |
| 30583029 | + | Jacob Peeters, 3033 Octave Ave, Roseville, CA 95747-8943 |
| 30583030 | + | Jacob Peine, 20 N Red Trail Ln, Unit G403, WA, UT 84780-3279 |
| 30583031 | | Jacob Perreira, 444 Valley View Dr, Oakdale, CA 95361-2728 |
| 30583032 | + | Jacob Petty, 3625 Earnscliff Place, Apt. 6, San Diego, CA 92111-4158 |
| 30583033 | + | Jacob Pope, 13435 Col. Hogan Lane, Carrollton, VA 23314-6208 |
| 30583034 | + | Jacob Pullen, 10268 Monticello Blvd, Fort Wayne, IN 46825-8101 |
| 30583035 | + | Jacob Pyles, 9509 Coalville Drive, H, Henrico, VA 23294-5545 |
| 30583037 | + | Jacob Quintana, 1744 Mammoth WY, ALBUQUERQUE, NM (BERNALILLO), NM 87120-4388 |
| 30583038 | | Jacob Raman, 8807 Battery Rd, Alexandria, VA 22308-2802 |
| 30583039 | + | Jacob Reed, 15206 Applerock Drive, O Fallon, MO 63368-3895 |
| 30583040 | + | Jacob Reid, 429 S Woodfield Ln, Bloomington, IN 47403-9072 |
| 30583041 | + | Jacob Reilly, 601 Marquette Avenue, Sault Ste. Marie, MI 49783-3102 |
| 30583042 | + | Jacob Ricard, 503 South Hale Street, Wheaton, IL 60187-5691 |
| 30583043 | + | Jacob Roberts, 832 Lehigh Rd, Newark, DE 19711-7706 |
| 30583045 | | Jacob Rogers, 8940 Sumpter Rd, Adger, AL 35006-1622 |
| 30583044 | | Jacob Rogers, 8940 Sumpter Rd, Camper, Adger, AL 35006-1622 |
| 30583046 | + | Jacob Rosenberg, 10016 W Lamplighter Ln, Hanna City, IL 61536-9526 |
| 30583047 | + | Jacob Rosenberg, 10016 W lamplighter, Marquette Heights, IL 61536-9526 |
| 30583048 | | Jacob Rothe, 917 Burgess Hill Rd, Naperville, IL 60565-6106 |
| 30583049 | + | Jacob Roy Cook, 3812 Dickey Rd, Gibsonia, PA 15044-9708 |
| 30583050 | | Jacob Ruedas, 328 Concord St Apt 1A, El Segundo, CA 90245-3748 |
| 30583051 | + | Jacob Ruiz, 34075 memory ln, P.O. Box 664, Coarsegold, CA 93614-0664 |

30583053    +  Jacob S Owens, 107 Glen Oak Court East, Hendersonville, TN 37075-3052
30583054       Jacob Sawyer, 110 Chapel Ln, Titusville, FL 32796-2213
30583055       Jacob Scobey, 2039 N Commerce St, Milwaukee, WI 53212-3484
30583057    +  Jacob Servacek, 6221 ELMER AVE, HARRISBURG, PA 17112-1777
30583058       Jacob Shilman, 1701 1st Ave N Apt 302, Moorhead, MN 56560-2398
30583060       Jacob Short, 1843 Sherwood Forest St, Houston, TX 77043-3001
30583061       Jacob Skowronek, 106 Stowecroft Rd, Arlington, MA 02474-2242
30583062    +  Jacob Smith, 7 Hosmer St, Watertown, MA 02472-1977
30583063       Jacob Smith, 22 Tucker Ln, Hampton, NH 03842-3920
30583064       Jacob Spitzer, 1398 Broadneck Ct, Annapolis, MD 21409-5484
30583065    +  Jacob Steiner, 1464 Charles Ave, St Paul, MN 55104-2403
30583066    +  Jacob Stoll (The Irvine Escape Room Guy!, 2515 E. Westport Dr, ANAHEIM, CA 92806-4327
30583067    +  Jacob Stone, 6115 Colchester Ln, Matthews, NC 28104-1436
30583068       Jacob Stowe, 13003 NE 143rd St, Kirkland, WA 98034-1330
30583069    +  Jacob Strickland, 1121 blue bell way, Bowling Green, KY 42104-5615
30583070    +  Jacob Strobel, 7111 N Blue Angel Pkwy, Apt 5203, Pensacola, FL 32526-5056
30583071    +  Jacob Strong, 2715 Grassy Spring Place, Las Vegas, NV 89135-1601
30583072       Jacob Strunin, 1630 Hamlin Rd, Durham, NC 27704-9667
30583073    +  Jacob Sumner, 236 Corsair St, Summerville, SC 29483-9706
30583074    +  Jacob Sumski, 844 S Pendleton Ave, Pendleton, IN 46064-1354
30583075       Jacob Swearer, 309 Brandy Camp Cir, Ridgway, PA 15853-4111
30583076    +  Jacob T, 230 Mount hope ct, C11, Lawrence, KS 66044-6813
30583077    +  Jacob Thompson, 315 East Key Drive, Galloway, NJ 08205-4120
30583078    +  Jacob Tjaden, 1844 N 199th st, Shoreline, WA 98133-3717
30583079    +  Jacob Tooley, 230 Mount hope ct, C11, Lawrence, KS 66044-6813
30583080    +  Jacob Toone, 1543 Boulder Creek Lane, Layton, UT 84041-7417
30583081    +  Jacob Tracey, 8320 Colesville Rd, APT 105, Silver Spring, MD 20910-6364
30583083       Jacob Van Dorssen, 4A MacFarlane Street, Sadliers Crossing, Queensland 4305, AUSTRALIA
30583084    +  Jacob Wade, 1160 Golfview Terrace, Monroe, GA 30655-2233
30583085       Jacob Wager, 2105 Country Acres St, Cadillac, MI 49601-9224
30583087    +  Jacob Ward, 1642 Grove Avenue, Racine, WI 53405-3457
30583086    +  Jacob Ward, 7565 Stoney Run Drive, Apt O, Hanover, MD 21076-1464
30583088    +  Jacob Weiss, 318 Forest Hill Circle, Reading, PA 19606-9412
30583089    +  Jacob Whitmore, 3835 Mount Willen Road, Haw River, NC 27258-8500
30583090    +  Jacob Wilson, 324 Magnolia Lake Ct., Aiken, SC 29803-2653
30583091       Jacob Winter, 135 N Westchester Ave, Norman, OK 73069-6640
30583092       Jacob Zamora, 5664 California Ave, Long Beach, CA 90805-4737
30583093    +  Jacob Zamrzla, 952 116th Ln Ne, Blaine, MN 55434-2946
30583036       Jacob quinn, 11 wellclose street,, brighouse, ENGLAND HD6 1DD, UNITED KINGDOM
30583059    +  Jacob short, 8131 thiesen st, Centerline, MI 48015-1352
30583094    +  Jacobi Slaughter, 291 Adams St, Dadeville, AL 36853-1959
30583095    +  Jacobs Pavillion, 318 W. Fourth St. Noth, Royal Oak, MI 48067-2502
30583096       Jacqueline Bihr, 125 S Sierra Madre Blvd Unit 111, Pasadena, CA 91107-4137
30583097    +  Jacqueline Chapek, 1638 Iglehart Ave, St Paul, MN 55104-5208
30583098       Jacqueline Demirjian, 1258 Thompson Ave, Glendale, CA 91201-1442
30583099    +  Jacqueline Fisk, 6931 Elm Ave, Cypress, CA 90630-4974
30583100    +  Jacqueline G Guerrero, 255 SW Harrison St, APT 8H, Portland, OR 97201-5386
30583101    +  Jacqueline Garretty, 515 Zinnia Ct, Benicia, CA 94510-3728
30583102    +  Jacqueline Martinez, 19932Oak Ridge, Warenton, MO 63383-7146
30583103       Jacqueline McCarter, 1411 SPRING HILL RD, STAUNTON, VA 24401-2033
30583104       Jacqueline Newman, 6 Kristoffer Ct, New City, NY 10956-3157
30583105       Jacqueline Powers, 11009 HARMONY HILL LN APT 8305, ROWLETT, TX 75089-0201
30583106       Jacqueline Reed, 2100 Westbury Ct Apt 4L, Brooklyn, NY 11225-5634
30583107    +  Jacqueline Reyes, 1071 1/2 north avenue 51, Los angeles, CA 90042-2358
30583108       Jacqueline Reynolds Drumm, 6485 SAN MARCO CIR, LOS ANGELES, CA 90068-2731
30583109       Jacqueline Rich, 612 N BURKE ST, WOLCOTT, IN 47995-8279
30583110       Jacqueline Rutherford, 692 N Country Club Dr, Street Address 2, Wickenburg, AZ 85390-3282
30583111       Jacqueline Samuels, 8908 Novelle Dr, Louisville, KY 40258-1546
30583113       Jacqueline Vela, 8918 S Fir Ave, Los Angeles, CA 90002-1811
30583112    +  Jacqueline standley, 6729 CR 3219, Lone oak, TX 75453-6028
30583114       Jacquelyn Reyff, 3907 Meadow Dr, Grapevine, TX 76051-6439
30583115    +  Jacquie Krajnik, 103 Shenandoah Rd, Buffalo, NY 14220-2528
30583117    +  Jacquilin Berry, 110 Shale Creek Drive, Durham, NC 27703-6554

District/off: 0752-1 User: admin Page 203 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| 30583118 | | Jacy Kier, 766 MYRON PL, UKIAH, CA 95482-4070 |
| 30583119 | | Jada Greek, 2633 Autumn Harvest Dr, Loveland, OH 45140-1634 |
| 30583120 | + | Jada Louangkhoth, 10355 Sentry Road, Zeeland, MI 49464-2096 |
| 30583121 | + | Jada Thompson, 356 Turner road, Marietta, GA 30066-5928 |
| 30583122 | + | Jade Corbett, 1193 E Zion Way, Chandler, AZ 85249-5190 |
| 30583123 | | Jade Desrochers, 799 Rue de la V rendrye, Trois-Rivieres, QUEBEC G9A2SG, CANADA |
| 30583124 | + | Jade Doak, 7304 Trenton Place, Ravenna, OH 44266-8965 |
| 30583125 | + | Jade Fletcher, 324 61st St NE, B1, WA, DC 20019-2840 |
| 30583126 | | Jade Francis, 3613 Ruth St, Indian Trail, NC 28079-7578 |
| 30583127 | + | Jade Groobman, 139 Devoe St, 3R, Brooklyn, NY 11211-3732 |
| 30583128 | | Jade Jade, 7706 N College Cir Apt D, North Richland Hills, TX 76180-6295 |
| 30583129 | | Jade Jennings, 5120 N Turret Way, Boise, ID 83703-3237 |
| 30583131 | + | Jade M Hudson, 141 east Scribner ave, Dubois, PA 15801-2247 |
| 30583132 | | Jade McAulay, 33 Macoma Street, Banyo, Queensland, 4014, AUSTRALIA |
| 30583133 | | Jade Ormerod, 41 Ellesmere Crescent, Brackley, England, NN13 6BP, UNITED KINGDOM |
| 30583134 | + | Jade Phillips, 165 State Rd., Barnesville, PA 18214-2405 |
| 30583135 | | Jade Prince, 4703 N County Road 1138, Midland, TX 79705-7205 |
| 30583136 | | Jade Sharp, 2126 Harvard Ave, Miami, OK 74354-3917 |
| 30583137 | + | Jade Spratt, 5843 Heberton Drive, Verona, PA 15147-3322 |
| 30583138 | + | Jade Stevens, 2701 E Southport rd,, Indianapolis, IN 46227-5156 |
| 30583139 | | Jade Zamora, 45 Bradford St, Brooklyn, NY 11207-2501 |
| 30583140 | + | Jaden Allen, 82 Buckingham Dr, Camdenton, MO 65020-2306 |
| 30583141 | | Jaden Amistad, 6 Amboy Ave, Roebling, NJ 08554-1102 |
| 30583142 | + | Jaden Boykins, 2819 balsam court, Rockford, IL 61109-6086 |
| 30583143 | + | Jaden Crocker, 156 S Lake Dr, Watertown, SD 57201-5430 |
| 30583144 | + | Jaden Egbert, 2301 C Ave, Ogden, UT 84401-1202 |
| 30583146 | + | Jaden Keyser, 150 1st Ave, Red Lion, PA 17356-1610 |
| 30583147 | + | Jaden Lincoln, 20415 Diamondhead Ln E, Orting, WA 98360-9397 |
| 30583148 | | Jaden Patterson, 160 W 3rd St N, Fulton, NY 13069-1158 |
| 30583149 | | Jaden Roberts, 8632 111th St, Richmond Hill, NY 11418-1631 |
| 30583150 | + | Jaden Sargent, 5033 lone cactus ct, El Paso, TX 79934-3615 |
| 30583151 | | Jaden Schmalz, 955 Osgood Ave SW, Hutchinson, MN 55350-2358 |
| 30583152 | + | Jaden Sorensen, 1171 Springfield Dr, 1-001, Fort Collins, CO 80521-4602 |
| 30583145 | + | Jaden james, 3240 outback place, Ramona, CA 92065-3678 |
| 30583153 | + | Jadon Sledd, 715 County Square Dr, Unit 1, Ventura, CA 93003-9074 |
| 30583154 | + | Jadranka Skifich, 419 Capistrano Avenue, San Francisco, CA 94112-2505 |
| 30583155 | + | Jadyn Buono, 10223 Copperdale Lane, Houston, TX 77064-7146 |
| 30583156 | + | Jadyn King, 1573 Bunbury Dr., Thompsons Station, TN 37179-9723 |
| 30583157 | + | Jadyn Maharaj, 8432 NORTH MOBLEY DRIVE, Odessa, FL 33556-2411 |
| 30583158 | + | Jadyn Powell, 3925 Seventh St NW, WA, DC 20011-5903 |
| 30583159 | + | Jaedan Abel, 2680 SW Pickford St, Apt. 73, Corvallis, OR 97333-2807 |
| 30583160 | + | Jaedon Burch, 2614 West Quincy Circle, BROKEN ARROW, OK 74012-6229 |
| 30583162 | | Jael Pigeon, 3, Rue Crestwood, Chateauguay, QUEBEC J6J 1P8, CANADA |
| 30583163 | | Jaelyn Krohn, 120 Cambridge Ave Apt 311, Waukesha, WI 53188-4778 |
| 30583164 | + | Jaelyn Symoungkhoune, 11779 Waverly Meadow, lot 164, Holland, MI 49424-9358 |
| 30583165 | | Jaesen Thompson, 318 31st St, Snyder, TX 79549-3728 |
| 30583166 | | Jagdish Singh, 4 TRAFALGAR ROAD, Tividale,, Birmingham, ENGLAND B69 1RH, UNITED KINGDOM |
| 30583167 | | Jahbarri, 27 orange valley rd, Devonshire, BERMUDA DV02, BERMUDA |
| 30583168 | + | Jahir Garcia, 3721 spring valley rd, apt.151, addison, TX 75001-4452 |
| 30583170 | + | Jahmere Fulmore, 155 University Avenue, 1302A, Newark, NJ 07102-1901 |
| 30583171 | + | Jahred Harrison, 103 Honor Ln, Suffolk, VA 23434-2197 |
| 30583172 | + | Jahven Tanner, 4648 S Darlington Ave. Apt. 15, Tulsa, OK 74135-6697 |
| 30583173 | + | Jai LeMessurier, 183 Thompson Street, D6, NY, NY 10012-4924 |
| 30583174 | + | Jaiden A Marchetti, 500 East Sedalia Ave., Lot 2, Clinton, MO 64735-1668 |
| 30583175 | | Jaiden Binkley, 619 MAIN STREET, HUDSON BAY, Saskatchewan S0E 0Y0, CANADA |
| 30583176 | + | Jaiden Wade, 102B Bordentown Crosswicks Rd, Chesterfield, NJ 08515-9630 |
| 30583177 | | Jailynn Noel, 642 S 2nd St Apt 205, Louisville, KY 40202-2435 |
| 30583178 | | Jaime Bowen, 29198 NECTARINE ST, MENIFEE, CA 92584-7289 |
| 30583179 | | Jaime Burke, 616 Headley Drive, London, Ontario N6H 3V4, CANADA |
| 30583180 | | Jaime Cabral, 20 McGinty Avenue, Ajax, Ontario L1Z 0J6, CANADA |
| 30583181 | + | Jaime Chavez, 10220 Aggie Ct, EL PASO, TX 79924-2925 |
| 30583182 | + | Jaime Cunningham, 15370 Weddington Street, Apt 202, Sherman Oaks, CA 91411-3827 |
| 30583183 | + | Jaime Donaldson, 150 S 1150 E A6, Price, UT 84501-2734 |

District/off: 0752-1                              User: admin                              Page 204 of 507

Date Rcvd: Jan 04, 2024                          Form ID: 309C                            Total Noticed: 30719

30583184    +  Jaime Espinoza, 1939 Fruitvale Avenue, South El Monte, CA 91733-4117
30583185       Jaime Furlong, 2020 Minor Ave E Apt 5, Seattle, WA 98102-3531
30583186    +  Jaime Garcia, 18812 Jersey Ave, Apt. 3, Artesia, CA 90701-5655
30583187       Jaime Grabowski, 19668 Middle Branch Dr, Macomb, MI 48044-6706
30583188    +  Jaime Hitchcock, 4381 Kedron Road, Spring Hill, TN 37174-2204
30583189       Jaime Hutchison, 1056 E Logan Ave, Salt Lake City, UT 84105-2410
30583190       Jaime Inman, 3228 Walden Rd, Macon, GA 31216-7447
30583191    +  Jaime Johnson, 3036 Hillside court, fairfield, CA 94533-1349
30583192       Jaime Martire, 2764 LEN DR, BELLMORE, NY 11710-5202
30583193    +  Jaime Marvin, 967 Bergen St, Apt 3B, Brooklyn, NY 11216-2936
30583194    +  Jaime Narvaez, 927 w 8th street, Freeport, TX 77541-5437
30583195    +  Jaime Ridenour, 5025 Crater Lake Dr, Edmond, OK 73025-9693
30583196    +  Jaime Rumsey, 783 Great Ridge Pkwy., Chapel Hill, NC 27516-4241
30583197       Jaime Thompson, 24 Suffolk Ln, Gansevoort, NY 12831-1381
30583199       Jaimin Martinez, 5476 Lake Margaret Dr Apt 1603, Orlando, FL 32812-6160
30583200       Jaimz Asmundson, 462 Home Street, Winnipeg, Manitoba R3G 1X7, CANADA
30583201       Jair Alejandro Rosales Amador, Calle de Linneo, 16, 3 E, Madrid, Madrid, 28005, SPAIN
30583202    +  Jair Guiterrez, 5018 West 30th Street, Cicero, IL 60804-3510
30583203       Jairo Teruel, 8204 DUNFIELD CT # C, SEVERN, MD 21144-2927
30583204    +  Jaisa Meleason, 3532 California Ave., Apt 102, Pittsburgh, PA 15212-2193
30583205    +  Jaise Francis, 110 Amron Drive, Bloomsburg, PA 17815-8746
30583206    +  Jaison Chahwala, 621 Talcott Avenue, Lemont, IL 60439-2713
30583207       Jaitlynne Hidalgo, 1731 Madison St, Muskegon, MI 49442-5946
30583208       Jake & Mikayla Ascher, 239 N McKinley Ave, Fort Collins, CO 80521-1793
30583209    +  Jake Alekhin, 20 Madison Court, Newtown, PA 18940-1267
30583210    +  Jake Ankney, 112 West Wayne Street, Montpelier, OH 43543-1312
30583211       Jake Banks, 228 st Vincent street, Barrie, ONTARIO L4M 3Z6, CANADA
30583212    +  Jake Bennett, 24 Newberry Ct., Apt. 2, Appleton, WI 54915-3169
30583213       Jake Caston, 22 Baldina Crescent, Craigmore, South Australia 5114, AUSTRALIA
30583214    +  Jake Christensen, 268 Navajo Trail, Wallisville, TX 77597-3704
30583215       Jake Cucit, 8 Vann Court, Ashby, WESTERN AUSTRALIA 6065, AUSTRALIA
30583216    +  Jake Cummings, 22 Highland St., Cranston, RI 02920-1703
30583218       Jake Dempsey, 2708 Beadboard Dr, Charleston, SC 29414-6685
30583219       Jake Denney, 5860 Jaguar Run, Patrick Air Force Base, FL 32925-2923
30583220    +  Jake Faris, 82 Jefferson St, 2C, Brooklyn, NY 11206-6081
30583221    +  Jake Filapose, 621 Almond Street, Sutersville, PA 15083-1083
30583222       Jake Fletcher, 9 Kincora way, Collines Avenue, Dunmore Road, Waterford City, Waterford X91 V8C9, IRELAND
30583224    +  Jake Friedlein, 3106 hunsinger blvd, Louisville, KY 40220-3504
30583225       Jake Funk, 128 Brightondale Close Southeast, Calgary, AB T2Z 4M7, CANADA
30583226       Jake Gerard, 554 Sylvan Ave, Bayport, NY 11705-1539
30583227    +  Jake Gerber, 8400 County Club Way, Apt G8, Knoxville, TN 37923-1820
30583228    +  Jake Hovde, 2505 South Royce Street, Sioux City, IA 51106-3544
30583229       Jake Hughes, 13 danielle st, oxenford, Queensland 4210, AUSTRALIA
30583231       Jake Johnson, 1217 E 12th Ave, Denver, CO 80218-3001
30583232    +  Jake Katsumata, 8371 Denni st, Cypress, CA 90630-2007
30583234       Jake Lang, 8411 Atlantic Rd, Wallops Island, VA 23337-2228
30583235    +  Jake Lee, 409 Edgebrook Drive, Unit 143, Madison, AL 35756-3191
30583236    +  Jake Leininger, 1735 N Ogden St #104, Denver, CO 80218-1074
30583237       Jake Madigan, 5125 Fillmore Ct, Davenport, IA 52806-3671
30583238    +  Jake Mayer, 11260 Donner Pass Rd C1, PMB 617, Truckee, CA 96161-4845
30583239       Jake McMahon, 5629 Meridian Rd, Gibsonia, PA 15044-9440
30583240       Jake Mcreynolds, 10225, 104, Edmonton, AB T5K 1S1, CANADA
30583241       Jake Mellow, 368 Leviticus Dr, Bunker Hill, WV 25413-3598
30583242       Jake Mills, 11 W 82nd St Apt 7, NY, NY 10024-5657
30583243       Jake Morphis, 9485 Hollyhock Cir, Fountain Valley, CA 92708-1948
30583244       Jake Mudge, 4723 57th St, Kenosha, WI 53144-2407
30583245    +  Jake Nickell, 1217 Michigan Ave, Evanston, IL 60202-1416
30583246    +  Jake Orel, 20 Noonan street, Mansfield, MA 02048-1325
30583247       Jake Owen, 32 Bericote Croft, Acocks Green, Birmingham B27 6DE, UNITED KINGDOM
30583248    +  Jake Pascoe, 1248 E Malvern Ave, Salt Lake City, UT 84106-2723
30583249       Jake Piccolo, 306 Stuyvesant Ave Apt 3B, Brooklyn, NY 11233-1082
30583250       Jake Pierce, 261 Benara Road, Perth, WESTERN AUSTRALIA 6063
30583251    +  Jake Potts, 27809 Sky Lake Circle, Wesley Chapel, FL 33544-7603

District/off: 0752-1 User: admin Page 205 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| | | |
|---|---|---|
| 30583252 | | Jake Pryor, 8302 Lime Springs Dr, Houston, TX 77095-3817 |
| 30583253 | | Jake Quinn, 3243 Garfield Ave, Alameda, CA 94501-1713 |
| 30583254 | + | Jake Robinson, 176 Oakdale-Bohemia Rd, Apt 14B, Bohemia, NY 11716-3428 |
| 30583255 | + | Jake Roragen, 721 Mindy Ct., Sterling, CO 80751-4272 |
| 30583256 | | Jake Runion, 1007 Biltmore Ave, West River, MD 20778-2223 |
| 30583257 | | Jake Sacco, 27 Lincoln Ave, Goshen, NY 10924-1512 |
| 30583258 | | Jake Scruton, 4805 McKinney Ave Apt 615, Dallas, TX 75205-3744 |
| 30583259 | + | Jake Silverman, 451 Cornell, Apt. 451, Irvine, CA 92612-2691 |
| 30583260 | | Jake Sliwka, 1443 W 179TH ST APT 206, GARDENA, CA 90248-3779 |
| 30583262 | | Jake Smith, 2629 NW 26th St, Oklahoma City, OK 73107-2231 |
| 30583261 | | Jake Smith, 13 Giles Street, Burdell, Queensland, 4818, AUSTRALIA |
| 30583263 | + | Jake Stoner, 723, E Center St #2, Rochester, MN 55904-4603 |
| 30583264 | + | Jake Sutter, 1025 Luxe Ave, #8113, Columbus, OH 43220-5303 |
| 30583265 | + | Jake Swanson, 15 Clinton street, Salem, NH 03079-2053 |
| 30583266 | | Jake Thwing, 1183 Hammett Rd, Johnson City, TN 37615-3985 |
| 30583267 | | Jake Towers, 20 Longmeadows, Sunderland, England, SR3 3RS, UNITED KINGDOM |
| 30583268 | + | Jake Twa, 1301 Davis Ave, Apt 2, Grand Rapids, MI 49504-3110 |
| 30583270 | + | Jake Warren, P.O. Box 81, Sumner, WA 98390-0020 |
| 30583272 | | Jake Wesley Rogers, c/o Ryan Edmundson, United Talent Agency, New York, NY 10106 |
| 30583273 | | Jake Whiston, Roman Way, Apt. 3, Liverpool, England, L339TA, UNITED KINGDOM |
| 30583274 | + | Jake Wiese, 1150 S Clarizz Blvd, 239B, Bloomington, IN 47401-4270 |
| 30583275 | + | Jake Worley, 17774 SE Division St, Portland, OR 97236-1081 |
| 30583276 | | Jake Zabel, 131 Walnut St, Mont Clare, PA 19453-5082 |
| 30583233 | + | Jake katz, 7306 springleaf ct, Richmond, VA 23234-2816 |
| 30583269 | + | Jake wagner, 858 E 4th St, Winona, MN 55987-4601 |
| 30583277 | + | Jakob Brucker, 1237 Peaceable Street, Ballston Spa, NY 12020-3234 |
| 30583278 | + | Jakob Callais, 2003 state route 209, wurtsboro, NY 12790-4005 |
| 30583279 | + | Jakob Castaneda, 14469 Mountain Ave, Chino, CA 91710-1372 |
| 30583280 | + | Jakob Dempsey, 31999 Griffith Drive, Tangent, OR 97389-9735 |
| 30583281 | | Jakob Ferree, 139 Sherwood Dr, Cary, IL 60013-2252 |
| 30583282 | | Jakob Flykt, Ope 168, Ostersund 831 92, SWEDEN |
| 30583283 | | Jakob Hughes, 16 rhodfa morgan drive, Carmarthen, WALES SA31 2NX, UNITED KINGDOM |
| 30583284 | | Jakob Mamsen, Gejsingvej 3, Vejen, Syddanmark, 6600, DENMARK |
| 30583285 | + | Jakob Milbrath, 1217 Delaware Avenue, Apt. 608, Buffalo, NY 14209-1431 |
| 30583286 | | Jakob Moore, 5/75 Clydesdale Street, Como, WESTERN AUSTRALIA 6152, AUSTRALIA |
| 30583287 | + | Jakob Munday, 708 Elissa Dr., Nashville, TN 37217-1309 |
| 30583288 | + | Jakob Rau, 834 West Gramercy Place, San Antonio, TX 78212-2733 |
| 30583289 | + | Jakob Richard Huttmann, 8933 Valley Green Dr SE, olympia, WA 98513-9026 |
| 30583290 | | Jakob Robinson, 1699 Selby Ave, Saint Paul, MN 55104-6148 |
| 30583291 | + | Jakob Roby, 40 Manor Rd, Concord, NH 03303-1900 |
| 30583292 | | Jakob Salisbury, 255 W 2700 N Unit 68D, Pleasant View, UT 84414-4718 |
| 30583293 | + | Jakob Schwartz, 4 Snowdrift Ct, B, Cockeysville, MD 21030-3851 |
| 30583294 | + | Jakob Vaes, 10 nw 80th blvd, Gainesville, FL 32607-1502 |
| 30583295 | + | Jakob wurzburger, 2226 summer wind drive, Sugar land, TX 77479-7033 |
| 30583296 | | Jakub Dole al, Mokr 315, CZECH REPUBLIC |
| 30583297 | | Jakub Dole al, Mokr 315, MOKRA HORA, CZECH REPUBLIC 66404, CZECH REPUBLIC |
| 30583298 | | Jakub Fr czek, Srebrna 6, Walim, Dolno?l?skie, 58-320, POLAND |
| 30583299 | + | Jakub Hajduczenia, 30W151 Maplewood Ct, Warrenville, IL 60555-1337 |
| 30583300 | + | Jakub Wojdyla, 7857 Peak Dr, Palos Hills, IL 60465-2710 |
| 30583301 | | Jaleel Jefferson, 7313 Mountainbrook Dr, Columbia, SC 29209-3257 |
| 30583302 | + | Jalen Ballard, 4424 Cherie Glen Trl, Stone Mountain, GA 30083-1826 |
| 30583304 | | Jalen Miller, 3 Rapidan Rd, Locust Grove, VA 22508-2026 |
| 30583305 | + | Jalen Muller, 1208 West Elizabeth Street, 213, Fort Collins, CO 80521-4597 |
| 30583306 | + | Jalen Scott, 1914 Harding Ave, #4, Garden city, KS 67846-4745 |
| 30583307 | + | Jalen White, 23110 50th Place South, Kent, WA 98032-3308 |
| 30583303 | + | Jalen blanton, 2930 old Whitley road, London, KY 40744-9111 |
| 30583308 | | Jalynn McCoy, 3119 Rolling Oaks Ct, North Chesterfield, VA 23234-6718 |
| 30583309 | + | Jamaal khan, 170 E station square Dr, Apt. 557, Pittsburgh, PA 15219-1238 |
| 30583310 | | Jamaica King, 15 Bayview Crescent, Taree, New South Wales 2430, AUSTRALIA |
| 30583311 | | Jamal Ali, 5 Northanger Road, Birmingham B27 7RG, UNITED KINGDOM |
| 30583312 | + | Jamal Douglas, 2180 SE Trillo Street, Port Saint Lucie, FL 34952-6893 |
| 30583313 | + | Jamal Hacena, 2617 SE 89th Ter, Oklahoma City, OK 73160-6069 |
| 30583314 | + | Jamal Porter, 333 1st St, G104, Seal Beach, CA 90740-5920 |

District/off: 0752-1                    User: admin                    Page 206 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                 Total Noticed: 30719

30583315    +  Jamen Foisy, 304 S 100 W, #5, Cedar City, UT 84720-3268
30583316       Jamerson Eduardo Reis Silva, Rua Vitorino Antunes, Apt. 16, Campinas, S o Paulo, 13084135, BRAZIL
30583318    +  James, 1174 S BALSAM CT, Lakewood, CO 80232-5388
30583317    +  James, 143 Country Club Dr W, Destin, FL 32541-4437
30583320       James Adams, 16 Riddoch Crescent, Woodcroft, South Australia, 5162, AUSTRALIA
30583321       James Addison, 456 Bell Dr, Lewisburg, WV 24901-2052
30583322       James Agenbroad, 1505 S Longmont Ave, Boise, ID 83706-3731
30583323       James Aldred, 19 Richmond street, Blackburn South, VICTORIA 3130, AUSTRALIA
30583324       James Aldred, Unit 2/12 Kameel Drive, Yarra Glen, Victoria, VICTORIA 3775, AUSTRALIA
30583326    +  James Alford, 770 Needmore Road, Apt. 42, Clarksville, TN 37040-6277
30583327    +  James Almaraz, 1831 Wells Branch Pkwy, Apt. 1525, Austin, TX 78728-6966
30583328       James Almy, 1311 W PINE AVE, DUNCAN, OK 73533-4263
30583330    +  James Anderson, 3926 Foxley Drive, Escondido, CA 92027-5236
30583331       James Andrews, 10816 TOOLEY CT APT 1G, INDIANAPOLIS, IN 46234-4054
30583332       James Anthony McDonough, 10411 122 St NW, Apt. 304, Edmonton, ALBERTA T5N4C2, CANADA
30583333    +  James Appleman, 10008 deussen ln, Texas city, TX 77591-1473
30583335    +  James Babu, 1724C 11th Ave, Seattle, WA 98122-2458
30583336       James Bach-Nutman, 105 Barrett Road, Norwich NR1 2LU, UNITED KINGDOM
30583337    +  James Bailey, 6637 chirrewa, Westland, MI 48185-9611
30583338    +  James Barker, 5 Aron Ct, Ocean, NJ 07712-3740
30583339       James Barrow, 4901 N Saint Brides Cir, Orlando, FL 32812-5928
30583342       James Bell, 8 Glencross St, Canberra, AUSTRALIAN CAPITAL TERRITORY 2, AUSTRALIA
30583341       James Bell, 8 Glencross St, Canberra, New South Wales 2905, AUSTRALIA
30583343    +  James Benson, 432 Manor Ave, Millersville, PA 17551-1120
30583344       James Beresford, 48 Loma Rudduck Street, Forde, AUSTRALIAN CAPITAL TERRITORY 2914, AUSTRALIA
30583345       James Berggren, 923 Cambridge Ln, Crystal Lake, IL 60014-7608
30583346    +  James Biagiotti, 1910 NW 4TH AVE, E202, BOCA RATON, FL 33432-1594
30583347       James Black, 435 Talbot Street, Apt. 1, Port Mcnicoll, ON L0K1R0, CANADA
30583348       James Bosco, 1324 Centre Road, Unit 14, Clayton South, VICTORIA 3169, AUSTRALIA
30583350       James Bradley, 70 Dresden Close, Corby, ENGLAND NN18 9EN, UNITED KINGDOM
30583351    +  James Bryce, 7303 cottonwood dr se snoqualmie, snoqualmie, WA 98065-9062
30583352       James Burgan, 122 COVERED WAGON RD, MIDDLE RIVER, MD 21220-2115
30583353       James Burrows, 1250 First Street, FRSTC 256A, West Lafayette, IN 47906-4239
30583354       James Cauffman, 11 Devonshire Dr, Conroe, TX 77304-2745
30583355       James Chennault, 3518B Waialae Avenue, Apt A6, Honolulu, HI 96816
30583356    +  James Chumley, 2046 Fir Springs Dr, Kingwood, TX 77339-1702
30583357       James Clark, 18 Cumberland Court, Headingley, Leeds LS6 3BN, UNITED KINGDOM
30583358       James Cleminson, 28 Newland Street, New Bilton, Rugby, England, CV22 7BJ, UNITED KINGDOM
30583359    +  James Clinton, 66 Atrium Way, Manalapan, NJ 07726-5029
30583360    +  James Closson, 7950 Summerside Dr, Worthington, OH 43085-4804
30583361       James Collins, 21 OAKMONT LN, FAR HILLS, NJ 07931-2800
30583362       James Colvard, 6613 Hickory Trace Circle, Chattanooga, TN 37421-3676
30583363    +  James Conway, 30044 Persimmon Dr., Westlake, OH 44145-5149
30583364       James Cooke, 40 Hogan Street, Deer Park, VICTORIA 3032, AUSTRALIA
30583365       James Copeland, 25 Connor Street, Apt. 512, Fortitude Valley, Queensland, 4006, AUSTRALIA
30583366    +  James D Hawks, 930 Trout Street, Staunton, VA 24401-4074
30583367    +  James D Jacobs, 4018 North 88th Lane, Phoenix, AZ 85037-2380
30583368    +  James D O'Conner, 103 Michigan Cir, Jacksonville, AR 72076-1040
30583369    +  James D. Benson, 8628 S 163rd Street, Omaha, NE 68136-1373
30583370       James D. Cofer, 507 Southpoint Church Rd., Belmont, NC 28012-7519
30583371    +  James Daniels, 49770 state highway 194 E, Majestic, KY 41547-8359
30583373       James Davis, 240 Mark Edwards Rd, La Grange, NC 28551-7544
30583372    +  James Davis, 9696 Ravenscroft Ln NW, Concord, NC 28027-3539
30583374    +  James Dickson, 3737 NW 25th St, Oklahoma City, OK 73107-1405
30583375       James Diehl, 236 N Walnut St, North Massapequa, NY 11758-2911
30583376    +  James Dionne, 513 Woonasquatucket Ave, North Providence, RI 02911-1622
30583377       James Dixon, 105 Robin Ct, Summerville, SC 29485-7411
30583378       James Dobson, 65 Ogilvy Street, Tayport, SCOTLAND DD69NG, UNITED KINGDOM
30583379    +  James Donnell, 1530 W Sand Dune Dr, Gilbert, AZ 85233-5646
30583380       James Drake, 33 military road, semaphore south, Adelaide, South Australia, 5019, AUSTRALIA
30583382       James Ernst, 10 SHIRLEY RD, TOWNSEND, MA 01469-1317
30583383    +  James Falin, 1424 Cove Drive, Bowling Green, KY 42101-2782
30583384    +  James Fannon II, 20915 Abalar St, Woodland Hills, CA 91364-4502

District/off: 0752-1                    User: admin                                         Page 207 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                                      Total Noticed: 30719

30583385          James Feeney, 2407 GLEN MORRIS RD, CARROLLTON, TX 75007-2016
30583387    +   James Fenner-Zuk, 156 NW 207th Ave., Beaverton, OR 97006-1796
30583388    +   James Flaming, 22630, NE 114th St, Redmond, WA 98053-5603
30583389    +   James Footracer, P.O. Box 622, St. Michaels, AZ 86511-0622
30583390          James Foster, 100 Harbour St., 6705, Toronto, Ontario M5J 0B5, CANADA
30583391    +   James Futbee, 7601 Wilkerson Road, Cedar Grove, NC 27231-9312
30583392    +   James Gabrielle, 51 Laurel Lane, Freeland, PA 18224-3009
30583393    +   James Gerber, 200 E 18th St, 4F, Brooklyn, NY 11226-4749
30583394    +   James Gibson, 219 e broad st, Apt. 431, Richmond, VA 23219-1949
30583395          James Gillespie, Wheeler Street, Methuen, MA 01844
30583396          James Girellini, 5550 East Deer Valley Drive, B1 Unit 316, Phoenix, AZ 85086
30583397    +   James Gongaware, 17958 East Bellewood Drive, Aurora, CO 80015-2014
30583399    +   James Gonzalez, 259 Grandview Ave, Glen Ellyn, IL 60137-5529
30583400          James Goodman, 2823 W 34th St, Anderson, IN 46011-4717
30583401    +   James Graham, 4030 Verdant St, Los Angeles, CA 90039-1319
30583402          James Graves, 35451 Army Navy Dr, Mechanicsville, MD 20659-2931
30583403          James Grayson, 12 ABBERTON ST, Flagstaff Hill, SA 5159, AUSTRALIA
30583404    +   James Greene, 3073 Brigham Court, North Charleston, SC 29406-9778
30583406    +   James H, 8129 Huckleberry Street, Apt A, Anchorage, AK 99502-4373
30583407          James Hager, 3086 Concord Way Apt A, Hill AFB, UT 84056-1689
30583409          James Hatton, 28 Ruby road, Sydney, New South Wales 2227, AUSTRALIA
30583410    +   James Henery, 1208 Shawnee Ave, Kansas City, KS 66105-1539
30583411    +   James Hickey, 2320 Easton Ave, Richland, WA 99354-1925
30583412    +   James Holiday, 29431 Meadow Ln., Gibraltar, MI 48173-1261
30583414    +   James Hood, 3184 Lawrence St, Denver, CO 80205-2319
30583415    +   James Hruska, 3751 W School St., # 1, Chicago, IL 60618-5247
30583416    +   James Hughes, 6716 Stoneybrooke Ln, Alexandria, VA 22306-1341
30583417    +   James J GARLANGER III, 5271 GARLANGER TRL, Oviedo, FL 32765-4805
30583418          James Janis, 1111 E Lake Ave, Peoria Heights, IL 61616-6303
30583420    +   James K LaRocca, 4000 W 8th St., Lawrence, KS 66049-1896
30583421    +   James Kaatz, 105 S. Depot St. #9, P.O. Box 232, Somonauk, IL 60552-0232
30583422    +   James Kaska, 1613 Edgemere Way, Dayton, OH 45414-1567
30583423          James Kasko, 3317 White Chimneys Ct, Glen Allen, VA 23060-1925
30583424          James Kelley, 3610 Hamil Chase Way, Buford, GA 30519-7011
30583425          James Kelly, 20 Olive Road, Stepney, South Australia, 5069, AUSTRALIA
30583426          James Konen, 1201 W Esplanade Ave Apt 307, Kenner, LA 70065-4938
30583427    +   James Lanier, 6490 Robinhood Rd, Pfafftown, NC 27040-9335
30583428          James Last, 4995 donsleequa rd., 108 mile house, BRITISH COLUMBIA V0K2Z0, CANADA
30583429    +   James Lilley, 4716 Autumn Rose Trail, Oakwood, GA 30566-2424
30583430          James Line, Apartment 210, 9 Grayson Street, Liverpool, England, L1 8AG, UNITED KINGDOM
30583431    +   James Little, 10113 NE 63rd St, Kirkland, WA 98033-6820
30583432          James Loveluck, 1/2 Hornby Street, Brighton East, VICTORIA 3187, AUSTRALIA
30583433          James Lynch, 3944 English Colony Dr N, Jacksonville, FL 32257-7047
30583434    +   James M Bennett, 46 Elderwood Dr, Saint James, NY 11780-3433
30583435    +   James Mabe, 837 Forest Cir, Sparta, TN 38583-5509
30583436          James MacGilvray, 75 Lakeview Ave W, Cortlandt Manor, NY 10567-6430
30583437    +   James Maguire, 2208 N FM 620, Apt 5404, Austin, TX 78734-2847
30583438          James Maher, Jack and Jones, Crescent Shopping Centre, Dooradoyle, Limerick, V94 KH66, IRELAND
30583439    +   James Marsh, 38150 Tamarac Boulevard, L-215, Willoughby, OH 44094-3425
30583441          James May, 65 Forest Ct, Hull, GA 30646-3592
30583442          James McCaffery, 54 Broadway, South Brighton, SOUTH AUSTRALIA 5048, AUSTRALIA
30583443          James McCartan, 56 Scotch Street, Downpatrick, NORTHERN IRELAND BT30 6AN, UNITED KINGDOM
30583445          James McCormick, 10230 67th Ave Apt 3L, Forest Hills, NY 11375-2441
30583446          James McIntosh, 91 Berkeley St., Hawthorn, Victoria, 3122, AUSTRALIA
30583447    +   James McMahon, 3506 E Orange ST, Houston, TX 77020
30583448    +   James McManus, 1714 Johnson St, Baltimore, MD 21230-4912
30583444          James Mcclanahan, 5832 N Shore Dr, Baton Rouge, LA 70817-3953
30583449    +   James Mendoza, 19620 Sherman way, Apt. 7, Reseda, CA 91335-3658
30583450          James Mifsud, Unit 2, 114 Victoria Street, Revesby,New South Wales, 2212, AUSTRALIA
30583452          James Milner, 273 Tourist Road, RD 5, Clevedon, AUCKLAND 2585, NEW ZEALAND
30583453    +   James Modlik, 3369 Ira Rd, N/A, Akron, OH 44333-1205
30583455    +   James Moore, 414 Denson Ave. SW, Cullman, AL 35055-3931
30583454    +   James Moore, 4184 W 111th Cir, Westminster, CO 80031-2123

District/off: 0752-1 — User: admin — Page 208 of 507
Date Rcvd: Jan 04, 2024 — Form ID: 309C — Total Noticed: 30719

30583456   + James Mueller, 501 s wheatland ave, Apt. 107, Sioux Falls, SD 57106-6441
30583457     James Murray, 36 Beaufort Crescent, Stoke Gifford, Bristol BS34 8QY, UNITED KINGDOM
30583458   + James Nalley, 20 Cedarcrest Village Way, Acworth, GA 30101-2338
30583459     James New, 22 Govett Place, Davidson, New South Wales, 2085, AUSTRALIA
30583460     James Nickles, 82 Linden Lake Drive, Oakbank, MANITOBA R5N 0N7, CANADA
30583461   + James Norman, 211 N CHERRY ST, ADA, OK 74820-5030
30583462   + James O Fallon, 1041 College Ave, Unit B, Wheaton, IL 60187-5781
30583464   + James Orton, 331 Whiteridge rd, Grants Pass, OR 97527-9041
30583465   + James Overby, 11445 Puryear Lane, Ashland, VA 23005-7739
30583466   + James P Hale, 1015 W Recess Rd, Hanahan, SC 29410-2105
30583467     James P Richards, 6893 W Ivanhoe St, Chandler, AZ 85226-1641
30583468   + James Padilla, 31479 Mosaic Ct, Winchester, CA 92596-7518
30583469     James Palmarozzo, 435 Henry St, Roselle Park, NJ 07204-2123
30583471     James Paterson, 107A McKelvie Road, Argyll and Bute Council, Oban, Scotland PA34 4GB, UNITED KINGDOM
30583473   + James Penn, 9208 Rainbow Falls Dr, Bristow, VA 20136-2148
30583474     James Pratt, PO Box 67, Orwell, NY 13426-0067
30583475     James Prentice, 14 Fore Street, Whittlesea, VICTORIA 3757, AUSTRALIA
30583476   + James R Laurila, 285 Locust St, Florence, MA 01062-2025
30583477     James Ramey, 2800 Lometa Dr Apt 114, Amarillo, TX 79109-3031
30583478     James Ray, 3405 SHINOAK DR, AUSTIN, TX 78731-5739
30583479     James Renfro, 3329 COOPER BR E, DENTON, TX 76209-7907
30583480   + James Rice, PO Box 544, Elberta, MI 49628-0544
30583481   + James Riley, 3701 Chamberlain Ferry Road, Lincolnton, GA 30817-3612
30583482   + James Robison, 1205 Kingsland Road, Richmond, VA 23231-8351
30583483   + James Rose, 4800 E Pleasant Ridge Rd, Madison, IN 47250-8672
30583484   + James Rowland, 12222 S25th Ave, Bellevue, NE 68123-1865
30583485   + James Sabathne, 662 Anacostia Dr, Roscoe, IL 61073-0001
30583486     James Sayewich, 6 Pine Cliff Drive, Mississauga, ONTARIO L5N 1E1, CANADA
30583487     James Scaturchio, 8/70 Hazel Glen Drive, Doreen, VIC 3754, AUSTRALIA
30583488     James Schmitt, 4705 Old Pageland Monroe Rd, Monroe, NC 28112-8184
30583489   + James Sepulveres, 3111 Gardens East Dr., Unit 23, Palm Beach Gardens, FL 33410-4929
30583490     James Shea, 3115 North Kenwood Avenue, INDIANAPOLIS, IN 46208-4629
30583491     James Simpson, 18-441 Barrie Rd, Orillia, ON L3V 6T9, CANADA
30583492     James Smith, 3671 Dayton Ave N, Apt. 1, Seattle, WA 98103-9334
30583493   + James Smith, 337 Chris Common, Apt 107, Livermore, CA 94550-7251
30583494     James Sokolnik, 551 ACADIA TRL, ROSELLE, IL 60172-1014
30583495   + James Soria, 2892 W Hermosa Ct, Grand Junction, CO 81506-4904
30583496   + James St. Denis, 20 Woodside Dr., Grenville, NY 12302-5311
30583497     James Stewart, 52 Constarry road, Croy, Glasgow, Scotland G65 9HY, UNITED KINGDOM
30583498     James Strickland, 11640 Thistledown Rd SE, Albuquerque, NM 87123-4531
30583499     James Sullivan, 1998 rt112, 18B, Coram, NY 11727
30583501   + James Sutton II, 229 Boxwood Cir, Brandon, MS 39047-8004
30583502     James Swiatek, 10940 S Westwood Dr, Palos Hills, IL 60465-2324
30583503   + James T Swinney, 228 E 24TH ST N, BIG STONE GAP, VA 24219-3530
30583504     James Timmings, 15310 EDGEWOOD AVE, MAPLE HEIGHTS, OH 44137-3904
30583505   + James Trumbull, 1400 Mistletoe ln, Kingwood, TX 77339-3234
30583507   + James Turk, 348 e Clarence, Milwaukee, WI 53207-1504
30583508     James Turner, 8347 Ora Belle Ln, El Cajon, CA 92021-1881
30583509   + James Van Alen, 14 Guerard Rd, Charleston, SC 29407-7549
30583511     James Varley, 5508 Mars Ln, Austin, TX 78724-4520
30583512     James Vaughan, 5526 Trieg Dr, Charlotte, NC 28278-6740
30583513     James Vigor, 941 Purcell Drive, Kelowna, BC V1V1N8, British Columbia 00000-0000
30583514     James Vojcsik, 5267 Cane Island Loop Apt 101, Kissimmee, FL 34746-5367
30583515   + James Wahl, 1308 16th st, Monroe, WI 53566-2449
30583516     James Walton, 514 That Way St Apt 512, Lake Jackson, TX 77566-4259
30583517     James Watters, 2818 Westwood Dr NW, Cedar Rapids, IA 52405-2138
30583518     James Weatherilt, 405 Crawford St Apt 2417, Fort Worth, TX 76104-1399
30583519   + James Wi, 725 NW 13th St, RM 3309D, Gainesville, FL 32601-4918
30583520     James Wilcox, 962 Blue Ridge Ave NE, Atlanta, GA 30306-4417
30583521   + James Wilkinson, 2707 Breakwater Ct, Brandon, FL 33511-4081
30583523     James Williams, 2391 W Nickajack Rd, Ringgold, GA 30736-7825
30583522   + James Williams, 1300 McKinley ave, Austin, TX 78702-2562
30583524   + James Wojtasiak, 3367 E. Allerton Ave., Cudahy, WI 53110-1015

District/off: 0752-1                        User: admin                                      Page 209 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                                    Total Noticed: 30719

30583525    + James Yeung, 47 Pine St, Belmont, MA 02478-2765
30583334      James b umel, Pfadenhauergasse, 15/6, Wien, WIEN 1140, AUSTRIA
30583398    + James gonzalez, 2216 cedar ave mcallen, McAllen, TX 78501-6960
30583408      James hampton, 2205 Mountain View Ter SW, Roanoke, VA 24015-5511
30583419      James jannazzo, 1246 GEORGE RD, N BELLMORE, NY 11710-2449
30583451    + James miller, 1001 robin rd, Franklin Square, NY 11010-1729
30583463    + James oconnell, 16 Abenaki way, Apt 314, Winooski, VT 05404-2062
30583510      James van Spronsen, 3640 Alcorn Ridge Trce, Whitsett, NC 27377-9372
30583526    + Jameson Burton, 958 Elm St, Indianapolis, IN 46203-1032
30583527      Jameson Luckett, 13435 Oneida Ln, Thornton, CO 80602-8963
30583528      Jameson Shock, 900 N Sierra Bonita Ave, West Hollywood, CA 90046-6505
30583529      Jameson Storey, 340 Kenbrook Cir, San Jose, CA 95111-3280
30583530    + Jameson.vigar@aol.com, 4466 S 100 W, Peru, IN 46970-7629
30583531      Jamey Zurcher, 8553 W SWARTHMORE PL, LITTLETON, CO 80123-1150
30583532      Jami West, 6209 Lenox Ct, Oklahoma City, OK 73118-1039
30583534      Jamie Adams, 3542 Rohrer Rd, Wadsworth, OH 44281-9520
30583533    + Jamie Adams, 4600 S Four Mile Run, Apt. 617, Arlington, VA 22204-3513
30583536      Jamie Barczak Miller, 62246 Julep Ct, South Lyon, MI 48178-8373
30583537    + Jamie Barger, 1200 E 10th St, North Platte, NE 69101-2410
30583538    + Jamie Barton, 2131 Pleasant Grove Road, Claysville, PA 15323-1036
30583539    + Jamie Bauer, 8661 E Monterey Ave, Mesa, AZ 85209-7311
30583540    + Jamie Boling, 52 Four Winds Dr, Apt. B, Saint Peters, MO 63376-1164
30583541      Jamie Bonafe, 2949 CHRISTINA ST NW, SALEM, OR 97304-9401
30583542    + Jamie Cavender, 108 Blairstone Pines, Grapevine, TX 76051-8250
30583543      Jamie Cheung, 36 Baileyfield Park Drive, Bonnyrigg, SCOTLAND EH19 2BF, UNITED KINGDOM
30583544      Jamie Curtis, 21 Cemetery Road, Moe, Victoria, 3825, AUSTRALIA
30583545      Jamie Edelen, 102 Greenbriar, Moraga, CA 94556-3007
30583546      Jamie Edmundson, 35 Mitchell Terrace, BINGLEY, ENGLAND BD16 1ER, UNITED KINGDOM
30583548      Jamie Fortune-Blair, 3801 Remington St, East Helena, MT 59635-3431
30583549      Jamie Fuller, 167 Woodlane, Kingsnorth, ASHFORD, England, TN23 3AQ, UNITED KINGDOM
30583550      Jamie Gascoyne, 10 Albans Court, Forest Town, Mansfield, England NG19 0GD, UNITED KINGDOM
30583551      Jamie Goble, 2717 Glencairn Dr, Fort Wayne, IN 46815-6711
30583552      Jamie Gorham, 2265 ADAIR ST, SAN MARINO, CA 91108-2607
30583553      Jamie Jamerson, 3701 CONTI ST APT 3429, NEW ORLEANS, LA 70119-5268
30583554    + Jamie Jordan, 3735 N Monroe St, Denver, CO 80205-3758
30583555      Jamie Kerr, 948 Chancellor Drive, Apt 207, Winnipeg, MANITOBA R3T 2K1, CANADA
30583556      Jamie Kessinger, 1712 S Jefferson Ave, Springfield, MO 65807-2018
30583558      Jamie Lee, 2817 Stone Ter, Modesto, CA 95355-9189
30583559      Jamie Lezala, 7387 S DELAINE DR, OAK CREEK, WI 53154-2459
30583561      Jamie M Rauckman, 1500 JOY AVE, GRANITE CITY, IL 62040-5031
30583562    + Jamie M Tiller, 15661 Tepee Drive, Fountain Hills, AZ 85268-1839
30583563      Jamie Mah, 502-718 Main Street, Apt. 502, Vancouver, BC V6A0B1, CANADA
30583564    + Jamie Marks, 32 Summer Street, Old Town, ME 04468-1627
30583565      Jamie McClellan, 2933 Riviera Dr, Key West, FL 33040-4013
30583566      Jamie Miller, 5630 BRIARWOOD ST SW, CEDAR RAPIDS, IA 52404-5302
30583567    + Jamie Myore, 8201 South 83rd Avenue, Laveen, AZ 85339-9286
30583568      Jamie Parry, 2 Tournament Dr, Leonardo, NJ 07737-1721
30583569      Jamie Purcell, 59 Cliffcrest Dr, Scarborough, ON M1M2K1, CANADA
30583570      Jamie Rees, 426 Whittaker Road, Rusagonis, NEW BRUNSWICK E3B 7Z3, CANADA
30583571      Jamie Schultz, 111 S Tarver Ave, Lebanon, TN 37087-3509
30583572    + Jamie Siegart, 12 Ford Street, 4C, Brooklyn, NY 11213-5587
30583573      Jamie Stepniak, 3009 39th Ave S, Minneapolis, MN 55406-2207
30583574      Jamie Stewart, 17 Sunset Blvd., St. Albert, ALBERTA T8N0N6, CANADA
30583575    + Jamie Sullivan, 708 Mustang Ct, Bel Air, MD 21014-5312
30583576      Jamie Titchenell, 555 N Richhill St, Waynesburg, PA 15370-1125
30583577    + Jamie Valdez, 7600 S Rainbow Blvd., Apt. 1067, Las Vegas, NV 89139-5485
30583578      Jamie Waldock, 11219A Greenwood Ave N, Seattle, WA 98133-8612
30583579      Jamie Westbrook, 620 9th Ave N Apt 11, Fargo, ND 58102-3651
30583580      Jamie Woodhead, 6 Carmen View Dr, Shirley, NY 11967-4810
30583547      Jamie farrenkopf, W160N8743 PATTON DR, MENOMONEE FLS, WI 53051-2924
30583560    + Jamie m johnstone, 140 cow hill rd, Killingworth, CT 06419-2429
30583581      Jamieson Nichols, 4216 30th St, Mount Rainier, MD 20712-1752
30583582    + Jamil Barrios, 93 Windflower Ct., Romeoville, IL 60446-4843

District/off: 0752-1                                    User: admin                                    Page 210 of 507
Date Rcvd: Jan 04, 2024                                 Form ID: 309C                             Total Noticed: 30719

30583583          Jamila Woods, c/o Shirin Nury, Creative Artists Agency, Los Angeles, CA 90067
30583584       +  Jamisen Walsh, 12100, Newport Drive, Brighton, CO 80602-8071
30583585       +  Jamison Castillo, 1866 Hazelwood Dr, Pataskala, OH 43062-8074
30583586       +  Jamison Cowart, 241 Shadowline Drive, Apt 330, Boone, NC 28607-4937
30583587       +  Jamison Millett, 9 Golden Guernsey Drive, Waterford, ME 04088-3913
30583588       +  Jamison O'Sullivan, 280 Corey Rd, Apt 12, Boston, MA 02135-8331
30583589       +  Jamon Linwood, 1510 SPRING ST, C6, HOT SPRINGS, AR 71901-4786
30583590          Jan Gyrych, Ulitzkastra e 23, K ln, Nordrhein-Westfalen 51063-0000
30583591          Jan J zl, Klicperova 214, D n, Ust nad Labem 40502, CZECH REPUBLIC
30583592          Jan Louis Heyer, Auf dem Wittenberge, 2a, Bassum, Niedersachsen, 27211, GERMANY
30583593          Jan Marius Hornberg, Engene 114, Drammen, VIKEN 3011, NORWAY
30583594          Jan Nothacker, Alpenrosenstr. 7, Kempten, Bayern, 87435, GERMANY
30583595          Jan S bl k, Potec 222, Potec 766 01, CZECH REPUBLIC
30583596          Jan-Niklas Larsen, Sudetenstra e 8, BESDORF, Schleswig-Holstein 24782, GERMANY
30583597          Jan-Philipp Uebach, Loreleiring 9, Wiesbaden 65197, GERMANY
30583598          Jana Budke, 882 Interlaken, Victoria, MN 55386-3703
30583599          Jana Cataldo, 4 Willis Holden Dr, Acton, MA 01720-3209
30583600       +  Jana Curtiss, 1036 Connecticut St, Lawrence, KS 66044-3036
30583601          Jana House, 1919 N Hickory St, Crest Hill, IL 60403-2543
30583602       +  Jana Yancey, 154 Mallard Ln, Candor, NC 27229-8303
30583603          Janae Larsen, 789 Jeri Ave, Idaho Falls, ID 83402-2540
30583604          Janae Phillips, 211 S 4th St, Cheraw, CO 81030
30583605          Janani Jagannathan, 198 Kellogg Way, Santa Clara, CA 95051-6711
30583606          Jandree G Aveiga, 20350 SW 196TH ST, MIAMI, FL 33187-2303
30583607       +  Jane Cassar, 29627 Robert Dr, Livonia, MI 48150-3047
30583608          Jane Clare Elliott, 352 E Market St, Harrisonburg, VA 22801-4133
30583609       +  Jane Crilly, 1616 Marywood Avenue, Apt 215, Aurora, IL 60505-1537
30583610          Jane Dood, 2364 Clearwater Ct NE, Rockford, MI 49341-9093
30583611          Jane Hobbs, 27 Broadfields Avenue, London, England N21 1AB, UNITED KINGDOM
30583612       +  Jane Kent, 349 Decatur St SE, Apt 1301, Atlanta, GA 30312-4024
30583613          Jane O Leary, 64 FRANKLIN RD, DENVILLE, NJ 07834-1557
30583614       +  Jane Peterson, 3549 W Dickens Ave, Apt 1, Chicago, IL 60647-3693
30583616       +  Jane Quigley, 1087 Elm St,, STE 305, Manchester, NH 03101-1849
30583615       +  Jane Quigley, 1 Innovation Way, APT 318, Merrimack, NH 03054-4918
30583617       +  Jane Reagan, 40 central ave, Athens, OH 45701-1501
30583618       +  Jane Rulapaugh, 2102 160th Street Ct E, Tacoma, WA 98445-3383
30583619          Jane Scarffe, 738 Moggill Rd, Unit 3, CHAPEL HILL, Queensland, 4069, AUSTRALIA
30583620       +  Jane Schwab, 301 S Negley Ave, 3B, Pittsburgh, PA 15232-1124
30583622          Jane Springer, 3190 FERNS GLEN DR, TALLAHASSEE, FL 32309-2304
30583623       +  Jane Taylor Jozefowicz, 115 Thatcher Avenue, River Forest, IL 60305-2029
30583624          Janel Culver, 908 Laurel Ln, Montrose, CO 81401-5653
30583625       +  Janel Leonard, 4618 Karamar Drive, Saint Louis, MO 63128-3910
30583626          Janelle Baillie, 1722 N Viking Loop, Post Falls, ID 83854-0128
30583627       +  Janelle Bence, 1306 Lochness Drive, Allen, TX 75013-7044
30583628          Janelle Hollars, 402 River Point Dr, Tampa, FL 33619-4041
30583629          Janelle Leslie, 3417 E BARTLETT DR, GILBERT, AZ 85234-1726
30583630          Janessa Davies, 2500 hwy 97b, #44, Salmon arm, British Columbia V1E 1A6, CANADA
30583631       +  Janessa Gauthier, 381 Ken Oak Drive, Pomona, CA 91768-1910
30583632          Janet Blake, 365 Cornwall Ave, Cheshire, CT 06410-2740
30583633       +  Janet Greer, 12448 Somersworth Drive, Knoxville, TN 37934-4541
30583634       +  Janet Jakwerth, 6511 Smith Road, Brook Park k, OH 44142-3716
30583635          Janet Lucas, 1 Harper Rd, Monmouth Junction, NJ 08852-2963
30583636       +  Janett Blanco-Gonzalez, 800 J St, Apt. 338, Sacramento, CA 95814-2516
30583637          Janetta Green, 2334 Catalina Cir Apt 436, Oceanside, CA 92056-5349
30583638       +  Janey Heyman, 1320 W 6690 S, Unit C101, Salt Lake City, UT 84123-6667
30583639          Jani Illikainen, Klaavuntie 15 C 48, Helsinki, UUSIMAA 910, FINLAND
30583640       +  Janice Baez, 1219 Rosedale Street, Houston, TX 77004-5616
30583641          Janice Balgemino, 16622 Amberwood Way, Cerritos, CA 90703-1150
30583642          Janice Bishop, 4-13 Guernsey Place, St. John's, Newfoundland and Labrador A, CANADA
30583643          Janice D Davis, 345 E WILLIAM ST APT 4, SAN JOSE, CA 95112-3802
30583644          Janice DeMartini, 63 Cindy St, Old Bridge, NJ 08857-3014
30583645          Janice Eccleston, unit 10/3 Amicitia Circuit, Northmead, NSW 2152, AUSTRALIA
30583646       +  Janice Hansan, 7906 Bradley Blvd, Bethesda, MD 20817-1947

District/off: 0752-1      User: admin      Page 211 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

30583647   +   Janice M Thomas, 1195 Rancho Ct, Ojai, CA 93023-1638
30583648     Janicke Str m, Namsosvegen 3592, Namdalseid, trondelag 7750, NORWAY
30583650     Janine Haase, Bortumweg, Apt. 8, Sarstedt, NIEDERSACHSEN 31157, GERMANY
30583651   +   Janine Margewicz, 152 Prairie Falcon Drive, Groveland, FL 34736-8006
30583652     Janine Rogers, 1725 Purdue Ave Apt 201, Los Angeles, CA 90025-4265
30583653     Janine Russell, 16 Sunridge Place, Berwick, VIC 3806, AUSTRALIA
30583654     Janis Davids Silins, Skolas Street 2, Apt. 2, Kegums, OGRES NOV. LV-5020, LATVIA
30583655     Janis M. Weston, 22 Oakwood St, Enfield, CT 06082-2717
30583656     Janis White, 5040 Whisper Way, Granite Bay, CA 95746-9423
30583657     Janisara Romanyk, 640 swanston street, unit 911a, carlton, Victoria, 3053, AUSTRALIA
30583658     Janna Mangrum, 1375 County Road 22, Florence, AL 35634-2934
30583659   +   Jannat Sarker, 55 Cottage Street, 2A, Troy, NY 12180-6409
30583660     Jannes T lle, Altdorferstrasse 29b, Bielefeld 33615, GERMANY
30583661     Jannik Siegler, Vangerowstra e 67, Heidelberg 69115, GERMANY
30583662     Jannis Van Der Heijden, Auf dem Beerenkamp 23, Dorsten 46282, GERMANY
30583663     Janosch-Rudolf Tweraser, Untergasse 4, Saulheim, Rheinland-Pfalz 55291, GERMANY
30583664     Jansen Wing, 1485 Jasmine Crescent, Oakville, ONTARIO L6H3H2, CANADA
30583665     January McMichael, 368 PINNACLE DR, LAKE FOREST, CA 92630-8728
30583666     Janusz Zawadzki, Swierzawska 7, Poznan 60-321, POLAND
30583668     Janyce Wallis, 4575 KEITH DR SW, LILBURN, GA 30047-4326
30583669     Japhet Hogan, 9116 E 87TH PL, TULSA, OK 74133-4432
30583670   +   Jaqueline Duke, 1322 N RUTHERFORD BLVD, D23, MURFREESBORO, TN 37130-8420
30583672     Jaqueline Navarro, 5758 S Richmond St, Chicago, IL 60629-2134
30583673     Jaqueline Owen, 152 Cambridge G, West Palm Beach, FL 33417-1326
30583674   +   Jaqueline Pineda, 3703 s olivenhain ct, Magna, UT 84044-2797
30583675     Jared, 243 RACHEL RD, KENNEWICK, WA 99338-7333
30583676   +   Jared Aguilar, 5413 Verdura Avenue, Lakewood, CA 90712-1439
30583677     Jared Bosworth, 30 Leel Rd, New Ipswich, NH 03071-3223
30583679     Jared Canfield, 9411 Treetop Ln, Henrico, VA 23229-6241
30583680     Jared Cohen, 54 Wolfe Cir, West Nyack, NY 10994-2142
30583681     Jared Daniels, 84 Hemlock Ln, Clifford Twp, PA 18407-7746
30583682   +   Jared Defoor, 1711 Old Springville Rd, Birmingham, AL 35215-5830
30583683   +   Jared Diaddigo, 150 Moyer Hill Drive, Cranberry, PA 16066-2809
30583684   +   Jared Frank, 3740 N Halsted St, Apt. 822, Chicago, IL 60613-5657
30583685     Jared Gigot, 110 EDGEWOOD DR, MARQUETTE, MI 49855-9229
30583686     Jared Gillespie, 1399 S 325 E, Bountiful, UT 84010-5157
30583687   +   Jared Head, 10136 Hill Country Avenue, Las Vegas, NV 89134-6911
30583688     Jared Hobson, 3690 East Ave, Rochester, NY 14618-3537
30583689     Jared Hostyn, PO BOX 99900 SX 182 165, RPO UPTOWN, EDMONTON, AB T5K 0J6, CANADA
30583690     Jared Hyland, 649 Oceana Drive, Tranmere, Hobart, TASMANIA 7018, AUSTRALIA
30583691     Jared Kaser, 1409 W Lake St, Fort Collins, CO 80521-4421
30583692   +   Jared Labus, 101 Oak Fields Dr., Floresville, TX 78114-6210
30583693     Jared Larsen, 3409 9th Street, Vernon, British Columbia, V1T9V7, CANADA
30583694   +   Jared Martinez, 173 ridge crest drive, roseburg, OR 97471-5581
30583695   +   Jared Michaud, 200 Rhode Island Ave NE, #223, WA, DC 20002-6807
30583696     Jared Minnick, 1409 E Ridge Rd, West Point, NE 68788-2502
30583697     Jared Morgan, 208 Windsor Ct, Quakertown, PA 18951-5042
30583698     Jared Opalka, 156 Lakebluff Dr, Ormond Beach, FL 32174-2693
30583699     Jared Platfoot, 14 Gailes st Sutherland, Sutherland, NEW SOUTH WALES 2232, AUSTRALIA
30583700   +   Jared Robitaille, 801 Englewood Pkwy, C219, Englewood, CO 80110-7312
30583701   +   Jared Sansing, 13401 Legendary Dr, Apt 5303, Austin, TX 78727-3990
30583702     Jared Schwait, 195 Langdon Farm Cir, Odenton, MD 21113-2677
30583703   +   Jared Seth Johnson, 15 Linda St., Pensacola, FL 32506-4661
30583704   +   Jared Sitzlar, 124 Highland Court, Georgetown, KY 40324-1140
30583705   +   Jared Skrotzki, 12 Argyle Place, Apt 1A, Cortland, NY 13045-2870
30583706   +   Jared T Liebelt, 1160 Fox Farm Road, Logan, UT 84321-4808
30583707   +   Jared W Johnson, 1610 Country Manor Drive, Santa Rosa, CA 95403-8704
30583708   +   Jared Weis, 1579 Schoellkopf Rd, Lake View, NY 14085-9565
30583678   +   Jared brown, 4111 Kilgore Ln, Austin, TX 78727-5947
30583709     Jaren Hermann, Box 37, Rochfort Bridge, ALBERTA T0E-1Y0, CANADA
30583710   +   Jaren Wimmer, 4331 w 5750 s, Hooper, UT 84315-6755
30583711   +   Jaret Newhouse, 1925 W River Rd, Apt 2106, Tucson, AZ 85704-1627
30583712   +   Jarica Oeltjen, 1351 McVey Street, Mount Vernon, MO 65712-9805

District/off: 0752-1 User: admin Page 212 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30583713 + Jarid Morrow, 706 East Teaff Court, Honolulu, HI 96818-5755
30583714 Jarod Aguilar, 517 - 3625 Sawmill Crescent, Apt. 517, Vancouver, BC V5S 0J6, CANADA
30583715 Jarod Bratton, 1851 SE Hale Pl, Gresham, OR 97080-9255
30583716 + Jarod Brown, 6007 NW Meade St, Bentonville, AR 72713-4017
30583717 + Jarod Opperman, 5370 W Chicago St, Chandler, AZ 85226-3645
30583718 + Jarom Beatty, 3751 Riverwood Dr., Provo, UT 84604-4906
30583719 Jaron M ller, Elisabethstra e 18a, Kiel, Hamburg, 24143, GERMANY
30583720 + Jaron Tyrna, 61 Chelsea Blvd, Houston, TX 77006-6246
30583721 Jaroslaw Koszarowski, Ulica Fromborska 13A m.10, Gdansk 80-389, POLAND
30583722 + Jarred Belman, 3300 O Donnell Street, Floor 2, Baltimore, MD 21224-5114
30583723 Jarred Bornhorst, 8414 SE 17th Ave, Portland, OR 97202-7309
30583725 Jarred Moeller, 11105 E Aspen Ave, Mesa, AZ 85208-8654
30583726 + Jarrell Lawrence, 3509 Saint Johns Dr, Denton, TX 76210-8779
30583727 Jarret P Wendel, 23 Matheny Rd, Purvis, MS 39475-3597
30583728 Jarrett Crews, 947 Agua Fria St Apt H, Santa Fe, NM 87501-2466
30583729 + Jarrett Jonathan, 2236 Zoria Circle, San Jose, CA 95131-2634
30583730 + Jarrett Stevens, 1549 Alderwood Oval, Brunswick, OH 44212-4406
30583731 + Jarrett Tierney, 1 Buffalo Ave NW, Apt 15, Concord, NC 28025-4483
30583732 Jarrett White, 1839 Stargazer Dr Apt 3, Cookeville, TN 38501-4927
30583733 Jarrod Arana, 115 N Park St, Winfield, KS 67156-1832
30583734 Jarrod Jansson, 16 Wall st, Spencer, MA 01562
30583736 Jarrod O'Callaghan, 9 Ebony Drive, Langwarrin, Victoria 3910, AUSTRALIA
30583738 + Jarvis johnson, 3108 glendale blvd, #540, los angeles, CA 90039-1806
30583739 Jaryd Hengl, 142 Warehouse Court, London, ENGLAND SE186FD, UNITED KINGDOM
30583740 + Jaryt Bustard, 7 Brookview Ct., Atco, NJ 08004-2928
30583741 + Jasa Laliberte, 8778 Lookout Mountain Ave, Los Angeles, CA 90046-1859
30583742 Jasen Scott, 323 Harding Ave Apt D, Greenfield, IN 46140-1885
30583744 + Jasmin Enchassi, 11913 Blue Bell Avenue, Oklahoma City, OK 73162-1073
30583745 + Jasmin Grinnell, 300 W Via Alamos, Apt 710, Green Valley, AZ 85614-3964
30583746 Jasmin Maldonado, 800 S Ironwood Ct, Sterling, VA 20164-5011
30583747 Jasmin McLean, 718 56th St NW, Tulalip, WA 98271-6557
30583748 Jasmin Rodriguez, 891 Keystone Ct, Ferris, TX 75125-1112
30583743 + Jasmin arenivar, 5321 w Campbell Ave, Apt 1, Phoenix, AZ 85031-1155
30583749 + Jasmine Antonik, 36236 Redbud Ln, Murrieta, CA 92562-4382
30583750 + Jasmine Aubrey, 3250 N 31st Street, Mesa, AZ 85213-2047
30583751 Jasmine Bailey, 430 COURTLAND AVE, STAMFORD, CT 06906-1803
30583752 + Jasmine Chalfant, 620A Gravelly Hollow Road, Medford, NJ 08055-8464
30583753 + Jasmine Cunningham, 401 Orion Dr, Corpus Christi, TX 78418-3944
30583754 Jasmine Felsinger, 2/13 Cosmos Street, Glenroy, Victoria, 3046, AUSTRALIA
30583755 Jasmine Gannon, 29 Melissa Street, Donvale, VIC 3111, AUSTRALIA
30583756 + Jasmine Kan, 319 Broadway, 6A, Brooklyn, NY 11211-7635
30583757 + Jasmine Moutard, 2285 madsen rd, Saginaw, MI 48601-9321
30583758 Jasmine Pineda, 1458 E Kael St, Mesa, AZ 85203-2006
30583759 Jasmine Rodriguez, 2343 Archwood Ln Unit 142, Simi Valley, CA 93063-5087
30583760 Jasmine Sims, 689 N Clinton St Apt 212, Syracuse, NY 13204-1584
30583761 + Jasmine Singleton, 803 W Springfield Ave, Apt A, Champaign, IL 61820-8400
30583762 + Jasmine Tillman, 542 Gentry Memorial Hwy, Easley, SC 29640-1132
30583763 + Jasmine Warner, 621 Fairfield Dr, Jefferson, GA 30549-7415
30583764 Jasmine Young, 2215 Prentiss Dr Apt 205, Downers Grove, IL 60516-2221
30583765 Jasmyn Peek, 181 Meadowbrook Ct, New Cumberland, PA 17070-2512
30583766 Jasmyn Verduzco, PO Box 148, Armona, CA 93202-0148
30583767 Jasmyne Wynn, 1111 Grand Pointe Way, Brunswick, GA 31525-3512
30583768 + Jason Ailts, 1054 Merrick Dr, Apt 236, Lexington, KY 40502-3707
30583769 Jason Allan, 1 Fleming Avenue, Heworth, York, ENGLAND Y031 0XE, UNITED KINGDOM
30583770 + Jason Allen, 1321 Orleans St, Apt 1010, Detroit, MI 48207-3170
30583771 + Jason B Osburn, 18801 Canoebrook Ln., TONEY, AL 35773-8355
30583772 Jason Babb, 10S421 Echo Ln Apt 2F, Willowbrook, IL 60527-5676
30583773 Jason Barrow, 1042 W Plumb Ln, Reno, NV 89509-3633
30583774 Jason Becker, 4913 Watson Dr, The Colony, TX 75056-1027
30583775 Jason Bess, 22023 Hannover Village Dr, Spring, TX 77388-2897
30583776 Jason Beyer, 206 BEAUREGARD DR, BELLEVILLE, IL 62221-1506
30583778 + Jason Bowman, 9009 Harvest Way, Sacramento, CA 95826-2203
30583779 Jason Brown, 4801 Longmeadow Dr, Bessemer, AL 35022-7026

District/off: 0752-1            User: admin            Page 213 of 507
Date Rcvd: Jan 04, 2024            Form ID: 309C            Total Noticed: 30719

30583780    + Jason Brubaker, 10808 E Augusta Ave, Spokane Valley, WA 99206-4872
30583781       Jason Burns, 12 Pickering Court, Tewantin,Queensland, 4565, AUSTRALIA
30583782       Jason Busch, 33110 Township Road 243, Calgary, Alberta, T3Z2M6, CANADA
30583784    + Jason Collisson, 1414 Sterigere St, Norristown, PA 19403-2916
30583785       Jason Danowski, 3419 Pondridge Ct, Charlotte, NC 28269-2111
30583786       Jason DeRidder, 16206 NE 11th St, Bellevue, WA 98008-3619
30583787       Jason Dodson, 375 S Grant Ave Apt F, Columbus, OH 43215-5559
30583788       Jason Dunnett, 8 Roe Street, Gladstone, QUEENSLAND 4680, AUSTRALIA
30583789    + Jason Effinger, 6700 Bahama Ln, Louisville, KY 40219-2122
30583790    + Jason Engelhardt, 701 E Mcloughlin Blvd, Apt 201, Vancouver, WA 98663-3360
30583791    + Jason Faria, 200 W Sahara Avenue, Apt. 605, Las Vegas, NV 89102-5099
30583792    + Jason Ferguson, 55 Parade Pl, Apt F1, Brooklyn, NY 11226-1013
30583794    + Jason Frank, 1476 Ellis Hollow Rd, Ithaca, NY 14850-9656
30583795    + Jason Fulmer, 3415 Cotton Top Ct., Fairfax, VA 22033-1251
30583796       Jason Garnett, 180 Lincoln Road, North Hykeham, ENGLAND LN6 8NJ, UNITED KINGDOM
30583797       Jason Gerg, 26605 Goodrich Dr, Menifee, CA 92585-9333
30583798    + Jason Gerstenberger, 4271 s Iowa ave, St Francis, WI 53235-4680
30583799    + Jason Gilmore, 200 E Dorothy Ln, Dayton, OH 45419-1710
30583800    + Jason Glover, 555 South Commercial St, Apt. 313, Manchester, NH 03101-2751
30583801       Jason Goulait, 28510 Champion Oaks Dr, Magnolia, TX 77354-5605
30583802       Jason Green, 68-1930 Cedar Village Crescent, North Vancouver, BC V7J 3M5, CANADA
30583803       Jason Griego, 301 Starlite Dr, Pueblo, CO 81005-2634
30583804    + Jason Guzman, 5551 S Troy St, Chicago, IL 60629-2418
30583806       Jason Hall, 1722 6th St S, Fargo, ND 58103-4907
30583805       Jason Hall, 7644 Windbridge Dr Apt 150, Sacramento, CA 95831-4964
30583807       Jason Jimos, 2360 Commerce Blvd Apt 102, Mound, MN 55364-1439
30583808       Jason Kehoe, 199 President Avenue, Miranda, New South Wales 2228, AUSTRALIA
30583809       Jason Khamvongsouk, 33 WOONASQUATUCKET AVE APT 2, N PROVIDENCE, RI 02911-3133
30583810       Jason Klein, 1889 ALPHA RD APT 12, GLENDALE, CA 91208-2168
30583811       Jason Lee, 3813 N Borg Ln, Tucson, AZ 85716-0827
30583812    + Jason Li, 3956 NW 89th Ave, Coral Springs, FL 33065-2942
30583813    + Jason Lindley, 2255 Murieta Way, Sacramento, CA 95822-2848
30583814    + Jason Litsinger, 913 SW LIGHTHOUSE DR, PALM CITY, FL 34990-4511
30583815       Jason Little, 16523 Blackburn Dr, La Mirada, CA 90638-6206
30583816    + Jason Longoria, 750 Dalrymple Rd, Apt E1, Atlanta, GA 30328-1431
30583817       Jason Lyles, 1802 Ivy St, Chattanooga, TN 37404-2535
30583818       Jason Macrillo, 98 DOROTHEA DR, Dartmouth, NOVA SCOTIA B2W 4C4, CANADA
30583819    + Jason Maille, 190 Washington St, Brighton, MA 02135-3501
30583820       Jason Martin, 583 Somerset Ln, Clarksville, TN 37042-6064
30583821    + Jason Mathis, 1312 Trevino Dr., Troy, MI 48085-3321
30583823    + Jason Mazzeo, 100 Stagecoach Road, 52A, Winston-Salem, NC 27105-7031
30583824    + Jason McConnell, 117 Lipman Street, Summerville, SC 29483-3673
30583825    + Jason McConville, 1338 14th St, Apt. 105, Santa Monica, CA 90404-1716
30583826       Jason Mcisaac, 6131 Charles Street, 1, Halifax, NS B3K 1L2, CANADA
30583827       Jason Meadors, 4615 Locksford Dr, Bryan, TX 77802-6006
30583828       Jason Moore, Valby Langgade 48, 4.7, Valby, KABENHAVN 2500, DENMARK
30583829       Jason Muncey, 789 Willow Oak Dr, Lexington, NC 27295-5632
30583830       Jason Newland, 46 Bellingham Place, Ottawa, ON K1T 4B2, CANADA
30583831       Jason OacBoyle, 7704 Dinniston Dr, Huntersville, NC 28078-5944
30583832    + Jason Padgett, 6347 Council Pt, Apt. 103, Colorado Springs, CO 80923-5146
30583833       Jason Parent, 3173 41ST ST APT 2, ASTORIA, NY 11103-3901
30583834       Jason Perfetto, 5806 Heronview Crescent Dr, Lithia, FL 33547-5890
30583835       Jason Porter, 120 Sunshine Cir Apt 8, Chippewa Falls, WI 54729-2039
30583837    + Jason R Fuller, 2096 Estes Street, Muskegon, MI 49441-1522
30583838    + Jason Reyes, 1235 Morrison Ave, Apt2A, Bronx, NY 10472-2738
30583839    + Jason Riedy, 380 John St., Apt. 1513, Rochester, NY 14623-3432
30583840    + Jason Rolleri, 552 W 1st St S, Apt 2, Fulton, NY 13069-2827
30583842       Jason Savage, 29 Timber Cove Dr, Campbell, CA 95008-4128
30583843    + Jason Schmidt, 17 Bruning Lane, Palm Coast, FL 32137-8710
30583844       Jason Schneider, 2200 Alki Ave SW Apt 202, Seattle, WA 98116-1840
30583845       Jason Schumacher, 2460 Admire Springs Dr, Dover, PA 17315-4684
30583846    + Jason Scott Kerr, 5020 Sam Houston Ave,, Apt. 913, Huntsville, TX 77340-6663
30583847       Jason Serduke, 988 Richard Ln, Danville, CA 94526-2916

District/off: 0752-1 | User: admin | Page 214 of 507
Date Rcvd: Jan 04, 2024 | Form ID: 309C | Total Noticed: 30719

30583848 Jason Shank, 4710 2ND ST, MCKEESPORT, PA 15132-6207
30583849 + Jason Shulman, 716 Washington Avenue Southeast, Unit 320-A, Minneapolis, MN 55414-4035
30583850 + Jason Simmons, 910 E Newkirk Street, Tuscola, IL 61953-1140
30583851 + Jason Skeoch, 2214 Deer Oak Way, Danville, CA 94506-2019
30583852 + Jason Sternberg, 24222 W TRACY LN, Antioch, IL 60002-8462
30583853 + Jason Stucynski, 6066 Goodview Trail Bay N, Hugo, MN 55038-7472
30583855 + Jason Sumner, 865 East Center Rd., Kokomo, IN 46902-5366
30583856 + Jason Tobin, 1201 Parkmoor Ave, Apt 2301, San Jose, CA 95126-3570
30583857 Jason Tran, 9 Kim Cl, Cabramatta, NEW SOUTH WALES 2166, AUSTRALIA
30583858 Jason Voegerl, 3429 Tabor Ct, Apt 3, New Albany, IN 47150-2288
30583859 Jason Wade, 17 S 44TH ST APT 3, PHILADELPHIA, PA 19104-3204
30583860 + Jason Wilkins, P.O. Box 512, Mendanales, NM 87548-0512
30583861 + Jason Winkler, 628 Sanders Drive, Hamilton, OH 45013-1427
30583862 Jason Wood, 662 Pond Spgs, New Braunfels, TX 78130-4293
30583783 + Jason collins, 515 13th st, Apt. 506, San Diego, CA 92101-7678
30583854 + Jason sturdevant, 888 western ave, Apt. 705, Seattle, WA 98104-1497
30583863 + Jasper Austin, 120 Hartsuff Street, Rockland, MA 02370-1244
30583864 Jasper Goldstein, 26 Quensel Ct, Lake Grove, NY 11755-2832
30583865 + Jasper Hall, LLC, 420 Mason Street, San Francisco, CA 94102-1706
30583866 Jasper Harrison, 21 Cunningham Place, Halswell, Christchurch, Canterbury 8025, NEW ZEALAND
30583867 + Jasper Kenyon, 6048 Deer St, Monticello, MN 55362-3326
30583868 Jasper Levin, 29 Brickwork Avenue, Liphook, England, GU30 7WP, UNITED KINGDOM
30583869 + Jasper Montgomery, 1001 Princeton Dr, Madison, AL 35758-1322
30583870 Jasper Profio, 2416 Blaisdell Ave Apt 208, Minneapolis, MN 55404-3356
30583871 Jasper Stroo, Borneostraat 40a, Leiden 2315 JB, NETHERLANDS
30583872 Jasvinderjit Khaulsay, Trippet Lane Hello Student Accommodation, Room 604, Sheffield, England, S1 4EL, UNITED KINGDOM
30583873 + Javan Chatman, 881 n 500 e, Valparaiso, IN 46383-9740
30583874 Javi Guerrero, 1004 Fort Hood Ave Apt D, Edinburg, TX 78539-3339
30583875 + Javian Quinones, 6103 Coventry Way, Mount Laurel, NJ 08054-6824
30583876 Javier Alramahi, 162 Rusthall Avenue, London W4 1BS, UNITED KINGDOM
30583877 + Javier Garcia, 10342 Cannarti Dr, Charlotte, NC 28273-3902
30583878 Javier Garcia, 25345 Rivendell Ter, Moreno Valley, CA 92553-4246
30583879 + Javier Hernandez, 1601 E 3115 S, Millcreek, UT 84106-3457
30583880 Javier Mu oz Palma, Calle Pradillo 3, 2A, Madrid, Madrid, 28002, SPAIN
30583881 + Jawanza Tucker, 775 Hart Street, Apt 1F, Brooklyn, NY 11237-3555
30583882 Jaxen Mentink, 16524 116th St E, Bonney Lake, WA 98391-8232
30583883 + Jaxer Willett, 6714 Cog Hill Lane, Rapid City, SD 57702-6975
30583884 Jaxon Janusz, 100 GRAND ST, COLDWATER, MI 49036-1345
30583886 + Jaxon McLearen, 15501 S Air Depot Blvd, Oklahoma City, OK 73165-7149
30583887 + Jaxon Smith, 1040 Jessica Rose Ln, Dandridge, TN 37725-4267
30583889 Jaxson Zeitler, 238 Farmstead Dr, Slinger, WI 53086-9295
30583888 + Jaxson ruchti, 18590 sw viking ct, Aloha, OR 97007-5621
30583890 Jaxx Moon, 7010 Woodrow Ave, Saint Louis, MO 63121-5120
30583891 Jay Aaron, 10442 102nd St, Ozone Park, NY 11417-2211
30583892 Jay Adams, 1029 Northwest Hwy PMB 173, Garland, TX 75041-5831
30583893 Jay Batt, 53A Mendip Road, Bristol, ENGLAND BS20 6DE, UNITED KINGDOM
30583894 + Jay Bode, 28 Linden Rd, Narragansett, RI 02882-2533
30583895 + Jay Booth, 33 Parkway Ln, North, VA, USA, North, VA 23128-2063
30583896 Jay Brooks, 808 DWIGHT ST, MANILA, AR 72442-8081
30583897 Jay Calaman, 1832 Pin Oak Dr, Spring Grove, PA 17362-7865
30583899 Jay Carmody, Flat 55 Granby Plaza One, 125 Granby Str, Leicester, ENGLAND LE1 6FL, UNITED KINGDOM
30583900 + Jay Carreira, 260 Piccadilly Square, APT D14, Athens, GA 30605-3097
30583901 + Jay Cobb, 4133 3rd Avenue, Sacramento, CA 95817-3011
30583902 Jay Cochrane, 69 Highbank, Haywards Heath, ENGLAND RH16 4TT, UNITED KINGDOM
30583903 + Jay Crammond, 3926 3rd Ave, Sacramento, CA 95817-3008
30583904 Jay Cruz, 12917 S Catalina Ave, Gardena, CA 90247-1615
30583905 + Jay Embry, 25738 177th Pl SE, Covington, WA 98042-5821
30583906 Jay Frazier, 102 Seymour St Apt 213, Williston, VT 05495-4506
30583907 + Jay Greenfield, 8812 E Desert Spring St, Tucson, AZ 85730-5701
30583908 Jay Grimsey, Chase house, Bicester, England, OX27 9BT, UNITED KINGDOM
30583909 + Jay Gurule, 80 Arizona Sunset RD NE, Rio Rancho, NM 87124-2537
30583910 + Jay Hayes, 7a Tanager Way, South Glens Falls, NY 12803-5026
30583911 + Jay Hertz, 64 W Cedar St, Apt 5, Boston, FL 02114-3364

District/off: 0752-1                         User: admin                              Page 215 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                        Total Noticed: 30719

30583912             Jay Hinson, 13601 3rd Ave E, Bradenton, FL 34212-9540
30583913             Jay Holley, 1108 Foster Rd, Middleton, TN 38052-4390
30583914        +    Jay Keiser, 305 W Main St, Unit 114, Harbor Springs, MI 49740-1425
30583915        +    Jay Lowther, 616 HIGHLAND GLEN DR, BALLWIN, MO 63021-7315
30583916             Jay Maydew, 153 Brighton Road, Alvaston, Derby DE24 8TB, UNITED KINGDOM
30583917        +    Jay Moore, 1115 north raynore ave, Joliet, IL 60435-4548
30583920        +    Jay Nelson, 6 Lighthouse Dr, Goose Creek, SC 29445-4613
30583919        +    Jay Nelson, 6767 Caminito Del Greco, San Diego, CA 92120-2218
30583921             Jay Nguyen, 6956 Regatta Dr, Grand Prairie, TX 75054-7223
30583922             Jay Oldenburg, 1945 W Snyder Dr, Meridian, ID 83642-5472
30583923        +    Jay Quam, 6488 Leander Circle, Eden Prairie, MN 55346-1114
30583924        +    Jay Ramos, 13515 WEST AVE, APT 121, SAN ANTONIO, TX 78216-2081
30583925        +    Jay Som, c/o Melina Duterte, 1257 Elberta Parkway, Brentwood, CA 94513-6710
30583926             Jay Stanley, 6817 Walkup Ln, Austin, TX 78747-3945
30583927        +    Jay Struebing, 2892 Chicory Rd, Racine, WI 53403-4013
30583928             Jay Varma, 4003 Dukeshire Hwy, Royal Oak, MI 48073-6435
30583929        +    Jay Wagner, 1400 Asp Ave, 929W, Norman, OK 73072-7133
30583930             Jay Weber, 6317 N Broadway St, Mertz Hall, Chicago, IL 60660-0800
30583931             Jay Weber, 5312 W Arlington Park Blvd, Fort Wayne, IN 46835-4322
30583932        +    Jay Woelke, 20452, Sumner, Redford, MI 48240-1031
30583933             Jay Zimmerman, 8 Riffles Ln, Hudson, MA 01749-3305
30583898        +    Jay camara, 115 Armstrong ave, Warwick, RI 02889-5314
30583940             JayDean Rondeau, 14 Knabner Rd, Mechanicville, NY 12118-3073
30583935             Jayanta Kurumathur, 12403 Audane Dr, Austin, TX 78727-5762
30583937             Jayce Garner, 1401 E Madison St, Apt 104, Seattle, WA 98122-5191
30583938             Jaycie Ellis, 45 Scurry Hill Rd, Glasgow, KY 42141-7773
30583939        +    Jayda wright, PSC 556 BOX 16, FPO AP, Armed Forces Pacific 96386-0001
30583941        +    Jayden, 12926 N Red Quail Pl, Marana, AZ 85658-5202
30583942             Jayden Adkison, 460 Kamaaha Ave Apt 50, Kapolei, HI 96707-4618
30583944        +    Jayden Brown, 1900 Abberly Circle, #1053, Midlothian, VA 23114-3257
30583947        +    Jayden Rodriguez, 910 Rivers Crossing St, Clermont, FL 34714-4740
30583948        +    Jayden Schexnayder, 7849 Brandy Station Rd, Hanover, MD 21076-2414
30583949             Jayden Troxell, 302 E Mattox St, Sullivan, IL 61951-2334
30583950             Jayden Yarborough, 3802 Calibre Bend Ln Apt 1505, Winter Park, FL 32792-8651
30583945        +    Jayden pierre, 40 Augustine, Brockton, MA 02301-1504
30583951             Jaylen Stiebel, 409 N Broadway Apt 6, Yonkers, NY 10701-1934
30583952        #    Jaylin Malagon, 33 13 1/2 St NW Apt 206, Rochester, MN 55901-3548
30583953             Jaylynn Love, 216 N SEA FURY LN, APT 201, BOISE, ID 83704-9429
30583954        +    Jaymes Salmon, 11987 Winnetka Ave N, Champlin, MN 55316-2317
30583955             Jaymi Salt, 2 Hillside Parade, Mount Colah, Sydney, New South Wales, 2079, AUSTRALIA
30583956        +    Jaymica Patel, 13574 Pointer Court, Riverside, CA 92503-7327
30583957             Jayne Cunliffe, 14 Lees Road, Chorley PR6 9PP, UNITED KINGDOM
30583958             Jayne Sievers, 4714 227TH PL SE, SAMMAMISH, WA 98075-7247
30583959             Jayne-Marie, 1309 RODD FIELD RD APT 1F, CORP CHRISTI, TX 78412-4315
30583960        +    Jayr Novilla, 4325 Corte Sano, La Mesa, CA 91941-6624
30583961             Jayson Edison, 15121 Rayen St Apt 20, North Hills, CA 91343-6734
30583962             Jayson spruill, 1274 NC Highway 343 S, South mills, NC 27976
30583963             Jaz Kalman, 40 Birdwood Parade, Hazelbrook, NEW SOUTH WALES 2779, AUSTRALIA
30583964        +    Jaz Matula, 7732 Woodmere Drive, Harrisburg, NC 28075-6681
30583965        +    Jazlyn Benitez, 13341 SW 103 TER, Miami, FL 33186-2839
30583966        +    Jazmin Ortega, 10936 Sandy Koufax Dr., El Paso, TX 79934-3271
30583967             Jazmin Sevold, 7109 Shavano Cir, Frederick, CO 80504-5889
30583968        +    Jazmine Lazaro, 15200 Magnolia St, Apt 20, Westminster, CA 92683-6429
30583969             Jazmine Manolack, 8890 S Desert Valley Way, Tucson, AZ 85747-5194
30583970        +    Jazmine Negrete, 911 Macclesby ln, Channelview, TX 77530-4768
30583971        +    Jazmyn Paz, 2400 W Wilson Ave, Apt. 204, Chicago, IL 60625-3084
30583973             Jazz Jassal, 45 Dudley Street, Apt. 605, West Melbourne, Victoria 3003, AUSTRALIA
30583980             Jean Barykin, 437 Hillside Dr, Mundelein, IL 60060-2607
30583981        +    Jean Fisher, 105 Aberson Ct, Cary, NC 27519-8384
30583982             Jean Greagor, 19516 23rd Ave NE, Shoreline, WA 98155-1202
30583983             Jean H Kelly, 2002 Crystal Springs Rd W, Tacoma, WA 98466-2912
30583984             Jean Lombardi, 19 Davidson Rd, Worcester, MA 01605-1319
30583985             Jean Maxwell, 48 Auburn Road, Glenageary, DUBLIN A96 R8N3, IRELAND

District/off: 0752-1        User: admin        Page 216 of 507

Date Rcvd: Jan 04, 2024        Form ID: 309C        Total Noticed: 30719

| | | |
|---|---|---|
| 30583986 | | Jean McKim, 544 Cross Road, South Plympton, SA 5038, AUSTRALIA |
| 30583987 | + | Jean Miller, 2444 Dallman Lane SE, Rochester, MN 55904-6248 |
| 30583988 | | Jean Peyton Hayes, 1607 Donora Ct, Richmond, VA 23229-4563 |
| 30583991 | | Jean-Luc Dupreez, 596 FILMORE ST, MONTEREY, CA 93940-1613 |
| 30583992 | | Jean-Luc Lawlor, 8922 Paeroa - Kopu Road, Thames, WAIKATO 3578, NEW ZEALAND |
| 30583993 | | Jean-Simon Richer, 164 rue Monseigneur-Rheaume E, Apt. 2, Rouyn-Noranda, QUEBEC J9X3J6, CANADA |
| 30583994 | | Jeanette Link, 6524 Clear Drop Ct Unit 303, Glen Burnie, MD 21060-0869 |
| 30583995 | | Jeanette Ng, 12 Valhalla Street, Sunnybank, Brisbane, Queensland, 4109, AUSTRALIA |
| 30583996 | | Jeanette Padin, 2 Calle Correo Unit 974, Camuy, Puerto Rico 00627-2445 |
| 30583997 | | Jeanette Schuerman, 380 Sandpiper Ct, Chatham, IL 62629-1082 |
| 30583998 | | Jeanna ScottSmith, 1200 Park Ave, Eugene, OR 97404-3034 |
| 30583999 | | Jeanna Spoors, 4189 Cottage Trl, Hudsonville, MI 49426-7742 |
| 30584001 | | Jeanne Villalon, 12851 Haster St, Apt 17c, Garden Grove, CA 92840-6561 |
| 30584002 | + | Jeanne Woodbury, 3 CENTER WOODS DR N, saginaw, MI 48638-5867 |
| 30584004 | | Jeannette Shadrick, 108 SE 72nd St, Oak Island, NC 28465-4533 |
| 30584003 | | Jeannette bb Vallejos, 3150 NW Hurleywood Dr, Albany, OR 97321-9651 |
| 30584005 | + | Jeannie manarchuck, 44 East shore drive, Jefferson township, PA 18436-3939 |
| 30584006 | | Jeannine Kleinschmidt, 338 Council Oak Dr, Severn, MD 21144-3434 |
| 30584007 | + | Jeannine Martyanik, 4662 Kansas Street, San Diego, CA 92116-3208 |
| 30584008 | | Jeb Gibonchi, 2801 SW 19th Ave, Cape Coral, FL 33914-4002 |
| 30584009 | | Jed Bugden, 3 Walla St, Cooma, NSW 2630, AUSTRALIA |
| 30584010 | | Jed Paolo Dela Torre, 709 Everett Ridge Ave, North Las Vegas, NV 89084-1413 |
| 30584011 | + | Jeena Hyde, 345 S Cloverdale Ave, Apt. 405, Los Angeles, CA 90036-3430 |
| 30584013 | | Jeff & Elizabeth Smith, 72 Maiden Ln, Freeport, ME 04032-6871 |
| 30584014 | | Jeff Ambrose, 143 Rowles Rd, Saskatoon, Saskatchewan, S7K 7R1, CANADA |
| 30584015 | | Jeff Anderson, 11012 HIDDEN FOX CT, ELLICOTT CITY, MD 21042-6107 |
| 30584016 | + | Jeff Aufschlager, 1513 E Bellows St, Apt A, Mount Pleasant, MI 48858-3679 |
| 30584018 | | Jeff BORDEL, 188 route des p lerins, Chamonix-Mont-Blanc, RHONE-ALPES 74400, FRANCE |
| 30584017 | | Jeff Bernasconi, 1308 Stonehaven Dr, West Linn, OR 97068-1867 |
| 30584019 | | Jeff Casazza, 863 WATERTOWN ST, NEWTON, MA 02465-2141 |
| 30584020 | | Jeff Christensen, 320 Rosenfelder Ct, Geneva, IL 60134-1902 |
| 30584022 | + | Jeff Costa, 16740 Quayside Dr, Milton, GA 30004-8112 |
| 30584023 | + | Jeff Daninger, 3392 Londonderry lane, Roanoke, VA 24018-5066 |
| 30584024 | | Jeff Doolan, 28531 Chaucer Dr, Menifee, CA 92584-7903 |
| 30584025 | + | Jeff Farber, 188 coleen st, Livermore, CA 94550-4011 |
| 30584026 | + | Jeff Fleischmann, 9331 46th Ave SW, Seattle, WA 98136-2603 |
| 30584027 | | Jeff Gabriel-Yu, 603 West 59th Avenue, 910, Vancouver, BC V6P 0J9, CANADA |
| 30584028 | | Jeff Gajdacs, 123 Upper Paradise Road, Hamilton, ONTARIO L9C5B6, CANADA |
| 30584029 | + | Jeff Gorrie, 4205 PARK AVE APT E8-43, Des Moines, IA 50321-3433 |
| 30584030 | | Jeff Granims, 3960 SW 24th Ave Apt 304, Gainesville, FL 32607-4475 |
| 30584031 | + | Jeff Gross, P.O. Box 13315, Newport Beach, CA 92658-5093 |
| 30584032 | | Jeff Hall, 129 Terrace Ln, Simpsonville, SC 29681-4459 |
| 30584033 | | Jeff Helmig, 412 SW Stratford Rd, Lees Summit, MO 64081-2733 |
| 30584034 | + | Jeff Jacobson, 3136 Island View Dr., Ventura, CA 93003-1028 |
| 30584035 | + | Jeff Jalomo, 758 FM 2133, Ballinger, TX 76821-7965 |
| 30584036 | + | Jeff Jeff, 4780 heritage, Olive branch, MS 38654-7414 |
| 30584037 | + | Jeff Jenkins, 15285 Grasslands Dr, Parker, CO 80134-3259 |
| 30584038 | | Jeff Karwich, 3303 Pimlico Dr, Arlington, TX 76017-2420 |
| 30584039 | | Jeff Kemper, 6423 Voltaire Dr, Orlando, FL 32809-5980 |
| 30584040 | + | Jeff Kirkpatrick, 12823 Daisy Ct, Yucaipa, CA 92399-2026 |
| 30584041 | + | Jeff Lambert, 996 Peermont Ave, Pittsburgh, PA 15216-2210 |
| 30584042 | + | Jeff Mason, 813 Holiday Rdg, H9, Branson, MO 65616-8402 |
| 30584043 | | Jeff Myers, 5146 Melvina St, Fairborn, OH 45324-1848 |
| 30584045 | | Jeff Priepot, 533 NEW PAUL RD STE 100, LA VERGNE, TN 37086-4907 |
| 30584046 | + | Jeff Short, 2714 Piper Drive, Atlanta, GA 30331-1103 |
| 30584048 | | Jeff West, 1700 BUTLER PIKE APT 5E, CONSHOHOCKEN, PA 19428-1246 |
| 30584049 | | Jefferey Skinner, 790 Stones River Rd, La Vergne, TN 37086-2019 |
| 30584050 | + | Jefferson Theater, P.O. Box 1467, Charlottesville, VA 22902-1467 |
| 30584051 | + | Jeffery Austin Williams, 5414 West Main Street, Apt B, Houma, LA 70360-1270 |
| 30584052 | + | Jeffery Bolenbaucher, 13440 Davida Drive, Beaumont, TX 77713-9465 |
| 30584053 | + | Jeffery Li, 54 Noll St, Apt. 348, Brooklyn, NY 11206-4777 |
| 30584054 | + | Jeffery Lindberg, 740 E Mingus Ave, Cottonwood, AZ 86326-3779 |
| 30584055 | + | Jeffery Olson, P.O. Box 1316, Lakeside, CA 92040-0909 |

30584056  + Jeffrey, 15818 Laughlin Ln, Silver Spring, MD 20906-1073
30584057    Jeffrey Addley, 13 Fairview Avenue, Saint Thomas, ONTARIO N5R 4X2, CANADA
30584058  + Jeffrey Alcorn, 3550 E. Peckham Paseo, #2, Ontario, CA 91761-4157
30584059  + Jeffrey Arnold, 1861 14th Street, San Pablo, CA 94806-3466
30584060  + Jeffrey Baxter, 6 Fillmore St, Beverly, MA 01915-1118
30584061    Jeffrey Bragg, 205 Hemlock Dr, Linwood, NJ 08221-2229
30584062    Jeffrey Brand, 31 US HIGHWAY 130, TRENTON, NJ 08620-2714
30584063    Jeffrey Burr, 223 Southridge Dr, Lancaster, PA 17602-4154
30584064    Jeffrey Cain, 510 Melody Ct, Royal Oak, MI 48073-5501
30584065  + Jeffrey Champagne, 5 Michele Drive, Portland, CT 06480-1014
30584066    Jeffrey Chen, 364 Willard Ave, Wakefield, RI 02879-3117
30584067  + Jeffrey Cruz, 12428 Walden Road, Homer Glen, IL 60491-8254
30584068    Jeffrey Edwards, 3198 Coy Burgess Loop, Defuniak Springs, FL 32435-6375
30584069  + Jeffrey Ford, 1909 Montclair Drive, Naperville, IL 60565-9259
30584070    Jeffrey Glickman, 239 Hartford St, San Francisco, CA 94114-2525
30584071    Jeffrey Kaczmarek, 1164 S Acoma St Unit 583, Denver, CO 80210-1662
30584072  + Jeffrey Kolpack, 87 Walter Avenue, Tonawanda, NY 14150-4033
30584073  + Jeffrey Lin, 558 Creekfield Walk, Saint Louis, MO 63122-5967
30584074    Jeffrey Little, 182 Glenwood Ave, Meadville, PA 16335-1742
30584075    Jeffrey Mallari, 15645 Pebblebrook Dr., Belleville, MI 48111
30584076  + Jeffrey Mann, 6619 Freedom Hills, San Antonio, TX 78242-2022
30584077  + Jeffrey Molina, 8759 Fielding Lane, Indianapolis, IN 46239-1069
30584078    Jeffrey N Nelson, 2744 Commercial Ave, Madison, WI 53704-4869
30584079  + Jeffrey Numrych, 14338 160th Ave NE, Woodinville, WA 98072-9035
30584080  + Jeffrey Pratt, 3203 ne 43rd, Portland, OR 97213-1128
30584081  + Jeffrey R Parker, 13642 Sunset Dr, WHITTIER, CA 90602-2430
30584082    Jeffrey Rhoads, 1224 4TH ST SW, WASHINGTON, DC 20024-2302
30584083  + Jeffrey Russell, 442 Presque Isle dr., Pittsburgh, PA 15239-2600
30584084  + Jeffrey S Taber, 5305 Wheat Sheaf Trail, Fort Worth, TX 76179-8151
30584085  + Jeffrey Shively, 1603 Dew Drop Drive, Marion, IL 62959-4009
30584086    Jeffrey Stoltzfus, 225 Lakeside Crossing, Mount Joy, PA 17552-9058
30584087  + Jeffrey Stubblefield, 2300 hwy 69 N, Paris, TN 38242-7520
30584089  + Jeffrey W Maloney, 5525 Carlton Way, Apt 17, los angeles, CA 90028-6861
30584090    Jeffry Cudlin, 1523 UNDERWOOD ST NW, WASHINGTON, DC 20012-2829
30584091    Jelina Rivera, 507 NW 39th Rd Apt 114, Gainesville, FL 32607-2307
30584092    Jelko Leuchtenberger, August-Hinrichs Str.1, Hohenkirchen, Niedersachsen 26434, GERMANY
30584093    Jelle de Rooij, Polderlaan 140, Geervliet, ZUID-HOLLAND 3211 XM, NETHERLANDS
30584094    Jelle van den Heuvel, Willem Bontekoestraat 109, Hilversum 1212 CA, NETHERLANDS
30584095  + Jellie Moore Snyder, 2550 Yeager Road, Apt. 6-3, West Lafayette, IN 47906-4012
30584096    Jemma Rees, 2 Redwood Court, The Terrace, Rhymney, Rhymney, Tredegar, WALES NP22 5DZ, UNITED KINGDOM
30584097    Jemma-Kian Scarr, 3 Emmerick Street, Lilyfield, NEW SOUTH WALES 2040, AUSTRALIA
30584098  + Jen Erickson, 7521 E Cumberland Ct, Hayden, ID 83835-5140
30584099    Jen Grossman, 3419 Applewood Rd, Midland, MI 48640-2667
30584100  + Jen Horonjeff, 21 India St, Apt 1511, Brooklyn, NY 11222-7300
30584101    Jen Hubbard, 10 LEA AVE STE 300, NASHVILLE, TN 37210-3534
30584102    Jen Keats, 102 Windward Ct, Cary, NC 27513-2800
30584103    Jen Kelly, 200 Canterbury Dr, State College, PA 16803-1204
30584104    Jen Koch, 1029 N 5th St, Burlington, IA 52601-4808
30584105  + Jen Little, 5001 Tower Falls Court, Las Vegas, NV 89141-8649
30584106    Jen Pizano, 3001 W Trevi Pl Unit 201, Tucson, AZ 85741-1297
30584107  + Jen Sombrotto, 635 S Prospect Ave, Unit 201, Redondo Beach, CA 90277-4425
30584108  + Jen Tiedtke, 1018 N. Webb Ave., Unit H101, Meridian, ID 83642-8366
30584109  + Jen Tiedtke, 1018 N. Webb Way, H101, Meridian, ID 83642-8366
30584111    Jen Wutzke, 8464 CAVARICCI AVE, LAS VEGAS, NV 89129-7442
30584112  + Jena R Peitersen, 96 Sedgwick Ct., Walla Walla, WA 99362-9243
30584113    Jenae Lingle, 948 Lena St, Norfolk, VA 23518-2733
30584114    Jenai Garza, 12550 John F Kennedy Blvd Apt 1412, Houston, TX 77039-4743
30584116  + Jeness dean, 13456 Sw Hawks Beard St, Apt 1823, Tigard, OR 97223-1934
30584117  + Jenevieve Getter, S4602A County Rd. S, Viroqua, WI 54665-8109
30584118  + Jeni-lee Mulvey, 3002 W Mark CT, Spokane, WA 99208-8822
30584119  + Jenifer Gamelli, 418 Vincent St., Cedar Hill, TX 75104-9082
30584120    Jenifer Harris, 3120 Legacy Trce, Cincinnati, OH 45237-1724
30584121  + Jenifer williams, 2805 4th ave, Marion, IA 52302-3935

District/off: 0752-1                               User: admin                                          Page 218 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                    Total Noticed: 30719

30584122          Jenilee Hill, 26 Edinburgh Street, Dunedin, OTAGO 9018, NEW ZEALAND
30584123          Jenn Currie, 20106 Desert Forest Dr, Ashburn, VA 20147-3176
30584124      +   Jenn DeCrignis, 9210B North Church Drive, Parma Heights, OH 44130-4705
30584125          Jenn Harrah, 1108 Pasadena Yacht Yard Rd, Pasadena, MD 21122-2418
30584126      +   Jenn Hayes, 9188 Maas Circle, Minnetrista, MN 55375-4401
30584127      +   Jenn Justice, 1029 Morris Avenue, Bryn Mawr, PA 19010-1822
30584128      +   Jenn Webb, 3379 Birch Grove Trail, Fort Gratiot, MI 48059-3814
30584129          Jenn Young, 2006 HIGH COUNTRY RISE NW, HIGH RIVER, ALBERTA T1VOC9, CANADA
30584130          Jenna Aguirre, 15206 NE 71st Ct, Redmond, WA 98052-6800
30584131          Jenna Anne Mattern, 20 MICHIGAN AVE, HASBROUCK HTS, NJ 07604-2621
30584132          Jenna Bahr, 322 N CHARLES ST, ROME, NY 13440-9198
30584133      +   Jenna Baker, 6414 83rd Ave SE, Snohomish, WA 98290-5878
30584134      +   Jenna Castle, 1721 W High St, Haddon Heights, NJ 08035-1105
30584135          Jenna Daher, 67085 Pineridge Rd, Sunnyside, MANITOBA R5R 0G9, CANADA
30584136          Jenna Dallas, 7156 Ravens Run, Cincinnati, OH 45244-3593
30584137          Jenna Delay, 2003 Faith Ave, Abilene, KS 67410-1588
30584138      +   Jenna Fanduzzi, 7900 Harwood Ave, Apt 110, Wauwatosa, WI 53213-2545
30584139          Jenna Fierro-Root, 20082 Lazy River Ter Apt 206, Ashburn, VA 20147-2205
30584140          Jenna Fisher, 61264 Melton Trl, Joshua Tree, CA 92252-3150
30584141      +   Jenna Fograscher, 1732 Northwest Blvd, Columbus, OH 43212-2250
30584142      +   Jenna G Clarke, 7841 NW 11th Ct, Pembroke Pines, FL 33024-5102
30584143      +   Jenna Greis, 4310 Saturn Dr., Dorr, MI 49323-9791
30584144      +   Jenna Hasson, 416 NW 13th Ave., Apt. 208, Portland, OR 97209-2934
30584145      +   Jenna Herbrand, 401 1st ave NE, #650, Minneapolis, MN 55413-3182
30584147      +   Jenna Hunsinger, 1739 Roanoke Ave, Sacramento, CA 95838-3862
30584148      +   Jenna MacFarlane, 4165 Shade Tree Ln, Lakeland, FL 33812-4261
30584149      +   Jenna Marshall, 9235 Traders Crossing, Apt R, Laurel, MD 20723-1628
30584150      +   Jenna Neugebauer, 437 2nd st NE, Apt 3, Minneapolis, MN 55413-3091
30584151          Jenna Piszczynski, 800 SW 8th Pl, Cape Coral, FL 33991-4416
30584152          Jenna Powers, 5257 Cane Island Loop Apt 102, Kissimmee, FL 34746-5354
30584153          Jenna Scott, 5682 Escamilla Rd, Las Vegas, NV 89135-1442
30584154          Jenna Stanski, 1832 Pine Needle Cv, Fogelsville, PA 18051-1529
30584155          Jenna Sullivan, 802 Barclift Ln SE # B, B, Tumwater, WA 98501-4022
30584156          Jenna Taylor, 600 Tularosa, Irvine, CA 92618-1120
30584157      +   Jenna Temple, 635 Arlington Avenue, Des Plaines, IL 60016-3308
30584159      +   Jenna Waldron, 431 N Oak Ave, Clifton Heights, PA 19018-1213
30584161      +   Jenna Wanner, 1406 W Chapel Hill Street, A, Durham, NC 27701-3069
30584162      +   Jenna Wissel, 608 alexandra ln, xenia, OH 45385-9499
30584164          Jenna Wolf, 135 Albemarle Rd, Newton, MA 02460-1136
30584165          Jenna Zepp, 29 N Prince St, Millersville, PA 17551-1702
30584146          Jenna heslop, 10256 S COUNTY ROAD 1020 W, WESTPORT, IN 47283-9656
30584158          Jenna van Rijn, 4506 156th Pl SW, Lynnwood, WA 98087-2217
30584166          Jennelle Ellis, 8648 Sweeney Ave NW, North Canton, OH 44720-9822
30584167          Jenni Huffenberger, 1409 Hampton Ln, Plano, TX 75075-2241
30584168      +   Jenni Ruiz, 1002 Crosstown Ave, Silvis, IL 61282-1692
30584169          Jennie Brownell, 4140 Mira Linda Pt Apt 712, Colorado Springs, CO 80920-6675
30584170      +   Jennie Goloboy, 4546 Fremont Ave. S, Minneapolis, MN 55419-4745
30584171      +   Jennie Reeves, 1117 N Adams St, Nampa, ID 83651-1767
30584172          Jennie Semmens, 1897 Village Glen Dr, Saint Johns, FL 32259-9242
30584173      +   Jennifer (Marcelo) Gonzalez, 11598 Quiet Waters Ln, Boca Raton, FL 33428-1123
30584174          Jennifer ADELINI, 23702 Via Beguine, Valencia, CA 91355-3233
30584175          Jennifer Adeogun, 8545 Little River Road, Windsor, Ontario N8S 4R3, CANADA
30584176      +   Jennifer Alvarado, 5115 Waltham Ct, Garland, TX 75043-7668
30584177          Jennifer Amundson, 12898 Rosser Dr, Eagle River, AK 99577-6729
30584178      +   Jennifer Arndt, 2288 Trimstone Way, Roseville, CA 95747-8819
30584179          Jennifer Asher, 131 Cow Hill Rd, Clinton, CT 06413-1135
30584180          Jennifer Aviles, 10541 TRUCKEE ST, COMMERCE CITY, CO 80022-9008
30584181      +   Jennifer Bauman, 25135 Pineview Ave, Warren, MI 48091-1564
30584182      +   Jennifer Beros, 34530 Appleview Way, Solon, OH 44139-4940
30584183          Jennifer Bierbusse, 920 Angle Rd, Lapeer, MI 48446-7797
30584184          Jennifer Birmingham, 1921 Hawthorne Ave, Westchester, IL 60154-4350
30584185      +   Jennifer Brady-Connor, 130 Homestead Rd, Saratoga Springs, NY 12866-5809
30584186          Jennifer Cantley, 2905 4th Ave N, Great Falls, MT 59401-2913

District/off: 0752-1                          User: admin                                      Page 219 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                     Total Noticed: 30719

| | | |
|---|---|---|
| 30584187 | | Jennifer Carmona, 373 Union Hill Dr, Ponte Vedra, FL 32081-1036 |
| 30584188 | | Jennifer Carnahan, 32217 N 15th Ln, Phoenix, AZ 85085-9005 |
| 30584189 | | Jennifer Castleberry, 2000 E Leroy Rd, Cleveland, OK 74020-3684 |
| 30584190 | | Jennifer Chapman, 428 ADKINS ARCH, VIRGINIA BCH, VA 23462-1959 |
| 30584192 | | Jennifer Christensen, 64 E Bayard St, Seneca Falls, NY 13148-1625 |
| 30584191 | | Jennifer Christensen, 3497 State Route 222, Batavia, OH 45103-9706 |
| 30584193 | + | Jennifer Chung, 14294 Saint Clair Lane, Carmel, IN 46074-5825 |
| 30584194 | + | Jennifer Clay, 5360 Burwash Landing, Hilliard, OH 43026-9521 |
| 30584195 | + | Jennifer Clougher, 1 Sherwood Close, HILLSBOROUGH TOWNSHIP, NJ 08844-4221 |
| 30584196 | | Jennifer Collins, 9 Isabels Way Rd, Brookfield, CT 06804-3671 |
| 30584197 | + | Jennifer Concannon, 765 Clarence Street, Westfield, NJ 07090-4449 |
| 30584198 | | Jennifer Cook, 2959 Lisa Ct, Salina, KS 67401-7840 |
| 30584199 | | Jennifer Corea, 1125 Misty Holw, New Braunfels, TX 78132-2741 |
| 30584200 | | Jennifer Cortez, 8 Lindsey Ct W, Bolingbrook, IL 60440-1688 |
| 30584201 | | Jennifer Crerar, 9703 Fanning Basket Ln, Ladson, SC 29456-4451 |
| 30584202 | | Jennifer Crowe, 15 Minniear Ct, Fredericksburg, VA 22406-8452 |
| 30584203 | + | Jennifer Dao, 4236 W Mercer Way, Mercer Island, WA 98040-3408 |
| 30584205 | | Jennifer Davis, 2335 26th St, Rock Island, IL 61201-4607 |
| 30584204 | | Jennifer Davis, 129 Damascus Blvd, Al Messila Gardens Co, Unit 124, Zone36, St. 150, Bldg No. 314, Doah, QATER 974, QATAR |
| 30584206 | | Jennifer Dawson, 19 Deerpark Road, Blessington, Wicklow W91 R221, IRELAND |
| 30584207 | | Jennifer DellaVecchia, 10 Vernondale Dr, Southington, CT 06489-2136 |
| 30584208 | + | Jennifer Dolehide, 517 m Ave nw, Cedar rapids, IA 52405-1827 |
| 30584209 | | Jennifer Donovan, 4913 37th Pl, Hyattsville, MD 20782-3913 |
| 30584210 | + | Jennifer Dudzinski, 188 Weaver Street, Buffalo, NY 14206-2313 |
| 30584211 | + | Jennifer Dunphy, 2107 Portofino Place Unit 3024, Apt. 3024, Palm Harbor, FL 34683-7744 |
| 30584212 | + | Jennifer Elwell, 2710 Huckleberry Path, Marietta, GA 30062-5605 |
| 30584213 | + | Jennifer Engledow, 13748 Adios Pass, Carmel, IN 46032-1204 |
| 30584214 | + | Jennifer Epich, 4117 Wainwright Place, Oak Lawn, IL 60453-5722 |
| 30584215 | + | Jennifer Eustathios, 81 Ohio Ave, Jackson, OH 45640-1523 |
| 30584216 | | Jennifer Faust, 1077 N Adams St, Pottstown, PA 19464-4102 |
| 30584217 | | Jennifer Feinberg, 29 Dann Farm Rd, Pound Ridge, NY 10576-2109 |
| 30584218 | | Jennifer Fernandes, 29 Park Ave, Framingham, MA 01701-3441 |
| 30584219 | | Jennifer Fiermonte, 24631 Mosquero Ln, Mission Viejo, CA 92691-4912 |
| 30584220 | + | Jennifer Fitzgearld, 8416 Gentian Drive, Fort Worth, TX 76123-5028 |
| 30584221 | | Jennifer Fu, 13965 219th Ave NE, Woodinville, WA 98077-5830 |
| 30584223 | | Jennifer Garcia, 12128 130th St E, Puyallup, WA 98374-5346 |
| 30584222 | + | Jennifer Garcia, 1449 N Bonita Ct, Ontario, CA 91762-1612 |
| 30584224 | | Jennifer Garton Hamer, 475 Melissa rd., Galiano Island, BC V0N 1P0, CANADA |
| 30584225 | | Jennifer Groce, 105 Appletree Dr, Levittown, PA 19055-1234 |
| 30584226 | | Jennifer Guarracino, 17 Sycamore Ct, Westwood, NJ 07675-3523 |
| 30584227 | + | Jennifer Guizar, 6337 Green Heron St, Las Vegas, NV 89115-6027 |
| 30584228 | | Jennifer Guthrie, 3050 W Ball Rd Spc 164, 164, Anaheim, CA 92804-3840 |
| 30584229 | + | Jennifer Halpaus, 612 West Center Street, Lake City, MN 55041-1615 |
| 30584230 | + | Jennifer Harbo, 4730 Seahurst Ave, Everett, WA 98203-1712 |
| 30584231 | + | Jennifer Havener, 5849 Heronrise Crescent Drive, Lithia, FL 33547-5884 |
| 30584232 | | Jennifer Hay, 17 Pleasant St, Milford, MA 01757-2412 |
| 30584233 | | Jennifer Haynes, 9703 Whiffletree Ct, North Chesterfield, VA 23236-3807 |
| 30584234 | | Jennifer Hengtgen, 1501 California Ave SW Apt 106, Seattle, WA 98116-1658 |
| 30584235 | | Jennifer Hernandez, 10016 Blake St, Gibsonton, FL 33534-4030 |
| 30584236 | | Jennifer Higgins, 1501 Southport Dr Apt 118, Austin, TX 78704-6842 |
| 30584237 | | Jennifer Hirsch, 405 Pinnacle Heights Ln, Las Vegas, NV 89144-0804 |
| 30584238 | + | Jennifer Ho, 2051 Glen Oaks Ridge, Coralville, IA 52241-3482 |
| 30584239 | | Jennifer Hollar, 407 Roberts Cir, Green Cove Springs, FL 32043-3846 |
| 30584240 | + | Jennifer Hostetler, 560 Fox Drive, Apt. 367, Fox Island, WA 98333-9822 |
| 30584241 | + | Jennifer Hudson, 110 Ocean Hollow Lane, Apt. 306, Saint Augustine, FL 32084-8840 |
| 30584242 | + | Jennifer Hutchins, 18003 133rd Ave E, Puyallup, WA 98374-3322 |
| 30584243 | | Jennifer Jackson, 933 Warsaw Avenue, Winnipeg, Manitoba R3M 1B9, CANADA |
| 30584244 | | Jennifer Jaramillo, 6155 Eckhert Rd Apt 11308, San Antonio, TX 78240-3189 |
| 30584245 | | Jennifer Jarrett, 87-1107 Oheohe St, Waianae, HI 96792-3457 |
| 30584247 | | Jennifer Johnston, 2512 HAMILTON CIR, PELHAM, AL 35124-1414 |
| 30584246 | + | Jennifer Johnston, 2512 Hamilton Circle, Pelham, AL 35124-1414 |
| 30584248 | | Jennifer Jones, 3002 Amber Forest Trl, Belton, TX 76513-1383 |
| 30584249 | + | Jennifer Kawano, 2412 Merritt Drive, Apt 102, Jessup, MD 20794-4060 |

30584250        Jennifer Kelly, 92 Cedar Rd N, Medford, MA 02155-1971
30584251    +   Jennifer Klug, 4013 Ronalds Rd, Dorr, MI 49323-9071
30584252        Jennifer Kraier, W161N5867 Cheryln Dr, Menomonee Falls, WI 53051-5645
30584253        Jennifer L May, 112 Fireside Ln, Camillus, NY 13031-1929
30584254    +   Jennifer L Sorice, 8011 Lindisfarne Dr, Pittsburgh, PA 15237-5651
30584255        Jennifer Lang, 1 Independence Ct Apt 602, Hoboken, NJ 07030-6762
30584256    +   Jennifer Lauren Gonzales, 1224 Defoor Village Ct NW, apt 101, Atlanta, GA 30318-2984
30584257    +   Jennifer Lazarev, 1801 San Luis Road, Walnut Creek, CA 94597-2512
30584258        Jennifer Lee, 12 Grant Ave W, Babylon, NY 11702-4102
30584259    +   Jennifer Lewandowski, 2208 Sunstone Ct., Apt, Suite, Bldg. (optional), Charleston, SC 29412-2769
30584261    +   Jennifer Linzy, 1024 N. 11th Street, Phoenix, AZ 85006-2986
30584262        Jennifer Long, 13 - 1030 Hulford St., Victoria, British Columbia V8X 3B6, CANADA
30584263        Jennifer Lopez, 1718 Richland Ave, Santa Ana, CA 92703-4627
30584264        Jennifer Lopez, 3444 Crown Point Dr, San Diego, CA 92109-6709
30584265    +   Jennifer Lynn Cantrell, 316 N 6th St, Fulton, NY 13069-1314
30584266    +   Jennifer M BradyConnor, 130 Homestead Rd, Saratoga Springs, NY 12866-5809
30584268        Jennifer MacArthur, 3 Mohawk Ln, Lynnfield, MA 01940-1017
30584269        Jennifer Manning, 2717 Van Dyke Ave, Raleigh, NC 27607-7123
30584270    +   Jennifer Marnul, 4039 N. Mozart, Apt. 3, Chicago, IL 60618-9050
30584271    +   Jennifer Martin, 1708 Rockhurst Ln, Cincinnati, OH 45255-2639
30584272    +   Jennifer McElroy, 104 Castleoaks Dr, San Antonio, TX 78213-2303
30584273        Jennifer McKeon, 4210 Collingham Dr, Charlotte, NC 28273-3722
30584274    +   Jennifer Mendoza, 2001 S 1st St, Conroe, TX 77301-5126
30584275    +   Jennifer Mesiner, 9118 Bryant Ave, Laurel, MD 20723-1776
30584276        Jennifer Molina, 5031 M L King Way S Apt 5, Seattle, WA 98118-1944
30584277    +   Jennifer Morrison, 1840 Blue Skies Wy, Roseville, CA 95747-4980
30584278        Jennifer Nash, 1050 Eastwood Ln, Fairbanks, AK 99712-2138
30584279        Jennifer Nigro, 3016 SAGEBRUSH DR, LAWRENCE, KS 66047-2738
30584280        Jennifer Norton, 51-700 Paisley Rd, Guelph, ONTARIO N1K 1A3, CANADA
30584281        Jennifer Novak, 507-809 Fourth Avenue, New Westminster, British Columbia V3M 0, CANADA
30584283        Jennifer Otto, 12 Hidden Acres Ave, W Yarmouth, MA 02673-2719
30584284    +   Jennifer Parejko, 8142 Marion Dr, Apt 2E, Justice, IL 60458-1653
30584285    +   Jennifer Parfait, 1405 Southern Pine Dr, Aubrey, TX 76227-7749
30584286        Jennifer Park, 2349 Rover Ct, Atlanta, GA 30317-6601
30584287        Jennifer Pawlak, 10905 Sawgrass Ln, Huntley, IL 60142-4048
30584288    +   Jennifer Peters, 5244 138th pl, Crestwood, IL 60418-1621
30584289    +   Jennifer Petersen, 447 Longley Road, Groton, MA 01450-1057
30584291    +   Jennifer Phillips, 6105 Lakeside Drive, Mount Olive, AL 35117-3685
30584292        Jennifer Picard, 5 Wedgewood Dr, Ludlow, MA 01056-1851
30584293        Jennifer Pospisil, 3415 E 123rd Dr, Thornton, CO 80241-2851
30584294        Jennifer Puumala, 5208 S Sand Cherry Cir, Sioux Falls, SD 57108-2861
30584295        Jennifer Radaszkiewicz, 45 Aberdeen Dr, Sicklerville, NJ 08081-4329
30584296        Jennifer Redmond, 404 Constitution Dr, Jefferson City, MO 65109-5724
30584297    +   Jennifer Reese, 5729 Alister Lane, The Colony, TX 75056-3717
30584298    +   Jennifer Reyes, 92 N Regent St, Apt. 3, Port Chester, NY 10573-3299
30584299        Jennifer Rhodes, 1266 Route 39, Forestville, NY 14062-9598
30584300    +   Jennifer Roberts, 932 Laurel Hill Road, Knoxville, TN 37923-2023
30584301    +   Jennifer Rossman, 1525 Oak Avenue, Boulder, CO 80304-1221
30584302        Jennifer Rushton, 551 E CENTER ST, PANGUITCH, UT 84759
30584303        Jennifer S James, 3376 W WATER CRESCENT PL, SOUTH JORDAN, UT 84095-9172
30584304        Jennifer Sandoval, 307 County Road 272, Carrollton, MS 38917-4639
30584305        Jennifer Sigala, 3109 S 39TH ST, OMAHA, NE 68105-3429
30584306        Jennifer Speiran, 10 Maple Trail Lane, Riverview, NB E1B 5K4, CANADA
30584307    +   Jennifer Stauffacher, 1931 S 69th St, West Allis, WI 53219-1318
30584308    +   Jennifer Striegel, 7204 Garland Ave, Takoma Park, MD 20912-6420
30584309    +   Jennifer Stroup, 1714 Gurtler Ct, Apt. 4, Orlando, FL 32804-6430
30584310    +   Jennifer Stucchio, 8 Laura Court, Mt. Sinai, NY 11766-2360
30584311    +   Jennifer Sturkie, 2005 E Pinetree Blvd, F4, Thomasville, GA 31792-5366
30584312        Jennifer Sumski, 844 S Pendleton Ave, Pendleton, IN 46064-1354
30584313        Jennifer Swain Swain, 1047 Bradshaw Estates Dr, Canton, GA 30115-6548
30584314    +   Jennifer Talley, 2587 Saybrook Road, University Heights, OH 44118-4703
30584315        Jennifer Tharp, 8738 Broadmoor St Apt 2402, Overland Park, KS 66212-1251
30584316        Jennifer Thomas, 3060 Drummond Ave, Indian Land, SC 29707-6028

| | | |
|---|---|---|
| 30584317 | | Jennifer Vigil, PO Box 742, East Carbon, UT 84520-0742 |
| 30584318 | | Jennifer Vivar, 610 S Daisy Ave, Santa Ana, CA 92703-4211 |
| 30584319 | + | Jennifer Waits, 2521 Auldridge Dr, Christiana, TN 37037-6665 |
| 30584320 | | Jennifer Watson, 2001 E 125th St, Burnsville, MN 55337-3183 |
| 30584321 | | Jennifer Weeks, 930 W Gemini Dr, Tempe, AZ 85283-2715 |
| 30584322 | | Jennifer Wieckowski, 1332 Quail Ravine, Round Rock, TX 78664-9300 |
| 30584324 | | Jennifer Williams, 38B McGill Ave, Trenton, ONTARIO K8V 1G3, CANADA |
| 30584323 | + | Jennifer Williams, 30 Sheftall Cove, Savannah, GA 31410-2631 |
| 30584325 | | Jennifer Wise, 372 Grant 756, Sheridan, AR 72150-6755 |
| 30584326 | + | Jennifer Wright, 354 G St, Fort Dodge, IA 50501-4533 |
| 30584327 | + | Jennifer Wright, 9405 E 27th St S, Independence, MO 64052-1307 |
| 30584328 | | Jennifer Young, 18230 County Road 273, Mount Blanchard, OH 45867-9737 |
| 30584329 | | Jennifer Zur, 6325 Manassas Dr, Chesterfield, VA 23832-7885 |
| 30584260 | + | Jennifer lieu, 1574 Gulf road, Apt. 77027, Point Roberts, WA 98281-9007 |
| 30584332 | + | Jenny Carbonell, 880 W Peachtree St NW, Unit 2001, Atlanta, GA 30309-2547 |
| 30584333 | + | Jenny Cascino, 71 Martin St, Apt. 31, Cambridge, MA 02138-1628 |
| 30584334 | | Jenny Chisam, 4700 S Ridge Rd Apt 834, McKinney, TX 75070-2272 |
| 30584335 | | Jenny Christina Boehm, Norderstr., Apt. 18, Wesselburen, Schleswig-Holstein 25764, GERMANY |
| 30584336 | + | Jenny Ebarb, 621 Don Vincente Dr, Boulder City, NV 89005-3018 |
| 30584337 | | Jenny Egginton, 58 Albert Road, Beecroft, NEW SOUTH WALES 2119, AUSTRALIA |
| 30584338 | + | Jenny Fererro, 2399 Spruce Street, Carlsbad, CA 92008-1046 |
| 30584339 | | Jenny Getter, S4602A County Rd S, Viroqua, WI 54665-8109 |
| 30584340 | + | Jenny Greer, 127 Deerhurst Lane, apt 2, WEBSTER, NY 14580-2711 |
| 30584341 | | Jenny Kaufman, 118 SAINT NICHOLAS AVE APT 3R, BROOKLYN, NY 11237-3460 |
| 30584342 | + | Jenny Le, 6538 27th PL, BERWYN, IL 60402-2768 |
| 30584343 | + | Jenny Lopez, 1904 Affirmed cir, Bowling green, KY 42104-7630 |
| 30584344 | | Jenny Martin, 1431 Emma Ln, Farmington, NY 14425-9044 |
| 30584345 | | Jenny Nystrom, 5116 NE 22nd Ave, Portland, OR 97211-5619 |
| 30584346 | + | Jenny Olynyk, 622 Jacksonville Rd, Burlington Township, NJ 08016-3841 |
| 30584347 | + | Jenny Pateman Aciu, 14 Duncan Rd, Sewell, NJ 08080-1724 |
| 30584348 | | Jenny Perez, 3421 ARDENDALE LN, C, SACRAMENTO, CA 95825-1435 |
| 30584349 | + | Jenny Sosa, 1860 H Street, Washougal, WA 98671-1548 |
| 30584350 | | Jenny Thai, 608 Cabramatta Road West, Mount Pritchard, NSW 2170, AUSTRALIA |
| 30584351 | + | Jenny Vrentas, 1010 Brookmere Dr, Edmonds, WA 98020-2600 |
| 30584330 | + | Jenny autumn Eldredge, 6735 e Ensenada, Mesa, AZ 85205-6054 |
| 30584353 | | Jens de Cuyper, Walter Luytenplein 12, Berlaar, ANTWERPEN 2590, BELGIUM |
| 30584355 | | Jens van der Heijden, Elzendreef 16, Geffen,Noord-Brabant, 5386GS, NETHERLANDS |
| 30584356 | + | Jensen LaCuesta, 5828 Cumbre Vista Wy, Colorado Springs, CO 80924-6000 |
| 30584357 | + | Jensen Tucker, 6139 Country Club Drive, Huntington, WV 25705-2040 |
| 30584358 | | Jensen, Saren, Vendelbogade 56, Hjorring 9800, DENMARK |
| 30584359 | + | Jensen, Sierra, 170 Grand Blvd, Elgin, IL 60120-4410 |
| 30584360 | + | Jensma, Trevor, 467 CAMINO FLORA VISTA, SAN CLEMENTE, CA 92673-6901 |
| 30584361 | | Jeong minyoung, 20-6, Myeongnyun 4-gi, Republic of Korea, Seoul, Jongno-gu 3070, SOUTH KOREA |
| 30584362 | + | Jeovani Diaz, 1000 Keeshond Place, Round Rock, TX 78664-3411 |
| 30584363 | | Jeppe Ilver Schwab, Revs revej 16, Hesselager, HESSELAGER 5874, DENMARK |
| 30584364 | + | Jeremiah Cruz, 234 7th Street, Greenfield, CA 93927-5722 |
| 30584365 | + | Jeremiah Ferguson, 782 Hollis Cir, Strasburg, VA 22657-2530 |
| 30584366 | + | Jeremiah Kapsner, 370 west 8th Street, Winona, MN 55987-2903 |
| 30584367 | + | Jeremiah Peach, 3050 Tamaya Blvd, Apt. 1214, Jacksonville, FL 32246-1286 |
| 30584368 | + | Jeremiah Strickland, 14913 gentilly pl, tampa, FL 33624-2056 |
| 30584369 | | Jeremiah Webster, 12305 Oak Creek Ln Apt 1207, Fairfax, VA 22033-4222 |
| 30584370 | | Jeremie Gauvreau, 201 Mont e La Branche, Brownsburg-Chatham, QUEBEC J8G2E5, CANADA |
| 30584371 | + | Jeremy, 219 Shannon Court, Senoia, GA 30276-1924 |
| 30584372 | + | Jeremy Arnold, 104 North Street,, New Paris, OH 45347-1410 |
| 30584373 | | Jeremy Bartusch, 1050 Franklin St, Mundelein, IL 60060-5374 |
| 30584374 | + | Jeremy Bates, 1917 Felton St, San Diego, CA 92102-1231 |
| 30584376 | + | Jeremy Black, 4629 Quarry Cir, Fort Worth, TX 76244-6997 |
| 30584377 | + | Jeremy Bolia, 325 main st, Apt c, Winooski, VT 05404-1346 |
| 30584378 | + | Jeremy Bolm, 1215 N Verdugo Rd, Apt B, Glendale, CA 91206-1587 |
| 30584379 | | Jeremy Cameron, 4250 state Route 306 east lot 56, Geneva, OH 44041 |
| 30584380 | | Jeremy Carroll, 1435 PHILLIPS LN, C, SN LUIS OBISP, CA 93401-2577 |
| 30584381 | | Jeremy Ciesla, 3079 Webb Rd, La Fayette, NY 13084-9770 |
| 30584382 | + | Jeremy Collier, 1417 Boone Street, Apt. 1, Fort Wayne, IN 46808-3705 |

District/off: 0752-1 User: admin Page 222 of 507

Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30584383 + Jeremy Crandall, 17057 Ladue Rd, Holley, NY 14470-9509
30584384 + Jeremy Dannelley, 2104 W End Ave, Lakeland, FL 33803-2840
30584385 Jeremy Darby, 208 Morris St, Franklin, LA 70538-6127
30584386 Jeremy Ellenbarger, 272 Sunnyhill Dr, Turlock, CA 95382-9609
30584387 + Jeremy Ellis, 18239 North 19th Street, Phoenix, AZ 85022-1318
30584388 + Jeremy Farley, 3325 Greenburn Rd, Beavercreek, OH 45434-6176
30584390 Jeremy Fisher, 4043 Pleasantburg Dr, Fayetteville, NC 28312-7633
30584389 Jeremy Fisher, 7875 River Rd, Muscle Shoals, AL 35661-5346
30584391 Jeremy Friedman, 622 Evans Ave, Bethany Beach, DE 19930-9707
30584393 Jeremy Gordon Leibel, Po Box 503, Beauval, Saskatchewan, S0M 0G0, CANADA
30584394 + Jeremy Hanna, 6572 Marilyn Dr, Huntington Beach, CA 92647-4364
30584395 Jeremy Harman, 93 Heritage Ln, Exton, PA 19341-1610
30584396 Jeremy Hayes, 700 HOWARDS LOOP, ANNAPOLIS, MD 21401-8740
30584397 + Jeremy Hazzard, 87 Putnam St, Apt 1, Boston, MA 02128-2650
30584398 Jeremy Hogue, 9744 W IRVING ST, BOISE, ID 83704-8145
30584399 + Jeremy Holm, 10341 Country Lane Southwest, Farwell, MN 56327-8123
30584400 Jeremy Jackson, 924 5th St N, New Ulm, MN 56073-1975
30584401 Jeremy Jacob, 172 Crane Rise, Fort McMurray, ALBERTA T9K0P7, CANADA
30584402 Jeremy Jason Czekalla, Kornstrasse, Hannover 30167, GERMANY
30584403 + Jeremy Ketterer, 313 Canoebrook Dr, 3296 Hemlock Farms, Hawley, PA 18428-9115
30584404 + Jeremy King, 28 N Almaden Ave, Apt. 438, San Jose, CA 95110-2549
30584405 Jeremy Kitchen, 3400 S Halsted St, Chicago, IL 60608-6708
30584406 + Jeremy Kot, 2 Strawberry Lane, Hillsborough, NJ 08844-5409
30584408 Jeremy Miracle, 6363 Saint Charles Ave, New Orleans, LA 70118-6143
30584409 Jeremy Mueller, 164 2nd St, Benton, WI 53803-9417
30584410 Jeremy Nelson, 4772 W Aster Ln, Appleton, WI 54914-8567
30584411 + Jeremy Nowakowski, 103 W Linden St, rome, NY 13440-3427
30584413 Jeremy Richards, 207 9th Ave, Wilmington, DE 19805-4600
30584414 + Jeremy Rivito, 715 Myrtle Ave, Apt. 1, Albany, NY 12208-2661
30584415 + Jeremy S Millan, 867 N. 2nd St., Apt. 2301, El Cajon, CA 92021-8112
30584416 Jeremy Schneeweiss, 151 STERLING STREET, Hamilton, ON L8S 4J7, CANADA
30584417 + Jeremy Schutz, 123 softwind circle, baldwinsville, NY 13027-3374
30584418 Jeremy Smith, 10426 Kensil St, Indianapolis, IN 46236-7349
30584419 + Jeremy Solomon, 4237 N. Bloomington Ave, Apt. 203, Arlington Heights, IL 60004-7530
30584420 + Jeremy Suarez, 8305 south foster road, San Antonio, TX 78222-5907
30584421 + Jeremy T Osborn, 26 Frost Drive, woodland, CA 95695-2719
30584422 Jeremy Tenecela Avila, 20 Van Hoof Crescent, Brampton, ONTARIO L6P 1S7, CANADA
30584423 Jeremy Trimnal, 282 Monte Vista Rd, Candler, NC 28715-9660
30584424 + Jeremy Welt, 4621 Kennedy Rd, Madison, WI 53704-1209
30584407 Jeremy lovgren, 326 Camelot Dr, Oceanside, CA 92054-4515
30584426 + Jeren Selman, 316 Garland St, Nampa, ID 83686-5234
30584427 Jerica Stacey, 1758 Bobwhite Dr, Ammon, ID 83401-6095
30584428 Jericha Calloway, 670 Suds Run Rd, Mount Clare, WV 26408-7167
30584429 Jerik Alonzo, 24814 Cobble Canyon Ln, Katy, TX 77494-6422
30584431 Jerker M ntelius, Ljuragatan 109, NORRKOPING, OSTERGOTLAND 60351, SWEDEN
30584430 Jerker M ntelius, Ljuragatan 109, Norrk ping, sterg tland 60351, SWEDEN
30584432 Jermaine Davis, 5766 Arcarro Ct SE, Lacey, WA 98503-7157
30584433 + Jermaine Rosario, 8832 18th ave sw, Seattle, WA 98106-2316
30584434 + Jermey cavileer, 327 Liverpool ave, Egg harbor city, NJ 08215-1426
30584435 Jeroen Beynon, Hondsdrafstraat 3, Purmerend, NOORD-HOLLAND 1441PB, NETHERLANDS
30584436 Jerome Anderson, 4 Primrose Ct, Null, Parkville, MD 21234-3364
30584437 Jerome Ouimet-Vives, 8926 Rue Basile-Routhier, Montreal, QC H2M 1T3, CANADA
30584438 + Jeromy miller, 5541 newcastle ave, Apt. 22, Encino, CA 91316-1639
30584439 Jerrad Buzbee, 840 Sherman St, Logansport, IN 46947-4656
30584440 + Jerrell Young, 174 Scarborough Ln, Apt 201, Cordova, TN 38018-4865
30584441 Jerri Long, 204 Ginger Ave, Anna, TX 75409-1277
30584442 Jerrie Wilhelm, 11056 STATE ROUTE 44, J, MANTUA, OH 44255-9691
30584443 + Jerry Barnes, 1400 Polaris Dr, Mobile, AL 36693-4649
30584444 + Jerry Dowdy, 6015 Lincolnwood Ct, Burke, VA 22015-3012
30584445 + Jerry Garcia, 2433 Country Club Blvd, Apt 44, Stockton, CA 95204-4731
30584446 + Jerry Lopez, 3134 River Valley Dr, Kingwood, TX 77339-1942
30584447 + Jerry Mayton, 3090 Outlet Parkway, Apt. 271, Grand Prairie, TX 75052-7251
30584448 + Jerry Nieto, 417 Hayes Avenue, Racine, WI 53405-2150

District/off: 0752-1                    User: admin                         Page 223 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                        Total Noticed: 30719

30584450         Jerry Phengmyrath, 1666 S Extension Rd Apt 10-208, Mesa, AZ 85210-9336
30584451      +  Jerry Ratliff, 4117 bingamon rd, Bethel, OH 45106-8608
30584452      +  Jerry Tatro, 68 east brookfield drive, lebanon, PA US 17046-1800
30584453      +  Jesada Mathiyakom, 1539 E Gage Ave, Los Angeles, CA 90001-1723
30584454      +  Jesel Maisonet, 20034 Commission rd, Long Beach, MS 39560-2672
30584455      +  Jesica Rosales, 815 Nottingham Ln, Crystal Lake, IL 60014-7639
30584456         Jesper Nilsson, S restad Humleg rden 519, SLOINGE, HALLAND 311 67, SWEDEN
30584457         Jess A, 9320 Indiana Ave, Backhouse, Riverside, CA 92503-5630
30584458         Jess Bowles, 3/18 Woodlands Way, Parkwood, QLD 4214, AUSTRALIA
30584460      +  Jess Brown, 29150 Lake Forest Blvd, Apt 1606, Daphne, AL 36526-7593
30584461      +  Jess Cron, 105 Zoa Ave, Fl 1, Johnson City, NY 13790-1638
30584462      +  Jess Foss, 1501 larch ave, Williamstown, NJ 08094-8517
30584463         Jess Goodwin, 620 S WESTGATE DR, ANAHEIM, CA 92806-4446
30584464         Jess Jordan, 6392 S Williams St, Centennial, CO 80121-2628
30584466      +  Jess Murphy, 276 greenpoint ave, Building 8, Brooklyn, NY 11222-2434
30584467         Jess Turner, 16 Philips Ln, Rye, NY 10580-3230
30584468         Jessa Morren, 3201 Burton St SE, Lambda 1, Grand Rapids, MI 49546-4388
30584469      +  Jessalyn Davis, 4313 4th Avenue Northeast, Seattle, WA 98105-6137
30584470         Jessamine Platon, 1182 Pres. Laurel Highway, San Roque, Santo Tomas, BATANGAS 4234, PHILIPPINES
30584471         Jessamyn Trout, 5228 CAMINO PLAYA MALAGA, SAN DIEGO, CA 92124-4120
30584472         Jesse A Esquivel, 1418 Mussett St, Corpus Christi, TX 78401-2917
30584473         Jesse Alonso, 14224 SW 132nd Ave, Miami, FL 33186-7690
30584474         Jesse Alvarez, 19854 San Miguel Ave, Castro Valley, CA 94546-4236
30584476      +  Jesse Antonio Webb, 1505 Vancouver Dr., Arlington, TX 76012-2614
30584477      +  Jesse Baggen, 4890 Deerfield Pl, Mukilteo, WA 98275-4890
30584478         Jesse Barbee, 22928 N 8th Ave, Peoria, AZ 85383
30584479         Jesse Barrett, 250 Manor Dr, Buffalo Grove, IL 60089-2416
30584480      +  Jesse Baumchen, 710 City Park Ave, D420, Fort Collins, CO 80521-2377
30584481      +  Jesse Bell, 110 Memorial Pkwy, Bloomfield, NJ 07003-4259
30584482      +  Jesse Bonura, 10299 Window Rock Trail, Reno, NV 89511-5346
30584483         Jesse Boyd, 1721 Maui Dr, Richland, WA 99352-7307
30584484      +  Jesse Brown, 12915 Newport Avenue, A, Tustin, CA 92780-3594
30584485         Jesse Carrello, 38B Crowther St, Bayswater, WESTERN AUSTRALIA 6053, AUSTRALIA
30584486         Jesse Casanova, 10 Patricia Ave, Terryville, CT 06786-5024
30584487         Jesse Cox, 139244 Marquesas Way, Suite 2505, Marina Del Ray, CA 90292
30584489      +  Jesse Cyrus Ducanes Botkin, 5020 Teal Petals Street, North Las Vegas, NV 89081-2692
30584492      +  Jesse Edwards, 710 Ave M, Levelland, TX 79336-4332
30584493         Jesse Felgentrager, 2521 NW Edenbower Blvd Apt 47, Roseburg, OR 97471-8804
30584494         Jesse Ficker, 15018 SE Fairwood Blvd, Renton, WA 98058-8505
30584495      +  Jesse Garduno, 274 W Newbridge Lane, Round Lake, IL 60073-5638
30584496      +  Jesse Hadfield, 365 H Street, #8668, Blaine, WA 98230-4109
30584497      +  Jesse Hagan, 338 Eastover Circle NE, Lenoir, NC 28645-4412
30584498      +  Jesse Hall, 19821 Gulfstream Rd, MIAMI, FL 33157-8682
30584499      +  Jesse Hancock, 101 hummingbird dr, Mcpherson, KS 67460-3912
30584500         Jesse Holmes, 126 Railroad St Apt 1, Alma, AR 72921-3649
30584501         Jesse Huff, 12101 Corridor Ln Apt 110, Chester, VA 23831-7891
30584502      +  Jesse Inkeles, 818 S DEXTER ST, APT 300, DENVER, CO 80246-2116
30584503         Jesse Knibbs, 2861 Greenview Way, Indianapolis, IN 46229-1500
30584504      +  Jesse Lathey, 2697 Broad Run Rd, Letart, WV 25253-8816
30584505      +  Jesse Lee Sigmon, 2168 Sterling Ridge Drive, Newton, NC 28658-8949
30584506      +  Jesse Mannion, 6445 Trussel oak Ct., Linthicum, MD 21090-2765
30584507      +  Jesse Matias, 6850 North Broadway STE F, JNT2103, denver, CO 80221-2800
30584508         Jesse Matthewson, 46 Salme Drive, Winnipeg, MANITOBA R2M 1Y7, CANADA
30584509      +  Jesse McNally, 65 Cedarhurst Ave, Selden, NY 11784-2907
30584510      +  Jesse Merida, 3046 Vicksburg Dr, Lawrenceville, GA 30044-5981
30584511      +  Jesse Miller, 57 Charter Oak Ave, Unit 329, Hartford, CT 06106-2888
30584512         Jesse Moore, 1818 Sawmill Pl, Mansfield, OH 44904-1713
30584513         Jesse Moore, 6715 152nd St SE, Snohomish, WA 98296-8966
30584514         Jesse Perkins, 803 4th St, Keosauqua, IA 52565-7716
30584515      +  Jesse Potts, 10865 6TH AVE S, SEATTLE, WA 98168-1466
30584516      +  Jesse Raymundo, 485 N. Citrus Ave., Apt. 48, Escondido, CA 92027-2778
30584517         Jesse Rey Whipple, 116 GLEN MEADOW RD, FRANKLIN, MA 02038-1332
30584528         Jesse SUTTON, 8417 Rosewood Drive, Chanhassen, MN 55317-6606, MEXICO

30584518    + Jesse Schaab, 108 hill avenue, Bulls Gap, TN 37711-4749
30584520      Jesse Sigafoos, 3264 Rosemont Dr, Sacramento, CA 95826-4565
30584521    + Jesse Simard, 11 Stanwich Ln, Burlington, CT 06013-2000
30584522    + Jesse Slifker, 38044 Quail Rd, Ocean View, DE 19970-3689
30584523      Jesse Smit, Hinthamerstraat 146D, 146D, s Hertogenbosch, NOORD-BRABANT 5211MT, NETHERLANDS
30584524    + Jesse Solomon, 818 Portland St, Pittsburgh, PA 15206-1569
30584525    + Jesse Staie, 33 Benedict St., Apt. 2, Perry, NY 14530-1117
30584527    + Jesse Steinmetz, 3368 Frog Hollow Road, Jefferson City, MO 65109-8925
30584529    + Jesse Thompson, 115 robinson clemmer rd, dallas, NC 28034-9384
30584530    + Jesse Von Paratore, 72 A Debbie Street, Staten Island, NY 10314-1687
30584532      Jesse White, 34 School St Apt 3, West Dennis, MA 02670-2452
30584531    + Jesse White, 305 S 53rd St, Omaha, NE 68132-3445
30584475      Jesse and Andrea Lacey, 1402 ORDWAY PL, NASHVILLE, TN 37206-2734
30584490      Jesse de Roover, 23171 SW PRICE TER, SHERWOOD, OR 97140-8794
30584491    + Jesse delapaz, 4210 9th St E, Bradenton, FL 34208-4936
30584533      Jessee Andrade, 431 21st Ave, Moline, IL 61265-4662
30584534    + Jessica A Landin, 7508 159th PL NE, Apt 233, Redmond, WA 98052-6165
30584535    + Jessica Alley Smith, 120 River st, Apt 2E, Oneonta, NY 13820-2248
30584536      Jessica Allison, 10215 Sculpin St, San Diego, CA 92124-3617
30584537      Jessica Alvarez, 9800 Vesper Ave Unit 8, Panorama City, CA 91402-1051
30584538      Jessica Amado, 7115 Tamarron Dr, Plainsboro, NJ 08536-4301
30584539    + Jessica Anderson, 924 ironwood rd, North Palm beach, FL 33408-4014
30584540      Jessica Bassett, 301 TOLLAND TPKE, WILLINGTON, CT 06279-1516
30584541      Jessica Bassham, 265 Willy Mae Rd, Murfreesboro, TN 37129-3347
30584542      Jessica Beecher, 2883 W 600 N, Price, UT 84501-4629
30584543      Jessica Bennett, 6207 E 108th St, Kansas City, MO 64134-2530
30584544      Jessica Blanchard, 590 Dewport Rd, Carthage, NC 28327-1216
30584545    + Jessica Blikre, 7328 73rd ST NE, Marysville, WA 98270-7762
30584546    + Jessica Bowe, 119 Swans Lane, Saint Albans, WV 25177-1716
30584547    + Jessica Bowen, 164 N Honey Springs Ave, Fuquay Varina, NC 27526-6920
30584548    + Jessica Bowlus, 4323 Evanston Avenue North, Seattle, WA 98103-7278
30584549    + Jessica Brady, 14021 Sherwood Street, Oak Park, MI 48237-1356
30584550      Jessica Burke, 9718 Hollow Pine Dr, Midland, GA 31820-6310
30584551      Jessica Burles, 1689 24TH AVE NE, ISSAQUAH, WA 98029-7367
30584552      Jessica Butler, 1723 Carroll St, Saint Louis, MO 63104-3305
30584553      Jessica Camp, 4695 Walden Ct, Denver, CO 80249-8707
30584554    + Jessica Candelaria, 12237 San Dimas St, Victorville, CA 92392-6624
30584555    + Jessica Carroll, 195 Holly Street, Buffalo, NY 14206-3517
30584556      Jessica Cea, 100 Hidden Dale Dr, Johnstown, OH 43031-8008
30584557      Jessica Chambers, 910 Bluff Dr, Round Rock, TX 78681-5709
30584558    + Jessica Cheu, 3456 Olympiad Drive, View Park, CA 90043-1123
30584559      Jessica Clay, 528 E Harrison St Apt 12, Springfield, MO 65806-3344
30584560    + Jessica Cohen, 1844 S Victoria Ave Apt 2, Los Angeles, CA 90019-5925
30584561      Jessica Costello, 2329 Luminous Gln, Escondido, CA 92025-6491
30584562      Jessica Dabbs, 216 ARDELLA CIR, GARDENDALE, AL 35071-2735
30584563      Jessica Decker, 1743 Laurelwood Dr, San Jose, CA 95125-4952
30584564    + Jessica Donato, 7 Cumberland Vlg, Carmichaels, PA 15320-1003
30584565      Jessica Douglas, 14437 Cool Oak Ln, Centreville, VA 20121-2280
30584566    + Jessica Dunn, 301 East Olive Street, Apt B, Westville, NJ 08093-1254
30584567    + Jessica Dunning, 6244 S Prescott St, Littleton, CO 80120-2544
30584568      Jessica Dyer, 10245 Ashford Chase Dr, Orange, TX 77630-3232
30584569      Jessica Edwards, 1420 Parker Rd Apt 3, Russellville, AR 72801-3192
30584570      Jessica Elliott, 2725 White Blossom Ln, Suwanee, GA 30024-3548
30584571      Jessica English, 10273 Sierra Skye Ave, Las Vegas, NV 89166-6570
30584572    + Jessica Farrow, 2765 E McDaniel St, APT A, Springfield, MO 65802-2608
30584573    + Jessica Ferenci, 26389 Circle Dr NW, Poulsbo, WA 98370-9541
30584574    + Jessica Ferguson, 231 Bullard Street, Walpole, MA 02081-3901
30584575      Jessica Fischer, 26 Forte Ave, Medford, NY 11763-4432
30584576      Jessica Fisher, 1134 Pine Grove Rd, Lindside, WV 24951-7022
30584577      Jessica Furubotten, 4608 W TOWNLEY AVE, GLENDALE, AZ 85302-5242
30584578      Jessica Gard, 2238 Jefferson St, Wilmington, NC 28401-7010
30584579    + Jessica Gasperini, 3200 Bagley Ave, Apt 10, Los Angeles, CA 90034-2937
30584580      Jessica Gehres, 1857 Atwood Dr Apt 35D, Pensacola, FL 32514-7519

District/off: 0752-1                         User: admin                              Page 225 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                         Total Noticed: 30719

30584581    +  Jessica Gomez, 4802 w 3rd Street, Greeley, CO 80634-4343
30584582       Jessica Grushka, 9112 Cut Shot Dr, Winter Garden, FL 34787-0102
30584583    #  Jessica Grushka, 5334 NW 126th Dr, Coral Springs, FL 33076-3406
30584585       Jessica Hamilton, 149 Ribble Dr, Bury, ENGLAND BL96RS, UNITED KINGDOM
30584586       Jessica Hautsch, 46 Dorchester Rd, Lake Ronkonkoma, NY 11779-1617
30584587       Jessica Hensle, 708 3rd St, Secaucus, NJ 07094-3129
30584588       Jessica Hergert, 202 Sherman Ct, Belle Mead, NJ 08502-4245
30584589       Jessica Hernandez, 69075 GARNER AVE, CATHEDRAL CTY, CA 92234-3233
30584590       Jessica Hernandez, 13854 SW 274th Ter, Homestead, FL 33032-8835
30584591    +  Jessica Hickey, 14 Perry Ct, Litchfield, NH 03052-8044
30584592    +  Jessica Hodgson, 2967 Redrock Ridge Loop, Richland, WA 99354-2167
30584593       Jessica Huerta, 6850 Broadway Unit F, Gcc253-1, Denver, CO 80221-2800
30584594       Jessica Hunter, 2017 Rosecliff Dr, Nashville, TN 37206-1239
30584595       Jessica Isa, 1264 Highbluff Ave, San Marcos, CA 92078-1051
30584596    +  Jessica J Newman, 869 Jefferson Avenue,, Apt 2, Apt 2, Brooklyn, NY 11221-3504
30584597       Jessica Jacqmin, 235 Palamar Dr, Fairfield, CT 06825-2539
30584598       Jessica Jamison, 77 Hamilton Dr, Carmel, NY 10512-5156
30584600       Jessica Jessica, 1904 Queens Rd Apt 4, Concord, CA 94519-1701
30584599       Jessica Jessica, 10480 Old Oak Ln, Redding, CA 96003-7632
30584601    +  Jessica Johnson, 132 Madrona Dr, Eustis, FL 32726-2013
30584602       Jessica Johnson, 6231 PHILLIPS DR, ASHTABULA, OH 44004-7548
30584603       Jessica Jones, 77 Bridle Crk, Monument, CO 80132-2224
30584604    +  Jessica Jordan, 7037 Islander Way, Building 9 - 9408, Corpus Christi, TX 78412-9001
30584605       Jessica Kandler, 12847 PRAIRIE MEADOW WAY, BELVIDERE, IL 61008-8510
30584606    +  Jessica Killackey, 1691 Coolidge Ave, Altadena, CA 91001-3631
30584607    +  Jessica King, 28 Manchester Lane, Vernon Hills, IL 60061-2312
30584608       Jessica Kirkby, 9 Astor Gardens, Horley, ENGLAND RH6 7HQ, UNITED KINGDOM
30584609    +  Jessica Knight, 10101 Washington St, A112, Thornton, CO 80229-2035
30584610    +  Jessica Kostrab, P.o box 285, Elbe, WA 98330-0285
30584611    #+ Jessica Landeros, 103 Madison Avenue, San Mateo, CA 94402-2977
30584612    +  Jessica Lantz, 5478 Highway 73, Chisholm, MN 55719-8216
30584613       Jessica Li, 4903 QUAIL RIDGE DR, PLAINSBORO, NJ 08536-4246
30584614       Jessica Lines, 22 UNA ROAD, HARWICH, ENGLAND C012 4PP, UNITED KINGDOM
30584615       Jessica Linnington, 22 byron avenue, Mansfield, ENGLAND NG199JP, UNITED KINGDOM
30584616       Jessica Lopez, 10116 Eastwood Dr, Dallas, TX 75228-3243
30584617    +  Jessica Lopez, 6755 Atlantic Ave., Long Beach, CA 90805-1471
30584618       Jessica Luther, 603 Sycamore Dr, Saint Joseph, IL 61873-8419
30584619       Jessica Mace, 511 Greenhedge Dr, Lancaster, PA 17603-7909
30584620    +  Jessica Mannari, 5221 S. 10th St, Tacoma, WA 98465-2402
30584621       Jessica Marnik, 2216 Superior St, Bethel Park, PA 15102-2138
30584622    +  Jessica Mcnallie, 210 lakeview rd, Harriman, TN 37748-8006
30584623       Jessica Montecinos, 28 Laing Place, West Hoxton, New South Wales, 2171, AUSTRALIA
30584624       Jessica Moss, 1671 Chalcedony St Apt 4, San Diego, CA 92109-3138
30584627    +  Jessica Nahumyk, 91 Park Ave, 1st Flr, Cohoes, NY 12047-3448
30584628    +  Jessica Page, 365 Mapletin DR NW, Cleveland, TN 37312-6215
30584629       Jessica Parkin, 33 Lacey Green, Balderton, Newark, England NG24 3NJ, UNITED KINGDOM
30584630       Jessica Perez, 3818 Island Green Way, Orlando, FL 32824-5085
30584632       Jessica Powers, 10211 El Ventoso Ct, Louisville, KY 40291-3540
30584633       Jessica Protesto, 310 Sycamore Mills Rd, Media, PA 19063-2030
30584634       Jessica Rigler, 9517 Ballin David Dr, Spring, TX 77379-3801
30584635       Jessica Robey, 1129 NEWMAN AVE, SEEKONK, MA 02771-2603
30584636       Jessica Robey, 6 Edgewood Ln, Raymond, NH 03077-2446
30584637    +  Jessica Rockwell, 327 Pleasant View Ave, Willow Street, PA 17584-9704
30584638       Jessica Rousseau, 1127 Randolph St, Cheboygan, MI 49721-1420
30584639    +  Jessica Salinas, 9202 Centro Grande, San Antonio, TX 78245-1291
30584640    +  Jessica Schafer, 21366 Starling Dr, Bend, OR 97701-9559
30584641    +  Jessica Selph, 10522 Shilling Rd, Frankfort, IL 60423-2313
30584642    +  Jessica Settle, 264 Black Oak Dr, Lancaster, PA 17602-3467
30584643       Jessica Shapiro, 41284 W Parkhill Dr, Maricopa, AZ 85138-8978
30584644       Jessica Shea, 5 High St, Georgetown, MA 01833-1612
30584646       Jessica Smith, 106 honeylane, Waltham Abbey EN9 3BG, UNITED KINGDOM
30584647       Jessica Spark, 69 Linden Park, Manchester, ENGLAND M19 2PG, UNITED KINGDOM
30584650       Jessica StLouis, 61 E Mount Ellinor Ct, Union, WA 98592-9640

District/off: 0752-1                                              User: admin                                              Page 226 of 507
Date Rcvd: Jan 04, 2024                                          Form ID: 309C                                          Total Noticed: 30719

| | | |
|---|---|---|
| 30584648 | + | Jessica Standlee, 22292 Ave 340, Woodlake, CA 93286-9509 |
| 30584649 | | Jessica Steinacker, 7 Granville Gardens, Mildenhall, England IP28 7EU, UNITED KINGDOM |
| 30584651 | | Jessica Stuart, 1812 Blackmore St, Madison, IN 47250-2806 |
| 30584653 | | Jessica Sullivan, 27 Penn Ave, Newton, NJ 07860-9774 |
| 30584652 | | Jessica Sullivan, 1040 Timber Lake Dr, Charlotte, NC 28227-4039 |
| 30584654 | | Jessica Suplee, 68 Summer St, Norwich, CT 06360-6325 |
| 30584655 | + | Jessica Swenson, 3417 s 84th st, Milwaukee, WI 53227-4611 |
| 30584656 | + | Jessica Than, 181 Evergreen Way, Milpitas, CA 95035-6711 |
| 30584657 | | Jessica Tran, 1602 Birdhaven Way, Pittsburg, CA 94565-4276 |
| 30584658 | + | Jessica Tyree, 5 Spruce St, Apt 3, Westerly, RI 02891-6815 |
| 30584659 | | Jessica Unterlack, 3 Crestwood Dr, Plainview, NY 11803-6407 |
| 30584660 | | Jessica Vargas, 1140 WINDSOR RD, WINDSOR, SC 29856-2032 |
| 30584661 | | Jessica Vezina, 2298 Avenue d'Orleans, Montreal, QC H1W 3S2, CANADA |
| 30584662 | | Jessica Vigil, 157 W Way Cir, Allen, TX 75002-3135 |
| 30584663 | + | Jessica Wallace, 5832 Glen Echo Ave, Gladstone, OR 97027-1957 |
| 30584664 | | Jessica Wallace, 820 BRYTE AVE, W SACRAMENTO, CA 95605-1821 |
| 30584665 | + | Jessica Weber, 2900 Purchase Street #47, Manhattanville College, Purchase, NY 10577-2132 |
| 30584667 | | Jessica White, 402 Lakeview Dr, Harrisburg, NC 28075-9481 |
| 30584666 | + | Jessica White, 9614 Springview Ln, Houston, TX 77080-1242 |
| 30584668 | + | Jessica Wilding, 919 South Arcadia Street, Colorado Springs, CO 80903-4601 |
| 30584669 | | Jessica Wilson, PO Box 462, Maize, KS 67101-0462 |
| 30584670 | | Jessica Woerlein, 332 Gallery Dr, Marysville, OH 43040-8349 |
| 30584671 | | Jessica Woodin, 25 Cardinal Dr, Poughkeepsie, NY 12601-5720 |
| 30584672 | | Jessica Zaccaro, 127 S HUMMINGBIRD PL, PALM COAST, FL 32164-2349 |
| 30584584 | + | Jessica haldema, 5344 arapaho pass, Pinckney, MI 48169-8701 |
| 30584625 | + | Jessica mumper, 3605 Cerritos Ave, Long Beach, CA 90807-4111 |
| 30584626 | + | Jessica myers, 172 Myrtle Avenue, Woodbine, NJ 08270-9309 |
| 30584645 | + | Jessica shipler, 794 oaks dr, Cincinnati, OH 45245-1836 |
| 30584673 | + | Jessie Dahms, 333 Lake Ave, Apt. 808, Racine, WI 53403-1092 |
| 30584674 | + | Jessie Jamieson, 17320 Germantown Rd, Germantown, MD 20874-2945 |
| 30584675 | | Jessie Mangiante, 800 Lansdowne, Apt. 625, Toronto, Ontario, M6H4K3, CANADA |
| 30584676 | | Jessie Mendoza, 3513 NE 165th Ct, Vancouver, WA 98682-8642 |
| 30584677 | | Jessie Murph, 10212 Gibraltar Dr SE, Huntsville, AL 35803-2800 |
| 30584678 | | Jessie Racca, Via Roma 4, Grugliasco, Torino 10095, ITALY |
| 30584679 | | Jessie Vickner, 230 N Kenwood St Apt 213, Burbank, CA 91505-3977 |
| 30584680 | | Jessie Whelan, 9 Carraig Court, Main St, Blackrock, DUBLIN A94R6C8, IRELAND |
| 30584681 | | Jessielyn Daignault, 99 Furnace St, Killingly, CT 06239-3523 |
| 30584682 | | Jessika Beaudin, 738 chemin sainte Anne, Stukely Sud, Quebec J0E 2J0, CANADA |
| 30584683 | | Jessika Young, 118 E Princeton Ave, Spokane, WA 99207-1557 |
| 30584684 | | Jessy, 942 gigaire street, shawinigan, Quebec G9N3V5, CANADA |
| 30584685 | + | Jesus Aguayo, 320 Turnberry Pl, Apt C, St Peters, MO 63376-4464 |
| 30584686 | + | Jesus Angulo, 104 Barton Ln, Gatesville, TX 76528-6834 |
| 30584687 | | Jesus Arellano, 552 S Oak Park Ct, Milwaukee, WI 53214-1924 |
| 30584688 | + | Jesus Blanco-Martinez, 527 I Ave Unit 117, Sheppard AFB, TX 76311-5598 |
| 30584689 | + | Jesus Cervantes, 1784 Excelsior Ave, Oakland, CA 94602-1707 |
| 30584690 | + | Jesus Dominguez, 1659 w Oak Ridge rd, Apt.D, Orlando, FL 32809-3942 |
| 30584691 | | Jesus Elespuru, 3022 SW 134th Pl, Miami, FL 33175-7195 |
| 30584692 | + | Jesus Fernandez, 27715 Hombria Dr, Cathedral City, CA 92234-8421 |
| 30584693 | + | Jesus Garcia, 8741 Darby Ave, ST 2, Northridge, CA 91325-3088 |
| 30584694 | + | Jesus Garcia, 1500 North Orange Avenue, Lot 95, Sarasota, FL 34236-2625 |
| 30584695 | + | Jesus Gomez Manzo, 3599 Genevieve St, San Bernardino, CA 92405-2201 |
| 30584696 | + | Jesus Lopez, 1015 Dorchester St, Houston, TX 77022-6316 |
| 30584697 | + | Jesus Mendez, 2609 26th St SW, Allentown, PA 18103-7203 |
| 30584699 | + | Jesus Olivas, 11221 Santa Maria Street, Stanton, CA 90680-3132 |
| 30584701 | | Jesus Quinones, 316 S UNION ST, AURORA, IL 60505-4439 |
| 30584702 | + | Jesus Rivero, 5703 SE Center St, Portland, OR 97206-3861 |
| 30584703 | | Jesus Rodriguez, 2222 nw87th ave, Pembroke Pines, FL 33024 |
| 30584704 | | Jesus Rojas, 6237 NE 42nd Ave, Portland, OR 97218-1301 |
| 30584705 | + | Jesus Sanchez, 1960 Quail Ct, Woodstock, IL 60098-2435 |
| 30584706 | | Jesus Serrano, 18272 PETERSON RD, BURLINGTON, WA 98233-3660 |
| 30584707 | + | Jesus Soriano Damazo, 2337 Maclin Circle, Hopewell, VA 23860-6226 |
| 30584708 | + | Jesus Vega, 3300 N 7th Ave, Unit 433, Phoenix, AZ 85013-4191 |
| 30584709 | | Jesus Vela, 6770 Edgemere Blvd Apt 291, El Paso, TX 79925-3650 |

30584710   + Jesus Villasenor, 1013 Johnson St, House, Fairfield, CA 94533-4658
30584698     Jesus mendoza, 165 ENTRADA CT, RIO RICO, AZ 85648-2828
30584711     Jet Tegley, 934 Yosemite Ln, El Dorado Hills, CA 95762-7324
30584712   + Jett Bendure, 3520 Drawbridge Pkwy, APT 101G, Greensboro, NC 27410-8455
30584713     Jett Oakley, 22 Railway Tce North, Pinnaroo, SOUTH AUSTRALIA 5304, AUSTRALIA
30584715   + Jevon Webb, 23424 Beierman Ave, Warren, MI 48091-3163
30584719     Jhestyn Rattray, 2319 armel, Mtl, QUEBEC H8N1L4, CANADA
30584720     Jhonattan Toloza, Rallikvegen 6a, Trondheim 7032, NORWAY
30584721     Ji ina Balab nov, Parmsk 357, Praha 10, CZECH REPUBLIC 10900, CZECH REPUBLIC, 10900
30584722     Jia GFBIG, 261 QUIGLEY BLVD STE 1, NEW CASTLE, DE 19726-9039
30584723     Jia Wen yang, 11 School St, Lewiston, ME 04240-3631
30584724     Jianne Gangan, 8817 SAYRE AVE, MORTON GROVE, IL 60053-2034
30584725   + Jiaxi Zhang, 14402 Autumn Moon Dr., Hacienda Heights, CA 91745-2506
30584726   + Jigar Desai, 582 W 2nd Street, Winston Salem, NC 27101-3740
30584727     Jill Batterman, 1126 Parkside Rd, Lawrence, KS 66049-3403
30584728   + Jill Bender, 1376 Knollwood Terrace, Decatur, GA 30033-1905
30584729     Jill Buda, 321 Beverly Rd Apt 301, Pittsburgh, PA 15216-1564
30584730     Jill Callejas, 515 Highland Ave, South Abington Township, PA 18411-9080
30584731     Jill Carl, 349 Broad St, Tonawanda, NY 14150-2030
30584732     Jill Corder, 8608 Blackjack Hollows Ln, Troy, IL 62294-2550
30584733     Jill Cutler, 1208 Old Lancaster Rd, Berwyn, PA 19312-2600
30584734   + Jill Gradito, 44 Stuart Avenue, Leominster, MA 01453-6745
30584735   + Jill Graham, 1304 180th Ave NE, Bellevue, WA 98008-3232
30584736   + Jill Joosten-Russell, 5110 28th street south, Wisconsin Rapids, WI 54494-7403
30584737     Jill King, 6300 Braniger Way, Oklahoma City, OK 73132-1076
30584738     Jill Morley, 3200 Schroeder Rd, Haubstadt, IN 47639-9218
30584739   + Jill Ottaway, 7851 Brass Lantern Drive, Flowery Branch, GA 30542-7575
30584740   + Jill Paxton, 1021 constitution way, Cumming, GA 30040-1295
30584741     Jill Prater, 13216 Lantern Hollow Dr, North Potomac, MD 20878-8705
30584743     Jill Sanfelippo, 6820 W LLOYD ST, WAUWATOSA, WI 53213-1918
30584742   + Jill Sanfelippo, 6820 West Lloyd Street, Wauwatosa, WI 53213-1918
30584744     Jill Stahl, 943 Pontiac Trl, Madison, WI 53711-2753
30584745     Jill Starett, 4235 N Leavitt St Apt 2F, Chicago, IL 60618-2967
30584746   + Jill Tegley, 934 Yosemite Lane, El Dorado Hills, CA 95762-7324
30584747   + Jillian Ankutowicz, 133 E Columbia Ave, Knoxville, TN 37917-5313
30584748     Jillian Armstrong, 2369 Kays Creek Dr, Layton, UT 84040-2327
30584749     Jillian DeGraef, 1716 Ogden Ave, Superior, WI 54880-2624
30584750     Jillian Elko, 92 Lexington Ave, Westwood, NJ 07675-2308
30584751   + Jillian Everett, 1125 22ND ST S, Apt 2, Birmingham, AL 35205-2829
30584752     Jillian Gagnier, 790 Reaume Drive, Tilbury, ON N0P 2L0, CANADA
30584754   + Jillian Honabach, 302 Island Avenue, San Diego, CA 92101-6900
30584755   + Jillian Koblish, 5252 Willowcrest Ave, Apt 303, North Hollywood, CA 91601-5497
30584756   + Jillian Lampert, 165 Crestview Drive N, Maplewood, MN 55119-4778
30584757     Jillian McKenzie, 300 Coxwell Avenue, Unit 206, Toronto, ON M4L 3B6, CANADA
30584758   + Jillian Pagliocca, 1280 5th Ave, 19A, NY, NY 10029-7814
30584759     Jillian Quinn, 439 S Massey St, Watertown, NY 13601-3248
30584760   + Jillian Taveira, 19 Glen Lane, Randolph, MA 02368-1822
30584761   + Jillian Thompson, 340 W 28th St, Apt. 19F, NY, NY 10001-4765
30584762   + Jillian Welker, 30 Leominster Road, Bristol, CT 06010-4337
30584763   + Jillian Wilson, 8141 SW Yachtsmans Drive, Stuart, FL 34997-4834
30584764     Jillian Zdepski, 320 62nd St Apt 204, Oakland, CA 94618-1233
30584765     Jim Buffington, 10 Peach St, Harrisburg, PA 17112-4020
30584767     Jim Davey, 3112 W 101st Pl, Evergreen Park, IL 60805-3511
30584768     Jim Dillon, 13755 Shoshone Ln, Broomfield, CO 80023-7479
30584769   + Jim Harrington, 223 Pennington Lawrenceville Rd, Pennington, NJ 08534-5290
30584770     Jim Hyland, 221 Harbour Blvd, Cinnaminson, NJ 08077-1578
30584773   + Jim Kinch, 4 Christopher Dr, Apt. 4, South Easton, MA 02375-1568
30584774   + Jim Rountree, 108 W 45th St, Apt. 204, Austin, TX 78751-3032
30584775     Jim Thompson, 75 Magdalen road, Hilsea, Portsmouth, ENGLAND PO29HT, UNITED KINGDOM
30584771   + Jim janke, 2315 hillandale road, Davenport, IA 52804-2635
30584772     Jim johnston, 1415 Chatelain ave, B, Ottawa, ONTARIO K1Z 8A9, CANADA
30584776   + Jimbo Davis, 4301 W Meriwether Dr, Boise, ID 83705-5035
30584777     Jimee Calamaras, 6185 9th Avenue Cir NE, Bradenton, FL 34212-9561

District/off: 0752-1                     User: admin                                    Page 228 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                              Total Noticed: 30719

30584778   + Jimena Rangel, 2812 Bosque Blvd, Waco, TX 76707-2639
30584779     Jimi Negley, 1302 E 216th St, Carson, CA 90745-1626
30584780     Jimmica Collins, 5214 Primrose Ct, Antioch, CA 94531-9011
30584781   + Jimmie Angelos, PO Box 2924, Socorro, NM 87801-2924
30584782     Jimmie stetz, 24203 SUNNY GLEN DR, HUFFMAN, TX 77336-2859
30584783   + Jimmy Branham, 3027 Stetson Lane, Houston, TX 77043-1317
30584784   + Jimmy Bui, 2 Derry Rd, Methuen, MA 01844-5606
30584785   + Jimmy Caldera, 1583 Linden Street, Lemoore, CA 93245-5292
30584787   + Jimmy Girdzus, 2812 comstock plaza, Apt c, Bellevue, NE 68123-6534
30584788   + Jimmy Guardiola Jr., 2167 Biron Street, Mandeville, LA 70448-6539
30584790     Jimmy Lynch, 17 LINCOLN AVE, POMPTON PLNS, NJ 07444-1305
30584791     Jimmy Olsen, 4 Collins St, Amesbury, MA 01913-3102
30584793   + Jimmy Ramirez-Trejo, 5598 Rivercreek Dr, WA, NC 27889-7831
30584794   + Jimmy Thibodeau, 100 Granite Street, Londonderry, NH 03053-3795
30584795     Jimmy Wade, 3607 Marietta Blvd, Bartlett, TN 38135-2621
30584786     Jimmy de Waele, Fresiaplein, Apt. 3, Hoek, ZEELAND 4542DZ, NETHERLANDS
30584796     Jin He, 6563 38th Ave S, Seattle, WA 98118-3228
30584797     Jing Cao, 103 Shepton Way, Toronto, ONTARIO M1V 5N4, CANADA
30584798     Jing Floyd, 1245 Stark Rd, Bethlehem, PA 18017-1035
30584799     Jingyi Liu, 3700 O St NW, Georgetown University Alumni Square Appt, WA, DC 20057-0002
30584801   + Jirenia Saavedra, 21201 Emerald Mist Pkwy, Apt. 926, Spring, TX 77379-1544
30584803     Jitka Virglov, Znojemsk 100, Hnanice, ZNOJMO 66902, CZECH REPUBLIC
30584804     Jj Cruz, 513 Scott Dr, Corpus Christi, TX 78408-2919
30584807     Jo o Miguel Rodrigues Santos, Rua Direita, n 121, Soza, Aveiro 3840-347, PORTUGAL
30584809   + Jo Cole, 1907 N. Deerpark Drive, Apt. 532, Fullerton, CA 92831-1584
30584810     Jo Dey, 25 Ashton Road, Inverness, Scotland, IV2 3UE, UNITED KINGDOM
30584811     Jo Glass, 99 Connaught Road, Fleet, Fleet, England GU51 3QX, UNITED KINGDOM
30584812     Jo Houghton, 15 Olive Hill Road, Halesowen B62 8JW, UNITED KINGDOM
30584808   + Jo busick, 584 W Faribault St, Duluth, MN 55803-1735
30584813   + Jo-Ivan Melgarejo, 1916 Greene Avenue, Ridgewood, NY 11385-1966
30584814   + Jo-Jo Rose, 1023 16th St. NE, Apt. 4, WA, DC 20002-2972
30584823   + JoAnn Lupicki, 10925 Harmony Rd, Carthage, MO 64836-2232
30584861     JoDee Sharp, 490 E 100 N, EPHRAIM, UT 84627-1240
30584815   + Joachim Samuel lena, 402 Pierce Ave, Archbald, PA 18403-1559
30584816     Joah Schwecke, 3130 Garfield St NE, Minneapolis, MN 55418-2224
30584817     Joan, c/o Lola Mitchell, 11-14 Kensington Street, UNITED KINGDOM
30584818     Joan Burke, 4649 STARLITE LN, SYRACUSE, NY 13215-9694
30584819     Joan Kolk, 512 Rockaway St, West Islip, NY 11795-1418
30584820   + Joan Resnick, 720 High Street, Saltsburg, PA 15681-1207
30584821     Joana Delgado, 11318 Gaymoor Dr, Houston, TX 77035-2916
30584822     Joana Vargas, 9570 Nittany Dr Apt 204, Manassas, VA 20110-7021
30584824     Joanna Bonner, 12 Old Auburn Rd, Derry, NH 03038-5545
30584825     Joanna Della-Peruta, 607 Lindsey Ct, Evesham, NJ 08053-2054
30584827     Joanna Kreifeldt, 11307 S Brown Summit Cir, South Jordan, UT 84095-2257
30584828     Joanna Marston, 4 Brook Lane, Bromley, ENGLAND BR1 4PU, UNITED KINGDOM
30584829     Joanna Panamick, 36 Tikmeg Road, P.O Box 122, Apt. 2, M'Chigeeng, Ontario, P0P 1G0, CANADA
30584830   + Joanna Sun, 2115 Vista Valley Rim Place, El Cajon, CA 92019-1173
30584831     Joanne Callender, 149 Clee Road, Cleethorpes, ENGLAND DN35 9HY, UNITED KINGDOM
30584832     Joanne Holman, 7 Lyndhurst Meadows, Belfast, NORTHERN IRELAND BT13 3XG, UNITED KINGDOM
30584833     Joanne Keegan, 41B Tangare Drive, Takapuwahia, Porrirua, Wellington 5022, NEW ZEALAND
30584834     Joanne Kennedy, 889 Finley Avenue, Ajax, ONTARIO L1S 3S5, CANADA
30584836     Joanne Liow, Blk 317, Sembawang Vista #09-199, Apt, Singapore, SINGAPORE 760317, SINGAPORE
30584837     Joanne Marshall, 9880 BREEDS HILL DR, B, SAINT LOUIS, MO 63123-4468
30584838     Joanne Sutton, 1926 N Wildflower Ln, Casa Grande, AZ 85122-2475
30584839   + Joanne Thompson, 3368 Quarry Springs Dr, Park City, UT 84098-1319
30584840     Joannie Caron, 663 rue Gilles-Cadorette, GRANBY, QC J2J 0T4, CANADA
30584841     Joao Barata, Gymnicher Str. 4, Cologne, Nordrhein-Westfalen 50937, GERMANY
30584842   + Joaquim Cusco, 108 Odell Clark Place, Apt 4A, NY, NY 10030-2398
30584844   + Joaquin Sepulveda Ensslin, 15922 NE Sandy Blvd, Apt. 79, Portland, OR 97230-5199
30584843   + Joaquin esquivel, 845 Sw Edmunston St, Mcminnville, OR 97128-6721
30584845     Joawin Cheong, 2-5-5, Trifolis Apartment, Jalan Batu Ni, KLANG, Selangor 41200, MALAYSIA
30584846   + Joby Antony, 3908 Yana Place, Davis, CA 95618-5086
30584847   + Jocelyn Alvarado, 1521 West 155th Street, Compton, CA 90220-2713

District/off: 0752-1                          User: admin                                    Page 229 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                          Total Noticed: 30719

| | | |
|---|---|---|
| 30584848 | | Jocelyn Bakacs, 1332 6TH AVE, MOLINE, IL 61265-2001 |
| 30584849 | | Jocelyn Beauchamp, 2587 Eastview Crescent, North Bay, Ontario, P1B 7W6, CANADA |
| 30584850 | | Jocelyn Lam, 2992 Via Bahia, Alameda, CA 94502-6840 |
| 30584851 | | Jocelyn Mercado, 723 Bloom Ter, Davenport, FL 33837-2704 |
| 30584852 | + | Jocelyn Minks, 2200 W Sudbury Dr, j19, Bloomington, IN 47403-3792 |
| 30584853 | + | Jocelyn Ortiz, 8351 S Yavapai Ln, Yuma, AZ 85364-8445 |
| 30584854 | + | Jocelyn Padilla, 79 Linden St, LINDENHURST, NY 11757-5702 |
| 30584856 | | Jocelyn Soriano, 4522 Amberwood Ave, La Palma, CA 90623-1906 |
| 30584857 | + | Jocelyn Wilson, 735 Nottingham Cir, Apt. 4, Billings, MT 59105-1544 |
| 30584858 | + | Jocelyne Nunez, 18453 Randall Ave, Bloomington, CA 92316-1416 |
| 30584859 | + | Jocie Aguilar, 1115 washington street, Bakersfield, CA 93307-1953 |
| 30584860 | | Jocilyn Daguanno, 16020 S Lexington Dr, Plainfield, IL 60586-8023 |
| 30584862 | + | Jodi Gour, 23 Lee Street, East Longmeadow, MA 01028-3132 |
| 30584863 | + | Jodi Hayes, 5507 Shoal Creek Blvd, Austin, TX 78756-1819 |
| 30584864 | | Jodi Hoffman, 411 S Barn Hollow Dr, Athens, IL 62613-9532 |
| 30584865 | | Jodie Anders, 15455 Glenoaks Blvd Spc 563, Sylmar, CA 91342-7909 |
| 30584866 | | Jodie Farless, 571 Campbell St Apt 2, Kansas City, MO 64106-1304 |
| 30584867 | | Jodie Gerckens, Lorsbecker Str. 43, Julich, Nordrhein-Westfalen 52428, GERMANY |
| 30584868 | | Jodie Isdale, 20 Meadow Bank, South Normanton, ALFRETON, ENGLAND DE55 2JZ, UNITED KINGDOM |
| 30584869 | | Jodie McVan, 1357 N River Rd, Yardley, PA 19067-1327 |
| 30584870 | + | Jodie Walraven, 5220 Hartford St, Apt. 301, Abilene, TX 79605-3539 |
| 30584871 | | Jody Cronin, 20 Bent Ln, Levittown, NY 11756-3006 |
| 30584872 | | Jody Everett, 12513 Shady Acres Dr, Buda, TX 78610-2519 |
| 30584873 | + | Jody Hopp, 55 Mark Road, Franklin, NH 03235-1429 |
| 30584874 | | Jody Paul, 25 Sunnywood Dr, Westfield, NJ 07090-4204 |
| 30584875 | | Joe A Tomkinson, Pendle CT, Apt. 15, Preston, ENGLAND PR4 3LR, UNITED KINGDOM |
| 30584876 | | Joe Barrett, 17 Broad St # 2, Weymouth, MA 02188-1705 |
| 30584877 | + | Joe Beckham, 4636 North Josey Lane, Apt. 1828, Carrollton, TX 75010-4642 |
| 30584878 | | Joe Bianco, 1193 S Park Ave Apt A, Titusville, FL 32780-3850 |
| 30584879 | + | Joe Bixler, 5026 Rockingham Lane, Lafayette, IN 47905-3416 |
| 30584880 | | Joe Boustany, 12 Walham Grove, Fulham, England, SW6 1QP, UNITED KINGDOM |
| 30584881 | | Joe Brooks, 2780 Berwood Ln, Hebron, KY 41048-8205 |
| 30584882 | | Joe Cooney, Yew Tree House, Church Street, Gawcott, England MK18 4HY, UNITED KINGDOM |
| 30584883 | | Joe Crotty, 8512 82nd St SW Apt 301, Lakewood, WA 98498-7274 |
| 30584884 | + | Joe DiGiacomo, 243 Charlevoix St, Clawson, MI 48017-2033 |
| 30584885 | | Joe Drayton, 16 Beethoven Road, Basingstoke, ENGLAND RG22 4BP, UNITED KINGDOM |
| 30584887 | + | Joe Fayad, 12802 Crispwood Court, Riverview, FL 33569-5763 |
| 30584888 | + | Joe Federici, 108 Cassilis Ave, Apt. 10708, Yonkers, NY 10708-1228 |
| 30584889 | | Joe Feng, 1525 Driftwood Ln, Crystal Lake, IL 60014-1987 |
| 30584890 | | Joe Fornero, 34402 N Sunshine Ln, Ingleside, IL 60041-9507 |
| 30584892 | + | Joe Gaffigan, 1448 Hedgewood Lane, Kennesaw, GA 30152-4513 |
| 30584893 | | Joe Gerardi, 57 Bonnie Dr, Manalapan, NJ 07726-1858 |
| 30584894 | + | Joe Griffo, 106 Greencastle Ln, Buffalo, NY 14221-1765 |
| 30584895 | | Joe Hickson, 711 Redwood Cres, Warman, SASKATCHEWAN S0K452, CANADA |
| 30584896 | + | Joe Howland, 2839 Indiana Street, Racine, WI 53405-4321 |
| 30584897 | + | Joe Khanthavongsa, 2006 E Maish Ave, Des Moines, IA 50320-2309 |
| 30584898 | | Joe Lepore, 66 Patten Rd, Westford, MA 01886-2832 |
| 30584899 | + | Joe Leyva, 1705 Fairmount Avenue, APT A, Fort Worth, TX 76110-1310 |
| 30584902 | + | Joe Mangini, 533 Prospect St, Lancaster, PA 17603-5749 |
| 30584903 | + | Joe Martinez, 26 Woodbine street, Apt 3, Brooklyn, NY 11221-7690 |
| 30584904 | | Joe Matu, 4041 Spyglass Hl, Mason, OH 45040-3304 |
| 30584905 | + | Joe Mozdy, 10 Raylen Drive, Boiling Springs, PA 17007-9776 |
| 30584906 | + | Joe Noga, 2308 S Homer Street, Pittsburg, KS 66762-6416 |
| 30584907 | + | Joe Orstad, 2800 e Douglas ave, Des Moines, IA 50317-4240 |
| 30584910 | + | Joe Pauli, 6901 S Race St, Apt 104, Centennial, CO 80122-1534 |
| 30584911 | | Joe Pick, 30 Priory Road, Boston, England, PE210RA, UNITED KINGDOM |
| 30584912 | | Joe Reimer, 12912 62 Ave, Surrey, BC V3X2E8, CANADA |
| 30584913 | + | Joe Reyna, 1210 Armstead St, Houston, TX 77009-3054 |
| 30584914 | + | Joe Rogers, 180 Diamond St, San Francisco, CA 94114-2414 |
| 30584915 | + | Joe Sauceda, 813 E 9th St, Duluth, MN 55805-1404 |
| 30584916 | | Joe Sinopoli, 427 Shadowwood Dr, Leicester, NC 28748-9529 |
| 30584917 | | Joe Sorg, 1224 Winesap Way Apt D, Anderson, IN 46013-5554 |
| 30584918 | + | Joe Spencer, 1013 E 45th Street, Tacoma, WA 98404-2924 |

30584919          Joe Sutherland, 1621 Cayuga Ave, San Francisco, CA 94112-3614
30584920     +    Joe Trujillo, 606 East Fannin Avenue, Alamo, TX 78516-2759
30584921          Joe Vargas, 3215 Crownover St, Austin, TX 78725-4753
30584922     +    Joe Vasquez, 81 Potters Shed Dr, Reynoldsburg, OH 43068-5149
30584923          Joe Veyera, 1020 NE 63rd St Unit 619, Seattle, WA 98115-6675
30584924          Joe Vigil, 2585 Hadley Rd N, Tillamook, OR 97141-9249
30584925          Joe Villatoro, 1034 W Market St, Trevorton, PA 17881-1304
30584926          Joe Vinson, 1503 E Jackson St, Pensacola, FL 32501-4336
30584927          Joe Vukasovic, 24200 Hill Avenue, Maple Ridge, BC V2W 2E1, CANADA
30584901          Joe lovell, 121 moss road, Northwich, England, CW84BL, UNITED KINGDOM
30584928     +    Joel Acevedo, 480 E 188th st, 3D, Bronx, NY 10458-5818
30584929     +    Joel Bautista, 1601 Grayson Ct, Chula Vista, CA 91913-1501
30584930          Joel Benalcazar, 34 Jasmine Ln, Jacksonville, NC 28546-4583
30584931          Joel Bolbach, 1835 Penn Rd, Toledo, OH 43615-4015
30584932     +    Joel Butler, 3395 W E Avenue, Kalamazoo, MI 49009-5271
30584933     +    Joel Casey, 477 Valley Rd, Montclair, NJ 07043-1852
30584934          Joel Douzanis, 195 Clough Park Rd, Weare, NH 03281-5230
30584935          Joel Geddert, 219-2768 Cranberry Dr, Vancouver, BRITISH COLUMBIA V6K 4V1, CANADA
30584936     +    Joel Gilliland, 24810 Raven Drive, Denham Springs, LA 70726-6984
30584937     +    Joel Gonzalez Jr, 2236 N Tripp Ave, Chicago, IL 60639-3612
30584938     +    Joel Hashop, 10702 Stone Canyon Rd, Apt. 220, Dallas, TX 75230-5919
30584939          Joel Hibshman, 247 W Penn Ave, Robesonia, PA 19551-1413
30584940     +    Joel Johnsonbaugh, 12605 Peppermill Way, La Mirada, CA 90638-2734
30584941          Joel Kemmerer, 4610 Mary Ann Cir, Coplay, PA 18037-2346
30584942     +    Joel Kirschenbaum, 2549 Ellsworth Ave, Berkeley, CA 94704-2729
30584943     +    Joel Martinez, 615 FM 1000, Omaha, TX 75571-4903
30584944          Joel Masters, 134 University St Apt B, Ferndale, MI 48220-2947
30584946     +    Joel Merriman, 3508 Northampton St. NW, WA, DC 20015-2552
30584948     +    Joel P Barnette, 133 Lake Front Dr Apt 501, Daphne, AL 36526-7659
30584949          Joel Padwicvk, 54 Koona Street, Albion Park Rail, New South Wales 2527, AUSTRALIA
30584951     +    Joel Phillips, N3289 county rd c, Ellsworth, WI 54011-2202
30584952          Joel Priest, 31 Belvedere Drive, Great Sankey, Warrington WA5 3SR, UNITED KINGDOM
30584954          Joel Rogers, 54 Station Road, Fulbourn, Cambridge CB21 5ES, UNITED KINGDOM
30584955          Joel Sanchez, 733 American Legion Hwy, Roslindale, MA 02131-3936
30584956          Joel Sedan, 1275 Beckton Drive, Comox, British Columbia V9M 4G9, CANADA
30584957     +    Joel Segovia, 1500 Precision Dr STE 110, PKC3324-1, Plano, TX 75074-8664
30584958          Joel Smith, 272 Randolph St, Weymouth, MA 02190-1012
30584959          Joel Sothiroopan, 82 Eastvale Drive, Markham, Ontario, L3S 4S3, CANADA
30584960     +    Joel Suggs, 301 N Spring st, Winston-Salem, NC 27101-2721
30584961          Joel Surdich, 14 Northwind Avenue, POINT CLARE, New South Wales 2250, AUSTRALIA
30584962     +    Joel Torres, 490 Goldshire Pl, El Paso, TX 79928-2509
30584963     +    Joel Trimper, 21346 Gould Rd, Watertown, NY 13601-5238
30584964          Joel Turner, 2900 S Memorial Dr Apt 507, New Castle, IN 47362-1158
30584965     +    Joel Vazquez, 2900 SW 81st Ave, Miami, FL 33155-2523
30584966     +    Joel Villarreal, 285 Wiley St, McFarland, CA 93250-1703
30584950     +    Joel pena, 1831 pebble beach circle, Elgin, IL 60123-6895
30584967          Joelle Bellmund, 27 Ferris Ave, Rumford, RI 02916-1203
30584968          Joelle Moses, 1440 Av. Bernard, Apt. 14, Outremont, British Columbia, H2V 1W3, CANADA
30584969          Joelle Risch, Alte Gladbacher Stra e 280b, Krefeld, Nordrhein-Westfalen 47804, GERMANY
30584970     +    Joey Bettinger, 167 Woodcrest Dr, Loveland, OH 45140-7149
30584971          Joey Blake, 425 Caron Ave., Windsor, ON N9A5B5, CANADA
30584972          Joey Clark, 516 High St, Buchanan Towers #212a, Bellingham, WA 98225-5946
30584973     +    Joey DiGennaro, 25 Maple St, Merrimac, MA 01860-1407
30584974     +    Joey Eisenbaugh, 223 garden st, Apt B, Mount Holly, NJ 08060-1843
30584975          Joey Guardino, 1241 Valparaiso Ave, Menlo Park, CA 94025-4444
30584976          Joey Haley, 5114 Meridian St, Los Angeles, CA 90042-1710
30584977          Joey Hancock, 1432 South Carolina 544, J4, Conway, SC 29526
30584978     +    Joey Kane, 7 Grant Street, Woburn, MA 01801-5310
30584980     +    Joey Krucke, 1512 Dogwood Lane, Kill Devil Hills, NC 27948-9491
30584981     +    Joey L Medders, 125 Bramlet Ct, Senoia, GA 30276-1317
30584982          Joey Lithgow, 17 Moresby Avenue, Unit 5, Bulleen, Victoria, 3105, AUSTRALIA
30584983          Joey MacQueen, 2447 kings Road, Sydney Forks , Nova Scotia B1L 1A1, CANADA
30584984     +    Joey Martinez, 7962 arrowhead lake road, Hesperia, CA 92345-7536

District/off: 0752-1                           User: admin                              Page 231 of 507
Date Rcvd: Jan 04, 2024                         Form ID: 309C                         Total Noticed: 30719

30584985      + Joey Nugen, 2906 Bryden ln, godfrey, IL 62035-4711
30584986      + Joey Pecoraro, 17400 Dunblaine Avenue, Beverly Hills, Michigan 48025-4110
30584987        Joey Pleunis, Langestraat, Apt. 18, Nijkerk, GELDERLAND 3861BN, NETHERLANDS
30584988      + Joey Rasmussen, 2186 N 53rd St, Milwaukee, WI 53208-1007
30584989      + Joey Reyes, 5261 N La Crosse, Chicago, IL 60630-1603
30584990      + Joey Rodriguez, 511 W Division, Apt. 701, Chicago, IL 60610-1839
30584991      + Joey Schaff, 5010 Sherman Hill Rd, APT B, Laramie, WY 82070-5340
30584992        Joey Simon, PO Box 2661, Midlothian, VA 23113-8661
30584995      + Joey Vargo, 11544 Westwood blvd, Apt. 1326, Orlando, FL 32821-7427
30584996        Joey Villa, 30 S 342nd Pl Apt C, Federal Way, WA 98003-4418
30584979      + Joey kelley, 38025 2nd st, Apt. 208, Willoughby, OH 44094-6147
30584994        Joey van Vuuren, Langemarktstraat 419, apt, Leeuwarden,Friesland, 8911AD, NETHERLANDS
30584997        Joh Lauderdale, 1139 S BIRMINGHAM PL, TULSA, OK 74104-3926
30584998        Johan Nilsson, Reenstiernagatan 28, NORRKOPING, OSTERGOTLAND 60212, SWEDEN
30584999        Johan POUILLAUDE, 58 Rue Racine, Villeurbanne 69100, FRANCE
30585000      + Johan Rodriguez, La loma 194, mayaguez, PR 680, PUERTO RICO 00680-1479
30585001      + Johan Tan, 13115 Whittington Dr, Apt. 8102, Houston, TX 77077-2689
30585002        Johan Vendel, Tunagatan 6, E, Ljungby, Kronoberg 34138, SWEDEN
30585003        Johana Hernandez, 19429 Rena Ct, Brookeville, MD 20833-2613
30585004      + Johann Welch, 17395 Tartan Terrace, Ramona, CA 92065-6965
30585005      + Johanna Hyde, 230 S Willow St, Belle Plaine, MN 56011-1709
30585006        Johanna Prenler, Bagartorpsringen 78, Stockholm, Solna 17065, SWEDEN
30585007        Johanne Picard, 426 rue Bedard, Lachute, QC J8H 1J7, CANADA
30585008        Johannes Haukland, Fjellkroken 13, Gjerdrum, VIKEN 2022, NORWAY
30585009        Johannes Keppner, Wei enburgstra e 59, Dusseldorf 40476, GERMANY
30585011      + Johari Galindo, 4445 S Richmond St, Chicago, IL 60632-1925
30585012      + John JK Kenny, 2686 South Arbor Drive, Marietta, GA 30066-2270
30585013      + John A Jorinscay III, 107 Imperial Dr., Gahanna, OH 43230-2443
30585016      + John Allen, 3000 Harwich Court, Norman, OK 73071-7157
30585017        John Anger, 212 Fargo St, Houston, TX 77006-2016
30585018      + John Arpin, 45 State Street, Warwick, RI 02889-5930
30585019      + John Ballard, 5488 TurningLeaf Cv, Tupelo, MS 38801-9516
30585020      + John Bartee, 38 Holiday Mobile Home Park, Granite City, IL 62040-6566
30585021        John Bartholow, 107 Holyoke Ct, Raleigh, NC 27603-2089
30585022      + John Bartick, 600 Meridian St EXT, Apt. 435, Groton, MA 06340-4154
30585024      + John Bateman, 110 Wingfield Drive, Madison, AL 35758-1286
30585025        John Beaudin, 244 Wilowen Dr, Nashville, TN 37210-2432
30585026      + John Bernath, 5343 Wayne Street, Apt A, Raleigh, NC 27606-8018
30585027        John Bianco, Alleestra e, Apt. 20, Kaiserslautern, Rheinland-Pfalz 76908, GERMANY
30585028        John Bianco, Alleestra e 20, Kaiserslautern, Rheinland-Pfalz 67655, GERMANY
30585030        John Birch, 98-500 Osgoode Dr, London, Ontario N6E 2G9, CANADA
30585031        John Boggs, 3587 SHANDOR RD, WOODBRIDGE, VA 22193-5786
30585032        John Boisi, 376 President St Apt 1E, Brooklyn, NY 11231-5040
30585033      + John Bonfanti, 1510 S Heritage Cir, Rogers, AR 72758-4948
30585034        John Borleske, 405 Edward St, Verona, WI 53593-1011
30585035      + John Brasher, 2700 Marina Dr., Apt 110, Modesto, CA 95355-2269
30585036        John Butler, 2345 Rainier Ave S, Seattle, WA 98144-5348
30585038      + John Carlos Villalta, 4361 Mission Blvd., Space 121, Montclair, CA 91763-6061
30585039        John Carter Phillips, 4033 Chesapeake Ave, Hampton, VA 23669-4631
30585040        John Chapman, 2210 General Kirk Dr, Murfreesboro, TN 37129-6473
30585041        John Christian Farah, 945 rue Muir, Apt. 201, Montreal, QUEBEC H4L5N8, CANADA
30585042      + John Christie, 1573 Stewart Blvd, Fairborn, OH 45324-3249
30585043        John Clark, 2401 E Glenn St Apt 38, Tucson, AZ 85719-2839
30585044        John Conlin, 1009 N HARPER AVE APT 2, W HOLLYWOOD, CA 90046-5934
30585045        John Cormack, 19340 Hillside Ct, Fairhope, AL 36532-6972
30585046        John Craig, 3147 Bretton St NW Apt F, North Canton, OH 44720-8377
30585047        John Crawford, 104 Dupee Pl, Wilmette, IL 60091-3402
30585048        John Curl, 131 Stonegate Ct, Easley, SC 29642-8769
30585049      + John David Murray, 420 Durdin Drive, Silsbee, TX 77656-5704
30585050      + John Davis, 1052 Colwick Dr, Dayton, OH 45420-2204
30585051      + John Decker, 50 North Greenwood Forest Drive, Etowah, NC 28729-9701
30585052      + John Dempsey, 309 Brooke Ave, Apt C14, Magnolia, NJ 08049-1137
30585053      + John Dickinson, 3066 palora ave, Las cegas, NV 89121-2224

| | | |
|---|---|---|
| 30585054 | + | John Dimmick, 11 Scotto Dr, Millstone Twp, NJ 08510-9407 |
| 30585055 | + | John Doelp, 53 Winslow Avenue, Apt #1, Somerville, MA 02144-2502 |
| 30585056 | + | John Dorsey, 503 Eastbrook Dr, Charlottesville, VA 22901-1117 |
| 30585057 | | John Dunwody, 25424 Indian Hill Cir, Chantilly, VA 20152-4411 |
| 30585059 | + | John Edward Mahoney, 16603 Millan de Avila, Tampa, FL 33613-1068 |
| 30585060 | | John Ellis, 14 Mountain Ash Cr, Dartmouth, NOVA SCOTIA B2Y 4J8, CANADA |
| 30585061 | | John Esterly, 717 17th Ave E, Seattle, WA 98112-3921 |
| 30585062 | | John Evans, 1 Oak Cottage, Oaklands road, Chirk Bank, ENGLAND LL145DW, UNITED KINGDOM |
| 30585063 | | John F. Parker, 6248 Turnwood Dr, Jamesville, NY 13078-9703 |
| 30585064 | | John Finamore, 3905 Stone Mansion Ct, Alexandria, VA 22306-1328 |
| 30585065 | | John Fisher, 7413 Werkbund Way, Knoxville, TN 37920-7631 |
| 30585066 | + | John Flanagan, 300 Center Drive, Ste G #141, Superior, CO 80027-8633 |
| 30585067 | + | John Franklin, 804 Collinwood Road SE, Rome, GA 30161-6260 |
| 30585068 | | John Frenchu, 1894 S Franklin St, Denver, CO 80210-3328 |
| 30585069 | + | John Gore Theatrical Group, Inc, 800 LaSalle Ave, Ste 120, Minneapolis, MN 55402-2045 |
| 30585070 | + | John Grow, 4382 E. Palomino Way, Eagle Mountain, UT 84005-5414 |
| 30585071 | + | John Gschwend, 6703 82nd St, Apt. 1034, Lubbock, TX 79424-6757 |
| 30585072 | + | John H Garcia, 7372 Prince Drive, Ste 101, Huntington Beach, CA 92647-4573 |
| 30585073 | | John Hayes, 22 Lewis Ave, New Hyde Park, NY 11040-4864 |
| 30585074 | + | John Held, 848 W Friar Tuck Ln, Houston, TX 77024-3606 |
| 30585075 | | John Helps, 98 Academia Way, London, ENG N178HQ, UNITED KINGDOM |
| 30585077 | | John Higgins, 524 E Thach Ave, Auburn, AL 36830-5542 |
| 30585078 | + | John Hudson, 84 Liberty Avenue, North Babylon, NY 11703-4900 |
| 30585081 | + | John James Packer, 10710 Northeast 10th Street, apt 615, Bellevue, WA 98004-1056 |
| 30585082 | | John Janovyak, 7644 Mapleway Dr, Olmsted Falls, OH 44138-1663 |
| 30585083 | | John Johnsen, 8363 Hudson Dr, San Diego, CA 92119-1905 |
| 30585084 | + | John Johnson, 6263 Lions Point, Lone Tree, CO 80124-9527 |
| 30585085 | | John Johnson, 4753 Old Bent Tree Ln Apt 1012, Dallas, TX 75287-7125 |
| 30585086 | + | John Jones, 1624 Uhland Drive, Leander, TX 78641-4200 |
| 30585087 | + | John Jorinscay III, 107 Imperial Dr, Gahanna, OH 43230-2443 |
| 30585088 | | John Joseph, 190 E 21st St Apt 4B, Brooklyn, NY 11226-3948 |
| 30585089 | | John Joyce, 50 MAYBERRY DR, RENO, NV 89509-2422 |
| 30585090 | | John Judd, 315 Beechwood Rd, Sharon Spgs, NY 13459-3607 |
| 30585091 | + | John Juliano, 4974 Gardenville Rd., Pittsburgh, PA 15236-2485 |
| 30585092 | + | John Kaschak, 4743 French St, Jacksonville, FL 32205-5001 |
| 30585093 | | John Kearby, 229 Azalea Springs Rd, Liberty Hill, TX 78642-2314 |
| 30585094 | | John Kederis, 1704 MOUNT PLEASANT RD, HAVERTOWN, PA 19083-1804 |
| 30585097 | + | John Kemp, 1030 Breaker Lane, Johns Island, SC 29455-7192 |
| 30585099 | | John Kennedy, 1460 Creek View Ln, Blue Bell, PA 19422-3695 |
| 30585100 | + | John Kenney, 2 Stanford Cir, Milford, MA 01757-1223 |
| 30585102 | + | John LaFreniere, 1712 avenue x, Lubbock, TX 79401-4427 |
| 30585104 | + | John LaNave, 26 Sharon Drive, New City, NY 10956-3620 |
| 30585103 | | John Lail, 11550 Wilson Blvd, Ridgeway, SC 29130-9403 |
| 30585106 | | John Little, 1605 E Coolspring Ave, Michigan City, IN 46360-5663 |
| 30585107 | + | John Logan Capps, 2715 S 90th Ave, Yakima, WA 98903-9654 |
| 30585109 | + | John Lyles, 12997 Drysdale St, Spring Hill, FL 34609-4243 |
| 30585110 | | John M Mitchell, 1021 Holly Avenue, OWENSBORO, KY 42301-1632 |
| 30585111 | + | John MacKenzie, 1906 White Lake Dr, Antioch, IL 60002-6231 |
| 30585112 | + | John Magness, 618 Hopkins Lane, Jeffersonville, IN 47130-5034 |
| 30585113 | + | John Main, 632 Royal Crest Way, O'Fallon, IL 62269-6993 |
| 30585115 | + | John Marshall Branham, 183 Flatview Way, Sharon, SC 29303-5222 |
| 30585116 | | John Masterpalo, 20 Farrell Dr, Middletown, NJ 07748-3210 |
| 30585117 | + | John Matthew Cota, 1214 W. North st, Muncie, IN 47303-3619 |
| 30585118 | | John Maxwell Fry, 29 Ommaney Road, london, England, SE14 5NS, UNITED KINGDOM |
| 30585119 | | John McCreery, 1846 James Dr, Murfreesboro, TN 37129-1555 |
| 30585120 | | John McCurdy, 54 Hyatt Rd, Branchville, NJ 07826-4138 |
| 30585121 | + | John McDevitt, 50 Barrington Ln, Chester Springs, PA 19425-3404 |
| 30585122 | | John McGee, 2129 Bower Dr, Florence, AL 35630-1609 |
| 30585123 | + | John McGrath, 303 Hopkins road, Haddonfield, NJ 08033-3025 |
| 30585124 | + | John McGregor, 1243 Linden, Highland Park, IL 60035-3454 |
| 30585125 | + | John Mchugh, 852 S Carriageway Ln, Palatine, IL 60067-7145 |
| 30585126 | | John Meigs, 172 N Las Palmas Ave, Los Angeles, CA 90004-1048 |
| 30585127 | + | John Melancon, 304 Teakwood Dr, Youngsville, LA 70592-5223 |

District/off: 0752-1                          User: admin                                    Page 233 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                                Total Noticed: 30719

30585128    + John Menzel, 28 Cypress Ct, Bordentown, NJ 08505-4247
30585129      John Meredith, 2020 Nw 58th St, Apt A, Seattle, WA 98107-3177
30585130    + John Michael, 819 Applegate Lane, Apt. 16, Clarksville, IN 47129-6548
30585131      John Michael Duenes, 1103 Forest Dr, Sand Springs, OK 74063-8753
30585132      John Miller, 681 15th St. W., Apt. 201, Prince Albert, SASKATCHEWAN S6V 7H9, CANADA
30585133    + John Minicozzi, 1642 Morning Star Dr, Clermont, FL 34714-6887
30585134      John Moninger, 3872 Boren St, San Diego, CA 92115-6601
30585135    + John Moore, 5048 W 220th St, Fairview Park, OH 44126-2606
30585136      John Moore, 811 Francis Ave, Halethorpe, MD 21227-4219
30585137      John Morgan, Louisiana 479, Goldonna, LA 71031
30585138    + John Morrow, 456 Honeycomb Circle, Driftwood, TX 78619-5713
30585139      John Murphy, 1132 S Leopard Rd, Berwyn, PA 19312-2029
30585141    + John Nolan, 3100 Garrison St., Charlotte, NC 28205-1545
30585142      John OConnor, 1024 High Point Loop, Longwood, FL 32750-8401
30585143    + John Oppegard, 830 W Leon Dr, Lincoln, NE 68521-3762
30585144    + John Overstreet, 900 Grand Turk Ct, Irving, TX 75060-3794
30585145    + John P Kauchick, 12 Switzer Terrace, Purvis, MS 39475-3026
30585146    + John P Sullivan, 13219 Outlook, Overland Park, KS 66209-4022
30585148    + John Pantzer, 8399 North Illinois st, Indianapolis, IN 46260-2944
30585149    + John Pasini, 2 Linden Drive, Ellington, CT 06029-3422
30585150    + John Paul Bourgeois, 117 N SOLOMON ST APT B, New Orleans, LA 70119-4645
30585151    + John Paul Nocker, 2507 Bryant Ave S, Apt. 204, Minneapolis, MN 55405-3012
30585152    + John Penksa, 4690 Vestal Parkway East, Unit 19104, Vestal, NY 13850-3623
30585153      John Peterson, 1448 N Greenview Ave Apt 2, Chicago, IL 60642-2352
30585154      John Phan, 2483 Callum Avenue, Mississauga, ONTARIO L5B2H8, CANADA
30585155      John Praksti, 1470 Cavitt Rd, Monroeville, PA 15146-3704
30585156    + John Puffer, 3040 Augsburg Court, Turlock, CA 95382-0718
30585157    + John R Mueller, 633 Grover Ave, Defiance, OH 43512-2418
30585158    + John Rainville, 4 Misty Morning Dr, Unit C, Derry, NH 03038-1749
30585159      John Rife, 304 S Market St Fl 2, Mechanicsburg, PA 17055-6326
30585160      John Roberts, 531 21st Ave, San Francisco, CA 94121-3132
30585161      John Robinson, 8 Wild Cherry Road, Ormond, VIC 3204, AUSTRALIA
30585162      John Roros, 152 Murray Hill Blvd, New Providence, NJ 07974-2743
30585163      John Rosenbaum, 44 Academy Ave Apt 3, Pittsburgh, PA 15228-1468
30585164      John Russell, 1600 S Kanner Hwy Apt 211, Stuart, FL 34994-7107
30585165      John Ryan, 1826 Lansdale Dr, Charlotte, NC 28205-4952
30585166    + John Samuel Gonzalez, 809 Coralberry Dr., McKinney, TX 75072-6760
30585167    + John Sanders, 708 Elmwood Drive, Hudson, NH 03051-3245
30585168    + John Sawicki, 4222 Ellison Rd, South Euclid, OH 44121-2735
30585169    + John Sawyer, 5319 Andover Rd, Wilmington, NC 28403-3401
30585170    + John Schleppy, 3530 Oakes Ave, Everett, WA 98201-5011
30585171    + John Sinnott, 211 Fairfield Drive East, Holbrook, NY 11741-2889
30585172      John Smith, 4917 Meridian St, Highland Park, CA 90042-1622
30585173    + John Sommers, 1765 COLT DR., ATLANTA, GA 30341-1428
30585174    + John Stallings, 512 Hyland Park Drive, Glenwood Springs, CO 81601-4237
30585175    + John Starnes, 2138 E TUCKER ST, Philadelphia, PA 19125-1423
30585176      John Szewczyk, 104 Rose Street, Hillrose, CO 80733
30585177    + John T. Forsatz, 441 E Fordham Rd, Bronx, NY 10458-5149
30585178      John Teggatz, 7724 N Chadwick Rd, Glendale, WI 53217-3157
30585179      John Thompson, 9080 BLOOMFIELD AVE, SPC 138, CYPRESS, CA 90630-6996
30585180    + John Thrasher, 81 West Squire Dr, Apt 5, Rochester, NY 14623-1756
30585181    + John Tice (VIP Mortgage), 9155 E Nichols Ave, Apt. 125, Centennial, CO 80112-3485
30585182      John Tomlins, 26 Cedar Way, Maddington, Western Australia 6109, AUSTRALIA
30585183    + John Trask II, 1207 Collin Dr, Allen, TX 75002-4105
30585184    + John Tucker, 5690 NW Michaels Cv, Parkville, MO 64152-3372
30585185    + John Turner, 34 Arcellia Drive, Manchester, CT 06042-3430
30585186    + John Veltkamp, 126 Brazoria trl, San Marcos, TX 78666-2831
30585188      John Vierra, 515 S MERRITT MILL RD APT H, CHAPEL HILL, NC 27516-2632
30585189      John Visger, 1077 Larson Rd, Moscow, ID 83843-7472
30585191      John Voth, Wallenbr cker Strasse 27, Bielefeld 33613, GERMANY
30585192    + John Walker, 701 East Elm St, B205-B, Springfield, MO 65806-2465
30585193    + John Webb, 16015 Dubuque RD, Snohomish, WA 98290-4734
30585195      John Welling, 8 Hillside Dr., Apt. 304, Orangeville, ONTARIO L9W1P6, CANADA

District/off: 0752-1                           User: admin                              Page 234 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                          Total Noticed: 30719

30585194          John Welling, 8 Hillside Dr., Apt. 8, Orangeville, Ontario L9W1P6, CANADA
30585196       +  John Wichryk, 3667 Westleigh Street, Eugene, OR 97405-1140
30585197       +  John Wise, 22 Roseway St, Apt. 2, Jamaica Plain, MA 02130-2129
30585198          John Witt, 3048 N HUNTINGTON DR, ARLINGTON HTS, IL 60004-1639
30585200       +  John Ziegwied, 1610 Darrah Ave, Simi Valley, CA 93063-3312
30585015          John abbott, 30 cherrybark cres, St. Johns, Newfoundland and Labrador, A1, CANADA
30585037       +  John cannell, 4202 N 14th, Tacoma, WA 98406-4206
30585079       +  John j pickett, 430 Joseph Wick Dr, Smyrna, DE 19977-4659
30585095       +  John keelor, 173 NE 638th st, Old town, FL 32680-3670
30585096          John kelly, 2 Castledave Avenue, Blyth NE24 4EL, UNITED KINGDOM
30585101          John knoke, 1630 228TH ST SE, L201, BOTHELL, WA 98021-7428
30585199       +  John wodell, 5601 east 139th street, Garfield Heights, OH 44125-6067
30585201          John-David H Spodeck, 5025 HILLSBORO PIKE APT 15C, NASHVILLE, TN 37215-3718
30585202       +  John-Matthew Gay, 2354 The Springs Dr, Indianapolis, IN 46260-1684
30585204       +  JohnAidan Uribe-Kozlovsky, 4520 Depew Ave, #A, Austin, TX 78751-4021
30585203          Johna Feldman, 705 15th Ave NW, Ardmore, OK 73401-1937
30585205          Johnathan Burchardt, 3301 Wills Grove Ln Apt 206, Raleigh, NC 27615-8078
30585206       +  Johnathan Cleghorn, 520 maple st, Apt. 217, North Little Rock, AR 72114-5475
30585207       +  Johnathan Kham Sayaloune, 2419 Old Thompson bridge road, H7, Gainesville, GA 30501-1164
30585208       +  Johnathan Kohlhepp, 951 Millerdale St, Pittsburgh, PA 15201-1028
30585210       +  Johnathan Myrick, 1100 Sylvan Ave, Apt 161, Modesto, CA 95350-1677
30585211       +  Johnathan Perez, 303 S Main Ave, Arbyrd, MO 63821-9118
30585212       +  Johnathan Ruiz, 2937 Winn Drive, Lawrenceville, GA 30044-4942
30585213       +  Johnathan Tran, 6419 N Vandiver Rd, Apt. 3301, San Antonio, TX 78209-4488
30585214       +  Johnathan Zerr, 10219 Pinnacle Ridge ave, Bakersfield, CA 93311-3070
30585209       +  Johnathan may, 1183 starlight drive, Arnold, MO 63010-3021
30585215       +  Johnathon Gosselin, 76 West Alvord St, Apt. 2, Springfield, MA 01108-2222
30585216          Johnie Reed, 800 Miami Cir NE Ste 200, Atlanta, GA 30324-3048
30585217          Johnnie Stallions, 448 N Quince Ave, Exeter, CA 93221-1026
30585218       +  Johnny Abdoo, 730 S Clinton St, Baltimore, MD 21224-4025
30585219       +  Johnny Alejandro Leyva, 10450 Capistrano Ave, South Gate, CA 90280-5811
30585220          Johnny Duguid, 3745 Concord Rd, Doylestown, PA 18902-5444
30585221          Johnny Durham, 9821 NW 9th Ct, Plantation, FL 33324-1144
30585222          Johnny Friedman, 2111 Park Dr, Point Pleasant Boro, NJ 08742-3756
30585224          Johnny Minardi, 63 CHARLESTON LN, COTO DE CAZA, CA 92679-5006
30585225       +  Johnny Olvera, 6701 9th. st., Lubbock, TX 79416-3791
30585226          Johnny Phillip Bender, 13210 KENSWICK DR, AUSTIN, TX 78753-2043
30585227          Johnny Pineda, 5699 Angouleme Ln, Hoffman Estates, IL 60192-4570
30585228       +  Johnny Prohaska, 3873 Rains Ct NE, Atlanta, GA 30319-1605
30585229       +  Johnson, 2703 Rona rd, woodlawn, MD 21207-4589
30585230       +  Joie Otting, 2301 Ingersoll Ave, Apt. 359, Des Moines, IA 50312-5267
30585231          Joji, 2810 ALLEGHENY AVE, BEXLEY, OH 43209-1102
30585232       +  Jolee White, 9241 Antler Hill Dr, Kelseyville, CA 95451-8810
30585233       +  Jolene Colvin, 1872 Lee 434, Moro, AR 72368-8819
30585234          Jolene Strauss, 906 W 19th St, Chicago, IL 60608-3412
30585235       +  Jolet Mena, 3306 Chestershire Dr., Pasadena, TX 77503-1435
30585236       +  Joleyn Cobbs, 832 Buren Spc 111, Ketchikan, AK 99901-5455
30585238          Jolie Dempsey, 1503 Westminster Ct, Bel Air, MD 21014-5925
30585239       +  Jomylene Ruiz, 1320 Smoke Tree Ct, La Habra, CA 90631-6919
30585240          Jon A Bonfield, 2431 Bluewing Dr, Beavercreek, OH 45431-4104
30585241          Jon Abel, 455 Ardmore Ln, East York, PA 17402-3820
30585242       +  Jon Appelfeller, 12702 Island Dr, Tomball, TX 77377-8409
30585243       +  Jon Bartolomucci, 3050 W Schubert Ave, Apt 1, Chicago, IL 60647-1755
30585244          Jon Brodsky, 8826 Shady Pines Dr, Urbana, MD 21704-6771
30585245       +  Jon Cisewski, 1603 Valley View Dr, Winona, MN 55987-4853
30585246          Jon Dieda, 1801 W 1ST ST, SAN PEDRO, CA 90732-3108
30585247       +  Jon Endlein, 8416 SW 46th Rd, Gainesville, FL 32608-7199
30585248       +  Jon Gilbert, 3045 w 760 n, Fremont, IN 46737-8840
30585249       +  Jon Hodgson, 714 Bunker View Dr, Apollo Beach, FL 33572-2807
30585251          Jon Landman, 2 CORONET TER, BURLINGTON, NJ 08016-4291
30585252       +  Jon Long, 2084 General Truman St NW, AYL435-6, Atlanta, GA 30318-2010
30585254          Jon Meyer, 3389 Robb Ave, Cincinnati, OH 45211-5330
30585255       +  Jon Miles, 4714 Rock Wren Ct, Prescott, AZ 86301-5727

District/off: 0752-1          User: admin          Page 235 of 507
Date Rcvd: Jan 04, 2024          Form ID: 309C          Total Noticed: 30719

30585256        Jon Pettitt, Calendar Cottage, 2 Cropley Grove, Ousden, Newmarket, ENGLAND CB8 8TL, UNITED KINGDOM
30585257   +   Jon Roeder, 106 E Locust St, Apt 1, Fort Branch, IN 47648-1457
30585258        Jon Schuler, 2551 Willowgate Rd, Grove City, OH 43123-1590
30585259   +   Jon Shields, 8 Rutgers Rd, Jackson, NJ 08527-2320
30585260   +   Jon Tapio, 150 Kreiger Dr., Skandia, MI 49885-9408
30585261   +   Jon Williams, 14009 SE Allen Rd., Bellevue, WA 98006-1551
30585250   +   Jon kishimoto, 7555 Geary Blvd, Apt. 101, San Francisco, CA 94121-1553
30585262   +   Jon-Carlo Manzo, 24514 Lakewoods Lane, Shorewood, IL 60404-0676
30585264        Jonah Gill, 87 Kingston Road, Melbourne, VICTORIA 3202, AUSTRALIA
30585265   +   Jonah Graham, 671 Ravensworth Dr, Conroe, TX 77302-3737
30585266   +   Jonah Hankins, 9300 E Valencia Rd., APT 14208, Tucson, AZ 85747-4947
30585267   +   Jonah Hogue, 10 Crown Empire Ct., Simpsonville, SC 29681-6353
30585268        Jonah Kagen, c/o Griffin Perkiel, Independent Artists Group, LA, CA 90025
30585270   +   Jonah Kumma, 2510 172nd Pl SE, Bothell, WA 98012-6539
30585271   +   Jonah Lackey, 13677 Bent Tree Circle, Apt. 303, Centreville, VA 20121-4727
30585272        Jonah Lenius, 396 Johns Creek Pkwy, St Augustine, FL 32092-5063
30585273   +   Jonah Lipinski, 3020 Whiteside Rd, Duluth, MN 55804-9605
30585274        Jonah Melo, 108 Rosanna Crescent, Vaughan, Ontario, L6A 3E3, CANADA
30585275   +   Jonah P Sementkowski, 7215 Chapel View Dr, Clarkston, MI 48346-1603
30585276   +   Jonah Synn, 10906 NE 39TH PL, BELLEVUE, WA 98004-7619
30585277   +   Jonah Walker, 1460 Ernest Drive, DeRidder, LA 70634-2983
30585278        Jonah Wall, 14 Terrell Place, Balgownie, NEW SOUTH WALES 2519, AUSTRALIA
30585263        Jonah cook, 125 Fishermans Dr, Teralba, New South Wales, 2284, AUSTRALIA
30585269        Jonah kramer, Friedhofsweg 22, Leopoldshohe, Nordrhein-Westfalen, 33818, GERMANY
30585280        Jonas Birkenseer, Sandbreitenstra e 14a, Zeitlarn, Bayern, 93167, GERMANY
30585281        Jonas Demal, Irisstra e 5, MUNICH, BAYERN 80935, GERMANY
30585282        Jonas Gro, K striner Weg, Apt. 2, NEUSTADY AM RUBENBERGE, NIEDERSACHSEN 31, GERMANY
30585283   +   Jonas Guevara, 1384 W PACIFIC AVE, Salt Lake City, UT 84104-2322
30585284        Jonas Nygren, Ytterv gen 44, Boliden, VASTERBOTTEN 93631, SWEDEN
30585285   +   Jonas Quintal, 10160 Hartford Maroon Rd, Orlando, FL 32827-6939
30585286        Jonas Schultheiss, Baselstrasse 30, Ettingen, Baselland, 4107, SWITZERLAND
30585287   +   Jonas Yabut, 14377 Pinnacle Ct, Canyon Country, CA 91387-2211
30585288        Jonathan Hill, 8867 Cloverdale St, Beaumont, TX 77705-9245
30585289        Jonathan Richmond, 3118 Azaria Ave, Hacienda Heights, CA 91745-6205
30585290   +   Jonathan Aaron Cook, 4116 brown road, Rougemount, NC 27572-8630
30585291   +   Jonathan Acosta, 7612 13th Avenue, BaciTv, Brooklyn, NY 11228-2412
30585292        Jonathan Andersen, 5951 Glory Bower Dr, Winter Garden, FL 34787-9541
30585293   +   Jonathan Arbaugh, 525 E Taro Lane, Phoenix, AZ 85024-2256
30585294   +   Jonathan Ascencio, 5407 Crestmont St, Baytown, TX 77521-1751
30585296        Jonathan Axelsson, B tklubbsgatan 3, Stockholm, STOCKHOLM 12071, SWEDEN
30585297   +   Jonathan Bacon, 118 Water St, PO Box 352, East Berlin, PA 17316-0352
30585298   +   Jonathan Barcelles, 878 Hwy 225 East, Greenbrier, AR 72058-9746
30585299   +   Jonathan Barron, 1728 Riverbirch, San Jose, CA 95131-3153
30585300   +   Jonathan Benedict, 5180 Southwest 129th Terrace, Miramar, FL 33027-5839
30585301   +   Jonathan Brown, 335 Mary Chase Rd, Eastham, MA 02642-2512
30585302        Jonathan Buscher, Groay Aukens 1, Wangerland 26434, GERMANY
30585303   +   Jonathan Byrne, 74 Park Avenue, Struthers, OH 44471-1919
30585304   +   Jonathan Camp, 318 S 9th St, Quakertown, PA 18951-1526
30585305        Jonathan Castillo, 1300 Kidbrooke St, Chesapeake, VA 23322-4380
30585306   +   Jonathan Cervantes, 5708 W Parmer Ln, Apt 8209, Austin, TX 78727-0284
30585307   +   Jonathan Chancey, 2900 17th St, Sacramento, CA 95818-3832
30585308   #+   Jonathan Chow, 548 Santa Clara Ave. APT 4, Alameda, CA 94501-3280
30585309   +   Jonathan Conrad, 317 Rosewood Terrace, Rochester, NY 14609-4932
30585310   +   Jonathan Corbin, 155 Bartholomew St, Peabody, MA 01960-6227
30585311   +   Jonathan Corpuz, 1205 Quaint Dr., Plano, TX 75094-4654
30585313   +   Jonathan Coyotl, 2801 N Bristol, apt 57, Santa Ana, CA 92706-1059
30585314   +   Jonathan Crespo, 1900 Ashby Rd Sp 31, Merced, CA 95348-4008
30585316   +   Jonathan Dameworth, 406 W Colter St, Phoenix, AZ 85013-2066
30585317   +   Jonathan Danfifer, 20807 Bayport Drive, Riverside, CA 92508-2524
30585318        Jonathan Dupree, 6740 Davidson St Apt 222, The Colony, TX 75056-5946
30585319        Jonathan E. Brown, 35 Essex Street, Apt. 4A, NY, NY 10002-4715
30585320   +   Jonathan Etters, 5347 Nottingham Ave Apt 14, Saint Louis, MO 63109-2989
30585321   +   Jonathan Evans, 4009 Morningside Drive, Lynchburg, VA 24503-4311

District/off: 0752-1                          User: admin                                    Page 236 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                           Total Noticed: 30719

30585322   + Jonathan Ezell, 368 E Suncrest Loop, Slidell, LA 70458-1670
30585323   + Jonathan Fajardo, 9281 Chapman Ave, Apt. 206, Garden Grove, CA 92841-2543
30585324     Jonathan Fan, 8 Mowatt Court, Markham, ONTARIO L3T 6Y4, CANADA
30585325   + Jonathan Fernandez, 3400 Kyle crossing, Apt. 7202, Kyle, TX 78640-3039
30585326     Jonathan Feuillerat, 5838 Legacy Ln, South Beloit, IL 61080-9541
30585328   + Jonathan Fisher, 15831 Brisbane Dr., Selma, TX 78154-3812
30585327   + Jonathan Fisher, 2020 Highland Ct, LaGrange, KY 40031-7522
30585329     Jonathan Fleeman, 484 W Grace St, Republic, MO 65738-2746
30585330   + Jonathan Florentino, 353 S 200 W, Tooele, UT 84074-2642
30585331     Jonathan Foster, 5048 W TABLE TOP WAY, SOUTH JORDAN, UT 84009-1240
30585332   + Jonathan Frake, 9205 Summerwood Lane, Alpharetta, GA 30005-3513
30585333   + Jonathan Franco, 14376 Bent Pine Ct, Holland, MI 49424-1289
30585334   + Jonathan Frazier, 20822 Monza Loop, Land O Lakes, FL 34638-8541
30585335     Jonathan Garcia, 8591 W AMBIANCE CT, MAGNA, UT 84044-2798
30585336     Jonathan Garcia, 12328 Spry St, Norwalk, CA 90650-2069
30585337   + Jonathan Garland, 18 woodfield street, Nashua, NH 03062-2056
30585338   + Jonathan Gere, 1111 East Geneva Dr, Dewitt, MI 48820-8766
30585339     Jonathan Gierman, 722 Albany St, Ferndale, MI 48220-1829
30585340     Jonathan Gribble, 8-3397 Hastings St, Port Coquitlam, BRITISH COLUMBIA V3B4M8, CANADA
30585341     Jonathan Grzeslo, 2102 Chelsea Dr NW, Wilson, NC 27896-1475
30585342     Jonathan Hair, 857 Briarstone Dr, Greenwood, IN 46143-5503
30585343     Jonathan Hall, 1/98 Holbrook Street, Invermay, Tasmania 7248, AUSTRALIA
30585344     Jonathan Hendrick, 6 Tremont St, Concord, NH 03301-4422
30585345   + Jonathan Henry, 8 Lantern Ridge Road, Beacon Falls, CT 06403-1473
30585346     Jonathan Hernandez, 3600 Stingy Ln, Anderson, CA 96007-4711
30585347   + Jonathan Heywood, 1134 Wexford Park, Mount Pleasant, SC 29466-9388
30585348   + Jonathan Ho, 321 Joyce Ave, Arcadia, CA 91006-2929
30585350   + Jonathan Jones, 734 Woodland Drive, Harrisonburg, VA 22801-8700
30585351     Jonathan Jones, 44 Paul Hesser Dr, Lakeside Park, KY 41017-2556
30585352   + Jonathan Juarez, 3700 Cornhusker Hwy, Trlr 212H, Lincoln, NE 68504-3723
30585353   + Jonathan Katz, 17000 JEANETTE ST, SOUTHFIELD, MI 48075-7019
30585354     Jonathan Kingston, 190 E Canal Dr, Palm Harbor, FL 34684-1201
30585355     Jonathan Klok, Julianalaan 18, Bennekom, Gelderland, 6721EG, NETHERLANDS
30585356   + Jonathan Kwak, 18083 Royal Bonnet Cir., Gaithersburg, MD 20886-0443
30585357     Jonathan Lane, 4191 Duncan Creek Rd, Russellville, AL 35653-6107
30585358   + Jonathan Lees, 275 Midland Ave, River Edge, NJ 07661-1631
30585359   + Jonathan Liebelt, 6256 KIMBALL CT, SPRING HILL, FL 34606-5630
30585360     Jonathan Madson, 8653 W Paradise Ln, Peoria, AZ 85382-3539
30585361   + Jonathan Mancina, 3483 W 97th St, Hialeah, FL 33018-2026
30585362   + Jonathan Marrero, 1900 Sunset Dr, Hanover Park, IL 60133-5363
30585363     Jonathan Martell, PSC 476 BOX 1553, FPO, Armed Forces Pacific 96322-0016
30585364   + Jonathan Martin, 90 Middlebrook St., Harrisonburg, VA 22801-2712
30585365     Jonathan Mate, 43 Cosmos Dr, Rochester, NY 14616-4216
30585366   + Jonathan McCandless, 605 W 141st, Apartment 62, NY, NY 10031-6906
30585367     Jonathan Miller, 4577 Camp Betty Hastings Rd, Walkertown, NC 27051-9132
30585368     Jonathan Mitten, 427 Woodbark Ct, Mauldin, SC 29662-3270
30585369   + Jonathan Obregon, 232 w Taylor ave, La salle, CO 80645-3117
30585370     Jonathan Olsen, 21604 Parvin Dr, Santa Clarita, CA 91350-3037
30585371   + Jonathan Orth, 4294 Woodhall Road, COLUMBUS, OH 43220-4378
30585372     Jonathan Par, 2426 De Montarville, Appt. 409, Apt. 409, Longueuil, Quebec J4L 2K8, CANADA
30585373   + Jonathan Parker, 31 Justin Rd, Brighton, MA 02135-1631
30585374   + Jonathan Paul Loomis, 214 N Eastway Dr, Troutman, NC 28166-8610
30585375     Jonathan Pearson, 508 5th St SW, Chisholm, MN 55719-1930
30585376   + Jonathan Pelayo, 6051 E Nugget Ct, Anaheim, CA 92807-4719
30585377     Jonathan Perez, 735 NE Denver St, Roseburg, OR 97470-3527
30585378     Jonathan Phillips, 2721 BUCKINGHAM AVE, BETTENDORF, IA 52722-6662
30585379     Jonathan Picard, 147 Stone Hill Rd, Rumney, NH 03266-3016
30585380   + Jonathan Pierre-Louis, 3513 Newkirk Ave, Apt 3, Brooklyn, NY 11203-5545
30585381   + Jonathan Puckett, 19302 Hillford Ave., Carson, CA 90746-2658
30585382   + Jonathan Quarles, 5150 Mayspring, San Antonio, TX 78217-6401
30585383   + Jonathan Reed, 273 ash ave, Apt A, Apt A, CHULA VISTA, CA 91910-2383
30585384   + Jonathan Resendez, 6108 Abrams Road, Dallas, TX 75231-8019
30585385   + Jonathan Rice, 943 Schiller Ave, Louisville, KY 40204-2017

District/off: 0752-1                          User: admin                                    Page 237 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30585386  + Jonathan Robinson, 621 Spence enclave way, Nashville, TN 37210-3226
30585387    Jonathan Rodriguez, 1700 N PARK ST, UVALDE, TX 78801-3742
30585388  + Jonathan Rowe, 7350 Montgomery Rd, Unit #025, Cincinnati, OH 45236-7500
30585389    Jonathan Schenk, 1949 De Armand Ave, Cincinnati, OH 45239-4725
30585390  + Jonathan Schmitt, 230 Berthoud Trail, Broomfield, CO 80020-9676
30585391  + Jonathan Serenil, 12113 Dessau Rd, Apt 1202, Austin, TX 78754-2204
30585392  + Jonathan Shea, 39 Mount Hood Rd., Apt. 12, Boston, MA 02135-7321
30585393    Jonathan Shukin, 319 33rd Ave South, Creston, BC V0B1G1, CANADA
30585394    Jonathan Smallwood, 2445 Hickory Circle Dr, Howell, MI 48855-7660
30585395    Jonathan Suko, 16388 N Franklin Blvd Apt B2, Nampa, ID 83687-9369
30585396  + Jonathan Szpigiel, 241 Maple Street, West Hempstead, NY 11552-3203
30585397  + Jonathan T Hnizdor, 1431 Mill Street, Lincoln Park, MI 48146-2395
30585398  + Jonathan Thayer, 1430 East Chapman Avenue, Floor 1, Orange, CA 92866-2229
30585399  + Jonathan Thomas, 712 Ladson Court, Decatur, GA 30033-5383
30585400    Jonathan Titone, 35 Smith Pl, Cohasset, MA 02025-1710
30585401  + Jonathan Tomlinson, 2305 sky view lane, East Stroudsburg, PA 18302-8087
30585402  + Jonathan Tran, 3527 Naamans Dr, Claymont, DE 19703-2137
30585403  + Jonathan Tran, 1194 Fargate Circle, San Jose, CA 95131-3116
30585404  + Jonathan Vergara, 7145 Glencoe Harbor Ave, Las Vegas, NV 89179-1519
30585405    Jonathan Waugh, 58 Monroe Dr Unit 6, Rochester, NH 03867-6415
30585406  + Jonathan Weltback, 4915 Baymeadows Rd, Apt 10E, Jacksonville, FL 32217-4724
30585407    Jonathan Whitehead, 9402 Roxanna Dr, Austin, TX 78748-6102
30585408  + Jonathan Willard, 5214 Casa Grande Rd, Temple, PA 19560-1106
30585409    Jonathan Wood, 847 ARCHER GROVE RD, ATHENS, GA 30607-2860
30585410  + Jonathan Yokel, 201 North Franklin Street, Suite 3400, Tampa, FL 33602-5818
30585411  + Jonathan Zehnder, 39 Holloway Lane, Averill Park, NY 12018-9676
30585315  + Jonathan crew, 2143 twin falls rd, Decatur, GA 30032-6058
30585349  + Jonathan jauch, 801 gallup road, Fort collins, CO 80521-3103
30585412  + Jonathen Herrmann, 47 Broadway, B, Woodcliff Lake, NJ 07677-8085
30585413    Jonathon Dyer, Pobox 2477, Bunbury, WESTERN AUSTRALIA 6231, AUSTRALIA
30585414  + Jonathon Gonzalez, 9122 Painter Ave, Whittier, CA 90602-3560
30585415    Jonathon Kelley, 71 York St, Bridgeton, NJ 08302-2132
30585416    Jonathon Le, 7251 Comstock Ave Unit B, Whittier, CA 90602-1355
30585417  + Jonathon Powell, 834 Morgan St, Elgin, IL 60123-7314
30585418  + Jonathon Shealy, PO Box 7340, 2020 Alumni Drive, Winthrop University, Rock Hill, SC 29733-0001
30585419  + Jonathon Wutke, 333A State Street, Bangor, ME 04401-5532
30585420    Joncee McFarland, 4027 W Glendale St, Boise, ID 83703-5117
30585421  + Jonethan Duong, 8570 Mission Falls Circle, Elk Grove, CA 95624-3920
30585422    Joni Marcellino, 28711 Pacific Coast Hwy Apt 4, Malibu, CA 90265-3955
30585423  + Joni Riggs, 2308 Stone Circle, Bishop, CA 93514-7606
30585424    Joni Smith, 107 Walton Ave, Carlisle, PA 17013-1242
30585425    Jonna Smith, 420 Valley Ave E, Sumner, WA 98390-2337
30585427    Jonny Calderon, 52 Fallowfield Drive, Kitchener, ON N2C 2T3, CANADA
30585428    Jonny Onslow, 13 St. Marys Road, Penketh, Penketh, Warrington, ENGLAND WA5 2DT, UNITED KINGDOM
30585430    Jonty Lloyd, 9 Drover Court, Walkley Heights, SOUTH AUSTRALIA 5098, AUSTRALIA, 05098
30585431    Joop Hermans, Robijnstraat, 7A, BREDA, Noord-Brabant, 4817JD, NETHERLANDS
30585432  + Joosep Saar, 2710 Bayonne Avenue, Baltimore, MD 21214-1721
30585433  + Jooyoung Shin, 18 Williamsburg Ct, Unit 24, Shrewsbury, MA 01545-3434
30585434  + Jordan Adika, 3400 Fletcher Drive, Los Angeles, CA 90065-2175
30585435  + Jordan Agate, 11900 Suncrest Drive, Anchorage, AK 99515-3128
30585436    Jordan Aharoni, 7 Platinum Avenue, Richmond Hill, ONTARIO L4E5E2, CANADA
30585437    Jordan Apple, 1328 SW 123rd St, Oklahoma City, OK 73170-4903
30585438  + Jordan Aranda, 704 8th St, Baraboo, WI 53913-1717
30585440  + Jordan B Halliday, 4028 S Aura Dr, SLC, UT 84124-2175
30585441    Jordan Barajas, 9463 STEELE ST, C, ROSEMEAD, CA 91770-1566
30585442    Jordan Barnes, 18/11-17 Acton St, Sutherland, New South Wales, 2233, AUSTRALIA
30585443    Jordan Bates, 74 Lafayette St, Claremont, NH 03743-4734
30585444  + Jordan Batres, 503 MacArthur Dr, Daly City, CA 94015-2004
30585445  + Jordan Bell, 3996 Reflection Dock Drive, Seffner, FL 33584-5231
30585446  + Jordan Bischer, 1067 W Whittemore Ave, Flint, MI 48507-3641
30585447    Jordan Black, 3202 Unicorn Lake Blvd Apt 319, Denton, TX 76210-0147
30585448    Jordan Braiman, 271 Batson Dr, Newport News, VA 23602-6838
30585449  + Jordan Brist, 520 Fairview Ave, Missoula, MT 59801-8059

| | | |
|---|---|---|
| 30585451 | | Jordan Brooksby, 131 S 1500 W, Vernal, UT 84078-2209 |
| 30585452 | + | Jordan Brubaker, 789 NE 17th Avenue, Canby, OR 97013-2351 |
| 30585453 | | Jordan Buchholz, 2917 NE 2nd Ave, Camas, WA 98607-2310 |
| 30585454 | | Jordan Bush, 23 Wilson Street, Okotoks, Alberta T1S 1G1, CANADA |
| 30585455 | + | Jordan Castro, 192 Eagle Mountain Trail, Kyle, TX 78640-3199 |
| 30585456 | + | Jordan Champion, 937 EDGECREEK TRAIL, ROCHESTER, NY 14609-1884 |
| 30585457 | | Jordan Chapman, 29 Queenston Crescent, Hornell Heights, ON P0H 1P0, CANADA |
| 30585458 | | Jordan Chea, 1800 rue Yvette-brillon, Apt. 614, Montreal, Quebec, H4N0E4, CANADA |
| 30585459 | + | Jordan Clark, 313 Warren Ave, FRNT, Portland, ME 04103-1106 |
| 30585460 | | Jordan Collinson, 227 Norman Street, Ballarat North, Victoria 3350, AUSTRALIA |
| 30585461 | | Jordan Cott, 1 Fernie Street, 1101 Jefferson Place, Manchester, ENGLAND M4 4BN, UNITED KINGDOM |
| 30585462 | | Jordan Cruz, 781 Whitaker Way, Galt, CA 95632-8531 |
| 30585463 | + | Jordan DeCloedt, 15522 SE Francs St., Portland, OR 97236-2257 |
| 30585466 | + | Jordan DeYoung, 4062 Wilfred Avenue SW, Grandville, MI 49418-2328 |
| 30585464 | + | Jordan Delmonte, 59 Valley Brook Dr, Fairport, NY 14450-9345 |
| 30585465 | + | Jordan Delmonte, 3237 Allendorf St, Apt 1, Pittsburgh, PA 15204-1640 |
| 30585467 | + | Jordan Dorley, 29550 Cotton Rd, Chesterfield, MI 48047-5117 |
| 30585468 | + | Jordan Fleming, 4424 Gaines Ranch Loop, Apt. 1033, Austin, TX 78735-6538 |
| 30585469 | | Jordan Foster, 1007 E Main St, Bellevue, OH 44811-1556 |
| 30585470 | + | Jordan Gilliam, 5700 Lake District Dr, Apt. 107, The Colony, TX 75056-4391 |
| 30585471 | + | Jordan Gipson, 924 Painted Peak Way, Las Vegas, NV 89108-1886 |
| 30585472 | | Jordan Griffiths, 1450 S Reed St Apt 312, Lakewood, CO 80232-5547 |
| 30585473 | | Jordan Grobe, 3460 14TH ST NW APT 259, WASHINGTON, DC 20010-4402 |
| 30585474 | | Jordan Havlicek, 1010 N 2nd St, Renton, WA 98057-5747 |
| 30585475 | | Jordan Hill, 3028 Boulder Ave, Billings, MT 59102-2030 |
| 30585476 | | Jordan Hopper, 132 E 7th St, Berwick, PA 18603-3123 |
| 30585477 | + | Jordan Imel, 131 N Sycamore St., St. Henry, OH 45883-9672 |
| 30585478 | + | Jordan Jenquin, 144 Hawkeye Ct, Apt 208, Iowa City, IA 52246-2857 |
| 30585479 | | Jordan Jiovenetta, 3475 Fort Ave Apt 327, Lynchburg, VA 24501-3834 |
| 30585480 | | Jordan Jordan, 11 Carpenter Way, Armonk, NY 10504-1451 |
| 30585481 | + | Jordan Kenyon, 1014 E Wabash St, Converse, IN 46919-9643 |
| 30585482 | | Jordan King, 5306 Edmondson Pike Apt 2, Nashville, TN 37211-5815 |
| 30585483 | | Jordan Krall, 58 Erica Drive, Lacombe, Alberta T4L 0H4, CANADA |
| 30585484 | + | Jordan Kress, 2639 Lakeveiw Road, AMERICAN FLS, ID 83211-5239 |
| 30585485 | + | Jordan Kurz, 2019 E. 58th st., Savannah, FL 31404-4721 |
| 30585486 | + | Jordan L McMichael, 401 n Vermont ave, Royal oak, MI 48067-2098 |
| 30585487 | + | Jordan Leyba, 5060 Kokopelli CT NE, Rio Rancho, NM 87144-0882 |
| 30585488 | + | Jordan Lindholm, 6106 S Wallflower Pl, Boise, ID 83716-7015 |
| 30585489 | | Jordan Lopez, 356 BLUFFDALE ST, MONTEREY PARK, CA 91755-7302 |
| 30585490 | + | Jordan Lower, 1725 SE RIDGEWOOD DR, Blue Springs, MO 64014-3441 |
| 30585492 | | Jordan Malonzo, 105 Ashdale Boulevard, Perth, WESTERN AUSTRALIA 6065, AUSTRALIA |
| 30585493 | | Jordan Mannfeld, 1623 English Ave, Indianapolis, IN 46201-3911 |
| 30585494 | | Jordan Marasco, 208 Tompkins Rd, Montgomery, NY 12549-1246 |
| 30585495 | + | Jordan Marquis, 37 Mill St, Southington, CT 06489-3005 |
| 30585496 | + | Jordan Martinez, 3718 sw manak st, port saint lucie, FL 34953-7705 |
| 30585497 | + | Jordan Martinez, 616 Memorial Heights Drive, Apt. 9104, Houston, TX 77007-6058 |
| 30585498 | + | Jordan Masters, 2501 9th Rd S, Apt. 213, Arlington, VA 22204-9702 |
| 30585499 | + | Jordan McCarthy, 1117 W King St, Banning, CA 92220-1815 |
| 30585500 | + | Jordan McCormick, 615 e stonefly dr, Sandy, UT 84070-0545 |
| 30585501 | + | Jordan McGee, 2304 Andrew Place, Nashville, TN 37216-4302 |
| 30585502 | + | Jordan Meredith, 2102 Round Lake Dr., Houston, TX 77077-6127 |
| 30585504 | | Jordan Miller, 25 Thunder Grove, 209, Apt. 209, Scarborough, ONTARIO M1V 3M2, CANADA |
| 30585505 | | Jordan Montoya, 13303 Nutmeg St, Moreno Valley, CA 92553-6863 |
| 30585506 | | Jordan Moore, 8 Surman Street West, Birkdale, QUEENSLAND 4159, AUSTRALIA |
| 30585507 | + | Jordan Morin, 2875 Garrick Pl, Fremont, CA 94555-1414 |
| 30585508 | | Jordan Newland, 4555 Hagan Rd, Meggett, SC 29449-5914 |
| 30585509 | | Jordan Nicholas Steinke, Hohler Weg 8, Hamburg 20459, GERMANY |
| 30585510 | | Jordan Nieves, 14 Judson Ave, Ardsley, NY 10502-2213 |
| 30585511 | | Jordan Nunez, 134 S 15th St, Easton, PA 18042-4041 |
| 30585512 | | Jordan Ouellet, 644 Rue Forand, Granby, Quebec, J2J 2A9, CANADA |
| 30585513 | | Jordan Paculba, 3401 Iron Point Dr Apt 496, San Jose, CA 95134-3411 |
| 30585514 | | Jordan Paul Kerr, 1041 Gardenia Court, Victoria, bc V8Z6W6, CANADA |
| 30585515 | + | Jordan Permenter, 19 West 103rd Street, 505, NY, NY 10025-4657 |

District/off: 0752-1                                          User: admin                                          Page 239 of 507
Date Rcvd: Jan 04, 2024                                    Form ID: 309C                                    Total Noticed: 30719

30585516          Jordan Perry, 819 ROCKLAND AVE, CHARLOTTESVLE, VA 22902-6352
30585517      +   Jordan Phipps, 1715 W Main St, Apt A, Richmond, VA 23220-4634
30585518      +   Jordan Pope, 7648 Bear Forest RD, Hanover, MD 21076-1279
30585520          Jordan Poulin, 25470 Wharton Dr, Stevenson Ranch, CA 91381-1725
30585521      +   Jordan R Hupp, 5813 Miss Coral ct, VIRGINIA BEACH, VA 23462-6473
30585522          Jordan Reed, 6162 Ayers Rd, Albany, OH 45710-9493
30585523          Jordan Reiman, 9700 45th Ave N Apt 409, Plymouth, MN 55442-2671
30585524      +   Jordan Richard Roberts, 2451 E LANGSTON ST, Springfield, MO 65804-2649
30585525          Jordan Rios, 1224 8th St, Argyle, TX 76226-1680
30585526      +   Jordan Rivera, 3247 Ampere Ave, Bronx, NY 10465-1035
30585527          Jordan Rivers, 307 S St NE Apt 16, WA, DC 20002-1573
30585528          Jordan Rodriguez, 6912 N 39th St, McAllen, TX 78504-5440
30585529      +   Jordan Russell, 15864 Twin Dr., La Pine, OR 97739-9064
30585530          Jordan Schaefer, 5201 Rickman Rd, Cookeville, TN 38506-7725
30585531      +   Jordan Schonberger, 6737 Sylmar Avenue, Van Nuys, CA 91405-4727
30585532          Jordan Shade, 3/7 Wild Cherry Road, Ormond, VICTORIA 3204, AUSTRALIA
30585533      +   Jordan Shively, 4512 SE 4th St, Renton, WA 98059-5126
30585535      +   Jordan Stanon, 1333 Hancock st, 1R, Brooklyn, NY 11237-6140
30585536          Jordan Suaste, Webstore
30585537          Jordan Sutton, 1358 W ELMDALE AVE APT 2, CHICAGO, IL 60660-2544
30585538      +   Jordan Tafoya, 210 S 10th St, Laramie, WY 82070-4043
30585539          Jordan Townsend, 4146 Broadway, Sacramento, CA 95817-3462
30585540      +   Jordan Warnock, 29 Wall Street, Apt 111, Foxboro, MA 02035-3073
30585541          Jordan Warren, 118 Reservoir Road, Gloucester, England, GL4 6RY, UNITED KINGDOM
30585543      +   Jordan Welty, 8547 n 100 w, Fountaintown, IN 46130-9774
30585544      +   Jordan Welu, 131 Kent St., Brookline, MA 02445-6920
30585545          Jordan Westerfield, 2665 Patterson Rd, Florissant, MO 63031-1705
30585546          Jordan Whitaker, 4740 Seascape Way Apt 207, Jacksonville, FL 32224-0645
30585547          Jordan White, 124 Olcott Ave, Croton on Hudson, NY 10520-2533
30585548          Jordan Wood, PO Box 7247, DUFFY, Australian Capital Territory, 261, AUSTRALIA
30585491      +   Jordan lucio, 2429 135th pl sw, Lynnwood, WA 98087-1212
30585542          Jordan webb, 1408 Cedar Dr, Adel, IA 50003-1660
30585549          Jordana Lutter, Mein Street, May-68, Scarborough, Queensland, 4020, AUSTRALIA
30585550          Jordi Rodas GUA51735, 6910 NW 46 ST GUA51735, Miami, FL 33166-5640
30585551          Jordi van der Plank, Pluim-es, Apt. 87, Krimpen aan den Ijssel, Zuid-Holland, 29, NETHERLANDS
30585552          Jordin Gegare, 2987 Holmgren Way Apt 9, Ashwaubenon, WI 54304-5784
30585553      +   Jordin Wommack, 501 Colorado Blvd, Apt 5, Denver, CO 80206-4556
30585554      +   Jordon tullis, 2407 Harbor Point Parkway, Sandy Springs, GA 30350-5846
30585555      +   Jordy Carrasco, 5718 46th St, Lubbock, TX 79414-1419
30585556      +   Jordy Gonzalez, 11025 T Plaza, Apt. 205, Omaha, NE 68137-3991
30585557      +   Jordyn Galeazzi, 615 Utah Ave s, Golden Valley, MN 55426-1331
30585558          Jordyn Jurski, 6130 Flanders Rd, Sylvania, OH 43560-1724
30585559          Jordyn Marcellus, 30 Walmer Road, Suite 103, Toronto, ONTARIO M5R2W3, CANADA
30585560      +   Jordyn Newman, 10 Antelope Pl, North Sioux City, SD 57049-5308
30585561      +   Jordyn Rea, 10200 Wing Road, Cheboygan, MI 49721-9602
30585563          Jordyn Sielski, 711 Budz Court, Saskatoon, SK S7N 4N6, CANADA
30585562      +   Jordyn robinson, 5503 Allemende Avenue, Katy, TX 77493-5045
30585564          Jorga Dupont, 28809 40th Ave S, Auburn, WA 98001-2518
30585565          Jorge Bardales, 2022 S 124th St, Seattle, WA 98168-2345
30585566          Jorge Barragan, 15930 ALTA MAR DR, HOUSTON, TX 77083-3932
30585567      +   Jorge Betancourt, 4433 Pike Road, Raleigh, NC 27613-4047
30585568          Jorge Camacho, 1708 SOUTH DR, VENUS, TX 76084-3437
30585569      +   Jorge D Torre Jr, 20030 River Brook Dr, Houston, TX 77346-1260
30585570          Jorge De Vivo, 1350 NW 121 Avenue, Suite 400M - MVD44088, Miami, FL 33182-1542
30585572      +   Jorge Garcia, 663 Rebeca Ave, Sanger, CA 93657-4128
30585573          Jorge Garcia Jr, 1195 Shoreland Dr, San Jose, CA 95122-3034
30585574          Jorge Jimenez, 4611 181st Pl SW, Lynnwood, WA 98037-4621
30585575          Jorge Julian Rodriguez, Urb Monte Verde 3106, Manati, PUERTO RICO 674, PUERTO RICO
30585576      +   Jorge Lopez, 13841 SW 38th st, Miami, FL 33175-6451
30585577          Jorge Magana, 1501 Del Monte Ave, Salinas, CA 93905-3601
30585578      +   Jorge Martinez, 2120 16th St NW Apt 603, Apt. 603, Washington DC, DC 20009-6537
30585580      +   Jorge Quintero, 148 Castlegate Ln, Houston, TX 77065-2052
30585581      +   Jorge Romero, 922 QUITMAN ST, DENVER, CO 80204-3053

30585579   + Jorge miranda, 15743 lapaz ct, Oak forest, IL 60452-2925
30585582     Joris Timmerman, Grachtje over 5, Hoorn, NOORD HOLLAND 1625PG, NETHERLANDS
30585583     Jorja Clark, 322 FAIRMOUNT DR, EDGEWATER, MD 21037-2918
30585585     Jos Tan, 526 SAINT MARKS AVE, WESTFIELD, NJ 07090-1344
30585586     Joschua Lindemann, Neuer Weg 5, Hude, Niedersachsen, 27798, GERMANY
30585587     Jose Arauza, 23680 Cowie Ave, Perris, CA 92570-8523
30585588     Jose Bautista-Zaragoza, 602 Caroline Ct, Lancaster, SC 29720-3283
30585589   + Jose Beltran, 14504 Austin Rd, Clearlake, CA 95422-8212
30585590     Jose Boonstra, Sprang 1, Apt. 1, Tollebeek, FLEVOLAND 8309BC, NETHERLANDS
30585591     Jose Boonstra, Sprang 1, Tollebeek, FLEVOLAND 8309BC, NETHERLANDS
30585592     Jose Bustamante, 13638 Olive St, Baldwin Park, CA 91706-2318
30585593   + Jose Cacho, 713 East E Street, Ontario, CA 91764-3820
30585594     Jose Contreras-Blanco, 382 Chinaberry Ln, Angier, NC 27501-8471
30585595   + Jose Correa, 10750 Barlow Avenue, B, Lynwood, CA 90262-2076
30585596     Jose Cuevas, 6123 w Claremont st, Phoenix, AZ 85017
30585597   + Jose Diaz, 1485 De Rose Way, Unit 123, San Jose, CA 95126-4111
30585598   + Jose Dominguez, 1758 hanover street, Yorktown heights, NY 10598-4610
30585601     Jose Francisco Mendez Santos, Cond. Monte de los Frailes, 7 Calle Un Apt 604, Guaynabo, PUERTO RICO 971, PUERTO RICO
30585602   + Jose Galarza, 25710 Bottlebrush Sedge, Katy, TX 77493-5058
30585603     Jose Gonzalez Diaz, 620 A St, C-400371, Wilmington, DE 19801-5330
30585604     Jose Javier Mendo Almaraz, Calle Derecha de Toro. 22, Fuentesauco, ZAMORA 49400, SPAIN
30585606     Jose Lopez, 313 Magnolia Springs Trce, Canton, GA 30115-7904
30585607   + Jose Luis Del Valle, 6005 W Berenice Ave, Chicago, IL 60634-2540
30585608   + Jose Luis Torres, 3472 NYELAND AVE, oxnard, CA 93036-8821
30585610     Jose Medrano, 3016 Pickett Rd Apt 602, Durham, NC 27705-6082
30585611   + Jose Mendez, 620 38th St, Apt. 401, Union City, NJ 07087-1524
30585612   + Jose Millan, 12130 Margis st, Corona, CA 92883-5216
30585613   + Jose Nunez, 7706 Lorraine Ave, Stockton, CA 95210-4212
30585614     Jose Ochoa, 4475 Pow Way, Sacramento, CA 95820-2542
30585615   + Jose Pena, 417 Clayton Street, San Francisco, CA 94117-1911
30585616   + Jose Pineda, 12559 Moorland Dr, Homer Glen, IL 60491-7959
30585617     Jose Polanco, 806 W Arlington Rd, Erie, PA 16509-2150
30585618     Jose Regalado, 1218 S STEWART ST, SALT LAKE CTY, UT 84104-3345
30585619     Jose Romero, 16012 COUNTY ROAD 19, FORT MORGAN, CO 80701-7129
30585621     Jose Sanchez, 309 N CHANNEL DR, ROUND LK BCH, IL 60073-2527
30585620   + Jose Sanchez, 635 40th St, Apt 101, Ogden, UT 84403-1818
30585622   + Jose Santiago, 2465 SE Rival Ave, Port St Lucie, FL 34952-6764
30585623     Jose Soria, 994 Pinewood Ave, Sanger, CA 93657-8756
30585625     Jose Tapia, 4055 INCA ST APT 347, DENVER, CO 80211-2684
30585627   + Jose Torres, 3902 Amberwood Dr, Addison, TX 75001-4426
30585626   + Jose Torres, 3902 Amberwood Drive, Addsion, TX 75001-4426
30585628     Jose Valle, 1515 5TH AVE N APT 460, NASHVILLE, TN 37208-2879
30585629   + Jose Vasquez, 2619 Buffalo Pass Dr, San Antonio, TX 78245-2579
30585630     Jose Verdin, 18100 Roscoe Blvd Apt 11, Northridge, CA 91325-4250
30585631     Jose Villa, 17815 8th Ave NE, Shoreline, WA 98155-3605
30585632   + Jose Z Rivera, 393 Pemberton Dr, Elyria, OH 44035-8885
30585600   + Jose esquivel flores, 12703 48th Ave ne, Apt 2, Everett, WA 98271-8636
30585624   + Jose tapia, 4201 stillwell ave, Apt. 2, Los angeles, CA 90032-1249
30585633   + Josef Deleon, 900 s river rd, 2c, Des plaines, IL 60016-6760
30585634     Josef Kudrna, Semice 351, Semice 289 17, CZECH REPUBLIC
30585635     Josef Trenow, 10 Mockingbird Ct, Wishart, QUEENSLAND 4122, AUSTRALIA
30585636     Joselynne Macias, 921 Daisy Dr, Los Fresnos, TX 78566-3504
30585637   + Josemar Gonzalez, 482 W. San Ysidro Blvd. #2321, San Ysidro, CA 92173-2444
30585638   + Joseph, 322 West Osceola Ave, Reed City, MI 49677-1336
30585639     Joseph, Mangini, Turnersville, NJ 08012
30585640     Joseph Abreo, 3966 Donald Ave, Riverside, CA 92503-3808
30585641   + Joseph Aluise, 1108 South Homewood Dr, Charleston, WV 25314-1719
30585642     Joseph Anselmi, 37110 Tadpole Trl, Magnolia, TX 77355-2747
30585643     Joseph Anselmo, 277 Taylor Rd, Pittsboro, NC 27312-7586
30585644     Joseph Anthony Biagi, 4250 NE 22nd Ave, Fort Lauderdale, FL 33308-5628
30585646     Joseph Barroso, 1325 14th St, Peru, IL 61354-1837
30585647   + Joseph Bartus, 2180 N Amethyst Pl, Meridian, ID 83646-3418
30585648     Joseph Bell, 4039 Kaplan Drive, Raleigh, NC 27606

30585649    + Joseph Bernazzoli, 4435 Rodenbaugh Avenue, Pittsburgh, PA 15214-1207
30585650    + Joseph Bonavia, 235 Albany St, 3121C, Cambridge, MA 02139-4230
30585651    + Joseph Bowers, 4112 Fairfield Avenue, Fort Wayne, IN 46807-2321
30585652      Joseph Breault, 627 Summer Dr, Conway, SC 29526-9351
30585653      Joseph Cagle, 942 N Highland Ave, Girard, OH 44420-2024
30585654    + Joseph Caswell, 3400 W dill rd, Englewood, CO 80110-5228
30585655    + Joseph Cavallo, 6992 Badger Drive, Canal Winchester, OH 43110-1333
30585656    + Joseph Chapman, 6716 Freehaven Dr, Sacramento, CA 95831-2844
30585657    + Joseph Christ, 1192 Church Rd., Angola, NY 14006-8830
30585658    + Joseph Connors, 417 W Peace St, Apt 728, Raleigh, NC 27603-5040
30585659    + Joseph Covington, 1333 Catlette St, Apex, NC 27523-3713
30585660      Joseph Crotty, 8512 82nd St SW Apt 301, Lakewood, WA 98498-7274
30585661      Joseph Cullen, 1420 Dickerson Bay Dr, Gallatin, TN 37066-5511
30585662    + Joseph D Mozdy, 10 Raylen Drive, Boiling Springs, PA 17007-9776
30585663      Joseph Davis Jr, 907 Walnut Grove Rd, Essex, MD 21221-5906
30585664      Joseph DiGerolamo, 29 E Macon Ave, Staten Island, NY 10308-1314
30585665    + Joseph Dirkson, 5636 Greenwood Road, Decatur, TX 76234-7115
30585666    + Joseph Dominic Motz, 8029 England Court, Mountain Home Air Force Base, ID 83648-1093
30585667      Joseph Duazo, 6904 N 1st St, McAllen, TX 78504-1909
30585668      Joseph Dyar, 5550 Freight Line Way, Plain City, OH 43064-2714
30585669    + Joseph Emery McVicar, 420 West Breckinridge Street, Apt C2, Louisville, KY 40203-2193
30585670    + Joseph Fagyas, 5214 Spring Creek Dr, Sachse, TX 75048-4140
30585671    + Joseph Falcone, 7705 Raymond Drive, Millville, NJ 08332-5925
30585672      Joseph Fazio, 144 Cochrane St, Melrose, MA 02176-1433
30585673      Joseph Federico, 389 S 15th St, Lindenhurst, NY 11757-4445
30585674      Joseph Ferree, 1600 N MARTEL AVE, A, LOS ANGELES, CA 90046-3580
30585675    + Joseph Fochtman, 305 East Yager Lane, apt 112, Austin, TX 78753-1662
30585676      Joseph Ford, 333 Flat Rd, Bethel, ME 04217-3019
30585677    + Joseph France, 6789 John Dr, Canal Winchester, OH 43110-1279
30585678      Joseph Fullwood, 50 Aaron Ct, Ellijay, GA 30536-6966
30585679      Joseph Gao, 2200 Lasalle St Apt 416, Saint Louis, MO 63104-2769
30585680      Joseph Geraty, 10697 N Sagecrest Pl, Boise, ID 83714-9562
30585681    + Joseph Giunta, 40149 181st st, Po box 61, Wannaska, MN 56761-0061
30585682    + Joseph Gould, 7059 Maple Street Rd, Basom, NY 14013-9770
30585684    + Joseph Henley, 23 Smith Corner Rd., Newton, NH 03858-4008
30585685    + Joseph Hinton, 36 Sherrill Street, Starkville, MS 39759-1113
30585686      Joseph Hodson, 3440 W MENDOCINO AVE, STOCKTON, CA 95204-1207
30585687    + Joseph Hofmeister, 1827 Fletcher Ave, Indianapolis, IN 46203-1311
30585688    + Joseph Hurt, 7351 Paseo Capuchina, Carlsbad, CA 92009-8692
30585689      Joseph Jensen, 3800 W Viso St, Meridian, ID 83646-1292
30585690    + Joseph Johnson, 4641 Fulton Ave, Unit 306, Sherman Oaks, CA 91423-3280
30585691    + Joseph Junkert, 33 66 1/2 Way NE, Fridley, MN 55432-4204
30585692      Joseph Kidd, 125 Cassels Road East, Whitby, ONTARIO L1M 1E5, CANADA
30585693    + Joseph Landeros, 21 Gamay Ct, Apt 25 F, Red Bluff, CA 96080-2986
30585696      Joseph LePoidevin, 22747 NE Halsey St, G126, Fairview, OR 97024
30585694      Joseph Lee, 6 Coates Avenue, London, ENGLAND SW18 2TH, UNITED KINGDOM
30585695      Joseph Legan, 48 Jennings Dr, Palmyra, VA 22963-3337
30585697      Joseph Lopez, 1050 Monroe St Apt A, Jackson, MS 39202-2795
30585698      Joseph Lord, 1498 Brookside Ave Apt 140, Redlands, CA 92373-4449
30585699    + Joseph Lyons, 18 Melissa Path, Center Moriches, NY 11934-1523
30585700    + Joseph M Johnson, 628 Woodland Ave, Northvale, NJ 07647-1114
30585701    + Joseph Madden, 620 Town Bank Road, B14, Cape May, NJ 08204-3546
30585702    + Joseph Makarewich, 2301, W Eldred Drive, Tampa, FL 33603-2713
30585703    + Joseph Mangini, 1017 Putnam Place, Turnersville, NJ 08012-1329
30585704    + Joseph Mantilla, 404 Jean Wells Dr, Goose Creek, SC 29445-3613
30585705    + Joseph Matthew Carpenter, 10214 Sutters Court, Indianapolis, IN 46229-2429
30585706    + Joseph Medina, 2037 Briarwood St, Corpus Christi, TX 78412-4511
30585707    + Joseph Megenity, 41700 Gardenbrook Road, Suite 135, Novi, MI 48375-1325
30585708    + Joseph Middleton, 3852 S Lake Drive, St. Francis, WI 53235-5229
30585709    + Joseph Miller, 221 Norris Drive, Clyde, OH 43410-2073
30585710    + Joseph Morgan, 11534 turn stone ct, charlotte, NC 28226-3985
30585711    + Joseph Neff, 1210 Chestnut St Unit 401, Philadelphia, PA 19107-4856
30585712    + Joseph Niederriter, 401 31st Street, Bellingham, WA 98225-6541

District/off: 0752-1                                      User: admin                                      Page 242 of 507

Date Rcvd: Jan 04, 2024                                   Form ID: 309C                                   Total Noticed: 30719

30585713          Joseph Nieves, 2715 N Poinciana Blvd Apt 130, Kissimmee, FL 34746-5295
30585715    +     Joseph OConnell, 27 N Webster St, Apt 506, Madison, WI 53703-3428
30585716          Joseph Ouellette, 14521 Islip Cir Apt 3307, Fort Worth, TX 76155-3057
30585717    +     Joseph P Leone, 3736 North Progress Circle, Las Vegas, NV 89108-5455
30585719          Joseph P Smokonich, 240 Gatehouse Cir, Doylestown, PA 18901-2486
30585720    +     Joseph Patterson, 2018 Royal Vista Ct, Orlando, FL 32817-4203
30585721          Joseph Paul, 15202 LINDHALL WAY, WHITTIER, CA 90604-1547
30585722    +     Joseph Philip Kuenz, 2140 Pearl Street, Apt. 203, Nacogdoches, TX 75965-3498
30585723          Joseph Phinikas, 61 Gloucester Drive, Ground Floor Flat, London, ENGLAND N4 2LJ, UNITED KINGDOM
30585724    +     Joseph Picataggio, 658 Great Ridge Parkway, Chapel Hill, NC 27516-4240
30585726    +     Joseph R Hallam, 8705 Providence Drive, Fishers, IN 46038-5238
30585727    +     Joseph Raabe, 1410 E 18th Street, Big Spring, TX 79720-5816
30585728    +     Joseph Radwan, 263 KIRKWOOD DR, BUFFALO, NY 14224-1873
30585729    +     Joseph Reed, 2937 Shades valley Ln, Apt. 2937, Gainesville, GA 30501-7439
30585730    +     Joseph Regan, 805 Larkin Ave, Creve Coeur, MO 63141-7738
30585731    +     Joseph Rivera, 401 Glenbrook Rd, Stamford, CT 06906-2123
30585732    +     Joseph Roberts, 322 West Osceola Ave, Reed City, MI 49677-1336
30585733    +     Joseph Rowe, 4242 E West Hwy, Apartment 1116, Bethesda, MD 20815-5954
30585734    #+    Joseph Runnels, 5816 E 103RD ST, Tulsa, OK 74137-7073
30585735    +     Joseph Runnels, PO Box 4626, Tulsa, OK 74159-0626
30585736          Joseph Sanchez, 4138 Kimberly Ln, Oceanside, CA 92056-3423
30585737          Joseph Sanderson, 3 Claydon Road, Blunsdon St Andrews, Swindon, England, SN25 2ED, UNITED KINGDOM
30585738    +     Joseph Savio, 151 Pheasant Lane, Branford, CT 06405-5927
30585739          Joseph Schlote, 5205 Highway Nn, Catawissa, MO 63015-2412
30585741    +     Joseph Selvaggio, 6507 Marsol Road, Apt. 204, Mayfield Heights, OH 44124-3513
30585742          Joseph Sgro, 7050 Weston Road, Suite 400, Woodbridge, Ontario, L4L8G7, CANADA
30585744    +     Joseph Snipe, 4655 Anille way, Apt 457, Colorado Springs, CO 80917-4466
30585745    +     Joseph Spiezio, 4142 Shelley Dr, North Olmsted, OH 44070-1948
30585747    +     Joseph Stelluto, 128 Manchester St, Leominster, MA 01453-4040
30585748          Joseph Swiger, 127 Bonfili Ln, Morgantown, WV 26501-2224
30585749    +     Joseph T Bohac, 10554 Rocking M Trail, Helotes, TX 78023-4034
30585750          Joseph Taylor, 37 Garfield Avenue, Greater Manchester, Manchester, England M19 3LE, UNITED KINGDOM
30585751          Joseph Theodosi, 60 Halstead Road, London, England N21 3DS, UNITED KINGDOM
30585752    +     Joseph Theroux, 442 Park Ave, Woonsocket, RI 02895-5340
30585754    +     Joseph Tretick, 11900 Winterthur Lane, Apt. 101, Reston, VA 20191-1917
30585755          Joseph Udas, 117 Paul Revere Dr, Madison, AL 35758-7361
30585757          Joseph Vincent, 109 E Tate St, Robinson, TX 76706-5731
30585758    +     Joseph Waller, 917 Willow St, La Crescent, MN 55947-1478
30585759          Joseph Weidmayer, 9484 Pleasant Lake Rd, Ann Arbor, MI 48103-9369
30585760    +     Joseph Werne, 4481 NW 99th Way, Sunrise, FL 33351-4765
30585761    +     Joseph Whitman, 1719 middle street, Apt. 2, Pittsburgh, PA 15215-2615
30585762          Joseph Wilford, 3 The Paddocks, Mileham, Mileham, ENGLAND PE32 2QY, UNITED KINGDOM
30585763    +     Joseph Wilkinson, 2501 AVENUE G, Scottsbluff, NE 69361-1560
30585765    +     Joseph Zitkus, 22910 Harvest Mill Cir, Santa Clarita, CA 91350-5859
30585714          Joseph nixon, 8419 pamunkey rd, Fredericksburg, VA 22553
30585725    +     Joseph ponzo, 40 pinewood road, Howell, NJ 07731-1418
30585753          Joseph thomas, 24 Kestrel Way, Clacton-On-Sea, England, CO154JE, UNITED KINGDOM
30585764    +     Joseph zappia, 460 Natoma street, Apt. 17, San Francisco, CA 94103-2982
30585767    +     Josephine Love, 105 White Oak Road Ext., Arden, NC 28704-9590
30585766          Josephine iaci, 2746 West 11th Avenue, Vancouver, BC V6K2L9, CANADA
30585768    +     Josh Ahadian, 53 Grove St, Apt B, Boston, MA 02114-4426
30585769          Josh Alba, 9011 Covent Garden St, Houston, TX 77031-3015
30585770          Josh B Glass, 5979 Pagent Ln, Huber Heights, OH 45424-2149
30585771          Josh Baddiley, Flat 20 John Keall House, London, England SW15 1DJ, UNITED KINGDOM
30585772          Josh Baldwin, 95 Windward Avenue, Fleetwood, ENGLAND FY76FE, UNITED KINGDOM
30585773    +     Josh Barbour, 1470 Windlass Rd, Moneta, VA 24121-2162
30585774    +     Josh Beamsley, 2821 E Belleview Pl, Apt 1, Milwaukee, WI 53211-3805
30585775          Josh Bear, 20043 Gleedsville Rd, Leesburg, VA 20175-8854
30585776          Josh Bester, 552 Clipper Drive, Waterloo, ONTARIO N2K4B5, CANADA
30585777          Josh Boyd, 9793 NE 134th Ave, Maxwell, IA 50161-4303
30585778          Josh Brady, 24340 S Pine Ridge Dr, Monee, IL 60449-8652
30585779    +     Josh Breeden, 4358 Country View Dr., Floyds Knobs, IN 47119-9311
30585780    +     Josh Brewer, 1587 Tempest Court, bozeman, MT 59718-6106

District/off: 0752-1                          User: admin                                    Page 243 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                              Total Noticed: 30719

30585781              Josh Brown, 8303 Arden Dr, Salisbury, MD 21804-2233
30585782          +   Josh Buckley, 1920 Arden Creek Pl, Apt. 1311, Charlottesville, VA 22901-5641
30585783          +   Josh Buhangin, 20 N State St, Apt. 301, Chicago, IL 60602-3586
30585784              Josh Butler, 9 Malcolm Crescent, Caledonia, Ontario, N3W0C8, CANADA
30585785          +   Josh Chamblee, 313 Kinross Circle, Pelham, AL 35124-6308
30585786              Josh Daly, 700 6th Street South, Cranbrook, BC V1C 1L3, CANADA
30585787          +   Josh Dean, 953 morris road, kent, OH 44240-4003
30585788          +   Josh Del Rey, 1027 ISLAND SHORES DR, Greenacres, FL 33413-2115
30585789          +   Josh Dennis, 1164 Adena Way, San Marcos, CA 92069-8123
30585790              Josh Duncan, 474 Church St, Comox, BC V9M 2E8, CANADA
30585792          +   Josh Ejnes, 1910 W. Montrose Ave., Apt. 3, Chicago, IL 60613-1012
30585793              Josh F, 558 Franklin St, Freeport, PA 16229-1218
30585794              Josh Freeman, 39 Galton Road, Birmingham, England, B67 5JX, UNITED KINGDOM
30585795              Josh Gibbs, 8587 W Hampden Ave Apt 208, Lakewood, CO 80227-4785
30585796          +   Josh Grapes, 22 S Water St, Frostburg, MD 21532-1718
30585797              Josh Green, 97 Dunlap Cir, Oxford, MI 48371-5210
30585798          +   Josh Greer, 146 E. Hobart Ave., Findlay, OH 45840-5246
30585799              Josh Halper, 123 S Figueroa St Apt 1712, Los Angeles, CA 90012-5492
30585800          +   Josh Hampshire, 5924 Earnshaw Street, Shawnee, KS 66216-2020
30585802          +   Josh Huddleston, 1648 Farmington Dr, Cookeville, TN 38501-0742
30585803              Josh Humphries, 1312 Ballyshannon Dr, Bloomington, IL 61704-4113
30585804              Josh Jensen, 3761 Canyon Way, Martinez, CA 94553-3713
30585805          +   Josh Johansen, 500 South Street, Apt. 214, Lafayette, IN 47901-1892
30585806          +   Josh Joseph, 24325 scotia, oak park, MI 48237-1787
30585807          #   Josh Kelly, 833 Creighton Rd, Fleming Island, FL 32003-7010
30585808              Josh Key, Berriedale, 17 Ann Street, Blairgowrie, Scotland PH10 6EF, UNITED KINGDOM
30585809          +   Josh Kierzek, 4029 S Lipton Ave, St Francis, WI 53235-4713
30585810          +   Josh Kincannon, 1425 Dulong Ave, Madison Heights, MI 48071-4811
30585811          +   Josh Klein, 24 Sagamore Ave, Medford, MA 02155-2108
30585812          +   Josh Knott, 9222 W Parkside Ln, Peoria, AZ 85383-4261
30585814          +   Josh Lackey, 210 Bird Nest Alley, Nolensville, TN 37135-8438
30585815          +   Josh Larson, 2820 Moraga Ave. SE, Albany, OR 97322-6482
30585816              Josh Martin, 370 Sprauer Rd, Petaluma, CA 94952-1082
30585817          +   Josh McCleary, 909 SE 12th Ave, Apt. 209, Portland, OR 97214-2580
30585818              Josh McDowell, 3320 Summerland Hills Loop, Lakeland, FL 33812-6352
30585819          +   Josh McGovern, 1765 Corina Dr SE, Salem, OR 97302-1621
30585821          +   Josh Meyers, 105 Lafayette Drive, Washington s Crossing, PA 18977-1413
30585822          +   Josh Miller, 16231 Canyon Shadow, San Antonio, TX 78232-3274
30585823          +   Josh Mower, 18110 Northeast 22nd Street, Vancouver, WA 98684-9807
30585824          +   Josh Muellers, 12 Adams Pl, Huntington Station, NY 11746-2002
30585825              Josh Ogborne, Greenway Farm, Bristol, ENGLAND BS39 5AY, UNITED KINGDOM
30585826          +   Josh Porter, 1348 Grassland Rd, Dayton, NV 89403-6372
30585827          +   Josh Powers, 105 saddle Cove road, Bohemia, NY 11716-2676
30585828              Josh Rivlin, 615 Round Oak Rd, Towson, MD 21204-3867
30585829              Josh Rohr, 7529 Navigator Cir, Carlsbad, CA 92011-5405
30585830              Josh Rotter, 1352 Reed Ave, San Diego, CA 92109-5175
30585832          +   Josh Shortt, 25 Sagebrush Ln, Erlanger, KY 41018-2639
30585833              Josh Smith, 5110 Garlenda Dr, El Dorado Hills, CA 95762-5457
30585834          +   Josh Staggs, 120 N Elmwood Ave., Republic, MO 65738-1626
30585835              Josh Stoner, 8613 Mangum Dairy Rd, Wake Forest, NC 27587-9435
30585836          +   Josh Stutzman, 159 Lake Breeze Road, Rochester, NY 14616-2739
30585837          +   Josh Thorson, 282 Washington St, Dover, NH 03820-3633
30585838              Josh Toulmin, 13 Carina Street, Lara, Victoria 3212, AUSTRALIA
30585839          +   Josh Trope, 5260 87th Ave N, Pinellas Park, FL 33782-5138
30585841          +   Josh Weinstein, 1703 Mercer Road, Haymarket, VA 20169-1334
30585843              Josh Wiggins, 1319 N Superior St # 1/2, Appleton, WI 54911-3666
30585844          +   Josh Williard, 1839 Beacon Hill Cir, Apt 13, Apt 13, Cuyahoga Falls, OH 44221-5341
30585845          +   Josh Yarnall, 70 Mildred Ln, Aston, PA 19014-2005
30585846              Josh Yates, 10 Foxglove Close, Buckingham, ENGLAND MK181FU, UNITED KINGDOM
30585791          +   Josh eckes, 2681 Pioneer Dr., Green Bay, WI 54313-5953
30585840          +   Josh wadsworth, 6331 youngdale ave nw, Canton, OH 44718-1048
30585842          +   Josh white, 510 poplar street, 510 poplar street, bally, PA 19503-9654
30585847          +   Joshua, 1955 New Market Road, Henrico, VA 23231-6840

30585848    + Joshua, 1015 S Pacific St, Newberg, OR 97132-3741
30585849    + Joshua A Fuhrman, 49 E Pennsylvania ave, Yoe, PA 17313-1213
30585850    + Joshua A Sanchez, 10428 Birchdale Ave, Downey, CA 90241-2639
30585851    + Joshua Aaron Culpepper, 738 Kirby Pl, Shreveport, LA 71104-3122
30585852    + Joshua Adair, 10931 Stone Canyon Rd, Apt. 244, Dallas, TX 75230-4338
30585853    + Joshua Allen, 5116 Foxview Dr, Pleasant Garden, NC 27313-9572
30585854    + Joshua B Braun, 452 6th ave. NE, Valley City, ND 58072-3149
30585855    + Joshua Bales, 724 NW 32nd St, Lawton, OK 73505-5107
30585856     Joshua Bartolo, 55 Falby Court, 1612, Ajax, ON L1S 3W4, CANADA
30585857     Joshua Bassett, 27 Isabella Loop, LANDSDALE, WESTERN AUSTRALIA 6065, AUSTRALIA
30585858    + Joshua Bergeron, 901 2nd St NE, Apt 305, Minneapolis, MN 55413-1953
30585859     Joshua Biggs, 72 Easthorpe, Southwell, ENGLAND NG25 0HZ, UNITED KINGDOM
30585860    + Joshua Blake, 3123 47TH ST, 1C, ASTORIA, NY 11103-1613
30585861    + Joshua Bochnia, 7217 e 29th st, Tucson, AZ 85710-5703
30585862    + Joshua Bote, 485 W MacArthur Blvd, Apt. 401, Oakland, CA 94609-2863
30585863    + Joshua Bowling, 590 15th St S, Apt. 309, Arlington, VA 22202-2878
30585864    + Joshua Bracy, 5433 Koster Hill Pl, Cary, NC 27518-9271
30585865    + Joshua Brady, 5777 Highlight Lane, Apt 1305, Fort Worth, TX 76244-2579
30585866     Joshua Brisco, 121 99th Ave, Treasure Island, FL 33706-3207
30585867    + Joshua Broweleit, 3729 Monte Sereno Ter, Fremont, CA 94539-8311
30585868    + Joshua Browning, 8794 Cloudleap Ct, Apt 12, Columbia, MD 21045-3868
30585869     Joshua Burgess, 176 Adelaide St. Apt. 3, Saint John, NEW BRUNSWICK E2K 1X1, CANADA
30585871    + Joshua Carroll, 7894 Fedora Lane, Colorado Springs, CO 80923-5429
30585872     Joshua Chan, 625 W PALM AVE # 2180, CMB #2180, ORANGE, CA 92868-2224
30585873    + Joshua Cole, 249 N. Euclid Ave., Apt. 306, Pasadena, CA 91101-1541
30585875    + Joshua Couture, 1608 Redhaven Ct., Severn, MD 21144-1029
30585876     Joshua Coverick, 6001 Helva Ln, Carmichael, CA 95608-0803
30585877    + Joshua Crotto, 6005 N Boston Ave, Portland, OR 97217-4248
30585878    + Joshua Dary, 1058 Ashwood Bay Ave., Las Vegas, NV 89183-7316
30585879     Joshua Delaronde, 3 MacLeod Ave West, Dauphin, MANITOBA R7N 0H1, CANADA
30585880    + Joshua Delgado, 952 Wyatt Dr, El Paos, TX 79907-2433
30585881    + Joshua Dorka, 64 Cotton Lane, Levittown, NY 11756-4940
30585882    + Joshua Dreher, 1442 Marene Drive, Harrisburg, PA 17109-5654
30585883    + Joshua Dunn, 2659 James Rd, Auburn Hills, MI 48326-1918
30585884    + Joshua Duran, 18506 Country Crest Place, Tampa, FL 33647-1865
30585885     Joshua Eclavea, 9853 WHITE BEAR TRL, FORT WORTH, TX 76177-1109
30585886     Joshua Edgil, 13011 Chippewa Dr, Warren, MI 48088-1851
30585887    + Joshua Enix, 11955 Walnut ln, Apt. 206, Los Angeles, CA 90025-7409
30585888    + Joshua Esparza, 361 Turk St, 104A, San Francisco, CA 94102-3703
30585889    + Joshua Farmer, 100 Sam Davis, Bryson City, NC 28713-9673
30585891   #+ Joshua Fogelson, 140 East Hartsdale Avenue, 5H, Hartsdale, NY 10530-3334
30585890    + Joshua Fogelson, 140 East Hartsdale Avenue, 3L, Hartsdale, NY 10530-3305
30585892     Joshua Garcia, 4776 W Calimyrna Ave, Fresno, CA 93722-3278
30585893    + Joshua Gomez, 2516 Cudahy St, Huntington Park, CA 90255-6644
30585894    + Joshua Gordon, 903 Woodbridge Court, M, Edgewood, MD 21040-2170
30585895    + Joshua Gutierrez, 6433 Tupelo Drive, Citrus Heights, CA 95621-1747
30585896    + Joshua Guy, 1225 Rebel Ridge Dr, Marietta, GA 30062-3226
30585897     Joshua Hale, 50 Charlotte St, Apt 313, Rochester, NY 14607-1357
30585898    + Joshua Harris, 112 W Cliff Dr, Santa Cruz, CA 95060-5426
30585899     Joshua Heidrich, 256 St. Paul Street, Burlington, ON L7R 3J8, CANADA
30585900    + Joshua Henderson, 9906 SW 206th Ct., Vashon, WA 98070-6500
30585901     Joshua Henkel, 4570 W Mars St, Tucson, AZ 85741-1838
30585902    + Joshua Humphrey, 193 Vetter Dr, Pittsburgh, PA 15235-2344
30585903    + Joshua Hutchinson, 22320 la highway 16, Denham springs, LA 70726-7138
30585904    + Joshua Isenhour, 1014 Laura Court, Haw River, NC 27258-8772
30585906    + Joshua Jeong, 4682 White Rock Circle, Apt. 12, Boulder, CO 80301-6712
30585907    + Joshua Johnson, 105 North 2nd Avenue, Wausau, WI 54401-4405
30585908    + Joshua Joo, 1126 sawtooth oak ct, Fort Collins, CO 80525-5510
30585909    + Joshua Jordan, 52 Jewell St, Jay, ME 04239-1821
30585910    + Joshua Karnes, 9515 E Saturn Ave, Mesa, AZ 85212-3280
30585911     Joshua Kilner, 3602 Aldercrest Drive, Apt. 109, N. Vancouver, British Columbia, V7G 0A2, CANADA
30585912     Joshua Krupp, 718 BROADWAY ST APT 2H, NILES, MI 49120-2759
30585913     Joshua Kuykendall, 14001 Mallard Lake Rd, Charlotte, NC 28262-1639

District/off: 0752-1                          User: admin                                    Page 245 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                                Total Noticed: 30719

30585914    +  Joshua L Gilbert, 3864 W 3280 S, West Valley City, UT 84120-2124
30585917    +  Joshua LaRance, 312 Riversands Dr, Moab, UT 84532-2067
30585915    +  Joshua Lampman, 715 North Wooster Street, Algona, IA 50511-1650
30585916       Joshua Landers, 4814 NE 130th Ave, Vancouver, WA 98682-6463
30585918    +  Joshua Lee, 2157 E Apache Blvd., Apt. 2038, Tempe, AZ 85281-0604
30585919       Joshua Lister, Gordon Place, Apt. 10, Hampshire, England, GU111FB, UNITED KINGDOM
30585920    +  Joshua Love, 38 Pyramid Pines, Saratoga Springs, NY 12866-9429
30585921    +  Joshua MacDonald, 700 Transit st, Bay City, MI 48706-4163
30585922    +  Joshua Mammarella, 1221 E Main Street, DOUGLASSVILLE, PA 19518-9111
30585923       Joshua Maraj, 229 Old Jacksboro Pike, Heiskell, TN 37754-3304
30585924    +  Joshua Marson, 113 Tree Fern Drive, Morehead City, NC 28557-8403
30585925    +  Joshua McFarland, 32616 RIVER ROAD, MILLSBORO, DE 19966-2597
30585926    +  Joshua McGovern, 1765 Corina Dr SE, Salem, OR 97302-1621
30585927    +  Joshua Melte, 550 wellington st., Eugene, OR 97402-2342
30585928    +  Joshua Moreno, 3203 Broadway, Fort Myers, FL 33901-7209
30585929       Joshua Morgan, 1021 N Alleghaney Ave, Odessa, TX 79761-3910
30585930    +  Joshua Nansel, 9603 Ignite Avenue, Sparta, NY 54656-4486
30585931    +  Joshua Nelson, 29 Howland Rd, Cranston, RI 02910-6014
30585932       Joshua Newell, 328 Bellevue Ave E Apt 1, Seattle, WA 98102-5268
30585933       Joshua Nickel, 2305 NW 113th St, Oklahoma City, OK 73120-7302
30585934    +  Joshua Niles, 6 AMELIA DRIVE, SCHENECTADY, NY 12309-3202
30585935    +  Joshua Ochinero, P.O. Box 1722, Colfax, CA 95713-1722
30585936    +  Joshua Ogunleye, 507 Park Pl, Brooklyn, NY 11238-4679
30585937    +  Joshua Ojeda, 420 Atlantic Ave, Freeport, NY 11520-5217
30585938       Joshua Olson Cook, 1257 Sanguinetti Rd PMB 215, Sonora, CA 95370-6215
30585939    +  Joshua Otis, 6811 Quander Rd, Alexandria, VA 22307-1655
30585941       Joshua PATRICK RIVERA Graham, 81 james hammet house, London, ENGLAND E27QJ, UNITED KINGDOM
30585940       Joshua Paredes, 1901 Brown St Apt A6, El Paso, TX 79902-2844
30585942       Joshua Paul, 559 NE Bridgeton Rd Slip A, Portland, OR 97211-1071
30585943    +  Joshua Presto, 510 wing gull CT., North Las Vegas, NV 89032-9059
30585946    +  Joshua R Kelly, 1731 East Riverside Boulevard, Apt H6, Rockford, IL 61114-4829
30585947       Joshua R Miller, 107 Harold Ct, Winchester, VA 22602-5608
30585948    +  Joshua Reich, 1450 N Prescott St, Apt. 514, Portland, OR 97217-3263
30585949    +  Joshua Richter, 1901 Grant Street, Apt 705, Denver, CO 80203-1572
30585951       Joshua Rodriguez, 130 Shady Rill, San Antonio, TX 78213-3045
30585950    +  Joshua Rodriguez, 1352 W 5th St, M10, Ontario, CA 91762-1447
30585952       Joshua Rogers, 9771 69th St S, Cottage Grove, MN 55016-1379
30585953       Joshua Rosen, 516 Allison Way, Nooksack, WA 98276-9397
30585954    +  Joshua Roys, 1801 Abbott St, Falls City, NE 68355-1934
30585955       Joshua Rully, 38731 Buckley Avenue, Squamish, BC V8B 0J4, CANADA
30585956    +  Joshua Ryan Roeder, 232 Hungerford Ave, Haysville, KS 67060-1542
30585957    +  Joshua S Warkentine, 418 W 7th St, NEWTON, KS 67114-2622
30585958    +  Joshua Salter, 7825 Marksville st, Las Vegas, NV 89149-1933
30585959       Joshua Sayre, 1750 Alder St Apt 28, Eugene, OR 97401-4443
30585960    +  Joshua Schendel, 829 14th St Nw, Rochester, MN 55901-2514
30585961    +  Joshua Smith, 286 C Henderson Street, Crestview, FL 32539-4614
30585962    +  Joshua Snyder, 712 Glen Oaks Dr, Mt. Juliet, TN 37122-2128
30585963       Joshua Spirdione, 68 Lake Shore Dr, Chepachet, RI 02814-1248
30585964    +  Joshua T Fisher, 11204 184th Pl NE Unit C4106, Redmond, WA 98052-7418
30585965    +  Joshua Taylor, 460 Suncrest Ln, Apt 202, Logan, UT 84341-3127
30585966       Joshua Tholen, 2197 N 800 W, Layton, UT 84041-4049
30585967    +  Joshua Thompson, 301 West North Street apt 271, Waukesha, WI 53188-5170
30585969       Joshua Tulloch, 9 Walter Street, Kingston, Queensland, 4114, AUSTRALIA
30585970    +  Joshua Tylenda, 1507 N Maple Ave, Royal Oak, MI 48067-1223
30585971       Joshua Valenzuela, 7842 CAPE COD CT, FONTANA, CA 92336-3828
30585972       Joshua Vorstenbosch, 1020 Rue De Bleury, Apt 1402, Montreal, Quebec, H2Z 0B9, CANADA
30585973       Joshua Wheatley, 10A Marchwood Boulevard Butler, Perth, WESTERN AUSTRALIA 6036, AUSTRALIA
30585974       Joshua Whitkanack, PSC 444 BOX 2673, APO, AP 96297
30585975       Joshua Williams, 55 Fairmount Ave, Somerville, MA 02144-1521
30585976       Joshua Yip, Bishan Street 13, Blk 175, #05-171, Singapore, Singapore, 570175, SINGAPORE
30585977       Joshua Youngsma, 2320 Timberbrook Dr SE Apt 30, Grand Rapids, MI 49546-6096
30585978    +  Joshua Zettner-Quigley, 801 Teal Wi g Way, Henderson, NV 89002-9601
30585979       Joshua Zobel, 111 O'Connell St, North Adelaide, SA 5006, AUSTRALIA

30585980   + Joshua Zuleger, 1350 wolfangel rd, Cincinnati, OH 45255-3065
30585874   + Joshua coniglario, 4516 White Marble Ct, Lakeland, FL 33811-3175
30585905   + Joshua islas, 110 Los Laureles Drive, San Juan, TX 78589-0120
30585968   + Joshua ticknor, 115 Hayley drive, Enterprise, AL 36330-7889
30585981     Josiah Atkinson Josiah Atkinson, 200 E Crosby St Apt 2, Sour Lake, TX 77659-6782
30585982     Josiah Crawford, 25 Shandon Dr, Toronto, ONTARIO M1R4M4, CANADA
30585983     Josiah Hartwig, 38619 Hwy 41, Pembroke, Ontario, K8A6W4, CANADA
30585984   + Josiah McCormick, 6630 Shadow Pines PL, Lincoln, NE 68516-5228
30585985     Josiah Poush, 1716 Brian Ct NE, Keizer, OR 97303-2567
30585986   + Josiah Rhea Mills, 737 Olivieri Lane, Virginia Beach, VA 23455-5730
30585989   + Josiah Tushaus, W132S8384 Eagles Way, Muskego, WI 53150-4237
30585990   + Josiah Vander Griend, 10311 N. Waikiki Rd., Spokane, WA 99218-2538
30585987   + Josiah sawatsky, 2700 oxford st n, Apt. 144, Roseville, MN 55113-2062
30585991   + Josie Francis, 26 Norman Street, Aston, PA 19014-2126
30585992   + Josie Hansen, 5804 Country Club Road SW, Rochester, MN 55902-8772
30585993     Josie Hoots, 13009 Silver Eagle Trl, Edmond, OK 73013-7482
30585995     Josie Rice, 1205 W East Branch Rd, Bloomington, IN 47403-2171
30585996   + Josie Shaffer, 9 E Mount Royal Ave, Apt. 410, Baltimore, MD 21202-5964
30585994   + Josie phillips, 503 Saddlebrooke pl, Canton, GA 30115-6419
30585997     Josselin Jimenez, 7223 Pebblemill Ln, Houston, TX 77086-1724
30585998   + Jossue Rodriguez, 5305 N 188th Ave, Litchfield Park, AZ 85340-0198
30585999     Josu Puente, Sancho de Azpeitia Kalea 3, 9D, Bilbao, VIZCAYA 48014, SPAIN
30586000   + Josue Concepcion, 1841 N Keeler, Chicago, IL 60639-4813
30586002   + Josue Lagos, 12416 Weddington St, APT 15, Valley Village, CA 91607-2468
30586003     Josue Ramos, Urb. Medina,Calle 4, E 4, Isabela, PUERTO RICO 662, PUERTO RICO
30586004     Josue Sanchez, 4041 Avalon Ave, Irving, TX 75061-3903
30586005     Josue Sanchez, 12401 Orange Grove Dr Apt 414, Tampa, FL 33618-3423
30586007     Journey Brown, 15133 NW Twoponds Dr, Portland, OR 97229-1575
30586008     Jovan Vuticovski, Bj rnb rsv gen 21, Vaxjo 352 66, SWEDEN
30586009     Jovani Castellon, 29135 PAPERFLOWER LN, MENIFEE, CA 92584-7205
30586010     Jovani Guadarrama, 3869 E Derringer Way, Gilbert, AZ 85297-7837
30586011     Jovani Villanueva, 212 Peterson Ave, Sitka, AK 99835-7132
30586012     Jovanny Hernandez, 2191 Old Town Road, Bridgeport, CT 06606-1322
30586013     Jovans De La Matta Ayala, Calle C Este H4 Ciudad Universitaria, Trujillo alto, PR, 976, PUERTO RICO
30586014     Jovelyn Mejos, 301a Cruise Street, Saskatoon, SK S7N 2C5, CANADA
30586015     Jovi Bacon, 500 Reimer Avenue, 7, Steinbach, Manitoba R5G 0G8, CANADA
30586016     Joy Neel, 4808 Braavos Way, Arcadia, OK 73007-7852
30586017     Joy Poblete, 1012 Rock Harbor Pt, Hercules, CA 94547-2619
30586018     Joy Steinmiller, 405 W North St, Jackson, MI 49202-3312
30586019     Joy Streefland, 109 Pershing Ave N, New Prague, MN 56071-2255
30586020     Joy Swisher, 10893 State Highway 285, Conneaut Lake, PA 16316-1765
30586021     Joy Tewksbury Pabst, 21 Donovan Dr, West Newbury, MA 01985-1929
30586023   + Joy Wheeler, 5 Victory Ave, Biddeford, ME 04005-3605
30586024   + Joy Wood, 5049 S Heritage Paseo, Ontario, CA 91762-7206
30586025   + Joyce An, 807 Clarion Dr., Fullerton, CA 92835-2401
30586026     Joyce Bachor, Torenstraat 83, Brunssum, LIMBURG 6445BW, NETHERLANDS
30586028     Joyce Strasser, 1165 San Raphael Dr, Akron, OH 44333-2922
30586029     Joyner Shull, 1216 Richmond Dr, Georgetown, SC 29440-3320
30586030   + Joywave, c/o Rich Management, 500B Lake St., Ramsey, NJ 07446-1357
30586034     Jr Ceasar, 4411 Likini St, Honolulu, HI 96818-1139
30586037   + Jr Ortiz, 10706 Brewer Rd, Salado, TX 76571-5392
30586038     Jt Dwyer, 35 Blackmar St, Bellingham, MA 02019-1816
30586040   + Juan, 7437 Jones Road, Winton, CA 95388-9512
30586041   + Juan Alonso, 9069 NW 145th Lane, Miami Lakes, FL 33018-7329
30586042     Juan Alvarez, 4620 W MITCHELL DR, PHOENIX, AZ 85031-2808
30586043     Juan C Gonzalez, 476 S Bibb Ave, Ste 125, Eagle Pass, TX 78852-5382
30586044     Juan Carlos Fern ndez Ol as, Plaza del Marqu s de Salamanca n 10, Porteria, Madrid, Madrid 28006, SPAIN
30586045     Juan Ceruti, 4821 W 52nd Ave Apt 13D, Denver, CO 80212-4080
30586046   + Juan De La Cruz, 1194 E Daisy way, san tan valley, AZ 85143-6175
30586047   + Juan DeBiedma, 2709 Econ Landing Blvd, Orlando, FL 32825-7852
30586048   + Juan Domingo, 1380 El Paseo, Vista, CA 92084-1300
30586049   + Juan Gallardo, 5557 e Hinson ave, Haines City, FL 33844-8873
30586050   + Juan Garcia, 1230 NE 22nd Ave, Portland, OR 97232-1601

District/off: 0752-1                    User: admin                                   Page 247 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                                  Total Noticed: 30719

30586052    + Juan Guzman, 1124 Stoneglen Dr, Newman, CA 95360-1496
30586051    + Juan Guzman, 6006 Apache Moon, Spring Branch, TX 78070-3903
30586053      Juan Lugo, 7046 Lone Oak Blvd, Naples, FL 34109-8876
30586054      Juan Luis Flores Mena, 185 CHANNEL ST, Apt. 550, San Francisco, CA 94158-1729
30586055    + Juan Maldonado Jr, 900 Nancy Drive, Irving, TX 75060-3938
30586056      Juan Pablo Garc a, Nicol s Gogol 197, San Jer nimo, MONTERREY, NUEVO LEON 64630, MEXICO
30586057    + Juan Pena, 452 50 E, Apt. 50, Orem, UT 84057-4029
30586058    + Juan Ramirez, 410 E Park Ave, Santa Maria, CA 93454-6218
30586059    + Juan Sandoval, 17482 E Saratoga Pl, Aurora, CO 80015-1976
30586061    + Juan Vigil, 4628 CLAUS RD, SP #21, MODESTO, CA 95357-1610
30586062    + Juan Villagomez, 3484 Pennsylvania Street, Gary, IN 46409-1029
30586063    + Juan Zepeda, 515 Lampasas Ave, Apt 8, Sac, CA 95815-2148
30586060    + Juan vargas, 609 10th st, Rockford, IL 61104-3142
30586064    + Juana Cuadrado, 12637 S Marquette, Chicago, IL 60633-1117
30586065      Juanita Uribe, 404 Fountain St Apt 203, Philadelphia, PA 19128-4515
30586066      Jude Courant, 46 Dels Way, Weare, NH 03281-4433
30586067      Jude Geale, 2/3 Keats Ave, Kingsbury, Victoria 3083, AUSTRALIA
30586068      Jude Maes, 450 Superior Ave, San Leandro, CA 94577-3018
30586069      Jude Reisman, 712 Columbia Rd NW, WA, DC 20001-3802
30586070    + Judia King, 43009 Brookton Way, Ashburn, VA 20147-7414
30586072      Judith Brown, 15 BLUE MOUNTAIN VIS, MECHANICSBURG, PA 17050-1813
30586071    + Judith Brown, 15 Blue Mountain Vista, Mechanicsburg, PA 17050-1813
30586073      Judith Diedrich, 11608 34th Pl, Beltsville, MD 20705-2701
30586075    + Judith Ogochukwu Nwonye, 1417 W Albion Ave, Apt 2, Chicago, IL 60626-5040
30586076    + Judith Roy, 30296 Westfield St., Apt Suite Bldg. (Optional), Livonia, MI 48150-3986
30586077      Judy Conklin, 145 Candlewick Way, Lackawaxen, PA 18435-7713
30586078      Judy Couton-Schulte, 284 S 83rd St, West Des Moines, IA 50266-8517
30586079      Judy Harris, 2393 Lakeshore Road, Dunnville, Ontario, N1A2W8, CANADA
30586080    + Judy Lacher, 5 Plateau Rd, Baltimore, MD 21221-7031
30586081    + Judy Lacher, 2130 Graythorn Rd, Middle River, MD 21220-4929
30586082    + Judy Lang, 2105 W Woodlawn St, Apt 6, Allentown, PA 18104-3078
30586083      Judy Mahnken, 2206 Francis St, Saint Joseph, MO 64501-2541
30586084    + Judy Marcum, 1198 N. Harold Place, Hanford, CA 93230-7640
30586085    + Judy Skinner, 5159 Wesley Way, Columbus, OH 43214-7504
30586086      Juho Kajanto, Palanderinkatu 7 B 37, JYVASKYLA, KESKI-SUOMI 40320, FINLAND
30586087      Jukebox The Ghost, c/o Erik Selz, Arrival Artists, Chicago, IL 60657
30586089      Jul Martinez, 1495 Doolittle Dr, San Leandro, CA 94577-2225
30586090      Jule Gietmann, Waldstrasse 52, Kleve 47533, GERMANY
30586091      Jules Adamo, 295 Adelaide st west, 712, Toronto, Ontario M5V 0L4, CANADA
30586092      Jules Allien, 2320 Autumn Chase Loop, College Station, TX 77840-5137
30586093      Jules Ray, 30 Addis Dr, Greenville, SC 29617-6240
30586094      Jules Y, 222 Johnson Ave Apt 3H, Brooklyn, NY 11206-3464
30586095      Julia Abbott, 2636 Eder St, Highland, IN 46322-1101
30586096    + Julia Abel, 1105 Ramsgate Rd Apt 9, Flint, MI 48532-3118
30586097      Julia Allen, 7 Chetwode Avenue, Chetwode Avenue, Ashton-in-Makerfield, Wigan, ENGLAND WN4, UNITED KINGDOM
30586098    + Julia Alvarado, 515 E Slaughter Lane, Apt 4208, Austin, TX 78744-0080
30586099    + Julia Anisimova, 114 Albemarle road, D4, Brooklyn, NY 11218-2344
30586100    + Julia Averbuch, 2 East Oak St., Unit #3409, Chicago, IL 60611-6202
30586101      Julia Baker, 260 SOUTHRIDGE, SENOIA, GA 30276-1975
30586102      Julia Baumbach, Fallrohrstraaye 156, Nuremberg, Zerzabelshof 90480, GERMANY
30586104    + Julia Berke, 41 Wellington Road, Locust Valley, NY 11560-2415
30586106    + Julia Brown, 922 Chatham Lane, Unit L, Columbus, OH 43221-2436
30586108      Julia Chapman, 190 Oakdene Avenue, 204, Kentville, Nova Scotia B4N 2C1, CANADA
30586107      Julia Chapman, 20 Charles Street, Colchester CO1 2BL, UNITED KINGDOM
30586109      Julia Drumbore, 5 Elk Ln, Newark, DE 19713-4015
30586110    + Julia E Whittington, 1102 Alberta Circle, Harker Heights, TX 76548-7605
30586111      Julia Eisenberg, 10292 Grosvenor Pl, Rockville, MD 20852-4700
30586112    + Julia Falcone, 204-11 Marshall ave, Breezy point, NY 11697-1106
30586113      Julia Farrell, 2 Bayberry Ln, Milford, CT 06460-6507
30586114      Julia Fleet, 95 Goodale St, Peabody, MA 01960-1260
30586115    + Julia Fogarty, 11611 Bluestone Ct, Parrish, FL 34219-1362
30586116    + Julia Forquer, 700 Promise Land Rd., McConnellsburg, PA 17233-8378
30586117    + Julia Friou BNC-WSTBTM, 287A Broome St, Big Cheers, NY, NY 10002-3701

District/off: 0752-1                          User: admin                                    Page 248 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30586118          Julia Gann, Veringstraaye 29, Hamburg 21107, GERMANY
30586119        + Julia Geiger, 510 se 34th ave, Portland, OR 97214-3110
30586120        + Julia Glynn, 2300 Ward Bend Rd, TRLR933, Sealy, TX 77474-7326
30586122        + Julia Gonzalez, 611 reeves ln, Kennedale, TX 76060-2625
30586124          Julia Hiemer, Unterlangnau 22, Tettnang 88069, GERMANY
30586125          Julia Hornoff, 178 Peter Dr, Hackettstown, NJ 07840-1867
30586126        + Julia Huprich, 112 DRAGGING CANOE, WOODSTOCK, GA 30189-7037
30586127          Julia Itson, One College Avenue, Mechanicsburg, PA 17055
30586128          Julia Jackson, 1502 Balfour Dr, Springfield, IL 62711-9309
30586129          Julia James, 4901 Dwight Evans Rd Ste 128, Pakk-327, Charlotte, NC 28217-1441
30586130          Julia Johnston, 74 Chestnut St Apt 3, Brookline, MA 02445-7864
30586131        + Julia Jolley, 1047 N 850 E, Pleasant Grove, UT 84062-1974
30586132          Julia Jubb, 300 S Kobuk St, Soldotna, AK 99669-7800
30586133          Julia Kairies, Talweg 3, Werdau 8412, GERMANY
30586134          Julia Larikova, 4007 Joe Willie Ct, Naperville, IL 60564-7145
30586135        + Julia Liu, 3006 Corte Baldre, Carlsbad, CA 92009-6960
30586137          Julia Luna, Durlacher Allee, Apt. 47, Karlsruhe, Baden-Wurttemberg, 71631, GERMANY
30586138        + Julia M Miller, 7709 SW Pfaffle St, Apt. 27, Tigard, OR 97223-8448
30586139        + Julia M Papasodoro, 34 Gedick Rd, Burlington, MA 01803-1036
30586141          Julia Mata, 509 E De la Guerra St, Santa Barbara, CA 93103-3009
30586142          Julia Matteson, 4113 Helena Bay Ct, Hermitage, TN 37076-3151
30586143        + Julia Mazurek, 6194 Balmoral Dr, Dublin, OH 43017-8529
30586144        + Julia McGrath, 2400 Ballad Blvd, Louisville, KY 40299-2702
30586145        + Julia Mihelcic, 213 Town Branch Ter SW, Leesburg, VA 20175-2706
30586146          Julia Mitchell, 1820 W VERNON AVE, SPRINGFIELD, IL 62704-4821
30586147        + Julia Morrison, 44-68 21st St, Floor 2, Long Island City, NY 11101-5200
30586148          Julia Okonska, Floriana 2/39, Ozarow Mazowiecki 05-850, POLAND
30586149          Julia Ossowski, 8929 W Curzon Rd, Marana, AZ 85653-9119
30586150        + Julia Peters, 19 Gordon Street, Apt. 2, Somerville, MA 02144-1109
30586151          Julia Phan, 47 Msgr Patrick J Lydon Way Apt 1, Boston, MA 02124-3093
30586152        + Julia Pineda, 21 Myrtle Ave, Cedar Grove, NJ 07009-1419
30586153          Julia Pirgmann, 1225 SE 2ND ST, FT LAUDERDALE, FL 33301-3947
30586154          Julia Powell, 360 Nectarine Dr, Newnan, GA 30265-1761
30586155        + Julia Ramos, 4276 Nambe Ct, Las Cruces, NM 88011-4287
30586157        + Julia Ristow, 20370 Enright Way, Farmington, MN 55024-2021
30586158        + Julia Rossano, 51266 George Road #1615, Independence, LA 70443-2359
30586159          Julia Schmidbauer, Nagelsbachstr. 23, App. 124, Erlangen 91052, GERMANY
30586160          Julia Schofield, 37 Ticonderoga Ln, Millis, MA 02054-1452
30586161        + Julia Schonert, 2901 Eagle Lake Dr, Pearland, TX 77581-4773
30586162        + Julia Schultz, 2632 118th Ave NW, Coon Rapids, MN 55433-2905
30586163          Julia Sordo, Fresnos 42, Apt. 203, CDMX, Ciudad de Mexico, 1740, MEXICO
30586164          Julia Stavert, 42 Brackley Point Road, Charlottetown, Prince Edward C1A 6X9, CANADA
30586165          Julia Steckel, 2500 Johnson Ave, Apt 9p, Bronx, NY 10463-4960
30586166        + Julia Strumbly, 37938 Barber Ave., Willoughby, OH 44094-5827
30586167        + Julia Stuart, 332 Spring St., Santa Cruz, CA 95060-2524
30586169        + Julia Vink, 1 Lyons Farm Court, Brewster, NY 10509-4356
30586170        + Julia Wecker, 52 S White Oak St, Annville, PA 17003-1834
30586171          Julia Wilson, 318 Garnet St, Oakland, CA 94609-2605
30586121          Julia gomez, 903 LENOX RD, GLENVIEW, IL 60025-3123
30586172        + Julian Alvarado, 3460 14TH ST NW, APT 328, WASHINGTON, DC 20010-4405
30586173        + Julian Arvo, 128 Glen Summer Road, Pasadena, CA 91105-1419
30586174        + Julian Arvo, 3524 N Marshfield Ave, 1H, Chicago, IL 60657-1261
30586175          Julian Blann-Holley, 500 BROADWAY APT 1165, MALDEN, MA 02148-2073
30586176          Julian Caruso, Graubachstra e 7, Biedenkopf, HESSEN 35216, GERMANY
30586177        + Julian Ceja, 25 Congress st, New Rochelle, NY 10801-1901
30586178          Julian Cortina, 1001 N 43RD AVE LOT 332, PHOENIX, AZ 85009-8532
30586179          Julian Davila, 37 Parsonage Way, Wells, ME 04090-6150
30586180          Julian Demers, 175 Pondview Dr, Chicopee, MA 01020-2142
30586181          Julian Diegelmann, Lehndorffstrasse 54, Berlin 10318, GERMANY
30586182          Julian G nther, L ckingstra e, 18a, Bonn, Nordrhein-Westfalen 53127, GERMANY
30586183        + Julian Gonzalez, 5430 Agnes Avenue, Los Angeles, CA 91607-2105
30586184          Julian Jacquin, 6 Bondi Link, Clarkson, Western Australia, 6030, AUSTRALIA
30586185          Julian Kegreiss, Neuer Wall 2-6, Omega Boutique, Hamburg, Hamburg, 20254, GERMANY

30586186    + Julian Kirchler, 41633 Dequindre Rd, Troy, MI 48085-4043
30586187      Julian Koch, Achtern Karkhoff 38, Bad Zwischenahn, Niedersachsen, 26160, GERMANY
30586188    + Julian Ledesma, 2227 E. Saratoga St., Gilbert, AZ 85296-2769
30586189    + Julian Levine, 55 Bonair St, #1, Somerville, MA 02145-3026
30586190    + Julian Luna Dominguez, 779 Northwest garibaldi street, Hillsboro, OR 97124-2806
30586191    + Julian Mcdowall, 1605 Rock Merritt Ave, #71813, Fort Liberty, NC 28307-4979
30586192    + Julian Mendez, 1010 S Arapaho Dr, Santa Ana, CA 92704-2405
30586193      Julian Mondragon, 1375 N High St Apt 704, Denver, CO 80218-2650
30586194      Julian Moser, Brunnweg 22, Pinsdorf, Ober sterreich, 4812, AUSTRIA
30586195    + Julian Santana, 3016 Tierra Limon Drive, El Paso, TX 79938-4514
30586197    + Julian Singh, 1018 Crosswind Ave, Sarasota, FL 34240-1225
30586198    + Julian Syyap, 3845 Suffolk Lane, Plano, TX 75023-1052
30586199    + Julian Weber, 27-18 39th Ave, #1FLR, Long Island City, NY 11101-2704
30586200    + Julian westfall, 1208 macarthur place court, Mobile, AL 36609-5186
30586201    + Juliana Dashwood, 969 N Downing St, Apt. 301, Denver, CO 80218-3021
30586202    + Juliana Martinez, 5 Sunnyhill Way, Pittsburg, CA 94565-5736
30586203      Juliana Medeiros, 8 Lisa Street, Apt. 508, Brampton, Ontario L6T4S6
30586204      Juliana Mendez, 120 Templevale Rd NE, Calgary, Alberta T1Y 4W1, CANADA
30586205    + Juliana Nicholls, 117 Beacon St, Apt 2, Somerville, MA 02143-4302
30586206    + Juliana Nocker, 6007 La Prada Street, Los Angeles, CA 90042-2025
30586209      Julianna Avila, 9405 69th Ave E, Palmetto, FL 34221-9267
30586210      Julianna Burhenn, 21935 S 185TH WAY, QUEEN CREEK, AZ 85142-3633
30586211      Julianna Frerichs, 5112 W Grace Ct, Williamsburg, VA 23188-8109
30586212    + Julianna Hanel, 6065 Harold Way, Apt 1/2, Los Angeles, CA 90028-6403
30586213      Julianna Jaworski, 606 W 57th St Apt 2908, NY, NY 10019-1964
30586214    + Julianna Lubbe, 1527 Green St, Apt 1R, Philadelphia, PA 19130-4045
30586215    + Julianna McDonald, 148 Elite dr, Tijeras, NM 87059-7849
30586216      Julianna Muir, 54 Riverside Dr Apt 11D, NY, NY 10024-6581
30586217    + Julianna Sy, 3300 Bellevue Ave, Los Angeles, CA 90026-3603
30586218      Julianne Bercier, 320 34th Street, 405E, Brandon, MANITOBA R7B 2PB, CANADA
30586219    + Julianne Di Benedetto, 711 Superior Ct., #203, Naperville, IL 60563-9270
30586220      Julianne Medel, 1409 E EVERGREEN DR APT 202, PALATINE, IL 60074-8715
30586221    + Julianne Medenblik, 962 Garfield Ave NW, Grand Rapids, MI 49504-4023
30586222    + Julianne Michelle Di Benedetto, 711 Superior Ct., #203, Naperville, IL 60563-9270
30586223    + Julianne Weibel, 18465 Montview Sq, Leesburg, VA 20176-1261
30586224    + Julie Barron, 1307 Coconino Rd, unit 312, Ames, IA 50014-8048
30586225      Julie Bedard, 637 rue gendron, Chicoutimi, Quebec, G7J 3T1, CANADA
30586226    + Julie Berridge, 276 N Main Street, Mansfield, PA 16933-1330
30586227      Julie Bugdale, 90 Kings Road, Aldershot, England GU11 3PJ, UNITED KINGDOM
30586228      Julie Caetano, 1531 N Markdale, Mesa, AZ 85201-2417
30586229    + Julie Cassar, 29627 Robert Drive, Livonia, MI 48150-3047
30586230      Julie Desmarais, 24 Mill Rd, Hollis, NH 03049-6287
30586231    + Julie Draper, 2220 Westridge Avenue West, H104, Tacoma, WA 98466-8299
30586232    + Julie Durant, 4159 Richmond Ave, Clovis, CA 93619-5080
30586234    + Julie Farquhar, 812 N Martel Ave, Apt 5, Los Angeles, CA 90046-7538
30586235    + Julie Geraci, 26 Brook Hill Lane, Apt. A, Rochester, NY 14625-2244
30586236    + Julie Gevorgian, 346 W. Wilson Ave., Unit 9, Glendale, CA 91203-3509
30586237      Julie Goodwyn, 441 Pine Valley Rd SE, Marietta, GA 30067-4825
30586238      Julie Gourley, 10013 190th Ave NW, Elk River, MN 55330-2451
30586239      Julie Heppler-Anderson, 305 Teton Avenue, Power, MT 59468
30586240      Julie Horner, 41 Steggall cres, Stittsville, ONTARIO K2S1S4, CANADA
30586241      Julie Houle, 606 80 Avenue Pointe-Aux-Trembles, Montreal, QUEBEC H1A2L8, CANADA
30586242      Julie Kayes, 36566 Wendell St, Avon, OH 44011-4421
30586243    + Julie Kelly, 374 Bay Dr, Itasca, IL 60143-1299
30586244    + Julie Kenworthy, 952 N 35th St, APT 302, Seattle, WA 98103-8877
30586245      Julie Lavery, 6 Arlington St, Kennebunkport, ME 04046-6336
30586246      Julie Lee, 3867 Sulphur Spring Rd, Ottawa Hills, OH 43606-2325
30586247    + Julie Longworth, 727 S Valley St, New Ulm, MN 56073-3466
30586248    + Julie Martin, 251 West Park Rd NW, North Canton, OH 44720-2753
30586249      Julie McLaughlin, 1213 Saddle Hill Rd, Greenwood, SC 29646-9483
30586250    + Julie McPeak, 215 Rolling Fork Ct, Nashville, TN 37205-3912
30586251      Julie Myskow, 28529 Van Leuven Street, Apt. 161, Loma Linda, CA 92354
30586253    + Julie Norcross, 333 East Hennepin Avenue, Apt. 2402, Minneapolis, MN 55414-7535

30586255  + Julie Ploughman, 12880 W MONTANA DR, LAKEWOOD, CO 80228-4267
30586256    Julie Plumb, 302 Innovation Ln, Madison, VA 22727-4057
30586257    Julie Prussack, 4488 White Pine Ct, Ann Arbor, MI 48105-9273
30586258  + Julie Red Leaf, 630 Sitting Bull St, Rapid City, SD 57701-0410
30586259  + Julie Reidmiller, 2910 Longford, Murfreesboro, TN 37129-5813
30586260  + Julie Reynolds, 13510 Mango Drive, Del Mar, CA 92014-3539
30586261    Julie Rupert, 122 Thornwood Pl, Hendersonville, TN 37075-4631
30586262  + Julie Salzmann, 325 W 101st St, NY, NY 10025-4912
30586263    Julie Shannon, 1167 Penn Ave, Vandergrift, PA 15690-6110
30586264    Julie Sierra-Montes, 1647 SE 31st Ct, Homestead, FL 33035-2403
30586266    Julie Skidelsky, 4576 ENDERS ST, ORLANDO, FL 32814-6022
30586267    Julie Smith, 13444 Silver Stirrup Dr, Corona, CA 92883-7934
30586268    Julie Sommerfeld, 770 Cairn Cres, Ottawa, ONTARIO K1W0P4, CANADA
30586269  + Julie Starzyk, 5350 Rail View Ct, Apt. 210, Shelby Township, MI 48316-5706
30586270    Julie Swan, 274 Bella Vista Way, San Francisco, CA 94127-1812
30586273  + Julie Werner, 6106 Walnut St, Apt 1, Pittsburgh, PA 15206-4211
30586233    Julie edwards, 9883 Potomac Ct, Independence, KY 41051-8522
30586272  + Julie usgaard, 3916 S Hidden Hollow lane, Salt Lake City, UT 84124-3148
30586274    Julie-Ann Ricci, 43 Sunbird Crescent, Hoppers Corssing, Victoria, 3029, AUSTRALIA
30586275  + Julien Bueno, 515 Georjean Ct, Sycamore, IL 60178-2905
30586276    Julien Dos Santos, 22 avenue Jacques Cartier, Apt. 336, Bussy-Saint-Georges, Ile-de-France, 7760, FRANCE
30586277  + Julien Engen, 859 Glendale Ave, Ashland, OR 97520-2518
30586278    Julien G nsche, In der Warfe, Apt. 6, Bad Blankenburg, THURINGIA 7422, GERMANY
30586280    Julien GERMANEAU, 82 Rue Charles Quint, Valenciennes 59300, FRANCE
30586279    Julien Gaucher, 964 Du Centenaire, Greenfield Park, Quebec, J4V3G2, CANADA
30586281    Juliet Barnum, 6963 Fords Station Rd, Germantown, TN 38138-1513
30586282    Juliet King, 135 Tabor Hill Rd, Fairfax, VT 05454-9786
30586283  + Juliet Nolan, 1308 N 38TH ST, APT A, Seattle, WA 98103-8167
30586284  + Juliet Seplow, 20 west gowen ave, Phila, PA 19119-1645
30586285    Juliet Sironi, 3 Samada St, Notting Hill, Victoria 3168, AUSTRALIA
30586286    Juliette Zavala, 917 Woodlark Dr., Indianapolis, IN 46229-2871
30586288  + Julio Cortez, 458 5th St, Fl 2, Brooklyn, NY 11215-3402
30586289  + Julio Gonzalez, 16623 Gaelic Ln, Houston, TX 77084-2815
30586290    Julio Oliveira, 10 Anderson St, South River, NJ 08882-1638
30586291  + Julio Raya Carranza, 4568 Anne Sladon Street, Oceanside, CA 92057-5105
30586292  + Julio Teal, 1669 Seth Dr, Winter Haven, FL 33880-2361
30586293    Julio Zarate Sanchez, 2701 PINEY GROVE WILBON RD, HOLLY SPRINGS, NC 27540-8162
30586294    Julius Fondem, Porvoonkatu 27 B, Apt. 43, Helsinki, UUSIMAA 510, FINLAND
30586295    Julka Syska, 124 Beaumont Rd, Silver Spring, MD 20904-1215
30586296  + Jun Beltran, 700 NW Fourth St, Apt. 523, Oklahoma City, OK 73102-1702
30586297  + Jun Luu, 915 West Oakdale Avenue, G3, Chicago, IL 60657-6567
30586298  + June Boshaw, 309 Garces Drive, San Francisco, CA 94132-2136
30586299    June Epstein, 40 Alexander st, Apt 303, Toronto, Ontario, M4Y1B5, CANADA
30586300  + June Madsen Clausen, 895 S San Tomas Aquino Road, Campbell, CA 95008-4446
30586302    Jungle Merchandise, Level One, 70 Shepherd St, MARRICKVILLE, NSW 02204-0000
30586303    Junior Falemaka, 3909 W BENVIEW AVE APT B, WEST VALLEY, UT 84120-7328
30586304  + Juniper Braibish, 590 Southwest Ash Street, Dallas, OR 97338-2222
30586305    Juniper Czaja, 37 E Van Buren, Apt. 704, Chicago, IL 60605
30586306  + Juniper Montgomery, 950 S Chatham Ave., Addison, IL 60101-6507
30586307    Juno Calhoun, 19661 40 St SE, Unit 302, Calgary, ALBERTA T3M3H3, CANADA
30586308  + Juno Dotson, 2339 Zinow Street, Hamtramck, MI 48212-2942
30586309    Junya Takesaki, 2-4-13 Namiyoke, Minato Ward, #301 Chateau Namiyoke, Osaka, osaka 5520001, JAPAN
30586310    Justen Rios, 34093 N NEEDLEGRASS CT, F, ROUND LAKE, IL 60073-5211
30586311    Justice Smith, 2921 Lake Jean Dr, Orlando, FL 32817-2323
30586312  + Justice Stewart, 101 Saluda Pointe Drive, Apt 112, Lexington, SC 29072-7058
30586313  + Justice Thurston, 43 Holley St, Auburn, NY 13021-1924
30586315  + Justin, 112 Maxton Ave, Dallas, GA 30132-2616
30586316  + Justin A Foster, 1929 South 102nd Street, West Allis, WI 53227-1384
30586318  + Justin Aberin, 10331 Eudora Ave, Buena Park, CA 90620-4417
30586319  + Justin Allison, 3408 Wavecrest Ln, Denton, TX 76208-1129
30586320  + Justin Altz, 12401 N MacArthur Blvd, Apt 3510, Oklahoma City, OK 73142-3074
30586321    Justin Anderson, 3854 Beebe Rd, Newfane, NY 14108-9661
30586322    Justin Antioho, 1108 Preston Pl, Murrells Inlet, SC 29576-7573

District/off: 0752-1                         User: admin                              Page 251 of 507
Date Rcvd: Jan 04, 2024                    Form ID: 309C                          Total Noticed: 30719

30586323    + Justin Arensdorf, 1009 kathey drive, Maquoketa, IA 52060-2514
30586324       Justin Arndt, 906 Dexter Avenue North, L205, Seattle, WA 98109
30586325       Justin Ayala, 1733 Deep Spring St, Brownsville, TX 78520-9295
30586326    + Justin Ayars, 1687 Braeburn Drive SE, Atlanta, GA 30316-2164
30586327    + Justin Bae, 6537 208th Street Southwest, Apt B109, Lynnwood, WA 98036-7446
30586328       Justin Bella, 1081 Queen St W, Apt. 2, Toronto, ONTARIO M6J1H3, CANADA
30586329    + Justin Bengtson, 1075 Maple Dr., Eugene, OR 97404-6006
30586330    + Justin Benson, 24251 DUSTY TRAIL WAY, MENIFEE, CA 92587-7305
30586332    + Justin Boddie, 10041 Strathfield Ln, Highlands Ranch, CO 80126-8886
30586333    + Justin Boucher, 824 Pleasant Street, Unit 1, Worcester, MA 01602-1903
30586334       Justin Bowser, 213 N Leroy St, Belding, MI 48809-1446
30586335    + Justin Bridges, 1401 Monterey Pkwy, Sandy Springs, GA 30350-6802
30586336    + Justin Brown, 1067 Southgate road, New lenox, IL 60451-2675
30586337       Justin Bucci, 88671 Missy Ln, Springfield, OR 97478-9669
30586338    + Justin Budzik, 393 5th Ave, Parkesburg, PA 19365-1438
30586339    + Justin Burr, 13 Bobeck Lane, Hiller, PA 15444-1003
30586340       Justin Carlisle, 3555 Constance Blvd Ne, Ham Lake, MN 55304-5904
30586341       Justin Carrasco, 263 AVENUE U, BROOKLYN, NY 11223-3822
30586342       Justin Case, 1545 W North Ave Apt 410, Chicago, IL 60642-2530
30586344    + Justin Chavez, 4432 S. Mozart, Chicago, IL 60632-1924
30586345       Justin Cooper, 14 Dempsey Street, Emu Heights, NEW SOUTH WALES 2750, AUSTRALIA
30586346    + Justin Cox, 1213 Montreal Drive, Aberdeen, MD 21001-1315
30586347    + Justin Cuellar, 4909 Vindale Dr, Virginia Beach, VA 23462-4334
30586348    + Justin Daniels, 130 Wisconsin St, Fredonia, WI 53021-9404
30586350    + Justin Douglas Akmentins, 126 Kings Park Dr, Apt C, Liverpool, NY 13090-2726
30586351       Justin Eigenbrod, 274 Snow Valley Dr, Drums, PA 18222-1139
30586352    + Justin Emmons, 607 Warren Ave, Spring Lake Heights, NJ 07762-2038
30586353    + Justin F Preter, 801 East Thomas Street Apt 602, Apt. 602, Seattle, WA 98102-6033
30586354       Justin Fetridge, 17 Hampshire Ct, Patterson, NY 12563-2514
30586355    + Justin Flanagan, 273 Fritz circle, Clarksville, TN 37042-4289
30586356    + Justin Flewellen, 1557 Labaig Ave., Los Angeles, CA 90028-6432
30586357       Justin Fogel, 3691 Turtle Run Blvd Apt 436, Coral Springs, FL 33067-4278
30586358    + Justin Francis, 221 W. McArthur Street, Apt. 1, Corunna, MI 48817-1377
30586362    + Justin GIllman, 224 Splintered Arrow Dr, La Marque, TX 77568-6600
30586359    + Justin Gall, 723 Lisbon Rd, Bath, NH 03740-4420
30586360    + Justin Galvan, 3014 Paraiso Way, La Crescenta, CA 91214-1938
30586361       Justin Gephart, 309 Kemper Ln, Decatur, IN 46733-3001
30586363    + Justin Glover, 13 Peck Ave, Plymouth, MA 02360-4103
30586364       Justin Greene, 444593 HIGHWAY 28, VINITA, OK 74301-7088
30586365    + Justin Grey Medinger, 4344 Dunbar Bridge Road, Asheboro, NC 27205-2050
30586366    + Justin Grzyb, 210 Greenwood Drive, East Aurora, NY 14052-1352
30586367    + Justin Hamilton, 345 Spring Glen Drive, Yellow Springs, OH 45387-1337
30586368       Justin Hart, 2151 Village Walk Dr Apt 14204, Henderson, NV 89012-5750
30586369    + Justin Hawking, 327 Pleasant Terrace, Matteson, IL 60443-2169
30586370    + Justin Herevia, 814 South Main St, 1H, Adrian, MI 49221-3725
30586371       Justin Hicks, 6372 Niwot Rd, Longmont, CO 80503-8739
30586372       Justin Higgins, 25 Washington St, Greens Fork, IN 47345-9740
30586373    + Justin Hong, 362 Memorial Dr, 118, Cambridge, MA 02139-4304
30586374    + Justin Keating, 2405 Hobson ave, Pittsburgh, PA 15226-2331
30586375       Justin Kenneke, N545 ROBINHOOD WAY, SHERWOOD, WI 54169-9650
30586376    + Justin Kua, 1446 Armacost Ave, #304, Los Angeles, CA 90025-2575
30586377    + Justin Kua, 1446 Armacost Ave, Apt. 304, Los Angeles, CA 90025-2575
30586379    + Justin LaMonte, 1563 DeKalb Ave, 3L, Brooklyn, NY 11237-3916
30586380       Justin Le, 10020 Paisley Rd, Yukon, OK 73099-7918
30586381    + Justin Lecuna, 40 Winterfield Rd, Irvine, CA 92602-0737
30586382    + Justin Lee, 577 2nd Ave, Apt. 61, NY, NY 10016-6349
30586383       Justin Lof, 84 Magnolia Way SE, Calgary, ALBERTA T3M 2W3, CANADA
30586384    + Justin Long, 8340 W Limelight St, Apt 201, Boise, ID 83714-6197
30586385       Justin Lynch, 826 Knapp Rd, Lansdale, PA 19446-3136
30586386       Justin Lytle, 200 PEBBLE DR UNIT 216, REHOBOTH BCH, DE 19971-6509
30586387    + Justin M Traister, 9 Comanche Court, Loveland, OH 45140-2733
30586388    + Justin Macon, 4720 Rusina Rd Apt 104, Colorado Springs, CO 80907-1744
30586389   #+ Justin Marek, 3543 W lupine ave, Phoenix, AZ 85029-3139

30586390          Justin Matthews, 6203 Morley Ave, Los Angeles, CA 90056-1736
30586391     +    Justin Maurer, 421 West 950 North, APT 4, Logan, UT 84321-3175
30586392     +    Justin McCormick, 302 8th St, Sultan, WA 98294-9421
30586395     +    Justin McKay, 19515 East Happy road, Queen Creek, AZ 85142-9474
30586394     +    Justin McKay, 19515 e happy road, Queen Creek, AZ 85142-9474
30586396          Justin Meier, 8806 WAVE CIR APT C, FORT WAYNE, IN 46825-6653
30586397     +    Justin Melendez, 5425 Bayberry Homes Road, Orlando, FL 32811-2141
30586398     +    Justin Metz, 110 N. Blair Dr., Normal, IL 61761-1816
30586399          Justin Mills, 7849 Americana Cir Apt 104, Glen Burnie, MD 21060-7832
30586400     +    Justin Mitchell, 3909 Glencorra dr, Fayetteville, NC 28314-0785
30586401          Justin Monestime, 12620 MATTESON AVE APT 15, LOS ANGELES, CA 90066-4378
30586402     +    Justin Moore, 614 Iron Ave SE, Albuquerque, NM 87102-3941
30586403     +    Justin Mourt, 6501 Wayne Ave, Apt 3, Philadelphia, PA 19119-3633
30586405          Justin Newman, W146N10738 Monroe Ct, Germantown, WI 53022-6202
30586406          Justin Nicholls, 4 Fir Avenue, St. Catharines, Ontario L2P 1B7, CANADA
30586407     +    Justin Nowowiejski, 11842 Hopland St, Norwalk, CA 90650-6543
30586408          Justin Nystrom, 7593 22nd St NE, New Rockford, ND 58356-8880
30586409     +    Justin Oh, 25521 Hardy Pl, Stevenson Ranch, CA 91381-1584
30586410          Justin Oliveira, 837 Carver St, Traverse City, MI 49686-4260
30586411          Justin Oppenheimer, 82 Brittany Farms Rd, Apt 229, New Britain, CT 06053-1246
30586412     +    Justin Polak, 830 Elder Road, #316, Homewood, IL 60430-2557
30586413     +    Justin Portone, 158 Landing Drive, Deptford, NJ 08096-6846
30586414          Justin Punzel, K nigstra e 34, Bad Freienwalde (Oder), 16259
30586415          Justin Puterbaugh, 105 Library Ct, Kathleen, GA 31047-3350
30586416     +    Justin Reed, 5726 Cancun Dr, North Richland Hills, TX 76180-6130
30586417     +    Justin Rismoen, 2219 NW 4th St, Battle Ground, WA 98604-4249
30586418     +    Justin Rittenhouse, 1821 Rhianon Lane, Harrisonburg, VA 22801-8446
30586419     +    Justin Rosario, 536 E 142ND ST APT 3E, The Bronx, NY 10454-2160
30586420     +    Justin Rostad, 15161 SW Royalty Pkwy, Apt F05, Portland, OR 97224-3938
30586421     +    Justin Rudi, 1011 E 5th St, Austin, TX 78702-3996
30586422     +    Justin Ryan Mackay, 15 Cross Cut Lane, Fredericksburg, VA 22405-1821
30586423     +    Justin Sam, 5067 Sereno Dr, Unit A, Temple City, CA 91780-3082
30586424     +    Justin Schofield, 803 West Church Road, Elkins Park, PA 19027-1307
30586425     +    Justin Shen, 505 N Lake Shore Dr, Apt 2602, Chicago, IL 60611-6418
30586426     +    Justin Smith, 2090 S Dorsey Lane, Apt. 1006, Tempe, AZ 85282-1089
30586427     +    Justin Smith, 950 main street, Box 2011, Worcester, MA 01610-1400
30586428     +    Justin Stein, 309 Washington street, Unit 1222, Conshohocken, PA 19428-4905
30586429     +    Justin T Ashbaugh, 6355 Claridge Dr North, Frederick, MD 21701-7618
30586430     +    Justin Terracciano, 1823 Minor Avenue, Apt 3901, Seattle, WA 98101-0936
30586431     +    Justin Thomas Lemos, 1330 Dowell Road, A, Grants Pass, OR 97527-6092
30586432     +    Justin Tomb, 2439 La Calle Valiente Ct, Rosamond, CA 93560-5977
30586433          Justin Ufheil, 3157 ROGER PL, 1 South, St. Louis, MO 63116
30586434          Justin Villebrun, 1105 Cypress Rd, North Saanich, British Columbia V8L 5P4, CANADA
30586435          Justin Walder, 1934 Queen Annes Walk, Pomona, CA 91767-2726
30586436          Justin Wardlow, 2598 Buffalo Springs Tpke, Monroe, VA 24574-3068
30586437     +    Justin Wood, 6031 Bristlegrass Ln, Katy, TX 77493-3769
30586317     +    Justin abegglen, 4117 betty dr, Belleville, IL 62226-5352
30586331     +    Justin bilodeau, 2121 east donner drive, TEMPE, AZ 85282-7421
30586343          Justin chasko, 402 Orange St, Monongahela, PA 15063-1628
30586438     +    Justina Arguello, 11435 Moline St, Henderson, CO 80640-9214
30586439          Justine Burchell, 480 CAMINO LOS GALLOS, PERRIS, CA 92571-3458
30586440     +    Justine Garcia, 15835 Foothill Farms Loop, Apt. 2321, Pflugerville, TX 78660-3263
30586442          Justine Hampton, 407 N Front St, Dayton, WA 99328-1028
30586443          Justine Kennon, 13225 SW Hawks Beard St Apt 1011, Tigard, OR 97223-2133
30586444     +    Justine Wolfe, 687 Beardsley Street, Norwalk, IA 50211-9434
30586445     +    Justine Zavala, 668 Hendrix Street, Philadelphia, PA 19116-2029
30586446          Justine Zebrowski, 221B Nepean St, Ottawa, Ontario, K2P0B7, CANADA
30586447          Justinien Ghorra, 1 Place du Forum, Metz, LORRAINE 57000, FRANCE
30586448     +    Justinmccallop@gmail.com, 529 Crackling Ct, Zebulon, NC 27597-9436
30586449     +    Juston D Bibby, 2403 Pisces Dr, Nampa, ID 83651-1694
30586450          Justus H m l inen, Kilpisenkatu 14, B 25, Jyvaskyla 40100, FINLAND
30586451     +    Justus Kramer, PO Box 204, Hermosa, SD 57744-0204
30586452     +    Justyn Czarnecki, 9935 Apollo Bay Way, Highlands Ranch, CO 80130-6817

30586454          Jwan Chilombo, Kochaviet 1/3, Nazareth illit 1709701, ISRAEL
30586455          Jynnifer Fortenberry, 8011 Running Water Dr, Austin, TX 78747-3915
30586456          K Black, 1233 Plum Springs Rd, Lincoln, AL 35096-6630
30586457          K Britnell, 47 Cowdray Court, Newcastle upon Tyne, ENGLAND NE3 2TZ, UNITED KINGDOM
30586458          K Campbell, Ash Grove, Nairdwood Lane, Prestwood, Great Missenden HP16 0QL, UNITED KINGDOM
30586459      +   K Dillard, 2518 W Tremont Ct, Richmond, VA 23225-1958
30586460          K Gochanour, 409 Clark St, Reinbeck, IA 50669-1147
30586461      +   K Perez, 1632 Westridge Place, Modesto, CA 95358-1081
30586462      +   K Shumate, 1206 Stoneybrooke Dr, Warrensburg, MO 64093-9511
30586463          K. Needham, 15 Birch Drive, Manchester, ENGLAND OL45DX, UNITED KINGDOM
30586562      +   KAITLYN JOY WILSON, 370 Montague Avenue, Scotch Plains, NJ 07076-1239
30586566          KAITLYN MCCULLOCK, 10 Hosmer St, Everett, MA 02149-2919
30586599          KALEN NICHOLSON, 3415 MONCK RD, NORLAND, ONTARIO K0M 2L0, CANADA
30586629      +   KAMERON MATTHIS, 3 Longview Court, South Elgin, IL 60177-2879
30586691          KAREN NEWTON, 12863 Oxbridge Pl, Fishers, IN 46037-7288
30586713          KARI LUOMA, 217 Downing Dr, Chardon, OH 44024-1023
30586962      +   KATHRYN SHAW, 1218 East Blacklidge Drive, 4111, Tucson, AZ 85719-2602
30587064          KATRINA SOUZA, 12782 Gail Plz Apt 218, Omaha, NE 68137-3207
30587190      +   KC Bitterman, 11395 Nahcolite Pt., Apt. 208, Colorado Springs, CO 80921-4258
30587193      +   KDVS Foundation, PO Box 946, Brownsburg, IN 46112-0946
30587242          KEITH DOUGLAS, 11 Clermiston Hill, Edinburgh, Scotland EH4 7DH, UNITED KINGDOM
30587360          KELLY WOJCIK, 40 E Toulon Dr, Cheektowaga, NY 14227-3110
30587453          KENJIRO TACHI, 314 1-27-1 biotope, asahigaoka, yao, OSAKA 581033, JAPAN
30587508          KENTA SAKAI, 3-35-13-1203,Ryusen, Taito City, Tokyo 110-0012, JAPAN
30587659          KEVIN WILSON, 4410 W McElroy Ave, Tampa, FL 33611-3314
30587699          KIELEE WAGNER, 209 3rd Ave S Apt 5, Edmonds, WA 98020-3521
30587809          KIMBERLY OROZCO, 100 Vantage Ter Apt 401, Swampscott, MA 01907-1264
30587896      +   KLL Marketing LLC, 105 Wesley Avenue, Oak Park, IL 60302-2907
30587940      +   KORA DELTA, 425 W PASEO REDONDO APT 8F, TUCSON, AZ 85701-8282
30587968      +   KRIS W KASIK, 1364 N. Rasin Center Hwy, ADRIAN, MI 49221-9608
30588133      +   KTP Design Company, 70 East 96th Street, Suite 12B, New York, NY 10128-0752
30586464      +   Ka Zhang, 507 Carriage Woods Circle, Cary, NC 27513-6469
30586465      +   Ka-Ryn Escovedo, 3704 25th Ave, Sacramento, CA 95820-4845
30586466          Kaaren Lofgren, 123 Armstrong Pl, Winchester, VA 22602-7802
30586468          Kacie Adams, 55 Public Sq Apt 509, Cleveland, OH 44113-1924
30586470      +   Kademian, Derek, 50 PITT STREET, APT 2, BLOOMFIELD, NJ 07003-3191
30586471      +   Kaden Chappell, 7785 New Hope West, Liverpool, NY 13090-2538
30586473          Kaden Forneris, 760 W Village Rd Apt 105, Chanhassen, MN 55317-7535
30586474      +   Kaden Heffner, 10017 jefferson way, Apt. 10017, Fort Wayne, IN 46825-2186
30586475          Kaden Joseph, 7485 Riverside Drive East, Windsor, ONTARIO N8S 1C8, CANADA
30586476          Kaden Kupsh, 40902 Bouvier Ct, Murrieta, CA 92562-2096
30586477      +   Kaden Legault, 1110 Fetterman Drive, Laramie, WY 82070-4641
30586478          Kaden Shallat, 597 Rhodes St NW, Atlanta, GA 30314-4149
30586479      +   Kaden Toombs, 13917 S. Birch Leaf Drive, Herriman, UT 84096-1260
30586480          Kaden Weis, 7256 Moore Rd S, Salem, OR 97306-9438
30586481          Kady Lee, 38120 Ranier Dr, Palmdale, CA 93552-3231
30586482          Kady Murray, 208 E CHELAN ST, COULEE CITY, WA 99115
30586483          Kadyn Clegg, 522 NW Perkins Ct, Dallas, OR 97338-1067
30586484      +   Kadyn Staab, 404 S Gilbert, Iowa City, IA 52240-4963
30586485      +   Kae Carpenter, 12473 Whisper Hollow Drive, E, Maryland Heights, MO 63043-3653
30586486          Kaede-Kaeleigh Boweslyon, 19 Monie Avenue, East Hills, New South Wales 2213, AUSTRALIA
30586487      +   Kaeden Yoder, 30 S Back River Rd, Hampton, VA 23669-3935
30586488      +   Kaegan Schott, 972 Highland Street, Columbus, OH 43201-3420
30586489          Kaego Smith, 1801 Southfield Rd, Evansville, IN 47715-6196
30586490          Kaela Valle, 6771 N Hartman Path, Hernando, FL 34442
30586491          Kaelan Nunes, 4603 PHYLLIS LN, CONCORD, CA 94521-1902
30586492          Kaeli Landon, 5824 Churchill St, Shoreview, MN 55126-8402
30586494      +   Kaelyn Pizaro, 809 Normal Ct, Kalamazoo, MI 49007-5026
30586495          Kahliah Plaster, 9637 Jeran Miles Ct, Las Vegas, NV 89147-8272
30586496      +   Kahreem R Cunningham, 54 Ross Way, Marlton, NJ 08053-5572
30586497      +   Kai Alvarado, 810 meiner blvd, altamonte spring, FL 32701-6447
30586498          Kai Balcer, 1009 32nd St, Bay City, MI 48708-8622
30586499      +   Kai Beard, 325 W Adam s Blvd, Apt. 7047, Los Angeles, CA 90007-2659

District/off: 0752-1                                    User: admin                                    Page 254 of 507
Date Rcvd: Jan 04, 2024                                 Form ID: 309C                                 Total Noticed: 30719

30586501       Kai Jensen, 23 lynx meadows court, Calgary, ALBERTA T3L2M1, CANADA
30586502       Kai Kai, 580 Matson Rd Apt 8, Jonesborough, TN 37659-5782
30586503     + Kai Matsubara-Rall, 3304 10th Avenue South, Minneapolis, MN 55407-2112
30586504       Kai Neubauer, 15 Dunlop Place, Basement, Kitchener, ONTARIO N2P 1J3, CANADA
30586505     + Kai Rhodes, 1761 Park Avenue, Apt A, Long Beach, CA 90815-3849
30586500       Kai jensen, 23 Lynx Meadows Ct, Calgary, Alberta, T3L 2M1, CANADA
30586506       Kaia Atkisson, 20 Huntington Ct, Longmont, CO 80503-2104
30586507       Kaia Cooke, 322 Concession Road 3 West, Warkworth, Ontario K0K 3K0, CANADA
30586508     + Kaida Birkner, 124 Fox Rd Macon Ga, Macon, GA 31217-2228
30586509       Kaiden Peitz, 12900 E. 18th Ave., Unit 4, Eugene, OR 97403
30586510       Kaige Hawker, 3497 S Upper Fork Way, Boise, ID 83709-6093
30586511     + Kaila Castleberry, 33025 30th Ave SW, Federal Way, WA 98023-2720
30586512     + Kaila Gaydos, 6736 Cooper St, Taylor, MI 48180-1618
30586514     + Kaila Mellos, 12858 Starwood Lane, San Diego, CA 92131-4210
30586515       Kailani Pico, 650 S Dahlia Cir, J 206, Denver, CO 80246-1336
30586516       Kailani Yamashiro, 335 W Duarte Rd, Arcadia, CA 91007-6924
30586517       Kaileen Villegas, 229 E Diversey Ave, Addison, IL 60101-3929
30586518     + Kailey Henn, 645 Cherry Circle N, Hudson, WI 54016-1000
30586519     + Kailey Morand, 1700 Hinman Ave, Apt 3F, Evanston, IL 60201-4592
30586520       Kailey Musick, 780 Red Hill Rd, New Oxford, PA 17350-9309
30586521     + Kailey Pierce, 2621 E Odessa Cir, Mesa, AZ 85213-1909
30586522     + Kailey Riggen, 12631 SE Lydia Ct., Portland, OR 97236-8929
30586523       Kailey Wells, 3219 POST WOODS DR APT N, ATLANTA, GA 30339-3432
30586524     + Kaili Stowers, 550 Stoneridge, Apt C201, Lawrence, KS 66049-4832
30586526     + Kaili Stowers, 550 Stonridge, Apt C201, Lawrence, KS 66049-4832
30586525     + Kaili Stowers, 550 stoneridge dr, Apt C201, Lawrence, KS 66049-4832
30586527     + Kailyn Kruse, 6310 Oak St, #301, Arvada, CO 80004-4874
30586528       Kain Russell, 9 San Fernando, Drive, Gold Coast, Queensland, 4213, AUSTRALIA
30586529       Kaine Bella, 1500 SW Skyline Blvd Apt 23, Portland, OR 97221-2532
30586531     + Kait Moreno, 2481 NE Coachman Rd, Apt. 320, Clearwater, FL 33765-1709
30586530     + Kait hearle, 68-666 Hoomana Pl, Waialua, HI 96791-9318
30586533     + Kaitlin Bero, W63 N14260 Washington Ave, Apt 22, Cedarburg, WI 53012-3018
30586532     + Kaitlin Bero, W63N14260 WASHINGTON AVE, Apartment 22, Cedarburg, WI 53012-3018
30586534       Kaitlin Bridges, 1810 Elmhurst Dr, Arlington, TX 76012-1910
30586535     + Kaitlin Ceckowski, 6314 North Leona Ave, Chicago, IL 60646-4224
30586536     + Kaitlin Ernst, 2109 Lakeview Dr, Apt 151, YPSILANTI, MI 48198-6761
30586537     + Kaitlin Foss, 1007 gantt avenue, Sarasota, FL 34232-2920
30586538       Kaitlin Hensal, 8004 25th Ave NW, Seattle, WA 98117-4441
30586539     + Kaitlin Herron, 26 Main St, Ladera Ranch, CA 92694-0563
30586540     + Kaitlin Reeves, 2443 N California Ave, Chicago, IL 60647-2607
30586541     + Kaitlin Rikala, 5419 S Woodlawn Ave, 1B, Chicago, IL 60615-5247
30586542       Kaitlin Scanlon, 419 Lyndhurst Rd, Columbia, SC 29212-3113
30586543       Kaitlin Sebbage, 6/4 Southend Rd, Hamilton Hill, WESTERN AUSTRALIA 6163, AUSTRALIA
30586544       Kaitlin Sebbage, Parcel Locker 10273 60326 Shop 88 5 Howt, Floreat, Western Australia 6014, AUSTRALIA
30586545     + Kaitlin Spada, 43-41 44th Street, 1R, Sunnyside, NY 11104-4613
30586546     + Kaitlyn Alman, 3109 Cartwright Dr, Raleigh, NC 27612-2177
30586547     + Kaitlyn Bohnen, 526 salano drive, Colorado Springs, CO 80905-2035
30586548       Kaitlyn Brown, 556 Kingston Road, Unit 4, Toronto, Ontario, M4E 1P9, CANADA
30586549       Kaitlyn Camp, 22 Green Timber Way, Vilonia, AR 72173-9249
30586550     + Kaitlyn Carruba, 1257 S Beach Street, Apt. 2103, Daytona Beach, FL 32114-6377
30586551       Kaitlyn Collinson, 803 BRADFORD AVE, ARNOLD, MD 21012-1419
30586552     + Kaitlyn Cook, 46 vacation drive, Deer Cabin, Whittier, NC 28789-6892
30586553       Kaitlyn Cruz, 11006 Diploma Dr Apt E, Charlotte, NC 28262-8808
30586554       Kaitlyn Curtis, 302 Freada Dr, Florence, AL 35630-4107
30586555       Kaitlyn Cvitan, 10 Henday Bay, Winnipeg, Manitoba R3K 0S5, CANADA
30586556     + Kaitlyn Doan, 5022 Bella Collina St, Oceanside, CA 92056-1923
30586557       Kaitlyn Fremmerlid, 1000 McKenzie Ave, 405, Saanich, British Columbia V8X 4C8, CANADA
30586558       Kaitlyn Fulton, 677 Crump Farm Rd, New Bern, NC 28562-9125
30586559       Kaitlyn Gibson, 256 Putter Ct, Joliet, IL 60435-5229
30586560     + Kaitlyn Hulbert, 222 cotton dike road, St Helena island, SC 29920-3803
30586561       Kaitlyn Intini, 632 hwy 582, Dorion, Ontario P0T 1K0, CANADA
30586563       Kaitlyn Kaitlyn, 461 W 400 N, Manti, UT 84642-1020
30586564       Kaitlyn Krzyzaniak, 5214 W 109th St, Oak Lawn, IL 60453-6339

District/off: 0752-1                                    User: admin                                    Page 255 of 507
Date Rcvd: Jan 04, 2024                                Form ID: 309C                                  Total Noticed: 30719

30586565   + Kaitlyn Levigne, 1142 Dover Dr., Medina, OH 44256-4066
30586567     Kaitlyn N Lowe, 9165 North Watson Meadows Lane, MOORESVILLE, IN 46158-7546
30586568     Kaitlyn Pape, 790 LINDEN RD, TOMS RIVER, NJ 08753-7812
30586569     Kaitlyn Reeves, 751 W 200 S APT 306, AMERICAN FORK, UT 84003-9765
30586570     Kaitlyn Schweiger, 2664 Horseshoe Bay Dr, Kissimmee, FL 34741-1690
30586571     Kaitlyn Taylor, 1356 Grafton Dr, Lexington, KY 40515-5428
30586572     Kaitlyn Tibbals, 12101 UNIVERSITY BLVD APT 2421, ORLANDO, FL 32817-2116
30586573   + Kaitlyn Tran, 617 Green Apple Dr, Garland, TX 75044-2563
30586574     Kaitlyn Vitucci, 771 Jewett Ave, Staten Island, NY 10314-2862
30586575   + Kaitlyn Wrhel, 3760 Village Main Street, Loganville, GA 30052-8618
30586576     Kaiyah Taylor, 2356 Capital Club Way Apt 300, Fort Mill, SC 29707-6128
30586577   + Kajetan Bernat, 839 N. Hermitage Ave., Apt 202, Chicago, IL 60622-5173
30586578     Kala Brand Music Co., PO Box 751149, Petaluma, CA 94975-1149
30586579   + Kalani Summerford, 2522 E. Gordon St, Philadelphia, PA 19125-3623
30586580     Kale Hinde, 721 Maple St, Medford, WI 54451-1345
30586581   + Kaleb A Josey, 816 Vann Avenue, Evansville, IN 47714-2634
30586582   + Kaleb Allen, 1474 VZ County Road 2708, Mabank, TX 75147-5506
30586583   + Kaleb Bacani-McDonald, 4825 N 133rd Plz, Apt 921, Omaha, NE 68164-1024
30586584     Kaleb Coffin, 3 Shireford Ln, Ferguson, MO 63135-1660
30586585     Kaleb Desir, 7 Cedar Rd, Montville, NJ 07045-9508
30586586     Kaleb Fike, 8200 W 20th St Apt J105, Greeley, CO 80634-8491
30586587     Kaleb Godwin, 2428 Lake Vista Ct Apt 304, Casselberry, FL 32707-6466
30586588     Kaleb Klimek, 7108 7 MILE RD, CALEDONIA, WI 53402-9750
30586589     Kaleb Laidler, 771 murphy rd., Sarnia, ONTARIO N7S2X9, CANADA
30586591   + Kaleb Lightfoot, 6151 N. Winthrop Ave, Apt. 1102, Chicago, IL 60660-5617
30586592     Kaleb Nazareno, 47 Luckman Glade, Sydney, NSW 2765, AUSTRALIA
30586593   + Kaleb Pecoraro, 14 Kentucky Street, Apt 202, Plattsburgh, NY 12903-4073
30586594     Kaleb Treloar-Terry, 8 Milburn Court, Endeavour Hills, Victoria, 3802, AUSTRALIA
30586590     Kaleb lewis, 23 Cherwell ave, Bohle plains, QUEENSLAND 4818, AUSTRALIA
30586597     Kaleigh Lafferty, 1700 Northwoods Dr Apt 209C, Lincoln, NE 68505-3280
30586598   + Kalen A Merenda, 114 Buckey Ct, Simpsonville, SC 29680-3505
30586600   + Kalen Rivas, 1111 w stadium drive, Fayetteville, AR 72701-4081
30586601   + Kaley Melancon, 36475 Miller Rd, Prairieville, LA 70769-3143
30586603     Kali Christensen, 52 Kennington Avenue, Quakers Hill, New South Wales 2763, AUSTRALIA
30586604   + Kali Greene, 641 S 36th Street, louisville, KY 40211-2931
30586605   + Kali Lake, 2569 Borders Dr., Eugene, OR 97404-3843
30586606   + Kali Lorensen, 1900 E Medicine Lake Blvd, Plymouth, MN 55441-4235
30586607     Kali Savage, 7910 River Rd E Trlr 12, Puyallup, WA 98371-3441
30586608     Kali Sherman, 2106 7th Ave, Oakland, CA 94606-1911
30586609     Kalie Palmer, 27 E Maxlow Ave, Hazel Park, MI 48030-2233
30586610     Kalieb South, 612 Murray St, Wapakoneta, OH 45895-1222
30586611   + Kalin Basford, 1255 SW 4th Ave., AEB10-401-2, Delray Beach, FL 33444-2276
30586612     Kalin Sankey, 9 STANWOOD ST, PITTSBURGH, PA 15205-2721
30586613   + Kaliska Zarlengo-Joyce, 20578 E Lake Pl, Centennial, CO 80016-3812
30586614     Kalista McCafferty, 1880 Northeast Terre View Drive, E202, Pullman, WA 99163
30586615   + Kallie Conkwright, 20548 E 4th St, Tulsa, OK 74108-8139
30586616     Kallie Espeland, 5455 33rd Ave S Apt 308, Fargo, ND 58104-7706
30586617   + Kallie Ragan, 800 Laurel springs drive, Apt. 824, Durham, NC 27713-6725
30586618     Kalob Yanez, 2844 Harrison Ave Unit D, Panama City, FL 32405-5044
30586619     Kalvin Prose, 1175 Frederick Ln, Temple, TX 76502-7060
30586620   + Kalyn Reid, 14726 SW Trout Creek Ln, Beaverton, OR 97006-5920
30586621   + Kam Andresen, 6400 E Los Santos Drive, Long Beach, CA 90815-3409
30586622     Kam Anne, 8364 Menkar Rd, San Diego, CA 92126-1629
30586623     Kam Ho BSHMHLFZ, 13822 NE Airport Way, Portland, OR 97251-9614
30586624     Kam Price, 618 Lancashire Way, Concord, NC 28025-1625
30586625   + Kama Lane, 113 Valentine Ct, Salisbury, NC 28147-6557
30586626   + Kamar Jalil, 4839 Hilltop Drive, El Sobrante, CA 94803-1647
30586627   + Kamden bright, 7503 Napier Trail, Austin, TX 78729-7411
30586628     Kamea Han, 6634 Barrel Race Dr, Colorado Springs, CO 80923-7322
30586630   + Kameron Peterson, 9555 Christy Street, Creola, AL 36525-4807
30586631   + Kameron Stallard, 5600 Pershing Ave, Apt. 31, St. Louis, MO 63112-1731
30586632   + Kameron Wheeler, 314 N Water Street, Starke, FL 32091-3423
30586633     Kami Doak, 44 Bancroft Crescent, Whitby, Ontario L1R 2J4, CANADA

District/off: 0752-1                               User: admin                                              Page 256 of 507
Date Rcvd: Jan 04, 2024                            Form ID: 309C                                           Total Noticed: 30719

30586634             Kamila Vega, 1173 Santa Fe Dr, Calexico, CA 92231-4108
30586635          +  Kamilah Rodriguez, 1168 Walnut Grove Ave, Apt A, Rosemead, CA 91770-3793
30586636             Kamisha Umbarger, 10210 San Diego Mission Rd Apt 19, San Diego, CA 92108-2177
30586637             Kamryn LeClaire, 306 S Walnut St, Bensenville, IL 60106-2663
30586638          +  Kana iaupuni Pi ilani, 4420 212th ST SW, Apt. i1, Mountlake Terrace, WA 98043-3426
30586639          +  Kandace Summerlin, 5301 Malbec Cresent, Apt. 207, Raleigh, NC 27612-4671
30586640          +  Kandie St Laurent, 65B Amherst St, 65B, Nashua, NH 03064-2561
30586642             Kangyi Lin, 251 Walmer Grove, London, ON N6G 4G9, CANADA
30586643             Kani Streeter, 3396 Dillward Dr, Columbus, OH 43219-3325
30586645             Kanwarpreet Toor, 2747 quadra st, Apt. 202, Victoria, BRITISH COLUMBIA V8T4ES, CANADA
30586646          +  Kaolin Tetreault, PO Box 184, Lyndonville, VT 05851-0184
30586647          +  Kaori Billiot, 21 Buckeye Loop N, Midland, GA 31820-5120
30586648          +  Kara Aldous, 13113 49th Ave NE, Marysville, WA 98271-8621
30586649             Kara Bean, 26225 SE 40th St, Sammamish, WA 98029-5717
30586650             Kara Bopp, 516 AUDUBON DR, SPARTANBURG, SC 29302-2857
30586652         #+  Kara E Wiedemer, 7710 Hampton Cove, Las Vegas, NV 89113-3248
30586653             Kara Everett, 4 Jobbins Street, North Geelong, Victoria, 3215, AUSTRALIA
30586654          +  Kara Hendon, 8131 Ash Street, Prairie Village, KS 66208-4982
30586655             Kara K Roth, 325 Spring St, Red Bud, IL 62278-1105
30586656          +  Kara Scullin, 5082 Signal Hill Lane, Cincinnati, OH 45244-3822
30586660          +  KaraLyn Hungerford, 1509 Midhurst Ct, Raleigh, NC 27614-9312
30586657          +  Karac Smith, 670 Harbert Drive, Savannah, TN 38372-2961
30586658             Karah Campbell, 8100 34th Ave N, Saint Petersburg, FL 33710-2242
30586659             Karaline Polley, 25436 Day Lily Dr, Murrieta, CA 92563-5365
30586661          #  Karalynne Owens, 1306 Armand Dr Apt 304, Memphis, TN 38103-8945
30586662             Karan Talagery, 2002 Saint Anne Dr, Allen, TX 75013-2981
30586663          +  Karen A Ellison, 26186 W. Burnett Rd., Buckeye, AZ 85396-7285
30586665          +  Karen Avecillas, 1813 119th, College Point, NY 11356-2120
30586666          +  Karen Bliske, W9141 Forevergreen ct, Hortonville, WI 54944-9275
30586668             Karen Chonofsky, 505 Hamilton Rd, Merion Station, PA 19066-1104
30586670             Karen Dalton, 96 E Raleigh Ave, Staten Island, NY 10310-2814
30586671             Karen DuBravec, 1420 HURLEY POND LN, VALRICO, FL 33596-5672
30586672             Karen Ellingson, 315 Baltimore Way, Vancouver, WA 98664-2101
30586673          +  Karen Ellison, 26186 W. Burnett Rd., Buckeye, AZ 85396-7285
30586674             Karen Fields, 4002 Bounce Dr, Orlando, FL 32812-8144
30586675             Karen Firth, 16 Furneaux Close, BARWON HEADS, Victoria, 3227, AUSTRALIA
30586676             Karen Fish, 2117 TALBOT DR, FRISCO, TX 75033-6512
30586677             Karen Freemantle, 60 Pinheiro Cir, Novato, CA 94945-6805
30586678             Karen Grande, 71 McDougal Dr, White Plains, NY 10603-2314
30586679          +  Karen Henson, 1174 E Jardin Dr, Casa Grande, AZ 85122-6726
30586680             Karen Jenkins, 1433 Hewett Creek Rd, Jeffrey, WV 25114-5001
30586681          +  Karen Joffe, 1574 24th ave, San Francisco, CA 94122-3314
30586682          +  Karen Keeley, 350 marche chase drive, #164G, Eugene, OR 97401-8886
30586683          +  Karen Kelly, 2756 Monte Carlo Dr., Eustis, FL 32726-7380
30586684             Karen Kennedy, 1/6B Kingsley Gve, Mount Waverley, VIC 3149, AUSTRALIA
30586685             Karen Kiley, 8116 N Seneca Rd, Fox Point, WI 53217-2740
30586686             Karen Kinney, 33066 Sawgrass Ct, Magnolia, TX 77354-6906
30586687          +  Karen Lefebvre, 1 Washington Street, Glens Falls, NY 12801-2978
30586688             Karen Longberg, 6504 S 2300 E, Cottonwood Heights, UT 84121-2629
30586689             Karen Marion, 1455 CAPE CORAL WAY, PORTAGE, MI 49002-3936
30586690          +  Karen Missal, 76 Walnut Ave, Somerset, NJ 08873-1425
30586692             Karen Niedersteiner, 2509 20 street, Po box 1267, Nanton, Alberta T0L 1R0, CANADA
30586693             Karen Saulen, 136 PADGETT CT, WELLFORD, SC 29385-9696
30586694             Karen Schmidt, Bredgade 30, 2th, Grenaa, Midtjylland 8500, DENMARK
30586695             Karen Smith, 1392 Quaker Way, Centerville, OH 45458-2771
30586696             Karen Sullivan, 12655 Camino Mira del Mar Unit 227, San Diego, CA 92130-2569
30586697          +  Karen Szabo, 54 Michael Street, Piscataway, NJ 08854-6076
30586698             Karen Thompson, 5509 PERSHING CIR, EDMOND, OK 73034-9748
30586699             Karen Wagner, 5038 Foothills Rd Apt G, Lake Oswego, OR 97034-3182
30586700          +  Karen Wellington, 8323 Lunsford Lane, Fishers, IN 46038-4427
30586701             Karen Zeiser, 406 Parker Ave S, Meriden, CT 06450-5958
30586702             Karen Zurn, 110135 Stanford Cir, Chaska, MN 55318-1351
30586703          +  Karena Czzowitz, 226 Karatzas Ave, Apt. 101, Manchester, NH 03104-6654

District/off: 0752-1 User: admin Page 257 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30586704 Kari Alcorn, 1797 267th Ct SE, Sammamish, WA 98075-7951
30586705 + Kari Aldrich, 430 N Aurora St, Apt 2, Ithaca, NY 14850-4283
30586706 + Kari Arthur, 754 Boy Scout Rd., Vicksburg, MS 39183-8183
30586707 + Kari Baker, 3917 Rock Hollow Drive, Loganville, GA 30052-6679
30586708 + Kari Cadmus, 2770 Stantonsburg Road, Apt 1E, Greenville, NC 27834-7279
30586709 Kari Diaz, 3507 Volmer Ave, Commerce, CA 90040-3312
30586711 Kari Giannini, 295 2nd Ave, Daly City, CA 94014-2905
30586712 Kari Kosmosky, W178 ERV CT, KAUKAUNA, WI 54130-8875
30586714 + Kari Mitchell, 67300 E 260 Rd, Grove, OK 74344-6222
30586715 Kari Olson, 6911 California Ave SW Unit A, Seattle, WA 98136-2198
30586716 Kari Schulfer, 37388 Emerald Cascade St, Sandy, OR 97055-6368
30586717 Kari Smith, 5952 FM 2264, Rhome, TX 76078-3175
30586718 Kari White, 4611 57 Street, Camrose, AB T4V 2E6, CANADA
30586719 Kari-Pekka Salminen, Kurjentaival 10 as 4, Tampere 33100, FRANCE
30586720 Karie Woolley, 208-2041 Bellwood ave, Burnaby, BC V5B4V4, CANADA
30586721 + Karim Elkassem, 12042 Gatewater Drive, Potomac, MD 20854-2876
30586722 Karin Augustsson, Kinnekullegatan 28, Skara 532 32, SWEDEN
30586723 Karin Berlage, G rresring 20, Hamburg, HH 22609, GERMANY
30586724 Karin Cassel, 42 SMITH PL, COHASSET, MA 02025-1741
30586725 Karin Heidy, 15343 Crowl St SE, Minerva, OH 44657-8673
30586726 Karina Braun, 2609 3RD AVE S APT 1, MINNEAPOLIS, MN 55408-1731
30586727 + Karina Castillo, 3348 s street, Sacramento, CA 95816-7020
30586728 Karina Gomez, 19563 E Cypress St Apt J, Covina, CA 91724-2025
30586729 Karina Johansen, Voldmestergade 29, Copenhagen 2100, DENMARK
30586730 + Karina Lima, 92 Bridge St, Apt 2, Salem, MA 01970-4158
30586731 Karina Martinez, 4908 Pacific Ave, Long Beach, CA 90805-6726
30586732 Karina Montgomery, 4235 Collwood Ln, San Diego, CA 92115-2010
30586733 Karina Salandez, 16040 Leffingwell Rd Unit 113, Whittier, CA 90603-3142
30586734 Karina Vargas, 9527 LAUREL LEDGE DR, RIVERVIEW, FL 33569
30586735 Karine Murray, 18 Rue Bellevue, Sainte-Brigitte-de-Laval, QC G0A 3K0, CANADA
30586736 + Karis Bogle, 1799 Russellville Road, bldg 2 unit 115, Bowling Green, KY 42101-3555
30586738 Karissa Dionne, 785 Patterson Place, Unit i - BACK OF BUILDING, Cambridge, Ontario N3H 2N2, CANADA
30586739 Karissa Ellison, 8359 N Classics Ave, Fresno, CA 93720-0433
30586740 Karisse Entice, 3301 Moreell St, Honolulu, HI 96818-3326
30586741 Karizza Crespo, Block 6 Lot 31 Severus St, Punta Altezza Subd., Ciudad de Calamba, Calamba, Laguna 4027, PHILIPPINES
30586742 + Karl Askins, 2100 Lake Circle Drive, Apt. B, Lima, OH 45801-5517
30586744 + Karl Bellagio, 421 Monte Vista Ave, Healdsburg, CA 95448-3411
30586745 Karl Eggleston, 381 bennett street, Long Eaton, England NG104JE, UNITED KINGDOM
30586746 Karl Fielding, 4033 93rd Ave SE, Mercer Island, WA 98040-4216
30586747 + Karl Santos, 431 Spring Air Drive, Allen, TX 75002-5319
30586748 + Karl Spaeth, 11867 Bennett State Rd, Silver Creek, NY 14136-1601
30586749 Karl Von Bueren, 2584 WELLINGTON WAY, TELFORD, PA 18969-1079
30586750 Karl Wilson, 3548 Shelby Ln, Nra6112-1, Denton, TX 76207-4711
30586751 Karl-Kevin Kljavin, Scape Wembley, Fulton Road Scape House, 606.5, London, England, HA9 0TF, UNITED KINGDOM
30586752 + Karla Dembiski Gironda, 1524 25th Street, Sacramento, CA 95816-6303
30586754 Karla Gutierrez, 8237 SOMERSET BLVD APT G, PARAMOUNT, CA 90723-3587
30586755 Karla Marquez, 3110 Montebello Dr W, Colorado Springs, CO 80918-2229
30586756 Karla Mendoza, 725 N Fig St Apt 93, Escondido, CA 92025-2004
30586757 + Karla Ortiz, 701 N International Blvd, #123 2925, Hidalgo, TX 78557-2582
30586758 + Karla Prudencio, 3502 Allison St, Brentwood, MD 20722-1025
30586759 Karla Rodriguez, 118 Coriander Bnd, San Antonio, TX 78253-5299
30586760 Karlee Bowles, 14823 S GRANITE RIDGE LN, DRAPER, UT 84020-3412
30586761 + Karleigh Toner, 90 Circle Rd Lot 49, Dubois, PA 15801-6812
30586762 Karlene Blaydes, 4112 Wind Meadow Ln, Salida, CA 95368-9379
30586763 + Karley Archer, 5812 North 23rd Street, Ozark, MO 65721-6791
30586764 + Karley Vawter, 1103 Arbor Creek Way, Nashville, TN 37217-5063
30586765 + Karli Taneyhill, 135 Chestnut Crossing Dr, D, Newark, DE 19713-2669
30586766 + Karlie Grossi, 3308 Eisenhower Ln, Plano, TX 75023-3900
30586767 Karly Hugley, 4657 Ocean Dr Apt 339, Corpus Christi, TX 78412-2690
30586768 Karly Rezac, 105 RUSHING BROOK CIR, NASHVILLE, TN 37221-4040
30586769 Karly Wright, 557 S 900 E, Santaquin, UT 84655-8259
30586770 + Karma Samtani, 805 Smith Union, Brunswick, ME 04011-8408
30586771 Karmela Stohr, 3400 Red Lion Rd Apt 6B, Philadelphia, PA 19114-1313

30586772   + Karna Oosting, 65 Somersby Lane, Hiram, GA 30141-3925
30586773     Karol na Py nov, Dvo kova 838, Bohumin 735 81, CZECH REPUBLIC
30586774     Karol Duran, Petra Place, 3, Madison, WI 53713
30586775     Karol Kosiec, 6240 79th St, Middle Village, NY 11379-1319
30586776     Karole Albers, 651 EBONY DR, OXNARD, CA 93030-4728
30586777     Karolina Lewy, 2330 Grand Ravine Drive, Oakville, Ontario, L6H 6A8, CANADA
30586778     Karolina Ross, 171 POPLAR ST, PHILADELPHIA, PA 19123-2311
30586779     Karoline Stolzenburg, Gro beerenstrasse 28, Potsdam 14482, GERMANY
30586780     Karoline Thon, Kolstadgata 24, Oslo 653, NORWAY
30586781     Karri Johnson, 395 Blue Cypress Dr, Groveland, FL 34736-8130
30586782     Karrigan Monk, 120 La Mancha Dr Apt E, Asheville, NC 28805-2184
30586783   + Karson Knudsen, 2924 w Lincoln st, Springfield, MO 65802-4721
30586784     Karter Burgdorf, 1310 E North Union Rd, Bay City, MI 48706-9432
30586785   + Karthik Girish, 95 Prescott Street, Cambridge, MA 02138-4368
30586786   + Kartik Rama, 1631 Freeway Dr, Reidsville, NC 27320-7108
30586787     Karyssa Morgan, 1929 Cheyenne Dr, Evansville, IN 47715-7043
30586788     Kasandra Christner, 594 S Court St, Wilmot, OH 44689-8501
30586789   + Kasandra Von Glockner, 4814 Glen echo way, Rockton, IL 61072-3292
30586790   + Kasey Ah Pook, 1516 Oakbrooke Lane, Eagan, MN 55122-4220
30586791   + Kasey Annis, 4630 Daisy Reid Ave, Apt. 204, Woodbridge, VA 22192-7817
30586792     Kasey Robinson, 103 NORTH ST, SOMERVILLE, MA 02144-1129
30586793     Kasi Pippens, 24529 Round Meadow Dr, Menifee, CA 92584-2683
30586794   + Kasia Hopkins, 203 W Pennsylvania Ave, Urbana, IL 61801-4916
30586795     Kasim Choudhury, 25 Leyton Grange, Apt. 25, London, ENGLAND E10 5UA, UNITED KINGDOM
30586796     Kason Rainey, 1335 Oriole Dr, Munster, IN 46321-3345
30586797     Kaspar Ristesund, Bekkegata 2, Larvik 3264, NORWAY
30586798     Kasper J ger, Ydersporet 6, 3, 62, 3, 62., Randers 8930, DENMARK
30586799     Kasper Tils, Gustav-Freytag-Strasse 1, Berlin 10827, GERMANY
30586800     Kass Kass, 10710 Pinkney Ln, Austin, TX 78739-1636
30586801     Kassandra Antoniades, 572 Nottinghill Rd, London, Ontario, N6K 1R4, CANADA
30586802   + Kassandra Jasso Avila, 514 West Yucca Street, A203, Somerton, AZ 85350-5104
30586803     Kassandra Linn, 5400 Ann Arbor Dr, Bokeelia, FL 33922-3016
30586804     Kassidy Hartley, 323 Henry Ave SE, Grand Rapids, MI 49503-4712
30586805     Kassidy Hodgerson, 225 Louise Dr, Placentia, CA 92870-2504
30586806     Kassondra Edington, 155 Santa Barbara Blvd, Georgetown, KY 40324-8775
30586807     Kat Doering, 416 S Main St, Kirksville, MO 63501-3425
30586808   + Kat Fernandez, 26 Malvern Pl, Verona, NJ 07044-2554
30586809   + Kat Greenberg, 4629 Cass St., Apt. 119, San Diego, CA 92109-2805
30586810   + Kat Holzapfel, 2822 Timber knoll Dr, Valrico, FL 33596-5664
30586811   + Kat Johnson, 5568 Spencer Street, Las Vegas, NV 89119-2730
30586812   + Kat Nye, 4643 River Overlook Dr, Valrico, FL 33596-7878
30586813     Kat Schumacher, 17 Edgewood Ave, Albany, NY 12203-2110
30586814   + Kat Vander Zwaag, 3129 Maroon Creek Road, Aspen, CO 81611-3561
30586815     Katarina Babic, Talstrasse 34, Dusseldorf 40217, GERMANY
30586816   + Katarina Bennicoff Yundt, 77 Halsey St, Apt 2R, Brooklyn, NY 11216-0800
30586817   + Katarina Pomphrey, 1014 Bell Store Rd, Gleason, TN 38229-6418
30586818   + Kate Burrows, 3520 N Lake Shore Dr, 8E, Chicago, IL 60657-1807
30586819   + Kate Dansereau, 6809 Stockton Drive, Knoxville, TN 37909-2630
30586820     Kate Denton, 3612 Brookwood Drive, Atlanta, GA 30305
30586821     Kate Dyson, 12 W Forest St, Lowell, MA 01851-4818
30586822   + Kate Faulhaber, 4406 West 49th Street, Cleveland, OH 44144-1907
30586823   + Kate Gleeson, 705 W. 4th Street, Lawrence, KS 66044-1311
30586824     Kate Goldlust, 112 Spruce Rd, Reading, MA 01867-1447
30586826   + Kate Hansen, 674 N 1410 E, Provo, UT 84606-5180
30586827     Kate Hardy, 12 Hannahs Way, Charlton, MA 01507-1587
30586828   + Kate Hartway, 3209 Zaher Dr, Auburn Hills, MI 48326-2056
30586829     Kate Herbert, 106 Armagh Dr, Baltimore, MD 21212-1101
30586830   + Kate Jensen, 8004 Tyson Oaks Cir, Vienna, VA 22182-3944
30586831     Kate Kennedy, 1218 Kearney St Apt 11, Manhattan, KS 66502-5268
30586832     Kate Kimmis, 818 Pebblecreek Dr, Garland, TX 75040-3611
30586833   + Kate Laiman, 1271 Lakeside Drive, Apt 3139, Sunnyvale, CA 94085-1058
30586834   + Kate Leahy, 4201 Indian Pipe Loop NW, e-107, Olympia, WA 98505-0001
30586835   + Kate Lightcap, 164 Church Ave, Islip, NY 11751-4302

District/off: 0752-1                                User: admin                                Page 259 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                          Total Noticed: 30719

| | | |
|---|---|---|
| 30586836 | | Kate McIntyre, 1453 ALISON JANE LN NE, KENNESAW, GA 30144-1719 |
| 30586837 | | Kate Mulvenna, 7431 W Pratt Ave, Chicago, IL 60631-1140 |
| 30586838 | | Kate Nelson, 3307 S La Corta Dr, Tempe, AZ 85282-5301 |
| 30586839 | | Kate Neville, 18 Durant Rd, Natick, MA 01760-4348 |
| 30586840 | | Kate Oltman, 12233 Malabar Dr, Poway, CA 92064-2433 |
| 30586841 | | Kate Rawlinson, 18 Cynthia Dr, Succasunna, NJ 07876-1007 |
| 30586842 | + | Kate Ray, 105 Black Bear Dr., Apt. 1715, Waltham, MA 02451-0226 |
| 30586843 | + | Kate Reilly, 17 Creekside Dr, Trophy Club, TX 76262-5247 |
| 30586844 | | Kate Remme, 50 Chambers Rd, Union Corner, Nova Scotia BON 2A0, CANADA |
| 30586845 | + | Kate Rohn, 12713 Portland ave, Burnsville, MN 55337-3516 |
| 30586846 | | Kate Silberfeld, 1403 S 4th St, Wilmington, NC 28401-6205 |
| 30586849 | + | Kate Studt, 6003 winnequah road, Monona, WI 53716-3457 |
| 30586850 | | Kate Suchecki, 910 WEYBURN PL, PALO VERDE 620, LOS ANGELES, CA 90024-2852 |
| 30586851 | | Kate Taylor, 310 E DOWNINGTON AVE APT 1, SALT LAKE CTY, UT 84115-2331 |
| 30586852 | + | Kate Wilson, 7413 Wildflower Way, Abilene, TX 79602-1666 |
| 30586853 | | Kate Workman, 39 W Jack St, Hazlet, NJ 07730-1864 |
| 30586825 | + | Kate hanley, 511 Scott Court, hartford, WI 53027-2568 |
| 30586854 | + | Kate-Lyne Petersen, 125 E State St, APT 9C, Ithaca, NY 14850-5385 |
| 30586855 | + | Katee Gardner, 1815 Walnut Ave, Fruitland, ID 83619-5008 |
| 30586856 | | Katelyn Comer, 4829 Bicknell Rd, Marbury, MD 20658-2206 |
| 30586857 | + | Katelyn Goettsch, 8833 Primo Ln, West Des Moines, IA 50266-8460 |
| 30586858 | + | Katelyn Groft, 230 E Rosedale Ave, West Chester, PA 19382-4000 |
| 30586860 | | Katelyn Irizarry, 2950 River Vista Way, Mount Pleasant, SC 29466-2438 |
| 30586861 | + | Katelyn Jernigan, P.O. Box 1222, Kirtland, NM 87417-1222 |
| 30586862 | | Katelyn Kidwell, 680 BLOOMFIELD AVE APT 2, BLOOMFIELD, NJ 07003-4352 |
| 30586863 | | Katelyn Kruckenberg, 1514 Ty Bluff Rd, Forest, VA 24551-3452 |
| 30586864 | | Katelyn Lehmann, 18 Marvin Gdns, Hebron, IN 46341-9105 |
| 30586865 | + | Katelyn Matchett, 133 Haynes Ave South, P.O. Box 951, Packwood, WA 98361-0951 |
| 30586866 | | Katelyn Munro, 2813 Rolling Acres Pl, Valrico, FL 33596-5684 |
| 30586867 | + | Katelyn Pothier, 1835 20th ave north, st.pete, FL 33713-5031 |
| 30586868 | | Katelyn Previto, PO Box 18342, Huntsville, AL 35804-8342 |
| 30586869 | + | Katelyn Reeves, 1347 E Central Ave, Apt 302, Sutherlin, OR 97479-9894 |
| 30586870 | | Katelyn Robertson, 507 Caldwell Road, Dartmouth, NOVA SCOTIA B2V1A7, CANADA |
| 30586871 | + | Katelyn Seiler, 151 Road 900, Tupelo, MS 38801-9429 |
| 30586873 | + | Katelyn Thomson, 615 west cedar st, Kalamazoo, MI 49007-5003 |
| 30586874 | + | Katelynn Strickler, 27260 Los Altos, Apt. 1232, Mission Viejo, CA 92691-8507 |
| 30586875 | | Katerin Saravia Manzano, Irigoyen esquina Siriono Condominio 4 Es, 2DS, Cochabamba, CERCADO, BOLIVIA |
| 30586876 | | Katerina Katakis, 154 Dora Street, Hurstville, NEW SOUTH WALES 2220, AUSTRALIA |
| 30586877 | | Katey Houston, 9004 176th Street Ct E, Puyallup, WA 98375-6132 |
| 30586878 | | Katey Portillo, 3003 Ronna Dr, Las Cruces, NM 88001-7531 |
| 30586879 | | Kath Buik, 17 Windsor Road, Dorchester, ENGLAND DT1 2JA, UNITED KINGDOM |
| 30586880 | | Katharine Evans-Pritchard, Halmore Farm, Halmore GL13 9HL, UNITED KINGDOM |
| 30586881 | + | Katherine Anne Harris, 521 poplar grove drive, Vandalia, OH 45377-2728 |
| 30586882 | + | Katherine Batten, 282 Rantoul St, Beverly, MA 01915-4328 |
| 30586883 | | Katherine Besse, 65 Princeton St Unit 521, North Chelmsford, MA 01863-1696 |
| 30586884 | | Katherine Bodor, 2311 Pierce St NE, Minneapolis, MN 55418-3835 |
| 30586885 | + | Katherine Briggs, 619 4TH AVE NE, WASECA, MN 56093-3313 |
| 30586887 | | Katherine Burke, 4919 Ivanhoe St, Duluth, MN 55804-1133 |
| 30586889 | + | Katherine Carroll, 110164 Stanford Cir, Chaska, MN 55318-1380 |
| 30586890 | | Katherine Cavasin, 4408 Aster Blvd, Howell, MI 48843-6523 |
| 30586891 | | Katherine Clark, 699 N Vulcan Ave Spc 124, Encinitas, CA 92024-2128 |
| 30586892 | + | Katherine Coleman, 1024 Adams Circle, F129, Boulder, CO 80303-1873 |
| 30586893 | | Katherine Contos, 1627 W 5th St Apt 1, Brooklyn, NY 11223-1487 |
| 30586894 | | Katherine Coomber, 72 Crestwood Place, Moggill, Queensland, 4070, AUSTRALIA |
| 30586895 | | Katherine Dantzler, 726 Amsterdam Ave Apt 3C, NY, NY 10025-6329 |
| 30586896 | | Katherine Faroh, 3605 Luton Ct, Charlotte, NC 28262-2648 |
| 30586897 | + | Katherine Gotter, 401 Gillette Street, Apt. 100, La Crosse, WI 54603-4209 |
| 30586898 | + | Katherine Hansen, 8552 Steamline Cir, Austin, TX 78745-8054 |
| 30586899 | + | Katherine Hemsworth, 15104 General Stevens ct, Chantilly, VA 20151-1320 |
| 30586901 | | Katherine Hernandez, 981 ELDEN AVE APT 1, LOS ANGELES, CA 90006-5729 |
| 30586902 | + | Katherine Huston, 1125 Brickl Road, West Salem, WI 54669-1905 |
| 30586903 | | Katherine Hutcheson, 3343 MEMORIAL BLVD APT G120, MURFREESBORO, TN 37129-5433 |
| 30586904 | | Katherine Hutton, 1720 Small St, York, PA 17404-4925 |

District/off: 0752-1                          User: admin                                    Page 260 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                              Total Noticed: 30719

30586905    + Katherine Irani, 1659 Monroe Dr NE, M3, Atlanta, GA 30324-5064
30586906      Katherine Keenan, 29 TENNEY HILL RD, KITTERY POINT, ME 03905-5230
30586907      Katherine Koch, 5533 Liberty Bell Cir, Dayton, OH 45459-7925
30586908      Katherine L Johnson, 8765 COLBY ST, LINCOLN, NE 68505-3212
30586909    + Katherine Letts, 17400 New Hampshire Avenue, Ashton-Sandy Spring, MD 20861-9777
30586910      Katherine Mcmorrow, 105 Summerfield Rd, Chevy Chase, MD 20815-3316
30586911      Katherine Murdock, 5323 N Mulligan Ave, Chicago, IL 60630-1019
30586912    + Katherine Nicholas, 210 Park Ave, Bay Head, NJ 08742-5048
30586913    + Katherine Olmsted, 1298 Abbington Pl, Gahanna, OH 43230-8463
30586914    + Katherine P Melvin, 410 Marlborough Rd,, Apt 1C, Brooklyn, NY 11226-5635
30586915      Katherine Palmisano, 1710 Kessler Boulevard East Dr, Indianapolis, IN 46220-2433
30586916    + Katherine Reeves, 7721 Coral Boulevard, Miramar, FL 33023-5862
30586917    + Katherine Russell, 105 Friar Ln, Carrboro, NC 27510-2477
30586918      Katherine Starkey, 1213 Burton St, Silver Spring, MD 20910-2707
30586919      Katherine Stellato, 31 Barry Ct, North Providence, RI 02904-5102
30586920      Katherine Weber, 8128 Long Nook Ln, Charlotte, NC 28277-8113
30586921      Katherine Williams, 354 Canning Street, Carlton North, Victoria, 3054, AUSTRALIA
30586922    + Kathleen Anne Elsen, 15543 Harbor Town Drive, Orland Park, IL 60462-5080
30586923    + Kathleen Cracknell, 295 8th Street, Jersey city, NJ 07302-1947
30586924      Kathleen Eichelberger, 210 Alice Ave, Syracuse, NY 13209-2549
30586925      Kathleen Fournier, 14432 GENERAL WASHINGTON DR, WOODBRIDGE, VA 22193-3249
30586926      Kathleen Gemmell, 20 Holborrow Avenue, Richmond, New South Wales 2753, AUSTRALIA
30586927    + Kathleen Horgen, 5336 Spike Lane, Suwanee, GA 30024-4110
30586928      Kathleen Johns, 9656 Roanoke Rd, Stafford, NY 14143-9536
30586929      Kathleen LeMay, 1804 Maple St, Munhall, PA 15120-2526
30586930      Kathleen M Tyree, 641 Huddleston Rd, Lascassas, TN 37085-5109
30586931      Kathleen Russo, 45 Blue Hl E, Bangor, ME 04401-2336
30586932      Kathleen Tyree, 641 Huddleston Rd, Lascassas, TN 37085-5109
30586933    + Kathleen Watson, 512 El Cerrito Plz, Unit 117, El Cerrito, CA 94530-4024
30586934    + Kathlynn Sweitzer, 142 Cranbrook Dr., Dover, PA 17315-1237
30586935    + Kathrina Hagner, 69860 Eisenhower Rd, Sturgis, MI 49091-9567
30586936      Kathryn Akerman, 35 McAuley Rd, Cape Elizabeth, ME 04107-1240
30586937    + Kathryn Anderson, 6396 Deerwood Ln, Lino Lakes, MN 55014-5427
30586938      Kathryn Baker, 160 G St SW, WA, DC 20024-4303
30586939      Kathryn Berger, 515 Shannon Rd, Deerfield, IL 60015-4518
30586940    + Kathryn Binns, 9 Huber st, Glenside, PA 19038-3401
30586941    + Kathryn Calo, 18 seaview Ave, Revere, MA 02151-5704
30586942    + Kathryn Caulfield, 22 Chapel St, Apt 1, Augusta, ME 04330-5517
30586943    + Kathryn Curtis, 295 York Street, Apt 3C, Jersey City, NJ 07302-4055
30586944      Kathryn DECODTS, 1 STONEBRIDGE MEADOWS, STONEYFORD, Lisburn Northern Ireland BT28 3JD, UNITED KINGDOM
30586945    + Kathryn Dehler, 11406 NE 35th Ave, Vancouver, WA 98686-3960
30586946      Kathryn Ferdinandsen, 15 Minniear Ct, Fredericksburg, VA 22406-8452
30586947      Kathryn Gordon, 160 George St, Belleville, Ontario K8N 3H2, CANADA
30586948    + Kathryn Greene, 341 SW Thistlewood Ln, Fort White, FL 32038-8867
30586949      Kathryn Hagood, 19 ALOHA RD, PITTSBURGH, PA 15239-2411
30586950      Kathryn Hall, 4599 ALLISON LN, BATAVIA, OH 45103-4044
30586951      Kathryn Libbey, 429 W Briarcliff Rd, Bolingbrook, IL 60440-2818
30586952    + Kathryn Moore, 301 Cheshire Drive, Apt. 128, Knoxville, TN 37919-5851
30586953    + Kathryn Normington, 5745 SE 17th Ave, Apt. 2, Portland, OR 97202-5261
30586954    + Kathryn Novelli, 7306 Springleaf Ct, Richmond, VA 23234-2816
30586955      Kathryn O'Connell, 7925 Vinings Oak Ln Apt 528, Matthews, NC 28105-5118
30586956      Kathryn OGuinn, 3605 BEECH ST, TEXARKANA, AR 71854-2619
30586957      Kathryn Pattison, 2-4 Holdings Kinaldie, Arbroath, Scotland DD11 5SX, UNITED KINGDOM
30586958    + Kathryn Reynolds, 502 Summer Oaks Ct, Rosenberg, TX 77469-1841
30586959    + Kathryn Ross, 8434 Parapet Place, Rosharon, TX 77583-6599
30586960    + Kathryn Roy, 27 Craigie St, Somerville, MA 02143-2401
30586961      Kathryn Sandberg, 4447 Philbrook Sq, San Diego, CA 92130-8674
30586963      Kathryn Sigurdson, 649 12th Ave, San Francisco, CA 94118-3618
30586964    + Kathryn Squyres, 4400 Massachusetts Ave NW, Leonard 501, WA, DC 20016-8103
30586965    + Kathryn Utke, 1063 W Columbia Ave, Apt 106, Chicago, IL 60626-4562
30586966      Kathryn Whiting, 122 Glossop Road, Marple Bridge, Stockport, England, SK6 5EL, UNITED KINGDOM
30586967    + Kathryn-Jane Karl, 1115 Hamlin Road, Waldorf, MD 20602-2973
30586968    + Kathy A Hommas, 8886 Tenbury Ct, Apt, suite, floor, etc., Bristow, VA 20136-2015

District/off: 0752-1                        User: admin                                    Page 261 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                                   Total Noticed: 30719

30586969    + Kathy Arnold, 1307 Trinity Drive, Murfreesboro, TN 37129-1461
30586970      Kathy Doyle, 1883 Birchwood Dr, Okemos, MI 48864-2766
30586972    + Kathy Martin, 20 Virginia Ave, Fishkill, NY 12524-1358
30586973      Kathy McKeon, 32 Rody Court, Munno Para West, SA 5115, AUSTRALIA
30586974      Kathy Pitcock, 13624 W Cypress Forest Dr, Houston, TX 77070-4019
30586975      Kathy Plonsky, 815 Rabbit Run Dr, Golden, CO 80401-0910
30586976      Kathy W Brydon, 8 Sams Way, Hermon, ME 04401-1171
30586977    + Katia Hernandez, 5103 Mulberry Drive, Fredericksburg, VA 22407-7131
30586978      Katie Armbruster, 124 Highland Grove Way, Fuquay Varina, NC 27526-2712
30586979      Katie Bailer, 519 E Hinckley Ave, Ridley Park, PA 19078-2614
30586980    + Katie Balka, 1838 W Melrose Street, Apt #1, Chicago, IL 60657-8203
30586981      Katie Bauer, 1104 65 street NW, Edmonton, Alberta, T6L 4A2, CANADA
30586982    + Katie Beck, 1422 Campbell Cir, Nashville, TN 37206-1466
30586983    + Katie Bobb, 8754 Jefferson Avenue, Munster, IN 46321-2423
30586984    + Katie Bosovich, 2146 N 51st Street, Milwaukee, WI 53208-1133
30586985      Katie Brockway, 124 Rosie Dr, Long Beach, MS 39560-2315
30586986      Katie Brown, 6301 Cameron Dr, Buford, GA 30518-5124
30586987    + Katie Butler, 4070 Blueberry Dr, Erie, PA 16510-6663
30586988    + Katie Coleman, 3512 48th pl, Des Moines, IA 50310-2611
30586989    + Katie D DeVaull, 2525 Satinwood Ct, Arlington, TX 76001-5452
30586990      Katie Davis, 2604 SOUTHWICK DR, GREENSBORO, NC 27455-0833
30586991    + Katie Dordan, 1012 Lotus Lily Ave, Vicksburg, MI 49097-9630
30586992    + Katie Finnegan, 538 East 89th St, Apt. 2W, NY, NY 10128-7870
30586993      Katie Fornwalt, 9611 Township Road 390A SE, Corning, OH 43730-9714
30586994      Katie Greenham, 27a Shirley drive, Hove, England BN3 6NQ, UNITED KINGDOM
30586995      Katie Harris, 318 Cedar Creek Rd, Cedar Creek, Queensland 4207, AUSTRALIA
30586996      Katie Harrison, 1513 Rutledge Ave Unit A, Charlottesville, VA 22903-1417
30586997      Katie Heideman, 9550 Meyer Forest Dr Apt 334, Houston, TX 77096-4359
30586998    + Katie Hodges, 294 Jeff lane, Mount Vernon, GA 30445-2730
30586999      Katie Howard, 3455 Table Mesa Dr Apt D132, Boulder, CO 80305-5836
30587000      Katie Ippolito, HC 72 Box 45001, Dyer, NV 89010-9712
30587001    + Katie J Hyre, 5144 US 250 N LOT 138, Lot 138, Norwalk, OH 44857-9323
30587002    + Katie Jezierski, 1481 Scott Street, Christiansburg, VA 24073-3221
30587003      Katie Jo Hyre, 5144 US Highway 250 N Lot 138, Norwalk, OH 44857-9323
30587004      Katie Klotz, 709 8th St, Shelbyville, KY 40065-1233
30587005      Katie Korfhage, 100 Atlantic Ave Apt 4C, Brooklyn, NY 11201-6755
30587006      Katie Kovac, 17 Crispin Dr, South Burlington, VT 05403-4460
30587007    + Katie Kreke, 325 E Patrick St, Apt 3, Frederick, MD 21701-6100
30587008      Katie Labonte, 1 Green Ct, Palmyra, VA 22963-3249
30587009    + Katie Leuthner, 3990 CR-123, Watertown, MN 55388-9404
30587010    + Katie Lindstrom, 3936 Pleasant Ave, Minneapolis, MN 55409-1529
30587011      Katie Lloyd, 115 Ashburnham Road, Hastings, England TN35 5JH, UNITED KINGDOM
30587013      Katie Lynne Church, 1037 E Franklin St, Hillsboro, TX 76645-2224
30587014    + Katie Marks, 188 Rama ST, Taunton, MA 02780-5125
30587016    + Katie Mazzullo, 1424 North Clarkson street, Denver, CO 80218-1998
30587017      Katie McAteer, 917 E Thomas St, Arlington Heights, IL 60004-4925
30587018    + Katie McGuire, 8450 Austin St, Apt 3E, Kew Gardens, NY 11415-2221
30587019      Katie Mendoza, 2 Bellwood Dr, Alamosa, CO 81101-2438
30587020      Katie Miller, 65 Tyler Rd, Weston, MA 02493-1059
30587021      Katie Mitchell, Katieheartsmitch@gmail.com, Little Rock, AR 72212
30587022      Katie Morarity, 3656 Cypress Creek Dr, Columbus, OH 43228-9619
30587023    + Katie Paul, 9401 Swinton Ave, North Hills, CA 91343-2824
30587024    + Katie Puryear, 5574 FM 2340, Burnet, TX 78611-5728
30587025    + Katie Quaill, 412 Williams Pl, San Mateo, CA 94401-2420
30587026      Katie Ree, 2008 Kinderton Manor Dr, Duluth, GA 30097-5969
30587027    + Katie Reineck, 4159 N Claremont Ave, Chicago, IL 60618-2931
30587028    + Katie Rozar, 6458 1st Ave S, Saint Petersburg, FL 33707-1302
30587029      Katie Sawatzky, 54 Hilltop Rd, Chestnut Hill, MA 02467-1846
30587030    + Katie Schreiber, 2405 Ontario st, Bellingham, WA 98229-4003
30587031    + Katie Snell, 522 Superior St., Sandusky, OH 44870-1816
30587033      Katie Stevens, 97 LAMBERTVILLE HOPEWELL RD, HOPEWELL, NJ 08525-2903
30587034      Katie Stuttle, 3 Rippon Hall Cottages, Norwich, ENGLAND NR10 5PG, UNITED KINGDOM
30587035      Katie Voss, 112 Hanmer Street West, Barrie L4N 7T6, CANADA

District/off: 0752-1                          User: admin                                    Page 262 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                              Total Noticed: 30719

30587036            Katie Webster, 5703 Canterbury Dr, Culver City, CA 90230-6531
30587037        +   Katie Weed, 2000 N St NW, Apartment 125, WA, DC 20036-2804
30587038            Katie Weiler-Dean, 393 Havendale Crescent, Waterloo, ON N2T 2T4, CANADA
30587039            Katie Weiskotten, 15 CUYLER AVE, ALBANY, NY 12209-1501
30587040            Katie Wilcox, 9180 E River Rd, Mount Pleasant, MI 48858-9493
30587041            Katie Worth, 9 Center Street, 2, Hurleyville, NY 12747
30587042            Katie Wu, 5315 Colodny Dr Unit 21, Agoura Hills, CA 91301-4907
30587012        +   Katie longhofer, 116 Searsport drive, Columbia, MO 65201-2864
30587043            Katilena Giles, 22 Wallace Street, Mount Cook, WELLINGTON 6021, NEW ZEALAND
30587044        +   Katina Thomas, 5614 407th Ct., North Branch, MN 55056-5491
30587045            Katja T lle, Culemannstr. 5, Minden, Nordrhein-Westfalen 32425, GERMANY
30587046        +   Katlyn Blakley, 4155 Flint Dr, Lancaster, SC 29720-6930
30587047            Katlyn Lipke, 3011 165th St, Hammond, IN 46323-1147
30587048        +   Katlyn Purser, 1210 Massachusetts Ave. NW, Apt 307, WA, DC 20005-4516
30587049            Katlynn Eldridge, 2736 Frankfort Ave Apt 109, Louisville, KY 40206-2666
30587050            Katrin Edsparr, 126 ROGER CANOE HOLLOW RD, MILL NECK, NY 11765-1011
30587052            Katrina Borneman, 1466 24th St SW, Vero Beach, FL 32962-8023
30587053        +   Katrina Casey, 103 Antietam Dr, Victoria, TX 77904-2425
30587054        +   Katrina D Jonaitis, 2543 n dunbar st, orange, CA 92865-2805
30587055            Katrina Gantt, 930 Poole Bridge Rd, Hiram, GA 30141-5407
30587056            Katrina Heimark, 7800 Division St, Minneapolis, MN 55426-4310
30587057        +   Katrina Jahn, 7135 Canterbury Ave., Apt. 404, St. Louis, MO 63143-3411
30587059            Katrina James, 1545 NW MARKET ST APT 624, SEATTLE, WA 98107-5258
30587058        +   Katrina James, 920 Van Ness Avenue, Apt #502, San Francisco, CA 94109-6907
30587060            Katrina Locking, 346 Bonin St, Chelmsford, Ontario P0M 1L0, CANADA
30587061            Katrina Nguyen, 15 Livingston Drive, Rockbank, VIC 3335, AUSTRALIA
30587062            Katrina Raenell, 4507 Canyon Ridge Ln, Reno, NV 89523-9414
30587063            Katrina Roof, 2785 River Rd, Wysox, PA 18854-7948
30587065        +   Katrina Sue Brook, 2380 Tiffany Lane, Holt, MI 48842-9777
30587066        +   Katrina Ulbrich, 1425 Patriot Points Way, Fuquay Varina, NC 27526-4512
30587067        +   Katrina Zapinski, 9620 W Russell Rd, Apt. 2118, Las Vegas, NV 89148-4513
30587068            Katy Allen, 85 W Algonquin Rd Ste 550, Arlington Heights, IL 60005-4460
30587069            Katy Clark, 7 Brown Street, Armadale, Scotland EH48 3LB, UNITED KINGDOM
30587070        +   Katy Clement, 29 Main St, Kittery, ME 03904-1705
30587071            Katy Davies, 86 TROY RD, E GREENBUSH, NY 12061-1306
30587072            Katy Fox, 140 E Hippie Hill Rd, Belfair, WA 98528-7511
30587073        +   Katy Hamilton, 126 Carriage Rd, North Barrington, IL 60010-2206
30587074        +   Katy Kahl, 2410 Montebello Terrace, Baltimore, MD 21214-2436
30587075            Katy Saunders, 1 Edgehill Road, Aberystwyth, WALES SY23 1LZ, UNITED KINGDOM
30587076        +   Katy Scranton, 3200 Nottingham St, Pearland, TX 77581-5203
30587077        +   Kava Chan, 45 Norma Dr, Nashua, NH 03062-1341
30587078        +   Kawena Jacobs, 839 N US Route 15, Dillsburg, PA 17019-1618
30587079        +   Kay DeWitt, 749 Oakhurst Ave NW, Grand Rapids, MI 49504-4616
30587080            Kay Kay, 410 E Veatch St, Moscow, ID 83843-3147
30587081        +   Kay Kuever, 7561 N. Ethan Allan Pl., Tucson, AZ 85741-2125
30587082            Kay Swisher, 110 Cedar Ct, Laurens, SC 29360-9180
30587083        +   Kay VanCamp, 3343 Limestone Ct, Milford, MI 48380-3361
30587084            Kaya Adams, 1712 E 24th Ave Apt 4, Hutchinson, KS 67502-1156
30587085        +   Kayak Jones, 1425 Oeth Ct, Dubuque, IA 52003-7879
30587086            Kayce Poore, 17129 Emiline St, Omaha, NE 68136-1584
30587087            Kayden Lovallo, 24 Merriam St, Pittsfield, MA 01201-5935
30587089            Kayden Pintarelli, 1126 Forest St, Marshfield, MA 02050-6264
30587088            Kayden moc, 783 S WOODBERRY LN, LA PUENTE, CA 91746-1870
30587090        +   Kaykhine Lei, 2739 E Sugar Hill Ter, Dublin, CA 94568-4621
30587091        +   Kayla Alcorcha, 1814 Leora Pl, Petaluma, CA 94954-7487
30587092        +   Kayla Avitabile, 3181 Crescent Beach Ct, Merritt Island, FL 32952-6039
30587093        +   Kayla Beltran, 31790 Livingston St, Menifee, CA 92584-4949
30587094        +   Kayla Bengtson, 14, Valley, Concord, NH 03301-3142
30587095            Kayla Best, 3809 SW Briarwood Dr, Lees Summit, MO 64082-4693
30587096            Kayla Bishop, 2807 235th Ave NW, Saint Francis, MN 55070-9757
30587097            Kayla Burton, 92 new west road, Port lincoln, SOUTH AUSTRALIA 5606, AUSTRALIA
30587098            Kayla Carlson, 2903 Society Hill Dr Apt 309, Camp Hill, PA 17011-8112
30587099            Kayla Douglas, 22 East Haven Drive, 517, Scarborough, ON M1N 0B4, CANADA

30587100  + Kayla Epps, 4412 Bounty PL NE, Albany, OR 97322-4629
30587101     Kayla Farler, 11898 Victory Knoll Cir Apt 201, Louisville, KY 40243-3024
30587102     Kayla Foss, 460 Reveilly Trail Ter Apt 103, Lansing, KS 66043-6318
30587103     Kayla Gann, 1309 SW 111th Pl, Oklahoma City, OK 73170-4234
30587104  + Kayla Grant, 2675 Hinoki Cypress Place, Sanford, FL 32773-6470
30587105     Kayla Hartford, 1 Decatur Dr, Mount Vernon, OH 43050-1107
30587106  + Kayla Hernandez, 175 Oak Acres Ln, Boerne, TX 78006-5620
30587107  + Kayla Hoffman, 1410 E 14th St, Santa Ana, CA 92701-2750
30587108  + Kayla Holland, 83 Mechanic Street, Apt 4, Attleboro, MA 02703-2066
30587109  + Kayla Jacob, 145 wandering trail, Jupiter, FL 33458-7334
30587110  + Kayla Jameson, 42 Paris Drive Sw, Rome, GA 30165-3908
30587111  + Kayla K Price, 102 East Rock Island Street, Knoxville, IA 50138-1435
30587112     Kayla Kayla, 12132 Diane Marie Dr, Maryland Heights, MO 63043-4215
30587113  + Kayla Krueger, 1325 N SUPERIOR ST, APPLETON, WI 54911-3666
30587114  + Kayla Luna, 2607 Candlewood Street, Lakewood, CA 90712-2104
30587115     Kayla Macri, 31 Majorca Elbow, Hocking, WESTERN AUSTRALIA 6065, AUSTRALIA
30587116  + Kayla Martin, 5701 25th Ave NE, Seattle, WA 98105-2416
30587117  + Kayla Melita, 180 North Monroe Ave, Lindenhurst, NY 11757-4232
30587118     Kayla Mitchell, 484 Country Club Drive, Bath, ON K0H 1GO, CANADA
30587119     Kayla Mullins, 121 Columbus St, Kent, OH 44240-2505
30587120     Kayla O'Dea, 29 Church Street, Wanneroo, Western Australia 6065, AUSTRALIA
30587121  + Kayla OConnor, 170 Tulip Dr, Meriden, CT 06450-7324
30587123  + Kayla Paynter, 6086B Essex House Sq, Alexandria, VA 22310-4319
30587124     Kayla Peace, 143 Gold Rush Dr, Cedar Park, TX 78613-7075
30587126     Kayla Pobuda, 6348 W 350 N, Angola, IN 46703-8824
30587127  + Kayla Quinlevan, 11950 N Springdale Ct, Mequon, WI 53092-1538
30587128  + Kayla Reger, 5259 Levelside Ave., Lakewood, CA 90712-2223
30587129  + Kayla Richard, 204 Matthew Court, Greenville, SC 29611-7264
30587130     Kayla Richardson, 404 W OSAGE ST, SEDAN, KS 67361-1524
30587131     Kayla Rodriguez, 717 E Melvin Ave, Oshkosh, WI 54901-3974
30587132  + Kayla Ross, 254 Country Charm, Livingston, TX 77351-6204
30587133  + Kayla Sebring, 6613 Hickory Trace Circle, Chattanooga, TN 37421-3676
30587134  + Kayla Shoemaker, 529 Wildwood Dr., Sedro Woolley, WA 98284-9529
30587136  + Kayla Spence, 12020 SE 316th Ct, Auburn, WA 98092-3676
30587137  + Kayla Stevenson, 420 13th Ave, Apt 103, Seattle, WA 98102-6206
30587139     Kayla Weber, 15565 Adams St Apt 201, Omaha, NE 68137-5201
30587140     Kayla Wilke, 1900 Stevens Dr Apt 310, Richland, WA 99354-2127
30587141     Kayla Winkler, 448 Ralph Ave W, Winnipeg, Manitoba, R2C 2E7, CANADA
30587142  + Kayla Yellen, 360 Conestoga Way, Telford, PA 18969-1215
30587122  + Kayla pattullo, 8423 SW Pointer Way, Apt A, Portland, OR 97225-7316
30587125  + Kayla pfeil, 1306 Baylor Drive, Colorado Springs, CO 80909-3302
30587138     Kayla trench, 60 kaimes crescent kirknewton, Kirknewton, SCOTLAND EH27 8AS, UNITED KINGDOM
30587143  + Kaylea Cobb, 4132 69th st, Urbandale, IA 50322-2612
30587144  + Kaylea Jones, 111A Cooper Street, Apt 1, Brooklyn, NY 11207-2177
30587145  + Kaylee Bowlds, 3553 hummock pl, Woodbridge, VA 22192-6470
30587147  + Kaylee Daman, 412 Driftwood St, Lowell, AR 72745-6005
30587148     Kaylee Fisbeck, 6917 Laramie St, Cheyenne, WY 82001-6020
30587149  + Kaylee Ginocchio, 2611, Mainway Dr, Los Alamitos, CA 90720-4722
30587150  + Kaylee Luiz, 139 Ryland Drive, Roseburg, OR 97471-5824
30587151  + Kaylee Lynch, 2627 n troy st, Apt. 2, Chicago, IL 60647-1605
30587152  + Kaylee Newby, 2025 Twin Oaks Avenue, Pulaski, VA 24301-3027
30587153     Kaylee Petersen, 8543 Cleveland Rd, Wooster, OH 44691-7706
30587154  + Kaylee Reynolds, 15316, sunningdale street, Austin, TX 78717-3820
30587155     Kaylee Scott Kaylee Scott, 2402 Chestnut Terrace Ct Unit 104, Odenton, MD 21113-0737
30587156     Kaylee Silvey, 1101 Main St Apt A, Murray, KY 42071-1905
30587157  #+ Kaylee Speed, 84 Eagle Rock Circle, The Woodlands, TX 77381-4343
30587158     Kaylee Spencer, 174 LORETTA AVE APT 21, FAIRBORN, OH 45324-2557
30587159     Kaylee Stanley, 2316 Geneva Dr, Lakeland, FL 33805-9612
30587160     Kaylee Wood, 27 Cunard Place, Winnipeg, MB R3T 5M1, CANADA
30587146  + Kaylee chaffee, 3038 chilcoot dr, Sparks, NV 89434-1794
30587161  + Kayleigh Childers, 10387 norvell rd, spring hill, FL 34608-2820
30587162  #+ Kayleigh Downing, 1214 Woods Rd SE, Port Orchard, WA 98366-8402
30587163     Kayleigh Fitzgerald, 501 Pine Knoll Cir Apt 2A, Battle Creek, MI 49014-7725

District/off: 0752-1                          User: admin                                      Page 264 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                     Total Noticed: 30719

30587164          Kayleigh Flaxman, 47 Wellesley Road, Ipswich, ENGLAND IP41PH, UNITED KINGDOM
30587165    +     Kayleigh Roenker, 8470 Tree Top Ct N, Apt. 1031, Miamisburg, OH 45342-3734
30587166          Kaylen Bannister, 28705 34th Ave S Apt F302, Auburn, WA 98001-1034
30587167    +     Kayley Davis, 4712 Highway 589, Sumrall, MS 39482-3974
30587168    +     Kayli Green, PO Box 472, Livingston Manor, NY 12758-0472
30587169    +     Kayli Link, 310 Devoe Drive, Oswego, IL 60543-4068
30587170    +     Kayli Morgan, 15017 Babbling Brook Dr, Austin, TX 78728-4350
30587172          Kaylie Blaise, 5304 Lancelot Rd, Brentwood, TN 37027-4116
30587173    +     Kaylie Campbell, 118 East Everett St, Homer, MI 49245-1308
30587174          Kaylie Daniels, 3621 Venetian Way, York, SC 29745-6431
30587175          Kaylie Gines, 1054 E 300 S, Orem, UT 84097-5759
30587176    +     Kaylie Kuykendall, 1343 W 2050 S, Syracuse, UT 84075-9833
30587177    +     Kaylie Maines, 110 Stonerow Lane, PORT MATILDA, PA 16870-7909
30587178    +     Kaylie Richardson, 116 Coosaw Club Drive, Beaufort, SC 29907-2140
30587179          Kaylin Lee, 17 Tanager Avenue, Toronto, Ontario M4G 3P9, CANADA
30587180    +     Kaylyn Fagan, 590 Orange St, Apt 3, New Haven, CT 06511-3821
30587181          Kayne Backler, 33 Freeling Street, Naracoorte, South Australia 5271, AUSTRALIA
30587182    +     Kayne Clark, 504 Mason Hills Drive, Apt. 504, Mason, MI 48854-1215
30587183          Kayne Friesen, 1421 Oak View Way, Escondido, CA 92029-1865
30587184    +     Kayse Chen, 2511 Eagle St, Houston, TX 77004-5206
30587185          Kaytaro G Sugahara, 3105 Kendal Way, Sleepy Hollow, NY 10591-0015
30587188          Kaz Balderach, 2760 S THOMAS PL, TRAVERSE CITY, MI 49686-4936
30587192          Kc Quinn, 223 Rush St, Lodi, CA 95240-2325
30587259          KeKona Asi, 1617 Hershey Ct, Columbia, MO 65202-2438
30587195    +     Keagen papke, 1416 Bell Ave, New Buffalo, MI 49117-1511
30587196          Keana Guzman, 12634 Daphne Dr, Rancho Cucamonga, CA 91739-1627
30587197    +     Keanna Peek, 5807 Patrick Henry drive, Milford, OH 45150-2128
30587198    +     Keanon Liggatt, 3619 Walnut St, Apt 1, Kansas City, MO 64111-1570
30587199          Keanu Lavallee, 26 Lilac Close, WISBECH, ENGLAND PE13 3RL, UNITED KINGDOM
30587200          Keaton Alexander, 42275 Chuckar Ct, Lagrange, OH 44050-9633
30587201          Keaton Anderson, 337 Barnett Dr, Edwardsville, IL 62025-2482
30587202          Keaton Gaughan, 475 Clermont Ave Apt 908, Brooklyn, NY 11238-5985
30587203    +     Keaton Hasse, 914 15th St N, Apt 103, Fargo, ND 58102-3943
30587204    #+    Keaton Lahneman, 7 Dalton St, A, Waterville, ME 04901-7350
30587205          Keaton Remfert, 6611 Southoaks Crescent, 2103, Burnaby, BC V5E 4L5, CANADA
30587206    +     Kedrin Bell, 16835 Dampier Dr, Humble, TX 77346-4256
30587207    +     Kedryn A Graham, 2827 3rd Ave, Council Bluffs, IA 51501-3435
30587208    +     Keegan Campbell, 539 West 49th St., Apt. 3A, Apt. 3A, NY, NY 10019-7160
30587209    +     Keegan Collins, 626 West Frederick Street, Staunton, VA 24401-3103
30587210    +     Keegan Guizard, 1422 Campus Road, Los Angeles, CA 90042-1619
30587211    +     Keegan Hamlin, 15387 Greenstone Circle, Parker, CO 80134-3567
30587212          Keegan Harris, 1149 Clark St, Riverside, CA 92501-1466
30587213    +     Keegan Helms, 3021 s michigan ave, Apt. 211, Chicago, IL 60616-3167
30587214          Keegan Hix, 26408 E 283RD ST, HARRISONVILLE, MO 64701-9789
30587215          Keegan Leslie, 714 Pine Hills Dr SW, Massillon, OH 44646-3922
30587216          Keegan McGuire, 9548 Oakland Rd SW, Calgary, Alberta, T2V 4C1, CANADA
30587217    +     Keegan Paulson, 1603 Grant Rd, Saint Louis, MO 63119-4516
30587218          Keegan Queen, 7326 State Route 19 Unit 2304, Mount Gilead, OH 43338-9331
30587219          Keegan Ryan-Storey, 47 Nashwaak W Rd, Taymouth, NB E6C 2B1, CANADA
30587220    +     Keegan Stone, 208 Gunpowder Ln, Inwood, WV 25428-3505
30587221          Keeley Trainer, 2700 Charlotte Ave Apt 228, Nashville, TN 37209-4088
30587222          Keely Connell, 1 Geebung Place, Doreen, Victoria 3754, AUSTRALIA
30587223          Keely Mills, 1945 N Kristen Way, Meridian, ID 83646-1234
30587224    +     Keenan Buzyniski, 500D FALLS BLVD APT 4133, QUINCY, MA 02169-8176
30587225          Keenan Freer, 200 S Glenn Dr Apt 12, Camarillo, CA 93010-7906
30587226          Keenan Moyer, 72 Broxbourne Dr, Fairport, NY 14450-1714
30587227    +     Keepsake Products USA, 651 Garden Street, Carlstadt, NJ 07072-1609
30587228          Kees Hoedeman, maasdijk, Apt. 6, Heerewaarden, Gelderland, 6624KN, NETHERLANDS
30587229          Kees Kok, Plantage 18, Apt. 06, Harderwijk, GELDERLAND 3841EL, NETHERLANDS
30587230          Keeva chapman, 55 Osborne road, Brighton, England, BN16LR, UNITED KINGDOM
30587231    +     Keil Parker, 11185 Salt Creek Place, Colorado Springs, CO 80908-4180
30587232    +     Keira Burrow, 119 East Dullnig CT, San Antonio, TX 78223-2505
30587233    +     Keira Das, 26 Hemenway Street, Unit 23, Boston, MA 02115-2933

District/off: 0752-1                     User: admin                                      Page 265 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                               Total Noticed: 30719

30587234  + Keira Doolittle, 1881 N. Refugio Road, Santa Ynez, CA 93460-9707
30587235  + Keira Geering, 5086 Oneida dr, Clarkston, MI 48348-3255
30587236  + Keira Vu, 16410 W. Ellsworth Ave, Golden, CO 80401-6545
30587237    Keiran Fitzgerald, 1161 Kilworthy Road, Gravenhurst, ON P0E 1G0, CANADA
30587238    Keiran Rutherford, 72 Paris Rd, New Hartford, NY 13413-2316
30587239    Keirra Roberts, 96 7th Ave Apt 1, Troy, NY 12180-1131
30587240    Keith Chuvala, 16711 Starboard View Dr, Friendswood, TX 77546-2308
30587241  + Keith Dasher, 2098 1st St, Ingleside, TX 78362-6331
30587243  + Keith Gallus, 8472 Gatewater Dr, MONTICELLO, MN 55362-4558
30587244  + Keith Goodwin, 2410 Elliott Ave, Apt 637, Nashville, TN 37204-2556
30587245    Keith Hawkes, 97 Hargreaves Road, Manly West, QLD 4179, AUSTRALIA
30587247    Keith Jardine, 30 Connor Street, Peebles, Scotland EH45 8HD, UNITED KINGDOM
30587248    Keith Miller, 1403 S Adams St, Tacoma, WA 98405-2024
30587249    Keith Murphy, 342 Bennett Rd, New Gloucester, ME 04260-4014
30587250  + Keith Rocco, 1367 Mimosa drive, Abilene, TX 79603-4719
30587251  + Keith Sizemore, 15211 50th Ave SE, Everett, WA 98208-8997
30587252    Keith Strausbaugh, 619 Henry Ave, Davis, WV 26260
30587253    Keith Terry, 171 S Towne Ln Apt D, DE, OH 43015-2993
30587254    Keith Tinney, 529 Ramona Ave, Modesto, CA 95350-6016
30587255  + Keith Williams, 7077 Ann Cabell Ct, Mechanicsville, VA 23111-5227
30587256    Keith Williams, 1586 SW Periwinkle Ln, Oak Harbor, WA 98277-5839
30587257  + Keith Wilusz, 20 Stonybrook Road, Rush, NH 14543-9457
30587260  + Kelby Geffers, 2109 Claude St NW, Atlanta, GA 30318-1834
30587261  + Kelby McClure, 905 Nelson Street, Chambersburg, PA 17201-1742
30587262    Kelby Stephens, 1579 Wingfoot Ct, Cookeville, TN 38506-1002
30587263  + Kelci Peterson, 1534 SW 172nd Terrace, Apt #405, Beaverton, OR 97003-4251
30587264    Kelcie Birsner-Rybka, 150 Farber Dr, West Babylon, NY 11704-5160
30587265  + Keldsen, 157 Highland Ave, Quincy, MA 02170-1437
30587266  + Kelisha simon, 189 wells street, Bridgeport, CT 06606-5434
30587267  + Kellan Pham, 3217 Meadowbrook Drive, Fort Worth, TX 76103-2431
30587268  + Kellan Velarde, 1727 N 75th place, Scottsdale, AZ 85257-1545
30587269  + Kellan Wilson, 690 NW Atalanta Way, Apt J201, Oak Harbor, WA 98277-2044
30587270  + Kellee Lear, 9532 1st Ave NW, Seattle, WA 98117-2005
30587271    Kellee Tompkins, 312 Herman Dr, N Syracuse, NY 13212-2816
30587272    Kellee Tompkins, 312 Herman Dr, North Syracuse, NY 13212-2816
30587274    Kelley Cerasuolo, 7C MAIN ST, PLYMOUTH, NH 03264-1410
30587275    Kelley Desantos, 223 Paradise Ave, Catonsville, MD 21228-3654
30587276  + Kelley Manning, 3083 S Willow Creek Dr, Saratoga Springs, UT 84045-4816
30587277  + Kelley McKivitz, 75 S State St, Hesperia, MI 49421-9036
30587278  + Kelley Taylor, 12914 114th AVENUE COURT EAST, Puyallup, WA 98374-3146
30587279    Kelli Adams, PO Box 995, Olton, TX 79064-0995
30587280    Kelli Antle, 2900 Olympia Dr, Bettendorf, IA 52722-3133
30587281    Kelli DuPont, 110 S US Highway 41, Carney, MI 49812-9735
30587282  + Kelli Katsuda, 4300 Waialae Ave, B903, Honolulu, HI 96816-5756
30587283  + Kelli Maple, 113 Fall Lane, Franklin, MA 02038-2370
30587284  + Kelli Marcin, 670 W Wayman St, Apt. 1005, Chicago, IL 60661-1701
30587285  + Kelli Melancon, 304 Teakwood Dr, Youngsville, LA 70592-5223
30587286    Kelli Merit, 314 S Smith St, Vinita, OK 74301-4136
30587287    Kelli Renee, 1011 N Washington St, NV, MO 64772-1462
30587288  + Kelli Renee Fajardo, 3291 Dianna Dr, Longview TX, TX 75602-7227
30587289    Kelli Sharp, 25579 LORETTA AVE, WARREN, MI 48091-1407
30587290  + Kelli Wagner, 6298 Kingoak Dr, Cincinnati, OH 45248-3953
30587292  + Kelli whitehead, 734 adams street, Apt 1A, Hoboken, NJ 07030-2864
30587293    Kellie A Gaspers, 4905 3 OAKS RD, CRYSTAL LAKE, IL 60014-8104
30587294    Kellie Addie, 354 Hugo Pl, Graniteville, SC 29829-3738
30587295    Kellie Broome, 321 Willow Ave Apt 2A, Hoboken, NJ 07030-3821
30587296    Kellie Fagan, 523 Westbury Dr, Clinton, TN 37716-2423
30587297  + Kellie G Vereen, 961 Rivers Crossing St, Clermont, FL 34714-4741
30587298    Kellie Guzzo, 1350 Kingston Road #111, Scarborough, Ontario M1N 0B7, CANADA
30587299  + Kellie Letner, 1730 Bleecker St, 3L, Ridgewood, NY 11385-1746
30587300  + Kellie Stock, 507 Jeana Lane, Bridgeville, PA 15017-1296
30587301    Kelly Barton, 4620 Windy Meadow Cir NE, Cedar Rapids, IA 52411-4757
30587302    Kelly Beal, Huxley Avenue, MELBOURNE, VIC 3175, AUSTRALIA

District/off: 0752-1                      User: admin                                Page 266 of 507
Date Rcvd: Jan 04, 2024                   Form ID: 309C                            Total Noticed: 30719

30587304    + Kelly Bickel, 633 S State St, Niles, MI 49120-2868
30587305    + Kelly Blaine, 5974 Course Dr, Westerville, OH 43081-8071
30587307      Kelly Brannock, 2210 Cambridge Hill Ct, Dacula, GA 30019-1623
30587308      Kelly Brown, PO Box 344, Clinton, MT 59825-0344
30587309      Kelly Carey, 68 Hamilton Ave, Valley Stream, NY 11580-5336
30587310      Kelly Cason, 2119 CAESAR CT, ORLANDO, FL 32833-3010
30587311    + Kelly Cave, 1604 N Sweetbriar Ln, Springfield, OH 45505-4322
30587312    + Kelly Crossett, 1040 Nottingham Ct, Cary, NC 27511-4834
30587313      Kelly Cushman, 380 NW Sheffield Cir, Port St Lucie, FL 34983-3430
30587314    + Kelly Daugherty, 229 Barker RD, Apt. 105, Michigan City, IN 46360-7485
30587315    + Kelly Digby Forman, 248 Juniper Springs Rd, Kyle, TX 78640-2303
30587316      Kelly Downey, 316 Silvertree Ln, Redlands, CA 92374-5600
30587317      Kelly Dunt, 8 MABEL ST, DOREEN, VIC 3754, AUSTRALIA
30587318      Kelly Fairbanks, 974 E Edgemont Dr, Fresno, CA 93720-0700
30587319      Kelly Fiffik, 800 Rockwell Ave Apt 593, Gaithersburg, MD 20878-4793
30587320      Kelly Fink, 4125 HILLSBOROUGH CLOSE, CUMMING, GA 30041-9450
30587321      Kelly Fitzsimmons, 27 Arbor Hill Dr Apt 303, Weymouth, MA 02190-2667
30587322      Kelly Flannery, 83 Agawam Rd, Waban, MA 02468-1339
30587323      Kelly Fox, 24 Cape Cod Ave, Reading, MA 01867-2517
30587324      Kelly Frumkin, 48 Washington St Apt 78, Santa Clara, CA 95050-6151
30587325    + Kelly Garcia, 641 W ROSCOE ST, W2, CHICAGO, IL 60657-2932
30587326      Kelly Garcia, 99 Muddy Creek Rd, Hilton Head Island, SC 29926-2018
30587327      Kelly Giles, 3506 Kedgewick Ct, Lexington, KY 40503-4214
30587328    + Kelly Gordner, 12642 Red Creek Rd, Wolcott, NY 14590-9757
30587329      Kelly Guy, 3806 NEBRASKA ST, SIOUX CITY, IA 51104-1407
30587330    + Kelly Guyer, 6 western ave, Apt. 1, Gloucester, MA 01930-3645
30587331    + Kelly Hadfield, 1509 W Barry Ave, Apt. 2, Chicago, IL 60657-3105
30587332      Kelly Harper, 1782 Red Jacket Dr, Antioch, TN 37013-4482
30587333      Kelly Hawkins, 6945 Maita Cir, Sacramento, CA 95820-2111
30587335    + Kelly King, 3712 Chaffee Cir, Anchorage, AK 99517-2311
30587337      Kelly Kinney, 19208 Julia Dr, Wharton, NJ 07885-1253
30587338    + Kelly Koch, 1096 W Gold Bar Pl, Oro Valley, AZ 85737-9449
30587339      Kelly Lally, 7N190 Willowbrook Dr, St Charles, IL 60175-8131
30587340    + Kelly Mein, 8311 W 1st St, Los Angeles, CA 90048-3502
30587341      Kelly Miller, 1103 Encanto Way, Pacifica, CA 94044-3344
30587342      Kelly Morque, 72 CHARLES ST APT 1R, NEW YORK, NY 10014-6113
30587343      Kelly Muglia, 6046 Merri Oaks Dr, Fenton, MI 48430-9544
30587344   #+ Kelly Murray, 185 Montag Circle NE, Apt. 305, Atlanta, GA 30307-5533
30587345      Kelly Owen, 43 AMY HART PATH, L COMPTON, RI 02837-2045
30587346      Kelly Parker, 125 N 5TH ST UNIT C, MONTEBELLO, CA 90640-5292
30587347      Kelly Pratt, 1226 146TH ST SE, MILL CREEK, WA 98012-5515
30587348    + Kelly Reid, 1631 Longfellow Street, Charlotte, NC 28205-3921
30587349      Kelly Rizza, 26W267 Inwood Ln, Winfield, IL 60190-2384
30587350    + Kelly Rodriguez, 6428 Camino Viviente, Goleta, CA 93117-1524
30587351    + Kelly Roman, PO Box 184, Street, MD 21154-0184
30587352    + Kelly Ryan, 139 E Olive Ave, Fl1, Monrovia, CA 91016-3407
30587353      Kelly Sinse, Mz A4 Lt 9 Ampliaci n II Etapa Villa Al, Lur n, Lima, 15822, PERU
30587354      Kelly Stewart, 2041 Cedar Ave, Menlo Park, CA 94025-5902
30587355      Kelly Strubberg, 405 Springwood Dr, Belleville, IL 62220-2749
30587358    + Kelly Thomas, 760 N 7th St, Apt 5309, San Jose, CA 95112-5044
30587359      Kelly Trendle, 48960 N Ridge Rd, Amherst, OH 44001-9846
30587303      Kelly bernardin, 561 northumberland rd, West st paul, MB R4A3A6, CANADA
30587334    + Kelly johnson, 10145 w Coldspring rd, Apt. 101, Greenfield, WI 53228-2624
30587356      Kelly symes, 442 ADAM ST, TONAWANDA, NY 14150-1802
30587361    + Kelont D Kozeny, 706 Tioga Dr, Big Rapids, MI 49307-1184
30587362    + Kelsea Friesenhahn, 2252 Haviland Dr, Grants Pass, OR 97527-5173
30587363    + Kelsee Becker, 5110 n 32nd st, Apt 420, Phoenix, AZ 85018-1463
30587364      Kelsee Thomas, 10979 Anzac Ave, Los Angeles, CA 90059-2017
30587365    + Kelsey Adams, 2012 Alban ln, Bowie, MD 20716-1501
30587366      Kelsey Armstrong, 169 Kinsman Rd, Florence, NJ 08518-1607
30587367    + Kelsey Bailey, 504 E Kirby St, Apt 1, Detroit, MI 48202-4140
30587368    + Kelsey Barrientes, 7630 Desco Dr, Humble, TX 77338-5065
30587369    + Kelsey Bass, 600 E Chevy Chase Dr, Apt A, Glendale, CA 91205-4860

District/off: 0752-1                               User: admin                                                    Page 267 of 507
Date Rcvd: Jan 04, 2024                         Form ID: 309C                                          Total Noticed: 30719

30587370          Kelsey Carson, 17 Elm Pl, Lancaster, NY 14086-2201
30587371      +   Kelsey Chang, 17520 25th Ave N, Plymouth, MN 55447-2110
30587372          Kelsey Chung, 5304 Pinehurst Dr, Wilmington, DE 19808-2626
30587373          Kelsey Clark, 8421 Hillock Ter, Austin, TX 78744-4764
30587374      +   Kelsey Collins, 6205 Eichelberger St, A, St. Louis, MO 63109-3452
30587375      +   Kelsey Coppock, 690 N McBroom Chapel Rd, Cookeville, TN 38501-6749
30587376      +   Kelsey DeWitt, 3914 Chelsea Nicole Cove, Bartlett, TN 38135-9117
30587377      +   Kelsey Duncan, 5715 Cherry Park, Austin, TX 78745-2957
30587378      +   Kelsey Fox, 1010 Burgess St, St Paul, MN 55103-1208
30587379          Kelsey Gibbs, 7310 Parkridge Blvd Apt 103, Irving, TX 75063-8353
30587380      +   Kelsey Grant, 2600 Watermark Blvd, Apt 203, Oklahoma City, OK 73134-5106
30587381          Kelsey Hagebusch, 205 White St, Hancock, MI 49930-1715
30587382          Kelsey Hailey, 10217 Grand Ave, Louisville, KY 40299-3123
30587383      +   Kelsey Hogue, 2711 w argyle st, Chicago, IL 60625-7846
30587384      +   Kelsey Jean Ritter, 510 Poplar Street, Bally, PA 19503-9654
30587385      +   Kelsey Jenkins, 2718 E 93rd St, Apt. 228, Tulsa, OK 74137-4607
30587386      +   Kelsey Kincaid, 2102 S Cincinnati, A, Tulsa, OK 74114-1252
30587387          Kelsey Lianne Simmons, 726 Stonebridge Way, Pleasant Hill, CA 94523-4849
30587388      +   Kelsey M Barner, 1525 Q Street NW, Apt 9, WA, DC 20009-7802
30587389          Kelsey M Gonzalez, 1516 Seagull Dr Apt 202, Palm Harbor, FL 34685-2446
30587390      +   Kelsey McHugh, 253 Tenth Ave, Apt 425, San Diego, CA 92101-7457
30587391          Kelsey Murillo, 215 GRANBY PARK, NORFOLK, VA 23505-4119
30587392      +   Kelsey Neves, 23 West 6th St, Locust Valley, NY 11560-1623
30587393      +   Kelsey Nore, 20-34 Palmetto St., 3L, Ridgewood, NY 11385-3149
30587394      +   Kelsey Nore, 2034 Palmetto St., 3L, Ridgewood, NY 11385-3149
30587395      +   Kelsey O Meara, 1020 W Wellington Ave, 3F, Chicago, IL 60657-9320
30587396          Kelsey O'Neill, 143 Olde Pilgrim Rd, Dublin, PA 18917-2315
30587397      +   Kelsey Schmale, 364 Stony Run Road, Spring City, PA 19475-2600
30587398          Kelsey Shannon, 4360 NE 83rd Ter, Kansas City, MO 64119-7602
30587399      +   Kelsey Stein, 353 W/ 47th Street, APT 7F, Miami Beach, FL 33140-3103
30587400      +   Kelsey Syx, 3356 Sunny Meadows Court, Birmingham, AL 35242-3428
30587401          Kelsey Urann, 31 Jones River Dr, Kingston, MA 02364-1519
30587402          Kelsey Wekamp, 908 Claflin Rd, Manhattan, KS 66502-4611
30587403          Kelsey Wilson, 12879 Marna St, Caldwell, ID 83607-4521
30587404      +   Kelsey Zhu, 25 Breck Avenue, Boston, MA 02135-3054
30587405      +   Kelsey Ziemann, 2004 Se, Waldron Rd, Milwaukie, OR 97222-8196
30587406          Kelsi Casey, 2401 W Broadway Apt 126, Columbia, MO 65203-7601
30587407          Kelsi Wilbers, 5500 Wild Foxglove Rd, Spicewood, TX 78669-6906
30587408      +   Kelsie Checketts, 4345 N HWY 38, Brigham City, UT 84302-3726
30587410      +   Kelsie Lounsbury, 1156 N Collier St, Coquille, OR 97423-1340
30587411          Kelsie Mitchell, 1640 Hawk Ridge Pl, Escondido, CA 92027-3743
30587409      +   Kelsie key, 305 Balcones Dr., Fort Worth, TX 76108-4721
30587412          Kelton McDonnell, 55 Light street, Apt. 4, Mudgee, NEW SOUTH WALES 2300, AUSTRALIA
30587413      +   Kelvin Gonzalez, 46 Redmond Ave, Bay Shore, NY 11706-6814
30587414      +   Kelvin Rivera, 220 8th st Apt F1, Vinton, VA 24179-4840
30587415      +   Kemp, 7605 Shady Lane, Charlotte, NC 28215-2843
30587416          Ken Ardner, 206 Lena Dr, York, PA 17408-6258
30587417          Ken Arreola, 13130 NE Beech St, Portland, OR 97230-2847
30587418      +   Ken Coghill, 43610 Blacksmith Square, Ashburn, VA 20147-4607
30587420      +   Ken Liang, 2022 Greymont Street, Philadelphia, PA 19116-3916
30587421          Ken Nign, 5545 PARMERTON AVE, TEMPLE CITY, CA 91780-2930
30587422      +   Ken Sandoval, 8128 W Wood Ln, Phoenix, AZ 85043-1605
30587419      +   Ken davis, 12013 se 17th st, Vancouver, WA 98683-6273
30587423      +   Kenan Huric, 253 George Street, Hartford, CT 06114-2827
30587424          Kendal Swanson, 83 Greenwood Dr, Wilsonville, AL 35186-5517
30587425          Kendale Peterson, 163 Hendershot Farm Dr, Walker, WV 26180-3590
30587426      +   Kendall Atkinson, 708 Camelia Street, Bainbridge, GA 39819-4725
30587427          Kendall Haney, 12065 MS494, Collinsville, MS 39325
30587428      +   Kendall Keehner, 1 LMU Drive, MSB-13153, Los Angeles, CA 90045-2623
30587429          Kendall Maurer, 104 Wilbur Dr, Munroe Falls, OH 44262-1329
30587430      +   Kendall McBrayer, 2006 N Old Manor, Wichita, KS 67208-2508
30587431          Kendall Roxbury, 5755 E River Rd Apt 2308, Tucson, AZ 85750-6718
30587433          Kendall Vela, 7330 NICHOLS TRL, FRISCO, TX 75036-4903

District/off: 0752-1                                 User: admin                                           Page 268 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                                      Total Noticed: 30719

30587434   + Kendall Yowler, 2561 Sunday Silence Ct., Burlington, KY 41005-9124
30587432   + Kendall stucky, 20915 37th Ave SE, Bothell, WA 98021-7002
30587435     Kendra Fischer, W6433 Sonny Dr Apt 2, Menasha, WI 54952-9051
30587436   + Kendra Greis, 215 Ormond St. SE, Atlanta, GA 30315-1359
30587437     Kendra Haefele, 15695 Morningside Dr, Guerneville, CA 95446-8014
30587438   + Kendra Kindrai, 5405 Century Ave, Apt 209, Middleton, WI 53562-2048
30587439   + Kendra Koch Pitts, 87 N Rainbow Dr, Dayton, NV 89403-9731
30587440   + Kendra Lumadue, 1900 Centre Pointe Boulevard, Apt. 72, Tallahassee, FL 32308-4877
30587441   + Kendra Sawaya, 990 Corbett Ave, San Francisco, CA 94131-1524
30587442     Kendra Schueler, 4616 KATHLEEN CT, LAS VEGAS, NV 89110-3431
30587443     Kendra Stutzman, 834 E Levi Lee Rd, Warsaw, IN 46582-7607
30587444     Kendra Trenchard, 4681 Pierson Dr, Ooltewah, TN 37363-8881
30587445     Kendra Turner, 1102 Dandelion Dr, Mesquite, TX 75149-2654
30587446     Kendra Warren, 366 Whispering Oaks Dr, Bethalto, IL 62010-1040
30587447   + Kendrick M. Madore, 852 Mill Rd., South Royalton, VT 05068-5214
30587448     Kendrick Prakhine, 8406 Zephyr St, Arvada, CO 80005-2542
30587449     Kendyll Blakley, 3100 Skinner Dr, Antioch, TN 37013-3968
30587450   + Kenedy Ables, 698 N 650 E, Springville, UT 84663-3103
30587452     Kenji Kono, 420 HARVARD ST APT 402, BROOKLINE, MA 02446-2486
30587454   + Kenna Smith, 230 Indian Creek Rd, Alma, WV 26320-7015
30587455     Kenna Zuck, 16167 S Curtis St, Olathe, KS 66062-9648
30587456     Kennady Ogden, 9926 S Schneider Rd, Molalla, OR 97038-8554
30587457     Kennedy Fitch, 4206 Woodfare Ln NW, Kennesaw, GA 30152-6445
30587458     Kennedy Johnson, 12012 Bion Dr, Fort Washington, MD 20744-5105
30587459   + Kennedy Kirtland, 600 Willard Street, Apt. 452, DURHAM, NC 27701-4593
30587460     Kennedy Lynch, 3832 Maple Manor Dr, Indianapolis, IN 46237-2481
30587461     Kennedy Madi, 7532 Rory Cir, Reno, NV 89511-1360
30587462   + Kennedy Medina, 530 E Second Ave, La Habra, CA 90631-5538
30587463     Kennedy Stroud, 133 Kyle Way, Carrollton, GA 30117-4824
30587464     Kennedy Tucker, 13618 S Daggerwing Way, Riverton, UT 84096-6308
30587465   + Kenneth Araneta, 1109 Hunters Woods Dr, East Stroudsburg, PA 18301-7609
30587466     Kenneth Boylan, 318 Niemann St, Winters, CA 95694-2313
30587467   + Kenneth Conklin, 6 mark court, Poughkeepsie, NY 12603-5622
30587468     Kenneth Corros, 2474 Hilton Head Pl Apt 1094, El Cajon, CA 92019-4451
30587469   + Kenneth Gonsalves, 8525 Brody Marsh Ave, Las Vegas, NV 89143-5151
30587471     Kenneth Handin, 18 Seeley Dr, Albany, NY 12203-5215
30587472     Kenneth Hunter, 985 Melrose Dr, Cookeville, TN 38501-1556
30587473   + Kenneth John Kruszka, 5531 Draudt Road, Orchard Park, NY 14127-3103
30587474     Kenneth Joyce, 8004 S 25th ST, Fort Smith, AR 72908-7856
30587475     Kenneth Lee, 4 Batchelder Rd, Windsor, CT 06095, Windsor, CT 06095
30587476     Kenneth Loomis, 1238 Market St, La Crosse, WI 54601-4810
30587477     Kenneth MacDonald, 30 Church street, Penetanguishene, ONTARIO L9M1B3, CANADA
30587479   + Kenneth McIntyre, 1200 Avendia Cesar Chavez SE, Albuquerque, NM 87106-3902
30587478   + Kenneth McIntyre, 1200 Avenida Cesar Chavez SE, Albuquerque, NM 87106-3902
30587480   + Kenneth Morrison, 563 Plymouth street, Middleboro, MA 02346-2559
30587481     Kenneth Nitchman, 203 Adams Ct, Hanover, PA 17331-5224
30587482   + Kenneth S Hyde, 217 albion place, Cincinnati, OH 45219-2901
30587483   + Kenneth Sargent, 546 twin peaks dr, Travis AFB, CA 94535-1162
30587484   + Kenneth Trujillo, 150 S Main St, Apt.2, Ellenville, NY 12428-2167
30587470   + Kenneth hale, 474 starling ave, Livermore, CA 94551-6141
30587485     Kenny Bickerton, 94 Newburgh Circle, Aberdeen, SCOTLAND AB228XB, UNITED KINGDOM
30587486   + Kenny Bonds, 5007 Lamar ave, Apt 6, Mission, KS 66202-1743
30587487   + Kenny Darcy, 1424 Forest Ridge Rd, Unit A, Charlottesville, VA 22903-3820
30587488     Kenny Deeg, 3450 Hardeman Rd, Semmes, AL 36575-6102
30587489     Kenny Finger, 5002 W Union Ave, Denver, CO 80236-3320
30587490     Kenny Krull, L neburger Str. 8, Magdeburg, Sachsen-Anhalt 39106, GERMANY
30587491     Kenny Larsson, Sockerallan 2B, Lgh 1006, Staffanstorp 245 30, SWEDEN
30587493   + Kenny Michael, 5547 Limeric circle, Wilmington, DE 19808-3403
30587494   + Kenny Nguyen, 4802 Peachtree Ave, Louisville, KY 40215-2446
30587495     Kenny Sunnerberg, 325 Ship Pond Rd, Plymouth, MA 02360-1784
30587496   + Kenny Van Zant, 100 E Constance Ave, Santa Barbara, CA 93105-3516
30587497     Kenny Vang, 4004 N Battle Creek Dr, Broken Arrow, OK 74012-0406
30587498   + Kenny Williford, 78 Sinclair Avenue, New Carlisle, OH 45344-8905

District/off: 0752-1                                    User: admin                                         Page 269 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                              Total Noticed: 30719

30587499                Kenny Willis, 790 Zepher Way, Molalla, OR 97038-8817

30587500                Kenny Zeng, 99 Burton Ave, Hasbrouck Heights, NJ 07604-1803

30587492      + Kenny ly, 12252 Silva Pl, Cerritos, CA 90703-7651

30587501      + Kennykessinger@gmail.com, 2217 smallhouse rd, Bowling green, KY 42104-4140

30587502        Keno Vera, 1025 N Serrano Ave Apt 300, Los Angeles, CA 90029-3239

30587503        Kent Flynn, Shop 50, 171 Dandenong Road, Parcel Locker 10102 44951, Mt. Ommaney, QLD 4074, AUSTRALIA

30587504      + Kent Garrett, 200 Pine Tree Lane, Noblesville, IN 46060-2466

30587505        Kent Shaffer, 2551 Worden St Apt 19, San Diego, CA 92110-5863

30587506      + Kent Wagner, 1420 Northface Ct, Virginia Beach, VA 23462-7430

30587507      + Kent, Tyler, 444 APPLETON DR, BATAVIA, IL 60510-2867

30587509        Kenton Bradford, 1825 Texas Tech Parkway, 314B West Village B - TTU, Lubbock, TX 79406

30587511        Kenya Andorfer, 1810 E Possum Rd, Springfield, OH 45502-9441

30587512        Kenya Chauche, 427 Summit Ave E Apt 203, Seattle, WA 98102-4850

30587513        Kenya Manley, 117 Eastwood Dr, Mount Sterling, KY 40353-8181

30587515      + Kenzie Jepperson, 531 W 179th St, Apt 32, NY, NY 10033-5745

30587517      + Kenzie McMurray, 10226 Millport Drive, Tampa, FL 33626-1704

30587518      + Kenzie Robbins, 6111 Collins Road, Onaway, MI 49765-8782

30587519        Kera Hampton, 73 Oliver St Apt 3, Rochester, NY 14607-1652

30587520      + Keri pound, 12605 Iowe Dr, Brighton, MI 48114-9294

30587521      + Kerin Kelly, 1675 Cromwell Pl, Westlake Village, CA 91361-1515

30587522        Kern Keeley, 22 Ballagan Place, Milngavie, Glasgow, Scotland G62 7RQ, UNITED KINGDOM

30587523        Kerri Carr, 12991 Chets Creek Dr N, Jacksonville, FL 32224-7499

30587524      + Kerri Kerney, 819 Ferry St, Apt B, Easton, PA 18042-4374

30587525      + Kerri Sousa, 126 Touisset Rd, Warren, RI 02885-1404

30587526        Kerrin Andrle, 1704 Sugar Grove Ave, Dallas Center, IA 50063-1001

30587527      + Kerry Abernethy, 27 Tamarack Road, Rocky Point, NY 11778-8832

30587528        Kerry Brown, 50 College St, South Hadley, MA 01075-1423

30587529        Kerry Craft, 4245 GARDENIA AVE, LONG BEACH, CA 90807-3008

30587530        Kerry Dawson, 11595 Olson Rd, Belvidere, IL 61008-7989

30587531        Kerry Gerow, 936 Poplar Plains Drive, Cavan, ON L0A 1C0, CANADA

30587532      + Kerry Haddock, 518 Via Del Sur, Mesquite, TX 75150-4436

30587534        Kerry Murtha, 5828, Middle Village, NY 11379

30587535      + Kerry Pease, 38 Wilkshire, Lancaster, NY 14086-2704

30587536        Kerry Robinson, 56B Russell Road, Kensington, Whangarei, NORTHLAND 112, NEW ZEALAND

30587533        Kerry johnson, 9315 RAINBLUFF LN, KATY, TX 77494-4966

30587537        Kerstin Florin, Heidenst ckerweg 34f, Karlsruhe, Baden-Wurttemberg, 76189, GERMANY

30587538        Kerstin Pichler, Pfarrgasse 4, Lichtenegg 2813, AUSTRIA

30587539        Kerta szna Kalcsa a gota, Tavasz utca 1, Mateszalka 4700, HUNGARY

30587540      + Kesey Enterprises, Inc., 29440 Airport Rd, Eugene, OR 97402-9524

30587541      + Keswick Theatre, 291 N. Keswick Avenue, Glenside, PA 19038-4814

30587542        Keva Bostic, 116 Helen Warren Vogel St NE, Hanceville, AL 35077-5190

30587543      + Kevan Briscoe, 1030 Wenonah Avenue, Oak Park, IL 60304-1813

30587544        Kevie Kerr, 3142 E Reservation Road, Attica, IN 47918

30587546      + Kevin Altobelli, 41713 Chardonnay Avenue, Palmdale, CA 93551-1680

30587547        Kevin Amburgy, 1293 Rockport Dr, Medina, OH 44256-3860

30587548        Kevin Aparicio, Santa Mara a Tlayacampa, Avenida Adolfo, Tlalnepantla de Baz 54110, MEXICO

30587549      + Kevin Arce, 5428 Greenwood Way, North Richland Hills, TX 76180-6820

30587551        Kevin Barlow, 7024 Adelaide Dr, Roseville, CA 95747-4306

30587552      + Kevin Beadles, 29759 Mark Avenue, Madison Heights, MI 48071-4448

30587553      + Kevin Beaudry, 2121 SE Caruthers Street, Unit #2, Portland, OR 97214-5476

30587554      + Kevin Bernardo Zamora, 1500 Carlton Avenue, trlr 32, Charlottesville, VA 22902-5884

30587555      + Kevin Blackburn, 260 Lake Leonard Rd., Lexington, NC 27295-5704

30587556      + Kevin Botd, 12838 Chapel Square St, Carmel, IN 46032-7267

30587557        Kevin Breheny, 210 EAST Jefferson St., Suite - Upper, Macomb, IL 61455-2238

30587558      + Kevin Brown, 604 Boulevard SE Apt C, Atlanta, GA 30312-3572

30587559      + Kevin Buckley, 3705 Bartlett Court, Louisville, KY 40218-2772

30587560        Kevin Call, 1643 S 1470 W, Woods Cross, UT 84087-2413

30587561        Kevin Capper, 240 Broadway St, Saint Simons Island, GA 31522-2735

30587563        Kevin Courtney, 357 NW 84th St, Seattle, WA 98117-3118

30587564        Kevin Coyle, 700 Humberwood Blvd, Apt. 1429, Toronto, ONTARIO M9W 7J4, CANADA

30587565      + Kevin Crossman, 310 washington st, Apt C10, Newark, NY 14513-1765

30587566      + Kevin Curio, 1555 Coburg Rd, Apt. 36, Eugene, OR 97401-4880

30587567        Kevin Daniel Espinal, 10282 B ENTRADA BLVD APT 229, BOCA RATON, FL 33428-5806

30587568   + Kevin Devine, Gold Business Management, 79 Main Street, Suite 308, Port Washington, NY 11050-2938
30587570     Kevin Donlon, 13518 Quartz Valley Rd, Fort Jones, CA 96032-9714
30587571   + Kevin Duarte, 4617 Ebbets Drive, Abilene, TX 79606-4930
30587572     Kevin Duenas, 18722 E 17th St, Santa Ana, CA 92705-2815
30587574   + Kevin Dwyer, 117 N 15 St, Apt 1303, Philadelphia, PA 19102-1519
30587575     Kevin Ellegard, 457 W BROADWAY APT 210, BOSTON, MA 02127-0200
30587576     Kevin Estrada, 8225 N Sepulveda Blvd, Apt. 22, Los Angeles, CA 91402
30587577     Kevin G mez, Ram n del Valle Incl n 575, Zapopan, Jalisco, 45110, MEXICO
30587578   + Kevin Gamez, 16311 Luzerne Drive, A, Houston, TX 77070-1774
30587579   + Kevin Garcia, 1411 SW 19TH ST, MIAMI, FL 33145-2823
30587580   + Kevin Goh, 44 Park Blvd, Ocean, NJ 07712-4220
30587581   + Kevin Greenwald, 16152 old forest pt, Apt. 303, Monument, CO 80132-8683
30587582   + Kevin Halasan, 62 Sunderland Ave, Rutherford, NJ 07070-1164
30587583   + Kevin Harris, 379 Leo Drive, Gardner, MA 01440-1246
30587584   + Kevin Heck, 29 Roosevelt Ave, Northfield, NJ 08225-2210
30587585   + Kevin Hendricks, 16 Franklin St, Medway, MA 02053-1632
30587586   + Kevin Holik, 16921 Hazelwood Drive, Plainfield, IL 60586-5121
30587587     Kevin Holland, 265 Barons Rd, Summerville, SC 29483-8741
30587588   + Kevin Iverson, 801 E. 10th St., Apt. 20, Tucson, AZ 85719-5710
30587589   + Kevin J Mort, 2259 Grace Ave., McKinleyville, CA 95519-3706
30587590   + Kevin John, 443 N Spencer St, F106, ID, ID 83854-0258
30587591   + Kevin Jonson, 15843 N 73rd Ln, Peoria, AZ 85382-1805
30587592     Kevin Justus, 338 N Griffith Park Dr, Burbank, CA 91506-2030
30587593     Kevin Kendal, 53 Highwood Drive, Nailsworth, ENGLAND GL6 0BJ, UNITED KINGDOM
30587594   + Kevin Kim, 10606 Northeast 18th Street, Bellevue, WA 98004-2817
30587595     Kevin Kinnebrew, 2612 W Argyle St Apt 2, Chicago, IL 60625-8072
30587596     Kevin Kish, 2005 N 103rd Ave Unit 22306, Avondale, AZ 85392-4596
30587597     Kevin Kordecki, 1355 W Hile Rd, Norton Shores, MI 49441-4865
30587598   + Kevin Kovach, 450 Salem Dr, Apt A, Vermilion, OH 44089-3227
30587599   + Kevin Krauter, 1197 Woodgate Dr, Carmel, IN 46033-9232
30587600     Kevin Kwok, 12 Kitchener Link, City Square Residence, #08-25, Singapore, Singapore, 207224, SINGAPORE
30587601     Kevin Lagos, 6981 Edgeworth Dr, Orlando, FL 32819-4732
30587602   + Kevin Lahti, 345 8th Street, Unit 508, San Francisco, CA 94103-4949
30587603   + Kevin Lam, 1237 Esteban Torres Dr, South El Monte, CA 91733-3857
30587604   + Kevin Leckerman, 54 Grove St, Haddonfield, NJ 08033-1220
30587605   + Kevin Leonard, 16753 91st ave, Orland hills, IL 60487-6074
30587606   + Kevin Lien, 8802 Haveteur Way, San Diego, CA 92123-2220
30587607   + Kevin Lopez, 1225 Frontage RD Spc 18, Chula Vista, CA 91911-2664
30587608   + Kevin M Scanlan, 75 Highstone Street, East Taunton, MA, MA 02718-1536
30587609     Kevin Malinas, Gerhart-Hauptmann-Str., Apt. 7, Karlsruhe, BADEN-WURTTEMBERG 76189, GERMANY
30587610     Kevin Marek, 2215 Clarence Ave, Lakewood, OH 44107-6206
30587611     Kevin Martin, 18 Summit Rd, Stratford, NJ 08084-1818
30587613     Kevin McCurry, 732 Whites Rd, Kalamazoo, MI 49008-3049
30587614   + Kevin McGeachy, 23 North Newton Ave, Selden, NY 11784-2313
30587615   + Kevin McLaughlin, 3934 1st Avenue Northeast, Seattle, WA 98105-6803
30587612     Kevin Mcclelland, 1074 Peachtree Walk NE Unit B107, Atlanta, GA 30309-3945
30587616     Kevin Moriarty, 111 PLEASANT ST, E LONGMEADOW, MA 01028-2460
30587617   + Kevin Mueller, 22396 Sw Saxon Pl, Sherwood, OR 97140-8260
30587619     Kevin Nguyen, 736 Ponselle Dr, Arlington, TX 76001-6217
30587620   + Kevin OConnell, 1 Moxie Way, Scarborough, ME 04074-5505
30587621   + Kevin Olson, 1021 S. Greenfield Rd, Unit 1026, Mesa, AZ 85206-2656
30587622     Kevin Ostrom, 10504 E 45th Pl, Kansas City, MO 64133-2054
30587624     Kevin Perez, 16249 TOKAY ST, VICTORVILLE, CA 92395-9283
30587625   + Kevin Persad, 430 East 4th Street, Brooklyn, NY 11218-3922
30587626     Kevin Peterssen, 22 Willard Ave, Worcester, MA 01602-1727
30587627     Kevin Phouthavong, 7420 Wood Slope Dr, Dallas, TX 75249-1818
30587628     Kevin Pineda Gutierrez, San Jose, San Juan de Dios de Desamparad, Desamparados, San Juan de Dios 10303, COSTA RICA
30587629   + Kevin Putt, 6216 Cedar Lane, Miamisburg, OH 45342-5179
30587630   + Kevin R Aquino, 1273 KNOLL MIST LN, GAITHERSBURG, MD 20879-3234
30587631   + Kevin Ramirez, 424 west Craighead rd, Apt C, Charlotte, NC 28206-3822
30587632     Kevin Rankin, 218 Lodge Lane, Grays, ENGLAND RM162TH, UNITED KINGDOM
30587633     Kevin Ray, 2617 NW 59th St, Oklahoma City, OK 73112-7110
30587634   + Kevin Ready, 2710 Western Row Road, Maineville, OH 45039-9557

District/off: 0752-1                    User: admin                              Page 271 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                            Total Noticed: 30719

30587635          Kevin Ridenbaugh, 366 CAREN AVE, WORTHINGTON, OH 43085-2531
30587636     +    Kevin Rodriguez, 111 Spring St, Waukesha, WI 53188-3533
30587637     +    Kevin Saarie, 188 Madrona Dr, Friday Harbor, WA 98250-8512
30587638          Kevin Saenz, 1219 S Crane Ave, Odessa, TX 79763-4664
30587641     +    Kevin Sharpe, 167 Hunters Mill Dr, West Columbia, SC 29170-1272
30587643     +    Kevin Skrentny, 320 20th St, Boulder, CO 80302-8011
30587644          Kevin Slavin, 14025 N Eastern Ave Apt 3702, Edmond, OK 73013-3532
30587645     +    Kevin Soares, 497 Pleasant Street, Pawtucket, RI 02860-7609
30587646          Kevin Stafford, 7889 SW Pickleweed Ln, Tigard, OR 97224-8156
30587647     +    Kevin Stier, 100 S. Columbia Ave, Apt. 408, Morris, MN 56267-1565
30587648          Kevin Stultz, 2361 Cambria Mill Rd, Granville, OH 43023-9721
30587649          Kevin Trask, 29316 Barjode Rd, Willowick, OH 44095-4764
30587651          Kevin Vasquez, 2310 E 12th St, Cheyenne, WY 82001-5208
30587652          Kevin Vu, 2051 S 232nd Pl, Des Moines, WA 98198-7516
30587653     +    Kevin Wayne Parsons, 6773 Twelve Oaks Drive, Hebron, MD 21830-1223
30587654          Kevin Weinkauff, 8570 KINGBIRD LOOP APT 534, ESTERO, FL 33967-5790
30587655          Kevin Wheeler, 2015 Reserve Cir, Rockingham, VA 22801-2496
30587656          Kevin White, 6733 ave Louis Hebert, Apt 5, Montreal, QUEBEC H2G2H1, CANADA
30587657     +    Kevin Williams, 215 W. 4th Street, Suite 220, Vancouver, WA 98660-3370
30587658     +    Kevin Williams, 8015 Woodbridge Rd, Mechanicsville, VA 23111-4645
30587660          Kevin Wolz, 5918 Rambler Rose Way, West Palm Beach, FL 33415
30587661          Kevin Yang, 551 El Camino Dr, La Habra, CA 90631-2729
30587662          Kevin Yurkiw, 9747 104 St NW, Apt 704, Edmonton, AB T5K 0Y6, CANADA
30587664     +    Kevin Zhu, 6126 Alderton St, Rego Park, NY 11374-2736
30587562     +    Kevin conde, 12702 sw 116 ter, Miami, FL 33186-4650
30587573     +    Kevin duncan, 1450 Franklin St, Apt 1007, San Francisco, CA 94109-5581
30587623     +    Kevin perez, 3033 Hudson St, Denver, CO 80207-2746
30587642          Kevin shaw, 306 ASTOR DR, SAYVILLE, NY 11782-2032
30587650     +    Kevin vankham, 3560 Silktree Terr, San Diego, CA 92113-3160
30587663     +    Kevin zerpa, 815 20th street, Apt. 2, Union city, NJ 07087-2024
30587665          Kevy Grayce, 366 W Howe St, Boise, ID 83706-3930
30587666     +    Kevyn McPhail, 1304 Decatur St, Pittsburgh, PA 15233-1325
30587667     +    Key Horner, 9930 Watts Rd. Apt. 116, Apt. 116, Verona, WI 53593-9694
30587668          Keygan Barber, 420 Moulton Avenue, Farnhamville, IA 50538
30587669     +    Keyyatta Bonds, 5923 Riverside Dr, Woodbridge, VA 22193-3798
30587670          Kezia Harvey, 505/31 Pyrmont Bridge Road, Camperdown, New South Wales 2050, AUSTRALIA
30587671          Keziah Gadson, 528 CR-277, Helena, AL 35080
30587672     +    Kezron Manroop, 6924 Almeda Ave, Arverne, NY 11692-1102
30587676          Khari Lightsey, 2321 Palm Ave, B, Seffner, FL 33584-4398
30587677          Khloe King, 646 Wallace St, York, PA 17403
30587679          Khrystina Dilag, 2963 Wickham Drive, Coquitlam, British Columbia V3C 4N5, CANADA
30587680          Kiah Adams, 3588 Korbel St, Eugene, OR 97404-3872
30587682          Kiana Farley, 17 Kelly road, Moncton, New Brunswick E1A 3R9, CANADA
30587683          Kiana Hoang, 2 seurat place, Thornhill, Ontario, L4J9B1, CANADA
30587684          Kiana Layton, 210 Lewis St, Toccoa, GA 30577-6173
30587686          Kianah Clark, 2610 Green Villa Ln, Eugene, OR 97404-2407
30587687     +    Kianna Brooks, 898 Hess Rd, Concord, FL 28025-8015
30587688     +    Kianna Nguyen, 12 14th Ave NE, Rochester, MN 55906-4725
30587689          Kiara Howard, 1861 Edgewood Dr, Lima, OH 45805-1158
30587690     +    Kiara Rodgers, 4653 Chicago Drive, Jb Andrews, MD 20762-5327
30587691          Kiara Teague, 20 Tolley Road, Kidderminster, ENGLAND DY11 7EW, UNITED KINGDOM
30587693     +    Kid Sistr, c/o Best Friend Music LLC, 8904 Dorrington Ave, West Hollywood, CA 90048-1711
30587694     +    Kidz Bop, 376 Broadway, New York, NY 10013-3940
30587695     +    Kiefer Berry, 2830 brookside pwy N Dr, Indianapolis, IN 46201-1217
30587696     +    Kiefer Noles, 3825 Kimberly Drive, Waco, TX 76708-3066
30587697          Kiefer Wiseman, 8676 Moyer Pl, Pendleton, IN 46064-0128
30587698          Kiel Stone, 38440 Brutus Way, Beaumont, CA 92223-8057
30587700          Kiera Arkwright, 45 Ashley Way, Market Harborough LE16 7XD, UNITED KINGDOM
30587701          Kiera Brown, 1773 Golf Course Rd, Bayside, CA 95524-9021
30587702     +    Kiera Englehart, 123 43rd Street, Apt 5, Union City, NJ 07087-9309
30587703          Kiera Ferguson, 233a Myreside Street, Glasgow, Scotland, England G32 6FW, UNITED KINGDOM
30587704          Kiera Grant, Achunabust Bungalow, Achunabust, Reay, Thurso, Scotland KW14 7RR, UNITED KINGDOM
30587705          Kiera Kalleberg, PO Box 4511, NY, NY 10163-4511

District/off: 0752-1                          User: admin                                              Page 272 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                             Total Noticed: 30719

30587706   + Kiera LaFountain, 804 N 15th St, Coeur d'Alene, ID 83814-5520
30587707     Kieran, 7 Brown Street, Sydney Mines, NOVA SCOTIA V1V1E7, CANADA
30587708   + Kieran Baker, 1840 25th Ave NE, Apt. 212, Issaquah, WA 98029-2639
30587709   + Kieran Cavanagh, 128 S Barnard St, Apt 7, State College, PA 16801-3709
30587712     Kieran Daly, 102 Outmore Road, Birmingham, England, B33 0UN, UNITED KINGDOM
30587713   + Kieran Gilson, 3262 Stony Street, Mohegan Lake, NY 10547-1911
30587714     Kieran Louchart, 4120 E. Coburn Dr., 4120, Flagstaff, AZ 86004-7639
30587715   + Kieran M Gannon, 1452 148th Lane Northwest, Andover, MN 55304-3454
30587716   + Kieran M Murphy, 435 cavalier court, Apt. 307, west dundee, IL 60118-2144
30587718     Kieran Mitchell, 34 North Street, Forfar, SCOTLAND DD8 3BJ, UNITED KINGDOM
30587719     Kieran Robinson, 145 Queensfield, Swindon, England, SN27SU, UNITED KINGDOM
30587720     Kieran Rose, 1663 Villa Nova Rd, Wilsonville, Ontario N0E 1Z0, CANADA
30587721     Kieran Snare, 8158 White Cross Ct, Pickerington, OH 43147-7532
30587722     Kieran Stevens, 1029 Pintail Rd, Knoxville, TN 37934-5093
30587723   + Kieran Vallee, 1693 Gates Avenue, 1C, Queens, NY 11385-2734
30587710   + Kieran cheung, 4707 166th st, Flushing, NY 11358-3711
30587717     Kieran madden, Coach house, mill lane, Sheepy parva, At, Warwickshire, ENGLAND CV93RL, UNITED KINGDOM
30587724   + Kiernan Waldron, 3 President Ave, Providence, RI 02906-3315
30587725     Kiersten Allison, 4812 NW 33rd Pl, Gainesville, FL 32606-5979
30587726     Kiersten Gerard, 554 Sylvan Ave, Bayport, NY 11705-1539
30587727   + Kiersten Hoffman, 2618 N Spaulding Ave Unit 3E, Unit 3E, Chicago, IL 60647-1409
30587728   + Kierstena Larsen, 2555 N 300 E, North Logan, UT 84341-1593
30587729   + Kierstyn Scarbrough, 6150 W 108th St, Fremont, MI 49412-7585
30587730   + Kiesha Dekarske-Riewer, 109 3rd St, Frazee, MN 56544-4225
30587731     Kiet Au, 7 Brightwoods Ln, Rochester, NY 14623-2719
30587732   + Kiki Arthur, 2770 E Uintah St, Apt 105, Colorado Springs, CO 80909-4061
30587733   + Kiki Polich, 7348 S Ridgeview Dr, littleton, CO 80120-3926
30587734     Kile Veal, 1301 S 18th St Apt 5, Renton, WA 98055-3543
30587735   + Kileen Lehman, 2176 Brown Road, Lakewood, OH 44107-6063
30587736     Kiley, 20160 PRAIRIE ST, DETROIT, MI 48221-1219
30587737     Kililipi Ambrose O'Donoghue-Scarce, 22 Melbourne St, Sturt, South Australia, 5047, AUSTRALIA
30587739     Killian Champion, 57 rue Louis joyeux, B timent A, appartement A406, Corbeil essonnes, ILE-DE-FRANCE 91100, FRANCE
30587740   + Killian Nesbitt, 3725 George Busbee Pkwy NW, Apt. 506, Kennesaw, GA 30144-6624
30587741     Killian Roberts, 185 Pearl Street, 206, Brantford, Ontario N3R 4H6, CANADA
30587742   + Killian Shields, 2057 N Eldorado Ave, Klamath Falls, OR 97601-6413
30587743   + Killian Thrush, 1015 NW 3rd Avenue, Gainesville, FL 32601-4916
30587744   + Killian Zornes, 902 W Chestnut St, Mount Vernon, OH 43050-2209
30587745   + Kim Baker, 3913 Crosswinds Dr, Rocky Mount, NC 27803-1445
30587746   + Kim Burdette, 5216 Via Besso Dr., Austin, TX 78738-4111
30587747     Kim Ceplenski, 14547 W Lisbon Ln, Surprise, AZ 85379-4760
30587748   + Kim Colleary, 6826 Autumn Ridge Dr, Fort Collins, CO 80525-6975
30587749     Kim Cowley, 8350 MAURER RD, LENEXA, KS 66219-2041
30587750     Kim Cromer, 1658 HERITAGE LN W, TERRE HAUTE, IN 47803-1398
30587751     Kim Dremer, 10737 Clarence Rd, Gladwin, MI 48624-9533
30587752     Kim Elzinga, Burgemeester Lewe van Aduardstraat 124, Appingedam, GRONINGEN 9902NP, NETHERLANDS
30587753   + Kim Fallon, 315 Grant Ave, Pine Beach, NJ 08741-1522
30587754     Kim Ferrie, Wisbyerstrasse 4, Berlin, BERLIN 10439, GERMANY
30587755     Kim Good, 27 Farm Lane, Great Bedwyn, Marlborough, Wiltshire, England, SN8 3LU, UNITED KINGDOM
30587756     Kim Hall, 203 Pine St Ste A, Crossett, AR 71635-2997
30587757   + Kim Hammond, 17002 Falconridge Rd, Lithia, FL 33547-5840
30587758     Kim Hollis, 132 N Stokes St, Visalia, CA 93291-9665
30587759   + Kim Lord, 2268 Westfield Ave, Scotch Plains, NJ 07076-1946
30587760     Kim Love, 1059 Oak Bluff Dr, Davenport, FL 33837-3687
30587761     Kim Marie Palmer, 38 Thomas Wilkinson Avenue, Dural, NEW SOUTH WALES, AUSTRALIA
30587762     Kim Massetti, 6136 Walker Ave, Loves Park, IL 61111-4208
30587763   + Kim Mink, 1725 Homestead Rd, Chapel Hill, NC 27516-9071
30587764     Kim Montello, 10 spring hill rd, West Dover, VT 05356
30587765     Kim Nakamoto, 83 Tinker Rd, Merrimack, NH 03054-4752
30587766   + Kim Palmer, 5800 NE CENTER COMMONS WAY, Apt 290, Portland, OR 97213-3897
30587767   + Kim Phan, 759 N Salina St, Apt 12, Syracuse, NY 13208-2587
30587768     Kim Pope, 1625 Randolph Rd Apt 6, Janesville, WI 53545-0990
30587769     Kim Porter Dowie, 35 Essex Hills Dr, Essex, CT 06426-1470
30587770   + Kim Price, 350 West Third Terrace, Wellsville, KS 66092-8508

District/off: 0752-1                              User: admin                                    Page 273 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                                  Total Noticed: 30719

30587771   + Kim Quinzi, 822 McKinley Street, East Rochester, NY 14445-2004
30587772     Kim Ryan Gamueda, 32 Verbania Loop, Beeliar, Western Australia, 6164, AUSTRALIA
30587773     Kim Spiotta, 31662 Fritz Dr, Exeter, CA 93221-9511
30587774     Kim Terry, 6 Admirals Walk, Teignmouth, ENGLAND TQ14 9NG, UNITED KINGDOM
30587775   + Kim Velleman, 7610 Fireaide Farm Drive, Dawsonville, GA 30534-4395
30587776     Kim Verheyen, Bahnhofstrasse 9, Pleinfeld 91785, GERMANY
30587777     Kim Ware, 1808 E Columbus Dr Unit 6, Tampa, FL 33605-2655
30587778   + Kim, Robin, 1650 MULLIGAN DRIVE, NAPERVILLE, IL 60563-1786
30587779     Kimber Crumlish Jr., 4007 HANOVER AVE, RICHMOND, VA 23221-1920
30587780     Kimberlee Rapagna, 1660 Ribaut Rd Apt 225, Port Royal, SC 29935-1780
30587781     Kimberley Bastin, 5529 Cider Mill Rd, Fort Wayne, IN 46814-9422
30587782     Kimberley Ireland, 34 Norman Street, St Marys, South Australia, 5042, AUSTRALIA
30587784     Kimberley Pringle, 79a Speight Rd, St Heliers,AUCKLAND 1071, NEW ZEALAND
30587783     Kimberley milligan, 101 balbedie avenue, Fife, SCOTLAND KY5 8HW, UNITED KINGDOM
30587785   + Kimberlin brennan, 310 doggett drive, Graham, NC 27253-3114
30587786   + Kimberly A Carter, 4601 66TH ST W, APT 1313B, BRADENTON, FL 34210-2655
30587787     Kimberly Aiken, 163 NEW COUNTY RD, HOLLIS CENTER, ME 04042-3826
30587788     Kimberly Atwood, 3600 Dixon Rd, Durham, NC 27707-4618
30587789   + Kimberly Bourgeault, 4515 London Road, Duluth, MN 55804-2341
30587790   + Kimberly Broche, 18023 Homewood Avenue, Homewood, IL 60430-1718
30587791     Kimberly Brock, 1108 Bluebonnet Hill Dr, Ennis, TX 75119-7503
30587792   + Kimberly Colleary, 6826 Autumn Ridge Drive, Fort Collins, CO 80525-6975
30587793   + Kimberly Corkwell, 1 Ebie Cir, Media, PA 19063-2247
30587794     Kimberly Davenport, 2530 Arrowpointe Dr, Holiday, FL 34691-7825
30587795     Kimberly DeBlasio, 225 Mt Nebo Rd, East Stroudsburg, PA 18301-8162
30587796   + Kimberly Fisher, 119 Lincoln Drive, Mayfield, KY 42066-1232
30587797     Kimberly Harness, 915 N 3rd St, Niles, MI 49120-1613
30587798     Kimberly Harrell, 7052 Harness Lakes Dr, Indianapolis, IN 46217-7017
30587799   + Kimberly Hellebuyck, 34 Neerwinder Court, Germantown, MD 20874-2811
30587800     Kimberly Ingold, 709 Dale St Apt A, Normal, IL 61761-5815
30587802     Kimberly Johnson, 100 Weatherstone Rd, Barrington, IL 60010-1875
30587803   + Kimberly Lamoreaux, 468 s prospect street, Nanticoke, PA 18634-2440
30587804     Kimberly Liesch, 2346 Hyacinth Dr, Billings, MT 59105-5211
30587805     Kimberly McCain, 2418 Dog Leg Ln, Navasota, TX 77868-2262
30587806     Kimberly Mckell, 12242 S Ryder Ct, Draper, UT 84020-4711
30587807     Kimberly Meader, 266 GROVE ST APT 26, NORTHAMPTON, MA 01060-3611
30587808     Kimberly Muldowney, 407 Moose Rd, Saltsburg, PA 15681-3449
30587810   + Kimberly Paulk, 2716 Smallpage Trace, Williamsburg, VA 23185-7950
30587811     Kimberly Perrone, 2018 Ruffs Mill Rd, Bel Air, MD 21015-1122
30587812     Kimberly Rosa, 4139 Grove Ave, Willoughby, OH 44094-5901
30587813   + Kimberly Rubish, 400 Glengary Ct., Apt 303, Durham, NC 27707-5949
30587814     Kimberly Stewart, 601 Center St, Deerfield, WI 53531-9418
30587815   + Kimberly Strouse, 250 Brent Ln, #537, Pensacola, FL 32503-2267
30587816     Kimberly Thomas, 13 Rainbow Cir, Middleboro, MA 02346-2821
30587817     Kimberly Tischler, 6 Church St, Sayreville, NJ 08872-1505
30587818     Kimberly Tupai, 2 KITCHENER ST, level 8, stellar recruitment, AUK, AUCKLAND, NEW ZEALAND
30587819   + Kimberly Wright, 1006 N Ithaca Ave, Russellville, AR 72801-4302
30587820     Kimberly York, 827 PROVIDENCE WAY, HEATH, TX 75032-7052
30587821   + Kimberly Zaruba, 2357 Grand Valley Drive NE, Ada, MI 49301-9264
30587822   + Kimberlyn Haines, 201 I St SW, WA, DC 20024-4267
30587823   + Kimbly Smith, 19636 Victorian Dr, 16 B, Parker, CO 80138-3850
30587824   + Kimmel Center, Inc., 300 S. Broad St., Philadelphia, PA 19102-4901
30587825     Kinda Lenberg, 9590 Penn Cross Pl, Colorado Springs, CO 80925-9529
30587826     Kindra Sadler, 4738 Tabuka Ln, Sparks, NV 89436-1669
30587827   + King, Daniel, 652 MALLARD COURT, APT. D2, BARTLETT, IL 60103-7972
30587829     Kingsly Arul, 7 Galaxias Walk, Rowville, Victoria, 3178, AUSTRALIA
30587830   + Kingsly Rubanjwa, 1801 Monks Ave, Apt. 428, Mankato, MN 56001-6367
30587831     Kinsey Catus, 3515 WASHINGTON AVE, DES MOINES, IA 50310-4431
30587832     Kinsey Peck, 207 S McKenna St, Poteau, OK 74953-4322
30587833   + Kinsey Ryan, 325 N Winterhaven, Mesa, AZ 85213-8444
30587834     Kinsley Medina, 205 W Chatham St, Bellville, TX 77418-2605
30587835     Kira Ackerman, 3926 El Camino Ave, Sacramento, CA 95821-6544
30587836   + Kira Bassett, 301 Briarcliff Ave, M1, Oak Ridge, TN 37830-8736

30587837        Kira Frazier, 10450 Bryant Rd, Lexington, OK 73051-7925
30587838        Kira Hazelbaker, 610 Telegraph Rd, Bellingham, WA 98226-8096
30587839     +  Kira Medina, 2431 NE Doncaster Ln, Hillsboro, OR 97124-9048
30587840        Kira Pande, 486 Gabilan St, Los Altos, CA 94022-4034
30587841        Kira Pearce, Riemerschmidstrasse 47, Munchen 80933, GERMANY
30587842        Kira Riley, 4304 N Post St, Spokane, WA 99205-1156
30587845        Kiran Ramasamy, 32 Rotherwood London, Apt. 32, London, England, SW15 1JZ, UNITED KINGDOM
30587846        Kiran Richey, 2631 SE 111th Ave Apt 4, Portland, OR 97266-1160
30587847        Kirbi K, 11860 Castleford Way, Crowley, TX 76036-2663
30587849        Kirby Miller, 110 Walden Rd, Joliet, IL 60433-3130
30587850        Kirby Oelling, 1080 Linwood Ave, Valparaiso, IN 46383-6556
30587851        Kirei Parks, 110 5TH ST W, TIFTON, GA 31794-4759
30587852     +  Kiri McMann, 400 Teresa Lane, Pocahontas, AR 72455-1411
30587853     +  Kirk Bedford, 1992 Myersville road, Akron, OH 44312-4975
30587854        Kirk Braun, 570 Poplar St, Clio, MI 48420-1262
30587855        Kirk Ellis, 138 SMITH ST APT 3, BROOKLYN, NY 11201-6284
30587856        Kirk Friberg, 3806 SW 168th Cir, Ocala, FL 34481-6706
30587857        Kirk Lauckner, 4741 26th Ave SW, Seattle, WA 98106-1322
30587858     +  Kirk Massengale, 9658 N 29th St, Omaha, NE 68112-1524
30587859        Kirk Roa, 18930 BOT EVRT HWY APT C106, BOTHELL, WA 98012-6849
30587860     +  Kirsch Briel, 21 Waterford Circle, Madison, WI 53719-1588
30587861     +  Kirsten Abigail Donovan, 1550 E Campbell Ave, Apt 2012, Phoenix, AZ 85014-4266
30587862        Kirsten Breve, Pieter latensteinstraat 49, Zaandam, Noord-Holland 1501VE, NETHERLANDS
30587863        Kirsten Cleavelin, 150 Ellen Dr, Berea, OH 44017-2810
30587865     +  Kirsten Donovan, 1550 E Campbell Ave, Apt. 2012, Phoenix, AZ 85014-4266
30587866     +  Kirsten Ikehara, 510 45th avenue, San Francisco, CA 94121-2421
30587867     +  Kirsten Kirsten, 648 Folcroft Court, Indianapolis, IN 46234-2103
30587869        Kirsten Lehrmann, 18 Skyline Dr, Trophy Club, TX 76262-5606
30587870        Kirsten Marler, 1520 Goldilocks Ln, Manchaca, TX 78652-4534
30587871        Kirsten Wilson, 1437 S Gold King Way Apt 204, Boise, ID 83709-5832
30587864     +  Kirsten cobern, 17555 east 2nd street, Saucier, MS 39574-6504
30587872        Kirstie Booth, 317 Rue Gilberte-Dube, Verdun, QUEBEC H4G 3B4, CANADA
30587873        Kirstin Trochymchuk, 31 King Street, Sackville, NEW BRUNSWICK E4L 3G5, CANADA
30587874     +  Kirstin wix, 1647 fernstone drive, Acworth, GA 30101-3572
30587875        Kirsty Ashbridge, 49 Hogganfield Street, Glasgow, SCOTLAND G33 1DE, UNITED KINGDOM
30587876        Kirsty Farthing, 103 northcote street, Aberdare, New South Wales 2325, AUSTRALIA
30587877        Kirsty Joyce, 19 The Green, East Knoyle, Salisbury, England SP3 6BN, UNITED KINGDOM
30587878        Kirsty Semaan, 10 Lyons Street South, Ballarat Cental, Victoria, 3350, AUSTRALIA
30587879     +  Kirstyn Burr, 521 Fern Ave, Deptford, NJ 08096-4531
30587880        Kirstyn Sugden, 11 Eaglewood Drive, Hamilton, Ontario, L8W3X7, CANADA
30587881     +  Kisa Bintliff, 730, Dilger Ave, Rapid City, SD 57701-1111
30587882        Kischa Passamani, 6404 Timber View Dr, East Lansing, MI 48823-9321
30587883        Kisha Cruz, 40125 W Rio Lobo Dr, Maricopa, AZ 85138-2732
30587886     +  Kit Calico, 314 1st St NE, P O Box 158, Rolla, ND 58367-0158
30587887     +  Kit Rodriguez, 2600 Wingate ct, College station, TX 77845-3841
30587888        Kitana Holt, 114 Winchester Street, SALISBURY EAST, SOUTH AUSTRALIA 5109, AUSTRALIA
30587889        Kitt Watson, 27 Palmer Crescent, Silverstream, Wellington, Wellington 5019, NEW ZEALAND
30587890        Kitty Roberts, 5426 W Isabella Rd, Shepherd, MI 48883-8629
30587891        Kiyoshi Smith, 607 W Racine Loop, Casa Grande, AZ 85122-5108
30587892     +  Kjersti Anderson, 1115 Union Street, Apt 4B, Brooklyn, NY 11225-1262
30587894     +  Klara Kirkpatrick, 9000 Louis Ave, Silver Spring, MD 20910-2166
30587895        Klarrissa Frantz, 122 Sobieski St, Mohawk, NY 13407-4728
30587897     +  Kloey Dixon, 2109 S Gillette Ave, Gillette, WY 82718-5862
30587898        Knee Fuly, 15 Maple Ave, 1501, Barrie, Ontario L4N 2N6, CANADA
30587899     +  Knightson Crisp, 713 Northwind Dr, Excelsior Springs, MO 64024-1539
30587900     +  Knitting Factory Concert House, 418 S. 9th Street, Suite 306, Boise, ID 83702-7098
30587901     +  Knitting Factory Spokane, 418 S. 9th St. Ste. 306, Boise, ID 83702-7098
30587902     +  Knotty Tie CO., 926 W. 10th Ave., Denver, CO 80204-3935
30587903     +  Koa Reitz, 1405 Severn St, Apt B4, Pittsburgh, PA 15217-1347
30587904     +  Koah Orth, 1009 Hillview Road, Black Earth, WI 53515-9768
30587905        Kobe Brown, 4517 Shady Lake Dr, Fort Worth, TX 76180-8073
30587906     +  Kobe Fujimoto, 1733 heron ave, sunnyvale, CA 94087-4811
30587907     +  Kobe Garcia, 1811 Tamarind Ave, Apt. 310, Los Angeles, CA 90028-5508

District/off: 0752-1                          User: admin                              Page 275 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                          Total Noticed: 30719

30587908  + Kobe Wilson, 2345 N. Craycroft rd, Apt. 105, Tucson, AZ 85712-2814
30587909  + Koby Garcia, 164 1st Ave, Apt. 164, Marco Island, FL 34145-3614
30587910  + Koby Picker, 3026 Kensington Road, Cleveland Heights, OH 44118-3540
30587911    Koda Tootoosis, 5960 Student Union Boulevard, Tallwood House 1117, Vancouver, BC V6T1Z1, CANADA
30587912    Kodi L Brandt, 3079 STONEWOOD LN, HUDSONVILLE, MI 49426-7623
30587913  + Kodin Todd, 3365 Silver Palm Rd, Jacksonville, FL 32250-2331
30587914  + Kody Hernandez, 1784 Avenida Navidad, Camarillo, CA 93012-4081
30587915    Kody nagel, N83W15772 APPLE VALLEY DR, D3, MENOMONEE FLS, WI 53051-3760
30587916  + Koebler, Laura, 103 Powers St, Needham, MA 02492-3435
30587917    Koen Nuis, Verwoldestraat, Apt. 116, Den Haag, ZUID-HOLLAND 2531HR, NETHERLANDS
30587918    Koen Rounds, 300 N McKinley Ave Apt 7, Muncie, IN 47303-3562
30587919    Koh Jiun Hao, J2-01-05, Subang Perdana Court 6 USJ 8, Persiaran, Subang Jaya, Selangor, 47610, MALAYSIA
30587920  + Kolby Manning, 2709 Daniels Landing Dr, Raleigh, NC 27610-4885
30587922  + Kole Carnegie, 10370 Hickock Road, Stanton, CA 90680-1413
30587923  + Kole Graczyk, 14420 131st st, Lemont, IL 60439-6703
30587924    Kole Massick, 5657 Big Bear Ridge, Nanaimo, BC V9T2K3, CANADA
30587925    Kole Massick, Big Bear Ridge, Nanaimo, BC V9T2K3, CANADA
30587926  + Kollin Meadows, 8522 Jetty Glen Dr, Cypress, TX 77433-5034
30587927  + Kollok, 3450 CAHUENGA BLVD, Los Angeles, CA 90068-1348
30587928  + Kolten Alexander Stone, 4468 club trace, Macon, GA 31210-4900
30587929    Kolten Bell, 12959 Northland Estates Ct, Rockton, IL 61072-2841
30587930    Kolton Walker, 1661 Richert Ave, Clovis, CA 93611-5144
30587931  + Kolyn Wilson, 35767 Griswald St., Clinton Township, MI 48035-2627
30587932    Kong Yang, 824 Tatum St, Saint Paul, MN 55104-1048
30587933  + Kongmeng Vang, 10002 Cloverdale Pl, Vienna, VA 22182-1353
30587934  + Konnor Meigs, 3320 sw 41st st, Gresham, OR 97080-8697
30587935    Konrad G ndel, Goethestrasse 36B, Erfurt 99096, GERMANY
30587936    Konstantin Meining, Maigl ckchenstra e, Apt. 29, Unterschlei heim, BAYERN 85716, GERMANY
30587938    Kooper Mesa, 32915 Sycamore Canyon Ln, Winchester, CA 92596-5203
30587939    Koozie Group, PO Box 844619, Boston, MA 02284-4619
30587941    Korben Harris, 21 Chester street, Barrow in furness, England, LA14 4AL, UNITED KINGDOM
30587942    Kordd Robinson, 5617 S 139TH ST, OMAHA, NE 68137-2803
30587943    Korey Lucas, 10805 N County Road 650 E, Brownsburg, IN 46112-9211
30587944    Kori Ingram, 415 Smith Ave, Evanston, WY 82930-4901
30587945  + Kori Thompson, 4519 Weitzel Ave, Baltimore, MD 21214-2856
30587946    Korian Parker, 621 Mills Ln, Williamstown, NJ 08094-5733
30587947  + Kornelia Baur, 419 Waymouth Way, Chico, CA 95973-8233
30587948    Korri Miknavich, 3306 N Edgerton Rd, Spokane Valley, WA 99212-2022
30587949    Korri Ray, 2258 E Des Moines Cir, Mesa, AZ 85213-6726
30587950    Korrin Dillman, 7810 Wells Valley Dr, Maryville, TN 37801-1643
30587951    Kory Hoopes, 582 S 1375 W, Layton, UT 84041-7182
30587952    Kory overholser, 2589 STATE ROUTE 725, SPRING VALLEY, OH 45370-8740
30587953    Kourtney Fairchild, 245 E Division St, Sherwood, MI 49089-9774
30587954  + Kourtney K Brown, 27200 Stoney Brook Dr, Trenton, MI 48183-4640
30587955    Kourtney Lynn Hitt, 29730 KINGBIRD DR, TOMBALL, TX 77377-3800
30587956  + Kousha Mohseni, 10 Palmetto St, 2R, Brooklyn, NY 11221-8016
30587957    Koyama Naoya, Naka Fukuda 868-1-102, Sakai, Osaka 599-8241, JAPAN
30587958  + Krais Cook, 1070 Carmel Rd N, Hampden, ME 04444-3207
30587959  + Kreutzer, Tracy, 4061 W 59TH STREET, LOS ANGELES, CA 90043-3411
30587960  + Kris Byrne, 216 Hidden Pines Dr, Panama city Beach, FL 32408-7454
30587961  + Kris Jacobson, 3456 Rosebud Park Ln, Dallas, TX 75229-6151
30587962    Kris Jensen, 2500 Finley Rd, Pleasanton, CA 94588-9414
30587963    Kris Kris, 5800 Eden Dr, Austin, TX 78747-4119
30587964    Kris Landells, 2 Paddock Walk, Cuddington, Northwich, ENGLAND CW8 2UQ, UNITED KINGDOM
30587965  + Kris Lynch, 5114 Clarendon Road, Fl. 2, Brooklyn, NY 11203-5329
30587967  + Kris Schuler, 2604 Kortkamp Road, Hillsboro, IL 62049-2634
30587969    Krishan Venu-Gopal, 32 Lavinia Drive, Plympton PL7 1ZG, UNITED KINGDOM
30587970  + Krishna Sai Kollipara, 11816 Steeplebush Drive, Clarksburg, MD 20871-9398
30587971  + Krista Bazar, 4405 Mountvale Ave NW, Albuquerque, NM 87114-5756
30587972    Krista Bennink, 13 Sharpe Avenue, Welland, Ontario L3C 3R5, CANADA
30587973    Krista Bryant, 165 Periwinkle Ln, State Road, NC 28676-8967
30587974  + Krista Fringo, 167 Myrtle Avenue, APT1, Staten Island, NY 10310-2330
30587975    Krista Herrera, 2181 English St, Saint Paul, MN 55109-3423

District/off: 0752-1      User: admin      Page 276 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

30587976 + Krista Hopkins, 7528 Kelty Trail, Franktown, CO 80116-9545
30587977 + Krista Knauer, 2386 Bridle Path Ln, Apt 5, Orlando, FL 32812-5269
30587978    Krista Ludden, 6294 Bartley Ln, Fulton, MO 65251-2156
30587979    Krista Marriage, 6411 W Desert Cove Ave, Glendale, AZ 85304-3657
30587980 + Krista Rideout, 107 Heath Rd, Chestertown, MD 21620-2813
30587981    Krista Rose, 1163 36 ave, Edmonton, Alberta T6T 0G2, CANADA
30587982    Krista Schumow, 2213 ROLLING RIDGE LN, LINDENHURST, IL 60046-8003
30587983 + Kristal Musgrave, 9665 Workman Ave, C, Temple City, CA 91780-2162
30587984 + Kristel Sans, 809 King Albert St, Austin, TX 78745-3941
30587985 + Kristen Barnum, 2820 Capricorn Drive, Green Bay, WI 54311-6459
30587986 + Kristen Brooks, 708 E 3rd St, Dixon, IL 61021-3212
30587987 + Kristen Campobasso, 1077 N Beechwood Ave, Rialto, CA 92376-8723
30587989 + Kristen Cleveland, 5648 S Gillam St, Pahrump, NV 89061-0123
30587990    Kristen Collins, 2101 W Highway 390 Apt 722, Lynn Haven, FL 32444-6507
30587991 + Kristen DeShaney, 13458 Kingscross Ln, Apt. 1, St. Louis, MO 63141-7256
30587992 + Kristen Dobbins, 3111 Lakepoint Circle, Acworth, GA 30102-1278
30587993    Kristen Dolezal, 7014 SYLVAN GLEN LN, FAIRFAX STA, VA 22039-1706
30587995 + Kristen Escalante, 7538 Balcom Ave., Reseda, CA 91335-3315
30587996    Kristen Fenn, 11 Don Gabriel Way, Orinda, CA 94563-4109
30587997 + Kristen Fillie, 19 Redding Place, Towaco, NJ 07082-1314
30587998 + Kristen Goodrich, 3612 Legendary Lane, Plano, TX 75023-1007
30587999 + Kristen Hanlon, 7008 Sarvis St, Tampa, FL 33637-6440
30588002    Kristen Jones, 7933 AMALFI WAY, FAIR OAKS, CA 95628-5902
30588001 + Kristen Jones, 4996 Spring Meadow Drive, Clarkston, MI 48348-5160
30588003 + Kristen Kiehne, 9816 E Thornbush Avenue, Mesa, AZ 85212-9128
30588004 + Kristen Koury, 2540 North Alpha Street, Kingman, AZ 86401-5042
30588005    Kristen Kristen, 19700 SW 264th St, Homestead, FL 33031-1622
30588006 + Kristen Malan, 24 Richardson Way, Piedmont, CA 94611-3517
30588007 + Kristen Martinet, 1575 S Levick St. Apt 10, Moscow, ID 83843-4436
30588008    Kristen McHausler, 121-335 Saint James Street, Victoria, BC V8V4S8, CANADA
30588009    Kristen Millar, 158 Main St, Franklin, NJ 07416-1539
30588010 + Kristen Mills, 679 Hopping Road, Belford, NJ 07718-1190
30588011    Kristen Nagy, 1418 GERMANTOWN AVE APT 2, PHILADELPHIA, PA 19122-3707
30588012 + Kristen Nunis, 1947 S Sherbourne Dr., Apt 6, Los Angeles, CA 90034-1341
30588013 + Kristen Phillips, 419 La Belle Lane, Monona, WI 53716-3875
30588014    Kristen R Chambers, 10028 E M 79 Hwy, Nashville, MI 49073-9142
30588015 + Kristen Robbins, 962 Lindfield Dr., South Park, PA 15129-8953
30588016    Kristen Robinson, 6850 Broadway Unit F, Cwa475-2, Denver, CO 80221-2800
30588017    Kristen Roggenbauer, N8889 Randolph St, Brillion, WI 54110-9618
30588018    Kristen Spencer, 5603 Oak Valley Rd, Dayton, OH 45440-2313
30588019    Kristen Stewart, 3170 Lawrin Ct, Chesapeake Beach, MD 20732-4186
30588020    Kristen Tassiopoulos, 6 Windmill Road, East York, East York, ONTARIO M4G 2Y5, CANADA
30588021    Kristen Ussery, 15205 Gebron Dr, Austin, TX 78734-6305
30588022    Kristen Walczak, 310 COLLEGE ST, FERNDALE, MI 48220-2949
30588023    Kristen White, 149 Mercury Ter, Haverhill, MA 01832-1278
30588024    Kristen Xmas Peppers, 3221 N Jebavy Dr, Ludington, MI 49431-9227
30588025 + Kristen Yaccino, 46 Cecil Crest Rd, Yonkers, NY 10701-5360
30588027    Kristen Zuck, 16167 S Curtis St, Olathe, KS 66062-9648
30587988    Kristen carter, 6436 TAMPA LN, INDIANAPOLIS, IN 46241-7636
30588000 + Kristen henington, 1422 parkway dr, Rohnert park, CA 94928-4710
30588028    Kristi Albers, 74 Edgecumbe Dr, Mahtomedi, MN 55115-1822
30588029    Kristi English, 644 Elsa Dr, Santa Rosa, CA 95407-6262
30588030    Kristi Gibson, 17392 Headsville Rd, Thornton, TX 76687-2026
30588031 + Kristi Hobba, 223 S 5th St, Lemoyne, PA 17043-1804
30588032    Kristi Lachlan, 977 Pigeon Creek Dr, Dawsonville, GA 30534-3531
30588033    Kristi Rideout-Schmidt, 1820 N Washington St, Tacoma, WA 98406-5723
30588034 + Kristi Romanowski, 1505 N Milwaukee Ave, Unit 2, Chicago, IL 60622-2337
30588035 + Kristia Deskins, 305 Churchill Dr, Apt #1, Richmond, KY 40475-3276
30588036    Kristian Amundsen, Husvikveien 25K, TONSBERG, VESTFOLD 3113, NORWAY
30588037    Kristian Bartel, 1915 2nd Ave Apt 901, Seattle, WA 98101-1762
30588038 + Kristian Loera, 901 8th Ave, Dodge City, KS 67801-4227
30588040    Kristian Pisco, 16160 California 76 #1218, Pauma Valley, CA 92061
30588041    Kristian Smith, Skovvangsvej 41, KOGE, DANMARK, 4600, DENMARK

District/off: 0752-1                     User: admin                                Page 277 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                              Total Noticed: 30719

30588042  + Kristian Sorge, 200 East 10th Street, Apt. 555, NY, NY 10003-7702
30588039    Kristian murphy, 5090 HIDEAWAY HILL LN, MARSHALL, VA 20115-2862
30588044    Kristie Alvelo, 8201 Weymouth Dr, Pennsauken, NJ 08109-3531
30588045    Kristie Jinkens, 900 NW Cedar Ln, Grain Valley, MO 64029-8381
30588046    Kristie May, 33 Rose St, Lancaster, NY 14086-4301
30588047    Kristie Sears, 15365 King Ct, Broomfield, CO 80023-4112
30588048    Kristin Anderson, 1015 N Bosart Ave, Indianapolis, IN 46201-2811
30588049    Kristin Calic, Sadelgatan 27, Koping 731 52, SWEDEN
30588050    Kristin Cardinale, 396 Birch Hollow Dr, Shirley, NY 11967-1412
30588051  + Kristin Christofano, 1641 east Laurel Circle, Mt. Pleasant, PA 15666-2181
30588052    Kristin Collier, 6 N Dorado Cir Apt 2G, Hauppauge, NY 11788-4668
30588053  + Kristin Cotton, 9026 Maple Grove Dr, Summerville, SC 29485-8865
30588054    Kristin Dotson, 5422 Golden Cascade Dr, Dublin, OH 43016-9619
30588055    Kristin Grauer, 15 Apple Blossom Ln, Danbury, CT 06811-4913
30588056  + Kristin Hansen, 8276 Aspen Dr, West Des Moines, IA 50266-2679
30588057    Kristin Hanson, 477 Route 133, Winthrop, ME 04364-4042
30588058    Kristin Hendricks, 1750 Wewatta St Unit 1029, Denver, CO 80202-6673
30588059  + Kristin Holman-Steffel, 542 S Tyler Street, Lancaster, WI 53813-1844
30588060    Kristin Kavanagh, 2399 Colonnade Dr, Akron, OH 44333-3825
30588061    Kristin MacLeod, 11 Crossing Dr, Scarborough, ME 04074-9620
30588062    Kristin Malosh, 7762 Maumee Western Rd, Maumee, OH 43537-9334
30588063    Kristin Martin, 7081 OH-582, Woodville, OH 43469
30588064  + Kristin Meader, 151 Hillside St, Apt 3, Boston, MA 02120-2983
30588065  + Kristin Mullen, 3276 Gun Club Rd, Nazareth, PA 18064-8574
30588066  + Kristin Murphy, 27107 Newport Dr, Warren, MI 48088-8304
30588067  + Kristin Robert, 746 High Top Rd, Linden, VA 22642-5433
30588068  + Kristin Seplavy, 1513 Hollyberry St, Berthoud, CO 80513-9449
30588069  + Kristin Tyler, 623 BURNSIDE DR, MIAMISBURG, OH 45342-3819
30588070    Kristina Anderson, 1401 Oregon St, Oshkosh, WI 54902-6531
30588071    Kristina Bosch, 146 West View Cres, Edmonton, Alberta, T5S1T5, CANADA
30588072    Kristina Fauss, 6540 El Colegio Rd # 4224, Santa Barbara, CA 93106-4202
30588073    Kristina Glasgow, 103 McKellar Street, Glencoe, Ontario N0L 1M0, CANADA
30588074  + Kristina Haney, 2834 South Extension Road, #1067, Mesa, AZ 85210-8288
30588075    Kristina Holbrook, 219 W Chicago St, Jonesville, MI 49250-1107
30588076    Kristina Hong, 1979 AMERICAN BEECH PKWY, OCOEE, FL 34761-8517
30588077    Kristina Katarina, 5262 Ohio street, Yorba Linda, CA 92886
30588078    Kristina Marquez, 8494 Jamesport Dr, Rockford, IL 61108-7031
30588079    Kristina Menzer, 408 North D Street, Hamilton, OH 45013-3118
30588080    Kristina Taylor, H l byv g 6, Stavsn s, Sweden, 13971, SWEDEN
30588081  + Kristina Thompson, 1726 19th Street NW, Apt 14, WA, DC 20009-1661
30588082    Kristina Wallingford, 4123 Red Fox Ln, Fort Calhoun, NE 68023-5272
30588084    Kristine DeKoskie, 159 Hurley Ave, Kingston, NY 12401-2811
30588085    Kristine DeVoe, 1410 WISTERIA AVE, DUNCAN, OK 73533-3423
30588086    Kristine Liotta, 686 Hope St Apt 2, Bristol, RI 02809-1966
30588087    Kristine Pearce, 14005 Polk Cir, Omaha, NE 68137-4053
30588088    Kristine Simmons, 47 WATERS EDGE, SPARTA, NJ 07871-3850
30588089  + Kristine Williams, 230379 Camaro rd, Wausau, WI 54403-5844
30588090    Kristjan Oddur Saebjornsson, Alfatun 13, Kopavogur, ICELAND 200, ICELAND
30588091  + Kristle Cervantes, 1710 Milton Dr, Prosper, TX 75078-2230
30588093    Kristofer Kurtis, 11901 Hobby Horse Ct Apt 1624, Austin, TX 78758-2937
30588094    Kristofer Laing, 1229 Marlborough Court, Apt. 703, Oakville, Ontario, L6H 3B6, CANADA
30588095  + Kristopher Gjovik, 3617 13th Ave. N., Grand Forks, ND 58203-2012
30588096  + Kristopher Kirkland, 1601 Eggum Ct, Mount Horeb, WI 53572-3610
30588097  + Kristopher Varga, 6 Melville St, Worcester, MA 01605-1802
30588098  + Kristopher Varholak, 39 Poplar Drive, Windsor, CT 06095-1132
30588099    Kristy Cairns, 215 Republic Ave Apt 7104, Lafayette, LA 70508-7079
30588100    Kristy Frenken-Francis, 35447 Edson pl, Abbotsford, British Columbia, V3G 1J4, CANADA
30588101  + Kristy I Anstine, 7431 N Rude St, Dalton Gardens, ID 83815-7748
30588102  + Kristy Johnson, 9477 Markley Blvd., Summerville, SC 29485-8591
30588103    Kristy Lavergne, 300 St Mary's Rd, Apartment 6, Winnipeg, Manitoba R2H 1J6, CANADA
30588104    Kristy Maxwell, 6002 Huron Dr, Fort Gratiot, MI 48059-4339
30588105    Kristy-Leigh Davidson, 3/29 Maher Street, Zillmere, Queensland 4034, AUSTRALIA
30588106  + Kristyn Simpson, 5337 Dan Post Way, Murfreesboro, TN 37128-1559

District/off: 0752-1      User: admin      Page 278 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

Kristyn Vario, 10 Shore Dr, Brewster, NY 10509-3909

+ Kross Lee, 221 Scott Street, Apt. 640, Wausau, WI 54403-4819

+ Kruti Patel, 2156 Benchmark Dr, Snellville, GA 30078-6198

+ Kruz Toribio, PO Box 218, Kirkwood, CA 95646-0218

Krysta Kwasnycia, 1146 Genesis Lake Blvd, Stony Plain, AB T7Z 0K5, CANADA

Krystal Hattersley, Flat 6 pipit house, 1 canford heath road, Poole, ENGLAND BH17 9NG, UNITED KINGDOM

+ Krystal Johnson, 1807 4 Mile Road, Racine, WI 53402-2009

Krystal Sendejo, 592 Charity Ln Unit A, Hazel Green, AL 35750-9042

+ Krystal Woloshyn, 10849 Terraza Floracion, San Diego, CA 92127-5831

+ Krystalynn Galasso, 4787 Castana Drive, Cameron Park, CA 95682-4007

Krystan Krailler, 2028 Claudia Ct, Cincinnati, OH 45230-1501

+ Krystan Weeks, 4335 Vineland, Apt. 23, Studio City, CA 91602-2185

Krysten Hughes, 13423 Saw Palm Creek Trl, Bradenton, FL 34211-2609

Krystian Krzewi ski, Obro c w Wybrze a, 4C/22, Gdansk 80-398, POLAND

Krystina Whiteside, 1403 Alyssum Ave, Forest Grove, OR 97116-2564

Krystle Ann Howard, 1360 Finn Hall Rd, Port Angeles, WA 98362-8115

+ Krystle Blake, 97 Dorchester Avenue, Pittsfield, MA 01201-5626

+ Krystle Goldsworth, 4405 Summerset Dr., Roanoke, VA 24018-9093

Krystle Hart, 450 Newport Ave, Long Beach, CA 90814-1651

Krystopher Lawrence, 28 Winterhaven Dr Apt 6, Newark, DE 19702-2341

Krystopher Underwood, 911 38th St, N/A, Sioux City, IA 51104-1419

Krystyn Elek, 40 Union St Apt 3, East Watertown, MA 02472-2687

Krystyna St pie, os. Zwyciestwa, 18 / 55, Poznan 61-648, POLAND

Kste Brandeland, 3320 Caleo Ct, Plano, TX 75025-5363

+ Kuarich Galicia, 1170 NW 60th St., Miami, FL 33127-1040

Kuba Wentland, ldugata 4, Reykjavik 101, ICELAND

+ Kumar, 297 7th St, Apt 2, Jersey City, NJ 07302-1912

+ Kumberly Shaughnessy, 5031 Defford Place, A, Eagleville, PA 19403-1431

+ Kurando Honjo, 1202 N Pearl St, Apt T205, Tacoma, WA 98406-8353

Kurt Behrens, 321 BRAEBURN DR, NORWALK, IA 50211-2223

Kurt Boyte, 3712 S Austin St, Milwaukee, WI 53207-3911

+ Kurt Deacon, 5924 Sequoia Circle, Vero Beach, FL 32967-6076

Kurt Meli, 2, Trimini Court, Triq L-Iskal, Marsaskala, SOUTH EAST MSK132, MALTA

+ Kurt Scott, 1112 Mantle Way, Murfreesboro, TN 37129-7899

Kurt William Spielmacher, 219 15th Ave, Hanover, ON N4N3E1, CANADA

+ Kurtis Gibbons, 8579 La Riviera Dr, Sacramento, CA 95826-1746

+ Kurtis mcbride, 1004 w Tuscany view rd, Unit 2106, Midvale, UT 84047-4831

+ Kwame, 1390 43rd Avenue, San Francisco, CA 94122-1215

+ Kwame Asante, 9423 Riverbrink Ct., Laurel, MD 20723-1752

+ Kwan, Sophia, 556 Tecate Valley Street, Las Vegas, NV 89138-6029

Ky Brittingham, 54 Landershute Road, Palmwoods, QUEENSLAND 4555, AUSTRALIA

+ Ky Eckert, 1431 S Locust Ave, Freeport, IL 61032-6326

+ Ky Gilmore, 24 Haviland St, Apt. 9, Boston, MA 02115-2654

Ky Vensland, 5540 149th Ln NW, Ramsey, MN 55303-6159

+ Kyan McCorkle, 12858 W 26th Ave, Number 39, Golden, CO 80401-2250

Kyan Schmidt, Zwi-Schulmann-Weg 48, Munster 48167, GERMANY

Kyanna Hastings, 47 State Route 95, Moira, NY 12957-2200

Kyden Ajisaka, 8 Magpie Avenue, Yeppoon, Queensland 4703, AUSTRALIA

+ Kye Moseley, 108 Washington Street, Oskaloosa, KS 66066-5063

+ Kyla Simon, 2406 Glenmawr Ave, Columbus, OH 43202-3106

Kyla Sparkes, 158 Summit Drive, Paradise, Newfoundland and Labrador A1L, CANADA

+ Kyla Spencer, 920 Jefferson Dr., Gulfport, MS 39507-3873

Kyla Wall, 9 Ridgewood Pkwy, Newport News, VA 23608-1918

Kyle Gleichauf, 52 California Dr, Rochester, NY 14616-4208

+ Kyle A Morman, 1421 Alyeska Court, Evergreen, CO 80439-9566

+ Kyle A Nissen, 16104 W Jefferson St, Goodyear, AZ 85338-6822

+ Kyle Agee, 3101 Howard Street, Richmond, VA 23223-1510

+ Kyle Ames, 13142 Lodi Court, Manassas, VA 20112-4680

+ Kyle Appleby, 3763 Everett Rd, Richfield, OH 44286-9777

Kyle Arcand, P.o. box 3485, Morinville, Alberta, T8R1S3, CANADA

+ Kyle Atwood, 4329 Hunting Meadows, Colorado Springs, CO 80916-2460

+ Kyle Avery, 1008 Belding Rd, 1008 Belding Rd, Orleans, MI 48865-9792

Kyle Bjornethun, 1802 E Milky Way, Gilbert, AZ 85295-5695

District/off: 0752-1                          User: admin                                Page 279 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                          Total Noticed: 30719

30588174    + Kyle Bliss, 3175 SW Rockbridge Dr, Lee s Summit, MO 64081-3869
30588175    + Kyle Blum, 96 W Patterson Ave, Apt 3, Columbus, OH 43202-2800
30588176    + Kyle Brand, 905 New York Ave, Midlothian, TX 76065-8758
30588177      Kyle Brazeau, 54 Poplar Dr., Dartmouth, NOVA SCOTIA B2W2K6, CANADA
30588178      Kyle Breitinger, 3971 Upper 71st St E, Inver Grove Heights, MN 55076-2662
30588179    + Kyle Brewer, 7644 LONE PEAK CT, RIVERSIDE, CA 92506-7588
30588180    + Kyle Broadbooks, 1600 Kickingbird Road, Apt. 311-B, Edmond, OK 73034-6246
30588181    + Kyle Buckley, 554 Marigold Lane, Slippery Rock, PA 16057-5226
30588182    + Kyle Cain, 107 Heath Rd, Chestertown, MD 21620-2813
30588183      Kyle Carson, 8819 34th Ave, Kenosha, WI 53142-2535
30588184      Kyle Cassinelli, 755 Canal St, Reno, NV 89503-2736
30588186      Kyle Chase, 3204 Nielsen Ct, Santa Rosa, CA 95404-1720
30588187    + Kyle Clegg, 966 W Big River Court, Unit 2, South Salt Lake, UT 84119-7458
30588188      Kyle Codling, 5592 Liberty Woods Ct, Liberty Twp, OH 45011-9724
30588189    + Kyle Collins, 507 Grand Estates Drive, C101, Estes Park, CO 80517-0030
30588190    + Kyle Cooley, 1219 Abernathy Way, Mt. Juliet, TN 37122-4942
30588191      Kyle Corlett, 1161 N Hillside Dr, Ludington, MI 49431-1276
30588192      Kyle Cosgrove, 26238 APPIAN WAY, LOMITA, CA 90717-3407
30588193    + Kyle Crichton, 2129 W Green Tree Rd, Glendale, WI 53209-2805
30588194    + Kyle Crombie, 71 galway dr, north attleboro, MA 02760-6506
30588195    + Kyle D Mershon, 4624 Manor Way, Flower Mound, TX 75028-3145
30588196    + Kyle D Staugh, 4752 Powderhorn LN, Westerville, OH 43081-4485
30588197    + Kyle Dalton, 2127 S Terrace Blvd, Longwood, FL 32779-4888
30588198    + Kyle Darginsky, 225-17 Horace Harding Expressway, Oakland Gardens, NY 11364-2302
30588199    + Kyle Dewees, 345 Low Oak Woods Road, Johns Island, SC 29455-5602
30588200    + Kyle Donaldson, 17091 Evergreen Circle, Apt. A, Huntington Beach, CA 92647-5557
30588201    + Kyle E Jordan, 4206 Comanche Dr, Laramie, WY 82072-6907
30588202      Kyle Eaton, 621 Fairview Ave NE Apt 2, Grand Rapids, MI 49503-1682
30588203      Kyle Ebersole, 8813 Whiskey Flts, San Antonio, TX 78254-2488
30588205    + Kyle Erskine, 234 E pacific ave, Villas, NJ 08251-2634
30588206    + Kyle Evans, 2131 Hanover Pike, 2Fl, Hampstead, MD 21074-1319
30588207      Kyle Feader, PO BOX 99900 RF 958 789, RPO PRESTON CROSS, Saskatoon, Saskatchewan S7N 2Z6, CANADA
30588208    + Kyle Ferguson, 5207 Willow Mill Dr, Marietta, GA 30068-4759
30588209      Kyle Feser, 13942 145th Ave SE, Renton, WA 98059-5508
30588210    + Kyle Flores, 225 Cedar st, #2R, Somerville, MA 02145-3513
30588211      Kyle Frane, 2114 Alabama Ave, Fort Wayne, IN 46805-4406
30588212      Kyle Fritschie, 9951 Marilyn Collins Way, Knoxville, TN 37931-4290
30588213    + Kyle Fritz, 4714 Ruidosa Dr, Fort Collins, CO 80524-8924
30588214    + Kyle Georgi, 849W 900N, Pleasant Grove, UT 84062-5113
30588215      Kyle Giorgi, 635 GARDEN ST APT 4, HOBOKEN, NJ 07030-3950
30588216    + Kyle Graves, 47656 Wharf Court, Sterling, VA 20165-7442
30588218      Kyle Griffin, 338 4th St, Manistee, MI 49660-2932
30588217    + Kyle Griffin, 16 Eastview Avenue, Brewster, NY 10509-1227
30588220      Kyle Guthrie, 11 Walnut St, Attleboro, MA 02703-4777
30588222      Kyle Hamilton, 9752 N Oxford Cir, Cedar Hills, UT 84062-8639
30588221    + Kyle Hamilton, 7205 S 145th St, Apt. 17, Omaha, NE 68138-6398
30588223    + Kyle Harrison, 2201 Alex Dr, Filer, ID 83328-5423
30588224    + Kyle Harvey, 1493 Coreopsis Court, Romeoville, IL 60446-4099
30588225    + Kyle Hatfield, 2675 Eugene Ave, Grove City, OH 43123-3561
30588226      Kyle Haught, 1020 ROCKWAY ST APT 6, STAUNTON, VA 24401-5300
30588227      Kyle Hausmann, 420 South Main Street, Mendon, OH 45862-9722
30588228    + Kyle Hernandez, 3131 Net Ct, Oxnard, CA 93035-2432
30588229    + Kyle Hine, 10354 Conser St, 2E, Overland Park, KS 66212-2617
30588230    + Kyle Hinterser, 6132 Keebler Oaks Dr., Maryville, IL 62062-6463
30588232      Kyle Holland, 375 Maple St, Burlington, VT 05401-3922
30588233    + Kyle Huey, 21622 Marguerite Pkwy, Apt 562, Mission Viejo, CA 92692-4424
30588234      Kyle Hyatt, 815 Manzanita Ave, Pasadena, CA 91103-2950
30588235    + Kyle Hyde, 1284 Orchid St, Ashland, OR 97520-7326
30588236    + Kyle J Espinoza, 4312 Remuda Place, Pueblo, CO 81008-1872
30588237      Kyle Jackman, 7638 Canyon Diablo Rd, Las Vegas, NV 89179-2067
30588238      Kyle Jackson, 238 Strathford cres, 15, Strathmore, Alberta T1P 1N8, CANADA
30588239      Kyle Jacunski, 221 S 21st St, Allentown, PA 18104-6417
30588240      Kyle James Bohling, 12100 NW 84TH ST, MALCOLM, NE 68402-9815

District/off: 0752-1                     User: admin                                Page 280 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                              Total Noticed: 30719

30588241   + Kyle Joanis, 18217 Giant panda ct, RENO, NV 89508-5856
30588242   + Kyle Johnson, 7508 Inman Ave S, Cottage Grove, MN 55016-2054
30588243   + Kyle Keating, 16277 Gellatt Court, Los Gatos, CA 95032-2103
30588244     Kyle Keki, 1201 Walden Circle, Apartmant 1704, Buzz 177, Mississauga, ONTARIO L5J4M9, CANADA
30588245   + Kyle Kintz, 700 Spiegel Ct., 2F, Marysville, OH 43040-3718
30588246     Kyle Kirby, 248 Saunders Street, Apt. 2, Fredericton, NEW BRUNSWICK E3B 1N7, CANADA
30588247     Kyle Koenig, 9222 Farley Ave, Kansas City, MO 64138-4804
30588248     Kyle Koza, 94-302 Paiwa St Apt 1210, Waipahu, HI 96797-3674
30588249   + Kyle Kratz, 29 Cypress Blvd, Babbitt, MN 55706-1239
30588250   + Kyle Kreml, 1601 Great Western Dr, Q4, Longmont, CO 80501-9795
30588251   + Kyle Labra, 7198 Bay View Drive, Indianapolis, IN 46214-1368
30588252     Kyle Lambie, 29243 N 119th Ln, Peoria, AZ 85383-3382
30588253   + Kyle Lee Cummings, 8732 Fort Ashby Rd, Keyser, WV 26726-6276
30588254     Kyle Marshall Bynoe, 14726 Calusa Palms Dr Apt 101, Fort Myers, FL 33919-7795
30588255     Kyle Martin, 24 S Wynwyd Dr, Newark, DE 19711-7427
30588256     Kyle Mayer, 7030 SW CAPITOL HILL RD APT 7030, PORTLAND, OR 97219-2632
30588257     Kyle McCarron, 3339 Texas Ave, Saint Louis, MO 63118-3134
30588258     Kyle McLachlan, 65 Coondoo Avenue, Ingle Farm, SOUTH AUSTRALIA 5098, AUSTRALIA
30588259     Kyle McManus, 120 Providence Trl Apt 7205, Mount Juliet, TN 37122-6556
30588260     Kyle Metz, 307 GALE ST, ELGIN, IL 60123-6915
30588261   + Kyle Meyer, 2827 Winthrop ave, Racine, WI 53403-3427
30588262   + Kyle Morales, 900 Larch Pines Rd, Ladson, SC 29456-3117
30588263     Kyle Mullen, 108 Claremont Dr, Lansdale, PA 19446-6359
30588264   + Kyle Muss, 6874 N Northwest Hwy Apt 3S, Unit 3S, Chicago, IL 60631-1223
30588265   + Kyle Naffziger, 217 E Fairplains Street, Greenville, MI 48838-2413
30588266   + Kyle Noonan, 7724 Heron Drive, Ooltewah, TN 37363-9781
30588267     Kyle O'Brien, 1163 Gables Dr Apt 303, Forest, VA 24551-4812
30588269   + Kyle Piscopo, 2 Stagecoach Ln, Bedford, NH 03110-5505
30588270   + Kyle Pouzou, 9950 Tuxford, N. Chesterfield, VA 23236-4614
30588271   + Kyle Puterbaugh, 2227 Keeney RD, North Pole, AK 99705-6089
30588272     Kyle Quinn, 151 Valley Drive, Kendal, England, LA9 7SE, UNITED KINGDOM
30588273     Kyle Ramsey, 1000 N Grand Ave Apt 4, Tahlequah, OK 74464-7056
30588274   + Kyle Rees, 1310 6TH AVE, APT 203, TACOMA, WA 98405-4097
30588275     Kyle Reid, 17A Nelson Street, Dundee, Scotland, DD1 2PS, UNITED KINGDOM
30588276   + Kyle Rice, 618 W 120th St S, Jenks, OK 74037-4239
30588277   + Kyle Rieger, 9000 Chicago Ave, Bloomington, MN 55420-3803
30588278   + Kyle Roemer, 165 W McMillan St, Apt 429, Cincinnati, OH 45219-1763
30588279     Kyle Rose, 274 E Regent Hill Cir, Midvale, UT 84047-2757
30588280     Kyle Rumbaua, 22 Belmont Avenue, Donnybrook, DUBLIN 4 D04A402, IRELAND
30588281     Kyle Ruotsalainen, PO Box 715, Barrow, AK 99723-0715
30588282   + Kyle Rusnacko, 4555 N Sheridan Rd, # 405, Chicago, IL 60640-1533
30588283     Kyle Russell, 4331 1st St NE, St Petersburg, FL 33703-4917
30588284     Kyle SAlmond, 112 Coedriglan Drive, Cardiff, Wales, CF54UQ, UNITED KINGDOM
30588285     Kyle Schmit, 880 11th Ave, Baldwin, WI 54002-9378
30588286   + Kyle Schwander, 2358 East Clearfield Street, Philadelphia, PA 19134-4445
30588287     Kyle Selfridge, 358 AppleCrest Dr, Kentville, Nova Scotia, B4N2Z4, CANADA
30588288     Kyle Sheets, 712 GREENWOOD DR, MIDWEST CITY, OK 73110-1634
30588289   + Kyle Sheridan, 71 Hollywood Avenue, Selden, NY 11784-2915
30588290   + Kyle Stojek, 29 Turner Farm Rd, Uxbridge, MA 01569-2175
30588291   + Kyle Strakis, 1549 Windswept, Brownsburg, IN 46112-9343
30588292     Kyle Sullivan, PO Box 275379, 500 Wilson Boulevard, Rochester, NY 14627-5379
30588293     Kyle Tallman, 7 Upland Rd, Needham, MA 02492-3623
30588294   + Kyle Thompson, 3028 Poppy Street, Grand Junction, CO 81506-4146
30588295     Kyle Thomson, 713 S Darrow Dr, Tempe, AZ 85281-3313
30588296   + Kyle Tucker, 1803 E 12th Street, The Dalles, OR 97058-3138
30588297     Kyle Turner, 2 Wellington Court, St Albans Hill, Hemel Hempstead, ENGLAND HP3 9NQ, UNITED KINGDOM
30588298   + Kyle Vibas, 7772 Trevino Lane, Falls Church, VA 22043-3501
30588299   + Kyle Vice, 923 North Meridian Street, Apt. 504, Indianapolis, IN 46204-1448
30588300   + Kyle Viehmann, 5504 Willow Tree Ct., Kissimmee, FL 34758-5012
30588301     Kyle Watson, 1405 Nevada St, San Marcos, TX 78666-2834
30588302     Kyle West, 334 Barley Cir, Hanover, PA 17331-9147
30588303   + Kyle Williams, 760 Brookside Dr, Longmont, CO 80504-4010
30588304   + Kyle Williams, 189 Vassar Street Room 5439, Cambridge, MA 02139-4330

District/off: 0752-1                          User: admin                                    Page 281 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                                Total Noticed: 30719

30588305    +  Kyle Willman, 1680 Lithia Way, Talent, OR 97540-9631
30588306       Kyle Wilson, 480 Manor Avenue, Ottawa, ON K1M 0H9, CANADA
30588307       Kyle Wilson, 21 Babson College Dr Unit 2978, Wellesley Hills, MA 02481-1687
30588308    +  Kyle Worrall, 1572 Wildrye Dr., Reno, NV 89509-6904
30588309       Kyle Wright, 3712 WARNER DR APT 110, KNOXVILLE, TN 37912-6052
30588231       Kyle hiroto, 1660 Amberwood Dr Apt B, South Pasadena, CA 91030-1928
30588268    +  Kyle perl, 10 Chelsea way, Stratham, NH 03885-6535
30588310       Kylea Hudson, 209 E Main St, Bath, PA 18014-1517
30588311       Kylee Avant, 17011 Bold Venture Dr, Tehachapi, CA 93561-5508
30588312    +  Kylee Brock, 340 W Ross Ave, #303, Tampa, FL 33602-2062
30588313       Kylee James Cluckie, 283 McCrae Dr., Caledonia, ONTARIO N3W 1K5, CANADA
30588314    +  Kylee Matousek, 3320 Ridge Park Dr, Apt. 145, Lincoln, NE 68504-4662
30588315    +  Kylee Sullivan, 50 Maile St., Apt. A42, Hilo, HI 96720-4383
30588316    +  Kyler Byker, 840 W Lovell St, Apt 1, Kalamazoo, MI 49007-4509
30588318    +  Kyler Gosch, 1011 Sundown Dr. NW, Arab, AL 35016-2011
30588319    +  Kyler Gosch, 1203 Spring Valley Dr. NE, Arab, AL 35016-5428
30588320       Kyler Peetz, 1707 31st St Apt B, Central City, NE 68826-2794
30588321    +  Kyler Winters, 5175 S Jerry Tarkanian Way, Apt 20301, Las Vegas, NV 89148-0014
30588322       Kyley Kyley, 574 Kellinger Rd Unit G, Lewisberry, PA 17339-8727
30588323    +  Kylie Albanese, 92 crestview lane, Mount arlington, NJ 07856-1395
30588324    +  Kylie Andrew, 450 J St, Apt. 7251, San Diego, CA 92101-5448
30588325    +  Kylie Bloch, 113 Bedford St SE, Minneapolis, MN 55414-3525
30588326    +  Kylie Bonilla, 5673 Red Maple Court, warrenton, VA 20187-9179
30588328    +  Kylie Brown, 7411 East 157th Pl S, Bixby, OK 74008-2789
30588327    +  Kylie Brown, 12119 Hill Country Dr, Bakersfield, CA 93312-6847
30588329       Kylie Canchola, 967 Kathryn Ct, Fernley, NV 89408-3202
30588330    +  Kylie Collett, 267 E Broadway St, Apt 2, Winona, MN 55987-3767
30588331       Kylie Gosselin, 6005 Gateway Blvd NW, Edmonton, ALBERTA T6H2H3, CANADA
30588332       Kylie Guthrie, 323 Plantation Dr, Meridianville, AL 35759-1525
30588333    +  Kylie Habecker, 10 Blair Sq, Tyrone, PA 16686-1759
30588334    +  Kylie Ishii, 45-606 Pilipaa Street, Kaneohe, HI 96744-1882
30588335       Kylie Jensen, 7411 Beth Ct, Carlisle, OH 45005-4246
30588336       Kylie LaCasse, 5553 Eagle Trace Dr, Sylvania, OH 43560-4224
30588337       Kylie Mason, 177 ARUNDEL RD, PASADENA, MD 21122-3012
30588338       Kylie McKay, 15602 County Road 1860, Lubbock, TX 79424-6560
30588339       Kylie Mitchell, 12334 W Scotts Dr, El Mirage, AZ 85335-5295
30588340    +  Kylie Negrete, 711 Leprechaun Lane, Papillion, NE 68046-2109
30588341       Kylie Parker, 2401 Fourth Ave Apt 201, Ketchikan, AK 99901-5800
30588342       Kylie Phinnemore, 3935 Stacey Crescent, London, Ontario N6P 1E8, CANADA
30588343    +  Kylie Shaw, 1318 Bigler St, Philadelphia, PA 19148-4929
30588344       Kylie Smith, 2537 Burr Oak Ave, Blue Island, IL 60406-2026
30588345       Kylie Strickland, 2806 N 70th St, Scottsdale, AZ 85257-1360
30588346       Kylie Vetter, PO Box 418, Bonanza, OR 97623-0418
30588347    +  Kylie Woodford, 2 Cottonwood Ln, Apt. 4, Culloden, WV 25510-1109
30588348       Kylie Yost, 513 Main St Apt 2W, Evanston, IL 60202-1812
30588349       Kym Silber, 7897 Wilderness Way, Maineville, OH 45039-7037
30588350       Kyndel Freeman, 25177 Anna St, Taylor, MI 48180-3244
30588352       Kyra Boatwright-Frost, 2107 7th St, Bremerton, WA 98312-3931
30588353       Kyra Conners, 2443 N Murray Ave Apt 302, Milwaukee, WI 53211-4410
30588354    +  Kyra Garner, 6761 Murray Ave, Cincinnati, OH 45227-3107
30588355    +  Kyra Hatley, 11900 Pleasant Ridge Rd, Apt. 1508, Little Rock, AR 72223-2473
30588356    +  Kyra Thomas, 1547 Hudson Rd, Madison, TN 37115-5701
30588357    +  Kyra Trudell, 644 Route 10, Gilsum, NH 03448-7502
30588358       Kyra Vermaas, Spaarnestraat, Apt. 46, Eindhoven, NOORD-BRABANT 5626DH, NETHERLANDS
30588359       Kyrrah Roche, Unit 1, 49 Queen Street, Frankston, Victoria, 3199, AUSTRALIA
30588360       Kyungbok Cienfuegos, 2500 E Park Blvd Apt U7, Plano, TX 75074-4846
30588361       L o Mirey, 75 Rue Jean Gu henno, Apt. 10, Rennes, BRETAGNE 35700, FRANCE
30588362    +  L Colville, 5783 Jones street, Milton, FL 32570-2325
30588363       L Currence, 135 Short Hill Rd, Wana, WV 26590-8510
30588364       L Dillard, PO Box 232, Larimer, PA 15647-0232
30588365       L Fernandez, 190 Birch Dr, Cheshire, CT 06410-7112
30588366    +  L George, 4623 Maritime Loop, Union City, CA 94587-6006
30588367    +  L Schlegel, 144 Normal Ave, Kutztown, PA 19530-1728

30588368   +  L Velez, 232 Laverne ave, Holbrook, NY 11741-3317
30588488      LAURA DOYON, 116 Coatsville Dr, Westfield, IN 46074-8495
30588511      LAURA LAYKY, 2100 Graywalsh Dr, Wilmington, NC 28405-6202
30588552      LAURAN STROUPE, 1691 BROOKFORD RD, KERNERSVILLE, NC 27284-9457
30588684      LAURENT BLANDIN, 133 RUE DU PUITS DU P RE, Saint-Gely-du-Fesc 34980, FRANCE
30588785      LEE KI JONG, 102-506, 737, Pyeongnam-ro, Pyeongtaek-si, Gyeonggi-do 17871, REPUBLIC OF KOREA
30588970      LEZA TUNGL, 3144 LINCOYA BAY DR, NASHVILLE, TN 37214-2653
30589027      LIANE WUNDERLICH, 721 Pinewood Rd, Union, NJ 07083-6414
30589101      LILY BRAUN-ARNOLD, 16 ERWIN PARK, MONTCLAIR, NJ 07042-3033
30589307      LIsa Watson, 1606 PINOAK CT, JONESBOROUGH, TN 37659-3027
30589467      LOLO, Lauren Mandel, 59 Forest Heights Blvd, Toronto, ON M2L 2K7, CANADA
30589704      LUIS P REZ MU OZ, Estrada a Celanova 14., COTEC. O PI EIRA, SAN CIBRAO DAS VINAS, Ourense 32911, SPAIN
30589793      LUKE PARDY, 1063 Harding St NW, Grand Rapids, MI 49544-1842
30588471      LaTonya Adams, PO Box 693, NY, NY 10029-0244
30588370   +  Lace Crittenden, 12806 Coral Drive, Pittsburgh, PA 15235-1940
30588372      Lacey Jensen, 2807 W Gem St, Boise, ID 83705-1732
30588373      Lacey Whatley, 3156 Stonewater Dr, Lakeland, FL 33803-7907
30588371      Lacey elrod, 2013 TERRAPIN ST, INDIAN TRAIL, NC 28079-8485
30588374      Lachlan Allwood, 47 limesway, Barnsley, ENGLAND S75 2NR, UNITED KINGDOM
30588375      Lachlan Carnley, 1505 Russell Ave, Lufkin, TX 75904-4429
30588376      Lachlan Cronin, 5 Dan road, Hatton vale, Queensland 4341, AUSTRALIA
30588377      Lachlan Finlayson, 170 Old Argyle Road, Exeter, New South Wales 2579, AUSTRALIA
30588378      Lachlan Fuller, 66 Bergs Lane, MOUNT HELEN, Victoria 3350, AUSTRALIA
30588379      Lachlan Lane, 17 Saunders Road, Camden South, New South Wales, 2570, AUSTRALIA
30588380      Lachlan Marchant, 26 Market Street, Brisbane, Queensland, 4000, AUSTRALIA
30588381      Lachlan Masters, 33 Allawah Avenue, Elanora Heights, NEW SOUTH WALES 2101, AUSTRALIA
30588382      Lachlan Steele-Holmes, 301/189 Devonport Terrace, Prospect, SOUTH AUSTRALIA 5082, AUSTRALIA
30588383      Lachlan Vellar, 40 Helen Leonard Cres, FORDE, AUSTRALIA CAPITAL TERRITORY 2914, AUSTRALIA
30588384      Lachlan Williams, 9 Maudsley Crescent, Collingwood Park, QUEENSLAND 4301, AUSTRALIA
30588385      Lacy Foster, 2913 Hastings Newville Rd, Mansfield, OH 44903-7739
30588386   +  Lacy Tannous, 417 Sturtevant Dr, Sierra Madre, CA 91024-1342
30588387   +  Ladia Konz, 370 S Monterey Dr, Moore, SC 29369-9067
30588388      Laeticia Niemann, Nordlandring 18, TRAVEMUNDER 23570, GERMANY
30588389      Laia Delgado Exposito, C/ Anselm Clav , 9, 2n 2a, Salt, Girona 17190, SPAIN
30588390      Laicee Allen, 19621 Meadow Lake Rd, Snohomish, WA 98290-7275
30588391      Laila Laila, 14031 Leffingwell Rd Apt 407, Whittier, CA 90604-4212
30588392      Laila Mobayed, Zone 55, Street 550, Building 8, Unit 1, Doha, AL RAYYAN, QATAR
30588393      Laila Zepeda, 137 Brazos Dr, San Benito, TX 78586-7683
30588394   +  Laina Harris, 9281 Drawbridge Rd, Mechanicsville, VA 23116-2786
30588395   +  Laine Cox, 5955 Richardson Rd, Glen St Mary, FL 32040-5499
30588396   +  Lainey C Oakley, 1928 E 345 North Road, Mode, IL 62444-4058
30588397      Lainey Rankin, 6975 Erie Dr, Maineville, OH 45039-5102
30588398      Lakan Bryant, 165 Periwinkle Ln, State Road, NC 28676-8967
30588399   +  Lake Barbera, 953 Maplecrest Dr, North Bellmore, NY 11710-1053
30588400      Lake Ivie, 14123 Northampton Ct, Granger, IN 46530-4977
30588401   +  Lakota Bennett, 219 East Wayne Street, Apt, Kendallville, IN 46755-1455
30588402   +  Lamando Salvicio, 4121 W. Tetakusim Rd, Apt. 19, Tucson, AZ 85746-8961
30588403   +  Lame-O Records, 1530 S 6th Street, Apt. 2F, Philadelphia, PA 19147-6547
30588404   +  Lan Anh Do, 2323 Dulles Station Boulevard, Apt 446, Herndon, VA 20171-6144
30588405      Lan Dang, 249 Viewmount Avenue, Toronto, ON M6B 1V1, CANADA
30588406   +  Lana, 13205 fagerud rd se, Olalla, WA 98359-8580
30588407      Lana Angelica, 7-22788 Westminster Highway, Richmond, British Columbia V6V 0B1, CANADA
30588408   +  Lana Dailey, 7 kern court, oceanside, CA 92057-6010
30588410      Lana Mae Eisele, Namibia-Allee 71, Hannover, Niedersachsen 30455, GERMANY
30588412   +  Lana Nguyen, 2564 red river way, santa rosa, CA 95407-4574
30588413   +  Lana Yousefie, 9228 charterhouse rd, Frederick, MD 21704-7334
30588409   +  Lana kellogg, 13205 fagerud rd se, Olalla, WA 98359-8580
30588411      Lana milborn, 3 Archer Street, Apt. 3, Kangaroo Flat, VICTORIA 3555, AUSTRALIA
30588414      Lance Anderson, 5424 Peak St SW, Mableton, GA 30126-2244
30588415      Lance Billaber, 601 W Fillmore St Apt 249, Phoenix, AZ 85003-0019
30588416   +  Lance Dawson, 22331 Parkwood St, Lake Forest, CA 92630-2343
30588418      Lance Rittmer, 7500 N Via Camello del Sur, Scottsdale, AZ 85258-3028
30588419   +  Lance Toddy, 9100 SE 152nd Ave, Portland, OR 97086-5708

District/off: 0752-1                        User: admin                              Page 283 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                          Total Noticed: 30719

Lance Wines, 638 Bruce St, Winchester, VA 22601-5666

+ Lance paul, 21800 Marylee St., Unit 53, Woodland Hills, CA 91367-4812

Landen Pote, 937 MARYVILLE DR, LOCKPORT, IL 60441-3250

Landin Hollis, 1109 Allen St, New Cumberland, PA 17070-1528

Landon Arace, 7 Fairmount Cir, Pittsfield, MA 01201-7234

+ Landon Auchter, 3209 Fountain Drive, Mesquite, TX 75181-4286

+ Landon Bradford, 462 Chippendale Dr., Heath, TX 75032-1944

+ Landon Lee Shackleford, 439 Vernon Dr, Chillicothe, OH 45601-8323

+ Landon Morrow, 154 Dogwood Ln, Hattiesburg, MS 39402-9562

+ Landon Peery, 8206 North 32nd Avenue, Phoenix, AZ 85051-6022

+ Landon Quattlebaum, 25 Faith Lane, Bigelow, AR 72016-7004

+ Landon R Robinette, 620 North Summit Rd, McCleary, WA 98557-9553

Landon Ravenhorst, 600 S WESTLAND DR, J, APPLETON, WI 54914-8876

+ Landon Rivas, 1410 Rosedale St, Houston, TX 77004-5653

+ Landon Spivey, 431 Pace Street, McMinnville, TN 37110-1246

+ Landon Thomas, PO Box 7, Persia, IA 51563-0007

Landon Vincent, 1493 Dakar St., Jacksonville, FL 32205-7372

+ Landyn Cowger, 1721 Parkside Dr, Liberty, MO 64068-3467

Landyn Owens, 392 Melrose Pl, Kamloops, BRITISH COLUMBIA V2C 6S1, CANADA

Landyn Wu, 16 Marshall St, West Orange, NJ 07052-3531

Lane Lincecum, 3418 W Palmer St Apt 2W, Chicago, IL 60647-3564

Lane Longuskie, PO Box 948, McBride, BC V0J2E0, CANADA

+ Lane Seven, 9918 Bell Ranch Dr., Santa Fe Springs, CA 90670-2972

+ Lane Storli, 749 Broadway E, Seattke, WA 98102-4607

+ Lane deshotels, 209 H Long Plantation BLVD, 209 H, Lafayette, LA 70508-6136

+ Laney Firman, 6048 Bent Pine Dr., Apt 3413, Orlnado, FL 32822-6824

+ Langston Linus Chaffee, 1531 McClung Drive, Arden Hills, MN, MN 55112-1908

+ Lanna Krikorian, 334 Common St., Apt. 1, Belmont, MA 02478-2827

Lannie Hunt, 4968 Dexter Ct, Obetz, OH 43207-8503

Larai Breithaupt, 10110 E 17th Ln, Spokane Valley, WA 99206-3427

+ Laramie Stokes, 5784 GA Hwy 202, Thomasville, GA 31757-1007

+ Larisa Crosby, 4420 SE Fieldcrest st, Milwaukie, OR 97222-5029

+ Larisha Paul, 1290 Rodman Place, Apt 6H, Bronx, NY 10460-4472

Larissa Gonzalez, 2531 E Erie Ave, Lorain, OH 44052-2417

+ Larissa Morris, 3950 N Lakeshore Dr, Apt 412C, Chicago, IL 60613-6423

+ Larry Cunningham, 1983 Linden Ave, Memphis, TN 38104-4036

Larry Day, 2515 EASTON PL APT 31, SAN JOSE, CA 95133-2624

+ Larry Ives, 4743 N 150th St, Omaha, NE 68116-1455

Larry Kerr, 1719 Crestmeadow Ln, Mansfield, TX 76063-7930

+ Larry Meadows, 1630 Columbia Road, Apt. 416, WA, DC 20009-3647

+ Larry Miller Jr, 896 S Prospect St, Marion, OH 43302-6214

+ Larry Rupp Jr, 623 riverside, Freeport, PA 16229-1234

+ Lars Lee, 3601 County Road 312A, Alvarado, TX 76009-3039

Larsen Wright, 6120 Water Lilly Dr, Alpharetta, GA 30005-6916

+ Larson Esko, 2903 NE 178th st, Lake Forest Park, WA 98155-4022

Lassi Juolahti, Koskelantie 163, Vihti, OTALAMPI 3300, FINLAND

+ Last Call Event Merch, LLC, 211 Fairway Dr., Willow Park, TX 76087-8889

+ Lathen O'Neil, 7846 S 6375 W, West Jordan, UT 84081-1925

+ Latisha Roach, 9352 HELMSDALE DR, INDIANAPOLIS, IN 46256-1116

Laughing River Yoga, 1 Mill St Ste 126, Burlington, VT 05401-1532

Laura, 70 Crantock Drive, Heald Green, Heald Gr, Heald Green, Cheadle, ENGLAND SK8 3HA, UNITED KINGDOM

Laura Alvord, 3958 W Bethpage Ct, South Jordan, UT 84009-4168

Laura Antolin, 838 Judson Ave Apt 1B, Evanston, IL 60202-2412

+ Laura Ayers, 1012 Oshaughnessy Ave NE, Huntsville, AL 35801-6259

+ Laura Benfield, 4038 Canvas Avenue, Rock Hill, SC 29732-8195

+ Laura Beth Kaste, 2207 S Oswego, Tulsa, OK 74114-1946

+ Laura Bowman, 30 Parkridge Drive, Apt 13, San Francisco, CA 94131-1432

+ Laura Brennan, 35 Main St., Bowdoinham, ME 04008-4420

+ Laura Bullock, 3129 Harwick Drive, hoover, AL 35242-4436

Laura Caroline Peters, PO Box 325, Oakville, CA 94562-0325

Laura Danis, 350 Sugarloaf Street, Port Colborne, ONTARIO L3K2P3, CANADA

Laura Davis, 85 River Pointe Circle, Gloucester City, NJ 08030

Laura Denike, 44 Sutton Court, Hamilton, ONTARIO L8J2E2, CANADA

30588487   + Laura Dennison, 1198 E Whittier St, Columbus, OH 43206-3271
30588489   + Laura Ducran, 27 Hampshire Street, Apt 1, Salem, NH 03079-4490
30588490   + Laura Ellis, 3900 Carriage Hill Dr, Frederick, MD 21704-7312
30588491   + Laura Gardenia Celestino, 10003 Limewood lane, Sugar Land, TX 77498-1447
30588492     Laura Gilron, 34 Kenwoods Circle, Kingston, Ontario K7K 6Y1, CANADA
30588493   + Laura Gomes, 2449 Bekrshire Ct, Kissimmee, FL 34746-5423
30588495   + Laura Gore, 2507 Sandy Trail, Keller, TX 76248-8490
30588496     Laura Greenwood, 2316 Windsor Ct, Davenport, IA 52807-1438
30588497     Laura Guerrier, 733 Perrin Ave, Council Bluffs, IA 51503-4716
30588498     Laura Hansman, 22 Baycrest Drive, Parry Sound, ON P2A 0A2
30588499   + Laura Hartt, 588 NW Marshall St, Dallas, OR 97338-1189
30588500   + Laura Hawkins, 14872 S Slick Horn Cv, Bluffdale, UT 84065-1606
30588501   + Laura Holman, PO Box 1122, 5779 Long Bay Dr, Granite Falls, NC 28630-8747
30588502   + Laura Howell, 7001 Seaview AVE NW, #160-704, Seattle, WA 98117-6006
30588503     Laura Huff, 1437 AMBRIDGE RD, DAYTON, OH 45459-4921
30588504   + Laura Jansen, 536 44th Street, Apt 2, Brooklyn, NY 11220-1305
30588505     Laura Johnston, 2702 W Montrose Ave Apt 3E, Chicago, IL 60618-1671
30588506     Laura Jones, 116 Clark Ave, Jamestown, TN 38556-3718
30588507   + Laura Junette Luther, 1008 Rainbow Drive, Kannapolis, NC 28081-4655
30588508   + Laura Kilian, 919 Mallard Creek Rd, Louisville, KY 40207-5493
30588509   + Laura Kitzberger, 12912 Viking Dr, Burnsville, MN 55337-3524
30588510     Laura Kranert, 1649 W Page Rd, Tallahassee, FL 32305-1371
30588512     Laura Lehmann, 202 EVERGREEN LN, KINDRED, ND 58051-4403
30588513   + Laura Loftus, 1111 11th St NW, Apt 806, WA, DC 20001-4353
30588514     Laura Luff, 129 Lowell St, Andover, MA 01810-2955
30588515   + Laura M Krizan, 14815 Avery Ranch BLVD, Apt. 2601, Austin, TX 78717-4046
30588516   + Laura Mann, 329 Elm Street, Denver, CO 80220-5740
30588517   + Laura Mardones, 6220 Whitman Ave, Fort Worth, TX 76133-3419
30588518     Laura Martinez, 1325 Meadowbrook Dr, Watertown, WI 53098-3415
30588519   + Laura Mazzucco, 1818 SE Lexington St, Portland, OR 97202-6153
30588520     Laura Morris, 16 Leypark Crescent, Exeter, England EX1 3NR, UNITED KINGDOM
30588521     Laura Mummey, 4501 Newton St, Denver, CO 80211-1371
30588522     Laura Nielsen, 2710 Adriatic Way, Sacramento, CA 95826-2202
30588523     Laura Ohls, 1613 LONG AVE, NASHVILLE, TN 37206-2135
30588524     Laura Olter, 32058 DELAWARE ST, LIVONIA, MI 48150-3829
30588525     Laura Pavey, 64 Brunel Road, Maidenhead, England SL6 2RT, UNITED KINGDOM
30588526     Laura Rademacher, 11115 Carver Ct, Burnsville, MN 55337-1001
30588527     Laura Reeb, Mariahilfer G rtel, 32/13, Wien, Mariahilf 1060, AUSTRIA
30588528     Laura Ritchie, 243 Allen Street East, Waterloo, Ontario N2J 1K4, CANADA
30588529     Laura Rosenberg, 4 MILAGRO, RCHO STA MARG, CA 92688-2882
30588531     Laura Song, 537 LYTTON AVE, PALO ALTO, CA 94301-1543
30588534     Laura Stanculescu, Sos Iancului nr 37, bl 103B sc A, et 13 ap 52, Bucuresti, Bucureeti 21718, ROMANIA
30588535     Laura Take, 1354 Labelle St, Jacksonville, FL 32205-7074
30588536     Laura Tracey, 4874 S Wilt Ave, Las Cruces, NM 88011-8844
30588537     Laura Tsu, Packstation 144, Apt. 1072568105, Dortmund, Nordrhein-Westfalen, 44227, GERMANY
30588539     Laura Velasco, 5559 Oak Haven Dr, Mebane, NC 27302-9574
30588540     Laura Visconti, 227 Heights Dr, Brodheadsville, PA 18322-7047
30588541     Laura White, 1127 Corrie Ln, Walnut Creek, CA 94597-1804
30588542   + Laura Wilkins, 206 South 15th Street, Camp Hill, PA 17011-5503
30588543   + Laura Wishart, 2607 Blossom Trail East, Blacksburg, VA 24060-4950
30588544     Laura Woolley, 608 1/2 7th Ave S, Hopkins, MN 55343-7727
30588546     Laura Young, 559 Boquet St, Carnegie, PA 15106-2851
30588545     Laura Young, 211 Ramblewood Pkwy, Mount Laurel, NJ 08054-2415
30588547     Laura Zdrowski, 4105 Pawnee Rd, Richmond, VA 23225-1146
30588548     Laura Zimmerman, 993 W Chapel Ridge Dr, South Jordan, UT 84095-7839
30588530   + Laura sedivy, 2143 W Tracy Lane, Phoenix, AZ 85023-4370
30588538     Laura van Outer, 615 GOODWILL ST, MINDEN, LA 71055-2423
30588550     Laurabeth Rohrig, 6617 Gordon Blvd, Union, KY 41091-3500
30588551     Laural Campbell, 5 queenswood drive, Leeds, ENGLAND LS6 3NG, UNITED KINGDOM
30588553   + Laureen Zouai, 235 Park Ave S 9th Fl, New York, NY 10003-1405
30588554     Laurel Bennett, 54 6th Ave S, Williams Lake, BC V2G 1K7, CANADA
30588555     Laurel Blackthorne, 3167 Huntington Woods Blvd, Tallahassee, FL 32303-1206
30588556     Laurel Buxton, 1417 Prospect Pl Apt A9, Brooklyn, NY 11213-2407

District/off: 0752-1                          User: admin                                      Page 285 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                     Total Noticed: 30719

30588557            Laurel Dinkins, 545 OMEARA ST, SAN DIEGO, CA 92114-6730
30588558            Laurel Hanks, 4915 E Oakwood Dr, Eagle Mountain, UT 84005-7211
30588559        +  Laurel Thoma, 4855 w 81st pl, Apt 2G, Westminster, CO 80031-4366
30588560        +  Laurel Timmer, 835 N Ottillia ST SE, Grand Rapids, MI 49507-3736
30588561            Laurel Walls, 75 Colby Ave, Manasquan, NJ 08736-3026
30588562        +  Lauren Adamczewski, 3780 West 37th Street, Cleveland, OH 44109-2674
30588563            Lauren Adams, 118 E Montgomery St, Johnstown, NY 12095-2533
30588564        +  Lauren Andrews, 101 Clinton St, Apt. 6, NY, NY 10002-3548
30588565        +  Lauren Armstrong, 399 Inglewood Dr, Westerville, OH 43081-4557
30588566            Lauren Belieff, 2503 W Freeland Dr, Coeur D Alene, ID 83815-8568
30588567            Lauren Birkhold, 667 Knickerbocker Ave Apt 1B, Brooklyn, NY 11221-5327
30588568        +  Lauren Bouthillette, 806 SNOW CREST TRL, DURHAM, NC 27707-6133
30588569        +  Lauren Braccili, 3500 Powelton Avenue, A312, Philadelphia, PA 19104-7000
30588570            Lauren Burke, 1825 Silver Mist Ct, Raleigh, NC 27613-7090
30588571            Lauren Butcher, 329 Lexington Building Bow Quarter 60 Fa, London, England, E32UE, UNITED KINGDOM
30588572        +  Lauren Caya-Stewart, 80 New Hope Ct, Dallas, GA 30132-8157
30588573            Lauren Chesnut, 1543 Edmund Ave, Saint Paul, MN 55104-2323
30588574        +  Lauren Clayton, 7035 Maplewood Road, Olive Branch, MS 38654-1301
30588575        +  Lauren Corradino, 8121 236th St SW, Apt S304, Edmonds, WA 98026-9223
30588576            Lauren Cross, 317 S Burton Ave, Springfield, MO 65802-2316
30588580            Lauren DeLaet, 24008 SCHOENBORN ST, WEST HILLS, CA 91304-2161
30588577            Lauren Dean, 18 lakedrive crescent, Marcoola, Queensland, 4564, AUSTRALIA
30588578            Lauren Dearson, 29 fron Wen fairview, Blackwood, WALES NP12 3PB, UNITED KINGDOM
30588579            Lauren Del Toro, 2559 Forest Glen Pkwy, Woodridge, IL 60517-2807
30588582        +  Lauren DiGregorio, 73, County Courthouse Rd, Garden City Park, NY 11040-5222
30588584        +  Lauren DiSilvio, 71 Steven Place, Coram, NY 11727-4500
30588583        +  Lauren Dinnsen, 3233 Kenilworth Lane, Montgomery, IL 60538-3337
30588585            Lauren Dittmer, 3056 Pinedale Dr SW, Grandville, MI 49418-2041
30588586            Lauren Donka, 4100 Wildcat Dr Apt 213, Portland, TX 78374-2809
30588588        +  Lauren Dunn, 4622 Franklin Ave., Los Angeles, CA 90027-4202
30588590            Lauren Eichenbaum, 7681 SW Harbor Cove Dr, Stuart, FL 34997-7410
30588591        +  Lauren Erwin, 201 17th Ave East, Apartment 207, Seattle, WA 98112-5279
30588592        +  Lauren Fattorusso, 10 Roy Ct, Wantage, NJ 07461-1518
30588593            Lauren Fischman, 4539 Westhall Dr NW, WA, DC 20007-1545
30588595            Lauren Fleming, 1209 SOUTHERN HILLS BLVD, HAMILTON, OH 45013-3735
30588596            Lauren Folsom, 691 Golf Crest Dr, Acworth, GA 30101-5959
30588597        +  Lauren Fowlkes, 2050 Goodpasture Lp, Apt 54, Eugene, OR 97401-1556
30588598        +  Lauren Franco, 12645 Bay Ave, Euless, TX 76040-3450
30588599        +  Lauren Gamel, 642 Elmwood Ave, Webster Groves, MO 63119-2611
30588600        +  Lauren Gehring, 3814 Leavenworth St, 515, Omaha, NE 68105-1278
30588601            Lauren Gideon, 414 Stockalper Ln, Ramona, CA 92065-1954
30588602        +  Lauren Girod, 300 Stone Mill Run, Apt. 48, Athens, GA 30605-1783
30588604        +  Lauren Hall, 2500 E Delhi Rd, Ann Arbor, MI 48103-8329
30588603        +  Lauren Hall, 2313 4th St NE, Unit 1, Minneapolis, MN 55418-3432
30588606            Lauren Harris, 23 Pleasant St Apt 1, Marblehead, MA 01945-3462
30588607            Lauren Hawkins, 113 Hampsted Ln, Franklin, TN 37069-4357
30588608            Lauren Henley, 310 Del Sol Dr Apt 762, San Diego, CA 92108-2992
30588609            Lauren Howell, 14612 COURTNEY LN, GLENPOOL, OK 74033-3554
30588610            Lauren Hughes, 52 W Old Mill Trl, Antioch, IL 60002-2618
30588611            Lauren Hunter, 58 Kambrook Rd, Unit 213, Caulfield North, Victoria 3161, AUSTRALIA
30588612            Lauren Jane Musgrave, 38 Cross St, Blackheath, NEW SOUTH WALES 2785, AUSTRALIA
30588613            Lauren Janek, 433 W BRIAR PL APT 7A, CHICAGO, IL 60657-4747
30588614            Lauren Jenkins, 13325 Settlers Trail Ct, Charlotte, NC 28273-7409
30588615        +  Lauren Jones, 98 Kingsbridge Way, Little Rock, AR 72212-3684
30588616        +  Lauren Katz, 66 Buell Street, 1st Floor, Burlington, VT 05401-3805
30588617            Lauren Kederis, 1704 MOUNT PLEASANT RD, HAVERTOWN, PA 19083-1804
30588619            Lauren Kelly, 20255 E Cholla Dr, Cordes Lakes, AZ 86333-2156
30588618        +  Lauren Kelly, 470 Sumner St, Apt 2, East Boston, MA 02128-4687
30588620        +  Lauren Kimble, 3555 S Pacific Hwy, Spc. 217, Medford, OR 97501-8875
30588621        +  Lauren King Watt, 1448 Hilyard st., Unit 6, Eugene, OR 97401-4653
30588623        +  Lauren Knight, 150 Veneto, Irvine, CA 92614-5906
30588624        +  Lauren Kupper, 133 Meserole St, Apt 2L, Brooklyn, NY 11206-2081
30588625            Lauren Kym, 430 Harrison St, Sumner, WA 98390-1128

| | | |
|---|---|---|
| 30588626 | | Lauren Lee, 84 Rowland Hill Court, Osney Lane, Oxford, ENGLAND OX1 1LF, UNITED KINGDOM |
| 30588627 | + | Lauren Lewandowski, 2630 201st St SW, Lynnwood, WA 98036-6933 |
| 30588628 | + | Lauren Lewis, 15756 Wildrye Drive, Westfield, IN 46074-9094 |
| 30588630 | | Lauren Livers, 3105 BROOKSIDE DR APT 11, ANCHORAGE, AK 99517-1868 |
| 30588631 | + | Lauren McGuire, 27406 Sunrise Ranch Ln, Katy, TX 77494-1576 |
| 30588632 | | Lauren McWilliams, 91, Carlisle Rd, Douglas, NEW BRUNSWICK E3G 7M5, CANADA |
| 30588633 | + | Lauren Murray, 124 Obitz Road, A, Sandy Lake, PA 16145-4312 |
| 30588634 | + | Lauren Myers, 115 34th St, Apt C, Newport Beach, CA 92663-3040 |
| 30588635 | + | Lauren Nash, 38 Abbot Rd, Campbell Hall Room 305, East Lansing, MI 48825-3402 |
| 30588636 | | Lauren Nauman, 247 Clarks Rd, Cresco, PA 18326-7129 |
| 30588637 | | Lauren Onderwater, 95-34245 King Rd, Abbotsford, British Columbia, V2S 0B1, CANADA |
| 30588638 | | Lauren Or, 2088 Garden Ln Apt 1, Costa Mesa, CA 92627-7184 |
| 30588639 | | Lauren Palmerchuck, 847 RICHMOND DR, SICKLERVILLE, NJ 08081-9406 |
| 30588641 | + | Lauren Parker, 9709 Clocktower Ln, Apt 102, Columbia, MD 21046-1984 |
| 30588642 | + | Lauren Pellegrino, 210 W Lambright St, Tampa, FL 33604-6040 |
| 30588643 | + | Lauren Pham, 980 Oak Dale Drive, Xenia, OH 45385-1426 |
| 30588644 | | Lauren Piekos, 33 Beech St, North Adams, MA 01247-2803 |
| 30588645 | | Lauren Piepenburg, 5201 Par Dr Apt 1512, Denton, TX 76208-6760 |
| 30588646 | | Lauren Pike, 25 Nancherrow, St Just, ENGLAND TR19 7PW, UNITED KINGDOM |
| 30588647 | | Lauren Ranallo, 4628 Waldamere Ave, Willoughby, OH 44094-5743 |
| 30588648 | | Lauren Reed, 7900 CUMBERLND PK DR APT 7106, ORLANDO, FL 32821-5443 |
| 30588649 | | Lauren Riggs, 551 FOREST AVE, RIVER FOREST, IL 60305-1707 |
| 30588650 | + | Lauren Rosenau, 4925 Boonsboro Rd, #158, Lynchburg, VA 24503-2240 |
| 30588651 | | Lauren Sampson, 3172 Blenheim Way, Lexington, KY 40503-5468 |
| 30588652 | + | Lauren Selip, 212 Becker Rd, North Wales, PA 19454-4102 |
| 30588653 | + | Lauren Sell, 352 Spring Haven Dr, Lancaster, PA 17601-5193 |
| 30588655 | + | Lauren Simon, 139 Wyneding Hill Rd, Manchester, CT 06040-6608 |
| 30588656 | | Lauren Slipek, 49 Marshall Rd, Hillsborough, NJ 08844-3487 |
| 30588657 | | Lauren Sowa, 1017 Misty Landing Ct, Malta, IL 60150-2004 |
| 30588658 | | Lauren Spiker, 2103 Ebenezer Rd, Smyrna, SC 29743-7713 |
| 30588659 | | Lauren Staples, 379 Clearview Dr, Asheboro, NC 27205-7607 |
| 30588660 | | Lauren T Hazzard, 5091 Roseberry Dr, Doylestown, PA 18902-1071 |
| 30588661 | | Lauren Taylor, 2012 Morning Dove Rd, Tallahassee, FL 32312-3730 |
| 30588663 | | Lauren Turnacioglu, 46 Sapphire Dr, Princeton Junction, NJ 08550-5228 |
| 30588664 | + | Lauren Ulbrich, 46181 Rex Ct., Chesterfield, MI 48051-3237 |
| 30588665 | + | Lauren Vasquez, 5117 Village Crier Ln, Summerville, SC 29485-9000 |
| 30588666 | | Lauren Votava, 10706 E Maple Ave, Peculiar, MO 64078-9271 |
| 30588667 | | Lauren Vranas, 204 Sandsbury Ave, Glen Burnie, MD 21060-7744 |
| 30588668 | + | Lauren Wagner, 7908 Esterbrook Way, Unit 202, Las Vegas, NV 89128-4180 |
| 30588669 | + | Lauren Walker, 2360 Taylor Ave, Mobile, AL 36606-1820 |
| 30588670 | | Lauren Weintraut, 7136 LAKESIDE DR, INDIANAPOLIS, IN 46278-1613 |
| 30588671 | | Lauren White, 623 Orlando Ave Apt 104, Normal, IL 61761-6016 |
| 30588673 | + | Lauren Winters, 65 Willow Circle, Cary, IL 60013-1557 |
| 30588674 | | Lauren Yoshioka, 9109 Moroso Dr, Pensacola, FL 32506-9752 |
| 30588675 | | Lauren Youngblood, 5205 Sycamore Hills Ct, College Station, TX 77845-3690 |
| 30588676 | + | Lauren Ysais, 5011 Monte Vista St, Apt 201, Los Angeles, CA 90042-4035 |
| 30588677 | + | Lauren Zinkel, 1314 NE Odell Ave, Apt. 13, Roseburg, OR 97470-3315 |
| 30588629 | + | Lauren liu, 7763 camino glorita, san diego, CA 92122-1801 |
| 30588640 | + | Lauren palmrr, 835 16th street, boulder, CO 80302-7627 |
| 30588678 | | Laurence Jorion, Processieweg 20, Steenokkerzeel, Vlaams Brabant 1820, BELGIUM |
| 30588679 | | Laurence Ledoux, 2984 rue de Bourbon, Sorel-Tracy, QUEBEC J3R4T3, CANADA |
| 30588680 | | Laurence Pickering, 8 Penrhos Avenue, Llandudno Junction, Wales; Cymru LL31 9E, UNITED KINGDOM |
| 30588681 | + | Laurence S Goldinger, 360 E 65th St, Apt 8H, NY, NY 10065-6714 |
| 30588682 | | Laurence Simner, 1075 Talbot Street, n/a, London, ON N6A 2W3, CANADA N6A 2W3 |
| 30588683 | + | Laurence Smart IV, 42 MacArthur Circle West, South Portland, ME 04106-2511 |
| 30588685 | | Laurent Jutras-Dube, 238 E 81st St Apt 5A, NY, NY 10028-2653 |
| 30588686 | | Lauriane Dorval, 713 flamand, QUEBEC, G1M 2B8, CANADA |
| 30588687 | | Laurie A Congdon, 378 BIMINI CAY CIR, VERO BEACH, FL 32966-0209 |
| 30588688 | | Laurie Bargiel, 409 Carrie Lee Ln, Clinton, TN 37716-6886 |
| 30588689 | | Laurie Blackwell, 398 W 700 N, American Fork, UT 84003-1180 |
| 30588690 | + | Laurie Fall, 1565 89th Street, New Richmond, WI 54017-7156 |
| 30588691 | + | Laurie Hunter, 5 Halite Ct, Fredericksburg, VA 22406-7478 |
| 30588692 | | Laurie O Brien, 6220 SHALLOWFORD RD APT 34, CHATTANOOGA, TN 37421-5411 |

District/off: 0752-1                              User: admin                                    Page 287 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                                  Total Noticed: 30719

30588693      +  Laurie Oishei, 1903 Winthrop Drive SE, Atlanta, GA 30316-1716
30588694         Laurie Roman, Carrera 21 #65-64. Barrio La Victoria, Bucaramanga, Santander, 680005, COLOMBIA
30588695      +  Laurie Tomko, 26152 Osborne Rd, Columbia Station, OH 44028-9519
30588696         Laurie Warner, 5436 Cardinal Dr, Stevens Point, WI 54482-8814
30588697      +  Lauryn Basye, 1766 aztec circle, Sioux City, IA 51104-4381
30588698      +  Lauryn Cox, 128 G Street, Apt 3, Salt Lake City, UT 84103-5618
30588699         Lauryn Hedges, 2504 Larrikeet Ct, Pleasanton, CA 94566-4522
30588700         Lauryn Homan Walker, 8137 Rainier Rd SE, Olympia, WA 98513-5410
30588703      +  Lawrence Anderson, 6303 w shady shores road, Apt. 827, Denton, TX 76208-5531
30588704      +  Lawrence Fogelman, 207 E 74th st., 2E, NY, NY 10021-3341
30588705         Lawrence Kurth, 609 Floral Ave, Wausau, WI 54403-6406
30588706         Lawrence Lamont Jenkins, 8358 Manitoba St Apt 5, Playa del Rey, CA 90293-8770
30588708         Lawrence Luo, 11 Crew st, Yallambie, Victoria 3085, AUSTRALIA
30588707         Lawrence Luo, 7005 Woodington Ct, Knoxville, TN 37921-1032
30588709         Lawrence Markey, Trebrown Farm, Horningtops, Liskeard, England, PL14 3PU, UNITED KINGDOM
30588710      +  Lawrence Marquez, 510 Holtby Rd, Bakersfield, CA 93304-1932
30588711      +  Lawrence Tai, 2325 Birch Log Way, Hacienda Heights, CA 91745-5606
30588712         Lawrence Wetzel, 445 Stafford Ave, Erie, PA 16508-1767
30588714         Lawson Faulk, 212 Ashborough Cir, Dothan, AL 36301-1267
30588715         Lawson Wall, 808 Babock Ct, Raleigh, NC 27609-6630
30588716      +  Layken Eberhard, 721 S Fort Ave, Unit A, Springfield, MO 65806-2706
30588717         Layla A Stollenwerk, 2168 PUENTE AVE, COSTA MESA, CA 92627-2506
30588718         Layla Dozier, 114 E 168th St Apt 6, Bronx, NY 10452-7942
30588719         Layla Erickson, 2905 Wilson Creek Ln, Johns Island, SC 29455-3287
30588720         Layla Long, 104 waihora crescent waitangirua, Porirua, Wellington 5024, NEW ZEALAND
30588721         Layla Oxford, 141 HEMLOCK DR APT 914C, AUBURN, AL 36832-7324
30588723      +  Layna Mosley, 210 Constitution Drive, Princeton, NJ 08540-6712
30588725      +  Layne Elkins, 750 Beech St, Apt 126, San Diego, CA 92101-3257
30588726         Layne Lewis, 10257 Eby Ct Apt 3, Overland Park, KS 66212-4269
30588727      +  Layne Montgomery, 140 West 58th Street Apt SC, New York, NY 10019-2140
30588728         Layton Hines, 4320 Teal Ct, Murfreesboro, TN 37128-4525
30588729      +  Layton-Kafei Garnswick, 5517 Gipsy Ave, Las Vegas, NV 89107-3807
30588730      +  Lazaro Izquierdo, 401 Rawlins Dr, Waukesha, WI 53188-4645
30588731         Lazarus Gordon, 54 Candover Street, Geelong West, Victoria 3218, AUSTRALIA
30588732      +  Lazarus Mason, 124 Kenna Ct, Jacksonville, NC 28540-9337
30588878      +  LeRoy Smith, 409 Day St, Decorah, IA 52101-2218
30588880         LeShay Germany, 1713 McGee Ave, Argyle, TX 76226-1493
30588734         Lea Vocke, Beguinenstr. 8, Dortmund, Nordrhein-Westfalen 44388, GERMANY
30588736         Leah Barnes, 59 Quaker Ridge Rd, Leeds, ME 04263-3600
30588737      +  Leah Bennett, 476 Prescott Street, New Bedford, MA 02745-1333
30588738      +  Leah Campbell, 331 E 45th Ct, Tulsa, OK 74105-4501
30588739         Leah Dack, 736 Grey Stable Ln, Highland Heights, KY 41076-1756
30588740         Leah DeHart, 1500 Grindle Bridge Rd, Dahlonega, GA 30533-3560
30588741      +  Leah Gallagher, 11 Grand Avenue, Berlin, NJ 08009-8911
30588742         Leah Gibson, 519 Woburn Ct, Greer, SC 29651-5620
30588743      +  Leah Hall, 5 Fountain St, Billerica, MA 01821-1106
30588744         Leah Hill, 1372 VALKENBURG DR, COLORADO SPRINGS, CO 80907-4050
30588745      +  Leah Ignacio, 959 foothill dr, Daly City, CA 94015-3502
30588746         Leah Klein, 83 Reservoir St, Cambridge, MA 02138-6837
30588747      +  Leah Kossak, 2895 meadowbrook dr, Rochester Hills, MI 48309-1436
30588748         Leah Lascano, 1179 Pitusa Ct Apt D, West Palm Beach, FL 33415-4825
30588749      +  Leah M Boggs, 38740 West 311th St South, Bristow, OK 74010-5032
30588750      +  Leah Manners, 1192 Greenwood Ave, Austin, TX 78721-1018
30588751      +  Leah Narun, 223 Ayrshire farm lane, Apt. 203, Stanford, CA 94305-7623
30588752      +  Leah Noelle DeLaratta, 3461 Sunlamp Dr, Bullhead City, AZ 86429-7603
30588753      +  Leah Petriccione, 1209 Granada Dr, Raleigh, NC 27612-5108
30588754         Leah Rachelle Shocklie, 700 W Clay St, Harrisonville, MO 64701-2104
30588755         Leah Rappaport, 10 WYCK LN, TROY, NY 12180-7020
30588756      +  Leah Rasey, 6900 Rex Rd, Holly Springs, NC 27540-6419
30588757      +  Leah Rivera, 5 Huckleberry Hill Rd, Brookfield, CT 06804-2215
30588758      +  Leah Schlarmann, 2463 S Cholla Pl, Chandler, AZ 85286-7481
30588759      +  Leah Shapiro, 17 Debow Drive, Millstone Twp, NJ 08535-3823
30588760         Leah Slagle, 13229 Rolling Hills Ln, Dallas, TX 75240-5537

District/off: 0752-1                                      User: admin                                           Page 288 of 507
Date Rcvd: Jan 04, 2024                                  Form ID: 309C                                         Total Noticed: 30719

30588761   + Leah Sparling, 4105 Nedra Drive, Bellbrook, OH 45305-1633
30588762     Leah Thompson, 605 S 56th Ave Apt 3, Wausau, WI 54401-3879
30588763     Leah Tuttle, 136 S Nebraska St, Horicon, WI 53032-1334
30588764   + Leah Wallace, 1118 W Church St, Apt 3, Champaign, IL 61821-2766
30588765   + Leah Walls, 903 Avenue C, Apt. 2308, Denton, TX 76201-6540
30588766   + Leandre Perrin, 1920 Peyton Avenue, Burbank, CA 91504-3570
30588767   + Leandrew, 2419 Jessie lee Ln, Las Vegas, NM 87701-5026
30588768     Leandro Slopianka, Fischerwert 3, Ehingen, Baden-Wurtemberg, 89584, GERMANY
30588769     Leann Geisler, 202 Spring Maiden Ct Unit 304, Glen Burnie, MD 21060-2411
30588770   + Leanna M Rodriguez, 432 10th St NE, WA, DC 20002-6120
30588771     Leanne Beltman, 18298 Upper Midhill Dr, West Linn, OR 97068-1350
30588772   + Leanne Holt, 508 Preble Ave, Madison, ME 04950-4026
30588773   + Leanne Schilling, 2857 E Copper St, Tucson, AZ 85716-2409
30588774   + Ledger Thigpin, 3232 Rustic Meadows Drive, Bedford, TX 76021-4069
30588775   + Ledy Provencio, 6210 Ashford Point Dr., San Antonio, TX 78240-5332
30588776     Lee Anne Sweet, 338 Skuna Rd, Pontotoc, MS 38863-9445
30588777   + Lee Benedetti, 702 6th Ave, C, Tacoma, WA 98405-4683
30588778     Lee Bratina, 13911 Naples Park Ln, Houston, TX 77070-3763
30588779   + Lee Faraca, 437 61st Street, Oakland, CA 94609-1304
30588780     Lee Gallagher, 150 Greenway Ter Apt 37E, Forest Hills, NY 11375-5296
30588781     Lee Gehring, Naaldweg 32, Heist-op-den-Berg 2223, BELGIUM
30588782   + Lee Gugler, 5632 Boot Way, Oceanside, CA 92057-4809
30588783     Lee Henriksen, 6798 5th St N, Oakdale, MN 55128-7703
30588784     Lee Herbstman, 107 Parchment Blvd, Williamsburg, VA 23185-6314
30588786     Lee Knepper, 5101 Oakbrook Ct, Saginaw, MI 48603-8705
30588787   + Lee Modlin, 600 Long Oak Dr., Gainesville, GA 30501-3143
30588788     Lee Rodman, 1235 Sweet Clover Dr, Goshen, IN 46526-6223
30588790   + Lee Tomanelli, 1730 Green Street, 1F, Philadelphia, PA 19130-3978
30588791   + Lee Vannoy, 685 Hogback Ridge Rd., Bethpage, TN 37022-8219
30588789     Lee tarbuck, Hill street, Apt. 53, Wolverhampton, England WV112BS, UNITED KINGDOM
30588792     Lee-young Hsieh, 3 Poipu Pl, Honolulu, HI 96825-2122
30588793     Leed's, 3095 Solutions Center, Chicago, IL 60677-3000
30588794     Leesha Schultz, 19414 JOANLEIGH DR, SPRING, TX 77388-5954
30588795   + Leeshia Crayton, 3259 N Fulton Ave, Hapeville, GA 30354-1441
30588797     Legend Montgomery, 2628 SCOTTWOOD AVE, TOLEDO, OH 43610-1323
30588798     Lei Fagan, 738A Greene Ave, Brooklyn, NY 11221-3380
30588799   + Leia Amerson, 1430 2nd ave, Apt. 1802, Seattle, WA 98101-3370
30588800   + Leia Mae Casal, 9222 Cascade Pl NW, Silverdale, WA 98383-9251
30588801     Leidis Prejean, 108 Gourmet Rd, Carencro, LA 70520-6103
30588802   + Leif Bundy, 1133 Landeco Lane, Apt 308, Grand Forks, ND 58201-7290
30588803   + Leigh Cummings, 505 Debora St, Troy, TX 76579-2612
30588804     Leigh Dittman, 1013 Center Lake Burrell Dr, Lutz, FL 33549-3521
30588805     Leigh Douglas, 6 Churchbury Close, Enfield, ENGLAND EN1 3UW, UNITED KINGDOM
30588806     Leigh Kimble, 12190 Mississippi 28, Hazlehurst, MS 39083
30588807   + Leigh Pothaczky, 4 Cherry Blossom circle, North chili, NY 14514-9739
30588808     Leigh Vinyard, 10545 W Bradley Rd, Milwaukee, WI 53224-2673
30588809     Leigh Wardlaw, 11416 Glenn Abbey Way, Charlotte, NC 28277-2664
30588810   + Leigh-Anne Peper, 6409 40th Avenue, Kenosha, WI 53142-7053
30588812     LeighAnna Zielske, 899 Linwood Ave, Saint Paul, MN 55105-3203
30588811   + Leigha Battles-Sandage, 2001 Range Avenue, Apt 206, Santa Rosa, CA 95401-7033
30588813   + Leighton Night, 722 Echo Park Ave, Apt. B, Los Angeles, CA 90026-4208
30588814   + Leila n Seely, 275 E 650 S, 8, Kanab, UT 84741-3639
30588815     Leilah Carrillo, 2315 Cades Cove Dr, Spring, TX 77373-6275
30588816     Leilani Angeles, 12038 238th St, Cambria Heights, NY 11411-2333
30588817     Leith Mulligan, 3-5 Shackel Avenue, Apt. 8, Brookvale, NSW 2100, AUSTRALIA
30588818   + Lela Takekoshi, 173 Estes Rd, Rochester, NH 03867-4248
30588819     Lelan Solene, 18 chemin du pre aux graines, Nort-sur-Erdre, PAYRS DE LA LOIRE 44390, FRANCE
30588820     Lemonnier Morgan, 26 Rue Pasteur, Tours, PAYS DE LA LOIRE 37000, FRANCE
30588821   + Len Paul, 3350 Sports Arena Blvd, San Diego, CA 92110-4531
30588822     Len Stevens, Hoofdstraat 55, Gaanderen 7011 AC, NETHERLANDS
30588823     Lena Barrell, 10 KIT CARSON WAY, VALLEJO, CA 94589-1943
30588824     Lena Gilliam, 6486 N Newcastle Ave, Chicago, IL 60631-2055
30588825   + Lena H, 2020 Lake Heights Drive, M204, Everett, WA 98208-6071

District/off: 0752-1                                    User: admin                                    Page 289 of 507

Date Rcvd: Jan 04, 2024                              Form ID: 309C                              Total Noticed: 30719

30588826 + Lena Jones, 3233 Cavalry Ridge Ct, Fredericksburg, VA 22408-0255
30588827   Lena Thornton, 1485 Preston Ridge St NW Apt B7, Grand Rapids, MI 49504-2786
30588828   Lena Tobias, 4 Bates Ct, Jacana, VIC 3047, AUSTRALIA
30588829 + Lenisha Sisnett, 620 Beach 65th St, Arverne, NY 11692-1300
30588830 + Lenna Adler, 1027 E Olympus Ridge Cove, Apt G-106, Salt Lake City, UT 84117-5694
30588831   Lenne N yh, Haarniskatie 1 E 120, Helsinki, Helsinki, 910, FINLAND
30588832 + Lennon Kalt, 1436 Meadow Moor Drive, Beavercreek, OH 45434-6950
30588833   Lennon Reay, 111 Hodil Ter, Pittsburgh, PA 15238-1109
30588834   Lenny Naar, 5019 Crystal Beach Dr, Wimauma, FL 33598-4046
30588835   Lenora Adams, 88 Tammar Circuit, Brabham, WA 6055, AUSTRALIA
30588836 + Lenore Burgess, 634 Spencer St NE, Grand Rapids, MI 49505-5208
30588837   Lenore Day, 1849 S Arant St, Pageland, SC 29728-7435
30588838   Lenore Hazelton, 1572 Hunters Lake Dr E, Cuyahoga Falls, OH 44221-5316
30588839 + Lent, Veronica, 2106 N Winchester Ave, 3, Chicago, IL 60614-7296
30588840 + Leo Babers, 4803 NW Anderson Hill Rd, Silverdale, WA 98383-9209
30588841 + Leo Cuzmar, 10021 Beacon Pond Ln, Burke, VA 22015-3747
30588842 + Leo Dunham, 1035 Flagler Avenue, Edgewater, FL 32132-2125
30588843   Leo Flores, 115 Newington Way, Aberdeen, NC 28315-2229
30588844   Leo Gunnar Stern, K mn rsv gen 80, Apt. 1401, Lund, Skane, 226 45, SWEDEN
30588845   Leo Herrera, 90 Birchwood Dr, South Huntington, NY 11746-3922
30588846   Leo L, 14936 W Calavar Rd, Surprise, AZ 85379-6017
30588847   Leo Ligeour, 32 Clanbrassil Drive, Portadown, Craigavon, Northern Ireland, BT635EH, UNITED KINGDOM
30588848   Leo Moak, 918 Gatewood Dr, Enfield, CT 06082-6311
30588849   Leo Oosterhoff, Mercuriuslaan 12, Hardenberg 7771 EH, NETHERLANDS
30588850 + Leo Petrone, 1007 Virginia Avenue, Parkersburg, WV 26101-5264
30588851 + Leo Wade, 1253 West 5th Street, 88-B, Chico, CA 95928-6987
30588852 + Leo Wexler, 901 Woodycrest Avenue, D2, The Bronx, NY 10452-5550
30588853   Leo Wheeler, 605 Hillview Dr, Marion, IA 52302-5847
30588854   Leobardo Gomez, 2805 W Larchmont Ln Apt A21, Peoria, IL 61615-4100
30588855   Leon Baeck, Ginsterweg 11, KAIN, Nordrhein-Westfalen 50858, GERMANY
30588856   Leon Di Benedetto, Else-Z blin-Strasse 115, ZURICH, WINTERTHUR 8404, SWITZERLAND
30588857   Leon Ehser, Boppstra e 13 B, Mainz, Rheinland-Pfalz 55118, GERMANY
30588858   Leon Haddal, olderveien 2A, Mo i Rana, NORDLAND 8622, NORWAY
30588859 + Leon Lombardi, 24 James St, Torrington, CT 06790-4905
30588860   Leon Terry, 11 Springfield Close, Andover, ENGLAND SP102QR, UNITED KINGDOM
30588861   Leona Mitchell, 54 Greenburn Way, Lisburn, NORTHERN IRELAND BT27 4LT, UNITED KINGDOM
30588862 + Leonard C Ice IV, P.O. Box 266, Running Springs, CA 92382-0266
30588863 + Leonard Garcia, 967 riverwalk dr, San Bernardino, CA 92408-1803
30588864 + Leonard Martinez, 10606 Balcom Ave., Granada Hills, CA 91344-5907
30588865   Leonard Terry, 1171, 5c, Rahway, NJ 07065
30588866   Leonard Torres, 11841 Van Allen Rd, Felton, CA 95018-8991
30588867 + Leonardo Aranda, 3031 Boardwalk St, Pleasanton, CA 94588-2903
30588868 + Leonardo Ayala Cordero, 3222 E. Granada Rd., Phoenix, AZ 85008-3830
30588869 + Leonardo Barolo, 125 n Ingersoll st, Madison, WI 53703-2431
30588870   Leonardo Caballero, 3124 S 55th Ave, Cicero, IL 60804-3909
30588871 + Leonardo Enriquez, 3153 Lockwood St, Detroit, MI 48210-3275
30588872   Leonardo King, 6212 Wing Rail Rd Apt 613, Fort Worth, TX 76131-1373
30588873   Leonardo Lara, 566 Naples St Apt 273, Chula Vista, CA 91911-1856
30588874   Leonardo Lindgrin, 301 Patterson Boulevard Southwest, Calgary, Alberta T3H 3K1, CANADA
30588875   Leonardo Madrigal, 539 4th Ave, Chula Vista, CA 91910-5503
30588876   Leonce Bowie, 44229 N Paulina, Apt 1S, Chicago, IL 60613
30588877   Leonor Torres, 562 VENTURA DR, FOREST PARK, GA 30297-3444
30588881   Leslee Bighorn, PO Box 1483, Poplar, MT 59255-1483
30588882 + Lesley Daley, 7419 Southeast 28th Avenue, Portland, OR 97202-8810
30588883   Lesley Mansell, 10 Wexford Place Killarney Heights, Sydney, New South Wales, 2087, AUSTRALIA
30588884 + Lesley Ruzon, 916 Vaquero Drive, MOUNTAIN VIEW, CA 94043-3140
30588885   Lesley Smith, 11648 S Kirkwood Rd, Meadows Place, TX 77477-1357
30588886   Lesley-Anne Leitch, 5 Westhouses Drive, Mayfield, Dalkeith, Scotland EH22 5QT, UNITED KINGDOM
30588887 + Leslie Arendt, 2740 Stanley St. Ste. B, Stevens Point, WI 54481-2019
30588888   Leslie Avis, 12561 Zufall Ln, De Soto, MO 63020-3309
30588889 + Leslie Briggs, 748 Pine Drift Dr, Odenton, MD 21113-2568
30588890 + Leslie Calderon, 620 GRANDVIEW AVE, APT 2R, Ridgewood, NY 11385-2400
30588891   Leslie Calvillo, 12543 Conrad St Apt 117, Madera, CA 93637-6185

District/off: 0752-1                                    User: admin                                    Page 290 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                              Total Noticed: 30719

30588892   Leslie Canterbury, 220 Marshall Rd Apt B23, Monaca, PA 15061-3209
30588893   Leslie Dommer, 9223 S 55th Ave, Oak Lawn, IL 60453-1611
30588894   Leslie Dupuis, 3 BOXELDER CT, GREENSBORO, NC 27405-8239
30588895   + Leslie Evans, 266 Baldwin Dr, Berea, OH 44017-2604
30588896   + Leslie Folsom, 1605 S. Elbert Ct, Superior, CO 80027-8007
30588897   Leslie Harrier, 158 Fairview Ave S, Saint Paul, MN 55105-1507
30588898   + Leslie Hinson, 1083 Gennett Cir Apt 301, Apt. 301, Fort Mill, SC 29715-6244
30588899   Leslie Jason, 6156 Fairway Dr, Cincinnati, OH 45212-1308
30588900   Leslie Katz, 4001 N OCEAN BLVD APT B1506, BOCA RATON, FL 33431-5352
30588901   Leslie Kesner, 3911 Doc Berlin Dr Unit 34, Silver Spring, MD 20906-1196
30588902   Leslie Knope, 6673 Bradford Ct, Chino, CA 91710-4282
30588903   Leslie Kriz, 20 Quick Farm Rd, Westborough, MA 01581-3663
30588904   Leslie Leung, 803 Blackberry Ln, Durham, NC 27712-3325
30588905   + Leslie Lyles, 403 Cantebury Dr, Lemoore, CA 93245-4339
30588906   Leslie Martinez, 5045 Crenshaw Rd Apt 332, Pasadena, TX 77505-3053
30588907   Leslie McGlamery, 17513 Country Club Dr, Kemp, TX 75143-4332
30588908   Leslie Renter, Humboldtstr. 73, Hamburg, HAMBURG 22083, GERMANY
30588909   Leslie Stowe, PO Box 210, Graham, TX 76450-0210
30588910   Leslie Wong, Flat D, 26/F, Tower 1, Sham Wan Towers,, HK, HK 999077, HONG KONG
30588911   Leslie Woods, 20146 NE Couch St, Portland, OR 97230-8057
30588912   + Lessie Jenkins, 1001 Harrison ave, Canon city, CO 81212-3445
30588913   Lessle Rodriguez, 271 OLD BRIDGE DR, BLUFFTON, SC 29910-5846
30588914   + Lester Jowers, 1750 taylor rd, Augusta, GA 30906-9627
30588915   Lev Deane, 4500 Burbank Dr Apt 5303, Baton Rouge, LA 70820-3241
30588916   + Levi Boykin, 5055 w hacienda ave, Building 26 apt 1108, Las Vegas, NV 89118-0332
30588917   Levi Browning, 1102 N Primrose Ct, Duncan, OK 73533-1520
30588918   + Levi Constancio, 269 N OXFORD DR, SAN ANGELO, TX 76901-4814
30588919   + Levi Elliott, 18206 N 86th LN, Peoria, AZ 85382-8059
30588920   + Levi Enzie, 45 School Street, Mansfield, MA 02048-2419
30588921   Levi Hall, 8007 Yorktown Rd, Fort Smith, AR 72903-5139
30588922   + Levi Hope, 257 N. Division Ave, Holland, MI 49424-6459
30588924   Levi Laurence, Nerina Lodge, Marais Lane, Vale, Guernsey, CHANNEL ISLANDS GY3 5DF, GUERNSEY
30588925   Levi Levi, 516 W Ildereen St, Springfield, MO 65807-1454
30588926   + Levi May, 17802 Country Grove, Magnolia, TX 77355-2929
30588927   + Levi Michaels, 21316 Tupelo Lane, Lake Forest, CA 92630-6431
30588928   + Levi Myers, 4106 NW 49th St, Lincoln, NE 68524-1103
30588929   + Levi Smith, 1117 Main St, Holyoke, MA 01040-5346
30588930   Levi Stolte, 115 Blake Street, Toronto, ON M4J 3E2, CANADA
30588931   + Levi Turner, 24023 NE 144th St., Excelsior Springs, MO 64024-9723
30588932   + Levin Taylor, 420 Dodge Ave, Williamstown, WV 26187-1527
30588933   Levina Dinh, 12 Gillespie Road, St Albans, VICTORIA 3021, AUSTRALIA
30588934   Lewis, 9 sandhurst drive, Whitehaven, ENGLAND CA286XX, UNITED KINGDOM
30588935   Lewis Barsky, 9 DRAKESDALE RD, FLANDERS, NJ 07836-9716
30588936   Lewis Hampton, 12 Gowans Terrace, Perth, Scotland PH1 5AX, UNITED KINGDOM
30588937   Lewis Moyle, 2 Jubilee Close, Marazion, Cornwall, England, TR17 0AJ, UNITED KINGDOM, England 00000-0000
30588938   Lewis Smith, 12 Broadlands, Frimley, England GU168YX, UNITED KINGDOM
30588939   Lewis Spencer, 3992 Ebert Rd, Winston Salem, NC 27127-6678
30588940   Lewis Wood, New Road, Clara, Offaly R35 NP73, IRELAND
30588941   Lewis Wright, 444 ALASKA AVE, BGD705, TORRANCE, CA 90503-3902
30588942   Lex Asuncion, 5400 Morella Ave Apt 4, Valley Village, CA 91607-2272
30588943   Lex Becker, 4117 SE 52nd Ave, Portland, OR 97206-3915
30588944   + Lex Dahlman, 907 Dale St Sw, Apt. 235, Hutchinson, MN 55350-3064
30588945   + Lex Dahlman, 310 Major Ave, Glencoe, MN 55336-7320
30588946   Lex Holt, Steyne Mansions, Steine Road, Flat 3, Brighton, ENGLAND BN2 1TE, UNITED KINGDOM
30588947   Lex Lex, 430 Vine Ave, Sunnyvale, CA 94086-6353
30588948   Lexi Bryant From Babe, 5517 39th Ave SE, Lacey, WA 98503-8001
30588949   + Lexi Emma Elliott, 18206 North 86th Lane, Peoria, AZ 85382-8059
30588950   + Lexi King, 1215 45TH ST, ATTN LEXI KING S188 SOHO, EMERYVILLE, CA 94608-2910
30588951   + Lexi LaPearl, 9595 E Thunderbird Rd, Apt 2078, Scottsdale, AZ 85260-3751
30588953   + Lexi Mainville, 4003 South Rhett Avenue, B4, North Charleston, SC 29405-7175
30588954   + Lexi Marez, 3604 North Roosevelt Street, Kingman, AZ 86409-3244
30588955   Lexi Medrano, 405 S 34th Ave, Yakima, WA 98902-3640
30588956   + Lexi Megale, 2925 Tern Drive, Galveston, TX 77551-5859

District/off: 0752-1                          User: admin                                Page 291 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                           Total Noticed: 30719

30588957   + Lexi Phillips, 650 S MILL St, APT. 220, LEXINGTON, KY 40508-2987
30588958     Lexi Shoebridge, 152 Forth Street, North Dunedin, Dunedin, OTAGO 9016, NEW ZEALAND
30588960   + Lexi York, 802 North Fair Oaks Avenue, Madison, WI 53714-1107
30588959     Lexi van den Brink, Kamille 87, Zwaag, NORTH HOLLAND 1689TW, NETHERLANDS
30588963   + Lexie Norris, 304 Lorin Pl SW, Massillon, OH 44647-6455
30588964     Lexie Riefel, 8507 S Breaburn Dr, Oak Creek, WI 53154-2643
30588965     Lexie Yang, FLAT 4 POND COURT, London, ENGLAND NW3 2PN, UNITED KINGDOM
30588961   + Lexie corrigan, 438 north street, 15b, Chardon, OH 44024-7800
30588967   + Leyla Billman, 225 benton way, gahanna, OH 43230-1696
30588968     Leyla Kadi, 4 Rusham Pl, Morley, Western Australia, 6062, AUSTRALIA
30588969   + Leyton williams, 6465 holly ln, Fairfield Township, OH 45011-2781
30588971     Li Lin, 260 Sec. 2, Taiwan Blvd., 18F, Taichung City, TAICHUNG CITY 403, TAIWAN
30588972   + Li-Wei Chu, 722 Leyland Dr, Diamond Bar, CA 91765-4622
30588973   + Lia Taylor, 2730 4th Ave, Council Bluffs, IA 51501-3540
30588974     Liam, 9 Edgbaston Way, Prenton, ENGLAND CH43 7ZA, UNITED KINGDOM
30588975     Liam Bisset, 1405 DORCHESTER ST, PORT CHARLOTTE, FL 33952-2412
30588976     Liam Blake, 5 Windermere Road, Wakefield, ENGLAND WF2 9HS, UNITED KINGDOM
30588978   + Liam Butler, 1985 Aquamarine Drive, Virginia Beach, VA 23456-1363
30588980   + Liam Conway, 24 East st, 1075, MA 01075-2116
30588981     Liam Cornwall, 221a Gould Rd, Eagle Vale, New South Wales, 2558, AUSTRALIA
30588982   + Liam D Godkin, 1308 Cahaba Dr, Wylie, TX 75098-8408
30588983   + Liam Daley, 836 Ohio Street, Vallejo, CA 94590-5226
30588984   + Liam DeCoste, 1344 Eddy Street, San Francisco, CA 94115-4212
30588985   + Liam Duane Sandrock, 3014 Marigold LN, Medford, OR 97504-9411
30588987   + Liam Flannery, 111 Debbie Dr, Statesboro, GA 30458-4511
30588988   + Liam Gleason, 321 NE 159TH ST, Shoreline, WA 98155-5725
30588989   + Liam Hansen, 901 Oak Hill Drive, Harrisonburg, VA 22801-3319
30588990     Liam Henrickson, 5 Windermere Crescent, St. Albert, ALBERTA T8N 3P1, CANADA
30588992   + Liam Howard, 1475 La Perla Avenue, Long Beach, CA 90815-4132
30588993     Liam Huxley, 14 Farr Street, Stockport, ENGLAND SK39LD, UNITED KINGDOM
30588994     Liam Jaffe, 1280 NE Cove Way, Pullman, WA 99163-4607
30588995   + Liam Kennedy, 2259 Summit Ave, Saint Paul, MN 55105-1002
30588997     Liam Kinney, 5300 E Main St Apt 181, Hillsboro, OR 97123-6404
30588998   + Liam Kirkpatrick Whaley, 241 State Route 9, Sedro-Woolley, WA 98284-9608
30588999     Liam McInerney, 139a Smith Street, Unit 3, Summer Hill, NEW SOUTH WALES 2130, AUSTRALIA
30589000   + Liam McNulty, 62 Nagle St, Nashua, NH 03060-4450
30589001     Liam Myers, 4145 Harris St, Toledo, OH 43613-4014
30589002     Liam N Jakowiw, 2 Dennis Dr, Clifton Park, NY 12065-6031
30589003   + Liam Nelson, 1362 E Baer Canyon Rd, Fruit Heights, UT 84037-2377
30589004     Liam Njootli, P.O. Box 1624, Chase, British Columbia V0E1M0, CANADA
30589005     Liam O Ferrell, 4532 Bowfin Dr, Tallahassee, FL 32303-6903
30589006     Liam OBrien, 53 Eastcourt Lane, Twydall, Gillingham, Kent, ENGLAND ME86EX, UNITED KINGDOM
30589007     Liam Oddekalv, Skogsfjellvegen 38, Fjell, Vestland, 5357, NORWAY
30589008   + Liam P Madell, 4251 Crooked Tree Rd SW, Apt 12, WY, MI 49519-5261
30589009     Liam Palmer, 808 5th St NE Apt 2, WA, DC 20002-4351
30589010     Liam Ray-O'keeffe, 15 Nankeri Ct, Ingle Farm, South Australia, 5098, AUSTRALIA
30589011     Liam Reilly, 23 Glenapp Road, Paisley, SCOTLAND PA2 7PP, UNITED KINGDOM
30589012     Liam Roberts, 21 Warwick Place, Tywyn, WALES LL360DH, UNITED KINGDOM
30589013     Liam Sawyer McCarty, 530 Warm Springs Cir, Roswell, GA 30075-4972
30589014     Liam Solomon, 29 Park Avenue, Nottingham, ENGLAND NG1 9BP, UNITED KINGDOM
30589016     Liam Sullivan, 3013 N Murray Ave, Milwaukee, WI 53211-3205
30589017     Liam Tsui, 7 Whitecliffe Drive, Melbourne, Victoria, 3178, AUSTRALIA
30589018     Liam Veal, 3412 Lindsey St, Fort Collins, CO 80526-6108
30589019   + Liam Waggoner, 7546 Moede Ct., Larsen, WI 54947-9638
30589020   + Liam Watson, 7032 Dry Creek Dr, Plano, TX 75025-3096
30589022     Liam White, 25 willowtree drive, Melbourne, Victoria, 3810, AUSTRALIA
30589021   + Liam White, 7666 Colorado Avenue, B, Fairchild Air Force Base, WA 99011-3002
30589023     Liam Zimmel, 15 Thornton avenue, Ottawa, ON K1S 2R8, CANADA
30588977     Liam butler, 3 CLOS GELLI DAWEL, MERTHYR TYDFIL, Wales, CF47 0JJ, UNITED KINGDOM
30588979   + Liam chandra, 97 Gresham lane, Atherton, CA 94027-3918
30589015     Liam standen, 12 Maltings, carpenters lane, Hadlow, England TN110DQ, UNITED KINGDOM
30589024   + Liana, 233 Grant Ave, Newton, MA 02459-2013
30589025     Liana Schomaker, 25545 W 95th Ln Unit 1308, Lenexa, KS 66227-7306

District/off: 0752-1                                    User: admin                                           Page 292 of 507
Date Rcvd: Jan 04, 2024                               Form ID: 309C                                      Total Noticed: 30719

30589026            Liana Wyatt, 3100 LONG MEADOW CT APT 107, RALEIGH, NC 27613-3215
30589028            Lianna Melzer, 99 Lee Ave, Babylon, NY 11702-3604
30589029         +  Lianne Canares, 2665 West Yale Avenue, Anaheim, CA 92801-4953
30589030         +  Lianne Gabriel, 46 Camelback Ave. South, Carson, CA 90745-5614
30589031         +  Libby Crawford, 804 Morris St, Hampton, VA 23663-2015
30589032            Liberty Hunter, 9 defoe avenue, London, ENGLAND TW94DL, UNITED KINGDOM
30589033         +  Liberty Playing Cards, PO Box 200102, Arlington, TX 76006-0102
30589034            Libor Neumann, Na Krutci 369, Praha 6, PRAGUE 160 00, CZECH REPUBLIC
30589036         +  Liebreich-Johnsen, 1102 Santa Ynez Ave, Los Osos, CA 93402-2730
30589037         +  Lieffers, Kathleen, 7243 ROOSEVELT ROAD, APT B, FOREST PARK, IL 60130-2924
30589038            Liem Nguyen, 402 Oak Bridge Ct, Arnold, MO 63010-3680
30589039         +  Lift Run Bang, 7601 Hadley, Overland Park, KS 66204-2633
30589040         +  Lil Lotus, 4201 Wilshire Blvd, Suite 230, Los Angeles, CA 90010-3692
30589043         +  Lil TJay, 15821 Ventura Blvd Ste 370, Encino, CA 91436-2909
30589044            Lila Hughes, 469 Main South Road, Christchurch, CANTERBURY 8022, NEW ZEALAND
30589045            Lila Kelley, 18 Century Rd, Weymouth, MA 02190-3310
30589046            Lilabeth Swalley, 135 W Lorain St, Lswalley, Oberlin, OH 44074-1053
30589047            Lilah Hall, 16720 Sarahs Pl Apt 207, Clermont, FL 34714-7062
30589048         +  Lilah T, 1316 Violet Ave, Bossier City, LA 71112-4636
30589049            Lilah Thibodeaux, 1316 Violet Ave, Bossier City, LA 71112-4636
30589050            Lili Hristovski, 11 Jervois Avenue, West Hindmarsh, Adelaide, South Australia 5007, AUSTRALIA
30589051         +  Lilia Estes, 3405 Ashwood Ln, Sachse, TX 75048-4488
30589052            Lilian Meyers, 1725 E Grand River Ave, Apt 6, East Lansing, MI 48823
30589053         +  Liliana Gonzales, P.O. Box 532, Pateros, WA 98846-0532
30589054         +  Liliana Jones, 115 Bloomington Ave, Apt A109, Bremerton, WA 98312-4062
30589055            Liliana Kemna, 5421 Baca Cir, Boulder, CO 80301-3521
30589056            Liliana Martinez, 2167 ASTORIA CIR APT 403, HERNDON, VA 20170-4076
30589057         +  Lilit Zakaryan, 5209 W Sunset Blvd, Los Angeles, CA 90027-5709
30589058            Lilith Ellis, 512 Moody Ct Apt 302, Augusta, GA 30907-7339
30589059            Lilith LarsenRenaud, 875 E Christy Ln, Powell, WY 82435-9038
30589060            Lilli Kern, Klopstockstra e 2, C/O Link, Berlin 10557, GERMANY
30589061            Lilli Serave, Ainonkatu 2 D 66, Tampere 33100, FINLAND
30589062         +  Lillian Azqueta, 101 Wells Rd, Palm Beach, FL 33480-3622
30589063         +  Lillian Belcher, 35148 Elmira Street, Livonia, MI 48150-5620
30589064         +  Lillian Burch-Moore, PO Box 3333, Clackamas, OR 97015-3333
30589065         +  Lillian Gustafson, 20333 14th Avenue Northeast, C, Shoreline, WA 98155-1141
30589066            Lillian Haddad, 1862 E 2nd St, Brooklyn, NY 11223-2823
30589067         +  Lillian James, 2929 N 70th St, Apt. 2086, Scottsdale, AZ 85251-6371
30589068         +  Lillian Jennings, 8212 E 32nd Avenue, Unit B, Anchorage, AK 99504-4113
30589069         +  Lillian Lopez, 9378 Stoneybrock Pl, Rancho Cucamonga, CA 91730-7963
30589070         +  Lillian Mikula, 185 Aurora Street, Lancaster, NY 14086-2713
30589072            Lillian Post, 8604 9th Street, Attn. PO Box 2188, Terrebonne, OR 97760
30589073         +  Lillian Vaughn, 312 Sagely Anderson RD, Manchester, TN 37355-6756
30589071         +  Lillian paulson, 446 meadowlake drive, Taylorsville, KY 40071-9788
30589074            Lillie Barnes, 3548 Detroiter Dr, Melbourne, FL 32904-8805
30589075            Lillie Clapp, 312 Moore Ave, Bellevue, OH 44811-1145
30589076         +  Lillie Connors, 198 First Ave, Apt 1, NY, NY 10009-3701
30589077         +  Lillie Haddican, 1907 S Jackson Ave, Apt 34-L, Tulsa, OK 74107-1872
30589078         +  Lillie Klingner, 34500 SE Lusted Rd, Gresham, OR 97080-8949
30589079         +  Lillie Meyer, 7954 SE Raymond Ct, Portland, OR 97206-4268
30589080         +  Lillie Nattier, 5402 Westerham st, Fulshear, TX 77441-4037
30589081         +  Lillie Nestor, 5030 Millsaps Dr, Greenback, TN 37742-3716
30589082         +  Lillie Sample, 4737 E Mabel st, Tucson, AZ 85712-4719
30589083            Lillie Spackman, 293 Auburn Ave, Rochester, NY 14606-4135
30589084            Lillie Thomasset, 2070 Poplar Ave, Boulder, CO 80304-1351
30589085            Lillie Wile, 724 Falmouth Back Rd, Falmouth, NOVA SCOTIA B0P 1P0, CANADA
30589086         +  Lilly Bibler, 1506 W State St, Geneva, IL 60134-1955
30589087         +  Lilly Brumfield, 8884 rusdon ln, Saint louis, MO 63126-2345
30589088         +  Lilly Butts, 1000 Longstaff St, A, Missoula, MT 59801-3619
30589089         +  Lilly Cassely, 53 Main St, Atkinson, NH 03811-2517
30589091            Lilly Luu, 8689 Yalta St NE, Circle Pines, MN 55014-4073
30589092         +  Lilly McKinnon, 802 Wheaton Ave, Kalamazoo, MI 49008-1373
30589094            Lilly Worsfold, 37 Grand Ridge East Road, Mirboo North, Victoria 3871, AUSTRALIA

District/off: 0752-1                          User: admin                                    Page 293 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                  Total Noticed: 30719

30589095          Lilly Young, 119 Park Ave Apt A, Grass Valley, CA 95945-7257
30589096          Lilly Zhang, 87 Lord Street, Newtown, NEW SOUTH WALES 2042, AUSTRALIA
30589093          Lilly spencer, 4043 SPINEL ST, LAFAYETTE, IN 47909-8082
30589097        + Lillyan Andrews, 221 North Center Street, D, Lowell, MI 49331-1274
30589099          Lily Arms, 790 Hill Rd, Brentwood, TN 37027-4316
30589102        + Lily Budginas, 1008 Washington Oaks Dr, Las Vegas, NV 89128-2132
30589103          Lily Burrows, 2540 Pierce St NE, Minneapolis, MN 55418-3840
30589104          Lily Carver, 114 HARTFORD RD, MARSHFIELD, MA 02050-6711
30589105        # Lily Cleveland, 105 MIDDLEBROOKE CT, CANTON, GA 30115-4553
30589106        + Lily Cosby, 10204, Warren Road, Glen Allen, VA 23060-3035
30589107          Lily Duggan, 59 Newbrook Avenue, Donaghmede, DUBLIN 13 D13FC80, IRELAND
30589108          Lily Eberhart, 21227 US Highway 19 N Apt 117D, Clearwater, FL 33765-2805
30589109          Lily Faucher, 15 Pendleton Rd, Chelmsford, MA 01824-3542
30589110        + Lily Gannon, 323 Bream Cove Road, Columbiana, AL 35051-3323
30589111        + Lily Gies, 5995 West Hampden Ave, E16, Denver, CO 80227-5479
30589112          Lily Gross, 1072 N Fork Rd, Chehalis, WA 98532-9406
30589113          Lily Healy, Robin Hill, Farmers Cross, Airport Road, Cork, Cork T12 WPA6, IRELAND
30589114          Lily Hebert, 3557 Saint Nick St, Lake Charles, LA 70607-7596
30589115          Lily Jarzabkowski, 2054 Sherwood Pl, Wheaton, IL 60189-8138
30589116          Lily Kaiser, 66 Ridgecrest Rd, Rochester, NY 14626-2307
30589117          Lily Kelly-Haley, 84 ELM ST, CORTLAND, NY 13045-2226
30589118          Lily Klasen, 406 Hickman Dr, Sauk Centre, MN 56378-1804
30589119          Lily Leitzman, 3125 Braysville Rd, Spencer, IN 47460-5825
30589120          Lily Long, 5004 GETTYSBURG DR, KOKOMO, IN 46902-4972
30589121          Lily Mania, 1512 BONITO LN, CAROLINA BCH, NC 28428-5765
30589122          Lily Mason, 543 S 900 E Apt B8, Salt Lake City, UT 84102-2966
30589123          Lily Myrick, 846 GREENE AVE, GROUND, BROOKLYN, NY 11221-5948
30589124        + Lily Nguyen, 8 Porter St, #3, Cambridge, MA 02141-1013
30589125        + Lily Piyathaisere, 1 Wodell street, Beacon, NY 12508-3428
30589126        + Lily Randall, 212 e broadway, g902, new york, NY 10002-5560
30589127          Lily Roth, 199 SIESTA DR, C, TIFFIN, OH 44883-3489
30589128        + Lily Schwartz, 69 Bradfield Ave, Unit 1, Roslindale, MA 02131-1933
30589129        + Lily Shaw, 9131 E Windwood St, Apt, suite, floor, etc., Wichita, KS 67226-1512
30589130          Lily Siebrecht, 6735 N Spurwing Loop APT 304, Coeur d'Alene, ID 83815-7928
30589131          Lily Surridge, Phoenix House 1-7 Union St, Flat 5, Sunderland, ENGLAND SR1 3BT, UNITED KINGDOM
30589135        + Lily Voetberg, 315 Old Pine Rd, Allegan, MI 49010-9159
30589136          Lily Withers, 68 kellett street, Melbourne, VICTORIA 3070, AUSTRALIA
30589138          Lily Zuss, 61 Reid Ave, Rockaway Point, NY 11697-1202
30589100          Lily baker, 109 TAYLOR RD, ELGIN, TX 78621-1637
30589139        + Lilyan Davis, 40 Candice st, Clinton, MA 01510-3906
30589140        + Lilyan Salazar, 3999 Noriega St, Apt 4, San Francisco, CA 94122-3961
30589141        + Lilyann Nickel, 51400 Highway 112, Port Angeles, WA 98363-8764
30589142          Lim Zhi Qi, 19, Jalan USJ 19/5b, Subang Jaya, Selangor 47630, MALAYSIA
30589143        + LimeLight Ent, PO Box 78656, Corona, CA 92877-0155
30589144        + Lina Rosario, 4600 Oakcreek St, Apt 204, Orlando, FL 32835-2877
30589145          Linaea Walsh, 339 S Craig Pl, Lombard, IL 60148-2709
30589146        + Linayha Espindola, 5188 Salton ct, Rancho Cucamonga, CA 91739-8951
30589147        + Lincoln Line, 264 Herricks Road, Mineola, NY 11501-2210
30589148          Lincoln Lounsbury, 411 Drake St, Libertyville, IL 60048-2544
30589149        + Lincoln Mullins, 1909 Wallace St, Fort Worth, TX 76105-2507
30589150        + Lincoln Williams, 5305 La Viva Lane, Arlington, TX 76017-1741
30589151          Linda Anderson, 3009 Legging Ln, Raleigh, NC 27615-3933
30589152          Linda Anselmo, 2204 Forsythia Way, Martinez, CA 94553-4241
30589153          Linda Artusa, 19 LEACH ST, LYNBROOK, NY 11563-2416
30589154          Linda Brantley, 937 Sandy Cross Rd, Nashville, NC 27856-8568
30589155          Linda Byrne, 88 Bald Cypress Ln, Levittown, PA 19054-2804
30589156        + Linda C Cheranichit, 415-2 Woodrow Avenue, Largo, FL 33770-2427
30589157          Linda Campbell, 29 Hollywell Road, North Shields, ENGLAND NE29 7NJ, UNITED KINGDOM
30589158          Linda Carson, 19020 Gulf Blvd Unit 8, Indian Shores, FL 33785-2145
30589159        + Linda Giovannielli, 1036 S Mitchell Ave, Arlington Heights, IL 60005-3012
30589160        + Linda Givens, 10501 Lagrima De Oro Road Northeast, Albuquerque, NM 87111-3737
30589161          Linda H. Campbell, 1915 E Moyamensing Ave, Philadelphia, PA 19148-2526
30589162          Linda Hart, 1 Jonathan Way, Washington Crossing, PA 18977-1031

District/off: 0752-1                                    User: admin                                           Page 294 of 507
Date Rcvd: Jan 04, 2024                           Form ID: 309C                                     Total Noticed: 30719

30589163            Linda Hudgens, 2021 Magnolia Grove Way, Midlothian, VA 23113-4902
30589164            Linda McCullough, 1592 S Buckley Cir, Aurora, CO 80017-5653
30589165            Linda Miller, 1336 E 46th St, Brooklyn, NY 11234-2002
30589166            Linda Nadeau, 705 Meadowview Dr, East Windsor, CT 06088-9106
30589167          + Linda Opsahl c/o bama, 19949 Zane St NW, Elk River, MN 55330-2278
30589168            Linda Pinchin, 19 Kingsbridge Court, Winnipeg, MB R3P 2P9, CANADA
30589169            Linda Schlensig, PO Box 1401, Tularosa, NM 88352-1401
30589170            Linda Sisneros, 10512 Woodland Ave NE, Albuquerque, NM 87112-1676
30589171            Linda Stadtlander, 27445 Fairport Ave, Santa Clarita, CA 91351-2662
30589172            Linda Taylor, 17 Marlboro Dr, Port Jeff Sta, NY 11776-3314
30589173          + Linda Underwood, 19 Boyden Pkwy, Maplewood, NJ 07040-2410
30589174          + Linder Mosquera, 1560 Tina Lane, kissimmee, FL 34744-5024
30589175          + Lindsay Bellerose, 540 Somers rd., 540, 540, Apt. 540, East Longmeadow, MA 01028-2931
30589176            Lindsay Burrell, 42 Arrow Head Crescent, Waterside, Nova Scotia B0K 1H0, CANADA
30589177            Lindsay DeLong, 1406 Parkhurst Ave NW, Grand Rapids, MI 49504-2647
30589178            Lindsay Gerrish, 3 Winter Mdw Apt 4, Barre, VT 05641-3563
30589179          + Lindsay Gleason, 2001 Rosen Drive, 4-210, Fort Collins, CO 80528-2008
30589180            Lindsay Lewis, 2424 Karen Dr, Salem, VA 24153-6647
30589181            Lindsay Love, 1980 GILLESPIE WAY, EL CAJON, CA 92020-1096
30589182            Lindsay Mastervick, 10011 116 street NW, Unit #902, Edmonton, Alberta T5K 1V4, CANADA
30589183            Lindsay McElroy, 111 Sandy Ln, Norwich, CT 06360-3165
30589184          + Lindsay Murphy, 3520 Estates Dr, Dalworthington Gardens, TX 76016-2401
30589185          + Lindsay Musil, 307 E Illinois St, Urbana, IL 61801-3309
30589186          + Lindsay Musil, 307 East Illinois Street, Urbana, IL 61801-3309
30589187            Lindsay Nguyen, 7115 E Hyatt St, San Diego, CA 92111-6126
30589188          + Lindsay Nunes, 2903 N Main St, Apt. 2, Fall River, MA 02720-1525
30589189          + Lindsay Peterman, 22 Nonquit St, Boston, MA 02125-2312
30589190            Lindsay Pettit, 6216 N Fawnlake Dr, Katy, TX 77493-8037
30589191            Lindsay Pham, 1505 Stardust Ln, Amarillo, TX 79118-8220
30589192          + Lindsay Plake, 7538 Balcom Ave, Reseda, CA 91335-3315
30589193          + Lindsay Porter, 4912 Cinderwood Dr, Yukon, OK 73099-2118
30589194          + Lindsay Salazer, 41 Bridge Street, McAdoo, PA 18237-2423
30589195            Lindsay Severance, 204 Shetland Dr, Saint Johns, FL 32259-6612
30589196          + Lindsay Smith, 10913 Tailwater St, Davidson, NC 28036-9607
30589197          + Lindsey Bass, 524 10th Street, Unit B, Sacramento, CA 95814-0755
30589198            Lindsey Bates, 2123 Eastern Pkwy, Schenectady, NY 12309-6210
30589199            Lindsey Braun, 2229 Poch Ave, Plymouth, WI 53073-4290
30589201          + Lindsey Chambers, 3629 N 37th St, Apt. 2, Phoenix, AZ 85018-5828
30589202          + Lindsey Edens, 121 Arthur Dr., Piedmont, SC 29673-8226
30589203          + Lindsey Facchini, 805 Westbury Lane, Georgetown, TX 78633-1851
30589204            Lindsey Hamann, 2662 N 46TH ST, MILWAUKEE, WI 53210-2404
30589205          + Lindsey Jansen, 2218 W 32nd Ave, Denver, CO 80211-3318
30589206            Lindsey Jenkins, 1570 134TH AVE SE APT G108, BELLEVUE, WA 98005-8019
30589207            Lindsey Legate, 766 Country Club Dr, Moraga, CA 94556-1127
30589208          + Lindsey M Stutzman, 527 N Crescent St, Sugarcreek, OH 44681-9366
30589209            Lindsey McGuffey, 1822 RIEDMILLER AVE, FORT WAYNE, IN 46802-4357
30589210          + Lindsey N Gray, 627 Pine St, Denver, PA 17517-1332
30589211            Lindsey Neff, 9433 NW 122nd Ter, Yukon, OK 73099-8981
30589212            Lindsey Pirela, 3 Adams Rd, Milford, MA 01757-1713
30589213          + Lindsey Pucella, 1650 East 55th St PO Box 603610, Cleveland, OH 44103-0610
30589214            Lindsey Quinn, 144 WOODRIDGE DR, CARNEGIE, PA 15106-1312
30589215          + Lindsey Ramkellawan, 1834 w Iowa street, #2, Chicago, IL 60622-4930
30589216          + Lindsey Reid, 121 Mountain View Lane, Madison, AL 35758-8399
30589218          + Lindsey Schindler, 2828 Old Hickory blvd, APT 2824, Nashville, TN 37221-3751
30589219            Lindsey Shepherd, 1217 Camelot Dr, Clinton, OK 73601-5407
30589220          + Lindsey Stefko, 1 Hunting creek rd, St Peters, MO 63376-4211
30589221          + Lindsey Sullivan, 402 East Drumbed Road, Villas, NJ 08251-3311
30589222            Lindsey Terry, 233 Ringgold St, Peekskill, NY 10566-3308
30589223          + Lindsey Warner, 2260 N 225 E Unit 52, North Ogden, UT 84414-2329
30589217          + Lindsey rothering, 2175 Seville road, Kronenwetter, WI 54455-7227
30589224          + Lindsi Allman, 3533 Cypress Hawk Lane, Tallahassee, FL 32310-6356
30589225          + Lindsy Hentschel, 2651 Perkins Creek Drive, Apt #321, Paducah, KY 42001-7515
30589226            Ling-Ling Horta, 1994 GALBRETH RD, PINOLE, CA 94564-1810

District/off: 0752-1                        User: admin                                    Page 295 of 507

Date Rcvd: Jan 04, 2024                     Form ID: 309C                          Total Noticed: 30719

30589227   + Linh Le, 1211 Dorchester Ave, Apt 260, Dorchester, MA 02125-4857
30589228   + Linh Pham, 3386 Hinman, Hanover, NH 03755-4054
30589229   + Link Peterson, 34588 11th Street, Apt. 214, Union City, CA 94587-8569
30589231   + Linn Groombridge, 4310 Powell Mill Road, Augusta, GA 30909-9820
30589232   + Linn Johansen, 6006 SE 53rd Ave, Apt. 109, Portland, OR 97206-6884
30589233   + Linneah Anders, 10 Gross Street, Pine Bush, NY 12566-7600
30589234     Linus Hynes, 6739 Silverdale Rd NW, Calgary, Alberta T3B 3N3, CANADA
30589235     Linus Vallinder, Victor Balcks Vag 203, Stockholm 122 44, SWEDEN
30589236     LinzAG Service Gmbh, Abwasser, Kurt Wern, Wiener Strasse 151, Linz, UPPER AUSTRIA 4021, AUSTRIA
30589237   + Lion Circle Corporation, 4600 W 72 nd Street, Chicago, IL 60629-5881
30589238     Lionel Lee, 13503 Semora Pl, Cerritos, CA 90703-8813
30589239     Lioubchansky Kelly, 8 place Victor Hugo, LE KREMLIN-BICETRE, ILE DE FRANCE 94270, FRANCE
30589241     Liran Gida, Shamaaya 26, Apt. 15, Elad, Merkaz, 408000, ISRAEL
30589242     Liriel Wolford, 406 Catalina Dr, Colorado Springs, CO 80906-5103
30589243   + Lisa A Snyder, 1830 W. Lakewood Blvd., Holland, MI 49424-1333
30589244     Lisa Ann Giesbrecht, 2653 RYONS ST, LINCOLN, NE 68502-4029
30589245     Lisa Barns, 36 Main Rd, Apt. 256, Tallarook, Victoria, 3659, AUSTRALIA
30589246   + Lisa Bishop, 4035 Wexford Circle North, Richfield, WI 53076-9411
30589247   + Lisa Block, 1068 Meadowbrook Ave, Los Angeles, CA 90019-6709
30589248     Lisa Boggs, 300 W Maynard Ave, Durham, NC 27704-3142
30589249     Lisa Butta, 1654 WASHINGTON AVE, BOHEMIA, NY 11716-1422
30589250     Lisa Caiazza, 394 HERITAGE LN, MONROE, NY 10950-5177
30589251     Lisa Carranza, 9747 Sunglow St, Pico Rivera, CA 90660-5601
30589252     Lisa Cavanah, 11398 NW 107TH ST, GRANGER, IA 50109-9800
30589253     Lisa Chavira, 4936 vista grande, El Paso, TX 79922-1737
30589254     Lisa Clostermann, 7 Three Acres, Waterlooville PO7 6QD, UNITED KINGDOM
30589255   + Lisa Dawes, 1205 Indian Trail, Apex, NC 27502-1634
30589256     Lisa Delaplace, 2912 Saltwood Ct, Celina, TX 75009-6584
30589257   + Lisa Diaz, Po Box 263, 5141 Spring Meadow Ln, Bridgewater, VA 22812-0263
30589258     Lisa Duggan, 59 Newbrook Ave, Donaghmede, Donaghmede, Donaghmede, DUBLIN D13FC80, IRELAND
30589259     Lisa Duggan, 59 Newbrook Avenue, Donaghmede, DUBLIN 13 D13FC80, IRELAND
30589260     Lisa Eichelbrenner, Weststra e 67, Bielefeld 33615, GERMANY
30589262   + Lisa Fuller, 1424 Phlox Dr, Patterson, CA 95363-8359
30589263     Lisa Gage, 628 Duncan Ave, Modesto, CA 95354-0240
30589264     Lisa Garelick, 14456 FOOTHILL BLVD UNIT 48, SYLMAR, CA 91342-1536
30589265     Lisa Geisler, 4111 Dover Dr E, Bradenton, FL 34203-4083
30589266     Lisa Gundacker, Tullastr. 69, Karlsruhe, Baden- Wurttemberg, 76131, GERMANY
30589267   + Lisa Hancock, 3521 Highland Ave, Chattanooga, TN 37410-1329
30589268   + Lisa Hayward, 3947 E Galveston St, Gilbert, AZ 85295-0111
30589269   + Lisa Hess, 307 Tchoupitoulas St, C320, New Orleans, LA 70130-2432
30589270   + Lisa Hildebrand, 2030 SE Marine Science Dr, Newport, OR 97365-5300
30589271     Lisa Hill, 3463 W YORK CT, ROCHESTER HLS, MI 48306-1469
30589272     Lisa Hill, 76098 Dove Rd, Yulee, FL 32097-3757
30589273   + Lisa Horst, 5238 207th street north, Forest lake, MN 55025-8020
30589274   + Lisa Janek, 645 N. Kingsbury, Apt. 1808, Chicago, IL 60654-6873
30589275     Lisa Johnson, 15532 Donnington Dr, Charlotte, NC 28277-1677
30589276     Lisa Kleist, Gie erstra e 53, Leipzig, SACHSEN 4229, GERMANY
30589277   + Lisa LeVan, 1936 Carrera Drive, Chambersburg, PA 17202-8406
30589278     Lisa Lowers, 66 Lake Dr, Grove City, PA 16127-4142
30589280   + Lisa M Gorman, 41 Kent Pl, Wynantskill, NY 12198-8788
30589281     Lisa M Rockefeller, 952 State Route 88 S, Newark, NY 14513-9010
30589282     Lisa Mackinnon, 7 Lenzie Avenue, Carmondean, Livingston, Scotland EH54 8NP, UNITED KINGDOM
30589283     Lisa Marie Sivley, 8177 Londonberry Rd, Nashville, TN 37221-4653
30589284     Lisa Martin, 435 N 35th Ave Lot 361, Greeley, CO 80631-9202
30589285     Lisa McCall, 9721 Innsbruck Dr, Huntington Beach, CA 92646-3618
30589286   + Lisa McLaughlin, 43 W. 6th Street, Bridgeport, PA 19405-1107
30589287     Lisa Mead, 2819 BURNING TREE LN, MISSOURI CITY, TX 77459-3215
30589288     Lisa Neal, 7381 Timbernoll Dr, West Chester, OH 45069-2607
30589289     Lisa Nyenhuis, 6065 Pickerel Dr NE, Rockford, MI 49341-9052
30589290   + Lisa O Donnell, 23407 W 45th Terr, Shawnee, KS 66226-2430
30589291   + Lisa Oleksak, 1176 N Deer Ave, Palatine, IL 60067-1809
30589292     Lisa Palmer, 3575 Mannion Rd, Saginaw, MI 48603-1639
30589293   + Lisa Pargeon, 11986 Blake Rd, Wilton, CA 95693-8537

District/off: 0752-1                           User: admin                                      Page 296 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                               Total Noticed: 30719

30589294          Lisa Prasad, 302 SPRING GARDEN WAY, SIMPSONVILLE, SC 29681-4993
30589295          Lisa Reed, 204 Emory Way, Oxford, GA 30054-2113
30589297          Lisa Rothman, 7005 S 177th St, Omaha, NE 68136-1997
30589298          Lisa Ruby, 3331 MENLO AVE, B, SAN DIEGO, CA 92105-4219
30589299          Lisa Santariello, 43 McDivitt Ave, Staten Island, NY 10314-4964
30589300        + Lisa Schultz, N1660 State Street, Loretto, MI 49852-9810
30589301          Lisa Schwartz, 2844 Westwood Blvd, Los Angeles, CA 90064-4115
30589302          Lisa Sheppard, 5433-58A Street Crescent, Lacombe, AB T4L1L7, CANADA
30589303        + Lisa Snell, 7514 Thundersee Dr, Corpus Christi, TX 78413-5206
30589304        + Lisa Stites, 8619 cross spring, San antonio, TX 78251-2563
30589305          Lisa Stone, 104 OLD RD, WESTPORT, CT 06880-4148
30589306          Lisa Thornbrue, 9840 Sydney Ln Apt 39110, San Diego, CA 92126-6795
30589309          Lisa Woerner, 201 E KING JAMES ST, PURCELLVILLE, VA 20132-6128
30589310          Lisa Wormuth, Fl ttestra e 8, Gelsenkirchen, Nordrhein-Westfalen 45899, GERMANY
30589311          Lisa Zengel, 6 Requa Pl, Piedmont, CA 94611-4036
30589312          Lise Lauer, 4258 Beeman Ave, Studio City, CA 91604-1518
30589313          Lise Narath, 933 Key Route Blvd, Albany, CA 94706-2121
30589314        + Lisette Canfield, 1141 E Iris ln, Salt Lake City, UT 84106-2411
30589315        + Lissa Morawitz, 6702 Chelan Dr, Columbia, MO 65203-8409
30589316          Literally The Coolest Guy Ever Literally, 5408 Mollys Gln, Mineral, VA 23117-9628
30589319          Liv Cale, 136 Windsor Ave, Haddon Township, NJ 08108-2515
30589320          Liv Liv, 7630 209th St E, Bradenton, FL 34202-8302
30589321        + Liv Norman, 604 black drive, Prescott, AZ 86301-1522
30589322          Liv Russo, 235 Fifth Avenue, New Westminster, BC V3L 1R5, CANADA
30589323        + Live Nation Entertainment, 858 North Broad, Philadelphia, PA 19130-2234
30589328        + Live Nation Worldwide Inc., 888 Westheimer Rd., Suite 120, Houston, TX 77006-3945
30589326        + Live Nation Worldwide Inc., 2621 Short Vine Stree, Cincinnati, OH 45219-2016
30589325        + Live Nation Worldwide Inc., 611 S. Fourth St., Louisville, KY 40202-2403
30589329        + Live Nation Worldwide Inc. (7759), 888 Westheimer Rd., Houston, TX 77006-3938
30589330          Live Nation Worldwide Inc. (7880), 325 N. Maple Dr., Beverly Hills, CA 91387
30589331        + Live Nation Worldwide, Inc., 9348 Civic Center Drive, Beverly Hills, CA 90210-3642
30589333          Live Nation Worldwide, Inc. (7880 Ritz R, 325 N. Maple Dr., Beverly Hills, CA 91387
30589334        + Liveconnections.org, 3025 Walnut St, Philadelphia, PA 19104-3402
30589335        + Livia Doucette, 25 Bedford St, USM Unit 6-08, Portland, ME 04101-1929
30589336          Livinia James, 25 Honeymyrtle Drive, Banora point, New South Wales, 2486, AUSTRALIA
30589337        + Liz Allingham, 2250 Falmouth Rd, Charlotte, NC 28205-4136
30589338        + Liz Becker, 4425 N Whipple St, APT 1B, Chicago, IL 60625-3887
30589339        + Liz Boyd, 1738redwing court NW, Salem, OR 97304-2010
30589340          Liz Burg, 85 8TH AVE APT 2P, NEW YORK, NY 10011-5122
30589341          Liz Emery, 7311 E Southern Ave Apt 1051, Mesa, AZ 85209-2706
30589342        + Liz Hoveland, 92 Inman Street, Basement Left, Cambridge, MA 02139-1281
30589343        + Liz Huskey, 66 Barnwood Circle, Greenville, SC 29607-5486
30589344          Liz Locey, 3625 Manson Pike Unit 5203, Murfreesboro, TN 37129-4146
30589345          Liz Lynch, 10/54 Epsom Rd, Ascot Vale, Victoria, 3032, AUSTRALIA
30589346        + Liz Moody, 11 Founders Place, 2A, Orono, ME 04473-5626
30589347          Liz Nachor, 4110 Pico Norte Ln NE, Rio Rancho, NM 87124-6390
30589348          Liz ONeal, 73981 Church St, Armada, MI 48005-3345
30589349        + Liz Roy, 115 Park Street, Brookline, MA 02446-4954
30589350          Liz Saunders, 7 Oloway Crescent, Alexandra Headland, Queensland, 4572, AUSTRALIA
30589352          Liz Van Dyken, 206 S NASH ST APT 123, HILLSBOROUGH, NC 27278-2391
30589353          Liza Granados, 10223 JUNIPER CREEK LN, LAS VEGAS, NV 89145-8826
30589354        + Liza Kelly, 10208 severn Lane, Parker, CO 80134-3612
30589355          Liza Merryman, 214 Perry St, Lexington, KY 40508-2430
30589356          Liza Pagano, 262 5th Avenue, no2, Brooklyn, NY 11215-1966
30589357          Lizbeth Munoz, 2840 SW 80th St, Oklahoma City, OK 73159-4730
30589358          Lizi Bloom, 3048 E Montecito Ave, Phoenix, AZ 85016-5838
30589359          Lizz Jenneskens, Nicolaas Maesstraat 38, Ede 6717 SV, NETHERLANDS
30589360          Lizz Pease, 930 Vintage Jones Way Apt 7, Raleigh, NC 27606-8182
30589361        + Lizzie Eidt, 1047 Top View, Bloomfield Hills, MI 48304-3161
30589362        + Lizzie Jackson, 209 Ledge Manor Drive, Holly Springs, NC 27540-4981
30589363        + Lizzy Bates, 5054 Sussex Dr, Evans, GA 30809-8231
30589364        + Lizzy Hendricks, W279N5891 Walnut Grove Dr, Lisbon, WI 53089-3350
30589365          Lizzy Kovach, 200 Rector Pl Apt 5M, NY, NY 10280-1159

30589366   + Lizzy Lindley, 224 N 13th Ave, Durant, OK 74701-4334
30589367   + Lizzy McAlpine, Indigo Blue LLC, 126 3rd Ave N, Franklin, TN 37064-2506
30589368   + Lizzy McAlpine, c/o Indigo Blue LLC, 126 3rd Ave N, Franklin, TN 37064-2506
30589369     Lizzy Morris, 10714 Willy Ave, Algonquin, IL 60102-3517
30589370     Lizzy Quaiatto, 15610 Lakeside Village Dr Apt 106, Clinton Township, MI 48038-6000
30589371   + Lizzy riffel, 4496 N Wozniak Rd, Michigan City, IN 46360-7760
30589372     Lloyd Dreibelbis, 5330 Charmes, Sarasota, FL 34235-4636
30589373     Lloyd Johnson, 1061 E Renton St, Carson, CA 90745-3434
30589374   + Lloyd Preston III, 9050 Bald Cypress St, Forney, TX 75126-1770
30589375     Lloyd Waterson, 4 Sexton Close, Cheshunt, Waltham Cross, ENGLAND EN7 6WG, UNITED KINGDOM
30589376     Lluka Nummela, taitoniekantie 6, Jyvaskyla 40760, FINLAND
30589377     Lo c Digard, 72 les hauts de figuerolles, Martigues, PROVENCE-ALPES-COTE-D'AZURE 1, FRANCE
30589378   + Lochner, 442 Meigs St, Rochester, NY 14607-3714
30589457   + LogJam Presents, LLC, 131 S. Higgins Avenue, Suite 2-1, Missoula, MT 59802-4439
30589380     Logan Bauder, 10127 Kingsbridge Ave, Tampa, FL 33626-1828
30589382     Logan Brandt, 330 S Center St, Dickeyville, WI 53808-6813
30589383   + Logan Brewer, 107 Loch Arbor Ct, Sanford, FL 32771-3646
30589384   + Logan Bruce, 9828 N TOWNSEND DR, PEORIA, IL 61615-1388
30589385   + Logan Brummer, 2226 Kadden Way, Dayton, NV 89403-3025
30589386   + Logan Bullock, 3850 Tanglefoot Ct, Bettendorf, IA 52722-2151
30589388   + Logan Carter, 1843 Tanfield Sr, Matthews, NC 28105-3825
30589389   + Logan Castle, 55 clapper rail road, RICHMOND HILL, GA 31324-5481
30589390     Logan Chilman, 54 garran loop Henley brook, Perth, Western Australia, 6055, AUSTRALIA
30589391   + Logan Currie, 5641 Riverwalk Dr., Apt 303, Benbrook, TX 76109-5776
30589393     Logan Dean, 40 Watson Ln, New Bloomfield, PA 17068-8523
30589394   + Logan Dewey, 703 Big tree, South Daytona, FL 32119-2703
30589395   + Logan Doran, 962 Como Ave, Saint Paul, MN 55103-1019
30589396   + Logan Dunn, 10709 254th Avenue, Trevor, WI 53179-9529
30589398   + Logan Galbreath, 301 Dixon St, Charlotte, NC 28216-5312
30589399   + Logan Gayeski, 45313 Marketplace Blvd, Apt 225, Chesterfield, MI 48051-3321
30589400     Logan Glasman, 4 University Cres, Apt. 3329, Nanaimo, BC V9R6C5, CANADA
30589401   + Logan Goodmanson, 3415 22nd st sw, Lehigh Acres, FL 33976-3514
30589402   + Logan Grady Goar, 707 oak St, Medford, OR 97501-2334
30589403   + Logan Green, 4 Flintstone drive, Apt D, Hendersonville, NC 28791-1209
30589405     Logan Haynes, 8427 W Glendale Ave Lot 110, Glendale, AZ 85305-2111
30589406   + Logan Helton, 227 s Finis St, Virden, IL 62690-1315
30589407   + Logan Kikendall, 112 Pennsylvania st, Leslie, MI 49251-9416
30589408   + Logan Kyle Schrauf, 530 MICHIGAN AVE, ENGLEWOOD, FL 34223-3833
30589409   + Logan Lanning, 608 Lakewood Dr., Apartment, South Lyon, MI 48178-1003
30589410   + Logan Lara, 597 W 600 S, Springville, UT 84663-3250
30589411   + Logan LeMonnier, 238 Dale St NE, Grand Rapids, MI 49505-4717
30589412     Logan Lies, 5019 W 34th Ave, Denver, CO 80212-1822
30589413     Logan Logan, 108 Queen St Apt A, Boone, NC 28607-3584
30589415   + Logan Maddox, 5038 Huntley Trl, Harlem, GA 30814-5149
30589416     Logan Martin, 1310 E North Union Rd, Bay City, MI 48706-9432
30589417     Logan Mazil, 140 Citadel Manor Northwest, Calgary, ALBERTA T3G 3Y5, CANADA
30589418     Logan McGhee, 22 Crichie Circle, Port Elphinstone, Inverurie, Scotland, AB51 3XF, UNITED KINGDOM
30589419     Logan Moses, 448 GENERAL DR, FT WRIGHT, KY 41011-1866
30589421   + Logan Ohmer, 949 Stedman Street, Ketchikan, AK 99901-6636
30589422   + Logan Patton, 22 U.S. 60, APT 53, CANYON, TX 79015-2402
30589423   + Logan Peek, 1021 Cleveland Ave, Kansas City, KS 66104-5556
30589424     Logan Pellens, 13144 Gatehall Ave, Corona, CA 92879-5322
30589425   + Logan Philpott, 9532 greenwood ave n, UNIT 1, Seattle, WA 98103-3076
30589426   + Logan Pratt, 637 E Gail Ln, Camp Verde, AZ 86322-6486
30589427   + Logan Prosise, 1707 Hatch Rd, Cedar Park, TX 78613-5326
30589428     Logan Rasband, 1477 N 2340 W, Clinton, UT 84015-8550
30589429   + Logan Regan, 1710 Sam Bass Blvd, Apt 527, Denton, TX 76205-5313
30589430     Logan Resco, 1009 23rd St, Belleville, KS 66935-2430
30589431     Logan Rodriguez, 138 W Pacific Ave, Villas, NJ 08251-2758
30589432   + Logan Rose, 4378 E Ledge Rd, Port Clinton, OH 43452-9760
30589433   + Logan Schneckloth, 219 E 5th St, PO 803, Wilton, IA 52778-0803
30589434   + Logan Scholer, 123 Beckley Drive, Greer, SC 29650-6601
30589435     Logan Sear, 49 CROSSLAND DR NW, CONYERS, GA 30012-3157

District/off: 0752-1                                    User: admin                                    Page 298 of 507
Date Rcvd: Jan 04, 2024                                Form ID: 309C                               Total Noticed: 30719

30589436   + Logan Simons, 213 Taaffe Place, Unit 213, Brooklyn, NY 11205-4379
30589437     Logan Smith, 648A Yonge Street, Apt. 203, Toronto, ON M4Y 2A6, CANADA
30589438   + Logan Snow, 1260 Nona Drive, Athens, GA 30606-6262
30589439     Logan Stollenwerk, 2168 PUENTE AVE, COSTA MESA, CA 92627-2506
30589440   + Logan Stoltzfus, 699 N Willow Street, Harrisonburg, VA 22802-2223
30589441   + Logan Talkington, 2807 Maine Ct, Lawrence, KS 66046-4541
30589442   + Logan Taylor, 709 W Main Street, Park Hills, MO 63601-2021
30589443   + Logan Toler, 512 banbury, temple, TX 76502-2073
30589444   + Logan Tonneson, 184 Taylor street, Apt. 184, Manchester, NH 03103-3766
30589445   + Logan Toth, 3319 Asbury Sq, Atlanta, GA 30346-2414
30589446   + Logan Trifone, 2813 buena vista street, Dubuque, IA 52001-8112
30589447     Logan Uhtenwoldt, 7255 Texas Rangers Dr Apt 1429, Frisco, TX 75034-7953
30589448     Logan Um, 4510 Haywagon Way, Ellicott City, MD 21043-6555
30589449   + Logan West, 632 Ironsburg Rd, Tellico Plains, TN 37385-6012
30589451   + Logan Wilkens, 1112 streamdale pt e, antioch, TN 37013-4265
30589452   + Logan Wilson, 17972 Wellbank Lane, Huntington Beach, CA 92649-4966
30589453     Logan Yuhas, 3900 BERESFORD RD, CHARLOTTE, NC 28211-3716
30589454     Logan Zagrodzky, 917 Auburn Ln, Brentwood, TN 37027-8739
30589387     Logan carew, 18 Grandy Cres, Mount Pearl, NEWFOUNDLAND AND LABRADOR A, CANADA
30589455     Logi Eyj lfsson, Gasgasse 2, 325370, Wien, WIEN 1150, AUSTRIA
30589458     Logo Lenses, 1641 US Highway 19 N, Clearwater, FL 33764
30589459   + Logo Mats, LLC, 1729 South Davis Road, Lagrange, GA 30241-6172
30589460   + LogoTags, 741 S Fulton Ave, Mount Vernon, NY 10550-5013
30589461     Loick Mauvais, 4 rue suzanne lenglen, Bat D, Appt 39, Carquefou, PAYS DE LA LOIRE 44470, FRANCE
30589462   + Lola Perez, 1634 South Mole Street, Philadelphia, PA 19145-1515
30589463   + Lola Richard, 625 mill St, Lake Charles, LA 70601-4318
30589464     Lola White, 46 Lindale Avenue, Chadderton, Oldham, Greater Manchester, England, OL9, UNITED KINGDOM
30589465   + LolaMay Ann Tucker, 6103 se bethel, 6103 se bethel, Lawton, OK 73501-3204
30589466   + Lolita Lolita, 13682, Daisy Ct, Chino, CA 91710-5075
30589469   + Loma Vista, 5750 Wilshire Blvd., 4th Floor, Los Angeles, CA 90036-7201
30589470     Lon Rudnitsky, 16 Lacey Ln, Ivyland, PA 18974-2863
30589471     London Hauer, 244 Auburn Dr, Sheboygan Falls, WI 53085-1144
30589472     London Mitchell, 3507 Yuba Cir, Riverside, CA 92503-4639
30589473   + London Scalise Shultz, 1627 2nd Ave, Rockford, IL 61104-2401
30589474   + London Worrell, 1204 S Washington St, Apt 320, ALEXANDRIA, VA 22314-4449
30589475     Lone Mertens, Nehringstr. 13, Berlin, Berlin, 14059, GERMANY
30589476   + Long Lam, 1079 140th St E, Rosemount, MN 55068-3687
30589477   + Long, Makayla, 411 SANDHURST LN, SOUTH ELGIN, IL 60177-2942
30589478   + Longino, Christopher, 109 N. KENSINGTON AVE., LA GRANGE, IL 60525-1879
30589479     Lonnie Rhymer, PO Box 605, Maynardville, TN 37807-0605
30589480   + Lonnie Smith, 15 S Aliso St, D, Santa Barbara, CA 93103-3447
30589481   + Loom, Inc., 1700 Van Ness #1015, San Francisco, CA 94109-3621
30589482     Lora Sundell, 2132 NW 204th St, Shoreline, WA 98177-2359
30589483     Loranda Wilson, 240 DOAN ST, WILMINGTON, OH 45177-2886
30589484   + Lord Tannin Jordison, 402 Shelwood Circle, Apt H, Asheville, NC 28804-8235
30589485     Lore Hill, 354 Osgood Rd, Milford, NH 03055-3460
30589486     Loredana Drinceanu, 1029 Avenue O South, Saskatoon, SK S7M2T1, CANADA
30589487     Loree Keeble, 4696 S Yates St, Denver, CO 80236-3338
30589488   + Loree Seitz, 2929 Pennsylvania Ave, Apt. 253, Santa Monica, CA 90404-4197
30589489   + Lorelai Clubb, 1610 Grandview Dr., Cape Girardeau, MO 63701-2226
30589491     Lorelei Wilson, 1976 W Chapel Dr, Deltona, FL 32738-3815
30589490   + Lorelei horn, 60 baumer road, Wallkill, NY 12589-4504
30589492     Lorelle Ho, 2148 East 6th Avenue, Bsmt, Vancouver, British Columbia V5N 1R1, CANADA
30589493   + Loren Aguirre, 13632 El Espejo Road, La Mirada, CA 90638-3716
30589494     Loren Anderson, 1106 Redwood Ave, Bloomington, IL 61701-6954
30589495     Loren Loren, 24621 Via Alvorado, Mission Viejo, CA 92692-2403
30589496     Loren Monahan, 248 ATHERTON DR, METAIRIE, LA 70005-3806
30589498     Loren Wells, 1644 N HONORE ST STE 106, CHICAGO, IL 60622-1375
30589497   + Loren newman, 5625 palisades drive, Lincoln city, OR 97367-4531
30589499   + Lorenzo Alvarez, 2317 Fair Park Ave, Los Angeles, CA 90041-1834
30589500     Lorenzo Guida, Via Antonio Gramsci, 38, San Giorgio a Cremano, Napoli, 80046, ITALY
30589501     Lorenzo Howard, 1419 Stuyvesant Ave Apt 1 Unit B, Union, NJ 07083-5323
30589502   + Lorenzo Mokwa, 6800 Nw 39th Ave, Lot 49, Coconut Creek, FL 33073-3255

District/off: 0752-1                    User: admin                         Page 299 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                        Total Noticed: 30719

30589503    + Lorenzo Yanez, 104 N. Alamo Rd., STARS, Alamo, TX 78516-2200
30589504      Loretta Johnston, 1426 11th Ave East, Prince Rupert, BRITISH COLUMBIA V8J 2X3, CANADA
30589505    + Lori A Naslund, 6610 NW 29th Street, Margate, FL 33063-5516
30589506      Lori Atanasio, 1093 Oak Street, Windsor, ONTARIO N9A5G5, CANADA
30589507      Lori Buscaglia, 6703 SPRING GROVE CT, MIDDLETON, WI 53562-1721
30589508      Lori Byrnes, 11 66th St, Newburyport, MA 01950-4217
30589510      Lori Fletcher, 3106 W Chestnut Ave, Yakima, WA 98902-2745
30589511      Lori Garner, 141 W 1st N, Preston, ID 83263-1006
30589512      Lori Gibson, 914 Hedgestone Dr, San Antonio, TX 78258-2335
30589513    + Lori Greenawalt, 845 Bosler Ave Rear, B, Lemoyne, PA 17043-1821
30589514      Lori Halleland, 1312 Park View Dr, Story City, IA 50248-1818
30589515    + Lori Harrington, 880 A1A Beach Blvd, Apt. 3216, St Augustine, FL 32080-4747
30589516      Lori Hillyer, 5128 E 121ST AVE, TEMPLE TERR, FL 33617-1457
30589517      Lori Hoffman, 7774 Pinto Ln, Lino Lakes, MN 55014-7000
30589518      Lori Kelly, 24 Hudson Dr, Dobbs Ferry, NY 10522-1178
30589519    + Lori M Nabors, 1206 N INSTITUTE PL, PEORIA, IL 61606-1021
30589521    + Lori Meyer, 190 Parrish St, 4A #42, Canandaigua, NY 14424-1737
30589522    + Lori Miller, 29212 Meandering Cir, Menifee, CA 92584-7313
30589523    + Lori Myers, 30330 Deleon Fields Dr, Spring, TX 77386-3212
30589524      Lori Pigeon, 1465 HOOKSETT RD UNIT 346, HOOKSETT, NH 03106-1874
30589525    + Lori Probasco, 3742 N Pine Grove Ave, Apt 3W, CHICAGO, IL 60613-4129
30589526      Lori Puryear, 1406 17th Ave S, Nashville, TN 37212-2804
30589527      Lori Ray, 185 County Road 2302, Mineola, TX 75773-2932
30589528      Lori Sealy, 321 Caney Fork Rd, Cullowhee, NC 28723-8449
30589529      Lori Steadman, 1024 N Avon St, Burbank, CA 91505-2517
30589520    + Lori mcauliffe, 2852 w vina Del mar, St pete beach, FL 33706-2737
30589530      Lorin Zehr, 19435 Bethel Rd Apt 4, Abingdon, VA 24211-6481
30589531    + Loris Delic, 158 W Santa Cruz Way, Mountain House, CA 95391-1178
30589532      Lorna Evenson, 3981 MOUNT ALBERTINE AVE, SAN DIEGO, CA 92111-3246
30589533      Lorna Koecke, 128 2ND AVE NW, OELWEIN, IA 50662-1620
30589534      Lorna Swindell, 16 Loirsbank Road, Aberdeen, Scotland AB15 9NE, UNITED KINGDOM
30589535    + Lorraine Credidio, 7 Springmeadow Dr., Holbrook, NY 11741-3016
30589536      Loryn Morrissey, 4783 Aho Road, Ladysmith, British Columbia V9G 1G8, CANADA
30589538      Lotta Lukkari, Insin rinkatu 4 C 127, Helsinki, UUSIMAA 880, FINLAND
30589539      Lou Beneat, 5 place de la fontaine, Saint Malo, BRETAGNE 35400, FRANCE
30589540    + Lou Davis, 38 Woodland ST, Manchester, CT 06042-3012
30589541      Lou-Anne Jourjon, 29 Rue d artois, Saint-Chamond, RHONE-NE-ALPES 42400, FRANCE
30589542      LouAnn Fehr, 1091 Bushkill Center Rd, Nazareth, PA 18064-9553
30589543    + Louie Iannone, 880 Clinton Ave S, Apt. 2, Rochester, NY 14620-1460
30589544      Louie Rivera, 11801 Alderbrook St, Moorpark, CA 93021-3138
30589545      Louis Barker, 71988 649 Ave, Shubert, NE 68437-6030
30589546      Louis Biga, 2438 Hyatt Creek Ln, Port Orange, FL 32128-6709
30589547      Louis Hutchison, 28A WINGFIELD WAY, RUISLIP, England HA4 6RH, UNITED KINGDOM
30589548    + Louis Juarez, 13907 General Puller Highway, Hardyville, VA 23070-2145
30589549      Louis Lecomte, 135 route d'Aix-les-Bain, Cusy, AUVERGNE-RHONE-ALPES 74540, FRANCE
30589551      Louis Magain, 8 Mallard Close, Heckmondwike WF16 0NE, UNITED KINGDOM
30589552    + Louis Nguyen, 88 S Garfield Ave, APT 401, Alhambra, CA 91801-6856
30589553      Louis Roseguo, 346 RAILROAD AVE FL 1, S SAN FRAN, CA 94080-4705
30589558      Louis Werner, Bodanstra e 15, Uhldingen-M hlhofen, Baden-W rttemberg,, GERMANY
30589555    + Louis the Child, 3377 S Robertson Blvd, Culver City, CA 90034-3328
30589556      Louis von Leitner, Bunsenstrasse 17, Gottingen 37073, GERMANY
30589557    + Louis weatherston, 633 4th Ave w, Apt 106, Seattle, WA 98119-3845
30589559      Louis-Philippe Harnois-Arel, 24 rue Pelletier, Drummondville, QUEBEC J2C2V6, CANADA
30589560    + Louisa Nash, 1007 Echo Lane, Austin, TX 78745-5420
30589561      Louise Barnie, 37 Highland road, Leamington spa, ENGLAND CV32 7EJ, UNITED KINGDOM
30589562      Louise Dufresne, PO Box 237, Damascus, MD 20872-0237
30589563      Louise Fisher, 20640 Meadowthrash Ct, Ashburn, VA 20147-4444
30589564      Louise Hutchinson, 5553 Van Vliet Road, Ottawa, Ontario K4M 1J4, CANADA
30589565      Louise Liebl, 23728 140th Ave, Elbow Lake, MN 56531-9128
30589566    + Louise Miller, 3025 76th Street, Woodridge, IL 60517-2725
30589567      Louise Powell, 430 Whitby Shores Greenway, Whitby, Ontario, L1N 9R5, CANADA
30589568    + Louise Spry, 108 East 11th Street, Port Clinton, OH 43452-2442
30589569      Louise White, 3 Tattersalls Chase, Southminster, England CM0 7E, UNITED KINGDOM

District/off: 0752-1                                   User: admin                                                Page 300 of 507

Date Rcvd: Jan 04, 2024                              Form ID: 309C                                          Total Noticed: 30719

30589571   +   Lourania Oliver, 328 E 89th St, 5E, NY, NY 10128-4507
30589572       Lourdes Dalisay, 121 Beattie Road, Fort McMurray, Alberta, T9H 2T7, CANADA
30589573       Lourdes Mayorga, 66 Valencia Ave Apt 803, Coral Gables, FL 33134-6161
30589575       Loveless, c/o Christopher Visconti, United Talent Agency, New York, NY 10106
30589578       Lovisa Olofsson, S dra s re 322, OSTERSUND, LIT 83691, SWEDEN
30589579       Lowell Brimson, 43 Grand Avenue, Camberley, ENGLAND GU15 3QJ, UNITED KINGDOM
30589580       Lowell Feldhahn, 11892 Evergreen Cir NW, Minneapolis, MN 55448-2475
30589581       Lu s Borges, Avenida 25 de Abril de 1974, 21, 7E, Almada, ALMADA 2800-301, PORTUGAL
30589582       Lu sa Martins, Rua da Bica, Rebocho, n89, Coruche, Santarem 2100-040, PORTUGAL
30589585   +   LuAnn Patterson, 2513 Icon Way, Farmington, MO 63640-7930
30589583   +   Lua Andrade, 7882 Lowtide Cir, Huntington Beach, CA 92648-2301
30589584       Luana Bazo, Rua Comendador Pinoti Gamba 101, 41C, S o Bernardo do Campo, S o Paulo, 962004, BRAZIL
30589586   +   Luay AlSaddique, 4283 Express Lane, Suite 2128-332, Sarasota, FL 34249-2602
30589587       Luc Bouchard-Fakler, 280 Mount Williamson St, Henderson, NV 89015-7663
30589588       Luc Leblanc, 2586 rue du Pluvier, Laval, QUEBEC H7L4J1, CANADA
30589589       Luc Marchand, 52 Dromore Crescent, Toronto, ONTARIO M2R2H5, CANADA
30589590   +   Luc Phan, 4924 Polly Hill Ln, Roanoke, VA 24019-2700
30589591       Luc Trombini, 797 Avenue Du March Gare, Bat. A, Montpellier, Languedoc-Roussillon 34070, FRANCE
30589592       Luca Andres, F rstensteinerstrasse 20, Basel, STADT 4053, SWITZERLAND
30589593       Luca Gerencs r, Karinthy Frigyes At 17. 6. emelet 38., Budapest 01117, HUNGARY
30589594       Luca Louassier, 46 Rue de Beaulieu, Apt 10, Angoul me, Poitou-Charentes 16000, FRANCE
30589595       Luca Miosga, Jahnstra e 27, Schiffweiler, SAARLAND 66578, GERMANY
30589596       Luca Norton, 43 Chapman Ave, Apt. 1, East York, ONTARIO M4B 1C6, CANADA
30589597       Luca Radanovic, Gertrud-B umer-Weg 32, Backnang 71522, GERMANY
30589598   +   Luca Sandonato, 893 West Street, #1202, Amherst, MA 01002-3372
30589599       Luca Siegel, Rudolf Harbig Stra e 12f, Raschau, SACHSEN 8352, GERMANY
30589600       Lucan Wissing, 10 Cummings Way, Duncraig, Perth, WESTERN AUSTRALIA 6023, AUSTRALIA
30589601       Lucas Adams, 1325 Jade Ln, Longmont, CO 80504-7812
30589602   +   Lucas Alaniz, 4315 Mariposa Ln, Evans, CO 80620-9234
30589603   +   Lucas B Andersen, 4705 NE Freehold Dr, Lee s Summit, MO 64064-2111
30589604       Lucas Bastas, 7 Exeter close, lower templestowe, VICTORIA 3107, AUSTRALIA
30589605   +   Lucas Beachler, 5844 N Hermitage Ave, Apt 5, Chicago, IL 60660-3192
30589606   +   Lucas Blair, 7701 160th Avenue, Bristol, WI 53104-9764
30589607   +   Lucas Brower, 120 Hillview Dr., Joplin, MO 64804-5229
30589608   +   Lucas Bumgarner, 625 Ivy Lea Dr, Lawrenceville, GA 30045-8159
30589611       Lucas CHAMPROU DUVAL, 4 Avenue G n ral Leclerc, Tassin-la-Demi-Lune, AUVERGNE-RHONE-ALPE, FRANCE
30589609   #   Lucas Canter, 127 Timber Creek Ct E, Alexandria, OH 43001-8771
30589610   +   Lucas Carpenter, 13401 Riverside Dr, Apt. 302, Sherman Oaks, CA 91423-2599
30589612       Lucas Claudett, 337 Windmill Avenue, Kettering, ENGLAND NN15 6PR, UNITED KINGDOM
30589613   +   Lucas Cooper, 7068 South Allison Way, Littleton, CO 80128-4365
30589614   +   Lucas Crafton, 4123 N 33rd Pl, Phoenix, AZ 85018-4727
30589615       Lucas Davis, 185 Keys Ct Apt 8, Greenville, NC 27858-6444
30589616   +   Lucas Doell, 815 N Aurora St, Unit A, Ithaca, NY 14850-3726
30589617   +   Lucas Dutra, 2547 Jonquil Street, New Orleans, LA 70122-4857
30589618       Lucas Friborg, Guldbergsgade 124, st tv, Copenhagen 2200, DENMARK
30589619   +   Lucas Girton, 128 W Portland St, Apt. 6, Mechanicsburg, PA 17055-7415
30589620       Lucas Good, 3609 80th St, Urbandale, IA 50322-7012
30589621       Lucas Hardy, 3782 caroline, Petrolia, ONTARIO N0N 1R0, CANADA
30589622       Lucas Hilhorst, Grote Spuistraat, 3A, Dordrecht, ZUID-HOLLAND 3311GE, NETHERLANDS
30589623       Lucas Hollingsworth, 13145 N Highway 183 Apt 126, Austin, TX 78750-3264
30589624       Lucas Hrynyk, 399 Churchill Drive, Winnipeg, MB R3L 1W2, CANADA
30589625       Lucas Jackson, 59 East St, Honeoye Falls, NY 14472-1228
30589626   +   Lucas Lee, 426 South Laurel Avenue, Springfield, MO 65802-5312
30589627   +   Lucas Little, 4074 Winterset Ln, West Bloomfield, MI 48323-3153
30589628       Lucas Lovig, 2041 COTTONWOOD RD UNIT 202, AMES, IA 50014-8472
30589629   +   Lucas M Otterson, 72 Kessel Ct., Apt. 25, Madison, WI 53711-6241
30589630   +   Lucas Mercier, 9620 Washington Blvd, Apt. 1, Chanhassen, MN 55317-4661
30589631       Lucas Merrell, 12a uplands terrace, Swansea, WALES SA2 0GU, UNITED KINGDOM
30589632       Lucas Morris, 208 CHESTERTON DR, LEXINGTON, SC 29072-7128
30589633       Lucas Moss, 21350 Thomas Rd, Elkmont, AL 35620-5012
30589634       Lucas Otterson, 72 Kessel Ct, Apt. 25, Madison, WI 53711-6241
30589635       Lucas Paterson, 738 Battle Street West, Kamloops, British Columbia, V2C 1H6, CANADA
30589636       Lucas Pisano, 256 Luna Ln, Erie, CO 80516-6407

30589637          Lucas Plunkett, 334 LAKEVIEW CT, OXNARD, CA 93036-5323
30589638          Lucas Resende, 4802 Dakota Dr, Madison, WI 53704-1816
30589639        + Lucas Rickert, W250N7437 Hillside Rd, Sussex, WI 53089-1909
30589640          Lucas Rijkeboer, Van Eysingalaan 163, Utrecht 3527 VD, NETHERLANDS
30589641          Lucas Romero, 2480 MN-100 S, Apt 331, St. Louis Park, MN 55416
30589642        + Lucas Rowton, 4764 Latigo Canyon Rd., Malibu, CA 90265-2808
30589643        + Lucas Russell, 7857 Boulder Court, West Des Moines, IA 50266-2665
30589644          Lucas Schwartz-Hansen, N rregade 23, 1.2, haderselv, 6100, DENMARK, S nderjylland 00000-0000
30589645          Lucas Tai, 5 Park View Road, Brighton, England, BN3 7BF, UNITED KINGDOM
30589647        + Lucas Ventura, 3721 W Capital Avenue, D-302, Grand Island, NE 68803-1207
30589648          Lucas Volfneuk, 112 Paterson Street, Princes Hill, Victoria, 3054, AUSTRALIA
30589649        + Lucas Wahl, 2614 Kuerbitz Dr, Lansing, MI 48906-3431
30589650          Lucas Wallendal, 1246A Wayland St, Beaver Dam, WI 53916-1359
30589651        + Lucas White, 17 Lynn Drive, St. Peters, MO 63376-2204
30589652          Lucas Wilhelm, Waldstrasse 147, Geratal 99330, GERMANY
30589653          Lucca Markham, 13/5-9 Bay Road, Russell Lea, New South Wales 2046, AUSTRALIA
30589654        + Lucia McArdle, 5742 Southeast Milwaukie Avenue, Apt 1, Portland, OR 97202-4948
30589655        + Lucia Petty, 209 W Madison, Apt. 2, Baltimore, MD 21201-4630
30589656        + Lucia Venegas, 14709 S 23rd St, Bellevue, NE 68123-4753
30589657        + Luciana Montiel, 15326 Wyndham Oaks Dr., Charlotte, NC 28277-4447
30589659          Lucilla Vasquez, 22800 Bulverde Rd Apt 1907, San Antonio, TX 78261-3052
30589660          Lucinda Krueger, 5512 Parkwood Dr, Raleigh, NC 27612-6229
30589661        + Lucky Boys Confusion, Attn: LBC Touring Inc., 1205 West 175th Street 1205 West 175th, Homewood, IL 60430-4602
30589662        + Luckyman Concerts LLC, 730 N. Mill Ave, Tempe, AZ 85288-1204
30589663        + Lucy Beatty, 119 Chestnut St, Florence, MA 01062-1404
30589664          Lucy Cook, 3984 New York Dr, Enon, OH 45323-1455
30589665          Lucy Cossavella, 20 Matlock Gardens, Stockton-on-Tees, Billingham TS22 5JN, UNITED KINGDOM
30589666          Lucy Cryer, 10 Dawlish Avenue, Manchester, ENGLAND M43 6NE, UNITED KINGDOM
30589667          Lucy Currey, 1050 Smithe Street, 701, Vancouver, British Columbia V6E 4T4, CANADA
30589668          Lucy Deller, 2974 Laguna Dr, Decatur, GA 30032-3548
30589669          Lucy Doyle, 5004 Western Ave, Omaha, NE 68132-1466
30589670        + Lucy Hollander, 1660 Celebration Blvd, Apt 401, Celebration, FL 34747-5544
30589671          Lucy Horrocks, 36 Gleanings Drive, Halifax, ENGLAND HX20PA, UNITED KINGDOM
30589672        + Lucy Jenkins, 277 W Main St, Hancock, MD 21750-1333
30589673        + Lucy Monroe, 2A Myrtle Street, Westborough, MA 01581-2015
30589674          Lucy Noonan, 38 Bishop Street, Box Hill, Victoria 3128, AUSTRALIA
30589675          Lucy O Connor, 89 Moss Street, Victoria, British Columbia, V8V4M2, CANADA
30589677          Lucy Reed, 1055 S Lumpkin St Rm 247, Myers Hall, Athens, GA 30609-4200
30589678        + Lucy Rubel, 882 Summers Run Rd, Marysville, OH 43040-7633
30589679        + Lucy Savage, 72 W 880 N, Apt. 5, Provo, UT 84604-3486
30589680          Lucy Taylor Schmitzer, 14 Paramount Boulevard, Wyndham Vale, Victoria 3024, AUSTRALIA
30589681        + Lucy Walsh, 725 Harbour Post Drive, Apt. 2111, Tampa, FL 33602-6757
30589676        + Lucy passmore, 4204 Roland avenue, 2F, Baltimore, MD 21210-2782
30589683          Ludivine CARRERE-BORDEHORE, 14 Rue du Virgou, Arette 64570, FRANCE
30589684        + Lui Vigo, 3701 Jackson St, Apt. 306, Hollywood, FL 33021-7490
30589685          Luis Acevedo, 2662 Benedict St, Los Angeles, CA 90039-3802
30589687        + Luis Avila, 25 North New Jersey Street, Apartment 208, Indianapolis, IN 46204-2883
30589689        + Luis Diaz, 8757 Canby Avenue, Apt 305, Northridge, CA 91325-3096
30589690        + Luis Duarte, 1062 Providence Way, Lawrenceville, GA 30046-3315
30589691        + Luis E Rojas Jr, 7810 W Peoria Ave, Apt. 169, PEORIA, AZ 85345-1036
30589692        + Luis Escudero, 9041 Arlington Drive, Ypsilanti, MI 48198-9410
30589693        + Luis Esquivel, 121 Dellwood Sq S, Landfall, MN 55128-7123
30589694        + Luis Fern ndez Almansa, 180 W Market St, 811A, Newark, NJ 07103-2790
30589695        + Luis Fernandez Almansa, 180 W Market St, 811A, Newark, NJ 07103-2790
30589696          Luis Fernando Rivera Padilla, Ganaderos 143, Apt. 1, Ciudad de Mexico, Iztapalapa, 9819, MEXICO
30589697          Luis Gomez, 839 Parkview Cir, Allen, TX 75002-5771
30589699          Luis Gonzalez, 4228 W 18th St N, Wichita, KS 67212-1716
30589698        + Luis Gonzalez, 2249 Cortina Loop SE, Rio Rancho, NM 87124-8934
30589700          Luis Maldonado, 10521 S Main St, Los Angeles, CA 90003-4627
30589701        + Luis Medero, 5212 Duncan Rd., Monroe, NC 28110-6967
30589702        + Luis Mejia, 410 9th St, Carlstadt, NJ 07072-1213
30589703          Luis Mora Garc a, Calle de A astro, 5, Portal B, 4 izquierda, Madrid 28033, SPAIN
30589706        + Luis Perez, 972 Manchester Cir, Grayslake, IL 60030-3333

District/off: 0752-1                          User: admin                                    Page 302 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                              Total Noticed: 30719

30589707    + Luis Quintero ACV, 2215 paseo de las americas, Apt. 25, San Diego, CA 92154-7909
30589708    + Luis Ramirez, 538 W High Street, Montpelier, IN 47359-1038
30589709      Luis Reyes Arispe, 2519 Doverhill Ct, Woodbridge, VA 22192-2013
30589710    + Luis Romero, 7330 Newcastle Ave, Reseda, CA 91335-3245
30589711      Luis Sangermann, Augustastr., Apt. 9, KAIN, NORDRHEIN-WESTFALEN 51065, GERMANY
30589712      Luis Schnittgard, Norderstrasse 92, Sylt 25980, GERMANY
30589713      Luis Thiele, Linnorthskamp, Apt. 2, Hepstedt, Niedersachsen, 27412, GERMANY
30589714      Luis Trevizo, 109 17th St, Battle Mountain, NV 89820-2359
30589716    + Luis Vazquez, 10462 SW 78 Street, Miami, FL 33173-2909
30589717      Luis Ybarra, 1710 Powell Rd SW, Albuquerque, NM 87105-2835
30589718      Luisa Gatti, 5445 Rue Redmond, Saint-Hubert, QC J3Y 2C9, CANADA
30589719      Luisa M ller, Lichtenbergplatz 8, Hannover 30449, GERMANY
30589720      Luisa Martins, Rua Jap o, 403, apt 601, Belo Horizonte, MG 30431051, BRAZIL
30589721    + Luiz David Gomez, 1238 Jennings ave, Santa Rosa, CA 95401-4533
30589722      Luk Farsk, ulekov, 26, Nitra 949 01, SLOVAKIA
30589723    + Luka, 8575 E Amherst circle, Denver, CO 80231-3875
30589724      Luka Chalard, 3 impasse Eug ne Casini, Toulouges, Languedoc-Roussillon 66350, FRANCE
30589725    + Luka Kluetmeier, 116 N Allen St, Madison, WI 53726-3926
30589726      Luka Rose, 4804 Magnum Way, Jurupa Valley, CA 91752-5094
30589727      Luka Tsalis, 39 Middle street, Marrickville, NSW 2204, AUSTRALIA
30589728      Lukas Bellamy, 1321 Norman Street, Quesnel, BC V2J 4N8, CANADA
30589729      Lukas Bratsos, 300 Orchard St, Millis, MA 02054-1026
30589730    + Lukas Cafe, P.O. Box 604, De Graff, OH 43318-0604
30589731    + Lukas Franco, 2428 East Coolidge Ave., Orange, CA 92867-5206
30589732      Lukas Hinterbichler, Pechgraben 238, Laussa 4461, AUSTRIA
30589733      Lukas Jordan, 13 Broadway St, Edgerton, WI 53534-1801
30589734      Lukas Kandlhofer, Josefst dterstrasse 101/22, Vienna, VIENNA 1080, AUSTRIA
30589735      Lukas Lehtonen, Kungshamra 81, Apt. 1120, Solna, UPPLAND 17070, SWEDEN
30589736      Lukas Mata, 5764 Date Ave, Rialto, CA 92377-3937
30589737      Lukas McDiarmid, 7/50A Amy St, Regents Park, NEW SOUTH WALES 2143, AUSTRALIA
30589738    + Lukas Murdock, 2025 Snyderville Rd, Springfield, OH 45502-9194
30589739      Lukas Niederbacher, Hermann-Essig-Str. 67, Schwieberdingen, BADEN-WURTTEMBERG 71701, GERMANY
30589741      Lukas Penney, Allerstraaye 16, CO Gewerbe EG, Berlin 12049, GERMANY
30589742      Lukas Rader, 21 Waldweg, Vorchdorf 4655, AUSTRIA
30589743      Lukas Rudolph, Freihafenstr. 18, Hamburg, HAMBURG 20539, GERMANY
30589744      Lukas Samwell, 55 Ontario Street, Brantford, ONTARIO N3S2B8, CANADA
30589745      Lukas Smyrnis, 12 Armiston Court, Endeavour Hills, VICTORIA 3802, AUSTRALIA
30589746      Lukas Stohwasser, Hohlsteinstra e 19, Troisdorf, Nordrhein-Westfalen 53842, GERMANY
30589740    + Lukas orio, 633 Paddock Road, Havertown, PA 19083-1005
30589748    + Luke Allen, 1089 Lizabeth Circle, Heath, OH 43056-1626
30589749    + Luke Anderson, 1333 e Hewson st, Philadelphia, PA 19125-2818
30589750    + Luke Askeland, 3323 Pine Street, Longview, WA 98632-4752
30589751      Luke Banwell, 15 Avenue Malvesin, Courbevoie, FRANCE
30589752      Luke Barnard, 4 Northgate, Birmingham, ENGLAND WS9 9BU, UNITED KINGDOM
30589753    + Luke Bettenhausen, 39822 state highway 22, Monroe, NE 68647-4507
30589754    + Luke Braun, 503 George Bush Dr W, 6117, College Station, TX 77840-2979
30589755    + Luke Brickman, 18111 E Park Dr, Cleveland, OH 44119-2017
30589756      Luke Buttram, 4045 Milner Way, Birmingham, AL 35242-7326
30589757      Luke Carberry Mogan, 10 Denise Dr, Red Bank, NJ 07701-5204
30589758    + Luke Carter, 1484 Elizabeth St, Lexington, KY 40503-1158
30589759      Luke Casey, 3 Nunkeri Place, The Gap, QUEENSLAND 4061, AUSTRALIA
30589760    + Luke Charbonneau, 322 Braveheart Ln, Johnstown, CO 80534-7499
30589761    + Luke Collins, 809 N Main St, Statesboro, GA 30458-4223
30589762      Luke Cox, 187 Parkes Street, HELENSBURGH, NSW 2508, AUSTRALIA
30589764    + Luke Crawford, 229 Woodlyn Ave, Glenside, PA 19038-4730
30589763    + Luke Crawford, 3610 tattershall drive, Greensboro, NC 27410-9051
30589765      Luke D. Potts, 17 S 95TH ST, BELLEVILLE, IL 62223-1620
30589766      Luke Dando, 228 Coast Road, Pevensey Bay, ENGLAND BN24 6NR, UNITED KINGDOM
30589767    + Luke Dawdy, 1050 Galatyn Pkwy, Apt 3078, Richardson, TX 75082-4448
30589768      Luke DeMuro, 1712 PALMETTO ST APT 2L, RIDGEWOOD, NY 11385-2832
30589769    + Luke Dunn, 11 West Street, South Kingstown, RI 02879-5916
30589770    + Luke Ellis, N7836 Maple Ridge rd, Oconomowoc, WI 53066-2010
30589771      Luke Ferran, 9 Jumel Pl, Dix Hills, NY 11746-6546

District/off: 0752-1                           User: admin                                    Page 303 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                Total Noticed: 30719

30589772        Luke Fitzwater, 2221 Roanoke Ave, Cleveland, OH 44109-4126
30589773        Luke Forehan, 805 Lindenow-Meerlieu Road, Bengworden, VIC 3875, AUSTRALIA
30589774      + Luke Foss, 2131 N 113th St, Apt. 4, Seattle, WA 98133-7644
30589776      + Luke Gary Scherer, 603 S McKinley Ave, Apt 1S, Arlington Heights, IL 60005-2847
30589777        Luke Hernandez, 15838 LYLE CIR, HUDSON, FL 34667-4005
30589778        Luke Hilton, 31 Lyver Gardens, Greatham, Hartlepool, ENGLAND TS25 2FG, UNITED KINGDOM
30589779        Luke Hirten, 929 MAGNOLIA BLOSSOM CT, APOPKA, FL 32712-3333
30589780      + Luke Hunter, 607 poplar street, Winchester, KS 66097-4005
30589781        Luke Ingle, 12 Moremi Place, South Morang, VICTORIA 3752, AUSTRALIA
30589782        Luke Jenkinson, 464 King Street, Unit 504, Newcastle West, New South Wales, 2302, AUSTRALIA
30589783        Luke Jervis, 14 Mandeville Close, Reading, ENGLAND RG30 4JT, UNITED KINGDOM
30589784      + Luke Keddy, 505 S Catalina St Apt 5, Los Angeles, CA 90020-2227
30589785      + Luke Kosinski, 149 Division Street, Manahawkin, NJ 08050-3127
30589786        Luke Lamken, Kastanienweg 3, Latendorf-Braak, Schleswig-Holstein 2459, GERMANY
30589787        Luke Lawlor, 6424 Iris Ct, Arvada, CO 80004-2952
30589788        Luke McPherson, 671 Feedmill Rd, Whiteville, NC 28472-6465
30589789      + Luke Meduna, PO Box 157, Stanley, ND 58784-0157
30589791      + Luke Muentner, 2852 N. Clark Street, Unit 3, Chicago, IL 60657-5278
30589792      + Luke Onsare, 541 5th AVE NW, New Brighton, MN 55112-2736
30589794      + Luke Patterson, 401 South Regency Drive, Apt. 204, Bloomington, IL 61701-5850
30589795      + Luke Peterson, 353 Tompkins Ave, 1RR, Brooklyn, NY 11216-6644
30589796      + Luke Phillips, 6530 Annie Oakley Drive, Apt. 423, Henderson, NV 89014-2169
30589797      + Luke Rand, 18 North Street, Bangor, ME 04401-5807
30589798      + Luke Ravel, 1410 Comet Drive, New Bern, NC 28562-1108
30589799      + Luke Reyes, 25916 Via Lomas, Apt 3, Laguna Hills, CA 92653-6089
30589800        Luke Robbins, 911 BATTLE BEND BLVD APT 321, AUSTIN, TX 78745-2462
30589801        Luke Salisbury, 129 Pursey Drive, Bristol, ENGLAND BS32 8DP, UNITED KINGDOM
30589802        Luke Savas, N2220 LITTLE LONG LAKE RD, SHELL LAKE, WI 54871-8826
30589803        Luke Slaughter, 7 St Helens Court, Melbourne, Victoria, 3133, AUSTRALIA
30589804      + Luke Smeenk, 5770 W Centinela Ave, Apt 102, Los Angeles, CA 90045-8823
30589805      + Luke Snowaert, 1045 Ivy Chase, Apt. 301, Kalamazoo, MI 49006-6716
30589806        Luke Steele, c/o James Wright, United Talent, 1 Newman St., UNITED KINGDOM
30589807      + Luke Stringer, 821 Orange Street, 1st Floor, New Haven, CT 06511-2507
30589808      + Luke Tannenbaum, 838 Riverside Dr, Apt 4E, NY, NY 10032-5481
30589809        Luke Thomas, 17 Sandringham Gardens, Barnstaple, ENGLAND EX31 3FX, UNITED KINGDOM
30589810        Luke Townsend, 10453 Vienna St Apt 303, Parker, CO 80134-3856
30589811      + Luke Valenzuela, 789 Morse street, San Francisco, CA 94112-4223
30589812      + Luke Valladares, 20L Derryfield Road, Derry, NH 03038-4333
30589813        Luke Vesely, 473 Mainmast Ct, Richland, WA 99354-1982
30589814        Luke Vrogop, 1424 Kingston Rd, Mount Shasta, CA 96067-2904
30589815      + Luke Wadle, 1201 B St., Apt 3, Lincoln, NE 68502-1392
30589816      + Luke Weaver, 4943 Ridgewood Ct, Apt E, Stow, OH 44224-5350
30589817      + Luke Williams, 1610 Little Raven ST, Unit 212, Denver, CO 80202-6176
30589819        Luke Young, 4206 Cleveland Heights Blvd, Lakeland, FL 33813-1703
30589775        Luke foster, 19 Malmesbury road, Cheadle hulme, ENGLAND SK87QH, UNITED KINGDOM
30589818        Luke wittwer, 90 PADDOCK TRL, SPRINGBORO, OH 45066-9541
30589820      + Lulu Van Winkle, 1527 Newberg Rd, Snohomish, WA 98290-4510
30589821      + Luna, 9301 Tortuga Del Mar Dr, Bakersfield, CA 93314-8542
30589823        Luna Baldwin, 4 Bodmin Rise, Walsall, England, WS5 3HY, UNITED KINGDOM
30589824        Luna Espinoza Soto, Schalk Burgerstraat, Apt. 6, Amsterdam, Noord-Holland, 1091 LJ, NETHERLANDS
30589828        Luna Melissa, 1900 Balboa Dr, Idaho Falls, ID 83404-6458
30589829      + Luna Rector, 2045 Moore Drive, Gainesville, GA 30501-2052
30589830        Luna Wolfe, 300 ALUMNI DR APT 158, LEXINGTON, KY 40503-1664
30589831        Lunar Vacation, c/o Management, 92 LENORA ST, Seattle, WA 98121-2108
30589832      + Lund, c/o Level Group Ltd., 330 W 38th St, New York, NY 10018-2999
30589833      + Lupe Rodriguez, 3445 meridian drive, Redding, CA 96002-5062
30589834        Lupita Saldivar, 6809 S Country Club Dr, House, Oklahoma City, OK 73159-2947
30589835        Lussow, Ryan, 202 ANNANDALE DRIVE, LAKE IN THE HILLS, IL 60013
30589836        Luuk van Wieren, ecopark, Apt. 30, Emmeloord, Flevoland, 8305BK, NETHERLANDS
30589837        Lux Lux, 30 Mount Joy Ave, Scarsdale, NY 10583-2631
30589838        Luz Robert, 700 Victory Blvd Apt 2N, Staten Island, NY 10301-3505
30589840      + Lydia Allerellie, 421 S dunn St, Unit 2, Bloomington, IN 47401-4869
30589839      + Lydia Allerellie, 421 s dunn st, Apt 2, Bloomington, IN 47401-4869

District/off: 0752-1 User: admin Page 304 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30589841 + Lydia Arnold, 3405 Confederate Dr, Conway, AR 72032-8758
30589842 Lydia Beers, 6519 Tellea St, Dayton, OH 45424-3352
30589843 + Lydia Davis, 623 west Missouri ave, Memphis, MO 63555-1669
30589844 + Lydia Kellerhals, 6775 E. Voltaire Dr, Prescott Valley, AZ 86314-5805
30589845 + Lydia Kopsa, 513 W 36TH ST, APT D, HAYS, KS 67601-1553
30589846 + Lydia Lassen, 3115 Marcy St., Apt 1, Omaha, NE 68105-2056
30589847 Lydia Leitermann, 9670 Manu Rd, Fremont, WI 54940-9656
30589848 + Lydia Maras -Scafidi, 2316 S Hicks St, Philadelphia, PA 19145-4424
30589849 Lydia Miller, 10 Butternut Rd, Hellertown, PA 18055-9708
30589850 Lydia Pyburn, 2207 Green Mere Drive, Arlington, TX 76001-6769
30589851 Lydia Ramroop, 2215 Metzerott Rd, Adelphi, MD 20783-1623
30589852 + Lydia S Tavera-Lamb, 2849 McGavock Pike, Nashville, TN 37214-1445
30589853 Lydia Tart, 1601 Fairview Rd, Raleigh, NC 27608-2529
30589856 + Lyn Lapid, 3000 Marcus Ave Ste 1W5, Lake Success, NY 11042-1007
30589858 + Lyn Wilder-Dean, 118 Clinton Ave, 1A, Oak Park, IL 60302-2832
30589859 Lynda Turgeon, 28 WINDING CREEK LN, BIDDEFORD, ME 04005-3900
30589860 + Lyndsay Greene, 1320 Saulsbury Street, Lakewood, CO 80214-4738
30589861 Lyndsay Knowles, 1197 Rudy Ln, Mount Pleasant, SC 29466-9520
30589862 + Lyndsay Mitchell, 3609 Lake Tahoe Drive, Arlington, TX 76016-3521
30589863 Lyndsay Tunn, 547 Boundary Rd E, Pembroke, ONTARIO K8A6MI, CANADA
30589864 Lyndsey Gehling, 65 Newtown Plains Rd, Lee, NH 03861-6711
30589865 + Lyndsey Hill, 7551 Willis Ave, Fort Worth, TX 76116-8651
30589866 + Lyndsie Harris, 133 Moorland Ct, Lititz, PA 17543-8013
30589867 Lyndzy Passmore, 668 Middle Tpke, Storrs, CT 06268-1323
30589868 Lynette Aceves, 153 Arborwood St, Fillmore, CA 93015-1995
30589869 Lynley Phillips, 2411 BOWIE LN, GRAPEVINE, TX 76051-8013
30589870 Lynn Agosta, 46 Audrey Rd, Westbury, NY 11590-1660
30589871 Lynn Burdwood, 28 Zelley Ave, Trenton, NJ 08620-2322
30589872 Lynn Hammann, 4495 NORTHWOODS PASS, HARRISON, OH 45030-9540
30589873 Lynn Harvey, 700 S Charles St, Baltimore, MD 21230-3840
30589874 Lynn Hunt, 2077 Ramblewood Dr S, Rehoboth Beach, DE 19971-8635
30589875 + Lynn Klover, 603 S County Rd 27E, Berthoud, CO 80513-8707
30589876 Lynn Simpson, 6847 Giles Hill Rd, College Grove, TN 37046-9231
30589877 Lynn Waldvogel, 157 COLABAUGH POND RD, CROTON HDSN, NY 10520-3216
30589878 Lynne Batson, 420 31st St, Kenner, LA 70065-4102
30589879 Lynne Becker, 459 Terrace St, Honesdale, PA 18431-1504
30589881 Lynne Cavallo, 1549 N 19th St, Allentown, PA 18104-1545
30589882 Lynne Inouye, 8966 Jewel Ave S, Cottage Grove, MN 55016-4905
30589883 Lynne Mueller, 10500 S SHANGRILA CT OAK CREEK, Oak Creek, WI 53154-6627
30589880 + Lynne blake, 501 Elizabeth Lane NW, Bondurant, IA 50035-1442
30589884 + Lynnette Draheim, 3802 Sioux Lane, Madison Lake, MN 56063-9529
30589885 Lynnette Schroeder, 27 Broadway, Somers Point, NJ 08244-1109
30589886 + Lynnsey Holland, 215 Quarry Rock Loop, Liberty Hill, TX 78642-4040
30589887 + Lynsie Sitler, 15 avon street, Apt. 3, Johnson city, NY 13790-1701
30589888 Lynz Baxter, 2536 COPPER SKY DR, SIERRA VISTA, AZ 85635-6977
30589889 Lynzeryus Railey, 45514 Sciara Ln, APT 5, Hammond, LA 70401
30589890 + Lyra Parker, 1600 Washington Ave, Conway, AR 72032-4115
30589891 Lyric, 157 WINNISIMMET ST, CHELSEA, MA 02150-2745
30589892 + Lyric Flamm, 4513 Tweedsmuir Turn, Moseley, VA 23120-1287
30589893 Lyssette Acosta, PO Box 639, Greenfield, CA 93927-0639
30589894 + Lyvia Juarez, 1225 9th Ave SE, East Grand Forks, MN 56721-2395
30589895 M rten Wadstr m, Frejagatan 9, Tibro, V stra G talands L n 54331, SWEDEN
30589896 M D, 4905 Trotters Way, Toms River, NJ 08755-1915
30589897 + M Hill, 124 S Union Ave, Pueblo, CO 81003-3426
30589898 M J Hoskin, 23 Pillans Road, Tauranga, BAY OF PLENTY 3110, NEW ZEALAND
30589900 + M13 Graphics, 1300 Basswood Rd, Suite 100, Schaumburg, IL 60173-4522
30589909 MACHADO ANTUNES Angel, 19 rue Pierre Moulie, Ivry sur Seine, Ile-de-France, 94200, FRANCE
30590056 MADISON BECKSTEAD, 6412 W Founders St, Eagle, ID 83616-5954
30590384 + MARGARET AMON, 1325 MORELAND DR, CLEARWATER, FL 33764-2924
30590479 MARIANNE LUSSIEZ, 6 rue des Faubourgs, Veyre-Monton, AUVERGNE 63960, FRANCE
30590664 + MARK, SYD, 0S055 EVANS AVENUE, WHEATON, IL 60187-2523
30590677 MARKUS YAMAMOTO, 15460 Benedict Ln, Los Gatos, CA 95032-2543
30590760 MARY CHRISCO, 1114 Saint Frances Dr, Antioch, CA 94509-4625

District/off: 0752-1                          User: admin                                    Page 305 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                              Total Noticed: 30719

| | | |
|---|---|---|
| 30590794 | | MARY LYDEN, 47 Aberdeen Rd, Matawan, NJ 07747-2719 |
| 30590818 | | MARYANN BEAVER, 3915 Obsidian Rd, San Bernardino, CA 92407-0403 |
| 30591071 | | MATTHEW FOTES, 369 A, Belleville, ONTARIO K8N4T1, CANADA |
| 30591221 | | MATTHEW SPEZZANO, 675 Pine Ct, Lake Bluff, IL 60044-2027 |
| 30591245 | + | MATTHEW VINCENT MORENO, 1126 Don Alberto Lane, San Jacinto, CA 92582-5803 |
| 30591425 | + | MAYRA V LOPEZ, 6429 Orchid Ln, Dallas, TX 75230-4120 |
| 30591593 | + | MEGAN Sullivan, 41 Holland drive, EAST LONGMEADOW, MA 01028-1418 |
| 30591641 | + | MEI-GSR Holdings LLC, 2500 East Second Street, Reno, NV 89595-1200 |
| 30591666 | | MELANIE HOPE, 308 Maple Ridge Dr, Wilmington, OH 45177-3915 |
| 30591807 | + | MEP MIDLAND OPERATIONS LLC, 1228 Main Street, Kansas City, MO 64105-2107 |
| 30591812 | | MERCH IN MOTION INC., 166 Byron Ave, Dorchester, CANADA ON NOL 1G3 |
| 30591814 | | MERCH SOURCING LIMITED, FLAT/RM A AS/F ZJ 300, 300 LOCKHART ROAD, WAN CHAI, HONG KONG |
| 30592245 | | MICHEL BANNELIER, 15 CHEMIN DE LA MADELEINE, FLOURENS 31130, FRANCE |
| 30592266 | | MICHELLE BROWN, 843 Palo Verde Dr, Henderson, NV 89015-5736 |
| 30592384 | | MIKAELA FORKER, 2860 Carsten Ave, Kalamazoo, MI 49004-1159 |
| 30592625 | + | MJ Ensley, 1003 Queensbury Run, Acworth, GA 30102-1788 |
| 30592626 | + | MJ Espinosa, 108 Greenbrier Circle, Mannford, OK 74044-9602 |
| 30592771 | | MORGAN KELLEY, 1433 Toledano St, New Orleans, LA 70115-3418 |
| 30592816 | | MORGYNN REEDY, 18630 104th Ave, Nunica, MI 49448-9608 |
| 30592837 | | MOURIOUX ROBIN, 6 rue de l'aiguette, TOULOUSE, MIDI-PYRENEES 33110, FRANCE |
| 30592842 | | MR JOSEPH C RILEY, 31 Hector Road, Manchester, ENGLAND M13 0QN, UNITED KINGDOM |
| 30592863 | + | MV Sport, 88 Spence Street, Bay Shore, NY 11706-2229 |
| 30592879 | | MYKE SELLITTO, 3700 Odonnell St Ste 200, #NAME?, Baltimore, MD 21224-5269 |
| 30590222 | | MaKayla Hasselkus, 26461 Portola, Mission Viejo, CA 92692-4163 |
| 30590234 | | MaKenzie Erickson, 1580 N 200 E Apt 414, North Logan, UT 84341-7541 |
| 30589901 | | Mabel Andrade, 26565 Laramie St, Apple Valley, CA 92308-0475 |
| 30589902 | | Mac Ayres, c/o Rebecca Sugden, CAA, 12 Hammersmith Grove, UNITED KINGDOM |
| 30589904 | + | Mac Egan, 7725 Bell Stanley Rd, Powell, TN 37849-4104 |
| 30589905 | | Mac Mardi, SCHOOL HOUSE, CHURCH LANE, CHURCH LANE, WHITE RODING, ENGLAND CM61RJ, UNITED KINGDOM |
| 30589906 | + | Mac Weaver, 99 S Broadway, Apt. 285, Denver, CO 80209-1898 |
| 30589907 | + | Mac Wilson, 1283 Commonwealth Ave, Apt. 2, Boston, MA 02134-4902 |
| 30589932 | | MacKenzie Martin, 21749 Rolling Woods Pl, Sterling, VA 20164-2303 |
| 30589934 | | MacKenzie McWatters, 9656 HAMES AVE S, COTTAGE GROVE, MN 55016-3871 |
| 30589936 | | MacKenzie Roepke, 440 Cunningham Ln, Lexington, KY 40508-2156 |
| 30589908 | | Macayla Anderson, 468 SW 29th Ct, Redmond, OR 97756-8814 |
| 30589911 | + | Macie Redmond, 10119 Parkwood drive, Bethesda, MD 20814-4033 |
| 30589912 | | Maciej Budnik, M. M. Kolbe, 2,10, E?k, warmi?sko-mazurskim, 19-300, POLAND |
| 30589913 | | Maciej Durkiewicz, 4 Flaxmill Place, Flat 2, Edinburgh, SCOTLAND EH65QU, UNITED KINGDOM |
| 30589914 | | Maciej Sztych, Ko ciuszki, Apt. 39, Ostrow Mazowiecka, Mazowieckie, 07-300, POLAND |
| 30589915 | | Mack Anderson, 1916 Easton Ave, Waterloo, IA 50702-2607 |
| 30589916 | + | Mack Haraway, 2167 Westmead Drive SW, Decatur, AL 35603-1032 |
| 30589918 | + | Mack Schlicht, 4023 deer lake road, Ishpeming, MI 49849-9786 |
| 30589919 | | Mackay Moore, 2007 Hillside Rd, Brien Mcmahon Hall 238, Storrs Mansfield, CT 06269-9024 |
| 30589920 | + | Mackensie Turner, 8319 Whitesburg Way SE, APT 907, Huntsville, AL 35802-3467 |
| 30589921 | + | Mackenzie Aurora Cobb, 2 West Academy Street, McGraw, NY 13101-9479 |
| 30589922 | + | Mackenzie Bailey, 3014 W William Cannon Dr, Apt. 1823, Austin, TX 78745-5160 |
| 30589923 | | Mackenzie Bartzen, 125 Dartmouth Trl Apt 7, Fort Collins, CO 80525-1450 |
| 30589924 | + | Mackenzie Callahan, 7351 E. Speedway Blvd., 6c, Tucson, AZ 85710-1532 |
| 30589925 | | Mackenzie Cavanaugh, 273 E Railroad Ave, Bayville, NJ 08721-2101 |
| 30589926 | | Mackenzie Eisenmann, 232 West St Apt 410, Reno, NV 89501-1341 |
| 30589927 | | Mackenzie Ferson, 3215 Blackwater Road, Quesnel, BC V2J 7E1, CANADA |
| 30589928 | | Mackenzie Hall, 295 WASHINGTON AVE APT 1G, BROOKLYN, NY 11205-4232 |
| 30589929 | | Mackenzie Jaekley, 7444 E Medina Ave, Mesa, AZ 85209-4951 |
| 30589930 | | Mackenzie Legault, 6294 172 St, Surrey, British Columbia V3S 6V8, CANADA |
| 30589931 | + | Mackenzie Mae Hart, 1054 Saint Johns Road, Drums, PA 18222-2219 |
| 30589933 | | Mackenzie Matckie, 94 S Hollow Rd, Stowe, VT 05672-4557 |
| 30589935 | + | Mackenzie Noble, 13478 MORLEY DR, FRISCO, TX 75035-8415 |
| 30589937 | + | Mackenzie Sentena, 330 E ROOSEVELT ST, APT, 5082, PHOENIX, AZ 85004-4316 |
| 30589938 | + | Mackenzie Swearengen, 3325 Primrose Ln, Ypsilanti, MI 48197-3216 |
| 30589939 | + | Mackenzie Thurman, 5300 7 Mile Rd, South Lyon, MI 48178-9671 |
| 30589940 | + | Mackenzie Thurston, 221 n union st, Galion, OH 44833-1739 |
| 30589941 | | Mackenzie Tillleman, 2015 Heritage Dr, Havre, MT 59501-5548 |
| 30589942 | + | Mackinzey Critzer, 2000 Stambuk Lane, Apt. 1237, Statesboro, GA 30458-0231 |

District/off: 0752-1                          User: admin                                    Page 306 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                          Total Noticed: 30719

30589943         Macklin Harry Wilmot, 107 Grant Street, Port Macquarie, NEW SOUTH WALES 2444, AUSTRALIA
30589944         Maclane Lee, 295 County Road 138 Apt 6106, Hutto, TX 78634-2436
30589945         Macy Balmer, 403 S Hamilton Ave, Indianapolis, IN 46201-4024
30589946     +   Macy Park, 7928 N Glen Dr, Apt 1053, Irving, TX 75063-7252
30589947     +   Macy Reckward, 1851 25th ave NW, Rochester, MN 55901-0780
30589948     +   Macy Risch, 184 Bay Circle Drive, Holland, MI 49424-6606
30589950     +   Mad Hatter Experiences, LLC, 379 West Broadway 3rd Floor, Suite 344, New York, NY 10012-5122
30589951         Mad Madsen, 129 Holmes St S Apt 410, Shakopee, MN 55379-3112
30589953         Madalyn Fields, 1578 Neil Ave, Columbus, OH 43210-2321
30589954     +   Madalyn Lyons, 210 Bernard Ct, Apt. 1, Madison, WI 53715-2262
30589955         Madalyn Powers, 1410 43rd St, Phenix City, AL 36867-2227
30589956         Madalyn Wade, 587 Polk St, Lebanon, MO 65536-2846
30589957         Madalyn Wayman, 464 Beauly Dr, Richmond Hill, GA 31324-4965
30589958         Madden Hillman, 2425 Underwood St, Nashville, TN 37208-2334
30589959         Maddi McComber, 1006 E 6th St, Duluth, MN 55805-2232
30589960     +   Maddie, 4401 Wakefield drive, Annandale, VA 22003-3831
30589961         Maddie Alper, 22 Bosuns Way, Marstons Mills, MA 02648-1015
30589962     +   Maddie Burton, 3297 E Lindsay Spring Cir, Heber City, UT 84032-1232
30589963     +   Maddie Campbell, 196 Santa Monica Avenue, Menlo Park, CA 94025-2743
30589965         Maddie Collins, 541 Thomas St, Oak View, CA 93022-9228
30589967         Maddie Driggers, 235 TENNESSEE AVE NE, WASHINGTON, DC 20002-6427
30589968     +   Maddie Fields, 135 Applewood Ln, Columbus, MI 48063-3736
30589969     +   Maddie Jongejan, 11962 Bellaire St, #F, Thornton, CO 80233-1742
30589970     +   Maddie Koballa, 478 Catlin Dr, Richmond Heights, OH 44143-2530
30589971     +   Maddie Lee, 3700 E Deerfield Rd, X7, Mount Pleasant, MI 48858-5569
30589972     +   Maddie Lentz, 831 S Flower Street, Unit 3, Inglewood, CA 90301-5362
30589973         Maddie Leopardo, 1765 N WELLS ST APT 1F, CHICAGO, IL 60614-5818
30589974     +   Maddie Maschger, 1106 SE 13th Ave, Apt 101, PORTLAND, OR 97214-3689
30589976         Maddie Nilsson, 1331 Gonzales Rd SW, Albuquerque, NM 87105-2705
30589977     +   Maddie Park, 2314 E Woodchuck Circle, Sandy, UT 84093-2741
30589978         Maddie Putnam, 1521 Peck St, Muskegon, MI 49441-2127
30589979         Maddie Ringuette, 139 Sugar Rd, Bolton, MA 01740-1063
30589980         Maddie Smulders, 16 Mallee Street, Mount Gambier, South Australia, 5290, AUSTRALIA
30589981         Maddie Williams, 2248 E Alderhill Dr, Eagle, ID 83616-6636
30589982     +   Maddie Wyckoff, 20205 Jennifer Ct, Canyon Country, CA 91351-6919
30589983         Maddilynn Zickafoose, 19921 19th Ave NE Apt 302, Shoreline, WA 98155-1279
30589984         Maddison Dennis, 36 Alan Grove, Woori Yallock, Victoria 3139, AUSTRALIA
30589985         Maddison Hasegawa, 1222 Gerry Way, Roseville, CA 95661-3429
30589986     +   Maddison Pitzl, 31725 SE Judd Rd, Eagle Creek, OR 97022-9756
30589987     +   Maddison Thigpen, 8456 Coastal Breeze Court, Navarre, FL 32566-1073
30589989         Maddy, Smith, 22591 NE 96th ST, WA 98006
30589990         Maddy Beck, 2503 21st St, Bloomington, IL 61704-7678
30589992         Maddy Clark, 5839 Sherwin Ave, Portage, IN 46368-3441
30589993         Maddy Didjurgies, 56 Gilmour Street, Traralgon, Victoria, 3844, AUSTRALIA
30589994         Maddy Giles, 26 Wyalla Road, Jamberoo, NEW SOUTH WALES 2533, AUSTRALIA
30589995     +   Maddy McClain, 1702 W 25th Place, Kennewick, WA 99337-3624
30589996         Maddy McLendon, 3923 RIVER POINTE LN, VESTAVIA HLS, AL 35216-6823
30589997     +   Maddy Morrison, 1755 N 4th St, Columbus, OH 43201-1906
30589998         Maddy Potter, 6 Somerset Court, Leopold, VICTORIA 3224, AUSTRALIA
30589999         Maddy Roman, 72 Fairmor Dr, Westover, WV 26501-3815
30590000         Maddy Surface, 2102 N Alder St, Apt 32, Ellensburg, WA 98926
30590002     +   Madeleine Belobraydic, 2533 Perdenales Drive, Royse City, TX 75189-5080
30590003         Madeleine Cheney, 500 Broadway Apt 3119, Malden, MA 02148-2076
30590004     +   Madeleine Douglas, 39W121 East Mallory Dr, Geneva, IL 60134-4898
30590005     +   Madeleine Duke, 10 Arizona Terrace, Apt 1, Arlington, MA 02474-3719
30590007         Madeleine Johnson, 401 US HIGHWAY 22 APT 24F, N PLAINFIELD, NJ 07060-3838
30590008         Madeleine Leippi, 32023 Big Oak Ln, Castaic, CA 91384-4107
30590010     +   Madeleine Rowell, 155 Buchanan St, Apt 2, San Francisco, CA 94102-6161
30590011     +   Madeleine Snyder, 1216 Tullamore Circle, Chester Springs, PA 19425-1214
30590012         Madeleine Tan, 2 Sheppards Lane, Norwood, South Australia, 5067, AUSTRALIA
30590013     +   Madeleine Wright, 658 N Elm St, Chandler, AZ 85226-2739
30590006     +   Madeleine hart, 5733 benner st, Apt. 12, Highland park, CA 90042-4713
30590014     +   Madeline Adams, 825 Calle Mejia, Apt 331, Santa Fe, NM 87501-1474

30590015          Madeline Andrade, 294 Pringle Drive, Barrie, ON L4N 0Z2, CANADA
30590016      +   Madeline Anstoetter, 8519 Cherokee Pl, Leawood, KS 66206-1446
30590017          Madeline Belle, 3655 SW 114th Ave, Beaverton, OR 97005
30590018          Madeline Blair, 703 Hulon Howard Rd, Landrum, SC 29356-9715
30590019      +   Madeline Bursaw, 41-27 23rd Street, Apt. 2R, Long Island City, NY 11101-4838
30590020      +   Madeline Christian, 616 Highway 2, Lot 00, Sterlington, LA 71280-3085
30590021          Madeline Clark, PO Box 192, Old Orchard Beach, ME 04064-0192
30590022      +   Madeline Fannin, 1558 Rosewood Dr, Wooster, OH 44691-2572
30590023      +   Madeline Freitag, 5615 Deloak Drive, Unit 313, St. Louis, MO 63129-6042
30590026      +   Madeline Kruse, 707 W High Street, Urbana, IL 61801-3925
30590027      +   Madeline Montes, 2040 Sinaloa Ave, Altadena, CA 91001-3356
30590028      +   Madeline Pawlak, 1910 Wayside Dr, Hartford, WI 53027-8307
30590029      +   Madeline Platt, 77 Fulton St, Apt. 10C, NY, NY 10038-1827
30590030          Madeline Porath, 5124 BLACKELM DR, MCKINNEY, TX 75071-6271
30590031          Madeline Richardson, 5935 SW 161st Ave, Beaverton, OR 97007-4015
30590032      +   Madeline Rodriguez, 955 Cranbrook Ct, Apt. 354, Davis, CA 95616-1258
30590033      +   Madeline Rodriguez, 17 Sanchez Avenue, St. Augustine, FL 32084-3285
30590034      +   Madeline Rogers, 5414 Richenbacher Ave, Apt 102, Alexandria, VA 22304-2066
30590035      +   Madeline Shaw, 126 Stanmore rd, Baltimore, MD 21212-1131
30590036      +   Madeline Slaughter, 1525 State Rd NW, Warren, OH 44481-9132
30590037      +   Madeline Young, 3524 Bella Viera Ct, Las Vegas, NV 89141-3519
30590038      +   Madelyn A Barkocy, 18-63 Linden Street, 1L, Ridgewood, NY 11385-2251
30590039          Madelyn Bruce, 4610 N 27th St, Tacoma, WA 98407-4612
30590040      +   Madelyn Foley, 4525 164th St SW, W205, Lynnwood, WA 98087-9204
30590041          Madelyn Gonzalez, 1404 Albany Ave, Modesto, CA 95350-4008
30590042          Madelyn Green, 4556 Pascagoula Run, Greenwood, IN 46143-6837
30590043      +   Madelyn Houk, 2850 N Sheridan Rd, Apt. 610, Chicago, IL 60657-6134
30590044          Madhusudan Suryanarayanan, 22655 Heatherbrae Way, Novi, MI 48375-4323
30590045          Madi Byfield, 677 Irishtown Road, Irishtown, WESTERN AUSTRALIA 6401, AUSTRALIA
30590046      +   Madi Engebretson, 165 N Polk St, Apt 4, Eugene, OR 97402-4172
30590047      +   Madi Reed, 259 Mast Rd, R-11, Durham, NH 03824-4630
30590048      +   Madi Stovall, 2809 S Fields Rd, Oak Grove, MO 64075-7169
30590049      +   Madie Murphy with the natural Breasts, 1131 rivara rd, Stockton, CA 95207-1731
30590050          Madilyn Greenaberg, 4401 Elm St, Downers Grove, IL 60515-2923
30590051          Madilyn MacKay, 104 Fosters Holly Ln, Holly Springs, NC 27540-5963
30590053      +   Madison Ave, 132 Lee Dr, Floyds Knobs, IN 47119-8918
30590054      +   Madison Bartholomay, 37693 SW Height of Land DR, Rochert, MN 56578-9615
30590055      +   Madison Barton, 1009 S McDonald St, Attica, IN 47918-1711
30590057          Madison Blake, 1422 Underwood Ct, McKinleyville, CA 95519-9323
30590058          Madison Britt, 4 W South St, Perryville, MO 63775-2507
30590059          Madison Brown, 917 Willems Way Apt 303, Buffalo, MN 55313-7536
30590060      +   Madison Bugley, 6 Worthington Lane, Parkersburg, WV 26104-1500
30590061      +   Madison Busick, 70 Constitution Ave, #417, Portsmouth, NH 03801-6076
30590062          Madison Caldas, 161 Princeton St, New Bedford, MA 02745-5365
30590063      +   Madison Candeloro, 211 Jala Lake Drive, Easley, SC 29642-9569
30590064      +   Madison Carpenter, 873 State Route 502, Spring Brook Township, PA 18444-6459
30590065      +   Madison Caswell, 178 S. BALDWIN RD, Clarkston, MI 48348-2308
30590066      +   Madison Coday, 1600 16th ST NW, Apt 604, WA, DC 20009-3069
30590067          Madison Crawford, 3366 Anhinga Ct, Jacksonville Beach, FL 32250-2556
30590069          Madison Durnion, 660 Jopling St, Ishpeming, MI 49849-1023
30590070          Madison Ennis, 28-5658 Glen Erin Drive, Mississauga, Ontario L5M 6C4, CANADA
30590071          Madison Factor, 2910 125th St, Lubbock, TX 79423-7956
30590072      +   Madison Fields, 135 Applewood Ln, Columbus, MI 48063-3736
30590073      +   Madison Fougere, 1937 English Oak Ct., Virginia Beach, VA 23453-7090
30590074      +   Madison Glusick, 1243 Jenifer St, Apt 3, Madison, WI 53703-4844
30590075          Madison Hall, 31 Echidna Court, Greenbank, QUEENSLAND 4124, AUSTRALIA
30590076          Madison Hall, 31 Echidna Court, Greenbank, WESTERN AUSTRALIA 4124, AUSTRALIA
30590077      +   Madison Hampton, 2251 Rocky Mountain Ave, Unit 310, Loveland, CO 80538-8847
30590078      +   Madison Hartung, 2459 Mallard Drive, Walnut Creek, CA 94597-2328
30590079      +   Madison Hill, 3748 S carlisle park pl, unit 3, south salt lake, UT 84119-7809
30590080          Madison Hiller, 39 Lardon Crt, Winnipeg, Manitoba R3X 1Y4, CANADA
30590081      +   Madison Hollister, 10237 W 21st St N, Apt A15, Wichita, KS 67205-1824
30590082      +   Madison Howard, 1126 Waterstone Lane, 1126, Charleston, SC 29414-5771

District/off: 0752-1                          User: admin                                    Page 308 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                    Total Noticed: 30719

30590083      +  Madison I Saunders, 180 Stony Ridge Ct, Newport News, VA 23608-2673
30590084         Madison Ingling, 1501 Parkside Ave Apt 9A, Ewing, NJ 08638-2624
30590085      +  Madison Ingram, 4808 oak tree ct, Brighton, MI 48116-9774
30590086         Madison Isaac, 45 S Main St, Marshallville, OH 44645-9773
30590088         Madison Jackson, 41569 Farrell Dr, Clayton, NY 13624-2176
30590087      +  Madison Jackson, 1026 Bills Lane, St. Johns, MI 48879-1184
30590089         Madison James, 8475 Center St, Mokelumne Hill, CA 95245-9601
30590090         Madison Jones, 11307 Grand Oak Dr Apt 7, Grand Blanc, MI 48439-1255
30590091      +  Madison Kane, 422, Aventura Drive, Mount Juliet, TN 37122-6427
30590092         Madison Kelsch, 1310 WOODLAND COVE PL NE, CLEVELAND, TN 37312-5851
30590094         Madison Kourajian, 46 Lamar Ln, Hoschton, GA 30548-4308
30590095      +  Madison Liptrot, 10-10 Marshall Road, Fair Lawn, NJ 07410-4142
30590096         Madison MacDonald, 307 Atlantis Ave, Ottawa, ONTARIO K2A 1X7, CANADA
30590097      +  Madison Major, 45707 Utica Green West, Shelby Township, MI 48317-5176
30590098         Madison Marie gray, 1331 Lance Dr, Santa Rosa, CA 95401-4580
30590099      +  Madison Martinez, 3617 Mallard Cove Ct, Charlotte, NC 28269-1278
30590100      +  Madison McClary, 1018 Alnetta Drive, Cincinnati, OH 45230-4012
30590101      +  Madison McClellan, 31150 SW Country View Loop, Wilsonville, OR 97070-8428
30590102      +  Madison McDowell, 5473 Snow Den Trl, Columbiaville, MI 48421-9392
30590103         Madison Miciche, 204 Carroll Rd, Centreville, MD 21617-2674
30590104      +  Madison Moll, 444 Elmington Avenue, Apt 511, Nashville, TN 37205-5172
30590105      +  Madison Morlan, 1902 Valeri Dr., Newberg, OR 97132-4015
30590106         Madison Radcliff, 314 Pleasant Meadows Dr, Gaffney, SC 29341-1232
30590107         Madison Roberts, 11 Rosewell CT, Norlane, VIC 3214, AUSTRALIA
30590109      +  Madison Schnur, 1954 Nordyke Ave, Santa Rosa, CA 95401-3637
30590110         Madison Shaw, 250 Roundtree Ct, Brea, CA 92821-4513
30590111      +  Madison Sides, 901 Mulder Drive, Lincoln, NE 68510-4035
30590112         Madison Smith, 443 Station Road RD2 Matamata, Matamata, Waikato 3472, NEW ZEALAND
30590113         Madison Stamos, 4037 7th Ave NE Apt B, Seattle, WA 98105-6462
30590114      +  Madison Storino, 4361 Shadowstone Dr, Easton, PA 18040-6665
30590115         Madison Swilling, 2315 Mountain Creek Church Rd, Starr, SC 29684-8965
30590116      +  Madison T Johnson, 1056 El Camino Real, Apt 102, Burlingame, CA 94010-4934
30590117         Madison Tesarski, 4745 Elizabeth Harbor Dr, Chesapeake, VA 23321-2212
30590118         Madison Thomsen, 91 Cypress St, Park Ridge, NJ 07656-2107
30590119         Madison Townend, 31 McBryan Drive, Hay River, NORTHWEST TERRITORY XOE 0R3, CANADA
30590120      +  Madison Vance, 715 Atwood St NE Apt 2, Apt 2, Grand Rapids, MI 49503-3527
30590121         Madison Vellenga, 45 N Brown Ave Apt 7, Tucson, AZ 85710-3070
30590122         Madison Villasenor, 279 Cecil Pl, Costa Mesa, CA 92627-1857
30590123         Madison White, 102 Lexibelle Dr, Columbia, MO 65201-2831
30590124      +  Madison York, 367 Terrace Dr, 367 Terrace Dr, Smyrna, GA 30082-3057
30590093         Madison kielar, 13400 ELSWORTH ST APT 702, MORENO VALLEY, CA 92553-8488
30590125      +  Madlib, c/o Epps Firm, 3070 N Main Street, Kennesaw, GA 30144-2756
30590126         Mads Agerbo jensen, Urmagervej 9, Randers NV 8920, DENMARK
30590127         Mads Emil Kjeldsen, S ller dgade 32, Copenhagen 2200, DENMARK
30590128         Mads Pedersen, Adelgade 74, 3, th, Skanderborg, JUTLAND 8660, DENMARK
30590129      +  Mady Grulke, 126 W 7th St, Apt 4, Winona, MN 55987-3212
30590130      +  Mady Grulke, 126 West 7th Street, Apt 4, Winona, MN 55987-3212
30590131         Mae Fielder, 195 Effie Dr, Hazel Green, AL 35750-8703
30590132      +  Mae Hayashi, 1341 West Countryside Lane, Bloomington, IN 47403-3260
30590133         Mae Rapp, 10 Bennett Ave Apt 5E, NY, NY 10033-2109
30590134         Mae Wright, 1316 October Rd, Raleigh, NC 27614-9682
30590135         Mae'anna Osceola, 4990 Jovanne St, Ave Maria, FL 34142-5267
30590136         Maegan Conlon, 2300 SW 43RD ST APT A6, GAINESVILLE, FL 32607-3826
30590137      #+ Maegan Ingle, 4047 Tower Dr, Eau Claire, WI 54703-2147
30590138      +  Maegan Jones, 913 South Crest Road, Chattanooga, TN 37404-5926
30590139         Maekalah Ratsabout, 612 13TH ST, NEWPORT, MN 55055-1159
30590140         Mael Guillas, 53 rue de Riaval, BRETAGNE 35000, FRANCE
30590141         Maelee Wilson, 151 Clubhouse Ln, Lebanon, OH 45036-8108
30590142         Maeve Schmitt, 21901 Moneta Ave Unit 29, Carson, CA 90745-2856
30590143         Magaly Plunkett, 12 William Puckey Dr, Cortlandt Manor, NY 10567-6206
30590144      #+ Magda Seiden, 115 E Crescent Ave, Mahwah, NJ 07430-1572
30590147         Magena Baker, 3171 Carefree Ln, Florissant, MO 63033-2935
30590148      +  Maggi Whitehouse, 2404 Elm, Nederland, TX 77627-4790

30590149    + Maggie Bowman, 808 Center St, Apt 3, Henderson, NV 89015-5790
30590150    + Maggie Bush, 29W141 Old Farm Ln, Warrenville, IL 60555-2225
30590151    + Maggie Caldwell, 1200 W Waveland Ave, Apt 1, Chicago, IL 60613-3832
30590153      Maggie Dickinson, 1509 CAULKS HILL RD, SAINT CHARLES, MO 63304-6808
30590154      Maggie Eich, 2273 Pinot Blanc, New Braunfels, TX 78132-4800
30590155    + Maggie Frank, 8321 E 81ST, APT 1517, TULSA, OK 74133-8048
30590156    + Maggie Gill, 8759 Cooper Rd, Indianapolis, IN 46278-1125
30590157    + Maggie Hall, 3341 Tonya Dr, Powell, TN 37849-4608
30590158      Maggie Hargrove, 806 Sitwell Dr, Rockwall, TX 75087-0587
30590159    + Maggie He, 208 East 7th Streef, Apt. 20, NY, NY 10009-5917
30590160      Maggie Hegna, 14 Realm Street, Arncliffe, New South Wales, 2205, AUSTRALIA
30590161    + Maggie Jones, 217A Thomson Drive East, Centerville, GA 31028-1034
30590162      Maggie Marsden, 1055 Harbor Ct, Eldersburg, MD 21784-8910
30590163    + Maggie McClure, 5152 W Alpen Glow Ct, Herriman, UT 84096-6672
30590164      Maggie McMahon, 300 Ridgewood St, Altamonte Springs, FL 32701-7713
30590165      Maggie Michalski, 2874 S Wentworth Ave, Milwaukee, WI 53207-2545
30590167    + Maggie Nail, 106 Shelton St, A, Carrboro, NC 27510-1730
30590168    + Maggie Rigney, 2833 N Kedzie ave, Apt 2, Chicago, IL 60618-0029
30590170      Maggie Tankersley, 7011 Lawyer Rd, Cincinnati, OH 45244-3587
30590171    + Maggie Treants, 292 Greenough St, Apt 2, Philadelphia, PA 19127-1112
30590173    + Maggie Vorlop, 977 East Circle Drive, Whitefish Bay, WI 53217-5362
30590169    + Maggie seidenberg, 86 Pine Mountain Rd, Ridgefield, CT 06877-1503
30590172    + Maggie trimbach, 9523 N Ivanhoe St, Portland, OR 97203-1411
30590174      Maggy L, 4075 N Cadillac Dr Apt 1, Fayetteville, AR 72703-4884
30590175    + Magic Giant, 235 Park Ave south- 9th FL, New York, NY 10003-1405
30590176    + Maglio, Steven, 1779 CUMBERLAND GREEN DR., SAINT CHARLES, IL 60174-4602
30590177    + Magnet America, 512 Newsome Rd., King, NC 27021-8510
30590178      Magnolia Ferguson-Rice, 9773 Jackson Rd, Oakdale, CA 95361-9779
30590179      Magnus Bergersen, Ceres vei 7, TONSBERG, VESTFOLD 3113, NORWAY
30590180      Magnus Lagerqvist, Sundbakken 3, Nesbru, Viken, 1394, NORWAY
30590181      Magnus Rasmussen, S lvagervej 4, Dianalund 4293, DENMARK
30590182      Mahad Mohamed, 2419 Brenner Ct, Roseville, MN 55113-1061
30590183    + Mahmoud Al-Fadhl, 18120 Stoneridge St, Apt F, South Bend, IN 46637-5134
30590184    + Mai Al-rajai, 170 lake country, Mannford, OK 74044-9527
30590185    + Maia Cheong, 4501 Foxdale Court, Jefferson City, MO 65109-9215
30590186    + Maia Donald, 424 Lakeshore Ln, Chapel Hill, NC 27514-1733
30590187    + Maia Gallagher, 14 Sunset Rd, Wellesley, MA 02482-4642
30590188      Maia Hepe, 63 Jacaranda Ave, Logan Central, Queensland 4114, AUSTRALIA
30590189      Maia Morris-Slattery, 1453 Winchester Ave, McKinleyville, CA 95519-9473
30590190      Maia Pierce, 419 S Walnut St, Appleton, WI 54911-5919
30590191      Maicky Hendrick, Chopinstraat 44, Venray, LIMBURG 5802 HD, NETHERLANDS
30590192      Maik Gabel, Angelstraaye 11, Ennigerloh 59320, GERMANY
30590193    + Maila Rambissoon, 3524 hobbes dr, Naperville, IL 60564-4162
30590195      Maili Malabey, 523 Summer Ln, Tracy, CA 95377-8653
30590198    + Maire Jarzebowska, 10 Milton Ave, Summit, NJ 07901-4030
30590199      Mairead McNamara, 6 Oberon Avenue, Hawthorn East, VICTORIA 3123, AUSTRALIA
30590200      Maison Du Festival De Jazz Inc., c/o L quipe Spectra, 1275 Saint-Antoine Street West, CANADA
30590201    + Maisy Dodge, 3508 Stevens Ave, Minneapolis, MN 55408-4565
30590202    + Maisyn Reardan, 2220 Plymouth Road, Apt 208, Minnetonka, MN 55305-2345
30590203      Maitias Townsend, 500 Shaw River Way, Sacramento, CA 95831-3302
30590204      Maizie lee, 284 ATHOL AVE, OAKLAND, CA 94606-1322
30590205    + Majestic Theatre Center Inc, 4140 Woodward Ave, Detroit, MI 48201-2027
30590206    + Majewski, Abigail, 10041 S WALNUT TERRACE, APT 308, PALOS HILLS, IL 60465-8230
30590207      Mak Millar, 122 Rundlewood PL NE, Calgary, ALBERTA T1Y 1B1, CANADA
30590208      Mak Wylde, 2850 114th Ave NW, Minneapolis, MN 55433-3419
30590209    + Makaela Richards, 8602 Westown Parkway, Apt. 2902, West Des Moines, IA 50266-1579
30590210    + Makaila Glancy, 543 F Avenue, Apt. 2, Coronado, CA 92118-1738
30590211      Makaila Newcomer, 3309 Jodi Ln, Dover, PA 17315-4759
30590212    + Makaiya von Stentzsch, 1742 Grand Ave, Unit 2, Long Beach, CA 90804-2021
30590213      Makay Burrows, 259 W 1500 N, Harrisville, UT 84404-2752
30590214    + Makay Terry, 1210 E 1500 N, PO Box 34, Terreton, ID 83450-0034
30590215      Makayla Anderson, 678 1st Ave NW, New Brighton, MN 55112-6808
30590217      Makayla Carpenter, 4017 Durham Rd, Royal Oak, MI 48073-1956

District/off: 0752-1                     User: admin                          Page 310 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                        Total Noticed: 30719

30590218    + Makayla Dapper, 346 W Pierpont Ave, E101, Salt Lake City, UT 84101-1700
30590220      Makayla Forrest, 59 Rosewell Crescent, Halton Hills, ON L7G 0N4, CANADA
30590221    + Makayla Garza, 204 North Reid Street, Shelbina, MO 63468-1144
30590223      Makayla Hernandez, PO Box 108, Talihina, OK 74571-0108
30590225      Makayla Makayla, 110 Wintergreen Ave, Sicklerville, NJ 08081-3426
30590226    + Makayla Marcum, 518 10th Street, Chesterfield, IN 46017-1504
30590227      Makayla Scott, 511 Pointe Blvd, Shepherdsville, KY 40165-6892
30590228      Makeiyla Jackson, 3003 Rancho Ct, Fort Worth, TX 76244-4857
30590229      Makena Foulk, 2181 SE Celebration Ct, Hillsboro, OR 97123-6123
30590230    + Makena Pule, 4812 Crestwood Ct, Santa Maria, CA 93455-4838
30590231      Makenna Meloche, 1151 Baker and Hearn Cir, Chickamauga, GA 30707-3942
30590233    + Makenzee Harmer, 2305 Hamilton Drive, Voorhees, NJ 08043-2613
30590235      Makenzie Heisdorf, 11 Quail Bush, Irvine, CA 92618-4055
30590236    + Makenzie Mueller, 50 terrace dr, E northport, NY 11731-1226
30590237      Maki Porter, 1337 N Fiddlesticks Pl Apt 3, Fayetteville, AR 72703-1191
30590238      Maksym G sior, Koszykowa 60/62, 20, Warszawa 00-643, POLAND
30590239      Maksym Garny, Bolesaawa Krzywoustego 22, Mosina 62-050, POLAND
30590240    + Mal Mapes, 854 east broad street, Columbus, OH 43205-1110
30590241    + Malachi Abell, 317 Myrtle St., Vestal, NY 13850-1915
30590242      Malachi Cleveland, 1316 E Via Corsica Pl, Fresno, CA 93730-8819
30590243    + Malachi Roschmann, 6928 Saddle Horse Way, Citrus Heights, CA 95621-3328
30590244      Malachi thanatos, 915 AVENIDA CIELITO NE, ALBUQUERQUE, NM 87110-6156
30590245      Malaika Davis, 16847 W HALIFAX ST, SURPRISE, AZ 85374-6883
30590246      Malakie Burnett, 1235 Russell Dr, Ocoee, FL 34761-1967
30590247      Malcolm Buchan, 15 Bethune Boulevard, Scarborough, ON M1M 3B6, CANADA
30590248      Malcolm Crane, 9001 AMBERGLEN BLVD APT 14310, AUSTIN, TX 78729-1149
30590249      Maleah Ristau, 1628 North Francisco Ave, Garden, Chicago, IL 60647
30590250      Maleen Englisch, Mergenthalerweg 13C, Bielefeld 33613, GERMANY
30590251    + Malesevic, Mira, 229 SAWYER AVE, GLEN ELLYN, IL 60137-4940
30590252      Malia Holliday, 2227 Center Ter Apt 5, Grand Island, NY 14072-1724
30590253      Malik Diakite, 3027 Braeburn Cir, Ann Arbor, MI 48108-2611
30590254      Malik Pitchford, 1926 Washtenaw Rd Apt 127, Ypsilanti, MI 48197-1735
30590255    + Malika Gottfried, 3920 NW Jameson Drive, Corvallis, OR 97330-1728
30590256      Malina Keil, Fugelstr. 16, Weingarten, Baden-Wurttemberg, 88250, GERMANY
30590257      Malinda Inthirath, 3300 16TH ST NW APT 908, WASHINGTON, DC 20010-2261
30590258      Malinda Schramm, 410 Lutzke Rd, Saginaw, MI 48609-6917
30590259      Malka Negret, 19104 Leigh Ln, Pflugerville, TX 78660-3497
30590260    + Mallory Junker, 2821 Hewett Ln, Chapel Hill, NC 27516-6350
30590261      Mallory Miller, 550 W Surf St Apt 511, Chicago, IL 60657-6088
30590262      Mallory Raimondo, 11 Vanevery St, Unit 2, Etobicoke, ON M8V 1Y5, CANADA
30590263      Malte Krack, Vahrer Stra e 176A, Bremen, Bremen, 28309, GERMANY
30590264      Malte M kinen, Torpa kvarnv g 189, FJAERAS, HALLAND 439 74, SWEDEN
30590265      Malte Rheingans, Eichenstr. 48, Hamburg 20255, GERMANY
30590266    + Manahil Javaid, 9017 Pitkin Avenue, Ozone Park, NY 11417-2706
30590267    + Mancee Taylor, 2616 Driftwood Dr, Mesquite, TX 75150-3624
30590268      Manchester Orchestra, c/o Bex Majors, Sound Talent Groups, El Cajon, CA 92020
30590270    + Mandi Gubler, 3097 Santa Clara Dr, Santa Clara, UT 84765-5328
30590271      Mandie Dau, 8998 Robbins Rd, Sacramento, CA 95829-9485
30590272      Mandy Bowman, 3565 County Route 14, Madrid, NY 13660-3161
30590274    + Mandy Hadley, 1529 N Bradley Ave, Oklahoma City, OK 73127-3122
30590275    + Mandy Morris, 415 N Locust St, P O Box 123, Wapella, IL 61777-0123
30590276      Mandy Rowe, 9505 Chad Colley Blvd Apt 1301, Fort Smith, AR 72916-5802
30590277      Mandy Shelton, 2717 Bobby Ave, Nashville, TN 37216-2907
30590278      Mandy Wong, 12820 144 Avenue Northwest, Edmonton, Alberta T6V 1C7, CANADA
30590273      Mandy forrestal, 3738 AMAPA LN, HONOLULU, HI 96818-1459
30590279    + Manhattan Center Studios, Inc., 311 West 34th Street, New York, NY 10001-2418
30590280    + Manish Patel, 524 Route 6A, Yarmouth Port, MA 02675-1916
30590281    + Manny Martinez, 4202 Coral Berry Path, Apt. 202, Gurnee, IL 60031-2160
30590282    + Manny Ortega, 824 E Moses St., Cushing, OK 74023-3420
30590283    + Manoa Neukermans, 128 Evergreen Ave, Tamalpais-Homestead Valley, CA 94941-3318
30590284    + Manoah A Spurlock, 510 BURKE RD, VENICE, FL 34293-3177
30590285    + Mantynband, Annie, 14270 W HAWTHORNE AVE, LAKE FOREST, IL 60045-1041
30590286    + Manuel Arreguin, 2980 Tenth Ave NE, Naples, FL 34120-4927

District/off: 0752-1                                    User: admin                                              Page 311 of 507
Date Rcvd: Jan 04, 2024                                 Form ID: 309C                                       Total Noticed: 30719

30590288        Manuel Moreno Brociner, 180 Del Monica Rd, Winnipeg, MB R3Y 0W5, CANADA
30590289        Manuel Munoz, 130 Palm Drive, Oxnard, CA 93030-4979
30590290        Manuel Ordonez, 3289 Kinross Cir, Herndon, VA 20171-3327
30590291        Manuel Vogt, An der R merstra e, 11, Riesweiler, GERMANY
30590287        Manuel da Costa, 15 Marlfield Ave, Lymm, ENGLAND WA13 0QZ, UNITED KINGDOM
30590292     +  Many Hats, 2316 E Huntingdon St, Philadelphia, PA 19125-2313
30590293     +  Many Hats Endeavors, 2930 E Jasper St #308, Philadelphia, PA 19134-3526
30590294        Manya Johnston-Ramirez, 282 S 2nd St Apt 2D, Brooklyn, NY 11211-5419
30590295     +  Maple Albro, 1979 10'th street, Unit B Back Lot, Los Osos, CA 93402-2733
30590296        Mar a Morales, Bosques de Canelos 93, Apt. 3, CDMX, CUAJIMALPA DE MORELOS 5120, MEXICO
30590297     +  Mar Ceja, 13506 Gladstone Ave, Sylmar, CA 91342-2212
30590298     +  Mara Burkhalter, 304 Elmwood Dr, Champaign, IL 61821-3219
30590299        Mara Shelton, 1907 Sheffield Ct, Oldsmar, FL 34677-2605
30590300     +  Marc A Crabtree, 4600 Seibert Avenue, MO - Missouri, MO 63123-5809
30590301        Marc Advocaat, Schaperstraat 48, Dordrecht 3317 LP, NETHERLANDS
30590302     +  Marc Benedict, 2696 430th Avenue, Graettinger, IA 51342-7500
30590303        Marc Flerackers, Sakyo-ku Kitashirakawa Nishimachi 79-7, Kyoto, JAPAN 606-8267, JAPAN
30590304        Marc Gonzalez Venteo, AVenida Erampruny 10, 5 1, Gava, BARCELONA 8850, SPAIN
30590305     +  Marc Greene, 931 Annin Street, Philadelphia, PA 19147-4612
30590306        Marc Khattar, 53 rue de l chiquier, Paris, ILE DE FRANE, 75010, FRANCE
30590307        Marc Lanksweirt, Sudetensta e 2, Blaubeuren, Baden-W rttemberg 89143, GERMANY
30590308        Marc Laureta, 20623 11th Ave W, Lynnwood, WA 98036-8715
30590309     +  Marc Pepe, 728 E 72nd Ter, Kansas City, MO 64131-1673
30590310     +  Marc Soojian, 15 Lamker Court, Little Ferry, NJ 07643-2137
30590311        Marc Souren, Dr Willem dreesstraat 12, Landgraaf, Limburg 6374GV, NETHERLANDS
30590312        Marc Vanchiasong, 451 N Pickens Bridge Rd Unit 304, Piney Flats, TN 37686-4274
30590313        Marc Voelpel, Fliederstrasse 3, Hannover 30167, GERMANY
30590315        Marc Young, 1876 North St, Montpelier, VT 05602-9413
30590314        Marc von Hoerschelmann-Hauser, Lessingstra e 33, Kelkheim, HESSEN 65779, GERMANY
30590316        Marc-Antoine Gigu re, 300 RUE DU CHEVALIER, Drummondville, QC J2B 0P2, CANADA
30590317        Marceau Crespo, 6-8 Glenville Avenue, Boston, MA 02134
30590318        Marcel Giemsa, Friedlandstra e 10, Dossenheim, Baden-Wurttemberg, 69221, GERMANY
30590319        Marcel Harter, Donaustra e 29, Balingen, Baden-Wurttemberg, 72336, GERMANY
30590320        Marcel Long, 8003 W 146th Ter, Overland Park, KS 66223-2443
30590321     +  Marcel Oyuela-Bonzani, 135 Putnam Ave, #2, Brooklyn, NY 11238-2614
30590322        Marcela Molina, 13874 SW 102nd Ln, Miami, FL 33186-6881
30590323     +  Marceline Hutchinson, 2208 Cougar Lane SE, Decatur, AL 35601-4432
30590324        Marceline Raber, 766 E 560 N Apt 105, Provo, UT 84606-2137
30590325        Marcell Szabo, Ma sodik utca 17, Papa 8500, HUNGARY
30590326        Marcella Cunningham, 5249 Stonehart Ln, Salida, CA 95368-8147
30590327        Marcella Frazer, 51 Alljoy Rd, Bluffton, SC 29910-7284
30590328     +  Marcella Petiprin, 70 Morningside Drive, MLP2218, NY, NY 10027-7236
30590329     +  Marcella Spinuso, 951 W Orange Grove Rd, 35-103, Tucson, AZ 85704-4036
30590330        Marcella Stouffer, 1483 Arthur St, Marne, MI 49435-8739
30590331     +  Marcella Williams, 515 W Walnut St, Lock Haven, PA 17745-3339
30590332        Marcelo DeFreitas, 1552 Rawlings Drive, Pickering, L1V5B2, CANADA
30590334        Marcelo Ferreira, 31 Alessia Circle, Toronto, ON M6E 5A6, CANADA
30590333        Marcelo donoso, 1061 3950 s, Salt lake city, UT 84124
30590335     +  Marcey Healey, 733 Stone House Road, Moorestown, NJ 08057-2120
30590336        Marci Michmerhuizen, 10517 Riverwalk Dr, Holland, MI 49424-9111
30590337        Marci Peterson, 1195 W MESA DR, RIALTO, CA 92376-3955
30590338     +  Marci Williams, 958 Courtyard Circle, Arcata, CA 95521-7456
30590339        Marcia Mellick, 15040 Maple Ridge Rd, Milford Center, OH 43045-9746
30590340     +  Marcin Chojnowski, 1528 w Greenleaf, 1E, Chicago, IL 60626-5868
30590341        Marcin Dobrzanski, Padstow Road, Apt. 5, North Shields, ENGLAND NE29 7RN, UNITED KINGDOM
30590342     +  Marco Brito, 29W565 Winchester Circle South, Apt. 4, Warrenville, IL 60555-2563
30590343     +  Marco Garza, 3900 Falcon Avenue, McAllen, TX 78504-5166
30590344     +  Marco Gonzalez, 3200 arville st, #282, las vegas, NV 89102-7652
30590345        Marco Lennartz, Sudetenstrasse 32, Weilm nster, HESSEN 35789, GERMANY
30590347        Marco Merida, 9987 Columbine Ave, Montclair, CA 91763-3304
30590350        Marco Zorzi, Via Giovanni Falcone 33, Torreglia, Padova 35038, ITALY
30590346     +  Marco manzines, 112 west south st, Beaver dam, WI 53916-2533
30590351     +  Marcos A Villasenor, 1514 Alta Glen Dr., Apt 21, San Jose, CA 95125-4468

30590352    + Marcos Graziano, 536 NE 62ND ST, Apt. 8, Miami, FL 33138-6139
30590353    + Marcos Martinez, 8726 E Harry Ct, Wichita, KS 67207-4616
30590354    + Marcos Murillo Torres, 14540 Rodeo Drive, Victorville, CA 92395-4131
30590355    + Marcos Pacheco, 1606 Summerhouse St, Elizabethtown, NC 28337-9127
30590356      Marcus Bj rnestedt, Wrangels All, 3C, Kristianstad 29175, SWEDEN
30590358    + Marcus Bronson, 716 Conway Rd, E, Orlando, FL 32807-1057
30590357    + Marcus Bronson, 716 S Conway Rd, Apt E, Orlando, FL 32807-1057
30590359      Marcus Ehrhart, 1205 University Ave Apt 536, Columbia, MO 65201-7933
30590360    + Marcus Ellison Jr., 14540 Erwin St, Apt 408, Van Nuys, CA 91411-2556
30590361      Marcus Hague, 502 E 36TH ST, BALTIMORE, MD 21218-2525
30590362      Marcus Jim, PO Box 932, Snowflake, AZ 85937-0932
30590363      Marcus Kolbinger, 11390 3rd St, Becker, MN 55308-9318
30590364      Marcus Nealley, 405 Fannon St, Scm120, Alexandria, VA 22301-1010
30590365      Marcus Pruitt, 1705 Snead Dr, Kokomo, IN 46902-9416
30590366    + Marcus Quackenbush, 2627 N Harding Ave, Chicago, IL 60647-1024
30590367    + Marcus R Davis, 11006 Lakeside Vista Drive, RIVERVIEW, FL 33569-2916
30590368    + Marcus Schultze, 18838 East Geddes Ave, Centennial, CO 80016-2142
30590369    + Marcus Tunnell, 607 46th PL SE, Salem, OR 97317-5712
30590371    + Marcus Vera, 401 Verano Cir, Kyle, TX 78640-5770
30590373      Marcus Weides, 712 E 36th St, Kearney, NE 68847-3111
30590372    + Marcus Weides, 712 east 36th street, Kearney, NE 68847-3111
30590374      Marcus White, Greenford Farm Cottage, Dorchester, England, DT2 0QL, UNITED KINGDOM
30590375      Marcy Cano, 2855 PINECREEK DR APT C220, COSTA MESA, CA 92626-7476
30590376      Marcy Downey, 101 Briarwood Dr, Waverly, TN 37185-3203
30590377      Marcy Meehleder, 410 CHAPMAN ST, GREENFIELD, MA 01301-1736
30590378      Marcy North Belonga, PO BOX 207, SHEPHERD, MI 48883-0207
30590379      Marcy Riordan, 79 Tioga Dr, Cottage Grove, OR 97424-3053
30590380      Marek Zielinski, PO BOX 99900 DR 084 550, RPO WILDERTON, Montreal, Quebec H3S 0A1, CANADA
30590381      Maren Deaver, 1410 GREGORY AVE, WILMETTE, IL 60091-3236
30590383      Marena Lodzinski, 520 W Aldine Ave Apt 405, Chicago, IL 60657-3701
30590385    + Margaret Baik, 332 Funston ave, Bridgeport, CT 06606-3039
30590386      Margaret Beuselinck, 277 Sunset Ave, Old Bridge, NJ 08857-1128
30590387      Margaret Blehert, 1608 Aquila Ave N, Minneapolis, MN 55427-3806
30590388    + Margaret Butler, 1404 N Van Buren St, Milwaukee, WI 53202-2611
30590389      Margaret Coburn, 42R Shepard St Apt 1, Boston, MA 02135-3385
30590390      Margaret F. Harris, 620 MIXON RD, STATESBORO, GA 30461-8323
30590391    + Margaret Gallagher, 11 Grand Ave, Berlin, NJ 08009-8911
30590392    + Margaret Jaeger, 35653 Shoreview Dr, Dorena, OR 97434-9711
30590393    + Margaret Jennette, 302 Ashland dr, B, Greensboro, NC 27403-1482
30590394      Margaret Johnston, 172 Trenton Ave, Apt B, Mount-Royal, Quebec, K3P 1Z4, CANADA
30590395      Margaret Karp, 53 Woods Ln, Hampton, VA 23666-1923
30590396      Margaret Odom, 1810 Poplar Ave Apt 12, Memphis, TN 38104-7616
30590397    + Margaret Penrose ODonnell, 2117 N Washington St, Wilmington, DE 19802-4027
30590398      Margaret Phillips, 52 Falconridge Dr, Spring Lake, NC 28390-7192
30590399    + Margaret Poirier, 15307 Cherry Cir, South Beloit, IL 61080-8801
30590402    + Margaret R. Noon, 439 N Bowen Rd, Apt. 229, Arlington, TX 76012-4853
30590403      Margaret Spear, 700 Camp Fire Trl, Pflugerville, TX 78660-3832
30590404      Margaret Stockard, 423 W Jefferson St Apt A, Media, PA 19063-2654
30590405    + Margaret Stone, 907 N 67TH ST, SEATTLE, WA 98103-5315
30590406      Margaret Teller, 45 Industrial Rd Ste 100, #NAME?, Cumberland, RI 02864-4742
30590407      Margarita Evdokimova, Espoo, Riiantie 3D, 42, Espoo 2780, FINLAND
30590408    + Margee Howell, 3179 Bushwood Drive, Perkasie, PA 18944-4457
30590409      Margery Brittan, 4676 Iroquois Cir, Stow, OH 44224-1235
30590410      Margiet Hernandez, 3460 NW 4th Ter, Miami, FL 33125-4049
30590411      Margo Anderson, 243 E 15th Ave, Apt. 1, Vancouver, British Columbia, V5T 2P8, CANADA
30590412    + Margot Cook, 8625 Thunderwood Dr, Raleigh, NC 27617-8720
30590413      Margot Knapp, 1317 E Kilbourn Ave Apt 2, West Bend, WI 53095-4327
30590414    + Margrett Sorensen, 88 High Manor Drive, Apt 2, Henrietta, NY 14467-9134
30590415    + Margy McCallum, 2613 14th St, Santa Monica, CA 90405-4809
30590416      Mari Hewitt, 333 Guadalupe Dr, Saginaw, TX 76179-1700
30590417      Maria Adams, 1115 N Bryant St, Please Deliver To Side Door, Portland, OR 97217-1667
30590418      Maria Andrew, 385 ASHLAND AVE APT D, SAINT PAUL, MN 55102-2037
30590419      Maria Ant nio Gon alves, Rua dos Polacos, 106, 1., Vila Nova de Gaia, Porto 4430-174, PORTUGAL

District/off: 0752-1                          User: admin                                    Page 313 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30590420   + Maria Arrowsmith, 12223 STATE ROUTE 9W, C45, W COXSACKIE, NY 12192-1304
30590422   + Maria Binkley, 4047 Georgetown Dr, Loveland, CO 80538-5393
30590423   + Maria Blaut, 17 Cherry Lane, Lake Grove, NY 11755-1720
30590424     Maria Coady, 4000 Shelbourne St, 313, Victoria, British Columbia V8N 0B6, CANADA
30590425   + Maria Danforth, 15749 Ellen Dr, Livonia, MI 48154-2323
30590426     Maria Eichwald, 1006 N Ontario St, Burbank, CA 91505-2631
30590427     Maria Enriquez, 47 Alder St, Jersey City, NJ 07305-4836
30590429   + Maria Fitzpatrick, 42332 Camellia Drive, Quartz Hill, CA 93536-3709
30590430   + Maria Gigliotti, 1219 Kirsopp Avenue, Pittsburgh, PA 15220-4022
30590431     Maria Griego-Widener, 2740 San Marcial St NW, Albuquerque, NM 87104-2638
30590432   + Maria Guadalupe Retamoza, 6934 California Ave apt A, Bell, CA 90201-3366
30590433     Maria Guerra, 144 Palmer St, Quincy, MA 02169-3310
30590434   + Maria Guevara, 84444 scarlet way, Coachella, CA 92236-7338
30590435     Maria Harfouche, 6131 Piedmont Ave Apt 1/2, Los Angeles, CA 90042-3546
30590436   + Maria Hinojosa, 907 Augusta dr se, marietta, GA 30067-8207
30590437   + Maria I Hernandez, 3505 Broadway, Apt 52, NY, NY 10031-5642
30590438   + Maria Isabel, 1227 S Hudson Ave, Los Angeles, CA 90019-3012
30590439     Maria Kinville, 16 Hillside Dr, Teynor, IA 51575
30590440   + Maria Kokona, 32441 Bluebird Lane, Wayne, MI 48184-2505
30590441   + Maria Mangine, 1804 Bay St SE, WA, DC 20003-2509
30590442     Maria McKevitt, 92 Summit St, Oyster Bay, NY 11771-2319
30590443     Maria Renee Lopez, 2532 Tennis Ln, Tracy, CA 95377-1125
30590444   + Maria Reyes, 1330 26th Street, San Pablo, CA 94806-4518
30590445     Maria Rodriguez, 21235 Providencia St, Woodland Hills, CA 91364-3222
30590446     Maria Rovito, 2713 Colonial Rd, Harrisburg, PA 17112-8602
30590447     Maria Sanchez, 7524 Elroy Rd Unit A, Del Valle, TX 78617-3586
30590448   + Maria Schmidt, 9914 N Happiness Dr, Syracuse, IN 46567-9535
30590449   + Maria Speece, 11220 Highway Fifteen, Clarksville, VA 23927-3128
30590450     Maria Thies, Jahnstr. 26, Reinfeld 23858, GERMANY
30590451   + Maria Valera, 3028 East Windrose Drive, Phoenix, AZ 85032-6559
30590452   + Maria Van Rijn, 500 W Wisconsin St, Chicago, IL 60614-5223
30590453   + Maria Watkins, 1630 Foster Circle, Algonquin, IL 60102-6660
30590421   + Maria barboza, 127 Coyote trl, Caddo mills, TX 75135-6453
30590428     Maria fesz, 3115 Coleridge Rd, Cleveland Heights, OH 44118-3528
30590454   + Mariah, 1421 Mestina st, Corpus Christi, TX 78401-2144
30590455     Mariah Barnes, 14735 E Highway 215, Stockton, MO 65785-8396
30590456     Mariah Ervin & Matt Smith, 2800 Nasa Pkwy Apt 1707, Seabrook, TX 77586-3233
30590457   + Mariah Logg, 1975 North Drive, Unit C, Cookeville, TN 38501-7627
30590458   + Mariah Moya, 801 E Fannin Avenue, Alamo, TX 78516-2757
30590459     Mariah Padron, 4437 Ocasey Dr, Corpus Christi, TX 78413-3120
30590460   + Mariah Ritter, 4616 High Gate Drive, Austin, TX 78730-3439
30590461     Mariah Vernon, 4225 Kensington Crk, San Angelo, TX 76904-1512
30590462   + Mariahjade, 1150 River RIdge Parkway, Apt. 712, San Marcos, TX 78666-6742
30590463   + Mariam Khan, 100 Mallard Court, Apt 7104, Jackson, NJ 08527-1565
30590464     Marian Bednar, 737 E Bethel School Rd, Coppell, TX 75019-4188
30590465   + Marian Cooper-Medina, 7606 w Peoria ave, Apt.1085, Peoria, AZ 85345-5928
30590466     Marian Davidson, 54 Green Pl, Caldwell, NJ 07006-4546
30590467     Marian Esvelt, 10752 3rd Ave NW, Seattle, WA 98177-4812
30590468     Marian Pascal Taschner, Theodor Heuss Weg 2, Berlin, Berlin, 13355, GERMANY
30590469     Marian Ripley, 13619 S Kickapoo Trl, Homer Glen, IL 60491-8681
30590470   + Mariana Arias Sanz, 3104 31st Way, West Palm Beach, FL 33407-6744
30590471     Mariana Reyes, 1472 Morton Cir Apt A, Claremont, CA 91711-5717
30590472   + Mariann Costello, 2201 Huntleigh Dr, The Village, OK 73120-3621
30590473     Marianna Kessimian, 28 Applewood Rd, Cranston, RI 02920-3706
30590474   + Marianna Maldonado, 24021 SPRIG ST, MISSION VIEJO, CA 92691-3728
30590475     Marianne Blackmar, 1025 Novara St, San Diego, CA 92107-4147
30590476   + Marianne Burke, 96 Creamery Rd., Gilbertville, MA 01031-9848
30590477     Marianne Fowler, 76 Willandra Crescent, Windale, NEW SOUTH WALES 2306, AUSTRALIA
30590478     Marianne K Collins, 14 VAILS LAKE SHORE DR, BREWSTER, NY 10509-1702
30590480   + Marianne Miller, 845 S Madison St, Williamsport, IN 47993-8419
30590481     Marianne Reilly, 1149 Deardon Dr, Venice, FL 34292-3140
30590482     Marianne Tavernese, 42A Burton Pkwy, Brick, NJ 08723-5494
30590483     Marianne Valenzuela, 3930 Park Hurst, Bryan, TX 77802-5855

District/off: 0752-1                   User: admin                                    Page 314 of 507
Date Rcvd: Jan 04, 2024                Form ID: 309C                                   Total Noticed: 30719

| 30590484 |   | Maribel Lira, 16144 Walnut Creek Dr, San Antonio, TX 78247-5641 |
| 30590485 |   | Maribel Rodriguez, 12908 103rd Pl NE, Kirkland, WA 98034-2841 |
| 30590486 |   | Maribelle Hollmann, 18142 W Desert View Ln, Goodyear, AZ 85338-5065 |
| 30590487 |   | Maribeth Owen, 179 Pennsylvania Ave Fl 1, Phoenixville, PA 19460-4042 |
| 30590488 |   | Maricela Reyes, 102 Calle Guama, Urb Paseo De La Ceiba Casa J2, Juncos, Puerto Rico 00777-7400 |
| 30590489 | + | Marie Acuna, 1044 Guam Dr, Apt B, Port Hueneme, CA 93041-3927 |
| 30590490 | + | Marie Antoinette, 200 Haven Ave, NY, NY 10033-5348 |
| 30590491 |   | Marie Caesar, 2011 Alta Vista Ave, Austin, TX 78704-4348 |
| 30590492 | + | Marie Conner, 302 Foster Knoll Drive, Joppa, MD 21085-4706 |
| 30590493 | + | Marie Cooley, 4916 Waterford Drive, West Des Moines, IA 50265-2017 |
| 30590494 |   | Marie Elaine Leduc, 2640 Rue Poupart, Terrebonne, QC J7M 2B1, CANADA |
| 30590495 |   | Marie Fayssoux, 824 N Cherokee Ave, Black Mountain, NC 28711-2912 |
| 30590496 | + | Marie Foss, 2817 9th Street S., 91C, Arlington, VA 22204-2338 |
| 30590497 | + | Marie Garcia, 474 North Almond Way, B, Banning, CA 92220-5742 |
| 30590498 |   | Marie Happel, 1765 Ruth St, Cocoa, FL 32926-5531 |
| 30590499 |   | Marie Hart, 75 HARMONY DR, MASSAPEQUA PK, NY 11762-3004 |
| 30590500 |   | Marie McConahay, 20022 Maple St, Gretna, NE 68028-4384 |
| 30590501 | + | Marie Parris, 261 Old Caroleen Rd, Forest City, NC 28043-3784 |
| 30590503 | + | Marie Schmidt, 113 S BROADWAY ST, Apt 1, GREENSBURG, IN 47240-2004 |
| 30590504 | + | Marie Sexton, 524 Scarboro Lane, Rock Hill, SC 29732-8447 |
| 30590505 |   | Marie Simbulan, 993 Maitland Dr, Virginia Beach, VA 23454-6763 |
| 30590506 |   | Marie Traverse, 107 TAN OAK CT, MILFORD, PA 18337-7204 |
| 30590507 |   | Marie Turcotte, 622 rue Th roux, Drummondville, QUEBEC J2C1E5, CANADA |
| 30590508 |   | Marie Walton, 31 Stretton Road, Greenmount, Bury, ENGLAND BL8 4DF, UNITED KINGDOM |
| 30590509 |   | Marie Wood, 13022 276th Way NE, Duvall, WA 98019-6417 |
| 30590510 |   | Marie Zahn, Dresdner Stra e 55b, LANGEBRUCK, SACHSEN 1465, GERMANY |
| 30590511 |   | Marie-Soleil Brault, 330 Rue des Bouleaux Ouest, 2, Quebec, Quebec G1L 1M3, CANADA |
| 30590512 | + | Mariel Moreno, 3325 Kuykendall Place, San Jose, CA 95148-2738 |
| 30590513 | + | Mariela Sanchez, 59 midway ave, PO Box 1419, Arbuckle, CA 95912-1419 |
| 30590514 | + | Mariela Veron, 22 Clark Pl, Avenel, NJ 07001-1504 |
| 30590515 | + | Marielle Mitchell, 16 Deerfield Drive, Hawthorn Woods, IL 60047-6507 |
| 30590516 | + | Marielle Quintal 20504, 796 Font Boulevard, San Francisco, CA 94132-1715 |
| 30590517 |   | Marielle Rombough, 6763 Number Four Rd, Lowville, NY 13367-3229 |
| 30590518 |   | Mariesha, 7 melverley grove, Birmingham, ENGLAND B44 8LA, UNITED KINGDOM |
| 30590519 |   | Mariette Manktelow, St Davids Gate, Penstone Park, Apt. 7, Hove, ENGLAND BN3 3AH, UNITED KINGDOM |
| 30590520 | + | Marika Johnson, 912 Loch Lomond Lane, Columbus, OH 43085-2926 |
| 30590521 | + | Marika Kleinfeldt, 20 Locust Ave, North Providence, RI 02911-1515 |
| 30590522 |   | Marika Vitug, 122 Mornington Crescent, Wandi, Western Australia, 6167, AUSTRALIA |
| 30590523 | + | Marily Weddell, 2458 South Roanoke Avenue, Springfield, MO 65807-2931 |
| 30590524 |   | Marilyn Leiby, 585 E Derry Rd, Hershey, PA 17033-2716 |
| 30590525 |   | Marilyn Papet, 13243 Ridgedale Dr, Poway, CA 92064-4313 |
| 30590526 |   | Marilyn Smith, PO Box 551, Orleans, MA 02653-0551 |
| 30590527 | + | Marin, Denisse, 111 E Crest Ave, Bensenville, IL 60106-3155 |
| 30590528 |   | Marina, Newlin, Austin, TX 78705 |
| 30590529 | + | Marina City, 13432 S Sunflower Ct, Plainfield, IL 60585-7637 |
| 30590530 |   | Marina Corbi, 3019 Woodruff Ave Apt 3, Lansing, MI 48912-4925 |
| 30590533 |   | Marina Dowdy, 9 Countess Road, A, London, ENGLAND NW5 2NS, UNITED KINGDOM |
| 30590532 |   | Marina Dowdy, 99 Tudor Drive, Kingston Upon Thames, ENGLAND KT2 5NP, UNITED KINGDOM |
| 30590534 | + | Marina Girgis, 1650 3rd Avenue, Apt 4D, NY, NY 10128-3610 |
| 30590531 |   | Marina di Creddo, 78 Route de Longwy, Bertrange 8080, LUXEMBOURG |
| 30590536 | + | Mario Colandrea, 8001 old harford road, Baltimore, MD 21234-5519 |
| 30590537 |   | Mario Crespo, 24 Clauss Rd, Clark, NJ 07066-1611 |
| 30590538 | + | Mario Espinoza, 1311 Saddle Creek Drive, Prosper, TX 75078-9481 |
| 30590539 | + | Mario Golden, 17167 3 Oaks Pkwy 1-1301, Fort Myers, FL 33967-5197 |
| 30590540 |   | Mario Martinez, 139 Seneca Point Trl, Kissimmee, FL 34746-6613 |
| 30590541 |   | Mario Mehren, Sophienstra e 11, Kassel, HESSEN 34117, GERMANY |
| 30590542 |   | Mario Reda, 149 Wigwoss Dr., Vaughan, Ontario L4L 4A7, CANADA |
| 30590543 |   | Mario Weigl, Prinz Eugen Weg, 5a, Pucking, Upper Austria, 4055, AUSTRIA |
| 30590535 | + | Mario bonilla, 1733 Chiswick ct, Silver spring, MD 20904-2413 |
| 30590544 | + | Marion Branch, 1305 Sturgeon Common, Fremont, CA 94536-3211 |
| 30590545 |   | Marion Feeser, 10605 Roundwood Glen Ct, Jacksonville, FL 32256-9127 |
| 30590546 | + | Marion LaNasa, 4523 Walmsley Ave, Lakeview, LA 70125-3542 |
| 30590547 | + | Marion Schroder, 1218 Vickers Ave, Durham, NC 27707-1360 |

District/off: 0752-1                    User: admin                                    Page 315 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                                   Total Noticed: 30719

30590549          Marios Messinis, Kolokotroni 22, Nea Penteli, Athens, ATTICA 15239, GREECE
30590550     +   Maris Castang, 474 Price St, Statham, GA 30666-1645
30590551          Marisa Chang, 9009 Great Hills Trl Apt 2311, Austin, TX 78759-7146
30590552          Marisa Liu AVA634-1, 12701 Lowden Ln Ste 301, Manchaca, TX 78652-0020
30590553          Marisa London, 412 N DIVISION ST APT 1, ANN ARBOR, MI 48104-5564
30590554          Marisa Lopez, 3723 S Pitkin Cir, Aurora, CO 80013-3020
30590555          Marisa Marisa, 27 E 2075 S, Orem, UT 84058-8167
30590556          Marisa Solensky, 5140 S Main Ave Apt F101, Springfield, MO 65810-7832
30590557     +   Marisa Varni, 1418 Carmel Street, Apt. 2, San Luis obispo, CA 93401-3843
30590558     +   Marisela Diaz, 1000 Keeshond Pl, Round Rock, TX 78664-3411
30590559     +   Marisha Reynolds, 2424 W Montrose, RevBillys Chop Shop, Chicago, IL 60618-0902
30590560     +   Marisol Cervantes, 1815 Crescent Dr, Warsaw, IN 46580-2321
30590561     +   Marissa, 61 Hathaway Ave, Beverly, MA 01915-1437
30590562     +   Marissa Aulgur, 509 S Yantic Ave, Bremerton, WA 98312-4514
30590563          Marissa Bazanchuk, 46 Crown St # 2, Westfield, MA 01085-1144
30590564     +   Marissa Buitendyk, 1924 R W Berends Dr SW, Apt, 6, WY, MI 49519-6522
30590565     +   Marissa Johnston, 1005 Macon Hwy, Apt 213, athens, GA 30606-7944
30590566          Marissa LeGault, 69 Elati St, Denver, CO 80223-1501
30590567     +   Marissa Liberacki, 1302 Black Friars Road, Catonsville, MD 21228-2710
30590568     +   Marissa Mason, 61 Hathaway Ave, Beverly, MA 01915-1437
30590569          Marissa McCullough, 755 Judson St Apt 103, Redlands, CA 92374-4080
30590570     +   Marissa Nunez, 3959 W McFadden Ave, C, Santa Ana, CA 92704-1357
30590571          Marissa Ruffino, 44 Chaplin Dr, Buffalo, NY 14223-2402
30590572          Marissa Shahani, 7825 Penderbrook St, Las Vegas, NV 89149-0530
30590573          Marissa Staib, 3575 Arden Way #1124, Sacramento, CA 95864-2911
30590574     +   Marissa Tapia, pobox 82, Connell, WA 99326-0082
30590575     +   Marissa Townsend, 306 W Haynie Ave, Calera, OK 74730-1606
30590576          Maritza Mireles, 925 North 8th Street, Terre Haute, IN 47807
30590577     +   Marius Bowen, 1753 Stratford Dr, Harrisonburg, VA 22801-2991
30590578          Marius Jenssen, Markveien 17B, Alta, Troms og Finnmark 9510, NORWAY
30590579          Marius Kuntze, Bleichenstra e 59A, Wunstorf 31515, GERMANY
30590580          Marius Riedl, Wollauer Str. 16, Pressath, Bayern, 92690, GERMANY
30590581          Marjorie Green, 311 W Washington Dr, Muscle Shoals, AL 35661-3165
30590582     +   Marjorie V Saylors, 3335 COLMOR MEADOWS CIR NE, Rio Rancho, NM 87144-8550
30590583          Marjorie Weir, 1045 Hiland Ave, Coraopolis, PA 15108-1861
30590584     +   Mark A kremple, brock road, Apt. 552, Nevada City, CA 95959-2908
30590585     +   Mark Abbate, 1635 W Walnut St., Coal Township, PA 17866-1218
30590586     +   Mark Allen Watkins II, 4050 Rose Dr, Amarillo, TX 79108-5251
30590588     +   Mark Andrews, 6708 Hennig Drive, Marengo, IL 60152-8331
30590589     +   Mark Anthony DeMeno, 56 Villanova Dr, Freehold, NJ 07728-8867
30590590     +   Mark Argueta-Contreras, 9405 Lanae Ln, Manassas Park, VA 20111-8243
30590591     +   Mark Bailey, 8320 Cadet Road, Machesney Park, IL 61115-2510
30590592          Mark Bell, 10351 Webster Pass Ct, Colorado Springs, CO 80924-4487
30590593          Mark Boreman, 150 Birch Dr, Lewistown, PA 17044-9724
30590594          Mark Bradley, 17A Ballynahatty Road, Omagh, Northern Ireland BT78 1PN, UNITED KINGDOM
30590595          Mark Cabasino, 5665 Charlotte Way Apt 82, Livermore, CA 94550-3822
30590598          Mark Church, 35 Maple St, Bedford, NOVA SCOTIA B4A2P3, CANADA
30590599          Mark Collier, 160 Chillingham Road, Newcastle upon Tyne, ENGLAND NE6 5BU, UNITED KINGDOM
30590601          Mark Dale Anthony, 5717 NW 162ND ST, EDMOND, OK 73013-9425
30590602     +   Mark DeMoranville, 1250 Marshall Court, Merritt Island, FL 32953-4434
30590603     +   Mark DerHovanessian, 399 George Arden Ave, Warwick, RI 02886-5037
30590604          Mark Domm, 101 Brenneman Dr., Baden, Ontario N3A 4N1, CANADA
30590605          Mark Dorgan, 103 Irish Cove Rd, South Burlington, VT 05403-7743
30590606          Mark Duffing, 14600 Woodhill Cir, Minnetonka, MN 55345-4742
30590607     +   Mark Dunbar, 3636 Evanston Ave N, Unit 4, Seattle, WA 98103-8552
30590608          Mark Euler, Feichtetstra e 21, POCKING, BAYERN 82343, GERMANY
30590609     +   Mark Feurer, 5717 Bat Cave Rd, Old Fort, NC 28762-5796
30590610     +   Mark Fontana, 24 Bristol Lane, Newark, DE 19711-2996
30590611     +   Mark Gallagher, 14424 Lily Ln, Apt 5, Gardena, CA 90247-5968
30590612          Mark Geyer, 7682 E Bates Dr, Denver, CO 80231-6017
30590613          Mark Ginski, 1100 W Montrose Ave Apt 305, Chicago, IL 60613-5522
30590614     +   Mark Hackley, 4003 Apache Ranch, San Antonio, TX 78253-5732
30590615          Mark Hayton, 3 Meadow View, Dunfermline, Scotland KY12 OTU, UNITED KINGDOM

District/off: 0752-1 User: admin Page 316 of 507

Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| | | |
|---|---|---|
| 30590616 | | Mark Janack, 2221 N Bramblewood St Apt 303, Wichita, KS 67226-1054 |
| 30590617 | | Mark Jansen, THE FARMILOE BUILDING, The Farmiloe Building, London, England EC1M 4AY, UNITED KINGDOM |
| 30590619 | + | Mark Johnson, 1013 Shirley Drive, Metairie, LA 70001-3333 |
| 30590618 | + | Mark Johnson, 5 Turnpike Rd, Apt 227, Townsend, MA 01469-1045 |
| 30590620 | | Mark Kane, 141 Mineola Blvd Apt 1, Mineola, NY 11501-3967 |
| 30590621 | + | Mark Kingsley, 9888 E Vassar Dr, D106, Denver, CO 80231-5904 |
| 30590623 | + | Mark Kossin, 905 E Springwood Drive, North Salt Lake, UT 84054-3042 |
| 30590624 | | Mark Kostin, 349 LEE AVE, CHESHIRE, CT 06410-2111 |
| 30590625 | + | Mark Kremple, 552 Brock Rd, Nevada City, CA 95959-2908 |
| 30590626 | + | Mark Kuehn, 18159 East 99th Place, Commerce City, CO 80022-9024 |
| 30590627 | | Mark Lardner, 414 Woodlawn Rd, Baltimore, MD 21210-2311 |
| 30590629 | + | Mark Lim Galindo, 11126 Timbertree Ln, Houston, TX 77070-2859 |
| 30590630 | + | Mark Lugas, 39 Church St, Weymouth, MA 02189-1066 |
| 30590631 | | Mark Mallay, 15 Supreme Court, Halifax, Nova Scotia B3N 0G3, CANADA |
| 30590632 | + | Mark Meyer, 73 Carter Way, Glen Mills, PA 19342-1256 |
| 30590633 | | Mark Moore, 710 Carroll Ave, Larned, KS 67550-2907 |
| 30590634 | | Mark O'Sullivan, 682 Makawao Ave, Makawao, HI 96768-8922 |
| 30590635 | | Mark Patrick, 14 Red Locust, Littleton, CO 80127-3539 |
| 30590636 | + | Mark Peres, 12130 New Avenue, Apt. 8, San Martin, CA 95046-9600 |
| 30590637 | | Mark Petersen, N6171 Red Wing Ln, Elkhorn, WI 53121-3771 |
| 30590638 | | Mark Randazzo II, 30215 Hennepin St, Garden City, MI 48135-2352 |
| 30590639 | + | Mark Regis, 8848 Midvale Avenue North, A, Seattle, WA 98103-4034 |
| 30590640 | + | Mark Rettinghaus, 9517 Telkaif Street, Lakeside, CA 92040-5832 |
| 30590641 | + | Mark Rodriguez, 3727 Carlon Street, Houston, TX 77005-3701 |
| 30590642 | | Mark Rosas, 311 Patriot Dr, Swedesboro, NJ 08085-4253 |
| 30590643 | | Mark Schehr, 8637 Cadet Dr S, Galloway, OH 43119-8859 |
| 30590644 | | Mark Schildwachter, 209 CHRISMILL LN, HOLLY SPRINGS, NC 27540-9654 |
| 30590645 | | Mark Scroggins, 337 Grove St, Montclair, NJ 07042-4224 |
| 30590646 | + | Mark Slaktoski, 930 Wealthy St SE, Apt D, Grand Rapids, MI 49506-1589 |
| 30590647 | + | Mark Spielmann, 8556 Belton Bridge Road, Lula, GA 30554-2357 |
| 30590648 | | Mark Stoops, 49 Tuscany rise, Pakenham, VIC 3810, AUSTRALIA |
| 30590649 | + | Mark Stopperich, 1396 Lucia Dr, Canonsburg, PA 15317-1854 |
| 30590650 | | Mark Strange, 1999 Suffolk Ave, Unit 102, Port Coquitlam, BC V3B 7X7, CANADA |
| 30590651 | | Mark Sweet, 17711 Woodwards Store Rd, Gaithersburg, MD 20877-3706 |
| 30590652 | | Mark Terry, 5A Woodland Glade, Selby, North Yorkshire, ENGLAND Y08 8GP, UNITED KINGDOM |
| 30590653 | + | Mark Toole, 26961 Elizabeth Lane, Olmsted Township, OH 44138-1152 |
| 30590654 | + | Mark Trombino, 323 W FILBERT ST, E ROCHESTER, NY 14445-2125 |
| 30590655 | + | Mark Turner, 600 North Liberty Street, Belchertown, MA 01007-8803 |
| 30590656 | | Mark Van Lente, 472 W Glenlord Rd, Saint Joseph, MI 49085-9124 |
| 30590657 | + | Mark Varela, 7227 Aventine Way, Apt 106, Chattanooga, TN 37421-4181 |
| 30590658 | + | Mark Victor, 632 Banks Street, San Francisco, CA 94110-6114 |
| 30590659 | | Mark Walden, 517 NOTTINGHAM WAY, MAYS LANDING, NJ 08330-9585 |
| 30590660 | + | Mark Wiesendanger, 202 Cottage RD, South Portland, ME 04106-3721 |
| 30590661 | + | Mark Williams, 827 N Hampton. Rd, dallas, TX 75208-3107 |
| 30590662 | | Mark Wyatt, 55 W Shorrey Pl, Youngsville, NC 27596-7021 |
| 30590663 | | Mark Zelasko, 2630 ELM HILL PIKE STE 125, NASHVILLE, TN 37214-3161 |
| 30590596 | + | Mark cajas, 4410 southeast dr, San antonio, TX 78222-4806 |
| 30590597 | + | Mark christopher Williams, 531 Donwood Ln, Napa, CA 94558-5509 |
| 30590600 | + | Mark conschafter, 6485 HAKE RD, Akron, NY 14001-9667 |
| 30590665 | | Mark4brian Huang, 3 Clearview Dr, Safety Harbor, FL 34695-5412 |
| 30590666 | | Marked Location Home, 10404 Glover River Dr, Yukon, OK 73099-2059 |
| 30590667 | | Marketa Chvojkova, 1 Greenacre Court, Englefield Green, ENGLAND TW0 2 0RF, UNITED KINGDOM |
| 30590668 | | Markis Desjardins, 1141 42 St SE, Calgary, Alberta T2A 1L5, CANADA |
| 30590669 | + | Marko Lisac, 1450 Dell Avenue, Suite C, Campbell, CA 95008-6600 |
| 30590670 | | Markus Erlacher, Leininger Pfad, Apt. 8, Mertesheim, Rheinland-Pfalz 67271, GERMANY |
| 30590671 | + | Markus Girling, 1016 Edgewood Avenue, Stevens Point, WI 54481-1103 |
| 30590672 | | Markus Grau, Dr. Ludwig Rieger-Str. 43, M dling, Lower Austria, 2340, AUSTRIA |
| 30590673 | | Markus Klaas, Blumenstrasse 1, Munich, BAYERN 80331, GERMANY |
| 30590674 | | Markus Madill, 178 Natchez Road, Kitchener, ONTARIO N2B 3L2, CANADA |
| 30590675 | | Markus Mitsch, Bachstelzenweg 11, Wasserburg a. Inn, BAYERN 83512, GERMANY |
| 30590676 | | Markus R nning Nilsen, Rasmus Engers vei 5, Oslo, OSLO 956, NORWAY |
| 30590678 | | Marla Arbet, 7145 327th Ave, Burlington, WI 53105-8806 |
| 30590679 | + | Marla Evans, 2256 VALENTINE AVE, Apt 2, BRONX, NY 10457-1167 |

30590680        Marlee Jacobs, 2000 N St NW Apt 821, WA, DC 20036-2820
30590681      + Marlee Schram, 667 Wiltshire drive, State college, PA 16803-1451
30590682      + Marleene Pheav, 443 Glendora Ave, Apt. 46, Stockton, CA 95207-3837
30590683        Marleigh Chung, 862 Vanderbilt Ter SE, Leesburg, VA 20175-4507
30590684      + Marleigha McDonald, 4745 Eagleridge Cir, #205, Pueblo, CO 81008-2146
30590685      + Marlena Reisinger, 203 E Main St, Fl 1, Beacon, NY 12508-3833
30590686        Marlene Costa, 946 Ripley Ave, Westfield, NJ 07090-1642
30590687        Marlene Gross, Josef Ries Stra e 82, Erfurt, THURINGEN 99086, GERMANY
30590688        Marlene Johnson, 100 WALNUT TRCE, HENDERSONVLLE, TN 37075-4289
30590689        Marley Canone, 112 Sunny Ln, Lafayette, LA 70506-6330
30590690        Marley Cuevas, 1256 Cynthiana Ct, Independence, KY 41051-8599
30590691      + Marley HoSang, 1504 Elderberry Road, Suffolk, VA 23435-3367
30590692      + Marli Hutak, 2306 Heron Court, Rocklin, CA 95765-4975
30590693        Marlis Hazleton, 100 Dayton St Apt B206, Aurora, CO 80010-4497
30590694      + Marlo Nettel, 100 Aloha street, Apt. 610, Seattle, WA 98109-3670
30590695        Marni Hartman, 4588 Carnoustie, Batavia, OH 45103-4007
30590696        Marnie Beausang, P.O. Box 194, Tiaro, QUEENSLAND 4650, AUSTRALIA
30590697        Maroteaux Matthieu, 1039 Marengo St, New Orleans, LA 70115-2714
30590698      + Marques Weich, 3783 NE Purcell Blvd, Bend, OR 97701-7741
30590699      + Marquis Embody, 2104 Shannonhouse Road Southwest, Huntsville, AL 35803-1440
30590700        Marquis Gibson, 419 S 48th St, Apt 307, Philadelphia, PA 19143-1776
30590701        Marqus Cole, 1326 Raintree Dr, Snellville, GA 30078-2138
30590702      + Mars, 1359 WHITSTABLE DR., ROSEVILLE, CA 95747-6474
30590703      + Marshall Barrer, 700 east drake road, G6, Fort Collins, CO 80525-4619
30590704      + Marshall Bewley, PO Box 1457, Medford, OR 97501-0108
30590705      + Marshall Blake, 805 W Washington Street, 44928, Napoleon, OH 43545-1305
30590706        Marta Rumschlag, 1012 Grenelefe Ct, Decatur, IN 46733-3311
30590707        Martelle John-Baptiste, 3 Antlers Hill, Chigford, London, ENGLAND E47RT, UNITED KINGDOM
30590708        Martha Anderson, 77 TRENTON ST APT 1, EAST BOSTON, MA 02128-4473
30590709        Martha Borg, 5, Verdemar Park, Triq il-Bajja tas-Sali, Apartment 10, Naxxar NXR 6023, MALTA
30590710        Martha Johnson, 2332 Victoria Pkwy, Hudson, OH 44236-3136
30590711        Martha K Long, 5 Terrys Way, Exeter, NH 03833-8501
30590712        Martha Lemak, 514 Chambers Rd, Horseheads, NY 14845-8542
30590713        Martha Marti, 14345 Sawgrass Cir, Valley Center, CA 92082-6643
30590714        Martha McCannon, 7403 E JEFFERSON DR, DENVER, CO 80237-1311
30590715        Martha Pena, 1250 Glen Haven Dr, Eagle Pass, TX 78852-3849
30590716        Marti Rosenberger, 424 W End Ave Apt 16C, NY, NY 10024-5784
30590717        Martijn Bliek, Pieter Zeemanlaan 5, Papendrecht 3356 BR, NETHERLANDS
30590718      + Martin, 3862 riverside dr, Chino, CA 91710-3066
30590720      + Martin Arabshahi, 1542 Silver Tree Lane, Escondido, CA 92026-7813
30590721        Martin Bizon, Narodna 3, Banska Bystrica, BANKSA BYSTRICA 97401, SLOVAKIA
30590722        Martin Damian Volpe, 20678 West Angle Road, Wilmington, IL 60481-8829
30590723        Martin Diaz, 4806 Rutledge Dr NW, Huntsville, AL 35816-1216
30590724      + Martin Dominguez, 4545 S Mission Rd, #205, Tucson, AZ 85746-2340
30590725      + Martin Dowler, 117 DELAWARE CIR, JACKSONVILLE, AR 72076-1107
30590726        Martin Ferris, 130 Gorsline St, Rochester, NY 14613-1206
30590727        Martin Forde, 4 Savoylands Close, Liverpool L17 5BR, UNITED KINGDOM
30590728      + Martin Games, 215 East 12th Street, Storm Lake, IA 50588-1930
30590729        Martin Glugla, Duemmlinghauser Str. 16, Gummersbach, Nordrhein-Westfalen 51647, GERMANY
30590730        Martin Harvey, 14 Coombe Road, WOTTON-UNDER-EDGE GL12 7LU, UNITED KINGDOM
30590731        Martin Havelock, 4 Mill Paddock, Abingdon OX14 5XA, UNITED KINGDOM
30590732      + Martin Lengvarsky, 322 Prosser Rd, Portville, NY 14770-9724
30590733        Martin Martin, 951 Old Oak Rd, East Alton, IL 62024-2123
30590734        Martin Pechacek, K dlovick 53, Brno, Jihomoravsk ho kraje, 603 00, CZECH REPUBLIC
30590735        Martin Riedl, Nordre Hallsetveg 101, Trondheim 7023, NORWAY
30590736        Martin Robichaud, 3235 Rue Fran ois, Sorel-Tracy, QC J3R 0B6, CANADA
30590737        Martin Volpe, 20678 West Angle Road, Wilmington, IL 60481-8829
30590738        Martin Wood, 10258 County Route 48, Arkport, NY 14807-9328
30590739        Martina Mayr, Dornbacherstraaye 73/3/4, 1170 Wien, Aus, Wien 1170, AUSTRIA
30590740      + Martinus James van Bergen, 29 Kilkenny Street, Lancaster, NH 03584-3023
30590741      + Marty DeVoe, 105 Brookside Dr, Bristol, CT 06010-4576
30590742      + Marty Diamond, 5654 N Latrobe Ave, Chicago, IL 60646-2766
30590743      + Marty Hanscome, 1604 Adkinson Ave, Longmont, CO 80501-7164

District/off: 0752-1                                    User: admin                                       Page 318 of 507
Date Rcvd: Jan 04, 2024                                Form ID: 309C                                   Total Noticed: 30719

30590744          Marty Kane, 38W411 Toms Trail Dr, St Charles, IL 60175-6039
30590745          Martyna Wieczorek, 69 Broadway Market, London, England E8 4PH, UNITED KINGDOM
30590746          Marvin Weitz, Rohrbacher Str. 59, Heidelberg, Baden-Wurttemberg, 69115, GERMANY
30590747          Marvin Welter, Pfarrer-Moll-Stra e 52, Cologne, Nordrhein-Westfalen 51105, GERMANY
30590748          Marvin Wulff, Hauptstra e 52, Hochdonn, Schleswig-Holstein 25712, GERMANY
30590749          Mary A Florida, 1710 Jackson Ave, Ann Arbor, MI 48103-4038
30590750          Mary Aaker, 6155 Lassen Rd, Oak Hills, CA 92344-9595
30590751          Mary Agostino, 531 N 23rd St, Superior, WI 54880-5211
30590752          Mary Alice Hiatt, PO Box 1258, Beacon, NY 12508-8258
30590753    +     Mary Arme, 3600 Talisman Trl, Plano, TX 75023-3733
30590754          Mary Beallis, 680 WALKER WAY, NEW LENOX, IL 60451-3406
30590755          Mary Bearden, 25 MADISON AVE, CHERRY HILL, NJ 08002-3523
30590756    +     Mary Bethke-Andrews, 1901 Knightsbridge, Apt. 8115, Dallas, TX 75234-1222
30590757    +     Mary Boltri, 1135 Bean lane, Akron, OH 44313-7800
30590758          Mary Burnitt, 2250 S Von Braun Ct, Harvey, LA 70058-3083
30590759          Mary Buttery, 597 Fire Street, Oakdale, CT 06370
30590761          Mary Cimino, 1617 Vista Oaks Way, Westlake Village, CA 91361-1549
30590762    +     Mary Cole, 387 Bridgton Rd, Apt 1, Westbrook, ME 04092-3752
30590763    +     Mary Collett, 2006 136th st, LUBBOCK, TX 79423-5972
30590764    +     Mary Cooper, 347 Academy Street, APT 4, Canton, NC 28716-1247
30590766          Mary Day, 1108 E Dairy Ln, Ellensburg, WA 98926-5459
30590765    +     Mary Day, 155 Crestview Rd, Columbus, OH 43202-2205
30590767    +     Mary Ditomassi, 7 Ellis Drive, Rochester, NY 14624-3202
30590768          Mary Dolata, 16503 NE 27th Way, Vancouver, WA 98684-9818
30590769          Mary E Haggerty, 10536 BRIAN MOONEY AVE, EL PASO, TX 79935-2811
30590770          Mary E Roberson, 6585 Nyasa Bnd, New Market, MD 21774-6821
30590771          Mary Ellen Gill, 2904 PARKWOOD AVE, RICHMOND, VA 23221-3533
30590772    +     Mary Feuquay, 141 Mica Trail, Maxwell, TX 78656-2015
30590774    +     Mary Grace Schmid, 8655 E Jefferson Ave, Apt. 1, Detroit, MI 48214-2762
30590776          Mary Gregg, 3950 Via Real Spc 127, Carpinteria, CA 93013-1203
30590777          Mary Gunst, 1916 Abbotsford Dr, Vienna, VA 22182-3305
30590778          Mary Helen Parra, 405 S 33rd St Apt 216, San Diego, CA 92113-1578
30590779    +     Mary Hinsvark, 1815 East Alder St, Apt B, Seattle, WA 98122-5781
30590781          Mary Hulsey, CMR 405 Box 7145, APO, AE 09034-0072
30590784    +     Mary JK Kauffman, 2009 12th Avenue East, Seattle, WA 98102-4113
30590783          Mary Jane Ransone, 3630 Branch Lake Ct, Powhatan, VA 23139-5836
30590785          Mary Johnson, 14483 Forsythia Ln, Fishers, IN 46038-7474
30590786          Mary Kardos, 2807 Aspinwald Dr, Richmond, VA 23233-1609
30590787    +     Mary Kate Stanfa, 1263 Herrington Road, Geneva, IL 60134-3561
30590788          Mary Kelly, 21 Roosevelt Ave, Dover, DE 19901-4459
30590790    +     Mary Kraus, 3567 Ashland Dr, Bethel Park, PA 15102-1466
30590791          Mary Larson, 4815 Westgrove Dr Apt 106, Addison, TX 75001-6101
30590792    +     Mary Leon, 439 43rd st, Oakland, CA 94609-2139
30590793    +     Mary Liszewski, 115 Shadow Xing, Collinsville, IL 62234-1497
30590795          Mary Lynn Keys, 23409 N Colonial Ct, Saint Clair Shores, MI 48080-2628
30590796          Mary M. Ralston, 12613 Seattle Slew Dr Apt 3123, Jersey Village, TX 77065-5525
30590797    +     Mary McCormick, 327 E Kennedy St, Apt. 301, Spartanburg, SC 29302-1804
30590798    +     Mary McCoy, 779 Old Paper Mill Drive, Marietta, GA 30067-5185
30590799          Mary Moore, Juno Springs Way 7700, McKinney, TX 75071
30590800          Mary Moser, 9802 Northbrook Ct, Ellicott City, MD 21042-6243
30590801    +     Mary Nishizaki, 15555 Stillwell Rd, Huntsburg, OH 44046-9760
30590802          Mary Peace McRae, 1100 Queensgate Ct, Midlothian, VA 23114-4429
30590803          Mary Platt, 824 S New St, West Chester, PA 19382-5359
30590804    +     Mary Plummer McGraw, PO Box 541, PINCKNEY, MI 48169-0541
30590805    +     Mary Richmiller, 1403 Oak Street, Cassville, MO 65625-2032
30590807    +     Mary Rose Peterson, 902 South I-Oka Avenue, Mount Prospect, IL 60056-4217
30590808          Mary Salyers, 16455 Lakewood Ln, Marysville, OH 43040-8871
30590809          Mary Scott, 105 Kenneth Dr, Hudson, IL 61748-9009
30590810          Mary Stam, 118 Tilton Ave, Brockton, MA 02301-3030
30590811    +     Mary Valdivia, 4018 S Rockwell St., Fl 1, chicago, IL 60632-1149
30590812    +     Mary Weinstein, 15301 W 84th Terrace, Lenexa, KS 66219-1803
30590813          Mary Whiting, 1130 Meadow Vista Rd, Meadow Vista, CA 95722-9533
30590814    +     Mary Williams, 318 N Elm Ave, Newtown, PA 18940-2230

District/off: 0752-1                                    User: admin                                              Page 319 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                                    Total Noticed: 30719

30590815          Mary Winters, 2036 Hollis Rd, Lansdale, PA 19446-5721
30590780          Mary howard, 2, Blanc close, Caversham, Western Australia 6055, AUSTRALIA
30590816          Mary-Edwin Lowery, 2240 Eastmeadows Ct, Lakeland, FL 33812-3154
30590817     +    Mary-Kate McGeary, 155 Beacon St, Apt. 2, Somerville, MA 02143-3704
30590821          MaryAnne Goodin, 30 Ian Sage Avenue, Torbay, Auckland 630, NEW ZEALAND
30590823          MaryClaire Witek, 112 Southwood Dr, Uniontown, PA 15401-8911
30590819          Maryann Whalen, 157B Bypass 28, Derry, NH 03038-5295
30590820          Maryanne Conti, 118 Knolls Rd, Bloomingdale, NJ 07403-1549
30590822     +    Maryanne vaca, 28081 Cochise ave, Barstow, CA 92311-4432
30590824          Maryely Guillen, Cramer 1663, 2:00 AM, CABA, BUENOS AIRES 1426, ARGENTINA
30590825     +    Maryjane Shipman, 228 MONTAGUE STREET, DANVILLE, VA 24541-2829
30590827          Marylou Naumoff, 769 Broad St, Bloomfield, NJ 07003-2803
30590829          Maryory Martinez, 3011 Early Rise Ave, Indian Trail, NC 28079-8687
30590830     +    Marz Andrex, 8 Dibling St, Union Beach, NJ 07735-3005
30590831          Marzena Tokarska, ul. Szymanowskiego 4/2, Krakow 30-047, POLAND
30590832     +    Masaki Hada, 2715 Mystic Dr., Ann Arbor, MI 48103-8952
30590833     +    Masami Halop, 2061 S Lowell St, Santa Ana, CA 92707-2530
30590834          Masataka Watanabe, Miyasaka 2-12-14, Jyukoh heights 205, Setagaya, TOKYO 1560051, JAPAN
30590835          Mascha Pruess, S dostallee 11F, Berlin 12437, GERMANY
30590836     +    Maschal Mirzada, 24511 CORTA CRESTA DR., Lake Forest, CA 92630-3917
30590838          Mashal Joyaa, 2097 Brock Road, Pickering, ONTARIO L1X0E1, CANADA
30590839          Mason Baez, 11550 Wordsworth Rd, Moreno Valley, CA 92557-8402
30590840          Mason Barnhart, 691 Rue Galt, Montreal, Quebec, H4G 2P6, CANADA
30590841          Mason Carse, 616 Stillwood Dr, Madisonville, LA 70447-3002
30590842          Mason Cessford, 8 Reigate Square, Parkside Glade, Cramlington, ENGLAND NE231NW, UNITED KINGDOM
30590843     +    Mason Floyd, 4262 Jefferson St, Apt 8404, Kansas City, MO 64111-4575
30590844          Mason Ganz, PO Box 33, Marionville, VA 23408-0033
30590845          Mason Gentry, 8540 SPRINGFIELD AVE, SKOKIE, IL 60076-2248
30590846          Mason Haggerty, Unit 100329 Box 1421, FPO, AE 09578-2914
30590847          Mason Harris, 6161 S Joplin Way, Aurora, CO 80016-3063
30590848     +    Mason Hubbs, 4092 Libbie Dr, Clio, MI 48420-8202
30590849          Mason Izzard, 4a Foundry Road, Unit 7, Seven Hills, New South Wales, 2147, AUSTRALIA
30590850     +    Mason Janak, 1222 Algarita Ave, Apt 342, Austin, TX 78704-4461
30590851          Mason Kaiser, 1220 S 900 E, Greentown, IN 46936-9643
30590852     +    Mason Lane, 510 Orchard Lane, Belmont, NC 28012-2930
30590853          Mason Lau-Daisley, 82 MacTurnbull Dr, St. Catharines, Ontario, L2S 4B1, CANADA
30590854          Mason Louys, 3460 Redding Rd, Columbus, OH 43221-1362
30590855     +    Mason M Ruks-Sanders, 3816 McKenzie Pass Way Northeast, Apt. 203, Salem, OR 97305-3884
30590856     +    Mason McGiboney, 119 W Ridge, Hendersonville, TN 37075-5140
30590857          Mason Mottayaw, 6345 Nell Dr, Roanoke, VA 24019-5409
30590858     +    Mason Neil, 632 163RD AVE SE, Bellevue, WA 98008-4933
30590859          Mason Parker, 2703 W Crossland Dr, Meridian, ID 83646-8379
30590860     +    Mason Pawling, 85 Lexington Drive, Annville, PA 17003-8626
30590861     +    Mason Pichler, 1023 south tyler street, Tacoma, WA 98405-1563
30590862          Mason Pires, 30 Route-27, Mystic, CT 06355-1226
30590863     +    Mason Reeves, 2509 Richoak Dr, Garland, TX 75044-7423
30590864     +    Mason Rod, 52 Evergreen Ct, Lake Jackson, TX 77566-5059
30590865     +    Mason Sacilotto, 3636 Quentin Ave, Boynton Beach, FL 33436-3416
30590866     +    Mason Schut, 2250 Elmwood Dr SE, East Grand Rapids, MI 49506-4054
30590867     +    Mason Shin, 15738 Pistachio St, Chino Hills, CA 91709-4219
30590869          Mason Trevino, 3832 D St, Eureka, CA 95503-6031
30590870     +    Mason Walters, 750 Stockton Heights Drive, Bourbonnais, IL 60914-1854
30590871          Mason Wheeler, W201N11478 Oakview Ave, Germantown, WI 53022-2918
30590872          Mason Williams, 1126 Snowbird Ln, Waxhaw, NC 28173-0001
30590873          Mason Winston, 8593 W Mary Ann Dr, Peoria, AZ 85382-1410
30590874     +    Mason Zamboni, 14690 Williams Street, Thornton, CO 80602-7003
30590868          Mason themann, 544 E Greenmeadow Way Apt 12V, Salt Lake City, UT 84107-2251
30590875     +    Mason, Christopher, 1912 COACH DR., NAPERVILLE, IL 60565-2418
30590879     +    Mat Kerekes, 1545 Daytona Dr, Toledo, OH 43612-4015
30590880     +    Mat Sherinian, 1156 E Redfield Rd, Tempe, AZ 85283-4167
30590881          Mat Tainow, 573 Hemlock Cir SE, Atlanta, GA 30316-1839
30590882     +    Matador Direct, 134 Grand Street, New York, NY 10013-3104
30590883     +    Mateo Duran, 26131 East Orchard Drive, Aurora, CO 80016-6139

District/off: 0752-1                          User: admin                                    Page 320 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                               Total Noticed: 30719

30590884         Mateusz Brzozowski, Rycerska, 44967, Lublin, LUBELSKIE 20-552, POLAND
30590885     +   Mateusz Bzdzikot, 122 Ida avenue, Derby, CT 06418-2300
30590886         Mateusz Trzeciak, Powsta cow 8@, Czernica, slaskie, 44-282, POLAND
30590887     +   Matheus Alves Fonseca, 2828 Northwest 1st Avenue, Miami, FL 33127-3977
30590888         Mathew Albertson, 204 Meadowbrook Dr, Bolingbrook, IL 60440-2436
30590889     +   Mathew Burdett, 1626 Peregrine Circle, Apt 305, Rockledge, FL 32955-5242
30590890     +   Mathew Hudnell, 61 e. Henderson rd, Apt B, Columbus, OH 43214-2710
30590892     +   Mathew Maggio, 3705 SW 27th Street, Apt. 327, Gainesville, FL 32608-7018
30590893         Mathew Merritt, 7952 Abby Brooks Cir, Wesley Chapel, FL 33545-2229
30590894         Mathew Morrison, 994 Richmond Street, LONDON, ONTARIO N6A 3J5, CANADA
30590895     +   Mathew Schultz, 1339 North Citrus Avenue, Los Angeles, CA 90028-7626
30590896     +   Mathew Zehner, 8566 n 52nd St, Brown Deer, WI 53223-3075
30590897     +   Mathias Hammer, 500 Golden Oaks Drive, Building L, 2106, Kent, OH 44240-4101
30590898         Mathieu Joyal, 744 Des Passerins, Mont-saint-hilaire, Quebec, J3H 0E5, CANADA
30590899     +   Mathieu Ngalamou, 717 Brita Trail, Minooka, IL 60447-4577
30590900         Mathieu Saenz, 1202 Meadgreen Dr, Austin, TX 78758-4713
30590901         Mathilda Selby, 35 N Phillips Ave, Waynesboro, PA 17268-1021
30590902         Mathis BEDOUILLAT-DELORME, 14 r sidence magellan, St quay perros, Bretagne, 22700, FRANCE
30590903         Matias Anriquez, Miguel claro 190, Apt. 502, Santiago, REGION METROPOLITANA 7500992, CHILE
30590904     +   Matias Gomez Constenla, 1550 N Poinsettia Pl, Apt. 212, Los Angeles, CA 90046-3636
30590905         Matilda Lindstrom, 610 Jagged Pine Dr, Verona, WI 53593-8816
30590906     +   Matilda Westerman, 501 Panther Hollow Dr, Apt. 3203, Marble Falls, TX 78654-6298
30590907     +   Matrell Everett, 1300 SW Park Ave, Apt. 1709, Portland, OR 97201-3656
30590908         Matt Altieri, 3225 Newton St, Denver, CO 80211-3140
30590909     +   Matt Barton, 1701 Pennsylvania Ave NW, Ste 450, WA, DC 20006-5808
30590910     +   Matt Brewer, 9610 Raymond Rd, Lincoln, NE 68517-9704
30590911         Matt Brosseau, 409 N Iowa Ave, Villa Park, IL 60181-1954
30590912     +   Matt Brunner, 2121 old airport rd, Pryor Creek, OK 74361-3452
30590913     +   Matt Bywater, 1422 6th Street, Apt 406, Santa Monica, CA 90401-2546
30590914         Matt C Pelishek, 3709 Gaelic Ct, Bakersfield, CA 93311-2259
30590915     +   Matt Cielak, 5429 47th Ave SW, Seattle, WA 98136-1148
30590916     +   Matt Clarich, 5765 25th Ave NE, Seattle, WA 98105-2416
30590917         Matt Clifford, Po box 2206, Golden, British Columbia V0A 1H0, CANADA
30590918         Matt Cobb, 809 Adrian Dr, Sherman, IL 62684-9608
30590919     +   Matt Colomb, 104 Watervliet Ave Ext, Albany, NY 12206-1628
30590920     +   Matt Congel, 4389 Utah Street, San Diego, CA 92104-1212
30590921         Matt Coughlin, PO BOX 2062, P O BOX 2062, WHITE SALMON, WA 98672-2062
30590922     +   Matt Coyle, 4001 Indian Creek Rd, Emmaus, PA 18049-1909
30590923         Matt Delisle, 501 GREENE AVE # 1, BROOKLYN, NY 11216-1205
30590924     +   Matt Dolson, 1219 N 2nd Street, Nashville, TN 37207-5438
30590925         Matt Doughty, 1051 JULIETTE BLVD, MOUNT DORA, FL 32757-6503
30590926         Matt Drysdale, 78 Ashington Drive, Choppington, ENGLAND NE62 5AA, UNITED KINGDOM
30590927     +   Matt Edwards, 9640 Shoreview Rd, Dallas, TX 75238-4237
30590928         Matt F., 18007 Arbor Crest Dr, Tampa, FL 33647-2954
30590929         Matt Gardner, 386 Parkgreen Place, Waterloo, Ontario N2L 5S6, CANADA
30590931         Matt Harrison, 100 musters road, Apartment 2, Nottingham, England, NG27PS, UNITED KINGDOM
30590934     +   Matt Hilker, 3808 N Sheffield Ave, 2E, Chicago, IL 60613-2940
30590935         Matt Hills, 74 Farrell Rd, West Henrietta, NY 14586-9592
30590936     +   Matt Hilmes, 751 Village Drive, Glen Carbon, IL 62034-2731
30590937     +   Matt Holquist, 6355 Armor Duells Rd., Orchard Park, NY 14127-3230
30590938     +   Matt Hrusecky, 13 Stearns Avenue, Johnson City, NY 13790-3022
30590939         Matt Ilagan, 1775 Windsor Rd Apt 461, Teaneck, NJ 07666-3078
30590940     +   Matt Jarkewicz, 442 Harris, Richmond Heights, OH 44143-1757
30590941         Matt Jetton, 500 Oakcrest Dr, Paducah, KY 42001-6710
30590942     +   Matt Johnston, 300 Silver Oaks Dr, york, SC 29745-6382
30590943     +   Matt Jones, 22250 131st Ave SE, Kent, WA 98031-3963
30590944         Matt Jones, 141 Rosehill Dr, Bellefonte, PA 16823-2855
30590945         Matt Jurkiewicz, 3036 Greenwich Ln, Brunswick, OH 44212-2385
30590946         Matt Kappmeyer, 8602 E Citrus Way, Scottsdale, AZ 85250-5719
30590947     +   Matt Kasin, 5105 N Ashland Ave, Apt 3, Chicago, IL 60640-2852
30590948         Matt Keating, 50 Devon Street, Melbourne, Victoria, 3192, AUSTRALIA
30590949     +   Matt Keeler, 100 Parcview Pl, Apt 420, Somerville, NJ 08876-3070
30590951     +   Matt Keoshkerian, 7812 Stroud Ave N, Seattle, WA 98103-4923

30590952      Matt Koelsch, 1065 CHEESE FACTORY RD, HONEOYE FALLS, NY 14472-9209
30590953   +   Matt LaRosa, 282 Fayette St, Apt. 1, Quincy, MA 02170-1646
30590954      Matt Lerner, 20 N East St, Frederick, MD 21701-5601
30590957   +   Matt Lopez, 2417 Warwick Road, Apt. 3, Alhambra, CA 91803-3633
30590958   +   Matt Lyons, 1301 Prentice Drive, APT 11, Healdsburg, CA 95448-3389
30590959   +   Matt Madrid, 6360 Stoneridge Mall Rd, Apt H214, Pleasanton, CA 94588-8059
30590960      Matt Mandarich, 4790 Bluegate Dr, Highlands Ranch, CO 80130-6600
30590961   +   Matt McCreary, 1604 Travis Heights Blvd, Austin, TX 78704-3122
30590962   +   Matt Meadows, 11 Fox Hill Dr, Stafford Springs, CT 06076-3742
30590963   +   Matt Merritt, 5141 Greyfield Pl S, Valdosta, GA 31605-7086
30590964      Matt Miller, 1005 S 6th Ave, Kelso, WA 98626-2421
30590965      Matt Miller, 1754 Floral Ct, Crofton, MD 21114-2310
30590967      Matt Mitchell, 1700 Stardust Dr, Colorado Springs, CO 80905-7637
30590966   +   Matt Mitchell, 1338 N Grant Ave, Apt 207, Columbus, OH 43201-3928
30590968      Matt Moermond, 5761 Western Hills Dr, Norcross, GA 30071-3467
30590970   +   Matt Morgan, 3431 Northwest Ave, Apt. 240, Bellingham, WA 98225-8829
30590971      Matt Munoz, 119 Baboosic Lake Rd, Merrimack, NH 03054-3523
30590973   +   Matt Newman, 102 Himrod St, Apt. 2, NY, NY 11221-3402
30590974   +   Matt Nix, 450 Farabee Dr S, Lafayette, IN 47905-4711
30590975   +   Matt OaBrien, 113 Withers Street, #2, Brooklyn, NY 11211-2313
30590976      Matt Ori, 2463 Sunderland Rd, Maitland, FL 32751-3643
30590977   +   Matt Palmer, 231 S Prospect Ave, Clarendon Hills, IL 60514-1424
30590978      Matt Papuga, 115 Clifton St Apt 1, Cambridge, MA 02140-1754
30590979   +   Matt Polidoro, 29 Wyckoff St, Apt 3R, Brooklyn, NY 11201-6342
30590980      Matt Rafferty, 13831 N 19th Pl, Phoenix, AZ 85022-4555
30590981   +   Matt Reynolds, 14310 126th Ave., A304, Kirkland, WA 98034-7897
30590982      Matt Rezac, 6012 GRANT ST, OMAHA, NE 68104-4122
30590983   +   Matt Robinson, 1010 N O'brien St, Seymour, IN 47274-1861
30590984      Matt Robinson, 606 Western Ave, Shelby, IA 51570-3008
30590985   +   Matt Rosenblum, 8225 NW 15th Ct, Plantation, FL 33322-4655
30590986   +   Matt Rudy, 45165 Breezy Ln, Hollywood, MD 20636-3089
30590988      Matt Shumlas, N65W28141 Forest Ridge Cir, Sussex, WI 53089-3375
30590989   +   Matt Simmons, 4420 Los Feliz Blvd, Apt 103, Los Angeles, CA 90027-2131
30590990      Matt Slocum, 3249 NE 91st St, Seattle, WA 98115-3651
30590991   +   Matt Spillane, 138 Williams St, Taunton, MA 02780-2810
30590992      Matt Squibbs, 7725 Arcadia Trl, Fort Worth, TX 76137-4143
30590993   +   Matt Staley, 3998 Westdale Pkwy SW, Apt. 401, Cedar Rapids, IA 52404-9181
30590994   +   Matt Stepp, 206 E Peabody Dr, Snyder Hall 0271A, Champaign, IL 61820-6966
30590995      Matt Toner, 16A Leggett Street, Balcatta, WA 6021, AUSTRALIA
30590996   +   Matt Towns, 10531 Cedar Lake RD, APT 314, Minnetonka, MN 55305-3323
30590997   +   Matt Trani, 12608 se Mill ct, Portland, OR 97233-1257
30590998   +   Matt Vohwinkle, 21308 Thornridge drive, Grand Blanc, MI 48439-9256
30590999      Matt Waghorn, Flat 1 Dairy House, Andover, England SP11 9NA, UNITED KINGDOM
30591000      Matt Walsh, 45 Margaret Avenue North, Waterloo, Ontario N2J 3P5, CANADA
30591002      Matt Weaver, 19 Kingswood Drive, Kingswood, NSW 2340, AUSTRALIA
30591005      Matt Wilson, 649 Franklin Ct Apt E, Terre Haute, IN 47803-4206
30591004      Matt Wilson, 1 School House Road, Regentville, NEW SOUTH WALES 2745, AUSTRALIA
30591003      Matt Wilson, 4 owl end way, Lower Boddington, Daventry, England, NN11 6YA, UNITED KINGDOM
30591006   +   Matt Young, 1920 Buckingham Dr, Wheaton, IL 60189-5812
30590932   +   Matt heese, 1049 Ringwood ave, Apt 307, Haskell, NJ 07420-1461
30590933      Matt henton, 14 Studland Road, Flat 8, Bournemouth, England, BH4 8JA, UNITED KINGDOM
30591008   +   Matteo Cappelleti, 7800 carlyle ave, 4D, Miami Beach, FL 33141-2006
30591009      Matteo Meneghetti, via Giuseppe Garibaldi 19H, Legnaro, Padova, 35020, ITALY
30591010   +   Matteson Quint, 617 West 115th St, Apt 41, NY, NY 10025-7716
30591012   +   Matthew Adler, 1912 Essex st, Berkeley, CA 94703-2511
30591013   +   Matthew Ahlen, 12 Cecilia Dr, Wayne, NJ 07470-4605
30591014      Matthew Albertson, 1108 P St, Barling, AR 72923-1855
30591015   +   Matthew Alfeld, 3924 Taylor St, Apt 66, Fort Wayne, IN 46804-1945
30591017   +   Matthew Alford, 6972 Kellam Ridge Dr, Greensboro, NC 27455-8361
30591018   +   Matthew Allen, 6001, N Michigan Ave, Gladstone, MO 64118-4903
30591019   +   Matthew Allsbrook, 2710 Youngwood Lane, Opelika, AL 36801-6159
30591020   +   Matthew Alvarez, 1408 Paseo Manzana, San Dimas, CA 91773-3917
30591022   +   Matthew Andrea, 122 Columbia Ave, Unit 1, Cranston, RI 02905-3800

District/off: 0752-1                                    User: admin                                    Page 322 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                          Total Noticed: 30719

30591023   + Matthew Bakowski, 117 Van Wyck Ave, Brentwood, PA 15227-2953
30591024   + Matthew Ball, 402 S Main St, #408, Middlebury, IN 46540-9700
30591025     Matthew Barker, 519 Derby Trce, Nashville, TN 37211-7335
30591026   + Matthew Barr, 9300 S Shartel Ave., Apt. 101, Oklahoma City, OK 73139-5207
30591027     Matthew Barry, U1 58 SANDRINGHAM ROAD, SANDRINGHAM, Victoria 3191, AUSTRALIA
30591028     Matthew Bennett, 55 kingfisherway, christchurch, England BH23 4RT, UNITED KINGDOM
30591029     Matthew Bianconi, 109 Clarendon Street, Apt. 801, Southbank, VICTORIA 3006, AUSTRALIA
30591030     Matthew Biehn, PO Box 11114, Honolulu, HI 96828-0114
30591031     Matthew Blyth, 10 Courtney Close, Charlestown, New South Wales, 2290, AUSTRALIA
30591032     Matthew Borley, 101 Manor Road, New Milton Hampshire, New Milton, England BH25 5EQ, UNITED KINGDOM
30591033     Matthew Bossche, 601 Emmons St SE, Caledonia, MI 49316-8316
30591034   + Matthew Bradley, 766 S Martin St, A327, Longmont, CO 80501-6137
30591035   + Matthew Breese, 8974 Codfish Rd., Port Byron, NY 13140-9415
30591036   + Matthew Breski, 139 Pinnacle Rd, Rochester, NY 14620-1858
30591037   + Matthew Bui, 20361 SW CYPRESS ST, NEWPORT BEACH, CA 92660-0716
30591038     Matthew Bulluss, 9 Blue Hills Avenue, Nunawading, VICTORIA 3131, AUSTRALIA
30591040     Matthew C Clark, 1105 St David Rd North, Lethbridge, ALBERTA T1H 5A5, CANADA
30591041   + Matthew C Dehlinger, 29 scarlet lane, springfield, IL 62704-5229
30591042     Matthew Camire, 1304 Adona Ln, Chattanooga, TN 37412-3602
30591043   + Matthew Casagranda, 374 Bay Drive, Itasca, IL 60143-1299
30591044     Matthew Castorina, 1301 S Lincoln Ave Apt 418, Vineland, NJ 08361-6688
30591045   + Matthew Catalano, 1020 Louise St, A, Houston, TX 77009-2956
30591046     Matthew Chan, 122 Escolta Way, San Francisco, CA 94116-2940
30591047   + Matthew Christiansen, 7611 Kensington Dr., Ypsilanti, MI 48197-3175
30591048   + Matthew Clark, 254 Lebanon Avenue, Mt. Lebanon, PA 15228-1355
30591049     Matthew Clayton, 205 Cardinal Ct, Evans, GA 30809-0869
30591050     Matthew Cochran, 1641 Presto Ave, Indianapolis, IN 46224-5639
30591051   + Matthew Corona, 552 Kerilyn Lane, Hemet, CA 92544-3185
30591052     Matthew Corriz, 4600 Boulder Ct NW, Albuquerque, NM 87114-4206
30591053   + Matthew D Harper, 241 E 16th St, Lafayette, OR 97127-9161
30591054     Matthew Daigle, 11508 22nd Ave S, Burnsville, MN 55337-1201
30591055     Matthew Davidson, 9 The Harbour, Sutton Valence, Maidstone, ENGLAND ME173AB, UNITED KINGDOM
30591056   + Matthew Dawgiello, 110 Crucible St, Pittsburgh, PA 15220-5606
30591057     Matthew Delaney, 251 Oldfield Rd, Fairfield, CT 06824-6427
30591058     Matthew Dieck, 86 Union Ave, Amityville, NY 11701-3024
30591060     Matthew Doughty, 1051 JULIETTE BLVD, MOUNT DORA, FL 32757-6503
30591061   + Matthew Downs, 1492 Mallard Place, Front Royal, VA 22630-4720
30591062   + Matthew Duenas, 41130 Johnston Ave, Hemet, CA 92544-7445
30591063   + Matthew Dufault, 5973 NORTH RIDGE DR, SAVAGE, MN 55378-3608
30591064   + Matthew Dugan, 1283 Yellowstone Way, Franklin, IN 46131-7077
30591065   + Matthew E Blake, 65 Batchelder St Apt 1, Laconia, NH 03246-2201
30591066   + Matthew E. Barber II, 1312 Bunker Ridge Arch #B, Chesapeake, VA 23320-9472
30591067   + Matthew Emerson, 3602 Stephens Ave, Apt #H2, Missoula, MT 59801-8544
30591068     Matthew Farley, 617 MILL CREEK RD, CORBIN, KY 40701-4463
30591069     Matthew Ferris, 117 Huse Dr, Annapolis, MD 21403-4113
30591070     Matthew Folsom, 211 Corporate Dr, Carrollton, GA 30117-2467
30591072   + Matthew Fox, 3200 Todds Rd, Apt. 705, Lexington, KY 40509-8418
30591073   + Matthew Frady, 174, Brackin Rd, Cleveland, TN 37323-8416
30591074     Matthew Frank, 205 Charmayne Ave, Lancaster, PA 17603-4301
30591075   + Matthew Gage Szymaszek, 2243 Sagamore Parkway W, Apt 1122, West Lafayette, IN 47906-1473
30591076     Matthew Gallagher, 28 Weir Street, Flat J, Coatbridge, Scotland ML5 3EU, UNITED KINGDOM
30591077     Matthew Gibbons, 10 Antony Street, PALMYRA, WESTERN AUSTRALIA 6157, AUSTRALIA
30591078     Matthew Gilbertson, 5500 Broadway Unit 129, Alamo Heights, TX 78209-1631
30591079     Matthew Godinez, 190 COPA DE ORO DR, BREA, CA 92823-7013
30591080     Matthew Goudie, 89 Forward Avenue, Unit 911, Ottawa, Ontario, K1Y 4M2, CANADA
30591082   + Matthew Haber, PO BOX 966, Durango, CO 81302-0966
30591083   + Matthew Hampton, 895 N 25th Terrace, Cornelius, OR 97113-7444
30591084   + Matthew Hanson, 103 West Kansas St, Lenox, IA 50851-1103
30591085   + Matthew Hardison, 1177 NE Nittney Ln, Bremerton, WA 98311-9258
30591086   + Matthew Harwick, 3132 Louisiana Avenue North, Crystal, MN 55427-2919
30591087     Matthew Heavner, 4100 Cox Pl Apt 2G, Greensboro, NC 27409-3446
30591088   + Matthew Hernandez, 3732 Duke Ct, Merced, CA 95348-2135
30591089     Matthew Herrmann, 165 W Superior St Unit 610, Chicago, IL 60654-3573

District/off: 0752-1                          User: admin                          Page 323 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                         Total Noticed: 30719

30591090           Matthew Hicks, 500 W Payton St Lot 21, Greentown, IN 46936-1157
30591091       +   Matthew Hill, 2620 13th St NW, B102, WA, DC 20009-5366
30591092       +   Matthew Hill, 532 Caren Drive, Buffalo Grove, IL 60089-1024
30591093           Matthew Hillman, 999 W Evelyn Ter Apt 14, Sunnyvale, CA 94086-6779
30591094       +   Matthew Homeier, 2820 Pine Road NE, Bremerton, WA 98310-2122
30591095           Matthew Hopkins, 15 RAVENSWORTH CT, FREDERICKSBRG, VA 22405-2155
30591096           Matthew Horbatuk, 201 10 Avenue Southeast, Apt. 1605, Calgary, Alberta, T2G 2G5, CANADA
30591097           Matthew Hu, 2781 Turner Street, Vancouver, BC V5K 2G3, CANADA
30591098       +   Matthew Hubbell, 106 Sanchez Street, Apt 18, San Francisco, CA 94114-1347
30591099           Matthew Hughes, 318 Seashell Dr, Surfside Beach, TX 77541-9359
30591100       +   Matthew Hunter, 9000 City Place Boulevard, Apt 2326, Woodbury, MN 55125-5518
30591101       +   Matthew Hutchinson, 1711 Matthew Court, St. Joseph, MI 49085-8639
30591102           Matthew Hutt, 1605 W Knights Griffin Rd, Plant City, FL 33565-5207
30591103       +   Matthew Inclan, 9401 SW 102nd Court, Miami, FL 33176-1605
30591104           Matthew J Killian, 251 S 8th St, Columbia, PA 17512-1555
30591105       +   Matthew J Long, 110 Woodard Street, Farmersville, TX 75442-2344
30591106       +   Matthew J Moellering, 9422 Lavern Pl, St Louis, MO 63123-4536
30591107       +   Matthew J Thomas, 11318 French Horn Ln, Reston, VA 20191-4402
30591109           Matthew James Wilson, Apt 88 Core 2 Leetham House, Pound Lane, York, ENGLAND YO1 7PB, UNITED KINGDOM
30591110       +   Matthew Janesko, 761 Hickory Street, Lawrence, KS 66044-5207
30591111       +   Matthew Jezierski, 8125 Hillcreek Dr, Midlothian, VA 23112-6849
30591112       +   Matthew Johnson, 9820 fair oaks blvd, Apt. 902, Fair oaks, CA 95628-7059
30591113           Matthew Johnson, 104 Brixton Woods Blvd, Pittsboro, IN 46167-8917
30591114       +   Matthew Jollon, 1321 N Meridian St, Apt. 616, INDIANAPOLIS, IN 46202-2358
30591115           Matthew Jukola, 338 W Michigan St, Lagrange, IN 46761-1708
30591116           Matthew Jussila, PO Box 1393, Goldendale, WA 98620-1393
30591117       +   Matthew Kasmirski, 15304 34th St N, Stillwater, MN 55082-6769
30591118       +   Matthew Keeney, 14871 HARRISON AVE, ALLEN PARK, MI 48101-1804
30591119           Matthew Kennedy, 2219 Wilton Park Dr, Wilton Manors, FL 33305-1435
30591120       +   Matthew Kenwood, 12119 Vance Jackson rd, Apt. 1414, San antonio, TX 78230-6054
30591121           Matthew Keyser, 3 Heritage Dr Apt 26, Salem, MA 01970-2072
30591122           Matthew Kindell, 333 N Screenland Dr Apt 217, Burbank, CA 91505-3874
30591123           Matthew King, 2 Combe Crescent, Kirkby-in-Furness, ENGLAND LA17 7UE, UNITED KINGDOM
30591124           Matthew Klein, 1775 - Mckinley court, Apt. 84, Kamloops, BC V2E 2P2, CANADA
30591125       +   Matthew Klepac, 1391 south skyway avenue, Hommosassa, FL 34448-6410
30591126       +   Matthew Klysen, 717 Royal Blvd, Green Bay, WI 54303-4229
30591127           Matthew Kohm, 2369 Grindstone Pkwy, Columbia, MO 65201-8286
30591128       +   Matthew Koran, 3450 Race St, Denver, CO 80205-4046
30591129           Matthew Krueger, 2008 Losey Blvd S, La Crosse, WI 54601-6818
30591130           Matthew Kugel, 219 Bennington St, Boston, MA 02128-1402
30591131           Matthew Kvapil, 3555 Carlos Ln Apt E, Reno, NV 89502-6823
30591135       +   Matthew LaRue, 13301 2nd Street East, Apt. 1, Madeira Beach, FL 33708-2807
30591132       +   Matthew Langston, 375 WHITE COTTAGE RD S, Angwin, CA 94508-9633
30591134           Matthew Lapides, 1503 Pot Spring Rd, Lutherville Timonium, MD 21093-5909
30591136           Matthew Lee, 126 Eagle Pass, Port Moody, BC V3H5E8, CANADA
30591137       +   Matthew Leonard, 3101 W 35th Ave, Unit D, Anchorage, AK 99517-2245
30591138           Matthew Luft, Box 2666, Didsbury, ALBERTA T0M 0W0, CANADA
30591139           Matthew Lyman, 8421 24th Ave NW, Gig Harbor, WA 98332-9502
30591140       +   Matthew Lynch, 1 Rush Rd, Westford, MA 01886-3200
30591141       +   Matthew Lysic, 70647 Sunny Brook Ln, Richmond, MI 48062-5537
30591142       +   Matthew MacPhail, 408 Mount Vernon Street, Dedham, MA 02026-3629
30591143       +   Matthew Mahn, 9705 Heartstone Lane, Rockwall, TX 75087-4514
30591145       +   Matthew Matteucci, 10 Quail Hollow Drive, Henderson, NV 89014-2143
30591146           Matthew Mayhew, 10504 Chance Ct NW, Albuquerque, NM 87114-4499
30591147       +   Matthew McDonnell, 8980 Bellsong Circle, Littleton, CO 80125-1878
30591148       +   Matthew McFarlane, 1459 Ken Rey St, Salt Lake City, UT 84108-2617
30591149       +   Matthew McGuinness, 125 Achilla Terr, Martinsburg, WV 25404-3465
30591151           Matthew McNulty, 653 Scenic Ridge Dr, Venetia, PA 15367-2385
30591150           Matthew Mclaughlin, 220 Eastern Ave SE Apt 8, Grand Rapids, MI 49503-4791
30591152       +   Matthew Menz, 211 S Kingshighway St, Sikeston, MO 63801-2963
30591153       +   Matthew Messenger, 7368 Sunshine Court, mechanicsville, VA 23111-1727
30591154           Matthew Miller, 313 8TH AVE, DAYTON, KY 41074-1405
30591155       +   Matthew Milne, 147 West Street, East Bridgewater, MA 02333-1807

District/off: 0752-1                                         User: admin                                                    Page 324 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                                          Total Noticed: 30719

30591156           Matthew Mora, 2664 Maria St, Pleasanton, CA 94588-8421
30591157           Matthew Morse, 1901 W Chestnut Ave, Yakima, WA 98902-3741
30591158           Matthew Moscatelli, 4454 SW Moody St, Victoria, TX 77905-3944
30591159        +  Matthew Moser, 1810 Federal Ave, Apt. 4, Los Angeles, CA 90025-5424
30591160           Matthew Moule, 12526 Creek View Dr, Grass Valley, CA 95949-9050
30591161        +  Matthew Moya, 709 deerbrook cir, apt e, knob noster, MO 65336-1279
30591162           Matthew Murphy, 39 LLEWELLYN LN, ROYERSFORD, PA 19468-1760
30591163        +  Matthew Murray, 1048 N. Oak Ct., Broken Arrow, OK 74012-1428
30591164           Matthew Nagy, 2260 W 7TH ST APT 3, CLEVELAND, OH 44113-4577
30591165           Matthew Neu, 7320 Drew Cir Apt 10, Westland, MI 48185-6515
30591166        +  Matthew Nguyen, 2218 West Farlington Street, West Covina, CA 91790-5605
30591167        +  Matthew Olker, 11410 Reston Station Blvd, Apt. 631, Reston, VA 20190-5440
30591168        +  Matthew Oransky, 11 Cinderella Lane, Setauket, NY 11733-1708
30591169        +  Matthew Ostrowski, 32 Breeds Hill Road, Glastonbury, CT 06033-3373
30591170        +  Matthew Pappalardo, 1227 Church St, Unit D, Decatur, GA 30030-1546
30591171           Matthew Parkin, 68 sorrel gardens, South Shields, ENGLAND NE34 8TY, UNITED KINGDOM
30591172        +  Matthew Patten, 3 Turnberry Circle, Bedford, NH 03110-6135
30591173        +  Matthew Perez, 3305 Schindler ln, Wayne, NJ 07470-1908
30591174        +  Matthew Perzanowski, 25 Amos Ln, Vineyard Haven, MA 02568-7110
30591175        +  Matthew Peterson, 199 Manley Rd, AUBURN, ME 04210-3634
30591176        +  Matthew Pezzulich, 954 Shelburne Drive, Franklin Square, NY 11010-1010
30591177           Matthew Pitcher, 127 Nicholson St, Apt #307, Brunswick East,VICTORIA 3057, AUSTRALIA
30591178           Matthew Pitts, 1868 N Streamline Dr, Virginia Beach, VA 23454-4434
30591179           Matthew Powhida, 80 Wisconsin Ave, Delmar, NY 12054-4116
30591180        +  Matthew Powless, 3016 W. Cordelia St., Tampa, FL 33607-1915
30591181           Matthew Poxon, 159 Shobnall Road, Burton-on-Trent, ENGLAND DE14 2BD, UNITED KINGDOM
30591182        +  Matthew Pullins, 11202w 400n, Michigan city, IN 46360-9450
30591183        +  Matthew Pye, 430 Battery Circle, Clover, SC 29710-9257
30591184           Matthew R Corbin, 44 Riverhead Road, Corner Brook, Newfoundland and labrador, CANADA
30591185           Matthew Radigan, 95 YORK ST, CANTON, MA 02021-2459
30591186        +  Matthew Reinmuth, 5445 East Crescent Avenue, Mesa, AZ 85206-2247
30591187        +  Matthew Respondek, 403 Morning Glory Ln, Mansfield, TX 76063-2220
30591188           Matthew Rice, 308 North Main Street, Christiansburg, OH 45389
30591189        +  Matthew Rigdon, 7007 S 145th St, Apt 36, Omaha, NE 68138-6906
30591190           Matthew Ringe, 6345 Fitz Ln, Tallahassee, FL 32311-7723
30591191           Matthew Rogers, 11 College View, Consett, ENGLAND DH8 7DP, UNITED KINGDOM
30591192        +  Matthew Rosenberg, 9 Peru Street, Burlington, VT 05401-4336
30591193        +  Matthew Rossi, 6500 Calaridge Lane, Apt 203, Raleigh, NC 27606-5870
30591194           Matthew Ruane, 256 BEVERLY RD APT 3, PITTSBURGH, PA 15216-1448
30591195        +  Matthew Ryan Tobio, 3 Prince Edward Road, Morganville, NJ 07751-1310
30591196           Matthew S. Dippel, 46005 Plum Grove Dr, Macomb, MI 48044-4612
30591197        +  Matthew Saiia, 838 Great Plain Ave, Needham, MA 02492-3057
30591198           Matthew Salway, 22 Shanklin Road, Southampton, England, SO15 7RE, UNITED KINGDOM
30591199           Matthew Sarginson, Flat 2, Sandes Court, The Oaks, Kendal, ENGLAND LA9 4LN, UNITED KINGDOM
30591200           Matthew Sarkis, 1969 W Greenbriar Dr, Phoenix, AZ 85023-2335
30591201        +  Matthew Scarborough, 3921 W Verner Dr, Peoria, IL 61615-2965
30591202        +  Matthew Schryver, 803 S Juanita Ave, Redondo Beach, CA 90277-4365
30591203        +  Matthew Schuh, 11107 Sw 133rd Pl, Miami, FL 33186-4309
30591204        +  Matthew Schwer, 20066 Echo Hill Road, Sedro Woolley, WA 98284-8170
30591205        +  Matthew Scott, 2419 Kenwood Ave.,, San Jose, CA 95128-1337
30591206        +  Matthew Scott, 114 Marietta Place, Bismarck, ND 58504-7243
30591207        +  Matthew Secoquian, 1241 Synergy, Irvine, CA 92614-0159
30591208           Matthew Shaw, 6175 lady Hammond Road, Apt. 3, Halifax, NOVA SCOTIA B3K 2R9, CANADA
30591209           Matthew Sheehan, 155A Bushkill Dr, Easton, PA 18042-1877
30591210           Matthew Sherdel, 121 Oakwood Rd Apt F, Charleston, WV 25314-1800
30591211        +  Matthew Sholtz, 107 Preston Dr., Braddock, PA 15104-2707
30591212           Matthew Showalter, 10516 Corona St, Northglenn, CO 80233-4222
30591213        +  Matthew Sisco, 3423 Oak Street, Fort Smith, AR 72904-2155
30591214        +  Matthew Skara, 2111 Lake Breeze Lane, Apt 2111, Atlatna, GA 30339-4111
30591215        +  Matthew Skora, 6548 W 63RD PL, Chicago, IL 60638-4930
30591216           Matthew Slivka, 201 Hilltop Drive, Doylestown, OH 44230-1029
30591217        +  Matthew Smith, 57 Newton Street, Fairfield, CT 06824-6925
30591218           Matthew Snodgrass, 1690 Golden Grove Road, Saint John, NEW BRUNSWICK E2N 1P5, CANADA

District/off: 0752-1 User: admin Page 325 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30591219 Matthew Soroko, 345 Mack st, Kingston, ONTARIO K7L 1RA, CANADA
30591220 + Matthew Sozzi, 8510 Westfield Blvd, Apt. 3415, Indianapolis, IN 46240-3893
30591222 + Matthew Spooner, 2339 Ring Road, Spring Hill, FL 34609-5175
30591223 + Matthew Stanage, 458 summer creek dr, Cayce, SC 29172-2766
30591224 Matthew Stauffer, 109 Saybrooke Dr, Lititz, PA 17543-8798
30591226 + Matthew Stellpflug, 7409 S Obrien St, Tampa, FL 33616-2024
30591227 + Matthew Stevens, 3640 Liberty Rd S, Apt#40, SALEM, OR 97302-6682
30591228 Matthew Stuart, PO Box 294, Jolon, CA 93928-0294
30591229 Matthew Sullivan, 280 Ross Drive, New Westminster, BC V3L 0C2, CANADA
30591230 + Matthew Supple, 14609 Hanloch Court, Charlotte, NC 28262-0434
30591231 + Matthew Swing, 406B Blackman Blvd W, Wartrace, TN 37183-2207
30591232 + Matthew Szukalski Jr, 8733 Gillespie Street, Philadelphia, PA 19136-2129
30591233 Matthew Taillon, 922 Avenue Laporte, MONTRAL, QUEBEC H4C 2P7, CANADA
30591234 Matthew Taylor, 6626 TREVILIAN RD, ROANOKE, VA 24019-5038
30591235 + Matthew Thompson, 6936 West 84th Place, Los Angeles, CA 90045-2702
30591236 Matthew Thornton, 2706 Old Point Dr, Henrico, VA 23233-2160
30591237 Matthew Tomko, 3938 W Sandpiper Dr Apt 3, Boynton Beach, FL 33436-2476
30591238 + Matthew Tonner, 3995 Onondaga Blvd, Camillus, NY 13031-9705
30591239 + Matthew Torres, 9221 Grace Street, Highland, IN 46322-2828
30591240 Matthew Turner, 5 Timbercreek Ct, Durham, NC 27712-9530
30591241 Matthew Urbaniak, 13B Junction Street, Nowra, NEW SOUTH WALES 2541, AUSTRALIA
30591242 + Matthew Valenzuela, 516 Gina Vega Dr, El Paso, TX 79835-8303
30591246 + Matthew Vogl, 12150 Washington Center Pkwy, Apt. 15202, Thornton, CO 80241-2464
30591247 Matthew Webb, 195 Luninborg St, Henderson, NV 89074-8718
30591248 + Matthew Wells, 1717 S Grand Ave, 208 G, Ames, IA 50010-6694
30591249 Matthew Wendt, 1311 Atlas St Apt 312, Rapid City, SD 57701-0559
30591250 + Matthew White, 2638 W. Rebecca Way, Meridian, ID 83646-1268
30591251 Matthew Williams, 13 Sue street, Burnside, Queensland, 4560, AUSTRALIA
30591252 + Matthew Willoughby, 550 N Lincoln Ave, Apt 238, Loveland, CO 80537-5591
30591253 Matthew Woods, 3312 Lucie St, Lansing, MI 48911-2820
30591254 Matthew Wright, 3856 South Main St, Farmville, NC 27828-8548
30591255 + Matthew Wyman, 717 Powers Ave, Nashville, TN 37206-1713
30591256 Matthew Xu, 2 chippendale way, Apt. 1111, Chippendale, New South Wales, 2008, AUSTRALIA
30591257 Matthew Yeoman, 134 Dragon Road, Hatfield, England AL10 9NZ, UNITED KINGDOM
30591258 + Matthew Yurkovich, 158 Rock Creek Drive, DE, OH 43015-2260
30591259 Matthew Zeller, 115 Cedarwood Dr, Elma, WA 98541-9346
30591260 Matthew Zgodinski, 1372 Thoreau Rd, Lakewood, OH 44107-2846
30591261 + Matthew Zuro, 11044 Kingston Street, Westchester, IL 60154-4906
30591011 + Matthew abbott, 906 s 22nd ct, Apt a, Mount vernon, WA 98274-4784
30591059 + Matthew dinatale, 6 bright street, Apt 12, Waltham, MA 02453-6540
30591225 + Matthew steigauf, 8251 Oregon rd, Bloomington, MN 55438-1129
30591243 + Matthew venanzi, 415 bridge rd, Walnut creek, CA 94595-1324
30591244 Matthew venator, 144 Smith road, Roslin, ON K0K2Y0, CANADA
30591262 + Matthew.wermers, 4701 Strauss Cabin Road, 10-308, Fort Collins, CO 80528-4674
30591263 + Matthias Caputo, 558 Central Way, Apt A211, Kirkland, WA 98033-4207
30591264 Matthias Dransmann, Sutthauser Str. 70, Georgsmarienhuette, Niedersachsen 49124, GERMANY
30591265 Matthias Eglseer, Hans-Wagner-Stra e 15, Apt. 5, Steyr, OBEROSTERREICH 4400, AUSTRIA
30591266 Matthias Mantler, Birkenstrasse 3, Niederoesterreich, Haselbach 2003, AUSTRIA
30591267 Matthias Rohmann, Poetenweg 45, Falkensee, BRANDENBURG 14612, GERMANY
30591268 Matthias Schira, 1437 McTavish, Brandon, MANITOBA R7A1C5, CANADA
30591269 Matthias Schira, 1437 McTavish avenue, Brandon, MANITOBA R7A1C5, CANADA
30591270 Matthias Szunyogh, Alois Windisch Stra e 9, Bad Fischau 2721, AUSTRIA
30591271 + Matthieu Baker, 59 Broad St, Apt. 205a, Plattsburgh, NY 12901-3389
30591272 Mattie King, 4209 ASPEN ST, BRYAN, TX 77801-4710
30591273 Maude Latour, c/o GRF, 1880 Century City Park East, Los Angeles, CA 90067
30591274 Mauna Dasari, 2367 44th Ave, San Francisco, CA 94116-2042
30591275 Maura Elliott, 628 Old School House Dr, Springfield, PA 19064-1536
30591276 Maura Mohan, 35 Rolling Mills Rd, Apt. 438, Toronto, Ontario, M5A0V6, CANADA
30591277 Maura Smith, 89 HILL ST, NORWOOD, MA 02062-3626
30591278 Maureen Agoglia, 32 Hamilton St, Rockville Centre, NY 11570-2034
30591279 Maureen Baldwin, 1011 N Shore Dr, Brigantine, NJ 08203-2719
30591280 Maureen Davis, 1304 Weber St, Alameda, CA 94501-3944
30591281 Maureen Graff, 5612 SEDONA DR, AUSTIN, TX 78759-6257

District/off: 0752-1                          User: admin                                    Page 326 of 507
Date Rcvd: Jan 04, 2024                    Form ID: 309C                              Total Noticed: 30719

30591282        Maureen K Krause, PO Box 1125, 58 Jessup Avenue, Quogue, NY 11959
30591283        Maureen Karr, 8509 78th Ave N, Brooklyn Park, MN 55445-2331
30591284        Maureen Maggio, 248 N NEW RD, ABSECON, NJ 08201-1909
30591286        Maureen Slaven, 912 S MAIN ST, WHEATON, IL 60189-6472
30591287        Maureen VanBurger, 186 Tyrpak Rd, Howell, NJ 07731-1239
30591285        Maureen phairs, 37 Barra Crescent, Irvine South Ward, North Ayrshire, Scotl, UNITED KINGDOM
30591288        Maurice Israel, 10211 SW 58th St, Cooper City, FL 33328-6537
30591289        Maurice Rodriguez, 9915 FARRELL DR, HOUSTON, TX 77070-4516
30591290        Maurice T sch, B ckerstra e 11, Torgau, SACHSEN 4860, GERMANY
30591291        Mauricio Alvarado, 813 N Hamilton Blvd, Pomona, CA 91768-2929
30591292        Mauricio Escobar, 1A Cliff Avenue, Strathdale, VICTORIA 3550, AUSTRALIA
30591293    +   Mauricio Flores, 625 Woodside Way, Unit B, San Mateo, CA 94401-1717
30591294    +   Mauricio Sandoval, 4252 N F St, San Bernardino, CA 92407-3004
30591295    +   Maurisio Esparza, 788 Mimbrera Way, Salinas, CA 93905-1266
30591296    +   Mauro Manzano, 6022 hickorywood drive, Indianapolis, IN 46224-3202
30591297        Mauro Pollazzi, Via Jugoslavia 36, Grosseto, Grosseto 58100, ITALY
30591299    +   Maverick King, 940 S 5th W, Apt 1107, Rexburg, ID 83440-1018
30591300        Maverick Williams, 37 Scarlet Dr, Belleville, IL 62220-3358
30591301    +   Mavis Anya, 565A Noank Ledyard Rd, Mystic, CT 06355-1518
30591302    +   Max A. Gutierrez, 1160 Valley Spring Ln., Colton, CA 92324-4725
30591303    +   Max Bametzrieder, 1138 Illinois Avenue, Apt 6, Pittsburgh, PA 15216-2564
30591304        Max Beckedorff, 2503 Honeysuckle Ln, Point Pleasant Boro, NJ 08742-4218
30591305    +   Max Buscaglia, 24 Pleasant St, Canton, NY 13617-1153
30591306        Max Cameron, 1 Rainbow Court, Paraparaumu, WELLINGTON 5032, NEW ZEALAND
30591307        Max Cothren, 18461 SW Morse Ln, Beaverton, OR 97003-3891
30591308    +   Max Crutcher, 612 Independence ave, Sycamore, IL 60178-2039
30591309        Max Cutler, 7 Irrewaddy Way, Mandalay, Airlie Beach, Queensland 4802, AUSTRALIA
30591310        Max Davis, 2502 W Haddon Ave Apt 1, Chicago, IL 60622-0316
30591311    +   Max Demers, 211 Riverbend Rd, Unit 2, Logan, UT 84321-5906
30591312        Max Duggan, 4919 Northcott Ave, Downers Grove, IL 60515-3434
30591313        Max Durrant, 7 Fairways, Toft, Bourne, England, PE10 0BS, UNITED KINGDOM
30591314    +   Max Eldridge, 1028 Rhode Island st, Lawrence, KS 66044-3058
30591315    +   Max Geary, 85 Olive Street, 85B, New Haven, CT 06511-6910
30591316        Max Giles, 18607 214th Ave NE, Woodinville, WA 98077-7142
30591317        Max Gredinger, 10 CITY PT APT 35K, BROOKLYN, NY 11201-6993
30591318    +   Max Grudowski, 1764 Luke Drive, Streetsboro, OH 44241-5441
30591319        Max Hammond, W6166 Valley Pl, Holmen, WI 54636-9481
30591320    +   Max Hernandez, 9325 W AUER AVE, Milwaukee, WI 53222-3530
30591321        Max J Nye, 22 Oak Crest Drive, North Attleboro, MA 02760-3527
30591322        Max Jap Tjoen San, Johan de Meesterstraat 20B, Rotterdam, South Holland, 3031SP, NETHERLANDS
30591323    +   Max King, 6520 Fairview Rd, Cookeville, TN 38501-9709
30591324        Max Kowalyshen, Box 44, Faro, Yukon, Y0B1K0, CANADA
30591325    +   Max Kuczynski, 18003 105th St Ct E, Bonney Lake, WA 98391-7086
30591326    +   Max Kulchinsky, 102 Tanyard Lane, Huntington, NY 11743-2422
30591327        Max Kwok, 18 white street, 0/2, Glasgow, SCOTLAND G11 5RP, UNITED KINGDOM
30591328    +   Max LaPlume, 549 Magdalen Ave, Crowley, TX 76036-4113
30591331    +   Max Levinton, 2902 Ave R, Brooklyn, NY 11229-2524
30591332    +   Max Mansell, 2002 Castleshire Dr, Unit 2002, Woodstock, IL 60098-3167
30591333        Max Maouris, 66 Holiday Ln, Kingston, NY 12401-4749
30591334    +   Max Meyer, 4258 Glenhaven Dr, Belvidere, IL 61008-6710
30591335        Max Morgan, 815 Cobblestone Blvd Apt 101, Fredericksburg, VA 22401-6660
30591336    +   Max Olmos, 18445 Valerio St, Apt. 213, Reseda, CA 91335-8147
30591337    +   Max Parmentier, 2608 Broadway, Apt. 8, San Diego, CA 92102-2158
30591338    +   Max Porter, 3217 12th Avenue, Moline, IL 61265-3306
30591339    +   Max Rigrish, 4430 Reed Rd, Columbus, OH 43220-4451
30591340    +   Max Saenz, 60 Fenway, Apt. 55, Boston, MA 02115-3736
30591341        Max Schoenmakers, Maredijk, 123A, Leiden, Noord-Brabant, 2316VX, NETHERLANDS
30591342        Max Temlett, 15 Ashleigh Avenue, Bridgwater, ENGLAND TA6 6AU, UNITED KINGDOM
30591343        Max Thomas, 15789 Thomas St, Newbury, OH 44065
30591344    +   Max Timmons, 11270 Grant Creek Rd, Missoula, MT 59808-8630
30591345    +   Max Tomaszewski, 66 clearfield dr, Buffalo, NY 14221-2404
30591346        Max Truong, 573 College Ave W, Guelph, ONTARIO N1G 2Z6, CANADA
30591347    +   Max Turner, 34 Argow Place, Nanuet, NY 10954-3610

30591348           Max Volkers, 5659 Christie Ave SE, Christie Ave, Kentwood, MI 49508-6268
30591349           Max Waine, 3/19 Creswick Terrace, Northland, Wellington, Wellington 6012, NEW ZEALAND
30591350           Max Whitaker, 906 LYNNE ST, RHINELANDER, WI 54501-2511
30591351       +   Max William Geiringer, 12425 GOLDEN KNIGHT CIR, BLDG 25 UNIT 204, Orlando, FL 32817-8313
30591352           Max Wolfenbarger, 1355 N 800 E APT 2F, LOGAN, UT 84341-2516
30591329       +   Max lee, 61 farmers avenue, Lindenhurst, NY 11757-2136
30591354       +   Maxfield Franklin, 577 Larimer Creek Drive, Monument, CO 80132-8898
30591355           Maxi Bieber, Kleistweg 245, Oranienburg, Brandenburg, 16515, GERMANY
30591356           Maxim Duric, Herkulesstra e 83, Kassel 34119, GERMANY
30591357       +   Maxim Fournier, 3740 Santa Rosalia Drive, Apt 111, Los Angeles, CA 90008-3621
30591358           Maxime Boudin, 23 rue Paul Verlaine, Donchery 8350, FRANCE
30591359           Maxime Brisebois-Lemelin, 101-961 du Violoneux, Bromont, Quebec, J2L 0G7, CANADA
30591361           Maxime GRENARD, 50 Avenue Roger Salengro, VILLEURBANE, RHONE-ALPES 69100, FRANCE
30591360           Maxime Gregoire, 1193 Rue Daniel, Longueuil, Quebec J4J 3M6, CANADA
30591362           Maxime Lagneaux, 08 Chemin des trois arbres, Ham-Sur-Heure, HAINAUT 6120, BELGIUM
30591364           Maxime Levy, 7 Rue du Gu, Apt. 0, Saint-Sabine, Bourgogne, 21320, FRANCE
30591365           Maxime Meskens, Hemelstraat, 100a, 100a, Dendermonde, OOST VLAANDEREN 9200, BELGIUM
30591366           Maximilian Almendariz, 6110 Dee Rd, Pearland, TX 77581-2700
30591367       +   Maximilian Hibbs, 3707 7th St W, Apt 306, Williston, ND 58801-4265
30591368           Maximilian L nger, Altenessener Str. 536c, Essen 45329, GERMANY
30591369           Maximilian Miersch, Westerndorfer Stra e, Apt. 58, Rosenheim, BAYERN 83024, GERMANY
30591370           Maximilian Miske, Kirchzeile 20, Bad Aibling, BAYERN 83043, GERMANY
30591371       +   Maximilian Salazar, 1513 N Hawthorne Ln, Indianapolis, IN 46219-2947
30591372           Maximilian Scott, 194 Brentlawn Boulevard, Winnipeg, Manitoba R3T 5C7, CANADA
30591373       +   Maximilian Vazquez, 16060 N Merchant Way, Apt. 101, Nampa, ID 83687-4840
30591374       +   Maximiliano Stenson, 2901 Cross Timbers Dr, Irving, TX 75060-4703
30591375       +   Maximillian Pollio, 260 Avenue E, Apt 404, Bayonne, NJ 07002-6596
30591377       +   Maxwell Alderman, 4021 sweet shadow ave, Columbus, OH 43230-7390
30591378       +   Maxwell Barlow, 220 Stoneybrook Rd, Fitchburg, MA 01420-1360
30591379       +   Maxwell Bashel, 309 W Doty St, Apt. 3, Madison, WI 53703-3192
30591380           Maxwell Bayer, 209 Nicol Dr, Reading, PA 19606-3513
30591381       +   Maxwell Chen, 2138 Mendocino Ln, San Jose, CA 95124-4409
30591382       +   Maxwell Chin, 2020 Wembley RD, Waterloo, IA 50701-1645
30591383       +   Maxwell Dimm, 3530 SE Birchleaf St, Hillsboro, OR 97123-2214
30591384           Maxwell Haupt, 5 Avon Dr, Madison, NJ 07940-1201
30591385           Maxwell Hudnall, 9601 STANWIN AVE, ARLETA, CA 91331-4657
30591386           Maxwell Jewell, 1034 VIRGINIA AVE NE APT 10, ATLANTA, GA 30306-3556
30591387       +   Maxwell Mains, 1111 NE 7th Ln, Ankeny, IA 50021-6750
30591388           Maxwell Mastali, 21 Lunau Lane, Thornhill, ON L3T5N1, CANADA
30591390           Maxwell Maxwell, 600 Rear Huntington Avenue, Artists Residence, Boston, MA 02115
30591389           Maxwell Maxwell, 600 HUNTINGTON AVE REAR, ARTISTS RESIDENCE, BOSTON, MA 02115-5902
30591391       +   Maxwell McGrael, 6200 Montano Plaza Dr NW, Apt 521, Albuquerque, NM 87120-5757
30591392       +   Maxwell Meserve, 223 Harvard St, Springfield, VT 05156-2539
30591394           Maxwell Olson, 11508 Evanston Ave N, Seattle, WA 98133-8223
30591395       +   Maxwell Prentice, 701 Keck Ave., Evansville, IN 47711-3837
30591396       +   Maxwell Sayler, 11 Grove Avenue, Apt 3, Westerly, RI 02891-6016
30591397       +   Maxwell Schmidt, 16534 Franklin Trl SE, 5C, Prior Lake, MN 55372-2921
30591398           Maxwell Sinclair, 817 Crockett Dr, Burleson, TX 76028-6804
30591399       +   Maxwell Sparrow, 1010 West 8th Street, Cedar Falls, IA 50613-2442
30591400       +   Maxwell Zake, 4405 Holt Rd, Sylvania, OH 43560-9505
30591401           Maxx Acosta, 95123 Colony green drive, San Jose, CA 95123
30591402       +   Maxx MacDonald, 9971 NE Avery st, Newport, OR 97365-9531
30591403       +   Maxx Murtaugh, 1230 Lacoma Dr., Lockport, IL 60441-3200
30591404       +   Maxx Pal, 1755 High Street, Cuyahoga Falls, OH 44221-4003
30591405           May Lyons, 3167 Monterey Dr, Malaga, WA 98828-9731
30591406       +   Maya, 130 Blueberry Dr, Selma, NC 27576-9388
30591407       +   Maya Crawford, 100 Jay Street, Apt 11F, Brooklyn, NY 11201-1570
30591408       +   Maya Davis, 200 LaSalle Court, 604A, New Orleans, LA 70118-6166
30591409       +   Maya Doan, 14730 Sobey Rd, Saratoga, CA 95070-6234
30591410           Maya Hughes, 1312 N Elmwood Ave, Peoria, IL 61606-1105
30591411       +   Maya Jowers, 150 s 800 e, B1, Salt Lake City, UT 84102-2378
30591412           Maya Krantz, 2319 N 133rd St, Seattle, WA 98133-7809
30591413       +   Maya Rochin, 2200 S Ave B, A207, Yuma, AZ 85364-6178

30591414          Maya Rohas, 4801 The Parkway, Hope Island, Queensland, 4212, AUSTRALIA
30591415        + Maya Shomer, 7108 E Lowry Blvd., Apt. 1156, Denver, CO 80230-7014
30591416          Maya St-Jean, 10 Erskine St, Macquarie, Australian Capital Territory, AUSTRALIA
30591417        + Maya Sted, 7414 Dogwood Lane, Parma, OH 44130-6132
30591418        + Maya Waterman, 2644 Namauu Dr, A, Honolulu, HI 96817-1332
30591419        + Maya, Elizabeth, 253 Beach St, Aurora, IL 60505-2865
30591420          Mayce Varacalli, 8251 Baldwin Rd, Goodrich, MI 48438-9476
30591422          Maylee Garcia, 1640 W Lane Ave, Columbus, OH 43221-3925
30591423        + Maylin Martinez, 11069, White Ash Ln, Fontana, CA 92337-6893
30591424          Mayra Gongora, 7757 S Candlepine Dr, Tucson, AZ 85757-0096
30591426        + Mayson Stowers, 4321 Mill Village Road, Raleigh, NC 27612-3761
30591427          Mayurie Sivabalan, 42 Dorothy Britton Drive, Markham, ON L3S 3G9, CANADA
30591428          Maza Rearick, 6305 Jean Dr, Ravenna, OH 44266-1323
30591432        + McCain, 87 Meigs Drive, Shalimar, FL 32579-2145
30591433          McCartney Bisgard, 20215 Stone Falls Ct, Cypress, TX 77433-5762
30591434        + McCleary Philbin, 823 20th Ave NE, Minneapolis, MN 55418-4509
30591435        + McConnell, 5922 Briercrest, Lakewood, CA 90713-1016
30591436        + McCormick, Erin, 2746 WEST SAINT ANNE STREET, RAPID CITY, SD 57702-4272
30591440        + McDonald Theatre, 29440 Airport Rd., Eugene, OR 97402-9524
30591442        + McGuire, Lucas, 14270 W HAWTHORNE AVE, LAKE FOREST, IL 60045-1041
30591443          McIntosh, 2925 39TH AVE S, MINNEAPOLIS, MN 55406-1850
30591444        + McKayla Holson, 1211 High Street, Waynoka, OK 73860-2509
30591448          McKenna Burns, 640 Bentley Dr Unit 7, Marion, IA 52302-1246
30591451          McKenna Kenney, 1137 N Market St, Wichita, KS 67214-2807
30591454        + McKenna Snyder, 522 Weeping Willow Rd, Hendersonville, TN 37075-3065
30591455        + McKenna Thomas, W6788 Shadybrook Circle, Fond du Lac, WI 54937-8635
30591456        + McKenzie Akins, 4532 westminster place, Apt. 3, St. Louis, MO 63108-1802
30591457          McKenzie Brown, 3315 Tamarah Way, Sumter, SC 29154-8011
30591458        + McKenzie Buckley, 18668 SW MAPLEOAK LN, B90, BEAVERTON, OR 97003-0075
30591460        + McKenzie DiGiallonardo, 15440 Callaway Road, Callaway, VA 24067-3701
30591461        + McKenzie Kinzbach, 16627 244th Pl SE, Issaquah, WA 98027-8438
30591462        + McKenzie Lewis, 5423 40th Ave N, Saint Petersburg, FL 33709-5611
30591463        + McKenzie Riggs, 12781 W Fiddleleaf Dr, Boise, ID 83713-2069
30591464        + McKenzie Soumas, 1409 Stoddard Street, Appt. 3, Missoula, MT 59802-1978
30591465          McKenzie Teeters, 3311 Yupon St Apt 303, Houston, TX 77006-3836
30591468        + McMenamins Inc., 1332 W. Burnside, Portland, OR 97209-2612
30591470        + McNeely, 4511 SW Director St, Seattle, WA 98136-2438
30591437        + Mccormick, Mary, 5922 W 90TH PL, OAKLAWN, IL 60453-1512
30591438        + Mccoy, Madison, 921 ROBERTS CT, BATAVIA, IL 60510-3066
30591439        + Mccrory, Corinne, 621 N 11TH STREET, DEKALB, IL 60115-3509
30591446          Mckeever Miller, 6011 N 108th Avenue Cir, Omaha, NE 68164-1401
30591449          Mckenna Dunaway, 7004 Early Gold Ln, Riverview, FL 33578-4300
30591452        + Mckenna Sefcik, 17 Troon Drive, Trophy Club, TX 76262-5536
30591453        + Mckenna shaw, 21300 Albion ave, Farmington hills, MI 48336-5600
30591459          Mckenzie Campbell, 7832 S Serenera Way Apt 315, West Jordan, UT 84081-5774
30591474          Me Me, 124 Kingswood Ln, Martinez, CA 94553-4393
30591475          Me Me, 1984 Edmunds Ct, Powell, OH 43065-9506
30591476          Me Me, 4500 S Monaco St Apt 928, Denver, CO 80237-3421
30591471          Me Me, 14216 Chariots Whisper Dr, Carmel, IN 46074-8196
30591472          Me Me, 1033 18th St, West Des Moines, IA 50265-2318
30591477          Meagan Coleman, 640 MONTCLAIR CT, WENONAH, NJ 08090-1130
30591478          Meagan Day, 810 GARRATY HL, SAN ANTONIO, TX 78209-2859
30591479          Meagan Good, 4613 Wentworth Drive, Bismarck, ND 58503
30591480          Meagan Rhodes, 24515 SE 34th Pl, Sammamish, WA 98029-6538
30591482        + Meaghan Hinson, 13006 E Silver Lane Rd, Independence, MO 64050-1538
30591483        + Meaghan Robinson, 15 Baldwin Circle, Plymouth, MA 02360-4701
30591484        + Meara Gietl, 10 Twilight Ln, Springfield, IL 62712-8901
30591486        + Medina, Noah, 305 Hickory Street, North Aurora, IL 60542-1243
30591487          Meekins Meekins, 8 Sausilito Ct, Annapolis, MD 21403-1540
30591489          Meg Allen, 56-58 Eight Avenue, Suite 269, Maylands, WESTERN AUSTRALIA 6051, AUSTRALIA
30591490          Meg Bennett, 2538 Beech st, Halifax, NOVA SCOTIA B3L2Y1, CANADA
30591492          Meg Fairbank, 9002 Windjammer Dr, Tega Cay, SC 29708-9383
30591493          Meg Harding, 14 Gifford close, Berwick, Victoria, 3806, AUSTRALIA

District/off: 0752-1                    User: admin                                                    Page 329 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                                              Total Noticed: 30719

30591494          Meg Naeger, 706 Timbervalley Ct, Chesterfield, MO 63017-1789
30591495      +   Meg Nielson, 10819 S Arista Way, South Jordan, UT 84009-1440
30591496          Meg Orsino, 922 Monmouth St, Gloucester City, NJ 08030-1547
30591497          Meg Tyndall, 27285 Heritage Ct, Salisbury, MD 21801-1708
30591498          Mega Cap Inc., po Box 1389, Rancho Cucamonga, CA 91729-1389
30591499          Megan Aardahl, 803 Meadow Stone, Converse, TX 78109-1657
30591500      +   Megan Allen, 706 S Monroe, Apt 1, Bay City, MI 48708-7289
30591501          Megan Beckel, 4880 NW Linder Ln, Riverside, MO 64150-7819
30591502      +   Megan Behan, 603 E 5th Ave, Salt Lake City, UT 84103-3004
30591503      +   Megan Berchem, 1368 Lakeside Street, La Porte, IN 46350-2031
30591504      +   Megan Bienemann, 8026 Summerlin Court, Liberty Township, OH 45044-7686
30591505          Megan Bird, 5795 S 1585 E, Murray, UT 84121-1174
30591507          Megan Bowers, 1025 Leawood Dr, Saint Louis, MO 63126-1241
30591508          Megan Brannen, 8123 Windmill Ct, Severn, MD 21144-2310
30591509          Megan Brigman, 1117 Spring Rd, Lugoff, SC 29078-9217
30591510      +   Megan C Morgan, 2000 W Foster Ave, Apt 2D, Chicago, IL 60625-1200
30591511      +   Megan Chang, 1517 W Hawkes St, Unit 4, Arlington Heights, IL 60004-7478
30591512          Megan Clark, 1326 N Central Ave Apt 9, Glendale, CA 91202-1839
30591513      +   Megan Clemens, 8 Raleigh Place, Cross Lanes, WV 25313-2604
30591514          Megan Clendinning, 4101 Bedford Ave, Hamilton, OH 45015-1974
30591515          Megan Coen, 1870 Orange Grove Dr, San Jose, CA 95124-1642
30591516      +   Megan Conklin, 580 Express Ct, Apt 136, Zionsville, IN 46077-1390
30591517      +   Megan Cooper, 155 Summer St, Apt 10F, Somerville, MA 02143-2613
30591518      +   Megan Coward, 225 Red School Lane, Building O, Apt 6, Phillipsburg, NJ 08865-2208
30591519      +   Megan Crawford, 6209 W Franklin St, Richmond, VA 23226-2511
30591520      +   Megan Cresci, 3550 Carter Dr, #64, SSF, CA 94080-5028
30591522      +   Megan DeWitt, 250 North City Drive, San Marcos, CA 92078-4409
30591521          Megan Del Pozo, 17431 N 83rd Dr, Peoria, AZ 85382-8083
30591524      #+  Megan Dunn, 700 Sycamore St, Lockhart, TX 78644-2822
30591525          Megan Emrisko, 7878 Plains Rd Apt A203, Mentor on the Lake, OH 44060-2805
30591526      +   Megan Evans, 5268 N. San Pablo Ave, Apt 102, Fresno, CA 93704-2708
30591527          Megan Fahrenkrug, 1425 N 12th Ave Apt 222, Wausau, WI 54401-2451
30591528      +   Megan Felix, 2101 Kay Ave, Union, NJ 07083-3839
30591529      +   Megan Fuchsel, 103 Montgomery Drive, Harleysville, PA 19438-2131
30591530          Megan Gallagher, 4302 220th St SW, Mountlake Terrace, WA 98043-3624
30591531      +   Megan Gerst, 3222 Landtree Circle, Orlando, FL 32812-5958
30591532      +   Megan Grant, 1489 airport rd, Norton Shores, MI 49444-4271
30591533      +   Megan Greenberg, 217 Elk Dr, Sonora, CA 95370-5538
30591534      +   Megan Griesenauer, 2275 Columbus Circle, Warrenton, MO 63383-3266
30591535          Megan Grimshaw, 70 Hersey St, Portland, ME 04103-4508
30591536          Megan Hardy, 5081 Mill Wheel Dr, Grand Blanc, MI 48439-4233
30591537          Megan Harris, PO Box 64, Sweet Briar, VA 24595-0064
30591538      +   Megan Hatfield, 1725 Merle Huff Ave, Norwalk, IA 50211-2108
30591539          Megan Hawkins, 377 Lovell Street, Apt. 2, Worcester, MA 01602-3398
30591540          Megan Hayes, 10 Pine Grove Ct, Westhampton, NY 11977-1323
30591541      +   Megan Henderson, 4304 Hanover Pike, Manchester, MD 21102-1433
30591542      +   Megan Herr, 1340 Thunder Ridge Rd, Santa Fe, NM 87501-8874
30591543      +   Megan Hinton, 1614 Grismer Ave, Apt. 310, Burbank, CA 91504-3700
30591544      +   Megan Hoke, 1432 Woodridge Dr, Aledo, TX 76008-5802
30591545      +   Megan Hong, 912 Bent Sail Ln, League City, TX 77573-7763
30591546      +   Megan Horsfield, 10650 E Posada Ave, Mesa, AZ 85212-1872
30591547          Megan Johnson, 7250 Capri Way Apt 10, Maineville, OH 45039-9489
30591548          Megan Kelley, 17975 PETERSEN WAY, CASTRO VALLEY, CA 94546-1143
30591549      +   Megan Kesler, 11222 Race St, Boise, ID 83713-5056
30591550          Megan Kinson, 61 Rodmor Rd, Havertown, PA 19083-4922
30591551      +   Megan Koziel, 1242 W. Pratt Blvd, Chicago, IL 60626-4354
30591552      +   Megan Krier, 558 Melvin Ave, Morrisville, PA 19067-6823
30591553      +   Megan Leibfreid, 911 Perry Pl. NE, WA, DC 20017-1838
30591554          Megan Linhares, 11 LOUISE CT, FLORISSANT, MO 63031-5924
30591555          Megan Long, 5 Smith St, Haverhill, MA 01832-3729
30591556          Megan M Seaman, 1522 MARS AVE, LAKEWOOD, OH 44107-3823
30591557          Megan Mangraviti, 14 Upper Promenade, Colwyn Bay, Wales; Cymru LL28 4BS, UNITED KINGDOM
30591558      +   Megan Marchetti, 5062 Granger St, Bremerton, WA 98312-5043

| | | |
|---|---|---|
| 30591559 | | Megan Matheny, 1192 Wimbeldon Blvd, Columbus, OH 43228-9321 |
| 30591560 | | Megan McGinley, 424 Henderson Road, Burlington, Ontario L7L 2P8, CANADA |
| 30591561 | + | Megan McKinney, 7703 Lookout Ct, Alexandria, VA 22306-2520 |
| 30591562 | | Megan Mida, 8538 Ember Glen Pass, Lansing, MI 48917-8844 |
| 30591563 | + | Megan Miller, 640 26 rd, Grand Junction, CO 81506-1969 |
| 30591564 | + | Megan Mills, 174 New London Rd, Colchester, CT 06415-1821 |
| 30591565 | + | Megan Molavi, 4676 Los Gatos Ct, Santa Rosa, CA 95403-1499 |
| 30591566 | | Megan Moore, 4802 San Cristobal, San Antonio, TX 78251-4956 |
| 30591567 | + | Megan Myers, 165 North 1650 West, F303, Pleasant Grove, UT 84062-5818 |
| 30591568 | | Megan NEATHERY, 7610 E 32nd St N Apt 501, Wichita, KS 67226-1283 |
| 30591569 | + | Megan Orozco, 640 E BOXWOOD CT, ONTARIO, CA 91761-5422 |
| 30591570 | | Megan Osborne, 4002 Crowwood Dr Apt 101, Champaign, IL 61822-3589 |
| 30591571 | | Megan P Bell, 410 Cedar Street, Carrollton, GA 30117-2409 |
| 30591572 | | Megan Paladino, 390 E 8th St Apt 2, Boston, MA 02127-3459 |
| 30591573 | + | Megan Paschke, 632 Acorn Glenn, Delafield, WI 53018-1526 |
| 30591574 | | Megan Pidsosny, 2055 S Lovington Dr Apt 208, Troy, MI 48083-5821 |
| 30591575 | | Megan Prevost, 3138 Terry Brook Dr Apt 1406, Winter Park, FL 32792-8000 |
| 30591576 | + | Megan Ramos, 1940 Carla hills dr., White lake, MI 48383-3360 |
| 30591577 | | Megan Rechtien, HB1401-Gibbet Hill Rd University of Warw, Coventry, ENGLAND CV4 7ES, UNITED KINGDOM |
| 30591578 | | Megan Rehmel, PO Box 63, 7100 S Mccormick Ln, Smithville, IN 47458-0063 |
| 30591579 | | Megan Rodriguez, 1702 Imperial Ct, Hoschton, GA 30548-3639 |
| 30591580 | | Megan Rondeau, 4727 EMILY DR SW, LILBURN, GA 30047-5226 |
| 30591581 | | Megan Roudebush, 5401 E Van Buren St Unit 3002, Phoenix, AZ 85008-3465 |
| 30591582 | | Megan Royall, 63 E Center St Apt 210, Provo, UT 84606-3113 |
| 30591583 | + | Megan Ruffalo, 11 Kings Ct Apt 8, Camillus, NY 13031-1751 |
| 30591584 | + | Megan Rutherford, 516 River Bend Lane, Hixson, TN 37343-4243 |
| 30591585 | + | Megan Samuli, 3285 Touriga Dr, Pleasanton, CA 94566-6924 |
| 30591586 | | Megan Shahan, 2501 Kentfield Dr, Plano, TX 75074-6577 |
| 30591588 | | Megan Smykal, 2913 Moody Ave, Clovis, CA 93619-8134 |
| 30591589 | + | Megan SooHoo, 5216 Kauffman Ave, Temple City, CA 91780-3947 |
| 30591590 | + | Megan Steffler, 134 Devon Avenue, Parchment, MI 49004-1203 |
| 30591591 | + | Megan Steltz, 705 Fessey Park Rd, Unit 401, Berry Hill, TN 37204-3259 |
| 30591594 | | Megan Sutton, 9317 Blaisdell Ave S, Bloomington, MN 55420-3621 |
| 30591595 | | Megan Thompson, 913 King Ave, Karnes City, TX 78118-2618 |
| 30591596 | + | Megan Tompkins, 1238 Turnpike Rd, Norwich, VT 05055-9567 |
| 30591597 | | Megan Vo, 1641 Lincoln Blvd Apt 419, Santa Monica, CA 90404-3791 |
| 30591598 | + | Megan Walden, 1059 S Nutmeg St, Bennett, CO 80102-8714 |
| 30591599 | | Megan Waldron, 3246 Franklin Street Rd, Auburn, NY 13021-8936 |
| 30591600 | + | Megan Wheelock, 702 Franciscan Way, La Crosse, WI 54601-1602 |
| 30591601 | | Megan White, 619 Boston Ave Apt 2, Medford, MA 02155-1375 |
| 30591602 | | Megan Wood, 101 W 15th St Apt 502, NY, NY 10011-5538 |
| 30591603 | | Megan Yamamoto, 18542 SW Mandy Ct, Beaverton, OR 97007-6031 |
| 30591604 | + | Megan Zuber, 316 N Butler St, Madison, WI 53703-2170 |
| 30591605 | + | Megan/@swagatronforever, c/o Megan Whiting, 1549 N 950 W, Orem, UT 84057-2968 |
| 30591606 | | Megane Estevez, 15 Cours de Qu bec, Batiment A2, Apt 128, Bordeaux, Aquitaine, 33300, FRANCE |
| 30591607 | + | Megann Campbell, 1312 Hughes Pl, 1S, Saint Louis, MO 63110-1809 |
| 30591608 | + | Megann Stuart, 8125 16th Ave SW, Seattle, WA 98106-1849 |
| 30591609 | + | Meghan A Disney, 2152 Berne Ave, Terre Haute, IN 47805-2543 |
| 30591610 | + | Meghan Anderson, 35130 Burgundy Circle, Waukee, IA 50263-7068 |
| 30591611 | | Meghan B, 47 The Boulevard, Apt 2, Belfast, Northern Ireland BT7 3LN, UNITED KINGDOM |
| 30591612 | | Meghan Bowen, 8025 Cliffside Dr, Charlotte, NC 28270-2730 |
| 30591613 | + | Meghan Burum, 3125 NW Cottonwood Ln, 500A, Pullman, WA 99163-3192 |
| 30591615 | | Meghan Emery, 762 S Benton, Mesa, AZ 85208-7294 |
| 30591616 | | Meghan Faszholz, 15213 74th St, Kenosha, WI 53142-8837 |
| 30591617 | + | Meghan Faulkner, 184 East 3rd Street, Apt. 3A, NY, NY 10009-7702 |
| 30591618 | + | Meghan Fitzpatrick, 118 Imperato Court, Toms River, NJ 08753-5303 |
| 30591619 | | Meghan Fitzpatrick, 118 Imperato Ct, Toms River, NJ 08753-5303 |
| 30591620 | + | Meghan Foley, 67 Winthrop Ave, Quincy, MA 02170-4039 |
| 30591621 | | Meghan Haas, 826 Norman Dr, Stoughton, WI 53589-3007 |
| 30591622 | | Meghan Hillerich, 7617 Wesleyan Pl, Louisville, KY 40242-4037 |
| 30591623 | | Meghan Kelly, 4 SEAVER LN, SMITHTOWN, NY 11787-4925 |
| 30591625 | | Meghan Leadabrand, 1506 E St, Lincoln, NE 68508-3336 |
| 30591626 | | Meghan McGucken, 65 Kingfisher Pde, Toogoom, QLD 4655, AUSTRALIA |

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice   Page 332 of 508
District/off: 0752-1                              User: admin                                    Page 331 of 507
Date Rcvd: Jan 04, 2024                           Form ID: 309C                                  Total Noticed: 30719

30591627   + Meghan McVicker, 1102 Mount Carmel Road, Parkton, MD 21120-9734
30591629   + Meghan Mulvehill, 16 Rockmeadow Rd Apt Q, Norwalk, CT 06850-2847
30591630     Meghan Nydam, 32B Pine Island Rd, Milford, MA 01757-1016
30591631     Meghan Overbury, 75 48th avenue, Lachine, QUEBEC H8T2R5, CANADA
30591632   + Meghan Seibert, 25 Capitol Ave, Apt B, Oaklyn, NJ 08107-1069
30591633   + Meghan Tolentino, 904 Powell Ct, Costa Mesa, CA 92626-2942
30591634   + Meghan Watka, 57 Lois Ln, North Attleboro, MA 02760-4657
30591635     Meghan YDeen, 2126 Norwalk Ave, Los Angeles, CA 90041-2721
30591636   + Megumi Foster, 505 Ric Mar Street, Edinburg, TX 78541-9759
30591637     Mehmet Karanfil, Flat 26, Gem House, Egham, England, TW20 9FG, UNITED KINGDOM
30591638     Mehro, c/o Rob Lights, Creative Artists Agency, LA, CA 90067
30591639   + Mei Kizelewicz, 653 Calhoun Ct, Herndon, VA 20170-5414
30591642     Meia Aventi, W4902 LINCOLN DR, MERRILL, WI 54452-8750
30591643     Mekenzi Esensoy, 1608 11th Pl S, Birmingham, AL 35205-5908
30591644     Mekky Mulu, 32 Burgundy Rd, Howrah, TAS 7018, AUSTRALIA
30591646     Mel Esquivias, 122 E Hill St, Long Beach, CA 90806-4314
30591647   + Mel Gutierrez, 129 Hodges Gap Rd, Boone, NC 28607-8635
30591648     Mel Sotak, Zweedsestraat 87B, Rotterdam 3028 TN, NETHERLANDS
30591649     Mel Stringer, 12968 Bryce Canyon Dr Apt C, Maryland Heights, MO 63043-4533
30591650     Melaki McLemore, 217 MEADOW CT, DULCE, NM 87528
30591651     Melanie Aimetti, 51 Spruce Ln, Oakdale, CT 06370-1330
30591652   + Melanie Amidei, 1437 West Woods Drive, Apt 105, Arlington Heights, IL 60004-2089
30591653   + Melanie Balderas, 2451 S Timberline Rd, Apt 9-301, Fort Collins, CO 80525-4176
30591654   + Melanie Bateman, 301 N 4th St, Elburn, IL 60119-8957
30591655     Melanie Beaulieu, 340 Avant-Garde, Dieppe, NB E1A5E7, CANADA
30591656   + Melanie Beck, 6396 Highway 9, Felton, CA 95018-9756
30591657     Melanie Beck, 121 Findlay Ave, Tonawanda, NY 14150-8515
30591658   + Melanie Clement, 125 Manor Ct, Runnemede, NJ 08078-1017
30591659   + Melanie Cordry, 5111 Vine St, Apt 110, Lincoln, NE 68504-3300
30591661     Melanie DePrat, 18841 Camino Verde, Yorba Linda, CA 92886-4101
30591662   + Melanie Gould, 204 Elkader Street, Strawberry Point, IA 52076-9424
30591663   + Melanie Gramajo, 23202 W Durango St, Buckeye, AZ 85326-9617
30591664     Melanie Griffin, 102 Rafkind Rd, Bloomingdale, NJ 07403-1550
30591665     Melanie Hesse, 44 Mary St, Auburn, NY 13021-4855
30591667     Melanie Hosty, 3006 Summerfield Manor Dr, Saint Louis, MO 63129-5734
30591668     Melanie Hubbard, 341 GALLIVAN BLVD UNIT 7, BOSTON, MA 02124-4831
30591669     Melanie Kerz, 7074 N Franks Ave, Niles, IL 60714-4408
30591670     Melanie Kreisel, 3478 Evergreen Rd, Pittsburgh, PA 15237-2662
30591671     Melanie Leger, 15 Methode st, Bouctouche, New Brunswick E4S 3R4, CANADA
30591672   + Melanie Mabry, 11151 Manchester rd, WA, MI 48094-3061
30591673     Melanie Madey, 1916 WYOMING ST, SAINT LOUIS, MO 63118-2524
30591674     Melanie Meier, 970 Mayor Magrath Drive s, Lethbridge, Alberta, T1J3M5, CANADA
30591675   + Melanie Meyers, 630 Williams mall, Apt 921B, Detroit, MI 48202-3694
30591676     Melanie Minaca, 11 Rotorua Road, St Clair, New South Wales, 2759, AUSTRALIA
30591677     Melanie Olson, 2038 4th St, Wyandotte, MI 48192-4024
30591678     Melanie Polt, 1925 Ames Cir W, Chesapeake, VA 23321-3507
30591679   + Melanie Rose Emack, 42 Long Hill Rd, Clinton, CT 06413-1841
30591680     Melanie Salinas, 1915 Cambridge Ln, Wheaton, IL 60189-8411
30591681   + Melanie Smith, 96 suydam st, Apt 2, Brooklyn, NY 11221-6793
30591682     Melanie Swasey, 7221 Owen Ct # 1, Corpus Christi, TX 78413-5117
30591683   + Melanie Yung, 27 MacArthur Rd, Wellesley, MA 02482-4421
30591684     Melanie Zeqo, 32 Woolverstone Close, Ipswich, England, IP2 9RY, UNITED KINGDOM
30591660   + Melanie cox, 101 Glenfield Drive, Pittsburgh, PA 15235-1978
30591685     Melannie Hernandez, 237 E R St, Wilmington, CA 90744-1428
30591686   + Melate Bekele, 13163 fountain park drive, B328, Playa vista, CA 90094-2425
30591687   + Mele Girma, 920 Woodmont Blvd, Apt E11, Nashville, TN 37204-3322
30591688     Melenin Contreras, 112 Shumaker Cir, Fountain Inn, SC 29644-2413
30591689     Melessa Redditt, 2082 Florence Byram Rd, Florence, MS 39073-9351
30591690     Melia Amaya, 800 Maple St, Uvalde, TX 78801-4707
30591692     Melina Iglesias, 5923 47th Ave SW, Seattle, WA 98136-1408
30591693     Melina Reedy, 38 Woodward Avenue, M ngere Bridge, AUCKLAND, AUK, 2022, NEW ZEALAND
30591695   + Melinda Browning, 1326 e Ellis, Mesa, AZ 85203-5704
30591694   + Melinda Browning, 1326 e Ellis cir, Mesa, AZ 85203-5704

30591696          Melinda Demlow, 90 EDWIN SMITH RD, NEWNAN, GA 30263-4851
30591697          Melinda LaBrie, 1018 Brent Ave, South Pasadena, CA 91030-3303
30591698        + Melinda Marmolejo, 2110 Old Seguin Rd, San Marcos, TX 78666-2122
30591699          Melinda Murphy, 10081 Clearbrook Ln, Spring Valley, CA 91977-6806
30591700          Melinda Nicholson, 509 B Minor St, Seneca, SC 29678-3703
30591702        + Melinda Yuen, 2914 S Charlestown St, Seattle, WA 98144-6821
30591701        + Melinda salazar, 9026 rolling rapids rd, Humble, TX 77346-8066
30591703        + Melissa A Byers, 405 Monroe St, Brooklyn, MI 49230-8333
30591704        + Melissa Acosta, 522 Curzon Street, Apt. #303, Howell, MI 48843-4101
30591705          Melissa Archer, 1517 Brentwood Dr, Fort Collins, CO 80521-4305
30591706          Melissa Azevedo, 463 Shady Oak Dr, Corona, CA 92882-5945
30591707          Melissa Bassanese, 19-2771 Spencer Road, Victoria, BC V9B 4E2, CANADA
30591708        + Melissa Blaylock, 11068 Malibu Ave, Chowchilla, CA 93610-8025
30591709          Melissa Bothma, 4 Rue Eugene Ruppert 2, Cessange, Work, Luxembourg, CESSANGE 2453, LUXEMBOURG
30591710        + Melissa Bowen, 733 Shotwell St, San Francisco, CA 94110-2611
30591711          Melissa Brownlee, 10236 S 52nd Ave, Oak Lawn, IL 60453-3954
30591712          Melissa Cahill, 24 Berry St, Quincy, MA 02169-6740
30591713          Melissa Capper, 5132 El Camino Ave Apt 203, Carmichael, CA 95608-5095
30591714        + Melissa Clough, 1123 Walker Court, Antioch, IL 60002-6427
30591715          Melissa Cormier, 900 Rock City Rd Trlr 412, Ballston Spa, NY 12020-2947
30591716          Melissa Dean, 5200 Yager Dr, The Colony, TX 75056-1829
30591717          Melissa Debruce, 2649 Angela Dr, Granite City, IL 62040-2939
30591718        + Melissa Delapp, 2925 Martin Luther King Jr Way, Oakland, CA 94609-3517
30591719          Melissa Di Varano, 69 Tannery St W, Unit 3, Cambridge, ONTARIO N3C 1H2, CANADA
30591720          Melissa Di Varano, 69 Tannery St W, Unit 3, Cambridge, ONTARIO N3C1H2, CANADA
30591721          Melissa Eischen, 4474 67th St, Kenosha, WI 53142-3844
30591722        + Melissa Everest, 166 Polihale Pl, Honolulu, HI 96825-2115
30591723          Melissa Fleig, 4411 SHERI LN, TOLEDO, OH 43614-5635
30591724        + Melissa Furlong, 10 Chestnut St, Wilmington, MA 01887-3999
30591725          Melissa Galatas, 33 N Mondel Dr, Gilbert, AZ 85233-5123
30591726        + Melissa Gibbs, 1464 Hephzibah - McBean Road, Hephzibah, GA 30815-4378
30591727          Melissa Gomez, 940 Douglas Ave Unit 102, Altamonte Springs, FL 32714-2045
30591728        + Melissa Gonzalez, 125 Barbara Road, Dumont, NJ 07628-1411
30591730          Melissa Grimes, 10108 County Road 1016, Burleson, TX 76028-7692
30591731          Melissa Groff, 3038 Creekwood Dr, Cantonment, FL 32533-7511
30591732          Melissa Hilfers, 411 W End Ave Apt 6A, NY, NY 10024-5721
30591733        + Melissa Houck, 301 Guild Hall Dr, Columbia, SC 29212-1911
30591735        + Melissa Hughes, 306 Oscar ave, Joliet, IL 60433-2414
30591734        + Melissa Hughes, 688 W 1100 N, Pleasant Grove, UT 84062-9642
30591736        + Melissa Hupperich, 253 Tyler Rd, Woodbine, NJ 08270-9302
30591737          Melissa Jones, 854 Dahlia St, Denver, CO 80220-4211
30591738          Melissa Kanaga, 1522 Brookwood Dr, Grapevine, TX 76051-6646
30591739          Melissa Kappes, 810 Leeward Ct, Lebanon, OH 45036-3520
30591740          Melissa Keown, 4777 Stone Rd, Virginia Beach, VA 23457-1433
30591741          Melissa Kersey, 11524 SAGEWOOD LN, PARKER, CO 80138-7177
30591742          Melissa Kinsey, 5422 Redman Rd, Brockport, NY 14420-9620
30591743        + Melissa L Shemwell, 1066 Buckskin Ln, Carol Stream, IL 60188-9104
30591744          Melissa Laferriere, 1 WESTVIEW TER, ELLINGTON, CT 06029-4153
30591745          Melissa Lawrence, 6537 4TH AVE NE APT 4, SEATTLE, WA 98115-6443
30591746        + Melissa Leon, 250 Glenwood Road, Boulder Creek, CA 95006-9608
30591747          Melissa MacArthur, 9222 Harvey Rd, Blaine, WA 98230-9744
30591748          Melissa Mangos, 346 Brock Street, 207, Kingston, Ontario K7L 1T2, CANADA
30591749        + Melissa Marean, 104 Burr Avenue, Binghamton, NY 13903-2456
30591750          Melissa Marshall, 606 Pinecrest Dr, Bremen, GA 30110-1731
30591751          Melissa Merillat, 2776 Big Timber Dr, Kissimmee, FL 34758-2513
30591752          Melissa Michlowski, 700 Fern St, Clarks Summit, PA 18411-2212
30591753          Melissa Miles, 5714 Ramblebrook Ln, Sugar Land, TX 77479-4467
30591755          Melissa Moore, 527 W Olive Ave, Redlands, CA 92373-5165
30591754          Melissa Moore, 402 HOMEWOOD DR, FAYETTEVILLE, NY 13066-1222
30591756          Melissa Moores, 35 Blue Ridge Dr E, Sidney, ME 04330-2501
30591757          Melissa Morrow, 8418 Zephyr St, Arvada, CO 80005-2542
30591758          Melissa Nichols, 3294 River Rd, Morgantown, WV 26501-7685
30591760          Melissa Ortiz, 3423 RIDGELAND AVE UNIT 102, BERWYN, IL 60402-5479

District/off: 0752-1                          User: admin                          Page 333 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                       Total Noticed: 30719

30591761   + Melissa Pajula, 857 Birchwood Dr, West Bend, WI 53095-4701
30591762     Melissa Pasao, 2519 Galahad Ct, San Jose, CA 95122-1038
30591763   + Melissa Phillips, 113 Busick Well Rd, Brandon, MS 39042-3179
30591764     Melissa Polkey, 11 Thorndale Croft, Wetwang, Driffield, England YO25 9XZ, UNITED KINGDOM
30591765   + Melissa Quinlan, 7909 Dogwood Way, Citrus Heights, CA 95621-1201
30591766   + Melissa Rainwater, 34050 50th Ave S, Auburn, WA 98001-9701
30591767   + Melissa Rice, 909 N Miami Ave, Sidney, OH 45365-2159
30591768   + Melissa Ritter, 29 Hamilton Avenue, Princeton, NJ 08542-3807
30591769   + Melissa Romanski, 2139 N Point St Apt 2R, Chicago, IL 60647-4070
30591770     Melissa Sidnam, 223 DUPERU DR, CROCKETT, CA 94525-1437
30591771     Melissa Sikora, 4113 HOLLOW HILL DR, TAMPA, FL 33624-1719
30591772     Melissa Silvestri, 162 W 80th St Apt C, NY, NY 10024-6339
30591774   + Melissa Swearngin, 450 Cameron Place, Pagosa Springs, CO 81147-7855
30591775     Melissa Tobin, 530 Western Ave Apt 528, Brighton, MA 02135-1041
30591776     Melissa Trondson, 1005 Rockdale St, Green Bay, WI 54304-3408
30591777     Melissa Walker, 590 County Road 1264, Whitesboro, TX 76273-1948
30591778   + Melissa Ward, 25 Shattuck Street, Worcester, MA 01605-3603
30591779     Melissa Warner, 21132 N 80th Ln, Peoria, AZ 85382-4419
30591780     Melissa Xu, 774 East 23rd Avenue, Vancouver, British Columbia V5V 1Y1, CANADA
30591781   + Melissa Young, 220 William St., Apt. 220F, Dover, DE 19904-7246
30591782     Melissa Yzaguirre, PO Box 113, 3480 County Road 830, Felda, FL 33930-0113
30591759   + Melissa obrien, 8715 n. Archer ave, Tucson, AZ 85742-4192
30591773     Melissa sims, 117 cadles road, Carrum downs, VICTORIA 3201, AUSTRALIA
30591783     Meliza Lester, 193 Old Meadow Ln, Rockton, IL 61072-3214
30591784   + Mellissa Mercado, 8506 Crystal Walk Circle, Elk Grove, CA 95758-8084
30591785     Mellissa Ryan, 23 white box circuit, Thurgoona, New South Wales 2640, AUSTRALIA
30591786   + Mello Ige, 2324 West Monroe Street, Chicago, IL 60612-2928
30591787   + Mellody Loria, 7161 Borth Rd., Sanger, TX 76266-7211
30591789   + Melo McInturff, 6936 Valley Pike, # 19, Middletown, VA 22645-1743
30591790     Melody Cornman, 18 Branchville Lawson Rd, Newton, NJ 07860-7028
30591791     Melody Harden, 405 Booth St SW, Hartselle, AL 35640-3139
30591792   + Melody Mae Glover, 298 Link rd, Lexington, NC 27295-7661
30591793   + Melody Petrey, 424 Danberry St, Toledo, OH 43609-1637
30591794   + Melody Webster, 740 El Dorado way, Monument, CO 80132-8830
30591795     Melvin Ellis, 309 Aspen Rd, Glorieta, NM 87535-7129
30591796   + Melvin Glover, 11 Fabyan St, Arlington, MA 02474-2015
30591797     Melvin NICOLAS, 133 Avenue Du G n ral Leclerc, Apprt 1112 1er Etage, Viroflay, ILE-DE-FRANCE 78220, FRANCE
30591798   + Melvin Page, 1213 Sussex Court, Nashville, TN 37207-1633
30591799   + Melvin Sherman, 114 Chad Ct, Richland, WA 99352-8460
30591800   + Melvin Williams, 33 University Place Boulevard, Apt. 503, Jersey City, NJ 07305-4667
30591801   + Melyssa Gandy, 2930 W Lark Ave, Visalia, CA 93291-8099
30591802   + Memory Music, c/o Run For Cover Records LLC, 119 Braintree St., Allston, MA 02134-1628
30591803   + Memphis McConnell, 28025 ott rd., Arcadia, IN 46030-9537
30591804     Memphis Pence, 519 N Willie St, Olathe, KS 66061-2551
30591805     Mendi Wiseman, 1152 Timber Grove Pl, Beech Grove, IN 46107-3004
30591806   + Meng Meng, 15 Shoreland Dr, Osprey, FL 34229-9644
30591808     Meranda Simmons, 2203 Timber View Dr, Bloomington, IL 61701-7829
30591809     Merari Marin, 2251 S 18th St, Milwaukee, WI 53215-2627
30591810     Mercedes Phang, 40 NW 193rd Terr., Miami Gardens, FL 33169-3324
30591811   + Mercer Grys, 8308 8th st w, Rock island, IL 61201-7701
30591815     Merchandising For Life Limited, Unit 19, Tileyard Studios, Tileyard Road, UNITED KINGDOM
30591816   + Mercury M, 107 Iroquois Drive, Apt 60, Cobleskill, NY 12043-5108
30591817     Meredith Burress, 1712 Scenic Dr, Maryville, TN 37803-5508
30591818   + Meredith Drollinger, 202 e franklin st, Fisher, IL 61843-9411
30591819   + Meredith Gralenski, 94 Grant Ave, Medford, MA 02155-4044
30591820   + Meredith Hendrix, 900 Constitution Avenue, APT WE-41, Fort Collins, CO 80521-3397
30591821   + Meredith Hixson, 817 2nd St S, Jacksonville Beach, FL 32250-6607
30591822     Meredith J Marsh, 7163 PRINCETON AVE, SAINT LOUIS, MO 63130-2344
30591823     Meredith Johnson, 705 Woodfield Dr, Anderson, SC 29621-2827
30591824   + Meredith Linzmeier, 924 Michigan Ave, East Lansing, MI 48823-4137
30591825   + Meredith Mitchell Massey, 4037 cypress pointe drive, Charlottesville, VA 22901-9019
30591826   + Meredith Moore, 120 Allyn Trace, Winfield, AL 35594-6261
30591827     Meredith Olsen, 525 W Bobier Dr Apt 307, Vista, CA 92083-1812

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice    Page 335 of 508
District/off: 0752-1                          User: admin                                    Page 334 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                              Total Noticed: 30719

30591828      Meredith Prior, 46 Brooke Street, Northcote, VIC 3070, Northcote, Victoria, 3070, AUSTRALIA
30591829    + Meredith Rogers, 40 w. chicago creek rd, idaho springs, CO 80452-9608
30591830    + Meredith Rush, 116 s prospect avenue, Clarendon Hills, IL 60514-1423
30591831      Meredith Staton, 3004 Friendship Cv SW, Marietta, GA 30064-3767
30591832    + Meredith Wall, 3883 South Moody Avenue, Apt 202, Portland, OR 97239-1532
30591833      Meredith Washabaugh, 9102 Aubrac Ln, Charlotte, NC 28213-5194
30591834    + Meredith Wray, 61 Pierce St NE, Unit 639, WA, DC 20002-2092
30591835      Meredith Yourd, 1256 University Dr NE, Atlanta, GA 30306-2505
30591836    + Merg Yadeto, 522 21st St NW, #502, WA, DC 20006-5018
30591837      Meri Demirel, GOKTURK MH. ASKALE SK. 13/2, APT. 13 D.2, Cankaya, ANKARA 6670, TURKEY
30591838    + Meridith Davis, 52 Montagna Mirage St, Henderson, NV 89012-5641
30591839    + Meriel Kelly, 1004 Tabernash Dr, Leander, TX 78641-4411
30591840      Meril Lesser, 364 John Joy Rd, Woodstock, NY 12498-2244
30591842      Merith Hutyera, 2222 Scottwood Ave Apt 6, Toledo, OH 43620-1169
30591843      Merlijn Bosboom, Haarweg, 263-5, Wageningen, GELDERLAND 6709RV, NETHERLANDS
30591844      Merlion, 5908 NE 112th Ave 115213401, Portland, OR 97250-9606
30591845    + Merlyn Cruz, 1411 N Alberta St, Apt 5, Portland, OR 97217-3761
30591846      Merrick Graddy, 1508 Pickwick Ln, DeKalb, IL 60115-1734
30591847    + Merridith A Phillips, 12204 W Tara Ln, El Mirage, AZ 85335-6916
30591848      Merry Merrymead, 44, Harley Shute Road, St Leonards-on-sea, England TN388BU, UNITED KINGDOM
30591849      Merry Merrymead, 44 Harley Shute Road, St Leonards-on-sea, ENGLAND TN38 8BU, UNITED KINGDOM
30591850      Merryn Cagney, 36 Norville St, Bentleigh East, Victoria, 3165, AUSTRALIA
30591851    + Merryn Gowhari, 8490 Rockridge Dr, Jacksonville, FL 32244-6461
30591852      Mert Inan, 90 Forbes St Apt 2, Boston, MA 02130-4864
30591853      Merwann Selmani, 17 Rue du Coq d'Inde, Toulouse 31000, FRANCE
30591854    + Meryl Walker, 2240 Irwin St, Fort Worth, TX 76110-1110
30591855      Mesa Williams, 925 W 29th St S Apt 507, Wichita, KS 67217-3133
30591856    + Mesum Ali, 4N670 Country Club Dr, West Chicago, IL 60185-4604
30591858    + Metro Pro, 20 Chapin Road, Unit 1002, Pine Brook, NJ 07058-9393
30591859    + Metro Textile Inc., 2435 N Central Expy, Ste. 1200, Richardson, TX 75080-2747
30591860    + Metropolitan Theatres Corporation, 8727 West Third Street, Los Angeles, CA 90048-3897
30591861    + Metty Cruz, 11547 Hammocks Glade Dr, Riverview, FL 33569-2955
30591862      Meya Dionisio, 18085 FM 449, HALLSVILLE, TX 75650-2717
30591863    + Meyer, Katelyn, 1345 GOLDENROD DRIVE, BATAVIA, IL 60510-3201
30591864      Meziane Lotmani, 23 Maryland Road, Thornton Heath, ENGLAND CR7 8DG, UNITED KINGDOM
30591865      Mhairi Barnett, 27a Eureka Place Parahaki, Whangarei, Northland 112, NEW ZEALAND
30591866    + Mi Nochita (E), 1007 39th Ave N, Saint Petersburg, FL 33703-4521
30591867    + Mia Anaruk, 10475 W Walker Pl, Littleton, CO 80127-5558
30591868    + Mia Banglmaier, 5 Caly Hollow Rd, Kennebunk, ME 04043-7359
30591869      Mia Barrett, 1345 S 76th St Apt 10, Omaha, NE 68124-1637
30591870      Mia Bunker, 2416 N Hawaiian Hawk Pl, Kuna, ID 83634-3426
30591871      Mia Engelder, 1116 Edwin Ln, Chattanooga, TN 37412-1616
30591872      Mia Ertel, 1118 McAlpin Rd, Midlothian, TX 76065-6471
30591873      Mia Fossesca, 352 LANCASTER AVE, HATBORO, PA 19040-4805
30591874    + Mia Garland, 462 Hillsdale Ave, Apt 2, Syracuse, NY 13206-2906
30591876      Mia Habermann, 3524 NE 182nd St, Lake Forest Park, WA 98155-4222
30591877      Mia Isberto, 1731 W Farragut Ave, Chicago, IL 60640-2011
30591878      Mia Johnson, 2615 S Hinton Rd, Southside, TN 37171-9089
30591879    + Mia Jones, 1921 scenic sunrise, Las Vegas, NV 89117-7237
30591880    + Mia Kilroy, 9 Queen Anne Ct., Camp Hill, PA 17011-1733
30591881    + Mia Malizia, 532 Derby-Milford Road, Orange, CT 06477-2303
30591882      Mia Meyer, 21 Crestwood Dr, Elkhart Lake, WI 53020-1928
30591885      Mia Rokey, 427 County Road 1200 E, Eureka, IL 61530-9682
30591886      Mia Scabis, 13210 VANESSA AVE, BOWIE, MD 20720-4748
30591887    + Mia Smutny, 10001 Thornwood Rd, Kensington, MD 20895-4228
30591888    + Mia Timm, 1045 Cleveland Ave S, Apt. 3, St. Paul, MN 55116-3819
30591889    + Mia Topalian, 337 1/2 N Ogden Dr, Los Angeles, CA 90036-2103
30591890    + Mia Tukey, 4725 118th PL SE, Everett, WA 98208-9196
30591891    + Mia Von wielligh, 10 west ward street, House, Ridley park, PA 19078-3023
30591892    + Mia Wentzel 23637242, 1900 Belmont Blvd., Nashville, TN 37212-3758
30591893    + Mia Willingham, 2700 Colorado Blvd, Apt #722, Denton, TX 76210-6827
30591895    + Mica Weiss, 8735 Carriage Hills Drive, Columbia, MD 21046-2604
30591896      Micaela Hudgins, 110 Hidden Lake Dr, Columbus, MS 39702-9323

District/off: 0752-1          User: admin          Page 335 of 507

Date Rcvd: Jan 04, 2024          Form ID: 309C          Total Noticed: 30719

30591897 + Micaela Muzzarelli, 819 9th Street, Port Huron, MI 48060-5331
30591898 + Micah Alvarez, 11026 N 28th Dr Unit 54, Phoenix, AZ 85029-4342
30591899    Micah Annis, 2352 Fallen Tree Dr W, Jacksonville, FL 32246-4138
30591900 + Micah Biggerstaff, 1329 Huntcliff Dr., Waxhaw, NC 28173-0002
30591901    Micah Brown, 5028 W Rosewood Dr, South Jordan, UT 84009-1529
30591902 + Micah Easterling, 547 Edwards Court, Yellow Springs, OH 45387-9763
30591903 + Micah Epstein, 400 Glendale Rd Unit 33E, Havertown, PA 19083-3129
30591904    Micah Linsley, 9309 Lawhorn Ln, Knoxville, TN 37922-5947
30591905 + Micah Mathews, 6101 Saintsbury Drive, APT #236, The Colony, TX 75056-5215
30591906    Micah McGonigal, 2316 Mount Vernon St, Waynesboro, VA 22980-2030
30591907 + Micah Morrow, 315 Oakland Avenue, Pittsburgh, PA 15213-4094
30591908    Micah Pupi, 120 Lynn Haven Dr, Beaver, PA 15009-1336
30591909 + Micah Sperry, 2 Diane Rd, Apt 3, Columbia Falls, MT 59912-4534
30591910    Micah Stevenson, 3011 Comanche Dr, Mount Vernon, WA 98273-3755
30591912 + Micah Trippett, 533 Adams St, Owosso, MI 48867-2241
30591911 + Micah surdyke, 808 weaver rd, Festus, MO 63028-4236
30591914 + Micayla TerWee, 1786 Hennepin Ave S, APT 48, Minneapolis, MN 55403-2136
30591915    Micchelle Johansson, Ingrid Marie Vej 21, RANDERS, RANDERS 8960, DENMARK
30591916    Micha Gliwa, Polna 57, Jelcz-Laskowice 55-220, POLAND
30591918    Micha Wysoki ski, Turmoncka 15A, Apt. 22, Warsaw, Mazowieckie 03-254, POLAND
30591917    Micha nowak, Korczaka 19/7, Apt. 7, Nysa, OPOLSKIE 48-303, POLAND, Opolskie 00000-0000
30591919 + Michael, 11012 Edith Blvd, 44959, Albuquerque, NM 87113-2516
30591920    Michael Teodosio, 625 Whitney Ranch Dr Apt 124, Henderson, NV 89014-2624
30591921    Michael A Picariello Jr, 20 ELLEN RD, STONEHAM, MA 02180-1500
30591922 + Michael A Polis, 12321 Gamma Street, Garden Grove, CA 92840-3548
30591923 + Michael Aaron, 58 Freedom Road, Pleasant Valley, NY 12569-5115
30591924 + Michael Adams, 122 Ravan Ave., New Orleans, LA 70123-4923
30591925    Michael Addabbo, 11627 Hesby St, North Hollywood, CA 91601-3620
30591926 + Michael Alberts, 546 Westwood Ln, Chaska, MN 55318-1429
30591928 + Michael Alford, 2 Split Timber Place, Riverside, CT 06878-1017
30591929    Michael Alspach, 734 Dunedin Dr, Rochester Hills, MI 48309-1057
30591930    Michael Altreuter, 5316 Stonewood Dr Apt 4, Eau Claire, WI 54703-7723
30591931    Michael Ambrosio, 6821 Timberwood Dr, Harrisburg, NC 28075-7615
30591932 + Michael Angelilli, 10640 Potomac Drive, Huntley, IL 60142-4007
30591933 + Michael Anthony Kunze, 5473 Dungaree St, Las Vegas, NV 89118-2089
30591934 + Michael Apruzzese, 2020 Northeast Multnomah Stree, Apt 322, Portland, OR 97232-3587
30591935 + Michael Aquino, 730 Palisade Avenue, Cliffside Park, NJ 07010-3111
30591936    Michael Arney, 12/34 Ross Street, Forest Lodge, NSW 2037, AUSTRALIA
30591937    Michael Babler, 248 E Hill Pkwy Apt 214, Madison, WI 53718-3313
30591938 + Michael Balcerak, 2315 W Clifton Ave, Apt. 2, Cincinnati, OH 45219-1312
30591939 + Michael Bales, 805 Division Street, Apt. 722, Nashville, TN 37203-5968
30591940 + Michael Balinski, 1116 Pinewood Ave, Lakeland, FL 33815-4262
30591941 + Michael Ballard, PO Box 613, Matherville, IL 61263-0613
30591942    Michael Bandstra, 2510 13th st N, Lethbridge, ALBERTA T1H4Y5, CANADA
30591943    Michael Barker, 25 Rowe Avenue, Level 3, Rivervale, Western Australia, 6103, AUSTRALIA
30591944    Michael Battaglini, 41 Cottinghill Way, Aurora, Ontario L4G 7T9, CANADA
30591945    Michael Baum, 101 Bucknell Ave Unit 430, Claremont, CA 91711-4951
30591946 + Michael Bean, 506 Wildes Street, Fallon, NV 89406-4034
30591947 + Michael Bennett, 2044 Rose Court, Norman, OK 73071-1518
30591948 + Michael Bessman, 312 SE 10th Ave, Apt B, Pompano Beach, FL 33060-7344
30591949 + Michael Bishop, 1705 Queenswood Drive, Findlay, OH 45840-6844
30591950 + Michael Bodmer, 25782 South Village Dr, Chantilly, VA 20152-6338
30591951    Michael Bowman, 228 Park Charles Blvd N, Saint Peters, MO 63376-3212
30591952 + Michael Bowser, 1699 pounds rd, Stone Mountain, GA 30087-3270
30591953    Michael Boyko, #210, 17420 Stony Plain Road NW, Edmonton, Alberta T5S 1K6, CANADA
30591954 + Michael Bracy, 5109 26th Rd N, Arlington, VA 22207-1717
30591955 + Michael Brady, 720 Oak Glen Drive, Dallas, GA 30132-1100
30591956 + Michael Breeden, 2802 Boright Dr, Knoxville, TN 37917-2415
30591957 + Michael Brown, 2652 Grandview St, San Diego, CA 92110-1031
30591959 + Michael Burns, 437 Greenbriar Drive, Cortland, OH 44410-1655
30591958 + Michael Burns, 257 N 7th St, IN, PA 15701-1809
30591960    Michael Bush, 3 Ivey Ct, Bloomington, IL 61701-7807
30591962 + Michael Byrd, 1065 Willow Berry Ave, North Las Vegas, NV 89032-4553

30591963   +   Michael C. Smith, 1701 Dana Drive, Apt. 31, Redding, CA 96003-4810
30591964       Michael Cabral, 14922 81st St, Howard Beach, NY 11414-1120
30591965   +   Michael Camacho, 6501 Overheart Ln, Columbia, MD 21045-4518
30591966   +   Michael Camarena, 1927 77th Place, Lubbock, TX 79423-2452
30591967       Michael Campbell, 52 Golf Range Crescent, Sault Ste. Mari, ON P6A6B5, CANADA
30591968       Michael Canter, 645 Michigan Ave, Evanston, IL 60202-2552
30591970   +   Michael Carr, 1122 14th Ave, Seattle, WA 98122-4514
30591972   +   Michael Cauchi, 1206 N Orange Grove Ave, Apt D, West Hollywood, CA 90046-5351
30591973       Michael Charles ANDREW, 145a, Mitchell, ALEXANDRIA, New South Wales, 2015, AUSTRALIA
30591974   +   Michael Chase, 15 Terra Ct, Cranston, RI 02920-4374
30591976   +   Michael Child, 7 Loring Rd., East Bridgewater, MA 02333-2520
30591977       Michael Childress, 1217 Indian Hills Dr, Bristol, TN 37620-3556
30591978       Michael Chronister, 5613 Eagles Vly E, House Springs, MO 63051-3140
30591979       Michael Clemons, 7289 Talamore Dr, Zephyrhills, FL 33545-3441
30591980   +   Michael Cline, 2138 bethel rd, Sweetwater, MS 38618-2917
30591981   +   Michael Colletti, 109 S Nauraushaun Rd, Pearl River, NY 10965-2939
30591982   +   Michael Colosi, 15543 Centerline Court, Chesterfield, VA 23832-5200
30591983       Michael Coltin, 4313 OLENICK ST, AUSTIN, TX 78723-4403
30591984       Michael Cook, 2351 Menard St., Apt B, Saint Louis, MO 63104-4233
30591985       Michael Corvino, 2531 Kenilworth Ave, Berwyn, IL 60402-2548
30591986       Michael Counsell, Suit 6, 96 Manchester Road, Mooroolbark, Melbourne, Victoria 3138, AUSTRALIA
30591987   +   Michael Crisafulli, 145 West Albany Street, Oswego, NY 13126-1913
30591989       Michael Crismali, 2440 W Flournoy St, Chicago, IL 60612-3521
30591990   +   Michael D Silva, 318 N Clinton Place, Unit B, Kansas City, MO 64123-1203
30591991   +   Michael Dallas HARKEN, 4051 E Mohican Dr, Eagle Mountain, UT 84005-6020
30591992   +   Michael Dalton, 44094 Calle Luz, Temecula, CA 92592-3988
30591993       Michael Darfler, 1255 Dorchester Ln, Hoffman Estates, IL 60169-2305
30591994   +   Michael David Rose, 996 MILLPOND RD, Unit F, VALPARAISO, IN 46385-6285
30591995   +   Michael De Mouy, 308 Colby Circle, Glen Burnie, MD 21060-7622
30591997       Michael DeCleene, 438 N Via Porto, Anaheim, CA 92806-3524
30591998   +   Michael DeGroff-Kirchgraber, 6717 Portola Drive, El Cerrito, CA 94530-2601
30592000       Michael DeLaura, 17660 N 36th St, Phoenix, AZ 85032-2119
30592001   +   Michael DeMarco, 109 McCabe Avenue, Apt. 105, Bradley Beach, NJ 07720-1467
30591996       Michael Deaner, 1618 LAUREL TOP DR, MIDLOTHIAN, VA 23114-5155
30592002   +   Michael DiGioacchino, 20 Silvers Lane N, Cranbury, NJ 08512-3326
30592003       Michael Dishman, 582 E Main St, Malone, NY 12953-2034
30592004       Michael Dorion, 4737 N DOVER ST UNIT G, CHICAGO, IL 60640-4623
30592005       Michael Dragonson, 15828 51ST AVE S, TUKWILA, WA 98188-2733
30592006       Michael Drucks, 6919 41st Ave, Kenosha, WI 53142-1715
30592007   +   Michael Dyndur, 149 6th avenue, Apt. 1, Woonsocket, RI 02895-4024
30592008   +   Michael Dyre, 114 Thornton Ct, Culpeper, VA 22701-3338
30592009       Michael Egger, Hauptstrasse 24, st. antoni, FRIBOURG 1713, SWITZERLAND
30592010   +   Michael Elam, 5318 Lakeview Blvd, Apt 19, Lake Oswego, OR 97035-5486
30592011   +   Michael Elrod, 49 Saint Patrick Drive, Rochester, NY 14623-3740
30592012       Michael Esdaile, 33 Mapleham Drive, Pegasus, Canterbury 7612, NEW ZEALAND
30592013       Michael Fatigato, 13475 Honeysuckle Dr, Huntley, IL 60142-7771
30592014   +   Michael Feuerbach, 1243 Southeast Roundelay Street, Hillsboro, OR 97123-5223
30592015   +   Michael Fitch, 326 West Ramona Avenue, Colorado Springs, CO 80905-2177
30592016   +   Michael Fogt, 1068 W Turnberry Way, Taylorsville, UT 84123-4634
30592017       Michael Fontanills, 45 DEARBORN PL APT 35, GOLETA, CA 93117-3521
30592018   +   Michael Franta, 2295 E Asbury Ave APT 208, Denver, CO 80210-4348
30592019   +   Michael Frith, 20564 slalom way, Bend, OR 97702-9790
30592020       Michael Fuchs, Carl-Wery-Straaye 35, Munich 81739, GERMANY
30592022       Michael Fulton, 41025 Indigo Pl, Leesburg, VA 20175-4825
30592021       Michael Fulton, 5487 Boulevard Rosemont, Montreal, QUEBEC H1T 2G7, CANADA
30592023       Michael G Herzing, 9402 Trail Stone Point, DAYTON, OH 45458-9664
30592024   +   Michael Garcia, 7107 Winkleman Rd, Houston, TX 77083-4337
30592025       Michael Garcia, 9307 SANDPIPER TREE, SAN ANTONIO, TX 78251-4914
30592026       Michael Garrity, 6124 W LAWRENCE AVE, CHICAGO, IL 60630-2940
30592027       Michael Gonzales, 5591 Rogers Dr, Huntington Beach, CA 92649-4570
30592029       Michael Gray, 2211 Ivy Ridge Ln, Maryville, TN 37801-7893
30592028   +   Michael Gray, 707 w 5th, Apt. 906, Spokane, WA 99204-2779
30592030       Michael Greaves, 80 Corver crescent, Newcastle upon Tyne, ENGLAND NE13 7FX, UNITED KINGDOM

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice   Page 338 of 508
District/off: 0752-1                         User: admin                         Page 337 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                        Total Noticed: 30719

30592031   + Michael Guilta, 7210 Conley Street, Baltimore, MD 21224-1902
30592032     Michael Gula, 4563 Clover Hill Cir, Walnutport, PA 18088-9605
30592033     Michael Haas, 1738 W Kent Ave, Missoula, MT 59801-5508
30592034   + Michael Hait, 431 FRIENDSHIP VILLAGE DR, HARRINGTON, DE 19952-3290
30592035     Michael Hamrick, 2372 Caton Crest Dr, Crest Hill, IL 60403-0662
30592036     Michael Hand, 45 Alder Street, Manchester, England, M6 5ND, UNITED KINGDOM
30592037     Michael Harter, 15530 Mason Cir, Omaha, NE 68154-2742
30592038     Michael Haschke, Uhlichstr. 30, Chemnitz 9112, GERMANY
30592040     Michael Heitmann, Jakobistra e, 36-40, Soest, Nordrhein-Westfalen 59494, GERMANY
30592041   + Michael Henrikson, 1908 Juneau Dr., Anchorage, AK 99501-5619
30592044   + Michael Herrera, 5288 Stuart Ave, Kentwood, MI 49508-6156
30592045     Michael Herrera, 200 W 24th St Unit 117, Norfolk, VA 23517-1341
30592046     Michael Hiskey, 3600 Old Forest Rd Unit 95, Lynchburg, VA 24501-2928
30592048   + Michael Hoernke, 253 Orchard Dr, Tonawanda, NY 14223-1038
30592049     Michael Hoffman, 1007 S Linden St, Normal, IL 61761-3732
30592050   + Michael Holle, 1620 Medlin Creek Loop, Unit 304, Raleigh, NC 27607-6094
30592051     Michael Hoogland, 1918 Brandywine Trl, Fort Wayne, IN 46845-1578
30592052   + Michael Hord, 1140 Stoneham Dr, GROVELAND, FL 34736-8307
30592053     Michael Houck, 1427 Club Dr, Mount Vernon, OH 43050-4761
30592054     Michael Izzo, 4823 Brownston Ct SE, Owens Cross Roads, AL 35763-9161
30592055     Michael J Hutchinson, 405 Division St, Oil City, PA 16301-2807
30592056   + Michael J Wagner, 306 Coley Court, Wentzville, MO 63385-4620
30592057   + Michael James Carlstrom, 6506 Ellinwood Dr, White Lake charter Township, MI 48383-3080
30592058   + Michael Johnson, 151 NE Lenox St, Hillsboro, OR 97124-3472
30592060   + Michael Jorge Rocha, 3 Laura Lane, East Northport, NY 11731-4700
30592061   + Michael Kaluzny, 3833 Buck Ave, Joliet, IL 60431-2713
30592062   + Michael Kane, 426 Ridge Rd, Wilmington, NC 28412-7365
30592063   + Michael Kaplan, 330 Stonytown Rd., Manhasset, NY 11030-1233
30592064     Michael Kasprzak, 801-500 Proudfoot Lane, London, ON N6H 5G7, CANADA
30592065     Michael Kautz, 4 Fox Ct, Scotch Plains, NJ 07076-2433
30592066     Michael Keagy, 41719 TIMBERWOOD AVE UNIT 2, MURRIETA, CA 92562-7648
30592067   + Michael Keating, 259 Cowry Rd, St Augustine, FL 32086-5711
30592068   + Michael Kennedy, 6336 Malvey Ave, Fort Worth, TX 76116-4509
30592069   + Michael Klass, 41 Greylock Drive, Wilton, NY 12831-1462
30592070     Michael Kobzoff, 766 Shoemaker Dr, Livermore, CA 94551-6900
30592071   + Michael Kubik, 1115 Cameron Street, Unit 102, Alexandria, VA 22314-2462
30592072   + Michael Lambert, 1304 Mariposa Dr, Apt 175, Austin, TX 78704-4403
30592073     Michael Lampros, 3626 CANTERBURY AVE, KALAMAZOO, MI 49006-2816
30592074     Michael Lamuth, 1705 Murchison Dr, Burlingame, CA 94010-4504
30592075     Michael Le, 10272 Hidden Valley Drive Northwest, Calgary, Alberta T3A 5B7, CANADA
30592076   + Michael Lebson, 2103 Woodfield Circle, West Melbourne, FL 32904-6649
30592077     Michael Lee, 7 newells close, Brighton, England, BN2 6QD, UNITED KINGDOM
30592079     Michael Lee, 7270 Fermo Pl, Rancho Cucamonga, CA 91701-8518
30592078   + Michael Lee, 880 Lafayette Avenue, Apt. 7, cincinnati, OH 45220-1037
30592081     Michael Linenbroker, 5497 Tesson Parc Court, Saint Louis, MO 63128
30592082     Michael Lord, 201 W Avenue C, Killeen, TX 76541-5254
30592083   + Michael Lujan, 22 Second Street, Cornwall on Hudson, NY 12520-1309
30592084     Michael Lupo, 18 CHATHAM WOODS DR, CENTEREACH, NY 11720-4029
30592085   + Michael Macceca, 6081 Bounty St, San Diego, CA 92120-2942
30592086     Michael Manzi, 200 FOXCATCHER LN, MEDIA, PA 19063-1106
30592087   + Michael Maragni, 1100 Frank E. Rodgers blvd. S, Apt. 206, Harrison, NJ 07029-2421
30592088   + Michael Martinez, 315 N. Carol Dr, Anaheim, CA 92801-5348
30592090   + Michael Mayo, 122 Baskerville Street, Dublin, VA 24084-3605
30592091     Michael McAndrew, 75 Rivers Edge Lane, Komoka, ON N0L 1R0, CANADA
30592092   + Michael McAndrews, 1557 Macarthur Dr, Boulder, CO 80303-1149
30592093   + Michael McCall, 1121 Foss Avenue, Drexel Hill, PA 19026-1902
30592094     Michael McCall, 1927 Asheville Dr, Charlottesvle, VA 22911-3570
30592095   + Michael McClellan, 41 Winter St, Pittsfield, MA 01201-4818
30592096     Michael McConnell, Oakhouse Park, Apt. 118, Liverpool, ENGLAND L9 1EP, UNITED KINGDOM
30592097   + Michael McDaniel, 727 Detroit avenue, Monroe, Monroe, Monroe, MI 48162-5600
30592098     Michael McDonald, 8/92 Barkly Street, St Kilda, VICTORIA 3182, AUSTRALIA
30592099   + Michael McEntee, 22 Aldersgate Circle, Budd Lake, NJ 07828-3812
30592100   + Michael McKinely, 5429 Foxridge Dr, Apt. 201, Mission, KS 66202-4515

District/off: 0752-1                          User: admin                                    Page 338 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                   Total Noticed: 30719

30592101    + Michael McKlosky, 122 Long Hill Ave, Shelton, CT 06484-3217
30592102    + Michael Mejia, 6435 S Sacramento, Ave, Chicago, IL 60629-2806
30592103    + Michael Mendoza, 17939 Costrell Drive, Hockley, TX 77447-2057
30592104    + Michael Meunier, 10255 SE Mitchell St, Portland, OR 97266-3625
30592106      Michael Meyers, 5319 Sprucewood Dr, Louisville, KY 40291-1177
30592105    + Michael Meyers, 2111 Saddle Path, Seaford, NY 11783-2456
30592107    + Michael Milbeck, 3434 W Bellomy ln, Boise, ID 83703-5316
30592108    + Michael Miller, PO Box 54 335 Charles Street, Crown City, OH 45623-0054
30592109    + Michael Minaya, 4312 Allen Rd, Camp Hill, PA 17011-6602
30592110    + Michael Mokris, 2130 N 3rd Avenue, Whitehall, PA 18052-3920
30592111      Michael Molinari, 9 Mount Cook Ave, Farmingville, NY 11738-2022
30592112    + Michael Moline, 2900 Lorraine Ellis Ct, Bellingham, WA 98225-1603
30592113    + Michael Montanus, 2816 Mayfield Road, Apt. 404, Cleveland heights, OH 44118-5211
30592114      Michael Montoya, 256 W State Highway 291 Apt 4, Salida, CO 81201-1639
30592115    + Michael Moore, 4163 Heybridge Ave, Hilliard, OH 43026-1901
30592116    + Michael Morrissey, 8 Gilman Terrace, Somerville, MA 02145-3009
30592117      Michael Mosley, 728 W PRINCESS ANNE RD # 1, NORFOLK, VA 23517-1808
30592118    + Michael Murphy, 319 main st, Dickson City, PA 18519-1644
30592119    + Michael Murray, 3754 North Lawndale Avenue, Unit 1S, Chicago, IL 60618-4113
30592120      Michael Musitano, 4550 47th St W Apt 1816, Bradenton, FL 34210-2837
30592121      Michael Nagurka, 230 Pearce Ave, Point Pleasant Boro, NJ 08742-2034
30592123      Michael Norris, 1421 Buckingham Dr, Lincoln, NE 68506-1715
30592124      Michael Notkin, 171 Lincoln Street, Norton, MA 02766-3016
30592126      Michael O'Malley, 214 N Nassau Ave, N Massapequa, NY 11758-3326
30592127      Michael Obrecki, 6965 W Wellington Ave, Chicago, IL 60634-4606
30592128    + Michael Oldham, 8420 Brookfield Ave., 2F, Brookfield, IL 60513-3046
30592129    + Michael Olsen-Mikitowicz, 19449 N Central Ave, Phoenix, AZ 85024-1675
30592130    + Michael Oskin, 636 Cleveland Street, Davis, CA 95616-3128
30592131      Michael Pagano, 9608 Greenway Dr, Twinsburg, OH 44087-1531
30592132      Michael Palma, 11234 Ferina St Apt 21, Norwalk, CA 90650-5555
30592133      Michael Palmisano, 6 W Browning Rd, Collingswood, NJ 08108-1112
30592134    + Michael Palumbo, 142 W Hamilton Ave, State College, PA 16801-5249
30592135    + Michael Papaleo, 554c Greenleaf Meadows, 554c, Rochester, NY 14612-4417
30592136      Michael Paras, 811 Louisiana St Ste 1200, Houston, TX 77002-1084
30592137      Michael Pasko, 59 Indigo Dr, Dyer, IN 46311-2799
30592138    + Michael Passig, 1602 4th Ave S, Buffalo, MN 55313-1282
30592139    + Michael Patton, 531 S 3rd St, Tipp City, OH 45371-1729
30592140      Michael Pearson, 1230 Coronet Ave, Pasadena, CA 91107-1736
30592141      Michael Pfeil, 6912 S 125 E, Midvale, UT 84047-1206
30592142    + Michael Pothaczky, 4 Cherry Blossom Cir, North Chili, NY 14514-9739
30592143      Michael Prescott, 8900 SVL Box, 14072 Driftwood Dr, VICTORVILLE, CA 92395
30592144    + Michael Pruitt, 1351 E. Chandler Ave, Evansville, IN 47714-1951
30592145    + Michael Putnam, 416 Louise Dr, Sikeston, MO 63801-3732
30592146    + Michael R Raak, 19W078 Avenue Barbizon, Oak Brook, IL 60523-1003
30592147    + Michael Raffle, 3050 W Wethersfield Rd, Phoenix, AZ 85029-2337
30592148      Michael Raimondi, 11640 Kiowa Ave Apt 407, Los Angeles, CA 90049-6264
30592149    + Michael Reeves, c/o End Card Digital LLC, 1374 E Hillcrest Dr, Thousand Oaks, CA 91362-2525
30592150      Michael Relish, 4409 ROCKWOOD DR, LOUISVILLE, KY 40220-3628
30592151    + Michael Rettschlag, 15 York Place, Apt 2, Cambridge, MA 02141-1904
30592152      Michael Rhine, 721 SE 154th Ave, Portland, OR 97233-2934
30592153    + Michael Rittenhouse, 4232 Mary Ellen Ave., Apt.1, Studio City, CA 91604-1829
30592154      Michael Rodriguez, 88 Wycliffe St, 3I, Brooklyn, NY 11201
30592155      Michael Romig, 113 Willow Rd, Harrisburg, PA 17109-2641
30592156    + Michael Rose, 7254 Ringwood Rd, Oxford, OH 45056-8823
30592157    + Michael Sacco, 7895 Greendale Ave, Burlington, WI 53105-8370
30592158    + Michael Sanborn, 3 Archstone Circle, Apt. 107, Reading, MA 01867-3796
30592159    + Michael Sanders, 1715 Mount Vernon St, Apt. 1, Philadelphia, PA 19130-3350
30592160      Michael Saunderson, 2848 McKenney Crescent, Prince George, BC V2K 3X9, CANADA
30592161      Michael Schellman, 4655 FOURTH RAIL LN, CUMMING, GA 30040-9336
30592162    + Michael Schober, PO Box 45, Death Valley, CA 92328-0045
30592163    + Michael Schrack, 2801 Leon Ave, Audubon, PA 19403-2258
30592164    + Michael Schrack, 543 Stanbridge Street, Norristown, PA 19401-5525
30592165    + Michael Schreiner, 1775 Cochran Street, APT #B, Simi Valley, CA 93065-6310

District/off: 0752-1                          User: admin                                    Page 339 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                             Total Noticed: 30719

30592166    + Michael Schuck, 6124 N Winthrop Ave, Apt 511, Chicago, IL 60660-2689
30592167      Michael Schuijt, Pythagoraslaan 105h, Utrecht 3584 BB, NETHERLANDS
30592168      Michael Senter, 315 RINGTAIL STREAM DR, LAKEWAY, TX 78738-7098
30592171      Michael Sheets, 5 Gingerwood Ct, Wilmington, DE 19808-1001
30592172      Michael Shelley, 7628 EAGLET CT, FORT MYERS, FL 33912-1828
30592173    + Michael Simile, 18813 Sloane Avenue, Apt 2, Lakewood, OH 44107-3191
30592174    + Michael Simonian, 1217 Canary Island Drive, Weston, FL 33327-2354
30592175    + Michael Sinapi, 17065 Branco Dr, Chino Hills, CA 91709-4103
30592176      Michael Sirignano, 44 Burnhaven Ave, Maple, Ontario, L6A2P2, CANADA
30592177    + Michael Siuma, 649 Worthington Dr, Warminster, PA 18974-2519
30592178    + Michael Skiles, 10244 Lothbury Circle, Fishers, IN 46037-8481
30592179      Michael Slutz, 4055 Prosway Ave SW, Massillon, OH 44646-9446
30592180    + Michael Soto, 2610 SW Myrtle St, Seattle, WA 98106-1753
30592181    + Michael Spoltore, 20 Highpoint Place, West Windsor, NJ 08550-5239
30592182      Michael Squillace II, 2899 Culver Dr, Hilliard, OH 43026-8115
30592183      Michael Stambaugh, 69 Wheat Dr, Abbottstown, PA 17301-8818
30592184      Michael Stanford, 10 Monceux road, Eastbourne, England BN21 1RD, UNITED KINGDON
30592185    + Michael Streger, H13 Shirley Lane, Lawrenceville, NJ 08648-1425
30592186    + Michael Swibes, 1918 N Wood St, Apt. 1, Chicago, IL 60622-1152
30592187    + Michael T Macdonald, 307 Woodlake Dr., Brighton, MI 48116-2059
30592188    + Michael Taylor, 6480 Living Pl., #409, Pittsburgh, PA 15206-5106
30592189    + Michael Teeter, 7053 MIDDLESBURY RIDGE CIR, WEST HILLS, CA 91307-1814
30592190      Michael Terpner, 9453 N Calhoun Ave, Portland, OR 97203-2448
30592191    + Michael Thomas, 177 Brighton Park Drive, Saint Charles, MO 63303-3045
30592192    + Michael Thompson, 515 S Midvale Blvd, Apt 347, Madison, WI 53711-1471
30592193    + Michael Thompson, 515 South Midvale Boulevard, Madison, WI 53711-1467
30592194    + Michael Timbs, 1114, Blaine Ave, Indianapolis, IN 46221-1111
30592195    + Michael Trammell, 4262 Collie Court, LILBURN, GA 30047-4029
30592196    + Michael VanScoyoc, 1244 Wanda Dr, Hanover, PA 17331-8638
30592197      Michael Vester, Mariendalsvej, 65, 1th, Frederiksberg, Copenhagen, 2000, DENMARK
30592198    + Michael Vincentti Jr, 9216 Lookout Way, Apt 2621, Benbrook, TX 76126-2438
30592199      Michael Vinson, 1601 Overbrook Rd Apt 1336, Richmond, VA 23220-1373
30592201      Michael W Fillinger, 26470 MALLARD AVE, EUCLID, OH 44132-1416
30592203    + Michael Wachter, 22738 horseshoe way, Boca Raton, FL 33428-5505
30592204    + Michael Walker, 24654 North Lake Pleasant Parkway, #103-308, Peoria, AZ 85383-1359
30592205    + Michael Walter Schiff, 142 Coolspring Ct., Danville, CA 94506-1204
30592206    + Michael Warner, 525 CR 266, Enterprise, AL 36330-7675
30592207    + Michael Waters, 350 Wayne Ave, Lansdowne, PA 19050-1026
30592208    + Michael Wattman, 128 oakville Dr., TA, Pittsburgh, PA 15220-4411
30592209      Michael Webber, 634 Bishop Hill Rd, Leeds, ME 04263-3745
30592210    + Michael Webster, 315 W. Gramercy Ave, Toledo, OH 43612-2560
30592211    + Michael Webster, 2614 Westmar Court, Apt. 319, Toledo, OH 43615-2003
30592212    + Michael Weinrich, 5724 Trout St, Melrose, FL 32666-6257
30592215    + Michael Wereszczynski, 2021 57 street, Brooklyn, NY 11204-2008
30592214    + Michael Wereszczynski, 2021 57th St, Brooklyn, NY 11204-2008
30592216    + Michael Williams, Po Box 465, North Plains, OR 97133-0465
30592217      Michael Williamson, 1851 Steamboat Pkwy Unit 12126, Reno, NV 89521-6383
30592218    + Michael Willis Jr, 20255 Joy Lane, Lynwood, IL 60411-1022
30592219      Michael Worlock, 6810 Forest Ave Apt 4B, Ridgewood, NY 11385-4420
30592220    + Michael Wunderle, 14056 Woodland Pkwy, Poway, CA 92064-1444
30592221    + Michael Y Terefe, 627 sonata way, Silver Spring, MD 20901-5002
30592222    + Michael Young, 555 Logan Jacob Ln, Reno, NV 89503-1391
30592223      Michael Zappia, 12 Melbourne Rd, St John's Park, New South Wales, 2176, AUSTRALIA
30592224    + Michael Zavala, 16601 N 75th Ave, Apt. 3009, Peoria, AZ 85382-5032
30592225    + Michael Zito, 123 South Goff Avenue, Staten Island, NY 10309-3417
30591971    + Michael carver, 3517 n lake park ave, Hobart, IN 46342-1241
30592039    + Michael hayward, 1222 9th street, Columbus, NE 68601-5328
30592080    + Michael leppo, 914 piedmont rd, D, Columbus, OH 43224-3292
30592200    + Michael von Kleist, 2107 Prairie Creek Trail, Garland, TX 75040-4464
30592226    + Michaela Appiah, 1174 Eaglewood Loop, North Salt Lake, UT 84054-3361
30592227      Michaela Hughes, 6911 Mammoth Ave, Van Nuys, CA 91405-4155
30592228    + Michaela Kersey, 11524 Sagewood Lane, Parker, CO 80138-7177
30592231    + Michaela McCain, 4075 S ISABELLA RD, KK11, MT PLEASANT, MI 48858-7116

District/off: 0752-1      User: admin      Page 340 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

30592232    + Michaela Mendez, 484 Stonewall St, San Antonio, TX 78214-1950
30592233    + Michaela Nelson, 731 Main St., Dunkirk, NY 14048-2607
30592234      Michaela Olson, 11 Shapley Ave, Medford, MA 02155-6526
30592235    + Michaela Presnell, 418 Southwest 4th Avenue, Apt. 408, Portland, OR 97204-2245
30592236    + Michaela Smith, 1304 West Gentilly Road, A, Statesboro, GA 30458-5589
30592237    + Michaela Wright, 7771 W 52nd Avenue, Apt. 9, Arvada, CO 80002-4575
30592238      Michal Dobrzanski, ul. Warynskiego 2A, Apt. 24, Radom, MAZOWIECKIE 26-600, POLAND
30592239      Michal Tvrdik, 2830 S 2750 E, Salt Lake City, UT 84109-2017
30592240      Micheal Hadfield, 217 Turner St, Holly Springs, NC 27540-6012
30592241    + Micheal Hopkins, 1667 henrici street, Apt 1, Ambridge, PA 15003-4205
30592242      Micheal Jensen, 7341 W Sycamore Farm Rd, West Jordan, UT 84081-1920
30592243    + Micheal Neal, 14210 Constitution Cir., Apt. 22, Bellevue, NE 68123-6856
30592246      Michel Bleeker, groenendaal 18, Groningen 9277 CR, NETHERLANDS
30592247    + Michel Flores, 1095 calle escondida, Brownsville, TX 78526-4071
30592249      Michele Baldan, Via S. Fidenzio, 4 c/o Guardia Di Finanz, Guardia Di Finanza Padova, Padova, Padova 35128, ITALY
30592250      Michele Frahm, 5495 Lost Lake Ln, Mound, MN 55364-4513
30592251      Michele Paese, 38 Ross Hollow Rd, Pittsburgh, PA 15239-1057
30592252      Michele Rogers, 134 Lexington Rd, Billerica, MA 01821-3918
30592253    + Michele Santana, 1902 W Erie St, Apt 3B, Chicago, IL 60622-5562
30592254    + Michele Shenk, 8420 Springs Way Place, Warrenton, VA 20186-8505
30592255      Michele Sides, 47 W Orleans St, Jackson, TN 38301-7929
30592256      Michele Wendell, 6110 Lone Oak Dr, Bethesda, MD 20817-1742
30592257    + Michele Wood, 21 Charter Court, Charlestown, RI 02813-3449
30592258    + Michelle Aguilar, 313 Silver Buckle, Schertz, TX 78154-3597
30592259      Michelle Alanis, 1103 Lexington Cir Apt A, Edinburg, TX 78539-7580
30592260      Michelle Alcala, 651 Roadrunner Way, Perris, CA 92570-1961
30592261      Michelle Anderson, 5609 Calle Sal Si Puedes, San Diego, CA 92139-3515
30592262    + Michelle Bennett, 8902 Covey Court, Austin, TX 78758-6513
30592263    + Michelle Berman, 48 Offshore Dr, Mohegan Lake, NY 10547-1221
30592264    + Michelle Beston, 7417 Arbutus Court, Arvada, CO 80005-2825
30592265      Michelle Boltz, 4537 Ranchwood Rd, Akron, OH 44333-1335
30592267      Michelle Bryson, 1613 Saint Andrews Cir, Elgin, IL 60123-6813
30592268      Michelle Busby, 3990 Melody Ln, Riverside, CA 92504-2977
30592269      Michelle Cadavos, 841 Nutmeg Landing Ln, Manteca, CA 95336-8330
30592270      Michelle Carroll, 170 Concord St Apt 7-6, Nashua, NH 03064-1269
30592271      Michelle Carterette, 10 village dr, Apt E, CARMEL VALLEY, CA 93924-9667
30592272      Michelle Castronovo, 2295 Rock Ledge Dr NE, Keizer, OR 97303-1808
30592273      Michelle Collier, 8350 Argent Cir, Fairfax Station, VA 22039-3104
30592274      Michelle Cooper, 1019 Bales Rd, New Market, TN 37820-4138
30592275      Michelle Cusack, 6102 N Eagle Bend Ct, Peoria, IL 61614-3365
30592276    + Michelle Day, 300 Swans Mill Crossing, Raleigh, NC 27614-9470
30592277    + Michelle Deichler, 84 Hunting Ridge Dr, Mystic, CT 06355-1159
30592278      Michelle Dell, 77 Allen St, Pittsburgh, PA 15210-1075
30592279      Michelle Dixon, 620 BATTLE RIDGE RD, CLINTON, ME 04927-3738
30592280    + Michelle Drebsky, 1080 Audace Avenue, #1402, Boynton Beach, FL 33426-3474
30592281      Michelle Dunham, 2151 McClellan St, Niskayuna, NY 12309-4123
30592282      Michelle F., 1303 Poplar Dr, Tallahassee, FL 32304-9384
30592283      Michelle Falcione, 870 Evening Star Dr, Roaming Shores, OH 44085-9762
30592284      Michelle Farber, 2909 N 28th St, Tacoma, WA 98407-6313
30592285    + Michelle Foster, 25915 Mulberry Dr., Southfield, MI 48033-5895
30592286      Michelle Fritz, 7303 Grand Ave, Hammond, IN 46323-2834
30592287    + Michelle Garcia, 12228 Princeton St, Woodbridge, VA 22192-1713
30592288      Michelle Gracey, 210 Storey Ave, Newburyport, MA 01950-6215
30592290      Michelle Hamberg, R d liden 49, TRAVELS UMEA 922 65, SWEDEN
30592291      Michelle Hampton, 7500 Pine St, Hughson, CA 95326-9474
30592292      Michelle Hartman, 8729 TRACE RIDGE PKWY, FORT WORTH, TX 76244-6974
30592293      Michelle Hatchard, 60 Hobbs St, Lebanon, OR 97355-2321
30592294    + Michelle Hristovsky, 3450 S Ocean Blvd, Apt. 222, Palm Beach, FL 33480-5936
30592295    + Michelle Hy, 1231 NE M L King Blvd, Apt 513, Portland, OR 97232-2095
30592296    + Michelle J Bruno, 8690 S. Escalade Circl, Salt Lake City, UT 84121-6114
30592297      Michelle Johnston, 6969 MERTON RD, PITTSBURGH, PA 15202-1822
30592298    + Michelle Jones, 4324 Wonderwood Ln SE, Lacey, WA 98503-5554
30592299      Michelle Keller, 67 Deepwood Rd, Naugatuck, CT 06770-1701

District/off: 0752-1                                    User: admin                                        Page 341 of 507
Date Rcvd: Jan 04, 2024                           Form ID: 309C                                 Total Noticed: 30719

30592300          Michelle King, 4 Graystone Gardens, Etobicoke M8Z 3C3, CANADA
30592301      +   Michelle Kolowski, 1919 Peoria St, Peru, IL 61354-1748
30592302      +   Michelle Kolwyck, 404 Candlewick Ct, St Peters, MO 63376-6926
30592303      +   Michelle Kozlowski, 367 Belmont Court, Lebanon, OH 45036-8517
30592304      +   Michelle Kuremsky, 16 Tower Circle, Perkasie, PA 18944-2151
30592305      +   Michelle Leach, 71 Brown School Rd, Chepachet, RI 02814-2824
30592306      +   Michelle Leubner, 121 Kendall Drive West, East Syracuse, NY 13057-2629
30592307          Michelle Lin, 2201 Woodlands Dr, Tyler, TX 75703-5879
30592309          Michelle Marshall, 160 Padua Cir, Newbury Park, CA 91320-3757
30592310      +   Michelle Martinez, 1328 Mariposa St, Unit A, Denver, CO 80204-2506
30592311      +   Michelle Moreno, 2339 N Moody Ave, Chicago, IL 60639-2683
30592312          Michelle Moss, 175 Peter street, Rockhampton, Queensland, 4701, AUSTRALIA
30592313          Michelle Nelson, 461 S Talkeetna St, Wasilla, AK 99654-8112
30592314      +   Michelle Oakland, 634 WINDCHASE PL, LITHONIA, GA 30058-8280
30592315      +   Michelle Reyes, 9085 E Mississippi Ave, B206, Denver, CO 80247-2072
30592316          Michelle Robbins, 39 Bisley Place, Wakerley, Queensland 4154, AUSTRALIA
30592317          Michelle Rodriguez, 657 DAVIS AVE, MONTEBELLO, CA 90640-5509
30592318          Michelle Roe, 2300 BODESWELL LN, APEX, NC 27502-6277
30592319      +   Michelle Rupert-Baumiller, 3755 East Broadway Road, Unit 29, Mesa, AZ 85206-1050
30592320          Michelle Smaniotto, 16 Fairway Ave, Northfield, NJ 08225-2326
30592321          Michelle Smith, 434 Empire Rd, Poland, ME 04274-5649
30592323      +   Michelle Tirpak, 2071 Wascana Avenue, Lakewood, OH 44107-6129
30592324          Michelle Tobin, 1128 Hall Ave, Abington, PA 19001-4038
30592325          Michelle Townend, 1 Water View, Castleford WF10 2SG, UNITED KINGDOM
30592326      +   Michelle Underwood, 5013 W ROWEL RD, Phoenix, AZ 85083-5435
30592327          Michelle Vautour, 2152 Marriot Road, Box 43, Clinton, British Columbia, V0K 1K0, CANADA
30592328      +   Michelle Wallace, 1010 S Sun Camp Rd, White Oak, TX 75693-1914
30592329          Michelle Webb, 67 Cynthia Rd, Needham, MA 02494-1411
30592330      +   Michelle Welch Howe, 5712 Als Way, Milton, FL 32583-9155
30592331          Michelle Whitmoyer, 15 Jayann Dr, Lebanon, PA 17042-7947
30592332          Michelle Wilde, 1098 Park Cir NW, Conyers, GA 30012-4446
30592333      +   Michelle Wyse, 514 N Van Buren St, Moscow, ID 83843-2724
30592308      +   Michelle m Campbell, 8614 Koehler Dr, Tinley Park, IL 60487-8629
30592335          Mick Lennon, 7308 Otter Creek Dr, New Port Richey, FL 34655-4000
30592336      +   Mick Wallace, 11 Knightsbridge pl, Pueblo, CO 81001-1434
30592337          Mickenzie Kunasek, 4379 LAFAYETTE AVE, OMAHA, NE 68131-1025
30592338          Mickey Chu, 924A Bloor Street West, 2, Toronto, ON M6H 1L4, CANADA
30592339          Mickey Kamber, 4316 ESSEX ST, EMERYVILLE, CA 94608-3322
30592340      +   Mickey Knighten, 8612 Swan Park Drive, Denton, TX 76210-7162
30592341      +   Mickey Snyder, 604 South Commercial Avenue, Plainville, KS 67663-2905
30592342      +   Mickie Phomkhoune, 1926 S Smithmoor St, Wichita, KS 67207-7706
30592343      +   Mickie Phomkhoune, 1926 South Smithmoor Street, Wichita, KS 67207-7706
30592344      +   Micky maddux, 1120 25th street, Lot #58, Mount vernon, WA 98274-4759
30592345      +   Middleditch and Schwartz, 4525 Sunnycrest Drive, Los Angeles, CA 90065-4949
30592346      +   Midland Theatre LLC, 1228 Main Street, Kansas City, MO 64105-2107
30592347          Midnight clark, 105 Crest Ave, Bethlehem, PA 18015-9518
30592348      +   Midnite Snax, 999 S Oyster Bay Rd, Ste. 500, Bethpage, NY 11714-1045
30592349      +   Midori Schardein, 35102 Willow Springs Drive, Yucaipa, CA 92399-5938
30592350          Mieke Bollmeier, Weddigenufer, 13, Hannover, GERMANY
30592351      +   Mier, Tom s, 1520 Butler Ave, Apt 4, Los Angeles, CA 90025-3087
30592352      +   Miescha I McGregor, 2503 Nova Dr, Garland, TX 75044-6653
30592355          Miguel Aguilar Mateu, Calle Pobla de Segur 21 4C, Madrid, MADRID 28033, SPAIN
30592356          Miguel Anaya Jr, 29085 Envoy Dr, Nuevo, CA 92567-9605
30592357      +   Miguel Angel Fernandez Lozano, 416 West San Ysidro Blvd L 624, San Diego, CA 92173-2443
30592358          Miguel Antonio Sanchez Sanchez, Tiziano 304, Planta Alta, Aguascalientes, AGUASCALIENTES 20078, MEXICO
30592359          Miguel Baez, 5418 Costa Mesa St, San Antonio, TX 78228-4417
30592360      +   Miguel Cruz, 116 Lake Drive, Plymouth, MA 02360-5645
30592361      +   Miguel Figueroa, 3360 N 76th Ave, Phoenix, AZ 85033-4916
30592362      +   Miguel G Sotelo, 1501 Palos Verdes Dr N, SPC 125, Harbor City, CA 90710-4732
30592363      +   Miguel Garcia, 1420 Oak St., A, South Pasadena, CA 91030-4459
30592365      +   Miguel Jimenez, 13120 Kornblum Ave, Hawthorne, CA 90250-5418
30592366      +   Miguel Martinez Gilbert, 830 Stony point Rd, Spencerport, NY 14559-9752
30592367          Miguel Montenegro, 2364 PSO DE LAS AMER # 104-1443, SAN DIEGO, CA 92154-5224

30592368  +  Miguel Moran, 734 W. Sheridan Road, Apt 710, Chicago, IL 60613-5364
30592370  +  Miguel Munoz, 13563 sayre st, Sylmar, CA 91342-2310
30592369  +  Miguel Munoz, 7601 Gateway Blvd, Apt 1313, Live Oak, TX 78233-2741
30592373  +  Miguel Pina-Meza, 6920 Sandybrook DR, Fort Worth, TX 76120-1327
30592374  +  Miguel Sieglaff, 3150 Creek Dr SE, Apt 2A, Kentwood, MI 49512-2840
30592375  +  Miguel Solis, 4409 Hopewell Ct, Grand Prairie, TX 75052-3327
30592376  +  Miguel Zamora, 3146 Autumn Blaze Co., West Valley City, UT 84128-1218
30592371  +  Miguel navarro, 210 city blvd w, Apt. 212, Orange, CA 92868-7914
30592372  +  Miguel nunoz, 24762 willimet way, Hayward, CA 94544-1739
30592378     Mihai Costache, Bucurestii Noi 50A, Bloc A+C, Ap 22, Etaj 4, Bucuresti, BUCURESTI 12363, ROMANIA
30592379     Mihailo Simic, Midtveien 61, H0403, Oslo 598, NORWAY
30592380     Miikka Veistola, panninlenkki, 2, Apt. 2, Seinajoki, suomi 60200, FINLAND
30592381  +  Mika Smith, 3402 water st, Milford, OH 45150-1216
30592382     Mika Tunberg, 10922 Cherry St, Kansas City, MO 64131-4013
30592383  +  Mikael Babayan, 7245 Hillside Ave, Apt. 401, Los Angeles, CA 90046-2342
30592385     Mikaela Johnson, 17900 Merino Dr, Accokeek, MD 20607-3279
30592386  +  Mikaela M Roterman, 151 Atlantic Avenue, Warwick, RI 02888-2019
30592387     Mikaela McCarty, 9579 S BRANDY SPG LN APT 305, SANDY, UT 84070-3618
30592388     Mikaela Ramos, 8878 Lassen Ave, Hesperia, CA 92345-6637
30592389     Mikaela Weber, 87 Dolores St Apt 106, San Francisco, CA 94103-1048
30592390     Mikayil Mustafayev, 37 Hale St, Newton, MA 02464-1310
30592391  +  Mikayla Beauregard, 4 Wilson Ave, Apt. 1, Belmont, MA 02478-2234
30592392  +  Mikayla E Clark, 6715 Ferron Avenue, SAN GABRIEL, CA 91775-1105
30592393     Mikayla Hayes, 37 Centennial Ave NW, Grand Rapids, MI 49504-5921
30592394     Mikayla Johnston, 22671 E Lawndale Pl, Queen Creek, AZ 85142-2129
30592395  +  Mikayla Ledford, 26 Daniel ridge road, Candler, NC 28715-9434
30592396  +  Mikayla Nikirk, 11640 N 51st Avenue, Apt 109, Glendale, AZ 85304-2816
30592397     Mikayla Scott, 192 Willis Street, 7e, Wellington, Te Aro, 6011, NEW ZEALAND
30592398     Mikayla Zmolek, 7019 Oliver Smith Dr, Urbandale, IA 50322-3215
30592401  +  Mike Adams, 225 Franklin Rd, Unit 1407, Atlanta, GA 30342-2694
30592402     Mike Ampelas, 900 W Magnolia Ave Ste 201, Fort Worth, TX 76104-8518
30592403  +  Mike Bachle, 9415 Reindeer Rd., Fort Wayne, IN 46804-7701
30592404     Mike Bates, 5 Greenbeech Close, Stockport, England SK6 6XN, UNITED KINGDOM
30592405  +  Mike Betz, 313 E Iowa Ave, George, IA 51237-7735
30592407     Mike Bliss, 724 COLLEGE PL, HIGHLAND PARK, IL 60035-1102
30592408     Mike Brassee, kamp 12, Nuth, Limburg, 6361GX, NETHERLANDS
30592409     Mike Breitkreutz, 2104 Mary Ella Dr, Leander, TX 78641-2610
30592410     Mike Burn, 22 Chambers Street, Flat 11 Solar Court, London, ENGLAND SE16 4XL, UNITED KINGDOM
30592411     Mike Chapman, 76 TANNERY ST, NORTH EAST, PA 16428-1036
30592412     Mike Christy, 2032 Sugar Maple Dr, Kent, OH 44240-5617
30592413  +  Mike Coombs, 1339 8th Ave, Toms River, NJ 08757-2747
30592414     Mike D, 3035 Huntington Rd, Shaker Heights, OH 44120-2473
30592415     Mike Da Silva Vieira, 22, Rue Louis Petit, Esch-sur-Alzette, Esch-sur-Alzette, 4278, LUXEMBOURG
30592416     Mike De Wever, Carrettestraat 28, Merksem. Antwerp. 2170, BELGIUM
30592417     Mike Easterlin, 425 GLEN WEST DR, NASHVILLE, TN 37215-2967
30592418     Mike Everett, 1 Riverview Farm Rd, Ossining, NY 10562-1912
30592419  +  Mike Faylor, 10695 Pickerel Lake Rd, Petoskey, MI 49770-9684
30592420     Mike Gayles, 6324 Meadowburm Dr, North Chesterfield, VA 23234-5543
30592421  +  Mike Goggin, 2013 Huey Ct, Festus, MO 63028-2457
30592422     Mike Goodrick, 938 E Glade Ave, Mesa, AZ 85204-5816
30592425  +  Mike Heater, 718 Kennedy Blvd., Apartment 2, Manville, NJ 08835-2146
30592426     Mike Hicks, 74 ParksideRd, Belleville, ONTARIO K8R1G5, CANADA
30592427  +  Mike Horky, 4347 N Wolcott Ave, Apt 3, Chicago, IL 60613-6728
30592428     Mike Koziel, 1919 Bay St, Los Angeles, CA 90021-1604
30592429  +  Mike Larson, 422 Estberg Avenue, Apt. 205, Waukesha, WI 53186-6184
30592430  +  Mike Lebson, 2103 Woodfield Circle, West Melbourne, FL 32904-6649
30592432  +  Mike Mascarenas, 4 San Francisco St, Unit 58, Ranchos De Taos, NM 87557-4003
30592433  +  Mike Miro, 18465 Ohara Drive, Port Charlotte, FL 33948-9617
30592434     Mike Nguyen, 29200 Huntwood Ave Apt 128, Hayward, CA 94544-6594
30592435  #  Mike Painter, 3108 County Road 7530, Lubbock, TX 79423-6377
30592436  +  Mike Palombo, 4220 Hyde Park Blvd #16502, Niagara Falls, NY 14305-1710
30592437  +  Mike Patterson, 510 W 27th St, Sioux City, IA 51103-1928
30592438     Mike Peltenburg, 1627 Rockaway St, Oshawa, Ontario, L1K 0L9, CANADA

District/off: 0752-1                    User: admin                                    Page 343 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                       Total Noticed: 30719

| | | |
|---|---|---|
| 30592439 | | Mike Porcelan, 52 Sioux Ave, Rockaway, NJ 07866-1833 |
| 30592440 | | Mike Ranner, 38 Pine Road, Flat B, London, ENGLAND NW26RY, UNITED KINGDOM |
| 30592441 | | Mike Rizo, 1931 Camphill Cir, Inverness, IL 60067-4437 |
| 30592442 | | Mike Rodriguez, 1942 Blueridge Dr, Duncanville, TX 75137-4508 |
| 30592443 | | Mike Schoenberger, 229 N Westfield St, Oshkosh, WI 54902-4101 |
| 30592444 | + | Mike Shaw, 341 Clark Road, Gansevoort, NY 12831-1628 |
| 30592445 | + | Mike Simone, 66 Waban Hill Road, Newton, MA 02467-1048 |
| 30592446 | | Mike Smith, 40926 White Clover Ln, Stone Ridge, VA 20105-3486 |
| 30592447 | + | Mike Szczypkowski, 3S178 S Park Blvd, Glen Ellyn, IL 60137-7233 |
| 30592448 | + | Mike VanWyngarden, 250 Walnut Ave, Grand Junction, CO 81501-7451 |
| 30592449 | | Mike Vellender, 811 Valley View Dr, Lowell, IN 46356-7128 |
| 30592450 | | Mike Verdon, 223 PINEHURST DR SW, APT 304, OLYMPIA, WA 98501-5275 |
| 30592451 | + | Mike Volk, 7100 Heathfield Road, Baltimore, MD 21212-1514 |
| 30592452 | + | Mike Warner, 14900 45th DR NE, Marysville, WA 98271-8962 |
| 30592453 | | Mike Wasylenko, 2446 E WASHINGTON BLVD, PASADENA, CA 91104-2039 |
| 30592454 | | Mike Weaner, 6120 WHITEFORD RD, SYLVANIA, OH 43560-1643 |
| 30592455 | + | Mike Welsh, 5613 west timberview ct, Wilmington, DE 19808-3650 |
| 30592456 | | Mike Wen, 3022 D St, Sacramento, CA 95816-3333 |
| 30592457 | | Mike Zuraw, 306 Ash St Apt 211, Willimantic, CT 06226-1646 |
| 30592431 | + | Mike leckie, 7520 s Utica dr, Apt. 2321, Littleton, CO 80128-2534 |
| 30592458 | + | Mikeh Brammell, 100 High Point Ct, Nicholasville, KY 40356-8310 |
| 30592459 | + | Mikel A Campbell, 3305 Kirk St, Lakeland, FL 33801-6987 |
| 30592460 | | Mikella Harnist, 20448 Coulson St, Woodland Hills, CA 91367-6828 |
| 30592461 | + | Mikels, 184 SE Yorktown Dr., Grants Pass, OR 97527-5399 |
| 30592462 | | Mikey Aamir, 129 Java St, Brooklyn, NY 11222-1602 |
| 30592464 | | Mikey Kennedy, 1308 State St # 1/2, Quincy, IL 62301-5042 |
| 30592465 | | Mikey Morishima, 1519 10TH AVE N, NASHVILLE, TN 37208-2114 |
| 30592466 | + | Mikey Murphy, 211 Amberwood Cir, Irmo, SC 29063-7951 |
| 30592467 | | Mikey Peckey, 908 Niagra Fls, Grovetown, GA 30813-5878 |
| 30592468 | | Mikhaela Cielo, 1614 MICHELTORENA ST, LOS ANGELES, CA 90026-1624 |
| 30592469 | | Mikhaela Williams, 13 goldstar circuit, Caboolture, Queensland, 4510, AUSTRALIA |
| 30592470 | | Mikhayla Ramey, 1557 Gale Ct, Bozeman, MT 59718-4628 |
| 30592471 | + | Mikhel McCormack, 2923 S Meridian Ave, M107, Puyallup, WA 98373-1487 |
| 30592472 | | Miki Gjeorgiev, Hauptstrasse 22, Niederurnen 8867, SWITZERLAND |
| 30592473 | + | Mikila Griggs, 1331 S 60th Ct, Cicero, IL 60804-1008 |
| 30592474 | | Mikki Pogue, 317 Jodeco Station Cir E, Stockbridge, GA 30281-5886 |
| 30592475 | | Mikko Martinez, 10587 Great Plaines Dr, Huntley, IL 60142-6615 |
| 30592476 | + | Miko Marks, 187 WOLF ROAD, Suite 101, Albany, NY 12205-1138 |
| 30592477 | | Miky Paulos, Kantstra e 44, Hofheim am Taunus, HESSEN 65719, GERMANY |
| 30592478 | | Milan Carter, 13 Arapaho Dr, Thornton, IL 60476-1122 |
| 30592481 | | Milena Bellini, 56 North Circular Road, Dublin, Dublin D07 AX72, IRELAND |
| 30592482 | | Miles Billsman, 15 Gates Ave, Toronto, Ontario, M4C 1T1, CANADA |
| 30592483 | | Miles Ganes, 900 Cedar St Unit 209, El Segundo, CA 90245-2236 |
| 30592484 | + | Miles Hammond, 120 Conwell Street, Wilkes-Barre, PA 18702-2135 |
| 30592485 | | Miles Jamesson, 4394 Growler Cir, Silverdale, WA 98315-9519 |
| 30592488 | | Miles MacLaughlin, 12720 Burson Dr, Manchaca, TX 78652-3531 |
| 30592489 | | Miles Michell, 62 Ellicott St, Rochester, NY 14619-2057 |
| 30592490 | | Miles Moody, 72B Park Road, Sydenham, NEW SOUTH WALES 2044, AUSTRALIA |
| 30592491 | | Miles Morman, 4112 Whitford Cir Apt 210, Glen Allen, VA 23060-4165 |
| 30592492 | + | Miles Powell, 5694 Rhodes Road, Unit 3150, Kent, OH 44240-4869 |
| 30592493 | | Miles Scott, 1043 Juliene Way, Moscow, ID 83843-7833 |
| 30592494 | | Miles Strelecki, 2035 Delaware St Apt B, Berkeley, CA 94709-2121 |
| 30592495 | + | Miles Whitmore, 216 Latigo Loop, Huntsville, AL 35806-1300 |
| 30592496 | | Miles Wilson, 750 N Glebe Rd Apt 447, Arlington, VA 22203-4462 |
| 30592497 | + | Miles Wright, 612 8th street, West des moines, IA 50265-3634 |
| 30592487 | + | Miles linn, 428 Lincoln street, Santa Rosa, CA 95401-5108 |
| 30592498 | | Milky Chance, c/o Jbeau Lewis, Union Travel Agency, Beverly Hills, CA 90210 |
| 30592500 | | Milla Kallio, Yliopistokatu 26 B 110, Oulu 90570, FINLAND |
| 30592501 | + | Millan Markowitz, 26 1/2 Callender St, Unit 1, Cambridge, MA 02139-2902 |
| 30592502 | + | Millena Albuquerque, 27-16 27th Street, Astoria, NY 11102-2452 |
| 30592503 | + | Miller Ballew, 230 Clover Lane Drive, Manchester, PA 17345-1614 |
| 30592504 | | Miller MacLeod, 576 Denbury Ave, Ottawa, ONTARIO K2A 2N9, CANADA |
| 30592505 | + | Miller, Cody, 1463 MOLUF STREET, DEKALB, IL 60115-8984 |

District/off: 0752-1                                    User: admin                                    Page 344 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                              Total Noticed: 30719

30592506            Milliardy Frandjin, 3 Vermella Way Apt 2011, Union, NJ 07083-2627
30592507            Millie Bird, 19 Launceston Drive, Broughton, Milton Keynes, England MK10 7BS, UNITED KINGDOM
30592508          + Mills, Brandy, 457 DOUGLAS RD., BATAVIA, IL 60510-1501
30592509            Milly Wallace, Mythop court mythop road, Flat 7, Blackpool, ENGLAND FY4 4UU, UNITED KINGDOM
30592510          + Milo Ball, 2911 West 3rd Street, Duluth, MN 55806-3332
30592511            Milo Norris, 167 Greendale Dr, Rustburg, VA 24588-3563
30592512            Milo Vegas, 13 Woodside Dr, South Burlington, VT 05403-6230
30592513          + Milo Webster, 6025 2nd Ave NW, Seattle, WA 98107-2020
30592515          + Milton Lee III, 2673 Dixon Road, Aurora, NY 13026-9708
30592516          + Milton Ortiz, 914 Avenue A, Brownsville, TX 78520-4303
30592517            Milvoj Hasek, 1434 160th St, Donnellson, IA 52625-9232
30592519            Mina Dodds, 41 Hartside, Lemington, Newcastle Upon Tyne, ENGLAND NE158BY, UNITED KINGDOM
30592520          + Minako Snow, 2021 Fox Glen Dr, Allen, TX 75013-2924
30592521            Minato Nonaka, 1-25-19, 207, Tokyo 154-0021, JAPAN
30592522            Mindy Eden, 14797 S COYOTE VIEW DR, HERRIMAN, UT 84096-2050
30592523            Mindy Fuller, 570 County Road 6494, Dayton, TX 77535-3212
30592524          + Mindy Hamann, 518 Dansel St, Kent, OH 44240-2629
30592525            Minh Nong, 8908 137 Ave, Edmonton, ALBERTA T5E 1Y4, CANADA
30592526          + Minhthy Huynh, 12726 S Bayberry Bend Circle Dr, Houston, TX 77072-2474
30592528          + Minori McKinney, 124 Prospect St, Marlborough, MA 01752-4115
30592529          + Miquette Robins, 503 W 1st Ave, Kennewick, WA 99336-3924
30592530            Mira Alden, 701 Lake Dr, Lawrenceville, NJ 08648-4418
30592531            Mira Alexandrea, 119 Bedok North Road, #06-191, Singapore, SINGAPORE 460119, SINGAPORE
30592533          + Mira Guha, 9029 E Mississippi Ave, H204, Denver, CO 80247-6860
30592534          + Mira Le, 201 Raymond St, Apt. 1, Fall River, MA 02723-2825
30592537          + Miranda Amaya, 950 Harrington Ave NE, N215, Renton, WA 98056-3100
30592538            Miranda Burbridge, 2929 Camellia Dr, Slidell, LA 70458-4228
30592539            Miranda Cook, 19204 Garden Creek Ln, Edmond, OK 73012-8213
30592540          + Miranda Dougherty, 833 East Elm Street, Apartment 404A, Springfield, MO 65806-2431
30592541            Miranda Durrant, 1127 MONROE ST NE, MINNEAPOLIS, MN 55413-1457
30592542            Miranda Flores, 5207 S Artesian Ave Apt 2, Chicago, IL 60632-1587
30592543          + Miranda Frigillana, 20626 76th AVE SE, Snohomish, WA 98296-5169
30592545            Miranda Hicks, 100 Lenox Rd Apt 5M, Brooklyn, NY 11226-8487
30592546          + Miranda Ibarra, 12725 Ramona Avenue, Chino, CA 91710-3219
30592547            Miranda Jonn, 3050 Adanac Street, Vancouver, BC V5K 2N7, CANADA
30592548          + Miranda Krebs, 980 Rye Dr, La Plata, MD 20646-3252
30592549          + Miranda Lieberman, 810 Joeck Drive, West Chester, PA 19382-5245
30592550          + Miranda Mary Borges, 688 Willow Street, Eureka, CA 95503-6059
30592552            Miranda Pandoff, 2934 Cold Stream Ln, Green Cove Springs, FL 32043-8648
30592553          + Miranda Pfeil, 1856 Yvonne St SE, Salem, OR 97306-1232
30592554            Miranda Sellers, 6039 Spring Time St, San Antonio, TX 78249-2456
30592555          + Miranda Werley, 535 Cliff Lane, Jefferson City, TN 37760-4801
30592556            Miranda Wise, 1205 N Hills Blvd, Van Buren, AR 72956-2529
30592544          + Miranda gillan, 15 riverside ave, rensselaer, NY 12144-2927
30592557            Mirco Hartmann, Irchenb elweg 2, Glattfelden 8192, SWITZERLAND
30592558            Mirco Leier, Eichendorffweg, 1, Apt. 1, Rheinhausen, Baden-W rttemberg 68794, GERMANY
30592559            Miriam Angelsen, Kalkvegen 11, HO806, Gjovik, Innlandet, 2818, NORWAY
30592560            Miriam Becerra, 204 N SYCAMORE AVE, RIALTO, CA 92376-5933
30592561            Miriam Bergstr m, ster-Edinge 207, Alunda, UPPSALA 74793, SWEDEN
30592562            Miriam Chavez, 2515 E Avenue I Spc E24, Lancaster, CA 93535-2327
30592563          + Miriya R Serra, 4173 Katherine Street, DEARBORN HEIGHTS, MI 48125-2615
30592564          + Mirsky, Steph, 5700 W OLYMPIC BLVD, UNIT 317, LOS ANGELES, CA 90036-4780
30592565          + Misael Castillo, 915 N. 47th St., Fort Smith, AR 72903-1230
30592567          + Misael Lucero Reyes, 5402 SW Nevada Ct, Portland, OR 97219-1391
30592569          + Missi Callahan, 2148 McGregor Circle, OFallon, MO 63368-3781
30592571          + Mission Music LLC, 308 N 2ND AVE, Phoenix, AZ 85003-1517
30592574            Missy Hart, 10762 W Treeline Ct, Boise, ID 83713-1860
30592576          + Misti Coulter, 10440 Birkenhead Road, Yukon, OK 73099-7502
30592577          + Mistie M. Newman, 11318 Chimineas Ave, Northridge, Porter Ranch, CA 91326-2511
30592578          + Mistretta, 26 Casson Lane, Woodland Park, NJ 07424-2751
30592579            Misty Ashburn, 2182 Knox Ln, White House, TN 37188-1539
30592580          + Misty Hogg, 8894 sharit dairy road, Gardendale, AL 35071-3253
30592581          + Misty Mosher, 18630 E. Oriole Way, Queen Creek, AZ 85142-5538

30592582 + Mitch Elkins, 1813 South Hanover Street, Baltimore, MD 21230-4829
30592584 + Mitch Nolan, 271 County Road 33, Norwich, NY 13815-3439
30592585 Mitchel Cheyne, 332 W Morrell St, Otsego, MI 49078-1222
30592586 + Mitchel McDonald, 77 W Archer Pl, Unit 1, Denver, CO 80223-1681
30592587 Mitchel Wilson II, 1106 S Harbor View Ave, San Pedro, CA 90732-3832
30592588 Mitchell A J Jarvis, 190 Ashley Road, St Albans, ENGLAND AL1 5NT, UNITED KINGDOM
30592589 Mitchell Adams, 134 Elm St, Carlisle, PA 17013-1920
30592590 + Mitchell Barnes, 1661 Central Avenue, Unit 3017, St. Petersburg, FL 33713-9067
30592591 + Mitchell Beebe, 6327 West Prairie Court, New Palestine, IN 46163-9745
30592592 Mitchell Bolin, 2404 Drummond Rd, Toledo, OH 43606-3127
30592593 Mitchell Brook, 9 Belledale Close, Sydney, New South Wales, 2759, AUSTRALIA
30592594 + Mitchell Budde, 7933 Oregon Ave N, Brooklyn Park, MN 55445-2621
30592595 + Mitchell Burnett, 21 Ginsberg Road, Madison, AL 35756-2207
30592596 Mitchell Cameron, 5, Veart court, Salisbury Heights, SOUTH AUSTRALIA 5109, AUSTRALIA
30592597 + Mitchell Clark, 1100 stonegate drive, Lot 184, Auburn, AL 36832-6662
30592598 + Mitchell Dulac, 972 Park Terrace Cir, Kissimmee, FL 34746-6128
30592599 + Mitchell Earrey, 1501 Herman St, Apt. 466, Nashville, TN 37208-3563
30592600 + Mitchell Florence, 7418 Mentzer Gap Rd, Waynesboro, PA 17268-9749
30592601 Mitchell Gold, 9355 California Ave SW, Seattle, WA 98136-2820
30592602 + Mitchell Goodwin, 34 Steelton Street, New Martinsville, WV 26155-2527
30592603 + Mitchell Granson, 50 Schroeder Ct, Apt. 209, Madison, WI 53711-2593
30592604 Mitchell Lawson-banks, 3 Teatree Pl, Kialla, Victoria, 3631, AUSTRALIA
30592605 Mitchell Lee, E8245 Lone Oak Rd, New London, WI 54961-8961
30592606 Mitchell Loftin, 1041 E 200 S, Lewiston, UT 84320-2062
30592607 #+ Mitchell Maslowski, 9361 Riverside Dr., Saranac, MI 48881-8505
30592608 + Mitchell Mathews, 10500 Elrod Lane, Charlotte, NC 28277-8750
30592609 + Mitchell Mulder, 5437 Kelekent, Kentwood, MI 49548-0839
30592610 + Mitchell Nemirovsky, 19545 Sherman Way, Unit 39, Reseda, CA 91335-3438
30592611 Mitchell Rask (son), 14878 SE Francesca Ln, Happy Valley, OR 97086-2854
30592612 + Mitchell Reynolds, 123 Hope St, 2M, Brooklyn, NY 11211-3984
30592613 + Mitchell Rock, 407 North 19th Avenue, Hattiesburg, MS 39401-4825
30592614 + Mitchell Rosine Budde, 7933 OREGON AVE N, MINNEAPOLIS, MN 55445-2621
30592615 Mitchell Stenquist, 18 LARSON DR, NORTH HAVEN, CT 06473-1834
30592616 + Mitchell Thome, 31202 Shorecrest Dr, Apt 27101, Novi, MI 48377-4701
30592617 + Mitchell Thorvilson, 783 auto group ave ne, salem, OR 97301-2317
30592618 + Mitchell Valine, 1514 New York Dr, Altadena, CA 91001-3218
30592620 Mitja Moehleke, Heisstr. 23, Munster 48145, GERMANY
30592621 + Mitski, c/o parr3llc, 700 S. Santa Fe Ave Fl 2, Los Angeles, CA 90021-1797
30592622 + Miya Ashley, 1617 SONOMA AVENUE, BERKELEY, CA 94707-2545
30592623 + Miyoko Dill, 1501 S Heatherwilde Blvd, Apt. 813, Pflugerville, TX 78660-4569
30592624 + Miyoung Yoon Hammer, 36 E Peoria St, Pasadena, CA 91103-4330
30592628 + Mo Cheetany, 1326 W 19th St, Apt 2F, Chicago, IL 60608-3166
30592630 + Moby Wiesand, 111 Margaret St, Mobile, AL 36607-3402
30592633 + Modern Express, PO Box 1199, Oakland, CA 94604-1199
30592634 + Moderne Glass Company, 1000 Industrial Blvd, Aliquippa, PA 15001-4871
30592635 + Moe Brown, 1325 Washington Ave, Oshkosh, WI 54901-5359
30592637 + Moess, Ellen, 1020 OLYMPIC DRIVE, BATAVIA, IL 60510-1329
30592638 Mohaimen Golam, 6, Elmswood, Chigwell, England, IG7 5JQ, UNITED KINGDOM
30592639 Mohamed Ali, 69 Columbus Gate, Stoney Creek, ON L8J 0L3, CANADA
30592640 Mohammad Asad, 23367 Kerrisdale Way, Sterling, VA 20166-2170
30592641 Mohammad Bilal Murtaza Ansari, 301 Classic Corner, 133 / 136 Hill Road,, Bandra West,, Mumbai, Maharashtra, 400050, INDIA
30592642 + Mohammad khalid, 104 contrada grace lane, Hutto, TX 78634-2557
30592643 Mohammed Alqallaf, 1811 E APACHE BLVD APT 3068, TEMPE, AZ 85281-6134
30592645 Moira Horrocks, 7 Charles Jarvis court, Cupar, Scotland KY15 5EJ, UNITED KINGDOM
30592648 Mollie Ehrlichman, 7550 Noblestown Rd, Mc Donald, PA 15057-3305
30592649 Mollie Flannery, 1457 BAKER AVE, NISKAYUNA, NY 12309-5222
30592650 + Mollie Hawkins, 4425 Welcome CT, Gig Harbor, WA 98335-7765
30592651 Mollie Price, 11210 FM 2222, Apt #8305, Austin, TX 78730
30592652 + Mollie Wilkey, 70 Joe Lahout lane, Apt. 102, Littleton, NH 03561-3728
30592653 + Mollie Wormser, 17 Maryland Drive, New Orleans, LA 70124-1026
30592647 + Mollie brower, 7600 cedar farm drive, Rosedale, MD 21237-3700
30592654 + Molly A Murray, 2415 Morningside st, San diego, CA 92139-3019
30592655 + Molly Barson, 401 E 90th St, Apt 2E, NY, NY 10128-5118

District/off: 0752-1                    User: admin                         Page 346 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                        Total Noticed: 30719

30592656    +  Molly Beal, 735 W Washington Ave, Jackson, MI 49201-2009
30592657       Molly Breneman, 3 Wolf Hollow Ct, Saint Charles, MO 63303-5070
30592658       Molly Briscoe, 1771 Woodmere Rd, Claremore, OK 74017-5844
30592659       Molly Brown, 180 Main St Apt B41, Bridgewater, MA 02324-1482
30592662       Molly Burgess, 10 Regent Street, Lydney, ENGLAND GL15 5RN, UNITED KINGDOM
30592660       Molly Burgess, 14 Lowfield, Retford, England, DN22 7QP, UNITED KINGDOM
30592663       Molly Cabbage, 8139 Patterson Woods Dr Apt 1206, Orlando, FL 32821-6644
30592664    +  Molly Chen, 440 Hwy 174, Edisto Island, SC 29438-6801
30592665    +  Molly Das, 1764 Miller Ave, Right Side Door Of 1762, Winter Park, FL 32789-5458
30592666    +  Molly Flores, 4802 Calle Neil, Apt 3, San Diego, CA 92117-6404
30592667       Molly Goltry, 2412 Groveway Dr, Valrico, FL 33596-7385
30592669       Molly Groh, 1577 Lodge Pole Ct, Annapolis, MD 21409-5456
30592670       Molly Haines, 1620 NE Northwood Dr Apt AA203, Pullman, WA 99163-5155
30592671       Molly Henningsen, 1860 Prairie Ave, Park Ridge, IL 60068-3855
30592672    +  Molly Hogstrom, 2 Westledge Dr, Apt C311, Norwich, CT 06360-6659
30592673    +  Molly J Sisson, 8333 West Lorraine Pl, Milwaukee, WI 53222-4849
30592674    +  Molly J Turner, 5780 N Greeley Ave, Apt. 3, PORTLAND, OR 97217-4172
30592675       Molly Kohl, 24 Glen Ave, Millburn, NJ 07041-2033
30592676    +  Molly Longo, 1903 Mamie St, Hattiesburg, MS 39401-7435
30592677    +  Molly May, 110 Bernice Dr, Luling, LA 70070-5052
30592678    +  Molly McGuffin, 4157 Camino Ticino, San Diego, CA 92122-1835
30592679    +  Molly Reagan, 101 Stribling Lane, Unit 208, Staunton, VA 24401-5129
30592680       Molly Reed, 1081 River Ridge Cir, Grand Blanc, MI 48439-8047
30592681    +  Molly Schlamp, 6401 Maple Ave, Apt 3203, Dallas, TX 75235-5531
30592682       Molly Schneider, 345 Pacific Ave N Apt MM6, Pacific, WA 98047-1298
30592683       Molly Schotzko, 440 SW State St, Pullman, WA 99163-2736
30592684       Molly Simpson, 510 Central Dr Apt 1604, Chattanooga, TN 37421-5862
30592685       Molly Smith, 16164 Peregrine Drive, Bristol, VA 24202
30592686    +  Molly Stotts, 29 Woburn Abbey Dr, Bedford, NH 03110-6234
30592687       Molly Turlington, 1420 Parkwood Pl NW, WA, DC 20010-3217
30592688    +  Molly Valdez, 731 Humboldt Street, Floor 1, Brooklyn, NY 11222-3506
30592689       Molly Vandever, 4705 S 129th East Ave, Tulsa, OK 74134-7008
30592690       Molly Voorheis, 812 E Mitchell St, Petoskey, MI 49770-2632
30592691       Molly Wilder Hirzel, 26265 Yowaiski Mill Rd, Mechanicsville, MD 20659-2575
30592692    +  Molly Willis, 2 Nod Hill Road, Oxford, CT 06478-1761
30592693       Molly Wright, 3524 Aldersyde Dr, Fort Worth, TX 76244-9580
30592694    +  Mom & Pop Music Co, LLC, 1140 Broadway, Ste 1505, New York, NY 10001-7503
30592695       Mom Mom, 11 Bancroft St, Wilmington, MA 01887-2507
30592696    +  Moment House, Inc., 333 W Maude Ave, Ste 207, Sunnyvale, CA 94085-4373
30592697       Momin Ahmad, 1 The Pines, Ratoath, MEATH A85 FA40, IRELAND
30592698    +  Momma, Momma LLC, 235 Park Ave South Fl 9, New York, NY 10003-1405
30592699       Momoko Suzuki, AsahiOyama mansion 703, 40-6, Itabashi, TOKYO 173-0014, JAPAN
30592700       Mona Hall, 2878 Little Robinson Crk, Virgie, KY 41572-8432
30592701       Mona Khodadad, 9814 Hopkins Ct, Granite Bay, CA 95746-7195
30592702       Mona Pick, Wiesenstra e 6G, Apt. 146, Julich, Nordrhein-Westfalen, 52428, GERMANY
30592703       Monet Russo, 3828 S Shiloh Way, Gilbert, AZ 85297-7971
30592704       Monica Chin, 3207 MEADOWBROOK DR, CONCORD, CA 94519-2140
30592705    +  Monica Diaz, 2416 Bernadotte Court, Virginia Beach, VA 23456-6512
30592706    +  Monica Gamboa, 110 Red School Lane, Phillipsburg, NJ 08865-1854
30592707       Monica Guerrero, 9133 Lait Dr, El Paso, TX 79925-5947
30592708    +  Monica Hernandez, 7701 Western Ave, Buena Park, CA 90620-2611
30592709       Monica Kasten, 4465 IRAN ST, DENVER, CO 80249-7308
30592710    +  Monica Kavathekar, 410 E 20th, Apt 8B, NY, NY 10009-8115
30592711    +  Monica Li Barron, 224 Emerald Park Ct, Simpsonville, SC 29681-2705
30592713       Monica Marotto, 7901 E Waverly St, Tucson, AZ 85715-4546
30592714    +  Monica McCaskill, 2601 West Ave, Apt 1907, Newport News, VA 23607-4353
30592715       Monica Mull Hedrick, 2363 Overbrook Ave, Wheeling, WV 26003-5377
30592716       Monica Stout, 8997 Stanchion Dr SW, Byron Center, MI 49315-7946
30592717    +  Monica Vergara, 69 hanover st, Wilkes barre, PA 18702-3511
30592718       Monica Wilson, 2302 Waterway Ct, Graham, NC 27253-8442
30592719       Monicah Summons, 45B MEMORIAL RD APT 34, SOMERVILLE, MA 02145-1711
30592720    +  Monika Chitre, 80 Adams Street, Boylston, MA 01505-1441
30592721       Monika Hedqvist, Norra Strandgatan 9, Lulea 972 39, SWEDEN

District/off: 0752-1                    User: admin                         Page 347 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                     Total Noticed: 30719

30592722          Monika Karu, M isaaia Tee 4, Apt. 9, Haljava, EESTI 75224, ESTONIA
30592723          Monika Schoop, Gr nebergstr. 11, Cologne, Nordrhein-Westfalen 51103, GERMANY
30592724          Monique Coffey, 9/2 New England Court, Douglas 4814, AUSTRALIA
30592725       +  Monique Dwyer, 92 Cynthia Ln, E7, Middletown, CT 06457-2139
30592726       +  Monique Guidry, 5 Rockville Park, Roxbury, MA 02119-2217
30592727          Monique Lopez, 1905 S 47th Dr, Yuma, AZ 85364-6633
30592728          Monique Maria Gutierrez, 28942 Merris St, Highland, CA 92346-4412
30592729       +  Monique Payton, 4901 Kirby Road, Clinton, MD 20735-1412
30592731       +  Monroe, Ashley, 3134 SAWGRASS DRIVE, AURORA, IL 60502-8668
30592732       +  Monserrat Jr, 7104 N Interstate Ave, Portland, OR 97217-5454
30592733       +  Montague, 16 Glenside Terrace, Montclair, NJ 07043-2529
30592734       +  Montana Gregory, 10297 Honeysuckle Rd, Belleville, AR 72824-8000
30592735       +  Monty Sutter, 4324 Cider Mill Dr, Cincinnati, OH 45245-1402
30592737          Moon hwakyung, Bangbero 45 2, Samho Apt, 12-904, Seoul, SOECHOGU 6552, KOREA
30592738          Moon jung Chung, 10 Cuscaden Walk, #19-03, 19-03, Singapore 249693, SINGAPORE
30592739          Moore, Flat 7 Abbott Court, 1 Broome Way, Southwark, ENGLAND SE5 7FY, UNITED KINGDOM
30592740       +  Mora Reed, 1810 Edgewood Road, Towson, MD 21286-8908
30592741       +  Morales, Cinthia, 1735 N MARYWOOD AVE, AURORA, IL 60505-6204
30592742       +  Morales, Ninoushka, 1442 fairway drive, Apt 101, Naperville, IL 60563-9116
30592743          Moreno bernasconi, Rue de crause 25a, Chavornay VAUD 1373, SWITZERLAND
30592744       +  Moreno, Melanie, 817 GEORGE AVE, AURORA, IL 60505-4916
30592745       +  Morgan Adams, 1616 N MARYWOOD AVE, Apt 215, Aurora, IL 60505-1537
30592747          Morgan Arnett, 1303 State St, Owosso, MI 48867-4207
30592748       +  Morgan Babb, 3087 Coast Dr, Indianapolis, IN 46214-1690
30592749       +  Morgan Baer, 4239 SE Ivon Street, Portland, OR 97206-1637
30592750       +  Morgan Berk, 1853 Central Park Ave.,, Apt. 11G, YONKERS, NY 10710-2913
30592751       +  Morgan Bernard, 3807 Beach Dr SW, Seattle, WA 98116-3521
30592752       +  Morgan Brockman, 160 Laurel Oak Dr, Hamilton, OH 45013-1161
30592753          Morgan Brookshire, 3997 Horace Bolick Rd, Lenoir, NC 28645-9290
30592754       +  Morgan Buettner, 1804 Marymac Place, Fallbrook, CA 92028-4631
30592755          Morgan Byrd, 3717 Sapphire Ct, Franklinton, NC 27525-8519
30592756       +  Morgan Chavez, 11952 rexbon rd, Granada hills, CA 91344-2129
30592757          Morgan Cheman, 262 Tuscarora Rd, Buffalo, NY 14220-2533
30592758       +  Morgan Clark, 171 Turtle Creek Drive, E404, Branson, MO 65616-5224
30592759          Morgan Coutcher, 826 Bridgeton Ln, Perrysburg, OH 43551-3207
30592760       +  Morgan Davis, 2444 S Clay Ave, Springfield, MO 65807-3006
30592761       +  Morgan Doyle, 2931 W Oxford St, Philadelphia, PA 19121-2729
30592762       +  Morgan E Dixon, 11299 spinning reel circle, Orlando, FL 32825-7229
30592764       +  Morgan Francis, 20 22nd St, Apt C, Hermosa Beach, CA 90254-2500
30592765       +  Morgan Geyer, 298 Buck Saw Dr, Drums, PA 18222-1238
30592766          Morgan Gillem, 1622 Highland Way, Brentwood, CA 94513-5801
30592767       +  Morgan Hays, 285 Saint Agnes Blvd, Covington, KY 41011-2764
30592768          Morgan Hepler, 1633 Royalwood Cir, Joshua, TX 76058-5268
30592769       +  Morgan Herbst, 600 University Ave SE, Apt. 402, Minneapolis, MN 55414-2147
30592770       +  Morgan Hull, P.o. box 82, Silvana, WA 98287-0082
30592772       +  Morgan Kitay, 12001 N 53rd Ave, Glendale, AZ 85304-2708
30592773          Morgan Lacy-McClintock, 2503 N Sycamore St, Spokane, WA 99217-7174
30592774       +  Morgan Lekschas, 171 S Fair Oaks Ave, Apt. 414, Madison, WI 53704-5836
30592775       +  Morgan Lopez, 1075 Eight Mile Mesa Rd, Pagosa Springs, CO 81147-7737
30592776          Morgan Lynes, 612 Welsh Rd, Wellsboro, PA 16901-6878
30592778       +  Morgan Martinucci, 42 Vine St, North East, PA 16428-1545
30592779       +  Morgan Matt, 10 Pearson Ave, Apt. 3, Somerville, MA 02144-2334
30592780          Morgan McFall, 3307 S Pleasant Valley Rd, Austin, TX 78741-7203
30592781       +  Morgan McIntyre, 683 east lake lane, Cincinnati, OH 45244-1365
30592782       +  Morgan Meier, 7725 Darlene Dr, Brighton, MI 48114-8916
30592783          Morgan Millea, 2048 PROVIDENCE RD, STATHAM, GA 30666-1732
30592784          Morgan Morgan, 104 Shady Ln, Barnesville, OH 43713-1462
30592785       +  Morgan Mulhall, 13117 3rd Ave SE, Unit E4, Everett, WA 98208-6666
30592788       +  Morgan Patterson, 1100 W Wolfram, Chicago, IL 60657-8838
30592789          Morgan Pettyjohn, 900 E Fort Ave Apt 503, Baltimore, MD 21230-5298
30592790          Morgan Potter, 161 E 110th St Apt 7E, NY, NY 10029-3389
30592791       +  Morgan Robinson, 2 W Gorham St., Apt. 112, Madison, WI 53703-2090
30592792       +  Morgan Sapp, 4222 Eldone Rd, Baltimore, MD 21229-4526

District/off: 0752-1                       User: admin                          Page 348 of 507

Date Rcvd: Jan 04, 2024                    Form ID: 309C                         Total Noticed: 30719

30592793    + Morgan Schiafone, 1165 Crystal Way, Apt L, Delray beach, FL 33444-1019
30592795    + Morgan Showalter, 2954 Lynn Dr, Willoughby Hills, OH 44092-1420
30592796      Morgan Singletary, 2950 Avian Loop, Kissimmee, FL 34741-7952
30592797    + Morgan Skiff, 31 Latham Village Ln, Apt 11, Latham, NY 12110-3243
30592798      Morgan Smith, 1122 Means Farm Rd, Garland, TX 75044-5259
30592799      Morgan Smith, 1444 Home St Unit 245, Jacksonville, FL 32207-8385
30592800      Morgan Stevens, 6650 E Arizona Ave Apt 194, Denver, CO 80224-3620
30592801    + Morgan Stucker, 3017 Rudder Lane, Apt 305, Bloomington, IL 61704-8674
30592803    + Morgan Tepsic, 2512 NW 39th Terrace, Oklahoma City, OK 73112-3730
30592804      Morgan Thomas, 9409 Christina Ct, Spring Grove, IL 60081-8717
30592806      Morgan Thompson, 10036 W Schlinger Ave, West Allis, WI 53214-1129
30592805    + Morgan Thompson, 400 N River Road, Apt 1313, West Lafayette, IN 47906-3144
30592807    + Morgan Turner, 1644 E 500 S, Price, UT 84501-3743
30592808    + Morgan Waltz, 3807 Laurinda Dr, Cedar Falls, IA 50613-5417
30592810      Morgan Williams, 1870 HENNEPIN ST, LA SALLE, IL 61301-1232
30592811    # Morgan Wojciechowski, 732 N Tree Mist Ln, Sahuarita, AZ 85629-6642
30592812    + Morgan Wycoff, 207 w Oak View Ave, Oak View, CA 93022-9436
30592813    + Morgan Young, 105 S cholla street, Gilbert, AZ 85233-5911
30592746    + Morgan and, 130 n 95th pl, Mesa, AZ 85207-8811
30592794    + Morgan shively, 724 52nd st, Pittsburgh, PA 15201-2459
30592814    + Morgan, Kevin, 6520 DOUBLE EAGLE DRIVE, UNIT #319, WOODRIDGE, IL 60517-1572
30592815    + Morganne Gagne, 85 Albatross Rd, Quincy, MA 02169-2601
30592817      Moriah Chelgren, 1211 33rd Ave SW, Minot, ND 58701-7253
30592818    + Moriah Sims, 2400 CHARLOTTE AVE APT 225, NASHVILLE, TN 37203-2397
30592819      Moritz Bokelmann, Virchowstra e 26, Ulm, Baden-Wurttemberg, 89075, GERMANY
30592820      Moritz Freibeuter, Holzweg 67, Monheim am Rhein, Nordrhein-Westfalen 40, GERMANY
30592821      Moritz Kochs, Schlicksweg 8, Hamburg, HAMBURG 22307, GERMANY
30592822      Moritz Pr pster, Am Westpark 10, MUNICH, BAYERN 81373, GERMANY
30592824      Morna Gorder, 15132 67th St NE, Grafton, ND 58237-8733
30592826    + Mosab zayan, 8 Regan St, Apt. 2, Vernon, CT 06066-2919
30592827    + Moses Bermea, 825 Maysey Dr, San Antonio, TX 78227-4924
30592828      Moses Herman, 6630 Riata Ct, Colorado Springs, CO 80922-3029
30592829      Moses Sumney, c/o Mary Petro, United Talent Agency, New York, NY 10106
30592830    + Moshe Singer, 7 Summit Ave, Right Side, Monsey, NY 10952-3906
30592831    + Moss Adame, 15519 E 16th Ave, Spokane Valley, WA 99037-9213
30592832    + Moss Schlecht, 401 1/2 W Vine st, Champaign, IL 61820-2922
30592833      Mother Mother, 8007 Cross Trail Dr, Sugar Land, TX 77479-7006
30592835    + Mountainboards, LLC, 212 Sutton Lane, Colorado Springs, CO 80907-4236
30592836    + Mounts, Logan, 1353 Plum Grove Rd, Apt 28, ROLLING MEADOWS, IL 60008-2061
30592838    + Movements, 330 West 38th Street, Suite 205, New York, NY 10018-8664
30592839    + Mowery, Corey, 4807 BECK AVE, UNIT 13, LOS ANGELES, CA 91601-4366
30592841    + Moxxie Hill, 55 North Kelsey Street, South Portland, ME 04106-4337
30592843      Mr Joseph Duong, 1 Marcellus Pl, Rosemeadow, New South Wales, 2560, AUSTRALIA
30592844      Mr Kirk Maddison, 6 Preston Mews, North Shields, ENGLAND NE29 0NF, UNITED KINGDOM
30592845    + Mr President Mr President, 5156, Sherman Dr, The Colony, TX 75056-1223
30592846    + Mr Reed Stilwell, 191 University Blvd #304, Denver, CO 80206-4613
30592847      Mr Russell Thornham, 39 Cairndore Park, Newtownards, NORTHERN IRELAND BT23 8RH, UNITED KINGDOM
30592849      Muhammad Hakim bin Hasnul, Lot 3034A, Lorong Teratai, Batu 18, Jala, Rawang, Selangor, 48050, MALAYSIA
30592850      Muhammad Sameer Amin, 383 Herring Cove Road, Apt. 305, Halifax, NOVA SCOTIA B3R 0H1, CANADA
30592851      Muhammad Tameem Mughal, 3880 Duke of York Blvd, Apt. 2706, Mississauga, ONTARIO L584M7, CANADA
30592852    + Municipal Packaging, Inc., 9423 Oso Ave., Chatsworth, CA 91311-6021
30592853      Munthasir Shamu Shihabudheen, 132-136 Parade, Flat 1 Victoria Chambers, Leamington Spa, England, CV32 4AG, UNITED KINGDOM
30592854    + Muro, Bruno, 368 beach st, Aurora, IL 60505-2868
30592855    + Murphy, Kimberly, 1870 TALL OAKS DR, #3103, AURORA, IL 60505-1242
30592856      Murray Smith, 7 WARRANWAH DR, KENNINGTON, Victoria, 3550, AUSTRALIA
30592857      Murray Webb, 5210 Mockingbird Dr Apt 311, Anchorage, AK 99507-1697
30592858    + Murray, Em, 2 WYMAN ST, APT 2, RYE BROOK, NY 10573-3428
30592859    + Music Hall LLC, 859 O'Farrell St, San Francisco, CA 94109-7005
30592861    + Mutemath, 324 West St, Mandeville, LA 70448-4929
30592865      Mx MacKinnon, 6 Woodlea, Altrincham, Manchester, England, WA15 8WH, UNITED KINGDOM
30592867      My Phone My Phone, 4374 Clairemont Mesa Blvd Apt 67, San Diego, CA 92117-1973
30592866      My iphone My iphone, 15 Belvoir Dr, Washingtonville, NY 10992-1740
30592869      Mya Bruns, 1650 McGowan Blvd, Marion, IA 52302-2247

District/off: 0752-1                                      User: admin                                      Page 349 of 507
Date Rcvd: Jan 04, 2024                             Form ID: 309C                             Total Noticed: 30719

30592870    +  Mya Cornish, 4050 Rocky Circle, Apt. 412, Tampa, FL 33613-4948
30592871    +  Mya Macias, 296 Boulder Creek Drive, B, Redding, CA 96003-2619
30592872       Mya Townsend, 3315 Summer Park Dr Apt 267, Sacramento, CA 95834-1731
30592873       Myah Alatorre, 2835 Seahorse Ave, Ventura, CA 93001-4149
30592874    +  Mychael Jauregui, 2117 Deodar St, Santa Ana, CA 92705-7914
30592875       Mychael Smith, 2301 Carrie St, Pittsburgh, PA 15212-1330
30592876       Mykael Lemieux-Lafontaine, 3865 Avenue Saint-Kevin, Apt. 2, Montreal, Quebec, H3T1H8, CANADA
30592877       Mykaela Jones, 1128 1/2 Pitkin Ave, Glenwood Springs, CO 81601-3828
30592878       Mykayla grecco, 3623 S Gardenia Ave, Tampa, FL 33629-8229
30592880    +  Mykenzie McSpadden, 3105 W Cavedale Dr, Phoenix, AZ 85083-8637
30592881       Mykhailo Chaikovskyi, B1 353, 3107, Olympic Residence, Limassol, CYPRUS 3107, CYPRUS
30592882       Mykola Paramonov, 21 Merrion Grove, Booterstown, Dublin A94 FV6C, IRELAND
30592883    +  Mylene DeGere, 27 Deneveu Cir, Fond du Lac, WI 54935-5457
30592884    +  Myles Brown, 780 Mere Pt Rd, Brunswick, ME 04011-7715
30592885       Myles Dorrington, 194 St Mary's Road, Par, ENGLAND PL24 2HA, UNITED KINGDOM
30592886    +  Myles Evans, 138 Blue Bonnet Court, Mocksville, NC 27028-2883
30592887    +  Myles Phillip Wilson, 225 107th st Circle E, Apt. 425, Bradenton, FL 34212-1145
30592888    +  Mylia Marshall, 2B Randolph Pl, Northampton, MA 01060-3921
30592889    +  Mylita Pratt, 90 RANKIN RD, Buxton, ME 04093-6034
30592890    +  Mynor Alexander Cardona, 572 Julie Street, Colton, CA 92324-1340
30592891       Myra Gupta, 63 W 89th St, NY, NY 10024-2002
30592892       Myria Breton, 403-64, 116e avenue, Saint-Jerome, QC J7Y 1C6, CANADA
30592893    +  Myrie Radice, 12951 Spagnoli Mine Rd, Pine Grove, CA 95665-9705
30592894    +  Myron Amparo, 334 Dunsmuir Terrace, Unit 3, Sunnyvale, CA 94085-4240
30592895    +  Myron Myers, 4132 Duncan way, Fort Worth, TX 76244-6011
30592896    +  Mys. Adrian Carter, 1731 Rogers Pl, S, Burbank, CA 91504-3682
30592897    +  N Lafont, 10209 SW 191st St, Miami, FL 33157-7727
30592899       N T, 720 Colgate Ave, Lanoka Harbor, NJ 08734-1513
30592975    +  NAP Venture Partners, LLC, 405 NEIL AVENUE, COLUMBUS, OH 43215-2341
30592976    +  NAP Ventures LLC, 405 Neil Ave, Columbus, OH 43215-2341
30593056       NATASHA S HARRIS, 40 Guyton St, Kingston, NY 12401-1704
30593250       NEETA RUGG, 6169 Loganberry Ct, Liberty Twp, OH 45011-9128
30593253    +  NEIL GEISTLINGER, 7431 N Greenview Ave., CHICAGO, IL 60626-7168
30593329       NICHOLAS BROWN, 4138 S Mobile Cir Apt C, Aurora, CO 80013-2789
30593337       NICHOLAS CIVELLO, 691 Saint Andrews Pl, Manalapan, NJ 07726-9554
30593361    +  NICHOLAS G OBSUTH, 1-21 37TH ST, FAIR LAWN, NJ 07410-4709
30593391    +  NICHOLAS LOUGHRIGE, 936 Lavender Pl, Brighton, CO 80640-9657
30593396    +  NICHOLAS MARTIN, 421 E Tamarack RD, Apt# M-168, Altus, OK 73521-1124
30593431    +  NICHOLAS TALIAN, PO BOX 2087, ROCKVILLE, MD 20847-2087
30593448    +  NICHOLE PLEMMONS-DUGGAR, 101 CONAGHAN DRIVE, City groveland, IL 61535-9573
30593555       NICOLA KELLY, 24 JACANA AVE, NARARA, NSW 2250, AUSTRALIA
30593571    +  NICOLAS J CRAIG, 3310 Blenheim Blvd, Fairfax, VA 22030-1602
30593715    +  NIKU azAm, 8317 Yucca Trail, Los Angeles, CA 90046-1955
30593815       NOAH SMITH, 34 WOODBRIDGE ROAD, URMSTON, England M41 8RH, UNITED KINGDOM
30593867    +  NOORI BASSIL, 424 Maple Street, Jenkintown, PA 19046-2723
30593909       NT Rahman, 3 Blenheim Gardens, Aveley, South Ockendon, ENGLAND RM15 4EB, UNITED KINGDOM
30593919    +  NZ-F235-776 Cameron Blaxall, 14601 North Bybee Lake Court, Suite NZ-F235-776, Portland, OR 97203-6629
30592902       Nadav Lellouche, horkanya 23, Apt. 1, Jerusalem, JERUSALEM 9330531, ISRAEL
30592903       Nadeen Alalami, Healthcare City Rove Hotel, 724, Dubai, DUBAI, ARAB EMIRATES
30592905    +  Nadhir Sait, 1378 NW 18th Ave, Apt 420, Portland, OR 97209-2494
30592906       Nadia Asmar, Flat 110, 32 High Street Pembury, Flat 110, Tunbridge Wells, ENGLAND TN24NY, UNITED KINGDOM
30592907       Nadia Baldwin, 597 Streeter Brook Rd, Little Genesee, NY 14754-9710
30592908       Nadia Foster, 101 Chestnut St, Cpo 510 Berea College, Berea, KY 40403-1516
30592909    +  Nadia Granillo, 7710 E McKinley St, Scottsdale, AZ 85257-4439
30592910       Nadia Hasan, 4720 La Villa Marina Unit A, Marina del Rey, CA 90292-7029
30592911       Nadia Legon, Flat 4, 52a Baxter Gate, Loughborough LE11 1FT, UNITED KINGDOM
30592912    +  Nadia Nguyen, 10842 Jean St., Anaheim, CA 92804-6429
30592913       Nadia Pina, 529 E St Apt 9, Chula Vista, CA 91910-2379
30592914       Nadia Sabrina, Block 805 Tampines Avenue 4, #07-39, Singapore, Singapore, 520805, SINGAPORE
30592915    +  Nadia Sookra, 216 East 34th Street, Brooklyn, NY 11203-2704
30592917       Nadia Valdez, 6838 Avenue H, Houston, TX 77011-2538
30592916    +  Nadia swile, 6204 Piccadilly Ct, Apt. 162, Leto, FL 33614-4649
30592918       Nadika Naasz, 604 N CHESTER ST, BALTIMORE, MD 21205-2303

District/off: 0752-1                                  User: admin                                    Page 350 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                              Total Noticed: 30719

30592919         Nadine Kauth, Ackerstra e 12a, Nuremberg, Bayern, 90443, GERMANY
30592920    +   Nadine Ulman, 2900 Gregg Dr, BayCity, MI 48706-1225
30592921         Naethan Hull, 4350 24th Ave Ste 104, Fort Gratiot, MI 48059-3851
30592922    +   Nafis Sadat, 8935 160th Ave NE, Apt A208, Redmond, WA 98052-7502
30592923    +   Nahdya Ventura, 91 Lorenzo Circle, Methuen, MA 01844-5951
30592924    +   Nahum Tadesse, 5394 south Edgewood Cir., Salt Lake City, UT 84117-7400
30592925    #   Naiely Johnson, 11265 NE Jere Layne, Elgin, OK 73538-3811
30592926    +   Naira Khalid, 766 N Madison Ave, Apt 3, Los Angeles, CA 90029-3534
30592927         Nakarin Campos-Tortosa, 51 129 Soi. Ake Taksin 2, Muang Ake, Amp, Patum Thani, Pathum Thani 12000, THAILAND
30592928    +   NakeyJakey, 1436 N Main St, Orem, UT 84057-8315
30592930    +   Nam Nguyen, 631 North Broad St., APT 309, Philadelphia, PA 19123-2460
30592931    +   Nancee pronsati, 15309 W 55th Ave, Golden, CO 80403-2077
30592932         Nancy Allen, 929 E Foothill Blvd Spc 195, Upland, CA 91786-4043
30592933         Nancy Bagwell, 95 KAREN CT, VALLEJO, CA 94590-8111
30592934    +   Nancy Brooks, 8682 Riverview Dr, Byron, IL 61010-9542
30592935         Nancy Burback, 656 W Natalie Ln, Addison, IL 60101-3259
30592936         Nancy Cairnduff, 2205 200th Ave, Morley, MI 49336-9417
30592937         Nancy Del Prete, 57 Eileen Dr, North Kingstown, RI 02852-2417
30592938    +   Nancy Diamond, 234 Constitution Boulevard, Kutztown, PA 19530-1703
30592939    +   Nancy Diamond, 4605 South 139th Street, Tukwila, WA 98168-3208
30592940         Nancy Fitzgerald, 6 Winter St, Mahwah, NJ 07430-1331
30592941         Nancy Gorman, 3165 Winchester Ct E, Aurora, IL 60504-5990
30592943         Nancy Heming, 6126 W Avenue K10, Lancaster, CA 93536-1813
30592942         Nancy Heming, 7911 Dutchrock Rd, Colorado Springs, CO 80919-3896
30592944         Nancy Herian, 15025 Middlesborough Dr, Matthews, NC 28104-1153
30592945         Nancy Margrit, 6601 Mint Spring Branch Rd, Prospect, KY 40059-9639
30592946         Nancy Mesa, Calle 11N #12-30 Barrio El Rosal, Cucuta, Norte de Santander, 540006, COLOMBIA
30592947         Nancy Molina, 12310 Heather St NW, Coon Rapids, MN 55433-1753
30592948    +   Nancy Moriarty, 197 Pin Oak Ave, Madison, AL 35758-8321
30592949         Nancy Murphy, 626 15TH AVE, BETHLEHEM, PA 18018-6438
30592950    +   Nancy Obregon, 2700 Village Green Dr, Miami, FL 33175-2316
30592951         Nancy Schmitz, 17933 Jaguar Path, Lakeville, MN 55044-9678
30592952         Nancy Smith, 1200 Floral Springs Blvd Unit 5209, Port Orange, FL 32129-6803
30592953         Nancy Terry, 4610 Dakota Ave, Nashville, TN 37209-3526
30592954    +   Nancy Trinh, 850 Cecil Dr Apt 13-162, Richardson, TX 75080-8400
30592955    +   Nancy velez, 8828 W Patterson St, Tampa, FL 33615-2304
30592956         Nanette de Kool, Raboes 9a, Laren, NOORD HOLLAND 1251 AK, NETHERLANDS
30592957         Naohiro Tsunokuni, Asahi 2-1-12, Kooriyama, FUKUSHIMA 9638024, JAPAN
30592958         Naoki Jinushi, 26-3, Koshino, #304, Hachioji-shi, TOKYO 1920361, JAPAN
30592959    +   Naomi Alvarez, 185 N Roth Ln, Orange, CA 92869-4329
30592960         Naomi Barron, 1635 Hamlin Ave, Wichita Falls, TX 76301-7910
30592961    +   Naomi Gelinas, 204 Kathey St, Weatherford, TX 76088-9799
30592963         Naomi Kuropatwa, 135 W Lorain St, Ocmr 1629, Oberlin, OH 44074-1053
30592964         Naomi Miller, 8041 S Woods Cir Unit 6, Fort Myers, FL 33919-2818
30592965         Naomi Mobbs, 223 S Church St Apt 101, Jonesboro, AR 72401-2944
30592967         Naomi Nott, 38 Sefton Rd, Clayfield, Queensland, 4011, AUSTRALIA
30592968    +   Naomi Savaro, 1002 Craftswood Rd, Catonsville, MD 21228-1312
30592969    +   Naomi Sazama, 115 St Charles Cir, Harrisburg, SD 57032-8184
30592970         Naomi Spooner, 514 Indian Grove, Floor 1, Toronto, ONTARIO M6P2J2, CANADA
30592971         Naomi Tsuji, 684 Cecil St, Monterey Park, CA 91755-3941
30592972    +   Naomi Valenzuela, 12913 Hueco Mine Dr., El Paso, TX 79938-5243
30592962         Naomi hunter, 4334 SUNSET BEACH CIR, NICEVILLE, FL 32578-4820
30592973         Naomie Basilio, 15 Marringhurst St, Winnipeg, MB R3Y 0V3, CANADA
30592974         Naomie Marleau, 6304 Rue Antoine-Manseau, Longueuil, QUBEC J3Y 8T1, CANADA
30592977         Narda Hoover, 13403 N 150th St, Hunter, OK 74640-0644
30592978         Narelle Cream, 23 Anzac Ridge Rd, Bridgewater, SOUTH AUSTRALIA 5155, AUSTRALIA
30592979         Nash Sanderson, 501 CANTERBURY LN, ALEXANDRIA, VA 22314-4703
30592980    +   Nash Swisher, 104 W Curtis St, Newton, IL 62448-1320
30592981         Nat lie Ger lov, Vanovice 77, Vanovice 679 36, CZECH REPUBLIC
30592982    +   Nat K, 2743 greene lane, Baldwin, MD 21013-9524
30592983    +   Natalia Contreras, 7624 Lasalle Blvd, Miramar, FL 33023-4657
30592984         Natalia Ruiz, 8239 Split Oak Dr, Houston, TX 77040-2615
30592985    +   Natalia Travers, 8447 E Lakeshore Dr, Prescott Valley, AZ 86314-8514

30592986            Natalie A Rand, 121 12TH AVE E UNIT 101, SEATTLE, WA 98102-6171
30592987            Natalie Aitchison, 703 ERIN DR, STOCKBRIDGE, GA 30281-6713
30592988        +   Natalie Alvarado, 1921 Francisco St, Apt 2C, Berkeley, CA 94709-2108
30592990        +   Natalie Bennett, 5421 Ne 42nd, Portland, OR 97218-1511
30592991            Natalie Binasco, 10475 Apollo Manor Cir Apt 305, Riverview, FL 33578-7724
30592992        +   Natalie Blandon, 12418 Poinsettia Ave, El Monte, CA 91732-3634
30592993        #   Natalie Broadnax, 832 W Beverley St, Staunton, VA 24401-4108
30592994        +   Natalie Coffman, 120 Sherry Dr, Mc Sherrystown, PA 17344-1108
30592995            Natalie Consilio, 117 2nd Ave SE, Auburn, WA 98047-1133
30592996        +   Natalie Donnelly, 6491 NEZ PERCE DR, CHANHASSEN, MN 55317-9349
30592997        +   Natalie Dunlap, 25 Auburn East Lane, Coralville, IA 52241-3476
30592998        +   Natalie Frodin, 9304 Chieftan Dr, Colorado Springs, CO 80925-1019
30592999            Natalie Geiger, 2342 Gold Valley Dr, Murfreesboro, TN 37130-8112
30593000            Natalie Goins, 1109 S Pleasant Valley Rd Apt 315, Austin, TX 78741-1887
30593001            Natalie Gygi, 3147 S Tolin St, West Valley, UT 84120-1439
30593002            Natalie Hammond, 2074 W Verona Dr, Meridian, ID 83646-3205
30593003        +   Natalie Higgerson, 145 E ALTON, NASHVILLE, IL 62263-1808
30593004            Natalie Holland, 505 NW K St, Bentonville, AR 72712-4531
30593005            Natalie Jannaro, 1037 Woodbridge St, Saint Clair Shores, MI 48080-1618
30593006        +   Natalie Koeller, 1400 Encore Pl, Apt 242, Lake Mary, FL 32746-5634
30593007            Natalie Kurtz, 4826 ROYAL COACHMAN DR, ELKRIDGE, MD 21075-6024
30593008            Natalie LeClaire, 1114 Regatta Court, Kingston, Ontario K7M 8R2, CANADA
30593009            Natalie Lillquist, 173 High Street Ext, Lancaster, MA 01523-2029
30593010            Natalie Livingstone, 404 Laurier Avenue East, Apt. 119, Ottawa, Ontario, K1N6R2, CANADA
30593011        +   Natalie McCollough, 7101 Plateau Ave, St. Louis, MO 63117-2338
30593012        +   Natalie McLure, 1714 Willowview Lane, Greenfield, IN 46140-7578
30593013        +   Natalie Miller, 2012 Eastern Ave, Verona, PA 15147-3847
30593014            Natalie Mira, 270 W Elmwood Ave Apt D, Burbank, CA 91502-2438
30593015            Natalie Notoris, 400 W MONUMENT AVE, HATBORO, PA 19040-3134
30593016            Natalie Pierce, 276 McAlpine Avenue South, Welland, ON L3B 1T9, CANADA
30593017            Natalie Polen, 1124 W Wrightwood Ave Apt 3E, Chicago, IL 60614-6200
30593018        +   Natalie R Kaner, 1217 Drake St, Madison, WI 53715-1629
30593019        +   Natalie Ricard, 503 S Hale, Lower 2, Wheaton, IL 60187-5692
30593020            Natalie Roesch, 1900 King Arthur Ct, Lincoln, NE 68512-1418
30593021        +   Natalie Roy, 4230 8th Ave NE, Apt. 204, Seattle, WA 98105-6084
30593022            Natalie Sargent, 181 Mobile Dr, North Tazewell, VA 24630-9233
30593023            Natalie Scopelliti, 34 Somerset Street, Windsor, QLD 4030, AUSTRALIA
30593024            Natalie Shadrick, 15 Gettysburg Square Rd Apt 188, Fort Thomas, KY 41075-4051
30593025        +   Natalie Short, 904 Arkansas Ave., Ames, IA 50014-3902
30593026            Natalie Simon, 7808 River Run Ct, Frederick, MD 21701
30593027            Natalie Sivilay, 3873 Clay Bank Rd, Fairfield, CA 94533-6655
30593028            Natalie Smith, 3857 Cornell St, Hamburg, NY 14075-2804
30593029            Natalie Soubalov, 17 Lady Penrhyn Avenue, Mill Park, Victoria, 3082, AUSTRALIA
30593030        +   Natalie Starczewski, 5 Evergreen Ct., Walnut Creek, CA 94595-1017
30593031            Natalie Steybe, 10 N Orchard St Apt 18, Madison, WI 53715-2606
30593032            Natalie Stout, 209 Buckingham Dr, Winterville, NC 28590-9419
30593033        +   Natalie Taggart, 392 W Center St, Springville, UT 84663-1246
30593034            Natalie Taufer, 507 Blue Willow Dr, Houston, TX 77042-1429
30593035        +   Natalie Toms, 8530 Ivy Trails Dr, Cincinnati, OH 45244-2163
30593036            Natalie Troy, 1341 Glacier Hwy Unit A, Unit A, Juneau, AK 99801-7849
30593037        +   Natalie Turk, 11500 Glenmora Drive, Chardon, OH 44024-8679
30593038            Natalie Vadasz, 2041 N Arbor Way Dr Apt 71, Canton, MI 48188-1858
30593039        +   Natalie Wakut, 420 Orchardview Road, Seven Hills, OH 44131-5841
30593040            Natalie Walsh, 2644 Wildwood Drive, Langley, British Columbia V2Y 1C5, CANADA
30593041        +   Natalie Waring, 2426 14th Street Place SE, Puyallup, WA 98374-6108
30593042            Natalie Warner, 4872 Theiss Rd, Saint Louis, MO 63128-2351
30593043        +   Natalie Wiley, 4N064 Henry Wadsworth Longfellow Pl, St Charles, IL 60175-7756
30593044            Natalie Williams, 2/84 King Edward Avenue, Albion, Victoria 3020, AUSTRALIA
30593045        +   Natalie Yanes, 607 W Broadway, Apt. 206, Anaheim, CA 92805-3698
30593046        +   Nataly Cansino, 6537 Troost Ave, Apt 8, North Hollywood, CA 91606-2535
30593047        +   Natalye Cohen, 517 Forrest Park Dr, Fircrest, WA 98466-6806
30593048            Natasha Bahrs, 5 Comfort Ct, Randolph, NJ 07869-1500
30593049        +   Natasha Deis, 60 Winthrop Ave, Albany, NY 12203-1904

District/off: 0752-1                          User: admin                                      Page 352 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                              Total Noticed: 30719

30593050           Natasha Fuehrer, 104 Oak St, Abie, NE 68001-9707
30593051         + Natasha Hunter, 1701 W Leigh St, apt C, Richmond, VA 23220-1605
30593052         + Natasha Jensen, 1727 W Glenoaks Ave, Apt. 201, Anaheim, CA 92801-4006
30593053         + Natasha Lee, 2600 Clear Springs Dr, Apt 2005, Richardson, TX 75082-4272
30593054         + Natasha Nielsen, 229 W 105th St, Apt 54, NY, NY 10025-3971
30593055         + Natasha Reese, 107 Desoto Court, Winston Salem, NC 27107-6081
30593057           Natasha Singh, 1689 Capital Ave Apt 204, Madison, WI 53705-1214
30593058           Natasja Thijs, meulemanslaan 38, Westerlo 2260, BELGIUM
30593059           Natassia Balderston, 1083 Park Ave, Alameda, CA 94501-5231
30593060           Nate Bauer, 194 INWOOD AVE, MONTCLAIR, NJ 07043-1947
30593061         + Nate Bradley, 240 Shirley St, APT4-3, Vassar, MI 48768-1569
30593062         + Nate Carter, 12226 Greenstone Drive, Bentonville, AR 72712-4403
30593063         + Nate Cox, 4725 Brown Street, Salt Lake City, UT 84107-3827
30593065         + Nate Dailey, 4515 South Miami Street, Spokane, WA 99223-7833
30593066         + Nate Darby, 150 Jones Creek Dr, Jupiter, FL 33458-7750
30593067         + Nate Ellis, 3122 Tennyson Street NW, WA, DC 20015-2318
30593068           Nate Finch, 1758 Blissful Dr, Kissimmee, FL 34744-6154
30593069           Nate Garcia, 267 W Broad St, Stamford, CT 06902-3632
30593070         + Nate Gullo, 103 Fletcher St., B, Horseheads, NY 14845-2530
30593072         + Nate Joseph Rauba, 4301 Forum Blvd, Columbia, MO 65203-4473
30593073           Nate Milstein, 3344 Glenhurst Ave, St Louis Park, MN 55416-4716
30593074           Nate Murray, 69 E DODRIDGE ST, COLUMBUS, OH 43202-2640
30593075           Nate Nate, 10 Peppermill Ln, Pomona, CA 91766-4717
30593076         + Nate Orson, 722 Grissom Dr, Colorado Springs, CO 80915-3646
30593077         + Nate Perkins, 30 Market St, Unit 6, Lowell, MA 01852-6244
30593078         + Nate Reul, 126B Fairlawn Drive, Selkirk, NY 12158-9773
30593079           Nate Rezell, 1228 W Newport Ave, Chicago, IL 60657-1422
30593080         + Nate Sanders, 2702 Dupoint Cove, Austin, TX 78748-5154
30593081         + Nate Smiley, 1690 Cooper School Rd, Durant, OK 74701-7908
30593082           Nate Tipton, 9801 Q Ave E, Scotts, MI 49088-9708
30593083           Nathalia Gardea, nathaliagardea@gmail.com, Los Lunas, NM 87031
30593084           Nathalie Bourgeois, 1422 Le Bourg-neuf, A, Repentigny, QUEBEC J5Z0A6, CANADA
30593085           Nathalie Chantengco, 6950 Fielding Avenue, Apt. 203, Montreal, QUEBEC H4V1P7, CANADA
30593086           Nathalie Matthey, La Delaze 19, Buchillon 1164, SWITZERLAND
30593087           Nathalie R mond, 47,rue de la croix de mission, Verzy 51380, FRANCE
30593088           Nathalie Young, 6780 S Grande Dr, Boca Raton, FL 33433-2703
30593089           Nathan Albrink, 3071 Buena Vista Way, Berkeley, CA 94708-2053
30593090           Nathan Archer, 3415 136 AVENUE NORTHWEST, EDMONTON, ALBERTA T5A 2W3, CANADA
30593091           Nathan Archer, 7 Holland Street, Hurstead, Rochdale OL16 2SD, UNITED KINGDOM
30593092         + Nathan Au, 1101 University Circle, Apartment A, North Chicago, IL 60064-3026
30593093         + Nathan Ayer, 106 East Lane Ave., Apt F, Columbus, OH 43201-1251
30593094           Nathan Backstrom, 2525 County Line Rd Trlr 226, Des Moines, IA 50321-3357
30593095         + Nathan Beal, 353 Kansas Avenue, Lovell, WY 82431-1738
30593096           Nathan Bedell, 243 Sharpe St, Strasburg, VA 22657-2201
30593097         + Nathan Brugman, 2400 10th Ave NE, Watertown, SD 57201-6795
30593098           Nathan Charlton, 22 Railway Terrace, Apt. 11109, Milton, Queensland 4064, AUSTRALIA
30593099         + Nathan Cook, 609 East South Street, Arma, KS 66712-4024
30593100         + Nathan Craft, 1424 Fall Ridge Dr, Brownsburg, IN 46112-7621
30593101           Nathan Dalphond, 158-52477 highway 21, Sherwood Park, Alberta T8A 6K2, CANADA
30593102           Nathan Day, 6108 Hidden Hills Dr, Morgan, UT 84050-6738
30593103         + Nathan Detro, 1130 N Downing Street, Apt 2, Denver, CO 80218-2926
30593105           Nathan Devaul, 970 85th Ave N Apt 215, St Petersburg, FL 33702-3332
30593104         + Nathan Devaul, 970 85th Avenue North, Apt. 215, St. Petersburg, FL 33702-3332
30593106         + Nathan Diez-Canseco, 8532 Calera Dr, Austin, TX 78735-1569
30593107         + Nathan Dodson, 4409 Freedom Creek Dr, Lawrence, KS 66049-4253
30593108         + Nathan Eder, 740 Hilton Drive, Fayetteville, NC 28311-2589
30593109         + Nathan Fasick, 2501 W Orange Grove RD, UNIT 52, Tucson, AZ 85741-3416
30593110         + Nathan Ferguson, 6423 Constance Ave, Bartlett, TN 38134-4733
30593111         + Nathan Finley, 535 Dutch Ln, Apt. 16, Hermitage, PA 16148-2749
30593112           Nathan Fraas, 5016 Judd Way NW, Cleveland, TN 37312-6929
30593113           Nathan Gall, 105 E Cedar St Apt 4, Brandon, SD 57005-1100
30593114           Nathan Garcia, 22524 Violet St, Saint Clair Shores, MI 48082-2749
30593115           Nathan Gellin, 2000 Grier Ave, Charlotte, NC 28216-5047

District/off: 0752-1                          User: admin                                Page 353 of 507
Date Rcvd: Jan 04, 2024                    Form ID: 309C                          Total Noticed: 30719

30593116   + Nathan Gibson, 4811 Bricker Rd, Kenockee, MI 48006-3406
30593117     Nathan Giesman, 806 Ridgeview Dr, Bellefontaine, OH 43311-2935
30593118     Nathan Gilsenan, 8 Lealand Drive, Bawnogue, Clondalkin, DUBLIN D22FN32, IRELAND
30593119     Nathan Godfrey, 3860 Muller Ave, Terrace, British Columbia V8G 3T8, CANADA
30593120   + Nathan Goldstein, 602 Carlyon Ave SE, Olympia, WA 98501-3415
30593121   + Nathan Hammond, 8600 S Springbrook Blvd, Apt 106, Oak Creek, WI 53154-2964
30593122   + Nathan Hanson, 7973 Shaddock Dr, Boynton Beach, FL 33436-1609
30593123     Nathan Harley, 44 Charles St W, Apartment 1509, Toronto, Ontario M4Y 1R7, CANADA
30593124   + Nathan Harmony, 8724 Raven Ave, Oklahoma city, OK 73132-3100
30593125     Nathan Henderson, 202 E Winter Ave, Danville, IL 61832-1856
30593126   + Nathan Henninge, 2180 Briarwood Road, Cleveland Heights, OH 44118-2834
30593127   + Nathan Hermanson, 333 N 1st Ave W, Apt. 3102, Duluth, MN 55806-3217
30593128     Nathan Higgs, 37 Romani Parade, Matraville, Sydney, New South Wales 2036, AUSTRALIA
30593130   + Nathan Hiles, 450 Boca Chica Drive, Zanesville, OH 43701-7637
30593131     Nathan Hill, 5 Galeen Dr, Apt. 20, Burleigh Waters, Queensland, 4220, AUSTRALIA
30593132     Nathan Hocking, 1817 Cheshire Ln, Commerce Charter Township, MI 48382-5500
30593133   + Nathan Holdridge, 3008 Plant Road, Talladega, AL 35160-5605
30593134   + Nathan Horton, 1018 N Rose St., Phoenix, OR 97535-5706
30593135     Nathan Humphreys, 308 Nogales Ln, Leander, TX 78641-7842
30593136   + Nathan Jacobs, 14005 Stripling Lane, Pflugerville, TX 78660-4422
30593137     Nathan James, 403 North Rocks Rd, Carlingford, NEW SOUTH WALES 2118, AUSTRALIA
30593138   + Nathan Jesko, 4715 N Sheridan Rd, Apt 31N, Chicago, IL 60640-7951
30593139   + Nathan Jones, 310 Prestonwood Street, Harrison, AR 72601-1950
30593140     Nathan Kampe, 2323 N Woodlawn Blvd Apt 225, Wichita, KS 67220-3909
30593141   + Nathan Keilholz, 311 S Lasalle St, 401 S, Durham, NC 27705-3691
30593142     Nathan Kerlavage, 8 Livingston St, Hanover Township, PA 18706-5114
30593143   + Nathan Kimball, 256 S Preston Ave, Reedsburg, WI 53959-1830
30593144     Nathan Korkowski, 15640 17th Ave N, Minneapolis, MN 55447-2498
30593145     Nathan Krugman, 20 N Grand Blvd, Msc #05700, Saint Louis, MO 63103-2005
30593146     Nathan Ladouceur, 5431 10e avenue, Montreal, QUEBEC H1Y2G9, CANADA
30593147     Nathan Laolagi, 6655 Franklin Ave Apt 14, Los Angeles, CA 90028-4751
30593148   + Nathan Larsen, 160 W 600 S, Logan, UT 84321-5225
30593149   + Nathan Lyke, 331 Riverview Ave, Monroe, MI 48162-2679
30593150   + Nathan McKinley, 1413 Fairfield Ave., CHARLESTON, SC 29407-5321
30593151     Nathan Meza, 908 Descanso Ave, Clovis, CA 93619-7950
30593152   + Nathan Mitten, 9630 Milestone Way, Apt. 2109, College Park, MD 20740-4336
30593153   + Nathan Nabors, 6200 Watkins Ave, N-209, Springdale, AR 72762-3163
30593154   + Nathan Nazario, 3515 Cypresswood Drive, Spring, TX 77388-5831
30593155   + Nathan Nelson, 4500 Nevada Ave. N, Crystal, MN 55428-5040
30593156     Nathan Ng, 25 Tudor Avenue, Cherrybrook, New South Wales, 2126, AUSTRALIA
30593157   + Nathan O'Nan, 13708 OGAKOR DR, Riverview, FL 33579-2302
30593158     Nathan Osborne, 13 High Croft, Great Barr, Birmingham, England, B43 6DG, UNITED KINGDOM
30593159   + Nathan Parker, 21 Revere Beach Boulevard, 527R, Revere, MA 02151-3772
30593160   + Nathan Pass, 1807 Elkwood Dr., Concord, CA 94519-1121
30593161   + Nathan Podolsky EUT608, 6305 Sandburg Ave, STE 200, Golden Valley, MN 55427-3693
30593162   + Nathan Poquette, 2612 W 60th St, Minneapolis, MN 55410-2935
30593163   + Nathan Pulchinski, N1086 Faith Court, Greenville, WI 54942-4201
30593164   + Nathan R Goldstein, 602 Carlyon Ave SE, Olympia, WA 98501-3415
30593165     Nathan Ransom, 246 Waterbend Crescent, Kitchener, Ontario N2A 4L3, CANADA
30593166   + Nathan Reeves, 2754 Chaddsford Circle, Apt. 206, Oviedo, FL 32765-7257
30593167   + Nathan Richardson, 4517 Meadowlark Manor Lane, Louisville, KY 40245-2701
30593169   + Nathan Robinson, 4704 Yates, Beltsville, MD 20705-2670
30593168   + Nathan Robinson, 4704 Yates Rd, Beltsville, MD 20705-2670
30593170     Nathan Russell, 5790 Dunster Ct, Apt 370, Alexandria, VA 22311-5932
30593171   + Nathan Sauser, 2716 Exmoor Lane, Unit 4, Fort Collins, CO 80525-3667
30593172   + Nathan Schapker, 6714 Jennifer Lynn Dr, Cincinnati, OH 45248-2142
30593173     Nathan Schmid, 6600 8th St Unit 3310, Greeley, CO 80634-1384
30593174   + Nathan Schmidlin, 485 SE 14th ave, Apt. 305, Portland, OR 97214-5765
30593175   + Nathan Schwartz, 363 Inverness Parkway, 8-101, Englewood, CO 80112-6140
30593176     Nathan Seiler, 310 S 1st St Apt 304, Champaign, IL 61820-4392
30593178   + Nathan Shinn, 4205 Lanver Ln, Henrico, VA 23294-5628
30593179     Nathan Skorupa, 140 E Wrightwood Ave, Glendale Heights, IL 60139-2030
30593180     Nathan Smith, 222 Johnson Smith Rd, Tylertown, MS 39667-6004

District/off: 0752-1                          User: admin                                      Page 354 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                 Total Noticed: 30719

30593181           Nathan Staff, 953 Fox Ridge Rd SW, Rochester, MN 55902-3479
30593182           Nathan Stevens, 750 Gillcrest Dr, Albany, IN 47320-1369
30593183    +      Nathan Stinson, 1499 Yuma Drive, Frisco, TX 75033-1756
30593184           Nathan Stoff, 1043 Beso Ct, Fenton, MO 63026-3702
30593185           Nathan T Webster, 6925 Kalar Road, Niagara Falls, Ontario, L2H 2T3, CANADA
30593186    +      Nathan Tholen, 9816 S. Willow Wind Ct, Midwest City, OK 73130-6509
30593187    +      Nathan Thomas Peele, 2180 Kessler Cowlesville Rd, Troy, OH 45373-9539
30593188    +      Nathan Topousis, 908 Greek Row Dr, Apt 348, Arlington, TX 76013-7303
30593189    +      Nathan Torres, 1302 N 7th St, Conroe, TX 77301-2008
30593190    +      Nathan Wagner, 561 W. Bainbridge St., Apt. 25A, Apt. A, Elizabethtown, PA 17022-2186
30593192    +      Nathan Whitener, 4165 Briar Creek Rd, Clemmons, NC 27012-8497
30593193           Nathan Williams, 829 S Chinkapin Ave, Nixa, MO 65714-7081
30593194           Nathan Wilson, 13 High Glencairn St, Kilmarnock, Kilmarnock, SCOTLAND KA1 4AE, UNITED KINGDOM
30593195           Nathan Wittman, 673 Hartranft St, Pittsburgh, PA 15226-1448
30593196    +      Nathan Woodson, 10215 Saddlehorn Trail, Houston, TX 77064-5423
30593197    +      Nathan Yeager, 1501 E Gardner Ln, Apt 330, Peoria Heights, IL 61616-3653
30593198    +      Nathan Yos, 285 North Rutherford Boulevard, L208, Murfreesboro, TN 37130-8664
30593177           Nathan shields, 206 Farley dr, Guelph, Ontario N1L1L6, CANADA
30593191    +      Nathan wehrman, 10418 Maple Dr, Overland Park, KS 66207-3822
30593199    +      Nathan zinselmeyer, 513 Sheridan rd, Evansville, IN 47710-3453
30593201    +      NathanFitzwilliam, 11108 Yarnell Road, Knoxville, TN 37932-2443
30593200           Nathanael Evans, 2796 Phyllis Cir S, Billings, MT 59102-5610
30593202           Nathaniel Almanza, 308 Douglas St, Levelland, TX 79336-2507
30593203    +      Nathaniel Barringer, 85 w 5th ave, Apt. 205, san mateo, CA 94402-2035
30593204           Nathaniel Berry, 6004 Jenkins Bluff Ln, Sandston, VA 23150-5322
30593205           Nathaniel Blanchard, 65 Elmwood Dr, Destrehan, LA 70047-3703
30593206    +      Nathaniel Carr, 8602 16th Ave S, #5, Seattle, WA 98108-4869
30593207           Nathaniel Cason, 217 CRICKET HILL RD, COLUMBIA, SC 29223-3003
30593208    +      Nathaniel Cecil, 10501 Leven Blvd, Louisville, KY 40229-2358
30593209    +      Nathaniel Christian, 8390 Spruce Dr., Mountain Iron, MN 55768-2054
30593210    +      Nathaniel Cuadros, 2742 Fragancia Ave, La Puente, CA 91745-5206
30593211           Nathaniel Donald Hoernke, 1803 N Arlington Pl, Milwaukee, WI 53202-1620
30593212    +      Nathaniel Flem, 523 Curzon St, Apt 301, Howell, MI 48843-4107
30593213    +      Nathaniel Glidden, 110 Parker Place, New Haven, CT 06512-3958
30593214    +      Nathaniel Habedank, 5514 Whisper Ln NW, Bemidji, MN 56601-4872
30593216           Nathaniel Henry, 62 Church St Apt 2, Oneonta, NY 13820-1996
30593217    +      Nathaniel Jones, 502 Fifer Circle, Oxford, MS 38655-4488
30593218    +      Nathaniel Kappenman, 269 NW Chehalis Ave, Apt. 2, Chehalis, WA 98532-2061
30593219    +      Nathaniel Martinez, 817 W Waveland Ave, Apt 2N, Chicago, IL 60613-4324
30593220           Nathaniel McArthur, 14 Jefferson St, Haverhill, MA 01830-6808
30593221           Nathaniel Mejia, 24849 SEAGROVE AVE, WILMINGTON, CA 90744-1132
30593222           Nathaniel Meyer, 311 Beaver St, Sewickley, PA 15143-1469
30593223    +      Nathaniel Petrovick, 1087 Gates ave, Unit 4, Brooklyn, NY 11221-4360
30593224    +      Nathaniel R B Broomall, 148 Wall St, Apt. 231, Camden, SC 29020-7670
30593225           Nathaniel Sarette, 146 Richardson Corner Rd, Charlton, MA 01507-1441
30593226           Nathaniel Saxton, 5954 Dovetail Dr, Agoura Hills, CA 91301-1406
30593227    +      Nathaniel Shelburn, 3063 Greely Avenue, San Diego, CA 92113-2513
30593228    +      Nathaniel Spilker, 2515 Smith Creek Rd, Condon, MT 59826-8920
30593229    +      Nathaniel Yingling, 130 Springside Dr, Lutherville Timonium, MD 21093-3443
30593230    +      National Office Liquidators, 1502 E. Hadley St. #150, Phoenix, AZ 85034-4135
30593231    +      Natty Woldeyes, 2335 Stewart Ave, Apt. 322, Saint Paul, MN 55116-3062
30593233    +      Navitor Inc., PO Box 856740, Minneapolis, MN 55485-6740
30593234           Naya Trimble, 1703 SUMMITVIEW AVE, YAKIMA, WA 98902-2910
30593235           Nazanin Fernanda Moghbeli, 214 KENT RD, ARDMORE, PA 19003-3304
30593236           Nazhlah Thompson, 585A RED JACKET QUADRANGLE, BUFFALO, NY 14261-0052
30593237    +      Nazir Agah, 949 East Street, Apt. 208, Lafayette, CA 94549-4349
30593238    +      Nazzaro, Adam, 1915 Hometown Drive, Fernandina Beach, FL 32034-1983
30593239           Neah Barr, 2907 Wellington Way, Bloomington, IL 61704-4663
30593240           Neal Barthelme, 4007 Milldale Ct, Phoenix, MD 21131-2103
30593241    +      Neal Lytle, 757 Old Silver Spring Rd, Mechanicsburg, PA 17055-2848
30593242           Neal Rideout, Old School Road, Caledon East, Ontario L7C0W5, CANADA
30593243    +      Neal Sepmoree, 11189 Twin Spires, Flint, TX 75762-6335
30593245    +      Nederlander Concerts Los Angeles, LLC, 6233 Hollywood Blvd., Los Angeles, CA 90028-5310

District/off: 0752-1                    User: admin                                          Page 355 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                              Total Noticed: 30719

| | | |
|---|---|---|
| 30593246 | + | Neel Venugopal, 2290 Stockton Street, Apt 4105, San Francisco, CA 94133-1515 |
| 30593247 | | Neelam Khemlani RMU 2672, 1345 NW 98th Ct, Unit 2, Miami, FL 33172-3049 |
| 30593248 | + | Neely Holland, 229 Hwy 105 Ext, Apt 1312, Boone, NC 28607-4209 |
| 30593249 | + | Neena Dosanj, 115 Farley Road, Short Hills, NJ 07078-2136 |
| 30593251 | + | Neff, Samantha, 611 RED TAIL DR, YORKVILLE, IL 60560-4564 |
| 30593252 | | Nehemiah Boscia, 223 VINEYARD CT, SAN MARCOS, CA 92069-4800 |
| 30593255 | + | Neil Holtz, 5804 halley way, Apt. 314, madison, WI 53718-2940 |
| 30593257 | | Neil Lovekin, 902 Whispering Brooke Dr, Newtown Square, PA 19073-2774 |
| 30593258 | + | Neil McCarthy, 196 Johnson St, Salem, NJ 08079-1126 |
| 30593259 | | Neil McDonald, 8 Campbell Court, Norwich, England, NR3 4RJ, UNITED KINGDOM |
| 30593260 | | Neil Paulson, 1953 Ivy Hall Rd, Charleston, SC 29407-3523 |
| 30593261 | + | Neil T Collins, 6401 Del Rio st, Apt. 1913, Houston, TX 77021-2279 |
| 30593254 | | Neil gibbs, 87 Saint George s Road, Flat 3, Cheltenham, England, GL50 3DU, UNITED KINGDOM |
| 30593256 | | Neil kumar, Level 8, 388 George st, PVH, Sydney, NEW SOUTH WALES 2000, AUSTRALIA |
| 30593262 | | Neill Lucash, 4348 Martyridge Dr, Saint Louis, MO 63129-3464 |
| 30593263 | | Nejla Seferovic, Tuilerie 28, La Chaux-de-fonds 2300, SWITZERLAND |
| 30593264 | | Nelsen Hadi, Teluk Gong, Jalan Cupang Raya Blok F3 No, Jakarta Utara, DKI JAKARTA, INDONESIA 14450 |
| 30593265 | + | Nelson Alfaro, 2630 Orchard St, Space 38, Soquel, CA 95073-2674 |
| 30593267 | + | Nelson Lloyd, 2758 S Chadwick St, Salt Lake City, UT 84106-3538 |
| 30593268 | | Nelson Sierra, 444 Calle Ceciliana, Rio Grande, Puerto Rico 00745-2223 |
| 30593269 | | Nelya Graoudi, 79 Boulevard Louis Icard, derni re maison, Grasse, PROVENCE-ALPES-COTE-D'AZURE 6130, FRANCE |
| 30593270 | | Neo Lucas, 2920 N Fratney St, Milwaukee, WI 53212-2626 |
| 30593271 | + | Neon Richardson, 312 pine ridge circle, Madison, AL 35758-1908 |
| 30593273 | | Neon Trees, c/o Lee Goforth, Creative Artists Agency, LA, CA 90067 |
| 30593272 | + | Neon Trees, c/o Management, 10270 ALMAYO AVE., APT. 107, Los Angeles, CA 90064-3259 |
| 30593275 | | Nesha Jackson, 8 Liberty Pl Apt 9, Windsor Mill, MD 21244-2790 |
| 30593277 | + | Nestor Fuentes, 10873 Northwest 51st Lane, MIAMI, FL 33178-3927 |
| 30593278 | | Netanya McKeown, 820 Pine Valley Loop, Smithville, TX 78957-5260 |
| 30593279 | + | Nettie Edwards, 293 Belvedere Drive, Macon, GA 31204-1870 |
| 30593280 | + | Neva Yeh, 224 N Nicholson Ave, Unit D, Monterey Park, CA 91755-1808 |
| 30593282 | | Nevaeh Brott, 10610 SW Butner Rd Apt 3, Portland, OR 97225-5235 |
| 30593283 | | Nevaeh Hurtado, 6742 W 157th Ln, Lowell, IN 46356-1273 |
| 30593284 | + | Nevaeh Stevens, 1050 Crocker Drive SW, Sunset Beach, NC 28468-4844 |
| 30593285 | | Neve Beattie, 2 Garvan Park, Sion Mills, Northern Ireland, BT82 9WA, UNITED KINGDOM |
| 30593286 | #+ | New Direx, Inc., 239 LAUREL RD, East Northport, NY 11731-1118 |
| 30593287 | + | New Fashions of New York, 75 Knickerbocker Road, Moonachie, NJ 07074-1613 |
| 30593289 | + | New Jersey Sets, PO Box 93881, Pasadena, CA 91109-3881 |
| 30593291 | + | New Mexico Wildlife Center attn: Rachael, 19 wheat street, Espanola, NM 87532-9414 |
| 30593293 | + | Newhattan, 75 Knickerbocker Road, Moonachie, NJ 07074-1613 |
| 30593295 | + | Newton Nagirimadugu, 22856 Watson Heights Circle, Ashburn, VA 20148-7304 |
| 30593296 | + | Nexgen Packaging, 1010 Executive Court, Ste. 100, Westmont, IL 60559-6177 |
| 30593297 | + | Neyla Pekarek, 700 Harris St, #201, Charlottesville, VA 22903-4584 |
| 30593298 | | Ngulunhdhul, 9 Cooroibah Cr, Tewantin, Queensland, 4565 |
| 30593299 | + | Nguyen, 7432 Cake Bread Drive, FL#7432, Marrero, LA 70072-5899 |
| 30593300 | | Nia Burney, 8715 Park Laureate Dr Apt 309, Louisville, KY 40220-7028 |
| 30593301 | | Niall Nicholas, 3 Kemble Avenue, Addlestone, ENGLAND KT15 1DX, UNITED KINGDOM |
| 30593302 | | Niamh Burgess, 125 Derwent Street Glebe, Sydney, New South Wales, 2037, AUSTRALIA |
| 30593303 | | Nic Bjorling, 827 Camellia Dr, Bluefield, WV 24701-5323 |
| 30593304 | | Nic Coppola, 181 Maple St, Branford, CT 06405-4541 |
| 30593305 | | Nic Franklin, 59 Wilson Dr, Framingham, MA 01702-6543 |
| 30593306 | | Nic Henson, 123a Eggleston Crescent, Chifley, Australian Capital Territory, 2, AUSTRALIA |
| 30593307 | | Nic LaChance, 13111 Barryknoll Ln, Houston, TX 77079-3604 |
| 30593308 | | Nic Marcoux, 1106 St Mary s Road, Unit 707, Winnipeg, MANITOBA R2M3T5, CANADA |
| 30593309 | + | Nic Patterson, 3660 W Bella Vista St, Lakeland, FL 33810-2934 |
| 30593310 | | Nic Reno, 312 Earl St, Daytona Beach, FL 32118-4114 |
| 30593311 | | Nic Stewart, 427 WHEELER DR, WATERLOO, IA 50701-1931 |
| 30593312 | | Nichol Moore, 9 Winfield Rd, Sicklerville, NJ 08081-2204 |
| 30593313 | + | Nicholas Alexander Matos, 146 Crown Pointe Dr., York, PA 17402-7803 |
| 30593314 | + | Nicholas Allen, 7108 Overhill Avenue, Las Vegas, NV 89129-7103 |
| 30593315 | + | Nicholas Alley, 537 N Orlando Avenue, West Hollywood, CA 90048-2530 |
| 30593317 | + | Nicholas Balboa, 12609 blue ridge drive, Frisco, TX 75033-0970 |
| 30593318 | | Nicholas Baptista, 17 Van Riper Pl, Nutley, NJ 07110-1334 |
| 30593319 | + | Nicholas Bates, 1276 whisper cove drive, Buford, GA 30518-7238 |

District/off: 0752-1                            User: admin                                    Page 356 of 507
Date Rcvd: Jan 04, 2024                         Form ID: 309C                                   Total Noticed: 30719

30593320   + Nicholas Behrendt, 10311 E 28th Place, Denver, CO 80238-3051
30593321     Nicholas Bermudez, CMR 427 BOX 3685, APO, Armed Forces Europe 09630-0027
30593322     Nicholas Bleakley, 804 Palm Ave, Leesburg, FL 34748-6858
30593323   + Nicholas Boehm, 4221 N 10th st, Phoenix, AZ 85014-4735
30593324   + Nicholas Boesch, 17202 Sumac Ct, Germantown, MD 20874-2969
30593325   + Nicholas Brancale, 50 Scudder Avenue, Staten Island, NY 10309-2960
30593326     Nicholas Bray, 1375 Prince of Wales Drive, 1504, Ottawa, Ontario K2C 3L5, CANADA
30593328   + Nicholas Brown, 5406 Lochmere Drive, CARMEL, IN 46033-8880
30593330     Nicholas Brown, 1A Morgan Street, Ingleburn, NSW 2565, AUSTRALIA
30593327     Nicholas Brown, 96 Pound Street, Bitterne, Southampton, ENGLAND SO18 6BP, UNITED KINGDOM
30593331     Nicholas Browning, 322 King Arthur Dr, Weatherford, TX 76086-5933
30593332   + Nicholas Burbach, 1322 NE Multnomah Dr, Fairview, OR 97024-3785
30593333   + Nicholas Burmesch, 266 Martin Drive, Port Washington, WI 53074-9655
30593334   + Nicholas Caldwell, 1156 Kinner Dr, Burns Harbor, IN 46304-8000
30593335   + Nicholas Castro Price, 1100 Green Springs Ave S, Birmingham, AL 35205-6428
30593336   + Nicholas Charron, 29409 Magnolia Dr, Flat Rock, MI 48134-2725
30593338   + Nicholas Corbett, 10922 Beaver Castle Road, Hopewell, VA 23860-7643
30593339   + Nicholas Cox, 1258 Whipple Rd, Tewksbury, MA 01876-3825
30593340   + Nicholas Creech, 2410 Oakwood Hills Dr, Apt. 300, Mechanicsburg, PA 17055-5917
30593341     Nicholas DaLonzo, 3564 Calumet Rd, Decatur, GA 30034-2137
30593342   + Nicholas Dandola, 2312 Washington Avenue, Seaford, NY 11783-3205
30593343   + Nicholas Daniel Fulcher, 696 S New Hampshire Ave. APT 1619, Apt. 1619, Los Angeles, CA 90005-4514
30593344   + Nicholas Daniels, 20336 State Route 12, Fostoria, OH 44830-9693
30593346     Nicholas Dauer, 3711 Wenwood Dr, Hilliard, OH 43026-2472
30593347     Nicholas De Sensi, 141 Mein Street, Scarborough, QUEENSLAND 4020, AUSTRALIA
30593349   + Nicholas DiClemente, 121 English Village Rd., Apt. 204, Manchester, NH 03102-2463
30593350     Nicholas DiPietro, 153 Branchwood Dr, Deptford, NJ 08096-6689
30593351     Nicholas Doolin, 7806 Lacey Oak Cv, San Antonio, TX 78250-2639
30593352     Nicholas E, 13229 1st Ave S, Burien, WA 98168-2622
30593353   + Nicholas Eisman, 4022 W Sevilla St, Tampa, FL 33629-8515
30593354     Nicholas Erb, 2625 Windemere Rd, Birmingham, MI 48009-5842
30593355     Nicholas Farris, 1416 W College Ave, Visalia, CA 93277-2304
30593356     Nicholas Felter, 423 MAY ST, MAYFIELD, PA 18433-2127
30593357   + Nicholas Flores, 2601 Woodland Park Dr, Apt 4307, Houston, TX 77077-6167
30593358   + Nicholas Foto, 130 James Rd, Unit 3B, High Point, NC 27265-2197
30593359   + Nicholas Fulton, 1812 Creekside Dr, Swansea, IL 62226-8510
30593360   + Nicholas G Gething, 8212 Gorman Ave, Apt. 364, Laurel, MD 20707-2504
30593362   + Nicholas Gennari, 41 Windham Shire Drive, Seekonk, MA 02771-1730
30593364   + Nicholas Grable, 2900 Williamsburg Ter, APT Q202, Platte City, MO 64079-7698
30593366   + Nicholas Griffin, 1402 N 1070 W, Pleasant Grove, UT 84062-9152
30593367   + Nicholas Hansen, 75 Lochatong Road, Ewing, NJ 08628-1613
30593368   + Nicholas Hebert, 7038 Copper Mountain Dr, Corpus Christi, TX 78413-4307
30593369     Nicholas Herndon, 451 Thurstin St Apt 113, Bowling Green, OH 43402-1904
30593371     Nicholas Ho, House 105, Sunderland Estate, 1 Hereford, Apt. 105, Kowloon Tong, KOWLOON HONG KONG, HONG KONG
30593372   + Nicholas Huffman, 515 1st Street, Apt. 333, Galveston, TX 77550-5743
30593373     Nicholas J Gorski, 118 NEWMAN RD, LEWISBURG, PA 17837-9305
30593375   + Nicholas Jarek, 60 Flower Lane, Dracut, MA 01826-4604
30593376   + Nicholas Jenkins, 3200 Southwest Eveningside Drive, Apt. 26, Topeka, KS 66614-3717
30593377   + Nicholas Jorgensen, 4432 South Anitole Way, Mesa, AZ 85212-9493
30593378   + Nicholas Josselyn, 806 Fanning Mill Road, Stewartsville, NJ 08886-3224
30593379     Nicholas K Spangler, 7401 Montrose Ave, Richmond, VA 23227-1808
30593380     Nicholas Kallas, 209 N Bruce Ave, Boise, ID 83712-6306
30593381     Nicholas Kaminsky, 626 Dover Pl, Saint Louis, MO 63111-2340
30593382     Nicholas Kelley, 1070 Murray Ln E, Hubertus, WI 53033-9740
30593383   + Nicholas Kent, 26 Spoonwood Dr, Canton, CT 06019-2452
30593384     Nicholas Kiefer, 200 N Henderson Ave Apt 211, Dallas, TX 75214-5071
30593385     Nicholas Kitchen, 510 Skyview Ter, Festus, MO 63028-2186
30593386     Nicholas Klein, 1514 ESPY WAY APT 213, SHEBOYGAN, WI 53081-1137
30593387   + Nicholas Koshollek, 2221 Sherman Ave #416, Madison, WI 53704-5927
30593388   + Nicholas Langlois, 550 E Mckellips Rd, Apt 2108, Mesa, AZ 85203-9639
30593389   + Nicholas Lio, 85 Eagan Avenue, Staten Island, NY 10312-4103
30593390     Nicholas Liuzzo, 1004 Delaware St, Mayfield, PA 18433-2011
30593392   + Nicholas Lynn, 5243 Normandy Cob Dr, Murfreesboro, TN 37129-2380

30593393    +  Nicholas M Chomori, 1026 Magnolia Avenue, Apt. 6, Gardena, CA 90247-4178
30593394       Nicholas Maniscalco, 915 E Anderson Dr, Palatine, IL 60074-7164
30593395    +  Nicholas Marshall, 1005 Highway Ave, Covington, KY 41011-1023
30593397       Nicholas Martinez, 2304 Collins St, Blue Island, IL 60406-1624
30593398    +  Nicholas McDaniel, 2605 Daviess St., Owensboro, KY 42303-5537
30593399    +  Nicholas McKellepp, 3888 White Bear Ave N, White Bear Lake, MN 55110-4359
30593400    +  Nicholas Minieri, 95 Valentine Ave, B, Glen Cove, NY 11542-4363
30593401    +  Nicholas Murphy, 701 T C Jester Blvd., Apt. 2303, Houston, TX 77008-6384
30593402    +  Nicholas Murray, 647 S Canfield rd, Eaton Rapids, MI 48827-9353
30593403    +  Nicholas Musi, 218 Lee Avenue, Hicksville, NY 11801-5843
30593404       Nicholas Nastasi, 10 Cardinal Dr, Liverpool, PA 17045-9605
30593405       Nicholas Neskis, 7430 Glenroie Ave, Norfolk, VA 23505-3018
30593406       Nicholas Nicola, 16 Mirls Street, Melbourne, VICTORIA 3015, AUSTRALIA
30593407    +  Nicholas ODell, 3109 FRANKLIN ST, SAN FRANCISCO, CA 94123-2309
30593409       Nicholas Palsgaard, 833 E ST APT 8, SACRAMENTO, CA 95814-1316
30593410    +  Nicholas Papier, 155 White Pine Circle, Elkton, MD 21921-7286
30593411       Nicholas Parrotte, Flat 11 Lucknow Court, 9 Glen Road, Sheffield S7 1RA, UNITED KINGDOM
30593412    +  Nicholas Patrick Bleuzen, 6111 Savannah Grace Lane, Huntersville, NC 28078-1254
30593413       Nicholas Paulson, 21 12th Ave NE, Saint Cloud, MN 56304-0914
30593414       Nicholas Peaslee, 3394 Dover Church Rd, Colfax, NC 27235-9507
30593415    +  Nicholas Poindexter, 11328 Comano Dr, Austin, TX 78747-4485
30593416       Nicholas Punales, 2816 SW 35th Ave, Miami, FL 33133-3408
30593417    +  Nicholas R West, 2029 Otis Drive, Apt H, Alameda, CA 94501-5601
30593418    +  Nicholas Ramdass, 710 Kennedy Drive, Winchester, VA 22601-2616
30593419       Nicholas Rankin, 8112 Sw Pine St, Portland, OR 97223-8777
30593420    +  Nicholas Reich, 6618 NE JR Anderson Rd, La Center, WA 98629-2311
30593421       Nicholas Rietz, 11 Firethorn Ct, Bolingbrook, IL 60490-2003
30593422    +  Nicholas Rockey, 4221 E Ray Rd, Apt. 1014, Phoenix, AZ 85044-4634
30593423    +  Nicholas Rucco, 95 Eldert St, Apt. 1, Brooklyn, NY 11207-1184
30593424    +  Nicholas Sansivero, 4 Marszalkowski Street, Blackstone, MA 01504-1394
30593425       Nicholas Savvidis, 95 Heany Park Rd, Rowville, VICTORIA 3178, AUSTRALIA
30593426       Nicholas Schirmer, 6113 Principale Dr, Pflugerville, TX 78660-6478
30593427       Nicholas Smith, 460 Old Wright Shop Rd, Madison Heights, VA 24572-3669
30593428    +  Nicholas Sprague, 7610 Mid Town Road, APT 204, Madison, WI 53719-3450
30593429       Nicholas Stamper, 11508 County Road 460, Moulton, AL 35650-5876
30593430    +  Nicholas Stasulli, 727 rocky cliff, Kalispell, MT 59901-8784
30593432       Nicholas Tedesco, 84 Pennsylvania Ave, Long Beach, NY 11561-1631
30593433       Nicholas Tenaglia, 2010 Robina Ave, Berkley, MI 48072-1227
30593434    +  Nicholas Thai, 792 Tamarack ave, San Carloa, CA 94070-2918
30593435    +  Nicholas Torrado, 2407 US 6, Middletown, NY 10940-6162
30593436       Nicholas Tracy, 1353 McClure Dr, Longmont, CO 80504-8794
30593437    #  Nicholas Trischler, 6304 NW 70th St Apt 302, Kansas City, MO 64151-6118
30593438    +  Nicholas Vaca, 2587 Eagle Circle, Corona, CA 92882-5626
30593439       Nicholas Vignovich, 4732 N Racine Ave Apt 2W, Chicago, IL 60640-4939
30593440    +  Nicholas Weidner, 6801 Preinkert Drive, 7696D, College Park, MD 20742-0001
30593441    +  Nicholas Willis, 1825 South Force Rd., Attica, MI 48412-9662
30593442    +  Nicholas Wrenn, 10825 Dorchester Rd, Bldg 500 Unit 2065, Summerville, SC 29485-6064
30593443    +  Nicholas Wright, 1727 East Myrtle Avenue, Phoenix, AZ 85020-5529
30593444    +  Nicholas Zamudio, 4415 N Lawndale Ave Apt 3, Chicago, IL 60625-5993
30593363    +  Nicholas gorry, 1757 Washington ave, Apt. 1, Portland, ME 04103-1623
30593365    +  Nicholas gray, 7827 cove ridge drive, Hixson, TN 37343-1843
30593370       Nicholas hill, 204 sky sail house, mast quay, London, England, SE18 5BG, UNITED KINGDOM
30593374    +  Nicholas j spinelli, 4280 longbow drive, Clermont, FL 34711-5469
30593445       Nichole Bridgeford, 7470 N 139th St, Omaha, NE 68142-2149
30593446    +  Nichole Jester, 100 Kimball Ave, G81, Salem, VA 24153-6707
30593447    +  Nichole Marshall, 610 sable view lane, Atlanta, GA 30349-3699
30593449       Nichole Price, 90 E LONGVIEW AVE, COLUMBUS, OH 43202-1234
30593450    +  Nichole Wagner, 500 Pinnacle heights dr, Morgantown, WV 26505-8067
30593451    +  Nichole Work, 58 Pearl Street, Port Allegany, PA 16743-1132
30593452       Nicholis Wark, 19 Joan Street, Sunshine West, Victoria 3020, AUSTRALIA
30593453       Nichols, Toby, 2516 Millbrook Dr, Haw River, NC 27258-9525
30593454       Nick Adzima, 210 Ludlow St, Belchertown, MA 01007-8805
30593455    +  Nick Allston, 321 Horseshoe Court, Plainwell, MI 49080-9111

30593456   + Nick Amato, 3335 North Ave, Parma, OH 44134-1250
30593457     Nick Bahamondes, 115 Sportsman Rd Lot 2, Napanoch, NY 12458-2317
30593458   + Nick Baldassano, 2505 campbell street, rolling meadows, IL 60008-1611
30593459   + Nick Blake, 4330 Orchard Way, Lake Oswego, OR 97035-1823
30593460   + Nick Breaux, 3903 Cedar Grove Pkwy P205, Eagan, MN 55122-1472
30593461   + Nick Brown, 1215 N 45th St, Apt 215, Seattle, WA 98103-6680
30593462   + Nick Bukovec, 1509 Newport St, San Luis Obispo, CA 93405-6531
30593463     Nick Campbell, 6633 W Euclid Dr, Littleton, CO 80123-3650
30593464     Nick Cary, 11 Linden Pl Apt 3, Brookline, MA 02445-7834
30593465     Nick Chominski, 1901 Connecticut Ave NW Apt 1015, WA, DC 20009-6084
30593468     Nick Cullen, 19151 Bergamont Dr, Riverside, CA 92508-6248
30593469   + Nick Culver, 3406 Locust St, West Des Moines, IA 50265-4033
30593470   + Nick D'Agostino, 5805 W Lawrence Ave, GN, Chicago, IL 60630-3247
30593471     Nick Dessing, Verlengde Hoogravenseweg 252, Utrecht 3523 KH, NETHERLANDS
30593472   + Nick DiSabella, 3312 Orchard Place, Reading, PA 19605-2649
30593473     Nick Domenicos, 6 Albert Street, South Kempsey, NSW 2440, AUSTRALIA
30593474   + Nick Doughty, 1937 ne 101st ave, portland, OR 97220-3851
30593475     Nick Ferreira, 331 STATE ST, BRISTOL, RI 02809-3715
30593476   + Nick Field, 1232 Court St, Syracuse, NY 13208-1851
30593477   + Nick Flores, 5 highridge rd, Shrewsbury, MA 01545-1674
30593478   + Nick Gareri, 2 Ridgeview Lane, Pleasant Valley, NY 12569-5052
30593479   + Nick Garrett, 415 N Hyatt Street, Apt. 5, Tipp City, OH 45371-1442
30593480     Nick Gasbarro, 7389 Cinnamon Dr, Indianapolis, IN 46237-3684
30593482   + Nick Grondin, 5 Edwards Street, Apt. 22, Quincy, MA 02169-6951
30593483     Nick Heitmann, 40 Gilman Falls Ave Unit 1, Old Town, ME 04468-1313
30593484   + Nick Ignoffo, 5209 Bear Corn Run, Port Orange, FL 32128-7533
30593486     Nick Januarymas Foy, 11600 SE VALLEY VIEW TER UNIT A, HAPPY VALLEY, OR 97086-2733
30593487     Nick Karweik, S109W27745 Maple Ave, Mukwonago, WI 53149-9109
30593488     Nick Khivren, 18822 E Arbor Cir, Spokane Valley, WA 99016-9601
30593489   + Nick Kurszewski, 3360 S 76th Street, Milwaukee, WI 53219-3805
30593490   + Nick LaValley, 8288 Eskimo Forest, Garden Ridge, TX 78266-4409
30593491   + Nick Lebron, 267 Park Place, 3B, Brooklyn, NY 11238-3960
30593492   + Nick Loiacano, 1055 Fortune Way, Los Angeles, CA 90042-1526
30593493     Nick Luty, Polherno, Tregowris, St. Keverne,, Helston, ENGLAND TR12 6PT, UNITED KINGDOM, England 00000-0000
30593494     Nick Majkic, 310 Braeburn Dr, Canonsburg, PA 15317-3086
30593495   + Nick Marion, 6572 middle ridge road, Madison, OH 44057-2951
30593496     Nick McEwen, 6 Muscat Place, Henderson, Auckland, NORTH ISLAND 612, NEW ZEALAND
30593497   + Nick Medrano, 4330 Bull Creek Rd, Apt. 3416, Austin, TX 78731-5963
30593498     Nick Merrett, 320 Hunters Point Ct, Longwood, FL 32779-2201
30593500   + Nick Miller, 4723 N 63rd Drive, Phoenix, AZ 85033-1628
30593501   + Nick Montes, 1015 Murre Way, Suisun, CA 94585-3522
30593502     Nick Nocita, 95 Dunster St, 394 Kirkland Mail Center, Cambridge, MA 02138
30593503   + Nick Pedone, 148 Windfall Rd, Utica, NY 13502-7727
30593504     Nick Peretti, 309 Pond View Ct, Forest Hill, MD 21050-3159
30593505   + Nick Perkins, 8045 N 6Th St, Fresno, CA 93720-2176
30593506     Nick Pilon, 37-1338 Princess St, Kingston, Ontario K7M 7N9, CANADA
30593507     Nick Pope, 630 Veronica Dr, Pittsburgh, PA 15235-4259
30593508     Nick Rave, 5862 Devon Ct, Cincinnati, OH 45248-4139
30593509   + Nick Reynolds, 444 De Haro St, San Francisco, CA 94107-2347
30593510     Nick Ringle, 1210 Chambers Rd Apt 315A, Columbus, OH 43212-1762
30593511     Nick Rosenberg, 35 Sawyer Rd, Wellesley, MA 02481-2915
30593512   + Nick S, 65 Granada Circle, Mount Sinai, NY 11766-2810
30593513   + Nick Sacchini, 224 East main street, Apt. 2, kent, OH 44240-2578
30593514     Nick Sands, 3253 Glendora Ave, Cincinnati, OH 45220-2205
30593515     Nick Santamaria, 2531 Andover Dr, Dunwoody, GA 30360-1923
30593516   + Nick Schalestock, 10353 Arroyo Willow Street, Las Vegas, NV 89141-6201
30593517     Nick Schroeder, 2000 70TH PL NE, TULALIP, WA 98271-9134
30593518   + Nick Schultz, 610 Berkshire drive, Medina, OH 44256-2707
30593519   + Nick Simpson, 1705 Rockingham Drive, Apt 4, Normal, IL 61761-4746
30593520   + Nick Sprague, 7610 Mid Town Road, APT 204, Madison, WI 53719-3450
30593521   + Nick Stiles, 2415 highway 48 n, Nunnelly, TN 37137-2827
30593522     Nick Stone, 434 E Dresden Ave, Akron, OH 44301-3147
30593523     Nick Teng, 178 Marcus Ave, New Hyde Park, NY 11040-3415

30593524          Nick Tong, 164 King Street East, Chatham, Ontario N7M 6H1, CANADA
30593525      +   Nick Trameri, 9314 Highland Gate Way, Verona, WI 53593-8200
30593526      +   Nick Vincent, 1150 Eastern Parkway, Louisville, KY 40217-1403
30593527      +   Nick Wacksman, 1806 N Willington Street, Apt 1., Philadelphia, PA 19121-3304
30593528          Nick Wilsey, 2206 E Emerald River Ct, Fort Mohave, AZ 86426-6630
30593529      +   Nick Wilson, 13184 W Golden Puma Trail, Peoria, AZ 85383-6064
30593530      +   Nick Wrate, 5 Edith Ct, Old Bridge, NJ 08857-2654
30593531      +   Nick Yeomans, 115 Chestnut Street, East Longmeadow, MA 01028-2810
30593466      +   Nick conti, 30 Harris road, Apt3, Medford, MA 02155-4268
30593467      +   Nick coppola, 3025 Fillmore street, San Francisco, CA 94123-4009
30593481      +   Nick grammatico, 6 Whitney farms circle, Fairport, NY 14450-1125
30593532          Nicki Morris, 2076 N County Road 925 W, Norman, IN 47264-9740
30593533          Nickie Kennedy, 6480 W Pinnacle Peak Rd, Glendale, AZ 85310-3466
30593534          Nicklas Jenkins, G sev nget 23, Drag r, Hovedstaden, 2791, DENMARK
30593535          Nickola Bannon, 38 Deansgate Lane North, Liverpool, England, L37 7ES, UNITED KINGDOM
30593536      +   Nickolas Giardetti, 3257 S Babcock St, Unit 105-4, Melbourne, FL 32901-6851
30593537      +   Nickolas Lewis, 14615 Eastport, Sterling Heights, MI 48313-5326
30593538          Nickolas Martin, 1040 Avenue Of The Oaks Unit 611, Sparks, NV 89431-4911
30593541          Nickolas Swanson, 10159 Broadmeadow Dr, Indianapolis, IN 46239-9775
30593539      +   Nickolas osborn, 95 n. 9th st., 408C, Columbus, OH 43215-1745
30593540      +   Nickolas schlottman, 8331 padgett ave ne, Otsego, MN 55330-4659
30593542          Nicky Swanson, 7193 Rue Saint-Denis, Montreal, Quebec, H2R 2E3, CANADA
30593543          Nico Brehmer, Kornstrasse 18, Grossostheim 63762, GERMANY
30593544      +   Nico Hooper, 23678 W Levi Dr, Buckeye, AZ 85326-7362
30593545          Nico Maiwald, Gertrud-B umer-Str. 31a, Kamen, Nordrhein-Westfalen 59174, GERMANY
30593546          Nico Simonini, 6124 Wilkinson Ave, North Hollywood, CA 91606-4518
30593548          Nico Unger, Schauenburgerstra e 80, EG rechts, Kiel, Schleswig-Holstein, 24118, GERMANY
30593549          Nico Wasilewski, 36 Chatsworth Terrace, Dewsbury, England, WF128BH, UNITED KINGDOM
30593550          Nicol Ritrovato, Via Papa Giovanni XXIII, numero 4, San Giovanni Rotondo, Foggia 71013, ITALY
30593551          Nicola Andrews, 11 Lights St, Emerald Beach, NSW 2456, AUSTRALIA
30593552          Nicola Gibson, 9 waterhouse court, Chelmsford, England CM1 1QZ, UNITED KINGDOM
30593553          Nicola Gravina, 16 Greville Street, Huntingdale, VICTORIA 3166, AUSTRALIA
30593554          Nicola Grosvenor, 16830 22ND ST NE, SNOHOMISH, WA 98290-9696
30593558          Nicolas Adams, 11505 coldstream creek road, Coldstream, British Columbia, V1B1E4, CANADA
30593559      +   Nicolas Adragna, 232 S. Duncan St., Baltimore, MD 21231-2629
30593560          Nicolas Alexandre, 4599 avenue Clanranald, Apt. 906, MONTREAL, QUEBEC H3X 0B1, CANADA
30593561      +   Nicolas Balboa, 2947 West Yarrow Circle, Superior, CO 80027-6000
30593562          Nicolas CAMILLE, 119 Avenue de la R publique, Montgeron, ILE-DE-FRANCE 91230, FRANCE
30593563      +   Nicolas Carhart, 110 Beverly St., apt. 613, Boston, MA 02114-2256
30593564      +   Nicolas Ceballos, 32020 Calle Galarza, Temecula, CA 92592-3972
30593565      +   Nicolas Cornejo, 8305 Mulberry Ave, Buena Park, CA 90620-3346
30593567          Nicolas Diez, 28050 MIDDLEBELT RD, FARMINGTN HLS, MI 48334-4118
30593566      +   Nicolas Diez, 28050 Middlebelt Rd, Farmington Hills, MI 48334-4118
30593568      +   Nicolas Espinosa, 9864 Myrtle Creek Dr., Apt. 304, Riverview, FL 33578-1113
30593569          Nicolas Garrett, 233 N James Ave, Haysville, KS 67060-1334
30593570          Nicolas Hoyle, 5403 Laggan Dr, Mc Leansville, NC 27301-9506
30593572          Nicolas Kanz, 8605 24th Ave NW, Gig Harbor, WA 98332-7531
30593573      +   Nicolas Michael Francis, 6013 Grayson Street, Springfield, VA 22150-3717
30593574          Nicolas Prendes, 10351 Routt St, Westminster, CO 80021-6647
30593575          Nicolas Szakacs, Avenue de Fully, Apt. 17, Martigny, VS 1920, SWITZERLAND
30593576          Nicolas Tamburini, 6551 Stafford Trce, Zionsville, IN 46077-9176
30593577          Nicolas Terry, 1 Malvern Ln, Vernon Hills, IL 60061-2114
30593578          Nicolas Valenzuela, 1114 Camino La Costa Apt 1001, Austin, TX 78752-3948
30593579      +   Nicolas Vargas, 6381 Yellow Wood Pl, Sarasota, FL 34241-8319
30593580      +   Nicolas Varner, 358 3rd Avenue, Ripley, WV 25271-1547
30593581          Nicolas Virtanen, Sahkakatu 45, 1, Hyvinkaa 5800, FINLAND
30593584      +   Nicole Arcenal, 89 Leighton Avenue, Yonkers, NY 10705-3727
30593586          Nicole Belval, 50 C L Ln, Swanzey, NH 03446-2219
30593587      +   Nicole Berger, 8209 Parkview Dr, Urbandale, IA 50322-1514
30593588      +   Nicole Borro, 235 Maryland Ave, Erie, PA 16505-2219
30593589          Nicole Bower, 5106 Bryant Hill Rd, Ellicottville, NY 14731-9737
30593590          Nicole Brewer, 4160 Hidden Rock Rd, Colorado Springs, CO 80908-2035
30593591      +   Nicole Burton, 136 Parkview Ter, Rockford, IL 61102-3552

30593592           Nicole Cawthorne, 314 Greens Cv Apt 101, Lowell, AR 72745-8339
30593593       +   Nicole Clement, 1313 Sharonwood Drive, Modesto, CA 95355-3310
30593594           Nicole Curtis, 190 Kaikorai Valley Road, Bradford, Dunedin, Otago, 9011, NEW ZEALAND
30593596           Nicole Edds, 26880 E Quail Rd, El Dorado Springs, MO 64744-6115
30593598       +   Nicole Ficklin, 1437 W Albion Ave, Apt 3B, Chicago, IL 60626-5042
30593600           Nicole Franklin, 760 FLAT WOODS RD, LEBANON, TN 37090-7821
30593601       +   Nicole Gaile, 452 Village Lane, Springdale, AR 72764-7184
30593602           Nicole Geracitano, 9 Barossa Court, Baulkham Hills, New South Wales 2153, AUSTRALIA
30593603           Nicole Haynes, 4 Zelda Avenue, Glynde, Adelaide, South Australia 5070, AUSTRALIA
30593604           Nicole Hines, 1402 Meadow Ln SW, Rochester, MN 55902-0976
30593605           Nicole Hink, 112 Diggory Dr, Holly Springs, NC 27540-6405
30593606           Nicole Hofmann, 3294 Lapwing Ct, Peachtree Corners, GA 30092-4912
30593607           Nicole Hollis, 1917 E Bradbury Ave, Indianapolis, IN 46203-4418
30593608           Nicole Huey, 1457 NE EDGEFIELD ST, HILLSBORO, OR 97124-4072
30593609           Nicole Jackson, 25 Beacon Hill, Lingfield, England RH7 6RQ, UNITED KINGDOM
30593610       +   Nicole Johnson, 240 Camelia Loop NE, Apt 248, Bainbridge Island, WA 98110-1860
30593611           Nicole K Ropp, 121 Liebler Street, Tavistock, Ontario NOB 2RO, CANADA
30593612       +   Nicole Kimbrell, 111 Shirley, Yorktown, VA 23693-2210
30593613       +   Nicole Kinnaird, 5152 Creekhollow Way, Roseville, CA 95747-4851
30593615       +   Nicole Koch, 1104 s cedar ave, Marshfield, WI 54449-4234
30593616           Nicole Koch, 3987 Johnson Cedar Rd SE, West Branch, IA 52358-9533
30593618           Nicole Leach, 17 RIVERTON DR, NYACK, NY 10960-1400
30593619           Nicole Lee, 17 CALLAWAY DR UNIT 4, CONCORD, NH 03301-4686
30593620       +   Nicole Licea, 873 Wilfred Ave, Santa Rosa, CA 95407-8435
30593621       +   Nicole Lopez, 19888 Rotterdam St, Riverside, CA 92508-6185
30593622       +   Nicole McGrew, 1823 Eastlake ave E, Apt. 367, Seattle, WA 98102-3747
30593623           Nicole McGuire, 18 Guest Street, Brampton, Ontario L6W 1T8, CANADA
30593624       +   Nicole Mellor, 1483 BRIGADOON, WOLVERINE LK, MI 48390-2283
30593625           Nicole Moy, 226 Rankin Ave, Providence, RI 02908-2702
30593626           Nicole Murphy, 4852 S King Dr Apt 2, Chicago, IL 60615-1312
30593627           Nicole Murray, 1716 Aspen Crescent, Telkwa, BC V0J 2X0, CANADA
30593628           Nicole Pinkosh, 4750 Stinson Blvd NE, Columbia Heights, MN 55421-2002
30593630           Nicole Quackenbush, 7186 Los Verdes Dr, Gladstone, OR 97027-1109
30593631       +   Nicole Rabe, 72 Paggi Terrace, Wappingers Falls, NY 12590-3733
30593632           Nicole Revie, 380 Macpherson Ave, Unit 335, Toronto, Ontario, M4V 3E3, CANADA
30593633           Nicole Rich, 50637 Elsey St, New Baltimore, MI 48047-1694
30593634       +   Nicole Rivera, 801 S 47th Street, Philadelphia, PA 19143-3670
30593635           Nicole Roseberry, 3435 Cable Ave, Lincoln, NE 68506-1963
30593636       +   Nicole Schaefer, 1500 NE 15th Ave, Apt. 332, Portland, OR 97232-4417
30593637           Nicole Sherry, 120 Kenbrook Way Apt 207, Davenport, FL 33896-5521
30593638       +   Nicole Siemer, 5572 Beechmont Ave, Apt. 4, Cincinnati, OH 45230-1179
30593639       +   Nicole Sudall, 441 East Fordham Road, P.O. box 1498, Bronx, NY 10458-5149
30593640           Nicole Trainor, 181 Lodle St, Collegeville, PA 19426-1716
30593641           Nicole Vejar, 14431 N 52ND LN, GLENDALE, AZ 85306-4310
30593642       +   Nicole Waring, 2426 14th Street Place SE, Puyallup, WA 98374-6108
30593643           Nicole Wieland, Auf der Hardt 10, Meinerzhagen, Nordrhein-Westfalen 58540, GERMANY
30593583           Nicole allinson, 1604 Carey Ln Apt 240, Silver Spring, MD 20910-3003
30593585           Nicole baroni, Quartiere gaggio 8, Bigorio, TICINO 6954, SWITZERLAND
30593629       +   Nicole prince, 8972 Vickroy Terrace, Ovieod, FL 32765-5230
30593644           Nicoletta Spevacek, 6824 Maywood Ave, Middleton, WI 53562-2723
30593646           Nicolette Scerra, 337 Crosby Ave, Buffalo, NY 14217-2456
30593647           Nicolien Klassen-Wiebe, 487 Rosedale Avenue, Winnipeg, MANITOBAR3L 1M4, CANADA
30593648       +   Nicolle Laird, 239 Union Street, Santa Cruz, CA 95060-3709
30593649           Nicolle Stevens, 679 W Ohio Ave, Sebring, OH 44672-1131
30593650       +   Nicollette T, 14698 Shadow Wood Lane, Delray Beach, FL 33484-3639
30593652       +   Nidia Loza, 15467 San Jose St, Mission Hills, CA 91345-2429
30593653       +   Niecko Madsen, 2215 s maple Ave, Apt. 472, Marshfield, WI 54449-4935
30593654       +   Niel McDowell, 1134 Sansom St., Apt. 28, Philadelphia, PA 19107-4970
30593655       +   Niemietz, Mack, 6N705 COLONEL BENNETT LANE, CAMPTON HILLS, IL 60175-5721
30593656           Niesha M Pingel, 3371 YUCCA CIR, EVANS, CO 80620-9473
30593657       +   Nigel Dennis, 6114 N Lenox Ave, Chicago, IL 60646-4820
30593658       +   Nigel Doty, 825 N High St, Hartford City, IN 47348-1737
30593660       +   Nigel Highton, 400 Fairfax Road, H61, Blacksburg, VA 24060-6527

30593661    + Nigel Umoche, 11821 James Drive, Balch Springs, TX 75180-1365
30593662    + Nik Anderson, 18528 SE 263rd St, Covington, WA 98042-8438
30593663      Nik Grierson, 4 Regent Lane, New Lambton, NEW SOUTH WALES 2305, AUSTRALIA
30593664    + Nik LaMaack, 843 W LAKESIDE, CHICAGO, IL 60640-8686
30593666    + Nik Russell, 3956 East Navigator Lane, Phoenix, AZ 85050-5447
30593668      Nik Sasser, 10616 Mellow Mdws Apt 10B, Austin, TX 78750-1214
30593665    + Nik p, 12403 paloma trl, San Antonio, TX 78249-3736
30593670    + Nikhil Deshmukh, 1028 Chesapeake Dr, Apt 5E, Havre De Grace, MD 21078-3915
30593671      Nikhil Dey, 49 Panorama Hills Grove NW, Calgary, ALBERTA T3K 4S1, CANADA
30593672      Nikhil Gupta, 3373 Cawthra Road, Mississauga, Ontario, L5A 2X8, CANADA
30593673    + Niki Lane, 7434 Gannon Ave., St. Louis, MO 63130-2916
30593674      Niki tanton, 455 PIONEER PKWY E, SPRINGFIELD, OR 97477-4680
30593675      Nikita Breslin, 46 Redcar Street, Belfast, Northern Ireland BT6 9BP, UNITED KINGDOM
30593676    + Nikita Gale, 2016 Meridian Ave, Apt G, South Pasadena, CA 91030-4230
30593677      Nikita Ovsyannikov, 201-2975 Princess Crescent, Coquitlam, British Columbia V3B 7N3, CANADA
30593678    + Nikita Singh, 13810 Lambertina Place, North Potomac, MD 20850-5419
30593679      Nikki Brown, 804 Curtis St, Crawfordsville, IN 47933-3607
30593680      Nikki Byrd, 306 W 16th St, WA, NC 27889-3308
30593681      Nikki Coats, 5041 86th Ave N, Pinellas Park, FL 33782-5315
30593683    + Nikki Conklin, 5925 Weaver Ct, Saint Leonard, MD 20685-2128
30593682    + Nikki Conklin, 5925 Weaver Ct, St. Leonard, MD 20685-2128
30593684      Nikki Dubay, 530 W 2ND ST, PINCONNING, MI 48650-7013
30593685    + Nikki Heredia, 6242 Warner Avenue, Apt 17A, Huntington Beach, CA 92647-5169
30593687      Nikki Lovell, 104 Knotty Oak Rd, Right Side Stairs, Coventry, RI 02816-8308
30593688    + Nikki Moore, 25802 Miller Hill Road, Cambridge Springs, PA 16403-4124
30593689      Nikki Nobahar, 614 10th St, Santa Monica, CA 90402-2820
30593691    + Nikki Parylak, 501 Wayne Drive, Apt. 332, King Of Prussia, PA 19406-4112
30593692    + Nikki Peterson, 100, Tyler Ave, Cuyahoga Falls, OH 44221-1415
30593693      Nikki Proctor, 3425 42nd Ave SW, Seattle, WA 98116-3424
30593694    + Nikki Readhead, 222 N Washington st, Trenton, IL 62293-1242
30593695      Nikki Richards, 759 Lower Dedham Rd, Dedham, ME 04429-4043
30593697      Nikki Smaga, 562 HOLLY AVE APT 104, SAINT PAUL, MN 55102-2260
30593699      Niklas J. Bornheim, Im Falkenhorst 8, 8. Stock, Cologne, Nordrhein-Westfalen 51145, GERMANY
30593698      Niklas J. Bornheim, Im Falkenhorst 8, Cologne, Nordrhein-Westfalen 51145, GERMANY
30593700      Niko Grass, Trendelenburgstra e 29, L beck, Schleswig-Holstein, 23562, GERMANY
30593701    + Niko Searcy, 4515 arrowhead ridge Dr se, Apt. 114, Rio rancho, NM 87124-5946
30593702      Nikola Kneen, 150 Beech Ave, Duncan, British Columbia, V9L 3J2, CANADA
30593703      Nikola Petrovic, 49 151 Gateshead Crescent, Stoney Creek, ONTARIO L8G3W1, CANADA
30593704      Nikolai Bugge, Lindeberg sen 32B, Oslo, OSLO 1068, NORWAY
30593706      Nikolai Searcy, 4515 Arrowhead Ridge Dr SE Apt 114, Rio Rancho, NM 87124-5946
30593705    + Nikolai Searcy, 4515 Arrowhead Ridge Drive Southeast, Apt 114, Rio Rancho, NM 87124-5946
30593707      Nikolas Brooke, 21385 Almaden Road, San Jose, CA 95120-4307
30593708    + Nikolas Escobedo, 109 Waters Avenue, Del Rio, TX 78840-6280
30593709      Nikolas Holland, 2118 N 8th St, A, Philadelphia, PA 19122-1312
30593710    + Nikolas Klemme, 819 Eliza Street, New Orleans, LA 70114-1126
30593711      Nikolas Marsh, 190 E Sherwood Hills Rd N, Allyn, WA 98524
30593712    + Nikolaus Bentkowski, 149 Neshannock Trails Drive, New Castle, PA 16105-2915
30593713      Nikos Diamantis, Unterbiberiststrasse 21c, Biberist 4562, SWITZERLAND
30593714    + Nikos Planakis, 3610 NW 71st Street, Coconut Creek, FL 33073-4803
30593716    + NileBlue, 16255 Ventura Blvd #1240, Encino, CA 91436-2322
30593718      Niles Mitchell, 724 HOLLOW RDG, SCHERTZ, TX 78108-3441
30593720      Nils Bergmann, Feldstr. 1, Gehrden, Niedersachsen, 30989, GERMANY
30593719      Nils Bergmann, Feldstra e 1, Gehrden, Niedersachsen, 30989, GERMANY
30593721      Nils Brandtner, R senau 3, Schongau 86956, GERMANY
30593722    + Nils Zacharias Nodland, 5185 West Colgate Place, Denver, CO 80236-2003
30593723    + Nima Kasmai, 23329 Park Soldi, Calabasas, CA 91302-2828
30593724      Nimeera Janmohamed, 704-3333 Sexsmith Road, Richmond, BC V6X 0R7, CANADA
30593725      Nimeera Janmohamed, 704-3333 Sexsmith Road, Richmond, British Columbia V6X 0R7, CANADA
30593727      Nina B., 5430 Stone Crossing Dr, Winston Salem, NC 27104-3695
30593728    + Nina Bindra, 607 Highland Ave, Santa Cruz, CA 95060-2005
30593729      Nina Britten, 41, COLEGROVE ROAD, London, ENGLAND SE15 6NQ, UNITED KINGDOM
30593730    + Nina Haines, 246 Stagg St, 2L, Brooklyn, NY 11206-1611
30593731      Nina Hayes, 165 Nod Rd, Clinton, CT 06413-1061

District/off: 0752-1                    User: admin                    Page 362 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                   Total Noticed: 30719

30593732        Nina Heller, Bahngasse 3, Perchtoldsdorf, Nieder sterreich, 2380, AUSTRIA
30593733        Nina Hofman, Frans Bekkerstraat, 71A, Rotterdam, ZUID-HOLLAND 3082TJ, NETHERLANDS
30593734        Nina Ignacio, 3806 55TH AVE SW, SEATTLE, WA 98116-3627
30593735      + Nina Lopergolo, 111 Beach St, 3B, Boston, MA 02111-2520
30593736      + Nina Mazzella, 93 North Union, Apt. 3, Burlington, VT 05401-3791
30593737      + Nina Puleo, 4901 W 93rd Ave, Apt 123, Westminster, CO 80031-6320
30593738        Nina Yasmine SERON, 236 Rue Gabriel P ri, Vitry-sur-Seine 94400, FRANCE
30593739      + Ninja Sex Party, 825 E Colorado St, Glendale, CA 91205-1221
30593740        Nino-Constantin Henrik Budny, Menglinghauser Stra e 370, Dortmund, Nordrhein-Westfalen, 44227, GERMANY
30593741      + Niraj Sanghvi, 860 Oak St Apt 12, San Francisco, CA 94117-2430
30593742        Nirmeen Uz-Zaman, 81 Navy Wharf Court #1511, 1511, Toronto, Ontario M5V 352, CANADA
30593743        Nisha Mangat, 9091 Number 4 Road, Richmond, BC V7A 2Y8, CANADA
30593744      + Nissun Cap, 6181 Schaefer Ave, Chino, CA 91710-9001
30593745        Nitikrist Attakrist, 582/269 soi yoocharoen 11, dindaeng, Bangkok, Bangkok 10400, THAILAND
30593746      + Nitza Adjuder, 39496 Verbena Way, Temecula, CA 92591-0355
30593747      + Nizhoni Wortham, 6901 E Chauncey Ln, Apt# 2015, Phoenix, AZ 85054-5118
30593748        Nizir Choudry, Newton hall road, Apt. 36, Manchester, ENGLAND SK144PS, UNITED KINGDOM
30593751        Noa Valenzuela, 13641 Busby Dr, Whittier, CA 90605-4203
30593749        Noa kama, Mezada, Apt. 31, Baer Sheva, Israel, 8435721, ISRAEL
30593750        Noa tsipin, Sderot Menachem Begin 52/1, Gedera 7049120, ISRAEL
30593752        Noah Arvizu, 5296 Cedar Springs Dr, Sierra Vista, AZ 85635-8232
30593753        Noah Baer, 13821 Mount Airy Rd, New Freedom, PA 17349-8551
30593755      + Noah Baxter, 3340 E Walnut St, Apt. 114, Pearland, TX 77581-4310
30593756      + Noah Beltz, 1465 W Deer Crest Dr, O103, Meridian, ID 83646-4620
30593757        Noah Bortle, 703 W WILLOW ST APT 1B, CHICAGO, IL 60614-5179
30593758      + Noah Buckle, 2818 Pownal Ave, San Ramon, CA 94583-3107
30593759      + Noah Castro, 3452 Mission Mesa Way, San Diego, CA 92120-1572
30593760        Noah Childers, 103 East New Street, Shepherdstown, WV 25443
30593761        Noah Cummings, 6591 Old Liberty Rd, Franklinville, NC 27248-8328
30593762      + Noah Diaz, 479 George Street, New Haven, CT 06511-5403
30593763      + Noah Dimel, 1146 Parklawn Ct, Troy, OH 45373-7586
30593764      + Noah Dobbertin, 5618 Henry Ave, Philadelphia, PA 19128-2704
30593765        Noah Elijah Rothmann, Schlitzer Stra e, Apt. 144, Fulda, HESSEN 36039, GERMANY
30593766        Noah Elrod, 803 BARNUM RD, ROCKFORD, IL 61109-2013
30593767      + Noah Entz, 4011 Baring Street, Philadelphia, PA 19104-3458
30593768      + Noah Farris, 1600 La Salle Drive, A103, Sherman, TX 75090-1845
30593769        Noah Felps, 10030 E Pomona Dr, Baton Rouge, LA 70815-1365
30593770        Noah Fuerte, 39821 Via Castana, Murrieta, CA 92563-5255
30593771        Noah Gavin, 8 Colton Ave, Plainville, CT 06062-3134
30593772      + Noah Goldstein, 18790 Lloyd Dr, Apt 1035, Dallas, TX 75252-2609
30593773        Noah Gould, 3 Court Jester, Washington Crossing, PA 18977-1120
30593774        Noah Greer, 328 Vuncannon Dr, Fuquay Varina, NC 27526-6272
30593778        Noah Hermann, Huelsenweg 16, Bielefeld, Nordrhein-Westfalen 33699, GERMANY
30593777        Noah Hermann, Huelsenweg 16, Bielefeld, Nordrhein-Westfalen, 33689, GERMANY
30593779      + Noah Khar, 14827 W Escondido Dr N, Litchfield Park, AZ 85340-2730
30593780        Noah King, 130 E Robert Pl, Sequim, WA 98382-7346
30593781        Noah Koehn, 5106 Center Ave, Lisle, IL 60532-2303
30593782        Noah Kulynych, 500 LOCUST AVE, BURLINGTON, NJ 08016-4512
30593783        Noah Lam, 13822 NE Airport Way, Portland, OR 97251-9614
30593784      + Noah Lee, 13207 Ne Thompson Ct, Portland, OR 97230-3038
30593785        Noah Lef bure, Tannh userdreef, Apt. 252, Utrecht, NEDERLAND 3561HP, NETHERLANDS
30593786      + Noah Long, 4701 White Cloud Drive, Omaha, NE 68157-2303
30593787        Noah Lottig, 1860 Burlington Dr, York, SC 29745-2918
30593788        Noah Lottig, 32024 Del Cielo Oeste Unit 14, Bonsall, CA 92003-3812
30593789      + Noah Martin, 1708 Rockhurst Lane, Cincinnati, OH 45255-2639
30593790        Noah Martin, 4105 Wedgworth Rd S, Fort Worth, TX 76133-3614
30593791        Noah Massey, 3321 Hawks Cres, West Kelowna, BC V4T 0A7, CANADA
30593792        Noah McKee, 218 CHESDALE CT, WILLIAMSBURG, VA 23188-1589
30593793        Noah Miller, 3821 Claire Dr, Carmichael, CA 95608-2657
30593794      + Noah Missel, 13 Cullen Ave, Leominster, MA 01453-6810
30593795      + Noah Moore, 155 Wilson Street, Brewer, ME 04412-2025
30593796      + Noah Nichols, 114 Ladimi Cir, Highgate Center, VT 05459-4403
30593797      + Noah Norrod, 325 Short Rd, Crossville, TN 38555-4654

District/off: 0752-1

Date Rcvd: Jan 04, 2024

User: admin

Form ID: 309C

Page 363 of 507

Total Noticed: 30719

| | | |
|---|---|---|
| 30593798 | + | Noah Ost, 55 country lane, Buffalo, NY 14224-1509 |
| 30593799 | + | Noah Pacheco, 2790 Barry Ct, Creedmoor, NC 27522-8837 |
| 30593800 | | Noah Pape, Eppendorfer Weg, Apt. 209, Hamburg, Hamburg, 20253, GERMANY |
| 30593801 | | Noah Parker, 9255 N Magnolia Ave Spc 88, Santee, CA 92071-3140 |
| 30593802 | + | Noah Pelton, 26067 Walnut Valley, Elkhart, IN 46517-2229 |
| 30593803 | + | Noah Psota, 29005 Wolf Rd, Bay Village, OH 44140-1356 |
| 30593804 | | Noah Roselli, 525 W OAKDALE AVE APT 215, CHICAGO, IL 60657-5722 |
| 30593805 | + | Noah Roth, 3021 Shirley Court, Lincoln, NE 68507-2659 |
| 30593806 | #+ | Noah Rozansky, 22101 Erwin Street, P106, Los Angeles, CA 91367-3401 |
| 30593807 | | Noah Sanchez, 3030 Francis St Apt 202, Kansas City, KS 66103-3709 |
| 30593808 | | Noah Sands, 1253 E 3125 N, Layton, UT 84040-6516 |
| 30593809 | + | Noah Sasse, 1 Martine Ave, Apt. 1115, White Plains, NY 10606-4618 |
| 30593810 | | Noah Shannon, 1720 Willow Rdg, Stillwater, OK 74074-6365 |
| 30593811 | + | Noah Shaw, 16451 steerage circle, woodbridge, VA 22191-6027 |
| 30593814 | + | Noah Smith, 2817 NW 47th St, Oklahoma City, OK 73112-8201 |
| 30593816 | | Noah Spitler, 709 E Sheridan St Uppr, Laramie, WY 82070-3995 |
| 30593817 | + | Noah Strickler, 1801 Peter Paul, Richmond, VA 23223-4415 |
| 30593818 | + | Noah Suri, 9111 saddle trail, san antonio, TX 78255-2074 |
| 30593819 | | Noah Tanpinco, 7521 Franklin St Apt F, Buena Park, CA 90621-1952 |
| 30593820 | | Noah Thomas Mortensen, 31 Burrai Street, Apt. 2, Morningside, QUEENSLAND 4170, AUSTRALIA |
| 30593821 | + | Noah Thompson, 1016 Hackberry Ave, Modesto, CA 95350-5162 |
| 30593822 | + | Noah Torres, 31 Pebble Rd, Wethersfield, CT 06109-3541 |
| 30593823 | + | Noah Trautmann, 1001 1st Ave N, Fargo, ND 58102-4601 |
| 30593824 | + | Noah Trude, 268 South West Street, Feeding Hills, MA 01030-1053 |
| 30593825 | | Noah Vanderburg, 5 markwell place, Agnes Banks, NEW SOUTH WALES 2753, AUSTRALIA |
| 30593826 | + | Noah Walsh, 18, Rocky Hill Road, Brewster, MA 02631-1631 |
| 30593827 | + | Noah Weitz, 565 English Avenue, Apt 2, Monterey, CA 93940-4067 |
| 30593828 | + | Noah West, 556 98th Lane NE, Blaine, MN 55434-1354 |
| 30593829 | | Noah White, 439 S Buncombe Rd Apt 606, Greer, SC 29650-1273 |
| 30593830 | | Noah Wigglesworth, 28 Parkinson Close, Wakefield WF1 4NR, UNITED KINGDOM |
| 30593831 | | Noah Wynne, 134 Wells Street, Springfield, NEW SOUTH WALES 2250, AUSTRALIA |
| 30593754 | | Noah bastas, 7 Exeter close, Lower templestowe, Victoria, 3107, AUSTRALIA |
| 30593813 | + | Noah smith, 593 Ada dr, Harrodsburg, KY 40330-1060 |
| 30593832 | + | Noah.p.peterson@gmail.com, 233 courtview dr, Jefferson, NC 28640-9632 |
| 30593833 | + | Noble Powers, 1515 NE 28th Avenue, Unit 207, Portland, OR 97232-4301 |
| 30593834 | | Noe Boyden, 3244 SAN LUCES WAY, UNION CITY, CA 94587-2710 |
| 30593835 | | Noe Gnobo, 21 Woodland Ave, Chicopee, MA 01020-4025 |
| 30593836 | + | Noel Daniel, 1421 West Casino Road, A2, Everett, WA 98204-1557 |
| 30593837 | + | Noel DiBenedetto, 910 P St, Eureka, CA 95501-2008 |
| 30593838 | | Noel Jasso, 53031, Coachella, CA 92336 |
| 30593839 | + | Noel Sierra, 6839 N Northwest Highway, Apt. 3A, Chicago, IL 60631-1279 |
| 30593840 | | Noelia Molina, 4101 W WOODLYN DR, BLOOMINGTON, IN 47403-3164 |
| 30593841 | + | Noelle Irelia, 17 beacon, New castle, DE 19720-3801 |
| 30593843 | | Noemy Rodriguez, 110605 E 196 Pr SE, Kennewick, WA 99338-4500 |
| 30593844 | + | Nohemi Gomez, 120 Barnes Street, Apt. 10, Oceanside, CA 92054-3466 |
| 30593845 | | Nola Boyle, 321 GREENFIELD DR, MT PLEASANT, MI 48858-2975 |
| 30593846 | | Nolan Baker, 8743 Arbor St, Duluth, MN 55808-1437 |
| 30593847 | | Nolan Behr, 2754 W Bardonner Rd, Gibsonia, PA 15044-8302 |
| 30593848 | | Nolan Brown, 123 Galbraith Drive Southwest, 4, Calgary, Alberta T3E 4Z5, CANADA |
| 30593849 | + | Nolan Cole, 901 NE 64th St, Apt B, Seattle, WA, WA 98115-5561 |
| 30593850 | + | Nolan Colon, 1903 Northview Road, Waukesha, WI 53188-1569 |
| 30593851 | + | Nolan Friend, 61 Shore Ave, Manahawkin, NJ 08050-2625 |
| 30593852 | + | Nolan Grimes, 4414 100th St, Urbandale, IA 50322-2060 |
| 30593853 | + | Nolan Guild, 14106 Abercorn Ave, Rosemount, MN 55068-3853 |
| 30593854 | + | Nolan L Vandergriff, 12750 Red Gate Road, Evansville, IN 47725-9230 |
| 30593855 | | Nolan Labelle, 85 Garry Street, Apt. 1928, Winnipeg, MB R3C 4J5, CANADA |
| 30593856 | + | Nolan Madison, 2718 E 93rd St, Apt. 228, Stillwater, OK 74137-4607 |
| 30593857 | | Nolan Nasser, 2840 Schemm St, Saginaw, MI 48602-3728 |
| 30593858 | + | Nolan Nguyen, 3425 Wimbledon way, Costa mesa, CA 92626-1645 |
| 30593859 | + | Nolan Overland, 12211 N Forest Rd, Hayden, ID 83835-9413 |
| 30593860 | + | Nolan Overland, 12211 North Forest Road, Hayden, ID 83835-9413 |
| 30593862 | | Nolan Sullivan, 910 Spindle St Apt 207, Charlotte, NC 28206-3336 |
| 30593861 | + | Nolan shrum, 1654 n farmingdale rd, Springfield, IL 62677-3797 |

District/off: 0752-1                    User: admin                    Page 364 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                   Total Noticed: 30719

30593865   + Noonan, Brittany, 203 W 85th Street, Apt 52, New York, NY 10024-3931
30593866     Noorah Al-Fraywan, 705 S Redwood Rd Unit 67, Salt Lake City, UT 84104-3628
30593868     Nora Burkhart, 6842 BLUFFRIDGE DR, INDIANAPOLIS, IN 46278-2837
30593869   + Nora Conroy, 572 Shroyer Rd, Dayton, OH 45419-4049
30593870     Nora Gleeson, 43 Cherry Ln, Huntington, NY 11743-2943
30593871   + Nora Harper, 52 Comstock St., New Brunswick, NJ 08901-2711
30593872     Nora Jackson, 13020 Richwood Rd, Philadelphia, PA 19116-1317
30593873     Nora Malueg, 112 Meadow Cir N, Burnsville, MN 55337-4508
30593874   + Nora O Reilly, 3157 18th St NW, WA, DC 20010-2637
30593875     Nora Wilby, 529 50TH AVE # 3F, LONG IS CITY, NY 11101-5959
30593876     Norah Beckwith, 20 Suffolk Ln, Gansevoort, NY 12831-1381
30593878     Norah Judson, 2875 University Ave, Des Moines, IA 50311-4034
30593879     Noraly Gonzalez, 28515 N North Valley Pkwy Apt 3022, Phoenix, AZ 85085-5422
30593880     Norbert Mauermann, Bachgasse 5, WARZBURG, BAYERN 97070, GERMANY
30593881   + Nordic Co Inc, 5 Tripps Ln, Riverside, RI 02915-3013
30593882     Noreen Rios, 213 Argonaut Dr Apt 21, El Paso, TX 79912-6057
30593883     Norie Womack, 1821 Gresham Dr, Farmers Branch, TX 75234-4862
30593884   + Noriel Mostajo, 1650 Sweet Gum Place, Chula Vista, CA 91915-1720
30593885   + Norm Shaw, 600 Rainbow Dr. Apt. 159, Mountain View, CA 94041-2516
30593886     Norma Salgado, 9949 TABOR PL, SANTA FE SPGS, CA 90670-3300
30593888   + Norman Perez, 5921 Bent Pine Dr, Apt 504, Orlando, FL 32822-3363
30593889   + Norris, Christian, 1S054 W BURNHAM LN, GENEVA, IL 60134-4890
30593890   + North Arizona University, PO Box 4080, Flagstaff, AZ 86011-0103
30593891   + North Attleboro Jewelry Company, PO Box 1899, Attleboro, MA 02703-0032
30593894   + NorthCoast Banners, 3204 Farmbrook Ct, Ann Arbor, MI 48108-1720
30593900   + Nou Vang, 27756 El Capitan Dr, Warren, MI 48092-5107
30593901     Nour, 1179 Stag Hollow, Oakville, ONTARIO L6M5M4, CANADA
30593903     Nova Nieves, 21031 Fernhollow Ln, Spring, TX 77388-4318
30593905     Nova Stauffer, 170 Nelson St, Dearing, GA 30808-4092
30593906   + Noviskis, Laura, 3544 HERONS CIR, RENO, NV 89502-7794
30593908   + Nowah Anthony Clemmer Segler, 13355 Pine Road, Ely, MN 55731-8184
30593910   + Nu Promo International, 11697 Chesterdale Rd, Cincinnati, OH 45246-3917
30593912   + NuORDER, 148 Spring Street, Level 3, New York, NY 10012-3898
30593911   + Numo, 1072 E. US Highway 175, Kaufman, TX 75142-3560
30593913     Nurul Tan, Blk 759 Jurong West St 74 #14-106, Singapore, Singapore, S640759, SINGAPORE
30593914     Nurulnasuha, 635, #05-70, Singapore, Singapore, 760635, SINGAPORE
30593916   + Nya Bent, 2001 Warren St, Evanston, IL 60202-1984
30593917     Nyah Sukhabut, 327 Ainahou St, Honolulu, HI 96825-1510
30593918     Nylo Gyzen, Unit 428, 1 Missenden Rd, Camperdown, NEW SOUTH WALES 2050, AUSTRALIA
30593920   + O Brien Johnson, 9449 NW 46th Ct, Sunrise, FL 33351-5111
30593931   + OGBFF, 3430 Hill St, Los Angeles, CA 90007-4580
30594012   + OLIVIA EVELAND, 23356 DERBY AVE, FELLOWS, CA 93224-9764
30593921   + Oakley Barton-Spears, 2544 N Kilbourn Ave, Fl 1, Chicago, IL 60639-1954
30593924   + Ocean Bianchi, 1701 N Kent St., Apt. 903, Arlington, VA 22209-2108
30593925     Ocean Christensen, 1328 Wilderness Way, Evans, WA 99126-9739
30593926     Ocean Duncan, 13838 N 47th Ave, Glendale, AZ 85306-4903
30593927     Ocean Moreno, 109 W Albuquerque St, Broken Arrow, OK 74011-6802
30593928     Octavia Leavens, 2000 LANDMARK DR UNIT 2308, ALIQUIPPA, PA 15001-7319
30593930     Odie Leigh, c/o Rob Challice, 1-3 Wenlock Road, UNITED KINGDOM
30593933   + Ohad Kanne, 6466 Hollis Street, Unit 342, Emeryville, CA 94608-1458
30593936     Oighrig Liadan, 4719 Pine St, Longview, WA 98632-5155
30593937     Okay Kaya, c/o Latane Hughes, Wasserman LA, LA, CA 90024
30593939   + Oksana Deinak, 15 Normandy Avenue, Cambridge, MA 02138-1014
30593941     Olav Berg Fagerland, Kiabuveien 134A, Trondheim 7031, NORWAY
30593943   + Old National Centre, 502 N. New Jersey St., Indianapolis, IN 46204-1517
30593944   + Ole B Nissen, 869 Sanctuary Cove Dr, North Palm Beach, FL 33410-4523
30593945     Olena Pieikova, 54 Three colts lane, flat 401, London, England E2 6GN, UNITED KINGDOM
30593946   + Olevia Hobbs, 19 Nugget Hill Drive, Gales Ferry, CT 06335-1525
30593947     Olga Ayala, 6823 S Clernates Dr, West Jordan, UT 84081-4421
30593948     Olha Maievska, Tov rn 7, Apt. 4, CZESKY KRUMLOV 38101, CZECH REPUBLIC
30593949     Oli Law, 55 Holman Road, Aylsham, Norwich NR11 6BZ, UNITED KINGDOM
30593950     Oliana Williams, 202 CHEYENNE DR, PITTSBURGH, PA 15205-5202
30593951   + Oliva Thompson, 9701 Shadow Branch Ln, Fort Smith, AR 72903-7182

District/off: 0752-1                    User: admin                                    Page 365 of 507
Date Rcvd: Jan 04, 2024                Form ID: 309C                              Total Noticed: 30719

| | | |
|---|---|---|
| 30593952 | | Oliva Zwiefelhofer, 2020 Ivy St, Bloomer, WI 54724-1835 |
| 30593953 | | Olive Heisler, 141 Church Street, PH 2, St. Catharines, ONTARIO L2R 7L7, CANADA |
| 30593954 | | Olive Hooper, 1/74 Lamington Avenue, Unit, Lutwyche, Queensland, 4030, AUSTRALIA |
| 30593956 | | Olive Kennedy Belle, 613 Stonewater Blvd, Franklin, TN 37064-4890 |
| 30593957 | | Olive Thompson, 157 Swanson Rd, Norfolk, VA 23503-4729 |
| 30593958 | | Oliver Atkinson, Stanmore Road, 14,, Watford, England WD24 5ET, UNITED KINGDOM |
| 30593959 | | Oliver Bennett, 5223 40th Ave SW, Seattle, WA 98136-1218 |
| 30593960 | | Oliver Bennette, 178 Ceocia Ln, Stuarts Draft, VA 24477-2910 |
| 30593961 | + | Oliver Campbell, 4811 Clay Brooke Dr SE, Smyrna, GA 30082-5063 |
| 30593962 | + | Oliver Daugherty, 24018 Bethel Road, Tecumseh, OK 74873-6393 |
| 30593963 | + | Oliver Falquez, 14 Dogwood Dr, Howell, NJ 07731-3073 |
| 30593964 | + | Oliver Falquez-Goffio, 14 Dogwood Dr, Howell, NJ 07731-3073 |
| 30593965 | + | Oliver Farlow, 22 240th Street Southeast, Bothell, WA 98021-8713 |
| 30593966 | | Oliver Fearn, 63 Clarkegrove Road, Sheffield, ENGLAND S10 2NH, UNITED KINGDOM |
| 30593967 | | Oliver Haines, 12 Marshall Close, Cardiff, WALES CF5 2QQ, UNITED KINGDOM |
| 30593968 | | Oliver Hart, 2 Mead Close, Cheddar, ENGLAND BS27 3XN, UNITED KINGDOM |
| 30593969 | | Oliver Hauck, 6915 Netherland Dr, Liberty Township, OH 45044-9104 |
| 30593970 | + | Oliver Holm, 1969 Princeton Ave, Saint Paul, MN 55105-1526 |
| 30593971 | | Oliver Holmes, 1115 Mosspointe Dr, Roswell, GA 30075-4167 |
| 30593972 | | Oliver Hughes, Courtland road, Apt. 32, LIVERPOOL, ENGLAND L18 2EQ, UNITED KINGDOM |
| 30593973 | | Oliver J rck, Im Hohlst ck 42, Schwerte, Nordrhein-Westfalen 58239, GERMANY |
| 30593974 | + | Oliver Long, 2405 South Ola Vista, San Clemente, CA 92672-4361 |
| 30593975 | | Oliver Mackey, Apartment 110 Fresh, 138 Chapel Street, Salford, England, M3 6AF, UNITED KINGDOM |
| 30593976 | | Oliver Mohring, 101 Thare Crescent, Ottawa, Ontario K2J 2J1, CANADA |
| 30593977 | | Oliver Moller, 12 Talbot Avenue, Peterborough, England, PE2 7AT, UNITED KINGDOM |
| 30593979 | | Oliver Morrish, 354 Cranbrook Sq SE, Calgary, ALBERTA T3M 3K8, CANADA |
| 30593978 | | Oliver Morrish, 354 Cranbrook Square, Calgary, ALBERTA T3M3K8, CANADA |
| 30593981 | | Oliver Piper, 12 Manning Avenue, Highcliffe, England, BH23 4PW, UNITED KINGDOM |
| 30593982 | | Oliver Reindl, 4130 W Woodward Dr, Franklin, WI 53132-8461 |
| 30593983 | | Oliver Ring, 133 Oak Ave, Westville, NJ 08093-1115 |
| 30593984 | + | Oliver Riot, 814 E 31st st, Los Angeles, CA 90011-2007 |
| 30593985 | | Oliver Robinson, 28 Carlton Road, Southampton SO15 2HQ, UNITED KINGDOM |
| 30593986 | | Oliver Scherbl, Neusiedler Stra e 35-37, Apt. 20, Eisenstadt, BURGENLAND 7000, AUSTRIA |
| 30593987 | | Oliver Scholl, Luetzelsteiner Straaye 4, Apartment, Veldenz 54472, GERMANY |
| 30593988 | | Oliver Stofer, Oberseenerstrasse 110d, Winterthur, Zurich, 8405, SWITZERLAND |
| 30593989 | | Oliver Tomajko, 1801 Half Moon Bay Dr, Croton On Hudson, NY 10520-3122 |
| 30593991 | | Oliver Warren, 166 Bishop Road, Bristol, England, BS78NB, UNITED KINGDOM |
| 30593993 | + | Oliver Zerkel, 1466 N Douglas Ave, Springfield, MO 65802-1781 |
| 30593994 | + | Olivia Akerley, 1304 Mullins Street, Silver Spring, MD 20904-1519 |
| 30593995 | | Olivia Andrews, 260 Laurence Park Way, Nanaimo, BC v9r 6x8, CANADA |
| 30593996 | + | Olivia Asiala, 238 Gates Ave, Apt 3, Brooklyn, NY 11238-2080 |
| 30593997 | | Olivia Bailey, 7537 E Plata Ave, Mesa, AZ 85212-9728 |
| 30593998 | | Olivia Baldo, 63 Balsam St, Fairhaven, MA 02719-7053 |
| 30594000 | | Olivia Boudreau, 124 Olde Colonial Dr Apt 2, Gardner, MA 01440-4208 |
| 30594001 | + | Olivia Bowling, 600 legacy dr, Apt. 325, Plano, TX 75023-2212 |
| 30594002 | + | Olivia Brady, 1158 Main St, Santa Clara, CA 95050-4826 |
| 30594003 | | Olivia Bullock, 3419 BRAMBLEWOOD LN, FORT WAYNE, IN 46818-8735 |
| 30594004 | + | Olivia Cirillo, 1100 E Brighton Loop, #1601, Ellensburg, WA 98926-5435 |
| 30594005 | + | Olivia Coffin, 833 S 151st Ln, Goodyear, AZ 85338-3052 |
| 30594006 | | Olivia Cross, 2168 Upshaw Rd, Aylett, VA 23009-2817 |
| 30594007 | | Olivia Cullinan, 78 Etwell Street, East Victoria Park, WESTERN AUSTRALIA 61, AUSTRALIA |
| 30594008 | + | Olivia Dorow Hovland, 1406 Adams St NE, Unit 1, Minneapolis, MN 55413-1442 |
| 30594009 | | Olivia Dunn, 230 Coachmans Cv, Altamonte Springs, FL 32701-7315 |
| 30594010 | | Olivia Eliasson, Lekplatsvagen 8, Sundbyberg 172 71, SWEDEN |
| 30594011 | + | Olivia Esterkamp, 1031 Delta Ave, Apt 10, Cincinnati, OH 45208-3149 |
| 30594013 | | Olivia Ferraro, 32 Grand Teton Ave, Howell, NJ 07731-9000 |
| 30594014 | | Olivia Garnich, 5393 Ohio 286, Williamsburg, OH 45176 |
| 30594015 | + | Olivia Gatwood, 3908 DeLongpre Ave., Los Angeles, CA 90027-4732 |
| 30594016 | | Olivia Goins, 2302 UNIVERSITY AVE APT 250, MADISON, WI 53726-3886 |
| 30594017 | + | Olivia Grohe, 555 Mission Rock St, Apt 320, San Francisco, CA 94158-2147 |
| 30594018 | + | Olivia Gromacki, N79W17896 Tamarack Springs Circle, Apt. 3, Menomonee Falls, WI 53051-4095 |
| 30594020 | + | Olivia Harmann, 1744 Fairview Farms Circle, Wentzville, MO 63385-2763 |
| 30594021 | | Olivia Howard, 21122 Winchester Dr, Trabuco Canyon, CA 92679-3302 |

District/off: 0752-1                               User: admin                               Page 366 of 507

Date Rcvd: Jan 04, 2024                           Form ID: 309C                              Total Noticed: 30719

30594022   + Olivia Jarovich, 769 Virginia Avenue, Midland, PA 15059-1429
30594023     Olivia Johnson, 1428 Encino Ave Apt L, Monrovia, CA 91016-7566
30594024   + Olivia Kale, 4762 Fidler Ave, Long Beach, CA 90808-1123
30594025     Olivia Laflamme, 3 Fenwick Ave, Bowmanville, ONTARIO L1C4R6, CANADA
30594026     Olivia Maksymczuk, 10/46 Smith Street, Wollongong, NEW SOUTH WALES 2500, AUSTRALIA
30594029     Olivia Miller, 3149 W Vintage St, Monrovia, IN 46157-6143
30594030   + Olivia Morgan-Utie, 5455 Pinehurst Street, Springfield, OR 97478-5564
30594031     Olivia Nelson, 115 Heather Dr, Slidell, LA 70458-1225
30594032     Olivia Olivia, 8014 Hummingbird Holw Apt 4, Louisville, KY 40222-3886
30594033   + Olivia Reuter, 620 Kane St, Floor 2, Dundee, IL 60118-1261
30594035     Olivia Rodina, 1265 Horseshoe Cir, Minden, NV 89423-8835
30594036     Olivia Rogal, 625 Rhode Island Ave NE, Apt. 625, WA, DC 20001
30594038     Olivia Ross, 200 Wildcat Dr, Oil Springs, KY 41238-9107
30594037     Olivia Ross, 16045 FAIRFIELD DR, PLAINFIELD, IL 60586-8747
30594039   + Olivia Rutherford, 816 Richmond ave, Unit C, Houston, TX 77006-5549
30594041   + Olivia Smith, 3783 Oakley Lane, Greencaslte, PA 17225-8749
30594040   + Olivia Smith, 4015 Grandview Ave., St. Matthews, KY 40207-3219
30594042     Olivia Snellgrove, 1115 N Charles G Seivers Blvd Ste 17, Clinton, TN 37716-3965
30594043   + Olivia Sorensen, 19801 Meadow Ridge Dr, Apt 49, Trabuco Canyon, CA 92679-1408
30594044     Olivia Springer, 220 CHARLES AVE, STATEN ISLAND, NY 10302-1122
30594045   + Olivia Talton, 1418 Stetson Street, Orlando, FL 32804-5635
30594046   + Olivia Tarpey, 1630 Cheston Lane, Apt H, Hanover, MD 21076-1934
30594047   + Olivia Vicory, 700 3rd Ave S, Apt 613, Nashville, TN 37210-2350
30594048     Olivia Wang, 10740 154th Pl NE, Redmond, WA 98052-2565
30594049   + Olivia Warner, 54 Beverly Drive, Hillsborough, NJ 08844-3043
30594050     Olivia Wheeler, 712 N Maple St, Eaton, OH 45320-1531
30594052   + Olivia Wilson, 15509 SE Mill Plain blvd, Apt 90, Vancouver, WA 98684-4651
30594053     Olivia Withers, 18 Moore St, Apt. 12, Turner, AUSTRALIAN CAPITAL TERRITORY 261, AUSTRALIA
30593999   + Olivia bartram, 5405 Roberts Dr, Ashland, KY 41102-8332
30594051   + Olivia willis, 308 NW 67th, 44928, Seattle, WA 98117-5033
30594054     Olivier Hymers-Pare, 20 Chemin Lavoie, Val-des-Monts, Quebec J8N7N2, CANADA
30594055     Olivier Lacharit, 7788 Av Bloomfield, Apt. 6, MONTREAL, QUEBEC H3N 2H5, CANADA
30594056     Olivier Mayimba Mbua Lubamba, Th ophile Gautierstraat, 09, Apt. 09, Antwerpen, ANTWERP 2050, BELGIUM
30594058   + Ollie Kadel, 127 First Street, Coaldale, PA 18218-1304
30594059     Ollie Lee, 1722 Repass Rd, New Market, TN 37820-3226
30594061     Olly Wallace, Wood View Newnham Road, Hook, ENGLAND RG27 9LX, UNITED KINGDOM
30594060     Olly Wallace, Wood View Newnham Road, Hook, England, RG279LX, UNITED KINGDOM
30594062   + Omaha Performing Arts Society, 1200 Douglas Street, Omaha, NE 68102-1815
30594063     Omair Hamza, 1 Hill Croft, Bradford, England, BD13 3QR, UNITED KINGDOM
30594064   + Omaira Hashimee, 5753 Caribbean Ct, Haymarket, VA 20169-2562
30594065   + Omar, 1455 Sea Bluff Pl, F, Eureka, CA 95503-1202
30594066     Omar Alston, 9410 Onion Patch Dr, Burke, VA 22015-4509
30594067     Omar Barbarin, 2323 Tessa Ct, North Las Vegas, NV 89032-4856
30594068   + Omar Cardona, 600 E FM 1626, Apt. 3101, Austin, TX 78748-2693
30594069     Omar Fahmi, 187 Menahan St Apt 2L, Brooklyn, NY 11237-5151
30594070     Omar Garcia, 704 Brook Ave Apt 4G, Bronx, NY 10455-1389
30594071     Omar Hassan, 29 Kadina Crescent, Isabella Plains, Australian Capital Terr, AUSTRALIA
30594072   + Omar Hernandez, 3814 Louise Street, Lynwood, CA 90262-4436
30594073   + Omar Jr Meza-baeza, 2742 W Lawrence rd, Phoenix, AZ 85017-1214
30594074     Omar Khairy, Bundesratufer 2, Berlin, BERLIN 10555, GERMANY
30594075   + Omar Lira, 1060 Cherry Ave, Unit B, Long Beach, CA 90813-3910
30594076   + Omar Nunez, 2408 Penbrook Avenue, Harrisburg, PA 17103-1739
30594077   + Omar Rodriguez, 2849 Cameron Bay Drive, Lewisville, TX 75056-4539
30594078   + Omar Villanueva, 6149 Monica drive, Morrow, GA 30260-1558
30594079     Omer Alkaya, Peter-Debye-Weg 17, Room 309, Zurich, ZH 8049, SWITZERLAND
30594080   + Omni Cheer, 2525 N. 12th Street, Reading, PA 19605-2771
30594081   + Omoniyi Adelaja, 1935 Appaloosa Mill Circle, Buford, GA 30519-6614
30594082   + One Target Promotion Inc, 4308 Huggins St., San Diego, CA 92122-2604
30594083   + OneStop, 2686 Northridge Dr NW, Grand Rapids, MI 49544-9109
30594084   + Onofrito Distefano, 4553 N Deal Dr, Long Beach, CA 90807-1434
30594085   + Onome Uyovbievbo, 2801 Turk Blvd, Apt 106, San Francisco, CA 94118-4353
30594086   + Onur Hodel, 6240 Silver Bank St, Las Vegas, NV 89031-4207
30594088   + Opal Phillips, 9350 S Cimarron RD, #4069, Las Vegas, NV 89178-2542

District/off: 0752-1                    User: admin                    Page 367 of 507
Date Rcvd: Jan 04, 2024                Form ID: 309C                Total Noticed: 30719

30594089          Ophelia Bee, 320 W Elm Ave Apt 2, Stillwater, OK 74074-3263
30594091      +   Orbus, 9033 Murpy Rd, Woodridge, IL 60517-1100
30594092          Oregon Theater Management, Inc, Portland, OR 97209
30594093      +   Oren Leifer, 32 Harrison Street, Brookline, MA 02446-6958
30594094      +   Orietta Roperto, 8315 Park Blvd, Apt 4302, Miami, FL 33126-8045
30594096          Orion Bevinger, 649 E 5th Ave, Lancaster, OH 43130-3108
30594097          Orion Martinez, 850 Spyglass Dr, New Braunfels, TX 78130-2467
30594098          Orlando Juarez, 1967 Broadway St, Wasco, CA 93280-2722
30594099      +   Orpheum Theater Manager, LLC, 129 Roosevelt Way, New Orleans, LA 70112-2501
30594100      +   Orta, 1637 Winters RD, IN, IN 46819-9750
30594101      +   Oruz Reyes, 935 Thoma St., Reno, NV 89502-1929
30594102          Osbaldo Rivera, 1030 SW 11th St Unit 113, Hermiston, OR 97838-9428
30594103          Oscar Becerra, 11976 E 37th Pl, Tulsa, OK 74146-2813
30594104      +   Oscar G, 1408 Braes Ridge Dr, B, Austin, TX 78723-1804
30594105          Oscar Gaytan, 4900 E Oltorf St Apt 121, Austin, TX 78741-7613
30594106      +   Oscar Guzman, 2906 S 108th Dr, Tolleson, AZ 85353-9102
30594107          Oscar Jofre, 4153 N Via Villas, Tucson, AZ 85719-1064
30594108      +   Oscar Jordan, 582 SE 35TH AVE, HOMESTEAD, FL 33033-7484
30594109      +   Oscar Mendez, 6012 50th st NE, Marysville, WA 98270-7528
30594110          Oscar Ramirez, 4058 Pebble Brooke Cir, Orange Park, FL 32065-8204
30594111          Oscar Rendon, 5401 W 30th Pl, Cicero, IL 60804-3502
30594112      +   Oscar Sinitsa, 1851 Geneva Place, Sacramento, CA 95825-1314
30594113          Oscar Sweeney, 105 Panoramic Rd, North Balwyn, Victoria, 3104, AUSTRALIA
30594114          Osian Evans, 122, Madison Court, Salford, England, M6 5TN, UNITED KINGDOM
30594115      +   Osiris Duvall, 54 Baldwin St, Nashua, NH 03064-2584
30594116          Oskar Boore, 309 Perymans Road, Lincoln, Canterbury 7672, NEW ZEALAND
30594117      +   Oslo Schaller, 19 Shady Brook Rd Ext, New Hartford, CT 06057-2934
30594118      +   Oswaldo Jimenez, 2700 SW 130th Terrace, Davie, FL 33330-1259
30594119      +   Oswaldo Romo, 5563 Laredo Way, Denver, CO 80239-7019
30594120          Otha Graham, 4733 Bonnell Ave, Fort Worth, TX 76107-6820
30594121      +   Othon DeAssis, 551 Edgefield Drive, Marion, OH 43302-5809
30594122      +   Otilia Camey, 61 Rossmore Place, 1, Belleville, NJ 07109-2615
30594123          Otter Bustard, 8 Birkenburn Road, Cumbernauld, Glasgow, Scotland G67 3QS, UNITED KINGDOM
30594124      +   Otto Cap, 4665 Coates Drive, Fairburn, GA 30213-2985
30594125          Otto Hagaman, 4050 Fischer Rd, Bartlett, TX 76511-4024
30594126      +   Otto Henriquez, 3412 Bo Jeremy Drive, Orlando, FL 32822-5750
30594128      +   Overnight Line, 107 W Tidewater Dr, West Branch, IA 52358-9413
30594129          Owen Andrew, 735 ROCKY CREEK TER, BRENTWOOD, CA 94513-1833
30594130          Owen Carroll, 99 S Broadway Apt 139, Denver, CO 80209-1790
30594131      +   Owen Clough, 27 Scott Drive, Hillsborough, NJ 08844-3000
30594132          Owen Craig, 14 Sherwood Drive,, Bonnyrigg, Scotland EH19 3LN, UNITED KINGDOM
30594133          Owen Eastman, 109 WINDMERE DR, CHATTANOOGA, TN 37411-1822
30594135          Owen Gerrard, 720 Main Street, Apt. 10, Saskatoon, SK S7H0K1, CANADA
30594136          Owen Griswold, 2315 Ryan Ave, Winthrop, IA 50682-9524
30594137      +   Owen Hobson, 448 Inverness Dr, Pacifica, CA 94044-2037
30594138          Owen Hurysz, 24 Marna Ln, Niverville, NY 12130-1818
30594139      +   Owen Jones, 462 Redwood Drive, Pasadena, CA 91105-1343
30594140          Owen Keenan, 1075 CREEKSIDE XING, STILLWATER, MN 55082-9623
30594141          Owen Kilian, 3410 Tilton St, Philadelphia, PA 19134-6020
30594142          Owen Likely, 17 Kildee Rd, Belle Mead, NJ 08502-5708
30594143      +   Owen McAteer, 565 Escuela Ave, Apt 1, Mountain View, CA 94040-2025
30594144          Owen O Shaughnessy, 6 Arbour Butte Place NW, Calgary, ALBERTA T3G4N5, CANADA
30594145          Owen O'Riordan, 2546 bluebell ave., Coquitlam, BRITISH COLUMBIA V3E 2H5, CANADA
30594146      +   Owen Plagge, 2935 Woodburn Ave, Apt L, Cincinnati, OH 45206-1483
30594147          Owen Popoff, Box 540, Canora, Saskatchewan, S0A 0L0, CANADA
30594148      +   Owen Rail, 1599 Parkview Ave, Seaford, NY 11783-1940
30594149          Owen Reid, 1721 SE Alder Lane Dr, Toledo, OR 97391-2007
30594150          Owen Rogers, 1853 Klamath Road, San Luis Obispo, CA 93410
30594151      +   Owen Romano, 12 Winding Cove Rd, Ashburnham, MA 01430-1091
30594152          Owen Sims, 23 Oaklands Close, Verwood, England, BH31 6NZ, UNITED KINGDOM
30594153          Owen Stamp, 5959 HAROLD ST, TAYLOR, MI 48180-1178
30594154      +   Oxford Pennant, 731 Main St., Buffalo, NY 14203-1321
30594155          Oz Ben Moshe, Derech Zarfat 74, 19, floor 0, Haifa, Haifa 3543616, ISRAEL

District/off: 0752-1                    User: admin                              Page 368 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                          Total Noticed: 30719

30594156          Oz Enz, 4959 N Tioga Way, Las Vegas, NV 89149-5833
30594157        + Oz Nardecchia, 3307 3rd Ave W, MS 1488, Seattle, WA 98119-1940
30594158          Ozlyn Smith, 107 Walton Ave, Carlisle, PA 17013-1242
30594159          Ozzie Harms, 214 Kirkpatrick Crescent, Saskatoon, SASKATCHEWAN S7L 6ZA, CANADA
30594160          P ter Dorka, R szkei utca 29., Szeged 6725, HUNGARY
30594161        + P Grissom, 12500 Cliff Edge DR, Herndon, VA 20170-2061
30594179        + PAIGE Casey, 41 SUNSET DRIVE, Ossining, NY 10562-2101
30594449        + PAUL SHOSTED, P.O. BOX 399, HUMBOLDT, AZ 86329-0399
30594518          PEGGY PRESLEY, 5247 Nature Dr, Sun Prairie, WI 53590-9254
30594562          PETER CHARALAMBOUS, 563 Ardsley Blvd, Garden City South, NY 11530-5639
30594721        + PJ Sykes, 5307 hill dr, Henrico, VA 23228-5940
30594730        + PMGOA, 4771 Sweetwater Blvd, Ste 241, Sugar Land, TX 77479-3121
30594731        + PMS Promo Mart, 14145 Proctor Ave, Suite 5B, La Puente, CA 91746-2841
30594732        + PMTraitors, LLC, 2184 Seneca Drive South, Merrick, NY 11566-3610
30594799       #+ PSH Sports, 21376 NE Evelyn Pl., Bend, OR 97701-7292
30594801          PTG Live Events, LLC, 71 N Plankinton Ave, Milwaukee, WI 53203
30594162          Pablo Diaz, 5/22/2024, Terrace Rd, Dulwich Hill, NEW SOUTH WALES 2203, AUSTRALIA
30594163        + Pablo Gonzalez, 8222 kingsbrook rd, Apt. 355, Houston, TX 77024-3348
30594164          Pablo Herrera Valero, Calle Sustancia 9a, Malaga 29190, SPAIN
30594165          Pablo Moreno, 574 Oak St, Elk Grove Village, IL 60007-4210
30594166          Pablo Narvaez, 1614 Navarro Ave, Pasadena, CA 91103-1542
30594168        + Pablo Rodriguez, 10332 Luella Ave, El paso, TX 79925-4365
30594169        + Pabst Theater Foundation, Inc., 710 N Plankinton Ave 9th Fl, Milwaukee, WI 53203-2418
30594170        + Pabst Theatre Foundation, Inc., 710 N. Plankinton Ave - 9th Floor, Milwaukee, WI 53203-2417
30594171        + Pacey Heath, 5135 Kendall Drive, Macon, GA 31210-3025
30594172        + Pack Records, 287 Park Avenue South, Suite 402, New York, NY 10010-4573
30594174        + Paden, 9068 Posada Way, Sacramento, CA 95826-4130
30594175          Padraig Evans, Rathcormac townland rathcormac, Cork, Cork P61 N998, IRELAND
30594177          Paige Banaghan, 29 Balmoral Avenue, Rushden, ENGLAND NN10 OBE, UNITED KINGDOM
30594178        + Paige Bauswell, 114 Forestwood Drive, Griffin, GA 30223-6441
30594180          Paige Conner, 132 Cedar Tree Rd, McKee, KY 40447-7927
30594181        + Paige Corsello, 375 N Addison Ave, Elmhurst, IL 60126-2307
30594182        + Paige Gutierrez, 1247 1/2 N. Virgil Ave, Los Angeles, CA 90029-2052
30594183        + Paige Habener, 1820 Adams Ave, San Diego, CA 92116-1206
30594184        + Paige Hanley, 720 Adams St, Apt 3, Hoboken, NJ 07030-2873
30594185        + Paige Heinemann, 920 Woodmont Blvd, L8, Nashville, TN 37204-3336
30594186        + Paige Hillegass, 9505 Mountainair Ave, LAS VEGAS, NV 89134-6220
30594187          Paige Kringlen, 9150 SW Oregon Jade Ln, Beaverton, OR 97007-8955
30594188          Paige Lindsey, 3325 S Kelly Ave, Portland, OR 97239-4627
30594189        + Paige McAuliffe, 3801 Stone Way N, Apt 416, Seattle, WA 98103-8086
30594190        + Paige Merrill, 10 Patrick Ct, Oroville, CA 95965-4379
30594191        + Paige OKeefe, 24 Winter Cir, Rockland, MA 02370-7222
30594192          Paige Phillips, 99 Avon Dam Road, Bargo, New South Wales 2574, AUSTRALIA
30594193        + Paige Randle, 205 North Kelsey Avenue, Evansville, IN 47711-6055
30594194        + Paige Reeves, 8711 N Chestnut Ave, Apt. 302, Kansas City, MO 64156-2979
30594195          Paige Rudolph, 1033 Bluff Ave E, Shakopee, MN 55379-1638
30594196          Paige Sharek, 189 Stony Point Dr, Sebastian, FL 32958-6487
30594197          Paige Shotter, 15d Fitzroy Road, New Plymouth, TARANAKI 4312, NEW ZEALAND
30594198          Paige Steen, 14385 highway 75, Mckenzie, TN 38201
30594199          Paige Taylor, 3602 N Washington St Apt C46, Stillwater, OK 74075-1337
30594200        + Paige Toth, 5215 Cline Rd, Unit A, Kent, OH 44240-7072
30594201        + Paige Velemirovich, 323 S Home Ave, APT 207, Pittsburgh, PA 15202-2819
30594202          Paige Vizzini, 229 Edna St, Poland, OH 44514-3705
30594203        + Paige Welch, 124 South Kendall Avenue, A, Kalamazoo, MI 49006-5229
30594204        + Paige Wiggins, 601 Vista Ln, Lot 1, Edmond, OK 73034-6366
30594205          Paige Yuen, 87 Highfield Ave, Aberdeen, NJ 07747-1058
30594208        + Palace Theatre, 701 1st Ave N, Minneapolis, MN 55403-1327
30594207        + Palace of Fine Arts League, INC, 3301 Lyon St, San Francisco, CA 94123-1002
30594210          Palmer Egan, 426 Main St, Brewster, MA 02631-1001
30594211        + Palmer, Leo, 201 N GARLAND CT, UNIT 701, CHICAGO, IL 60601-3717
30594212          Paloma Leaman, 1347 Corydon Ave, Spring Hill, FL 34609-5937
30594213          Pam Capone, 11350 Foothill Blvd Unit 34, Sylmar, CA 91342-6763
30594214        + Pam Kolbe, 6220 E Exeter Blvd, Scottsdale, AZ 85251-3060

District/off: 0752-1                              User: admin                                   Page 369 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                Total Noticed: 30719

30594215        Pam Streich, 2175 Ashcreek Ave, Lewis Center, OH 43035-8451
30594216    +   Pam Weekley, 1680 Hammond Park Drive, C, WELLSVILLE, OH 43968-9766
30594217    +   Pamela Ayala, 33 Weirfield St. #1, Brooklyn, NY 11221-4820
30594218    +   Pamela Becker, 1905 SE Harold St, Portland, OR 97202-4934
30594220    +   Pamela Filler, 908 Wexford Ct, Libertyville, IL 60048-3059
30594221        Pamela Hedgepath, 3072 VILLAGE RIDGE DR, GASTONIA, NC 28056-7943
30594222    +   Pamela Jones, 28341 N ZIRCON DRIVE, San Tan Valley, AZ 85143-4571
30594223        Pamela Lamto, 227 WARREN ST, NEEDHAM, MA 02492-2945
30594224    +   Pamela Lynn Brincko, 291 Lake Pointe Cir Cr, Canfield, OH 44406-8772
30594225        Pamela MacKenzie, 24793 Sutherland Dr, Novi, MI 48374-3141
30594226    +   Pamela Moronta, 80 McClellan Street, 1, The Bronx, NY 10452-8641
30594227    +   Pamela Muhart, 1913A Upland Drive, Nashville, TN 37216-4111
30594228        Pamela Runk, 139 Beech St, Holland, MI 49424-6512
30594229        Pamela Small, 13869 Dearborn Cir, Fishers, IN 46038-7470
30594230        Pamela Smith, 1925 Bacons Bridge Rd Lot 69, Summerville, SC 29485-3232
30594231    +   PandaDoc Inc., 3739 Balboa St, # 1083, San Francisco, CA 94121-2605
30594232    +   Pandora Frey, 17220 W 16th Ave, Golden, CO 80401-2758
30594233        Paola Puchana Timana, Carrera 22B # 2 sur - 35, Torre 1 - Apartamento 206, Pasto, NARINO 520001, COLOMBIA
30594234    +   Paola Torres, 7080 45th Ave w, Apt 15, bradenton, FL 34210-2546
30594235        Paolo Ferrier, 4 Corby Street, Birkby, Huddersfield, England HD2 2SE, UNITED KINGDOM
30594236    +   Paparatto, 540 Parker St, Newark, NJ 07104-1512
30594237        Papi Chulo, 2751 FM 518 Rd E Apt 1108, League City, TX 77573-4355
30594238    +   Parie Wood, 4128 Penniman Ave, Oakland, CA 94619-1717
30594239    +   Paris Jerome, 11 Fundus Road, West Orange, NJ 07052-3510
30594241    +   Parker Bradish, 7887 N La Cholla BLVD, Apt 1055, Tucson, AZ 85741-4351
30594242    +   Parker Brower, 3908 N Grant St, Westmont, IL 60559-1106
30594243        Parker Dick, 120 E Birch Ave, Atwood, IL 61913-7127
30594244    +   Parker Forster, 120 Colchester Avenue, Apt 3, Burlington, VT 05401-1456
30594245    +   Parker Graves, 1033 West Woodridge Dr, Waxahachie, TX 75165-6909
30594246        Parker Highley, 10717 Waycross Ave, Louisville, KY 40229-5310
30594247    +   Parker Johnson, 306, Scott Road, White Plains, KY 42464-9361
30594249    +   Parker Lemke, 1288 N 860 w, Pleasant Grove, UT 84062-9624
30594250        Parker Oks, 3327 Trickling Stream Cir, Las Vegas, NV 89117-6716
30594251    +   Parker Owens, 248 Erin Place, Apt. 201, Springdale, AR 72764-3773
30594252        Parker Rogers, 3114 Normandy Rd, Seaside, CA 93955-6332
30594253        Parker Rowell, 27007 Eldon Dr, Evans Mills, NY 13637-3213
30594254        Parker Rudolph, 25115 Harper Ln Apt 303, Spring, TX 77380-4323
30594255    +   Parker Traasdahl, 3047 E. Kramer St, Mesa, AZ 85213-3111
30594256        Parker Tribble, 975 Old Elizabethtown Rd, Elizabethtown, PA 17022-9574
30594257        Parker Westerhoff, 5055 Greenlane Road, Apt. 440, Beamsville, ONTARIO L3J 2J3, CANADA
30594258        Parker White, 237 Utica Ave Apt 4R, Brooklyn, NY 11213-5881
30594248    +   Parker kreshon, 3816 McKenzie pass way, Apt. 203, Salem, OR 97305-3884
30594259    +   Parlier, Alyssa, 3823 N BERNARD ST, APT. 2, CHICAGO, IL 60618-3213
30594260    +   Parnell Steide, 12886 French marker dr., Riverview, FL 33579-9417
30594261    +   Paro - US, 343 W. Erie St, Suite 600, Chicago, IL 60654-5789
30594262        Parsa Shorofi, 8/90 Jeffcott Street, North Adelaide, SOUTH AUSTRALIA 5006, AUSTRALIA
30594263    +   Partisan Records, 281 N 7th St #2, Brooklyn, NY 11211-2186
30594264        Parys, 2418 E Broadway, Apt. 204, Vancouver, British Columbia, V5M 4T9, CANADA
30594265        Pascal Hoeve, Dracht 130A, Heerenveen 8442 BX, NETHERLANDS
30594266        Pascal Karfer, Corneliusstr. 84, T nisvorst, 47918
30594267        Pascal Schipke, An d' Logeree 1, Schortens 26419, GERMANY
30594268        Pascal Strauch, Tessenowstra e 14a, Berlin 13437, GERMANY
30594269    +   Pasquale Rummo, 130 Parker Ave, Easton, PA 18042-1361
30594270    +   Passaro, Shannon, 803 DIVISION ST., APT. 907, NASHVILLE, TN 37203-5092
30594271    +   Passport Global Inc., 3790 El Camino Real #854, Palo Alto, CA 94306-3314
30594272    +   Pastel, 1120 S Grand Ave, #1510, Los Angeles, CA 90015-4393
30594273    +   Pat Clancy, 64 Inlet Rd, Hampton Bays, NY 11946-1569
30594274        Pat Drumgould, 187 Wimbledon Lake Dr, Plantation, FL 33324-2442
30594275    +   Pat Roche, 450 E. Ohio St., Apt. 303, Indianapolis, IN 46204-2676
30594276    +   Pat Tomlinson, 1026 Spotswood Ave, Norfolk, VA 23507-1234
30594277    +   Pat Vardell, 14 Greenpointe, San Marcos, TX 78666-4088
30594278        Patches O Hoolihan, 656 ALTONA DR, BLACKLICK, OH 43004-7102
30594279        Patience Cross, 5600 Creekview Dr, Jonesboro, AR 72404-7110

District/off: 0752-1                          User: admin                                    Page 370 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30594280      + Patrena Witt, 8680 N. Glenn Ave., Apt. 284, Fresno, CA 93711-6948
30594281      + Patrice Berry, 1501 N Cherry St., Apt. 28, Chico, CA 95926-3764
30594282        Patrice Monaghan, 171 Fernhill, Arklow, Wicklow Y14 AX67, IRELAND
30594283      + Patrice Swick, 529 West 6th Street, Apt 5, Erie, PA 16507-2547
30594284      + Patricia, 4305 fir tree rd se, Olympia, WA 98501-9640
30594285        Patricia Buck, 1635 Madrona St E, Monmouth, OR 97361-6402
30594286      + Patricia Bean, 232 Berryknoll Dr, NW, Calabash, NC 28467-1813
30594287      + Patricia DeCastro, 932 Caldwell Ave, Union, NJ 07083-6736
30594288      + Patricia Hayes, 314 Cape Fear Blvd, UNIT 2, Carolina Beach, NC 28428-5129
30594289      + Patricia Janssen, 5118 Jason St, Houston, TX 77096-1418
30594290        Patricia Jantzi, 30 Tobruk Cres, North York, Ontario M2M 3B4, CANADA
30594291        Patricia Kusen, 13319 W Aleppo Dr, Sun City West, AZ 85375-4903
30594292      + Patricia Lomelin, 7882 Holt Drive, Apt. 5, Huntington Beach, CA 92647-7600
30594293        Patricia Morales, 440 Chambers St Apt 123, El Cajon, CA 92020-3291
30594294      + Patricia Schmidt, 145 Elting Rd, Catskill, NY 12414-6731
30594295      + Patricia Schulz, 15711 Robinwood Dr, Minnetonka, MN 55345-1425
30594296        Patricia Smith, 6307 W Kings Ave, Glendale, AZ 85306-1608
30594297      + Patricia Tran, 590 N Earlham Street, Orange, CA 92869-2674
30594298      + Patricia Viescas, 4653 Aragon Drive, San Diego, CA 92115-4118
30594299        Patricio Maldonado Quispe, Th kurova 550/1, Praha 160 00, CZECH REPUBLIC
30594300        Patrick Bagby, 2663 Willowlawn St, Roanoke, VA 24018-2528
30594301        Patrick Balogh, 11941 EAGLE BLUFF CIR, RALEIGH, NC 27613-6000
30594302        Patrick Barry, 238 E 111TH ST APT 4B, NEW YORK, NY 10029-2914
30594303      + Patrick Bijou, 242 urban ave, Westbury, NY 11590-3851
30594304      + Patrick Burns, 23 W Chicago Ave, Apt 1710, Chicago, IL 60654-3212
30594305        Patrick Carmichael, 115 Stanwix St Apt 711, Brooklyn, NY 11206-4247
30594306        Patrick Carroll, 21044 Willowbrook Dr, Ashburn, VA 20147-4423
30594307        Patrick Chayer, 416 Sedan Crescent, Oshawa, ONTARIO L1H 3G3, CANADA
30594308        Patrick Chayer, 416 sedan Cresent, Oshawa, ONTARIO L1H 3G3, CANADA
30594309      + Patrick Conrad Daigle, 5512 Starlight Avenue, Oceanside, CA 92057-4665
30594310      + Patrick Crowson, 741 Fulton St, Apt. 3, Brooklyn, NY 11217-4802
30594311      + Patrick D Kuhl, 4340 E Siesta Lane, Phoenix, AZ 85050-3746
30594313        Patrick DeVries, 2415 DRAWBRIDGE DR, ARLINGTON, TX 76012-5412
30594312      + Patrick Dempsey, 104 E Kirkwood Ave, Apt 207, Bloomington, IN 47408-3333
30594314      + Patrick Dinsmore, 502 Garfield Ave, Birdsboro, PA 19508-2145
30594315      + Patrick Droney, P.O. Box 340020, Nashville, TN 37203-0020
30594317        Patrick Endsley, 548 E Summit St Apt 309, Kent, OH 44240-3914
30594318        Patrick Freund, 1907 N Bell Ave, Denton, TX 76209-2006
30594319        Patrick George, 137 Dallas Court, Middlesbrough, England, TS8 9JB, UNITED KINGDOM
30594320      + Patrick Ghadban, 10 moore st, Apt #1, Somerville, MA 02144-2421
30594321      + Patrick Gibson, 941 Stanyan St, San Francisco, CA 94117-3806
30594322      + Patrick Gilchrist, 2345 Main Street, Apt. 306, Superior, CO 80027-1588
30594323        Patrick Green, 4 Warburton Street, Roelands, WESTERN AUSTRALIA 6226, AUSTRALIA
30594324        Patrick H fer, Wertachstra e 35, Senden, BAYERN 89250, GERMANY
30594325        Patrick Hall, 11117 Hartsook St Apt 211, North Hollywood, CA 91601-3842
30594327      + Patrick J Price, 2616 Avenida Del Vista, Apt. 101, Corona, CA 92882-6221
30594328      + Patrick J Wilson, 25 Barringer Dr., Hamlin, NY 14464-9303
30594329      + Patrick Jurczewski, 1960 N Lincoln Park W, Apt 1212, Chicago, IL 60614-6529
30594330        Patrick Kelly, 4475 Y Street, Washougal, WA 98671-7474
30594331      + Patrick Kennedy, 3185 Oriole Street, Springfield, OR 97477-7586
30594332        Patrick Kline, 41 Choate Ave, Buffalo, NY 14220-1924
30594333        Patrick Koidal, 214 S Bell Ave Apt 1303, 1303, Denton, TX 76201-4273
30594334        Patrick Lange, 16015 Quapaw St NW, Andover, MN 55304-2224
30594335        Patrick Lydon, 109 Knotty Pine Trl, Ponte Vedra Beach, FL 32082-3024
30594336        Patrick Madden, 1849 Heldsberg Dr, Charleston, SC 29414-8122
30594337        Patrick Marques, 13815 Honey Run Way, Colorado Springs, CO 80921-2972
30594338        Patrick Marshall, 1733 Ross Cir Apt 2, San Jose, CA 95124-4635
30594340        Patrick McDowell, 3418 Timberside Dr, Powell, OH 43065-6929
30594341        Patrick McNeil, 514 S Scott St Unit 4, Spokane, WA 99202-2369
30594339      + Patrick Mccolgan, 3871 kioka ave, Columbus, OH 43220-4538
30594342      + Patrick Mercer, 440 West St, Lansing, MI 48915-1102
30594344        Patrick Munoz, 8626 Strub Ave, Whittier, CA 90605-1544
30594345      + Patrick O Keefe, 2502 Parker Ave, Silver Spring, MD 20902-2764

District/off: 0752-1                         User: admin                              Page 371 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                         Total Noticed: 30719

30594346   + Patrick O'Brien, 3015 Sheffield Drive, Plymouth Meeting, PA 19462-7129
30594347   + Patrick O'Connor, 237 Elgin Ave, Apt 1, Forest Park, IL 60130-1392
30594348     Patrick O'Connor, 1521 Sunburst Dr, Fort Worth, TX 76140-3117
30594349     Patrick OHare, 3534 Grand Ave S Apt 102, Minneapolis, MN 55408-4367
30594350   + Patrick Parker, 87 Glendale St., Worcester, MA 01602-2837
30594351   + Patrick Peach, 1400 Baker Street, Charlottesville, VA 22903-3708
30594352   + Patrick Philip Gilson, 6031 Carlatun St, Westerville, OH 43081-8091
30594353   + Patrick Rollins, 5372 Rose Ridge Ln, Colorado Springs, CO 80917-4215
30594354   + Patrick Ross, 13074 Wembly Cir, Carmel, IN 46033-2465
30594355     Patrick Ryder, 506 OLD BATH RD, BRUNSWICK, ME 04011-3518
30594356   + Patrick Scragg, 848 Chester Road, Charleston, WV 25302-2818
30594357     Patrick Seibel, 31000 S Woodland Rd, Pepper Pike, OH 44124-5815
30594358   + Patrick Seute, 2232 Astoria Cir, APT 402, Herndon, VA 20170-5936
30594359     Patrick Small, 2130 N DELAWARE ST, INDIANAPOLIS, IN 46202-1532
30594360   + Patrick Smith, 62 Queensberry St., Apt. 202, Boston, MA 02215-5141
30594361   + Patrick Smotherman, 1902 Springdale Avenue, Shelbyville, TN 37160-2042
30594363   + Patrick Steaples, 2507 Greenlawn Pkwy., Austin, TX 78757-2128
30594364     Patrick Steimer, 612 Spanish Oak Dr, Acworth, GA 30102-7624
30594365   + Patrick Sullivan, 2054 N Campbell Ave, 2F, Chicago, IL 60647-6269
30594366   + Patrick Talbot, 2708 Agnes way, Merced, CA 95340-3136
30594367   + Patrick Talvi, 1 Ely Park Blvd, A2, Binghamton, NY 13905-1479
30594368   + Patrick Tecza, 13901 Whitelaw St, Ozone Park, NY 11417-2726
30594369   + Patrick Thomas Canning, 122 West 2nd Avenue, APT 1 FL, Conshohocken, PA 19428-1836
30594371   + Patrick Ward, 1202 S 14th St, OZARK, MO 65721-9027
30594372     Patrick Watson, 9136 Liptonshire Dr, Dallas, TX 75238-2714
30594373   + Patrick Werner, 1414 pine street, Apt. 19, La Crosse, WI 54601-3692
30594374   + Patrick White, 471 nuthatch Way, Lindenhurst, IL 60046-4957
30594375   + Patrick Wilkins, 9481 Forbes Field ct, Las Vegas, NV 89148-4600
30594376   + Patrick Woodworth, 1007 Oxborough Dr., Katy, TX 77450-2917
30594377   + Patrick Worth, 12832 Garden Grove Blvd ste D, Garden Grove, CA 92843-2014
30594316     Patrick dyett, 7 bramley CT Kew, Kew, Victoria, 3101, AUSTRALIA
30594343   + Patrick michael Bray, 6275 S Moson RD, Hereford, AZ 85615-9380
30594370   + Patrick vinson, 15726 Lake Drive, 3BL, Oak Forest, IL 60452-5119
30594378     Patrik Grankvist, Tyvikatu 5 C 30, Tampere, Pirkanmaa 33340, FINLAND
30594379     Patrik Myskerik, Trida Marsala Malinovskeho 761, Uherske Hradiste 686 01, CZECH REPUBLIC
30594380   + Patrycja Gonzalez, 9535 15th Bay St, Apt B, Norfolk, VA 23518-6210
30594381   + Patti Dziekan, 3941 Brentwood Road, Pittsburgh, PA 15236-1233
30594382     Patti Nyien, 830 Franklin St, Westmont, IL 60559-1211
30594383   + Patti Tobin, 121 Gainsboro Road, Lawrenceville, NJ 08648-3917
30594384     Patti Turpin, 1917 Victory Palm Dr, Edgewater, FL 32141-3719
30594385     Patti walsh-zauzig, 11270 CROCKER GROVE LN, GOLD RIVER, CA 95670-4524
30594386     Patty Broderick, 68 Southpoint Dr, Lancaster, NY 14086-3332
30594387     Patty Chapman, 5232 Fairmount Ave, Downers Grove, IL 60515-5022
30594388   + Patty Lillie, 8323 Autumn Hill Terrace, Apt. 101, Raleigh, NC 27617-1847
30594389   + Paul & Laura Sargeant, 1165 5th St, St Augustine, FL 32095-5750
30594390   + Paul A Rachor, 10127 Elm Lane, Corcoran, MN 55374-2800
30594391   + Paul Abrahams, 2216 Hollywood Way, Sacramento, CA 95822-2117
30594392     Paul Aldana, 15 Pasir Ris Grove Coco Palms, #08-18, Singapore, Singapore, S518142, SINGAPORE
30594393   + Paul Alvarez, 2455 Union Blvd., Apt. 2G, Islip, NY 11751-3149
30594394     Paul Alvarez, 227 Gansevoort Blvd, Staten Island, NY 10314-5103
30594397     Paul Baumann, 949 Main St Apt 7, Woburn, MA 01801-1256
30594398     Paul Berberian, 21 Elizabeth St, Fairhaven, MA 02719-4603
30594399   + Paul Berruti, 15111 25th Ave W, Lynnwood, WA 98087-5441
30594400     Paul Boillot, 216 Pine St, Villa Park, IL 60181-2233
30594402     Paul Bonasera, 250 John H McConnell Blvd, Unit 245, Columbus, OH 43215
30594401   + Paul Bonasera, 250 Daniel Burnham Square, Unit 245, Columbus, OH 43215-2693
30594403     Paul Brannigan, Eastwood Lane, Whiteley Royd Barn, Todmorden, ENGLAND OLI4 8RS, UNITED KINGDOM
30594404   + Paul Bryant, 105 Woodside Dr, Rockingham, NC 28379-8011
30594405     Paul Calvin, 6434 Sunnyland Ln, Dallas, TX 75214-3121
30594406     Paul Cullum, 2 The Grove, Paignton TQ4 7DL, UNITED KINGDOM
30594407   + Paul D Balog, 257 West Hazelhurst Street, Ferndale, MI 48220-1822
30594408     Paul D Oliphant, 454 SOUTHCHESTER LN, HOUSTON, TX 77079-7007
30594409   + Paul Dabrowski, 584 East Avondale Road, West Grove, PA 19390-9704

District/off: 0752-1        User: admin        Page 372 of 507

Date Rcvd: Jan 04, 2024        Form ID: 309C        Total Noticed: 30719

| | | |
|---|---|---|
| 30594410 | | Paul Donovan, 717 Valley Drive #B1, Hermosa Beach,, CA 90254-4612 |
| 30594411 | | Paul Fellenberg, Kirchstr., Apt. 6, Kandern, BADEN-WURTTEMBERG 79400, GERMANY |
| 30594412 | | Paul Ferguson, 1916 Yorktown S, West Norriton, PA 19403-3523 |
| 30594413 | + | Paul Ford, 912 Letnes Dr, Grand Forks, ND 58201-6844 |
| 30594414 | | Paul Frazer, 5002 Central Ave, Indianapolis, IN 46205-1058 |
| 30594415 | | Paul Frey, 8306 East 900 South, Lafayette, IN 47909 |
| 30594416 | + | Paul Friedman, 322 Mountain Ave, Monroe, NY 10950-1114 |
| 30594417 | + | Paul Gomez, 960 W Cullerton St., APT 3BR, Chicago, IL 60608-3478 |
| 30594418 | | Paul Gross, 33 Hillview Ct, Fairfield, PA 17320-8599 |
| 30594419 | | Paul Gurling, 11 Kilmaurs Drive, Giffnock, Giffnock, Glasgow, Scotland G46 6ET, UNITED KINGDOM |
| 30594420 | #+ | Paul Hernandez, 835 N. Bishop Ave., Apt. 10, Dallas, TX 75208-4255 |
| 30594421 | + | Paul Hersh, 3988 Skeleton Cyn Cir, Westlake Village, CA 91362-4229 |
| 30594422 | + | Paul Hoberek, 205 Adirondack Way, Simpsonvilld, SC 29681-4339 |
| 30594423 | | Paul Holland, 611 Germander Ct, Greer, SC 29651-6949 |
| 30594424 | + | Paul House IV, 1561 W Riverview Ave, Decatur, IL 62522-2737 |
| 30594425 | + | Paul J Chase, 3512 Country Hill Drive, Fairfax, VA 22030-1818 |
| 30594426 | # | Paul Jones, 3809 W Chenango Ave, Littleton, CO 80123-1642 |
| 30594427 | + | Paul Kustera, 2833 Wisteria Dr, Hoover, AL 35216-4611 |
| 30594428 | | Paul Laird, 40/1,MARCHMONT CRESCENT, EDINBURGH, MIDLOTHIAN, Scotland, EH9 1HG, UNITED KINGDOM |
| 30594429 | + | Paul Lucia, 12746 W Audi Ct, Boise, ID 83713-0528 |
| 30594430 | + | Paul Marquez, Campus Ave, 1332, Redlands, CA 92374-3805 |
| 30594431 | | Paul McMillan, 1269 Shettleston Road, Flat 2/1, Glasgow, SCOTLAND G32 7NG, UNITED KINGDOM |
| 30594432 | + | Paul Merkamp, 8727 Arbor Lake Dr, Apt 1313, Indianapolis, IN 46268-4288 |
| 30594433 | + | Paul Mitchell, 439 N Highland Ave NE, Apt 17, Atlanta, GA 30307-1485 |
| 30594434 | + | Paul Moore, 17135 E Opal Ct, Reno, NV 89508-6497 |
| 30594435 | + | Paul Mullen, 13 Glenwood Dr., Napa, CA 94559-1020 |
| 30594436 | | Paul Neiman, 3218 E 54TH ST, MINNEAPOLIS, MN 55417-2049 |
| 30594438 | | Paul OGara, 26450 Ferguson Avenue, Maple Ridge, BC V2W 1R8, CANADA |
| 30594437 | | Paul Oberg, W232N7498 Highview Dr, Sussex, WI 53089-2000 |
| 30594439 | + | Paul Ongkiko, 3720 Laclede Ave, Apt #1003, St Louis, MO 63108-3322 |
| 30594440 | | Paul Perricone, 813 Park Ave, Union Beach, NJ 07735-3219 |
| 30594441 | | Paul Pioszak, 418 W CHERRY ST, MASON, MI 48854-1581 |
| 30594442 | + | Paul Pritchett, 618 North Fairview Avenue, Liberty, MO 64068-1437 |
| 30594443 | | Paul Raper, The Cedar, Chapel View, Shadwell, Leeds LS17 8FX, UNITED KINGDOM |
| 30594444 | | Paul Robinson, 1 Marlborough Court, Wiltshire Drive, Wokingham, ENGLAND RG40 1TA, UNITED KINGDOM |
| 30594445 | | Paul Ross, 39 Clearview Ter, Rensselaer, NY 12144-9738 |
| 30594446 | | Paul Schlereth, 4336 Canterbury Ln, Mount Pleasant, WI 53403-3930 |
| 30594447 | + | Paul Sedler, 4605 15th Avenue South, Minneapolis, MN 55407-3652 |
| 30594448 | + | Paul Shim, 10287 Quiet Pond Terrace, Burke, VA 22015-3725 |
| 30594450 | | Paul Toghill, 38 Waiwaka Tce, New Plymouth, TARANAKI 4312, NEW ZEALAND |
| 30594451 | + | Paul Vitelli, 101 Stonepine Dr, Kennett Square, PA 19348-2555 |
| 30594452 | + | Paul Vuksanovich, 135 N Forest Lane, Asheville, NC 28804-3056 |
| 30594453 | + | Paul Wiggins, 51 Shadowridge Drive, St. Peters, MO 63376-2352 |
| 30594454 | | Paul Wood, 11 Elizabeth Ln, Schuylerville, NY 12871-1876 |
| 30594455 | + | Paul Wright, 30258 Cedar Oak Lane, Castaic, CA 91384-4764 |
| 30594456 | + | Paul-Michael Dalton, 1484 Ridge Way, Apt 5, Los Angeles, CA 90026-4322 |
| 30594457 | + | Paula Alvarez, 2000 Joye Street, A, Springdale, AR 72762-1557 |
| 30594458 | | Paula Chapman, 117 Randall Dr, Pleasant Hill, IL 62366-2173 |
| 30594459 | + | Paula Donaldson, 12 Tuers Place, Montclair, NJ 07043-2520 |
| 30594460 | + | Paula Ferrara, 907 1st Street, East Northport, NY 11731-1832 |
| 30594461 | | Paula Medina, 324 Southcrest Drive, London, ON N6J 1N4, CANADA |
| 30594462 | + | Paula Montgomery, 3808 county Road 55, South Point, OH 45680-7557 |
| 30594463 | | Paula Schweikhard, 2006 Sundown Dr, Little Elm, TX 75068-7832 |
| 30594464 | | Paula Summa, 209 Lewey Brook Dr, Cary, NC 27519-7593 |
| 30594465 | | Paula Trimble, 8513 Oakford Dr, Springfield, VA 22152-1617 |
| 30594466 | + | Pauli the PSM, c/o Outer/Most, 47 South Main Street, Ipswich, MA 01938-2321 |
| 30594467 | + | Paulina Chan, 10953 Westonhill Dr, San Diego, CA 92126-2451 |
| 30594468 | + | Paulina Doran, 3087 W. Cardinal, Springfield, MO 65810-2352 |
| 30594469 | + | Paulina Escalante Campbell, 1120 Spring St, Apt 1601, Seattle, WA 98104-3505 |
| 30594470 | | Paulina Gierlach, Rodakiewicza 5, Apt. 40, Lublin, LUBELSKIE 20-492, POLAND |
| 30594471 | | Paulina Zajac, 32 Lawrence Grove, Liverpool, England L15 0EP, UNITED KINGDOM |
| 30594472 | | Pauline Friesen, Box 2328, Altona, MB R0G0B0, CANADA |
| 30594473 | | Pauline H ttenhein, Bahnhofstra e 3, D sseldorf, Nordrhein-Westfalen, 40489, GERMANY |

District/off: 0752-1                     User: admin                        Page 373 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                      Total Noticed: 30719

30594474           Pauline McLay, 6 Fox Court, Leeming, Perth, WA 6149, AUSTRALIA
30594475           Pauline Sherman, 6040 Blue Point Ct, Clarksville, MD 21029-1659
30594476           Pauline Traylor, Obere Laugasse 9, Worrstadt 55286, GERMANY
30594477           Paulmikell Fabian, 150 S San Fernando Blvd, Unit 304, Burbank, CA 91502-2944
30594478         + Paulo Itinose, 833 N Edinburgh Ave, Unit 114, Los Angeles, CA 90046-6931
30594479           Paulo Plaza, 1115 S Lorraine Rd Apt 221, Wheaton, IL 60189-7052
30594480           Pavarit Nimitpanya, 100 Foundry Dr Apt 312, West Lafayette, IN 47906-3453
30594481           Pavel Piliaev, Pijnackerstraat 16, Apt. 3, Amsterdam, NOORD-HOLLAND 1072 JT, NETHERLANDS
30594482           Pavel Shergin, Wundtstra e 9, Berlin, BERLIN 14059, GERMANY
30594483           Pavel Soltys, 2049 Quail Valley Drive, Burlington, ON L7M 2T3, CANADA
30594484           Pavel Tatarov, 192B Oak Road, Kirrawee, NEW SOUTH WALES 2232, AUSTRALIA
30594485           Pavel Zjaikin, 2 West Norton Place, Flat 5, Edinburgh, Scotland, EH7 5AW, UNITED KINGDOM
30594486         + Pawan Brar, 22 Via Cerioni, Madera, CA 93637-5979
30594488         + Payne Mitchell Hoyt, 12311 32nd Ave NE, APT 723, Seattle, WA 98125-5770
30594489         + Payne Smyrl, 400 Ame Dr, Apt 3357, Denton, TX 76207-7795
30594491         + Paystand, 1800 Green Hills Rd Ste 200, Scotts Valley, CA 95066-4985
30594492         + Payton Arriaga, 22 Park Ave, Venice, CA 90291-9021
30594493         + Payton Ayers, 3316 W North Shore Ave, Lincolnwood, IL 60712-3827
30594494         + Payton Gabel, 4257 148th Ave Ne, A206, Bellevue, WA 98007-7195
30594495           Payton Gift, 909 22nd St Apt 7, Bellingham, WA 98225-6846
30594496           Payton Greenhill, 1016 Howell Mill Rd NW Apt 2309, Atlanta, GA 30318-5585
30594497         + Payton Horacek, 13509 Quentin Ave S, Savage, MN 55378-1814
30594498           Payton Millwood, 10381 DOLLIE GREEN LN, OLA, AR 72853-9053
30594499           Payton Reed Mosier, 5 Honeysuckle Lane, Wimberley, TX 78676, NEW ZEALAND
30594500           Payton Roos, 3439 Grist Mill Ct, Peachtree Corners, GA 30096-6105
30594501           Payton Scott, 171 Archwood Ave, Bridgeport, WV 26330-1049
30594502           Payton Tilton, 2500 2nd ave, Prince george, British Columbia, V2M1E4, CANADA
30594503           Payton Wagner, 2249 Friendship Dr, Traverse City, MI 49686-5935
30594504           Payton Walker, 710 Nancy Greene Drive, Campbell River, British Columbia V9W 2A, CANADA
30594506         + Peakz, Jessie Grundy/Peakz 10003 Burr St, Oakland, CA 94605-4818
30594507         + Pearl McAndrews, 540 Main Street, Apt. 438, NY, NY 10044-0116
30594508         + Peck's Graphics, 1310 Crokked Hill Road, Suite 200, Harrisburg, PA 17110-9719
30594509           Pedro Calderan, 52 Fallowfield Drive, Kitchener, Ontario N2C 2T3, CANADA
30594510         + Pedro Martinez, 3510 Beale Ct, Woodbridge, VA 22193-1741
30594511         + Pedro Mora, 1401 sw 22nd st, Apt 1006, Miami, FL 33145-2893
30594512           Pedro Pablo Rom n Z iga, Hayas 24, Xalapa, VERACRUZ 91190, MEXICO
30594513         + Pedro Sanchez, 120 S Washington Street, Apt. A, Cloverdale, CA 95425-3626
30594514           Peg Marshall, 37 Heidi Ter, Camp Hill, PA 17011-1141
30594515         + Peggi Hosid, 4516 New Orleans Dr, PLANO, TX 75093-5512
30594516           Peggy Anderson, 5317 W Tumbling F St, Tucson, AZ 85713-4450
30594517         + Peggy Dunn, 307 N 31st Street, omaha, NE 68131-2905
30594519         + Pegues, George, 461 Forest Creek Way, Elgin, SC 29045-8004
30594520         + Pelham Blunt, 3229 Kensington Ave, Richmond, VA 23221-2301
30594521           Pen Silvia, 2720 W Wellington Ave, Chicago, IL 60618-7823
30594522         + Penelope LaPonte, 10623 106th Pl NE, Kirkland, WA 98033-4429
30594524         + Penelope Seldera, 1420, NW 27th St, Corvallis, OR 97330-2447
30594525           Penn Julien Bostian, 621 N SHERMAN AVE APT 15, MADISON, WI 53704-4449
30594527           Penny Baga, 101 Fieldcrest Dr, Hendersonville, TN 37075-7000
30594528         + Penny Casebier, 82 Night Song Ct, Spring, TX 77380-2823
30594529           Penny Harlander, 235 16th Ave SE, Saint Joseph, MN 56374-9806
30594530           Penny Russell, 3205 Pheasant Dr, Rolling Meadows, IL 60008-2624
30594531           Penske Truck Leasing Co., PO Box 802577, Chicago, IL 60680-2577
30594532         + Pepco Poms, PO Box 950, Wharton, TX 77488-0950
30594533         + Percy Worthington, 241 SW Claypool St, Prineville, OR 97754-2120
30594534         + Pereira, 7 Wade Road, Hudson, NH 03051-3735
30594535         + Peres Shirley, 1666 S Dobson Road, Apt. 4022, Mesa, AZ 85202-1612
30594536         + Perez, Alejandro, 1030 NORTH AVE, AURORA, IL 60505-3857
30594537         + Perez, Liam, 6008 GREEN DR, WOODRIDGE, IL 60517-1040
30594538         + Perfect for Promotion, 112 Wes Jespersen Way, Duncanville, TX 75116-3659
30594539         + Perfectly Acceptable Press, 1029 W 35th St, #016, Chicago, IL 60609-1402
30594540           Peri Richardson, 37 Heathfields Close, Chester CH2 2AT, UNITED KINGDOM
30594541         + Perla Renteria, 1852 Cross Road Ct SW, WY, MI 49519-9368
30594542           Perry Christensen, 2577 Michelangelo Dr, Sparks, NV 89434-9213

District/off: 0752-1      User: admin      Page 374 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

| | | |
|---|---|---|
| 30594543 | | Perry Ritter, 668 Rosewood Dr, Lexington, KY 40505-2332 |
| 30594545 | + | Perry Wallinger, 2801 Waterwall Dr, Apt 507, Houston, TX 77056-6442 |
| 30594546 | + | Persephenie Stewart, 4126 Burkburnett Rd, Wichita Falls, TX 76306-1903 |
| 30594547 | | Persephonie Sky, 143 W Washington St, Fleetwood, PA 19522-1217 |
| 30594548 | + | Personalized Paper Store, 9004 Washington Street NE, Albuquerque, NM 87113-2704 |
| 30594549 | + | Petar Minic, 2119 22nd St, Kenosha, WI 53140-1836 |
| 30594550 | | Pete Emmott, 6 Lower Village, Haywards Heath, England RH16 4GU, UNITED KINGDOM |
| 30594551 | | Pete Giberga, 25 MADISON AVE FL 22, NEW YORK, NY 10010-8601 |
| 30594553 | + | Pete Micciche, 34 Huckleberry Ln, Blackwood, NJ 08012-5816 |
| 30594554 | | Peter A Gilbert, 50 E RANDALL ST, BALTIMORE, MD 21230-4534 |
| 30594555 | | Peter Alva, 460 Harriett Dr, Waterford, CA 95386-9704 |
| 30594557 | | Peter Baumuhlner, 11 keppel court, gold coast, QUEENSLAND 4218, AUSTRALIA |
| 30594558 | | Peter Berman, 2710 Routh Creek Pkwy Apt 3102, Richardson, TX 75082-0153 |
| 30594560 | | Peter Cancilla, 244 COMMONWEALTH AVE UPPR, BUFFALO, NY 14216-1810 |
| 30594559 | + | Peter Cancilla, 244 Commonwealth ave, Upper., Buffalo, NY 14216-1810 |
| 30594563 | | Peter Chen, 1345 w 31st pl, Chicago, IL 60608-6300 |
| 30594564 | + | Peter Clarkson, 3010 old grantham road, goldsboro, NC 27530-9795 |
| 30594565 | + | Peter Diamond, 115 Division Street, Schenectady, NY 12304-1105 |
| 30594566 | + | Peter Goriansky, 5 Oakland Avenue, Somerville, MA 02145-2806 |
| 30594567 | | Peter Goudie, Flat 53, Picture House, 1 Marketfield Wa, Redhill, England, RH1 1UF, UNITED KINGDOM |
| 30594568 | | Peter Graham, 7021 Sand Point Way NE, B106, Seattle, WA 98115 |
| 30594569 | + | Peter Hang, 9808 S 239th E Ave, Broken Arrow, OK 74014-3337 |
| 30594570 | | Peter Lee, 15 Jalan Tempua, Singapore 298980, SINGAPORE |
| 30594571 | | Peter Levendis, 116 McClellan St, Philadelphia, PA 19148-1902 |
| 30594572 | + | Peter Malek, 7827 Luxor St., Downey, CA 90241-4677 |
| 30594573 | | Peter Malek, 11660 Church St Apt 372, Rancho Cucamonga, CA 91730-8939 |
| 30594574 | | Peter Marozas, 15740 Greenstone Ln, Parker, CO 80134-3579 |
| 30594575 | + | Peter Martinez, 23505 Kinard Ave., Carson, CA 90745-5730 |
| 30594576 | | Peter Matthew, 75 Emma Ct, Downingtown, PA 19335-4989 |
| 30594578 | | Peter Meister, Heidecker Str. 29B, Hilpoltstein, BAYERN 91161, GERMANY |
| 30594579 | + | Peter Mercedes, 700 Walnut Drive, Franklin Lakes, NJ 07417-2314 |
| 30594580 | | Peter Merryman, 5803 Beck Ave, North Hollywood, CA 91601-1001 |
| 30594581 | | Peter Mesrin, 3518 Madison Park Ave Unit A, Cincinnati, OH 45209-1480 |
| 30594582 | | Peter Mette, 3060 Kingston Ave, Grove City, OH 43123-3370 |
| 30594583 | + | Peter Mich, 43 Beethoven Ave, Walpole, MA 02081-1128 |
| 30594584 | + | Peter Micholic, 2804 2nd St SW, Apt. 209, Rochester, MN 55902-4119 |
| 30594585 | + | Peter Miller, 20 Willard St, Chelsea, MA 02150-2108 |
| 30594587 | + | Peter Nelson, 1519 Deanscroft Pl, Fayetteville, NC 28314-1832 |
| 30594588 | | Peter Oetting, 4817 NW 81st Ter, Kansas City, MO 64151-1158 |
| 30594590 | | Peter Roth, Portstrasse 2, Stadecken-Elsheim 55271, GERMANY |
| 30594591 | | Peter Sanchez, 715 W SLAUGHTER LN APT 1038, AUSTIN, TX 78748-2175 |
| 30594593 | + | Peter Sucher, 105 vaughn Avenue, new rochelle, NY 10801-3122 |
| 30594594 | + | Peter Tanapat, 9 Horizon Road, Great Neck, NY 11020-1143 |
| 30594595 | + | Peter Toulan, 233 Longhill Ave, Somerset, MA 02726-2925 |
| 30594596 | | Peter Tresnan, 9850 67TH AVE APT 5N, REGO PARK, NY 11374-4974 |
| 30594597 | + | Peter Trevino, 7858 La Manga Drive, Dallas, TX 75248-3133 |
| 30594598 | + | Peter Vesely, 22600 Everton Ave N, Apt 310, Forest Lake, MN 55025-3400 |
| 30594599 | + | Peter Vidrine, 1985 Young Avenue, Apt. A, Memphis, TN 38104-5658 |
| 30594600 | + | Peter Wielgus, 4315 N Mulligan Ave, Chicago, IL 60634-1569 |
| 30594561 | | Peter chance, 9033 MARGARET ST, DOWNEY, CA 90241-5312 |
| 30594586 | | Peter mulleney, Raheendoran, Carlow, CARLOW R93E8C1, IRELAND |
| 30594592 | + | Peter sather, 175 s logan street, Denver, CO 80209-1821 |
| 30594602 | + | Petra Hackett, 907 Thrasher Glade Dr, Pflugerville, TX 78660-4482 |
| 30594603 | | Petra Holzem-Leuth, Von-Geyr-Ring 58, HARTH, NORDRHEIN-WESTFALEN 50354, GERMANY |
| 30594604 | + | Peyton Arden, 1261 Gabrielle Elaine Drive, Columbus, OH 43228-8820 |
| 30594605 | + | Peyton Brazell, 18 Darley Court, Columbia, SC 29223-5104 |
| 30594606 | | Peyton Cash, 8816 El Rico Dr, Indianapolis, IN 46240-2023 |
| 30594607 | | Peyton Clark, 5589 Lake End Rd, Rhinelander, WI 54501-8815 |
| 30594608 | + | Peyton Crume, 465 Olenwood Ave, Worthington, OH 43085-2245 |
| 30594609 | + | Peyton Eaton, 240 N 450 E, WA, IN 47501-7724 |
| 30594610 | + | Peyton Hall, 11 S Edison, C, Kennewick, WA 99336-2077 |
| 30594611 | | Peyton Hancock, 625 First Street, Apt. 701, London, ON N5V 0B6, CANADA |
| 30594612 | + | Peyton Kline, 4001 53rd Ave S, Fargo, ND 58104-5763 |

District/off: 0752-1                      User: admin                                      Page 375 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                            Total Noticed: 30719

30594613         Peyton Lannin, 100 Winchester Dr Apt 706, Lafayette, LA 70506-6097
30594614      +  Peyton Lenderman, 2239 Barber Mill, Clayton, NC 27520-8556
30594615      +  Peyton Long, 1100 Shoreline Ridge Ct, Little Elm, TX 75068-1688
30594616      +  Peyton Matta, 129 Mill Street, Burlington, MA 01803-1828
30594617      +  Peyton Matthew Caraway, 807 Blueberry Circle, Kearney, MO 64060-8233
30594618         Peyton Mendler, 19 Player Pl, Flanders, NJ 07836-4714
30594619      +  Peyton Miller, 777 E 15th st, Apt 169, Edmond, OK 73013-5012
30594620      +  Peyton Munger, 388 Dickey Valley Road, Harriman, TN 37748-4802
30594621      +  Peyton Pratt, 1121 emerson Ave, South bend, IN 46615-3914
30594622      +  Peyton Salyards, 3214 NE 62ND AVE, D2, VANCOUVER, WA 98661-7272
30594624      +  Peyton Tyrie, 2171 Kingston Ct Suite 1, RWC5101-2, Marietta, GA 30067-8927
30594625      +  Peyton wilson, 1750 campbell drive, Ironton, OH 45638-2307
30594626      +  Phat huynh, 12 Northampton St, Apt 1, Worcester, MA 01605-3408
30594627         Phi Pham, 5495 PEACH DR, PACE, FL 32571-2773
30594628         Phil Austin Meierarend, Dewitzstra e 22B, Lemgo, Nordrhein-Westfalen 32657, GERMANY
30594629         Phil Bo, 1833 Frances Street, Apt. 1003, Vancouver, BC V5L 1Z8, CANADA
30594630         Phil Bressler, 9 Carroll Meadows Dr, Baldwin, MD 21013-9700
30594631      +  Phil Cooper, 2210 Birchwood Dr, Rockford, IL 61107-1813
30594632         Phil Cristofoletti, 148 Druid Ave, Dumont, NJ 07628-1932
30594633      +  Phil Gaul, 3825 34th Ave W, Apt. 6, Seattle, WA 98199-1644
30594634      +  Phil Good, 235 Park Ave S Fl 9, New York, NY 10003-1405
30594635         Phil Green, 1499 Georgia Ct Apt 305, Naperville, IL 60540-5062
30594636         Phil Hebert, 1165 E Pine Island Rd, Shreveport, LA 71107-8506
30594637      +  Phil Long, 5861 John Ave, Long Beach, CA 90805-4305
30594638      +  Phil Rodriguez, 5022 N Winthrop Ave, Apt 3W, Chicago, IL 60640-6440
30594639         Phil Siddle, 3 Nayland Croft, Birmingham B28 0QH, UNITED KINGDOM
30594640      +  Phil Tao, 1817 E Wright Ave, Tacoma, WA 98404-4953
30594641      +  Phil Trom, 13170 TRIUMPH DRIVE, POWAY, CA 92064-2978
30594643      +  PhilBo, LLC, 800 W. Olympic Blvd, Suite 305, Los Angeles, CA 90015-1366
30594642         Philana Miller, 5 Shore Rd, Sussex, NJ 07461-2615
30594644      +  Philip, 17443 129th Ave SE, Renton, WA 98058-6158
30594645      +  Philip Antonio Miranda, 543 W Jackson St, Bartlett, TX 76511-4451
30594646      +  Philip Asher, 8409 Bell Ridge Lane, Fort Worth, TX 76123-4307
30594647         Philip Barber, 32 Wendover Road, Bromley, ENGLAND BR2 9JX, UNITED KINGDOM
30594648      +  Philip Bergman, 5425 Setters Way, Colorado Springs, CO 80919-7925
30594649      +  Philip Bouchard, 1111 Belle Pre Way, Apt 120, Alexandria, VA 22314-6413
30594650         Philip Brisson, 71 Canvass St Apt 302, Cohoes, NY 12047-2988
30594651      +  Philip Cioni, 1050 State Street APT 353, New Haven, CT 06511-2772
30594652      +  Philip Cressman, 10150 Belle Rive blvd, #1507, Jacksonville, FL 32256-9597
30594653         Philip Davis, 2971 KILCULLEN DR, COLUMBUS, OH 43221-4542
30594654         Philip Dea, 18 Ridgemark Ct, Sacramento, CA 95831-3420
30594655      +  Philip E. Brown, 882 Hunting Ave, Lincolnton, NC 28092-4001
30594656         Philip Maldewin, 7540 Old Pear Hill Ln, Penryn, CA 95663-9304
30594657         Philip Martin, PO Box 1617, Bozeman, MT 59771-1617
30594659      +  Philip Porter, 6243 Harney Drive, Colorado Springs, CO 80924-2039
30594660         Philip Schilling, 1920 26th Ave NW, Rochester, MN 55901-8064
30594661         Philip Swain, 8 Chamberlain Gardens, Arborfield, Reading, England, RG2 9QA, UNITED KINGDOM
30594662         Philip Trandel, 11 STRATFORD HALL PL NE, ATLANTA, GA 30342-3765
30594663         Philipp H usler, Friedrich-Naumann-Str. 4, Schm lln, Th ringen, 4626, GERMANY
30594664         Philippe Charbonneau, 160 rue Bouchette, L'Ile-Bizard, QUEBEC H9C2S9, CANADA
30594665         Philippe Grard, 20353 Brentmeade Ter, Sterling, VA 20165-6479
30594666         Philippe-Antoine Rath, 2280 rue Denonville, MONTREAL, QUEBEC H4E 1M8, CANADA
30594667      +  Phill Colvin, 239 Reservoir Road, Fort Edward, NY 12828-2402
30594668         Phillip Billings, 2563 Fairway, Dundalk, MD 21222
30594669      +  Phillip Cohen, 2183 3rd Ave, Apt 1104, NY, NY 10035-4467
30594670      +  Phillip Diep, 338 3rd Avenue, Apt 3, San Francisco, CA 94118-2494
30594671      +  Phillip Freeman, 124 N Charles Ave, Midwest City, OK 73130-3409
30594672         Phillip Hayton, 916 Breckenridge Dr, Independence, MO 64050-3333
30594673         Phillip Landua, 345 E OHIO ST APT 3802, CHICAGO, IL 60611-4561
30594674      +  Phillip Lee, PO BOX 15541, WA, DC 20003-0541
30594675      +  Phillip Marin, 17419 W Eugene Terr, Surprise, AZ 85388-3192
30594676      +  Phillip Olson, 832 South Catalina Street, 44928, Los Angeles, CA 90005-1912
30594677      +  Phillip Plumb, 1119 Chestnut Ave, Dixon, IL 61021-3808

| | | |
|---|---|---|
| 30594678 | + | Phillip Simons, 155 Coutant road, Circleville, NY 10919-3267 |
| 30594679 | + | Phillip Steiger, 1502 E Brill St, Phoenix, AZ 85006-2919 |
| 30594680 | + | Phoebe Amavisca, 1015 Fifth Street, 3B, Wenatchee, WA 98801-2006 |
| 30594681 | | Phoebe Ashton, 94 The Spinney, Bridgend, Wales, CF31 2JE, UNITED KINGDOM |
| 30594682 | | Phoebe Bradley, 8 Beverley Way, MALVERN, England WR14 1LA, UNITED KINGDOM |
| 30594683 | + | Phoebe Garfield, 370 Lancaster Ave, Haverford, PA 19041-1336 |
| 30594685 | | Phoebe Perry, 6102 Providence Ct, Fredericksburg, VA 22407-8313 |
| 30594686 | # | Phoebe St Clair, 2301 CLOVER ST, ROCHESTER, NY 14618-4120 |
| 30594687 | | Phoenix McBride, Dunlop street, Apt. 18, Greenock, SCOTLAND PA169BG, UNITED KINGDOM |
| 30594688 | | Phoenix Parris, 12 Lower Station Road, Crayford, England DA1 3PY, UNITED KINGDOM |
| 30594689 | | Phoenix Ragsdale, 3999 Old Town Ave Apt L2, San Diego, CA 92110-2988 |
| 30594690 | + | Phony Ppl, c/o Citrin Cooperman, 529 5th Ave, New York, NY 10017-4608 |
| 30594691 | | Phos Allen, 8375 Dube Ct, Santee, CA 92071-2243 |
| 30594692 | | Phrix Art, 2909 Spyglass Hill Rd, Edmond, OK 73034-8346 |
| 30594693 | + | Phylicia Hargrow, 7523 Main Street Unit 670943, Flushing, NY 11367-7638 |
| 30594694 | + | Phyllis Barra, 7 Bullmoose Run, Hopkinton, MA 01748-1062 |
| 30594695 | | Phyllis Moodie, 750 Gonzalez Dr Apt Mg, San Francisco, CA 94132-2201 |
| 30594696 | + | Pia Pe a, 2883 Violet Lane, Henderson, NV 89074-2406 |
| 30594698 | + | Piarowski, Rebecca, 3743 N WHIPPLE STREET, CHICAGO, IL 60618-4526 |
| 30594699 | + | Pierce Gainey, 1404 NE 1st Ave, Fort Lauderdale, FL 33304-1016 |
| 30594700 | | Pierceson Nikfard, 3040 W Lake Sammamish Pkwy NE, Redmond, WA 98052-5900 |
| 30594701 | | Pierre-Andr Goyer, 3646 Rue Julio, Laval, QUEBEC H7P 5A1, CANADA |
| 30594702 | | Pike Durham, 10 Alamosa Loop, Los Lunas, NM 87031-7911 |
| 30594703 | + | Pilar, Juan, 25-47 22ND ST, APT 2F, ASTORIA, NY 11102-2976 |
| 30594704 | + | Pin Machine, PO Box 1037, Attleboro, MA 02703-0018 |
| 30594705 | | Pinegrove, C/O Ed Gold, Gold Business Mgmt., Port Washington, NY 11050 |
| 30594709 | | Pink Siifu, c/o Bradlee Banbury, CAA, 12 Hammersmith Grove, UNITED KINGDOM |
| 30594710 | | Piotr Krainski, Chabrowa 8A, Gdynia 81-079, POLAND |
| 30594711 | | Piper Allen, 135 N River St, Rico, CO 81332-5029 |
| 30594712 | | Piper Budrow, 10270B Silva Cir, Gilroy, CA 95020-9264 |
| 30594713 | | Piper McKee, 2245 Greenridge Rd Apt 719, North Charleston, SC 29406-9558 |
| 30594714 | | Piper Perez, 905 N Bishop St, San Marcos, TX 78666-3111 |
| 30594715 | | Piper Piper, 1111 Eagle Dr Apt 8, Denton, TX 76201-6667 |
| 30594716 | + | Pippi smith, 534 ne 3rd st, Newport, OR 97365-2708 |
| 30594720 | | Piyanart Juntajaeng, 130/12 M.5 (Nopphakao Grand Home1), SanNa-Maeng, SanSai, Chiang Mai, 50210, THAILAND |
| 30594722 | + | PlaqueMaker Plus, 10080 E. 121st St. Suite 118, Fishers, IN 46037-4211 |
| 30594723 | + | Plastique Unique Inc., 3383 Livonia Ave., Los Angeles, CA 90034-3127 |
| 30594724 | | Platon Souliotis, Via della Foce Micina 10H, Scala E, Apt, Fiumicino, Romas 54, ITALY |
| 30594725 | + | Playing Cards on Demand, 9291 Cody St, Overland Park, KS 66214-1735 |
| 30594727 | | Plio Borst, Bahnhofstra e 8, Backnang, 71522, GERMANY |
| 30594726 | | Plio Borst, Bahnhofstraaye 8, Backnang 71522, GERMANY |
| 30594729 | + | Plus Packaging, P.O. Box 12, Madison, NJ 07940-0012 |
| 30594733 | + | Polaris Promos LLC, 70 Fosco St, Rancho Mission Viejo, CA 92694-1577 |
| 30594734 | + | Polaris Void, 12414 Hammersmith Dr, Tomball, TX 77377-9055 |
| 30594737 | + | Polyphia, Tim Henson, 4636 Parnell Lane, Plano, TX 75024-5500 |
| 30594736 | | Polyphia, c/o Adam Sylvester, United Talent Agency, Beverly Hills, CA 90210 |
| 30594738 | + | Polyvinyl Record Co. Inc, 717 S Neil St, Champaign, IL 61820-5203 |
| 30594739 | | Pontus Ridderstr m, Lilla Marconigatan 23, GOTEBURG, VASTRA GOTALAND 42142, SWEDEN |
| 30594740 | + | Pop! Promos, 2041 Coral St Suite 3, Philadelphia, PA 19125-1574 |
| 30594742 | | PopSockets, 575 Central Ave., Boulder, CO 80301 |
| 30594741 | | Poppy Britcher, 201 Canterbury Road, Birchington-on-sea, England, CT7 9AH, UNITED KINGDOM |
| 30594743 | + | Porscha Reed, 609 Thoroughbred Way, Lexington, KY 40508-2136 |
| 30594745 | | Porter Asche, 1725 N 57th Ave, Omaha, NE 68104-4913 |
| 30594747 | | Potato Potash, 36514 Barrington Dr, Eustis, FL 32736-8742 |
| 30594748 | | Poul Sch n, Konrad-H nisch-Stra e 12, Hannover, Niedersachsen, 30459, GERMANY |
| 30594752 | | Preben Forsland, Saturnveien 26, Krokstadelva, DRAMMEN 3055, NORWAY |
| 30594751 | | Preben Forsland, Saturnveien 26, Krokstadelva, Viken 03055-0000 |
| 30594753 | | Precious Ajayi Idumwonyi, Bowland Avenue, Bailrigg, Lancaster LA1 4YT, UNITED KINGDOM |
| 30594756 | | Prescilla Otero DiPaola, 471 Blue Sage Ave SW, Los Lunas, NM 87031-6643 |
| 30594757 | | Presley Lindhorst, 9724 SE Ladera Ct, Damascus, OR 97089-6576 |
| 30594758 | + | Presley Muir, 576n 2740w, provo, UT 84601-8256 |
| 30594759 | + | Preston Chur h, 7313 Kay drive, Black hawk, SD 57718-9310 |
| 30594760 | | Preston Cline, 508 Hillsdale Dr, Monroe, NC 28110-2701 |

District/off: 0752-1                          User: admin                                    Page 377 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                              Total Noticed: 30719

30594761    + Preston Farnum, 357 Russfar Road, Pineville, MO 64856-9285
30594762    + Preston Jones, 10029 W Campville St, Boise, ID 83709-1589
30594763      Preston Murphy, 17722 N 79th Ave Apt 2039, Glendale, AZ 85308-8677
30594764    + Preston Pyke, 1831 E 5750 S, Ogden, UT 84403-4929
30594765    + Preston Roberts, 163 Woodhaven Dr, Hampton, TN 37658-3567
30594766      Preston Sparks, 4132 Hawthorne Way, Garden City, KS 67846-5007
30594767    + Preston Weber, 99 East 4th St, 5A, NY, NY 10003-9073
30594768      Prezton Callon, 107 ransome dr., Sault Ste. Marie, ONTARIO P6C1N5, CANADA
30594769    + Price Dupre, 1721 S Chuck Ave, Gonzales, LA 70737-4408
30594770      Pricilla Campos, 11836 Bayless St, Moreno Valley, CA 92557-6219
30594771      Prime, PO Box 28827, New York, NY 10087-8827
30594772      Primeline, PO Box 28827, New York, NY 10087-8826
30594773    + Prince Singh, 65 Verde Dr, San Luis Obispo, CA 93405-1620
30594774    + Princeton Niblack, 4205 Corbett Dr, Del City, OK 73115-2739
30594775    + Print Appeal Inc., 11220 Pagemill Rd, Dallas, TX 75243-8313
30594776    + Print Gear, 1769 Airport Blvd., Cayce, SC 29033-1805
30594777    + Priscilla Castanon, 3312 Del Charro Rd, Jamul, CA 91935-1909
30594779      Priscilla Martinez, 2901 Indiana Blvd Apt 236, Dallas, TX 75226-1557
30594780    + Priscilla Miramontes, 1776 12th ST, Unit 102, Reedley, CA 93654-3064
30594781      Priscilla W Collette, 3300 US Highway 601 N, Mocksville, NC 27028-5958
30594782      Priya Chandan, 9517 Truscott Ct, Prospect, KY 40059-7661
30594783    + Pro 5 USA, 2201 S Broadway, Los Angeles, CA 90007-1435
30594785    + Pro Golf Premiums, Inc., 810 Krift Ave., Burlington, WI 53105-2300
30594786    + ProClub, 204 W Rosecrans Ave, Gardena, CA 90248-1832
30594788      Production Simple, LLC, 13886 Lexington Rd, Louisville, KY 40206
30594789    + Promo Sales USA, 4957 Summer Ave, Memphis, TN 38122-4358
30594790      PromoMatting by Americo, PO Box 997, Cartersville, GA 30120-0997
30594791      Promosmart Inc., 139 Centre St, Ste 304, New York, NY 10013-4554
30594792      Promowest Holdco, LLC, 8000 W. Olympic Blvd Ste 305, Los Angeles, CA 90015
30594793    + Promowest North Shore Complex LLC, 400 North Shore Dr., Pittsburg, PA 15212-5867
30594794      Proper Music Distribution, 1 5 Applegarth Drive, Questor, Dartford DA1 1JD, Kent, UNITED KINGDOM
30594796    + Prorose Inc, 652 Glenbrook Road, Ste 3-201, Stamford, CT 06906-1443
30594797    + Provost, 3005 dartmouth dr, Plano, TX 75075-7646
30594798      Przemyslaw Kniec, ul. Pieskowa Ska a 5 m.73, Warszawa, MAZOWIECKIE 02-699, POLAND
30594800    + Psychostick, 2328 E Lincoln Hwy, #232, New Lenox, IL 60451-9533
30594803    + Public Library Commute, 3377 S Robertson Blvd, Culver City, CA 90034-3328
30594804    + Pype Watson, 8002 W. Pinchot Ave., Phoenix, AZ 85033-4827
30594808      QET OPERATIONS LTD., 190 PRINCES BLVD, CANADA
30594827    + QUINN COOK, 81 BACK BROOK ROAD, RINGOES, NJ 08551-1102
30594806      Qadira Moser, 2319 Douglas St, Sioux City, IA 51104-3830
30594812    + Quality Logo Products, 724 N Highland Ave, Aurora, IL 60506-2942
30594814    + Quan Huynh, 7215 Tanager St, Springfield, VA 22150-3535
30594815    + Quang Hoang, 318 S Elkhart Ave, Apt 427, South Bend, IN 46516-3585
30594816    + Quang Nguyen, 504 W Gray, st B, Houston, TX 77019-4868
30594817    + Queen F, 1831 Northpark Blvd W,, 1603B, San Bernardino, CA 92407-2314
30594818      Quentin Bean, 888 Crescent Dr, Sidney, OH 45365-3211
30594819      Quentin Geerinckx, Vandaelelaan 2, Knokke-Heist, WEST-VLAANDEREN 8301, BELGIUM
30594820    + Quentin Judge, 2890 Long Meadow Drive, Wellington, FL 33414-7056
30594821    + Quin Gable, 139 Gardner Drive, Shalimar, FL 32579-1226
30594822    + Quin Paladeni, 1630 3rd ave sw, B4, Watertown, SD 57201-3452
30594823    + Quinlan Dean, 118 Main st, Apt. 4, Westcliffe, CO 81252-5501
30594824      Quinn Bartness, 3022 NW 25th Ter, Gainesville, FL 32605-2849
30594825    + Quinn Casey, 2045 Slack Street, San Luis Obispo, CA 93405-2107
30594826      Quinn Castaneda, 355 Sparrow Ln, Bartlett, IL 60103-2946
30594828    + Quinn Crane, 2628 Bahia Rd, West Palm Beach, FL 33406-7756
30594829    + Quinn Duckett, 2101 Yorkshire Drive, DeLand, FL 32724-8376
30594830      Quinn Ferrusi Quinn Ferrusi, 5800 Wilma Dr, Durham, NC 27712-3541
30594831    + Quinn Flags, 640 Boundary Ave, Hanover, PA 17331-3807
30594832    + Quinn Havens, 8800 Crestwood Dr, Mount Pleasant, NC 28124-7660
30594833      Quinn Lynn-Voss, 1292 Rosemary Lane, South Bend, IN 46617
30594834      Quinn McKemey, 6300 W 13th Ave Apt 112, Lakewood, CO 80214-2082
30594835    + Quinn Moxley, 11053 SE Red Rose CT, Happy Valley, OR 97086-6098
30594836      Quinn Riley, 514 W. Daisy L. Gatson Bates Dr., Little Rock, AR 72202-4816

District/off: 0752-1                          User: admin                                    Page 378 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

| | | |
|---|---|---|
| 30594837 | | Quinn Schaffelder, Schwedenstraaye 3, Berlin 13357, GERMANY |
| 30594838 | | Quinn Smith, 211 Chaparral Ravine View SE, Calgary, ALBERTA T2X 0A6, CANADA |
| 30594839 | | Quinn Taylor, 645 Hamilton Road, 5, London, ON N5Z 1T2, CANADA |
| 30594840 | | Quinn Tidmore, 414 Camino de las Animas, Santa Fe, NM 87505-0335 |
| 30594841 | | Quinn Varnado, 9018 Dowington Dr, Apt B, Charlotte, NC 28277 |
| 30594842 | + | Quinn Weber, 725 N Clifton Ct, West Peoria, IL 61604-5021 |
| 30594843 | | Quinten Simpson, 610 E 30th St Apt 69, Farmington, NM 87401-2175 |
| 30594844 | + | Quintin Cook, 3360 N. Pass Dr., Clio, MI 48420-1543 |
| 30594845 | + | Quintin Lawson, 7092 Chatfield Avenue Northeast, North Canton, OH 44721-2505 |
| 30594846 | + | Quintin Meinerz, 6597 S Telluride St, Aurora, CO 80016-3158 |
| 30594847 | + | Quinton Smith, 64 Warren St, Tiffin, OH 44883-3543 |
| 30594848 | | R ise Mclery, 1 Galliagh Park, Londonderry, Northern Ireland BT48 8DD, UNITED KINGDOM |
| 30594849 | | R sl n Alma Valdemarsd ttir, Silfurbraut 21, Hofn 780, ICELAND |
| 30594850 | | R zgar zkan, Kadikoy Suadiye Mah. Halimaga Sok. No 6-, Evinpark Sitesi B2 27, Istanbul 34740, TURKEY |
| 30594851 | | R Denise Salinas, 3805 Brushwood Ln, Corpus Christi, TX 78415-3028 |
| 30594852 | + | R Romeo Nigro, 8 Farview Ave, Wolcott, CT 06716-3212 |
| 30594853 | + | R Sano, 55 cottage street unit 545, Bar Harbor, ME 04609-8056 |
| 30594854 | + | R Vesey, 5113 Libbie Lake South St, A, Richmond, VA 23230-2385 |
| 30594856 | | R+L Carriers, PO Box 10020, Port William, OH 45164-2000 |
| 30594857 | | R. Lee kennedy, 1267 Fox Crest Way, Charlottesville, VA 22902-7295 |
| 30594858 | + | R.E.M., 5750 Wilshire Blvd., Suite 450, Los Angeles, CA 90036-3642 |
| 30594998 | + | RAFAEL A COLLAO, 116 PAMALA Ct, Sanford, FL 32771-5607 |
| 30595076 | | RAPHAEL FILHO, Rua Dos Lirios, N 136- Parada Ang lica, Duque de Caxias, Rio de Janeiro 25271-40, BRAZIL |
| 30595124 | + | RAYMOND P ANDERSON, 5441 Ash St, Roeland Park, KS 66205-2147 |
| 30595137 | | RDMM Concepts Guillaume, 1 rue de la manutention, Paris, ILE-DE-FRANCE 75116, FRANCE |
| 30595393 | | RH Merchandise, 3514 Marlowe, Montreal, QC H4A 3L7, CANADA |
| 30595423 | + | RHP Hotel Operations Holdco, LLC, 1 Gaylord Drive, Nashville, TN 37214-1207 |
| 30595577 | | RILEY J KWONG, 2934 CREEK POINT DR, SAN JOSE, CA 95133-2923 |
| 30595611 | + | RIP Mika, 917 Highland Ave, Glendale, CA 91202-2750 |
| 30595627 | | RJ Greer, 5374 W Copper Needle Way, South Jordan, UT 84009-6153 |
| 30595628 | | RJ Hulley, 177 Tsisqua Cir, Brevard, NC 28712-6422 |
| 30595629 | | RJ Kime, 4401 Cougar Village Dr, St611a, Houston, TX 77204-7003 |
| 30595630 | + | RJ Loyd, 44358 Ladiesburg Pl, Ashburn, VA 20147-2863 |
| 30595631 | + | RJ Millena, 106 W 80th St, Apt BF, NY, NY 10024-6333 |
| 30595632 | + | RJ Risner, 5211 townley hwy, Manitou Beach, MI 49253-9126 |
| 30595727 | | ROBERT ELLIOT, 1436 RIVER RD, MODESTO, CA 95351-4253 |
| 30595728 | | ROBERT ELLIOTT, 1436 RIVER RD, MODESTO, CA 95351-4253 |
| 30595769 | | ROBERT MATHEWS, 3981 La Cresenta Rd, El Sobrante, CA 94803-2944 |
| 30595968 | | ROSA ALVAREZ, 7152 Verdugo Pl, Fontana, CA 92336-1452 |
| 30596013 | # | ROSICELLA CENTENO, 3764 Chilton Dr, Saginaw, MI 48603-3126 |
| 30596024 | | ROSS BAILEY, 23 Beresford St, Mango Hill, Queensland 4509, AUSTRALIA |
| 30596025 | | ROSS BLANCH, 24 District Road, Roseneath, Dunedin, Otago 9023, NEW ZEALAND |
| 30596042 | + | ROTHCO, 3015 Veterans Memorial Highway, PO Box 1220, Ronkonkoma, NY 11779-7612 |
| 30596089 | + | RUBY PILE, 1172 E BROADWAY, UNIT 438, LOUISVILLE, KY 40204-1892 |
| 30594859 | + | Raamiz Khan, 16 highlands way, Phillipsburg, NJ 08865-7335 |
| 30594860 | | Rabih Ghobril, 1161 Rue Soulanges, Montreal, QUEBEC H3K2L7, CANADA |
| 30594861 | | Rachael Belter, 2016 Crismark Dr, Indian Trail, NC 28079-5554 |
| 30594862 | + | Rachael Cook-Castano, 4900 ZIEGLER ST, Dearborn Heights, MI 48125-3146 |
| 30594863 | + | Rachael Eskue, 14185 Dallas Pkwy, Suite 1200, Dallas, TX 75254-1319 |
| 30594864 | | Rachael Flanagan, 10 Holborn Avenue, Manchester, England M35 9JE, UNITED KINGDOM |
| 30594865 | + | Rachael Grimes, 3602 Greenleaf Rd, Columbia, SC 29206-3328 |
| 30594866 | + | Rachael Huszar, 3402 JEFFERSON BLVD, Dallas, TX 75211-4701 |
| 30594867 | | Rachael McCleary, 401 Heritage Dr Apt 303, Canton, GA 30114-5200 |
| 30594868 | + | Rachael Pisciotta, 4759 Eagleridge Circle, Unit 108, Pueblo, CO 81008-2135 |
| 30594869 | | Rachael Young, 3020 W Filbert Ave, Roseburg, OR 97471-2326 |
| 30594870 | | Rachel A, 64 ELGIN PARK, SAN FRANCISCO, CA 94103-1106 |
| 30594871 | + | Rachel A Watrous, 11402 Rothglen St, Rothglen St, Houston, TX 77070-1367 |
| 30594872 | | Rachel Alphin, 149 Silver Falls Rd, Cleveland, GA 30528-3770 |
| 30594873 | | Rachel Autrey, 7591 Harbor View Way, Seminole, FL 33776-3716 |
| 30594874 | | Rachel Baird, 49 Gort Na Null, Sixmilebridge, Clare V95 PYN8, IRELAND |
| 30594875 | + | Rachel Bennet, 14122 E Colorado Dr Unit 202, Aurora, CO 80012-5911 |
| 30594876 | | Rachel Bluth, 4402 Innsbruck Rdg, Medford, OR 97504-9059 |
| 30594877 | | Rachel Bousel, 176 Lodi Ave, Metuchen, NJ 08840-2733 |

District/off: 0752-1                                 User: admin                                 Page 379 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                              Total Noticed: 30719

30594878          Rachel Brown, 48 E Green Dr, Athens, OH 45701-3136
30594879        + Rachel Budge, 1271 S 775 E, Ogden, UT 84404-5825
30594880        + Rachel Buswell, 1200 Greenwood Ln, Baldwin Park, Castle Rock, CO 80104-2311
30594881          Rachel Cabrera, 429 E Benwood St, Covina, CA 91722-2817
30594882        + Rachel Carnegie, 210 Amberwood S, Apt 115, Kyle, TX 78640-6354
30594883          Rachel Carroll, 8116 Kathleen Ct, Sebastopol, CA 95472-3207
30594884          Rachel Cechetto, 1250 Tall Pine Avenue, Oshawa, Ontario L1K3A5, CANADA
30594885          Rachel Chapin, 12745 W Weatherstone Blvd, New Berlin, WI 53151-6158
30594887          Rachel Coates, 12875 Folly Quarter Rd, Ellicott City, MD 21042-1220
30594888        + Rachel Coppage, 10 Green Spring, Newnan, GA 30265-5667
30594889        + Rachel Cousins, 17044 Avocet Drive, Prairieville, LA 70769-4739
30594890          Rachel Cox, 74 Sky Exchange Dr Apt 103, Asheville, NC 28803-0361
30594891        + Rachel Crenshaw, 1808 Village Park Trl, Burleson, TX 76028-7583
30594892        + Rachel David, 306 W 51st St, APT 6B, NY, NY 10019-6482
30594893        + Rachel Detar, 114 Main Street, Apt A, Irwin, PA 15642-3402
30594894          Rachel Dobrzynski, 411 Great Rd Apt 21, Acton, MA 01720-4019
30594896        + Rachel Doyle, 1590 2nd Avenue, 5FS, NY, NY 10028-8089
30594895        + Rachel Doyle, 1590 2nd avenue, Apt 5FS, NY, NY 10028-8089
30594897          Rachel Ely, 321 High St Fl 2, Hanover, PA 17331-2302
30594898        + Rachel Evans, 400 O St SW, Apt 302, WA, DC 20024-2208
30594899        + Rachel Flexman, 4876 Parkhurst Place, Jacksonville, FL 32256-6046
30594900          Rachel Fowler, 223 N PLEASANT ST, OBERLIN, OH 44074-1124
30594901          Rachel Fry, 289 N 19th Ave Apt 4, Lemoore, CA 93245-2571
30594902          Rachel Gasparini, 5900 Silkwood Way, Granite Bay, CA 95746-6477
30594903          Rachel Gaul, 23 Ramsey Pl, Albany, NY 12208-3011
30594904          Rachel Gephart, 808 E 37th St, Vancouver, WA 98663-2315
30594905          Rachel Goldman, 29 Patriot Cir, Utica, NY 13502-1601
30594906          Rachel Gutierrez, 11025 Pearsall Rd Unit 2, Atascosa, TX 78002-5164
30594907        + Rachel Hall, 8980 Regent Pkwy., Minneapolis, MN 55443-1666
30594908          Rachel Haywood, 100 Florida Ave NE Apt 1222, WA, DC 20002-3293
30594910          Rachel Hernandez, 1527 north Lagoon ave, WILMINGTON, CA 90744-2043
30594911          Rachel Hibdon, 109 S 15th St, Lynden, WA 98264-1269
30594913          Rachel Hoffman, 4314 Dudley Dr NE, Lacey, WA 98516-5658
30594912        + Rachel Hoffman, 2337 S. 3rd St W, Apt. 10, Missoula, MT 59801-1350
30594914        + Rachel Hoffmann, 1020 Tenth St. NW, Grand Rapids, MI 49504-4306
30594915        + Rachel Holzhaeuser, 11608 57th Ave E, P201, Puyallup, WA 98373-3200
30594916          Rachel J Taylor, 8624 WISE AVE, DUNDALK, MD 21222-5051
30594917          Rachel Jordan, 4548 Hawley Boulevard, Unit 3 (Gatecode #2010), San Diego, CA 92116-3403
30594918        + Rachel Joy Krych, 654 Augdon Drive, Elyria, OH 44035-3032
30594919        + Rachel K, 8787 W Duquesne Dr, Lakewood, CO 80227-4703
30594920          Rachel Kadner, 1002 55th St, Oakland, CA 94608-3108
30594921          Rachel Kensick, 14228 S 5th St, Phoenix, AZ 85048-1812
30594922        + Rachel Kuechle, 3880 Garden View Dr, #406, Grand Forks, ND 58201-7000
30594923          Rachel Kulp, 6510 Machodoc Ct, Falls Church, VA 22043-1866
30594924          Rachel L Detres, 3209 Wendover Ln, Richmond, VA 23230-1935
30594925        + Rachel Lee, 2316 Huidekoper Pl NW, DC, DC 20007-1824
30594926          Rachel Leeper, 105 Lexington Ct, East Peoria, IL 61611-5547
30594927        + Rachel Lippens, 4464 Caicos Drive, Tavares, FL 32778-5902
30594928        + Rachel M Kuhn, 2138 Glenside Avenue, Cincinnati, OH 45212-1140
30594929          Rachel Mann, 934 Laurel Green Ln, Sugar Hill, GA 30518-8454
30594930        + Rachel MarLett, 3228 Annrae St, San Diego, CA 92123-1916
30594931          Rachel Martin, 3419 W Drummond Pl Apt 3A, Chicago, IL 60647-1268
30594932          Rachel McCracken, 24 Murphy Dr, Cumberland, RI 02864-4120
30594933          Rachel Milbourn, 15031 6135 Trl, Montrose, CO 81403
30594934        + Rachel Miller, 1225 Sunhill Dr, Lawrenceville, GA 30043-6748
30594935        + Rachel Morrison, 1706 4th St NE, Salem, OR 97301-6423
30594936          Rachel Neises, 11822 W Jennie St, Wichita, KS 67212-5150
30594937          Rachel Norton, 2315 N CHELMSFORD CIR, WICHITA, KS 67228-8086
30594938          Rachel Nunn, 138 Nuns Way, Cambridge, England CB4 2NS, UNITED KINGDOM
30594939        + Rachel Pettigrew, 9300 E Jackson St, Selma, IN 47383-9508
30594940          Rachel Plowman, 333 Noble St, Elmira, NY 14901-1326
30594941          Rachel Potter, PO Box 31, 15 Millhaven Road, Odessa, ON K0H 2H0, CANADA
30594942        + Rachel Ramirez, 104 Middleton court, Chatsworth, GA 30705-2366

| 30594943 | | Rachel Rauch, 33 RANGE DR, MERRICK, NY 11566-3224 |
| 30594944 | | Rachel Reid, 38B Birch Drive, St. Albert, AB T8N 0E3, CANADA |
| 30594945 | + | Rachel Reyes, 1830 N Buena Vista St, Burbank, CA 91505-1203 |
| 30594946 | | Rachel Roach, 2612 E Melony Dr, Salt Lake City, UT 84124-3637 |
| 30594947 | | Rachel Roenicke, 1201 Stoney Ridge Blvd, Forest, VA 24551-4988 |
| 30594948 | + | Rachel Rosenberg, 4008 Highview Dr, Silver Spring, MD 20906-4724 |
| 30594949 | | Rachel Rust, 19536 180th Ave NW, Big Lake, MN 55309-9567 |
| 30594950 | + | Rachel Saale, 3134 N Elston Ave, APT 3, Chicago, IL 60618-5975 |
| 30594951 | | Rachel Samuelson, 1221 Division St, Apt 518, Nashville, TN 37203-4444 |
| 30594952 | | Rachel Schroeder, 128 N KINGSTON ST APT A, SAN MATEO, CA 94401-2063 |
| 30594953 | + | Rachel Schumacher, 3127 Ruckle St, Indianapolis, IN 46205-3969 |
| 30594954 | + | Rachel Scott, 2157 Augusta Place, Santa Clara, CA 95051-1714 |
| 30594955 | + | Rachel Sensing, 800 E Washington St, Louisville, KY 40206-1632 |
| 30594956 | | Rachel Shaw, 1700 Stone Crest Dr, Flower Mound, TX 75028-4813 |
| 30594957 | + | Rachel Silano, 95 Hockanum Blvd, Unit 3903, Vernon, CT 06066-7001 |
| 30594958 | + | Rachel Simmons, 200 Robledo Verde, San Antonio, TX 78232-1114 |
| 30594959 | | Rachel Slaton, 1987 Glen Cv, Homewood, AL 35209-6971 |
| 30594960 | + | Rachel Snider, 185 Malletts Bay Avenue, Winooski, VT 05404-1910 |
| 30594961 | | Rachel Stewart, 163 Principale St., St-Albert, ONTARIO K0A3C0, CANADA |
| 30594962 | | Rachel Stewart, 8412 S Wilson Crest Way, West Jordan, UT 84081-8215 |
| 30594963 | + | Rachel Stickel, 4095 Clyde Rd, Holly, MI 48442-9107 |
| 30594964 | + | Rachel Stone, 4507 Dorsett Oaks Circle, A, Austin, TX 78727-5811 |
| 30594965 | | Rachel Summey, 105 ROCKY ROAD DR, Zebulon, NC 27597-9557 |
| 30594966 | + | Rachel Tamayo, 8356 W Virginia Ave., Lakewood, CO 80226-3035 |
| 30594967 | | Rachel Tegenkamp, 1739 Hemlock Tree Pl, Upland, CA 91784-2547 |
| 30594968 | + | Rachel Thompson, 1463 Sophia Dr, Chaska, MN 55318-3236 |
| 30594969 | + | Rachel Throckmorton, 508 clinton dr, Gastonia, NC 28054-5151 |
| 30594970 | | Rachel Trigg, 24 Boardman Crescent, Stafford ST16 1AF, UNITED KINGDOM |
| 30594971 | | Rachel Van Wettering, 2913 Alcazar St NE, Albuquerque, NM 87110-3517 |
| 30594972 | + | Rachel Walker, 12204 SE 64th Pl, Bellevue, WA 98006-4408 |
| 30594973 | + | Rachel West, 9521 Morning Walk Dr, Hagerstown, MD 21740-1790 |
| 30594974 | | Rachel White, 14, Boles Road, Bishops Lydeard, Bishops Lydeard, Taunton, ENGLAND TA4 3FG, UNITED KINGDOM |
| 30594975 | | Rachel Williams, PO Box 881, Eureka, CA 95502-0881 |
| 30594976 | | Rachel Wisniewski, 183 Gulf Pines Dr, Port St Joe, FL 32456-7648 |
| 30594977 | | Rachel Wittig, 2122 Appleton Ct, Fayetteville, NC 28306-9702 |
| 30594978 | | Rachel Wright, 440 Caminito Azul, Vista, CA 92083-3608 |
| 30594909 | + | Rachel henricksen, 1475 Chatham pkwy, Apt. 2307, Savannah, GA 31405-0017 |
| 30594979 | | Rachelle Drapeau, 2964 Harriet Rd, #10, Victoria, BC V9A 1T3, CANADA |
| 30594980 | | Rachelle Larivee, 1921 Shaylin Loop, Antioch, TN 37013-8405 |
| 30594981 | | Rachelle Latorelli, 2135 Fairlane Dr, Titusville, FL 32780-4641 |
| 30594982 | + | Rachelle Schmidt, 228 McGinnis Ave, Manteca, CA 95336-5957 |
| 30594983 | + | Rachelle Wise, 211 Costa Mesa Street, Costa Mesa, CA 92627-2207 |
| 30594985 | | Radhakrishnan VK, King Abdul Aziz Street, Hilal Bank Building, Flat 615, Mahattah,Sharjah, 686, UNITED ARAB EMIRATES |
| 30594986 | | Radhika Vashisht, University of East Anglia, 100377446 Victory House VH02H, Norwich, England NR4 7TJ, UNITED KINGDOM |
| 30594987 | + | Rae, 1861 Banning Road, Norfolk, VA 23518-4911 |
| 30594988 | + | Rae Hartman, 1275 Marlowe Ave, Lakewood, OH 44107-2627 |
| 30594989 | | Rae MacLean, 61 Oceanstone Drive, Upper Tantallon, NOVA SCOTIA B3Z 0A5, CANADA |
| 30594990 | | Raechel Sturm, 718 Main Street, 304, Vancouver, BC V6A 2V7, CANADA |
| 30594991 | + | Raedeahna Gerdes, PO Box 161, 1520 N Street, Auburn, NE 68305-1854 |
| 30594992 | | Raeden Ard, 1025 Mechanic St Apt 5, Emporia, KS 66801-2901 |
| 30594993 | | Raegan Williamson, 9512 E 65th St Apt 1303, Tulsa, OK 74133-1592 |
| 30594994 | | Raelie R, 12450 SW Harlequin Dr, Beaverton, OR 97007-6238 |
| 30594996 | | Raf Jansen, Beukenlaan 23, Reusel 5541 VJ, NETHERLANDS |
| 30594997 | + | Raf Santamaria, 1604 Waterloo Trail, Unit B, Austin, TX 78704-4868 |
| 30594999 | + | Rafael Andres Zamora, 1907 Louisiana Avenue, League City, TX 77573-5719 |
| 30595000 | | Rafael Arredondo, 1223 Bushwick Ave Apt 3A, Brooklyn, NY 11221-4800 |
| 30595001 | | Rafael Garcia vali o, Avenida de Arteixo, 126, 8A, La Coruna, A Coruna 15007, SPAIN |
| 30595002 | + | Rafael Guerrero, 2904 Catalina Drive, Mesquite, TX 75150-3249 |
| 30595003 | | Rafael Listig, 5280 SW 188th Ave, Southwest Ranches, FL 33332-1330 |
| 30595004 | | Rafael Macaranas, 364 Salter, 364 Salter, Winnipeg, Manitoba, R2W 4L6, CANADA |
| 30595005 | + | Rafael Mallare, 1432 Brandywine Ln, Little Elm, TX 75068-5599 |
| 30595006 | + | Rafael Rautha, 601 E 19th st, Apt 3B, Brooklyn, NY 11226-7374 |
| 30595007 | | Rafael Yebra, Calle San Agustin 11 1A, Arges, Toledo, 45122, SPAIN |

30595008      Rafaela Oliveira da Silva, Rua Sao Manoel, 315, Apto 201, Porto Alegre, Rio Grande do Sul 90430-17, BRAZIL
30595009   +  Raffaele Signa, 2636 N 74th Ave, Elmwood Park, IL 60707-1916
30595010      Rah Hornbaker, 2112 Pillsbury Ave S Apt 9, Minneapolis, MN 55404-2350
30595011   +  Raheal Mengisteab, 1831 N Gramercy pl, Apt. 307, Los Angeles, CA 90028-5822
30595012   +  Raigan Noe, 701 Fawn Ln, Kokomo, IN 46902-4255
30595013      Raik Ulbricht, Untere Hauptstr. 59, Lustadt, Rheinland-Pfalz 67363, GERMANY
30595014      Railey Henry, 107 1/2 W 2nd St, East Syracuse, NY 13057-2803
30595015      Raimundo Van Domselaar, Carrer de Sant Pau 113, 1o 2a, Barcelona, BARCELONA 8001, SPAIN
30595016      Rain Holton, 11789 Lincoln Lake Rd NE, Greenville, MI 48838-9026
30595017   +  Rain Hubner, 2841 E Evergreen Dr, Warsaw, IN 46582-8931
30595018   +  Rain smith, 2601 W 12TH ST, I-1, RUSSELLVILLE, AR 72801-6550
30595019      Raina Luhring, 2294 Orchard Ave, Muskegon, MI 49442-3831
30595020   +  Raine Crawford, 4030 Bouck Circle, West Valley City, UT 84120-5301
30595021   +  Raine Mcwaters, 386 N Main St, Ephraim, UT 84627-1908
30595022   +  Raine Somerville, 1450 Boulder Ridge Ln, Bishop, GA 30621-6539
30595023      Raine Sweets, 2848 Del Paso Blvd Apt 3, Sacramento, CA 95815-2354
30595024   +  Raine Turrentine, 1244 E Bethany Home Rd, Apt 36, Phoenix, AZ 85014-2043
30595025      Rainer Hoffmann, 4 Golfstrasse, Bad Harzburg, Niedersachsen 38667, GERMANY
30595026   +  Rainie Warner, 1191 Cattail Creek Rd, Dillwyn, VA 23936-2194
30595027   +  Rainier Acierto, 3727 Parkview avenue, Apt 1, Pittsburgh, PA 15213-4117
30595029      Raisa Isaac-Rempher, 2729 Citrus St, Naples, FL 34120-5358
30595030      Rajarshi Ray, 721 218th Ave NE, Sammamish, WA 98074-3718
30595031      Rakel Degaard, Karl Johans veg 18, Auli, VIKEN 1929, NORWAY
30595032      Raksak Sukontatarm, 288 phaholyothin 40 yak 9 senanikom, Chattuchak, BANGKOK 10900, THAILAND
30595035      Ralf Eul, Balinger Str., Apt. 11, Koeln, Nordrhein-Westfalen 50739, GERMANY
30595034      Ralf Eul, Balinger Str. 11, Koeln, Nordrhein-Westfalen 50739, GERMANY
30595036      Ralf Garbe, Melanchthonstr. 98, Bielefeld 33615, GERMANY
30595038      Ralph Goodwin, 13173 Affirmed Ave, Frisco, TX 75035-0979
30595039      Ralph Terronez, 8535 Donovan St, Downey, CA 90242-3613
30595040      Raluca Amerine, 4159 HACKETT AVE, LAKEWOOD, CA 90713-3205
30595041   +  Rameen zubair, 1315 n broadway place, Apt 301, Okc, OK 73103-4812
30595042      Ramin Oskoui, Moergensstrasse, Apt. 23, Aachen, Nordrhein-Westfalen 52064, GERMANY
30595043   +  Ramiro Gonzalez, 2006 liberty drive, palmview, TX 78574-0306
30595044   +  Ramit Islam, 3472 Paty Drive, Honolulu, HI 96822-1443
30595045   +  Ramon Espinosa, PO Box 2786, Bandera, TX 78003-2786
30595047   +  Ramona Colarelli, 110 Royal Rd, Wichita Falls, TX 76308-5826
30595048      Ramona Sim, 31 Aubin St, Amesbury, MA 01913-2921
30595049   +  RamonamKlein, 8992 Tranquility Ln Sw, Sunset Beach, NC 28468-6207
30595050   +  Ramsay, 835 West Primrose, Springfield, MO 65807-4519
30595051   +  Ramses Garcia, 8220 Magnolia ave, Apt. 19, Riverside, CA 92504-3425
30595052   +  Rand Frazer, 1214 Little Canada Rd, Springfield, VT 05156-9797
30595053      Randall Archie, 4005 Clayton Rd W, Fort Worth, TX 76116-7927
30595054   +  Randall Edmeier, 4226 E. 119th Place, A, Thornton, CO 80233-6315
30595055   +  Randall L Mourning, 153 E MAIN ST, APT B, Santaquin, UT 84655-5594
30595056      Randall Sanchez, 403 W DENGAR AVE, MIDLAND, TX 79705-5318
30595057   +  Randall Spahr, 3416 Manning Avenue, #3717, Los Angeles, CA 90064-4878
30595058   +  Randall Wosilus, 231 Nordic Rd, Bloomingdale, IL 60108-1611
30595059      Randi Brasfield, 2821 Post St, Jacksonville, FL 32205-7413
30595060      Randi Evangelista, 285 Poinciana Dr, Indian Harbour Beach, FL 32937-4425
30595061   +  Randi Odesser, 19 Jordan Road, Hastings on Hudson, NY 10706-3919
30595062   +  Randie Rosa, 6861 E Shavano Rd, New Market, MD 21774-6857
30595063      Randy Aiken III, 300 Whites Rd, Lansdale, PA 19446-5235
30595064   +  Randy Farr, 2037 Red Jacket Trace, Spring Hill, TN 37174-5172
30595065   +  Randy Gannecilli, 93 Eastview Dr, Valhalla, NY 10595-1035
30595066   +  Randy Hernandez, 1717 S Chestnut Ave #441, Fresno, CA 93702-4709
30595067      Randy Nanigian, 28 Forest St, Whitman, MA 02382-1113
30595068      Randy Ross, 240 Macoun Ln, Muskegon, MI 49442-2968
30595069   +  Randy Treibel, 11630 Slater Ave NE Suite 9, Kirkland, WA 98034-4100
30595070   +  Ranger Station Supply Co LLC, 2905 12th Ave S, #106, Nashville, TN 37204-2549
30595071      Rania Wells, 5081 Windsor Ct NW, Bemidji, MN 56601-8061
30595072   +  Rania Woodard, 3011 Rowena Ave, Apt. 7, Los Angeles, CA 90039-2021
30595073      Raouia Howarth, 14 Garand Place, Ottawa, ONTARIO K1H8M1, CANADA
30595074   +  Raphael Chinca, 95 Blake Road, Brookline, MA 02445-4553

District/off: 0752-1                         User: admin                                      Page 382 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                             Total Noticed: 30719

30595075          Raphael Comtois, 2113 4th St, Bay City, MI 48708-6304
30595077      +   Raquel Hernandez, 904 E Arlen Ave, Visalia, CA 93292-1773
30595078          Raquel Luna, PO Box 5933, Aurora, IL 60507-5933
30595079          Raquel Rodrigues, 191 Champagne Lane, San Jose, CA 95132
30595080          Raquel Rowenhorst, 4118 Montgall Ave, Kansas City, MO 64130-1315
30595081          Raquel Salcedo, 10446 San Ramon Dr, San Diego, CA 92126-3237
30595082          Rashele Raber, 19306 SE 286th St, Kent, WA 98042-5482
30595083          Rashi Sinha, 105 The Pond Road, 418B, Toronto, ON M3J 0K9, CANADA
30595084      +   Rashid Coulibaly, 1310 Morgan Ave, Oshkosh, WI 54901-1767
30595085          Rasmus Rantanen, Br ndstr msgatan, 1A, GAVLE, GAVLEBORD 80324, SWEDEN
30595086          Ratboys, c/o Frank Riley, High Road Touring, Sausalito, CA 94965
30595087          Raul Alvarez Ayala, Enric borras N 5-7, BAJOS, Local E, PREMIA DE MAR (Barcelona), Barcelona, 83, SPAIN
30595088          Raul Benavides, 3904 Temecula Creek Trl, McKinney, TX 75070-6862
30595089      +   Raul Castillo, 3707 fiesta trl, San Antonio, TX 78245-2374
30595090          Raul Gonzalez, 4279 E Grand Ave, Pomona, CA 91766-4054
30595091          Raul Guillermo, 41 rue d Hautpoul, Paris, ILE-DE-FRANCE 75019, FRANCE
30595092          Raul Miah, 153A Prince of Wales Road, London, England NW5 3PY, UNITED KINGDOM
30595095      +   Raven Coffman, 904 Bluebird Hill Ave, North Las Vegas, NV 89084-2548
30595096          Raven Ely, 107 Manco Dr SE, Lindale, GA 30147-1508
30595097      +   Raven Rinehart, 6094 E Cleveland Rd, Ashley, MI 48806-9302
30595098          Raven Russell, 3627 Stone Way N Apt 409, Seattle, WA 98103-8096
30595099      +   Raven Ryan, 207 birch creek rd, Pine Hill, NY 12465-2107
30595100      +   Raven Whitaker, 12294 BANNOCK ST, Apt. 22110, Westminster, CO 80234-2171
30595101          Raven Willow Robertson, 15207 167TH AVE SE, MONROE, WA 98272-2634
30595102          Ravenna Burkey, 2209 Essex Rd, Lincoln, NE 68512-1318
30595103          Ravindrakumar Ratnakumara, B-53A-12, M VERTICA, JALAN CHERAS, Kuala Lumpur, KUALA LUMPUR 56000, MALAYSIA
30595104      +   Ray Alsip, 1313 Walnut St, Apt. 303, Cincinnati, OH 45202-7168
30595106      +   Ray Brown, 4526 albion rd, College park, MD 20740-3610
30595109      +   Ray Gentilella, 726 Medallion Drive, waxhaw, NC 28173-9958
30595110          Ray Spangler, 13084 Caminito Bautizo, San Diego, CA 92130-2485
30595111          Ray Steele, 655 Darwin Ave Apt 1, Logan, UT 84321-6159
30595112          Ray Yamaoka, 2800 Autumn Woods Cir, Midlothian, VA 23112-4218
30595108      +   Ray crespo, 34 north locust ave, West Long branch, NJ 07764-1406
30595113          Rayann Rose, 25391 S Hughes Ln, Canby, OR 97013-9771
30595114      +   Rayce Conover, 647 South Steeple Chase rd., Unit C, Pleasant Grove, UT 84062-5410
30595115      +   Raychel Dominguez, 4401 Telfair Blvd, Suitlnd, MD 20746-5276
30595116      +   Raygen Graff, 3622 George Road, Okeana, OH 45053-9785
30595117      +   Raymon Bracey, 1918 Ashley Hall Road, Charleston, SC 29407-9667
30595118          Raymond Chavez, 1405 Marion Rd SE Apt 103, Rochester, MN 55904-2742
30595119      +   Raymond Cunningham, 975 Southeast 11th Avenue, Apt 601, Portland, OR 97214-2491
30595120      +   Raymond Jones, 224 3rd Ave, Wilmington, DE 19808-4912
30595121          Raymond Khanano, 3485 Woodhurst Cres, Mississauga, ONTARIO L5L1N3, CANADA
30595122      +   Raymond Macier, 3956 12th st north, Apt 1, Naples, FL 34103-2320
30595123      +   Raymond Morataya, 8 Speighstown Place, Toms River, NJ 08757-6406
30595125      +   Raymond Peng, 4916 Regency Court, Apartment 206, West Chester, OH 45069-6772
30595126      +   Raymond Tamayo, 2516 W Beachy Pl, Anaheim, CA 92804-2241
30595128          Raymond Visman, Pruimendijk 278, Ridderkerk, ZUID-HOLLAND 2989 AP, NETHERLANDS
30595129      +   Raymond West, 3215 M street, Vancouver, WA 98663-2836
30595127          Raymond van Mook, Roodhekkenpas 63, Druten, Gelderland, 6651CZ, NETHERLANDS
30595130      +   Raymundo Nava, 414 Keli Cir, Eagle Pass, TX 78852-5650
30595131          Raymundo Rodriguez, 5605 Surrey St, Las Vegas, NV 89119-2854
30595132          Rayna O Sehon, 7644 SKYLINE DR, SHERRILLS FRD, NC 28673-9253
30595133          Rayna Spencer, 18 Lowerstack Croft, Birmingham, ENGLAND B37 5AW, UNITED KINGDOM
30595134      +   Raz Allen, 6894 Oakrise Lane, New Kent, VA 23124-2049
30595135      +   Raziel Cazares, 1209 S. 10th Street, Ste. A #786, McAllen, TX 78501-5060
30595136      +   Razz Terizzi, 2830 W 27 St Ln, C111, Greeley, CO 80634-7844
30595138          Reagan Brown, 4818 Jerry Dr, Little Rock, AR 72223-1319
30595140          Reagan Burleson, 580 S Lillian St, Stephenville, TX 76401-4740
30595141      +   Reagan Griffith, 8204 NE Snowberry loop, vancouver, WA 98664-1081
30595142      +   Reagan Herridge, 4217 Adkins Dr, Corpus Christi, TX 78411-3501
30595143          Reagan Jackson, 5 Marlborough Close, Weston, ENGLAND SG4 7DN, UNITED KINGDOM
30595144      +   Reagan Moore, 3209 Mount Horum Way, Fort Worth, TX 76105-4506
30595145          Reagan Parrish, 416 Garden City Dr Apt 17, Richmond, KY 40475-8562

District/off: 0752-1                          User: admin                          Page 383 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                       Total Noticed: 30719

30595147         Reagan Taylor, 14 Stokely Crescent, Whitby, ONTARIO L1N9S8, CANADA
30595148         Reagan Wajer, 94 Pleasant St, Grafton, MA 01519-1030
30595146     +   Reagan stokely, 2250 w 1st st, Grimes, IA 50111-4954
30595149         Real 1 Trans, Riverside, CA 92506
30595151         Reannin Davis, 1809 SE Oak St, Oak Grove, MO 64075-9421
30595152         Reba Vineyard, 6405 Flaherty Rd, Vine Grove, KY 40175-6543
30595153         Rebeca Valeiras, 5472 RENAISSANCE AVE, SAN DIEGO, CA 92122-5600
30595154         Rebecca, 11760 E COLBY RD, CRYSTAL, MI 48818-9728
30595155         Rebecca Abbott-McCune, 20489 Palm Meadow Dr, Clinton Township, MI 48036-1973
30595156     +   Rebecca Allwardt, 332 Venus Way, Madison, WI 53718-3178
30595157     +   Rebecca Amend, 4471 S Newport St, Chandler, AZ 85249-5468
30595158         Rebecca Arnfeld, 2944 Leta Ln, Sacramento, CA 95821-4324
30595159     +   Rebecca Azure, 7984 Turnberry Dr, Whitmore lake, MI 48189-9496
30595160         Rebecca Barnes, 6362 Rhodins Ln, Indian Land, SC 29707-2535
30595161         Rebecca Basham, 421 Edgewood Cir, Lufkin, TX 75904-7568
30595162         Rebecca Beiderwell, 1162 E Cromwell Ave, Fresno, CA 93720-2652
30595163         Rebecca Beimers, 138 Bradford Street, Unit 2, Ottawa, ONTARIO K2B 5Z1, CANADA
30595164         Rebecca Beimers, 138 Bradford Street, Unit 2, Unit 2, Ottawa, ONTARIO K2B 5Z1, CANADA
30595165         Rebecca Bessette, 15 OAKES AVE APT 3, SOUTHBRIDGE, MA 01550-4067
30595166         Rebecca Bjorklund, 437 N Air Depot Blvd Apt 15, Midwest City, OK 73110-1713
30595167     +   Rebecca Bjorklund-Luna, 437 N Air Depot Blvd, Apt. 15, Midwest City, OK 73110-1713
30595169     +   Rebecca Blissett, 17010 Antwerp Road, Harlan, IN 46743-7437
30595170         Rebecca Calkins, 950 Turners Landing Rd, Lanexa, VA 23089-6139
30595171         Rebecca Carroll, 9 Pratt St Apt 1, Mansfield, MA 02048-1985
30595172     +   Rebecca Cates, 6195 N Major, Apt. 106, Beaumont, TX 77713-3672
30595173     +   Rebecca Chapman-Smith, 312 Raritan Ave, Middlesex, NJ 08846-1028
30595174         Rebecca Clemmer, 605 Thayer St, Ridley Park, PA 19078-3524
30595175     +   Rebecca Daughtry, 4308 Primrose Rd, Columbus, GA 31907-1158
30595176         Rebecca Deaton, 172 PEMBROKE ST, KINGSTON, MA 02364-1152
30595177         Rebecca Despres, 3 Sargents Ln, Eliot, ME 03903-2013
30595179         Rebecca Dunn, 2418 NE Redford St, Poulsbo, WA 98370-7090
30595180         Rebecca Ehnat, 246 Hereford Ct, Millersville, MD 21108-1719
30595181         Rebecca Frank, 451 Warhawk Dr, Whitewater, WI 53190-2300
30595182         Rebecca Freedman, 1408 Longbrook Dr, Charlotte, NC 28270-1420
30595183         Rebecca Garcia, 59 Augusta Ct, Glendale Heights, IL 60139-1820
30595184         Rebecca Garman, N89W15878 Main St Apt 8, Menomonee Falls, WI 53051-2967
30595185         Rebecca Hanson, 31, Nursery lane, Halifax, ENGLAND HX3 5SF, UNITED KINGDOM
30595186         Rebecca Hoffay Klimek, 27 SMITH CT, WYNANTSKILL, NY 12198-8744
30595187         Rebecca Homden, 9305 NE 96th St, Vancouver, WA 98662-1953
30595188         Rebecca Keenan, 312 Township Road 245, Toronto, OH 43964-7885
30595189         Rebecca Kissinger, 9194 Old Brook Cv, Cordova, TN 38018-2912
30595191     +   Rebecca Lagarde, 113 Village Drive, Basking Ridge, NJ 07920-1346
30595192     +   Rebecca Leannah, 2202 crown Point Drive, Racine, WI 53402-2408
30595193         Rebecca Leather, 32 Mardon Road, Birmingham, ENGLAND B26 3EX, UNITED KINGDOM
30595194         Rebecca M Leyte, 3360 Mark Ave, Windsor, ONTARIO N9E 2X1, CANADA
30595195     +   Rebecca Marken, 29 Avenue B, Apt 6F, NY, NY 10009-7409
30595196     +   Rebecca Martin, 104 Chairman Drive, Columbia, MO 65203-8667
30595197     +   Rebecca McWilliams, 2136 W Haddon Ave, Apt 1, Chicago, IL 60622-3609
30595198     +   Rebecca Mohr, 13031 Richwood Road, Philadelphia, PA 19116-1316
30595199     +   Rebecca Moore, 1156 Jadden Lane, Owatonna, MN 55060-4526
30595200         Rebecca Morrison, 105 E Encore Dr, Hanford, CA 93230-1243
30595201         Rebecca Nealis, 109 Grandview Rd, Ardmore, PA 19003-3112
30595202         Rebecca Nehmzow, 10882 Jasmine Dr, Roscoe, IL 61073-6387
30595203     +   Rebecca Nolan, 6872 West Kings Estate Drive, West Valley City, UT 84128-3862
30595204         Rebecca Ormsby, 11 LIBERTY ST, OSWEGO, NY 13126-1047
30595205         Rebecca Owen, 7 Long Lane, Norwich, England NR13 4HY, UNITED KINGDOM
30595207     +   Rebecca Peters, 1250 Sadler Drive, 426, San Marcos, TX 78666-7597
30595206     +   Rebecca Peters, 84 Olona Street, A302, Hilo, HI 96720-5068
30595208         Rebecca Pidgeon, 15 Grey Street, Eltham, Victoria, 3095, AUSTRALIA
30595209         Rebecca Raque, PO Box 230, Livermore, CO 80536-0230
30595210         Rebecca Reidenga Talbot, 76 Rolling Ridge Ln, Lindenhurst, IL 60046-9282
30595211         Rebecca Rice, 16 Keri Anne Dr, Brockton, MA 02302-4178
30595212         Rebecca Richison, 803 Howard St, Pocola, OK 74902-3528

District/off: 0752-1      User: admin      Page 384 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

| | | |
|---|---|---|
| 30595213 | + | Rebecca Rodriguez, 1800 Arcineiga Dr, Clovis, NM 88101-3910 |
| 30595214 | | Rebecca Rodriguez, 1602 N Pecos St, Fort Stockton, TX 79735-2646 |
| 30595215 | + | Rebecca Rohn, 9612 NE 98th terrace, Kansas City, MO 64157-7703 |
| 30595216 | | Rebecca Rowh, 2303 Cross Creek Dr, Cranberry Township, PA 16066-6560 |
| 30595217 | | Rebecca Schiff, 3219 GEORGIA ST, OAKLAND, CA 94602-3809 |
| 30595218 | + | Rebecca Schumann, 4716 Muskogee St, College Park, MD 20740-1448 |
| 30595219 | + | Rebecca Scott, 3900 Cool Meadows Dr, Las Vegas, NV 89129-6874 |
| 30595220 | + | Rebecca Sherman, 21228 3rd Place West, Bothell, WA 98021-7541 |
| 30595221 | + | Rebecca Snell, 149 West 128th Street, Apt. 2, NY, NY 10027-3020 |
| 30595222 | | Rebecca Sommerville, 232 Forster St Apt 3, Harrisburg, PA 17102-3221 |
| 30595223 | | Rebecca Springer, 15317 N 85th Dr, Peoria, AZ 85381-3513 |
| 30595224 | | Rebecca Stackle, 1980 Judith Springs Rd, Union, MO 63084-2835 |
| 30595225 | | Rebecca Stuhr, 25908 Tournament Rd Apt 172, Santa Clarita, CA 91355-1954 |
| 30595226 | | Rebecca Stujenske, N79W12716 Fond du Lac Ave, Menomonee Falls, WI 53051-4408 |
| 30595227 | | Rebecca Suess, 2346 N Talman Ave # 2, Chicago, IL 60647-3054 |
| 30595228 | | Rebecca Sullivan, 1965 SE 14th Ave, Ocala, FL 34471-5463 |
| 30595229 | | Rebecca Syracuse, 30 Sussex Ave Unit 2, Morristown, NJ 07960-3885 |
| 30595230 | | Rebecca Taylor, 1319 Dartmouth Ct, Saint Charles, MO 63303-3705 |
| 30595232 | | Rebecca Wahl, 4970 Kyngs Heath Rd Apt 322, Kissimmee, FL 34746-5688 |
| 30595233 | | Rebecca Wheless, 8005 Sycamore Hill Ln, Raleigh, NC 27612-7187 |
| 30595234 | + | Rebecca Whitehead, 9225 SW Hall Blvd., A, Tigard, OR 97223-6794 |
| 30595235 | | Rebecca Wilday, 9920 Riverside Rd NW, Albuquerque, NM 87114-1924 |
| 30595190 | + | Rebecca kuehnke, 221 west street, Carthage, NY 13619-1613 |
| 30595231 | | Rebecca vanoene, 1662 Harvey Rd, Fruit Heights, UT 84037-4401 |
| 30595236 | | Rebeccah Sensenbrenner, 9 Eagle Ridge Ct, Bethesda, MD 20817-3922 |
| 30595238 | | Rebeka Vary, 12205 Quilt Patch Ln, Bowie, MD 20720-4357 |
| 30595239 | | Rebekah Alexander, 2833 N Spaulding Ave Apt 1, Chicago, IL 60618-7516 |
| 30595240 | + | Rebekah Anderson, 702 Edwards Rd Apt D 92, Greenville, SC 29615-1276 |
| 30595241 | | Rebekah Begel, 8 Stillhunter Ln, South Setauket, NY 11720-1335 |
| 30595242 | | Rebekah Borton, 643 Mayhill Rd, Springfield, OH 45504-1249 |
| 30595243 | + | Rebekah D Wolf, 23104 NE 237th Ct, Battle Ground, WA 98604-3978 |
| 30595244 | | Rebekah Francis, 10132 W National Rd, New Carlisle, OH 45344-8286 |
| 30595245 | | Rebekah Galdamez, 1033 S Bradshawe Ave, Monterey Park, CA 91754-4911 |
| 30595246 | | Rebekah Garber, 208 Cathcart Rd, Gwynedd Valley, PA 19437 |
| 30595247 | + | Rebekah Garcia, 3404 Patritti Ave, Baldwin Park, CA 91706-3507 |
| 30595248 | + | Rebekah Johnson, 136 Roundtree Dr, Gaston, SC 29053-8771 |
| 30595249 | | Rebekah Kindel, 23 Sioux Dr, Rittman, OH 44270-1919 |
| 30595250 | + | Rebekah L Williamson, 12737 Avante Dr. NW, Silverdale, WA 98383-9400 |
| 30595251 | | Rebekah Moran, 25 Twin Ponds Rd, New Windsor, NY 12553-5442 |
| 30595252 | | Rebekah Oursler, 4925 Park Oak Ct, Fort Worth, TX 76137-4186 |
| 30595253 | | Rebekah Rose, 67 Superior Ave, Springfield, MA 01151-1835 |
| 30595254 | + | Rebekah Shaw, 839 Verdi Way, Clarkston, GA 30021-1055 |
| 30595255 | + | Rebekah Simon-Caffyn, 5820 Harper Park Dr, Unit 71, Austin, TX 78735-8586 |
| 30595256 | + | Rebekah Swango, 535 North Water Street, Apt A, Kent, OH 44240-2444 |
| 30595257 | + | Rebekah Varughese, 405 Serrano Drive, Apt 5H, San Francisco, CA 94132-2266 |
| 30595258 | | Rebekah whitaker, 41, Dorrington Road, Dorrington Road, Dorrington Road, Lancaster LA1 4TB, UNITED KINGDOM |
| 30595259 | | Rebekka Dekker, Galerij 4, Almkerk, 4286 AS, NETHERLANDS |
| 30595260 | | Rebekkah Wall, 134 Hodson Crescent, Okotoks, ALBERTA T1S 1C7, CANADA |
| 30595261 | | Reboul Elvire, 26 All. Chatrian, Le Raincy 93340, FRANCE |
| 30595262 | + | Recover Sports LLC, 1518 Bryant St, Charlotte, NC 28208-5204 |
| 30595263 | | Red Torres Flores, PO Box 363, Winton, CA 95388-0363 |
| 30595264 | + | Red Vox, 233 Seaview Ave, Staten Island, NY 10305-1219 |
| 30595265 | | Redmar Baarslag, Spica 7, Hoogezand, GRONIGEN 9602WK, NETHERLANDS |
| 30595267 | + | Redwall LLC, 7655 S. 6th St., Oak Creek, WI 53154-2019 |
| 30595268 | | Reece Field-Cooper, 9B Bradgate Drive, Wigston, ENGLAND LE18 1HB, UNITED KINGDOM |
| 30595270 | + | Reece McGarity, 1 7th Street, Apt 602, Augusta, GA 30901-1305 |
| 30595271 | + | Reece Taylor, 1908 Chickadee Drive, Webb City, MO 64870-1206 |
| 30595269 | | Reece hickman, 121 Sachfield drive, Grays, ENGLAND RM16 6QW, UNITED KINGDOM |
| 30595272 | | Reece young, 7 school road, Ash, ENGLAND CT3 2JD, UNITED KINGDOM |
| 30595273 | + | Reed Covington, 2115 Portland Ave, Apt 201, Nashville, TN 37212-3608 |
| 30595274 | | Reed Wazorko, 4085 MICHAEL AVE, LOS ANGELES, CA 90066-5115 |
| 30595275 | + | Reef Bolliger, 2525 Paseo Park Road, 1-241, Orlando, FL 32817-3306 |
| 30595276 | | Reegan Ortman, 860 Shannon Road, Regina, SK S4S 5K2, CANADA |

District/off: 0752-1                          User: admin                                    Page 385 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                          Total Noticed: 30719

30595277    + Reema Azat, 71 Carol Lane, Malvern, PA 19355-2047
30595278      Reese Atkins, 4927 Kalithea Ct, Spring, TX 77388-3250
30595279    + Reese Badger, 2710 N. Monticello, Apt. 2, Chicago, IL 60647-8335
30595280      Reese Bryant, 4500 Mixson Ave Apt 917, North Charleston, SC 29405-3247
30595281    + Reese James, 12065 rockridge rd, Lakeland, FL 33809-0964
30595282    + Reese Norris, 16990 Deer Hill Ests, Lakeside, CA 92040-1101
30595283      Reese OaReilly, 15925 W Marietta Dr, New Berlin, WI 53151-6643
30595284    + Reese Thompson, 1229 1st Avenue, Apt 7, NY, NY 10065-6313
30595286      Reese Watts, 472 Canard Rd SE, Rome, GA 30161-2599
30595287    + Reese Williams, 3433 Westbury Road, Birmingham, AL 35223-1456
30595288    + Reese Young, 262 Robert C Daniel Jr Pkwy, Augusta, GA 30909-0803
30595289    + Reesie Dragon, 16156 S Pin Oak Ct, Homer Glen, IL 60491-9086
30595290    + Reeve Nunn, 510 147th PL NE, Bellevue, WA 98007-4953
30595291    + Regan Braseth, 2565 Ivy Avenue E, #305, Maplewood, MN 55119-7151
30595293    + Regan Carpenter, 3020 Roderick St., Apt 5, Morgan City, LA 70380-1556
30595294      Regan Chancellor, 1001 E Main St Apt 5C, Richmond, VA 23219-3563
30595295      Regan Gilmore, 605 E 549TH AVE, PITTSBURG, KS 66762-5261
30595296    + Regan Hjalmarson, 1038 Beacon Bay Dr, Carlsbad, CA 92011-3404
30595297    + Regan Lardy, 800 N Rose Ave, Tea, SD 57064-2076
30595298      Regan Murphy, 68 Deforest Rd, Wilton, CT 06897-1909
30595299    + Regena Bennett, 725 North 92nd Court, 1-312, Omaha, NE 68114-6602
30595300      Regev Cohen, Maale Hanahal, Apt. 117, Ramot Menashe, HEFA 1924500, ISRAEL
30595301      Reggie Borntrager, 2451 105TH ST, KALONA, IA 52247-9793
30595302      Regina Bechtold, Sternstrasse 11, Bielefeld, Nordrhein-Westfalen, 33699, GERMANY
30595303      Regina Bistromowitz, 824 Gross Ave, Moncks Corner, SC 29461-8303
30595304      Regina Hochstetler, 4141 Midway Rd Apt 4081, Carrollton, TX 75007-1828
30595305    + Regina McCurley, 1111 1/2 Chesaco Ave, Baltimore, MD 21237-2704
30595306      Regina Palm, Markgrafenstra e 33, Berlin, Berlin, 12105, GERMANY
30595307    + Reginald O Herde, 15510 Fox Run Drive, Austin, TX 78737-8600
30595308      Reginald Wright III, 8835 GENTLE WIND DR, CORONA, CA 92883-4972
30595309      Regine Mane, 10 rue kuss, Paris, ILE-DE-FRANCE 75013, FRANCE
30595310    + Reginna Chidester, 2248 Musson Rd, Howell, MI 48855-9082
30595311      Rehan Durrani, 2126 Weston Dr, San Jose, CA 95130-2068
30595312      Rehvah Kreger, 8235 Village Farm Dr, Austin, TX 78724-5000
30595313      Rei Ami, c/o Alex Hardee, 1-3 Wenlock Road, UNITED KINGDOM
30595314      Rei Vignapiano, 2127 Red Sage, Irvine, CA 92618-1539
30595315    + Reianna Williams, 6503 Madrid Rd, APT 8, Goleta, CA 93117-4833
30595316    + Reid Chandler, 39 Millmont Street, Boston, MA 02119-3724
30595317      Reid Durost, 8 Claire St, Augusta, ME 04330-7879
30595318    + Reid Hathaway, 2 Keith drive, Norton, MA 02766-1869
30595319    + Reid Kelly, 94 Locust Blvd, Ronkonkoma, NY 11779-3164
30595320      Reid Scott, 149 Beth Manor Dr, Prattville, AL 36066-6058
30595321      Reid Shepherd, 668 Windomere Ave, Richmond, VA 23227-2955
30595323    + Reiji iwaku, 8909 corran ferry drive, Austin, TX 78749-3633
30595324    + Reiko Fujimoto, 2651 West 230th Place, Torrance, CA 90505-3139
30595325      Reilly Cook, 22715 Ventura Way, CA, MD 20619-5110
30595326      Reilly SaintAmand, 1539 FAIRFIELD ST, GLENDALE, CA 91201-2739
30595327    + Reily Sharpe, 2001 Holmes ave, Springfield, IL 62704-4612
30595328      Rein DeMoss, 6501 Bluebird Dr, Maple Grove, MN 55369-6009
30595329    + Rein Vincent, 37888 bay view circle east, Selbyville, DE 19975-2869
30595331      Reina Suzuki, 95 STATION CAMP RD, LE ROY, WV 25252-7119
30595332    + Reise Campbell, 27574 Palomino Drive, Warren, MI 48093-4610
30595334      Reiss Arndt, Parcel Locker 10125 03163, 17-27 Cindere, Springwood, QUEENSLAND 4127, AUSTRALIA
30595335      Rejjie Snow, c/o Andy Duggan, 100 New Oxford St., UNITED KINGDOM
30595337    + Rem Leicher, 6 Fales St, Apt 1, Randolph, VT 05060-1179
30595338    + Remember Sports, 633 s 49th st, Philadelphia, PA 19143-2033
30595339    + Remi McClanahan, 23304 Koehler Drive, Morgantown, WV 26508-1299
30595340      Remi McDaniel, 505 CITATION DR, COPPERAS COVE, TX 76522-4767
30595341      Remi Remi, 1106 Blackberry Winter Ln, De Pere, WI 54115-7633
30595342    + Remi Salzmann, 325 W 101st St, NY, NY 10025-4912
30595344      Remington McKane, 17 alameda drive, sale, VICTORIA 3850, AUSTRALIA
30595346      Remy 'The Yeti' Spaghetti & Ash Alcarin, 183 GROVE ST, MARSHFIELD, MA 02050-2580
30595347    + Remy Bondurant, 903 Stratford Road, Avondale Estates, GA 30002-1435

District/off: 0752-1                                    User: admin                                    Page 386 of 507
Date Rcvd: Jan 04, 2024                                    Form ID: 309C                                    Total Noticed: 30719

30595348   + Remy Fontaine, 111 Suffolk Ave, Apartment H, Sierra Madre, CA 91024-2534
30595349   Remy Kells, 27 Waller Street, Benalla, Victoria, 3672, AUSTRALIA
30595350   Ren Arnhold, Kolpingweg 14, Giengen an der Brenz 89537, GERMANY
30595351   Ren Buntenbroich, Gustav-Heinkel-Str. 51, Karlsruhe 76187, GERMANY
30595352   Ren Vogl, Eppenhauser Str., Apt. 4, Hagen, Nordrhein-Westfalen 58093, GERMANY
30595353   Ren Alvero, 101 Chestnut St, Apt A, Bethel, CT 06801-2660
30595354   Ren Gaudet, 316 Acadie Avenue, Apt 1007, Dieppe, NEW BRUNSWICK E1A 1G8, CANADA
30595355   Ren Gee, 186 E Norwich Ave Apt E, Columbus, OH 43201-1233
30595356   Ren Meszaros, 264 Orchard Hill Dr SW, North Canton, OH 44720-4128
30595357   Ren Williams, 3739 Norman Loop, Round Rock, TX 78664-3919
30595358   Renae Corcoran, 4405 SE Belmont St Apt 317, Portland, OR 97215-1766
30595359   Renae Fong, 599 Washmill Lake Drive, Apt. 109, Halifax, B3S 0G8, CANADA
30595360   Renae Hartney, 2/10 Lorraine Court, Pakenham, VIC 3810, AUSTRALIA
30595361   + Renat Linn, 1010 Cobblestone Street, Pinedale, WY 82941-6753
30595362   Renata Chroma, Slezingerova 3, Jihlava, CZECH REPUBLIC 58601, CZECH REPUBLIC
30595363   Renata DeWees, 509 W Tenny Ave, Louisville, KY 40214-1330
30595364   Renato Viana, R Padre Donaciano Abreu Freire N43 RC A, Estarreja, ESTARREJA 3860-384, PORTUGAL
30595365   Rene Basyurie, 11 Mary Wade Place, Carnes Hill, New South Wales, 2171, AUSTRALIA
30595366   Rene Beaudin, 2061 Aylwin, Montreal, QUEBEC H1W 3C4, CANADA
30595367   Rene Coulibaly, Saranuma,1-5-14, Adachi-ku 123-0862, JAPAN
30595368   + Rene Dumayas, 1098 13th Ave SE, Minneapolis, MN 55414-2311
30595369   Rene Ortegon, 408 Cortijo, Cibolo, TX 78108-2041
30595370   + Rene Quinones, 1150 Eleanore Ave, Bartow, FL 33830-3007
30595371   + Rene Valdez, 3011 Trio St, Richmond, VA 23223-2123
30595372   + Renee Crippen, 3511 7th Avenue, Sacramento, CA 95817-3218
30595373   Renee Maybee, 5569 Walworth Ontario Rd, Ontario, NY 14519-9577
30595374   Renee Richardson, 118 Corinth Dr, Piedmont, SC 29673-6101
30595375   Renee Rieves, 7 Kernwood Hts, Beverly, MA 01915-2901
30595376   Renee Riley, 39 WESTCHESTER DR, CLIFTON PARK, NY 12065-7507
30595377   Renee Rivera, 1201 Amado St NW, Albuquerque, NM 87104-2607
30595378   Renee Stevenson, 12271 Coit Rd Apt 2301, Dallas, TX 75251-2314
30595379   + Renee Zander, 302 Calle Paisano, San Clemente, CA 92673-3063
30595380   Renee Zha, 100 E WALTON ST APT 25G, CHICAGO, IL 60611-4920
30595381   + Rennard Ezra Villanueva, 11712 California Poppy Dr, Bakersfield, CA 93311-2175
30595382   Rennikah Edwards, 5b paramount court, Shorewell park, Tasmania, 7320, AUSTRALIA
30595383   Reno Jesse Peeters, Wechelsebaan 80, Lille, ANTWERP 2275, BELGIUM
30595384   + Retool Inc, 1550 Bryant St, Suite 200, San Francisco, CA 94103-4853
30595385   Reuben Mathew, 2322 Coliseum St, New Orleans, LA 70130-5767
30595386   + Revel Entertainment LLC, 4720 Alexander Blvd NE, Albuquerque, NM 87107-6822
30595387   + Reverb, 386 Fore Street, Portland, ME 04101-4047
30595388   + Revolution Hall, 3939 N.Mississippi, Portland, OR 97227-1162
30595389   + Rework LLC, 2275 Half Day Rd., Suite 100, Bannockburn, IL 60015-1274
30595391   Reyna Bonilla, 545 CHATHAM RD, HOMER, GA 30547-2323
30595392   + Reynaldo de Leon, 1070 Tucson trail, Kyle, TX 78640-4161
30595394   Rhayne Risko, 2226 8th St, Monroe, WI 53566-1601
30595395   Rhea Menck, 334 COLLEGE ST, RURAL HALL, NC 27045-9758
30595396   Rhea Mouly, 7106 S 10th St, Kalamazoo, MI 49009-9730
30595398   Rheeannhyn Waters, 33 Sandpiper Place, Green Point, New South Wales, 2251, AUSTRALIA
30595399   + Rhett R Pearson, 6610 234th Street Southwest, Mountlake Terrace, WA 98043-2720
30595400   Rhett Wiebe, Schubartstra e 69, Berlin, Berlin, 13509, GERMANY
30595401   + Rhew, 32 Oak Hollow Ct, Valparaiso, IN 46383-9316
30595402   Rheya DeTraglia, 5612 E 4th Ave, Anchorage, AK 99504-1004
30595403   Rhiann Plowman, 2 Elms Grove, Loughborough, England, LE11 1RG, UNITED KINGDOM
30595404   + Rhianna Alvarez, 142 Meridian St., Heber, CA 92249-9509
30595405   Rhianna Bovair, 1711 Century Rd E, Ottawa, Ontario K0A 2E0, CANADA
30595406   Rhianna Everton, 26 Kirkcaldy Avenue, Great Sankey, Warrington WA5 3NS, UNITED KINGDOM
30595407   Rhianna Hallam, 9 Trinity Apartments, 3 Roman Walk, Exeter, England EX1 1GP, UNITED KINGDOM
30595408   + Rhianna Sandoval, 947 Goldenoak Way, Stockton, CA 95209-2016
30595409   Rhiannon Allsbrook, 387 Hinman Ave, Buffalo, NY 14216-1016
30595411   + Rhiannon Fleet, 266 N Aberdeen ave, Wayne, PA 19087-3536
30595412   Rhiannon Gretgrix, 140a Parer Road, Airport West, Victoria 3042, AUSTRALIA
30595413   Rhiannon Rivera, 5295 Watervale Dr, Dublin, OH 43016-7626
30595414   Rhiannon V Harris, 24 Sumner Ave, Pittsburgh, PA 15221-4328

District/off: 0752-1                           User: admin                                Page 387 of 507
Date Rcvd: Jan 04, 2024                         Form ID: 309C                             Total Noticed: 30719

30595415          Rhiannon Walker, 2311 W Annamere Dr, Dunlap, IL 61525-9387
30595417          Rhonda Beaugard, 10129 Bloomsbury Ave, Cordova, TN 38016-0198
30595418          Rhonda Cotton, 23978 SE8th Place, Sammamish, WA 98075
30595419      +   Rhonda Exum, 5232 Cedar Ave, Philadelphia, PA 19143-1525
30595420      +   Rhonda Martell, 54 Tarn Drive, Morris Plains, NJ 07950-2738
30595421          Rhonda Neff, 5164 W Canyon Rose Cir, Herriman, UT 84096-6770
30595422          Rhonda P Harper, 1905 PARKER BOWIE RD, IVA, SC 29655-9018
30595424      +   Rhye Mirch, 801 E 10th Ave, Denver, CO 80218-2709
30595425      +   Rhynne Garrison, 1212 Teekwood, Jonesboro, AR 72401-3634
30595426          Rhys Dennett, 37a Peckham Road, 1D1 Gardens House, London, ENGLAND SE5 8UH, UNITED KINGDOM
30595427      +   Rhys Dickel, 4126 Nokomis Avenue, Minneapolis, MN 55406-3146
30595428          Rhys Gleadhill, 79 Swallow Drive, Erskine Park, New South Wales 2759, AUSTRALIA
30595429          Rhys Martin, 25 Ashburn Rd, Glasgow, SCOTLAND G62 7PG, UNITED KINGDOM
30595430      +   Rhys Osborne, 3753 Mayfair, Dearborn, MI 48124-3827
30595431          Ria Allman, 403 Main Sail Ln, Milton, DE 19968-1534
30595432          Rian Oliver De Leon, 575 W Pecos Rd Apt 2153, Chandler, AZ 85225-7423
30595433      +   Rian Pecoraro, 171 Lorraine Loop, Staten Island, NY 10309-1522
30595434      +   Rian Trotter, 7820 Kemberton Dr W, Nolensville, TN 37135-4029
30595435      +   Riana Pearce, 3829 Buena Vista St, APT C, Fort Irwin, CA 92310-1877
30595436          Rianna Joy, 3975 Smithfield Trl, Ellenwood, GA 30294-1654
30595437      +   Riata Lindley, 26254 Centennial Trail, Golden, CO 80401-7213
30595438          Ricard Jasmin, 1000 rue des gros-becs, D506, QUEBEC, QUEBEC G1E0M3, CANADA
30595439      +   Ricardo Adrian, 3038 Vita Dolce Dr, Katy, TX 77493-3642
30595440          Ricardo Ayala, 5883 HOLLOW OAK TRL, CARMEL, IN 46033-9567
30595441      +   Ricardo Gonzalez, 2801 Saturn ave, D, Huntington Park, CA 90255-5068
30595442      +   Ricardo Hurtado, 478 Mahogany Ridge St, Las Vegas, NV 89138-6293
30595443          Ricardo Mejicano, 4608 Washburn Ave Apt 2, Fort Worth, TX 76107-3781
30595444          Ricardo Paredes, 10319 BLACK WALNUT DR, DALLAS, TX 75243-5104
30595445      +   Ricardo Solis, 5810 Jalapeno Dr, Las Cruces, NM 88012-7026
30595446      +   Rich, 338 Jefferson Ave, Brooklyn, NY 11216-1702
30595447          Rich Giordano, 76 Claire Ct, West Babylon, NY 11704-7304
30595448      +   Rich Keesee, 1034 Cork Drive, Bethel Park, PA 15102-1312
30595449          Rich Mercado, 6364 NAVION DR, CITRUS HTS, CA 95621-3508
30595450          Rich Rauso, 222 SANDERS AVE, SOMERSET, NJ 08873-1043
30595451          Rich Shin, 3276 Amesbury Way, Duluth, GA 30096-5898
30595452      +   Richard, 18411 36th Avenue West, B106, Lynnwood, WA 98037-7655
30595453          Richard Alaniz, Jr, 1721 Crosby Street, PORTLAND, TX 78374-2422
30595454          Richard Amos, Middle Hill, Watford Road, New Mills, England, SK22 4EJ, UNITED KINGDOM
30595455      +   Richard Andrew Curl, 19111 Graham Ln, Saugus, CA 91350-3791
30595456      +   Richard Arnold, 411 W 35TH ST, 10A, NY, NY 10001-1582
30595457      +   Richard Berndt, 1012A South 13th Street, Manitowoc, WI 54220-5122
30595458      +   Richard Brawn, 6455 sw nyberg Ln, G102, Tualatin, OR 97062-7449
30595459      +   Richard Calderon, 346 N Sunset Ave., Sp. 166, La Puente, CA 91744-3520
30595460          Richard Cardona, 881 W Ashcroft Ave, Clovis, CA 93612-4615
30595461      +   Richard Conley, 240 Regents Road, Gahanna, OH 43230-2428
30595462      +   Richard Cruz, 5700 Village Oaks Dr, Apt 3123, San Jose, CA 95123-3781
30595463          Richard Cush, 16911 S Heathercreek Dr, Plainfield, IL 60586-9016
30595464          Richard Dauphinais, 1331 Bellevue St Lot 452, Green Bay, WI 54302-2137
30595465      +   Richard Davis, 507 E Minnesota St, Apt 307, Rapid City, SD 57701-8629
30595466          Richard Dean, 1451 69th Ave, Philadelphia, PA 19126-1613
30595467          Richard Dotson, 4512 NEBO DR, LA MESA, CA 91941-5203
30595468          Richard Elschot, Hallsedijk, 44A, Empe, Gelderland, 7399RP, NETHERLANDS
30595469          Richard Feltgen, 40, rue de Belvaux, 1st floor, Esch sur Alzette, ESCH SUR ALZETTE L-402, LUXEMBOURG
30595470      +   Richard Fernandez, 434 north ave 57, Los Angeles, CA 90042-3406
30595471      +   Richard Geller, 280 S Greenleaf Avenue, Staten Island, NY 10314-2920
30595472      +   Richard H King, 119 Pinecrest BLVD, Summerville, SC 29483-4021
30595473      +   Richard Hawley, 149 San Tropez Ct, Laguna Beach, CA 92651-4402
30595474      +   Richard Herbert, 190 pompton ave, Cedar Grove, NJ 07009-2020
30595475      +   Richard High, 446 Stoney Point Road, Austin, TX 78737-4886
30595476      +   Richard Hough, 4833 Sheboygan Avenue, Apt. 221, Madison, WI 53705-2962
30595477      +   Richard Korinek, 4822 Edgeway Drive, West Bend, WI 53095-9193
30595478      +   Richard Kruszynski, 3010 Preston Woods Trl, Lake Saint Louis, MO 63367-6516
30595480      +   Richard Macy, 239 West Robbins St, Covington, KY 41011-3078

30595481    + Richard Martin, 16333 Lauder Lane, Dallas, TX 75248-2348

30595482      Richard Mckeon, 4713 Rossborough Lane, Leonardtown 247-01, College Park, MD 20742-0001

30595484    + Richard Monroe, 16657 W Monte Cristo Ave, Surprise, AZ 85388-2108

30595485    + Richard Montague, 9540 Deerbrook St, Rancho Cucamonga, CA 91730-5629

30595486    + Richard Morrison, 213 Hawks View Square SE, Leesburg, VA 20175-4103

30595487    + Richard Paulos, 153 Edgewood Drive, Toms River, NJ 08755-7349

30595488    + Richard Perez, 8955 Dorothy ave, South gate, CA 90280-3313

30595489    + Richard Pougy, 17 West Clay Avenue, Roselle Park, NJ 07204-1905

30595490    + Richard Ramirez, 8220 Wilcox Ave, Apt. 19, Cudahy, CA 90201-6066

30595491      Richard Riley Strader, 2341 North Malachite, MESA, AZ 85207-2522

30595492    + Richard Riordan, 1520 s Bluff Dr, apt 4, Spokane, WA 99206-3133

30595493      Richard Roch, Junghansstra e, 38A, Dresden, SACHSEN 1277, GERMANY

30595494      Richard Rogers II, 632 Market St, Oxford, PA 19363-1651

30595495    + Richard Rostum, 144 Oliver Ave, Valley Stream, NY 11580-1628

30595496    + Richard Saavedra, 6505 Wagner Ave, Third House, Arbuckle, CA 95912-9704

30595497    + Richard Sloan, 74 Atlantic st, Keyport, NJ 07735-1857

30595498    + Richard Strader, 2341 N Malachite, Mesa, AZ 85207-2522

30595499    + Richard Swor, 5420 Oakmont Cir, Nashville, TN 37209-4633

30595500      Richard Tanner, 22 Tom Eason Dr, Hampton, GA 30228-2953

30595501      Richard Thayer, 4825 DRAKE RD, CINCINNATI, OH 45243-4121

30595502    + Richard Watnik, 1516 Rodman street, Apt B, Philadelphia, PA 19146-1629

30595503    + Richard Whyte, 687 Beverly Rd, Holland, PA 18966-2103

30595504      Richard Williams, PO BOX 293, LINDEN, VA 22642-0293

30595505    + Richard Wyatt Reding, 6030 Northcliff Avenue, Brooklyn, OH 44144-4033

30595479      Richard lauren, Fj llv gen 4, LIDINGON, STOCKHOLM 181 31, SWEDEN

30595483    + Richard miller, 18411 36th ave w, Apt b106, Lynnwood, WA 98037-7655

30595506    + Richel E DeLorenzo, 166 Lockwood Ave, Buffalo, NY 14220-1809

30595507      Richelle Cluck, 6033 Ridge Lake Cir, Vero Beach, FL 32967-5095

30595508    + Richie Griffin, 304 Glen Ave, B2, Salisbury, MD 21804-5162

30595509    + Richie Nelson, 572 Cheri Ln NE, Fridley, MN 55421-1207

30595510      Richie Richie, 15 CHARLES ST APT 4B, NEW YORK, NY 10014-3013

30595513    + Rick Gleason, 6530 N Morristown Rd, Shelbyville, IN 46176-8718

30595515    + Rick Logue, 257 Iris Trail Drive, Galloway, OH 43119-8356

30595517    + Rick Lyons, 4701 18 mile creek road, Westport, KY 40077-9778

30595518      Rick Medina, 3220 SUMMIT VISTA DR, DES MOINES, IA 50321-2228

30595519      Rick Oconnor, 518 W Montgomery Ave, Spokane, WA 99205-4740

30595520      Rick Reddekopp, 4701 NW Coves Dr, Kansas City, MO 64151-1140

30595521      Rick Revell, 2700 Coolidge Ave, Los Angeles, CA 90064-3820

30595522    + Rick Speer, 200 Regency Ct. Unit F, Wauconda, IL 60084-2243

30595523      Rick Thomassen, Langeakkeretraat 6, Dodewaard, Gelderland, 6669 CT, NETHERLANDS

30595514    + Rick jimenez, 1425 s mesa st, San pedro, CA 90731-4832

30595524      Rickilynn Famiano, 21 Vassar St, Schenectady, NY 12304-1418

30595525    + Ricky Bantog, 5222 Reynolds St, San Diego, CA 92114-6240

30595526      Ricky Garcia, 2921 CURRY WOODS DR, ORLANDO, FL 32822-7876

30595528      Ricky Sicken, 1211 HUSBAND RD, PADUCAH, KY 42003-0210

30595529    + Ricky Vitte, 214 Cranden Dr, Perrysburg, OH 43551-1086

30595531      Ridge Morey, 207 Pebble Ln, Cape Girardeau, MO 63701-9170

30595532    + Ridge Pachensy, 18198 Old 9 mile Rd, Kaleva, MI 49645-9791

30595534    + Ridyr Velius, Hartman Circle, Apt 432 Building 4, St Peters, MO 63304-2711

30595535      Rielle Landry, 3-271 Traverse Avenue, Winnipeg, Manitoba R2H 2H4, CANADA

30595536      Rielle Pavot, 8109 85 Street Northwest, Edmonton, Alberta T6C 4S3, CANADA

30595537      Riely Pointon, 1/19 Harley Road, Takapuna, Auckland, 622, NEW ZEALAND

30595538    + Riftside Academy, c/o Shelby Grace, 1137 N Central Ave, Glendale, CA 91202-3664

30595539    + Right Away, Great Captain!, 6060 Deerwoods Trail, Johns Creek, GA 30005-3634

30595541      Rigo Olvera, 57857 Aurora Ave, Elkhart, IN 46517-2110

30595542      Rigo Tovar, 108 HAWTHORNE AVE, PARK RIDGE, NJ 07656-1276

30595543      Rigo Ventura, 53 MILL RD, MORRIS PLAINS, NJ 07950-1631

30595544    + Rigoli, 1461 Ridge Way, Los Angeles, CA 90026-4325

30595545      Rihanna Jordan Arriola, N339 McKay Ave, Spring Valley, WI 54767-9018

30595546      Rijnsburger, Van Starkenborghstraat 21, Leens, GRONINGEN 9965PC, NETHERLANDS

30595547      Rik Wolterink, Amsterdamsestraatweg 590, Utrecht, Utrecht 3553EP, NETHERLANDS

30595548      Rikki Aston, 52 KNOX CT, DENVER, CO 80219-1405

30595549    + Rikki Frailey, 191 Frailey Road, Stroudsburg, PA 18360-6680

District/off: 0752-1                          User: admin                          Page 389 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                         Total Noticed: 30719

30595550           Riland Morina, 7930 S Wynbrook Ct, Oak Creek, WI 53154-3045
30595551      +    Rilea Ferguson, 10100 Oak Hill Rd, Independence, OR 97351-9524
30595552           Riley Allen, 9415 SW Trestle View Ln, McMinnville, OR 97128-8777
30595553           Riley Andrews, 6925 199 Street Northwest, Apt. 310, Edmonton, ALBERTA T5T 3X8, CANADA
30595554           Riley Azizeh, 1111 Southcreek Dr Apt 613, Round Rock, TX 78664-7168
30595555           Riley Buck, 122 E Colleen Dr, Gardner, KS 66030-1282
30595556      +    Riley Caruso, 1092 Boston Rd, Haverhill, MA 01835-8375
30595557      +    Riley Casey, 9154, Lamar St, San Diego, CA 91977-2749
30595558           Riley Christoforou, 27 Julie Lane, Renfrew, ONTARIO K7V 3Z8, CANADA
30595559           Riley Church, 19 Hickory Rock Rd, Louisburg, NC 27549-6931
30595560           Riley Copti, 24387 SW 11th Rd, Newberry, FL 32669-4483
30595561      +    Riley Cripe, 372 White Birch Dr, Guilford, CT 06437-2144
30595562      +    Riley Crump, 1055C highway 231, bethpage, TN 37022-8518
30595563           Riley Cummins, 3027 Edgehill Dr, Los Angeles, CA 90018-3222
30595564           Riley Cutlip, 1116 N 24th St, Clarksburg, WV 26301-1857
30595565      +    Riley Darling, 2260 Glencoe Hills Dr, Ann Arbor, MI 48108-3074
30595566      +    Riley DelVasto, 6419 High Creek Court, Charlotte, NC 28277-0114
30595568           Riley Dowling, 804 Blakely Ct Apt 279, Frederick, MD 21702-4025
30595569           Riley Eashappie, 186 Forsyth Cres, Regina, SASKATCHEWAN S4RL7, CANADA
30595570           Riley Fennell, 81 Glen Park road, Eltham north, Victoria, 3095, AUSTRALIA
30595571           Riley Firestone, 1203 SPORTSMAN RD, ROBESONIA, PA 19551-9506
30595572      +    Riley Freeberg, 466 Woodland Drive, Wisconsin Rapids, WI 54494-6562
30595573      +    Riley Hodges, 2835 FM 1799, Mineola, TX 75773-4073
30595574      +    Riley Horn, 8575 Pershing Ave, Fair Oaks, CA 95628-2938
30595575      +    Riley Hughes, 312 E. Monroe Street, Goshen, IN 46526-3440
30595576           Riley Humphrey, 1239 old highway 8, hamilton, Ontario L0R 1Z0, CANADA
30595578      +    Riley Jeffs, 504 Fremont St, PMB 170, Thermopolis, WY 82443-2913
30595579           Riley Karst, 425 Clark St, Avilla, IN 46710-9418
30595580           Riley Kass, 70460 Tharp Lake Rd, Edwardsburg, MI 49112-9214
30595582           Riley Matheson, 8 Dalegrove Crescent, Hamilton, Ontario, L8J 3R5, CANADA
30595583      +    Riley Newton, 41 Shakespeare St, Tyngsboro, MA 01879-2735
30595584           Riley Nicoll, 7 St Andrews Close, Watanobbi, NEW SOUTH WALES 2259, AUSTRALIA
30595585           Riley O'Rourke, 240 Devonshire St Unit 4306, Boston, MA 02110-2170
30595586      +    Riley Patrick McCullough, 2600 Mckinley Drive, Anderson, SC 29621-6733
30595587      +    Riley Perkins, 3 Hyde Park, Springfield, IL 62703-5314
30595588      +    Riley Pierce, 104 Hall Ave, Apt 2 #104, Henniker, NH 03242-3467
30595589      +    Riley Poole, 1710 14th st, Bremerton, WA 98337-1122
30595590           Riley Primus, 735 Monroe St NE Fl 1, Minneapolis, MN 55413-2311
30595591      +    Riley Riggen, 12631 Southeast Lydia Court, Portland, OR 97236-8929
30595592      +    Riley S Jorn, 8545 Spyglass Lane, Davenport, FL 33896-5504
30595593           Riley Sarrazin, 430 Westview St, Apt. 1008, Coquitlam, BC V3K0G2, CANADA
30595594      +    Riley Sassone, 2904 East Libra St, Gilbert, AZ 85234-4014
30595595      +    Riley Simpson, 403 Main Street, Winchester, MA 01890-2925
30595596           Riley Slusher, 9546 Mercer Dr, Dallas, TX 75228-3740
30595598      +    Riley Spahr, 2079 28th Avenue, San Francisco, CA 94116-1160
30595599      +    Riley Stearns, 2028 1/4 Argyle Ave, Los Angeles, CA 90068-3377
30595600      +    Riley Stiltjes, 1711 Ernest Ave, Missoula, MT 59801-8309
30595601      +    Riley Tesman, 5302 E Van Buren St, Apt. 1059, Phoenix, AZ 85008-7969
30595602      +    Riley Thompson, 1369 Spruce Pl, APT 2508, Minneapolis, MN 55403-2792
30595603      +    Riley Weiter, 278 Wills Way, Taylorsville, KY 40071-8500
30595604           Riley Wenke, 20616 Cool Spring Rd, Milton, DE 19968-3230
30595605           Riley Winters, 186 Tobacco St, Lebanon, CT 06249-1624
30595597      +    Riley smith, 2875 Southworth Road, Delphos, OH 45833-9456
30595606           Rimantas Kazlauskas, 25 Madoc Street, Swansea, ENGLAND SA1 3RB, UNITED KINGDOM
30595607           Rin Barry, 5645 BELTON LN, MCKINNEY, TX 75070-8865
30595609           Rio Cordova, PO Box 521512, Big Lake, AK 99652-1512
30595610      +    Rion Salmon, 1509 east 49th street, Brooklyn, NY 11234-3103
30595612           Risa Risa, 2993 Main St, Ingleside, TX 78362-4218
30595615           Riselle Rose Silva, 2661 Evergreen Rd, Odenton, MD 21113-2310
30595616           Risha Hussain, 1927 ORRINGTON AVE, FOSTER WALKER 5405, EVANSTON, IL 60201-2953
30595618      +    Riteline LLC, 4271 Bronze Way, Dallas, TX 75237-1019
30595619      +    Ritt Momney, 235 Park Ave S, Fl 9, New York, NY 10003-1405
30595621      +    Rival Holdings, LLC, 1374 West Peachtree Street, Atlanta, GA 30309-2965

30595622   + River Ambrose, 407 Old Peak Road, Georgetown, TX 78626-8196
30595623     River Guthrie, 419 S Franklin St, Saint Louis, MI 48880-1744
30595624   + River Taylor, 860 N Street, Fortuna, CA 95540-1930
30595625     River Watson-Benedetti, 6416 SE 66th Ave, Portland, OR 97206-6620
30595633     RnR Media Inc., 301 - 4111 Hastings Street, Bumaby, BC V5C 6T7, CANADA
30595635   + Roan Haines, 550 Huntington Ave, Mb 4468 Wentworth Institute Of Technolog, Boston, MA 02115-5998
30595636     Roan Peterson, Sjabururi 12i, Santa Cruz, Cashero, 0, ARUBA
30595638   + Rob Brooks, 2221 Old Frederick Road, Catonsville, MD 21228-4809
30595639   + Rob Burns, 2618 E Prairie Creek Dr, Richardson, TX 75080-2676
30595640     Rob Chapman, 23 Princess Margaret Blvd., Dartmouth, NOVA SCOTIA B3B 1A1, CANADA
30595641     Rob Cockerill, 19 Sanville Gardens, Stanstead Abbotts, WARE, ENGLAND SG12 8GA, UNITED KINGDOM
30595642     Rob Coolidge, 46 Fairwood Dr, Hanson, MA 02341-1118
30595644   + Rob Dahl, 2909 Lynn Place, Longview, WA 98632-5462
30595646     Rob Gibbons, 820 W Broadway St, Mishawaka, IN 46545-5936
30595647     Rob Harris, 84 Berry End, Eversholt, ENGLAND MK17 9EB, UNITED KINGDOM
30595648   + Rob Haworth, 2712 Ione Street, Sacramento, CA 95821-5405
30595649   + Rob Hernandez, 201 E 30th Street, Reserve, LA 70084-5008
30595650     Rob Humphries, 529 N 23rd St, Herrin, IL 62948-1101
30595651   + Rob L Silva, 1211 W Chelan Ave, Spokane, WA 99205-3423
30595652     Rob Louis Riel Sugue, 2500 Wilshire Blvd Apt 809, Los Angeles, CA 90057-5425
30595653     Rob Marshall, 10807 LAWNBROOK DR, SAINT LOUIS, MO 63123-4933
30595654   + Rob Muelrath II, 1597 Baird Road, Santa Rosa, CA 95409-2513
30595655   + Rob O'Donnell, 1811 Beaver Creek Lane, Frederick, MD 21702-3029
30595656   + Rob Paine, 9708 N Fotheringham St, Spokane, WA 99208-9395
30595657   + Rob Petrach III, 1563 E Wattles Rd, Troy, MI 48085-5018
30595658   + Rob Reider, 716 Juniper St, La Crescent, MN 55947-1421
30595659   + Rob Retiano, 112 S Atley Ln, Cary, NC 27513-4134
30595660   + Rob Richardson, 5055 W 33rd Ave, Denver, CO 80212-1810
30595661   + Rob Toland, 4104 Queen Avenue South, Minneapolis, MN 55410-1252
30595663   + Rob White, 8976 Sherwood Drive, Warren, OH 44484-1768
30595662   + Rob White, 8976 Sherwood Drive NE, Warren, OH 44484-1768
30595664     Rob Zachary, 7857 E Stonecliff Cir, Mesa, AZ 85207-1471
30595643   + Rob costa, 8166 Captains Way, Norfolk, VA 23518-3583
30595665     Robb Limm, 32 James Street, Bayview, Auckland, AUCKLAND 629, NEW ZEALAND
30595666     Robb Swanson, 3351 W Ironwood Dr, Chandler, AZ 85226-1436
30595667   + Robbert ter Haar, 8036 Bienville Dr Apt D 303, Nashville, TN 37211-7547
30595668     Robbie Hess, 6815 Studebaker Ln, Indianapolis, IN 46214-1922
30595669   + Robbie Jeffrey, 1975 N Beachwood Dr, Apt. 303, Los Angeles, CA 90068-4037
30595670     Robbie Mattina, 92 Norma Crescent, Ancaster, Ontario, L9G 4P2, CANADA
30595671     Robbie Royce, 738 W 13th St, Tempe, AZ 85281-6303
30595673     Robby Crowe, 1950 Market St Ste E, Concord, CA 94520-2618
30595672   + Robby Crowe, 2860 Lane Dr, Concord, CA 94518-2106
30595677   + Robby Jankovsky, 7451 Glenmont Drive, Unit B, North Royalton, OH 44133-6869
30595678   + Robby Kurtz, 6149 Craughwell Ln, Dublin, OH 43017-3468
30595679   + Robby Russell, 1236 NE 77th Ave, Portland, OR 97213-6808
30595676   + Robby ham, 414 lasalle, buffalo, NY 14215-1012
30595675   + Robby ham, 414 lasalle ave, buffalo, NY 14215-1012
30595681   + Robert A Vignola, 8429 SUMMER BREEZE PL, MANASSAS, VA 20112-2754
30595682   + Robert Alcantar, 233 Union St., Pittsburgh, PA 15221-3483
30595683   + Robert Alger, 112 5th St S, VA, MN 55792-2712
30595684     Robert Allen, 13888 N Eddington Pl, Oro Valley, AZ 85755-5872
30595685   + Robert Ardis, 719 Westfield Road, Lexington, SC 29073-9775
30595686   + Robert Armstrong, 139 ROCHELLE AVE, APT 1M, Philadelphia, PA 19128-3825
30595687   + Robert Arscott, 12201 Perry St, Overland Park, KS 66213-1656
30595688     Robert Bailey, 1963 Leitch Rd, Ferndale, MI 48220-2032
30595690   + Robert Barajas, 3919 W 59th Pl, Los Angeles, CA 90043-2925
30595691     Robert Bonanducci, 127 S Baltimore St, Dillsburg, PA 17019-1008
30595692   + Robert Botkin, 7151 S 13th Street, Ridgefield, WA 98642-4828
30595693     Robert Bower, 19 Cambernon Green, Port Kennedy, WESTERN AUSTRALIA 6172, AUSTRALIA
30595694   + Robert Bowman, 210 W Prentiss Ave, Greenville, SC 29605-4034
30595695   + Robert Brettschneider, PO Box 441241, Kennesaw, GA 30160-9525
30595696   + Robert Brosan, 34 Knoll Ridge Dr, Asheville, NC 28804-1143
30595697   + Robert Brown, 20 Cross St, Salem, NH 03079-3707

| 30595698 | | Robert Bulmer, 18 Boreland Road, Dysart, Kirkcaldy, Scotland KY1 2YG, UNITED KINGDOM |
| 30595699 | + | Robert Burgess, Hsm-51 Unit 200227 box 163, FPO, Armed Forces Pacific 96602-2701 |
| 30595700 | + | Robert Burton, 330 Ardmore Cir NW, c115, Atlanta, GA 30309-1962 |
| 30595701 | + | Robert Butler, 3571 6th Ave. Apt. 6, San Diego, CA 92103-5021 |
| 30595702 | + | Robert C Matranga III, 3164 Fifteenth St, Bay St. Louis, MS 39520-8165 |
| 30595703 | | Robert Caldwell, 139 Broadway Apt 9, South Portland, ME 04106-2239 |
| 30595704 | | Robert Chamberland, 1141 mctavish, Regina, Saskatchewan S4T 3V6, CANADA |
| 30595705 | | Robert Colcord, 1846 Marsha Dr, Indianapolis, IN 46214-3231 |
| 30595706 | + | Robert Colson, 3175 JFK Boulevard, Apt: 507B, Philadelphia, PA 19104-3828 |
| 30595707 | + | Robert Corser, 1019 Eugenia Drive, Mason, MI 48854-2005 |
| 30595708 | | Robert Crowell, 128 True Vine Rd, Goldsboro, NC 27534-7208 |
| 30595709 | + | Robert Curtis, 306 CLAREMONT AVE, VERONA, NJ 07044-2135 |
| 30595710 | + | Robert D Crumpacker, 632 Chestnut St, Emporia, KS 66801-2569 |
| 30595711 | + | Robert D Graham, 10403 Dewey Eve court, Houston, TX 77070-5583 |
| 30595712 | + | Robert D Peterson, 1002 Castilian Ct, Apt 206, Glenview, IL 60025-2462 |
| 30595713 | + | Robert Danczak, 1615 Slick Rock Dr., Painesville, OH 44077-4855 |
| 30595714 | | Robert Daniell, 16 Westbrook Road, London SE3 0NS, UNITED KINGDOM |
| 30595715 | | Robert Davies, 3581 Watervale Rd, Manlius, NY 13104-9526 |
| 30595716 | | Robert Day, 3944 Queenston Ct Apt 2, Carmichael, CA 95608-6709 |
| 30595717 | | Robert Denton, 704 Georgia Ave, Apt. 44, Statesboro, GA 30458 |
| 30595718 | | Robert Devaul, 804 Avenue M SE, Winter Haven, FL 33880-4524 |
| 30595719 | | Robert Dey, 64 Rue de Saint Moritz, Cantley, QUEBEC J8V 3B2, CANADA |
| 30595720 | + | Robert DiFalco, 57 Lafayette St, West Warwick, RI 02893-1808 |
| 30595722 | + | Robert DiPrinzio, 930 Holyoke Rd, Yorktown Heights, NY 10598-5314 |
| 30595721 | + | Robert Dillingham, 801 Barclay Drive, Knoxville, TN 37920-4411 |
| 30595723 | + | Robert Dominguez, 4343 Katy Hockley Rd, Unit 246, Katy, TX 77493-4980 |
| 30595724 | | Robert Durham, 201 Turner Rd, Pickens, SC 29671-9473 |
| 30595725 | + | Robert E Fahringer V, 2228 Walter Andrews Rd, Graham, NC 27253-5002 |
| 30595726 | + | Robert Egashira, 7260 NE High School Rd, Bainbridge Island, WA 98110-2680 |
| 30595729 | | Robert Engblom, 612 Christina Dr, Robinson, TX 76706-5352 |
| 30595730 | + | Robert Fabbro, 1122 Colorado St, Apt. 1506, Austin, TX 78701-2146 |
| 30595731 | + | Robert Frazee, 1390 W 30th St, Safford, AZ 85546-3854 |
| 30595732 | + | Robert Freeborn, 9084 Buckwheat St, San Diego, CA 92129-3640 |
| 30595733 | | Robert French, 3925 N Combee Rd Lot 33, Lakeland, FL 33805-8500 |
| 30595734 | | Robert Gagnon, 30 Lantern Aly, Silverthorne, CO 80498-9525 |
| 30595735 | | Robert Garland, 543 Wildrye Ct, Hemet, CA 92543-8732 |
| 30595736 | + | Robert Gilbert, 4620 SW 19th PL, Apt. 3023, Gainesville, FL 32607-5687 |
| 30595737 | | Robert Gilleran, 364 Ravenwood Ave, Rochester, NY 14619-1510 |
| 30595738 | + | Robert Giuffra, 3 Chestnut Ct, Matawan, NJ 07747-3574 |
| 30595739 | + | Robert Gottschalk, 321 Glaser Ave, Pittsburgh, PA 15202-2909 |
| 30595740 | + | Robert Grahek, 1473 W Catalpa Ave, Apt. 3, Chicago, IL 60640-1256 |
| 30595741 | + | Robert Grunnah, 1909 Rabb Rd, Austin, TX 78704-3203 |
| 30595742 | + | Robert Heisler, 1940 High Glen Ct N, Lakeland, FL 33813-3720 |
| 30595743 | | Robert Hilty, 26 Sachem Ln, Uncasville, CT 06382-1731 |
| 30595744 | + | Robert Hopkins Jr, 432 Vine Street, OFallon, MO 63366-2636 |
| 30595745 | + | Robert Horsley, 2433 E Michigan Ave, Phoenix, AZ 85032-1096 |
| 30595746 | | Robert Hunger, 4090 S Spruce St, Denver, CO 80237-2155 |
| 30595747 | + | Robert Hurley, 4940 N Sagewood Ln, Enoch, UT 84721-3900 |
| 30595748 | + | Robert Huseby, 1245 Park Avenue, Apt 5C, NY, NY 10128-1760 |
| 30595749 | + | Robert J Probst, 16807 81st Ave, 3N, Tinley Park, IL 60477-2052 |
| 30595750 | + | Robert Jones, 1176 Kearns Hackett rd, Pleasant Garden, NC 27313-8218 |
| 30595751 | | Robert Kerwin, 95 Plain St, Bridgewater, MA 02324-1923 |
| 30595752 | + | Robert Klein, 1345 Cortland dr, Naperville, IL 60565-4100 |
| 30595753 | | Robert Kolterman, 7874 Crossover Blvd, Columbus, OH 43235-4560 |
| 30595754 | | Robert Kopp, 540 Eliot Dr, Hummelstown, PA 17036-7064 |
| 30595755 | + | Robert Korwek, 5916 W Wells St, Wauwatosa, WI 53213-3242 |
| 30595756 | + | Robert Larkin, 4 Shady Rest Drive, South Yarmouth, MA 02664-1831 |
| 30595757 | + | Robert Lashway, 617 Hollywood Road, Severna Park, MD 21146-3411 |
| 30595758 | | Robert Lautenschlager, 327 Stowe Court, Ottawa, ONTARIO K2K1Z6, CANADA |
| 30595759 | + | Robert Lego, 3625 West 25th Ln, Yuma, AZ 85364-0721 |
| 30595760 | | Robert Leonard, 814 Suburban Rd, Reisterstown, MD 21136-2414 |
| 30595761 | + | Robert Loughlin, 2301 Castleford Rd, Midland, TX 79705-2608 |
| 30595762 | | Robert Lucas, 54326 Wildwood Springs Trl, North Fork, CA 93643-9636 |

District/off: 0752-1      User: admin      Page 392 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

| | | |
|---|---|---|
| 30595766 | | Robert MARLES, 757 Main St Apt 34, South Portland, ME 04106-5436 |
| 30595764 | + | Robert Malone, 11507 Gaymoor Dr, Houston, TX 77035-2918 |
| 30595765 | | Robert Maloney, 21 Winona Cir, Lebanon, NH 03766-1180 |
| 30595767 | | Robert Marshall, 371 County Road 29, Bluffton, OH 45817-9659 |
| 30595770 | + | Robert McGrew, 525 Ralph Ratledge Road, Mocksville, NC 27028-8330 |
| 30595771 | + | Robert McNally, 16895 121st Terrace North, Jupiter, FL 33478-6048 |
| 30595772 | + | Robert McVay, 1212 Johnston St SE, Grand Rapids, MI 49507-2803 |
| 30595773 | + | Robert Meehan, 25544 Chisom Lane, Stevenson Ranch, CA 91381-1637 |
| 30595774 | | Robert Mendenhall, 923 Folsom St Apt 118, San Francisco, CA 94107-2287 |
| 30595775 | + | Robert Millar, 7890 E SPRING ST, UNIT 8B, LONG BEACH, CA 90815-1621 |
| 30595776 | | Robert Moreau, 77 bellamy rd s, Toronto, ONTARIO M1M 3P6, CANADA |
| 30595777 | | Robert Morrison, 2710 Grove St, La Verne, CA 91750-4649 |
| 30595778 | | Robert Napier, 7 Judge Street, Woolloomooloo, NSW 2011, AUSTRALIA |
| 30595779 | + | Robert Nedwicki, 2481 Seminole, Detroit, MI 48214-1855 |
| 30595780 | + | Robert OConnor, 54 W 70th, 1A, NY, NY 10023-4650 |
| 30595781 | | Robert Owen-Taylor, 31 Bayswater Road, Plymouth, ENGLAND PL1 5BU, UNITED KINGDOM |
| 30595782 | + | Robert Owens, 381 Cleveland Avenue, Brooksville, FL 34601-3432 |
| 30595783 | + | Robert Parkinson Helwig, 35 Revere Way, Apartment 1, Pittsburgh, PA 15219-3861 |
| 30595784 | + | Robert Payne, 2366 W Silverbell Tree Dr, Tucson, AZ 85745-7024 |
| 30595785 | | Robert Petit, 569 Sycamore Cir NW, Saint Michael, MN 55376-1101 |
| 30595786 | | Robert Piarowski, 201 N Tyler Rd Apt 405, Saint Charles, IL 60174-2359 |
| 30595787 | + | Robert Piearcy, 412 casita court, San Jose, CA 95129-1030 |
| 30595788 | + | Robert Plessinger, 8527 Northton Groves Blvd, Odessa, FL 33556-1402 |
| 30595789 | | Robert R, 944 Meadow View Rd, Hanford, CA 93230-2385 |
| 30595790 | + | Robert Raimo, 165 Berry Hill RS, Syosset, NY 11791-2640 |
| 30595791 | + | Robert Rainieri, 836 Ovverridge Ave. SE, North Canton, OH 44720-3802 |
| 30595792 | | Robert Ramage jr, 32080 Cook Rd, N Ridgeville, OH 44039-3457 |
| 30595793 | | Robert Ranta, Tekniikankatu 16 C 142, TAMPERE, PRKANMAA 33720, FINLAND |
| 30595794 | | Robert Rice, 3085 Danford Creek Dr Apt 2A, Kalamazoo, MI 49009-2070 |
| 30595795 | + | Robert Rose, 291 N 1600 W, B, CEDAR CITY, UT 84721-4070 |
| 30595796 | + | Robert Schneider, 1518 Oak St. #3, Jackson, MO 63755-1075 |
| 30595797 | + | Robert Schoenfeld, 3355 Denargo Street, Apt 613, Denver, CO 80216-5366 |
| 30595798 | + | Robert Schultz, 253 Hawk Chase CT NE, Grand Rapids, MI 49525-3336 |
| 30595799 | + | Robert Scott, 906 Brentwood Dr SE, Smyrna, GA 30082-3406 |
| 30595800 | + | Robert Seefeldt, 365 3rd Avenue, 3B, NY, PA 10016-9072 |
| 30595801 | | Robert Sotello, 1217 S 52nd St, Omaha, NE 68106-1727 |
| 30595802 | | Robert Stenhouse, Felton Walk, 37, 37, Newcastle upon Tyne NE6 2EZ, UNITED KINGDOM |
| 30595803 | | Robert Strong, 34 PINE ST, STEELTON, PA 17113 |
| 30595804 | + | Robert Swick, 141 Fairvale Drive, Cheektowaga, NY 14225-2264 |
| 30595805 | | Robert Szolosi, 15014 29th Ave W, Lynnwood, WA 98087-2455 |
| 30595806 | | Robert Tappe, Heidenschestra e 35, Lage, Nordrhein-Westfalen, 32791, GERMANY |
| 30595807 | | Robert Taylor, 908 Black Oak Dr, Tehachapi, CA 93561-2208 |
| 30595808 | | Robert Thomas, 705 S I St Apt 303, Tacoma, WA 98405-4675 |
| 30595809 | + | Robert Torres, 4143 Elmwood Ct, Riverside, CA 92506-1123 |
| 30595810 | + | Robert Trahant, 239 St. George Avenue, Apt. B, Jefferson, LA 70121-3218 |
| 30595811 | + | Robert Tyburski, 4619 NE 112th Ave, M101, Vancouver, WA 98682-5408 |
| 30595812 | | Robert Vickery, PSC 1650 Box 138, APO, Armed Forces Europe 09103-0000 |
| 30595813 | + | Robert W. Hobbs II, 1961 Taggart Trail, Bryan, TX 77807-1573 |
| 30595814 | + | Robert Webb, 825 NICOLE DR, BURLESON, TX 76028-5279 |
| 30595815 | | Robert Wells, 7090 E Crestwood Ct, Port Orchard, WA 98366-8418 |
| 30595816 | + | Robert Werlein, 908 S Shore Dr, Forest Lake, MN 55025-1859 |
| 30595817 | + | Robert William Millick, PO Box 441, Pahala, HI 96777-0441 |
| 30595818 | | Robert Wilson, 210 SILVESTRI DR, HATBORO, PA 19040-2809 |
| 30595819 | | Robert Winkel, 7 Seven Oaks Street, Taringa, Queensland 4068, AUSTRALIA |
| 30595820 | + | Robert Wolter, 3913 Bay Shore Dr, Sturgeon Bay, WI 54235-2363 |
| 30595763 | | Robert malandrino, 70 Waterloo avenue, 70b, Guelph, ONTARIO N1H 3H5, CANADA |
| 30595768 | + | Robert martin, 16 pines brook rd, Walton, NY 13856-2385 |
| 30595821 | | Roberta May, 29 Helen St, Johnson City, NY 13790-2524 |
| 30595822 | | Roberto Brijandez, 540 Naples St Apt 14, Chula Vista, CA 91911-1838 |
| 30595823 | + | Roberto Colon, 618 N Neva Ave, Addison, IL 60101-2508 |
| 30595824 | + | Roberto Cruz, 315 Raymond Drive, Ladson, SC 29456-3351 |
| 30595825 | | Roberto Irizarry Jr., 151 Surf Dr, Bronx, NY 10473-2491 |
| 30595826 | + | Roberto Mendez, 969 Summit Avenue, Apt 25, Jersey City, NJ 07307-3654 |

District/off: 0752-1 | User: admin | Page 393 of 507
Date Rcvd: Jan 04, 2024 | Form ID: 309C | Total Noticed: 30719

30595827 + Roberto Ocampo, 35 W Dahlia Ln, Round Lake Beach, IL 60073-4042
30595828 + Roberto Pe a, 3952 Rock Ridge Rd, Irondale, AL 35210-3791
30595829 + Roberto Rincon, 1259 East Nocta Street, B, Ontario, CA 91764-6730
30595830   Roberto Rodriguez, 203 W HUTCHINS PL, SAN ANTONIO, TX 78221-2744
30595831 + Roberto Rubiano, 640 Meadowvale Dr, Orlando, FL 32825-6671
30595832   Roberto Sandoval, 238 W 100 N, Newton, UT 84327-7715
30595833   Roberto Trento, 410 ELM ST, FRANKFORT, IL 60423-1104
30595834 + Roberto Vargas, 1415 20th Ave, 61104, Rockford, IL 61104-5415
30595835   Robin Bobzien, 129 Bikram Dr, Holly Springs, NC 27540-9668
30595836 + Robin Bridges, 3770 Southpoint Pkwy, Apt. 317, Oxford, OH 45056-5007
30595837   Robin Brochu, 371 Pleasant St, Lewiston, ME 04240-4538
30595838 + Robin Chambers, 2100 Alabama Street, T14, Bellingham, WA 98229-3785
30595839   Robin Correro, 30341 Straughn School Rd, Andalusia, AL 36421-5516
30595840   Robin Dempsey, 4311 Hill Forest Dr, Kingwood, TX, TX 77345-1416
30595841   Robin Engel, Holmblick 71, Kuhlungsborn 18225, GERMANY
30595842 + Robin Epley, 4007 Broadway, Sacramento, CA 95817-3305
30595843   Robin Figueiredo, Avenida Professor Nilton Lins, 2401, 507, Torre 1, Brisas do Parque, Manaus, Amazonas 69058-030, BRAZIL
30595844   Robin Fishbein, 95 E Margaret Ter, Cary, IL 60013-2186
30595845   Robin Godard, 225 Riparian Way, Bozeman, MT 59718-8173
30595846   Robin Gotlieb, 1608 Trent Blvd, New Bern, NC 28560-4676
30595847   Robin H Burt, 5428 Cashion Rd, Huntersville, NC 28078-7400
30595848   Robin Hinderliter, 35755 Garrano Ln, Fallbrook, CA 92028-5714
30595849 + Robin Holmquist, 1241 N Forest Ln, Prairie du Sac, WI 53578-2027
30595850   Robin House, 603 LANKFORD RD, PARIS, TN 38242-5032
30595851   Robin Humberstad, 370 S Nunn Rd, Prosser, WA 99350-7701
30595852   Robin James, 98111 Lilliann Dr, Kennewick, WA 99338-7476
30595853 + Robin L Horton, 71 Kenneth Drive, Vernon Rockville, CT 06066-4115
30595855   Robin Morgan, 1316 MAGNOLIA AVE, NORFOLK, VA 23508-1148
30595856   Robin N der, Eiserne Hand 5, Apartment 23, Frankfurt am Main, Hessen, 60318, GERMANY
30595857 + Robin Parry, 70 w. gradwell ave, maple shade, NJ 08052-3243
30595858 + Robin Richey, 4406 Kenniwick Loop, Alexandria, LA 71303-2711
30595859   Robin S derstrand Wikstr m, Lindv gen 24, L rbro, Gotland, 62452, SWEDEN
30595860 + Robin Scoggins, 118 Village dr, Lewisville, TX 75067-5237
30595862   Robin Skelley, 3044 Foxhill Cir Apt 104, Apopka, FL 32703-4902
30595863 + Robin Smith, 1435 Leslie ridge, Apt 304, Greenfield, IN 46140-6042
30595864   Robin Smith, PO Box 415, Funkstown, MD 21734-0415
30595865   Robin Solf, Berliner Stra e, Apt. 76, Berlin, BERLIN 13189, GERMANY
30595866   Robin Sweeden, 2028 NW 32ND TER, OKLAHOMA CITY, OK 73118-3022
30595867   Robin Younkin, 719 1/2 Taylor St, Monterey, CA 93940-2039
30595868 + Robinson W Ramsey, 1523 West A Street, Pasco, WA 99301-5155
30595869 + Robles, Raquel, 721 S RIVER STREET, APT 2, AURORA, IL 60506-5910
30595870   Robyn Brown, 2766 LAUFFER RAVINES DR, COLUMBUS, OH 43231-1673
30595871   Robyn Huff, 1352 N 50 E, Centerville, UT 84014-1220
30595872   Robyn Jones, 1176 KEARNS HACKETT RD, PLEASANT GDN, NC 27313-8218
30595873   Robyn Lowe, 85 Beech Dr, Lumberton, TX 77657-9200
30595874   Robyn Ramos, 54 Beacon Bay, San Antonio, TX 78239-3106
30595875   Robyn Rashidifard, 25 Freeport Dr, Burlington, MA 01803-1842
30595876   Robyn Thurling, 80 Clifford Street, Goulburn, NSW 2580, AUSTRALIA
30595877   Robyn Yeh, 2340 Corte Flores Unit 100, Chula Vista, CA 91914-5010
30595878   Rocao del Ra o, Camino a San Francisco #123, casa 58, Fr, Querataro 76905, MEXICO
30595879   Rocco AGRICOLA, Via Verdi 31, SETTIMO TORINESE, Torino 10036, ITALY
30595880 + Rocco Secreto, 941 Nw 8th St, Boca Raton, FL 33486-2201
30595881   Roche, 127 rue Amelot, Paris, 75011
30595882   Rochelle Bekkelund, 929 Lake Ridge Dr, Azle, TX 76020-3713
30595883 + Rochelle Ibarra, 4452 Via Majorca, Cypress, CA 90630-3462
30595884 + Rockford Silk Screen Process, Inc., 6201 Material Ave, Loves Park, IL 61111-4279
30595886   Rod Blake, 3131 Liberty Cir S, Las Vegas, NV 89121-1332
30595887 + Roderick, 29 Institute Lane, Apt. 16, North Scituate, RI 02857-1433
30595888   Rodger Reed, 1512 Congaree Dr, West Columbia, SC 29172-1713
30595890 + Rodman, 22562 Arriba Dr, Santa Clarita, CA 91350-2219
30595891 + Rodney A Evans, 1811 Crosson Avenue, Fairbanks, AK 99701-4037
30595892   Rodney Andersen, 419 W 2600 N, Lehi, UT 84043-9765
30595894   Rodney Jacobs, 13442 Gerber Woods Dr, Oregon City, OR 97045-7940

30595895          Rodney Schaum, 347 Chocolate Ave, Mount Joy, PA 17552-2005
30595896          Rodney Short, 6106 W Walnut St Apt A, Yakima, WA 98908-3532
30595897          Rodrigo Alves, Praceta goa n 16 1 ESQ, Odivelas, LISBON 2620-042, PORTUGAL
30595898        + Rodrigo Dutra, 213 Murray St., Apt. 4, Elizabeth, NJ 07202-1933
30595899          Rodrigo Ferrari, 2655 Butch Cassidy Ct, Park City, UT 84060-7446
30595900        + Rodriguez, Fernanda, 10N226 MUIRHEAD RD., ELGIN, IL 60124-8356
30595901          Rodriguez, Joey, 187 Del Canto Ln, Santa Barbara, CA 93110-1803
30595903          Roei Schuster, 137 W 15TH ST APT 4R, NEW YORK, NY 10011-6730
30595904        + Rogaciano Barboza, 2493 ROLL DR STE 210, Apt. 2085, San Diego, CA 92154-7230
30595905          Roger, 165, Westport, MA 02790
30595906          Roger Coldren, 267 Stump Dr, Rostraver Township, PA 15012-9619
30595907          Roger Fournier, 1 Woodland St, Derry, NH 03038-4245
30595908          Roger Goodlett, 8014 SHADOWCREEK RD, CRESTWOOD, KY 40014-8933
30595909        + Roger Ketzler, 2340 Yorktown circle, Anchorage, AK 99507-5358
30595910          Roger W Kuo, 2831 N COLORADO LN, ORANGE, CA 92867-2509
30595911          Roger W. Hudak, 28 Plaza Ln, Selden, NY 11784-1725
30595912          Roger Warren, 1302 Broadview Street, Pickering, ONTARIO L1W 1B9, CANADA
30595913        + Rogers, Alexander, 955 E Golf Rd, apt 5, Arlington Heights, IL 60005-5255
30595914        + Rogers, Lance, 1225 10TH AVENUE, APT 301, SEATTLE, WA 98122-4211
30595915          Rohan Jacob, 120 Ferns Habitat, Doddanekundi, Maratha, Ferns Habitat, Bangalore, Karnataka, 560037, INDIA
30595916          Rohan Krishna, 6697 Aberdale Cir, San Ramon, CA 94582-3007
30595917          Rohan Mudaliar, 2 Kings Road, Ingleburn, New South Wales, 2565, AUSTRALIA
30595918          Rohan Puri, IIM Bangalore, I-315, Bannerghatta Main, I-315, Bangalore, KARNATAKA 560076, INDIA
30595919          Rohini Bhonsle-Allemand, 19 Seal Road, Sevenoaks TN14 5BA, UNITED KINGDOM
30595920          Rohini Moradi, 11927 Red Gate Rd, Nevada City, CA 95959-3590
30595921        + Rohit Nambiar, 11640 Parkside Avenue, Alpharetta, GA 30005-2420
30595922        + Rojas, Virginia, 847 Staghorn Ln, Apt 102, North Aurora, IL 60542-1424
30595923          Roland Charles, 6902 Waters Ave, Apt. 3, Niagara Falls, ONTARIO L2G 5X3, CANADA
30595924          Roland Lantrip, 220 Weems Way, Selah, WA 98942-8837
30595925          Roland van der Heijden, Dorpsstraat 76, Aarle-Rixtel, NBR 05735-0000
30595927        + Rolfe Kasling, 262 Grand Ave., Oakland, CA 94610-4724
30595928          Rom Ifergan, 13 Khatsav Street, Dimona 8612610, ISRAEL
30595929          Roma Rajani, 40 Church Lane, Southampton, England, SO17 1SZ, UNITED KINGDOM
30595930          Roman Bordley, 4863 N Shady Hollow Ln, Lehi, UT 84043-5709
30595931        + Roman Entwistle, 610 Lake Davenport Blvd, Davenport, FL 33897-5448
30595933        + Roman Kavanagh, 5 Valley View Dr, Wilbraham, MA 01095-2363
30595934        + Roman Newstead, 9 Arden Street, Apt 2, Tupper Lake, NY 12986-1759
30595935          Romana Lleshaj, Paul-Ehrlich-Strasse 11, Russelsheim am Main 65428, GERMANY
30595936        + Romanowski, Jessica, 0N611 N GARY AVE, WHEATON, IL 60187-3070
30595938          Romualdo Rono, 5555 Victoria Drive, Apt. 221, Vancouver, British Columbia, V5P 4Y3, CANADA
30595939          Romy Woeste, 4522 Carrollton Ave, Indianapolis, IN 46205-1918
30595940          Ron Cronk, 5046 Stoll Rd, Cheboygan, MI 49721-9581
30595941        + Ron Kuba, 190 Bel Aire Dr, Mystic, CT 06355-2037
30595942          Ron Salvador, 306-13020 127 Street, Edmonton, Alberta, T5L 1A9, CANADA
30595943        + Ron Sandel, 105 Singletree Circle, Apt 1, Minot AFB, ND 58704-1819
30595944        + Ron Schneider, 473 Bridle Trl., Wheeling, IL 60090-5933
30595945        + Ron Soto-Solari, 1500 st olaf ave, Northfield, MN 55057-1574
30595946          Ronald Carlson, 3838 S WHEELING AVE, TULSA, OK 74105-8134
30595947          Ronald Davis, 1536 N Waverly Ave, Springfield, MO 65803-3890
30595948          Ronald DiFrango, 1911 Oakengate Ln, Midlothian, VA 23113-4044
30595949        + Ronald Gray, 13851 Langstone Dr, WOODBRIDGE, VA 22193-4304
30595951          Ronald S Taylor JR, 6301 Raymond Shiefly Dr, Wendell, NC 27591-7854
30595952          Ronald Timmer, Buiten Nieuwstraat 83, Kampen, Overijssel, 8261 AS, NETHERLANDS
30595953        + Ronald Trosin, 734 West Sheridan Road, Unit 613, Chicago, IL 60613-3000
30595954          Ronan Mcollough, 1563 W Wildwood Rd Apt 9, Whitewater, WI 53190-1532
30595955        + Ronda Horner, 7630 Reitz Road, Perrysburg, OH 43551-9576
30595956        + Rondeau, Megan, 4727 EMILY DR SW, LILBURN, GA 30047-5226
30595957        + Ronnie T Clark, 650 S Spring St #715, Los Angeles, CA 90014-1960
30595958        + Ronnie Vineyard, 5845 Arbaugh Ct, Raleigh, NC 27610-4252
30595959          Ronniel Galang, 205 S Vine St, Anaheim, CA 92805-4128
30595960          Ronny Buhs, 574 LUHN AVE # 2, LANGLEY, WA 98260-8655
30595961          Rory Andrews, 2503 106 St NW, Edmonton, ALBERTA T6J 4K2, CANADA
30595962          Rory Dugan, 440 LOWELL ST, ANDOVER, MA 01810-5305

30595963        Rory Fairman, 13 Iona Street Lane, Edinburgh, Scotland EH6 85X, Edinburgh, Scotland 00000-0000
30595964        Rory Laye, 18 Harmans Way, Weedon Bec, Northampton, England, NN7 4PB, UNITED KINGDOM
30595965        Rory Watt, Prestige Student Living The Glassworks, G403, Glazier, Newcastle upon Tyne, England NE1 2QF, UNITED KINGDOM
30595966    +   Rory Watts, 236 King David Dr. SW, Lilburn, GA 30047-3933
30595967    +   Rory Westland, 1307 West Bradley Avenue, Peoria, IL 61606-1158
30595969    +   Rosa Faust, 2561 Grassy Point Drive, Apt. 307, Lake Mary, FL 32746-6526
30595970        Rosa Jane Ravenhorst, Oude Kruisweg 246, Cruquius 2142 EL, NETHERLANDS
30595971    +   Rosa Janet Lopez, 4711 N 53rd Ave, Phoenix, AZ 85031-1118
30595972        Rosa Sandall, 5702 Timbergate Dr Apt 205, Corpus Christi, TX 78414-3180
30595973    +   Rosalie Brett, 941 SE 5thAve, Pompano Beach, FL 33060-8109
30595974    +   Rosalie Hicks, 541 W Woodbine, Kirkwood, MO 63122-5647
30595975    +   Rosalina Landgraf, 13106 Graham Yarden Dr, Riverview, FL 33579-2384
30595976    +   Rosalind Faires, 1507 Kinney Ave, Apt 201, Austin, TX 78704-2977
30595977        Rosalyn Decker, 5905 NW State Route 92, Smithville, MO 64089-8448
30595978   #+   Rosalyn Denton, 18349 Calvert Street, Tarzana, CA 91335-7004
30595979    +   Rosalyn Korzie, 10710 Prince Charles Dr, La Plata, MD 20646-3818
30595980        Rosalyn Larson McCord, 6565 Joyer Ln, Hugo, MN 55038-9746
30595981        Rosanne Leach, 131 Creekview Dr, Jonestown, PA 17038
30595982    +   Rosas, Maritza, 467 Church St, West Chicago, IL 60185-2709
30595984        Rose Cammarata, 4651 JENNA RD, GLENVIEW, IL 60025-1477
30595985    +   Rose Casamento, 498 n summit ave, Pasadena, CA 91103-3716
30595986    +   Rose Cohen, 3099 Kersdale Rd, Pepper Pike, OH 44124-5351
30595987        Rose Cruz, 3988 Dyer Rd, Livermore, CA 94551-7488
30595988    +   Rose Eblen, 589 State Route 873, Dixon, KY 42409-9556
30595989    +   Rose Fitzgerald, 205 Westview lane, Ithaca, NY 14850-6283
30595991    +   Rose Fountain, 55 Lauzier Terr, Chicopee, MA 01020-2023
30595990    +   Rose Fountain, 55 Lauzier Terrace, Chicopee, MA 01020-2023
30595992    +   Rose Hutcheson, 2300 8th Ave S, Apt 287, Nashville, TN 37204-2467
30595993    +   Rose Livengood, 1386 Phillips Rd, Talbott, TN 37877-3843
30595994    +   Rose Mickiewicz, 3646 Midvale Avenue, apt 2, Philadelphia, PA 19129-1713
30595995    +   Rose Miller, 34 San Miguel Dr, Edgewood, NM 87015-9021
30595996    +   Rose Pierce, 661 W Aldine Ave, Apt 2A, Chicago, IL 60657-3444
30595997        Rose Sehwani, 4329 Madagascar Palm Way, Naples, FL 34119-9839
30595998        Rose Thompson, 64 Bellagio Ct, Clayton, NC 27527-7042
30595999        Rose Waber, 2110 Aberdeen Ct, Wheaton, IL 60189-6121
30596000        Rose Wilcox, 500 FULTON ST E APT 275, GRAND RAPIDS, MI 49503-4491
30596002        RoseAnn Takai, 2900 REDTIP DR, SCHERTZ, TX 78108-3442
30596001        Roseann Poalino, 78 Sweet Briar Dr Apt 9, Clark, NJ 07066-2023
30596003    +   Rosemarie Scuro, 5 Rainbow Lane, East Moriches, NY 11940-1401
30596004    +   Rosemary Bornstein, 4433 Winona Avenue, Apt 3, San Diego, CA 92115-4658
30596005    +   Rosemary Lofstrom, 1912 Carroll Ave, Apt. 1, St. Paul, MN 55104-3779
30596006        Rosemary Power, 74 Shirley Road, 5B, Wollstonecraft, New South Wales, 2065, AUSTRALIA
30596007        Rosemary Strenz, 11 HOLLY HILLS DR, WOODSTOCK, NY 12498-1711
30596008        Rosemary Young, 705 Sandra Ln Apt 148, North Tonawanda, NY 14120-6493
30596009    +   Rosendaul, Emily, 619 S LaSalle St., APT 107, Chicago, IL 60605-1723
30596010    +   Rosey R Ohrt, 240 Carson Rd, Battle Mountain, NV 89820-2300
30596011        Roshan Banymandhub, 7090 180st, Apt. 26, Surrey, BRITISH COLUMBIA V3S 3T9, CANADA
30596012        Roshan Mahtani, 8306 N Alaska St, Tampa, FL 33604-3248
30596015        Rosie Arnold, 5 Parkside Row, Preston, Victoria, 3072, AUSTRALIA
30596016        Rosie Avila, 265 Single Petal St, Henderson, NV 89074-8786
30596017        Rosie Bezjak, 1338-6 Foster Street, White Rock, BC V4B 2X4, CANADA
30596018        Rosie Dent, 8 Goldfinch Ct, Wurtulla, QLD 4575, AUSTRALIA
30596019        Rosie Gruen, 5454 S SHORE DR APT 1028, CHICAGO, IL 60615-6204
30596020    +   Rosie Shen, 11903 NE 128th St, UNIT 506, Kirkland, WA 98034-7266
30596021        Rosie Thompson, 265 Ashland Rd, Summit, NJ 07901-3101
30596023        Ross Anderson, 32 S OXFORD ST APT 4A, BROOKLYN, NY 11217-1337
30596026        Ross Hamilton, 719 Mistycreek Dr, Richmond, TX 77406-1276
30596027    +   Ross Hilborn, 760 Raymond Ave, Apt. 401, Saint Paul, MN 55114-1737
30596029    +   Ross McCarron, 344 E 63rd St, Apt 8C, NY, NY 10065-7708
30596030        Ross McLetchie, 106 Bank Side, Westhoughton, Bolton, ENGLAND BL5 2QH, UNITED KINGDOM
30596031        Ross McNeilage, 19 Samaras Mansions, 22 De Coubertin Street, London, ENGLAND E20 1AF, UNITED KINGDOM
30596032        Ross Murdoch, 8 Morar Crescent, Airdrie, SCOTLAND ML6 OLP, UNITED KINGDOM
30596033    +   Ross Nelson, 5701 N Sheridan Rd, Apt 23P, Chicago, IL 60660-4718

District/off: 0752-1                                    User: admin                                           Page 396 of 507
Date Rcvd: Jan 04, 2024                                Form ID: 309C                                      Total Noticed: 30719

30596034  + Ross Storey, 810 Thornvine Lane, Houston, TX 77079-4511
30596035    Ross Vedder, 4024 W 137th Ter, Leawood, KS 66224-9608
30596036  + Ross Wilson, 11950 SW Lincoln Ave., Apt. 9, Tigard, OR 97223-6358
30596037  + Ross Yarroll, 920 E 37th Place, Tulsa, OK 74105-3011
30596028    Ross mason, Hedge end walk, Havant, ENGLAND PO9 5LS, UNITED KINGDOM
30596038    Rossalyn Thomas, 1903 Towne Centre Blvd Unit 228, Annapolis, MD 21401-3769
30596039    Rossana Garduno, 1630 W Carmen Ave Apt 1, Chicago, IL 60640-8556
30596040    Rossi Catterall, 36 Newsham rd, Stockport, ENGLAND SK3 8GN, UNITED KINGDOM
30596041  + Rostam, Po Box 676, Gloucester, MA 01931-0676
30596043  + Round Hill Records, 650 5th Ave Suite 1420, New York, NY 10019-6168
30596044  + Rounder Records, 5750 Wilshire Blvd., Suite 450, Los Angeles, CA 90036-3642
30596045    Rowan Cross, 3504 Rainforest Ln, Killeen, TX 76549-4259
30596046  + Rowan Van Winkle, 3523 vintage woods dr, Hilliard, OH 43026-3851
30596047    Rowen Bennee, 5 The Haystacks, High Wycombe HP13 6PY, UNITED KINGDOM
30596048  + Rowen Pacheco, 13630 74th Ave Ct E, Puyallup, WA 98373-8203
30596049    Roxana Ignat, Zipf ckerstra e, Apt. 23, Ettlingen, BADEN-WURTTEMBERG 76275, GERMANY
30596051    Roxanna Gould, 3429 Giles Ave, Saint Louis, MO 63116-4706
30596052    Roxanna Icenogle, 6592 Chipmunk Dr, Nineveh, IN 46164-9273
30596053    Roxanna Mason, 6058 Solstice St, Las Cruces, NM 88012-7985
30596054  + Roxanna Pasquier, 2525 South Street, B, Philadelphia, PA 19146-1037
30596055    Roxanne Desrosiers, 103 Avenue des Plaines, Notre-Dame-des-Prairies, Quebec J6E 8W9, CANADA
30596056  + Roxanne Martin, 5339 Willowbend Blvd, Houston, TX 77096-5220
30596057    Roxanne Patrylak, 2375 Keebler Rd, Collinsville, IL 62234-5843
30596058    Roxy Julian, 751 E Spring View Dr, Salt Lake City, UT 84106-1631
30596059  + Roxy Trim, 2207 Shady Grove dr, Apt. 4, Wilmington, NC 28401-7541
30596060  + Roy, 376 East Street, Bridgewater, MA 02324-2070
30596061    Roy Novak, 1407 Royal York Road, Apt. 106, Toronto, ONTARIO M9P3A6, CANADA
30596062  + Roy Schilder, 916 Appleton Rd., Simi Valley, CA 93065-5117
30596063    Roy Siplon, 1004 Rockway Dr, Charlotte, NC 28205-6935
30596064  + Roy W Malone III, 1208 Joshua Dr. SE, Huntsville, AL 35803-2702
30596065  + Royal Apparel, 91 Cabot Court, Hauppauge, NY 11788-3717
30596066    Royal Oak Music Theatre, 318 W Fourth Sty. North, Royal Oak, MI 48067
30596067    Royal Rose, 177 N Portage Path Apt 9, Akron, OH 44303-1170
30596068    Royal Stuart, 1111 NE 195TH ST, SHORELINE, WA 98155-2257
30596069    Royce Curry Wills, 905 W MAHONEY ST, PLANT CITY, FL 33563-4435
30596070  + Royce Reyes, 3510 W Hillsboro Blvd, Apt 205, Coconut Creek, FL 33073-2111
30596071    Roz Hollon, 9503 W Mossywood Dr, Boise, ID 83709-5333
30596072  + Rozie castoe, 301 Coronado Dr, Apt. 2053, Denton, TX 76209-0978
30596073    Ruairi Guider, 1-15 Clare Street, Oyo hotel cardiff, Cardiff, Wales; Cymru CF11 6BD, UNITED KINGDOM
30596074  + Ruben Aleman, 5010 SW 89 PL, Miami, FL 33165-6619
30596075    Ruben Branco, Eichendorffstra e, Apt. 62, Mannheim, Baden-Wurttemberg, 68167, GERMANY
30596076  + Ruben Contreras, 9140 Cottonvalley Road, Dallas, TX 75232-5716
30596077  + Ruben Gamboa, 1936 elmwood ave, Berwyn, IL 60402-2008
30596078    Ruben Hochsteyn, Halfstraat 7, Aartselaar 2630, BELGIUM
30596079  + Ruben Huerta, 28422 Serenity Falls Way, Menifee, CA 92585-9397
30596080  + Ruben J Meza, 13621 Darwin Drive, Moreno Valley, CA 92555-2555
30596081    Ruben Linhart, Grundbergweg 12, Langen, Hessen, 35428, GERMANY
30596082    Ruben Morales, 21 Paseo Haciendas, Chico, CA 95926-1009
30596083    Ruben Orozco, 9789 Almeria Ave, Fontana, CA 92335-6401
30596084  + Ruben Pereyra, 964 49th street, BB5, Brooklyn, NY 11219-2943
30596085  + Ruben Reinosa, 2215 D Ave., Apt. 103, National City, CA 91950-6776
30596086    Ruben Tuazon, 998 NW Poppy Ct, Silverdale, WA 98383-7848
30596088    Ruby Edwards, 57 northumberland st Maryville, Newcastle, New South Wales, 2293, AUSTRALIA
30596090  + Ruby Whiteley, 17060 Hamilton Station Road, Hamilton, VA 20158-3122
30596091  + Ruby Wohlrabe, 2115 Summit Avenue, St. Paul, MN 55105-1048
30596092  + Rudy Franco, 6724 Los Angeles st, Houston, TX 77016-6826
30596093  + Rudy Garcia-Hight, 233 S Orange St, Apt 3, Orange, CA 92866-1950
30596094    Rudy Gaucin, 2510 Warwick Avenue, Fort Worth, TX 76106-7558
30596096  + Rudy Walton, 71 Park St, Whitney Point, NY 13862-2241
30596097  + Rue Bridges, 126 Nature Way, Apt B, Statesboro, GA 30458-0501
30596099    Ruetz, 235 WIMBLEDON RD, ROCHESTER, NY 14617-4232
30596100    Rufus Hollingbery, 33 coleridge Road, Apt. 3, London, ENGLAND N12 8DH, UNITED KINGDOM
30596101  + Rugby Imports Ltd., 885 Warren Avenue, East Providence, RI 02914-1423

District/off: 0752-1      User: admin      Page 397 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

30596102  +  Ruhi Sathe, 211 Puffin Court, Foster City, CA 94404-1318
30596103     Rui Alves, 16 Hawthorn Drive, Dalecross, GAUTENG 2196, SOUTH AFRICA
30596104     Rui Carneiro, Rua De Goa 42., R s do ch o esquerdo, Ermesinde, PORTO 4445-452, PORTUGAL
30596105     Rui Ramalho, Rua da Bela Vista, 13, 4. B, CACEM, CACEM 2735-184, PORTUGAL
30596106  +  Ruiz cesar, 7322 Salt Lake Ave, C, Cudahy, CA 90201-4151
30596108  +  Run for Cover Records, 119 Braintree St. Ste 108, Allston, MA 02134-1637
30596110  +  Runnner, 3327 Atwater Ave, Los Angeles, CA 90039-2203
30596112     Russ Creviston, 1513 PRAIRIE VISTA DR, CHATHAM, IL 62629-5095
30596113     Russ Isham, Unit 100130 Box 111, FPO, AP 96660-3001
30596114     Russ Kasim, 4908 Madone Dr, Raleigh, NC 27606-5663
30596115     Russ Slough, 280 Homestead Rd, Divide, CO 80814-8906
30596116  +  Russell A. Farley, 16101 W 129th St, OLATHE, KS 66062-1391
30596117     Russell Holzman, 130 E 238th St, Bronx, NY 10470-1803
30596118  +  Russell McGaha, 3147 Pitaya Pl, Amarillo, TX 79118-8207
30596120     Russell Wright, 14477 Galleon Ln #1881, HELENDALE, CA 92342
30596121  +  Rustin Hutchinson, 1884 North 1450 West, Layton, UT 84041-1556
30596122  +  Rustin K, 17642 Birch Tree Ln, Irvine, CA 92612-2210
30596123     Rusty Downing, 215 ALMQUIST ST, HUTTO, TX 78634-3296
30596124  +  Rusty Rowley, 4705 Tecumseh St, Apt 101, College Park, MD 20740-2114
30596125     Ruth Cockley, 1019 E 19th Ave, Spokane, WA 99203-3419
30596126  +  Ruth Gary, 2021 Denais Rd, Duson, LA 70529-4407
30596127     Ruth Heneghan, 19 Kingsmead, Lampeter, WALES SA487AP, UNITED KINGDOM
30596128     Ruth Hutchison, 105 Elm Lake Way, Yorktown, VA 23693-3823
30596129  +  Ruth Jasperse, 15900 Parnell Ct, Haymarket, VA 20169-1667
30596130  +  Ruth Laird, 38470 Nebo Dr, Fremont, CA 94536-1829
30596131  +  Ruth Meier, 521 N Franklin Ave, Apt. 2, Madison, WI 53705-3650
30596132     Ruth Olde, 27746-104 ave, Maple ridge, BC V2W1M7, CANADA
30596134  +  Ruth Rachelle, 134 Warren Avenue, Bridgewater, NJ 08807-1724
30596135     Ruth Turner, 17 Welbeck Street, Mansfield, Nottingham, ENGLAND NG18 1TQ, UNITED KINGDOM
30596133     Ruth piazza, 2253 Fern St Apt 2, Eureka, CA 95503-6276
30596136     Ruthann Schmiege, 1505 S Robertson Ave, Tyler, TX 75701-2969
30596137     Ruthie Elliott, 235 Delta Dr, Marion, AR 72364-2601
30596138     Ruthie Mosqueda, 2045 N 18TH ST, BATON ROUGE, LA 70802-3421
30596139     Ryan Adler, 2341 E 3740 S, Salt Lake City, UT 84109
30596140     Ryan Albright, 1609 Mearns Meadow Blvd, Austin, TX 78758-5019
30596141  +  Ryan Alegre, 24646 masters cup way, Valencia, CA 91355-2305
30596142     Ryan Anderson, 400 AMERON RD, BURKBURNETT, TX 76354-2934
30596143     Ryan Andonian, 648 Kern St, Richmond, CA 94805-1917
30596144  +  Ryan Ashman, 387 KENT CORNWALL RD, Kent, CT 06757-1206
30596146     Ryan Atkinson, 34572 WINSLOW ST, WAYNE, MI 48184-3206
30596147     Ryan Avelar, 154 Pebble Canyon Dr, Las Vegas, NV 89123-2926
30596148  +  Ryan Ayers, 1000 Latern Hill Road, Shavertown, PA 18708-9332
30596149  #  Ryan Baker, 11449 Torrey Rd, Fenton, MI 48430-9730
30596150  +  Ryan Baldridge, 400 Old Deerfield Lane, Woodstock, GA 30189-7053
30596151  +  Ryan Barabas, 1125 Wilson Dr, Simi Valley, CA 93065-5111
30596152     Ryan Bartholomew, 94 Maillet Ln, New Hartford, CT 06057-4129
30596153  +  Ryan Becnel, 1317 Hillary St, New Orleans, LA 70118-4025
30596154  +  Ryan Bensman, 9012 N Helena Ave, Kansas City, MO 64154-2051
30596155  +  Ryan Benson, 17029 4th Ave SE, Bothell, WA 98012-6389
30596156  +  Ryan Bertoldo, PO Box 2358, Globe, AZ 85502-2358
30596157  +  Ryan Brantigan, 9 Ashcroft St, Wynantskill, NY 12198-7503
30596159     Ryan Brown, New House Cheltenham Road, Bisley, Stroud Gloucestershire, ENGLAND GL6 7BL, UNITED KINGDOM
30596160  +  Ryan Bumm, 12 Crimson King Lane, Levittown, PA 19055-1636
30596161     Ryan Burek, 26 Brinker Dr S, Rensselaer, NY 12144-9764
30596162     Ryan Burger, 39762 Cheviot Rd, Canton, MI 48188-1524
30596163     Ryan Burke, 1696 Holdens Arbor Run, Westlake, OH 44145-2036
30596164     Ryan Burniston, 22 Observatory Rd, Warwick, RI 02888-3923
30596165  +  Ryan Burque, 128 River St Apt 1, Palmer, MA 01069-9657
30596166  +  Ryan Butts, 80 Webster Lane, Palm Coast, FL 32164-7783
30596167  +  Ryan Chamberlain, 1606 SW 22nd St, Pendleton, OR 97801-4304
30596168  +  Ryan Chambers, 2 Maguire Rd, Hamilton, NJ 08690-1608
30596169  +  Ryan Chan, 17164 Woodson View Lane, Ramona, CA 92065-6815
30596170  +  Ryan Chapman, 5718 N Winthrop Ave, Apt. 801, Chicago, IL 60660-4371

District/off: 0752-1                           User: admin                                      Page 398 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                           Total Noticed: 30719

30596171   + Ryan Christie, 17 Cortney Lane, Hampstead, NH 03841-5309
30596172   + Ryan Chronsteri, 2606 new banner lane, herndon, VA 20171-2659
30596173     Ryan Clark, 10175 Ellenwood Ave, Sacramento, CA 95827-3001
30596174   + Ryan Clarke, 940 W indian School rd, Apt 87, Phoenix, AZ 85013-3165
30596175   + Ryan Cogley, 850 Cecil Dr, BLD 13 APT 491, Richardson, TX 75080-8400
30596176     Ryan Conner, 2830 N Locust St Apt 3, Denton, TX 76209-7624
30596177     Ryan Coyle, 85 Wood Bay Road, Titirangi, Auckland, Auckland 604, NEW ZEALAND
30596179     Ryan Crell, 2460 Wickliffe Rd, Columbus, OH 43221-1876
30596180   + Ryan Crocker, 24 Orange Street, Tiffin, OH 44883-2739
30596181     Ryan Cronin, 33 Llys Hafan, Lamberts Road, Swansea, WALES SA18QH, UNITED KINGDOM
30596182     Ryan Cunningham, 1068 Highlands Dr, Erie, CO 80516-2732
30596183   + Ryan Daeenejad, 9042 Hayvenhurst Avenue, North Hills, CA 91343-3619
30596184     Ryan Daloisio, 7 Mooney Ln, Southborough, MA 01772-1969
30596185   + Ryan Damon, 83 Maple Ave, Tuckahoe, NY 10707-1806
30596186   + Ryan David, 68725 Panorama Rd, Cathedral City, CA 92234-3766
30596187     Ryan Dickey, 10042 S Whimbrel Cir, Conroe, TX 77385-0006
30596188     Ryan Dippel, 50 Kroombit Street, Biloela, QUEENSLAND 4715, AUSTRALIA
30596189     Ryan Donnelly, 285 Wilton Dr, Strasburg, PA 17579-1442
30596190   + Ryan Eberley, 1803 S 22nd St, Rogers, AR 72758-5616
30596191   + Ryan Entrekin, 185 homeport Dr, Newnan, GA 30265-1863
30596192     Ryan Finnell, 13022 Reata Ridge Dr, Parker, CO 80134-6215
30596193   + Ryan Firth, 16912 Honeybush Lane, Moseley, VA 23120-1668
30596194     Ryan Flanigan, 55 Wellesley Street E., PH1, Toronto, ONTARIO MRYOE9, CANADA
30596195     Ryan Fox-Smith, 57 Woodthorpe Road, Apt. 57, Loughborough, ENGLAND LE112NF, UNITED KINGDOM
30596196   + Ryan Freeze, 714 Rollerton Rd, Apt 207, Charlotte, NC 28205-1188
30596197   + Ryan Frick, 370 Arch St, Athens, GA 30601-3314
30596198     Ryan Friedewald, 3006 Lake Creek Dr, N/A, Highland Village, TX 75077-1824
30596199   + Ryan Gabbard, 8492 Stockholm Court, Waynesville, OH 45068-8307
30596200     Ryan Garay, 8164 W Windwood Ln, Scottsdale, AZ 85255
30596201     Ryan Gaston, 15 Rutherford Ct, Bloomington, IL 61705-6518
30596202     Ryan Gaughan, 421 E Market St Apt 539, Indianapolis, IN 46204-2868
30596203   + Ryan Gauvin, 2354 W University Dr, Apt. 2116, Mesa, AZ 85201-5269
30596204   + Ryan Geer, 7014 Frascati Loop, Wesley Chapel, FL 33544-3454
30596205     Ryan Gilbert, 203 Compass Pt, Ninety Six, SC 29666-8786
30596206   + Ryan Golkowski, 1003 N Campbell Ave, Apt 1, Chicago, IL 60622-6475
30596207     Ryan Gonzalez, 2728 S Promenade Cir Apt 7, Sheboygan, WI 53081-5154
30596208   + Ryan Granberry, 1244 W Pierce St, Houston, TX 77019-4183
30596209   + Ryan Haas, 3 bea street, Lake grove, NY 11755-2201
30596210     Ryan Haats, 5 Northbrook Road, Toronto, Ontario M4J4E9, CANADA
30596211     Ryan Hackman, 135 Gingergate Ct, Alpharetta, GA 30022-5559
30596212     Ryan Hagwood, 1514 Griffin Ave Apt 6, Enumclaw, WA 98022-2828
30596213   + Ryan Haller, 1525 14th Ave, Unit 608, Seattle, WA 98122-4258
30596214   + Ryan Hargan, 7520 Old Roxbury Rd, Quinton, VA 23141-2317
30596215   + Ryan Harris, 16104 GOOD AVENUE, FORT LUPTON, CO 80621-4743
30596216   + Ryan Harrold, 580 Somerville Cir, Vacaville, CA 95687-6817
30596217   + Ryan Hartman, 923 Dana Lane, Waukesha, WI 53189-5814
30596218     Ryan Hartman, 1415 5th St, New Brighton, PA 15066-1230
30596220   + Ryan Hermes, 529 Heritage Dr, Oswego, IL 60543-8685
30596221     Ryan Hiller, 16803 Chilberg Ave, La Conner, WA 98257-8942
30596222   + Ryan Holland, 13120 SW Berthold St, Beaverton, OR 97005-3867
30596223     Ryan Howell, 230 Hull Ln, Imbler, OR 97841-8113
30596224   + Ryan Hughes, 5021 Burgundy Bay BLVD, Medina, OH 44256-8226
30596225   + Ryan Huntley, 4460 Reed Road, Upper Arlington, OH 43220-3041
30596226   + Ryan J Carroll, 34 1st St, APT B, Kenvil, NJ 07847-2513
30596227   + Ryan Johnson, 15747 Wandering Trail, Friendswood, TX 77546-3032
30596228   + Ryan Jolivette, 8950 Glencrest St., Apt. 8181, Houston, TX 77061-3064
30596229   + Ryan Joseph Bertoldo, PO box 2358, Globe, AZ 85502-2358
30596230   + Ryan Joseph Greenberg, 2 Valleyview Street, Oneonta, NY 13820-2604
30596231     Ryan Joy, 6053 SEA PINES DR, MENTOR, OH 44060-8619
30596232     Ryan Kasarda, 8214 Perrugia Ln, Clay, NY 13041-8941
30596233     Ryan Keegan, 10 Brent Dr, Howell, NJ 07731-8922
30596234     Ryan Keenan, 2295 S Hoyt St, Lakewood, CO 80227-2231
30596235     Ryan Kees, 100 Maiden Ln Apt 624, NY, NY 10038-4875

30596236    + Ryan Kempf, 529 Glendale ave, Glen Ellyn, IL 60137-4927
30596237    + Ryan Kinsey, 2062 Nutmeg Court, Fort Eisenhower, GA 30905-4200
30596238    + Ryan Kiok, 5144 Rincon Street, San Diego, CA 92115-1440
30596239    + Ryan Kitkowski, 1206 E Geneva Dr, Tempe, AZ 85282-3941
30596240    + Ryan Knight, 16 Coach Ln, Hampton Falls, NH 03844-2318
30596241      Ryan Knott, 215 Drake Avenue, Worcester, ENGLAND WR2 5RZ, UNITED KINGDOM
30596242      Ryan Kreps, 6275 Mayflower Ave, Cincinnati, OH 45237-4809
30596243      Ryan Lainhart, 73 Warbonnet Dr, Conroe, TX 77304-1226
30596244    + Ryan Largent, 1118 Cleveland Streeet, Baltimore, MD 21230-1903
30596245      Ryan Laycock, 24 John Hibbard Avenue, Woodhouse S13 9UU, UNITED KINGDOM
30596246      Ryan Lee, 6570 Daylily, Lumberton, TX 77657-6836
30596247    + Ryan Lee Johnson, 487 No Pone RD NW, Georgetown, TN 37336-4626
30596248      Ryan Lindsay, 11707 Shoshone Dr, Austin, TX 78759-4225
30596249    + Ryan Lorenz, 31961 Callen Winona, San Juan Capistrano, CA 92675-3076
30596250    + Ryan Luff, 3561 Indian Queen Ln, Front Apt, Philadelphia, PA 19129-1539
30596252    + Ryan Luksza, 12505 Edgewater Drive, Apt. 206, Lakewood, OH 44107-1620
30596253    + Ryan Lynch, 736 Riverside Drive, 2B, NY, NY 10031-2412
30596254      Ryan Lynch-De Oliveira, 4033 Community Dr, Jupiter, FL 33458-8758
30596256    + Ryan MacMillan, 11010 West Brassy Cove Loop, Apt 202, Nampa, ID 83651-5153
30596255    + Ryan Macklin, 443 n 1425, mason, IL 62443-3105
30596257      Ryan Mansilla, 51 Frog Plain Way, Winnipeg, MANITOBA R2V 4X9, CANADA
30596258    + Ryan Marlow, 32 Briarwood Ct, Durham, NC 27713-1936
30596259    + Ryan Martin, 2230 Albatross St., Apt. 8, San Diego, CA 92101-1832
30596262    + Ryan Mason, 530 Bellestri Drive, Monroe, MI 48161-3541
30596261    + Ryan Mason, 7619 Frontier Ave, Fort Wayne, IN 46835-4196
30596263      Ryan Maynard, 320 Cochrane Street, Whitby, ontario l1n5j3, CANADA
30596265    + Ryan McClain, 1967 Mildred Rd, Westfield, IN 46074-7988
30596266      Ryan McCorkindale, 23 Woodview Street, Browns Plains, Queensland, 4118, AUSTRALIA
30596268      Ryan McCormack, 12787 W State Highway 8, Potosi, MO 63664-1662
30596269    + Ryan McCreary, 721 E Wabash Ave, Waukesha, WI 53186-6644
30596270    + Ryan McDaniel, 1501 Wild Rye Ln, Grayson, GA 30017-4197
30596271    + Ryan McEuen, 7364 Jeanette Cove, Alexander, AR 72002-9338
30596272    + Ryan McLoughlin, 532 Jersey Ave, Apt 602, Jersey City, NJ 07302-7468
30596264    + Ryan Mccauley, 5854 Southwest Beaverton Hillsdale Highw, 5854, Portland, OR 97221-1940
30596273      Ryan Medrano, 455 Stonyridge Ave Apt C6, Troy, OH 45373-1885
30596274    + Ryan Mendoza, 2602 Emerson Dr, Midland, TX 79705-3305
30596275      Ryan Meza, 561 Rue de Cadillac, Montreal, QUEBEC H1N2T2, CANADA
30596276      Ryan Miller, 608 WILLOW BROOK DR, MANCHESTER, TN 37355-3898
30596278    + Ryan Moors, 321 E 108th St, Apt 4A, NY, NY 10029-4232
30596279    + Ryan Morris, 11302 Jarbo Pass Dr, San Antonio, TX 78245-2259
30596280    + Ryan Mosca, 101 Fir Street, Valley Stream, NY 11580-5017
30596281    + Ryan Murphy, 7660 Rose Lane, Cumming, GA 30040-4279
30596282      Ryan Murphy, 7 Brien, Kirkland, QUEBEC H9J 4A2, CANADA
30596283      Ryan Murray, 4002 Bounce Dr, Orlando, FL 32812-8144
30596284      Ryan Nasi, 3000 ELLIS ST, STEVENS POINT, WI 54481-3205
30596285    + Ryan Nelson, 8634 Meadowbrook Dr., Pensacola, FL 32514-5625
30596287    + Ryan Netter, 1440 N Lake Shore Dr, Apt 8D, Chicago, IL 60610-5906
30596288    + Ryan Newhams, 3129 Oriole Drive, Unit 102, Sarasota, FL 34243-6454
30596289    + Ryan Nguyen, 32 Lavergne St, Belleville, NJ 07109-1384
30596290      Ryan Nissen, 922 E Thacker St, Des Plaines, IL 60016-3202
30596291    + Ryan O Boyle, 8 Amy Way, Red Bank, NJ 07701-5232
30596292    + Ryan O'Neal Inc. d/b/a Sleeping at Last, Attn: COREY FIELD, 8033 W. SUNSET BLVD., SUITE 978, HOLLYWOOD, CA 90046-2401
30596293    + Ryan Odom, 7708 Marshall Heights Ct, Falls Church, VA 22043-2544
30596294    + Ryan Oehling, 6362 Sky Song Lane, Knoxville, TN 37914-9674
30596295    + Ryan Oliver, 3309 Briarwood Ln, Safety Harbor, FL 34695-4603
30596296    + Ryan Orlowski, 23910 Lebern Dr., North Olmsted, OH 44070-1029
30596297    + Ryan P McGinnis, 614 WINDING RDG, Southington, CT 06489-2196
30596298    + Ryan Paddock, 3952 Club Drive NE, Atlanta, GA 30319-1112
30596299      Ryan Parks, 617 N 1st St, Mount Vernon, WA 98273-2812
30596300    + Ryan Patton, 12512 Windsor Road, Chester, VA 23831-4200
30596301    + Ryan Peters, W351N6721 Baltic Pass, Oconomowoc, WI 53066-1893
30596302      Ryan Pickett, 1766 E Juniper Dr, Eagle Mountain, UT 84005-4673
30596305    + Ryan Power, 3080 S Clarkson St, Englewood, CO 80113-1708

District/off: 0752-1                     User: admin                                    Page 400 of 507

Date Rcvd: Jan 04, 2024                  Form ID: 309C                           Total Noticed: 30719

| | | |
|---|---|---|
| 30596304 | + | Ryan Power, 3080 South Clarkson Street, Englewood, CO 80113-1708 |
| 30596306 | + | Ryan Poznich, 1300 Rauscher Dr, APT 9305, Pflugerville, TX 78660-7063 |
| 30596307 | #+ | Ryan Pragovich, 311 Balmoral Dr, Bartlett, IL 60103-5169 |
| 30596308 | | Ryan Reece, 171 Fords Chapel Rd, New Tazewell, TN 37825-3136 |
| 30596311 | + | Ryan Reed, 107 W Water St, Woodbury, TN 37190-1222 |
| 30596309 | + | Ryan Reed, 173 Chemung Rd, Meredith, NH 03253-4813 |
| 30596310 | + | Ryan Reed, 424 Thompsonville Road, Canonsburg, PA 15317-3412 |
| 30596312 | + | Ryan Rose, 13716 Springdale Drive, Clarksville, MD 21029-1353 |
| 30596313 | + | Ryan Roupe, 9633 MORRIS CIR, MINNEAPOLIS, MN 55437-2126 |
| 30596315 | | Ryan S Sauve, 620 Victoria Way, Sherwood Park, ALBERTA T8A 4K9, CANADA |
| 30596316 | + | Ryan Sandry, 126 N 45th Ave, Brighton, CO 80601-4222 |
| 30596317 | + | Ryan Sasaki, 1205 Hutchins Ave, Ann Arbor, MI 48103-5528 |
| 30596318 | | Ryan Schroeder, 8200 Bridge Blvd SW Apt 4B-7, Albuquerque, NM 87121-7532 |
| 30596319 | + | Ryan Schuh, 3218 Midway st, Eau Claire, WI 54703-1165 |
| 30596320 | | Ryan Seay, 6950 W Dartmoor Rd, West Bloomfield, MI 48322-4323 |
| 30596321 | + | Ryan Sell, 8532 Oak Chase cir, Fairfax Station, VA 22039-3324 |
| 30596322 | + | Ryan Shatswell, 445 Main St, Apt. 222, Lomira, WI 53048-9542 |
| 30596323 | | Ryan Sloan, 168 LAUREL WAY APT 3B, HERNDON, VA 20170-4430 |
| 30596324 | | Ryan Smith, 2001 Westridge Dr, Plano, TX 75075-8556 |
| 30596325 | | Ryan Smith, 632 Rocky Fork Blvd, Columbus, OH 43230-3360 |
| 30596326 | | Ryan Sousa, 560 Front St W, Apt. 403, Toronto, ONTARIO M5V 1C1, CANADA |
| 30596327 | | Ryan South, 1537 W 1590 N, Clinton, UT 84015-8232 |
| 30596328 | + | Ryan Sovereign, 5035 N 73rd St., Lincoln, NE 68507-1022 |
| 30596329 | + | Ryan Spinuzzi, 3805 Azalea St, Pueblo, CO 81005-3008 |
| 30596330 | + | Ryan Stanley, 1235 W Russell Pl, Apt. 2, San Antonio, TX 78201-5734 |
| 30596332 | + | Ryan Stetson, 22 Fleming Road, Manchester, CT 06042-2918 |
| 30596333 | + | Ryan Stettnisch, 540 Yorkhill Road, Yorktown Heights, NY 10598-3730 |
| 30596335 | + | Ryan Stockwell, 4747 Sunset Ave, La Crescenta, CA 91214-3149 |
| 30596336 | + | Ryan Strandjord, 3950 SW 24th, Apt. 202, Gainesville, FL 32607-4469 |
| 30596337 | + | Ryan Stratton, 200 Summit Blvd, Unit 405, Broomfield, CO 80021-8284 |
| 30596338 | | Ryan Sullivan, 146 Back River Rd, Dover, NH 03820-4415 |
| 30596339 | + | Ryan T Greer, 16005 Slater Ave., BELTON, MO 64012-5006 |
| 30596340 | | Ryan Tackett, 4423 Pine St, Ashland, KY 41102-8866 |
| 30596341 | | Ryan Taylor, 1542 Lincolnway E, Mishawaka, IN 46544-2935 |
| 30596342 | + | Ryan Thomas Bumm, 12 Crimson King Lane, Levittown, PA 19055-1636 |
| 30596343 | + | Ryan Thomson, 905 Cleveland Street, Apt. 3407A, Denton, TX 76201-6861 |
| 30596344 | + | Ryan Tran, 2636 Orinda Drive, San Jose, CA 95121-1231 |
| 30596345 | + | Ryan Trowbridge, 2425 52nd st NW, Rochester, MN 55901-4181 |
| 30596346 | + | Ryan Troy, 14806 W 83rd Terrace, Lenexa, KS 66215-4234 |
| 30596347 | + | Ryan Tucker, 5174 Puetz Rd, Stevensville, MI 49127-9765 |
| 30596348 | + | Ryan Vincent Lee, 7721 Oakshore Drive, Sacramento, CA 95831-5794 |
| 30596349 | | Ryan W Schwoyer, 1027 Cove Dr, Warrington, PA 18976-1777 |
| 30596350 | | Ryan Walczyk, 1571 SUNDANCE TRL, LAKE VIEW, NY 14085-9536 |
| 30596351 | + | Ryan Waldman, 8919 Mays Ave, Apt. 32, GARDEN GROVE, CA 92844-2654 |
| 30596352 | + | Ryan Walsh, 3945 Mississippi St, San Diego, CA 92104-2712 |
| 30596353 | + | Ryan Ward, 175 Eaglewood Way, Athens, GA 30606-5069 |
| 30596354 | | Ryan Webb, 21 Starlight Ln, Levittown, PA 19055-2214 |
| 30596355 | | Ryan Wensing, 4359 5 ave, Apt. 4, Edson ALBERTA T7E1Z5, CANADA |
| 30596356 | + | Ryan Wesslen, 712 Templeton Ave, Charlotte, NC 28203-4555 |
| 30596357 | | Ryan West, 9322 MONTICELLO DR, TWINSBURG, OH 44087-1525 |
| 30596358 | | Ryan Westre, 15050 CROW RIVER DR, ROGERS, MN 55374-8745 |
| 30596359 | | Ryan Whiteside, 16420 E 106th Way, Commerce City, CO 80022-8810 |
| 30596360 | + | Ryan William Bryant, 81 Lake Street, Perry, NY 14530-1430 |
| 30596361 | | Ryan Williamson, 807 Barclift Ln SE, Tumwater, WA 98501-4021 |
| 30596362 | | Ryan Williamson, 2547 Cassie Ct Unit 1, Eau Claire, WI 54701-3221 |
| 30596363 | + | Ryan Woods, 1967 Pine Ridge Road, Seymour, TN 37865-4611 |
| 30596364 | + | Ryan Yonce, 2701 vista view ln, Prosper, TX 75078-8961 |
| 30596365 | + | Ryan Yonek, 1189 Beall Ave., Wooster, OH 44691-2393 |
| 30596367 | + | Ryan Zhu, 10 Sparta Way, Andover, MA 01810-6064 |
| 30596251 | + | Ryan lukaszewski, 708 wolff st, Racine, WI 53402-4278 |
| 30596277 | + | Ryan moodoyan, 3802 e 14th St, Vancouver, WA 98661-5501 |
| 30596314 | | Ryan roy, 625 rue de saint-jovite, Apt. 6, Mont-tremblant, CANADA JE0R7, CANADA |
| 30596334 | | Ryan stewart, 63 Christie Crescent, Stonehaven, Scotland, AB392HP, UNITED KINGDOM |

District/off: 0752-1                    User: admin                              Page 401 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                           Total Noticed: 30719

| | | |
|---|---|---|
| 30596368 | | Ryane Staples, 7777 Greenbriar Dr Apt 1047, Houston, TX 77030-4527 |
| 30596369 | + | Ryann Hill, 433 Cove Dr NE, Marietta, GA 30067-3603 |
| 30596371 | + | Ryco Sportswear, 8034 Ivory Hills Dr, West Chester, OH 45069-2200 |
| 30596372 | + | Ryder Best, 79 W Center St, Beacon, NY 12508-3246 |
| 30596373 | | Ryder Mattson, 3304 Hill Ave, Everett, WA 98201-4522 |
| 30596374 | + | Ryeigh Horodyski, 5748 Elm Run, Farwell, MI 48622-9662 |
| 30596375 | | Ryelle Boisvert, 21448 WOODSTORK LN, LUTZ, FL 33549-9372 |
| 30596376 | + | Rylan Cole, PO Box 1913, Holloman AFB, NM 88330-1913 |
| 30596377 | + | Rylan Davidson, 1569 West Lodge Way, Apartment, Fayetteville, AR 72701-5041 |
| 30596378 | + | Rylan R Shannon, 2344 N. MAIN ST. APT C, Salinas, CA 93906, Salinas, CA 93906-4246 |
| 30596379 | + | Ryland Holeman, 6863 W Antelope Dr, Peoria, AZ 85383-6021 |
| 30596380 | | Rylee Pack, 316 Lilla Myers Rd, Rd, Ellabell, GA 31308-7750 |
| 30596381 | | Rylee Persful, 360 Miller Rd, Elizabethtown, KY 42701-7716 |
| 30596382 | + | Rylee Wilhoit, 700 E Prosperity Ave, Apt 83, Tulare, CA 93274-2167 |
| 30596383 | | Ryley Gannon, 220 Magnolia St, Raceland, LA 70394-2110 |
| 30596385 | + | Rylie Murray, 17 Warren St, Hudson Falls, NY 12839-1318 |
| 30596386 | + | Rylie Siegfried, 105 Bethany Way, Scotts Valley, CA 95066-2860 |
| 30596387 | + | Rylie Wahl, 5215 Dutton Ct, Missoula, MT 59803-9504 |
| 30596388 | + | Ryliegh Stone, 3405 Debra Drive, Anderson, IN 46012-9624 |
| 30596389 | + | Ryne Hager, 54 Prospect St., Turners Falls, MA 01376-1305 |
| 30596391 | + | Ryne Inman, 2825 N Halsted St, 3E, Chicago, IL 60657-1373 |
| 30596390 | + | Ryne Inman, 2825 N Halsted St Apt 3E, Chicago, IL 60657-1373 |
| 30596392 | + | Ryo Yamaki, 25 Edgewater Place, Edgewater, NJ 07020-1205 |
| 30596393 | | Ryson Spainhower, 434 E 3100 N, Ogden, UT 84414-1969 |
| 30596394 | | S ndor Alexandra, B bic utca 98., Erd 2030, HUNGARY |
| 30596395 | | S ren Svanhof, Stenstuegade 12, 3. sal, Slagelse, Vestjaelland 4200, DENMARK |
| 30596396 | | S var Larsen, Birkihvammur 22, KOPAVOGUR, GULLBINGU 200, ICELAND |
| 30596397 | | S E Ryan, 216 Durham Road Lower, Norfolk, Taranaki 4388, NEW ZEALAND |
| 30596398 | | S Franco, 2747 Eastern Ave, Rochester Hills, MI 48307-4710 |
| 30596399 | | S J Gray, 1/18 Onslow, Christchurch, CANTERBURY 8014, NEW ZEALAND |
| 30596400 | | S Kheriaty, 24337 SE 40th Pl, Sammamish, WA 98029-7577 |
| 30596401 | + | S M, 627 West 400 North, Salt Lake City, UT 84116-3473 |
| 30596402 | | S Steinmetz, 3448 S Bo Daniel Pl, Nampa, ID 83687-9041 |
| 30596403 | + | S T, 7003 Bradley Ave, Parma, OH 44129-2266 |
| 30596405 | + | S.Fowler, 1049 Cherokee Rd, Apt 41, Louisville, KY 40204-1240 |
| 30596406 | + | SA Presents LLC, 1015 Payton Ave, Des Moines, IA 50315-5046 |
| 30596486 | | SALVADOR REYES, 108 Craighill Ave, Richland, WA 99352-4530 |
| 30596675 | | SAMANTHA ST FLEUR, 64 Juniper Way, Trenton, NJ 08619-4612 |
| 30596689 | | SAMANTHA WILLIS, 92 Earl Ave, Riverside, RI 02915-3204 |
| 30596792 | + | SANDRA CLINE, 2005 W 11TH ST, SEDALIA, MO 65301-5109 |
| 30596817 | ++ | SANMAR CORP, 22833 SE BLACK NUGGET RD, STE 130, ISSAQUAH WA 98029-3621 address filed with court:, Sanmar Corp, PO Box 643693, Cincinnati, OH 45264-3693 |
| 30596839 | ++++ | SARA CRAWFORD, 7101 NE 109TH ST APT 73, VANCOUVER WA 98686-4724 address filed with court:, Sara Crawford, 7101 NE 109th St, J73, Vancouver, WA 98686 |
| 30596974 | | SARAH LUCERO, 10590 W Adam Ave, Peoria, AZ 85382-0505 |
| 30596990 | | SARAH MURDOUGH, 28744 W Harvest Glen Cir, Cary, IL 60013-2371 |
| 30597002 | | SARAH PISANI, Dahlet ic-Cipress, 25 rising sun, ATTARD, Malta Majjistral ATD 2811, MALTA |
| 30597018 | | SARAH SCOLLON, 184 Dutch Hollow Rd, Smithton, PA 15479-1500 |
| 30597117 | | SC Mackinnon, 1106 Neptune Dr, Colorado Springs, CO 80905-7769 |
| 30597118 | + | SC Promo Inc., PO Box 2342, China, CA 91708-2342 |
| 30597201 | | SCP Holdings, LLC, 1020 Olympic Drive, Batavia, IL 60510-1329 |
| 30597399 | | SETH BERKOWITZ, 610 Dunkirk Rd, Baltimore, MD 21212-2015 |
| 30597406 | | SETH DENISTON, 1940 N Winrock St, Liberty Lake, WA 99019-5066 |
| 30597438 | + | SHAED, PSBM c/o SHAED LLC, 235 Park Ave South, New York, NY 10003-1405 |
| 30597455 | | SHANA JENNINGS, 15680 E Asbury Pl, Aurora, CO 80013-1001 |
| 30597603 | | SHAWNA PARKER, 1744 E Montebello Ave, Phoenix, AZ 85016-2920 |
| 30597624 | | SHEA GUINN, 103 Broad Oaks Ct, Houston, TX 77056-1222 |
| 30597692 | | SHERI MILTON, 17220 61st Pl N, Loxahatchee, FL 33470-3209 |
| 30597836 | + | SK Wilde, 406 Cedar Lane, Arden, NC 28704-2936 |
| 30597843 | + | SKM Restaurants, 300 York Street, New Haven, CT 06511-3694 |
| 30597903 | + | SMG at Capital One Hall, PPO Box 9485, McLean, VA 22102-0485 |
| 30597904 | + | SMG/El Paso Convention & Performing Arts, 1 Civic Center Plaza, El Paso, TX 79901-1153 |
| 30597912 | | SN Smith Zachary, 101 Nnptc Cir, Class 2408-T, Goose Creek, SC 29445-6324 |

District/off: 0752-1                                    User: admin                                              Page 402 of 507

Date Rcvd: Jan 04, 2024                            Form ID: 309C                                       Total Noticed: 30719

30598054 + SPD-14737 Monica Ventura Pozuelo, 6991 NW 82 AVE UNIT 5, Apt. 5, Doral, FL 33166-2776
30598098 + SPKRBX LLC, 123 S. Hough Street, Barrington, IL 60010-4376
30598107 + SQDEG ZYHWG, 23 copper drive, SUITE 5, NEWPORT, DE 19804-2443
30598114   STACEY CUTMORE, 32 Mandara Drive, Wurtulla, Queensland, 4575, AUSTRALIA
30598213   STEPHANIE ALLISON, 1993 County Highway 38, Horton, AL 35980-7952
30598234 + STEPHANIE GANG, 8532 Tejon Way, Denver, CO 80260-5077
30598304 + STEPHEN D NACHAZEL, 4600 Mueller Blvd,, APT 3108, Austin, TX 78723-3380
30598363 + STEVE ANGIOLINO, 706 ELLINGTON RD, Ridgewood, NJ 07450-5500
30598445   STEVEN ORTIZ, 7923 Airflight St, San Antonio, TX 78250-4703
30598486 + STL Embroidery, 1175 Reco Ave, St Louis, MO 63126-1026
30598492 + STOPNGO Line, 19805 Harrison Ave, City of Industry, CA 91789-2849
30598499 + STRATA MFG., 240 Talleyrand Ave, Jacksonville, FL 32202-1228
30598624   SUZANNE BELSER, 313 Bahia Ln, Cape Carteret, NC 28584-9356
30598683   SYLVAIN MAUGER, 109 RUE DU PONT, Bisseuil, AY CHAMPAGNE 51150, FRANCE
30598692   SYML, c/o Erik Selz, Arrival Artists, Chicago, IL 60657
30596407   Saara Nurminen, Tasettikuja3B7, Turku 20320, FINLAND
30596408   Saara Pietilainen, Arielinkatu 2 B 88, Helsinki 540, FINLAND
30596409   Saba, 108 BERKELEY PL, BROOKLYN, NY 11217-3604
30596410 + Sabastian Jones, 14009 Crestwick Dr E, Jacksonville, FL 32218-8431
30596411   Sabastien Litra, Rue Aima-Steinlen 1, Vevey 1800, SWITZERLAND
30596412 + Saben Schulfer, 37388 emerald cascade st., Sandy, OR 97055-6368
30596413   Sabine Uerkwitz, Erlestr. 9, Gelsenkirchen, Nordrhein-Westfalen 45894, GERMANY
30596414   Sabine Weber, Balthasar-Neumann-Platz 1, Bruehl, NORDRHEIN-WESTFALEN 50321, GERMANY
30596415 + Sabrena Munoz, 1733 Kenmar Dr, Manhattan, KS 66502-2607
30596416   Sabrina Arizpe, 103 Main St, Gonzales, TX 78629-6024
30596417   Sabrina Barbilla, 5422 Saint Bernard Ct, Las Vegas, NV 89131-2744
30596420 + Sabrina Bradley, 3640 Las Vegas Blvd N, Apt. 112, Las Vegas, NV 89115-1557
30596421 + Sabrina Bykowski, 1765 Campbell Ives Drive, Lawrenceville, GA 30045-2306
30596423 + Sabrina Caprioli, 15 Jersey Ave., Newton, NJ 07860-2315
30596424 + Sabrina Covelli, 2583 E. Penedes Dr., Gilbert, AZ 85298-2334
30596425 + Sabrina Helck, 370 S Highland Ave, Apt. 10, Pittsburgh, PA 15206-5204
30596426   Sabrina Jensen, 5406 S Woodcrest Dr, Holladay, UT 84117-7540
30596427 + Sabrina L Bradley, 3640 Las Vegas Boulevard North, Space 112, LAS VEGAS, NV 89115-1557
30596428   Sabrina Levy, 19 Peri Ave, Holbrook, NY 11741-1718
30596429   Sabrina Lyn, 6734 SUNSET WOODS CT, BURKE, VA 22015-4241
30596430   Sabrina Mao, 1583 Blanchard Bnd, Rock Hill, SC 29732-9658
30596431 + Sabrina Pruitt, 3886 Old State Rd, Hampshire, TN 38461-4528
30596432   Sabrina Schrimsher, 142 Frank Patterson Rd, Hazel Green, AL 35750-9498
30596433 + Sabrina Sedgwick, 12338 moon Glow St, Foley, AL 36535-4869
30596434 + Sabrina Segraves, 6399 Astor Ave, Reynoldsburg, OH 43068-2855
30596435   Sabrina Steensland, 11151 Braeside Drive SW, Calgary, Alberta T2W 1C2, CANADA, Alberta 00000-0000
30596436   Sabrina Weisz, 830 E Acacia Ave Apt D, Glendale, CA 91205-3038
30596437   Sacha Brenac, 2634 West St, Falls Church, VA 22046-2710
30596438   Sadaf Sodeif, 221 Silver Eagle Way, Vacaville, CA 95688-1009
30596439 + Sadain Siddique, 6 Reagan Dr, Jackson, NJ 08527-5156
30596442 + Sadie Atkinson, 1204 Maverick Trail, McGregor, TX 76657-4078
30596443 + Sadie Crossley, 508 South 400 East, D, Brigham City, UT 84302-3605
30596444   Sadie Hager, 3806 Babbling Creek Dr, Kingwood, TX 77345-1075
30596445   Sadie Hardcastle, 4424 E Baseline Rd Apt 1021, Phoenix, AZ 85042-7405
30596446   Sadie Heffelman, 102 Avenida Dolores Apt 4, San Clemente, CA 92672-3480
30596447 + Sadie Johnson, 415 n dodge st, algona, IA 50511-1502
30596448   Sadie Lewis, 4030 Harper Hill Rd SE, Port Orchard, WA 98366-8931
30596449 + Sadie Potts, 713 Wakefield Circle, Kendallville, IN 46755-2604
30596450 + Sadie Sassi, 7160 Friendly Pl, Warrenton, VA 20187-4100
30596451   Sadie Turley, 109 E Sunset Dr, Sheridan, AR 72150-7765
30596452   Sadonna Downs, 1224 NE 59th Ave, Portland, OR 97213-4204
30596453   Saechao Melissa, 8582 Flannery Way, Sacramento, CA 95828-7519
30596455 + Safety Made, 25 Forge St, Keene, NH 03431-5037
30596457 + Safety-Kleen Systems Inc., PO Box 975201, Dallas, TX 75397-5201
30596458   Safin Choudhury, 512 Commerce Dr, Fairfield, CT 06825-5543
30596459 + Sagar Patel, 2959 Meadow Church Rd, Suwanee, GA 30024-2885
30596460 + Sage Ellington, 135 Mill Grove Dr, Audubon, PA 19403-2122
30596461 + Sage Evans, 39 Rolling Green Drive, Apt 39, Amherst, MA 01002-2734

District/off: 0752-1      User: admin      Page 403 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

30596462   +   Sage Holles, 953 S Beech St, 953 S Beech St, Lakewood, CO 80228-3011
30596463     Sage Narducci, 11330 Altoona Ave, New Port Richey, FL 34654-1237
30596464     Sahara Martin, 5221 Bradfield Dr, Burke, VA 22015-1642
30596465   +   Sahara Sahara, 16101 Greenwood Ave N #7304B, Shoreline, WA 98133-5667
30596466   +   Sahil Khare, 13 Devon Ct, Robbinsville, NJ 08691-3101
30596467     Sahrelle Walker, 60B Salisbury Street, Levin, Wellington, 5510, NEW ZEALAND
30596468   +   Saige Jefferson, 3371 US Highway 50 East, Bedford, IN 47421-8667
30596469     Saila Lewison, 1209 Mississippi 145, Guntown, MS 38849
30596470     Sakita Koji, 1768,Hiregasaki, 206, Nagareyama, Chiba 270-0161, JAPAN
30596471   +   Sal Boccadoro, 1916 Girard Avenue, Allentown, PA 18104-1114
30596472   +   Sal Hernandez, 2930 Firwood Loop SE, B, Olympia, WA 98501-4848
30596473   +   Sales, 305 Clemson Dr, Altamonte Springs, FL 32714-4101
30596474   +   Sally Cutnaw, 5326 Gargasz Dr, Lorain, OH 44053-3300
30596477     Sally Middleton, 3 Lycium Close, Middlesbrough, England, TS7 8RS, UNITED KINGDOM
30596478     Sally Murray, 8 Highcrest Street, Ocean View, Queensland 4521, AUSTRALIA
30596479   +   Sally Paik, 1300 E California Ave, Apt 211, Glendale, CA 91206-5070
30596480   +   Sally Peterson, 988 Argyle St, St Paul, MN 55103-1201
30596475     Sally gray, 285 Mill Road, Allanton, Shotts, Scotland, ML7 5DD, UNITED KINGDOM
30596481     Salman Qureshi, 1810 woodgate court, Oshawa, Ontario, L1G7Z1, CANADA
30596482     Saloma Emmelin, Rue de l'Abattoir 41, Bruxelles 1000, BELGIUM
30596484   +   Salvador Medrano, 92 Boylston Street, Watertown, MA 02472-1972
30596485   +   Salvador Ortega, 3209 cameo dr, Houston, TX 77080-3500
30596487     Salvage Station, 468 Riverside Drive, Asheville, NC 28801
30596489   +   Salvatore DeSena, 146 Forest Green, Staten Island, NY 10312-1721
30596488   +   Salvatore dabbraccio, 1885 route 6, Sals pizza, Carmel, NY 10512-2316
30596490   +   Salvetti, Aileen, 2051 MATTHEW DR, MONTGOMERY, IL 60538-4009
30596491     Sam (Vivian) Duquaine, 308 E Green St Apt 812, Champaign, IL 61820-8148
30596492   +   Sam Adams, 1401 W Warner Ave, Unit 1A, Chicago, IL 60613-1938
30596493     Sam Agren, 80 Imperial Avenue, Winnipeg, MB R2M 0K7, CANADA
30596494   +   Sam Allen, 184 Lampton Lane NE, Brookhaven, MS 39601-7013
30596495     Sam Alterman, 107 Bartlett St Apt 1, Somerville, MA 02145-2611
30596496   +   Sam Andrews, 6 Taylor Trail pl, Florissant, MO 63031-8502
30596497   +   Sam Armocido, 5257 44th Ave SW, Seattle, WA 98136-1101
30596498     Sam Avery, 250 Bartlett St Apt 2, Manchester, NH 03102-5596
30596499   +   Sam Bannister, 113 Milhollan dr, Elkton, MD 21921-6546
30596500     Sam Barker, 518 Manchester Blvd s, Winnipeg, MB R3T1N8, CANADA
30596501     Sam Barsalona, 40 Southbrook Dr, B, Eatontown, NJ 07724
30596502   +   Sam Bernhardt, 1014 S 2nd St, Apt 1, Philadelphia, PA 19147-4205
30596503   +   Sam Bowling, 4409 N Hazel St, 3S, Chicago, IL 60640-6028
30596504   +   Sam Brady, 1123 West Newport Avenue, Apt 1, Chicago, IL 60657-2972
30596505     Sam Brady, 252 Bridge St E, Belleville. Ontario, K8N1P3, CANADA
30596506   +   Sam Brenner, 4146 20th Ave Sw, Seattle, WA 98106-1220
30596507     Sam Brewer, 2005 BOLES CT, SPRING HILL, TN 37174-1507
30596508   +   Sam Britt, 5103 Morning Graze, Saint Hedwig, TX 78152-0199
30596509     Sam Brown, 120 Martin Street, Wallaceville, Upper Hutt, WELLINGTON 5018, NEW ZEALAND
30596510     Sam Butler, Woodsford, Portland street, Apt. 20, London, England, SE172TN, UNITED KINGDOM
30596511   +   Sam Byers, 4445 Watts Passage, Charlottesville, VA 22911-5911
30596512   +   Sam Cain, 1900 W Lawrence Ave, Apt. 216, Chicago, IL 60640-6932
30596513   +   Sam Casto, 3216 Kipling Road, Boise, ID 83706-2731
30596514     Sam Corber, 1112 S ROGERS ST, BLOOMINGTON, IN 47403-4748
30596515     Sam Cowan, 12 Honeybank Crescent, Apt. 12, Carluke, SCOTLAND ML8 4BZ, UNITED KINGDOM
30596516     Sam D, 6699 Amelia Dr, Vicksburg, MI 49097-7540
30596517   +   Sam Danko, 150 west Thompson lane, Apt. C208, Murfreesboro, TN 37129-3600
30596519     Sam DeSena, 175 Clarke Ave, Staten Island, NY 10306-1115
30596520   +   Sam Dhand, 3669 Hedrick St, Jacksonville, FL 32205-9448
30596521   +   Sam Donatelli, 6300 Jaycox Rd., Galena, OH 43021-9339
30596522   +   Sam Donnally, Po box 1028, Gold Hill, OR 97525-1028
30596523   +   Sam Elswick, 414 lower terrace, Huntington, WV 25705-3730
30596524     Sam Emmerton, 37 Loongana Avenue, Apt. 3, Shorewell Park, TASMANIA 7320, AUSTRALIA
30596526     Sam Escobar, 7854 Quail Park Way, Antelope, CA 95843-2016
30596527   +   Sam Fagin, 10832 Walden Pond st, El Paso, TX 79924-2407
30596529     Sam Fischette, 345 W 30th St Apt 10A, NY, NY 10001-2778
30596530   +   Sam Fontes, 600 Willard St, Unit 426, Durham, NC 27701-4591

District/off: 0752-1                                          User: admin                                          Page 404 of 507
Date Rcvd: Jan 04, 2024                                    Form ID: 309C                                    Total Noticed: 30719

30596531   + Sam Foote, 825 23rd Ave, Apt 2, Seattle, WA 98122-4815
30596532   + Sam Gill, 104 Charles Drive, Tewksbury, MA 01876-5504
30596533     Sam Gladstone, 37 Main Street, Driffield, England YO25 9QN, UNITED KINGDOM
30596534   + Sam Glockner, 87 W California Ave, Columbus, OH 43202-1910
30596535   + Sam Goldstein, 1477 Beacon St, Apt. 35, Brookline, MA 02446-4751
30596537     Sam H, 1852 Karen Ln, Virginia Beach, VA 23454-3818
30596538   + Sam Hayward, 39 Etruria St, Apt 3, Seattle, WA 98109-1611
30596539   + Sam Henderson, 3930 accent drive, apt 2214, Dallas, TX 75287-7717
30596540   + Sam Hoops, 15310 Jackson St 2854, Omaha, NE 68154-2854
30596541   + Sam Houston, 1619 Dorset Drive, Memphis, TN 38117-7305
30596542     Sam Huggins, 914 LOCUST ST, HARTSVILLE, SC 29550-5136
30596543   + Sam Iannetta, 5616 Bonnie Wayne St, Haltom City, TX 76117-2113
30596544   + Sam Johnson, 6816 Eliot View Rd, St. Louis Park, MN 55426-2834
30596545   + Sam Jones, 8114 Thunder River Trail, Corryton, TN 37721-4328
30596546   + Sam Jones, 8114 Thunder River Trl, Corryton, TN 37721-4328
30596547   + Sam Kilpatrick, 28404 Bayshore Dr NW, Isanti, MN 55040-5940
30596548     Sam Knowles, Padstow Road, Apt. 114, Swindon, ENGLAND SN2 2EG, UNITED KINGDOM
30596549   + Sam Kowalski, 185 Birch Ln, Schenectady, NY 12302-5529
30596550   + Sam Krok, 6121 Farlin Dr, Whitestown, IN 46075-9218
30596551     Sam Langston, 4141 E 9th Ave, Denver, CO 80220-3718
30596552     Sam Leathem, 3 Avonlea Place, Orange, NEW SOUTH WALES 2800, AUSTRALIA
30596553   + Sam Leonhart, 1647 Whitlock Ave, West Valley City, UT 84119-2149
30596554     Sam Lev Katzman, 3501 SANSOM ST, PHILADELPHIA, PA 19104-3464
30596555     Sam Loth, 683 Riddle Rd, Cincinnati, OH 45220-2605
30596556   + Sam Lovesee, 7009 Webber cole, Kinsman, OH 44428-9578
30596557     Sam Macdonald, 12 Mahon Avenue, House, Liverpool, ENGLAND L20 6AP, UNITED KINGDOM
30596558     Sam Mallory, Eastern Connecticut State University, Crandall Hall, Willimantic, CT 06226
30596559     Sam Marsh, 650-1 Newport Rd, Valparaiso, IN 46385-8319
30596560   + Sam Martinez, 3331 W 66th Pl, Chicago, IL 60629-3427
30596561   + Sam Mathis, 295 Paul harrell rd, Beechgrove, TN 37018-3173
30596562     Sam McDowell, 28675 County Road 24.6, Springfield, CO 81073-9342
30596563   + Sam McMasters, 155 Blue Oasis Drive, DeLand, FL 32724-8622
30596564   + Sam Merrow, 1760 Myrtle Ave, Cuyahoga Falls, OH 44221-4338
30596565     Sam Mills, 323/31 Wellington Street, Collingwood, Victoria, 3066, AUSTRALIA
30596566   + Sam Mitchell, 1620 Hobart St NW, WA, DC 20009-3705
30596567     Sam Moeung, 19 Taminga Street, Regency Park, South Australia, 5010, AUSTRALIA
30596568     Sam Moffoot, 12 Fairfield Close, Apt. 12, London, England N12 9ST
30596569     Sam Morgan, 137 High Street, Blaina, Abertillery, WALES NP13 3AQ, UNITED KINGDOM
30596570     Sam Mosher, 3624 Runnymede Dr, Saint Charles, MO 63301-4510
30596571   + Sam Peters, 5402 N 209th St, Elhorn, NE 68022-5342
30596572   + Sam Pollinger, 62 Scott Street, Hornell, NY 14843-2257
30596573     Sam Poulton, 9 Harlow Crescent, Harrogate, ENGLAND HG2 0AP, UNITED KINGDOM
30596574   + Sam Proulx, 502 Blue Arrow Rd, Apt 303, Worthington, OH 43085-5977
30596575     Sam Reynolds, 8 The Hawthorns, Pontefract, ENGLAND WF8 2WN, UNITED KINGDOM
30596576     Sam Rhone, 45 Carrick Knowe Gardens, Edinburgh,SCOTLAND EH12 7EU, UNITED KINGDOM
30596577     Sam Robison, 1350 Gatewood Dr, Auburn, AL 36830-7702
30596578   + Sam Ross, 196 7th Ave, Apt. 2, Brooklyn, NY 11215-6634
30596579     Sam RudkinMillichamp, 20 Kings Avenue, New Maldeb, ENGLAND KT3 4DT, UNITED KINGDOM
30596580   + Sam Ruffer, 1531 Waterford Drive, Zionsville, IN 46077-3818
30596581   + Sam Sanders, 13711 W Autumn Ridge St, Wichita, KS 67235-9768
30596582     Sam Santosa, 2396 MILLSTREAM LN, SAN RAMON, CA 94582-2899
30596583     Sam Scheefhals, Burgemeester Hermanslaan 1, Hillegom, ZUID-HOLLAND 2182 GG, NETHERLANDS
30596584   + Sam Seno, 979 Park Ave, Eugene, OR 97404-6502
30596585     Sam Shideler, 137 Celestine St, Colorado Springs, CO 80905-4444
30596586     Sam Skoog, 17362 Rabbit St NW, Ramsey, MN 55303-2900
30596587   + Sam Slobojan, 10 Rock Bluff Road, Phillips Ranch, CA 91766-4938
30596588     Sam Snyder, 644 S RIPPLE CREEK DR, HOUSTON, TX 77057-1075
30596589   + Sam Swanson, 69-01 62nd Street, Ridgewood, NY 11385-5236
30596590     Sam Taub, 80 Olde Mill Rd Apt 18, Somersworth, NH 03878-3052
30596592   + Sam Trompen, 3123 W Lyndale St, Apt. 1, Chicago, IL 60647-7071
30596593     Sam Uber, 2202 N Puget Sound Ave, Tacoma, WA 98406-5811
30596594   + Sam Vandermolen, 16610 Adler Dr., West Olive, MI 49460-8850
30596595   + Sam Varnadore, 109 Ellis Drive, RINCON, GA 31326-3234

District/off: 0752-1 User: admin Page 405 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| | | |
|---|---|---|
| 30596596 | | Sam Walters, 3821 Lee Adams Ln, Lexington, KY 40514-1044 |
| 30596597 | | Sam Westfall, 701 ERIN LN, MULVANE, KS 67110-1228 |
| 30596598 | + | Sam Whaley, 3556 N Pine Grove Ave, Apt 1, Chicago, IL 60657-8545 |
| 30596599 | | Sam Whitfield, 6903 W Ustick Rd, Boise, ID 83704-6180 |
| 30596600 | + | Sam Woldrich, 521 West Street, Carey, OH 43316-1421 |
| 30596602 | | Sam Wybrant, 3632 County Road 254, Auxvasse, MO 65231-1917 |
| 30596518 | | Sam de Alfaro, 207 2nd Ave Apt 5R, NY, NY 10003-5799 |
| 30596525 | | Sam engelhardt, 3835 TRENT CT, BETHLEHEM, PA 18020-7577 |
| 30596591 | + | Sam trollo, 86-24 55 Road, #2, Elmhurst, NY 11373-4358 |
| 30596603 | | Samantha Allen, 13 Daisey Cv, Cabot, AR 72023-8760 |
| 30596604 | + | Samantha Altenburg, 1013 Saint Johns Rd, Camp Hill, PA 17011-6814 |
| 30596605 | | Samantha Altman, 932 Medina Rd, Wayzata, MN 55391-9677 |
| 30596606 | | Samantha Atkinson, 915 W Riverview Dr, Idaho Falls, ID 83401-5678 |
| 30596607 | + | Samantha Bengiovanni, 20 Cynthia Drive, Berlin, CT 06037-2251 |
| 30596608 | | Samantha Brown, 5603 Pennybrook Ct, Stone Mountain, GA 30087-5746 |
| 30596609 | | Samantha Case, 19 Summit Ave, Sault Ste. Marie, Ontario P6B 2S2, CANADA |
| 30596610 | | Samantha Casner, 602 Fairway Cmns, Gansevoort, NY 12831-2195 |
| 30596611 | | Samantha Chiu, Unit 36 267-277 castlereagh street, Apt. 36, Sydney, NEW SOUTH WALES 2000, AUSTRALIA |
| 30596612 | + | Samantha Cox, 7508 Steubenville Pike, Oakdale, PA 15071-9330 |
| 30596613 | | Samantha De Vere, 72 Paxton Street, Malvern East, Victoria, 3145, AUSTRALIA |
| 30596614 | | Samantha Deboer, 1250 Virginia Ave, Columbus, OH 43212-3533 |
| 30596615 | | Samantha Denbleyker, 1139 Waterlyn Dr, Greensboro, NC 27405-9717 |
| 30596616 | | Samantha Dishaw, 157 Bloomingdale Ave Apt 4, Saranac Lake, NY 12983-5129 |
| 30596617 | | Samantha Dufresne, 32 EDGEWOOD RD, PORTSMOUTH, NH 03801-5743 |
| 30596618 | | Samantha Ebbinger, 1102 Dotty Ln, Chilton, WI 53014-1661 |
| 30596619 | | Samantha Eblin, 737 Washington Ave, Lancaster, OH 43130-2448 |
| 30596620 | + | Samantha Fenderson, 125 Main St, Lisbon Falls, ME 04252-9510 |
| 30596621 | | Samantha Foote, 225 Sterling Springs Ln, Altamonte Spg, FL 32714-3867 |
| 30596622 | + | Samantha Fremont, 1610 Wilson Ave, Lancaster, PA 17603-4549 |
| 30596623 | | Samantha French, 2780 E GEYER RD, NILES, MI 49120-9065 |
| 30596624 | | Samantha Gentz, 4322 Carney Dr, Maumee, OH 43537-1810 |
| 30596625 | + | Samantha Gilmore, 3525 35th Avenue South, Minneapolis, MN 55406-2742 |
| 30596626 | + | Samantha Greene, 1129 Red Pine Dr NW, Baudette, MN 56623-8833 |
| 30596627 | | Samantha Gunning, 2310 E Spice Loop Unit 2, Nampa, ID 83687-2408 |
| 30596628 | + | Samantha Haj, 38 Oliver Street, Rockland, ME 04841-2227 |
| 30596629 | + | Samantha Hamilton, 2520 Ryan Road, APT 59, Concord, CA 94518-2645 |
| 30596630 | + | Samantha Hardin, 4200 Foley Glen Court, Fenton, MI 48430-3438 |
| 30596631 | | Samantha Hartz, 300 Green Park Ct, Atlanta, GA 30327-4873 |
| 30596632 | + | Samantha Holley, 232 Taylor St, Milton, VT 05468-3244 |
| 30596633 | + | Samantha Howard, 206 Hackett St., Jackson, MI 49202-2818 |
| 30596634 | + | Samantha Huddleston, 1222 Amherst Ave, Apt 205, Los Angeles, CA 90025-1181 |
| 30596635 | + | Samantha Jay, 2117 Bedford St, Apt 18, Durham, NC 27707-2003 |
| 30596637 | + | Samantha Johnson, 414 Jennifer Dr., Blanchard, OK 73010-7265 |
| 30596638 | | Samantha Jones, 4209 Arden Pl, Fort Worth, TX 76103-1501 |
| 30596639 | + | Samantha Ketelsen, 85 Orchard Street, Unit 2, Oyster Bay, NY 11771-2203 |
| 30596640 | | Samantha Kirby, 98 W 100 S, Smithfield, UT 84335-1956 |
| 30596641 | + | Samantha Knaak, 584 Ivyland St, Ann Arbor, MI 48108-8677 |
| 30596642 | + | Samantha Kowalewski, 12 Gina Ave, Holbrook, NY 11741-4708 |
| 30596643 | | Samantha Kowalski, 7404 Mimosa Drive, Orland Park, IL, USA, Orland Park, IL 60462 |
| 30596644 | + | Samantha L Medland, 2197 Old Denmark rd, Ft Madison, IA 52627-9300 |
| 30596645 | | Samantha Lee, 142 W 3rd St, Prescott, KS 66767-4175 |
| 30596646 | + | Samantha Lipinski, 18679 West Maple Ave, Grayslake, IL 60030-2532 |
| 30596647 | + | Samantha Little, 4125 S Settler Dr, Apt. 29, Ridgefield, WA 98642-5493 |
| 30596648 | + | Samantha Mansfield, 19 Sunnyside Ave, Saugus, MA 01906-2924 |
| 30596649 | + | Samantha McCarthy, 28 Whitney Street, Apt. 201, Hartford, CT 06105-2545 |
| 30596650 | | Samantha McCool, 2486 Dawn Dr, Decatur, GA 30032-6347 |
| 30596651 | + | Samantha Michiels, 29W361 Lee Road, West Chicago, IL 60185-2045 |
| 30596652 | | Samantha Mitchell, 6017 Clore Ave, Crestwood, KY 40014-9510 |
| 30596653 | | Samantha Morales, 446 Zinnia Ct, Merced, CA 95341-7749 |
| 30596654 | + | Samantha Moreno, 7922 sawyer road, Denver, CO 60561-5272 |
| 30596655 | + | Samantha Mullen, 5110 w 100th st, Oaklawn, IL 60453-3923 |
| 30596656 | + | Samantha Nieves, 401 Orion Dr, Corpus Christi, TX 78418-3944 |
| 30596657 | + | Samantha Obrien, 95 Mechanic St, Foxboro, MA 02035-2033 |

30596658          Samantha Ouk, 28909 SANDY AVE, MURRIETA, CA 92563-7413
30596659          Samantha Owen, 1009 Bexley Dr Apt C, Greenwood, IN 46143-3361
30596660    +     Samantha Owens, 1749 North Serrano Avenue, APT 234, Los Angeles, CA 90027-3417
30596661          Samantha Paul, 229 E 21ST ST, NEW YORK, NY 10010-6433
30596662    +     Samantha Proxmire, 155 Sharene Ln, Apt. 112, Walnut Creek, CA 94596-4782
30596663          Samantha Purk, 522 Rolling Brooke Way, Northfield, OH 44067-4012
30596665    +     Samantha Rodgers, 908 Broadway Ave, P o Box 5, East Butler, PA 16029-0005
30596666    +     Samantha Romine, 4518 36th St S, B1, Arlington, VA 22206-1854
30596667    +     Samantha Rosales, 871 North Adams, Alice, TX 78332-3547
30596668    +     Samantha Roundy, 10953 S Ptarmigan Cove, Orem, UT 84095-8283
30596669          Samantha Scarberry, 201 W Crocker St Apt 1, Bradner, OH 43406-8800
30596670          Samantha Schierman, 9249 Annapolis Ln N, Maple Grove, MN 55369-8317
30596671          Samantha Schubbe, 208 Cloverdale Ln, Schaumburg, IL 60194-3959
30596672          Samantha Schwartz, 373 Heathcliffe Rd, Huntingdon Valley, PA 19006-8705
30596673    +     Samantha Sisk, PO Box 173, Sperryville, VA 22740-0173
30596674          Samantha Sommerfeld, 2161 Effingham Way Apt 203, Sun Prairie, WI 53590-3793
30596676          Samantha Stauff, 368 Cottonwood Way, Mahwah, NJ 07430-2080
30596677          Samantha Stone, 17423 W DARTMOOR DR, GRAYSLAKE, IL 60030-3014
30596678          Samantha Stratton, 9311 Empire State Dr, Bakersfield, CA 93311-9674
30596679    +     Samantha Sweeting, 5095 NE 17th Drive, Pompano Beach, FL 33064-5711
30596680          Samantha Taylor, 2 Fuller Pl Unit 101, Essex Junction, VT 05452-4488
30596681    +     Samantha Teremi, 323 Alcatraz Ave., Apt 4, Oakland, CA 94618-1365
30596682          Samantha Tipton, 2004 SE 158th Ave, Vancouver, WA 98683-9066
30596683    +     Samantha Tolley, 8 E Berry St, Sandston, VA 23150-2015
30596684          Samantha Utter, 755 S Poplar Ave, Kankakee, IL 60901-5549
30596685    +     Samantha Vacca, 620 Deer Watch Rd, Bridgeville, PA 15017-1148
30596686    +     Samantha Vidal, 208 Franklin Street, Apt. 4L, Brooklyn, NY 11222-5903
30596687    #     Samantha Waddell, 401 E Lynnwood Ln, Longview, TX 75604-1740
30596688          Samantha Westerfield, 12200 Floral Rd, Hawesville, KY 42348-9404
30596691          Samantha Yates, 170 Thompson St Apt 17, NY, NY 10012-2567
30596692          Samara Mackay, 9 Huntington Drive, Maudsland, QLD 4210, AUSTRALIA
30596693          Samarah Jones, P.O BOX 525, Fort Frances, ONTARIO P9A 3MB, CANADA
30596694    +     Same Ahmed, 629 Oak St SE, 1, Minneapolis, MN 55414-2901
30596695          Sameer Ali, 24952 Townsend Ave, Hayward, CA 94544-1752
30596696          Sami Ginsburg, 301 E 79th St Apt 21K, NY, NY 10075-0943
30596697          Sami Glass, 2138 W Myrtle Ave, Phoenix, AZ 85021-7770
30596698    +     Samia, 509 Craighead St, #110, Nashville, TN 37204-2319
30596700          Samia Fournier, 47 ch Burnside, Wakefield, QUEBEC J0X 3G0, CANADA
30596699    +     Samia faour, 18602 69th lane NE, Apt 104, Kenmore, WA 98028-2150
30596701          Samie Stephan, 5800 American Blvd W Apt 231, Bloomington, MN 55437-1474
30596702          Samir Djoudi Ma ez, Calle Enebro 8, Chiva, Valencia 46370, SPAIN
30596703          Samira Flick, Bruchsaler Str. 8, Berlin, BERLIN GERMANY 10715
30596704    #     Samira Ledet, 3403 Queensbury Rd, Clarksville, TN 37042-8152
30596705    +     Samirah Gonzalez-Ortiz, 165 Burben Way, Rochester, NY 14624-3543
30596706    +     Sammi Brittain, 14820 Old Olga Rd, Fort Myers, FL 33905-4736
30596707          Sammi DeMoor, 1779 Terrace Dr, Arnold, MO 63010-2630
30596708    +     Sammie, 548 Hicks Rd, Coward, SC 29530-5274
30596709          Sammuel Delgadillo, 302 E Langley Blvd, Universal City, TX 78148-4513
30596711          Sammy McLaughlin, 109 Ventura Cir, Daphne, AL 36526-7542
30596710          Sammy cejka, 1633 Clydesdale Ct, Hemet, CA 92543-1367
30596713    +     Samol Um, 1123 8th St, Apt. 311, Sacramento, CA 95814-3639
30596714          Samson Fulton, 155 N Mesa St, Susanville, CA 96130-4209
30596715          Samson Hunt, 138 Sand Creek Trl, Gray, GA 31032-4800
30596716          Samson Kneath, 641 Douglas Ave Apt 3, Providence, RI 02908-1668
30596718          Samuel Arshad, 2/2 36 Carlibar Road, Barrhead, Glasgow, SCOTLAND G78 1AA, UNITED KINGDOM
30596719          Samuel Austin, 9 Kensington Park Road, Bristol, ENGLAND BS4 3HP, UNITED KINGDOM
30596720    +     Samuel Bahena, 2218 N Lockwood Ave, Apt. 2, Chicago, IL 60639-3026
30596721    +     Samuel Barnes, 1013 Martins creek blvd, Apt. 1013, Summerville, SC 29485-5559
30596722    +     Samuel Best, 1215 Bito Dr Unit A, Fort Canpbell, KY 42223-3511
30596723    +     Samuel Blawat, 9470 Hickory Drive, Kewaskum, WI 53040-9751
30596724    +     Samuel Bolt, 227 E Euclid Ave, Spokane, WA 99207-2026
30596725    +     Samuel Buettner, 132 Breezywood Ln, Louisa, VA 23093-3973
30596726          Samuel Burdis, 18 Chapel Street, Leabrooks, Alfreton, Leabrooks, ENGLAND DE5S 1LH, UNITED KINGDOM

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice   Page 408 of 508
District/off: 0752-1                                 User: admin                                 Page 407 of 507
Date Rcvd: Jan 04, 2024                           Form ID: 309C                          Total Noticed: 30719

30596727   +  Samuel Cai, 6317 Dylyn Dr, Madison, WI 53719-4807
30596728   +  Samuel Case, 2929 Nipomo Ave, Long Beach, CA 90815-1504
30596729      Samuel Coleman, 9060 Bradstreet Commons Way, Charlotte, NC 28215-5318
30596730   +  Samuel Connor, 95 Beringer Drive, St. Charles, MO 63304-1407
30596731   +  Samuel Cornish, 1128 Harbor Hills Lane, Santa Barbara, CA 93109-1772
30596732      Samuel Dolk, 3652 7th St, East Moline, IL 61244-3503
30596733   +  Samuel Edward DeMartino, 80 West Main Street, Frostburg, MD 21532-1642
30596734   +  Samuel Enriquez, 1116 N Center st, Orange, CA 92867-4837
30596735   +  Samuel Forcier, 11 Marlaine Circle, Searcy, AR 72143-7108
30596736      Samuel Freeman Sherratt, 128 Mersey St, Christchurch, CANTERBURY 8014, NEW ZEALAND
30596737      Samuel Gaspar Mateus, 60 rue des Bergers, Paris, ILE-DE-FRANCE 75015, FRANCE
30596738      Samuel Godfrey, 369 Osborne St, Keysville, VA 23947-3660
30596739   +  Samuel Gordon, 95 WEST ST, UNIT 2428, Walpole, MA 02081-1863
30596740      Samuel Graham, 22 Elm Crescent, East Malling, Maidstone, ENGLAND ME19 6DE, UNITED KINGDOM
30596741   +  Samuel Harvey, 8915 harper point drive, Apt C, Cincinnati, OH 45249-2630
30596742   +  Samuel Henke, 303 N Hamilton Street, Apt 120, Madison, WI 53703-5304
30596743      Samuel Herpin, 636 South Circular Road, Dublin 8, Dublin, D08W42P, IRELAND
30596744      Samuel Hoornaert, Tamariskenlaan 41, M1, Sint-Jans-Molenbeek, BRUSSELS 1080, BELGIUM
30596745   +  Samuel Huerta, 1365 N Magnolia Ave, Rialto, CA 92376-3507
30596746   +  Samuel J Yankee, 3958 Northwest 82nd Street, Kansas City, MO 64151-1820
30596747      Samuel Jackson, 37 Sudbury St, Maynard, MA 01754-1638
30596748   +  Samuel Jones, PO Box 139, Ottawa Lake, MI 49267-0139
30596749      Samuel Jones, 2742 Dover St, Longview, WA 98632-2007
30596750   +  Samuel Klinginsmith, 1508 Church Road, Grand Island, NE 68801-7020
30596751   +  Samuel Krantz, 630 Washington Ave, Apt 4B, Brooklyn, NY 11238-3177
30596752      Samuel Latulippe, 7680 Av. Honore, Quebec, QC G1H 6B6, CANADA
30596754      Samuel Lopez, Calle Pianista Amparo Iturbi, 24, Puerta 2, Valencia, VALENCIA 46007, SPAIN
30596755      Samuel Magness, 1049 Plain View Dr, Twin Falls, ID 83301-8141
30596756   +  Samuel Mayo, 12 Grape St, Malden, MA 02148-5711
30596757      Samuel Mayworm, 615 Hidden Valley Club Dr Apt 316, Ann Arbor, MI 48104-6777
30596758      Samuel Morales, 406 Mountain Dale Ln, Chattanooga, TN 37421-3415
30596759      Samuel O'Brien, 3 Cowper place, Barden Ridge, New South Wales 2234, AUSTRALIA
30596761      Samuel P loquin, 2121 Rue Saint Jean Baptiste, app #5, L'Ancienne-Lorette, QC G2E 1S2, CANADA
30596762      Samuel Peterson, 801 Main St Apt 117, La Crosse, WI 54601-4191
30596764      Samuel Pickett, 6006 57 Avenue, Beaumont, Alberta T4X 0G8, CANADA
30596765      Samuel Powton, 10 Kashmir Dr, Thornton, PA 19373-1145
30596766      Samuel Richardson, 100 Franz Rd, Clayfield, QUEENSLAND 4011, AUSTRALIA
30596767   +  Samuel Robinson, 713 W 4th Avenue, Apt. 023, Stillwater, OK 74074-3459
30596768   +  Samuel Sanchez, 2736 Moss Ave, Los Angeles, CA 90065-2144
30596769      Samuel Sellers, 414 Wilson Ct, Jasper, TN 37347-3178
30596770      Samuel Snowden, 1424 Central Park Ave, Dayton, OH 45409-1608
30596772      Samuel Tata, 148 HOLDEN ST, HOLDEN, MA 01520-1738
30596771   +  Samuel Tata, 6 Deborah Lane, Sterling, MA 01564-2335
30596773      Samuel Teer, 2250 Highland Ave S Apt 25, Birmingham, AL 35205-2981
30596774      Samuel Thornbury, 48 Devon Road Bassendean, Perth, WESTERN AUSTRALIA 6054, AUSTRALIA
30596775   +  Samuel Veal, 31 Cambridge Place, Apt. 4, Brooklyn, NY 11238-1936
30596776      Samuel Warren, 385 Gibson Ln Apt 7, Richmond, KY 40475-2930
30596777      Samuel Webb, 310 Wishing Tree Ln, Oxford, MS 38655-9604
30596753   +  Samuel leombruno, 14 castleknock dr, Apt. 105, Asheville, NC 28803-4573
30596778      Samwell Bootmaker, 174 SUMMER ORCHARD DR, LEXINGTON, SC 29072-8643
30596779      Samwell Deerhake, 201 Miller Rd Apt 23D, Lebanon, OH 45036-1245
30596780      Samy Sung, 21112 County Road 47, Perdido, AL 36562-2826
30596781   +  Sanai Irving, 410 West Greene St, Milledgeville, GA 31061-3285
30596782   +  Sanay Yogesh Shah, 1511 Graduate Lane, Apt. 302, Raleigh, NC 27606-5900
30596783   +  Sandbox Studios LLC, 1340 E 6th St. #208, Los Angeles, CA 90021-1272
30596784   +  Sandeep Alankar, 55 Deerfield Road, Morganville, NJ 07751-2639
30596785   +  Sandeep Pulim, 6757 Walter Scott Way, Columbia, MD 21044-4954
30596787      Sander Engen, Blindernveien 6A, H0508, Oslo, OSLO 361, NORWAY
30596786      Sander de Coninck, Sterrebos, Apt. 4, Wijhe, Overijssel 8131NL, NETHERLANDS
30596788      Sander van Dooren, Kalverstraat, 10f, Zwolle, Overijssel, 8011LH, NETHERLANDS
30596789   +  Sandra Aguilar, 2325 N. Forest AVE, Sant Ana, Santa Ana, CA 92706-1819
30596790   +  Sandra Antoniak, 616 Rensselaer Avenue, 204, Ogdensburg, NY 13669-1079
30596791      Sandra Balcells, 12 Acacia Drive, Cobar, NEW SOUTH WALES 2835, AUSTRALIA

District/off: 0752-1                     User: admin                              Page 408 of 507

Date Rcvd: Jan 04, 2024                  Form ID: 309C                            Total Noticed: 30719

30596794            Sandra Gentry, 3930 Gun Barn Rd, Anderson, IN 46011-8795
30596795        +   Sandra Mae Fuentes, 9026 Fort Hamilton Pkwy, Apt. 2, Brooklyn, NY 11209-6409
30596796            Sandra McCauley, 97 Ridgetree Ln, Marietta, GA 30068-3843
30596797            Sandra Middleton, 4 Mount Pleasant, Loggerheads, Market Drayton, England, TF9 4EE, UNITED KINGDOM
30596799            Sandra Olivares, 640 Garcitas Ct, Webster, TX 77598-1569
30596800            Sandra Pagano, 2403 MILLSTREAM LN, BURLINGTON, KY 41005-8116
30596801            Sandra Pooler, 74 WHITEFIELD RD, PITTSTON, ME 04345-5178
30596802        +   Sandra Rambo, 532 Indiana ave n, Golden valley, MN 55422-5246
30596803        +   Sandra Sanchez, 211 Cordova Dr, Apt #0211CR6, Fort Collins, CO 80524-8835
30596804            Sandra Schwab, 6240 STONEGATE LN, ZIONSVILLE, IN 46077-8264
30596805            Sandra Stringer, 1538 LITTLE ROCK BLVD, CHARLESTON, SC 29412-8050
30596806            Sandra Tomas, M llervegen 17, Elverum, INNLANDET 2409, NORWAY
30596807        +   Sandra Webster-Brinks, 1127 Elizabeth Ave NW, Grand Rapids, MI 49504-4201
30596808            Sandra Westberry, 3225 Brookside Dr NW Apt 3, Cleveland, TN 37312-5906
30596809        +   Sandra Wherry, 1475 blacktail lane, North Liberty, IA 52317-2308
30596793            Sandra daniello, 135 SUSQUEHANNA AVE, LINCOLN PARK, NJ 07035-2235
30596810        +   Sandy Ewald, 709 CR 263, Liberty Hill, TX 78642-6243
30596811            Sandy Kovski, 71 Walnut Valley Dr, Springfield, IL 62707-8555
30596812            Sandy Prudencio, 2205 Bello Ave, San Jose, CA 95125-4908
30596813        +   Sandy Rich, 5706 visitation way, Baltimore, MD 21210-1348
30596814        +   Sandya sriram, 547 candlewood street, Brea, CA 92821-3621
30596815        +   Sangeeta Panchwagh, 140 old country road, Apt. 412, Mineola, NY 11501-4325
30596816        +   Saniya Stef, 142 W 1230 N, Apt. 129, Provo, UT 84604-6920
30596818            Sanne Franklin, 358 W 21st St, Holland, MI 49423-4004
30596819        +   Sante Chisha, 4122 Palmer Meadow Ct, Katy, TX 77494-2342
30596820            Santhosh Siva, 9 Oakhill Road Mount Waverley, Apt. 2, Mount Waverley, Victoria, 3149, AUSTRALIA
30596821        +   Santiago Agudelo, 7412 Southwind Drive, Apt 101, Chesterfield, VA 23832-1942
30596822        +   Santiago Ballestas, 17 Meriline Avenue, West Hartford, CT 06110-2224
30596823        +   Santiago Gamboa, 932 Hancock st., Apt. 3, Brooklyn, NY 11233-6730
30596824        +   Santiago Gonzalez-Lara, 820 South Pine, Trlr 113, Hastings, NE 68901-7052
30596825            Santiago Sim, C/ Luis Santangel 13, bajo, Valencia 46005, SPAIN
30596826        +   Santos Garza, 3451 McFarlin Blvd, Apt B, Dallas, TX 75205-1862
30596827            Santos Vargas, 202 E 6th St, Dallas, TX 75203-1321
30596828        +   Santos Vargas, 202 E 6th Street, 44928, DALLAS, TX 75203-1321
30596829            Saphira Husa, Althanstra e 11-13, 45018, Vienna, 1090, AUSTRIA, sterreich 00000-0000
30596830        +   Saq Crabtree, 206 Jack Borden Way, Weatherford, TX 76086-4599
30596831            Sara Abeita, 927 OLIVERS CT, LAWRENCE, KS 66044-3723
30596832            Sara Alarcan Jacinto, Campo Jalupa 125, Villahermosa, Tabasco 86038, MEXICO
30596834            Sara Anees, 1775 Birdie Way Apt C407, Lawrence, KS 66047-3529
30596835        +   Sara Armstrong, 623 S SHERIDAN AVE, TACOMA, WA 98405-3656
30596836            Sara Byrd, 14751 S Glenn St, Glenpool, OK 74033-3113
30596837        +   Sara Casey, 1608 Baylor Drive, Richardson, TX 75081-5309
30596838            Sara Cox, 2287 N Sugar Loop Ave, Star, ID 83669-6290
30596840            Sara Crow, 20 E 9th Ave, Hutchinson, KS 67501-6227
30596841            Sara Enger, 5625 81st Ave N, Brooklyn Park, MN 55443-2315
30596842            Sara Fennell, 1373 Christina Court, Burlington, ONTARIO L7P2V8, CANADA
30596843        +   Sara Gallagher, 21 Fearing Hill Road, Wareham, MA 02571-1020
30596844            Sara Getty, 9117 181st Ave E, Bonney Lake, WA 98391-7016
30596845            Sara Harnist, 4178 NW 56th Ct, Ocala, FL 34482-4924
30596846        +   Sara Heikkuri, 6704 Long Av, West Bloomfield, MI 48322-1246
30596847        +   Sara Henry, 6034 N Nepal St., Aurora, CO 80019-2275
30596848            Sara Hilton, 23409 Summerglen Pl, Valencia, CA 91354-1460
30596850        +   Sara Leifeste, 3041 Clearwater Dr, Prosper, TX 75078-1566
30596851        +   Sara Lippert, 2126 Palisade Blvd, DuPont, WA 98327-9757
30596852            Sara M Partridge, 104 WEBLEY ST, BELVEDERE, SC 29841-2759
30596854        +   Sara Martin, 445 Albert Ave, LA, LA 71105-2907
30596855            Sara McCormick, 4500 Camellia Dr, Myrtle Beach, SC 29577-2626
30596856            Sara McShane, 5785 Anderson Rd, Stewartstown, PA 17363-7654
30596857            Sara Metcalfe, 900 Warren Ave N Apt 200, Seattle, WA 98109-3637
30596858        +   Sara Monroe, 627 West 400 North, Salt Lake City, UT 84116-3473
30596859            Sara Moorhead, 3070 Oak Knoll Dr, Redwood City, CA 94062-2824
30596860            Sara Mosley, 1103 Rogers Ct, Arroyo Grande, CA 93420-4125
30596861            Sara Murphy, 1137 GRANDVIEW BLVD, KANSAS CITY, KS 66102-4403

District/off: 0752-1                    User: admin                         Page 409 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                       Total Noticed: 30719

30596863   + Sara Owens, 4567 Texas St, Apt. 6, San Diego, CA 92116-2938
30596864   + Sara Peeps, 13220 NW 42nd Ct., Vancouver, WA 98685-3340
30596865     Sara Pfohl, 1449 S 85th St, West Allis, WI 53214-4471
30596866     Sara Rosenstengel, 6 Dean Court, Colac, VICTORIA 3250, AUSTRALIA
30596867   + Sara Soderberg, 1197 E Washington St, Petaluma, CA 94952-3383
30596869     Sara Tomsak, 202 Jean Cir, Exeter, PA 18643-1515
30596870     Sara Valentine, 1414 E CORONADO RD, PHOENIX, AZ 85006-2251
30596871   + Sara Van Hooreweghe, 3335 Blackberry Ln, Lebanon, TN 37087-8249
30596872     Sara Weaver, 696 N SUNSET DR, MOUNT DORA, FL 32757-4566
30596873     Sara Wentzel, 2125 Hudson Ave, Norwood, OH 45212-3854
30596874     Sara Willis, 384 Union Street, Blue Hill, ME 04614
30596875   + Sara Wilson, 16100 Hyland Ave, Lakeville, MN 55044-7682
30596876     Sara Woodward, 83 Avenue St Louis, Beaconsfield, QC H9W 4X9, CANADA
30596833     Sara and Corey Hilton, 23409 Summerglen Pl, Santa Clarita, CA 91354-1460
30596868   + Sara stanley, 3475 Roosevelt St, Apt. 6, Carlsbad, CA 92008-5041
30596877     Sarabeth Miller, 112 Highland Ave Apt 124, Troy, AL 36081-4690
30596878     Sarah & The Sundays, c/o Christopher Geoghegan, 206B-219 Dufferin Street, CANADA
30596879     Sarah Anderson, 105 W Jefferson St, Black River Falls, WI 54615-1011
30596880     Sarah Anne Hamner, 1467 Jackson Bridge Rd, Canon, GA 30520-1619
30596881     Sarah Anselmi, 4040 Crains Run Rd, Miamisburg, OH 45342-6245
30596882   + Sarah Artzt, 51 E 17st St, 1G, Brooklyn, NY 11226-2627
30596883   + Sarah Austin, 9412 Archibald Avenue, Rancho Cucamonga, CA 91730-5708
30596884     Sarah Bailey, 50217 Creekside Dr, Loranger, LA 70446-1835
30596885   + Sarah Ball, 10227 Los Ranchitos Rd, Lakeside, CA 92040-2231
30596886     Sarah Bard, 3201 Galaxie Rd, Garland, TX 75044-6505
30596887   + Sarah Barnard, 330 W King St, Apt 315, Boone, NC 28607-3551
30596888   + Sarah Berletich, 2965 Hartline Dr, Rochester Hills, MI 48309-4316
30596889   + Sarah Besser, 128 Marimac Lane, Vernon Hills, IL 60061-2328
30596890   + Sarah Binari, 1950 Commonwealth Ave, Apt. 16, Brighton, MA 02135-5808
30596891   + Sarah Blikre, 16423 Dogwood Ln, Arlington, WA 98223-5809
30596892     Sarah Borys, 5638 Franklin Hill Rd, East Stroudsburg, PA 18301-9253
30596894     Sarah Bowman, 13987 E 103rd Pl N, Owasso, OK 74055-4893
30596893     Sarah Bowman, 20403 LOCUST GROVE RD, ROHRERSVILLE, MD 21779-1011
30596895     Sarah Boyle, 8030 Sweetgum Trl, Concord Township, OH 44060-7469
30596897     Sarah Brandon, 1 Short Street, Paddington, New South Wales, 2021, AUSTRALIA
30596898   + Sarah Briggs, 4905 W 43rd St, Houston, TX 77092-5244
30596900     Sarah Burns, 60 Main St, High Bridge, NJ 08829-1915
30596901   + Sarah Burr, 8160 Herring Ave, Las Vegas, NV 89147-3770
30596902     Sarah Byrne, 11 Quartz Pl, Conception Bay South, Newfoundland and L, CANADA
30596903     Sarah Caisley, 88 Hodgson Close, Newcastle Upon Tyne, ENGLAND NE5 1AZ, UNITED KINGDOM
30596904     Sarah Calame, 9 UNION ST, HINGHAM, MA 02043-2945
30596905   + Sarah Catherine McKee, 5745 Goliad, Dallas, TX 75206-6815
30596906     Sarah Causby, 5530 Kay Dr, Milford, OH 45150-2829
30596907   + Sarah Chacon, 318 E 117th St, Apartment 2R, NY, NY 10035-4946
30596909   + Sarah Chapman, 151 Round Pond Rd, Nottingham, NH 03290-4953
30596908   + Sarah Chapman, 79 Lyman Ave, Burlington, VT 05401-5051
30596910     Sarah Chapman, 3101 Whitner Way, Sanford, FL 32773-6626
30596911     Sarah Charow, 7184 Dur Moll Ave, Shelby Township, MI 48317-3120
30596912     Sarah Chase, 31 avens road, Apt. 101, Moose jaw, SASKATCHEWAN S6J1C9, CANADA
30596913     Sarah Cherven, 78 Ontario Dr, Cheektowaga, NY 14225-1747
30596914     Sarah Childre, 29438 Winton Wood Way, Spring, TX 77386-7055
30596915   + Sarah Christebsen, 2016 Templar dr, Naperville, IL 60565-2236
30596916   + Sarah Cobbett, 7436 N Mercer Way, Mercer Island, WA 98040-2117
30596917   + Sarah Devine, 119 Walbridge Road, West Hartford, CT 06119-1052
30596918     Sarah Doll, 129 N Geneva Ave, Elmhurst, IL 60126-2911
30596919     Sarah Drescher, 225 Walden St Apt 2L, Cambridge, MA 02140-3513
30596921   + Sarah Driscoll, 1544 8th St NW, Unit A, WA, DC 20001-3241
30596920     Sarah Driscoll, 60 Lizas Cir, Simpsonville, KY 40067-5601
30596922   + Sarah Easter, 600 W 3rd St, Lamoni, IA 50140-1312
30596923     Sarah Eaton, 975 Mix Ave Apt 2C, Hamden, CT 06514-5134
30596924     Sarah Eddy, 914 Shepherd St, Durham, NC 27701-3139
30596925     Sarah Elizabeth, 756 Milford Neck Rd, Milford, DE 19963-6708
30596926   + Sarah Elizabeth Freels, 9530 Hageman Road, B 232, Bakersfield, CA 93312-3959

District/off: 0752-1                               User: admin                                        Page 410 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                                      Total Noticed: 30719

30596927           Sarah Elliott, 8 Richardson Avenue, Armidale, New South Wales 2350, AUSTRALIA
30596928           Sarah Engle, 1011 S Saddle Creek Rd, Omaha, NE 68106-1943
30596929       +   Sarah Ennis, 12701 Lowden Ln 301, BLS365, Manchaca, TX 78652-0020
30596930           Sarah Ezell, 105 N Overland Dr, Mebane, NC 27302-3303
30596931           Sarah Fisher, 8253 Norton Ave Apt 8, West Hollywood, CA 90046-5941
30596932           Sarah Flanigan, 90 Ontario Street, Cobourg, Ontario K9A 3B3, CANADA
30596933           Sarah Foltz, 116 Shadow Wood Cv, Martin, TN 38237-8148
30596934       +   Sarah Fredericksen, 10850 Great Plaines Ct, Huntley, IL 60142-6617
30596935           Sarah Fromager, 38 Kimzey Crossing, Whitecourt, Alberta T7S 1G1, CANADA
30596936       +   Sarah Gardiner, 4226 13th Street, Menominee, MI 49858-1112
30596938       +   Sarah Gilbertson, 1375 Phelps Ave., Apt. 4, San Jose, CA 95117-3644
30596939           Sarah Goldstein, 159 INDIA ST APT 3L, BROOKLYN, NY 11222-1718
30596940       +   Sarah Grady, 7025 Blue Fox Ct, Cumming, GA 30040-6651
30596941           Sarah Griffin, 50 MACGREGOR ST, PROVIDENCE, RI 02904-1115
30596942       +   Sarah Gunderson, 1031 Hull St, Hood River, OR 97031-1942
30596943           Sarah Hahn, 716 N Mine La Motte St, Fredericktown, MO 63645-1026
30596944           Sarah Hall, 486 W WHITEWATER ST, WHITEWATER, WI 53190-1985
30596945           Sarah Halligan, 3010 Cambridge Rd, Charlotte, NC 28209-1302
30596946           Sarah Hardin, 282 Noelle Ct, Elizabethtown, KY 42701-4669
30596947           Sarah Harrison, 9320 Millbranch Pl, Fairfax, VA 22031-1921
30596948           Sarah Harvey, 1211 Camellia Cir, Weston, FL 33326-3614
30596949       +   Sarah Hatchell, 4 lyndon road, Apt 12, Milford, MA 01757-1917
30596950           Sarah Hawkins, 67 Mathewson Rd, Barrington, RI 02806-4430
30596951       +   Sarah Hawks, 92 Glacier Avenue, Apt. 8, Fairbanks, AK 99701-3501
30596953       +   Sarah Hejtmanek, 513 S Cuyler Ave, Apt. 1E, Oak Park, IL 60304-1548
30596954           Sarah Helm, 3211 Reedybrook Xing, Apex, NC 27523-7606
30596955       +   Sarah Inbody, 1495 W Parkhill Ave, Littleton, CO 80120-2612
30596956       +   Sarah Jackson, 2354 Hampshire Court, Fort Collins, CO 80526-1493
30596957           Sarah John, 445 Karen Dr Unit 110, Woodbury, MN 55129-5547
30596958           Sarah Johnson, 2493 S Taylor Rd, Cleveland Heights, OH 44118-4267
30596959           Sarah Kamp, 1105 E Katella Ave Unit 363, Anaheim, CA 92805-8706
30596960       +   Sarah Kern, 106 Spurlock Hollow Lane, Duffield, VA 24244-5183
30596961           Sarah King, 1135 Green Meadow Ct NW, Acworth, GA 30102-6993
30596962       #   Sarah Kinnison, 68 Krooked Kreek Cir, Cabot, AR 72023-3844
30596964           Sarah Kirk, 1909 NE 68th St, Gladstone, MO 64118-3644
30596963       +   Sarah Kirk, 2021 SE 43rd Ave, Portland, OR 97215-3707
30596965           Sarah Kirkelie, PO Box 251, Asotin, WA 99402-0251
30596966           Sarah Kupas, 225 N Mercer Ave, New Brighton, PA 15066-1045
30596967           Sarah Lambe, 13 castlereagh place, Belfast, Northern Ireland BT5 4NN, UNITED KINGDOM
30596968           Sarah Lapis, 7920 W 9th Ave, Lakewood, CO 80214-4509
30596969           Sarah Lazo de la Vega, 221 Thorold Road, Welland, Ontario L3C 3V9, CANADA
30596970           Sarah Lenay Smith, 413 Guinevere Dr, Palm Bay, FL 32908-6431
30596971       +   Sarah Lindsey, 2300 Wakarusa Dr, T4, Lawrence, KS 66047-3345
30596972       +   Sarah Lips, 703 Tyler Road, Raleigh, NC 27604-2365
30596973           Sarah Lockridge, 1395 Sansing Hollow Rd, Harrison, AR 72601-8262
30596975       +   Sarah Luther, 18 Grove St Fl 3, Bristol, CT 06010-4315
30596976       +   Sarah M Bluedorn, 52372 Jennifer Way, Coachella, CA 92236-2922
30596977       +   Sarah Mandile, 929 NW 22nd St, Gainesville, FL 32603-1038
30596978       +   Sarah Marie Nowak, 1820 ROCKCREST RD, NORTH CHESTERFIELD, VA 23235-2980
30596979           Sarah Martin, 8832 Stonebrook Ln, Columbia, MD 21046-1414
30596980           Sarah Martin, 7615 Landau Ln, Indianapolis, IN 46227-2516
30596982           Sarah McIntyre, 140 Linsmore Crescent, Toronto, ONTARIO M4J4L2, CANADA
30596983           Sarah McQuitty, 4608 ALAMO DR, SAN DIEGO, CA 92115-5906
30596984           Sarah Mendenhall, 5246 Eaglewood Dr, Idaho Falls, ID 83401-6170
30596985           Sarah Metzker Erdemir, 8615 Garland Ct, Arvada, CO 80005-1265
30596986           Sarah Miller, 234 Kingswood Rd, Toronto, ON M4E3N7, CANADA
30596987       +   Sarah Minguela, 130 Old loudon Rd, Latham, NY 12110-4021
30596988           Sarah Montag, 107 W Metzger Ave, Butler, PA 16001-3383
30596989           Sarah Moscoso, 8611 Stark Ct, Baltimore, MD 21236-5505
30596991       +   Sarah Murphy, 132 North St, Unit 3, Salem, MA 01970-2549
30596992           Sarah Murray, 1507 N 30th St, Richmond, VA 23223-5343
30596993       +   Sarah Nevling, 1019 W 1st St, Dixon, IL 61021-2701
30596994           Sarah Noe, 3050 Reynolds Rd, Morristown, TN 37814-2026

District/off: 0752-1                    User: admin                                    Page 411 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                        Total Noticed: 30719

30596995          Sarah Nunn, 762 E 90 S, American Fork, UT 84003-2258
30596996          Sarah Owens, 42263 Fulton Ct, Sterling Heights, MI 48313-2631
30596997        + Sarah Patrick, 711 Underwood Ave, 605A, Pensacola, FL 32504-8844
30596998          Sarah Paulos, 1719 Spruce St Apt 1R, Philadelphia, PA 19103-6135
30596999          Sarah Payne, 154 Red Deer Ct, Las Cruces, NM 88007-5247
30597000          Sarah Pedraja, 3022 34th St SW, Lehigh Acres, FL 33976-4542
30597001        + Sarah Pereira, 711 Spy Glass Dr, Fayetteville, NC 28311-6965
30597003        + Sarah Pollock, 2750 W D st, Apt. 1, Russellville, AR 72801-8013
30597004          Sarah Poole, 7321 Hazelwood Ct, Warrenton, VA 20187-4140
30597005          Sarah Post, 8604 9th Street, Terrebonne, OR 97760
30597006        + Sarah Pupke, 406 East Cooper Avenue, PO 1655, Folly Beach, SC 29439-1655
30597007          Sarah Purdy, 745 W Hills Way NW, Salem, OR 97304-3651
30597008        + Sarah Rasey, 14535 Cordial Ln, Apt 304, Huntersville, NC 28078-3368
30597009          Sarah Reason, 45 Brook Street Manningtree, Essex, England CO11 1DR, UNITED KINGDOM
30597010          Sarah Reive, 730 Mooney s Bay Pl, Ottawa, Ontario, K1V9R2, CANADA
30597011          Sarah Rexhepi, 220 Bellbridge Drive, Hoppers Crossing, VIC 3029, AUSTRALIA
30597012        + Sarah Rieger, W193 N5694 Canary Dr, Menomonee Falls, WI 53051-1128
30597013        + Sarah Ringwood, 805 Enchantment, Rochester Hills, MI 48307-3595
30597014          Sarah Roszell, 1287 Indian Woods Trl, Greendale, IN 47025-8678
30597015        + Sarah Rothenberger, 501 Southview Court, Bel Air, MD 21015-4729
30597016          Sarah Ruddick, 3 Farrell Court North Bendigo, Bendigo, VICTORIA 3550, AUSTRALIA
30597017          Sarah Sanders, 113 Rose Street, Coburg, VICTORIA 3058, AUSTRALIA
30597019        + Sarah Servidio, 67 Somersett Drive, Mystic, CT 06355-2151
30597020          Sarah Share, 540 Green Bay Rd, Highland Park, IL 60035-4914
30597021        + Sarah Shaw, 1028 Feldspar Stream Way, Leander, TX 78641-3592
30597022        + Sarah Sheek, 16920 Sarahs Place, Apt 203, Clermont, FL 34714-7050
30597023        + Sarah Shefke, 30707 Bennington St, Westland, MI 48186-5313
30597024        + Sarah Sikorski, 2065 N Hoyne Ave, Apt 2M, Chicago, IL 60647-4759
30597025        + Sarah Sisney, 8026 Goodman Dr NW, Gig Harbor, WA 98332-9513
30597026        + Sarah Sohns, 14002 Korba Pl, D, Laurel, MD 20707-5908
30597027          Sarah Spring, 111 Lake Aluma Dr, Oklahoma City, OK 73121-3401
30597028          Sarah St.Jules, 62 Rosethorn Avenue, Toronto, Ontario M6N 3K8, CANADA
30597029          Sarah Stephens, 719 W Palm Ave, El Segundo, CA 90245-2067
30597030          Sarah Stevenson, 10 Miramichi Trl, Morgantown, WV 26508-2928
30597031          Sarah Stout, 2909 Spyglass Hill Rd, Edmond, OK 73034-8346
30597032          Sarah Strait, 4214 236th St SW Apt R103, Mountlake Terrace, WA 98043-4961
30597033          Sarah Sutton, 4970 Highsaddle Ave NW, Massillon, OH 44646-8724
30597034        + Sarah Thompson, 1259 Trenton St, Denver, CO 80220-3328
30597035          Sarah Tse, Im Langenfeld 9a, Bad Homburg, HESSEN 61350, GERMANY, 61350
30597036        + Sarah Vail, 300 Wulfsohn Rd, A409, Glenwood Springs, CO 81601-9006
30597037          Sarah Valiante, 1210 RICHMOND RD UNIT 8, WILLIAMSBURG, VA 23185-2842
30597038        + Sarah Varner, 1515 Hyde Park Blvd, Unit 27, Houston, TX 77006-2540
30597039          Sarah Vest, 4066 Green Meadows Blvd Apt 112, Ypsilanti, MI 48197-7220
30597040          Sarah Wachs, 6321 SE 42ND AVE, PORTLAND, OR 97206-7006
30597041          Sarah Walsh, 531 Country Hill Ct NE Apt 1, Cedar Rapids, IA 52402-8395
30597042          Sarah Walters, 4465 SW Garden Home Rd, Portland, OR 97219-3570
30597043        + Sarah Weir, 2317 San Pablo Ave., Apt. 3, Oakland, CA 94612-1147
30597044          Sarah Weller, 2521 San Marcos Ave, San Diego, CA 92104-5031
30597045          Sarah Wendel, 560 WAGGENER CIR, GREEN RIVER, WY 82935-4928
30597046        + Sarah Wentzel, 777 memorial Dr SE Suite 7000, Apt 1442, Atlanta, GA 30316-1159
30597047          Sarah Whitten, 1 Vernon Ter Apt 3, Worcester, MA 01610-2295
30597048          Sarah Williamson, 7803 116 Street Northwest, Edmonton, Alberta T6G 1P5, CANADA
30597049        + Sarah Wilson, 701 Highland Ave NE, Apt 2533, Atlanta, GA 30312-1498
30597050          Sarah Won, 1945 Woodway Place, Unit 215, Burnaby, BRITISH COLUMBIA V5B 4S4, CANADA
30597052        + Sarah Zajac, 1334 N Oakland Ave, Indianapolis, IN 46201-1428
30597053        + Sarah Zemitis, 2700 Observatory Ave, Apt 6, Cincinnati, OH 45208-2118
30597054          Sarah Zimah, 911 Portland Pl Apt 4, Boulder, CO 80304-3336
30597055        + Sarah Zimmerman, 213 marblehead drive, rochester, NY 14615-1133
30596896        + Sarah bradstreet, 486 n Highway 101, #513, Depoe bay, OR 97341-9801
30596981          Sarah mashburn, 3283 Sweetwater Vonore Rd, Sweetwater, TN 37874-6140
30597056          Sarah-Ann Hundsdorfer, Lessingstra e 4, Wettstetten, BAYERN 85139, GERMANY
30597057          Sarah-Jane Szymanski, 238 Discovery Drive, Helensvale, Queensland 4212, AUSTRALIA
30597058        + Sarah-Kate Rines, 2665 Sevierville Road, Maryville, TN 37804-3628

| | | |
|---|---|---|
| 30597059 | + | Sarai Herrera, 312 Baltic Sea Ct, Pittsburg, CA 94565-3532 |
| 30597060 | + | Sarai M Garcia, 326 43rd St, Brooklyn, NY 11232-3610 |
| 30597061 | | Saray Esquivel, 22241 S Black Valley Rd, Tahlequah, OK 74464-1590 |
| 30597063 | + | Sarika Benawra, 2555 N Clark St, Apt 303, Chicago, IL 60614-1722 |
| 30597064 | | Sarina Jimenez, 1149 FITCH ST, SAN ANTONIO, TX 78211-1509 |
| 30597065 | + | Sarina Mugino, 5085 Quinn Road, Apt 3204, Vacaville, CA 95688-8853 |
| 30597066 | | Saris Huneryager, 13349 Cherry Way, Thornton, CO 80241-1536 |
| 30597067 | + | Sartain and Saunders, LLC, 350 East 400 South #301, Salt Lake City, UT 84111-2996 |
| 30597068 | | Sasa Vujinovic, Rochenweg, Apt. 11, Stuttgart, BADEN-WURTTEMBERG 70378, GERMANY |
| 30597069 | | Sasha Barton, 1/24 Dundas Street, Narrandera 2700, AUSTRALIA |
| 30597070 | | Sasha Farago, 2834 rte.348, Rawdon, QUEBEC J0K 1S0, CANADA |
| 30597071 | + | Sasha Grivas, 1201 E Sunrise Blvd, Fort Lauderdale, FL 33304-2880 |
| 30597072 | + | Sasha Herder, 799 104th ct NE, Blaine, MN 55434-4503 |
| 30597073 | + | Sasha Jeffries, 2 East South Street, Kbox 925, Galesburg, IL 61401-4938 |
| 30597074 | + | Sasha Jorgensen, 730 Olena St, Wailuku, HI 96793-9635 |
| 30597075 | | Sasha Teierle, PO BOX 99900 QL 872 309 RPO EVERGREEN, CALGARY, Alberta T2Y 0M1, CANADA |
| 30597076 | | Sasha Torres, 5668 W Indianapolis Ave, Fresno, CA 93722-3736 |
| 30597077 | + | Saul Marin, 118 watervale drive, Saint Augustine, FL 32092-1768 |
| 30597078 | | Saumya Prakash, 1119 25th Ave E, Seattle, WA 98112-3611 |
| 30597080 | + | Sav Culver, 2800 Hudson Road, Cedar Falls, IA 50613-6700 |
| 30597081 | | Sav Dopkins, 105 Forestville Rd, Travelers Rest, SC 29690-8378 |
| 30597084 | | Savahnah Hallow Irving, 11j Guildhall Street, Dunfermline, SCOTLAND KY12 7NR, UNITED KINGDOM |
| 30597085 | + | Savanna Beck, 1406 Willow Creek Lane, Shoreview, MN 55126-8551 |
| 30597086 | | Savanna Flemings, 6990 Applegate Dr Trlr V, Helena, MT 59602-8745 |
| 30597087 | + | Savanna Gardner, 2512 emerald woods drive, Wakeforest, NC 27587-7903 |
| 30597088 | + | Savanna Hanes, 5572 W Slate Canyon Dr, B307, West Jordan, UT 84081-5582 |
| 30597089 | + | Savanna Henry, 43 Lyreleaf Pl, Spring, TX 77382-1512 |
| 30597090 | | Savanna Latto, 1912 Woodbourne Ave, Louisville, KY 40205-2127 |
| 30597092 | + | Savannah Adamson, 6610 Cedar Hawk Ct, Katy, TX 77493-2828 |
| 30597093 | + | Savannah Bechtold, 2429 Sulton St, Columbia, SC 29201-1829 |
| 30597095 | | Savannah Cork, 2547 Abbey Rd, Cape Girardeau, MO 63701-1506 |
| 30597096 | + | Savannah Davis, 258 Palmetto Street, 1st Floor Interior, Brooklyn, NY 11221-4713 |
| 30597097 | | Savannah Dorsett, 76 Berrico Avenue, Newcastle, New South Wales, 2287, AUSTRALIA |
| 30597098 | + | Savannah Dube, 1252 S Park St, Apt. 203, Madison, WI 53715-2271 |
| 30597099 | + | Savannah Gilmore, 2695 S 2ND ST, A10, CABOT, AR 72023-7205 |
| 30597101 | + | Savannah M Dali, 6801 Crenshaw Ln, Denton, TX 76210-0074 |
| 30597102 | | Savannah Miller, 19115 Tyler Ct, Goshen, IN 46528-8124 |
| 30597103 | | Savannah Sanderson, 31 Great Keppel Way, Banya, QUEENSLAND 4551, AUSTRALIA |
| 30597104 | + | Savannah Sheffler, 810 Commons Circle SW, Apt. 1279, Mount Vernon, IA 52314-1000 |
| 30597105 | + | Savannah Simmons, 434 SW Belmont Circle, Port St Lucie, FL 34953-7105 |
| 30597106 | + | Savannah Steckler, 618 Jackson St, Oshkosh, WI 54901-4345 |
| 30597107 | + | Savannah Sweet-Buhler, 21622 Marguerite Parkway, Apt 604, Mission Viejo, CA 92692-4425 |
| 30597108 | | Savannah Vogel, 2829 E Locust St, Davenport, IA 52803-3429 |
| 30597109 | | Savannah Wasinger, 11591 FM 59, Athens, TX 75751-8178 |
| 30597111 | | Saverine Feuerherdt, Lindenthalg rtel 28, Wohnung 10, Kaln 50935, GERMANY |
| 30597112 | + | Sawyer Harris, 115 History Place, Morrisville, NC 27560-5234 |
| 30597113 | + | Sawyer Piwetz, 20095 SW Almond St, Aloha, OR 97003-2229 |
| 30597114 | | Sawyer Porco, 2025 E Edgecomb St, Covina, CA 91724-2204 |
| 30597115 | + | Sawyer Shirley, 5 Mountain Ash Lane 115, Goffstown, NH 03045-2544 |
| 30597116 | + | Saxon Steele, 511 Union Street, Apt 104, Ripon, WI 54971-1653 |
| 30597119 | | Scarlett Donoghue, 82A Constitution Road, Dulwich Hill, NSW 2203, AUSTRALIA |
| 30597121 | + | Schaplowsky, 8076 Magnolia Ln N, Maple Grove, MN 55369-7177 |
| 30597122 | + | Schelby Lane, 3809 Lantern Lane, Columbus, IN 47203-2914 |
| 30597123 | + | Schie, Timm, 1784 CUMBERLAND GREEN DRIVE, UNIT 356, SAINT CHARLES, IL 60174-4644 |
| 30597124 | | Scholl Guin, 1964 SW Troon Ave, Bend, OR 97702-3143 |
| 30597125 | + | Schreffler, 20390 Fairway Dr, #5, Bend, OR 97702-3004 |
| 30597126 | + | Schubertz Valencia, 5800 Hamner Ave., Spc 467, Eastvale, CA 91752-4624 |
| 30597127 | + | Schultz, Chassie, 1353 PLUM GROVE RD, APT 28, ROLLING MEADOWS, IL 60008-2061 |
| 30597128 | | Schuyler Donnella, 519 Brighton Ave, Toledo, OH 43609-2931 |
| 30597129 | | Schuyler Edwards, 492 Thomasville Rd, Wagener, SC 29164-9279 |
| 30597130 | + | Scoot H., 2518 W trentmont ct, richmond, VA 23225-1958 |
| 30597131 | | Scooter Emerson, 74 Main St Apt 7, Enfield, NH 03748-3096 |
| 30597132 | + | Scot Morgan, 447 Notre Dame Drive, altamonte springs, FL 32714-4016 |

District/off: 0752-1                                    User: admin                                    Page 413 of 507
Date Rcvd: Jan 04, 2024                                Form ID: 309C                                  Total Noticed: 30719

30597133    + Scott, 14002 Cedar Point Dr, Houston, TX 77070-2407
30597134    + Scott Adams, 132 Wood Lake Dr, Apt 626, Athens, GA 30606-6973
30597135    + Scott Alker, 21305 Ne Interlachen Ln, Fairview, OR 97024-8719
30597136      Scott Armstrong, 249 Monaco Dr, Redwood City, CA 94065-2865
30597137      Scott Bennett, 2037 F St, Lincoln, NE 68510-2883
30597138      Scott Benson, 3 George Street, Russell, Ontario, K4R1B9, CANADA
30597139    + Scott Boerner, 1228 Veterans Hwy, Apartment G4, levittown, PA 19056-1607
30597140    + Scott Braden, 329 Ridge Point Circle, 21B, Bridgeville, PA 15017-1571
30597142    + Scott Byers, 16815 Pine Castle Drive, Houston, TX 77095-5483
30597144      Scott Chapman, 1-3 Carberry Place, Ormeau, QUEENSLAND 4208, AUSTRALIA
30597145    + Scott Colenback, 421 West Main Street, North Adams, MA 01247-3316
30597147      Scott Cornwall, 1653 E Redondo Ave, Salt Lake City, UT 84105-3826
30597148    + Scott Crowell, 2007 E 65th St, Indianapolis, IN 46220-2134
30597149      Scott Davis, 511 14th St SE, Mason City, IA 50401-5919
30597150    + Scott Devaney, 4712 Southern Ave, Anderson, IN 46013-4747
30597151    + Scott Donaho, 2506 Turkey Oak, San Antonio, TX 78232-1821
30597152    + Scott Dulecki, 216 Hillview Ave NE, Grand Rapids, MI 49503-3825
30597153    + Scott Edelman, 6735 SE Clatsop Street, Portland, OR 97206-8708
30597154    + Scott Erickson, 9805 Winshire Ln, Johnston, IA 50131-2846
30597155    + Scott Evans, 8405 Rosemary Ln, Wilmington, NC 28411-9824
30597156    + Scott Fahrig, 1258 Battlefield Drive, Nashville, TN 37215-1602
30597157      Scott Fort, 760 Chestnut Park Ln, Hoover, AL 35226-1739
30597158      Scott Gerrish, 2338 New Hampshire Route 175, Thornton, NH 03285
30597159    + Scott Gibson-Uebele, 318 Concord Street, Apt 10, El Segundo, CA 90245-3768
30597160    + Scott Goins, 5961 Ridgelake Circle, Anchorage, AK 99504-4457
30597161    + Scott Goldstein, 1199 Ludlow St, Apt 2006, Philadelphia, PA 19107-4289
30597163      Scott Hatton, Hasong-ro, Jugong-4th, Tower 406, Apartment 206, Yeongwol-eup, GANGWON 26238, SOUTH KOREA
30597164    + Scott Holcomb, 11840 Chandler Blvd, Apt. 207, Valley Village, CA 91607-2223
30597165    + Scott Holland, 705 East Alabama Ave., Albertville, AL 35950-2701
30597166    + Scott Hoppe, 232 Prairiewood Dr S, Fargo, ND 58103-4613
30597168      Scott Keegan, 1255 UNIVERSITY AVE APT 207, ROCHESTER, NY 14607-1696
30597169    + Scott Kozdra, 55 Main St., Apt. 12, Medway, MA 02053-1760
30597170      Scott Kwiatkowski, 743 Pioneer Trl, Saginaw, MI 48604-2220
30597171      Scott Lewis, 211 Petkewec Rd Lot 43, Cooperstown, NY 13326-5634
30597172      Scott Luke, 2216 MURPHY DR APT 1413, BEDFORD, TX 76021-5915
30597173    + Scott Lyon, 9811 Elizabeth's Glen ln, Tomball, TX 77375-8281
30597174    + Scott M McNeill, 17795 Settlers Trail, Chagrin Falls, OH 44023-5529
30597175    + Scott Masters, 4801 S Acoma St, Apt 40, Englewood, CO 80110-6548
30597176      Scott Miller, 99 Maugers Mill Road, POTTSTOWN, PA 19464-1501
30597177      Scott Myers, 2040 PALOUSE DR, LONDON, OH 43140-9019
30597178      Scott OConnor, 501 N 1st St Apt 9, Louisburg, KS 66053-6477
30597179      Scott Padell, 515 MADISON AVE RM 1910, NEW YORK, NY 10022-5449
30597181    + Scott Peters, 16391 Parkwood Dr, Macomb Twp., MI 48044-3220
30597180    + Scott Peters, 16391 Parkwood Dr,, Macomb, MI 48044-3220
30597182      Scott Pickford, 29315 Kinglet Ct, Laguna Niguel, CA 92677-1312
30597183    + Scott Plumley jr, 5 keene dr, Hinsdale, NH 03451-2461
30597184      Scott Ramsay, 95 Kettilstoun Mains, Linlithgow, Scotland EH49 6SJ, UNITED KINGDOM
30597185    + Scott Richardson, 305 dale drive, Alabaster, AL 35007-7546
30597186    + Scott Roberts, 1823 N Highland Ave, Arlington Heights, IL 60004-3811
30597187      Scott Rogers, 182 Juanita Dr, Battle Creek, MI 49014-9504
30597188      Scott Rukwid, 210 Calhoun Dr, Murrells Inlet, SC 29576-9014
30597189    + Scott Selinger, 12505 88th Pl NE, Kirkland, WA 98034-2665
30597190    + Scott Silliman, 10200 E Dry Creek Rd, Apt. 2301, Englewood, CO 80112-1646
30597191      Scott Smith, Gillies St, 121/2, Melbourne, VICTORIA 3041, AUSTRALIA
30597193    + Scott Sokley, 10104 Penny Rd, Raleigh, NC 27606-9559
30597194    + Scott Tester, 1221 1st Ave #1407, Seattle, WA 98101-3416
30597195    + Scott Walters, 911 Valley Rd, Poynette, WI 53955-9520
30597196      Scott Wilson, 5310 Springmeadow Dr, Dallas, TX 75229-4331
30597197    + Scott Wing, 3620 n Marshfield Ave, Apt 2C, Chicago, IL 60613-3646
30597198      Scott Yager, 502 N Chandler Ave, Republic, MO 65738-2717
30597141    + Scott bruce, 4020 E Toledo st, Apt. 101, Gilbert, AZ 85295-0171
30597167    + Scott hugie, 10175 Norwick st, Rancho Cucamonga, CA 91730-3036
30597199    + Scott, Zoe, 434 ASHBROOK LANE, SOUTH ELGIN, IL 60177-3283

District/off: 0752-1                    User: admin                         Page 414 of 507

Date Rcvd: Jan 04, 2024                 Form ID: 309C                       Total Noticed: 30719

30597200         Scout Oliver, 401 E Stone Ave Apt 327, Greenville, SC 29601-1761
30597202      +  Scribb Larkin, 4 Shady Rest Drive, South Yarmouth, MA 02664-1831
30597205         Seamus Doran, 23 worsely close, castlefields, Runcorn, England, WA72XL, UNITED KINGDOM
30597206         Seamus McKillop, Howards St, St Annes Court, Apt. 25, Brighton, ENGLAND BN1 3UP, UNITED KINGDOM
30597207      +  Seamus McMahon, 2690 71ST CIR, Apt. 105, Vero Beach, FL 32966-8952
30597208         Seamus Raymond, 217 Harris Rd, Susquehanna, PA 18847-2024
30597209      +  Sean A Coblentz, 331 Kensington Drive, Newport, MI 48166-9434
30597210      +  Sean Adams, 920 Genesee Dr, Naperville, IL 60563-4115
30597211         Sean Affleck, 193 Evans Street, Thunder Bay, ON P7B 5H4, CANADA
30597212      +  Sean Alan Glomb, 2170 West Jeffery St.,, Kankakee, IL 60901-8221
30597213      +  Sean Archer, 1817 Creek Crest Way, Round Rock, TX 78664-7907
30597214         Sean Atherton-Guenther, 610 W Belleview St, Winona, MN 55987-2560
30597215         Sean Baltimore, 11208 W 114th St, Overland Park, KS 66210-3408
30597216      +  Sean Batson, Unit 9800 Box 420, DPO, Armed Forces Pacific 96303-0420
30597217      +  Sean Beatrice, 180 Newbury Street #5201, Danvers, MA 01923-5240
30597218         Sean Benson, 41 Sorrel Court, Laindon, England SS15 5FG, UNITED KINGDOM
30597219      +  Sean Bonilla, 94-869 Lumiiki St., Unit A, Waipahu, HI 96797-3933
30597220         Sean Bowman, 9608 S 45th Pl, Phoenix, AZ 85044-5516
30597221      +  Sean Bracken, 3001 Kemp Blvd, APT 810, Wichita Falls, TX 76308-1056
30597222      +  Sean Bright, 125 Crosspoint Road, Apt. 5103, boerne, TX 78006-3108
30597223         Sean Brown, 23 DUKE STREET, ALVA, Scotland FK12 5LG, UNITED KINGDOM
30597224      +  Sean Bryant, 399 Adams Street, Apt 9, Manchester, CT 06042-2769
30597225         Sean Callaghan, 15 Dresternan Road, Enniskillen, NORTHERN IRELAND BT927DS, UNITED KINGDOM
30597226      +  Sean Cameron, 3035 EDGEWOOD DR NE, Palm Bay, FL 32905-5932
30597227         Sean Chadha, 38796 Rosegate Ter, Fremont, CA 94536-4273
30597228         Sean Christie, 4114 Wolfe Point Way, Ottawa, ONTARIO K1V 1PA, CANADA
30597229         Sean Clark, 137 Suffield St, Agawam, MA 01001-1723
30597230      +  Sean Clarke, 77 West Huron street, APT 402, Chicago, IL 60654-3890
30597231         Sean Cloud, 8110 Churn Creek Rd, Redding, CA 96002-4083
30597232         Sean Comrie, 6 Shireland Road, Smethwick B66 4RD, UNITED KINGDOM
30597233         Sean Cook, 14839 88 Avenue, SURREY, British Columbia, V3S 2S4, CANADA
30597234      +  Sean Daly, 8500 arco iris lane, Las vegas, NV 89128-7951
30597235         Sean Deeves, 727 Jefferson Ave, Pocatello, ID 83201-3624
30597236         Sean Divekar, 4045 VINELAND AVE, STUDIO CITY, CA 91604-3387
30597237         Sean Durkin, 416 W Garden Rd, Oreland, PA 19075-2211
30597239         Sean Entrekin, 13177 River Falls Ter, Peyton, CO 80831-4132
30597240         Sean Fanning, 2022 The Plz, Schenectady, NY 12309-5732
30597241      +  Sean Farmer, 2319 Cliffbrook Court, Crown Point, IN 46307-9338
30597242      +  Sean Fitzgerald, 637 East Harwood at, Apt 7, Orlando, FL 32803-5377
30597243      +  Sean Fitzgibbons, 1234 N Laurel Ave, Apt. 1, Los Angeles, CA 90046-5118
30597244      +  Sean Folck, 172 Dorwin Avenue, Syracuse, NY 13205-3204
30597245         Sean Goldsborough, 26930 Bohle Rd, Mechanicsville, MD 20659-6221
30597246         Sean Grant, 42/56 Sophie Place, Doolandella, QUEENSLAND 4077, AUSTRALIA
30597247         Sean Green, 44334 Fenhold St, Lancaster, CA 93535-3945
30597248      +  Sean Hackaday, 105 Willow Creek Lane, Apt 309, Woodstock, GA 30188-7383
30597249         Sean Hallett, 2646 Quarry Springs Rd, Raleigh, NC 27610-5652
30597250      +  Sean Harker, 192 Douglas Avenue, Yonkers, NY 10703-1917
30597251      +  Sean Harrigan, 225 E Hancock St., Decatur, GA 30030-3758
30597253         Sean Hink, 3614 Hill St., Stevensville, ONTARIO L0S 1S0, CANADA
30597254      +  Sean Hogan, 2315 Garfield Street NE, Apt. 2, Minneapolis, MN 55418-3928
30597255         Sean Hsueh, 11106 Bruneau Trl, Austin, TX 78754-5743
30597256         Sean Kastle, 215 S Peerless Rd, Apt Suite Bldg Optional, Evansville, IN 47712-3044
30597258         Sean Kelly, 2 Drala Dr, Kennebunk, ME 04043-6381
30597257         Sean Kelly, 50 Slack Lane, DERBY, ENGLAND DE22 3DY, UNITED KINGDOM
30597259      +  Sean Keohane, 2 Jillian Rose Drive, Oxford, MA 01540-2061
30597260      +  Sean Kersey, 1642 Bonnycastle Avenue, Louisville, KY 40205-1068
30597261         Sean Kimber, 67 Cotswold Way, Tilehurst, Reading, England RG31 6SN, UNITED KINGDOM
30597262      +  Sean Kolczynski, 62 Brookside Avenue, Apt. 2, Boston, MA 02130-2645
30597263      +  Sean Lechowicz, 17405 Bluff Drive, Grayslake, IL 60030-3006
30597264      +  Sean M Ritter, 8010 Hague Road, Indianapolis, IN 46256-1635
30597265         Sean MacLean, 14 Hillcrest Avenue, Capreol, Ontario P0M 1H0, CANADA
30597266      +  Sean Mains, 27 Murch Landing Road, Raymond, ME 04071-6719
30597268      +  Sean McFarland, 102 North Rd, Sunapee, NH 03782-2828

District/off: 0752-1      User: admin      Page 415 of 507

Date Rcvd: Jan 04, 2024      Form ID: 309C      Total Noticed: 30719

30597269 + Sean McGirr, 456 LAKE BRIDGE LANE, Apt. 625, Apopka, FL 32703-5794

30597270 + Sean McManus, 15900 Lattice Lane, East Lansing, MI 48823-9343

30597271 Sean McNeilly, 51 Suffolk Avenue, Derby, England DE216ES, UNITED KINGDOM

30597272 + Sean Meehan, 908 timber lane sw, vienna, VA 22180-6517

30597273 Sean Mills, 1616 Lejack Cir, Forest, VA 24551-1250

30597274 Sean Misgen, 1546 Hillview Rd, Shoreview, MN 55126-8570

30597275 Sean Moreland, 7195 Warblers Way, Roscoe, IL 61073-9070

30597276 + Sean Morgan, 10 Park Street, Moundsville, WV 26041-1110

30597277 + Sean Mulligan, 900 Camp St, Floor 3, New Orleans, LA 70130-3971

30597278 + Sean Neal, 26044 Groveland Street, Madison Heights, MI 48071-3602

30597279 + Sean Neil, 1146 Gaither Rd, Rockville, MD 20850-6676

30597280 Sean Nestor, 10813 LYMAN AVE, CHICAGO RIDGE, IL 60415-2249

30597281 + Sean O Brien, 755 Dotterel rd, Apt. 1407, Delray Beach, FL 33444-2004

30597282 + Sean O Keefe, 190 Timber Brook Ln, Penfield, NY 14526-1136

30597283 + Sean O Malley, 398 Balsam Avenue, Bakersfield, CA 93305-1450

30597284 + Sean OLeary, 4723 Tacoma Ave, Fort Wayne, IN 46807-2629

30597285 + Sean Oster, 125 Rollercoaster Rd, Hanson, MA 02341-1454

30597286 + Sean P Harshaw, 601 Robert Daniel Drive, Apt. 2208, Daniel Island, SC 29492-7470

30597287 Sean R Taylor, 14 Oakbrook Ct, Stafford, VA 22554-7529

30597288 + Sean Rodriguez, 6 Brandon Ct, New Windsor, NY 12553-7652

30597289 + Sean Roth, 9 Emerald Ln, Hollis, ME 04042-3857

30597290 Sean Ryan, 1301 Chert Dr, San Marcos, CA 92078-2822

30597291 + Sean Schultz, 9546 Windsor Shade Dr, 3A, Ashland, VA 23005-7977

30597292 Sean Shedden, 12 Morris Blvd, Bayville, NJ 08721-3585

30597293 + Sean Spiva, 2227 Chapel Valley Ln, Lutherville Timonium, MD 21093-2935

30597294 + Sean Steinberg, 565 Ralph Street, Bartow, FL 33830-3158

30597295 Sean Stickles, 925 OAK GLEN MANOR CT, SAINT LOUIS, MO 63122-2826

30597296 + Sean Stieg, 200 Merritt Ave, Apt. 112, Oshkosh, WI 54901-5050

30597297 + Sean Sullivan, 6001 W Arranmore Drive, South Jordan, UT 84009-1669

30597299 Sean Syed, 12054 Miramar Shores Dr, Houston, TX 77065-3944

30597300 + Sean T Campbell, 4320 Belvedere Drive, Plano, TX 75093-6965

30597301 + Sean T Klaus-Morse, 1521 N Vermont Ave, Royal Oak, MI 48067-1413

30597302 Sean Thomas, 5032 Dalhart Rd NW, Calgary, Alberta, T3A 1V8, CANADA

30597303 Sean Tobias, 227 Taylorsville Rd, Yardley, PA 19067-1329

30597304 Sean Uziel Tul-Id, 2235 27th Ave, Greeley, CO 80634-7712

30597305 Sean Vassel, 17139 Blue Mist Grv, Monument, CO 80132-8640

30597306 + Sean W Hansen, 1569 Hayride Drive, Farmington, NY 14425-9337

30597307 Sean Zajac, 3864 Maritime Dr SW, Bremerton, WA 98312-5026

30597267 + Sean marusak, 207 Climbing Ivy ct, Cary, NC 27511-2314

30597308 Seanna Mceneaney, 30 Guysborough Avenue, Dartmouth, NS B2W 1S5, CANADA

30597309 Seb Schele, Padangstraat 52, Enschede, OVERSIJSSEL 7535 AE, NETHERLANDS

30597310 Sebasteine Marquez, 71 Custer Dr, Ringwood, NJ 07456-1103

30597311 + Sebastian Allen, 8674 Blue Ocean St., Las Vegas, NV 89148-5102

30597312 + Sebastian Aragon, 116 4th ave, Shalimar, FL 32579-1908

30597313 + Sebastian Briseno, 819 Archer St, Spearman, TX 79081-3427

30597314 + Sebastian Druck, 9004 ridge lane, vienna, VA 22182-2159

30597315 Sebastian Espinoza, 125 Centennial Ct, Deerfield Beach, FL 33442-9138

30597316 Sebastian Farchione, 13-15 Reserve Street, Unit 1, Berwick, Victoria 3806, AUSTRALIA

30597317 Sebastian Gonzales, 60 Chughole Ln, Peralta, NM 87042-8484

30597318 + Sebastian Gonzalez, 11217 nogales lane, Frisco, TX 75033-1760

30597319 Sebastian Hahn, Hochrainstra e 30, Homberg/Ohm, Hessen, 35315, GERMANY

30597320 Sebastian Koch, Pfaffenhalde 59, Kirchheim unter Teck 73230, GERMANY

30597321 + Sebastian Lara, 1944 Osage Dr, Santa Fe, NM 87505-3330

30597322 Sebastian Leithoff, Johann-Strau -Stra e 28, Kelkheim, HESSEN 65779, GERMANY

30597323 Sebastian Lucero, San Miguel Arcangel #1393, Rancagua, O'Higgins 2820000, CHILE

30597324 Sebastian Magnia, 860 E Grangeville Blvd Spc 21, Hanford, CA 93230-2270

30597325 + Sebastian Marin, 324 E 41st St, 603C, NY, NY 10017-0041

30597326 Sebastian Nassetta, 14 Thomas St, Farmingville, NY 11738-2463

30597327 + Sebastian Pagliarello, 400 N Lasalle Dr, Apt. 1909, Chicago, IL 60654-8527

30597328 + Sebastian Painter, 2302 Madison Circle, Perry, UT 84302-6733

30597329 Sebastian Preiss, Kreuzstrasse 20, Starnberg, Bayern 82319, GERMANY

30597330 + Sebastian Ramirez, 675 Flintlock Dr, Dacula, GA 30019-4401

30597331 + Sebastian Redmond, 803 North Rooks Avenue, Inverness, FL 34453-9703

District/off: 0752-1                          User: admin                                        Page 416 of 507

Date Rcvd: Jan 04, 2024                       Form ID: 309C                                       Total Noticed: 30719

30597332   +  Sebastian Sanchez, 8839 Olive Dr, Spring Valley, CA 91977-2619
30597333   +  Sebastian Segura, 2721 Kings Canyon Drive, Jurupa Valley, CA 92509-1920
30597335      Sebastian Star, Heidelberger strasse 35, Berlin 12059, GERMANY
30597336      Sebastian Strenge, 5813 S Bounty Pl, Sioux Falls, SD 57108-5179
30597337      Sebastian Ullrich, Br ggener Str. 39, Kerpen 50169, GERMANY
30597338      Sebastian Velez, 2851 S 64th Dr, Phoenix, AZ 85043-5702
30597339   +  Sebastian Villegas, 42284 S County Road 200, Lot 17, Woodward, OK 73801-5885
30597340      Sebastian Wendler, 10625 N 25th St, Phoenix, AZ 85028-2502
30597334      Sebastian sikora, 494 HOT SPRING VLY, BUDA, TX 78610-3585
30597343      Secret Santa, 5 Elm Creek Dr Apt 206, Elmhurst, IL 60126-5290
30597342   +  Secret Santa, 390 East 5th Street, Boston, MA 02127-3045
30597344   +  Secret Santa (Coro), 1675 Whitwood Lane, Campbell, CA 95008-2554
30597345   +  Seelse Inc, 185 High Barney Rd., Middletown, NY 10940-6620
30597346      Sefan Bell, 11/10 Collins St, Unit 11, Enfield, SOUTH AUSTRALIA 5085, AUSTRALIA
30597349   +  Sejun Park, 1120 Sunrise Dr, Gilroy, CA 95020-9609
30597350   +  Sela Hanson, 1716 W 68th St, Richfield, MN 55423-2139
30597351   +  Selena DeJesus, 303 Webster Avenue, unit 1, Jersey City, NJ 07307-1109
30597352   +  Selena Galindo, 9259 ridge branch st, San Antonio, TX 78250-4002
30597353      Selena Lee, 5039 Massey Dr, Delta, BRITISH COLUMBIA V4K1B4, CANADA
30597354      Selena Mu oz C rdoba, Calle Navas Moyano 32, Apt. 1, ARCHEZ, MALAGA 29753, SPAIN
30597355   +  Selena Waltman, 515 E Slaughter Ln, Apt 1331, Austin, TX 78744-0041
30597356      Selena Zuniga, 4447 Hamilton St, San Diego, CA 92116-3002
30597357   +  Selene Martinez, 275 S Marengo Ave, Apt. 4, Pasadena, CA 91101-2724
30597358   +  Selianna Robles, 79 E Calle De Arcos, Tempe, AZ 85284-3122
30597359      Selina Darling, 1609 W Roseburg Ave, Modesto, CA 95350-4717
30597360      Selina J Whetlor, 7 Queenscliff Court, Sandstone Point, QLD 4511, AUSTRALIA
30597361      Selma Grahic, 1564 KY 229, Barbourville, KY 40906-7111
30597363   +  Senan Farrelly, 810 Division St, Apt. 1402, Nashville, TN 37203-4109
30597364   +  Senyo Ahedor, 3159 Genesis Way, Milton, GA 30004-5136
30597365   +  September Monell, 5553 Weatherby Way, Suffolk, VA 23435-2219
30597366      Sequoia Uihlein, 13 S Columbus St, Beverly Hills, FL 34465-3613
30597367      Sera Ryder, 10490 FORKED RUN ST, LAS VEGAS, NV 89178-4049
30597368      Sera Stanis, 16639 E Hialeah Ave, Centennial, CO 80015-4101
30597369      Seren Pisella, 425 Beechmont Dr, New Rochelle, NY 10804-4617
30597371      Serena Leax, 36 Manorview Dr, Greenville, PA 16125-8503
30597372      Serena Mahmood, 8 Fairlawns London Road, Brentwood, England, CM14 4NL, UNITED KINGDOM
30597373   +  Serena Reed, 513 Chestnut Street, Needham, MA 02492-2823
30597374   +  Serena Spotts, 4014 Ashbrook Drive, Royersford, PA 19468-1625
30597375      Serena Staszak, 16700 Gentry Ln Apt 201, Tinley Park, IL 60477-1963
30597376   +  Serena Testone, 263 Higman Hill Rd, Corning, NY 14830-2576
30597377      Serenity Baruzzini, 434 N 32nd St, Philadelphia, PA 19104-2557
30597378   +  Serenity Eggleston, 715 W 3rd st, Apt. 3, Williamsport, PA 17701-6080
30597379      Serenity Mota, 345 W El Norte Pkwy Apt 124, Escondido, CA 92026-1993
30597380   +  Serge Rashkov, 26532 Lucinda, Mission Viejo, CA 92691-5924
30597381      Serge Rioux, 1491 Rue De Gentilly, Chambly, QC J3L 5V6, CANADA
30597382      Serginio Vegter, Texelsestraat, 20A, ROTTERDAM, Zuid-Holland, 3083PW, NETHERLANDS
30597383      Sergio Brivio, Via Fossati 7, Arzo, TI 6864, ITALY
30597384      Sergio Calderon, 13 hawksmoor Road, Oxford, England OX2 7UF, UNITED KINGDOM
30597385      Sergio Gutierrez / DUAL, 2107 NW 79th Ave, Dual D4617, Doral, FL 33122-1611
30597386   +  Sergio Hernandez, 2312 Statice Way, Chico, CA 95928-6788
30597387   +  Sergio HernandezDiaz, 3636 Park Blvd, San Diego, CA 92103-4524
30597389   +  Sergio Santos, 11942 NE 64TH Circle, The Villages, FL 32162-8602
30597388      Sergio martinez, 12301 OLD CHINA SPRING RD, WACO, TX 76708-5825
30597390      Sergiy Shvayka, Calle Via Carpetana, 147, 2D, Madrid, Madrid, 28047, SPAIN
30597391      Serhii Chaplia, 3601 Old Capitol Trl Unit A7 Ste 042930, Wilmington, DE 19808-6042
30597393   +  Serrita Santa Ana, 1011 Keene Dr, La Habra, CA 90631-7149
30597394   +  Servando Z Samaniego, 4001 NW 122nd Street, Apt. 431, Oklahoma City, OK 73120-9211
30597395   +  Service American Corp., 500 South Salisbury Street, Raleigh, NC 27601-2114
30597396   +  ServiceMaster Commercial Cleaning Servic, 445 Gundersen Dr., Carol Stream, IL 60188-2439
30597397      Seth Akers, 4800 Lake Shore Dr, Chesapeake, VA 23321-1384
30597398   +  Seth Allhands, 650 Elm Drive, Apt. 402, Madison, WI 53706-1127
30597400      Seth Bernacki, 6662 CADENCE BLVD, SANDY SPRINGS, GA 30328-2874
30597401      Seth Betzler, 614 W 152nd St Apt 57, NY, NY 10031-1459

District/off: 0752-1                                    User: admin                                    Page 417 of 507
Date Rcvd: Jan 04, 2024                                 Form ID: 309C                                 Total Noticed: 30719

30597402 + Seth Buckelew, 3913 Austin Lake Court, Pearland, TX 77581-4779
30597403   Seth Campbell, 537 W Hickory Dr, Ellettsville, IN 47429-1115
30597404   Seth Carlson, 306 Oak Ave, Spring Hope, NC 27882-7708
30597405 + Seth Crockett, 27 Turner Street, Ardmore, OK 73401-2050
30597407 + Seth Fischer, 192 Camp Strause Rd, Fredericksburg, PA 17026-9212
30597408   Seth Freedman, 4669 S Livia Dr, Bloomington, IN 47401-8360
30597409   Seth Gateley, 114 Bo Dr Apt A, Martin, TN 38237-3855
30597410 + Seth Green, 211 Kegley river road, Princeton, WV 24740-7044
30597411 + Seth Hein, 195 Wendhurst Drive, Rochester, NY 14616-3805
30597412   Seth Hyatt, 2236 Lee Valley Road, Espanola, Ontario p5e1p6, CANADA
30597413 + Seth Keen, 840 West Front Street, Appleton, WI 54914-5465
30597414 + Seth Locke, 3617 S Harris St, Independence, MO 64052-2323
30597415 + Seth Mazur, 8131 Southeast 72nd Avenue, Portland, OR 97206-8747
30597416 + Seth Mitchell, 32 South Scott Drive, Sequim, WA 98382-8828
30597417   Seth Oberlender, 6 Misty Glenn Dr, Chickasha, OK 73018-7810
30597418   Seth Paul, 109 Hampton Rd, Victoria, BC V8Z1G8, CANADA
30597419   Seth Pfeiffer, 5400 Preston Oaks Rd Apt 2009, Dallas, TX 75254-8443
30597420   Seth Roberts, 730 Stinson St, 16 104-A, Norman, OK 73072
30597421 + Seth Ruby, 153 Muskreek Rd, White Stone, VA 22578-2923
30597422   Seth Russell, 11104 Bremerton Ct, Raleigh, NC 27613-6800
30597423 + Seth Simon, 180 College Park Dr., APT D9, Elyria, OH 44035-1564
30597424   Seth Trevino, 2615 Birch Ave, Whiting, IN 46394-2140
30597425   Seth Weber, 6515 Sabado Tarde Rd Apt 4, Goleta, CA 93117-5137
30597426   Severin Dambeck, Leibnizstra e 13, Hamburg, HAMBURG 22089, GERMANY
30597427   Severin Gotthard Kunisch, Richmodstr. 8, K ttner RA, Koln 50667, GERMANY
30597428   Severin Madsen, 1979 Saint Andrews Cir, Gilroy, CA 95020-3009
30597429 + Seville Davis, 134 w 8th ave, columbus, OH 43201-2310
30597430 + Sewerperson, c/o ABOVE & BEYOND MANAGEMENT, LLC, 1995 Oak Park Blvd, Pleasant Hill, CA 94523-4634
30597431   Sgt Gurcharan Sakizzie, PSC 201 Box 2176, FPO, AA 34010-0022
30597432 + Shadow Academy, c/o Santa Monica Recordings, 4316 N. Clybourn Ave, Burbank, CA 91505-4003
30597433 + Shadow Castillo, 8485 main street, Rancho Cucamonga, CA 91730-5021
30597434   Shadow-Jessica Fletcher, 113 Longton Road, Stoke-on-Trent, England ST4 8BP, UNITED KINGDOM
30597435   Shae Montgomery, 12292 BANNOCK CIR, B, WESTMINSTER, CO 80234-2197
30597436 + Shae Shodrock, 11660 FM 775, Floresville, TX 78114-4289
30597437   Shae Zambali, 5502 E E St, Tacoma, WA 98404-2054
30597439 + Shaela K Truelson, 2206 Hazard St, Apt 7, Houston, TX 77019-6533
30597440   Shaela Milbrat, 3759 SW Badger Ave Apt 202, Redmond, OR 97756-6719
30597441 + Shaeley Foster, 9832 Red Horse St, Las Vegas, NV 89143-1160
30597442   Shah Saeed, 9880 149b Street, Surrey, BRITISH COLUMBIA V3R8HA, CANADA
30597443 + Shahmiri, Iman, 31 3rd Pl, Apt 2, Brooklyn, NY 11231-3360
30597444   Shai Guli Morad, Hayovel 26, Apt. 16, Raanana, HASHARON 4340115, ISRAEL
30597445   Shaila Parker, 4346 Woodland St, Cass City, MI 48726-1671
30597446 + Shaina Lee, 7877 Wildwood Rd, Jacksonville, FL 32211-6065
30597447 + Shakawear, 555 E. Jefferson Blvd., Los Angeles, CA 90011-2430
30597448   Shalane Regan, 26 Mistuxet Ave, Mystic, CT 06355-2716
30597449   Shaleena Bola, 2703 Princess Avenue, Brandon, MB R7B 0J9, CANADA
30597450   Shalynn Mclennan, 7305 Sherbrooke St W, Apt. 8, Montreal, QUEBEC H4B 2A6, CANADA
30597452   Shan Andrews, 32 Springfield Road, Blackburn, Victoria 3130, AUSTRALIA
30597453   Shana Bug Shana Bug, 674A Goose Creek Rd, Marion, NC 28752-8334
30597454 + Shana Davis, 2020 E Bennett St, Apt D22, Springfield, MO 65804-1779
30597456   Shana Kelly, 106 Glenwood Ln, Morris, IL 60450-1626
30597457   Shana L Carney, 3322 Tennessee 76, Cottontown, TN 37048
30597458 + Shana Sprague, 548 melcher st, PORT ORCHARD, WA 98366-3202
30597459 + Shana Trowbridge, 15067 154th Ave, Grand Haven, MI 49417-9508
30597460 + Shanahan, Megan, 21 S HIGHLAND AVE, AURORA, IL 60506-5006
30597461   Shane Anderson, 618 Church St, Endicott, NY 13760-4510
30597462   Shane Begay, 6401 Academy Rd NE Apt 27, Albuquerque, NM 87109-3318
30597463 + Shane Blevins, 17910 dappled walk way, Cypress, TX 77429-6470
30597464 + Shane Clarkin, 4547 Seaway Circle, Fort Collins, CO 80525-3389
30597465 + Shane Coleman, 9800 S Monroe Street, Sandy, UT 84070-4419
30597466   Shane Enyart, 3217 4th St SE, Minneapolis, MN 55414-3319
30597467   Shane Farrell, 7 Greenlaw Road, Strabane, NORTHERN IRELAND BT82 0BB, UNITED KINGDOM
30597468 + Shane Fisher, 2053 Glady Fork Road, Weston, WV 26452-8329

30597469   + Shane Francis, 54 Sagamore road, Millburn, NJ 07041-2102
30597470   + Shane Hart, 6225 Nile Pl, Apt G, Greensboro, NC 27409-2186
30597471   + Shane Herl, 951 Leora Ln, Apt 323, Lewisville, TX 75056-3912
30597472     Shane Hudson, 2547 Aberdeen Ln, Salina, KS 67401-7126
30597473     Shane King, 4 Barana Street, Mornington, Tasmania 7018, AUSTRALIA
30597474     Shane Kreger, 1368 Herman St, Pittsburgh, PA 15212-4321
30597475   + Shane Lamberson, 1411 Valley St., Hannibal, MO 63401-4929
30597476     Shane Lennox, 2001 Elkridge Dr, West Kelowna, British Columbia V4T 3J8, CANADA
30597477     Shane Leslie Jr, 345 Limeridge rd. west, Unit P1, Hamilton, ONTARIO L9C 7C9, CANADA
30597479     Shane Leslie Jr., 345 Limeridge Rd. West, Unit P1, Hamilton, ONTARIO L9C7C9, CANADA
30597480   + Shane Loughlin, 1168 Oak Leaf Lane, Warminster, PA 18974-1953
30597481     Shane Neville, 243 RAE AVE, MANSFIELD, OH 44903-1422
30597482     Shane O'Connor, 4748 W 5905 S, Kearns, UT 84118-6077
30597484     Shane Smith, 1072 Chevrier Street, Ottawa, ONTARIO K1Z 6M7, CANADA
30597483   + Shane Smith, 2008 Spencer hill road, Corning, NY 14830-9550
30597486   + Shane Watson, 8032 Kenova St, San Diego, CA 92126-3120
30597487     Shane Wingo, 229 Sparkling Ct, Auburndale, FL 33823-9285
30597485   + Shane thomas, 3717 allegrini dr, Sparks, NV 89436-7191
30597488     Shanea O Neill, 7294 197B St., Langley, BC V2Y 3H7, CANADA
30597489   + Shania Gonzalez, 417 w 1st street, Junction City, KS 66441-3023
30597490     Shania Knox, P.O. Box 203 Stn A, Abbotsford, BC V2T 6Z5, CANADA
30597492     Shanna Hall, 485 Thames St, Hagerstown, MD 21740-6771
30597493     Shanna Webb, 106 Chesswood Dr, San Antonio, TX 78228-1701
30597495     Shannon Abarca, 29615 Newport Pl, Castaic, CA 91384-3524
30597496     Shannon Berry, 2700 E 42nd Ave Apt A103, Anchorage, AK 99508-5372
30597497   + Shannon Boris, 111 N Ramona Rd Lot 54, Lot 54, Myerstown, PA 17067-2112
30597498     Shannon Bourke, 58 Burley Road, Horsley Park, New South Wales 2175, AUSTRALIA
30597499   + Shannon Butler, 14021 Lexington Pl, Irwin, PA 15642-1485
30597500     Shannon Cassell, 94 N 3rd St Apt 4R, Brooklyn, NY 11249-4045
30597501   + Shannon Dapper, 10 E Mayfair Ct, Apt 36, Spokane, WA 99208-5909
30597502     Shannon Deutsch, 625 Cabin Hill Dr Apt 6B, Greensburg, PA 15601-1693
30597503     Shannon Fisher, 2404 Pioneer Ct, Davenport, IA 52804-1082
30597504     Shannon Freeman, 3534 Pleasant Creek Dr, Indianapolis, IN 46227-6913
30597505     Shannon Goodrich, 242 E Cayuga Ave, Elmhurst, IL 60126-4505
30597506   + Shannon Goupil, 14045 Hillrose Dr, Parker, CO 80134-3791
30597507     Shannon Hauger, 293 Valleybrook Cir, Howard, OH 43028-9267
30597508     Shannon Hayes, 605 S Mickley Ave, Indianapolis, IN 46241-2009
30597509     Shannon Henson, 216 Kemp St, Gassville, AR 72635-9679
30597510     Shannon Houser, 2265 Seminole Ave, Springfield, OH 45506-3227
30597511   + Shannon Isgrig, 524 Idlewild Rd., Bel Air, MD 21014-4419
30597513   + Shannon Larsen, 8 Stratford Way, Danville, IN 46122-1300
30597514   + Shannon Lightcap, 2827 Colony Circle, Snellville, GA 30078-2781
30597515   + Shannon Long, 7227 Penn Avenue, Apt #2A, Pittsburgh, PA 15208-2535
30597516   + Shannon Madison, 6937 Oliver Ave s, Richfield, MN 55423-2126
30597517     Shannon Martin, 3236 Los Robles Rd Apt 1, Thousand Oaks, CA 91362-3313
30597518     Shannon Maxwell, 820 S Stough St, Hinsdale, IL 60521-4353
30597519     Shannon Mooney, 445 3RD AVE APT 3F, BROOKLYN, NY 11215-3184
30597520     Shannon Mulvaney, 112 Prado Way Apt 203, Jupiter, FL 33458-1144
30597521     Shannon Murray-Corsale, 1695 Colby Dr, Forest, VA 24551-2198
30597522     Shannon Myhre, N36W23526 Oak Hill Ln, Pewaukee, WI 53072-2774
30597523   + Shannon Perry, 17475 Fern Dell Rd, B, Newark, IL 60541-9187
30597524     Shannon Pickin, 5636 Meadowstone Dr Apt D, Kalamazoo, MI 49048-8230
30597525   + Shannon R McKibben, 735 E. 10th Ave, Unit Up, Denver, CO 80203-5225
30597526   + Shannon Reinhart, 5708 Kent Drive, New Market, MD 21774-6273
30597527     Shannon Rembiszewski, 1813 Foxfield, Justin, TX 76247-5748
30597528   + Shannon Ryan, 2795 Speer Boulevard, Apt 218, Denver, CO 80211-4276
30597529   + Shannon Stemm, 2115 14th St, Ste. 100, Auburn, NE 68305-1760
30597532   + Shannon Werner, 10519 Penelope Place, Appt 202, New Port Richey, FL 34654-1744
30597533     Shannon Wetherington, 12945 STARHILL DR, SAINT LOUIS, MO 63128-3241
30597534   + Shannon White, 57 Woodcliff Drive, Westfield, MA 01085-1836
30597531   + Shannon stock, 4669 North street, Somis, CA 93066-9520
30597530     Shannon stock, 4669 North strret, Somis, CA 93066
30597535   + Shannon worton, 17 forest st, Plympton, MA 02367-1302

District/off: 0752-1                         User: admin                                    Page 419 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                              Total Noticed: 30719

| | | |
|---|---|---|
| 30597536 | | Shanon Beyerback, 3125 Panama St, Kenner, LA 70065-4342 |
| 30597537 | | Shara Brull, 101 PRINCETON RD, ROCKVILLE CTR, NY 11570-2137 |
| 30597538 | | Shara Lin, 2646 Garden Meadows Ct, Green Bay, WI 54311-5473 |
| 30597539 | + | Sharageem Mirghanbari, 3224 Watermarke Place, IRVINE, CA 92612-5616 |
| 30597540 | + | Sharay Cadette, 4019 Haverford Avenue, Apt 1, Philadelphia, PA 19104-5835 |
| 30597541 | | Shardon Ridgeway, 1250 W Thompson Rd, Fenton, MI 48430-9749 |
| 30597542 | | Shareena Christison, 4 Rosella Road, PRESTONS, New South Wales, 2170, AUSTRALIA |
| 30597543 | + | Shari Smigo, 1030 Carmichael Rd, Queenstown, MD 21658-1336 |
| 30597544 | + | Sharie Mae David, 1433 Hawthorn Drive, Hanover, MD 21076-2200 |
| 30597545 | + | Sharky Scalora, 73 Davis Ave, Apt 1, Vernon, CT 06066-3101 |
| 30597547 | + | Sharon Black, 10412W. Flower Street, Avondale, AZ 85392-4402 |
| 30597548 | | Sharon Centofanti, 42 W College Ave Apt 224, Yardley, PA 19067-1552 |
| 30597549 | | Sharon Davis, 15 DAVIS LN, FAIRVIEW, NC 28730-8739 |
| 30597550 | + | Sharon DeLisio, 5196 Regalo Dr, Pensacola, FL 32526-1605 |
| 30597551 | + | Sharon Fuller, 1669 Mayenne Court, F, St. Louis, MO 63125-2661 |
| 30597552 | + | Sharon Hardin, 25 Cozy Lake Road, Oak Ridge, NJ 07438-9153 |
| 30597553 | + | Sharon Jemeyson, 41 Mason Circle, Apt. 33, Beacon, NY 12508-2148 |
| 30597554 | | Sharon Li, 102 Chalmers Street, Lakemba, New South Wales, 2195, AUSTRALIA |
| 30597555 | | Sharon Richardson, 4931 SW 76TH AVE # 365, PORTLAND, OR 97225-1805 |
| 30597556 | + | Sharon Van Meter, 60-01 67th Avenue, Floor 2, Queens, NY 11385-4537 |
| 30597557 | | Sharon Wilkinson, 10 Milner Ing, Wyke, Bradford, ENGLAND BD12 8DR, UNITED KINGDOM |
| 30597558 | + | Sharp, Mackenzie, 5N390 Robin Lane, Wayne, IL 60184-2205 |
| 30597559 | + | Sharvay Ajit, 16922 Silver Crest Drive, San Diego, CA 92127-2817 |
| 30597560 | | Sharyl Stein, 3935 RALEIGH AVE, BETTENDORF, IA 52722-8223 |
| 30597561 | + | Sharyn Whittington, 1024 21st Street, West Des Mo8nes, IA 50265-2213 |
| 30597562 | + | Shaun Cadavona, 1272 Bayard Dr, San Jose, CA 95122-3005 |
| 30597563 | + | Shaun Casey, 1321 Petersburg Court, Carol Stream, IL 60188-9059 |
| 30597564 | | Shaun Colden, 1265 Ravenwood St, Ann Arbor, MI 48103-2652 |
| 30597565 | | Shaun Fitzpatrick, 305 Burgess St, Berlin, NH 03570-2303 |
| 30597567 | | Shaun McNamara, 22 oak avenue, durham, ENGLAND DH12ES, UNITED KINGDOM |
| 30597568 | | Shaun Perry, The Digital Lookout, Maidstone Studios, Maidstone, ENGLAND ME145NZ, UNITED KINGDOM |
| 30597569 | | Shaun Rossi, Pitcairn Place, Apt. 3, Glasgow, SCOTLAND G75 8TW, UNITED KINGDOM |
| 30597570 | | Shaun Rowe, Flat B, 101 Rosemount Place, Aberdeen, SCOTLAND AB25 SYG, UNITED KINGDOM |
| 30597571 | | Shaun Skura, 111 4TH AVE., APT 5A, NEW YORK, NY 10003-5238 |
| 30597572 | + | Shaun Wolf, 3702 Mujica Pl, Brea, CA 92823-6329 |
| 30597573 | | Shauna Reed, 19 Via Franca, San Clemente, CA 92673-7046 |
| 30597574 | | Shauna Robinson, 7510 Red Cinder St, Las Vegas, NV 89131-3369 |
| 30597575 | | Shaunda Neptune, 3 Sunshine Ct, Nashua, NH 03063-2715 |
| 30597576 | | Shaunee Warnock, Flat 4 The Old Police Station, Leeds, England, LS7 4NB, UNITED KINGDOM |
| 30597577 | + | Shaunie Farmer, 174 Intervale Ave, Burlington, VT 05401-2806 |
| 30597578 | | Shaunna McBride, 8 Dew Drop Cir, Pittsburg, CA 94565-1781 |
| 30597580 | | Shawn Banta, 381 23 St NE, Salmon Arm, BC V1E 1Y8, CANADA |
| 30597579 | | Shawn Banta, 381 23st NE, Salmon Arm, BC V1E 1Y8, CANADA |
| 30597581 | | Shawn Casey, 193 Kimpton Drive, Stittsville, Ontario K2S 2H9, CANADA |
| 30597583 | + | Shawn DeVries, 136 Irving Rd., Unit 8, Middleville, MI 49333-8017 |
| 30597584 | + | Shawn DeVries, 136 Irving Road, Apt. 8, Middleville, MI 49333-8017 |
| 30597582 | | Shawn Devereaux, 2605 RICHCREEK RD, AUSTIN, TX 78757-2146 |
| 30597585 | + | Shawn Drake, 301 N Wesley Dr., Apt 1226, League City, TX 77573-3692 |
| 30597586 | + | Shawn E Guthrie, 1831 GLENDON AVE, APT 5, LOS ANGELES, CA 90025-4635 |
| 30597587 | | Shawn Foo, G42, East Residence, Jalan Bukit Kiara 1, Kuala Lumpur, WP, 60000, MALAYSIA |
| 30597588 | | Shawn Gargac, 5914 Hemingway Run, Fort Wayne, IN 46814-8231 |
| 30597589 | | Shawn Heatherly, 1290 North Creek Side Lane, Sevierville, TN 37876-0750 |
| 30597590 | | Shawn Janssen, 7708 78 Ave NW, Edmonton, Alberta, T6C0M9, CANADA |
| 30597591 | + | Shawn Knox, 2329 Northrop Avenue, APT119A, Sacramento, CA 95825-7587 |
| 30597592 | | Shawn Maddens, 22520 Lilac St, Farmington, MI 48336-4241 |
| 30597593 | | Shawn Melton, 5437 Glenhaven Cres, Norfolk, VA 23508-1325 |
| 30597594 | | Shawn Paylor, 898 Brighton Pl, Glen Burnie, MD 21061-2849 |
| 30597595 | | Shawn Price, 720 Muskoka Beach Road, Gravenhurst, Ontario, P1P 1B1, CANADA |
| 30597596 | | Shawn Shawn, 2789 Ray Lawyer Dr Apt 40, Placerville, CA 95667-3944 |
| 30597597 | | Shawn Shipp, 3901 MNTGMY BLVD NE APT 1101, ALBUQUERQUE, NM 87109-1094 |
| 30597600 | + | Shawn Witherspoon, 3921 Cheney Rd, Lewiston, MI 49756-7556 |
| 30597599 | + | Shawn walker, 4216 Hilton Place, Lynchburg, VA 24503-2008 |
| 30597605 | + | ShawnD Herrick, 904 Cypress Drive, Colona, IL 61241-9621 |

District/off: 0752-1                                  User: admin                                        Page 420 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                                   Total Noticed: 30719

30597601    + Shawna Dandois, 1138 Baldwin Rd, Thompson, PA 18465-9645
30597602      Shawna L Welsch, 45120 Acacia Dr, Harris, MN 55032-3948
30597604    + Shawna Phillips, 119 West Long Cove, Candler, NC 28715-0630
30597606    + Shay Beckman, 54 Noll Street, Apt. 528, NY, NY 11206-4788
30597607    + Shay Lane, 902 Harry Ave, Greendale, IN 47025-1312
30597608      Shay Moskovitch, Hana Rovina 16, 8, 4650448, ISRAEL
30597609      Shay Rowe, 726 EST 54ST, Tacoma, WA 98404
30597610    + Shaye McCarthy, 217 e Saint Joseph st, Lansing, MI 48933-2408
30597611      Shayle Chor, 24 Sirat Road, 44960, Singapore, Singapore, 545782, SINGAPORE
30597612    + Shaylee Wilson, 258 N 100 W, Apt 2, Brigham City, UT 84302-2108
30597613    + Shayley Borges, 688 Willow street, Eureka, CA 95503-6059
30597614    + Shaylin Bowers, 25 N Mountain Ave, Melrose, MA 02176-6318
30597615    + Shaymus McNerney, 1019 County Road 110 S, Alamosa, CO 81101-8532
30597616    + Shayna Hanousek, 801 East River Road, Apt. 117, Anoka, MN 55303-2861
30597617      Shayne Aricayos, 4729 E Waterman St Unit 102, Gilbert, AZ 85297-2486
30597618    + Shayne Biagi, 687 Loch Haven Rd, Edgewater, MD 21037-3101
30597619      Shayne Dey, PO Box 2, Kilmore, VIC 3764, AUSTRALIA
30597620      Shayne Janssen, Vinckenhofstraat 41, Venlo, LIMBURG 5913EB, NETHERLANDS
30597621    + Shayne Raymond, 7504 Honeysuckle Rd, Norfolk, VA 23518-4513
30597623      Shea Flores, 9860 Del Rio Way, Cypress, CA 90630-3205
30597625    + Shea Metzgar, 513 Oglethorpe St NW, WA, DC 20011-2034
30597626    + SheaLee Richmond, Po Box 1310, Sultan, WA 98294-1310
30597627      Shealyn Sullivan, 104 W Main St Apt 3, Hillsboro, NH 03244-5237
30597628      Sheana Ward, 2208 TWISTED OAK DR, NORMAN, OK 73071-1046
30597629    + Sheanna Mclafferty, 3 Viola, Irvine, CA 92620-2210
30597630    + Sheep Flannery, 11823 Sweet Serenity Lane, Apt 112C, New Port Richey, FL 34654-4550
30597631    + Sheetal Bapu, 2 Maple Ave, Apt. 2, Albany, NY 12208-2803
30597632      Shefali Trivedi, 41 EASTERN PKWY APT 4B, BROOKLYN, NY 11238-5909
30597633      Sheila Basic, 64 Chambers Drive, Ancaster, ONTARIO L9K 0A5, CANADA
30597634    + Sheila Carter, 2203 Ellingham, Wichita Falls, TX 76308-2003
30597635    + Sheila Eichelberger, 1308 farm ridge ct, Waxhaw, NC 28173-7889
30597637      Sheila Golden, 4023 N Warner Rd, Lafayette Hill, PA 19444-1408
30597638    + Sheila Gutierrez, 2336 SE Blair Ct, Topeka, KS 66605-1813
30597639    + Sheila Mastropasqua, 17 West 71st St Apt 3B, NYC, NY 10023-4141
30597640    + Sheila Mathews, 1701 E Orange Ave, Apt. 302, Eustis, FL 32726-4320
30597641    + Sheila Ratcliff, 3825 Holiday Drive, Quincy, IL 62305-5828
30597642      Sheila Scheuerman, 1704 Eide Rd, Bloomington, IL 61704-8734
30597643    + Sheila Tuldanes, 13051 Casa Linda Ln Apt 38F, Garden Grove, CA 92844-1416
30597644    + Sheila West, 2416, North Wellesley Dr, Bradenton, FL 34207-4757
30597645      Sheila Yeboah, 14004 Westmeath Dr, Laurel, MD 20707-6903
30597646      Shelbie Reynolds, 4572 MT SNEFFELS ST, BRIGHTON, CO 80601-6535
30597647    + Shelby Bastian, 2397 Willers Road, Seneca Falls, NY 13148-9534
30597648      Shelby Beene, 817 Flynn St Apt 104, Chattanooga, TN 37403-2647
30597649    + Shelby Byrd, 7301 e 49th st, 61-7, Tulsa, OK 74145-6732
30597651      Shelby Chaplin, 1913 Crystal Spring Ln, Hermitage, TN 37076-4103
30597653    + Shelby File, 1103 Sterling Drive, Papillion, NE 68046-6123
30597654    + Shelby Finneman, 2146 Palace Ave, Saint paul, MN 55105-1331
30597655      Shelby Flowers, 9834 Sagepike Dr, Houston, TX 77089-3514
30597656      Shelby Horn, 1617 Thirlstane Ct, Lexington, KY 40505-2744
30597657      Shelby Jenkins, 926 Snow Peak St, Corning, CA 96021-2271
30597658    + Shelby Kibbey, 103 Marsdale Ct, Selkirk, NY 12158-9703
30597659    + Shelby Leonard, 16 Grove St, A, New Paltz, NY 12561-1102
30597660    + Shelby Mae Nely, 1602 Sanders Avenue, Poplar Bluff, MO 63901-3546
30597661    + Shelby Marie Anderson, 189 Meadowlark Ln SW, Melrose, MN 56352-1515
30597662      Shelby Onraet, 1127 North Railway St E, Apt. 1, Swift Current, SASKATCHEWAN S9H 1E5, CANADA
30597663      Shelby Patterson, 9052 East IL 148, Waltonville, IL 62894
30597664      Shelby Pierce, 1009 W Tucker Blvd, Arlington, TX 76013-5110
30597665    + Shelby Sallee, 3354 Elder St NW, Salem, OR 97304-3294
30597666    + Shelby Santos, 127 Mt. Laurel Rd, Hainesport, NJ 08036-2713
30597667    + Shelby Swafford, 612 N Bridge St, Carbondale, IL 62901-1312
30597668      Shelby Thibault, 1339 Tenth Avenue SE, Apt. 28, Calgary, Alberta, T2G 0W8, CANADA
30597669      Shelby Wykes, 25 Watson Road, Long Buckby, ENGLAND NN6 7PS, UNITED KINGDOM
30597670      Shelby Yocum, 11427 Meadoway Dr, Houston, TX 77089-5338

District/off: 0752-1                          User: admin                                    Page 421 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30597671  + Sheldon Klumper, 1710 Freeman Dr, Bellevue, NE 68005-3244
30597672    Sheldon Pullin, 2063 Zelkova Dr, Indian Land, SC 29707-6891
30597673    Sheldon Simmons, 511 SW 14th St, Pendleton, OR 97801-2606
30597674  + Sheldon Spina, 1045 N Edinburgh Ave, Apt 3, West Hollywood, CA 90046-6020
30597675    Shell Crawford, PO Box 107, Mundaring, Western Australia 6073, AUSTRALIA
30597676    Shelley DePaolis, 2546 Gardens Pkwy, Palm Beach Gardens, FL 33410-2934
30597677  + Shelley Poole, 301 County Road 207, #1208, Alvarado, TX 76009-1492
30597678    Shelley Winkler, 7906 W 60th Ter, Mission, KS 66202-3016
30597679    Shelli Hopkins, 3646 Oxford Trce, Marietta, GA 30062-5905
30597680    Shelly Goehring, 213 Edith Street, Pittsburgh, PA 15211-1143
30597681    Shelly M. Haynes, 6436 CEDAR HILL DR, LIBERTY TWP, OH 45011-9099
30597682    Shelly Owens, 1114 N Jefferson St, Galena, KS 66739-1071
30597683    Shelly Peltier, 4188 Miller Rd, Sterling, MI 48659-9445
30597684  + Shelly Ramzinski, 7811 Chambers Road, Apt. 628, San Antonio, TX 78229-2644
30597685    Shelly Williams, 9789 Mill Creek Pl, Carmel, IN 46032-9686
30597686  + Shelton Allen, 1736 w 925 s, syracuse, UT 84075-9543
30597687  + Shemayne Carroll, 28317 Molly Bee Ln, Toney, AL 35773-5103
30597689    Sheree Wotkiewicz, 515 MCCHRYSTAL DR, MURFREESBORO, TN 37129-3300
30597690    Sheri Helle, 15733 95th Ave NE, Arlington, WA 98223-8841
30597691    Sheri Milom, 419 New Boston Rd, Bedford, NH 03110-4323
30597693    Sheri Sakamoto, 7112 86th St SW, Lakewood, WA 98499-2044
30597694  + Sheridan Elizabeth McGuire, 4833 Tuttles Brooke Drive, Dublin, OH 43016-6230
30597695  + Sheridyn Warwick, 914 Pinemont Dr, Mobile, AL 36609-3038
30597696  + Sherie Voss, 3752 123rd Ln NW, Coon Rapids, MN 55433-1667
30597697    Sherree Riggs, 7651 County Road 2570, West Plains, MO 65775-4843
30597698  + Sherri Bennett, 9531 Pendergast Rd., Phoenix, NY 13135-9536
30597699    Sherri Blue, 1200 C W Bixler Blvd, Erie, CO 80516-6933
30597700    Sherri Fink, 27 Belamour Dr, Washington Crossing, PA 18977-1368
30597701    Sherri Golub, 10975 NW 20TH DR, CORAL SPRINGS, FL 33071-5724
30597702  + Sherri Henriques, 181 W Ramapo Ave, Mahwah, NJ 07430-1620
30597703  + Sherri Smith, 1370 Pearson Rd, Libertyville, IL 60048-1549
30597704    Sherrie Anderson, 1043 COLLEGE STATION RD, ATHENS, GA 30605-3611
30597705  + Sherron Rogers, 1125 E. 10th Street, Indianapolis, IN 46202-3728
30597707    Sherry Burtner, 1215 Marker Rd, Middletown, MD 21769-7242
30597708    Sherry Fisher, 2627 S PEARL ST, DENVER, CO 80210-5720
30597709    Sherry Hammond, 498 Wagoner Rd, Patriot, OH 45658-9346
30597710    Sherry Wilcher, 1837 Columbine Cir, Lebanon, OH 45036-8093
30597711    Sheryl Garner, 54 Golden Meadow Rd, Hampstead, NH 03841-2389
30597712  + Sheryll Sibal, 43 Eckert drive, Lincroft, NJ 07738-1555
30597713    Sheycee Edel, 31 St. Germain St, Winnipeg, Manitoba R2M4N4, CANADA
30597714    Sheycee Edel, 31 st Germain st, Winnipeg, MANITOBA R2M 4N4, CANADA
30597715    Sheyla Pinheiro, 2863 W LYNDALE ST APT 1E, CHICAGO, IL 60647-2074
30597717    Shiela Putri, 22 Hedgers Close, Bristol, ENGLAND BS3 2SX, UNITED KINGDOM
30597718    Shiloh Bernstein, 1202 Travis View Ct, Gaithersburg, MD 20879-3294
30597719  + Shiloh Sella, 4725 Village Gardens Dr, sarasota, FL 34234-4029
30597720  + Shinigami, 180 Scholes St, Apt 1B, Brooklyn, NY 11206-2476
30597721    Shinnosuke Adavhi, Takamatasu 3-18-27, Will un Crere 212, Nerima, TOKYO 179-0075, JAPAN
30597722  + Shio Hagen, 3485 Rebecca Ln, Colorado Springs, CO 80917-5149
30597723    Ship Test, 3800 N LAMAR BLVD, AUSTIN, TX 78756-4011
30597724  + Shippo, 731 Market Street, Suite 200, San Francisco, CA 94103-2005
30597725    Shirley OConnor, 78 McBride Rd, Monson, MA 01057-9685
30597726  + Shirley Shepherd, 2826 Chapparal Dr., Melbourne, FL 32934-8227
30597727    Shirley Shields, 9948 Shallow Creek Loop Apt 201, Manassas, VA 20109-5481
30597728  + Shirt Shack, 757 Main St. Suite 101, Chula Vista, CA 91911-6168
30597730  + Shiv Patel, 600 N Kingsbury St, Apt. 1512, Chicago, IL 60654-8124
30597731  + Shivam Ashok Naik, 7428 Bradford Pear Dr., Irving, TX 75063-8407
30597732  + Shiven Saxena, 1703 E 12th Ave, Winfield, KS 67156-4011
30597735    Shotaro Inoue, 1800005, Tokyo, Musashino, GOTEENYAMA 1-15-2-103, JAPAN
30597736    Shotaro Matsuyama, 3-9-1, Gakuenhigashicho, Kodaira, TOKYO 1870043, JAPAN
30597737  + Shoup, Eli, 2518 S Halsted St, APT 3, Chicago, IL 60608-5978
30597738  + Showdown Displays, 6850 Shingle Creek Parkway, Brooklyn Center, MN 55430-1413
30597739  + Shredded Dreams, 20 N. Hyer Ave, Orlando, FL 32801-2928
30597740    Shuhrat Ahmed, Parcel Collect 10187 32886, 22 Main Stre, Blacktown, New South Wales, 2148, AUSTRALIA

District/off: 0752-1                          User: admin                                    Page 422 of 507

Date Rcvd: Jan 04, 2024                       Form ID: 309C                            Total Noticed: 30719

30597741            Shuwethaa Prakash, 42 Delaney Dr, Baulkham Hills, NSW 2153, AUSTRALIA
30597742         +  Shyanna Leonard, 211 13th avenue, Baraboo, WI 53913-1352
30597743            Shyanne Totman, 7476 Pisces Cir W, Jacksonville, FL 32222-2137
30597744            Sian-Elise Warr, 23 Lynton Avenue, Apt. 23, Northampton, ENGLAND NN28LX, UNITED KINGDOM
30597745            Sicily Mezzofantr, 1502 Wynkoop Dr, Colorado Springs, CO 80909-2549
30597746         +  Siddharth Taneja, 14401 Coral Gables Way, North Potomac, MD 20878-3802
30597747         +  Sidney Gish, 21 Quail Run, Randolph, NJ 07869-2826
30597748         +  Sidney Southerland, 7811 Linwood Cir, Charlestown, IN 47111-8330
30597749            Sidney Van Ausdall, 6920 Peppercress Ct, Citrus Heights, CA 95621-1924
30597750            Sidney Whitfield Browne, 3389 N McGeesville Rd, Carbondale, IL 62902-0468
30597752         +  Sienna Digitial, PO Box 502, Half Moon Bay, CA 94019-0502
30597753         +  Sienna E Andrews, 4636 SE Caber Circle, Lawton, OK 73501-6624
30597754            Sienna Heasley, 104 Sherrard Dr, WA, PA 15301-1754
30597755         +  Sienna MAck, 500 Gills Creek Pkwy, Apt. 114, Columbia, SC 29209-1235
30597756            Sienna Williams, 300 W 285 N, Wellsville, UT 84339-6701
30597757            Siera Hood, 1587 Black Eagle Dr Apt A, San Diego, CA 92126-7032
30597758         +  Sierra Anaya, 235 Athol Ave, Apt 4, Oakland, CA 94606-1354
30597759            Sierra Calderon, 9623 Pearl Street, Clarks Hill, IN 47930
30597760         +  Sierra Chandler, 11 Lode Lane Upper, Ketchikan, AK 99901-9616
30597761         +  Sierra Crum, 4355 Berry ln, Eugene, OR 97404-1159
30597762         +  Sierra Hancock, 1453 7th, Glasgow, VA 24555-2128
30597763            Sierra Hood, 4657 Laverne Ave, Klamath Falls, OR 97603-7466
30597764         +  Sierra Keen, 710 St Paul Street, 3R, Baltimore, MD 21202-2314
30597765            Sierra Mattingly, 2917 Karanda St, Titusville, FL 32796-2331
30597766         +  Sierra Olivia Stoner, 4106 HOLLY DR, COLUMBIA, PA 17512-9668
30597767         +  Sierra Philpot, 3121 NE 31st Ave, Portland, OR 97212-2616
30597768            Sierra Pierce, 6997 Saddle Mountain Rd, Bozeman, MT 59715-8475
30597769            Sierra Tillery, 5300 Parkview Dr Apt 2050, Lake Oswego, OR 97035-8731
30597770         +  Sierra Vazquez, 202 W. Roosevelt St., Unit 215C, Phoenix, AZ 85003-1493
30597773         +  Signature Pins, 16877 E. Colonial Dr., #313, Orlando, FL 32820-1910
30597775            Silas Cain, 9 Charles St, Greenville, SC 29611-4149
30597776         +  Silas Shiflett, 6314 Jamaica Road, Spring Hill, FL 34606-4019
30597777            Silas Thomasino, 120 Homestead Ave, Oxford, OH 45056-1324
30597778            Silvia Lara, 901 W Gonzales Rd Apt 158, Oxnard, CA 93036-3019
30597779            Silvia Yanely Olivares Galicia, Calle circuito puerta del sol 800 coloni, 7-A, SANTIAGO DE QUERETARO, QUERETARO 76116,
                    MEXICO
30597781            Silvio Scholz, Am Laibach, 17b, Halle, Nordrhein-Westfalen, 33790, GERMANY
30597782            Simen Markussen Jusnes, Nesveien 19, Gravdal, Nordland, 8372, NORWAY
30597783         +  Simeon Sizemore, 8246 Filmore Drive, King George, VA 22485-2155
30597784         +  Simon Alzate, 10641 Greenbrier RD, Apt 300, Minnetonka, MN 55305-3467
30597785         +  Simon Asher, 1881 Molino Avenue APT 3, Signal Hill, CA 90755-1132
30597786         +  Simon Bailey, 105 Sunburst Dr, Waxahachie, TX 75165-8777
30597787            Simon Ball, Oakdene, Stag Hill, Yorkley, nr Lydney, ENGLAND GL15 4TD, UNITED KINGDOM
30597789            Simon Crow, 14 Barton Street, Westminster, London SW1P 3NE, UNITED KINGDOM
30597790         +  Simon Fuchs, 22180 Trillium Way, Boca Raton, FL 33433-4843
30597791            Simon Glanville, 50 London Road, Datchet, 50 London Road, Datchet, Slough, England SL3 9JR, UNITED KINGDOM
30597792         +  Simon Goettl, 2480 Valders Ave N, Golden Valley, MN 55427-3451
30597793            Simon Jean, 2185 Avenue Lamothe, Apt. 1, St-Hyacinthe, Quebec, J2S 4K1, CANADA
30597794            Simon Kay, 40 Bold Street, Altrincham, ENGLAND WA14 2ER, UNITED KINGDOM
30597795            Simon Krablin, 420 Racquet Dr, Tracy, CA 95376-4933
30597796            Simon Le-Bargy, 53 Elizabeth Carter Avenue, Deal CT14 9NS, UNITED KINGDOM
30597797            Simon Magyar, 4 Hoole Street, Hasland, Chesterfield, England S41 OAR, UNITED KINGDOM
30597798         +  Simon Matteson, 9688 Eisenbrandt Ave, Findlay, OH 45840-1664
30597800            Simon Miller, 1007 DOGWOOD DR, GOLDEN, CO 80401-9216
30597801         +  Simon Orny, 12638 Stone Canyon Road, Poway, CA 92064-2011
30597802            Simon Samuel, Gottlieb-Daimler-Strasse 7, Villingen-Schwenningen 78048, GERMANY
30597803            Simon Schulte-Ostrop, Dalmenerstrasse 24, Oberhausen 46117, GERMANY
30597804            Simon Singhal, Helgolandstr. 11, Oldenburg 26125, GERMANY
30597805            Simon Sk llermark, Fr gatan 344, SKELLEFTEA, VASTERBOTTEN 93155, SWEDEN
30597806            Simon Spalt, Bahnhofstrasse, Apt. 60, ALTMUNSTER, OBEROSTERRICH 4813, AUSTRIA
30597807            Simon Tanios, 18221 150th Dr, Doh 223, Springfield Gardens, NY 11413-4014
30597809            Simon Zhou Hao Mei, 3994 Gordon Head Rd., Victoria, BRITISH COLUMBIA V8N 3X6, CANADA
30597788         +  Simon cousins, 1309 mount Carmel road, Parkton, MD 21120-9763

District/off: 0752-1 User: admin Page 423 of 507

Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30597810 + Simone Gagnon, 15141 W Honeysuckle Ln, Surprise, AZ 85374-3495
30597811 Simone Tran, 2226 LARCH ST APT C, ALHAMBRA, CA 91801-6540
30597812 Simonette Berry, 5308 Douglas St, New Orleans, LA 70117-3736
30597813 + Simphoukham, 2406 G Street, Apt C, Sacramento, CA 95816-3602
30597814 Sina Mikhaiel, 9456 143 st NW, Edmonton, AB T5R 0P7, CANADA
30597815 Sinan Sorgucu, Sonntagstrasse 1, Berlin 10245, GERMANY
30597817 Sinan Sulaiman, 10571 Hollymount Drive, Richmond, BC V7E4Z3, CANADA
30597816 Sinan Sulaiman, 10571 Hollymount Drive, Richmond, BC V7EZ3, CANADA
30597818 Sinead Donery, 424 The Alameda, San Anselmo, CA 94960-1201
30597819 Sinead Kennedy Basile, 21 Edna Dr, Syosset, NY 11791-3717
30597820 Sinead McCully, 1174 Baseline Road, Cornhill, New Brunswick, E4Z 1J8, CANADA
30597822 Sinisa Grujic, 22 karan crt, Melbourne, Victoria, 3174, AUSTRALIA
30597824 Sioban Wynne Fenton, 28, SELWYN ROAD, Burntwood, ENGLAND WS7 9HU, UNITED KINGDOM
30597825 Siobhan Eyre At Mainetti, The Deep Business Centre, Tower St, Hull, England HU1 4BG, UNITED KINGDOM
30597826 + Siobhan Hull, 117 Thurston Ave, Apt 2, Ithaca, NY 14850-2463
30597827 + Siobhan Smith, 332 N Gold Canyon St, B, Ridgecrest, CA 93555-5750
30597829 Siraj Khalid, 75 Empress Avenue, Wollert, VIC 3750, AUSTRALIA
30597830 Siriyakorn Leelapanichkit (ohmmie), 6 Hornsey Street, Rozelle, New South Wales 2039, AUSTRALIA
30597831 + Sitota Senbet, 10140 Spring Park Dr, Charlotte, NC 28269-5205
30597833 Sixten Augustsson, kerbyv gen 360, Taby 187 38, SWEDEN
30597834 + Sixx Hackett, 334 N Main St, Apt 2, Bowling Green, OH 43402-2441
30597835 Sjoerd Nooijens, Boterweg 45, A, s-Hertogenbosch, Noord-Brabant 5213HS, NETHERLANDS
30597837 Skiatheni Trintis, 101 Branch Brook Ct, Bel Air, MD 21014-5951
30597842 Skjalg Mazarino, Myrsnipevegen, 8L, Kattem, Trondelag, 7082, NORWAY
30597844 Skoosh Skoosh, 1409 Juniper St, Pottstown, PA 19464-1930
30597845 Skueaqer Robbins, 8337 S Valley Hwy Apt 402, Englewood, CO 80112-7632
30597848 + Sky Groenewoud, 2420 Martin Ave Se, Grand Rapids, MI 49507-3541
30597849 Sky Hoelck, 25 Park Dr, Baltic, CT 06330-1333
30597850 + Sky Lin, 11833 Downy Birch Dr, Riverview, FL 33569-5544
30597851 Sky Young, 36 Highthorne Avenue, Bradford, ENGLAND BD3 7LP, UNITED KINGDOM
30597852 Skye Bradford, 337 Cedar St, Ashland, MA 01721-2405
30597853 Skye Marie McLachlan, 404 NW 68th Ave Apt 517, Plantation, FL 33317-7515
30597854 + Skye Mauricio, 3431 Esperanza Dr., Concord, CA 94519-1613
30597855 Skye Routier, 12 Shepard St Apt F, Rochester, NY 14620-1846
30597856 Skye Secret GG, 7549 Lake Andrea Cir, Mount Dora, FL 32757-7330
30597857 Skye Stellone, 2343 Northrop Ave, F 103, Sacramento, CA 95825
30597858 + Skye thurman, 55 fleet street, Apt 11j, Brooklyn, NY 11201-4724
30597861 + Skylar Anderson, 13121 Sanford Road, West Springfield, PA 16443-1835
30597862 + Skylar Drayer, 1717 Texas St Apt 1, Apt. 1, Bellingham, WA 98229-5450
30597863 + Skylar Goldman, 1033 Pleasant Valley Rd, Sweet Home, OR 97386-1034
30597864 Skylar Jordan, 3440 Sabatina Cv, Fort Wayne, IN 46818-0008
30597865 Skylar Kaino, Strandavegen 7, lesund, M re og Romsdal 6017, NORWAY
30597866 Skylar Keele, 4803 Kinoka Rd, Alma, IL 62807-1215
30597867 + Skylar Knox, 8046 North Bicentennial Loop Southeast, Olympia, WA 98503-1708
30597868 + Skylar Matthews, 611 Emily Drive, A, Bozeman, MT 59718-2751
30597869 Skylar Moran, 903 WALTER ST, AUSTIN, TX 78702-2938
30597870 + Skylar Nisen, 11 E fell st, Summit Hill, PA 18250-1203
30597871 + Skylar Petersen, 1015 S Orchard St, Kirksville, MO 63501-1527
30597872 Skylar Riggs, 1732 Rural St, Emporia, KS 66801-5550
30597874 Skylar Tomchek, 1320 SW Cheltenham St Apt 4, Portland, OR 97239-7020
30597875 + Skylar Willey, 411 Cedar St., Bridgeville, DE 19933-1203
30597876 Skylar Yung, 918 Naples Dr, Davidson, NC 28036-6952
30597873 + Skylar t gingrich, 547 Crosby st, Grand rapids, MI 49504-3165
30597877 Skyler And Hilary Klingenberg, 3906 W Oak St, Burbank, CA 91505-3435
30597878 + Skyler Blankenship, 165 Fairfax Ave., Asheville, NC 28806-3223
30597879 + Skyler Erben, 2041 W Palmyra Ave, Apt C, Orange, CA 92868-3755
30597880 Skyler Fleck, 32 Hardwood Dr, Rosedale, MD 21237-3348
30597881 + Skyler Joerg, 17 Mohansic Rd, Henderson, NV 89052-6647
30597882 + Skyler Lutz, 115 s bridge st, Apt a, Somerville, NJ 08876-3201
30597883 Skyler Mickelson, 4801 Marcelais rd, placerville, CA 95667
30597884 + Skyler Moore, 304 Valle Alto Dr. NE, Rio Rancho, NM 87124-4560
30597885 + Skyler Nesheim, 670 59TH ST, DES MOINES, IA 50312-1250
30597886 + Skyler Rivera, 2628 Short Road, APT SUITE FLOOR ETC, Eau Claire, WI 54701-8221

District/off: 0752-1                          User: admin                                    Page 424 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                  Total Noticed: 30719

30597887          Skyler Sanders, 130 S State St, Alma, MI 48801-2337
30597888          Skyler Williams, 109 Montana Trl, New Market, AL 35761-9287
30597889        + Skylyn Spragur, 2421 S 2nd Ave, Apt B, Pocatello, ID 83204-1921
30597890          Skylynn Cespedes, 240 Colden Hill Rd, Newburgh, NY 12550-2367
30597891          Skylyr Lundblad, 806 E Able St, Saint Joseph, MN 56374-9521
30597892        + Slade Sandstrom, 219 N 2nd Street, Elma, WA 98541-8956
30597893          Slater Brewer, 8 Haldane Close, Melbourne, VICTORIA 3116, AUSTRALIA
30597894          Slater Metz, 24 Ridgway St, Elkhorn, WI 53121-1533
30597895       #+ Slaughter Beach, Dog, 2105 Lakeview Rd, Bushkill, PA 18324-8165
30597896        + Slav Zenchenko, 68 Kimberly Ave, Springfield, MA 01108-2264
30597898        + Slayyyter, 6540 Matilija Ave, Van Nuys, CA 91401-1534
30597900          Sloan Daniel, 8019 Bushy Creek Dr, Charlotte, NC 28216-7753
30597901        + Sloan Wilson, 551 Riverhill Circle, Apt. 621, Columbia, SC 29210-8146
30597902        + Slow Pulp, 4943 North Winthrop Ave., Apt. 3, Chicago, IL 60640-3634
30597905          Smicken Nugget, 837 Cathcart St, Winnipeg, MANITOBA R3R3C1, CANADA
30597906        + Smidley, 4124 Miami St., Saint Louis, MO 63116-2666
30597910          Smith Mary Beth, 9021 W Centerline Rd, Saint Johns, MI 48879-9269
30597914          Snorre Englak, Danmarks Gate 4A, Oslo 658, NORWAY
30597915        + Snow Ellet, 779 Charlton Rd., Lake Villa, IL 60046-5227
30597916        + Snugz USA, 9258 S Prosperity Rd, West Jordan, UT 84081-6161
30597917        + Social Monsters, 1800 S Brand Blvd, Suite 202, Glendale, CA 91204-3552
30597918        + Sock Club Enterprises LLC, 2200 Tillery St Unit B, Austin, TX 78723-5744
30597920          Soeffiah Djuli, No 16 Jalan Kota U8/102A, Bukit Jelutong, Shah Alam, Selangor, 40150, MALAYSIA
30597921          Sof a Acedo L pez, Avinguda verge de montserrat, 612054, El prat de llobregat, BARCELONA 8820, SPAIN
30597922          Sofi Kowalczyk, Half Hollow Rd 395, Dix Hills, NY 11746
30597923        + Sofia Doval, 112 Mayfair lane, Boynton Beach, FL 33426-8130
30597924        + Sofia Koestel, 20 Otis St, C, Manchester, CT 06040-5954
30597925          Sofia Platte, 1577 Nantahala Blvd, Mount Pleasant, SC 29464-9753
30597926        + Sofia Rayas, 8608 Primrose Lane, Austin, TX 78757-6935
30597927        + Sofia Toumazatos, 339 Cochran Pl, Valley Stream, NY 11581-3258
30597928          Sofia Zunjic, 2501 Thornton Rd Apt 2105, Austin, TX 78704-5591
30597929          Sofie M llegaard Randby, Frode Rinnans veg 149, Trondheim, TRONDELAG 7050, NORWAY
30597931          Sofie Priskorn, 14/41 Darling Street, 2041, New South Wales 2041, AUSTRALIA
30597932          Sofija Karosaite, 10E Markham Avenue, G04, Ashburton, VIC 3147, AUSTRALIA
30597934        + Soft Speak Records, 3510 Park Ave, #16, Weehawken, NJ 07086-6083
30597935          Soham Trivedi, Flat 10, Clarendon House, 1-2 Clarendon Square, LEAMINGTON SPA, England, CV32 5RB, UNITED KINGDOM
30597936          Sol Bonilla, 16611 Tunstall Ln Apt 2, Huntington Beach, CA 92647-8526
30597937        + Sol Ramos, 8297 CHAMPIONSGATE BLVD, PMB 228, CHAMPIONSGATE, FL 33896-8387
30597938          Sola Ash, 53 Westbourne Ter, Brookline, MA 02446-2210
30597940          Sollazzo, Steinachstr., Apt. 9, Balingen, BADEN-WURTTEMBERG 72336, GERMANY
30597941        + Solomon Essel Sam, 677 Cora Court NW, Lilburn, GA 30047-3554
30597942        + Solvin Shrestha, 7794 Adams Way, Buena Park, CA 90620-3903
30597943          Somasundari Hannon, 48 N Wade Ave, WA, PA 15301-3551
30597944          Somer Flowers, 1702 62nd St SE, Everett, WA 98203-3808
30597947          Sommer Stockton, 350 Prior St NE, Gainesville, GA 30501-3439
30597949          Son Nguyen, Orpheusstraat 21, Rotterdam, SOUTH HOLLAND 3054 TP, NETHERLANDS
30597950          Sonder Meisinger, 13353 Park Meadows Dr, Peyton, CO 80831-4149
30597951        + Sondley Hamrick, 3850 N Bernard St, 1RB, Chicago, IL 60618-3231
30597952        + Sonia Jacobson, 1719 e maple st, Apt 236, Bellingham, WA 98229-2889
30597953        + Sonia Pereira, 1609 Yarborough Drive, Sherman, TX 75092-5544
30597954          Sonia Ramsey, 1261 Glenn Ave, Union, NJ 07083-5225
30597955          Sonia Rios Marcano, HC 55 Box 8058, Ceiba, Puerto Rico 00735-9517
30597956        + Sonia Rodriguez Falero, 472 Amherst St., Unit 7632033, Nashua, NH 03063-1204
30597957          Sonia Sonia, 23998 E Hinsdale Pl, Aurora, CO 80016-5235
30597958          Sonja Lahrmann, Alter Kirchhainer Weg, 94, Marburg 35039, GERMANY
30597959          Sonny Mauldin, 341 Conestoga, Waco, TX 76706-6556
30597960        + Sonny Morris, 12409 Graham meadows dr, Glen Allen, VA 23233-6660
30597961          Sonny Puri, 15451 24th Ave, Whitestone, NY 11357-3726
30597962        + Sonny Shaffer, 640 Aloha Drive, Lake Havasu City, AZ 86406-4558
30597963        + Sonoma Promo, 841 W Napa St, Sonoma, CA 95476-6414
30597964        + Sonora Tooke, 10675 E Arabian Park Dr, Scottsdale, AZ 85258-6022
30597965          Sony Music, PO Box 28571, New York, NY 10087-8571
30597966          Sony Salzman, 479 Monroe St Apt 4R, Brooklyn, NY 11221-8596

30597967      Sonya Aragon, 4122 W Fremont Ave, Fresno, CA 93722-9002

30597968      Sonya Assump o, 1690 Franklin Ave sp 2, Lovelock, NV 89419

30597969      Sonya Bates, 1496 Acadia Hwy, Orland, ME 04472-4705

30597971      Sonya McGee, HIGGINS STREET, MARIETTA, OK 73448

30597972      Sonya Ni, 27030 Rio Pecos Dr, Valencia, CA 91354-2258

30597974      Sophi Henderson, 116 Sandra Ln, Normal, IL 61761-2714

30597975      Sophia Anderson, 19809 37th Dr SE, Bothell, WA 98012-8855

30597976    +   Sophia Andrikopoulos, 2730 Sacramento Apt 4, San Francisco, CA 94115-2150

30597977      Sophia Bavin, 103 Rowntree Avenue, Clifton, York YO30 6HG, UNITED KINGDOM

30597978      Sophia Berenato, 141 W 16th St Apt 5G, NY, NY 10011-6234

30597979      Sophia Bos Yolo, 3801 STONE WAY N APT 142, SEATTLE, WA 98103-8067

30597980    +   Sophia Bowman, 4536 Manor Broo Dr NW, Rochester, MN 55901-3183

30597981      Sophia Brown, 1290 Napoli Pl, Pomona, CA 91766-1005

30597982      Sophia Burke, 2385 Torrey Pine Ct, Howell, MI 48855-7120

30597983    +   Sophia Carter-Kahn, 12723 SW Adrian Ct, Lake Oswego, OR 97034-1514

30597984    +   Sophia Chirico, 721 N Haven Circle, Chesapeake, VA 23322-7530

30597985    +   Sophia Coppens, 2600 Cole Rd, Orlando, FL 32803-2154

30597986    +   Sophia Denison, 226 Kimberly Road, North Barrington, IL 60010-2122

30597987      Sophia Farrow, 123 Pinehurst Way, Gilbertsville, PA 19525-8648

30597988      Sophia Hammond, 7 Rushcutter Avenue, Oxenford, QUEENSLAND 4210, AUSTRALIA

30597989    +   Sophia Iya, 1155 Maxwell Ave, APT. D, Fullerton, CA 92833-3461

30597990      Sophia Kaul, 2090 Tumwater St, West Linn, OR 97068-3545

30597992      Sophia LeTourneau, 2877 1ST ST, LA SALLE, MI 48145-9660

30597993      Sophia Liogas -Goffas, 431 N MILITARY ST, DEARBORN, MI 48124-1153

30597994    +   Sophia Lovin, 615 Park St, Apt. 1616, Des Moines, IA 50309-1604

30597995    +   Sophia Milen, 1319 Knotty Pine Way, Apartment 238, Knoxville, TN 37920-1979

30597996      Sophia Mstowski, 3S039 Arboretum Rd, Glen Ellyn, IL 60137-7323

30597997    +   Sophia Pelehach, 1504 Delaware Ave, 1B, Wilmington, DE 19806-3046

30597999    +   Sophia Smith, 17115 Parkside Way SE, Renton, WA 98058-9578

30598000    +   Sophia Sonnenfeldt, 166 Second Ave, 16E, New york, NY 10003-5739

30598001      Sophia Strickland, 4231 Old Cypress Mill Rd, Brunswick, GA 31520-2127

30598002      Sophia Su, 60 Jandell Cres, Auckland, BUCKLANDS BEACH 2014, NEW ZEALAND

30598003      Sophia Torres, 567 W Philadelphia St, York, PA 17401-3349

30598004    +   Sophia Wren, 9015 stones throw lane, Missouri City, TX 77459-2990

30598005      Sophie Anderson, 1673 W 1100 S, LAYTON, UT 84041-5745

30598006      Sophie B r, Bergstrasse 4, Kreuzlingen, THURGAU 8280, SWITZERLAND

30598009      Sophie BRUNET, 96 rue de Maubeuge, PARIS, ILE-DE-FRANCE 75010, FRANCE

30598007      Sophie Bair, 1632 Emmons Ave, Dayton, OH 45410-3317

30598008      Sophie Bockman, 10204 Eagle Landing Ct, Burke, VA 22015-2524

30598010      Sophie Cassiere, 36W501 Oak Hill Dr, Dundee, IL 60118-2514

30598011      Sophie Chen, 8 Lake St Apt 12, Arlington, MA 02474-8552

30598012      Sophie Crociata C/O Team SBgce, 2324 MOUNT VERNON ST SE, ALBANY, OR 97322-5876

30598013      Sophie Curtis, 19 Vale Road, Seaford, England, BN25 3EY, UNITED KINGDOM

30598014      Sophie D Ath, 16 Orchard Ave, Eltham North, Victoria, 3095, AUSTRALIA

30598015    +   Sophie DeVito, 5044 E Siesta Dr, Apt. 1, Phoenix, AZ 85044-0704

30598016      Sophie Feis, 980 W Point Dr, Marietta, GA 30068-1740

30598017    +   Sophie Goodhue, 158 Fordway Ext, Derry, NH 03038-4384

30598018      Sophie H tten, Ribesstraat 69, Amsterdam, NOORD HOLLAND 1032 JS, NETHERLANDS

30598019    +   Sophie Henke, 7628 Winona Ave N, Seattle, WA 98103-4840

30598020    +   Sophie Hoffman, 516 E Circle St, Appleton, WI 54911-3726

30598021      Sophie Kehl, 23712 Sarda Rd, Valencia, CA 91355-2904

30598022      Sophie Kepic, Bajuwarenstra e, 1c, Erding, BAYERN 85435, GERMANY

30598023    +   Sophie Lee 25, 500 College Ave, Swarthmore, PA 19081-1306

30598024      Sophie Lehigh, 7830 Robin Rd, Harrisburg, PA 17111-5322

30598025      Sophie Ma, 205 E 10th Ave, Apt 406 Buzzer 1036, Vancouver, British Columbia, V5T4V6, CANADA

30598026    +   Sophie McGinnis, 5026 Boulevard Pl, Apartment Village E202, Indianapolis, IN 46208-3464

30598027    +   Sophie Millikin, 4727 176th ST SW, J12, Lynnwood, WA 98037-3475

30598028    +   Sophie Minenna, 833 Semoran Park Dr, Winter Park, FL 32792-2827

30598029      Sophie OKeeffe, 4 Vista Ct, Morley, Western Australia 6062, AUSTRALIA

30598030      Sophie Russillo, Rue Celestin Demblon, 4, GRIVEGNEE, LIEGE 4030, BELGIUM

30598031    +   Sophie Schwabe, 2591 Chase St, Edgewater, CO 80214-1230

30598032      Sophie Stocks, PO Box 51, Princeton, CA 95970-0051

30598033    +   Sophie Tanker, 7024 Maple Park Ln, Charlotte, NC 28269-1687

District/off: 0752-1                                      User: admin                                      Page 426 of 507
Date Rcvd: Jan 04, 2024                                  Form ID: 309C                                    Total Noticed: 30719

30598034        Sophie Tice, 3923 E Connecticut St, Bellingham, WA 98226-4437
30598035      + Sophie Trevino, 1940 W Yampa Dr, Prescott, AZ 86305-3986
30598036      + Sophie Vadachkoria, 3534 Salano, San Antonio, TX 78259-2046
30598037        Sophie Wall, 4092 South 460 East, Hemlock, IN 46937
30598038        Sophie Wallner, Ringstr., Apt. 139, Oberhaching, BAYERN 82041, GERMANY
30598039        Sopor Beloin, 10 Lauderdale Rd, Chelmsford, MA 01824-3545
30598040        Soren Ambrose, 109 Front St E, 615, Toronto, ON M5A 4P7, CANADA
30598041        Soren Chipp, 1203 Cloverdale Dr Apt 2, Fort Collins, CO 80524-1839
30598042      + Soren Fairchild, 1404 Washington Boulevard, Pittsburgh, PA 15228
30598043      + Sorority Noise, c/o Alternate Side, 5200 West Century Blvd, Los Angeles, CA 90045-5928
30598051        Sparkles Seymour, 14924 Gypsum Mill Rd, Manor, TX 78653-2282
30598052        Sparkly B.V., Lange Viestraat 2B, 3511 BK Utrecht, NETHERLANDS
30598053      + Sparrow, James, 1219 E Wilson, 202, Batavia, IL 60510-2246
30598055      + Spector & Co., 100 Walnut Street, Champlain, NY 12919-5337
30598057      + Spelman, 771 Essex Rd, Unit 3, Williston, VT 05495-8087
30598058      + Spence, 1234 Hamilton St, Philadelphia, PA 19123-3635
30598059      + Spencer Carter, 812 South Avenue, Sacramento, CA 95838-4345
30598060        Spencer Cloughley, 347 Esther Drive, Barrie, Ontario, L4N 0E7, CANADA
30598061      + Spencer Corbin, 5966 Ershig Rd, Bow, WA 98232-9675
30598062        Spencer Cowley, 324 E Jefferson St, Apt 4, Ann Arbor, MI 48104-2347
30598063      + Spencer Dalrymple, 236 20th Street, New Orleans, LA 70124-1236
30598064        Spencer Dunnings, 14 S Broadway Apt 93A, Irvington, NY 10533-1865
30598065      + Spencer E McLaughlin, 5305 Greenleaf Dr, Swartz Creek, MI 48473-1135
30598066        Spencer Ervin, 2127 SHILLINGS WAY NW, KENNESAW, GA 30152-4167
30598067      + Spencer Fasulo, 3900 SW 27th St. 2D-108, Apartment 2D-108-D, Gainesville, FL 32608-7035
30598068        Spencer Gadbois, 1900 NW 4th St, Ankeny, IA 50023-2152
30598069      + Spencer Gallucci, 3313 Spring Hill Drive, Edmond, OK 73013-6919
30598070        Spencer Holmes, 3641 N FORGEUS AVE, TUCSON, AZ 85716-1055
30598071      + Spencer Homich, 122 Blackfield Dr, Tiburon, CA 94920-2037
30598072      + Spencer Horton, 901 E Holyoke Ave, Apt 22, Spokane, WA 99208-5538
30598073      + Spencer Hunt, 7 Scots Pl., Derry, NH 03038-7359
30598074      + Spencer Leigh, 6208 57th Ave S, Seattle, WA 98118-3019
30598075        Spencer Luxenberg, 21882 Shenandoah Dr, Lake Forest, CA 92630-5740
30598076      + Spencer Mackle, 1279 Yates St, Denver, CO 80204-1027
30598077      + Spencer McClanahan, 16379 Bluebell Pl, Parker, CO 80134-9248
30598078        Spencer Melvin, 4007 Cleveland St, Streator, IL 61364-9623
30598079        Spencer Neiffer, 541 Fort St, Richland, WA 99352-8679
30598080      + Spencer Nelson, 4065 Country Club Dr, Imperial, MO 63052-1168
30598082        Spencer Nord, 2924 N Natoma Ave, Chicago, IL 60634-4809
30598083        Spencer Payne, 310 Blackwater Pl, Longwood, FL 32750-3402
30598084        Spencer Pelletier, 1003 Pinos St, Rhinelander, WI 54501-2746
30598085        Spencer Reinke, 403 Main Ave S, Hankinson, ND 58041
30598086      + Spencer Ryan, 2728 w Francis pl, Chicago, IL 60647-4010
30598088      + Spencer Sharkey, 3028 Mary Helen Ln, San Jose, CA 95136-4846
30598089        Spencer Shay, 13811 S Ralph H Way, Herriman, UT 84096-6731
30598090      + Spencer Stern, 3322 Wyoming Circle, Costa Mesa, CA 92626-2028
30598081      + Spencer noack, 923 blue sky drive NW, Concord, NC 28027-7969
30598087      + Spencer saldana, 303 10th ave, 4A, New york, NY 10001-7031
30598091      + Spenser Hilton, 335 Sapling Way, Atco, NJ 08004-1956
30598092        Spenser Peiffer, 410 Springwood Dr Apt 507, Lebanon, PA 17042-7526
30598093        Spider Webb, 25A Pakuranga Road, Pakuranga, Auckland 2010, NEW ZEALAND
30598094      + Spiderweb Powers, 719 W McGraw St, Seattle, WA 98119-2846
30598095        Spill Tab, 8 Mackintosh Ln, UNITED KINGDOM
30598096        Spirit Industries Inc, 21973 Eva St., PO Box 329, Montgomery, TX 77356-0329
30598097        Spirit of the Beehive, c/o Natasha Parish, Ground Control Touring, Los Angeles, CA 90042
30598099      + Splitting Kings, LLC, 418 S 9th St, Boise, ID 83702-7011
30598102      + Sports Solutions Inc., 614 East Main Street, Pilot Mountain, NC 27041-8517
30598104        Spring Arehart, 6943 E Diamond St, Scottsdale, AZ 85257-3234
30598105        Spring Beinema, 446 Willow Lane, Apt A, Portland, ME 04103
30598106        Spring Savage, 136 Hunterbrook Place Northwest, Calgary, Alberta T2K 4V7, CANADA
30598108      + Squirrel Goodmonson, 2203 Latham St, Rockford, IL 61103-3949
30598109      + Sri, 415 47th st, Brooklyn, NY 11220-1215
30598110        St phane Lamontagne, 685 135e Rue, Apt. 208, Saint-Georges, QUEBEC G5Y 2P7, CANADA

District/off: 0752-1                                    User: admin                                    Page 427 of 507
Date Rcvd: Jan 04, 2024                            Form ID: 309C                            Total Noticed: 30719

30598111       St phanie Bouzon, 23 Avenue Paul Marcellin, Le Fran ois Est - B5, Vaulx-en-Velin 69120, FRANCE
30598112     + St. Regis Group, 60 Industrial Parkway, # 199, Cheektowanga, NY 14227-2774
30598113       Stacey Armstrong, 399 Inglewood Dr, Westerville, OH 43081-4557
30598115       Stacey Howiler, 187 Belt St, Powhatan Point, OH 43942-1313
30598116       Stacey Husted, 3176 Feltrim Pl Apt 305, Kissimmee, FL 34747-3328
30598118       Stacey Kenison, 1515 3rd St, Livermore, CA 94550-4331
30598119       Stacey Melo, 20 Narragansett Blvd, Fairhaven, MA 02719-4912
30598120       Stacey Moore, 135 McCormack Road, 202, Saskatoon, SK S7M 5K4, CANADA
30598121       Stacey Newman, 161 S La Paz St, Anaheim, CA 92807-3924
30598122       Stacey Spencer, 7650 Rivergate Dr, Westland, MI 48185-6964
30598123     + Stacey Taylor, 4559 W Bush Bean Way, San Tan Valley, AZ 85144-2310
30598124     + Stacey Workman, 7508 SE Harrison Street, Portland, OR 97215-4126
30598125       Staci Hoberek, 261 Valleyview Dr, Oakdale, PA 15071-1059
30598126       Staci Reed, 1039 BONNIE BLUE CIR, WILLIAMSTOWN, NJ 08094-3579
30598127     + Staci Sherman, 3512 Sunnyside, Brookfield, IL 60513-1344
30598128       Stacia Wells, 16 Adam Way, Atherton, CA 94027-3902
30598129       Stacie Bacon, 9516 Laurel Oak Ln, Westwego, LA 70094-3174
30598130     + Stacie Daily, 1331 Casitas Circle, Corona, CA 92882-4503
30598131       Stacie Kahtava, 270 Rim View Dr Apt I, Colorado Springs, CO 80919-2326
30598132     + Stacie Koxh, 791 Lonesome Pine Trl, St. Joseph, MI 49085-3827
30598133       Stacie Mellon, 1025 W White Rd, Free Soil, MI 49411-9156
30598134       Stacie Thompson, 1315 W Barry Ave, Chicago, IL 60657-4211
30598135       Stacy Bippert, 1419 Isabella St, Castroville, TX 78009-4331
30598136     + Stacy Cetera, 323 RICHMOND DR, ROMEOVILLE, IL 60446-5041
30598137       Stacy Da roha, 276 Pine Street, Collingwood, Ontario L9Y 2P5, CANADA
30598138     + Stacy Dominguez, 2527 Wightman Street, San Diego, CA 92104-3433
30598139     + Stacy Drake, 1376 Tenagra Way, Columbus, OH 43228-9192
30598140     + Stacy Greer, 2512 Seven Eleven Rd, Chesapeake, VA 23322-3142
30598141       Stacy Lorentson, 795 Gibbons Rd, Sykesville, MD 21784-8855
30598142     + Stacy Ovalle, 505 Terrace Avenue, Hasbrouck Heights, NJ 07604-2319
30598143       Stacy Scott, 19665 SW Oak St, Aloha, OR 97078-4328
30598144       Stacy Sullivan-Nipstad, 1106 S Broadway Ave, Springfield, MO 65807-1300
30598145       Stacy Swentzel, 336 Fairmount Ave, Liverpool, NY 13088-6406
30598147     + Stan Bohlar, 18009 Saddlehorn Lane, Mansfield, TX 76063-5351
30598149     + Standing Room Only, Inc., 207 W Goethe, Chicago, IL 60610-1809
30598150     + Standout Stickers, 4930 Chippewa Rd, Medina, OH 44256-8824
30598151       Stanislav Bauer, Padriku Tee 9/1, 15, Tallinn 11912, ESTONIA
30598152       Staniz Stanislaus, 208 Kent Street, Building 420, Unit 821, Bentley, WESTERN AUSTRALIA 6102, AUSTRALIA
30598153     + Stanley lechert, 616 Burbank court, Lexington, KY 40503-2115
30598154     + Stanton Hancock, 2212 Pin Oak Lane, Slatington, PA 18080-3585
30598156       Star Tucker, 2238 Wheeler St Apt 1, Cincinnati, OH 45219-1220
30598157       Star WangBoHan, 6215 NE 92nd Dr, C/O Jlk360, Portland, OR 97253-1776
30598155     + Star lewis, 8775 Sw Illahee Ct,, Apt. 216, Wilsonville,, OR 97070-5443
30598158     + Starbomb, c/o Real Good Touring Inc., 16255 Ventura Blvd, Encino, CA 91436-2302
30598160     + Starla Jones, 38 N Berlin Pike, Lovettsville, VA 20180-8600
30598163     + State Theatre of Ithaca, 105-117 West State Street, Ithaca, NY 14850-5490
30598164     + Staton, PO Box 801309, Dallas, TX 75380-1309
30598168       Steen Mewes Schnegelsberg, Hans-Sachs-Stra e 3/1, Korntal, BADEN-WURTTEMBERG 70825, GERMANY
30598169     + Steez, c/o Steez Brand, 1020 Olympic Drive, Batavia, IL 60510-1329
30598170       Stef Dijksman, Weerdestein 14, Dordrecht, Zuid-Holland, 3328MJ, NETHERLANDS
30598171     + Stef Youd, 6451 Owl Way, Livermore, CA 94551-8715
30598172       Stefan Heins, 43 Franklyn Gardens, Ilford, ENGLAND IG6 2UT, UNITED KINGDOM
30598173       Stefan Lux, Stichgasse 4, Ternitz 2630, AUSTRIA
30598174       Stefan Milojevic, 36 WILKINSON WAY, PRINCETON, NJ 08540-7342
30598175     + Stefan Murray, 187 Broadleaf Ln, Carson City, NV 89706-1955
30598176       Stefan Placanica, 48 Gold St. Blakehurst, Sydney, New South Wales 2221, AUSTRALIA
30598177       Stefan Uhe, Feldstr. 8, Bielefeld, Nordrhein-Westfalen 33609, GERMANY
30598178       Stefan Visser, prinses Irenestraat, 21, Schoondijke 4507 BC, NETHERLANDS
30598179     + Stefan Young, 91-1141 Keoneula Blvd, Apt N5, EWA BEACH, HI 96706-6059
30598180       Stefania Bernasconi, Via Campagna 44, Faloppio, Como 22020, ITALY
30598181       Stefania Vigna, Via del Fosso dell'Acqua Mariana 120, Roma, Roma 118, ITALY
30598183       Stefanie Cheek, Oakwood Drive, Stafford, VA 22554
30598184       Stefanie Cornejo, 21061 Ponderosa, Mission Viejo, CA 92692-4050

District/off: 0752-1                          User: admin                                    Page 428 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                Total Noticed: 30719

30598185   + Stefanie Dabaghian, 570 Valley Rd, Clifton, NJ 07013-2300
30598186     Stefanie Watson, 82 Brunswick Ave, Bloomsbury, NJ 08804-3011
30598182   + Stefanie albert, 682 Ohio street, Apt 14, Bangor, ME 04401-3195
30598187     Stefano Paleari, Viale Sicilia 95, Pavia, PV 27100, ITALY
30598188   + Steffan Dueling, 28755 SE Strebin Rd, Troutdale, OR 97060-9427
30598189     Steffanee LaTier, 2145 NE 164th St Apt 216, North Miami Beach, FL 33162-4272
30598190     Steffani Abercrombie, 976 PONDEROSA ST, JACKSON, CA 95642-2566
30598191   + Steffanie A Mammoser, 1519 6th ave, Floor 2, Watervliet, NY 12189-2608
30598192   + Steffany Arceo, 2469 Medina Ave, Simi Valley, CA 93063-2651
30598193   + Steffany D Arceo, 2469 Medina Avenue, Simi Valley, CA 93063-2651
30598194     Steffen Dahlke, Borups Alle 215B, 2th, Copenhagen, NV 2400, DENMARK
30598195     Steinhaus, 4215 Meadowvale Drive, Unit 44, Niagara Falls, ONTARIO L2E 5W8, CANADA
30598196     Stella Byrne, 1244 Chatton Ct, Lafayette, CA 94549-3213
30598197   + Stella Lazar, 779 Callaway Drive, Graniteville, SC 29829-4055
30598198   + Stella Renzi, 7227 Kempton street, Joliet, IL 60431-8086
30598199   + Stella Sweeney, 696 Whitehead Rd, Athens, GA 30606-1604
30598200   + Stemberger, 2070 Belmont Rd NW, Apt 106, WA, DC 20009-5410
30598201   + Stenman, Chuck, 217 State St, #217, Batavia, IL 60510-2606
30598202     Steph Berkholtz, 617 N Pine St, Grantsburg, WI 54840-7431
30598203     Steph Forsyth, 355 S Holdaway Rd, Vineyard, UT 84059-2625
30598204     Steph Kudisch, 2754 Barry Pl, Oakland, CA 94601-1915
30598205     Steph Walker, 6 Bramble Place, Macquarie Fields, NEW SOUTH WALES 2564, AUSTRALIA
30598206   + Stephan DeWitz, 929 North James Ave, East Wenatchee, WA 98802-4631
30598207     Stephan Kamptner, Hetzendorferstraaye 121, Wien 1120, AUSTRIA
30598208     Stephan Kaplan, 37A Caledonia St, Sausalito, CA 94965-2116
30598209     Stephane Doucette-Poirier, 177 Hidden Valley Villas NW, Calgary, ALBERTA T3A 5W7, CANADA
30598210     Stephane Dube, 1087 6th Ave, Unit 305, Prince George, CANADA V2L0E5, CANADA
30598211     Stephanie Adkins, 4 Abbey Ct, Chatham, IL 62629-9607
30598212   + Stephanie Allison, 7567 SE Hacienda St, Hillsboro, OR 97123-6149
30598214     Stephanie Andrews, 22 Rochester Road, Bournemouth, ENGLAND BH11 8AG, UNITED KINGDOM
30598215   + Stephanie B Langenderfer, P.O. Box 521, Maple Valley, WA 98038-0521
30598216     Stephanie Bailey, 2711 UNION ST, SAN FRANCISCO, CA 94123-3807
30598217     Stephanie Baker, 3915 N Arnoult Rd, Metairie, LA 70002-1567
30598218   + Stephanie Barnard, 1015 Westridge Knls, Fullerton, CA 92835-4060
30598219   + Stephanie Batista, 126 Derby Street, Apt 2, Salem, MA 01970-5688
30598220     Stephanie Berry, 19 Peachtree Ln, Glen Carbon, IL 62034-4309
30598221     Stephanie Berrys, 80 Olde Bayview Ave, Richmond Hill, ON L4E 3CB, CANADA
30598222     Stephanie Billings, 2953 S Laree St, West Valley City, UT 84120-1670
30598223     Stephanie Borka, 433 E 2nd St, Waconia, MN 55387-1512
30598224     Stephanie Burnett, 14813 Jolynn St, Austin, TX 78725-3000
30598225   + Stephanie Burns, 94995 Windflower Trail, Fernandina Beach, FL 32034-3883
30598226     Stephanie Cintron, 3057 Sherwin Oaks Ln Apt 311, Orange Park, FL 32065-4750
30598227   + Stephanie Cree, 4208 Yucatan Ln, Austin, TX 78727-5966
30598228   + Stephanie Day, 535 E 3rd Street, Boyertown, PA 19512-1609
30598229     Stephanie Deal, 3685 RIVER RD, SHEPHERDSTOWN, WV 25443-5161
30598230     Stephanie Dover, 8437 ORLY AVE, LAS VEGAS, NV 89143-6008
30598231   + Stephanie Ekola, 1934 W Augusta Blvd, Floor 2, Chicago, IL 60622-4944
30598232     Stephanie Foster, 1395 Schoolhouse 5 Rd, White Plains, KY 42464-9602
30598233   + Stephanie Gac, 2825 Neil Ave, Apt. 712, Columbus, OH 43202-2079
30598236     Stephanie Griswold, 246 Southcote Rd, Riverside, IL 60546-1602
30598237     Stephanie Hale, 1119 Taranasay Ct, Charlotte, NC 28269-6959
30598238   + Stephanie Hamiprodjo, 138 Webster St, Apt 1, Boston, MA 02128-2829
30598239     Stephanie Hernandez, 5941 MYRTLE AVE APT 2, RIDGEWOOD, NY 11385-5657
30598240   + Stephanie Herschbach, 1929 Waln Creek Dr. S, Salem, OR 97306-2343
30598241   + Stephanie Higgins, 814 SE Riverside Dr, Evansville Westside, IN 47713-1129
30598242   + Stephanie Hoover, 8113 Sterling Spring Dr., Loveland, OH 45140-6545
30598243   + Stephanie Isabel Giudice, 1022 Church Rd, Wyncote, PA 19095-1614
30598244     Stephanie Janutolo, 1760 GOPHER WOODS RD, ASHEBORO, NC 27205-2061
30598245   + Stephanie Jeanty, 7 Court House Drive, Room 321, Central Islip, NY 11722-4605
30598246     Stephanie June Benton, 360 Picnic Hill Rd, Irvine, KY 40336-7180
30598247     Stephanie Kayla, 811 9TH AVE, EASTMAN, GA 31023-5919
30598248   + Stephanie Kennedy, 636 Mission View Court, New Braunfels, TX 78130-6681
30598249     Stephanie Kim, 17113 Amity Dr, Derwood, MD 20855-2554

District/off: 0752-1                                    User: admin                                              Page 429 of 507
Date Rcvd: Jan 04, 2024                                 Form ID: 309C                                        Total Noticed: 30719

30598250   + Stephanie Langenderfer, P.O. Box 521, Maple Valley, WA 98038-0521
30598251     Stephanie Langga, 114 Marion Dr, Dalton, GA 30720-5733
30598252   + Stephanie Larios, 913 N Indiana St., Griffith, IN 46319-1615
30598253     Stephanie Lausch, K ppel 60, St. Lorenzen am Wechsel, STYRIA 8242, AUSTRIA
30598254   + Stephanie Lechert, 115 Creekside Drive, Danville, KY 40422-1066
30598255     Stephanie Lehto, 1117 S Ventura Cir Unit D, Aurora, CO 80017-5743
30598256   + Stephanie Lucas, 191 Newton St, 44928, Waltham, MA 02453-8637
30598258   + Stephanie Martin, 66 Dublin, Nashua, NH 03063-2046
30598257   + Stephanie Martin, 66 Dublin Ave, Nashua, NH 03063-2046
30598259     Stephanie McBee, 8924 Scarlet Trl, Lantana, TX 76226-5585
30598260   + Stephanie Medcalf, 928 Reasor Avenue, Louisville, KY 40217-1522
30598261     Stephanie Mendonca, 4260 Chardonnay Dr, Rockledge, FL 32955-5133
30598262   + Stephanie Miranda-Salinas, 3013 W Logan Boulevard, Apt 2, Chicago, IL 60647-1799
30598264   + Stephanie Mizener, 7603 Alverstone Way, San Antonio, TX 78250-2982
30598265     Stephanie Mueller, 11016 Mars Ln, Maryland Heights, MO 63043-1927
30598266   + Stephanie Murphy, 1720 East 31st St, North Little Rock, AR 72116-9004
30598267   + Stephanie Nino, 327 S 4th St, Aurora, IL 60505-4313
30598268     Stephanie Prentiss, 80 Northbridge Rd, Mendon, MA 01756-1024
30598269   + Stephanie Price, 6833 North Ocean Boulevard, Villa 14, Boynton Beach, FL 33435-3332
30598270   + Stephanie Pytlewski, 255 Benzinger st., Buffalo, NY 14206-1118
30598271   + Stephanie Riggs, 923 Banks Ave, Knoxville, TN 37917-4333
30598272   + Stephanie Riley, 8342 Elm Rd, Millersville, MD 21108-1249
30598273   + Stephanie Rivas, 14118 Calais St, Baldwin Park, CA 91706-1520
30598274     Stephanie Salazar, 1236 GIRARD BLVD NE, ALBUQUERQUE, NM 87106-1860
30598275     Stephanie Satchwell, 2052 S 500 E, Mill Creek, IN 46365-9601
30598276     Stephanie Schaefer, 240 Hilltop Dr, Seguin, TX 78155-7122
30598277     Stephanie Schmid, 912 Stillhouse Spg, Round Rock, TX 78681-2529
30598278     Stephanie Schreyer, 513 E Conestoga St, New Holland, PA 17557-1430
30598279   + Stephanie Sherman, 5399 Torreyhill Circle, Elmira, MI 49730-9435
30598282     Stephanie Smith, 133 Walter Sinclair Ct, Richmond Hill, Ontario L4E 0X4, CANADA
30598281   + Stephanie Smith, 3581 Cherokee Avenue E, Las Vegas, NV 89121-3521
30598283   + Stephanie Snyder, 18 E Lakeview Ave, Columbus, OH 43202-1215
30598284   + Stephanie Sprouse, 67 Locust St, Verona, VA 24482-2606
30598285     Stephanie Tancs, 1255 NW 9th Ave Apt 705, Portland, OR 97209-2896
30598286     Stephanie Thistlewood, 36 LITTLE POND RD, MERRIMAC, MA 01860-2258
30598287   + Stephanie Thompson, 1013 second street, mount sterling, KY 40353-8185
30598288     Stephanie Town, Apartment #402, 51 Hanmaeum 6-ro, Apt 402, Seosan-si, CHUNGNAM 31994, KOREA
30598289   + Stephanie Upp, 2970 Shasta Road, Berkeley, CA 94708-2142
30598290     Stephanie Ursini, 127 Athabasca Dr, Maple, ONTARIO L6A 2W1, CANADA
30598291     Stephanie Voss, 1410 N 53rd St, Lincoln, NE 68504-3211
30598292   + Stephanie West, 4440 North Trippett Rd, Patoka, IN, IN 47666-9182
30598293   + Stephanie Wiggins, 5681 edenfield rd, Apt. 1415, Jacksonville, FL 32277-9410
30598294   + Stephanie Williams, 41 Wild Rose Avenue, South Portland, ME 04106-6619
30598295     Stephanie Williams, 11830 E CONCORD RD, SAINT LOUIS, MO 63128-1823
30598296     Stephanie Wurdak, Hagenring 41, Friedland 37133, GERMANY
30598297   + Stephanie Yielding, 2215 Pontocola Road, Pontotoc, MS 38863-6370
30598235   + Stephanie garcia, 717 s carlisle st, south bend, IN 46619-3418
30598298   + Stephen Beers, 512 Three Rivers East, Fort Wayne, IN 46802-1318
30598299     Stephen Boxshall, No 6 Delmar Walk, Cairnlea, VIC 3023, AUSTRALIA
30598300   + Stephen Browning, 55 south main street, sheffield, MA 01257-9696
30598301   + Stephen C Merkel, 452 Bishop Dr., Mauldin, SC 29662-2805
30598302     Stephen C van der Linden, 24 Lachlan Road, Melton South, VICTORIA 3338, UNITED KINGDOM
30598303   + Stephen Colandro, 568 Stratford Rd, Union, NJ 07083-8842
30598305   + Stephen Davis IV, 1125 Vernon Drive, Aubrey, TX 76227-8192
30598307   + Stephen Estes, 2521 sandstone circl, Murfreesboro, TN 37130-2976
30598308   + Stephen Faust, 20 Adams ST, APT 4, Bangor, ME 04401-6561
30598309   + Stephen Finch, 620 1st St, Menasha, WI 54952-3110
30598310     Stephen Finn, 4003 Agua Dulce Blvd, La Mesa, CA 91941-7045
30598311   + Stephen Flickner, 8235 Bentwood Circle West Drive, APT 2A, Indianapolis, IN 46268-2898
30598312     Stephen Frazier, 10539 132nd Rd, Winfield, KS 67156-6855
30598313     Stephen Galgocy, 35 Pleasant Grove Rd, Long Valley, NJ 07853-3446
30598314     Stephen Ghausi, 2114 Bridgegate Ct, Westlake Village, CA 91361-1710
30598315     Stephen Henderson, 454 Corman Rd, Nicholasville, KY 40356-8945

District/off: 0752-1 User: admin Page 430 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| 30598316 | | Stephen Ivory, 2889 S 1400 E, Salt Lake City, UT 84106-3438 |
|---|---|---|
| 30598317 | | Stephen Jesse, 7030 Elm Hill Ct, Charlotte, NC 28217-3500 |
| 30598318 | | Stephen Kelly, Apartado 98, Lagoa, Portugal, Lagoa, FARO 8400-999, PORTUGAL |
| 30598319 | | Stephen Keogh, 56 Beechwood Court, Stillorgan, DUBLIN A94 A51X, IRELAND |
| 30598321 | | Stephen Kevin Loades, 18 Longstock Crescent, Totton, Southampton, England, SO40 8ED, UNITED KINGDOM |
| 30598322 | + | Stephen Lang, 37 Lake St, Concord, NH 03301-3215 |
| 30598323 | + | Stephen Lee Ledford, 12027 Oakview Way, San Diego, CA 92128-5296 |
| 30598324 | + | Stephen Longfield, 609 Los Pinos Ave, Milpitas, CA 95035-3922 |
| 30598325 | | Stephen Lucich, 740 Darien Way, San Francisco, CA 94127-2527 |
| 30598326 | | Stephen MacDonald, 110 Margueretta Street, Toronto, Ontario M6H 3S3, CANADA |
| 30598328 | + | Stephen Matoian, 153 harding bridge road, B, Gorham, ME 04038-2514 |
| 30598329 | | Stephen Matthews, 2300 Schlosser Rd, Harleysville, PA 19438-3131 |
| 30598330 | | Stephen McCoy, 814 Lindsay Ct, Richmond, VA 23229-6824 |
| 30598331 | + | Stephen McVerry, 510 Fellsway East, Malden, MA 02148-1008 |
| 30598332 | | Stephen Mullinax, 3000 S White Salmon Dr, Ridgefield, WA 98642-7031 |
| 30598333 | | Stephen Newsom, 615 Lake Forest Rd, Clearwater, FL 33765-2230 |
| 30598334 | + | Stephen Orlando, 37 TROLLEY RD, CORTLANDT MANOR, NY 10567-1367 |
| 30598335 | + | Stephen Ortiz, 9139 Bridalveil Circle, Stockton, CA 95212-3108 |
| 30598336 | | Stephen Parish, 7716 NW 79th Pl, Kansas City, MO 64152-2183 |
| 30598337 | + | Stephen Perrin, 29727, Hiram Ct, Chesterfield, MI 48051-2156 |
| 30598338 | + | Stephen Pic, 61 Ravine Drive, Matawan, NJ 07747-2925 |
| 30598339 | | Stephen Porte, 7751 Black River Rd., Georgina, on L0E 1RO, CANADA |
| 30598340 | + | Stephen R Harper, 14491 Township Rd 1064, Thornville, OH 43076-9405 |
| 30598341 | | Stephen Reynolds, 123 Martin Road Fairfield, Dunedin, Otago 9018, NEW ZEALAND |
| 30598342 | | Stephen Rini, 1485 S Meadow Rd, Merrick, NY 11566-1309 |
| 30598343 | | Stephen Ritchie, 5 Best Avenue, Kenilworth, ENGLAND CV8 2TN, UNITED KINGDOM |
| 30598344 | + | Stephen Rodenhiser, 79 Salem Street, Wilmington, MA 01887-1319 |
| 30598345 | | Stephen Rubio, 820 Redondo Ave Apt 105, Long Beach, CA 90804-5193 |
| 30598346 | | Stephen Smith, 1100 Courtland Ave E, Apt. 702, Kitchener, ON N2C2H9, CANADA |
| 30598347 | + | Stephen Smith, 2717 Pratt Rd, Lot 6, Little Rock, AR 72206-5558 |
| 30598349 | | Stephen Taller, 1980 Greenland Way Apt 208, Knoxville, TN 37932-1857 |
| 30598351 | + | Stephen Tate, 9009 North FM 620 Rd, Apt. 2208, Austin, TX 78726-4228 |
| 30598352 | | Stephen Teti, 17 Denise Ct, Metuchen, NJ 08840-2213 |
| 30598353 | + | Stephen Todd, 1611 13th Street South, Birmingham, AL 35205-6601 |
| 30598354 | + | Stephen Todora, 1713 15th Ave, Menominee, MI 49858-2527 |
| 30598355 | + | Stephen Tucker, 197 Pierson Ct, Malvern, AR 72104-7716 |
| 30598356 | + | Stephen Van Fossen, 4235 Ladoga Ave, Lakewood, CA 90713-3227 |
| 30598357 | | Stephen Wolf, 725 W River St, Bourbonnais, IL 60914-1845 |
| 30598358 | + | Stephen Wuhl, 208 Brittany Drive, Wayne, NJ 07470-3292 |
| 30598359 | | Stephen Wurtemberg, 102 Nancy Ln, Hackettstown, NJ 07840-1032 |
| 30598360 | | Stephen Wyles, 68 Elysian st., St. Thomas, ONTARIO N5P 1R9, CANADA |
| 30598306 | | Stephen dubinski, 3389 Mount Ln, Hubertus, WI 53033-9640 |
| 30598320 | + | Stephen kessel, 16005 Arbor view Blvd, Apt. 437, Naples, FL 34110-2244 |
| 30598348 | + | Stephen spinola, 124 Deer Ridge Lane, Hendersonville, TN 37075-5077 |
| 30598361 | + | Stetson Fields, 98 Siesta Drive, Apt. 1, Minot AFB, ND 58704-2293 |
| 30598362 | | Stetson Medley, 9 Edgefield Ln, Allen, TX 75002-7756 |
| 30598364 | | Steve Bramwell, 3 Wolverley Road, Birmingham, ENGLAND B324EH, UNITED KINGDOM |
| 30598365 | + | Steve Bukvich, 714 6th St S, VA, MN 55792-3044 |
| 30598366 | + | Steve Casillas, 16014 North 48th Place, Scottsdale, AZ 85254-9602 |
| 30598367 | | Steve Courtney, 422 W Lincoln Ave, Petersburg, IL 62675-1662 |
| 30598368 | + | Steve Digitalrash Hall, 439 enterprise dr, Rohnert park, CA 94928-2402 |
| 30598369 | | Steve Fallert, 107 INDIAN DR, GREENTOWN, PA 18426-7681 |
| 30598370 | + | Steve Graham, 1538 Cahill Drive, EAST LANSING, MI 48823-4725 |
| 30598371 | + | Steve Grimmett, 2908 Blaisdell Rd, Redondo Beach, CA 90278-1713 |
| 30598372 | + | Steve Hlavaty, 32 Deepwood Pl, Lancaster, NY 14086-3356 |
| 30598373 | | Steve Lellouche, 3208 NW 23rd Ct, Boca Raton, FL 33431-6262 |
| 30598374 | + | Steve Lentz, 341 HOLOLANI ST, MAKAWAO, HI 96768-8616 |
| 30598375 | + | Steve Lombardi, 4217 SW DONOVAN ST, SEATTLE, WA 98136-2, Seattle, WA 98136-2532 |
| 30598376 | | Steve Mura, 26 Holland Rd, South Orange, NJ 07079-2712 |
| 30598377 | + | Steve Nguyen, 13721 BERKSHIRE WAY, GARDEN GROVE, CA 92843-3558 |
| 30598378 | | Steve Robbins, 5846 E Creekside Ave Unit 32, Orange, CA 92869-5703 |
| 30598379 | | Steve Ruta, 650 Myatt Dr, Madison, TN 37115-2127 |
| 30598380 | | Steve Sander, 2005 Della Dr, Chanhassen, MN 55317-5403 |

District/off: 0752-1                          User: admin                                      Page 431 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                   Total Noticed: 30719

30598381    + Steve Schenk, 6731 Aviva Way, Indianapolis, IN 46237-9136
30598382      Steve Shanahan, 683A East Coast Road, Auckland, Auckland 630, NEW ZEALAND
30598383      Steve Simon, 956 Westchester Road, Grosse Pointe Park, MI 48230
30598384    + Steve Stines, 3601 Angel Ct, Myrtle Beach, SC 29579-1833
30598386    + Steve Woosley, 554 Old Loudon Rd, Cohoes, NY 12047-4910
30598387      Steven 'Crash' Parsons, 25866 Pioneer Way NW, Poulsbo, WA 98370-9535
30598389    + Steven Aguilar, 3340 S Parnell Ave, Chicago, IL 60616-3518
30598390    + Steven Alfano, 5055 N Sheridan Rd, APT 2N, Chicago, IL 60640-6414
30598391      Steven Allen, 337 Paquita Cir SW, Palm Bay, FL 32908-3468
30598392    + Steven Alvarado, 9836 Bluffcreek Drive, Dallas, TX 75227-7807
30598393      Steven Apelt, Simonweg 7, Bunde, Nordrhein-Westfalen, 32257, GERMANY
30598394    + Steven Baar, 4162 E Carriage Ct, Gilbert, AZ 85297-9508
30598395    + Steven Baltizar, 557 W 140th St, Apt 4C, NY, NY 10031-7055
30598396      Steven Borkman, 4033 Anissa Ave, Orlando, FL 32814-6151
30598397    + Steven Breukelman, 452 Blue Heron Road, Dover, DE 19904-4725
30598398    + Steven Chartier, 1035 E Hile Rd, Norton Shores, MI 49441-5650
30598399    + Steven Christopherson, 1318 Randall Avenue, Cheyenne, WY 82001-7209
30598400    + Steven Cooper, 1682 Wexford Ave., Parma, OH 44134-2016
30598401      Steven Cooper, 9914 RIDGEHAVEN DR, DALLAS, TX 75238-2623
30598402    + Steven Cortez, 3801 Fargo ave, Skokie, IL 60076-3915
30598403      Steven Cowan, 5941 Flavel Street, Colorado Springs, CO 80918
30598404    + Steven Crosby, 700 Marlboro Avenue, Chattanooga, TN 37412-2530
30598405      Steven DeFrank, 11715 HIGHLAND COLONY DR, ROSWELL, GA 30075-5600
30598406    + Steven DiDomizio, 5521 W Pauling Rd, Monee, IL 60449-9720
30598407      Steven Farndale, 1664 Joyce Street, Coldbrook, Nova Scotia B4R 1A4, CANADA
30598408    + Steven Feazell, 267 Pinecroft Road, Anniston, AL 36207-4831
30598409      Steven Flemens, 2306 Sherman Dr, Killeen, TX 76543-2591
30598410    + Steven Fournier, 18 Howard Street, Holyoke, MA 01040-2553
30598411    + Steven Frost, 2117 Beford st, Apt. 18, Durham, NC 27707-2003
30598412    + Steven Garfield, 731 W. 158th St., Gardena, CA 90247-4503
30598414      Steven Garnett, 924 Teasel Dr Apt 1, Kingsport, TN 37660-3241
30598415      Steven Gonzales, 3391 Signet Dr, Waterford Township, MI 48329-4065
30598416    + Steven Grondell, 366 Main St, Bridgton, ME 04009-1341
30598417    + Steven Haas, 1208 Probasco Way, Sparks, NV 89431-4660
30598418    + Steven Haire, 12113 Ranleigh CT, Raleigh, NC 27613-5525
30598419    + Steven Hall, 439 enterprise drive, Rohnert park, CA 94928-2402
30598420      Steven Heine, 9755 Magnolia St NW, Coon Rapids, MN 55433-5449
30598421    + Steven Hewitt, 109 Leroy street, Plum, PA 15239-1421
30598422    + Steven Hodac, 4109 Palmetto Bay Dr., Elkton, FL 32033-2037
30598423      Steven Impson, 3/26 Capper St, Camden Park, South Australia 5038, AUSTRALIA
30598424      Steven J Kurth, 309 Congress Ave, Lansdowne, PA 19050-1044
30598425    + Steven Knight, 2203 N Baltimore St, B5, Kirksville, MO 63501-1937
30598426      Steven Knight, 2546 3rd St NE Apt 2, Minneapolis, MN 55418-3429
30598427      Steven Knobloch, N116W17841 Blackstone Cir, Germantown, WI 53022-5665
30598428    + Steven Kosloski, 1304 Santa Ynez Avenue, Apt. 307, Chula Vista, CA 91913-1489
30598429    + Steven Leacock, 25 S Church Rd, Unit 168, Maple Shade, NJ 08052-3064
30598430    + Steven Lemmerman, 1825 7th St NW, Apt 919, WA, DC 20001-5182
30598431    + Steven Lewis, 370 Lovers Lane, Vacaville, CA 95688-4321
30598432    + Steven Lindenfelser, 24312 Las Naranjas Drive, Laguna Niguel, CA 92677-2119
30598433    + Steven Lujan, 808 Powell St, Unit 104, Hollister, CA 95023-4672
30598434    + Steven M Sikora, 11086 S MAPLELAWN AVE, Taylor, MI 48180-4110
30598435    + Steven MacMaster, 314 Spring St, Apt. 5, Portland, ME 04102-3648
30598436      Steven Madden, 10 Baker Ave, Weymouth, MA 02188-2508
30598437      Steven Madow, 3009 Stanfield Ave, Orlando, FL 32814-6778
30598438    + Steven Marseglia, 5305 Covey Ct, Raleigh, NC 27609-4157
30598439    + Steven McCuistion, 2016 W. Broadway Avenue, Unit 8, Moses Lake, WA 98837-2661
30598440    + Steven McNeece, 3245 Clover Way, Apt 313, Reno, NV 89509-4708
30598441    + Steven Mignano, 427 S Lincoln St, Apt 1, Denver, CO 80209-1676
30598442    + Steven Miller, 1840 Lemoyne St, Los Angeles, CA 90026-1863
30598443    + Steven Nease, 2415 Old Parrottsville Hwy, Parrottsville, TN 37843-3373
30598444    + Steven Orlowski, 23910 LeBern Dr, North Olmsted, OH 44070-1029
30598446    + Steven Pollastri, 18 Peters Drive, apt. 4, Leominster, MA 01453-2186
30598447    + Steven Popoli, 10826 Holman Avenue, 44928, Los Angeles, CA 90024-5721

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice   Page 433 of 508
District/off: 0752-1                                    User: admin                                    Page 432 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                          Total Noticed: 30719

30598448        Steven Price, 131 university ave w, Suite 609, Waterloo, ONTARIO N2L0J9, CANADA
30598449     +  Steven Rhoads, 3045 Stoney Creek Rd, East Norriton, PA 19401-1319
30598450     +  Steven Rosscoe, 4201 Cedar Elm Ln, Apt B280, Wichita Falls, TX 76308-7405
30598451     +  Steven Sanchez, 1850 S Diamond Bar Blvd, Apt. 904, Diamond Bar, CA 91765-2980
30598452     +  Steven Schwartz, 180 Brookline Ave., Apt. 1226, Boston, MA 02215-3928
30598453     +  Steven Sdrougias, 625 Brouilly Drive, Kenner, LA 70065-1101
30598454     +  Steven Smallwood, 44980 Hamptons Blvd, Apt 112, Leonardtown, MD 20650-4751
30598455        Steven Soto, 802 Colwell St, Maumee, OH 43537-3518
30598456        Steven Stafsholt, 327 S 800 E, Salt Lake City, UT 84102-2207
30598457        Steven Stansfield, 295 Weaver Rd, Millersburg, PA 17061-9513
30598458        Steven Steenburgh, 287 Haystack Ave, Pataskala, OH 43062-7367
30598460     +  Steven Vitale, 446 Genesee Ave, Staten Island, NY 10312-3204
30598461        Steven Weaks, 4360 Contest Rd, Paducah, KY 42001-8846
30598463        Steven White, 1104 Eastern Valley Rd, Bessemer, AL 35020-8605
30598464        Steven Wigan, 4 Wigan Avenue, Highfields, Queensland, 4352, AUSTRALIA
30598465        Steven Wilson, 392 Creed Hill Rd, Pittsford, VT 05763-9594
30598466        Steven Worrel, 15706 CRISSOM LN, AUSTIN, TX 78728-1402
30598459     +  Steven vance, 101 saybrooke drive, Lititz, PA 17543-8798
30598462     +  Steven wells, 3730 Shane point place, Nashville, TN 37211-8629
30598467     +  Stevens, 904 Sheryn Dr, Burleson, TX 76028-8666
30598468        Stevie Gallow, 265 Savoy Crescent, Oakville, ONTARIO L6L1Y2, CANADA
30598469     +  Stevie Lipp, 1367 Roosevelt Ave, Flint, MI 48503-4840
30598470     +  Stevie Poreca, 19 Windermere Rd, Dorchester, MA 02125-2015
30598471     +  Stevo Johns, 413 Flora Ave, Clinton, MO 64735-2945
30598472        Stewart Brown, Middleton Farm Steadinh West, Aberdeen, SCOTLAND AB238BS, UNITED KINGDOM
30598473        Stewart Graham, 567 Columbia St, Lillooet, BC V0K 1V0, CANADA
30598474        Stewart Graham, P.O. Box 1909, Lillooet, BC V0K1V0, CANADA
30598475     +  Stewart Hall, 4212 Lafayette dr, Macon, GA 31204-6316
30598476        Stewart Reid, 296 Inkerman St., Apt. 1, Paisley, ONTARIO N0G2N0, CANADA
30598477     +  Sticker Giant, 880 Weaver Park Road, Longmont, CO 80501-6024
30598478     +  Sticker Mule, 336 Forest Ave, Amsterdam, NY 12010-2723
30598481        StickerYou, 670 Caledonia Rd. Suite 101, Toronto, ON M6E 4V9, CANADA
30598480        Stickerbeat Inc., 63 Galaxy Blvd Unit 1, Toronto, ON M9W 5R7, CANADA
30598482        Stijn D'Hondt, Ernest Claeslaan, 5a, Aartselaar, ANTWERPEN 2630, BELGIUM
30598483        Stijn Maris, 75 Greenhills, KillingWorth, ENGLAND NE125BA, UNITED KINGDOM
30598484        Stiliyan Stoynov, Hufelandstra e 7, Bad Bevensen 29549, GERMANY
30598487     +  Stokes, Eric, 1153 Wilson street, Apt 3N, Batavia, IL 60510-1678
30598488     +  Stone Maguire, 4685 Pinedale Ave, Clarkston, MI 48346-3754
30598489     +  Stone Stewart, 33 Hadaway Ln, Laurel, MS 39443-8651
30598490        Stone Stone, 9765 Lehman Rd, Worthington, IN 47471-6244
30598491        Stoney Buster, 27027 Tamiami Trl E, Naples, FL 34114-9796
30598494     +  Storm Hall, 3440 golfview Drive, Unit 121, Eagan, MN 55123-1283
30598495     +  Stormie Sterling, 300 Champions Dr, Apt. 612, Lufkin, TX 75901-7255
30598496     +  Stouse, 300 New Century Pkwy, New Century, KS 66031-1128
30598497     +  Straitjacket LLC, 2303 E Indian School Rd, Phoenix, AZ 85016-6261
30598498     +  Strand Entertainment Group LLC, 79 Washington St., Providence, RI 02903-1832
30598500     +  Straw, 4111, Cohasset Crossing, Noblesville, IN 46062-6122
30598501        Streeter Clow, 1545 Olivesburg Rd, Mansfield, OH 44905-1346
30598502     +  Strength & Honor, 9514 S Kilbourn Ave., # 1B, Oak Lawn, IL 60453-7205
30598503        Stuart Davidge, 34 Lakeside Gardens, Farnborough, England GU14 9JG, UNITED KINGDOM
30598505     +  Stuart Foley, 211 Birdie Lane, Wilmington, NC 28405-3864
30598506     +  Stuart Gossler, 212 E 1st Ave., Unit F-8, Post Falls, ID 83854-7156
30598507        Stuart Hayter, 1243 N Greenview Ave Apt 3F, Chicago, IL 60642-3346
30598508        Stuart Melville, 44959, 11 St Andrews Square, Glasgow, SCOTLAND G1 5PJ, UNITED KINGDOM
30598509     +  Stuart Moutrie, 135 N Walnut St, Elmhurst, IL 60126-2633
30598510     +  Stuart Pidrak, 10001 S 1st St., #531, Austin, TX 78748-6695
30598511     +  Stubb's Austin Restaurant Co., 801 Red River St., Austin, TX 78701-3312
30598512     +  Stuff A Mug, 136 Rt. 10#275, East Hanover, NJ 07936-2113
30598514        Styles Steinhauer, 11908 86 Street Northwest, Edmonton, AB T5B 3K2, CANADA
30598516     +  Sub Pop Records, 520 S. Brandon St, Seattle, WA 98108-2238
30598517     +  Sucher, Paige, 1600 RIVERDALE RD, LOT 38, ROCK FALLS, IL 61071-2450
30598519     +  Sudan Archives, 522 S. Concord St., Los Angeles, CA 90063-3116
30598520        Suddath Home C/O Felix, 130 Clover Rd, Louisville, KY 40229-3423

30598522    + Sue Rubin, 1850 Tiffin Road, Oakland, CA 94602-1814
30598523      SueAnne Harms, 4960 Shady Oak Trl, Grand Prairie, TX 75052-4468
30598524    + Suella Gentry, 8273 Harcourt Rd, Apt 125, Indianapolis, IN 46260-2028
30598528      Suji Song, #102, 40-11 Wonhyo-ro 35-gil, #102, 17-1 Sinchang-dong, Seoul, Yongsan-gu 4363, SOUTH KOREA
30598529    + Sujit Das, 3376 VINEYARD HILL DR, ROCHESTER, MI 48306-2263
30598530      Sukhi Theara, 34230 Elmwood Drive, Abbotsford, BC V2S 0J1, CANADA
30598531      Sukhmeet Singh, 30 Venue Road, Brampton, Ontario, L6P 4E5, CANADA
30598532      Sukhraj Singh, 4810 W Mineral Ln, New Palestine, IN 46163-8043
30598533      Suki Zhang, 1915 2nd Ave Apt 1514, Seattle, WA 98101-2351
30598534    + Sulli Norris, 3227 NW 64th St, Seattle, WA 98107-2616
30598535    + Sullivan, 12 Abbott Drive, Huntington, NY 11743-2124
30598536      Sully Vanne, 13118 Lost Lake Rd Trlr 3, Snohomish, WA 98296-5410
30598537    + Sumeet Kotwal, 78 Robin Court, Middletown, CT 06457-6253
30598538    + Summer Blancq, PO Box 561, Wilmington, NY 12997-0561
30598539    + Summer Block Lizer, 1959 North Raymond Avenue, Pasadena, CA 91103-1735
30598540    + Summer Dail, 2034 Belmont Boulevard, Abilene, TX 79602-5803
30598541      Summer Denn, 2 Island View Ter, Ocean View, NJ 08230-1168
30598542      Summer Leniger, 4004 Hutson Ave, Nashville, TN 37216-1603
30598543      Summer Littler, 6930 Medicine Bow Ave, Fountain, CO 80817-1316
30598544    + Summer Lomba, 150 South Bryan Rd, Apt. 608, Dania, FL 33004-3150
30598546      Summer Metcalfe, 15A Pinehurst Crescent, Russley, Christchurch, Canterbury 8042, NEW ZEALAND
30598547    + Summer Morel, 221 Gravel Bend Road, Cherry Hill, NJ 08034-3142
30598548      Summer Myers, 221 N Maple Rd, Saline, MI 48176-1219
30598549    + Summer Nichols, 27 Canadaway st, Lower, Lower, Fredoinia, NY 14063-2120
30598550      Summer Salt, c/o Alternate Side Productions, LLC, 65250 Platt Ave., West Hills, CA 91307
30598551    + Summit Ellens, 43050 Twelve Oaks Crescent Dr, Apt 6044, Novi, MI 48377-3437
30598552      Sumsul Alam, 2/3 Wardiburn Road, Edinburgh, SCOTLAND EH5 1NB, UNITED KINGDOM
30598553    + Sun Aggarwal, 1591 Lakeway Drive, Fleming Island, FL 32003-7785
30598554      Sun Shin, 2810 ROUTH CREEK PKWY APT 2123, RICHARDSON, TX 75082-0099
30598556    + Sunhi Keller, 274 w 140th st, Apt. 45, NY, NY 10030-1739
30598557      Sunita Jalim, 2924 Prospect Street, Abbotsford, BC V2T4E3, CANADA
30598558    + Sunnet Owens, 586 Cutwater Lane, Foster City, CA 94404-3997
30598559    + Sunny Johnson, 3423 Whitehurst Rd, Greensboro, NC 27410-2427
30598560      Sunny Leet, 294 waterville road, North shields, ENGLAND NE29 6BP, UNITED KINGDOM
30598561    + Sunshine Tucker, 620 E Lauridsen Blvd, Port Angeles, WA 98362-7956
30598562    + Suntex Industries, 5000 S Main St, Winston Salem, NC 27107-6818
30598563    + Super American, 138 Woodbridge Ave, Buffalo, NY 14214-1624
30598564    + Sur Rajan, 235 west 100th street, 2F, NY, NY 10025-5338
30598565      Susan Bailey, 4637 Ithaca St, Metairie, LA 70006-2708
30598566    + Susan Bleyle, 2725 S SR 100, Tiffin, OH 44883-8999
30598567      Susan Burton, 3 Queen St, Corner Brook, Newfoundland and Labrador, CANADA
30598568      Susan Busch, 10 GARDINER PL, MONTCLAIR, NJ 07042-4415
30598570    + Susan Cluff, 142 Gilbert Ln, Wrightsville, PA 17368-9060
30598571      Susan Combs, 23 Wildwood Dr, Newburyport, MA 01950-4529
30598572      Susan Cook, Waterdale, 70 St Ninians Road, Linlithgow, Scotland EH49 7BN, UNITED KINGDOM
30598573      Susan Craddock, 72 Cobblestone Dr, Shoreham, NY 11786-2359
30598575      Susan DeStefanis, 9687 Lenore, Redford, MI 48239-1690
30598574      Susan Deason, 1785 Linden Ave, Memphis, TN 38104-6121
30598576      Susan Dobrasz, 53 5th Ave Apt B, North Tonawanda, NY 14120-6632
30598577      Susan Fenton, 8103 130 Avenue Northwest, Edmonton, AB T5C 1Y6, CANADA
30598578      Susan Franks, 275 Conover St Apt 5B, Brooklyn, NY 11231-1037
30598579      Susan Hanson, 13935 Wrayburn Rd, Elm Grove, WI 53122-1249
30598580      Susan Hardee, 3904 Cedar Crest Ln, High Point, NC 27265-9406
30598581    + Susan Hegarty, 4635 E Camino Rosa, Tucson, AZ 85718-4414
30598582    + Susan Herner, 604 K St, SE, Auburn, WA 98002-6225
30598583      Susan Josephs, 3801 Mc Michael St, Philadelphia, PA 19129-1009
30598584    + Susan Keefe, 1129 Albright Ave, Wyomissing, PA 19610-2213
30598585      Susan Keeton, 18017 Cerrado Cir, Edmond, OK 73012-7641
30598586      Susan Lauderdale, 324 State St, Lake Charles, LA 70605-5622
30598587      Susan Lazer, 2a Cannon Hall Drive, Brighouse, ENGLAND HD6 4JR, UNITED KINGDOM
30598588      Susan Levitt, 726 Taft St, Port Townsend, WA 98368-5429
30598589    + Susan Lewis, 1540 Gascony Rd, Encinitas, CA 92024-1221
30598590      Susan Maggio, 5417 Barnum Rd, Akron, NY 14001-9744

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 434 of 507 |
| Date Rcvd: Jan 04, 2024 | Form ID: 309C | Total Noticed: 30719 |

30598591       Susan Meserve, 354 Lake St, Apt. 3, Bristol, NH 03222
30598592   +   Susan Osendorf, 6495 138th Ct. N, Hugo, MN 55038-4759
30598593       Susan Perry, 106 Hagar Ct, Santa Cruz, CA 95064-1029
30598594       Susan Pichey, 2316 Apple Tree Dr, Burton, MI 48519-1576
30598595   +   Susan Pinkowski, 1321 Mayfair Lane, Grayslake, IL 60030-3770
30598596   +   Susan R Hocutt, 1753 Collins Hill Road, Lawrenceville, GA 30043-3618
30598597   +   Susan Roberts, 14711 Magnolia Ridge Loop, Winter Garden, FL 34787-5631
30598598       Susan Shah, 581A 20TH ST, BROOKLYN, NY 11218-1165
30598599   +   Susan Skawinski, 31 Dillingham Way, Plymouth, MA 02360-8271
30598600       Susan Smith, 5910 FRONT ROYAL DR, AUSTIN, TX 78746-7261
30598601       Susan Stanton, 104 HORNCLIFFE WAY, HOLLY SPRINGS, NC 27540-6871
30598602       Susan Thomas, 423 Belknap Rd, Framingham, MA 01701-2807
30598603   +   Susan Todd, 2648 Steeplechase Rd, Gastonia, NC 28056-1642
30598604       Susan Toth, 1277 CLENDON CIR, LELAND, NC 28451-2069
30598605   +   Susan Vitas, 28180 Oregon Road, Lot 749, Perrysburg, OH 43551-6500
30598606       Susan Walker, 1900 S 23rd St, Lincoln, NE 68502-2716
30598607   +   Susan Watson, 325 Teaberry Ct, Toms River, NJ 08753-3184
30598608       Susan White, 7813 Auklet Dr SE, Olympia, WA 98513-5501
30598610       Susana Quevedo, 13164 SW 19th Ter, Miami, FL 33175-1312
30598611   +   Susanna Newsom, 896 Clement Hill Rd., Hopkinton, NH 03229-3372
30598612   +   Susannah Crichton, 1464 NW 120th St, Clive, IA 50325-8208
30598613       Susannah Darling, 6905 WHISTLERS COVE DR, MIDLOTHIAN, VA 23112-6148
30598614       Susanne Hegedus, 154 Lumber Ln, New Ringgold, PA 17960-9048
30598615       Susanne Hill, Kaiserstrasse 58, Mainz 55116, GERMANY
30598616   +   Sush Sinha, 1845 Mountainside Sr, Blacksburg, VA 24060-9203
30598618   +   Susie Baker, 708 Hawk Dr, Mahomet, IL 61853-3320
30598620       Susie Malcolm, 646 Patterson Farm Rd, Mooresville, NC 28115-8276
30598621   +   Susie McCoy, 1283 Windsor Drive, Beavercreek, OH 45434-8019
30598622   +   Susie Swann, 214 Mountain Dale Rd, Central, SC 29630-8710
30598623       Susie Wasman, 922 Poplar Dr, Altamonte Springs, FL 32714-7019
30598625       Suzanne E Wilgus, 151 CHERRY BLOSSOM DR, CAMDEN, DE 19934-4917
30598626       Suzanne Grigalunas, 2736 W ALTGELD ST, CHICAGO, IL 60647-1872
30598627   +   Suzanne Ibrahim, 2529 Castle Road, apt A, Burleson, TX 76028-1479
30598628       Suzanne Johnsrud, 135 Luce Line Rdg, Maple Plain, MN 55359-9691
30598629       Suzanne Kaplan, 3345 Toomer Kiln Cir, Mount Pleasant, SC 29466-9064
30598630   +   Suzanne Milewski, 55 Ashfield Court, Smyrna, DE 19977-3909
30598631       Suzanne Oman, 2558 Fireflag Ln, Sarasota, FL 34232-2500
30598632       Suzanne Smilack, 2750 Plymouth Ave, Columbus, OH 43209-1823
30598633   +   Suzanne Snover, 5236 ARLINGTON DR W, Hanover Park, IL 60133-5550
30598634   +   Suzanne Tamargo, 6773 W. LOUISE DR., none, Glendale, AZ 85310-5209
30598635       Suzanne Tannenbaum, 82 Exeter St, Newton, MA 02465-2809
30598636   +   Suzie Brown, 4288 Coach Light Trail, Dayton, OH 45424-8039
30598637       Suzuki Kento, #501 3-13-10 Tsurumaki, Setagaya, Tokyo 154-0016, JAPAN
30598638   +   Suzy Allen, 2009 Pine Bluff St, Greensboro, NC 27403-3226
30598639       Suzy Miller, 861 Edgewater Dr, Buffalo, NY 14228-3027
30598640       Suzy Pannkuk, 6598 Pheasant Run S, Circle Pines, MN 55014-5400
30598641       Sweda Company LLC, 17411 E Valley Blvd, City of Industry, CA 91744-5159
30598642       Sydh Bhageerutty, 2481 Taunton Road, Apt. 910, Oakville, Ontario, L6H3R7, CANADA
30598643   +   Sydnee Davis, 555 East 3rd Avenue, C, Chico, CA 95926-2666
30598644       Sydney Adair, 52 S DENNY ST, INDIANAPOLIS, IN 46201-4408
30598645       Sydney Angel, 1324 N Genesee Ave, Los Angeles, CA 90046-4717
30598646       Sydney Bernal, 2411 Nantucket Green Ct, Sun City Center, FL 33573-6559
30598647   +   Sydney Black, 12043 E Via de Palmas, Chandler, AZ 85249-3406
30598648   +   Sydney Blosch, 2541 10th AVE West, Seattle, WA 98119-2526
30598649   +   Sydney Brown, 352 E 91st St, Apt 18, NY, NY 10128-6008
30598650       Sydney Caldwell, 41 SCHOOL ST, S KINGSTOWN, RI 02879-3316
30598651       Sydney Chirls, 1690 Filbert St Apt 6, San Francisco, CA 94123-3732
30598652   +   Sydney Fournier, 1208 Cedar Bend Dr., Grand Blanc, MI 48439-3405
30598653   +   Sydney Gurek, 5244 Addison Street, Philadelphia, PA 19143-1517
30598654       Sydney Hahn, 26141 Shadow Rock Ln, Valencia, CA 91381-0655
30598655       Sydney Hammond, 23-2810 15th Ave NE, Salmon Arm, British Columbia, V1E0G2, CANADA
30598656   +   Sydney Holmes, 1005 Rooney Drive, Joliet, IL 60435-3019
30598657       Sydney Johnson, 23 Drummond St Apt 4, Auburn, ME 04210-5863

District/off: 0752-1                          User: admin                                    Page 435 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                               Total Noticed: 30719

30598658    + Sydney K Winters, 12410 Coastal Marsh Dr., Berlin, MD 21811-2768
30598659    + Sydney Kulsic, 50 S. Lincoln ST. P.O. 758, WA, PA 15301-4812
30598660    + Sydney L Stover, 172 Sheffield drive, Dover, DE 19901-1622
30598661    + Sydney Lewis, 6620 30th st, apt 2904, Lubbock, TX 79407-2896
30598662      Sydney Luke, 3359 S 27th St, Abilene, TX 79605-6223
30598663      Sydney Maw, 419 Wisteria Ln, Upper Tantallon, Nova Scotia B3Z 4L1, CANADA
30598664    + Sydney McDowell, 2119 S Vassar Rd, Davison, MI 48423-2374
30598666      Sydney Owens, 17207 SE 260th St, Covington, WA 98042-8339
30598665      Sydney Owens, 171 Grape St Apt 302, Philadelphia, PA 19127-1455
30598667    + Sydney Patricia Wright, 23413 45th Ave SE, Bothell, WA 98021-9015
30598669    + Sydney Rosengarten, 6121 Racine St, Oakland, CA 94609-1228
30598671    + Sydney Seymour, 4218 Brownway Ave, Cincinnati, OH 45209-1227
30598672    + Sydney Sullivant, 3902 E 7th Street, Cheyenne, WY 82001-6634
30598673      Sydney Supanik, 2000 Mountain Ash Way, New Port Richey, FL 34655-4133
30598674    + Sydney Tischler, 1842 Purdue Ave, Apt 408, Los Angeles, CA 90025-5582
30598675    + Sydney Velandria, 43031 lake ridge place, Leesburg, VA 20176-6810
30598676    + Sydney Weiland, 307 South Cedat street, Belle Plaine, MN 56011-1905
30598677    + Sydney Wheeler, 1423 Natalie Ln, Apt 203, Ann Arbor, MI 48105-2916
30598678      Sydney Wilder, 356 Clarmont Rd, Willowick, OH 44095-4774
30598679      Sydnie Bartkowiak, PO Box 61, Plainville, NY 13137-0061
30598680      Sydnie Stern-Leaphart, 200 Maslin Valley Ln, Middletown, VA 22645-1940
30598681    + Syera King, 116 crater lane, kittrell, NC 27544-9039
30598684      Sylvan chambers, 7100 E Grandview Dr, Prescott Valley, AZ 86314-5148
30598685      Sylvia Lee, Unit E, 16/F, block 19, Hoi Yat Mansion, Riviera Gardens, Tseun, Hong Kong, HONG KONG
30598687      Sylvia Prendergast, 2410 Sarasota Drive, Friendswood, TX 77546-6014
30598688      Sylvia Rakocevic, Ida-Dehmel-Ring 70, Mannheim 68309, GERMANY
30598689    + Sylvia Schotzko, 1626 Lake Dr, Apt. 186, Haslett, MI 48840-8843
30598690      Sylvia Tax, Obelisk 16, Beuningen 6641 NP, NETHERLANDS
30598691    + Sylvia Winnenberg, 2549 NW High Lakes Loop, Bend, OR 97703-5493
30598693    + Symone Parker, 2354 Maytime Dr, Gambrills, MD 21054-1430
30598694      Syreeta Singleton, 8704 Edmonton Pl, Inglewood, CA 90305-2220
30598695    + Syrena Feustel, 588 Alcott ln, Bolingbrook, IL 60440-3525
30598696      Szymon Or owski, morcinka 8, 140, Dabrowa Gornicza 41-303, POLAND
30598697      T a Castraro, 6729 Avenue de Gaspe, Apt. 1, MONTREAL, QUEBEC H2SSY4, CANADA
30598698      T r k Blanka, Arany J nos utca 23., Monostorapati 8296, HUNGARY
30598699    + T Chase Smith, 7238 Broyles Lane, Indianapolis, IN 46217-7482
30598700    + T-Pain, Attn: T-Pain/Scott Fahrig, 2401 W Wisconsin Ave, Milwaukee, WI 53233-1827
30598768      TAMMI MACAJ, 5811 Emerson Ct, Arlington, TX 76016-2701
30598793    + TANISHA MOORE, 1965 E. Canova Ln., Compton, CA 90221-4610
30598804    + TANNER HART, 1050 East Anderson Drive, Palatine, IL 60074-4145
30598934    + TAYLOR HOOVER, 10515 WHITE OAK CANYON RD, OKLAHOMA CITY, OK 73162-6663
30598997      TC Stephens, 110 E 10TH AVE, CONSHOHOCKEN, PA 19428-1512
30598998    + TE Wilbur Theatre, 246 Tremont Strewet, Boston, MA 02116-5603
30599053      TERESA SALMERON BERMUDEZ, Calle Numancia n 43, 1 A, CIEZA, MURCIA 30530, SPAIN
30599057    + TERESA TO, 10222 Parliament Ave, Garden Grove, CA 92840-1044
30599072      TERRA SUMMERS, 7094 Robin Nest Ct, Eastvale, CA 92880-9094
30599115    + TEST A VENDOR, 100 1st Street, Nashville, TN 37213
30599214      THERESA DEANGELO, 31 PIPER CT, WEST ISLIP, NY 11795-5027
30599218      THERESA H CROWELL, 80 CAVALRY CT, W LAFAYETTE, IN 47906-5438
30599549    + TJ Cleary, 2864 DAMASCUS RD, HEBRON, KY 41048-9745
30599551      TJ Lewis, 1145 Linden Ave Apt 4, Glendale, CA 91201-1574
30599552      TJ Perl, 3 Joseph Court, Hamilton, ON L9C 7J4, CANADA
30599553    + TJ Strandlien, 10650 Tamarack St NW Apt 308, 308, Apt. 308, Coon Rapids, MN 55433-4951
30599697      TOPS, c/o Christian Bernhardt, United Talent Agency, Beverly Hills, CA
30599715      TORRANCE NETTLES, 31415 Kingston Village Dr, Spring, TX 77386-2583
30599787    + TRAVIS ESPINOZA, 743 SHAWMUT BLVD NW, GRAND RAPIDS, MI 49504-4779
30599874      TREVOR PORTZ, 11038 1/2 La Maida St, North Hollywood, CA 91601-4529
30600001      TSC Apparel, PO Box 74008931, Chicago, IL 60674-8931
30600002    + TSF, 1991 N. Powerline Rd., Pompano Beach, FL 33069-1378
30600019    + TV Girl, 6251 Meridian St, Los Angeles, CA 90042-2840
30600020      TV Girl, c/o Hometown Talent Brussels, 30-34 Quai des Charbonnages, BELGIUM
30600066      TYLER BRYSON, 8715 Maravoss Ln, Parkville, MD 21234-4725
30600203    + TZADIK, 200 East 10th Street, PMB 126, New York, NY 10003-7702

District/off: 0752-1 User: admin Page 436 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30598701 Taamir Nizar Ahamed, 47 Heartwell Avenue, London, England E16 1RW, UNITED KINGDOM
30598702 + Taarena Rathore, 614 Quail Run Drive, Murphy, TX 75094-3852
30598703 + Tabatha Abbott, 1502 Flushing Drive, Wilmington, NC 28411-7405
30598704 Tabbitha Manzanet, 4900 Yacht Harbor Cir, Pensacola, FL 32514-6774
30598705 Tabitha Brabson, 226 Big a Cir, Honaker, VA 24260-4805
30598706 + Tabitha Clarke, 9 Hazelwood ct, howell, NJ 07731-1657
30598707 Tabitha Crabtree, 131 Allen Rd, Pinson, TN 38366-9766
30598708 + Tabitha Harbaugh, 3048 4th Avenue, Sacramento, CA 95817-2717
30598709 Tabitha Johnson, 4936 Helmo Ave N, Oakdale, MN 55128-2281
30598710 + Tabitha Lair, 1823 Oak Valley Dr., Kemah, TX 77565-8111
30598711 Tabitha Leass, 1516 Park St, Findlay, OH 45840-5138
30598712 + Tabitha Morris, 8329 Southmoor Hill Trl, Wake Forest, NC 27587-7583
30598713 + Tabitha O'Toole, 305 Worton Road, Essex, MD 21221-3026
30598714 #+ Tabitha Pilkerton, 509 PINE STREET, DAPHNE, AL 36526-4123
30598715 + Tabitha Raifsnider, N8564 Timber Lane, Black River Falls, WI 54615-8109
30598716 + Tabitha Richardson, 4760 Spacewalk Way, Colorado Springs, CO 80916-2137
30598717 Tabitha Rourick, 1249 S Grand Ave Apt 401, Los Angeles, CA 90015-4492
30598718 + Tabitha Schneider, 81 South Grant Street, Wilkes-Barre, PA 18702-5903
30598721 Tadeo Tovar, Insurgentes Sur 373, Apt. 202, Cuauhtemoc, CDMX 6100, MEXICO
30598723 + Taelor Rye, 1310 Winters Park Dr, Doraville, GA 30360-3213
30598724 Taelyn Thompson, 2601 S Springdale St Apt 301, Pittsburg, KS 66762-7311
30598725 Tafdil Morshed, 45 Lichfield Road, Shelfield, Walsall, England WS4 1PZ
30598726 + Tairini Holden, 396704 West 4000 Rd, Skiatook, OK 74070-4198
30598727 Taj Gardner, 6/18 Carnarvon Crescent, Fitzgibbon, Queensland, 4018, AUSTRALIA
30598728 Taj Lee, 20 West Melton Drive, Melton West, VICTORIA 3337, AUSTRALIA
30598729 + Taj McGlamery, 5 Regent, Hartford, CT 06105-3920
30598730 + Takaye Farmer, 6105 Roosevelt Way NE, Apt. 108, Seattle, WA 98115-6682
30598732 + Takeena White, 509 Sansom St, Upper Darby, PA 19082-2215
30598733 Takeeta Robinson, 4690 E 147th St, Cleveland, OH 44128-3013
30598734 + Takumi Sueda, 5115 East Burnside Street, Portland, OR 97215-1152
30598735 Takuya Nakamura, 3-22-14, Soshigaya, Setagaya-ku, TOKYO 1570072, JAPAN
30598736 Tal Gurfinkel, 5 Arbordale Street, Floreat, Western Australia 6014, AUSTRALIA
30598737 Tal Mikanowski, Nahal Havarim, Apt. 11, Midreshet Ben Gurion, Negev 8499000, ISRAEL
30598738 Tal Reed, Skeet Hill House, Skeet Hill Lane, Orpington, ENGLAND BR67QA, UNITED KINGDOM
30598739 + Tala Cohen, 33 Plaza Ter Apt G 14, Hamden, CT 06514-2270
30598740 #+ Talayeh Nasirzadeh, 11517 Cumpston St, North Hollywood, CA 91601-2632
30598741 + Taley Smith, 5873 Owens St, Arvada, CO 80004-4742
30598742 Talia Adi, 735 McCaslin St, Pittsburgh, PA 15217-2629
30598743 + Talia Law, 3900 Parkview Lane, 2B, Irvine, CA 92612-2028
30598744 + Talia Scianna, 23343 E Chenango Pl, Aurora, CO 80016-5394
30598745 Talia Silvio, 25 Holmes Way, Caroline Springs, Victoria, 3023, AUSTRALIA
30598746 Talia Thompson Clarke, 81 Ira Street Miramar, Wellington, Miramar, 6022, NEW ZEALAND
30598748 + Tallie, 20 York Street, Portland, ME 04101-4693
30598749 Tallula Borman, 94 Corral de Tierra Ter, Salinas, CA 93908-9304
30598750 + Talon Bowman, 4839 State route 350, Clarksville, OH 45113-9419
30598751 Tam Desai, 53 - 3087 Immel St, Abbotsford, British Columbia V2S 6Z6, CANADA
30598752 Tamar Eckstein, 805 Marcy Ave Apt 3, Brooklyn, NY 11216-6649
30598754 Tamara Brock, 307 Deep Water Dr, White Stone, VA 22578-2811
30598755 Tamara Kiekhaefer, 2077 S Xenon St, Lakewood, CO 80228-4353
30598756 Tamara Kroes, 21131 W 7 Mile Rd, Franksville, WI 53126-9718
30598757 + Tamara M Johnson, 1936 FRANKLIN ST, ONALASKA, WI 54650-9087
30598758 Tamara Meyer, 801 S Memorial Dr, New Castle, IN 47362-5501
30598760 + Tamara Thomas, 59 Autumn Lane, Portland, ME 04103-2805
30598761 + Tamara Tungate, 1020 Live Oak CT NW, Corydon, IN 47112-1950
30598759 Tamara niemiec, 33451 ROSSLYN AVE, GARDEN CITY, MI 48135-1065
30598763 + Tameika Atherley, 1071 Clayton Ln, Apt 1513, Austin, TX 78723-1054
30598764 Tami Langford, 401 N Walnut, Springfield, IL 62704
30598765 Tami Tant, 5913 Whitehaven Dr, Columbus, GA 31909-4359
30598766 Tamir Kamal, 3113 Marsala Dr, Bay Point, CA 94565-7993
30598767 Tamir Moscovici, 681 Windermere Avenue, Toronto, Ontario M6S 3M2, CANADA
30598769 Tammo Hoofdmann, Moorweg 23, S dbrookmerland, Niedersachsen, 26624, GERMANY
30598770 Tammy Alburg, 5004 SHADY LN, MAYSLICK, KY 41055-8973
30598771 Tammy Bingham, 60 Edwards Lane, Sherwood, Sherwood, Nottingham, ENGLAD NG5 3DG, UNITED KINGDOM

District/off: 0752-1                                    User: admin                                    Page 437 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                              Total Noticed: 30719

30598772      +  Tammy Biri, 311 Broadridge Dr, Jackson, MO 63755-3039
30598773         Tammy Cope, 867 E Hillcrest Dr, Bloomsburg, PA 17815-6738
30598774         Tammy Dineen, 90 Jamaica Ave, Pittsburgh, PA 15229-1781
30598775         Tammy Hulett, 910 W 4th St, Dallas City, IL 62330-1137
30598776         Tammy L Craps, 105 OLGA ST, ROANOKE, IL 61561-7644
30598777         Tammy Oller, 19900 HIAWATHA ST, CHATSWORTH, CA 91311-1809
30598778         Tammy Peters, 6-45545 Kipp Ave, Chilliwack, British Columbia V2P 0H5, CANADA
30598779         Tammy Ramos, 2809 Paddock Way, Denton, TX 76210-0492
30598781         Tammy Shanaberger, 4224 Finch Court, Apt. 3, Gurnee, IL 60031
30598782      +  Tammy Tarquinio, 7445 Tower Street LYC3118, Richland Hills, TX 76118-6425
30598783         Tammy Walczyk, 624 N KENSINGTON AVE, LA GRANGE PK, IL 60526-5538
30598784      +  Tammy Wright, 16 Juniper Rd, #1, North Attleboro, MA 02760-2934
30598785      +  Tana Green, 7719 Van Raden St, Pinckney, MI 48169-9232
30598786      +  Tana McCloskey, 5108 Bishops View Cir, Cherry Hill, NJ 08002-3452
30598787      +  Tanapat Bhakyapaibul, 809 West Illinois Street, Apt 3, Urbana, IL 61801-3964
30598788         Tanbir Mirza-Baeg, 15 Mozart Close, Basingstoke, ENGLAND RG22 4HY, UNITED KINGDOM
30598789         Tangui Domenech, 451 Church Street, Apt. 3, Toronto, ONTARIO M4Y2C5, CANADA
30598790      +  Tania Johnson, 2609 s emerson ave, Gillette, WY 82718-6338
30598791         Tania Lopez, 17 Whimbrel Way, Harrisdale, Western Australia, 6112, AUSTRALIA
30598792         Tanika Bala, 1840 N Country Club Dr, Canby, OR 97013-2302
30598794         Tanja Caldwell, 2399 Silver Lake Blvd Apt 16, Los Angeles, CA 90039-3295
30598795         Tanner Anderson, CMR 402 Box 2164, APO, Armed Forces Europe 09180-0000
30598796         Tanner Banks, 5932 Troy Villa Blvd, Huber Heights, OH 45424-2652
30598797         Tanner Barker, 2013 Sunset Dr, Moore, OK 73160-3415
30598798      +  Tanner Brown, 4739 Moorpark Ave, #11, Moorpark, CA 93021-4149
30598799         Tanner Copenhaver, 6782 Bedford Ave, Omaha, NE 68104-3119
30598800         Tanner Duke, 1445 Alameda Ave, Idaho Falls, ID 83401-2106
30598801      +  Tanner Farrer, 448 S 200 W BSMT, BRIGHAM CITY, UT 84302-3214
30598802      +  Tanner Groves, 1628 Bellevue Ave, Apt 208, Seattle, WA 98122-0098
30598803      +  Tanner Haag, 2801 N Rock rd, Apt. 2104, Wichita, KS 67226-1186
30598805      +  Tanner Lake, 6520 E Green Lake Way N, Seattle, WA 98103-5418
30598806      +  Tanner Miller, 8843 Robin Rd, South Charleston, OH 45368-9711
30598807      +  Tanner Robinette, 4666 W 2200 S, Ogden, UT 84401-9710
30598808         Tanner Shoemaker, 2748 8th Avenue, Port Alberni BC V9Y 2L2, CANADA
30598809      +  Tanner Spriggs, 1316 S Galena St, APT k205, Aurora, CO 80247-2496
30598810      +  Tanner Spriggs, 1316 S Galena St, K205, Aurora, CO 80247-2496
30598812         Tanner T Bruce, 3421 N Silverado, Mesa, AZ 85215-4306
30598813      +  Tanner Wiggins, 2963 PGA Blvd, Navarre, FL 32566-8825
30598814         Tanya Flintoff, 30 Koumala Street, Mansfield, QLD 4122, AUSTRALIA
30598815         Tanya Hunt, Unit 9800 Box 490, DPO, AP 96303-0490
30598816      +  Tanya Kent, 2200 East Biddle Street, Apt. 407, Baltimore, MD 21213-3441
30598817         Tanya Mudie, 18 Twine St, Dalby, Queensland 4405, AUSTRALIA
30598818      +  Tanya Munroe, 313 Kemeys Cove, Briarcliff Manor, NY 10510-2051
30598819      +  Tanya Phanthourath, 4840 N 54th Street, Milwaukee, WI 53218-4201
30598820      +  Tanya Randle, 3312 Dauphine dr, Falls church, VA 22042-3725
30598821      +  Tanya Rast, 82 Ellen St, Riverhead, NY 11901-6641
30598822      +  Tanya Thunnell, 25260 Via Pera, Murrieta, CA 92563-5261
30598823      +  Tapan Srivastava, 845 E 52nd Street, Apt. 3, Chicago, IL 60615-3880
30598824         Tara Berry, 4 Rosedale Way, Manchester, ENGLAND SK165RG, UNITED KINGDOM
30598825      +  Tara Betts, 133 Broadview RD, Springfield, PA 19064-1423
30598826         Tara Calcraft, 27 Redcliffe Road, London, England, SW10 9NP, UNITED KINGDOM
30598827      +  Tara Coffey, 127 Boerum St, 2F, Brooklyn, NY 11206-3251
30598828         Tara Davi, 110 Willow Grove Dr, Lincroft, NJ 07738-1017
30598829         Tara Doolin, 289 Peach Tree Ln, Barbourville, KY 40906-7137
30598830         Tara Harter, 905 E Walnut St, Harrisburg, SD 57032-2197
30598831         Tara Henry, 258 Wenonah Dr Apt 208, Rogers City, MI 49779-2134
30598832         Tara Humphrey, 622 WISCONSIN AVE, OAK PARK, IL 60304-1040
30598833      +  Tara Hunter, 1533 Laurette Dr., Colorado Springs, CO 80909-2532
30598834      +  Tara Ippolito, 65 Provencal rd, Apt. 408, Laconia, NH 03246-1394
30598836      +  Tara Littrell, 2959 E Burnside St, Apt. 110, Portland, OR 97214-1866
30598837         Tara Lynn Zehmisch, 2905 SUN CREST DR, SIERRA VISTA, AZ 85650-6853
30598838         Tara Nowak Sullivan, 740 W Melrose St Apt 2, Chicago, IL 60657-9028
30598839      +  Tara Olson, 5285 142nd ln nw, Ramsey, MN 55303-4664

District/off: 0752-1                        User: admin                              Page 438 of 507
Date Rcvd: Jan 04, 2024                   Form ID: 309C                      Total Noticed: 30719

30598840           Tara Reynolds, 2047 Arkansas St, OR, OH 43616-1021
30598841           Tara Sain, 107 Joanna Dr, Toms River, NJ 08753-5213
30598842           Tara Stephens, 100 WHIPPOORWILL RD, BRANDON, MS 39047-6429
30598844        +  Tara Weekes, 141 Lakeside Dr, Mountain Rest, SC 29664-9413
30598845           Tara Werner, 15 Waiora Road, Apt. 8, Caulfield North, Victoria, 3161, AUSTRALIA
30598846        +  Tara Wright, 3754 E. 4th St, Tucson, AZ 85716-5010
30598835           Tara jones, 1246, Des Moines, IA 50266
30598843        +  Tara trial, 849 timber drive, new braunfels, TX 78130-6628
30598847           Tara-Lee Fabris, 17 Gorada Avenue, Kirrawee, New South Wales, 2232, AUSTRALIA
30598848        +  Taran Polzin, 5018 N Fuji Dr, Appleton, WI 54913-9357
30598849        +  Taras Lozowy, 23 River Meadow Drive, Rochester, NY 14623-4812
30598850           Tarek Masri, 5055 APPLE TREE, IRVINE, CA 92612-2302
30598851           Tarik Atilgan, Mattenstrasse 64, Pfaffikon, ZH 8330, SWITZERLAND
30598853           Tarik Raljevic, University College, High Street, Oxford, ENGLAND 0X1 4BH, UNITED KINGDOM
30598852           Tarik Raljevic, University College, High Street, Oxford, England OX1 4BH
30598854           Tariq Lamhari, Stoeldraaiersgaarde 19, Den Haag, ZUID-HOLLAND 2542EN, NETHERLANDS
30598855           Tariqe Rylance, 40 heather road, Newport, WALES NP19 7LE, UNITED KINGDOM
30598856           Tarmeet Kaur Grewal, 7 Stanford Place, London, ENGLAND SE171SU, UNITED KINGDOM
30598857           Tarnjit Kaur, 217 Leaside Dr, Monroeville, PA 15146-1074
30598858           Tarsha Nelson, 35 Merrifield Circle, Leeming, WA 6149, AUSTRALIA
30598859           Taryn Austgen, 806 Sycamore Moon, San Antonio, TX 78216-8032
30598860           Taryn Chrystall, 76 Pitchford Crest, shed, Geraldton, Western Australia, 6532, AUSTRALIA
30598861           Taryn Cooper, 6100 Almon Street, Apartment 805, Halifax, NOVA SCOTIA B3K 1T8, CANADA
30598862        +  Taryn Lingo, 383 East Burrows Street, Bellefonte, PA 16823-1800
30598863        +  Tarynn Law, 222 E. 14th Street, South Sioux City, NE 68776-2430
30598864        +  Tarynn Tvo, 2764 Harvard Ave, Clovis, CA 93612-4447
30598865        +  Tasha Schroeder, 29 Grove St., Apt. 4, Rochester, NH 03868-8477
30598866           Tashina Pease, 2753 Grassy Branch RD, Sevierville, TN 37876-9129
30598867           Tate Cameron, 942 Hot Springs Rd, Santa Barbara, CA 93108-1111
30598868        +  Tate Garrison, 935 Scott St, Muscatine, IA 52761-4643
30598870        +  Tate McRae, 235 Park Ave S, #9, New York, NY 10003-1405
30598871        +  Tate Russell, 2331 Grant Avenue, Apt. 312, Raleigh, NC 27608-2097
30598872        +  Tatiana Estrada, 6218 Danby Ave., Whittier, CA 90606-1210
30598873           Tatiana Olondriz, Frabella 1, 9d, Makati, METRO MANILA 1229, PHILIPPINES
30598874           Tatiana Sprock, 44 Morrison Ave, Newport News, VA 23601-2419
30598875           Tatiana Valdez, 323 Perch Mdw, San Antonio, TX 78253-5516
30598876        +  Tatiana Vila Ferreri, 741 1st Ave N, Kent, WA 98032-3027
30598877        +  Tatianna Rodriguez, 9477 treasure lane ne, St. Petersburg, FL 33702-2666
30598878           Tatianna Trabucco, 5 Wilder Ln, Huntington, NY 11743-5833
30598880        +  Tatum Prosswimmer, 404 Encinitas Blvd, Apt. 232, Encinitas, CA 92024-6708
30598881           Tatum Thomisee, 305 Wisteria St, Ruston, LA 71272-0001
30598882        +  Tausha Wagner, 25627 Red Hawk Rd, Corona, CA 92883-3160
30598883           Tawnee E Kinnebrew, 16534 115TH AVE SE, RENTON, WA 98055-5206
30598885           Tayla Allen, 6 Sally Crescent, Nirimba, Queensland 4551, AUSTRALIA
30598886        +  Tayla Suda, 15721 44th Ave W, B4, Lynnwood, WA 98087-6170
30598887           Taylah Hanssen, 97A Macquarie Road, Cardiff, New South Wales 2285, AUSTRALIA
30598889        +  Tayler Alan Olson, 2107 7th Ave, Apt. 14, Belle Fourche, SD 57717-2269
30598890           Tayler Bill, 859 Rosman Hwy, Floressence Flowers, Brevard, NC 28712-4813
30598891        +  Tayler Hawthorne, 4137 South 570 East, Apt 17H, Murray, UT 84107-2424
30598892        +  Tayler Mondina, 4151 Blakemore Pl, Spring Hill, FL 34609-0694
30598893        +  Tayler Nielsen, 5056 Roaring Road, South Jordan, UT 84009-6140
30598895        +  Taylor Acorn, 5800 River Rd, Apt 322, Nashville, TN 37209-5643
30598894        +  Taylor Acorn, 5800 River Road Apt 332, Nashville, TN 37209-5643
30598896        +  Taylor Alexander, P.O. Box 3544, Telluride, CO 81435-3544
30598897        +  Taylor Anthony, 448 Leearden Road, Hershey, PA 17033-2140
30598898           Taylor Arder, 1318 Brookstone Lake Dr, Conyers, GA 30012-0300
30598899        +  Taylor Arneson, 101 S Mable Ave., Apt. 210, Sioux Falls, SD 57103-1788
30598900           Taylor Avila, PO Box 1241, Taylor, AZ 85939-1241
30598901           Taylor Balfour, 2610 Truesdale Drive, Regina, SASKATCHEWAN S4V 0W6, CANADA
30598902        +  Taylor Bargas, 7562 Miller Ct, Arvada, CO 80005-3761
30598903        +  Taylor Barrett, 929 N 29th St, Apt. 301, Philadelphia, PA 19130-1109
30598904        +  Taylor Bartlett, 6508 64th St NE, Apt B103, Marysville, WA 98270-4866
30598905        +  Taylor Barto, 3213 N 33rd St, Apt 2, Philadelphia, PA 19129-1201

30598906     Taylor Bass, 11727 20TH AVE NE, SEATTLE, WA 98125-5127
30598907   # Taylor Bates, 4221 W McNab Rd Apt 45, Pompano Beach, FL 33069-5008
30598908   + Taylor Bellais, 3022 South Owyhee Street, Boise, ID 83705-4718
30598909   + Taylor Beyrer, 324 Montgomery St, Brooklyn, NY 11225-2741
30598910   + Taylor Blevins, 8 Lakeview dr., Clarksville, IN 47129-1601
30598912   + Taylor Boldt, 2135 California St, Apt. 9, San Francisco, CA 94115-2867
30598913     Taylor Brent, 207 Hilder Road, The Gap, QLD 4061, AUSTRALIA
30598914     Taylor Brown, 3155 E El Moro Ave, Mesa, AZ 85204-4729
30598915   + Taylor Browne, 526 W Washington Ave, 3A, Madison, WI 53703-2601
30598916   + Taylor Caldwell, 4118 Dellwood St, San Diego, CA 92111-3614
30598917   + Taylor Clough, 150 Lincoln Blvd, Apartment 1305, Middlesex, NJ 08846-1081
30598918   + Taylor Colimore, 4501 E Main st, Apt. 326, Richmond, VA 23231-1129
30598919     Taylor Day, 4134 Midland Rd, Riverside, CA 92505-3453
30598920   + Taylor Eisele, 3148 w 33rd st, Indianapolis, IN 46222-1802
30598921     Taylor Evans, 156 Villa Vista Ave, Lewisburg, PA 17837-6702
30598923     Taylor Gates, 10122 Aspen St, Austin, TX 78758-5102
30598924   + Taylor Gibson, 2451 E 10th St, Apt. 912, Bloomington, IN 47408-2223
30598925   + Taylor Gray, 3121 Pacolet Drive, Greenville, NC 27834-6040
30598926   + Taylor Guthrie, 5984 Mill Point Ct SE, Kentwood, MI 49512-9363
30598927   + Taylor Hanus, 3506 Lazy River Terrace, Sanford, FL 32771-8401
30598928   + Taylor Harris, 777 E 15th St, Apt. 301, Edmond, OK 73013-5017
30598929     Taylor Harris, 4415 Corey Rd, Winterville, NC 28590-9269
30598930   + Taylor Hartshorne, 2510 S 31st St, Apt 3311, Temple, TX 76504-7134
30598931   + Taylor Hawken, 1231 N Formosa Ave, Apt 10, West Hollywood, CA 90046-5848
30598932     Taylor Haywood, 9592 N 300 E, Syracuse, IN 46567-7928
30598933   + Taylor Hewitt, 1607 Roseburg Dr., Austin, TX 78754-1501
30598935   + Taylor Iden, 982 canyon hills road, Kingman, AZ 86409-6937
30598936   + Taylor Irvin, 2780 S Walnut Street Pike, B326, Bloomington, IN 47401-8970
30598938   + Taylor Jacobs, 5039 Paladin dr, Shelby Township, MI 48316-5739
30598939     Taylor Jennings, 2460 Southvale Crescent, 810, Ottawa, Ontario K1B 4L8, CANADA
30598940   #+ Taylor Jones, 36 S Lotus Ave, Pasadena, CA 91107-4504
30598941   + Taylor Jones, 3734 W Palmer St, Apt. 1, Chicago, IL 60647-2349
30598942     Taylor Kohnow, 54 Buttonbush Ct, Elkton, MD 21921-1502
30598943     Taylor Kvapil, 609 Chisholm Trl, Waxahachie, TX 75165-9584
30598949   + Taylor LUCAS, 51 n 3rd st #2133, Philadelphia, PA 19106-4517
30598945   + Taylor Lawrence, 64 Nottingham Trail, Apt 64, Toccoa, GA 30577-8723
30598946   + Taylor Lee, 561 Riverglade Dr, Amherst, MA 01002-3687
30598947   + Taylor Lewis, 3970 The Woods Dr, Apt. 1104, San Jose, CA 95136-2256
30598948     Taylor Lewis, 162 RED OAK DR, CARL JUNCTION, MO 64834-9569
30598950     Taylor Madison, 4629 Palmero Dr, Los Angeles, CA 90065-4238
30598951     Taylor Magoc, 13850 RIDGE RD, IRWIN, PA 15642-2199
30598952     Taylor Mains, 64 Falmouth Rd, Windham, ME 04062-4541
30598953   + Taylor Manning, 1530 Hedington circle, Lawrenceville, GA 30045-3718
30598954     Taylor Martin, PO Box 24, Ramey, PA 16671-0024
30598955   + Taylor McClure, 1720 rist ave, Eau Claire, WI 54701-4787
30598956     Taylor McVeigh, 1705 W Roosevelt Ave, Coolidge, AZ 85128-9267
30598958     Taylor Meyer, 4736 Antonini Dr, Metairie, LA 70006-2210
30598957     Taylor Meyer, 904 Tampa Rd, Forked River, NJ 08731-5234
30598959   + Taylor Miller, 1841 Old Spring Valley Road, Reading, PA 19604-1019
30598960     Taylor Money, 5818 Ward Rd, Evansville, IN 47711-2126
30598961   + Taylor Moore, 79 Pheasant Meadow Dr, Apt. 79, Galloway, NJ 08205-3110
30598962   + Taylor Murphy, 812 Brookside Dr, Woodland, CA 95776-5736
30598963     Taylor Nave, 6232 BROOKWOOD RD, PEACHTREE COR, GA 30092-2705
30598964     Taylor Nichols, 640 Oyster Dr, Myrtle Beach, SC 29588-8062
30598965   + Taylor Pagan, 7333 Rockwell Ave, A, Philadelphia, PA 19111-3005
30598966   + Taylor Perry, 325 Montezuma rd, kingsport, TN 37664-4240
30598967   + Taylor Pettitt, 209 Catherine Creek Rd S, Ahoskie, NC 27910-3501
30598968   + Taylor Phillips, 3771 Doney St., Columbus, OH 43213-1716
30598969     Taylor Preston, 372 9th St Apt 1C, Jersey City, NJ 07302-1670
30598970   + Taylor Radford, 1521 NE 100th St, Seattle, WA 98125-7617
30598971   + Taylor Roach, 17099 Greenwood Drive, Round Hill, VA 20141-4432
30598972     Taylor Ronne, 16484 Blair St, Gardner, KS 66030-4801
30598973   + Taylor Sakuda, 23130 12TH DR SE, Bothell, WA 98021-8856

Date Rcvd: Jan 04, 2024                                    Form ID: 309C                                    Total Noticed: 30719

| | | |
|---|---|---|
| 30598974 | | Taylor Sanchirico, 6661 SE 24th Ave, Ocala, FL 34480-6245 |
| 30598975 | + | Taylor Shirley, 8526 Hague Rd, Indianapolis, IN 46256-3441 |
| 30598976 | + | Taylor Sides, 70 Julie Lane, Saint Peters, MO 63376-2149 |
| 30598977 | | Taylor Smith, 2401 S View Dr, Anchorage, AK 99502-5462 |
| 30598978 | + | Taylor Stevenson, 301 Maple Street, H, Murray, KY 42071-2565 |
| 30598979 | | Taylor Sullivan, 3516 Orchard Ave N, Minneapolis, MN 55422-2870 |
| 30598980 | | Taylor Taylor, 1195 Birch Ave, Larchwood, IA 51241-7559 |
| 30598981 | + | Taylor Thayer, 1492 2nd Ave, #3D, NY, NY 10075-1307 |
| 30598982 | + | Taylor Thulon, 2328 Staunton Road, Troy, IL 62294-1262 |
| 30598983 | | Taylor Travis, 4414, fruitport, MI 49415 |
| 30598984 | | Taylor Triplett, 5302 Romaine St, Los Angeles, CA 90029-3210 |
| 30598985 | + | Taylor Van Ginkel, 18031 Anna Marie Road, APT A, Yorba Linda, CA 92886-9017 |
| 30598986 | + | Taylor Wald, 1218 12th Ave W, Bradenton, FL 34205-7329 |
| 30598988 | + | Taylor White, 9430 Orbitan Ct, Parkville, MD 21234-3373 |
| 30598989 | + | Taylor Whiteman, 11843 S Cedar Ridge Rd, Sandy, UT 84094-5654 |
| 30598990 | + | Taylor Williams, 500 E Stassney Ln, Apt. 628, Austin, TX 78745-3261 |
| 30598991 | + | Taylor Young, 534 S Byron Ct, Bellevue, IL 61604-5714 |
| 30598937 | + | Taylor jacob, 8456 west stirrup court, Boise, ID 83709-6473 |
| 30598992 | + | Taylour Beadling, 216 Main St, Suite C-100, Edwards, CO 81632-8128 |
| 30598993 | | Taylr Kromberg, 1847 Mountain View Dr, Los Osos, CA 93402-2815 |
| 30598994 | + | Taytem chapman, 965 Southgate Drive, Apt 1, State college, PA 16801-4301 |
| 30598995 | + | Tayven N Washington, 3330 N 66th St, Lincoln, NE 68507-2606 |
| 30598996 | + | Taz Schrier, 521 South Powell Road, Independence, MO 64056-4300 |
| 30598999 | | Tea Mancini, 29 Kingsley Road, Airport West, VIC 3042, AUSTRALIA |
| 30599000 | | Tea Olmsted, 204 N Miller St, Toulon, IL 61483-5286 |
| 30599001 | + | Tea Walker (Christmas), 1225 country road 97, Verbena, AL 36091-4219 |
| 30599002 | | Teagan Kelly, 97 Lake Breeze Drive, Goderich, Ontario N7A 3Y3, CANADA |
| 30599003 | + | Teagan Padala, 645 E Broughton St Savannah, GA 31401, Apt. 523, Savannah, GA 31401-3162 |
| 30599004 | + | Teagan Parsons, 12 Main Street, 45265, Maynard, MA 01754-2534 |
| 30599005 | + | Teagan Ugarte, 3106 Whistler Dr, Corpus Christi, TX 78414-4034 |
| 30599006 | + | Teaghan Steighner, 627 Fisher Road, Butler, PA 16002-9066 |
| 30599007 | + | Teague Larsen, 27 Magnolia Avenue, Everett, WA 98203-3416 |
| 30599008 | + | Teal, Lynda, 1433 S. 7TH STREET, ST. CHARLES, IL 60174-3808 |
| 30599009 | + | Team Concept Printing, 540 Tower Boulevard, Carol Stream, IL 60188-9426 |
| 30599010 | #+ | Team Edge, 27525 Newhall Ranch Rd, Unit 1, Valencia, CA 91355-4000 |
| 30599011 | + | Team San Jose - CCF, 408 Almaden Boulevard, San Jose, CA 95110-2709 |
| 30599012 | | Ted Attwood, 1/24 Central Avenue, Boronia, VICTORIA 3155, AUSTRALIA |
| 30599013 | + | Ted Kramer, 156 corliss ave, Johnson city, NY 13790-2060 |
| 30599014 | + | Ted Nivison / The Good Stuff Milk & Co, 1374 E Hillcrest Dr, #311, Thousand Oaks, CA 91362-2520 |
| 30599015 | + | Teddy Friedline, 216 S Braddock Ave, Unit 1, Pittsburgh, PA 15221-2720 |
| 30599016 | | Teddy Gordon, Parcel Locker 10149 13765, Mount Lawley, Mount Lawley, Western Australia, 6050, AUSTRALIA |
| 30599017 | + | Teddy Hyde, 240 Madison Ave, Apt 2B, Brooklyn, NY 11216-5760 |
| 30599018 | | Teddy Lewis, 110 LARSEN CT, KINGSLAND, GA 31548-6953 |
| 30599019 | + | Teddy Nares, 2530 Baltic Avenue, Long Beach, CA 90810-3318 |
| 30599020 | + | Teddy Will, 3014 Louisa Ave, Louisville, KY 40217-1707 |
| 30599021 | + | TeeJay Hannon, 121 wilmuth st, Mahwah, NJ 07430-1227 |
| 30599023 | + | TeeStyled, 5383 Alcoa Ave., Vernon, CA 90058-3734 |
| 30599022 | | Teejay Martin, 527 Lamoka Avenue, Staten Island, NY, US, Staten Island, NY 10312 |
| 30599024 | | Tegan Murray, 9 Cambrian Place, East Maitland, NSW 2323, AUSTRALIA |
| 30599025 | + | Tegan Y Carr, 56 FEECE DR, BATAVIA, IL 60510-1615 |
| 30599026 | + | Tekweld, 45 Rabro Dr, Unit 1, Hauppauge, NY 11788-4260 |
| 30599029 | | Tenessee BASART, Chauss e de Louvain 619, OHAIN, BRABANT-WALLON 1380, BELGIUM |
| 30599031 | + | Tennessee Performing Arts Center, 505 Deaderick St., Third Floor, Nashville, TN 37243-1402 |
| 30599033 | + | Teon Ingram, 361 Tuttle Rd, Rural Hall, NC 27045-9214 |
| 30599034 | + | Tera Andrews Walsh, 182 Bristol Street, Canandaigua, NY 14424-1648 |
| 30599035 | + | Tera Sane - JACOBS PAPER, 1300 Chestnut St, CHATTANOOGA, TN 37402-4417 |
| 30599036 | + | Teragram Ballroom, 1234 W. 7th St., Los Angeles, CA 90017-2362 |
| 30599037 | | Terah Clark, 1755 N Fallbrook Way, Fayetteville, AR 72704-6966 |
| 30599038 | + | Terann McElravy, 449 South Crisswell Road, Butelr, PA 16002-0611 |
| 30599039 | + | Terence Harris, 1130 BARONCREST DR, ARLINGTON, TX 76017-6310 |
| 30599040 | | Terence O'Brien, 71 Maple Ave, Goffstown, NH 03045-1970 |
| 30599041 | | Terence Venning, 12 Hamilton Hume Parade, Craigieburn, CRAIGIEBURN, VIC 3064, AUSTRALIA |
| 30599042 | | Teresa Arnott, 4830 Old Oneida Rd, Verona, NY 13478-2110 |

District/off: 0752-1 User: admin Page 441 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| | | |
|---|---|---|
| 30599043 | | Teresa Doria, 1350 N CYPRESS ST, LA HABRA, CA 90631-3079 |
| 30599044 | | Teresa Gardner-Borders, 531 E Sequoia St, Republic, MO 65738-7519 |
| 30599045 | | Teresa Hamann, 3131 142nd Ave NE, Ham Lake, MN 55304-6842 |
| 30599046 | | Teresa Hood, 1016 Evergreen Ct, Fairfield, CA 94533-7011 |
| 30599047 | | Teresa Howey, 10724 Pinto Dr, Hudson, FL 34669-2569 |
| 30599048 | + | Teresa L Moore, 1064 Harvester Cir, MYRTLE BEACH, SC 29579-3288 |
| 30599049 | | Teresa McQuistion, 531 McIntire Dr, Fairborn, OH 45324-5526 |
| 30599050 | | Teresa Nelson, 460 TRADITIONS WAY, JEFFERSON, GA 30549-7971 |
| 30599051 | + | Teresa Nguyen, 14862, Starboard St, Garden Grove, CA 92843-5138 |
| 30599052 | | Teresa Salemi, 400 Boston Ave, Takoma Park, MD 20912-4148 |
| 30599054 | | Teresa Sampson, 6801 Madison St NE, Fridley, MN 55432-4452 |
| 30599055 | + | Teresa Stine, 8276 Jayme Drive, Unit 309, Winter Garden, FL 34787-9031 |
| 30599056 | | Teresa Sutton, 2812 N Walnut Way, Marion, IN 46952-1102 |
| 30599058 | + | Teresa Vargo, 1100 Hiley Spencer Rd., Scottsville, KY 42164-6316 |
| 30599059 | + | Terese Paulson, 964 Forest Edge Cir, Jordan, MN 55352-4558 |
| 30599060 | | Teressa Zammuto, 7232 S EAST END AVE, CHICAGO, IL 60649-2805 |
| 30599061 | | Tereza Mainetti, 787 Long Hill Rd, Guilford, CT 06437-1823 |
| 30599062 | | Teri Bell, 4700 Pine St, Fruitland Park, FL 34731-5681 |
| 30599063 | + | Teri Miller, 7045 Old Oak Lane, Mint Hill, NC 28227-5116 |
| 30599064 | | Teri Sullivan, 2404 Valley High Dr, Cedar Falls, IA 50613-6165 |
| 30599065 | + | Teri Townsend, 1163 San Matio St SE, Palm Bay, FL 32909-5875 |
| 30599066 | | Teri Zurfluh, 29004 Darden Point Rd, Courtland, VA 23837-2646 |
| 30599067 | | Terian Whonnock, Box 783, Port McNeill, BC V0N 2R0, CANADA |
| 30599068 | + | Terminal West LLC, 887 West Marietta St NW, Studio C, Atlanta, GA 30318-5252 |
| 30599069 | + | Termly, 8 The GRN STE B, Dover, DE 19901-3618 |
| 30599070 | + | Terra, 307 S Main St, Campobello, SC 29322-8948 |
| 30599071 | | Terra Milles, 6350 18th Ave SW, Seattle, WA 98106-1610 |
| 30599073 | + | Terradillos, Ali, 7000 Harris Hills Ln, 322, Nashville, TN 37211-3277 |
| 30599074 | + | Terran Davis, PO BOX 523, Brookshire, TX 77423-0523 |
| 30599075 | | Terrence Nollan, 5647 16 Ave, Apt. 101, Delta, BC V4L1G6, CANADA |
| 30599076 | + | Terrence Scott Jr., 7100 lifestyle cir, unit 7123, augusta, GA 30909-5798 |
| 30599077 | | Terri Cuenca, 29 Hatch St, Whitby, ON L1M 2H8, CANADA |
| 30599078 | + | Terri Petit, 505 Division Street, Apt 412, New London, WI 54961-1478 |
| 30599079 | | Terri Rhee, 26798 Marbury Estates Dr, Chantilly, VA 20152-6446 |
| 30599080 | | Terri Warner, 22 Chardacre, Two Mile Ash, Milton Keynes, ENGLAND MK8 8JW, UNITED KINGDOM |
| 30599081 | + | Terrible Records, 1995 Broadway, Fl 16, New York, NY 10023-5882 |
| 30599082 | + | Terrie Reece, 5610 NE Manor Drive, Gladstone, MO 64118-5327 |
| 30599083 | | Terrie Robinson, 53-B Bayshore Dr, Nepean, Ontario, K2B6M7, CANADA |
| 30599084 | + | Terrika Davis, 23 Sutton Train NW, Cartersville, GA 30121-4521 |
| 30599085 | | Terry Echols, 430 FRANKLIN VLG DR PMB 227, FRANKLIN, MA 02038-4007 |
| 30599086 | | Terry Grimes II, 755 Forest Ave, Larchmont, NY 10538-1312 |
| 30599088 | | Terry Oertli, 1066 Valleyview Dr, Clarkston, MI 48348-4093 |
| 30599089 | + | Terry Stern, 9 Richards Road, Port Washington, NY 11050-3825 |
| 30599090 | + | Terry Town Corporation, 8851 Kerns St, Ste 100, San Diego, CA 92154-6298 |
| 30599091 | + | Terry Williams, 17001 Berkshire Drive, Apt 301, Meadville, PA 16335-6350 |
| 30599087 | + | Terry johnson, 164 dawn view way, El cajon, CA 92021-3804 |
| 30599092 | | Teryn Draper, 630 E 96th St, Kansas City, MO 64131-3014 |
| 30599093 | + | Terynia Bairsmith, 2906 W Lakeside Dr, Moses Lake, WA 98837-2919 |
| 30599094 | | Tess Fiumefreddo, 51 Willow Way, Clark, NJ 07066-2849 |
| 30599095 | | Tess Grover, 14040 15th Ave NE Apt 220E, Seattle, WA 98125-8429 |
| 30599096 | | Tess Harney, 28 Isis Road, Lawnton, Brisbane, Queensland, AUSTRALIA |
| 30599097 | | Tess McCarthy, 40 Irving Rd, Scituate, MA 02066-2728 |
| 30599098 | + | Tess Newman, 101 Rishell Dr., Oakland, CA 94619-2333 |
| 30599099 | + | Tess Stevenson, 2620 Forest View Court, Apt. 3, Appleton, WI 54915-6236 |
| 30599100 | + | Tess Vanderford, 2112 W 3300 S, C-201, West Haven, UT 84401-9153 |
| 30599101 | + | Tess Weber, 772 Fairwood lane, Clearwater, FL 33759-2849 |
| 30599102 | | Tessa Brownlie, 11 Napier Street, Belleknowes, Dunedin, Otago 9011, NEW ZEALAND |
| 30599103 | + | Tessa Cooper, 35 Hazen Rd, B6, Shirley, MA 01464-2720 |
| 30599104 | | Tessa Cryer, 512 Jefferson Ave, Lufkin, TX 75904-3909 |
| 30599105 | | Tessa Echeverria, 2814 Coolidge St, Madison, WI 53704-4513 |
| 30599106 | | Tessa Gibbons, 5580 Castor Way, Noblesville, IN 46062-6957 |
| 30599107 | + | Tessa J Mooney, 180 Broome Street, #605, New York, NY 10002-5744 |
| 30599108 | | Tessa Sheehan, 68 Sapgate Lane, Bradford, England, BD13 3DY, UNITED KINGDOM |

District/off: 0752-1                              User: admin                              Page 442 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                            Total Noticed: 30719

Tessa Viljamaa, 28003 NE 151st Pl, Duvall, WA 98019-8508
+ Tessa Violet, 500B Lake Street, Ramsey, NJ 07446-1357
Tessa Violet, 24 Rains Ave, Nashville, TN 37203
Tessa Wheeler, 9322 Stephen Richards Memorial Dr, Juneau, AK 99801-9656
+ Tessa Whiteside, 116 Langdon Ave NE, Grand Rapids, MI 49503-3540
Tessa Young, 73 DEERING ST APT 2, PORTLAND, ME 04101-2253
+ Tetsuo Yoneuchi, 4801 Signal Tree Dr, Apt Q210, Timnath, CO 80547-4913
Teun Spruit, Dauwnetel 19, Oldenzaal, Overijssel, 7577AG, NETHERLANDS
Tex Starr, 588 Mission Bay Blvd N Apt 146, San Francisco, CA 94158-2475
+ Thad Ian Vaughn Jr., 627 Rustic Valley Dr, Ballwin, MO 63021-6209
+ Thaddeus Davis, 8613 Old Hickory Trl, Apt 607, Dallas, TX 75237-3989
+ Thadius Novak, 2491 SUNNY RIDGE RD, Apt. 102, Nampa, ID 83686-8622
+ Thainan Cordeiro, 15 Boulden Circle Ste 100, FF540-500 fishisfast, New Castle, DE 19726-0001
Thais Cedeno, 6025 Ernest Ave Apt 9, Los Angeles, CA 90034-2225
+ Thanah Raveendran, 10074 Regent Park Drive, Orlando, FL 32825-4524
+ The Admiral Theatre, 2234 S. 13th Street, Omaha, NE 68108-1029
+ The Band Camino, c/o - Jeff Krones, CAA, 401 Commerce Street, Nashville, TN 37219-2405
+ The Beacham Entertainment Group LLC, 54 North Orange Ave, Orlando, FL 32801-2400
+ The Blaze, c/o Max Braun, Wasserman, 55 Water Street, New York, NY 10041-0004
+ The Bowery Presents, LLC, 53 W. 23rd Street,, 5th Floor, New York, NY 10010-4230
+ The Broadberry Entertainment Group, 2729 W. Broad St, Richmond, VA 23220-1905
The Chest, 2 Pauwels Dr., Washington, MO 63090-1134
+ The Complex LLC, 32 West 200 South #417, Salt Lake City, UT 84101-1603
The Corporation of Massey Hall and Roy T, 60 Simcoe Street, Toronto, ON M5J2H5, CANADA
+ The Eastern, 800 Old Flats Shoals Road, Atlanta, GA 30312-3325
+ The Ebell of Los Angeles, 743 S. Lucerne Blvd., Los Angeles, CA 90005-3707
+ The Egg, PO Box 2065, Albany, NY 12220-0065
+ The Folly Theatre, 1020 Central Street, Suite 200, Kansas City, MO 64105-1793
+ The Harrisburg University of Science and, 326 Market Street, Harrisburg, PA 17101-2242
+ The Hobby Center Foundation, 800 Bagby St., Suite 300, Houston, TX 77002-2532
+ The Independent, LLC, 628 Divisadero St, San Francisco, CA 94117-1502
+ The Intersection, 133 Grandville Ave SW, Grand Rapids, MI 49503-4042
+ The Last Prisoner Project, 1312 17th St, #640, Denver, CO 80202-1508
+ The Manhattan Music Group LLC, 53 W 23rd Street, 5th Floor, New York, NY 10010-4230
+ The Marquee Theatre, 730 N. Mill Ave, Tempe, AZ 85288-1204
+ The Natvral, c/o Kip Berman, 73 Birch Ave., Princeton, NJ 08542-3101
The New Pornographers, c/o Earth Music Agency, Somerset House, New Wing, Strand, UNITED KINGDOM
+ The Orange Peel, 2 Vanderbilt Place, Asheville, NC 28801-2176
+ The Orlando Philharmonic Plaza Foundatio, 425 N Bumby Ave, Orlando, FL 32803-6027
The Page Seed Co, PO Box 158, Greene, NY 13778-0158
+ The Pageant LLC, 6161 Delmar Blvd, St. Louis, MO 63112-1229
+ The Pageant, LLC, 415 DeBaliveiere, St. Louis, MO 63112-5602
+ The Paramount Theatre LLC, 370 New York Avenue, Huntington, NY 11743-3316
+ The Postfontaine Consulting, 6191 State St, Murray, UT 84107-7296
+ The Print Lab Inc, 13212 Raymer Street, North Hollywood, CA 91605-4124
+ The Printing Daddy, 320 S. Magnolia Ave., Lansing, MI 48912-2928
The Proinnovative Line, 4405 E Baseline Rd, Ste. 111, Phoenix, AZ 85042-7459
+ The Roots Picnic, c/o Cara Lewis, 309 E 49th Street, NY, NY 10017-1634
The Shagtastic, 17 Carters Road, Amberley 7410, NEW ZEALAND
+ The Sleepy Jackson, 700 Harris Street Suite 201, Charlottesville, VA 22903-4584
+ The Sticky Smart Wallet, Inc., 809 Tunkhannock Ave, West Pittson, PA 18643-1111
+ The Struts, 433 N. Camden Drive, Suite 730, Beverly Hills, CA 90210-4411
+ The Studio at the Factory, 2550 Pacific Avenue, Suite 1600, Dallas, TX 75226-1495
The Wonder Years, c/o Dave Shapiro, Sound Talent Group, El Cajon, CA 92020
+ The Wrecks, 3000 Marcus Ave, Suite 1W5, Lake Success, NY 11042-1007
+ Thea Hanak, 1441 Lalomai, Glendale, AZ 85307-2223
Thea Hudson, 42 Southdean Gardens, London, England SW19 6NU, UNITED KINGDOM
+ Thea Miller, 43 Dekoven Court, Brooklyn, NY 11230-1745
+ Thealeyna Newstat, 7 South Knoll Road, Apt 4, Mill Valley, CA 94941-2488
Theda Mathis, 106 Wellsby Ct, Maiden, NC 28650-9415
+ Theia Hawkins, 61 Wellington Road, Portland, ME 04103-3441
Thelma Handy, Briardale Road, Willaston, Neston CH64 1TB, UNITED KINGDOM
Thelma Rivera, 12230 Upton Park, San Antonio, TX 78253-4437

30599201        Theo Bell, 4026 Royal Palm Ave, Sarasota, FL 34234-4312
30599202        Theo Pierik, 60 Ferguson Drive, unit 2, Barrie, ONTARIO L4N 7B5, CANADA
30599203    +   Theodora Bell, 1509 woodspath lane, Suffolk, VA 23433-1209
30599204        Theodora Fazekas, Thorne House, Felsted School, Felsted, ENGLAND CM6 3JQ, UNITED KINGDOM
30599205        Theodora Galton, 201 W Mulberry St, Fredericksburg, TX 78624-3405
30599206        Theodora Guthrie, 173 Two Mile Hill Road, Bristol, ENGLAND BS15 1BG, UNITED KINGDOM
30599207    +   Theodore Dean Degner, 2023 S 90th Street, Omaha, NE 68124-2003
30599208        Theodore James, 7255 SW NORTHVALE WAY, PORTLAND, OR 97225-1539
30599209        Theodore Johnson, 204 Homewood Rd, Linthicum, MD 21090-2606
30599210        Theodore Tapia, 15282 Montanez St, Fontana, CA 92336-4039
30599211        Theodore Walker, 9955 Twilight Vista Ave, Las Vegas, NV 89148-1633
30599212        Theresa Balcacean, 17235 7th St, Montverde, FL 34756-3210
30599213        Theresa Cesar, 3037 Whitegate Dr, Merced, CA 95340-2773
30599215        Theresa DePietto, 21 Livingston Ave, Babylon, NY 11702-2105
30599216        Theresa Fulbright, 1844 El Dorado Dr, Stevensville, MI 49127-9666
30599217        Theresa Grassau, 1772 Four Seasons Blvd, Leadville, CO 80461-9000
30599219        Theresa Haas, 25835 Lake Dr, Elkhart, IN 46514-6254
30599220        Theresa LeDoux, 26 Perkins St, Worcester, MA 01605-3721
30599221        Theresa Letang, 577 Morin Street, Sault Ste. Marie, Ontario P6C 3G3, CANADA
30599222        Theresa Park, 9696 Royal Crest Cir, Frederick, MD 21704-7867
30599223    +   Theresa Serra, 1786 Wadhams, St. Clair, MI 48079-3114
30599224        Theresa Stiver, 418 Whitney Ave, Morenci, MI 49256-1543
30599225    +   Theresa Towner, 1613 Key St., Maumee, OH 43537-2419
30599227    +   Theron Lucas Jezorski, 1012 Dogwood Lane, Enola, PA 17025-2040
30599229        Thi Diem Phuong Nguyen, 18333 CATOCTIN DR, PFLUGERVILLE, TX 78660-4544
30599230        Thibault Buekenhout, 117 Avenue de Paris, Saint-Mande 94160, FRANCE
30599231        Thilo Hagen, Block 147, 03-97, Mei Ling Street, Singapore, SINGAPORE 140147, SINGAPORE
30599232    +   Thinh Nguyen, 371 Inwood Trail, Lawrenceville, GA 30043-3558
30599233    +   This is Home Project, c/o Alternate Side, 5200 West Century Blvd, Los Angeles, CA 90045-5928
30599235    +   Thomas A Bandy, 1057 Shortleaf Ln, Thaxton, VA 24174-3503
30599236        Thomas A Brimmer, 6188 W Fox Rd Apt 19, Mears, MI 49436-9564
30599237    +   Thomas Alonso, 12951 N 149th DR., Surprise, AZ 85379-6903
30599238        Thomas Anderson, 32361 Fairchild St, Westland, MI 48186-8913
30599239    +   Thomas Anger, 3697 Woodhaven Circle, Hamburg, NY 14075-2259
30599240        Thomas Arthur, 7575 W 130th St, Parma, OH 44130-5714
30599241        Thomas Avalos, 12634 Daphne Dr, Rancho Cucamonga, CA 91739-1627
30599242        Thomas Balbago, 151 Panatella Street Nw, Calgary, Alberta, T3K 0L2, CANADA
30599243    +   Thomas Ball, 5601 Eastern Ave, Apt A7, Davenport, IA 52807-2793
30599244    +   Thomas Bartling, 4435 N. 1st St., Apt. 112, Lincoln, NE 68521-4824
30599245        Thomas Bartling, 4434 N. First St., Apt. 112, Lincoln, NE 68521
30599246        Thomas Beaupeurt, 8/14 Marriott St, Unit 8, St Kilda, VICTORIA 3182, AUSTRALIA
30599247        Thomas Bellamy, 75 littlefield lane, Grimsby, England, DN344NU, UNITED KINGDOM
30599248        Thomas Bennett, 1803 Larkhill Ln, North Chesterfield, VA 23235-3715
30599249    +   Thomas Berard, 5034 N Washtenaw Ave, Apt 3, Chicago, IL 60625-2728
30599250        Thomas Berthou, 26 rue alphonse baudin, Paris, ILE-DE-FRANCE 75011, FRANCE
30599251        Thomas Bess, 54 Braxton Manor Dr, Port Wentworth, GA 31407-5606
30599252        Thomas Boyle Doherty, 731 GROVE ST, WORCESTER, MA 01605-3155
30599253        Thomas Breuer, Goldsteinstra e, 47a, Frankfurt, HESSEN 60528, GERMANY
30599254        Thomas Burgel, 949 S Main St, Williamstown, NJ 08094-1904
30599255        Thomas Cain, 708 South 20th Street,, Apt 1, PHILADELPHIA, PA 19146-1780
30599256    +   Thomas Caldwell, 411 Cherry Street, Pendleton, SC 29670-1702
30599257    +   Thomas Caron, 49 Piccadilly Way, Westboro, MA 01581-2208
30599258        Thomas Carpenter, 1700 Rue Georges-V zina, Vaudreuil-Dorion, QUEBEC J7V 3E6, CANADA
30599259    +   Thomas Casey, 107 Croydon Ct, Oswego, IL 60543-7532
30599260        Thomas Cauchi, 69 rue de la Sabli re, Libourne, AQUITAINE 33500, FRANCE
30599261        Thomas Ciccone, 2624 Jacob Way Ct, North Chesterfield, VA 23235-6324
30599262        Thomas Claggett, 258 Marigold Cres, Kelowna, British Columbia, V1V 1P4, CANADA
30599263        Thomas Clark, 20 Beverley Crescent, Tonbridge Kent, England TN9 2RD, UNITED KINGDOM
30599264    +   Thomas Cohee, 104 Tackle Circle, Chester, MD 21619-2500
30599265    +   Thomas Conley, 2529 Memphis Street, Philadelphia, PA 19125-2231
30599266        Thomas Cooney, 124 Baltic Quay, Mill Road, Gateshead, ENGLAND NE8 3QY, UNITED KINGDOM
30599267    +   Thomas Costales, 9009 N FM 620 Rd, Apt 2406, Austin, TX 78726-4231
30599268    +   Thomas Coulter, 71 Valley View Drive, Mountain Top, PA 18707-1254

District/off: 0752-1                      User: admin                              Page 444 of 507
Date Rcvd: Jan 04, 2024                  Form ID: 309C                         Total Noticed: 30719

30599275   + Thomas DJ Bartling, 4435 North 1st St, Apt. 112, Lincoln, NE 68521-4824
30599269     Thomas Dalton, 57 Noble St, Malden, MA 02148-3228
30599270   + Thomas Dang, 4727 Beverly blvd, Apt. 10, los angeles, CA 90004-3149
30599271     Thomas David Smith, 3332 35th Ave SW, Calgary, ALBERTA T3E 1A1, CANADA
30599272   + Thomas Delgado, 3410 Wooster Rd, Apt 101, Rocky River, OH 44116-4148
30599273     Thomas Diaz Jr, 4 Pamela Dr, Ridge, NY 11961-3116
30599274     Thomas Dijkstra, Laan der continenten, 114, Zuid-holland, 2404WC, NETHERLANDS
30599276     Thomas Dodsworth, 3/33 Leonard Street, Victoria Park, Western Australia, 6100, AUSTRALIA
30599277     Thomas Dutilly, 316 Chem. des M nardi res, Saint-Mars-la-Briere 72470, FRANCE
30599278   + Thomas Dyer, 1100 Hartford Tpke #525, Vernon, CT 06066-9400
30599279   + Thomas E Calamia III, 304 Pleasant Brook Rd, Simpsonville, SC 29680-2488
30599280     Thomas Edge, 40 Burnside Avenue, Manchester, Manchester, Salford, ENGLAND M6 8WR, UNITED KINGDOM
30599281   + Thomas Educato, 1765 Asbury Rd SE, East Grand Rapids, MI 49506-4556
30599282     Thomas Edwards, 9 Newtown, Milborne Port, ENGLAND DT9 5BH, UNITED KINGDOM
30599283     Thomas Eichmann, Rotes Meer 18, Zorbig 6780, GERMANY
30599284     Thomas Forrest, 18809 Marilew Ct, Hagerstown, MD 21742-2482
30599285     Thomas Fulgione, 14.5 Topstone Drive, Unit 1, Bethel, CT 06801
30599286     Thomas Galow, 9 Cottage Ave, Arlington, MA 02474-5503
30599287   + Thomas Gerke, 509 Sunrise Blvd, Redwood Falls, MN 56283-1860
30599288   + Thomas Goheen, 1322 Hillcrest Drive, Eldersburg, MD 21784-8345
30599289     Thomas Goodall, 25 Sandwell Grove, Cradley Heath, Cradley Heath, ENGLAND B64 5DB, UNITED KINGDOM
30599290   + Thomas Guld, 3 Shellflower Lane, Hamilton Township, NJ 08690-2227
30599291   + Thomas Hager, PO Box 370, Mesa, AZ 85211-0370
30599292     Thomas Hale, 4020 Lamphere Ct, Davenport, IA 52806-3425
30599293     Thomas Hall, 547 McDonald Road, Lavington, New South Wales 2641, AUSTRALIA
30599294     Thomas Haugan-Heps, SEBR TVEIEN 5, FREDRIKSTAD 1605, NORWAY
30599295     Thomas Hayes, 18 Parsonage Close, Gresford, Wrexham, WALES LL12 8PF, UNITED KINGDOM
30599296   + Thomas Horton, 1204 Westcrest Dr, Arlington, TX 76013-1532
30599297     Thomas Imbert, 52 Joseph Street, Uxbridge, ONTARIO L9P 1Z3, CANADA
30599298   + Thomas J Cotton, 255 Marigold Court, Toms River, NJ 08753-1321
30599299     Thomas J Freeman, 4803 W 61st Ave, Arvada, CO 80003-6803
30599300   + Thomas J. Ashwell, 94 Paz Drive West, Apt. C, Greenwood, IN 46142-4220
30599301   + Thomas Jarmusz, 3 Pleasant Ave, Apt. 102, Portland, ME 04103-3259
30599302   + Thomas Kakas, 1335 Valencia St. SE, Palm bay, FL 32909-5646
30599303     Thomas Keel, 402 Dougherty Pl, Flint, MI 48504-4644
30599304     Thomas Kelly, 4120 MARICARR DR, DAYTON, OH 45429-3206
30599306   + Thomas Kimmelman, 70 Samana Drive, Miami, FL 33133-2610
30599307     Thomas Lawson, 153 Woodcrest Ln, Bristol, VA 24201-3285
30599308     Thomas Leckie, 777 ARNCOTE AVE, VICTORIA, BC V9B3E4, CANADA
30599309     Thomas Lipka, Neuh userstr., Apt. 7, Viernheim, HESSEN 68519, GERMANY
30599310     Thomas Long, 118/1 Mulyan St, Rouse Hill, New South Wales, 2155, AUSTRALIA
30599312   + Thomas M DeStefano, 20008 Hillgate Rd, Mokena, IL 60448-1439
30599314     Thomas Mazzeo, 135 Otway Burns Dr, Swansboro, NC 28584-8494
30599315     Thomas McClurg, 1320 Tomahawk Dr, Dubuque, IA 52003-7878
30599316     Thomas McPhillips, 5553 Auckland Ave, North Hollywood, CA 91601-2913
30599317     Thomas Mejia, 1722 Heatherstone Ln, Wilmington, NC 28405-7713
30599318     Thomas Mihill, 2412 Latigo Ct NE, Marietta, GA 30062-2565
30599320   + Thomas Moore, 5096 S 1470 W, Taylorsville, UT 84123-4377
30599321   + Thomas Moran, 1316 Taney Ave, Frederick, MD 21702-4220
30599322   + Thomas Morasco, 8-1/2 Earl Ave, Shelby, OH 44875-1504
30599324   + Thomas Morin, 872 Massachusetts Ave, Apt. 310, Cambridge, MA 02139-3016
30599325     Thomas Morris, 1121 Hampton Dr, Allen, TX 75013-3633
30599326     Thomas Morse, 717 Charlemagne Blvd, Battle Creek, MI 49017-3240
30599327   + Thomas Murphy, 2200 Fulton St, Aurora, CO 80010-1129
30599328   + Thomas Murray, 3603 Emily Way, Carmel, IN 46033-4442
30599329     Thomas Myers, 5316 Dostal Dr SW, Cedar Rapids, IA 52404-1219
30599330     Thomas Neill, 130 Dundee St, Buffalo, NY 14220-2523
30599331     Thomas Nightingale, Langs Hegnet 46, Kongens Lyngby, Hovedstaden, 2800, DENMARK
30599332   + Thomas Ogden, 1014 S Cloverdale Ave, Los Angeles, CA 90019-6732
30599333     Thomas P Kimbis, 13216 Lantern Hollow Dr, North Potomac, MD 20878-8705
30599334   + Thomas Peltier, 109 Brookstone Dr, Easley, SC 29642-7872
30599335     Thomas Pohlmeyer, 7 Park St Apt 14, Peabody, MA 01960-5577
30599336     Thomas Powderly, 23 Ringfort close, Balbriggan, Dublin K32 NY13, IRELAND

District/off: 0752-1                    User: admin                    Page 445 of 507

Date Rcvd: Jan 04, 2024                 Form ID: 309C                  Total Noticed: 30719

30599337   + Thomas Preston, 115 Forrestine Ave, Gadsden, AL 35901-5475
30599338   + Thomas R Wellington, 3413 Chartley Lane NE, Roswell, GA 30075-6135
30599339   + Thomas Rapp, 202 Kennemore St, Unit 1, Central, SC 29630-9117
30599340     Thomas Read, 461 Reith Road, Wangaratta, Victoria, 3677, AUSTRALIA
30599341   + Thomas Regis, 1678 South 75 East, Bountiful, UT 84010-5219
30599342     Thomas Reznick, 25675 OVERLOOK PKWY, Apt. 1906, SAN ANTONIO, TX 78260-2557
30599343   + Thomas Roseberry, 762 Elmhurst Road, Severn, MD 21144-2087
30599344     Thomas Scruggs, 3756 Surl Mount Tirzah Rd, Timberlake, NC 27583-9193
30599345     Thomas Sevigny, 4084a Rue Saint-Hubert, Montreal, QC H2L 4A8, CANADA
30599346     Thomas Shartle, 982 Vine St Apt 3, Louisville, KY 40204-2081
30599347   + Thomas Shea, 709 Hedgerow Drive, Broomall, PA 19008-2729
30599348     Thomas Sickinger, Softwarepark 105, Apt. 14, Ebensee, Upper Austria, 4802, AUSTRIA
30599349   + Thomas Silenski, 1700 W Oak Ave, Fullerton, CA 92833-3837
30599350     Thomas Simpson, 10 Hamlett Place, Stoke on Trent, ENGLAND ST6 8DP, UNITED KINGDOM
30599351     Thomas Teichroeb, 7149-114A ST, Grande Prairie, T8W 0G7, CANADA
30599352     Thomas Tolvanen, Stamgatan 59, Alvsjo 125 74, SWEDEN
30599353   + Thomas Trevisan, 575 N Tropic Ln, Verobeach, FL 32960-7412
30599355     Thomas Villani, 25 Robinson St, Clayton, VICTORIA 3168, AUSTRALIA
30599356   + Thomas Webb, 15 Beekman St., Rm BN1403C, NY, NY 10038-1509
30599357     Thomas Worden, 580 Flatbush Ave Apt 3D, Brooklyn, NY 11225-4924
30599358     Thomas Yardley, 54 Park Avenue South, Harrogate, England HG2 9BE, UNITED KINGDOM
30599359   + Thomas Yerkish, 7232 Kitty hawk St, Fontana, CA 92336-2914
30599323   + Thomas morgan, 202 baker street, Villa Ridge, MO 63089-1965
30599360   + Thomson, Haylie, 4070 N Kenmore Ave, Apt 312, Chicago, IL 60613-2471
30599361   + Thong Vo, 2020 East Madison Street, Apt#601, Seattle, WA 98122-6698
30599362     Thor Miars, PO BOX 555226, CMP PENDLETON, CA 92055-5226
30599363   + Thoreau Smiley, 4152 N. Rio Cancion, Apt 11, Tucson, AZ 85718-7133
30599364     Thorsten Schirok, Erpestra e 6, Hoppegarten 15366, GERMANY
30599366     Thuan Nguyen, Bottroper Stra e 121, Essen, Nordrhein-Westfalen, 45356, GERMANY
30599367   + Thurston Moore, 3654 Mariposa, Denver, CO 80211-3041
30599368     Tia Fulford, 7319 N Loop 1604 E Apt 538, Live Oak, TX 78233-5680
30599369   + Tia Schwab, 298 10th St, Apt 16, Brooklyn, NY 11215-3933
30599370     Tiago Gouveia, 8024 Rowland Road NW, Edmonton, Alberta, T6A 3W7, CANADA
30599371     Tiago Janke, Pestalozzistrasse 72, Sankt-Peter-Ording 25826, GERMANY
30599372     Tiana Treling, 23 hillgrove crescent, Berwick, Victoria, 3806, AUSTRALIA
30599373     Tianah M, 5 Haddington Crescent, Melbourne, VICTORIA 3059, AUSTRALIA
30599374   + Tianna Lavalle, 775 Citadel Ct, Des Plaines, IL 60016-6489
30599375   + TieDyeWholesaler, 401 Gallatin Farmers Ave, Belgrade, MT 59714-8974
30599378     Tierney Smith, 26 VALLEY VIEW RD, GOSHEN, NY 10924-6439
30599380   + Tierra White, 4837 Forest Highland Dr, Raleigh, NC 27604-8451
30599381     Tiffaney Valenzuela, 883 Magnolia Ave Apt 15, Pasadena, CA 91106-4619
30599382     Tiffani Fenton, 176 Rattray Road, Montmorency, VICTORIA 3094, AUSTRALIA
30599383     Tiffani Miller, 718 Mellon St, Pittsburgh, PA 15206-2404
30599384     Tiffany Blower, 3797 Hatchers Cir, Stockton, CA 95219-3105
30599385     Tiffany Boyd, 529 Louise St, Lewisville, TX 75057-3071
30599386   + Tiffany Brown, 6515 Pine hollow rd, Carpentersville, IL 60110-3407
30599387     Tiffany Carroll, 16486 Florawood Pl, Monument, CO 80132-6176
30599388     Tiffany Clark, 1118 Epworth Ct, Conroe, TX 77304-5305
30599389   + Tiffany Collins, 12313 Hulsey Dr, Chesterfield, VA 23838-2970
30599390   + Tiffany Cory, 405 South Street, Pottstown, PA 19464-5923
30599391     Tiffany Danyluk, 2727 Cleinview Ave, Cincinnati, OH 45206-1812
30599392     Tiffany Dillon, 415 S 32ND ST, PURCELLVILLE, VA 20132-3226
30599393     Tiffany Etherton, 2280 Jackson Hwy, Chehalis, WA 98532-4412
30599394   + Tiffany Finn, 215 Lighthouse Reach, Saint Marys, GA 31558-2787
30599395     Tiffany Garst, 102 Veranda Cir, Pendleton, SC 29670-8869
30599396   + Tiffany Harless, 1842 Ochsner Blvd Apt 823, Covington, LA 70433-8187
30599397   + Tiffany Hendred, 3020 Cherokee Street #1, Saint Louis, MO 63118-2903
30599398     Tiffany Holland, 2723 Welcome Rd, Lithia, FL 33547-2660
30599399     Tiffany J Cowart, 794 N Oakley St, Salt Lake City, UT 84116-3836
30599400   + Tiffany J Payne, 8170 Patsy Ln, Golden Valley, MN 55427-3939
30599401   + Tiffany Juergens, 7285 Bayberry Ct N, Olmsted Twp,, OH 44138-3501
30599402     Tiffany Kimball, 39 Butternut Ln, Bolton, MA 01740-1150
30599403     Tiffany Lino, 2240 BRAZIL DR, ANTIOCH, CA 94509-6855

30599404          Tiffany Malone, 1400 Lone Tree Ct, Roseville, CA 95661-5826
30599405          Tiffany McDowell, 214 E 4th St, Lansdale, PA 19446-2606
30599406        + Tiffany McVey, 629 Thunder Ridge Drive, Grand Junction, CO 81504-5674
30599407        + Tiffany Melia, 1402 Saint Johns Avenue, Billings, MT 59102-5130
30599408          Tiffany Nevarez, 1308 Lindstrom Ave, Modesto, CA 95351-4708
30599409          Tiffany Pobjoy, 38 Charles St, Cardiff, NEW SOUTH WALES 2285, AUSTRALIA
30599410        + Tiffany Poledna, 9625 Charolais Dr, Crowley, TX 76036-9543
30599411        + Tiffany Rizzo, 5916 Casa Alegre, Carmichael, CA 95608-6561
30599412        + Tiffany Robinson, 4309 47th ave, 3E, New york, NY 11104-2629
30599413        + Tiffany Scherer, 3215 E Creek Ct., Avon, OH 44011-4905
30599414        + Tiffany Schwarz, 741 Oglethorpe Trace, Stayesboro, GA 30458-8203
30599415        + Tiffany Slagle, 20831 E Fuero Dr, Walnut, CA 91789-2563
30599416        + Tiffany VF Favers duShine, 1638 W Jonquil Terrace, Chicago, OH 60626-1110
30599417          Tiffany Wenge, 608 Manor Ln, Millstadt, IL 62260-2832
30599418          Tiffany-Amber Saldana, 2602 Utah St, Carlsbad, NM 88220-2973
30599419          Tiger Belly, c/o Abbe Leviton, Leviton Management, Venice, CA 90291
30599420          Tiina Jauhiainen, Seminaarinkatu 8 as 19, Tornio 95400, FINLAND
30599421          Till N sse, Schneider-Clauss-Str. 19, K ln, Nordrhein-Westfalen, 50733, GERMANY
30599423          Tilly Wilkerson, 2081 NW Everett St Apt 306, Portland, OR 97209-1025
30599424          Tilz Johnson, 1470 Willow Lake Dr NE Apt D, Atlanta, GA 30329-2897
30599425          Tim Bartram, 28 Sheppenhall grove, Aston, Nantwich, England, CW58DF, UNITED KINGDOM
30599426        + Tim Bautch, 1021 Park St, STOUGHTON, WI 53589-2236
30599427          Tim Bergevin, 63 HOLT ST, WATERTOWN, MA 02472-1017
30599428          Tim Browne, 9449 DAYTON PIKE APT 416, SODDY DAISY, TN 37379-4786
30599429        + Tim Chylik (electric dynamite), 225 W. Highland Rd., Northfield, OH 44067-2605
30599430        + Tim Curtin, 626 Acker Pl NE, WA, DC 20002-5212
30599431        + Tim Dalrymple, 4465 Middlesboro, Clarkston, MI 48348-5083
30599432        + Tim Delrosario, 1917 Millbrook Ct, Virginia Beach, VA 23453-5931
30599433          Tim Ecker, Schornstra e 39a, Garmisch-Partenkirchen, BAYERN, GERMANY
30599434          Tim Edwards, 426 FORBY ESTATES DR, EUREKA, MO 63025-2379
30599435        + Tim Fletcher, 14 Papania Drive, Mahopac, NY 10541-2821
30599436        + Tim Galvan, 330 S Sepulveda Blvd, Manhattan Beach, CA 90266-6828
30599437          Tim Gerrits, Reihstr. 15, Aachen, Nordrhein-Westfalen 52062, GERMANY
30599438          Tim Hodge, 34, luccombe way, Karrinyup, Perth, Western Australia, 6018, AUSTRALIA
30599439          Tim Jannik Schmidt, Schaffnerstra e 26, Ulm, BADEN-WURTTEMBERG 89073, GERMANY
30599440        + Tim Johnson, 1092 McKelvey Road, Cincinnati, OH 45231-2538
30599441          Tim Kamppeter, Christoph-Probst-Weg 24, 2.OG, Hamburg, HAMBURG 20251, GERMANY
30599442          Tim Kotte, Am Echteweck 36, Hannover 30453, GERMANY
30599444          Tim Leehane, 1105 Norval Way, San Jose, CA 95125-3435
30599445        + Tim Lugo, 283 10th Ave, San Francisco, CA 94118-2212
30599446          Tim MacDonald, 914 Main St, Genoa, OH 43430-1420
30599447        + Tim Mangandi, 3442 Piedmont Dr, Raleigh, NC 27604-3818
30599448          Tim McCormick, 21 Wheatfield road, Portmarnock, Dublin. Dublin D13 YX08, IRELAND
30599449        + Tim McFerrin, 225 Tea Olive Avenue, Lexington, SC 29073-6935
30599450          Tim Metzler, 150 W 9th Ave Unit 1307, Denver, CO 80204-4032
30599451        + Tim Mokris, 1511 Lehigh Ave, Allentown, PA 18103-4338
30599452          Tim Nelki, Hohenesch 10, Hamburg, HAMBURG 22765, GERMANY
30599453        + Tim Plowman, 590 North Saint Marys Lane Northwest, Marietta, GA 30064-1463
30599454          Tim Roche, 1621 Namekagon St Unit 46, Hudson, WI 54016-2804
30599455        + Tim Sheltraw, 3171 Fairmont Dr., Unit 10B, Wellington, CO 80549-1741
30599456        + Tim Shortell, 128 1st ave, Kings park, NY 11754-3613
30599457          Tim Smith, 2138 Orchard Bloom Dr, Windsor, CO 80550-3455
30599458          Tim Snelling, 10481 S Crocus St, Sandy, UT 84094-4430
30599459          Tim St. Pierre, 1863 N Dayton St Unit E, Chicago, IL 60614-5002
30599460        + Tim Taylor, 470 moosehead trl hwy, Waldo, ME 04915-3405
30599461        + Tim Thralls, 37 Avenida Merida, San Clemente, CA 92673-3911
30599462        + Tim Walmsley, 1000 Royal Drive, Apt. 205, South Park, PA 15129-8514
30599463          Tim Weber, 5654 Nora Bernard St., Apt. 1, Halifax, NOVA SCOTIA B3K 1B5, CANADA
30599464          Tim Weighart, 16 CROWNINSHIELD RD, BROOKLINE, MA 02446-6718
30599465        + Tim Weisel, 554 Coventry Cir, Telford, PA 18969-2504
30599466          Tim Wildenhayn, Salzburgerstra e 4, Berlin, BERLIN 10825, GERMANY
30599467        + Tim Winslow, 6907 Wake Forest Drive, College Park, MD 20740-3605
30599469        + Timmy Arnold, 1060 W Balmoral Ave., Unit G, Chicago, IL 60640-1965

District/off: 0752-1                           User: admin                                    Page 447 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                   Total Noticed: 30719

30599470          Timmy Houck, 5 E Penn Ave, Robesonia, PA 19551-1525
30599471          Timo Derks, Bovenweg 15, Schoorl, Noord-Holland 1871VN, NETHERLANDS
30599472          Timo Ernst, Frans-Hals-Weg 3, Hilden 40724, GERMANY
30599473          Timothy Alar, 2360 Millstream Ln, San Ramon, CA 94582-2899
30599474          Timothy Arkwall Lindqvist, Edinsv gen 11, Apt. 1025, Nacka, STOCKHOLM 13145, SWEDEN
30599475        + Timothy Barranco, 312 2nd St SE, WA, DC 20003-1901
30599476          Timothy Best, 154 Poeden Pl, Mondovi, WI 54755-1573
30599477        + Timothy Bradshaw, 327 Garfield Ave nw, Grand rapids, MI 49504-5437
30599478        + Timothy Clough, 1200A PRICE DR, Greenville, NC 27834-0550
30599479          Timothy Daly, 2004 Eagles Lndg Way Apt 102, Odenton, MD 21113-2913
30599480        + Timothy Donnelly, 1541 N 122nd Plaza, apt 12, omaha, NE 68154-1368
30599481        + Timothy E Wasaitis, 905 Arrowhead Dr, Elwood, IL 60421-6072
30599482          Timothy France-Kelly, 9051 Red Branch Rd Ste A, Columbia, MD 21045-2103
30599483        + Timothy Frost, 14700 Links Pond Circle, Gainesville, VA 20155-4834
30599484        + Timothy Gaughan, 109 Vine Street, Nashua, NH 03060-4559
30599485        + Timothy Hayes, 3 Schoolhouse Dr, Danbury, CT 06811-3418
30599486        + Timothy Hendrigsman, 200 Royal Oaks Blvd Unit C1, Franklin, TN 37067-3013
30599487        + Timothy Henshaw, 173 Crest Circle Drive, San Marcos, TX 78666-9171
30599488          Timothy Ho, 96-98 Johnston Street, Unit 15, Annandale, NEW SOUTH WALES 2038, AUSTRALIA
30599489        + Timothy J Gobert, 2418 Apricot Ln, Augusta, GA 30904-3313
30599490        + Timothy J Nicholas, 7665 Linda Road, NORTH SYRACUSE, NY 13212-1225
30599491        + Timothy Jaeger, 64 Foster Street, Brighton, MA 02135-3201
30599492        + Timothy Johnson, 1092 MCKELVEY ROAD, CINCINNATI, OH 45231-2538
30599493        + Timothy Johnson, 1261 Getzelman Dr, Apartment D, Elgin, IL 60123-2060
30599494        + Timothy Kim, 101 Worchester Ln, Allen, TX 75002-3918
30599495          Timothy Kurtz, 3310 Senne St, Kalamazoo, MI 49048-9606
30599496        + Timothy Lenoir, 299 Greene Ave. Apt. 1, Brooklyn, NY 11238-6184
30599497        + Timothy M Campbell, 7 McKee Road, Gibbsboro, NJ 08026-1120
30599498        + Timothy Massey, 1732 lewis ave, Billings, MT 59102-4045
30599499        + Timothy Matthew Villamater, 1239 Alex Dr, Winder, GA 30680-4294
30599500        + Timothy McAfee, 2556 County Route 57, N/A, Fulton, NY 13069-4200
30599501          Timothy McCarthy, 23 Reed Pl, Whitman, MA 02382-2128
30599502          Timothy McDonough, 2988 Glenora Ln, Rockville, MD 20850-3055
30599503        + Timothy McGrath, 3 Shirley Ave, Norton, MA 02766-2108
30599504          Timothy Melanson, 158 Old Webster Road, Oxford, MA 01540-2022
30599505        + Timothy Miller, 398 Granite Mill BLvd, Chapel Hill, NC 27516-4565
30599506        + Timothy Min, 241 W Dryden St, Apt D, Glendale, CA 91202-3021
30599507        + Timothy Newton, 105 Briars Bend, Brandon, MS 39042-8211
30599508        + Timothy O Connor, 948 N Hoyne Ave, Apt #2, Chicago, IL 60622-6717
30599509        + Timothy Oestreich, 900 East High Street, Dorsey Hall, Rm #246, Oxford, OH 45056-1466
30599510        + Timothy Pratt, 23 Dale Street, Woburn, MA 01801-3205
30599511        + Timothy Ross, 2555 Eberlein Ave, Klamath Falls, OR 97601-3509
30599512          Timothy Shashkoff, 90 Broadway, St. Catharines, Ontario L2M1M6, CANADA
30599513          Timothy Sixt, 5 Welch Street, Cooma, New South Wales, 2630, AUSTRALIA
30599515        + Timothy Smith, 4320 W Thomas St, Chicago, IL 60651-3404
30599514        + Timothy Smith, 1932 s hickory place, broken arrow, OK 74012-6927
30599516        + Timothy Tam, 5000 NW Village Park Dr, Apt B211, Issaquah, WA 98027-9058
30599517        + Timothy Thurston, 220 Indian Park Drive, Apt 3207, Murfreesboro, TN 37128-5828
30599518        + Timothy Webster, 3920 Ingram Drive, Raleigh, NC 27604-3404
30599519          Timothy Welch, 117 Sheridan St, Pittsburgh, PA 15209-2659
30599520        + Timothy Wong, 2542 Paseo del Palacio, Chino Hills, CA 91709-5052
30599521        + Timothy Zhang, 5072 E Atherton St, Long Beach, CA 90815-3721
30599522          Tina Carroll, 51 N Floral Leaf Cir, Spring, TX 77381-6258
30599523          Tina Cheng, 7910 Elks Rd, Elmhurst, NY 11373-4125
30599524          Tina Dean, 4289 White Oak Dr, Manning, SC 29102-9003
30599525          Tina Gagnon, 1518 Carol Anne Dr, Morris, IL 60450-2483
30599526        + Tina Hong, 4365 Nutwood Dr SW, Iowa City, IA 52240-8210
30599527          Tina Jarman, 267 Bryan Ln, Manchester, TN 37355-7639
30599528          Tina Medina, 2042 PIRIE PL, SAINT CLOUD, FL 34769-5524
30599529        + Tina Montgomery, 14929 Cantor Chase Crossing, Fishers, IN 46040-4411
30599530          Tina Rosenow, 5940 Woodcrest Way, Shoreview, MN 55126-8434
30599531          Tina Sexton, 26057 SALINGER LN, STEVENSON RNH, CA 91381-1102
30599532          Tina Sicilian, 163 Jackson St, Plain City, OH 43064-1210

30599533         Tina Taylor, 28 Glen Dr, Mill Valley, CA 94941-1251
30599534    +    Tina Tian, 875 Writer Ct, Vernon Hills, IL 60061-2302
30599535    +    Tina Tope, 20928 Wilbeam Ave, Apt. 24, Castro Valley, CA 94546-5861
30599536    +    Tina Tripoli, 19 mountain ave, Middletown, NY 10940-6249
30599537         Tina Vo, 30 Mount Everett St Apt 3, Boston, MA 02125-4266
30599538         Tina Vogt, 1805 Forest Dr, Williamstown, NJ 08094-2166
30599539         Tina Whittle, 16 Tessiers Road, Daylesford, VIC 3460, AUSTRALIA
30599540    +    Tinman Merchandising LLC, 25 Crescent Dr, A309, Pleasant Hill, CA 94523-5508
30599541         Tino Novellino, 7540 Sterling Dr, Oakland, CA 94605-3019
30599542    +    Tiny Moving Parts, c/o William Chevalier, 175 40th Ave SE, Benson, MN 56215-1358
30599543         Tisha Sutton, PSC 103 Box 2471, APO, AE 09603-0025
30599545    +    Titus Bosch, 17007 S Hoover ST, Gardena, CA 90247-5813
30599546    +    Titus Brown, 812 Cherrywood Court, Mesquite, TX 75149-5401
30599547         Titus Fox, 1916 Somerville Dr, Hampton, VA 23663-1227
30599548         Titus Sch ning, Nieb ller Weg 5, Hannover 30165, GERMANY
30599550    +    Tj hubbard, 15127 knollwood st, Lake Elsinore, CA 92530-7324
30599554         Tj-Yuxin Song, 2003 Hopewood Dr, Falls Church, VA 22043-1837
30599555         Toai Trinh, 36 Grassy Point Road, Cairnlea, VICTORIA 3023, AUSTRALIA
30599556         Tobi Cap, 8737 3rd Ave, Niagara Falls, NY 14304-1889
30599557         Tobias B rger, Triesterstrasse 7, Neunkirchen 2620, AUSTRIA
30599558         Tobias Becker, Stapenhorststr., Apt. 88, Bielefeld, Nordrhein-Westfalen 33615, GERMANY
30599559    +    Tobias Berglund, 6205 Eichelberger St., A, St. Louis, MO 63109-3452
30599560         Tobias Duckman, 277 Hainault Road, London, ENGLAND E111ES, UNITED KINGDOM
30599561         Tobias G nzl, Luisenstra e, Apt. 10, Rostock, Mecklenburg-Vorpommern 18057, GERMANY
30599562         Tobias Grahn, Ljunggatan19, Lgh1203, BODAFORS, JONKOPING 57162, SWEDEN
30599563         Tobias Grothe, Fettstrasse 12, Hamburg 20357, GERMANY
30599564         Tobias Kaacksteen, Am Inselpark 17, Hamburg, HAMBURG 21109, GERMANY
30599565    +    Tobias Metz, 134 High St, Plymouth, PA 18651-2320
30599566         Tobias Ohnemus, Akademiestr. 34, Karlsruhe, BADEN-WURTTEMBERG 7613, GERMANY
30599567         Tobin Zdarko, 3918 E MULBERRY DR, PHOENIX, AZ 85018-6442
30599568         Toby Corner, 3 Pearmain Road, Street, England BA16 0QH, UNITED KINGDOM
30599569         Toby Hall, 132 Inchbonnie Road, Chelmsford, ENGLAND CM3SZW, UNITED KINGDOM
30599570         Toby Heap, 25 Rainbow Drive, Wagga Wagga, NEW SOUTH WALES 2650, AUSTRALIA
30599571         Toby Hills, 80 Sewell Street, East Fremantle, WESTERN AUSTRALIA 6158, AUSTRALIA
30599572         Toby Ineson, 19 Keepers Close, Welton, ENGLAND LN2 3TS, UNITED KINGDOM
30599573    +    Toby Maysey, 2450 Acorn Hollow Ln, Herndon, VA 20171-3405
30599574         Toby Mclenon, 880 NE Providence Ct, D204, Pullman, WA 99163
30599575         Toby Smith, 25 Talara st, Currimundi, QUEENSLAND 4551, AUSTRALIA
30599576         Toby Wilkins, 24 Mayfly Road, Swindon, England SN25 2HN, UNITED KINGDOM
30599577         Tod Smith, 18406 114th Ave E, Puyallup, WA 98374-8874
30599578         Todd Baumann-Fern, 100 1st Ave NE, 453, Fairfax, MN 55332
30599579    +    Todd Cunningham, 28 Enright Lane, Montgomery, NY 12549-2003
30599580         Todd Curtiss, 29107 Arnold Dr, Sonoma, CA 95476-9761
30599581    +    Todd Goldberg, 210 Pinehurst Drive, Augusta, GA 30907-2168
30599582    +    Todd Heeringa, 1965 Jefferson Avenue, Saint Paul, MN 55105-1604
30599583    +    Todd Herron, 9 woodview ct, Cincinnati, OH 45246-2362
30599584         Todd James, 2712 Chilton Pl, Raleigh, NC 27616-5583
30599585         Todd LaBandt, 4732 TEMPLETON GAP RD, COLORADO SPGS, CO 80918-5259
30599586    +    Todd Lynes, 11105 SW 32nd St, Yukon, OK 73099-3579
30599587         Todd Reed, 2186 Hollyhock St NE, Belmont, MI 49306-8893
30599588    +    Todd Reusch, 4116 S Miranda Court, Springfield, MO 65807-4777
30599589    +    Todd Robinson, 776 Madson Ave SW, Hutchinson, MN 55350-2725
30599590    +    Todd Strickland, 768 Loop Rd, Leadville, CO 80461-9744
30599591    +    Todd Thomason, 10500 Katy Line Dr, Yukon, OK 73099-8367
30599595    +    Tom Andreana, 1611 7th st N, Apt. 47, Wahpeton, ND 58075-3368
30599596         Tom Barrett, 81 Raynton Drive, London, ENGLAND UB4 8BG, UNITED KINGDOM
30599597         Tom Bergman, Steenstraat, 13, Apt. 13, Eersel, Noord-Brabant, 5521KN, NETHERLANDS
30599598         Tom Chiari, 38 GREATON DR, PROVIDENCE, RI 02906-2914
30599599         Tom DELOLME, 36 rue de l Ourcq, Paris, ILE-DE-FRANCE 75019, FRANCE
30599601         Tom Findlay, 10 Norfolk Drive, Melton Mowbray, ENGLAND LE13 OAJ, UNITED KINGDOM
30599602         Tom Haffenden, 626 Semington Road, Melksham,England, SN12 6DN, UNITED KINGDOM
30599603         Tom Hawkins, 5 Kenwood Close, Bristol, ENGLAND BS15 4TE, UNITED KINGDOM
30599604    +    Tom Henke, 4459 NW Palestine Ave., Albany, OR 97321-9365

| | | |
|---|---|---|
| 30599606 | | Tom Housden, 13 Pacific Street, Caringbah South, New South Wales, 2229, AUSTRALIA |
| 30599607 | | Tom Janecki, 4227 SUNNYSIDE AVE, BROOKFIELD, IL 60513-2012 |
| 30599608 | + | Tom Johnsen, 1029 Avent Hl, B8, Raleigh, NC 27606-8048 |
| 30599609 | + | Tom Julian, 3496 Nottingham Way, Trenton, NJ 08690-2614 |
| 30599610 | | Tom Justus, 4197 HAZEL AVE, LINCOLN PARK, MI 48146-3746 |
| 30599611 | | Tom Kalista, 475 Tillinghast Rd, East Greenwich, RI 02818-1322 |
| 30599612 | + | Tom Kelly, 353 W 4th St., Unit 304, Cincinnati, OH 45202-2735 |
| 30599613 | + | Tom Kern, 17574 fieldfare way, FARMINGTON, MN 55024-8839 |
| 30599614 | + | Tom Kopczynski, 14006 Two Notch Court, Midlothian, VA 23112-4120 |
| 30599615 | | Tom Lloyd-Hughes, 134 Monread Heights, Naas, KILDARE W91AVX9, IRELAND |
| 30599616 | | Tom Lorenz, 15633 Arrow Hwy, Irwindale, CA 91706-2004 |
| 30599617 | + | Tom Lynott, 1957 Boardwalk Ave, Prescott, AZ 86301-5574 |
| 30599618 | + | Tom McQuiston, 418 Lawnton Road, Willow Grove, PA 19090-2316 |
| 30599619 | | Tom Minsinger, 5576 AIKEN RD, MC KEES ROCKS, PA 15136-1204 |
| 30599620 | | Tom Owens, 40490 Oconnors Cir, Leesburg, VA 20175-7520 |
| 30599621 | + | Tom Pavarini, 1830 Lamont St NW, Apt 4, WA, DC 20010-2621 |
| 30599622 | | Tom Perkins, 1408 Brixton Ct, Edmond, OK 73034-3310 |
| 30599624 | | Tom Sacher, Erlenweg, Apt. 7, Gehrden, Niedersachsen, 30989, GERMANY |
| 30599625 | | Tom Santagiuliana, 142 Shore Street North, Cleveland, Queensland 4163, AUSTRALIA |
| 30599626 | + | Tom Sexton, 110 NE Morgan St, A, Portland, OR 97211-2345 |
| 30599627 | + | Tom Short, 1001 Lyn Way Apt 209, Hastings, MN 55033-2594 |
| 30599628 | | Tom Spragg, 16 Dawley Road Arleston, Telford, England TF1 2HR, UNITED KINGDOM |
| 30599629 | + | Tom Strudwick, 1160 E 18th Ave, 1-609, Denver, CO 80218-1199 |
| 30599630 | | Tom Taylor, 8245 County Road 101, Belle Center, OH 43310-9515 |
| 30599631 | | Tom Telford, 28 Cotham Grove, Bristol BS6 6AN, UNITED KINGDOM |
| 30599633 | + | Tom Walton, 120 Broadway N, Fargo, ND 58102-4926 |
| 30599635 | | Tom Wilde, Emil-Pleitner-Gang 4, Oldenburg, Niedersachsen 26135, GERMANY |
| 30599594 | | Tom and Jane Mammoser, 621 Butterfield Dr, Algonquin, IL 60102-2109 |
| 30599600 | | Tom ettridge, 17 park view, Kettering, England, NN16 9RH, UNITED KINGDOM |
| 30599605 | | Tom horner, 3, shayfield drive, Wakefield, ENGLAND WF3 3F7, UNITED KINGDOM |
| 30599623 | | Tom rees, 45 Denford rd ringstead, Kettering, England, NN14 4DF, UNITED KINGDOM |
| 30599634 | | Tom warren, 48 meadowfields close easingwold, York, ENGLAND Y061 3DR, UNITED KINGDOM |
| 30599636 | | Tomah Tufts, 45 Hollandale Ln Apt E, Clifton Park, NY 12065-8213 |
| 30599637 | | Tomas Eriksson, Krambugata 13, Algard 4330, NORWAY |
| 30599638 | + | Tomas Gilmour, 908 South Neel Court, Kennewick, WA 99336-4463 |
| 30599639 | | Tomas Suchy, V Holesovickach 41, Prague 182 09, CZECH REPUBLIC |
| 30599640 | + | Tomas Valencia, 3011 Rose Creek Ct, Oakton, VA 22124-1782 |
| 30599642 | + | Tommi Poe, 627 Morton Pl NE, WA, DC 20002-3427 |
| 30599643 | | Tommie K llman, Bj rkbergsv gen 53, Apt. 1102, Hudiksvall, G vleborgs L n 82451, SWEDEN |
| 30599644 | + | Tommy Bulger, 224 E 1st Ave, Apt 103, Columbus, OH 43201-3823 |
| 30599645 | | Tommy Cullen, 11 The Green, Wirral, ENGLAND CH48 2LA, UNITED KINGDOM |
| 30599646 | + | Tommy Delgado, 21306 Norwalk Blvd, Hawaiian Gardens, CA 90716-1042 |
| 30599648 | | Tommy Farrell, 305 Latham Rd, Mineola, NY 11501-1106 |
| 30599650 | | Tommy Guo, 159 Jamestown Crescent, Toronto Etobicoke, Ontario, M9V 3M6, CANADA |
| 30599651 | + | Tommy Moe, 231 e 55 st, NY, NY 10022-4001 |
| 30599652 | + | Tommy Odle, 206 Sycamore Dr, Williamsport, IN 47993-1037 |
| 30599653 | + | Tommy Prine, 200 S Wacker Dr, Suite 800, Chicago, IL 60606-5804 |
| 30599654 | + | Tommy Russell, 3756 N. Paulina, 2F, Chicago, IL 60613-5242 |
| 30599655 | | Tommy Tremblay, 1 Rue Cousineau, Apt. 3, SAINT-THERESE, QUEBEC J7E 2T8, CANADA |
| 30599656 | | Tommy Williamson, 8004 Brewington Ct, Raleigh, NC 27615-2901 |
| 30599657 | | Tomoko Ishizuka, 3-31-8 Nakanoshima Tama-ku, Tanaka heights 202, Kawasaki, Kanagawa 2140012, JAPAN |
| 30599658 | + | Tomson Merchandise, 27037 Rio Bosque Dr., Valencia, CA 91354-2227 |
| 30599659 | + | Toni F Lovern, 142 Shade Hollow Rd, Blue Ridge, VA 24064-1657 |
| 30599661 | | Toni Miller, 526 S Ashford Ave, Bloomington, CA 92316-1202 |
| 30599662 | | Toni Scully, Xtravision House, Apartment 1, The Squar, Tuam, Galway H54 CY61, IRELAND |
| 30599663 | | Toni Shannon, 162 Queen's Promenade, 30 admiral point, Blackpool FY2 9GL, UNITED KINGDOM |
| 30599660 | | Toni medina, 2040 N NORDICA AVE, CHICAGO, IL 60707-3820 |
| 30599664 | | Tony, 5939, Apt C, Fort Wayne, IN 46804 |
| 30599665 | | Tony Antoniou, 4 Horseshoe Drive, Buckshaw Village, Chorley, ENGLAND PR7 7GQ, UNITED KINGDOM |
| 30599666 | + | Tony Boston, 13700 Tynecastle Lane, Matthews, NC 28105-4098 |
| 30599667 | | Tony Bray, 19 Crab Lane, Bradwell, Great Yarmouth, England NR31 8DJ, UNITED KINGDOM |
| 30599668 | | Tony Costarella, 21342 Snowcreek Ct, Parker, CO 80138-6298 |
| 30599669 | | Tony DiMeo, 1010 E Yorba Linda Blvd Apt 1011, Placentia, CA 92870-3724 |

District/off: 0752-1                                      User: admin                                      Page 450 of 507
Date Rcvd: Jan 04, 2024                                  Form ID: 309C                                    Total Noticed: 30719

30599670              Tony Escobar, 6206 Dovetail Ct, San Jose, CA 95135-2201
30599671          +   Tony Gerlach, 4653 Seldom Seen rd., Powell, OH 43065-8404
30599672          +   Tony Gialdini, 270 Estates Dr, Ben Lomond, CA 95005-9444
30599674          +   Tony Kharitonov, 125 Flanders Drakestown Rd, Flanders, NJ 07836-4013
30599675              Tony Labra, 201B Ridgeview Dr, Cumming, GA 30040-2675
30599676              Tony Laster, 2500 Murfreesboro Pike Ste 105, Nashville, TN 37217-3629
30599677              Tony Lau, 610 N Humboldt St, San Mateo, CA 94401-1492
30599678          +   Tony Le Feat, 2612 49th ave SW, Seattle, WA 98116-2307
30599679          +   Tony Legaspi, 913 Jefferson St, Fairfield, CA 94533-5501
30599680          +   Tony Petrillo, 16011 Amberly Dr, Tampa, FL 33647-1039
30599681          +   Tony Piazza, 14515 Colonels Choice, Upper Marlboro, MD 20772-2811
30599682          +   Tony Piedmonte, 1604 Stevens Ave., APT 4, Louisville, KY 40205-1065
30599683              Tony Rodriguez, 1649 Cowboy Chaps Pl, Henderson, NV 89002-9341
30599684              Tony Roulhac, 25 Glenpark Ct, Maryland Heights, MO 63043-1621
30599685              Tony Schreckengost, 4309 Lariat Dr, Baytown, TX 77521-3515
30599686              Tony Sj blom, Voudinkatu 6 B, Apt. 21, Kaarina, Varsinainen Suomi 20780, FINLAND
30599687              Tony Voda, 600 Lilac Dr N Apt 104, Golden Valley, MN 55422-4519
30599689          +   Tonya Alexander, 5316 Amberdan Hall Dr, Suwanee, GA 30024-7335
30599690          +   Tonya Grimmke, 3621 Autumn Leaves Lane, Marietta, GA 30066-3995
30599691          +   Tonya Marks, 2707 Sage Street, Colorado Springs, CO 80907-5833
30599692              Tonya Ruby, 441 W 90th Ave, Anchorage, AK 99515-1724
30599693          +   Tonya Wuestefeld, 215 College Street, Pelahatchie, MS 39145-3081
30599694              Topanga Wozab, 249 W 2280 N, Tooele, UT 84074-5610
30599695          +   Topher Gauk-Roger, 4221 Burns Ave, Apt 6, Los Angeles, CA 90029-2997
30599698              Torben Behrens, Hundestra e 5, Osterholz-Scharmbeck, Niedersachsen 2771, GERMANY
30599699          +   Tore McCarthy, 523 8th Street, West Hempstead, NY 11552-1107
30599700              Torgeir S trenes, Peridotvegen 62, AHEIM, MORE OG ROMSDAL 6146, NORWAY
30599701          +   Tori Braun, 4950 Flagstone Drive, Sarasota, FL 34238-4398
30599702              Tori Franklin, 480 Lehman Ave Apt 309, Bowling Green, OH 43402-3058
30599703              Tori Fusselman, 3210 Heidelberg Ave, Newmanstown, PA 17073-7045
30599704              Tori Hartmann, 3038 Ivory Rd NW, Carrollton, OH 44615-9322
30599705              Tori Lumia, 8 Cavalier Way, Latham, NY 12110-1998
30599706              Tori Mae, 818 E Greenway Ct, Derby, KS 67037-2817
30599707          +   Tori Magallanes, 555 Laurie Lane, J8, Thousand Oaks, CA 91360-5591
30599708              Tori Rhea, 1201 E Strasburg Rd Apt A8, West Chester, PA 19380-5656
30599709          +   Tori T, 1479 Cedarmeadow Ct, San Jose, CA 95131-3744
30599710              Tori Taylor, 13305 Letterman St, Moreno Valley, CA 92555-3711
30599711          +   Tori Wilk, 330 Mayfair Dr, Aurora, IL 60504-4097
30599712          +   Tori Yoshihata, 78-628 Ihilani Pl, Kailua Kona, HI 96740-9790
30599714          +   Torin Tramill, 950 Pebble Creek Dr, Apt D, Henderson, KY 42420-8717
30599713          +   Torin Tramill, 950 Pebble Creek Dr, D, Henderson, KY 42420-8717
30599717          +   Torrin Labresh, 2124 grand ave, Apt. 19, West Des Moines, IA 50265-4237
30599718              Torstein Jensen, St lsvegen 96B, H0201, Arnatveit 5262, NORWAY
30599719          +   Tory Campbell, 291 Friendship Ave. SE, Salem, OR 97302-5717
30599720          +   Tory Fulgione, 9050 Markville Dr., Apt. 717, Dallas, TX 75243-3555
30599721          +   Tory Tory, 95 allen rd., Billerica, MA 01821-3125
30599722          +   Tory White, 5908 Wickham Ave, Newport News, VA 23605-2331
30599723          +   Totally Promotional.com, 450 S 2nd St, Coldwater, OH 45828-1803
30599725          +   Toulong Vue, 201 N Few St, APT 2, madison, WI 53703-2461
30599726          +   Tovah I MacLacklin, 1852 BERWYN ST, PHILADELPHIA, PA 19115-3208
30599727              Tove Traulsen, 580 E 6th St, Chico, CA 95928-5635
30599730          +   Town Hall Foundation Inc., 123 West 43rd Street, New York, NY 10036-6507
30599731              Trace Dielschneider, 42 Murdoch Place, Saskatoon, SK S7L 4G9, CANADA
30599732              Trace McGraw, 554 Lake Meadow Dr, Sullivan, MO 63080-2304
30599733          +   Trace Mountains, 139 Hunter St, Apt 1, Kingston, NY 12401-6619
30599734          +   Trace Neidholdt, 4222 East 26th Street, Joplin, MO 64804-3445
30599735              Tracey Alspaugh, 1153 Mount Royal Dr, Kalamazoo, MI 49009-1501
30599736          +   Tracey Gill, 205 Lexington Dr, Lebanon, TN 37087-4262
30599737              Tracey Lefante, 2509 Crestridge Cir, Marrero, LA 70072-5379
30599738              Tracey Robinson, 1 LOWBRIDGE PSGE, MEDFORD, NJ 08055-3355
30599739              Tracey Schafer, 103 Eastwood Dr, Plymouth, IN 46563-7945
30599740              Traci Barna, 9909 N 52nd St, Omaha, NE 68152-1523
30599741          +   Traci Cornett, 241 Barberry Ln, Lexington, KY 40503-1316

30599742   + Traci Eisenhauer, 540 N May, Apt. 3075, Mesa, AZ 85201-4402
30599743     Traci Morris, 28 gatefold rise, Worksop S81 7DU, UNITED KINGDOM
30599744     Traci Noto, 9 Dairy Ln, Long Valley, NJ 07853-6122
30599745     Traci Stormer, 2913 E Dorothy Ln, Kettering, OH 45420-3815
30599746   + Tracie L Porter, 12114 BAYLA ST, NORWALK, CA 90650-1812
30599747     Tracy A Conti, 11716 Spotted Margay Ave, Venice, FL 34292-4169
30599748     Tracy Altman, 803 Ironton Dr, Lubbock, TX 79416-5933
30599749     Tracy Breitkreutz, 1553 Clark Ave, Waco, TX 76708-2112
30599750     Tracy Haug, 7416 72nd Dr NE, Marysville, WA 98270-7772
30599751     Tracy Ketelaar, 10903 N Highcrest Ln, Dunlap, IL 61525-8700
30599752   + Tracy Knehr, 711 W Broadway Rd, #4051, Tempe, AZ 85282-1291
30599753   + Tracy Knehr, 12212 Cape Cortez Ct, Las Vegas, NV 89138-4604
30599754     Tracy Levin-Barshay, 590 Rio Grande Cir, Thousand Oaks, CA 91360-1552
30599755     Tracy Pennell, 588 W BIRCH AVE, CLOVIS, CA 93611-6706
30599756   + Tracy Richmond, 2717 SE 70th Ave, Portland, OR 97206-1114
30599757   + Tracy Salgado, 20422 Cider Ct, Bend, OR 97702-8826
30599758   + Tracy Sessions, 1748 south 64th street, West Allis, WI 53214-4905
30599759     Tracy Smallwood, 3413 Whittaker Ave, Chattanooga, TN 37415-4617
30599761     Tracy Ward, 9860 Morningstar Ln, Carmel, IN 46280-2863
30599762     Tracy Wertz, 1528 3RD ST, ALTOONA, PA 16601-4569
30599763     Tracy Williford, 6400 NW 31st St, Bethany, OK 73008-4170
30599764   + Trai Tressler, 5139 Fairview Dr, Mt Pleasant, PA 15666-3421
30599765     Trailstone Renewables GmbH - Alec Mau, Ernst-Reuter Platz 6, Berlin, BERLIN 10587, GERMANY
30599767   + Tran Livingston, 3215 Ala Ilima Street, B-811, Honolulu, HI 96818-6034
30599769     TransPak, Inc., P.O. Box 102762, Pasadena, CA 91189-2762
30599770   + Transviolet, c/o Fata Booking Agency Inc., 713 Ellsworth St, Philadelphia, PA 19147-5110
30599773   + Trash Tuesday, c/o Real Good Touring Inc., 16255 Ventura Blvd, Encino, CA 91436-2302
30599774   + Trautman, 1301 Bridgeport Way, Apt 335, Suffolk, VA 23435-1974
30599775   + Travis Aaron Poston, 304 Vincent St B, Houston, TX 77009-5438
30599776   + Travis Alston, 5312 Fenner road, Fort Belvoir, VA 22060-2200
30599777   + Travis Armstrong, 406 Audra Ln, F, Denton, TX 76209-7540
30599778     Travis Atkins, 68 Eileen Street, Gosnells, WESTERN AUSTRALIA 6110, AUSTRALIA
30599779   + Travis Beagles, 260 NW Golden Hills Dr Spc 65, Pullman, WA 99163-9770
30599781   + Travis Buffum, 4030 Guilford Avenue, Indianapolis, IN 46205-2723
30599782   + Travis Byard, 217 West 13th Street, Ashland, OH 44805-1763
30599783   + Travis C Arcamone, 1101 tropical ave, Oviedo, FL 32766-8704
30599784     Travis Chain, 17606 N 17th Pl Unit 1045, Phoenix, AZ 85022-2132
30599785   + Travis Conrad, 8726 242nd St SW, Edmonds, WA 98026-9043
30599786     Travis Daniel Batt, 1363 W INDIGO DR, CHANDLER, AZ 85248-4395
30599788   + Travis Fike, 715, Tamarac Drive, Davison, MI 48423-1944
30599789     Travis Graves, 6106 Nathan Way SE Unit D, Auburn, WA 98092-8038
30599790   + Travis High, 2105 Glen Manor Rd, Corinth, TX 76208-5259
30599791   + Travis Hisken, 2220 Windrow Drive,, Fernley, NV 89408-7220
30599792   + Travis Holdaway, 4459 W Harvest Sun Lane, South Jordan, UT 84009-4703
30599793   + Travis Hunsaker, 5306 Strawberry Ln, Willoughby, OH 44094-4334
30599794   + Travis Javier, 4243 weatherby ct, Tallahassee, FL 32305-1441
30599795     Travis Lawless, 10 Crawford St, Northborough, MA 01532-1702
30599796     Travis Leeden, 18a Royal Crescent, Rochedale, QUEENSLAND 4123, AUSTRALIA
30599797   + Travis Lovern, 30334 Musselburg pl, Sorrento, FL 32776-9043
30599798   + Travis McCoy, 3214 Broadway, Apt. 421, Everett, WA 98201-4419
30599799   + Travis Michael Steffes, 5995 HAZELGREEN RD NE, SALEM, OR 97305-9576
30599800   + Travis Mudd, 3448 Carriage Walk Ct, Laurel, MD 20724-1966
30599801   + Travis Newton, 135 Periwinkle Ln, Bolingbrook, IL 60490-4551
30599802   + Travis Ostrom, 2215 SW WRIGHT CT, Troutdale, OR 97060-1942
30599803   + Travis Paradise, 39 Kingston Rd, Plaistow, NH 03865-2215
30599805     Travis Ragsdale-Sweig, 3849 Rushmore Dr, Redding, CA 96001-2995
30599806   + Travis Slusser, 4201 Eland Downe, Phoenixville, PA 19460-1319
30599808     Travis Stringer, 111 Trevors Road, Ashburton, CANTERBURY 7700, NEW ZEALAND
30599809     Travis Thompson, 328 Leacock Drive, Barrie, ONTARIO L4N6J8, CANADA
30599810   + Travis Wheat, 2333 SE Madison St, Portland, OR 97214-3929
30599811   + Travis Winkle, 11146 Vance Jackson Rd, Apt. 2701, San Antonio, TX 78230-2561
30599812   + Travis Yeary, 1471 Howard Ave, Colorado Springs, CO 80909-3059
30599807     Travis smith, 70 FAIRLANE DR, WETHERSFIELD, CT 06109-4121

District/off: 0752-1                                    User: admin                                         Page 452 of 507
Date Rcvd: Jan 04, 2024                             Form ID: 309C                                 Total Noticed: 30719

30599813    +  Travis, Jack, 471 39th Ave, St Pete Beach, FL 33706-2603
30599814    +  Tray Robinson, 2694 N Morrow Ave., Boise, ID 83713-1162
30599815    +  Tre Horner, 9132 e 39th st, Tucson, AZ 85730-2108
30599816    +  Tre Summers, 538 North Florence Street, Wichita, KS 67212-2160
30599818       Tree-Free Greetings, Inc., 3 Krif Dt., Keene, NH 03431
30599820    +  Tremont Theatre, Inc., 270 Tremont Street, Boston, MA 02116-5603
30599821    +  Trent Baker, 3808 Timberlane, Missoula, MT 59802-3065
30599822       Trent Grace, 13563 32nd A ST NW, Watford City, ND 58854
30599823       Trent Gregory, 1885 Creekview Dr, Marysville, OH 43040-9555
30599824       Trent Jones, 664 E Ethan Ct, Peru, IN 46970-7649
30599825       Trent Krogman-Anderson, 1044 Pinegrove Dr Apt 101, Holland, MI 49423-7383
30599826    +  Trent Marran, 30 Dan Ave, Pittsfield, MA 01201-7242
30599828       Trent Pierce, PSC 2, Box 15111, APO, Armed Forces Europe 09012-0000
30599829    +  Trent Stanton, 340 1/2 Via Vista, Montebello, CA 90640-3837
30599830    +  Trent Utterback, 1260 Lee Street, Milton, GA 30004-3854
30599827       Trent massey, 11 Breckler drive, Mundaring, Western Australia, 6073, AUSTRALIA
30599831    +  Trenten Ross, 3230 SW Archer RD, Unit M263, Gainesville, FL 32608-1706
30599832    +  Trenton Drisko Kelley, 55 Boulevard Terrace, Middletown, RI 02842-4907
30599833    +  Trenton Hagerty, 880 East 200 South, Columbia city, IN 46725-8785
30599834       Trenton Hill, 863 READING RD, VIRGINIA BCH, VA 23451-4816
30599835    +  Trenton Lach, 1245 W Grand River Rd, Apt 11D, East Lansing, MI 48823-3932
30599839       Trenton Pickett, 2398 Southview Drive, Apt. 307, Medicine Hat, ALBERTA T1BIE9, CANADA
30599838       Trenton Pickett, 2398 southview Drive SE, Apt. 307, Medicine Hat, ALBERTA T1B1E9, CANADA
30599840    +  Trenton Puckett, 3800 Glen Alpine Rd, Kingsport, TN 37660-7861
30599841    +  Tress White, 13619 Sunnydale Pass, San Antonio, TX 78245-4752
30599842       Tressa Tewksbury, 81 Fisherville Rd Apt 29, Concord, NH 03303-4154
30599843       Tresta Zerr, 2469 S 96TH RD, FIRTH, NE 68358-7518
30599844       Trestan Moser, 152 Duchess Dr, Bismarck, ND 58501-8668
30599845    +  Treston Balgot, 4202 W Quinn Pl, Denver, CO 80236-3447
30599846    +  Trever Kelley, 7484 Redwood Blvd., Apt. 435, Temperance, MI 48182-9828
30599847    +  Trevor Anderson, 2703 Addison Avenue, Austin, TX 78757-2316
30599848    +  Trevor Baemmert, 1416 S Jefferson St, Appleton, WI 54915-1859
30599849       Trevor Bostian, 11410 Reston Station Blvd Apt 402, Reston, VA 20190-5420
30599850       Trevor Bransfield, 820 Herbert Pl, Virginia Beach, VA 23454-3813
30599851    +  Trevor Cairns, 129 Harriman Hill Road, Raymond, NH 03077-1566
30599852    +  Trevor Carlson, 1409 NW 60th St, #A, Seattle, WA 98107-2951
30599853    +  Trevor Clark Kerkhof, 16534 Beech Daly Rd, Redford Charter Township, MI 48240-2401
30599854    +  Trevor Coscia, 104 Seven Oaks Ct, Wilmington, NC 28443-3808
30599855    +  Trevor Edwards, 838 Thorn Street, Apt 39, Sewickley, PA 15143-1838
30599856    +  Trevor Hove, 2821 8th St N, Apt. 11, Fargo, ND 58102-1460
30599857    +  Trevor Hutson, 719 Dale Avenue, Wentzville, MO 63385-3716
30599858    +  Trevor Ingerson, 103 Java St, Apt 3R, Brooklyn, NY 11222-1636
30599859    +  Trevor J Michalec, 60 Dempster Street, Ravena, NY 12143-1315
30599860    +  Trevor Jennings, 200 North Arlington Heights Road, Apt 206, Arlington Heights, IL 60004-6046
30599861       Trevor Jones, 1831 Columbia Road 15, Magnolia, AR 71753-8618
30599862    +  Trevor Kelly, 2621 Hampton Ave, Charlotte, NC 28207-2521
30599863       Trevor Madley-West, 214 Knightsfield, Welwyn Garden City, ENGLAND AL8 7RQ, UNITED KINGDOM
30599864       Trevor Morton, 3907 Carolina Dr Apt 3, Anchorage, AK 99517-2554
30599865    +  Trevor Nagy, 960 Edwards Ave, Santa Rosa, CA 95401-4262
30599866    +  Trevor Nelson, 37 Medford Street, Unit B, Malden, MA 02148-7417
30599868    +  Trevor Palmer, 2916 Karpathos Ct, Apex, NC 27502-8607
30599869       Trevor Pellerin, 63, Apt. 2, Sudbury, ONTARIO P3E2H2, CANADA
30599870    +  Trevor Peterson, 360 Cedar Drive, Loveland, OH 45140-3114
30599871    +  Trevor Phan, 5338 Fenwick Way Ct, Sugar Land, TX 77479-4220
30599872    +  Trevor Phelps, 722 Alta Vista Ave, 72956, AR 72956-3308
30599873    +  Trevor Portell, 221 S Washington St, Apt. 6, Delphi, IN 46923-1544
30599875    +  Trevor Rapp, 1126 Jonestown Lane, Lexington, KY 40517-2996
30599876       Trevor Reed, 12304 W Ken Caryl Cir Apt 306, Littleton, CO 80127-3147
30599877    +  Trevor Reid, 5160 West Yearling Drive, Beverly Hills, FL 34465-8410
30599878       Trevor Schmalenberger, 181A Kingston Dr, Ridge, NY 11961-2081
30599879       Trevor Starnes, 812 Cobb St, Birmingham, AL 35209-6517
30599880    +  Trevor T Alford, 12927 Magellan Ave, Rockville, MD 20853-3037
30599881    +  Trevor Taylor, 5081 W Ticklegrass Rd, West Jordan, UT 84081-5327

30599882  + Trevor W Johnson, 378 N 20th Pl, Philomath, OR 97370-9517
30599883  + Trevor Waskom, 2599 Pointe Coupee, Chino Hills, CA 91709-4396
30599884  + Trevor Whitney, 1325 18th Street, Apt 108, Sacramento, CA 95811-5144
30599885    Trevor Williams, 13127 Elgin Ave, Huntington Woods, MI 48070-1416
30599886  + Trevor Young, 12131 11th pl w, #1, Everett, WA 98204-5634
30599867  + Trevor oldroyd, 14731s Sage crest drive, Bluffdale, UT 84065-4944
30599887    Trey Carr, 162 Moyses Rd, Winter Park, FL 32792-6064
30599888  + Trey Daniel, 1732 Timber Creek Dr, Columbia, MO 65202-1946
30599889  + Trey Downey, 391 bass way NW, Kennesaw, GA 30144-5012
30599890  + Trey Gordner, 91-1018 Kaimalie St, R 3, Ewa Beach, HI 96706-5013
30599891    Trey Hontz, 3131 W Mark Ln, Phoenix, AZ 85083-5897
30599892  + Trey Hotaling, 11 Pine Rd, New Paltz, NY 12561-2819
30599893    Trey Ludovice-Enloe, 11718 56th Ave NE, Marysville, WA 98271-9067
30599894  + Trey Magnifique, c/o Sideways, Inc., 8149 Santa Monica, West Hollywood, CA 90046-4912
30599895  + Trey Menconi Blakely, 1831 Saxony Lane, Houston, TX 77058-3524
30599896  + Trey Petersen, 2765 Daniels ct, Eldridge, IA 52748-9724
30599898  + Trey Wilcox, 225 1st Avenue, Apt. 2606, Saint Petersburg, FL 33701-3747
30599899  + Trey Wooley, 151 Highland Terrace Drive, LEAGUE CITY, TX 77573-3617
30599897  + Trey plancarte, 427 stonewater drive, Pevely, MO 63070-3210
30599900  + Treyton A Preski, 36 Vicksburg ct, West Lafayette, IN 47906-5452
30599901  + Treyvon Hardin, 7092 mirabelle dr, Jacksonville, FL 32258-8465
30599903  + Triathalon, 235 Park Ave S, #9, New York, NY 10003-1405
30599904    Tricia Germann, 925 130th Ave SE, Hope, ND 58046-9005
30599905  + Tricia Malloy, 833 Gino Ln, Cleveland, OH 44109-3786
30599906  + Tricia Mecham, 910 Rosewood Lane, Layton, UT 84041-4408
30599907  + Tricia Zhou, 8243 Shelter Creek Ln, San Bruno, CA 94066-6058
30599908  + Trident Promo, 1466 Pioneer way, El Cajon, CA 92020-1696
30599911    Trina. Burns, 5526 swallow drive, B, Port Alberni, BRITISH COLUMBIA V9Y 7H1, CANADA
30599912    Trinety Maurer, Dornacherplatz 21, Solothurn, SOLOTHURN 4500, SWITZERLAND
30599913    Trinity Buchanan, 500 Richard St, Crowley, TX 76036-1189
30599914  + Trinity Bull, 25370 Valleywood Ct, Moreno Valley, CA 92553-4418
30599915    Trinity Dominguez, 5004 Lavaca Ct, Midland, TX 79707-3122
30599917    Trinity Gomez, 6424 Solar Ct, Fort Collins, CO 80525-4027
30599918  + Trinity Henderson, 224 Eaglewood Court, Athens, GA 30606-5047
30599920  + Trinity May, 201 West Hermosa Drive, MW-201, Tempe, AZ 85282-5042
30599921  # Trinity Neno, 317 Metacom Ave Apt 2, Warren, RI 02885-1950
30599922  + Trinity Ramon, 13330 Flora Springs, San Antonio, TX 78253-4403
30599923    Trinity Rodgers, 203 Briant St, Hope, AR 71801-8410
30599924    Trinity Taylor s, 16277 W Durango St, Goodyear, AZ 85338-3446
30599925  + Triple Crown Records, Triple Crown/Round Hill Records, 650 Fifth Avenue, New York, NY 10019-6108
30599926    Tripodi, 515 BANTRY ST, POWELL, OH 43065-8120
30599927  + Tris Zarembski, 2773 Lafayette Dr, Thompsons Station, TN 37179-9762
30599928    Trish Chandler, 14924 Forest View Cir, Bonner Springs, KS 66012-7395
30599929    Trish Goldberg, 7590 Benwicke Ct, Pfafftown, NC 27040-9223
30599930    Trish K Olstad, 811 BEACH RD, WACONIA, MN 55387-4557
30599931    Trish Steen, 7956 Lake Nellie Rd, Clermont, FL 34714-8401
30599932    Trisha Corneillie, 33790 Colonial St, Chesterfield, MI 48047-2303
30599933    Trisha Elliott, 313 36th Ave NE, Great Falls, MT 59404-4210
30599934    Trisha Helman, 73 50408 RR 203, Beaver County, AB T0B 4J2, CANADA
30599935    Trisha Jane Servidad, 4198 Shelby Crescent, Mississauga, Ontario, L4W 3N5, CANADA
30599936  + Trista Stupke, 22 West Academy street, McGraw, NY 13101-9424
30599937  + Tristan Athearn-Hess, 5105 North Main St., Fall River, MA 02720-2081
30599938    Tristan Clouatre, 219 rue de Montr al, Apt 3, Sherbrooke, QUEBEC J1H1E4, CANADA
30599939    Tristan Flounders, 9 amberjack street, Brisbane, Queensland, 4179, AUSTRALIA
30599940  + Tristan Freeman, 351 South College Road, Suite 1, Wilmington, NC 28403-1626
30599941    Tristan Gambuti, 16 AUTUMN LN, OLD TAPPAN, NJ 07675-7304
30599942  + Tristan Gragg, 1549 Madison Avenue, Rohnert Park, CA 94928-8154
30599943  + Tristan Hayden, 20310 US 160, Unit B330, Durango, CO 81303-7714
30599944  + Tristan Jenkins, 100 N Keene St, Apt 2, Columbia, MO 65201-6679
30599945  + Tristan Jensen, 2818 SW Ridge Dr, Portland, OR 97219-6205
30599947  + Tristan Moss, 5053 Blue Heron Way, Boca Raton, FL 33431-5249
30599948  + Tristan Peters, 17 McMillan Way, Newark, DE 19713-3420
30599949    Tristan Pilar, 4408 LEATHERWOOD DR, VIRGINIA BEACH, VA 23462-5705

District/off: 0752-1                                    User: admin                                    Page 454 of 507
Date Rcvd: Jan 04, 2024                                Form ID: 309C                                Total Noticed: 30719

30599950   + Tristan Schneidereit, 4541 Saloma Ave, Sherman Oaks, CA 91403-2556
30599951   + Tristan Scott Hoke, 6767 N 7th St, Apt. 232, Phoenix, AZ 85014-1012
30599952     Tristan Sellick-Taylor, 1 The Fairway, Bar Hill, Cambridge, ENGLAND CB23 8SR, UNITED KINGDOM
30599953   + Tristan Slavik, 15340 Barium St Nw, Ramsey, MN 55303-5913
30599954   + Tristan Stark, 95 Sugar Maple Hill, Morgantown, WV 26508-2722
30599955     Tristan Stobnicke, 3729 Black Brant Dr, Liverpool, NY 13090-1062
30599956     Tristan Tristan, 3216 NW 44th St, Oklahoma City, OK 73112-5904
30599957   + Tristan Utech, 1542 Ridgeview ave ne, Issaquah, WA 98029-7653
30599958   + Tristan Walter, 300 Lake Pointe Drive, Middle Island, NY 11953-2064
30599959     Tristan Williams, 133 madeleine-huguenin, quebec, Quebec, G3A2Y7, CANADA
30599946     Tristan mckenna, 1524 Middle Sound Loop Rd, Wilmington, NC 28411-7810
30599960   + Tristen Briden, 26 Lucy Lane, Wylie, TX 75098-7216
30599961   + Tristen Brown, 5262 Browntown Road, Front Royal, VA 22630-7826
30599962     Tristen Click, 4922 N 27th St, Tacoma, WA 98407-3910
30599963   + Tristen Hynard, 5038 Sunnyside Lane, Bradenton, FL 34211-3707
30599964   + Tristian Brooks, 1001 S Center St, Apt 2403, Arlington, TX 76010-1192
30599965     Tristian Wilkins, 4116 Hamilton Ave Apt 2, Cincinnati, OH 45223-2287
30599966     Tristin Hold, 8414 99 Avenue, Fort Saskatchewan, AB T8L 3B4, CANADA
30599967   + Triston Alexander Pollard, 4725 w Powell Blvd, Apt 231, Gresham, OR 97030-5085
30599968   + Triston Gore, 1100 Preserve Dr, Rockford, AL 35136-1147
30599969   + Troubadour Enterprises, Inc., 9081 Santa Monica Blvd, West Hollywood, CA 90069-5520
30599970     Troy Benson, 50 Lombard Streer, Apt. 2301, Toronto, Ontario, M5C 2X4, CANADA
30599971     Troy Bonacina, 37 whistlers run, Albion Park, New South Wales 2527, AUSTRALIA
30599972   + Troy Clinton, 6016 Flamingo Road, Crestview, FL 32539-8687
30599973     Troy Druzynski, 210 Forest Road, Boronia, Victoria 3155, AUSTRALIA
30599974   + Troy Eakman, 117 Priddy Ln, Apt 109, Fort Worth, TX 76114-3915
30599975   + Troy Evans, 1380 Lincoln St, Eugene, OR 97401-3907
30599976   + Troy Haynes, 243 West Lane, Kensington, CT 06037-1803
30599977   + Troy Hibbert, 5720 23rd st e, J9, Fife, WA 98424-4516
30599978   + Troy Johnston, 2379 W Evening Star Rd., Post Falls, ID 83854-8929
30599979   + Troy Kohl, 3020 S Healy Rd, Glennie, MI 48737-9598
30599980   + Troy Malakian, 619 s kerr ave, Apt 302, Wilmington, NC 28403-8541
30599981     Troy McPherson, 466 Prairie Ridge Rd, Ozark, MO 65721-7121
30599982   + Troy Mollerup, 3330 Joyce Dr, Salt Lake City, UT 84109-4206
30599984   + Troy Rightley, 53 Almira Street, Valencia, PA 16059-8714
30599985     Troy Sennett, 342 S Highland Ave, Lombard, IL 60148-3081
30599986     Troy Siler, 1426 N Louis Ave, Tucson, AZ 85712-3828
30599987   + Troy Sutton, 6335 South Elm Lane, Lake Worth, FL 33462-2001
30599988     Troy Wagner, 1572 Aschinger Blvd, Columbus, OH 43212-4613
30599989   + Troy Whitmoyer, 203 Stirling Court, West Chester, PA 19380-1379
30599990     Troy Young, 4116 Nightfall Dr, Plano, TX 75093-3832
30599991     Trudi Weber, 5050 62nd Ave S, St Petersburg, FL 33715-1628
30599992     Trudie Rebelo, 30 Roe Ln, Howell, NJ 07731-9071
30599993     Trudy Amery, 516 Misenheimer Rd, Rockwell, NC 28138
30599994   + True Panther Records LLC, 542 Hancock St. APT 1, Brooklyn, NY 11233-6705
30599995   + True West, LLC, 3116 SE 11th Ave, Portland, OR 97202-2557
30599996     Truett Borcherding, 9747 E Cottonwood Ln, Bloomsdale, MO 63627-8955
30599997   + Trung Anh Le, 3218 Fortunes Ridge Road, Midlothian, VA 23112-4653
30599998   + Tryston wallace, 233 steamboat ln, Ballwin, MO 63011-3203
30599999   + Trystyn Hoffman, 1402 Regent Street, Apt. 215, Madison, WI 53711-2250
30600000     Trytin Orman, 719 S Jackson St, Aberdeen, SD 57401-6355
30600003     Tu Tran, 23C Melbourne Street, Murrumbeena, Victoria, 3163, AUSTRALIA
30600004   + Tucker Austin, 11 Falmouth Rd, Windham, ME 04062-4535
30600006     Tucker Cole, 481 Head Ave, Tallapoosa, GA 30176-1704
30600007   + Tucker DuBose, 3903 SW Pinewood Way, BEAVERTON, OR 97078-1300
30600008   + Tucker H., 8150 W 12th St, Apt E3, Greeley, CO 80634-4765
30600009   + Tucker Jones, 4760 English Ave, Apt 205-A, Fort Meade, MD 20755-2184
30600010   + Tucker Martinez, PO Box 51, Quitaque, TX 79255-0051
30600011     Tucker Miller, 8722 Knickerbocker Way Apt 3D, Indianapolis, IN 46240-2182
30600012   + Tucker Pasquinelli, 13378 w acorn st, Boise, ID 83713-0872
30600014     Turner LaBrie, 2320 N HOUSTON ST APT 1404, DALLAS, TX 75219-7770
30600015   + Turnover, 330 West 38th St. Ste. 201, New York, NY 10018-2982
30600016     Tuukka Heinonen, Sorsantie 8, Kotka 48220, FINLAND

District/off: 0752-1                          User: admin                                    Page 455 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                              Total Noticed: 30719

30600017            Tuva Skj nhaug, Sponheimveien 14E, Fredrikstad, Fredrikstad 1613, NORWAY
30600018            Tuyet Ngyuen, 6644B Bell Bluff Ave, Unit B, San Diego, CA 92119
30600022            Twila Clause, 6424 Solar Ct, Fort Collins, CO 80525-4027
30600028        +   Ty Brazelton, 9623 Wise Road, Auburn, CA 95603-9727
30600029            Ty Clark, 1191 Milia St, Kalaheo, HI 96741-8742
30600030        +   Ty Edwards, 805 E Milam St., Luling, TX 78648-3101
30600031            Ty Elliott-Thompson, 14 Wisconsin Street, Varsity Lakes, Queensland 4227, AUSTRALIA
30600032            Ty Flaming, 14156 Glencoe St, Thornton, CO 80602-7999
30600033            Ty Forsyth, 18 Victoria Cl, Eltham, Victoria, 3095, AUSTRALIA
30600034        +   Ty Holmes, 14002 NE 71st St, Vancouver, WA 98682-4634
30600036        +   Ty Monnot, 2701 Main St, Apt. 79, Forest Grove, OR 97116-2365
30600037        +   Ty Reed, 460 Little River 17, Ashdown, AR 71822-9451
30600038            Ty Steinwachs, 404 North St, East Aurora, NY 14052-1412
30600039            Tye Parker, 21a Henry Street, Merewether, New South Wales 2291, AUSTRALIA
30600040            Tyer Foster, 876 Reed Ave, San Diego, CA 92109-3901
30600041        +   Tyger contreras, 6081 Camden lake st, El paso, TX 79932-3800
30600042        +   Tyhirah Livingston, 6351 Abercarn Way, Fayetteville, NC 28311-1515
30600044        +   Tyler A Morris, 350 Ivy Hill Drive, Lawrenceburg, IN 47025-8913
30600046            Tyler Adams, 1974 E Quartzridge Dr, Sandy, UT 84092-4010
30600047            Tyler Antille, 3350 Stormont, Dundas and Glengarry 14, Finch, ON K0C 1C0, CANADA
30600048        +   Tyler Arch, 817 W. 25th Ave., Eugene, OR 97405-2462
30600049            Tyler Bacha, 62 Windsor Street, Unit A, Guelph, ONTARIO N1E 3N4, CANADA
30600050            Tyler Bailey, 27 Edinburgh Castle Road, Brisbane, QUEENSLAND 4031, AUSTRALIA
30600051        +   Tyler Barrett, 10263 Oak Ridge Dr, Zionsville, IN 46077-9420
30600052            Tyler Beals, 2262 Lavene Loop, San Antonio, TX 78236-1022
30600053        +   Tyler Beauchamp, 6553 145th st east, Northfield, MN 55057-4617
30600054        +   Tyler Bell, 100 Erial Road, Apt 317, Blackwood, NJ 08012-5700
30600055        +   Tyler Bermudez, 1212 Palomares Ct., Fallbrook, CA 92028-4480
30600056        +   Tyler Bird, 25 Shipyard Rd, F109, Poughkeepsie, NY 12601-2081
30600057            Tyler Blake, 5420 Live Oak Trl, Raleigh, NC 27613-4502
30600058            Tyler Bolding, 145 NE Wilshire Ave, Bartlesville, OK 74006-1833
30600059        +   Tyler Bonham, 1901 West Falmouth RD, McBain, MI 49657-9612
30600060        +   Tyler Boyd, 1130 Drury ln, Flushing, MI 48433-1422
30600061            Tyler Bradley, 4646 73 Street Northwest, Apt. 336, Calgary, ALBERTA T3B 2M4, CANADA
30600062            Tyler Brentnall, 12 Church Street, P.O Box 124, Markstay, ON P0M 2G0, CANADA
30600063            Tyler Brodie, 3 Brickfield Close, Newport, England, PO305GF, UNITED KINGDOM
30600064        +   Tyler Bruce, 268 Jackson Lane, Harrogate, TN 37752-6615
30600065            Tyler Bruggink, 1916 N 11th St, Sheboygan, WI 53081-2638
30600067            Tyler Bunn, 6421 Pleasant Pines Dr, Raleigh, NC 27613-1917
30600068        +   Tyler Burroughs, 3994 Hall Dairy Road, Claremont, NC 28610-9679
30600069        +   Tyler Burrow, 144 East 7th Street, C3, NY, NY 10009-6252
30600070        +   Tyler Cannale, 135 Ball Pond Rd, New Fairfield, CT 06812-3906
30600071            Tyler Carmody, 17 Clinton St Apt 2, Lynn, MA 01902-1590
30600073        +   Tyler Champlin, 2969 Monte Murrey Rd, Lewisburg, TN 37091-5436
30600074            Tyler Chapman, 6317 N Broadway St, Chicago, IL 60660-0800
30600075            Tyler Clement, 47 N Hastings Dr, Nampa, ID 83687-7504
30600076        +   Tyler Cleveland, 32 Summit Ave, Felton, CA 95018-9708
30600077            Tyler Combs, 1741 S Jackson St, Casper, WY 82601-4832
30600078        +   Tyler Consoli, 7515 Dominion Park Lane, Apartment 11106, Charlotte, NC 28273-7337
30600079        +   Tyler Coudret, 6154, Grace K Dr, Waterford, MI 48329-1327
30600080            Tyler Crone, 6 Adams Ave, Emmitsburg, MD 21727-9133
30600081        +   Tyler Curran, 2278 S Sherman St, Denver, CO 80210-4415
30600082            Tyler Curtright, 4487 Aster St, Springfield, OR 97478-7528
30600083        +   Tyler Dains, 2656 Cedar Falls Drive, Little Elm, TX 75068-7649
30600084        +   Tyler Davis, 2513 SW Rustic Circle, Lees Summit, MO 64082-4148
30600085        +   Tyler DeRossett, 23 Dickinson Street, Unit B, Mount Clemens, MI 48043-8201
30600086            Tyler DiMenna, 106 Anndale Drive, Toronto, ONTARIO M2N 2X4, CANADA
30600087            Tyler Dobelbower, 9776 Townsville Cir, Highlands Ranch, CO 80130-6803
30600088        +   Tyler Dodds, 4708 Creekwood Ln, Apt 407, Madison, WI 53704-2505
30600089            Tyler Dotson, 4544 Bobcat Dr, Fort Lawn, SC 29714-8508
30600090            Tyler Duncan, 17372 Sunset Trl SW, Prior Lake, MN 55372-2706
30600091        +   Tyler Felty, 4428 12th st,, Wayland, MI 49348-8913
30600092            Tyler Fennema, 16562 COOPER LN, HUNTINGTN BCH, CA 92647-4305

District/off: 0752-1 User: admin Page 456 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30600093 + Tyler Fisher, 715 East Fifth Street, Delphos, OH 45833-1513
30600094 + Tyler Flaten, 16624 127th ave ct e, Puyallup, WA 98374-8834
30600095 + Tyler Fox, 1208 Summerwood Ct, Arnold, MD 21012-1926
30600096 + Tyler Garvin, 1411 Northwest 3rd Terrace, Cape Coral, FL 33993-7743
30600097 + Tyler Gates, 141 East 12th Street, Holland, MI 49423-3663
30600098 + Tyler Goins, 249 Northpoint Ave, Apt D, High Point, NC 27262-1049
30600099 + Tyler Green, 2813 Sandersville Road, Unit 103, Lexington, KY 40511-8530
30600100 + Tyler Grillot, 289 west fancy street, Blanchester, OH 45107-1460
30600101 + Tyler Gulley, 114 lauren lane, panama city, FL 32404-7519
30600102 + Tyler Hamm, 15 N. 4th St., Ripley, OH 45167-1116
30600103 + Tyler Harris, 8047 McGroarty St, Sunland, CA 91040-3330
30600104 + Tyler Healy, 33 BRADFORD DR, Apt 15, W SPRINGFIELD, MA 01089-1426
30600105 + Tyler Hendrix, 358 South Washington Street, Spencer, IN 47460-1715
30600106 Tyler Herrmann, 2241 Maple Leaf Ct, Blacklick, OH 43004-7031
30600107 Tyler Hetherington, 710 N Slate St, Gilbert, AZ 85234-8811
30600108 Tyler Hetrick, 1082 Springdale Rd, Southport, NC 28461-9658
30600109 + Tyler Hornof, 10683 Yale Road, Deerfield, OH 44411-8754
30600110 Tyler Hrabe, 5200 Tre Towers Ct, Centreville, VA 20120-1252
30600111 + Tyler Jadwin, 715 NW 60th St, Apt 4, Kansas City, MO 64118-3025
30600112 Tyler James, 1003 N 50TH ST APT 9, SEATTLE, WA 98103-6661
30600113 + Tyler James McLaughlin, 413 Adams St, Carey, OH 43316-1301
30600114 + Tyler Jennings, 110 Bear Creek Lane, APT G65, Asheville, NC 28806-1602
30600115 + Tyler Joyce, 2425 County Road C2 W, Apt 220, Roseville, MN 55113-1008
30600116 Tyler Keator, 9895 N 16th St, Plainwell, MI 49080-9678
30600117 + Tyler Keeling, 3775 E 11th Street Apt 103, Apt. 103, Long Beach, CA 90804-8549
30600118 + Tyler Kidd, 17 Doe Run, Danville, NH 03819-5169
30600119 + Tyler Kosten, 1001 City Avenue, Unit EC311, Wynnewood, PA 19096-3948
30600120 + Tyler Kubiak, 3148 Crystal Circle Dr., High Ridge, MO 63049-2743
30600121 Tyler Lachman, 26 Linda Lane, Spring City, PA 19475
30600122 + Tyler Langdon, 3875 Wedgefield Court, Miamisburg, OH 45342-6726
30600123 + Tyler LeClare, 5303 E Texas St, Lot15, Bossier City, LA 71111-6984
30600124 + Tyler Lincoln, 2075 Powers Ferry Rd SE, Apt 2701B, Marietta, GA 30067-5203
30600125 + Tyler Lipski, 1141 Woodspointe Dr Sw, Byron Center, MI 49315-8243
30600126 Tyler Lo, 2642 NW 58th St Apt 10, Seattle, WA 98107-3267
30600127 Tyler Long, 503 State St, Dupo, IL 62239-1417
30600128 Tyler Ludwig, 136 Tyler Dr, New Market, VA 22844-3909
30600129 + Tyler Lysek, 192 Fenton Street, Buffalo, NY 14206-3510
30600130 + Tyler Maley, 1901 N. Wilmot Rd., Apt. 1053, Tucson, AZ 85712-3081
30600131 + Tyler Malone, 105 Palmetto Ave, Apt 1, Merritt Island, FL 32953-3473
30600132 + Tyler Martin, 7896 S Kearney Ct, Centennial, CO 80112-2443
30600133 Tyler Masur, 68 euclid ave, London, ONTARIO N6C1C1, CANADA
30600134 Tyler McCluskey, 209 Wheeler Ave, Joliet, IL 60436-1533
30600136 Tyler Mizwicki, 24w645 Meadow Lake Dr, Naperville, IL 60540
30600137 + Tyler Morgan, 20 1/2 Rorbach Lane, Left, Geneseo, NY 14454-1123
30600138 + Tyler Morse, 2047 Ridge Rd, Queensbury, NY 12804-6965
30600139 + Tyler Neffield, 712 Welty St., Greensburg, PA 15601-4114
30600140 + Tyler Nelson, 150 Georgetown Place, Youngstown, OH 44515-2219
30600141 + Tyler Ney, 3312 Commonwealth Ave, Saint Louis, MO 63143-3506
30600142 + Tyler Orndorff, 2835 Scottish Mill Way, Marietta, GA 30068-3177
30600143 + Tyler P, 2121 Algaroba St, Apt. 1603, Honolulu, HI 96826-2729
30600144 Tyler Parsons, 711 Wheaton Ave, Kalamazoo, MI 49008-1358
30600145 + Tyler Partin, 1195 old highway 63, Speedwell, TN 37870-7950
30600146 + Tyler Pecyna, 536 orchard ave, Bellevue, PA 15202-3136
30600147 + Tyler Peterson, 1514 Taylor Ave N, Unit B, Seattle, WA 98109-2985
30600148 + Tyler Pollock, 18 S Governor St, Apt 1, Iowa City, IA 52240-5208
30600149 Tyler Prevo, 290 W ALAMEDA AVE APT 305, DENVER, CO 80223-2180
30600150 + Tyler R Pedersen, 504 Harrison Street, Apt. 1, Kansas City, MO 64106-1371
30600151 Tyler Rhoades, 4261 Babbling Brook Way, Kissimmee, FL 34746-2379
30600152 Tyler Riley, 2606 Kirkwood Pl Apt 104, Hyattsville, MD 20782-2611
30600153 Tyler Robinson, 1003 W DICKENS AVE, CHICAGO, IL 60614-4105
30600154 + Tyler Rodriguez, 3046 Timberwood Dr, Saint Charles, MO 63303-6519
30600155 Tyler Ross, 2322 W SIERRA VISTA DR, PHOENIX, AZ 85015-1202
30600156 + Tyler Sambor, 4536 Oak Ridge Dr, Street, MD 21154-1047

Case 23-17423   Doc 15   Filed 01/06/24   Entered 01/06/24 23:10:02   Desc Imaged
Certificate of Notice   Page 458 of 508
District/off: 0752-1                              User: admin                                    Page 457 of 507
Date Rcvd: Jan 04, 2024                         Form ID: 309C                                Total Noticed: 30719

30600157           Tyler Schulke, 14520 Connelly Rd, Snohomish, WA 98296-7018
30600158       +   Tyler Severson, 597 Main St S, Hutchinson, MN 55350-2901
30600159       +   Tyler Sherlock, 1765 Old Rushville Rd NE, Rushville, OH 43150-9723
30600160       +   Tyler Shobe, 1271 Hadley Cir Unit 3116, Myrtle Beach, SC 29577-8212
30600161           Tyler Sizemore, 3549 N 15th St, Coeur D Alene, ID 83815-6460
30600162       +   Tyler Smith, 2203 n 2475 w, Clinton, UT 84015-7644
30600163           Tyler Stark, 4921 Toronto Ave, Fontana, CA 92336-0661
30600164           Tyler Straub, 807 Royal Oak St SW, Grand Rapids, MI 49509-3556
30600165       +   Tyler Stromatt, 3601 S lake mary rd, apt 274, Flagstaff, AZ 86005-9247
30600166           Tyler Swick, 1606 P St Unit 403, Sacramento, CA 95814-6078
30600167           Tyler Tackett, 1705 Smyrna Church Rd, Chatsworth, GA 30705-5819
30600168           Tyler Thompson, 519 CAMLIN AVE, ROCKFORD, IL 61103-4755
30600169       +   Tyler Thostenson, 8720 NE Humboldt St, Portland, OR 97220-4726
30600170       +   Tyler Tivadar, 180 Sterling Place, Apt 6, Brooklyn, NY 11217-3340
30600171       +   Tyler Tormo, 1155 Ripley St, Apt. 1812, Silver Spring, MD 20910-7471
30600172       +   Tyler Tran, 3139 E. Larkstone Dr, Orange, CA 92869-5543
30600173           Tyler Trepanier, 630 1/2 N SPAULDING AVE, LOS ANGELES, CA 90036-1866
30600174           Tyler Tschida, 540 W 25th St, Reception 1st Floor, NY, NY 10001-5502
30600175       +   Tyler Urben, 2749 Saint Lucia St, Eugene, OR 97408-7368
30600176       +   Tyler Vanhevel, 3363 Kassandra Way, Auburn Hills, MI 48326-1014
30600177       +   Tyler Waldroup, 107 Mildred Ct, Richmond, KY 40475-1322
30600178       +   Tyler Waller, 812 E Taft Ave, Appleton, WI 54915-2567
30600179           Tyler Ward, 440 RIVER RD, MANCHESTER, NH 03104-1902
30600180       +   Tyler Warwick, 51 West Main Street, Apt 1, Richmond, VT 05477-4495
30600181       +   Tyler Wengrzyn, 14625 S Mountain Parkway, APT 2061, Phoenix, AZ 85044-7152
30600182       +   Tyler Wengrzyn, 14625 South Mountain Parkway, APT 2061, Phoenix, AZ 85044-7152
30600183       +   Tyler Widerburg, 1331 Arlington Drive, Ogden, UT 84403-0925
30600184           Tyler Winn, 515 W 6th Ave, Bristow, OK 74010-2712
30600185           Tyler Winstead, 124 Sadie Heights Blvd, Perry, GA 31069-3047
30600186           Tyler Wolfe, 17198 Highland Meadow Ct, Ramona, CA 92065-6979
30600187           Tyler Wray, 3427 HOLLIS RD, ELLENBORO, NC 28040-9777
30600188       +   Tyler Wyatt, 8560 Shiawassee River Dr., Fowlerville, MI 48836-9074
30600189           Tyler Young, 32 Williams St, Canton, NC 28716-4520
30600190           Tylor Campbell, 3366 Guyanoga Rd, Branchport, NY 14418-9540
30600192           Tyra Choun, 1710 S Douglas St, Santa Ana, CA 92704-4215
30600193           Tyra Sterk, P.O. BOX 21498, Steinbach, MB R5G 1S7, CANADA
30600194       +   Tyrell Tanner, 5051 West 6560 South, West Jordan, UT 84081-4008
30600195           Tyrissa Tomlinson, 44 Garfield Drive, Australind, Western Australia 6233, AUSTRALIA
30600196           Tyrone De graaf, Gentiaanstraat, 254, Apeldoorn, Gelderland 7322 BX, NETHERLANDS
30600197       +   Tyson Fontanez, 9570 W Patrick ln, Peoria, AZ 85383-4352
30600198       +   Tyson Hunsberger, 2015 Clonmel Road, Harleysville, PA 19438-3305
30600199           Tyson Moyes, 1-369 Paseo Private, Nepean, Ontario K2G 4P1, CANADA
30600201       +   Tyson Shaw, 127 East 475 South, Kaysville, UT 84037-3540
30600202           Tyson Tonack, 2390 Peace Portal Dr PMB 9549, Blaine, WA 98230-8062
30600200           Tyson petkau, 8707 160st Nw, Edmonton, ALBERTA T5R2H4, CANADA
30600215       +   UMS, LLC, 2590 Welton St., Ste 200, Denver, CO 80205-4268
30600231           UPS, 28013 Network Place, Chicago, IL 60673-1280
30600232       +   UPS Capital, 35 Glenlake Parkway NE, Atlanta, GA 30328-3475
30600206       +   Ugly Sweater Company, 3160 Ridgeway Ct, Commerce Twp, MI 48390-1682
30600207           Ula Bielenik, 396 Hunter St W, Apt 1, Hamilton, Ontario, L8P1S9, CANADA
30600208       +   Ula Shipman, 3203 SE Woodstock Blvd, MS 1062 Reed College, Portland, OR 97202-8138
30600209       +   Ulises Frick, 12650 Fiori Lane, Sebastopol, CA 95472-9571
30600210           Ulizes Casillas, 1611 Locust Street, P.O. Box 353, Dakota City, NE 68731-0353
30600211           Ulrich Schmeckel, Im Mittelvenn 37, Simmerath 52152, GERMANY
30600212           Ulrik Lynnebakken, Krooddveien 1A, KRISTIANSAND S 4624, NORWAY
30600213           Ulrike Hirsch, Duebener Str. 10, Halle, Sachsen-Anhalt, 6116, GERMANY
30600214       +   Ulysses Espinoza, 1611 Barclay Drive, Arlington, TX 76018-4951
30600216           Un Poland, 5104 Forest Hill Ave, Richmond, VA 23225-2915
30600219       +   Union Transfer LLC, 1026 Spring Gardsen Street, Philadelphia, PA 19123-3306
30600221       +   Unique Darensburg, 279 HUFF DRIVE P.O. BOX 12613, Jacksonville, NC 28546-2613
30600223       +   Universal Music Group, Bank of America, PO Box 98336, Chicago, IL 60693-8336
30600224       +   Universal Printing, 1200 Woodside Ave, Bay City, MI 48708-5000
30600227       +   University Tees, 13000 Athens Ave, Suite 110, Lakewood, OH 44107-6256

30600226   + University of Utah, 201 S Presidents Circle RM 411, Salt Lake City, UT 84112-9022
30600229   + Upright Press, 512 Trade Road, Columbus, OH 43204-6241
30600234   + Upton, Meghan, 691 FLAME CT., 103, CAROL STREAM, IL 60188-2677
30600235   + Ureta-Fulan, Maria, 50 HYDE COURT, APT 315, DALY CITY, CA 94015-2921
30600237   + Uriel Cervantes, 2900 S St Clair Ave, Oklahoma City, OK 73108-5023
30600238   + Uriel E Fernandez, 12303 Pomering Road, Downey, CA 90242-3319
30600239     Uriel Ortega, 318 Obregon Ave, Bakersfield, CA 93307-7711
30600240     Urt Tidikyt, Kauno 29A, Apt. 27, Ukmerge, Vilnius, 20120, LITHUANIA
30600241     Uruhina Elliott, 30 Hobson St, Kawerau, Bay of Plenty 3127, NEW ZEALAND
30600242     User User, 538 N Holliston Ave, Pasadena, CA 91106-1204
30600244   + Usually Hip Inc., 1011 Pacific Ave, Santa Cruz, CA 95060-4430
30600246     V Ph m, M Tr, CT4 M nh S ng, Hanoi, Hanoi, 100000, VIETNAM
30600247   + V Powers, 1 Trinity place, #1804, San Antonio, TX 78212-4674
30600248   + V2 Events, LLC, 2507 E Cinnabar Lane, Salt Lake City, UT 84121-3955
30600259     VALENTIN DELFOSSE, FIORINO, SAINTE-LUCIE DE PORTO-VECCHIO, CORSE 201, FRANCE
30600379     VICKI SALINAS, 701 Iroquois Trl, Carol Stream, IL 60188-3310
30600401   + VICTOR RUSSELL, 13811 Ora Rd, Rayne, LA 70578-1952
30600563   + VISOgraphic, 1220 W. National Ave., Addison, IL 60101-3131
30600579     VIVIENNE GRAMZA, 195 S Poplar Rd, Lake Forest, IL 60045-2841
30600249   + Vaden Miller, 3417 old mill road, chesapeake, VA 23323-1218
30600250   + Vail Valley Foundation, PO Box 6550, Avon, CO 81620-6550
30600251     Val rie Gravel, 9575 C Ignace, Brossard, QUEBEC J4Y 2P3, CANADA
30600252   + Val Kelsay, 1403 Rehagen Blvd, Jefferson City, MO 65101-3736
30600253   + Val Olivo Hernandez, 518 E Milwaukee St, Whitewater, WI 53190-2040
30600254     Val Wirrenga, 1105 12th St NE Apt 7, Jamestown, ND 58401-3556
30600255     Valarie Northrop, 1118 Melby Dr, Madison, WI 53704-1736
30600256   + Valdas Karalis, 816 Olive st, Santa Barbara, CA 93101-1514
30600257   + Valdemar Martinez, 842 N Hamlin ave, Chicago, IL 60651-3824
30600258   + Valente Arroyo, 1836 North Fairfield, Chicago, IL 60647-4214
30600260     Valentina Montecino, Julio Ba ados 1837, Quinta Normal, Santiago, Region Metropolitana de Santia, CHILE
30600261   + Valentina Sarmiento, 303 arguello blvd, san francisco, CA 94118-1471
30600262     Valentina Valentina, 8 S Broadway Apt 4, Nyack, NY 10960-3173
30600263   + Valentine Green, 1204 Private Road 3105, Hartman, AR 72840-9063
30600264     Valentine Seitz, 151 Old Maple Blvd, Rockwood, Ontario N0B 2K0, CANADA
30600265     Valentino Vlijm, Buitenbrinkweg 63, Ermelo, Gelderland 3853LV, NETHERLANDS
30600266     Valeria Magallanes, 6209 Reseda Blvd Apt 211, Tarzana, CA 91335-6913
30600267   + Valeria Morales, 419 West Main Street, American Fork, UT 84003-2231
30600268     Valerie Conklin, 2114 Albemarle Rd Apt E6, Brooklyn, NY 11226-3962
30600269     Valerie Forjan, 108 BIRCH AVE, COLONIAL HGTS, VA 23834-1318
30600270   + Valerie Hanley, 281 Brady Court, Sacramento, CA 95820-3421
30600271   + Valerie Ingram, 32815 FM 732, San benito, TX 78586-6895
30600272   + Valerie Jeanquart, 702, marcks ct, luxemburg, WI 54217-1047
30600274     Valerie Lannen, 4647 Harrier Way, Belcamp, MD 21017-9401
30600275     Valerie Lansdale, 1068 Harbour Cape Pl, Punta Gorda, FL 33983-6519
30600276     Valerie Lozon, PO Box 3, Tensed, ID 83870-0003
30600277   + Valerie Luna, 11105 W Windsor Ave, Avondale, AZ 85392-5876
30600278   + Valerie Nelson, 211Luella PL NE, Stewartville, MN 55976-7916
30600279     Valerie Oviedo, 970 Pertano Ln, Hemet, CA 92543-1707
30600281     Valerie Pritchett, 3510 142nd Ln NW, Andover, MN 55304-3244
30600282     Valerie Wagner, 159 Culpepper Rd, Buffalo, NY 14221-3639
30600283     Valerie York, 309 Union Street, San Francisco, CA 94133-3539
30600284   + Valery Freyman, 278 Valley Ridge Drive, Roswell, GA 30075-4832
30600285     Valiyah Henry, 5794 Gilesburg Dr, Haymarket, VA 20169-2695
30600286     Vallamkonda Nagamani Teja, 11 Tampines Central 7, The Tampines Tril, 11,#03-01, singapore, singapore, SG528769, SINGAPORE
30600287   + Vallee, Logan, 559 KENNEDY ST, MARENGO, IL 60152-9045
30600288   + Valley Bar LLC, 130 N. Central Ave., Suite 104, Phoenix, AZ 85004-2367
30600289     Valorie West, 25128 NW Walter Potts Rd, Altha, FL 32421-2126
30600290   + Value Gifts Corp, 139 Centre St, Ste 304, New York, NY 10013-4554
30600292   + Van Buren Group Holdings LLC, 9348 Civic Center Drive, Beverly Hills, CA 90210-3624
30600294   + Van Deusen, 621 North Keystone St, Burbank, CA 91506-1921
30600295   + Van S Sliker, 5301 E. Mckinney st, Apt. 523, Denton, TX 76208-4654
30600297   + Vana Nath-Mahadeo, 207 Willis Ave, Mineola, NY 11501-2606
30600298     Vance Knudsen, 1422 25th St, Ogden, UT 84401-2922

30600299 + Vance Nghiem, 1411 70th Street, Brooklyn, NY 11228-1705
30600300 Vance Pritchard, 51E Denbigh Ave, Auckland, MOUNT ROSKILL 1041, NEW ZEALAND
30600301 + Vance Tweedie, 8113 Canyon Wren Ave., Las Vegas, NV 89149-4695
30600303 Vanessa Almanza, 308 Douglas St, Levelland, TX 79336-2507
30600304 Vanessa Beltran, 3030 S 101ST LN, TOLLESON, AZ 85353-8337
30600305 Vanessa Burns, 370 Simcoe St, MAIN, London, Ontario, N6B1J7, CANADA
30600306 + Vanessa Chavez, 14975 El Molino St, Fontana, CA 92335-7202
30600307 Vanessa Cheng, 812 Third Avenue, New Westminster, British Columbia, V3M 1, CANADA
30600308 Vanessa Dahl, 16020 NE 145th St, Woodinville, WA 98072-9072
30600309 Vanessa Dominguez, 4243 Tarim St, Las Vegas, NV 89147-6145
30600310 + Vanessa Goss, 1300 SW Park Ave, Apt 1708, Portland, OR 97201-3656
30600311 Vanessa Maxwell, 833 W Buena Ave Apt 1004, Chicago, IL 60613-6632
30600312 + Vanessa Mercedes Soto, 496 Cumberland Ave, Teaneck, NJ 07666-2649
30600313 Vanessa Mueller, 1355 Colonial Crossing, Belle River, ON N0R 1A0, CANADA
30600314 + Vanessa Ocejo, 300 N Sunrise Way, Apt. 08, Palm Springs, CA 92262-6550
30600315 Vanessa Ortiz, 11756 NATIONAL DR, RIVERSIDE, CA 92503-5021
30600316 Vanessa Pleshar-Bolger, 747 N Taylor Ave, Oak Park, IL 60302-1749
30600317 Vanessa Rodriguez, 3611 SW 34th St Apt 11, Gainesville, FL 32608-2568
30600318 Vanessa Tang, Jl. Lkr. Luar Barat No.8, Duri Kosambi, Apartment West Vista, Unit 7 No. 2, West Jakarta, Jakarta, 11750, INDONESIA
30600319 Vanessa Thompson, 1601 Jefferson Ave, Midland, MI 48640-5596
30600320 Vanessa Vasquez, 429 N 97TH ST, MESA, AZ 85207-7101
30600321 Vanessa Venn, E2562 Kirk Dr, Eau Claire, WI 54701-9647
30600322 Vanessa Wilkens, 904-9737 112 Street NW, Edmonton, AB T5K 1L3, CANADA
30600324 + Vania Medina, 13584 Frady Avenue, Chino, CA 91710-4816
30600325 + Vanian Williamson, 707 N Congress St, No. 1, Ypsilanti, MI 48197-4755
30600326 + Vanisha montes, 1120 Cliff Ave, Apt. 511, Tacoma, WA 98402-5133
30600327 Vanna Chmielewski, 332 Waterfront Dr, Norman, OK 73071-2147
30600328 Vanshika Gupta, 5 Lawson Halls, Lawson Street, Preston, England, PR1 2RB, UNITED KINGDOM
30600329 + Var se Sarabande, 5750 Wilshire Blvd, Suite 450, Los Angeles, CA 90036-3642
30600330 Varun Soni, Uhlandstrasse 27, 4.03 Zymma, Saarbrucken, Saarland, 66121, GERMANY
30600331 Vasiliki Bieber, 2578 Woodhouse Ln, Castle Rock, CO 80109-4571
30600332 + Veana Gutierrez, 2254 Banbury Circle, Roseville, CA 95661-5148
30600333 Veda Lambert, 2256 Angela Dr SW, Lilburn, GA 30047-4702
30600334 + Vee Johnston, 4101 NW 154th Street, Edmond, OK 73013-9154
30600335 + Vee O., 207 Gainesway Park, Woodstock, GA 30189-7174
30600336 + Veer Patel, 413 Hanrahan Ct SE, Leesburg, VA 20175-6139
30600338 Vegyn, c/o Josh Stern, Ground Control Touring, New York, NY 11201
30600339 Veijo Leino, Ita-Peranteentie 1025B, Alastaipale, LS 63780, FINLAND
30600340 Veikka Mykr, Laviantie 19, Pori, Noormarkku 29600, FINLAND
30600341 Velma Metz, 16912 Crystal Downs Cv, Austin, TX 78717-5510
30600342 Venetia Croy, 1810 County Road 12, Tallahassee, FL 32312-8117
30600343 + Venise Sau, 65-40 180th Street, Fresh Meadows, NY 11365-2140
30600344 Venus Boulos, 33 Rue Gaston Tessier, Apt 412, Paris, ILE-DE-FRANCE 75019, FRANCE
30600345 + Vera Berick, 392 Rosslyn Ave, Columbus, OH 43214-1446
30600346 + Vera Schmidt, 1251 Wading River manor, Wading River, NY 11792-2151
30600348 Vern LaFavor, 259 Hatfield Rd, Cortland, NY 13045-9178
30600349 Veron Maluniakov, Okru n 20/14, BRATISLAVA 900 82, SLOVAKIA
30600352 Veronica Hisoire, 855 Vipond Dr, Crescent City, CA 95531-7959
30600353 + Veronica Krieg, 4-6 Union Ave, APT 1, Norwalk, CT 06851-3734
30600354 + Veronica Lannom, 11618 210th Ave E, Bonney Lake, WA 98391-7790
30600355 Veronica Marquez, 726 E Dexter St, Covina, CA 91723-2834
30600356 Veronica McKinny, 5614 Spring Run Ave, Orlando, FL 32819-7165
30600357 Veronica Nash, 418 Lovejoy St NW Unit 101, Atlanta, GA 30313-2130
30600358 Veronica Rodriguez, 17668 SW Wapato St, Sherwood, OR 97140-8247
30600359 Veronica Specyal, 6476 Chaumont Crescent, Mississauga, ON L5N 2M8, CANADA
30600360 Veronica Vargas, 638 N Roadrunner Rd, Apache Junction, AZ 85119-8836
30600361 + Veronica Webb, 2132 Byrum Avenue, #2132, Nashville, TN 37203-5314
30600362 Veronika Bukhantsov, 9698 W Mossywood Dr, Boise, ID 83709-5333
30600364 Veronika Straka, 3206 Sunflower Dr, Oakville, ONTARIO L6M1N2, CANADA
30600363 Veronika napsal, Sudislav nad Orlic, Apt. 24, Sudislav nad Orlic , esk republika, CZECH REPUBLIC
30600365 Veronique Hildevert, 185 Washington Pl, Teaneck, NJ 07666-6128
30600366 Vesna Jovanovic, 42 SE 45th Ave, Portland, OR 97215-1010
30600367 Vesper Rokel, 1139 NW MARKET ST, 405N, SEATTLE, WA 98107-3773

District/off: 0752-1 — User: admin — Page 460 of 507

Date Rcvd: Jan 04, 2024 — Form ID: 309C — Total Noticed: 30719

30600368 + Vi Lerma-Harding, 16040 Whitespring Dr, Whittier, CA 90604-3750
30600369   Vi Mizzell, PSC 2 BOX 15581, APO, Armed Forces Europe 09012-0000
30600370   Viacheslav Kozlovskii, 913 Sk. 3 Yap t Sitesi, Apt. 18, Antalya, KONYAALTI 7070, TURKEY
30600371 + Vianney Sandoval, 4385 Jericho St, Denver, CO 80249-6937
30600373   Vic Conner, 26 Mason Rd, Barrington, RI 02806-2622
30600374   Vic Isenberg, 1830 E LA VIEVE LN, TEMPE, AZ 85284-3421
30600375 + Vic Martinez, 1166 Fascination St NE, Rio Rancho, NM 87144-5818
30600376 + Vica Bugrimenko, 7148 tanager drive, Carlsbad, CA 92011-5033
30600377   Vicki McCurry, 1012 PUNCHEON BRANCH RD, MINOR HILL, TN 38473-5467
30600378   Vicki Perry, 96qf, Trevena, St Francis Road, St Columb Road, Saint Columb, Cornwall TR9 6QF, UNITED KINGDOM
30600380   Vicki Schrick, 2612 Larsen Dr, Blair, NE 68008-1049
30600381   Vickie Group, 1013 WILLOWBROOK DR, CHAMBERSBURG, PA 17202-3010
30600382   Vicky Jones, 31 Guardian Mews, Guardian Mews, Sale Manchester, England M23 9HY, UNITED KINGDOM
30600383 + Vicky Bowling, 62 Sherman Ln, Greenup, KY 41144-7360
30600384   Vicky Nguyen, 33095 CANOPY LN, LAKE ELSINORE, CA 92532-2545
30600385 + Vicky Wolford, 3220 S 28th Street, Apt. 201, Alexandria, VA 22302-1327
30600386 + Vicky Wu, 1400 Hillcrest Dr, Austin, TX 78723-1850
30600387 + Victor Bravo, 82435 REQUA AVE, Apt 7, Indio, CA 92201-4129
30600388 + Victor Chiburis, 124 Blydenburg Ave, New London, CT 06320-4810
30600389 + Victor E Parker, 9909 Oakledge Way, Knoxville, TN 37931-4638
30600390 + Victor J Wright, 1348 Sanibel Lane, Gulf Breeze, FL 32563-2585
30600391 + Victor James Wasserman, 311 Miner Rd, Highland Heights, OH 44143-1536
30600392 + Victor June, 176 Woodward Avenue, Apt. 313, Ridgewood, NY 11385-1375
30600394   Victor Mora, 106 Laurelwood Dr, San Antonio, TX 78213-4629
30600395   Victor Morales, 135 Rue Beaubien Ouest, Montreal, Quebec H2V 1C3, CANADA
30600396 + Victor Pastrana, 2903 W Belmont, 2F, Chicago, IL 60618-5841
30600397   Victor Perez, 345 NE Autumn Rose Way Apt B, Hillsboro, OR 97124-5317
30600398 + Victor Puoci, 17706 SW Robert Ln, Beaverton, OR 97078-1890
30600399 + Victor Ramirez, 3860 W 51st STREET, APT 6, Chicago, IL 60632-3680
30600402 + Victor Tenorio, 5393 S Wendell Dr, Rochelle, IL 61068-9112
30600403 + Victor Urey, 3995 Frey Road NW, Unit 1007, Kennesaw, GA 30144-6700
30600404   Victor Vazquez, 3458 1/2 Boston Ave, San Diego, CA 92113-3108
30600405 + Victor Vilche, 6407 Flanders Dr, Hyattsville, MD 20783-5009
30600393 + Victor montes, 2107 hillside ln, Greenbay, WI 54302-4052
30600400 + Victor ruiz, 2661 Sunny Ln, B, Bakersfield, CA 93305-2805
30600406   Victoria Abmayr, 1214 Dolton Dr Ste 202, Mbf2501-2, Dallas, TX 75207-2108
30600407 + Victoria Acosta, 7413 Mandeville Ln, Sacramento, CA 95828-4632
30600408 + Victoria Armstrong, 200 E Main St, Apt 3, Richmond, VA 23219-3759
30600409   Victoria Arnold, 11575 Pearland Pkwy Apt 13305, Houston, TX 77089-2670
30600410   Victoria Baker, 519 W Lapeer St, Lansing, MI 48933-1016
30600411   Victoria Ballard, 110 Mangels Dr, Interlachen, FL 32148-7439
30600412 + Victoria Battaglini, 208 Shires Way, Egg Harbor Township, NJ 08234-4824
30600413   Victoria Belway, 215 Eighth Avenue, New Westminster, British Columbia, V3L1Y, CANADA
30600414 + Victoria Bond, 113 spray blvd, Neptune, NJ 07753-2914
30600415   Victoria Brier, 75 FAIRWAY DR, GROTON, MA 01450-1853
30600416 + Victoria Brown, 2801 Riverview Rd, Apt 5113, Birmingham, AL 35242-4741
30600417 + Victoria Bugayong, 1220 Decatur St, APT 2, Brooklyn, NY 11207-3285
30600418   Victoria Cappellucci, 60 Parker Road, Wandin East, VIC 3139, AUSTRALIA
30600419 + Victoria Cardenas, 275 E Vista Ridge mall dr., Apt 6122, Lewisville, TX 75067-4019
30600420 + Victoria Carriero, 10170 Chillicothe Rd, Kirtland, OH 44094-9731
30600421 + Victoria Centeno, 6704 Chauncey Drive, Raleigh, NC 27615-6335
30600422   Victoria Curtis-Moore, 3 Gardner Close, Hawkinge, Folkestone, England CT18 7QJ, UNITED KINGDOM
30600423 + Victoria Decesare, 5156 Whitethorn Ave, North olmsted, OH 44070-4311
30600424 + Victoria Delmont, 5315 S 190th Street, Omaha, NE 68135-4130
30600425   Victoria Fairman, 13 Iona Street Lane, Edinburgh, SCOTLAND EH6 8SX, UNITED KINGDOM
30600426   Victoria Ferremi, 14 Regina Dr, Sayville, NY 11782-2402
30600427   Victoria Gamet, 350 Munger Hollow Rd, Cuba, NY 14727-9628
30600428 + Victoria Gargan, 48 Garfield St, Springfield, MA 01108-2036
30600429   Victoria Gray, 5633 Calrlton Way, Apt. 402, Los Angeles, CA 90028
30600431   Victoria Hofmann, Entengraben, 22 1/3, Oettingen i. Bay., Bayern, 86732, GERMANY
30600432   Victoria Hogue, 1435 4th St, New Brighton, PA 15066-1120
30600433   Victoria Husain, 255 EASTWIND CT, WESTERVILLE, OH 43081-3558
30600434 + Victoria Jackson, 8002 Schneider st, Houston, TX 77093-8041

District/off: 0752-1                          User: admin                                      Page 461 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                    Total Noticed: 30719

| | | |
|---|---|---|
| 30600435 | | Victoria Janek, Cunnersdorfer Stra e 11, Leipzig 4318, GERMANY |
| 30600436 | + | Victoria Koulakjian, 23928 Janbeall Ct, Clarksburg, MD 20871-9354 |
| 30600437 | | Victoria Kramarz, 731 Hackberry Ln, Algonquin, IL 60102-5010 |
| 30600438 | + | Victoria Laynas, 114 N Park Road, Newtown, PA 18940-1183 |
| 30600440 | | Victoria Maloney, 185 MONTGOMERY ST APT 1, JERSEY CITY, NJ 07302-3665 |
| 30600442 | + | Victoria Marie, 8414 Fawncrest Drive, Raleigh, NC 27603-8595 |
| 30600443 | | Victoria McLeod, 6645 Seaman Rd, OR, OH 43616-5782 |
| 30600444 | + | Victoria Mims, 67 Mcgahee Rd, Sulphur Springs, TX 75482-6617 |
| 30600445 | | Victoria Mitchell, 84 Stanaway Street, Hillcrest, AUCKLAND 627, NEW ZEALAND |
| 30600446 | + | Victoria Mom, 16 Reo Road, Peabody, MA 01960-4508 |
| 30600447 | + | Victoria Morales, 7836 Lovegrass Terrace, New kent, VA 23124-2529 |
| 30600449 | | Victoria Morton, 3115 Norfolk St Apt 21107, Houston, TX 77098-3829 |
| 30600450 | + | Victoria Mullis, 508 Princess Anne Circle, Elizabeth City, NC 27909-8219 |
| 30600451 | + | Victoria Neathery, 819 Hearthstone Lane, Sinking Spring, PA 19608-9405 |
| 30600452 | + | Victoria Nkereuwem, 1056 Oak Hollow Court, Lawrenceville, GA 30043-6340 |
| 30600453 | + | Victoria Operating Company LLC, 207 W. Goethe Street, Chicago, IL 60610-1809 |
| 30600454 | + | Victoria Phillips, 6233 Virk Lane, Citrus Heights, CA 95621-4800 |
| 30600455 | | Victoria Pho, 3400 STEVENSON BLVD APT A37, FREMONT, CA 94538-5834 |
| 30600456 | + | Victoria Provost, 416 West 42nd Street, 3rd Floor, NY, NY 10036-6809 |
| 30600457 | | Victoria Rackley, 3507 Clifton Park Ct, New Hill, NC 27562-9319 |
| 30600458 | | Victoria Regan, 29769 Santiam Hwy, Lebanon, OR 97355-9510 |
| 30600459 | | Victoria Rizzo, 601 Ridgefield Rd, New Lenox, IL 60451-3339 |
| 30600460 | | Victoria Roberts, 150 MARSHALL AVE W, WARREN, OH 44483-1425 |
| 30600461 | + | Victoria Rupp, 24 mystic drive, Ossining, NY 10562-1967 |
| 30600462 | | Victoria Savage, 3120 SE 19th St, Del City, OK 73115-1512 |
| 30600463 | | Victoria Seaver, 10035 Meadow Glen Dr, Independence, KY 41051-2530 |
| 30600464 | + | Victoria Smith, 602 Carlyon Ave SE, Olympia, WA 98501-3415 |
| 30600465 | | Victoria Thomas, 685 Crab Apple Ln SE, Cleveland, TN 37323-0593 |
| 30600467 | + | Victoria Travis, 5630 N Cattail Way, Boise, ID 83714-1796 |
| 30600468 | + | Victoria Webster, 1417 Warmlands Ave, Vista, CA 92084-3623 |
| 30600469 | | Victoria Wright, 355 East St, Wolcott, CT 06716-3336 |
| 30600448 | | Victoria morales, 8417 61ST PL NE, MARYSVILLE, WA 98270-8525 |
| 30600470 | + | Victorina Wolfe, 153 Woodland Dr, Uncasville, CT 06382-1510 |
| 30600471 | | Vidal, calle de la Aulaga n1, Galapagar, SPAIN 28260, SPAIN |
| 30600472 | | Vidcon LLC, P.O. Box 412274, Boston, MA 02241-2274 |
| 30600474 | | Viggo Dewens, N ktergalsv gen 6C, Apt, Lyckeby, BLEKINGE 37160, SWEDEN |
| 30600475 | | Vikingur Brynjar, Litlikriki 1, Apt. 302, Mosfellsbaer, Hofudborgarsvaedid 270, ICELAND |
| 30600476 | | Viktor Green, Lule v gen 30C, G llivare, Norrbottens L n 982 37, SWEDEN |
| 30600477 | + | Viktor Halmos, 149 Black Water LN, Lexington, KY 40511-8861 |
| 30600478 | | Viktor Lindstr m, Vagngatan 9, Motala, OSTERGOTLAND 59162, SWEDEN |
| 30600479 | + | Viktoria solfronk, 2844 Thornhill Rd, Apt. 42B, Mountain Brook, AL 35213-4039 |
| 30600480 | | Viky Marek, Na Bitevi Plani 1214/21, Prague 140 00, CZECH REPUBLIC |
| 30600481 | | Ville Aeaeri, 1328 BREWSTER ST SW, ATLANTA, GA 30310-4022 |
| 30600482 | + | Villy Devlioti, 93 Jewel street, 1L, Brooklyn, NY 11222-3017 |
| 30600483 | + | Vin Pennington, 271 West StarLite Dr, Texarkana, TX 75501-9192 |
| 30600484 | + | Vinay Gowda, 3768 E del Eio st, Gilbert, AZ 85295-4665 |
| 30600485 | + | Vinay Gowda, 3768 E del rio st, Gilbert, AZ 85295-4665 |
| 30600486 | + | Vince Giglio, 209 Ellington Dr, Schaumburg, IL 60194-4037 |
| 30600487 | + | Vince Griffin, 580 Skyline Dr., North Little Rock, AR 72116-9230 |
| 30600488 | | Vince Pale, 6203 Garrett Ave, Bensalem, PA 19020-2418 |
| 30600489 | | Vince Pecsenka, Vezer str. 113/A, Budapest 1141, HUNGARY |
| 30600490 | + | Vince Williams, 1035 Literary Road, Cleveland, OH 44113-4442 |
| 30600492 | | Vincent Cramer, 687 Sandra Ave, West Islip, NY 11795-2521 |
| 30600493 | + | Vincent Del Vecchio, 4085 colleton court, tallahassee, FL 32311-3643 |
| 30600494 | | Vincent Dempcy, 671 Valley View Way, Travis AFB, CA 94535-1161 |
| 30600496 | | Vincent Giordano, 5024 Blue Church Rd, Sunbury, OH 43074-9520 |
| 30600497 | | Vincent Gonzalez, 626 W Market St, Red Bud, IL 62278-1003 |
| 30600498 | + | Vincent Grabowski, N5321 central avenue, Neillsville, WI 54456-8634 |
| 30600499 | + | Vincent Graves, 1335 elmwood ave, Columbus, OH 43212-3214 |
| 30600500 | + | Vincent Hains, 160 West Walnut ST, Apt. 160, Yoe, PA 17313-1020 |
| 30600501 | + | Vincent J Stimpson, 4004 Battery Bee Lane, Apex, NC 27523-3804 |
| 30600503 | + | Vincent Jensen, 357 Maple Dr, Apt D, Salina, UT 84654-1408 |
| 30600502 | + | Vincent Jensen, 280 Riverside Rd, Apt 21 D, Mesquite, NV 89027-5935 |

District/off: 0752-1                          User: admin                                    Page 462 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                   Total Noticed: 30719

30600504          Vincent Kruse, 2601 W 5780 S, Taylorsville, UT 84129-1948
30600505          Vincent Langton, 93 wollombi road, cessnock, NEW SOUTH WALES 2325, AUSTRALIA
30600506        + Vincent Liquori, 2845 court st, north bellmore, NY 11710-2854
30600507          Vincent Luyendijk, Hopstraat, Apt. 6, Posterholt, LIMBURG 6061CR, NETHERLANDS
30600508          Vincent Luyendijk, Hopstraat 6, Posterholt, LIMBURG 6061CR, NETHERLANDS
30600509          Vincent Mead, 1402 SW 5TH ST, LEES SUMMIT, MO 64081-2439
30600510        + Vincent Meduna, PO box 157, Stanley, ND 58784-0157
30600512        + Vincent Milay, 2516 15th Ave W, Apt. 203, Seattle, WA 98119-2115
30600513          Vincent Montagnon, 4 route de la gastine, Le chalange, BASSE-NORMANDIE 61390, FRANCE
30600514        + Vincent Pacheco, 1542 Reding Drive, Oklahoma City, OK 73119-4028
30600515        + Vincent Perez, 14500 Las Palmas Drive, Unit 12, Bakersfield, CA 93306-9547
30600516        + Vincent Pittman, 3433 Bailey Ln, Anoka, MN 55303-1148
30600517          Vincent Pungente, 1020 View St, Apt. 1604, Victoria,British Columbia, V8V 4Y4
30600518          Vincent Sch fer, Kantstra e, 15a, Celle, Niedersachsen, 29229, GERMANY
30600519          Vincent Sotta, Heinrich-Von-Bibra-Platz 18, FULDA, HESSEN 36037, GERMANY
30600520          Vincent Stoesz, 43 Meadowview Close, Sylvan Lake, Alberta, T4S 1H9, CANADA
30600521          Vincent Tchang, 3049 rue Louvigny, Quebec, QUEBEC G1W 1B2, CANADA
30600522        + Vincent Ton, 5144 Melbourne Drive, Cypress, CA 90630-3628
30600523        + Vincent Valdez, 900 Sunset Street, Calexico, CA 92231-3824
30600524        + Vincent Woods, 8139 Turquoise Tide Dr, Las Vegas, NV 89166-3764
30600525        + Vincent Yang, 9108 Redwater Drive, Antelope, CA 95843-5402
30600526        + Vincent, TK, 1112 SAMUEL STREET, LOUISVILLE, KY 40204-2418
30600527          Vincente Valdez, 7007 Baring Ave, Hammond, IN 46324-2203
30600528          Vincenzo Fiorillo, Via Giuseppe Mazzini 16, Acerra, Napoli 80011, NAPOLI
30600529        + Vincenzo Leonardo, 24661 Legion Court, Menifee, CA 92584-0375
30600530          Vincenzo Micalizzi, Via San Raineri zona Falcata Base MM s.n, Messina, Messina, 98122, ITALY
30600531          Vincenzo Ragona, Corso Regina Margherita, 272, Ciaramidaro Lochiatto Ragona, Torino, Torino 10144, ITALY
30600532          Vinicius Kimura de Oliveira, 15 Boulden Circle Ste 100, New Castle, DE 19726-9004
30600533        + Vinith Sharma, 1800 Boren Ave, Apt 2027, Seattle, WA 98101-1402
30600534        + Vinnie Garcia, 2267 E Willis Road, Gilbert, AZ 85297-2091
30600535        + Vinnie Giacoppo, 24 Main St, Quincy, MA 02169-6922
30600536        + Vinnie Harned, 233 Fox Creek Road, Flora, IL 62839-4119
30600537        + Vinton Gregory, 1309 SE 43RD AVE, PORTLAND, OR 97215-2405
30600538          Viny Maksimik, 3373 Old 63 S, Columbia, MO 65201-6991
30600540          Vinzent Weihs-Sedivy, Reindorfgasse 29, Stiege 2/ T r 9, Wien, AUSTRIA 1150, AUSTRIA
30600541          Viola Mucolli, Manchehofer Straaye 32, Espenau 34314, GERMANY
30600542          Violet Guinn, 1479 S 3rd St, Westville, OK 74965-6202
30600543          Violet Ross, 860 28TH AVE N, ST PETERSBURG, FL 33704-2015
30600544          Violet Wang, 1255 Shelter Creek Ln, San Bruno, CA 94066-3861
30600545        + Viraj Nadkarni, 851 Franklin Ave, 2C, BROOKLYN, NY 11225-1361
30600547          Virginia Boyce, 203 E Gregg St, Mount Enterprise, TX 75681-9401
30600548          Virginia Clark, 58 N Cedar Lake Dr E Apt 207, Columbia, MO 65203-7115
30600549        + Virginia Darnell, 222 N. Chelsea Ave, Atlantic city, NJ 08401-3745
30600550          Virginia Hamon, 7313 Blue Maple Trl, Madison, WI 53719-4038
30600551        + Virginia Jones, 4 Cherry St, Media, PA 19063-2570
30600552          Virginia McIntyre, 24 Sefton Road, Croydon, England, CR0 7HR, UNITED KINGDOM
30600553          Virginia Mills, 18700 Seville Way, Santa Clarita, CA 91387-1468
30600554          Virginia Morales, 161 W Villa St # 1/2, Pasadena, CA 91103-3347
30600555        + Virginia Norwood, 609 Creamer Rd, Norfolk, VA 23503-5429
30600556        + Virginia Perez, 81 Newbury Street, Apt. 1, Somerville, MA 02144-2485
30600557          Virginia Quinones Carter, 4130 Harrison St, Whitehall, PA 18052-1604
30600558        + Virginia R Norwood, 609 Creamer Road, Norfolk, VA 23503-5429
30600559          Virginia Roof, 265 Miller Way, Arroyo Grande, CA 93420-2715
30600560          Virginie Tran, 3 Marpole Pl NE, Calgary, ALBERTA T2A4M3, CANADA
30600561        + Visage Screen-Print Inc., 119 Rahls Road, Des Plaines, IL 60018-1328
30600562          Vishnu Dawah, 10749 92nd St, Ozone Park, NY 11417-1503
30600564        + Visstun-Digispec, 6355 Sunset Corporate Dr, Las Vegas, NV 89120-2796
30600566          Vita Jansen, Celebesstraat 58, The Hague, ZUID-HOLLAND, NETHERLANDS
30600567          Vitalii Sapko, str. Gagarina Ave. 170/2, apt. 50, Kharkiv 61124, UKRAINE
30600568        + Vitia Latino, 1137 Dwight St, Apt B, Holyoke, MA 01040-0801
30600569          Vitor Ferreira, Rua castelo Moura 439, apt 201, Belo Horizonte, Minas Gerais, 31330210, BRAZIL
30600570          Vitronic / Imagen Brands, PO Box 847691, Boston, MA 02284-7691
30600571          Vivek George, 18 Balsam Street, Markham, Ontario, L6B0J7, CANADA

District/off: 0752-1                                    User: admin                                         Page 463 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                                     Total Noticed: 30719

30600572  + Vivek Mathew, 19 Beauregard Terrace, Congers, NY 10920-2603
30600573    Vivi Rios, 1109 Valley View Dr, Weslaco, TX 78596-5615
30600575    Vivian Hoang, 1762 Summerville Ave, Tustin, CA 92780-6673
30600576  + Vivian Johnson, 602 William St N, Stillwater, MN 55082-4760
30600577  + Vivian Leu, 10615 NE 47th Pl, Kirkland, WA 98033-7609
30600574  + Vivian beatrix Tsai, 3318 SE Summerfield Dr, Corvallis, OR 97333-2273
30600578  + Vivid Giftworks Inc., 5595 Magnatron Blvd, #L, San Diego, CA 92111-1310
30600581    Vivyan McReynolds, 1956 Quill Court, 1956 Quill Court, Kannapolis, NC 28083
30600582    Vladislav Koriukalov, Trzebnicka 7, 9, Wroclaw 50-245, POLAND
30600583    Vladislav Schr der, Rather Stra e 5, D sseldorf, Nordrhein-Westfalen, 40476, GERMANY
30600584    Vladislava Vicol, 6501 boul Maurice Duplessis, Apt. 603, Montreal, Quebec H1G 1Z3, CANADA
30600587  + Volta Adovor, 534 S Lucas St, Apt C, Iowa City, IA 52240-5675
30600588  + Vonda Christine Miller, 504 E Kercher Road, Goshen, IN 46526-5322
30600589    Vonda Schaefer, 1483 Aalborg Way, Solvang, CA 93463-2001
30600590  + Voravut Ratanakommon, 344 Salem Street, Medford, MA 02155-3440
30600591  + Vos, Jessica, 1S534 TAYLOR ROAD, APT 1, GLEN ELLYN, IL 60137-6376
30600592  + Vsevolod Ogarev, 610 W 42nd, N46A, NY, NY 10036-1991
30600593    Vundabar, c/o Greg Horbal, Wasserman, New York, NY 11201
30600594    Vy Meyers, 17161 Alva Rd Unit 938, San Diego, CA 92127-2170
30600595    Vyvyan Dang, 475 Duscoe St, Collierville, TN 38017-2407
30600644  + WB Promotion, 16107 Kensington Dr., Suite # 172, Sugar Land, TX 77479-4224
30600816    WILLIAM GRAFFIUS, 142 Rosedale Pl, Rossford, OH 43460-1415
30600911    WMX, 32253 Collection Center Dr., Chicago, IL 30393-0322
30600919  + WOWLine, 141 Eileen Way, Syosset, NY 11791-5302
30600928    WSUSA Sine nawarat, 14889 SW Tualatin Sherwood Rd Ste 401, Sherwood, OR 97140-7126
30600599  + Wade Edwards, 1312 Sarek Ave, Sevierville, TN 37876-7985
30600600    Wade Greeson, 5467 Brown Stone Dr, Mebane, NC 27302-7750
30600601    Wade Nothnagel, 5099 loggers way, Ottawa, ONTARIO K7S3G7, CANADA
30600602    Wade Stadig, 1010 Homeric St SE, Leesburg, VA 20175-5125
30600598    Wade dushnicky, 20 Pelham Road, Winnipeg, Manitoba R2N3W3, CANADA
30600603  + Wade, Lindsay, 6421 27TH ST, BERWYN, IL 60402-2763
30600604    Wahhab Aziz, 15 Dundonald Street, Unit 706, Toronto, ON M4Y 1K4, CANADA
30600605    Wakana Oki, 41285, A202, 3620031, JAPAN
30600606  + Walker, 16360 Talladega Dr, Ashland, MO 65010-7742
30600607    Walker Brown, 4109 E 10TH AVE APT 416, DENVER, CO 80220-3883
30600608  + Walker Hendren, 152 Blossom Circle, Shelbyville, KY 40065-8092
30600609  + Walker Kay, 5948 Tujunga Avenue, Apt. 7, North Hollywood, CA 91601-1160
30600610    Wall, 14 Maplewood Court, Cranbourne North, Victoria 3977, AUSTRALIA
30600612  + Walter Bennett, 304 County Road 305, Panhandle, TX 79068-7217
30600613  + Walter Flores, 61 E, 8th St, Huntington Station, NY 11746-1812
30600614  + Walter Lohmann, 4118 Baltimore Ave, Unit A, Philadlephia, PA 19104-4506
30600615    Walter Maltese, Via Fiumefreddo 2/F, Erice, Trapani, 91016, ITALY
30600616  + Walter Niesluchowski, 722 Versailles Pkwy, Oswego, IL 60543-6019
30600617  + Walter Street, 8204 Outpost Circle, Chesterfield, VA 23832-7733
30600618  + Wang Theatre, Inc., 270 Tremont St, Boston, MA 02116-5603
30600619  + Wannemacher, Ashely, 549 BROOK VIEW ESTATES DR, ANTIOCH, TN 37013-4149
30600620  + Wapner, Ryan, 2614 10TH ST, ALTOONA, PA 16601-3829
30600621  + Ward, Jacob, 37W765 SPRING GREEN WAY, BATAVIA, IL 60510-9788
30600624  + Warner Hiatt, 1101 Ravoli dr., Pacific Palisades, CA 90272-3920
30600626  + Warner Myntti, 1700 State Street, Apt 163, Nashville, TN 37203-3008
30600627  + Warren Fulcher, 4904 Spur Ridge CT, Fort Worth, TX 76244-7983
30600629  + Warren Slaughter, 5724 Remington Cir, Apt 1712, Fort Worth, TX 76132-3233
30600631  + Warren Thompkinson, 24 Dunmore Road, Catonsville, MD 21228-3407
30600628  + Warren keysor, 20545 169th Ave, Park Rapids, MN 56470-6573
30600632  + Washed Out, 123 N Wacker Dr, Suite 1400, Chicago, IL 60606-1700
30600635  + Wassim Abdelahad, 73 country lane, Westwood, MA 02090-1023
30600636  + Waverly Jung, 4815 Ashford Place, Upper Marlboro, MD 20772-2786
30600637    Waverly Pross, 905 Jonathan Ln, Marlton, NJ 08053-4517
30600638  + Wax Bodega, 14330 Belleville Ave, Woodbridge, VA 22193-1403
30600640    Wayne Boerner, 513 W CLARK ST, VERMILLION, SD 57069-1915
30600641    Wayne Nordin, 645 W Pullman Rd Apt 107, Moscow, ID 83843-2251
30600642    Wayne Tessmann, 4204 Redwood Dr, Fort Pierce, FL 34951-3324
30600643    Wayne Wedor Corp., 1907 S 89th St, West Allis, WI 53227-1611

District/off: 0752-1 User: admin Page 464 of 507

Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

30600646 + Weena Degan, 90 Queen St, Turbotville, PA 17772-8731
30600647 + Wehberg, Emily, 254 TANKSLEY AVE, NASHVILLE, TN 37211-2427
30600648 + Weinberg, Eric, 4620 KESTER AVE, APT 206, SHERMAN OAKS, CA 91403-2567
30600650 + Welch, Mac, 305 MONTGOMERY ST, APT 2, BROOKLYN, NY 11225-2713
30600652   Wendell McFarland, 25 Glen Katherine Drive, St Helena, Victoria, 3088, AUSTRALIA
30600653 + Wendell Vago, 309 Holland Lane, Unit 334, Alexandria, VA 22314-6112
30600654 + Wendie Anne Roller, 1867 Green Ridge Dr, Carrollton, TX 75007-5223
30600655 + Wendy Binkier, 1806 N Allen Ave, 2nd Floor, Pasadena, CA 91104-1613
30600656   Wendy Christensen, 759 CONGRESS ST, TOMS RIVER, NJ 08753-8705
30600657   Wendy Clark, 26406 Richwood Oaks Dr, Katy, TX 77494-0311
30600658 + Wendy Esquivel, 621 N Neptune Ave, Wilmington, CA 90744-5422
30600659   Wendy Hall, 10799 SW LUCAS DR, TUALATIN, OR 97062-8422
30600660   Wendy Haugen, 273 Rivers End Rd, Durango, CO 81303-7339
30600661 + Wendy J Wood, 2054 alanson, Westland, MI 48186-4664
30600663 + Wendy Macias, 4100 S Lindbergh Blvd, St. Louis, MO 63127-1643
30600664   Wendy Powell, 2313 W Christy Ln, Muncie, IN 47304-1717
30600665 + Wendy Sue Reynolds, 915 L Street, Ste 1270, Sacramento, CA 95814-3765
30600666   Wendy Taylor, 868 Trappers Xing, Milford, OH 45150-8023
30600667   Wendy Wolfgram, 109 East Ave, West Bend, WI 53095-3403
30600662   Wendy kettler, 1609 Franklin St SE, Grand Rapids, MI 49506-3371
30600668 + Werner Quintanilla, 2421 County Road 7759, Troy, AL 36081-6638
30600669 + Wes Alspach, 3218 thayer street, evanston, IL 60201-4947
30600670   Wes Marshall, 632 N 16th St, Upstairs, Philadelphia, PA 19130-3421
30600671 + Wes Papes, 7277 Glastonbury Drive, Hudson, OH 44236-1721
30600672 + Wes Ring, 5623 Wade Park Blvd, Raleigh, NC 27607-6023
30600673 + Wesley Barnhart, 318 Manville Avenue, Bowling Green, OH 43402-4021
30600675 + Wesley Bonner, 8859 Spectrum Center Blvd., Apt. 8211, San Diego, CA 92123-1493
30600676 + Wesley Breidenbach, 6551 Arsenal Street, St. Louis, MO 63139-2432
30600677 + Wesley Davey III, 325 W Ent, 206A, Peterson SFB, CO 80914-1654
30600678   Wesley Fink, 701 McClay Rd, Novato, CA 94947-3862
30600679 + Wesley LeBlanc, 4247 Caribbean Pine Court, Middleburg, FL 32068-9120
30600680   Wesley Litalien, 13 Longmarsh Rd Unit B, Durham, NH 03824-4210
30600682   Wesley Pope, 2100 Chebi Ln, Denton, TX 76209-7848
30600683   Wesley Shenton, 314 Drury Ln, Mauldin, SC 29662-2230
30600684 + Wesley Stevenson, 15535 S Sperry Grade Rd, Greenough, MT 59823-9204
30600685 + Wesley Tucci, 53 High Street, Hudson, MA 01749-2335
30600681 + Wesley myers, 2408 old Niles ferry rd, Marryville, TN 37803-8800
30600686   West, 2302 WESTBROOKE CT, ANN ARBOR, MI 48105-3144
30600689 + Westan Iverson, 2129 12 3/8 ave, Cameron, WI 54822-9557
30600690   Westley Hunter, 1121 Langley Blvd, Clawson, MI 48017-1024
30600691 + Weston Graf, 122 Hall Street, Apt. 32, Watertown, WI 53094-4139
30600692 + Weston Lyon, 118 Asheville Springs Circle, 118, Asheville, NC 28806-8894
30600693 + Weston Martin, 263 Crestwood Cir, Benton, LA 71006-8900
30600694 + Weston Mauldin, 3517 Rochester Ave, Lubbock, TX 79407-2729
30600695 + Weston Ortiz, 1350 S Knoles Dr, Apt. 547, Flagstaff, AZ 86001-7670
30600696 + Weston Smith, 1585 Osceola Street, Denver, CO 80204-1457
30600697 + WhisperingWally Hovden, 424 N 15th St, Bismarck, ND 58501-4638
30600698   White, 2425 N MYERS ST, BURBANK, CA 91504-2633
30600699 + White Cane Coffee Alec, 28 Market St, Warren, PA 16365-2508
30600700 + White Oak Music Hall, 2915 N. Main St, Houston, TX 77009-5629
30600701 + White, Will, 2430 Ocean View Ave, 308, Los Angeles, CA 90057-1894
30600702 + Whiting, Penny, 605 NORTH VAN NORTWICK, BATAVIA, IL 60510-1167
30600703 + Whitmer, Gabrielle, 6601 Wander Way, Cary, IL 60013-1343
30600704 + Whitney Andrew, 50 Harlem Street, Apt. 2, Worcester, MA 01610-3383
30600705   Whitney Bailey, 1524 Kenny Rd, Columbus, OH 43212-2563
30600706 + Whitney Burke, 5514 Forest Ave, Kansas City, MO 64110-2814
30600707 + Whitney Garrison, 1921 Riverview St., Eugene, OR 97403-3106
30600708   Whitney Gilliland, 6997 Clifton Forest Dr, Clifton, VA 20124-1516
30600709 + Whitney Mess, 2341 North 8th Street, Clinton, IA 52732-2018
30600710   Whitney Scott, 26743 488th Ave, Valley Springs, SD 57068-7336
30600711   Whitney Smith, 331 HUDSON AVE, ALBANY, NY 12210-1803
30600712 + Whitney Somerville, 109 Union Street, Portsmouth, NH 03801-4345
30600713   Whitney Stewart, 6024 SE 5th St, Midwest City, OK 73110-2250

District/off: 0752-1                                    User: admin                                    Page 465 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                              Total Noticed: 30719

30600714   + Whitney Young, 5307 wyndholme cir, Unit 304, Baltimore, MD 21229-3275
30600715   + Wholesale for Everyone, PO Box 275, Hainesport, NJ 08036-0275
30600716   + Wholesaleahats.com, 39301 Badger St., Suite 600, Palm Desert, CA 92211-1162
30600717   + Wholesalesockdeals.com, 2240 East 17th St, Brooklyn, NY 11229-4414
30600720     Wiebke Busse, Klein Goldberg 58, Mettmann 40822, GERMANY
30600721     Wiebke Heyer, M hlenstr., 52a, L beck, Schleswig-Holstein, 23552, GERMANY
30600722     Wiktor Lasek, 7 Benfleet close, Sutton, ENGLAND SM13SD, UNITED KINGDOM
30600723   + Wil pollini, P.O. Box 413, Melvin village, NH 03850-0413
30600724   + Wilbert, 6368 Hillview, Spring Hill, FL 34606-4103
30600725     Wilbur Lemmon, 8351 Willowbridge Pl, Canal Winchester, OH 43110-9284
30600726   + Wilburn, 2200 Cambridge Ct, Rochester, MI 48306-2062
30600729     Wild Nothing, c/o John Chavez, Ground Control Touring, Los Angeles, CA 90042
30600730   + Wiley McLeod, 505 E Franklin St, Raleigh, NC 27604-1940
30600731   + Wilfred Paul Amy, 1936 BONNEVILLE DR, ORLANDO, FL 32826-4806
30600732   + Wilhelm Schon, 1039 Ratley Road, West Suffiled, CT 06093-2402
30600733     Will Adwar, 273 HENRY ST APT 3, BROOKLYN, NY 11201-4629
30600735   + Will Avery, 607 E Park St, Apt. 205, Carbondale, IL 62901-3819
30600737     Will Barritt, 4 Petrel Close, Norwich, ENGLAND NR7 8UP, UNITED KINGDOM
30600736     Will Barritt, 4 Petrel Close, Sprowston, Norwich, ENGLAND NR7 8UP, UNITED KINGDOM
30600738   + Will Benham-Baker, 704 Wee Donegal, Lafayette, CA 94549-1722
30600740     Will Brown, 1890 Clay St SE, Albany, OR 97322-6873
30600739   + Will Brown, 3027 parkridge dr, Apt. 2, Homewood, AL 35209-2422
30600741   + Will Card, 2 Bradley Rd, Madison, CT 06443-2634
30600742     Will Casaceli, 1900 ALLEN ST, RENO, NV 89509-1106
30600743     Will Chodos, 116 E Ainsworth St, Ypsilanti, MI 48197-5329
30600744   + Will Combs, 2107 Indian Crest Dr, Pelham, AL 35124-3784
30600746   + Will Custer, 210 E Oak St, Wauseon, OH 43567-1210
30600749   + Will Downey, 13401 Sutton park s, Apt. 1315, Jacksonville, FL 32224-0231
30600750     Will Dunn, 7 Perrin st, Woodside, SOUTH AUSTRALIA 5244, AUSTRALIA
30600751     Will Fleig, 2454 S CANTERBURY LN, LINCOLN, NE 68512-1640
30600752   + Will Fox, 42 Vetnor Ave, Marmora, NJ 08223-1607
30600753     Will Gilbert, 59 Capstone Road, Dorset, Bournemouth, England BH88RP, UNITED KINGDOM
30600754     Will Gump, 210 De Sales Ave Apt C, Mobile, AL 36607-2234
30600755     Will Hammond, 711 W Thomas St Apt C, Milledgeville, GA 31061-7623
30600756   + Will Higgins, 2305 Oxford CY, Safety Harbor, FL 34695-5622
30600757   + Will Hudson, 11128 Night Camp dr, Austin, TX 78754-6113
30600758     Will James, 8718 CORCORAN PL, CHESTERFIELD, VA 23832-7463
30600759     Will Jennings, 145 Nepean Highway, Seaford, Victoria 3198, AUSTRALIA
30600760   + Will Kooi, 509 Partridge, Edmond, OK 73034-4321
30600761     Will Markey, 101 Junedale Dr, Cincinnati, OH 45218-1209
30600762   + Will Marto, 1346 Salisbury St, Bellevue, WI 54302-5404
30600763   + Will McDonald, 1038 Fairfield Ave., Santa Clara, CA 95050-5205
30600764   + Will Mciff, 577 E Vine St, Murray, UT 84107-5079
30600765   + Will Miltich, 13643 89th St. NE, Otsego, MN 55330-7425
30600766   + Will Ness, 737 Wedge Dr, Grand Junction, CO 81506-1810
30600767     Will Sherman, 5540 166TH PL SE, BELLEVUE, WA 98006-5534
30600768     Will Smith, Unit 7900 Box 775, DPO, Armed Forces Europe 09213-0000
30600769     Will Walton, 4895 Caulfeild Ct, West Vancouver, BRITISH COLUMBIA V7W3B3, CANADA
30600734   + Will anderson, 1625 w Elizabeth, H5, Fort collins, CO 80521-4463
30600748   + Will deReyna, 41710 Onaway Dr, Northville, MI 48167-2412
30600770     Willa Bell, 328 York Ave, Staunton, VA 24401-3106
30600771   + Willamina Pertell, 320 south ocean avenue, Patchogue, NY 11772-3710
30600773     Willem Greer, 65 Heather Cir, Nottingham, PA 19362-9075
30600772   + Willem Greer, 65 Heather Circle, Nottingham, PA 19362-9075
30600774     Willem Nieborg, 526 W Vermont Ave Apt 206, Anaheim, CA 92805-5039
30600776   + William A Duke, 912 Springs Fireplace Road, East Hampton, NY 11937-1500
30600777   + William Amsberry, 9963 West Diablo Drive, Las Vegas, NV 89148-7614
30600779     William Baines, 1122 Country Club Ln, Zebulon, NC 27597-9540
30600778     William Baines, 14 Lyne Terrace, Penicuik, SCOTLAND EH268HF, UNITED KINGDOM
30600780     William Bancroft, 185 Pleasant Ave, Roseburg, OR 97470-5272
30600781   + William Baumeister, 713 McCormick Ave, Apt 8, Madison, WI 53704-4364
30600782   + William Bell, 2613 Kruzel Street, Myrtle Beach, SC 29577-1973
30600784   + William Bernier III, 21 Greaves Road East, Stafford, CT 06076-3138

District/off: 0752-1                           User: admin                                    Page 466 of 507
Date Rcvd: Jan 04, 2024                         Form ID: 309C                                   Total Noticed: 30719

| | | |
|---|---|---|
| 30600785 | | William Berry, 37 Lindsay Street, McKinnon, VICTORIA 3204, AUSTRALIA |
| 30600786 | + | William Bonney, 977 Luawai, Diamondhead, MS 39525-4491 |
| 30600787 | + | William Boudouris, 1311 Dominion lakes Blvd, Chesapeake, VA 23320-6455 |
| 30600788 | | William Bowles, 9108 Gristmill Ct, Fort Worth, TX 76179-5007 |
| 30600789 | + | William Brown, 513 E Mulberry St, Bloomington, IL 61701-3221 |
| 30600790 | + | William Brown, 2933 Shikra Pl, Brighton, CO 80601-4031 |
| 30600791 | | William Bryce, 5372 N Sanford Pl, Flagstaff, AZ 86004-2877 |
| 30600792 | | William Bubb, 5 Fencott Place, Basingstoke, ENGLAND RG215PT, UNITED KINGDOM |
| 30600793 | | William Burgess, 1533 Thurber St, Herndon, VA 20170-2568 |
| 30600795 | | William Cochrane, 4172 Westview Ln, Oshkosh, WI 54904-6902 |
| 30600796 | | William Coombe, 23 kingate Blvd, Blakeview, Adelaide, SOUTH AUSTRALIA 5114, AUSTRALIA |
| 30600797 | | William Costello, 413 W Lantana Pl, Chandler, AZ 85248-3979 |
| 30600798 | + | William D Goodman, 15342 Orogrande Ct, Oak Forest, IL 60452-1766 |
| 30600799 | | William D Mitcham, 119 HARRISBURG RD, STONY CREEK, NY 12878 |
| 30600800 | + | William Dakotah Sevier, 1311 Glen Oaks Ct, #2, Norman, OK 73071-1453 |
| 30600801 | + | William Daniel, 1776 SW 9th Way, Apt. 6, Gainesville, FL 32601-0008 |
| 30600802 | | William Dansereau Jr., 30 Hunts River Ct, East Greenwich, RI 02818-4404 |
| 30600803 | | William Deland, 4395 Rue Barbeau, Saint-Hubert, QUEBEC J3Y 2P2, CANADA |
| 30600804 | | William Depp-Hutchinson, 601 1/2 Woodland Ave, Punxsutawney, PA 15767-2448 |
| 30600805 | + | William Dermody, 15 Bayberry Drive, Easthampton, MA 01027-2735 |
| 30600806 | + | William Donnell, 5620 Roche Drive, Apt. A, Columbus, OH 43229-4227 |
| 30600807 | | William Duane, 76 Greenvale Ave, Weymouth, MA 02188-3408 |
| 30600808 | + | William Elder, 4477 Wolverine Dr., Williamsburg, MI 49690-9297 |
| 30600809 | + | William Escoto, 9713 Walnut Hills Way, Shafter, CA 93263-2292 |
| 30600810 | + | William Ferrara, 28439 Cascade Road, Castaic, CA 91384-4735 |
| 30600811 | | William Fisher, 4980 Hopewell Manor Dr, Cumming, GA 30028-4031 |
| 30600812 | | William Fitzgerald, 414 TALL OAK TRL, TARPON SPGS, FL 34688-7712 |
| 30600813 | + | William Foster, 1504 Campanella Cv, Round Rock, TX 78665-2462 |
| 30600814 | | William Frechette, 90 Cottage St, Hudson, MA 01749-1501 |
| 30600815 | + | William Freyberg, 864 S Lewis St, Lakewood, CO 80226-3926 |
| 30600817 | + | William Griffin, PSC 80 Box 10243, APO, Armed Forces Pacific 96367-0005 |
| 30600818 | + | William Harter, 914 Turnberry Dr., Richmond, KY 40475-7880 |
| 30600819 | | William Haughton, 250 Apple Blossom Rd SW, Pataskala, OH 43062-9115 |
| 30600820 | | William Heath, 41 Waitoa Road, Hataitai, Wellington, , 6021, NEW ZEALAND |
| 30600822 | + | William Huff, 2759 W Buena Vista St, Springfield, MO 65810-1270 |
| 30600823 | + | William Hutcheson, 442 Westwood Heights Circle, Douglas, GA 31535-6308 |
| 30600824 | + | William Jackson Finney, 344 Riverstone Way, Jasper, GA 30143-8396 |
| 30600825 | | William Johnson-Barnett, 2692 Madison Rd Ste N1 PMB 142, Cincinnati, OH 45208-1320 |
| 30600826 | | William Keller, 5330 S 156th Ct Apt 109, Omaha, NE 68135-6424 |
| 30600827 | + | William Knight, 859 Thomas St, Crown Point, IN 46307-3442 |
| 30600828 | | William Kucinski, 498 WILSON AVE, BEAVER, PA 15009-2326 |
| 30600829 | #+ | William Lundy, 1058 Peachtree Lane, Fort Mill, SC 29715-2161 |
| 30600830 | | William Ly, 5 Deloraine Close, Hinchinbrook, New South Wales, 2168, AUSTRALIA |
| 30600831 | + | William M Jackson, 408 Gwinn Court, Lexington, KY 40517-2002 |
| 30600832 | | William Maack, 1 Cypress Cv, Little Rock, AR 72223-4466 |
| 30600833 | + | William MacReynolds, 9208 NW 15th Ave, Vancouver, WA 98665-6726 |
| 30600834 | | William McCarthy, 12 The Meadows, Roestown, Dunshaughlin, MEATH A85 V076, IRELAND |
| 30600835 | + | William McIntyre, 308 kingswood drive, Cary, NC 27513-4090 |
| 30600837 | | William Minns, 321 Montague Road, U10308, West End, Queensland 4101, AUSTRALIA |
| 30600838 | | William Moore, 613 Benninghaus Rd, Baltimore, MD 21212-3935 |
| 30600839 | + | William Morimoto, 12053 North Turnberry Way, Highland, UT 84003-5535 |
| 30600840 | | William N Warner, PSC 78 BOX 7144, APO, Armed Forces Pacific 96326-0072 |
| 30600841 | + | William Nawor, 2108 N Kenmore Ave, 1F, Chicago, IL 60614-8089 |
| 30600842 | + | William Ness, 2105 5th Ave, Apt 906, Seattle, WA 98121-2917 |
| 30600843 | + | William Olson, 725 27th Ave, Apt. 2, Seattle, WA 98122-4921 |
| 30600844 | | William Ortiz, 3403 NW Walnut Blvd, Corvallis, OR 97330-3532 |
| 30600846 | + | William Oyston, 800 E Spring St., i-2, Cookeville, TN 38501-4506 |
| 30600847 | + | William P. McCarthy III, 107 6th Ave NW, Bx 5, DEER RIVER, MN 56636-0005 |
| 30600848 | + | William Pappan, 8402 Candlewood Dr, Oklahoma City, OK 73132-4411 |
| 30600849 | + | William Paul Anderson Sr, 801 E COMMERCIAL ST, CHARLESTON, MO 63834-1206 |
| 30600850 | + | William Paulette, 190 West Claiborne Road, Apt. 203, North East, MD 21901-3390 |
| 30600851 | + | William Peel, 91118 Denham Rd, Sturgeon Lake, MN 55783-3413 |
| 30600853 | | William Peltier, 1 Basswood Ave, Ottawa, ONTARIO K2S1M5, CANADA |

District/off: 0752-1          User: admin          Page 467 of 507

Date Rcvd: Jan 04, 2024          Form ID: 309C          Total Noticed: 30719

| | | |
|---|---|---|
| 30600854 | | William Perkins, 608 16th Ave N, Columbus, MS 39701-3441 |
| 30600855 | | William Poulter, 30 Kingsmead, Gloucester, England GL4 5DY, UNITED KINGDOM |
| 30600856 | + | William R McGlothlin, 7202 Finney Rd, Honaker, VA 24260-7305 |
| 30600857 | + | William Ramsey, 311 North Main Street, Towanda, PA 18848-1931 |
| 30600858 | + | William Ray, 322 Forest Hill Ave NE, Roanoke, VA 24012-7908 |
| 30600859 | + | William Reynolds, 23 Charlotte Street, Ridgewood, NY 11385-1036 |
| 30600860 | + | William Robinson, 8436 Yearling Lane, New Port Richey, FL 34653-7010 |
| 30600861 | | William Roseberry, 8 OLD PRINCETON RD E, STERLING, MA 01564-2059 |
| 30600862 | + | William Russo, 540 N 9th st, Noblesville, IN 46060-1947 |
| 30600863 | + | William Saravia, 1508 S Elkhart st, aurora, CO 80012-5712 |
| 30600864 | | William Sawyers, 154 Creekside Dr, Lebanon, VA 24266-3707 |
| 30600865 | + | William Schwindt, 2285 STEWART AVE, APT 2406, SAINT PAUL, MN 55116-3173 |
| 30600866 | + | William Scott, 2225 Murray Ave., APT C, Pittsburgh, PA 15217-2335 |
| 30600867 | + | William Seble, 4368 Alderbrook Ave SE, Salem, OR 97302-3977 |
| 30600868 | + | William Shockey, 3081 Indianola Avenue, K, Columbus, OH 43202-1362 |
| 30600869 | | William Shockley, 42135 Old Stage Way, Oakhurst, CA 93644-8572 |
| 30600870 | + | William Shockley II, 3201 Taurman Park Drive, Powhatan, VA 23139-4246 |
| 30600871 | | William Shorrock, 83a Leyland Road, Preston, ENGLAND PR1 9QJ, UNITED KINGDOM |
| 30600872 | + | William Silas Barbee, 20486 S NC HWY 109, Denton, NC 27239-7853 |
| 30600873 | | William Sitarz, 172 Fairview Rd, Crossville, TN 38571-3751 |
| 30600874 | | William Taylor, 2 Kiora Street, Banora Point, NSW 2486, AUSTRALIA |
| 30600875 | + | William Thompson, 1440 Laurel Meadows Dr, Bartow, FL 33830-6886 |
| 30600877 | | William Thor Eggertson, 228 east 4th, Apt. 305, Vancouver, BC V5T1G5, CANADA |
| 30600878 | + | William Wagner, 3900 Yorktowne Blvd, APT 2104, Port Orange, FL 32129-6059 |
| 30600879 | | William Walsh, 1755 avenue de la Voliere, Laval, QUEBEC H7L6A9, CANADA |
| 30600880 | | William Watkins, 6313 Roseborough Dr, Austin, TX 78747-3911 |
| 30600881 | + | William Winkler, 223 N Guadalupe St., #474, Santa Fe, NM 87501-1868 |
| 30600882 | | William Wolfram, 41921 Avenida Vista Ladera, Temecula, CA 92591-5336 |
| 30600883 | + | William Z McIntyre, 308 KINGSWOOD DR, CARY, NC 27513-4090 |
| 30600783 | | William bennett, 126 Chester rd, Annerley, Queensland 4103, AUSTRALIA |
| 30600884 | | Willie Richardson, 185 Comstock Dr, Fernley, NV 89408-7037 |
| 30600886 | | Willow Burgess, 2827 Kingman Blvd, Des Moines, IA 50311-4011 |
| 30600887 | | Willow Campbell, 123 S 10th Pl, Cottonwood, AZ 86326-4222 |
| 30600888 | | Willow Dennis, 880 Saint Andrews Dr, Cle Elum, WA 98922-8641 |
| 30600889 | | Willow Frohardt, 59 Home Ave, B, Middletown, CT 06457-3178 |
| 30600890 | + | Willow Largy, 2477 US Route 5 Lot A12, Derby, VT 05829-4426 |
| 30600891 | | Willow Socha, 8216 Poorman Rd, Vermilion, OH 44089-9240 |
| 30600892 | | Willow Turner, 645 Arbor Ct, Independence, OR 97351-1614 |
| 30600893 | | Willy Tobelman, 145 Green Meadow Dr, Westbrook, CT 06498-1459 |
| 30600894 | | Wilma s Moellman, 700 S Carr Ave, Sedalia, MO 65301-4036 |
| 30600895 | + | Wilmington Fibre, 700 Washinton St, New Castle, DE 19720-6065 |
| 30600897 | | Wilson Ricardo, Ecuador 2287, Calama, Antofagasta 1390000, CHILI |
| 30600898 | | Wilson Schreiber, 2488 Amherst Ave, Los Angeles, CA 90064-2710 |
| 30600899 | | Wilson Travis, 18309 Tickle Creek Ave, Sandy, OR 97055-0077 |
| 30600900 | + | Winfred Ruiz, 2427 Wellington Road, Los Angeles, CA 90016-3031 |
| 30600902 | | Wink Winkle, 2974 Ochalla Dr Apt 409, Fitchburg, WI 53713-9402 |
| 30600903 | + | Winston Sappenfield, 3428 Wollochet Dr Nw, Gig Harbor, WA 98335-7629 |
| 30600904 | + | Winston Slocumb, 303 Lauder Ave, Apt. 701, Moscow, ID 83843-2551 |
| 30600905 | + | Winter Hudak, 2001 N Adams St, Unit 209, Arlington, VA 22201-3777 |
| 30600906 | | Winter Peng, 1841 Garden Ave Apt 209, Eugene, OR 97403-1919 |
| 30600907 | | Winter Rain, 5241 Richland Woods Dr, Alton, IL 62002-6969 |
| 30600908 | + | Wirta Wiriyan, 7110 Maple Point Dr, Madison, WI 53719-5230 |
| 30600912 | | Wolf Parade, 1700-1140 West Pender St., Vancouver, BC V6E4G1, CANADA |
| 30600913 | | Wolfdietrich Haas, Flossgasse 9/19, Wien, sterreich 1020, AUSTRIA |
| 30600915 | | Wonderland Group, Sansui Heim Motoazabu #602, 3-10-9 Motoazabu Minato-ku, 106-0046, To, JAPAN |
| 30600916 | | Wout Jansen, Heemraadstraat 2 A23, Nijmegen, GELDERLAND 6525TH, NETHERLANDS |
| 30600918 | | Wouter Sloof, e.nijentwillhaarstraat 9, Vriezenveen, OVERIJSEL 7671MG, NETHERLANDS |
| 30600921 | | Wren Beadle, 85 Derwentwater Road, Middlesbrough, ENGLAND TS6 7PZ, UNITED KINGDOM |
| 30600922 | + | Wren Hess, 3090 La Salle Dr, Ann Arbor, MI 48108-1926 |
| 30600923 | + | Wren Loxsom, 310 Haskin Drive, San Antonio, TX 78209-3016 |
| 30600924 | | Wren Wearing, Apartment 301, 11 Heddle Avenue, Manchester, ENGLAND M15 4YJ, UNITED KINGDOM |
| 30600925 | + | Wright, 3 Bell Air Lane, Wappingers Falls, NY 12590-4403 |
| 30600926 | + | Wristband Resources, 16000 W Rogers Dr., Ste 100, New Berlin, WI 53151-2257 |

District/off: 0752-1                                    User: admin                                              Page 468 of 507
Date Rcvd: Jan 04, 2024                           Form ID: 309C                                      Total Noticed: 30719

30600929          Wubete wondimu, 1819 TUFA TER, SILVER SPRING, MD 20904-5354
30600930     +    Wufoo, One Curiosity Way, San Mateo, CA 94403-2396
30600932          Wyatt Bosse, 70 Herder Drive, Sylvan Lake, ALBERTA T4S 1X8, CANADA
30600933     +    Wyatt Bridges, 1080 Green Gables Circle, Bennett, CO 80102-8646
30600934          Wyatt Brown, 5102 Joy Dr, Louisville, KY 40216-1216
30600935     +    Wyatt Dolecheck, 4011 Dunmore Dr, San Antonio, TX 78230-1611
30600936     +    Wyatt Hammond, 2019 Ploverville Ln, Austin, TX 78728-5441
30600937     +    Wyatt J Little, 1151 NICHOLSON ST, Houston, TX 77008-6753
30600938     +    Wyatt Lindsey, 966 Warehouse Road, Apt. 40307, Orlando, FL 32803-3588
30600939          Wyatt McDonald, 23 Tudor Court South, Lethbridge, AB T1K 5C9, CANADA
30600941          Wyatt Osthus, 7565 E Harvard Ave Apt 307, Denver, CO 80231-6740
30600942          Wyatt Stanley, 411 Stanley Holw, Clintwood, VA 24228-6084
30600943     +    Wyatt Sudbrink, 642 University Dr, Governors 252, Eau Claire, WI 54701-6119
30600944     +    Wyatt Thacker, 608 cardinal point, Richmond, KY 40475-7653
30600945          Wyatt Turner, 4207 Franklin Ave Apt 6, Los Angeles, CA 90027-3248
30600946          Wybe Janssen, Riemsdijkstraat 148, Wageningen, GELDERLAND 6701BC, NETHERLANDS
30600947     +    Wynykoski, Andrew, 1073 MORAINE DRIVE, SOUTH ELGIN, IL 60177-1753
30600949          Wyran Hunsaker, 4051 W Pleasant Ln, Post Falls, ID 83854-9473
30600952     +    Xander Alvarez, 129 Nolan Circle, Princeton, WV 24739-9063
30600953          Xander Eakin, 19011 Gliddon St, Castro Valley, CA 94546-3628
30600954     +    Xander Goff, 213 W Eighth St, Mishawaka, IN 46544-5134
30600955     +    Xander Gutierrez, 10444 Canoga Avenue, Unit 23, Chatsworth, CA 91311-2223
30600956     +    Xander Johnson, 4842 47th St S, Unit F, Fargo, ND 58104-4417
30600957          Xander Marshall, 19564 WAGON TRAIL DR, NOBLESVILLE, IN 46060-1153
30600958          Xander Provstgaard, 610 S 400 W, Payson, UT 84651-2704
30600959     +    Xander Taylor, 196 Saint Nicholas Ave, APT 2, Brooklyn, NY 11237-4801
30600960          Xandr Walker, 1099 Boulevard SE Apt 7302, Atlanta, GA 30312-3898
30600961     +    Xanith Hart, 604 216th St SW, Bothell, WA 98021-8104
30600963          Xanthe Fox, 2 Wellington Close, Old Hurst, Huntingdon PE28 3AE, UNITED KINGDOM
30600962          Xanthe Fox, 2 Wellington Close, Old Hurst, CAMBS, ENGLAND PE28 3AE, UNITED KINGDOM
30600964          Xanthe Reynolds, 9/24 Hoopers Road, Kunda Park, Queensland, 4556, AUSTRALIA
30600965          Xanthe Van Trienen-Conklin, 10 Conti Ct, Mentone, Victoria, 3194, AUSTRALIA
30600966          Xanthe Walker, 18 Florida St, Morningside, QUEENSLAND 4170, AUSTRALIA
30600968     +    Xavier Ferreira, 115 School Street, #1, Taunton, MA 02780-6400
30600969          Xavier Garcia, calle Assaonadors 12 4. 2, Barcelona, CATALONIA 8003, SPAIN
30600970          Xavier Hall, 4406 Beckford Dr, Greensboro, NC 27407-3006
30600971          Xavier Mejia, PO Box 763, Tolleson, AZ 85353-0763
30600973     +    Xavier Pedraza, 72 Clark St, Garfield, NJ 07026-1538
30600974     +    Xavier Pishna, 2037 County Road R, Fremont, NE 68025-7313
30600975          Xavier Riochet, 86, rue berri, Gatineau, QUEBEC J8Y 4H5, CANADA
30600977     +    Xavier Turgeon, 1167 Cottonwood Ranch Ct, Henderson, NV 89052-5806
30600978     +    Xavier Turner, 740 E Creekwood Lane, 5B, Murray, UT 84107-6807
30600979     +    Xavier Van Alstyne, 5250 South Wexford RD, College Park, GA 30349-1659
30600976     +    Xavier romero, 7817 s 20th ln, Phoenix, AZ 85041-7717
30600980          Xay Ballard, 20 Owen Street, Huskisson, NSW 2540, AUSTRALIA
30600981          Xena Garibay, 16850 Old Survey Rd, Escondido, CA 92025-3601
30600982     +    Xera Quattromani, 4 Howard St, Apt. 2, Salem, MA 01970-4397
30600984     +    Xia helmstetler, 3916 Brixton Rd, Taylorsville, UT 84129-3536
30600985          Xiao Yulun, No. 37, Changdushu, Neighborhood 10, Cha, Tainan, Taiwan, 731, TAIWAN
30600988          Xochitl Cruz, 2126 Evangelina St, West Covina, CA 91792-2028
30600989     +    Xpres LLC, 111 Cloverleaf Dr, Winston Salem, NC 27103-6715
30600990     +    Xueyang Li, 100 Stratford Lakes Drive, Unit 105, Durham, NC 27713-3475
30600991     +    Xyla Foxlin, 8124 Holy Cross Pl, Los Angeles, CA 90045-2629
30600992     +    Xzavier Dunn, 1001 East Playa Del Norte Drive, Tempe, AZ 85288-2176
30601032     +    YFIO, PO Box 1040, Nederland, CO 80466-1040
30601050          YRC Freight, PO Box 93151, Chicago, IL 60673-3151
30601058     +    YUMA RIVERA, 8321 N 6TH STREET, PHOENIX, AZ 85020-3407
30601063          YUSUKE KIJIMA, 2-2-1 Arai, Apt. 102, Ichikawa, CHIBA 2720144, JAPAN
30600993          Ya hong han, 13522 Carolyn Pl, Cerritos, CA 90703-8834
30600994          Yadeja Britton, 2237 Huckleberry Trl, Virginia Beach, VA 23456-3547
30600995     +    Yael E Torres, 33 Elmdale Avenue, Apt. 2, Providence, RI 02909-3017
30600996          Yahir Horta Paniagua, 6027 Cameo St, Rancho Cucamonga, CA 91701-2611
30600997     +    Yajaira Duffy, 4001 Oster Dr, Cohutta, GA 30710-9123

30600998   + Yajaira Espinosa, 227 Etna St, 1, Cypress Hills, NY 11208-1417
30600999   + Yako Shirasuna, 4481 36th Street, Unit C, San Diego, CA 92116-3678
30601000     Yam Bordeleau-Lacroix, 7720 avenue Trahan, Brossard, Quebec J4W 2N9, CANADA
30601002     Yan Suvorov, Calle Artajona 7, 1C, Madrid, Madrid 28039, SPAIN
30601003   + Yana Gorskaya Richaud, 2440 Armstrong Avenue, Los Angeles, CA 90039-3201
30601004   + Yana Strakh, 8047 Wolff st, Unit g, Westminster, CO 80031-7001
30601005     Yanick Tremblay, 1715 rue fortin, Drummondville, Quebec j2b7g6, CANADA
30601006     Yanina Brodska, Jahnstra e 9, Stein, BAYERN 90547, GERMANY
30601007     Yann Peeters, 225 Davisville Ave, Apt. 518, Toronto, ONTARIO M4S 1G9, CANADA
30601008     Yannick Z ngle, Sophie-Deicke-Weg, 13, Teningen, Baden- Wurttemberg, 79331, GERMANY
30601009     Yannik Schanz, Sandstr. 6a, Neuenkirchen, Niedersachsen 29643, GERMANY
30601010     Yara Jayadi, As Safa District, Asad ibn zayd, apartment 46, Jeddah, Makkah, 23453, SAUDI ARABIA
30601011   + Yareli Arellano, 16414 Lariat Rd Apt 4, Apt 4, Victorville, CA 92395-7019
30601012     Yarno Hoekstra, Dokter B. Hornstrasingel 82, Burgum, Friesland, 9251AM, NETHERLANDS
30601013     Yaron Kuperboim, Brodetsky 35, 3rd entrance, Apt 5,, Tel Aviv, TEL AVIV 6905216, ISRAEL
30601014     Yashas Lokesh, 950 S George Mason Dr Apt 348, Arlington, VA 22204-1696
30601015     Yasmin Paredes, 1504 S 4th Ave, Yakima, WA 98902-5919
30601016     Yasmine Beyaz, 4 Manton Road, London, England EN3 6XZ, UNITED KINGDOM
30601017   + Yasmine Rieck, 2926 Greystone Drive, Pace, FL 32571-8454
30601018   + Yazmin Lara-Perez, 9806 Southwest Highway, Oak Lawn, IL 60453-6179
30601020   + Yefri Figuero, 2902 E 13th ST, Austin, TX 78702-2420
30601021   + Yelyzaveta Strelets, 825 South Hobart Blvd, Apt 310, LOS ANGELES, CA 90005-2798
30601022     Yenthe Depauw, Kerkstraat 48, Destelbergen 9070, BELGIUM
30601023   + Yerasly duran, 3303 Stonewall Ln, Fort Worth, TX 76123-1733
30601025   + Yesenia Lara, 25215 Oak St, Apt. 9, Lomita, CA 90717-2271
30601026   + Yesenia Marin, 3874 heritage crest pkwy, Buford, GA 30519-7867
30601027     Yesenia Ramirez, 107 Choctaw Ct, Shelbyville, TN 37160-3039
30601028   + Yesid Rodriguez, 49 Finnigan Ave, Apt N6, Saddle Brook, NJ 07663-6041
30601029   + Yessica Gutierrez, 62 LEO CIRCLE, SOUTH SAN FRANCISCO, CA 94080-1702
30601030     Yeule, c/o David Exley, Wasserman, 1-3 Wenlock Road, UNITED KINGDOM
30601031     Yevin De Costa, 31 Wood Street, Flat 1, Swindon, England, SN1 4AN, UNITED KINGDOM
30601033     Yiping Yang, 7237 Waters Edge Dr, The Colony, TX 75056-3459
30601036   + Yoana Nunez, 2400 Hedgerose lane, Bay City, TX 77414-8268
30601037   + Yojan Carranza, 7701 Chef Menteur Hwy, Apt. 8, New Orleans, LA 70126-5337
30601038     Yolanda Gomez, 836 S 500 E, Orem, UT 84097-7123
30601039     Yolanda Hernandez, 1184 Versailles Cir, Riverside, CA 92506-5340
30601040     Yoleyne Romero, 406 Shely St, Longview, TX 75604-4438
30601042   + York Wang, 43000 Paseo Padre Parkway, Fremont, CA 94539-5738
30601043   + Yorkn, 539 W. Commerce St, Dallas, TX 75208-1953
30601044   + Yot Club, c/o Alternate Side, 5200 West Century Blvd Suite 810, Los Angeles, CA 90045-5927
30601046     Yours Truly, c/o UNIFIED Music Group, 51 Wangaratta St, AUSTRALIA
30601047     Yousef Jouhar, Block 6 Street 9, House 16, Kuwait city, Surra, 45406, KUWAIT
30601048   + Yousif Askar, 8500 32nd Ave NW Apt 6, Seattle, WA 98117-3952
30601049   + Yovann Ruiz, 3321 Sw 147 Ct, Miami, FL 33185-4452
30601051     Ysabel Peterka, 315 Prospect Ave Apt 1, Brooklyn, NY 11215-7279
30601052     Ysis Diogenes, 1525 Newton Ranch Rd, Keller, TX 76248-1655
30601053     Yu Fang, 3550 rue Jeanne-Mance, app 603, Montreal, Quebec, H2X 3P7, CANADA
30601054     Yuen Ting Cheung, ROOM 805, 8/F HING CHEUNG HOUSE, TAI HING ESTATE, TUEN MUN NT, Hong Kong, HONG KONG,
             HONG KONG
30601055     Yukito Kawamura, NA 3-7-13 Sakuradai, Shiroi-Shi, Chiba 270-1412, JAPAN
30601056     Yuko Izumi, 11-9 Oomiyacho, Yokkaichi-shi, Mie 510-0003, JAPAN
30601057     Yuliya Smentyna, 1102 E 69th St, Tacoma, WA 98404-2214
30601059     Yumi Goegebeur, Hoornstraat 18 a, Beernem 8730, BELGIUM
30601060     Yun Zee Choi, 201ho, 94, Seocho-daero 23-gil, seocho-g, Seoul, SEOCHO-GU 6562, KOREA
30601061   + Yung Bae, c/o Len Chenfeld, Wasserman -, 55 Water Street, New York, NY 10041-0004
30601062   + Yusuf / Cat Stevens, c/o Tony Goldring, WME, 9601 Wilshire Blvd., Beverly Hills, CA 90210-5213
30601064     Yuwan gheyi, 2272 Ridgemere Cir, Roseville, CA 95747-9095
30601065     Yuze Chen, 2681 Niagara Parkway, Fort Erie, ON L2A 5M4, CANADA
30601066   + Yvaine DeKonig, 60 Dudley st, Fitchburg, MA 01420-3358
30601067     Yves St-Germain, PO Box 1948, Plattsburgh, NY 12901-0270
30601068   + Yvette Tepper, 2647 E. Teakwood Pl., Chandler, AZ 85249-5511
30601070     Yvonna Senga, 71 Queens Court, East Gwillimbury, ON L9N 0E8, CANADA
30601071   + Yvonne C C Ross, 14146 132nd Ave, Grand Haven, MI 49417-9713

District/off: 0752-1                                      User: admin                                                    Page 470 of 507
Date Rcvd: Jan 04, 2024                                 Form ID: 309C                                        Total Noticed: 30719

| | | |
|---|---|---|
| 30601072 | | Yvonne Ge ner, Ne hoven 18, Much 53804, GERMANY |
| 30601074 | | Yvonne Plata, 826 Mills Pl NE, North Bend, WA 98045-9440 |
| 30601075 | | Yvonne Rene de Cotret, 5154 Doubletree Drive, Mississauga, Ontario L5M 8B2, CANADA |
| 30601073 | | Yvonne m Chavez, 3004 Pueblo Puye, Santa Fe, NM 87507-2539 |
| 30601076 | + | Yvonnie Chmielewski, 907 Hills Creek Dr., McKinney, TX 75072-5231 |
| 30601077 | | Z maury Zamora, 1805 Adobe Ave, Carrizozo, NM 88301 |
| 30601078 | + | Z Berg, 4912 Neola Place, Los Angeles, CA 90041-2414 |
| 30601079 | | Z G, 9800 McLaughlin Road North, Unit 218, Brampton, ONTARIO L6X 4R1, CANADA |
| 30601080 | + | Z Marketing Group, 4701 Perry Street, Denver, CO 80212-2553 |
| 30601081 | + | Z2 Entertainment LLC, 2032 14th Street, Boulder, CO 80302-5303 |
| 30601344 | | ZHENHUA NI, 6215 NE 92ND DR C/O PAJ657, PORTLAND, OR 97253-1776 |
| 30601388 | | ZOE PETER, 40 Thirlfield Wynd, Livingston, SCOTLAND EH54 7ES, UNITED KINGDOM |
| 30601082 | + | Zabian Vela, 221 Wildwood St, Baytown, TX 77520-1337 |
| 30601083 | | Zac Cain, 1165 Savannah Ln, Calera, AL 35040-5420 |
| 30601084 | + | Zac Powell, 7319 NW 105th St, Oklahoma City, OK 73162-4415 |
| 30601085 | | Zac Tayler, 19 Lower Sands, Dymchurch, ENGLAND TN29 0NE, UNITED KINGDOM |
| 30601086 | + | Zac White, 28 Capland Ct, Perry Hall, MD 21128-9105 |
| 30601087 | + | Zacary Carrubba, 17 via Santa Barbara, Paso Robles, CA 93446-3956 |
| 30601088 | + | Zach Albert, 603 W 5th Ave, San Manuel, AZ 85631-1004 |
| 30601089 | + | Zach Alexander, 1094 W Main Street, Apt. 29420, Harleyville, SC 29448-3711 |
| 30601090 | | Zach Allvord, 46 E Mountain Ave, South Williamsport, PA 17702-7630 |
| 30601091 | | Zach Avery, 2078 FERNWOOD DR, JENISON, MI 49428-9173 |
| 30601092 | | Zach Barham, 15 Millstone Dr, Franklinton, NC 27525-8949 |
| 30601093 | | Zach Bisselberg, 6617 Miami Ave, Cincinnati, OH 45243-3142 |
| 30601094 | + | Zach Boldt, 1237 S Dewey St, Apt101, Eau Claire, WI 54701-3992 |
| 30601095 | + | Zach Butcher, 16545 Moonlit Path, Manor, TX 78653-5456 |
| 30601096 | + | Zach Darland, 10250 E Hawk Hill Ln, Tucson, AZ 85749-8300 |
| 30601097 | + | Zach Davitashvili, 5825 N Wayne Ave, Apt 1, Chicago, IL 60660-5462 |
| 30601098 | | Zach Drury, 6406 Farmstead Ct, Louisville, KY 40291-4808 |
| 30601099 | + | Zach Flint, 287 Bedford Ave, Apt 20, Brooklyn, NY 11211-4219 |
| 30601100 | | Zach Frost, 373 Poplar St, Old Town, ME 04468-5908 |
| 30601101 | + | Zach Griffin, 9266 W Mine Trl, Peoria, AZ 85383-5133 |
| 30601102 | + | Zach Hagen, 1619 Scoggin St, Cedar Falls, IA 50613-4352 |
| 30601103 | + | Zach Hands, 2880 Linda Lane, West Lafayette, IN 47906-1638 |
| 30601104 | | Zach Heino, 210 N 35th Ave, Yakima, WA 98902-2222 |
| 30601105 | + | Zach Hudkins, 4206 Stonebriar Circle, Corona, CA 92883-0671 |
| 30601106 | + | Zach Hudkins, 5029 City St, Apt 1827, Orlando, FL 32839-4545 |
| 30601108 | + | Zach Jansen, 913 SE 15th St, Deerfield Beach, FL 33441-7414 |
| 30601110 | + | Zach Kelch, 1038 Keniston Ave, Los Angeles, CA 90019-1707 |
| 30601111 | + | Zach Kelley, 1930 Westwood Drive, Cape Girardeau, MO 63701-2447 |
| 30601112 | + | Zach Kinler, 7248 PISA HILLS RD NE, Rio Rancho, NM 87144-0844 |
| 30601113 | + | Zach Kovalski, 1806 Oregon Ave, Steubenville, OH 43952-1344 |
| 30601114 | + | Zach Manka, 8396 S Chicago Rd, Apt. 106, Oak Creek, WI 53154-3591 |
| 30601115 | + | Zach McFadden, 175 Paseo Del rio, Moraga, CA 94556-1641 |
| 30601117 | + | Zach Moore, 1014 oakwood farms lane, Ballwin, MO 63021-7900 |
| 30601118 | + | Zach Pifer, 4157 Everingin, Monroeville, OH 44847-9776 |
| 30601120 | + | Zach Rupprecht, 3805 N Gilpin St, Denver, CO 80205-3430 |
| 30601121 | | Zach Sappington, 333 Mulholland Dr Apt 350, Saint Charles, MO 63303-4352 |
| 30601122 | | Zach Stephans, 29248 N 22nd Ln, Phoenix, AZ 85085-5711 |
| 30601123 | | Zach Stephenson, 106C Burnell Dr, Yarmouth, ME 04096-7706 |
| 30601124 | | Zach Steva, 431 Rifle Range Rd Stop 1343, Monterey, CA 93944-3199 |
| 30601125 | + | Zach Thompson, 2329 Overview Dr NE, Tacoma, WA 98422-4270 |
| 30601126 | | Zach Tonyan, 435 Leeward Trl, Woodbury, MN 55129-9470 |
| 30601127 | + | Zach Turner, 587 E Broadway, Apt. 3, Boston, MA 02127-4474 |
| 30601129 | + | Zach Valek, 7760 e state route 69, prescott valley, AZ 86314-2201 |
| 30601130 | + | Zach Van Hove, 404B S Scott Blvd, Columbia, MO 65203-0239 |
| 30601131 | #+ | Zach Walker, 1111 E Union St, Apt. 612, Seattle, WA 98122-4285 |
| 30601133 | | Zach Weller, 7 Glen Abbey Dr, Frontenac, MO 63131-2735 |
| 30601135 | + | Zach Williams, 172 Fayerweather St, Apt. 2, Cambridge, MA 02138-1463 |
| 30601136 | + | Zach Wurst, 6882 Arbor Heights Drive, Hudsonville, MI 49426-9243 |
| 30601109 | + | Zach kapsh, 9001 griggs ave, Apt. 432, Lexington, MN 55014-5532 |
| 30601137 | + | Zachariah Conklin, 335 E 28th Division Hwy, LITITZ, PA 17543-9792 |
| 30601138 | | Zachariah Dangler, 39 Helen Ave, Wall Township, NJ 07731-1223 |

District/off: 0752-1                                    User: admin                                    Page 471 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                              Total Noticed: 30719

30601139    + Zachariah Konieczny, 2537 East 30th Street, Lorain, OH 44055-2123
30601140    + Zachary, 6541 Waynes Trace Rd, Somerville, OH 45064-9413
30601141      Zachary Adair, 9315 Beowulf St, San Antonio, TX 78254-2251
30601142      Zachary Agnew, 2270 Cessna Dr, Arnold, MO 63010-1707
30601143    + Zachary Andrews, 17 E 2nd Street, Lansdale, PA 19446-2663
30601144    # Zachary Armstrong, 1323 Mackinaw Ave Apt 340, Cheboygan, MI 49721-1076
30601145      Zachary Atkinson, 13341 15th Ave NE, A301, Seattle, WA 98125
30601146      Zachary Baker, 4700 Braves Ln, Louisville, KY 40272-4212
30601147    + Zachary Baltz, 2305 Bertie Drive, Raleigh, NC 27610-1729
30601148    + Zachary Boe, 3222 Longwood Lane, #103, Aurora, IL 60502-7156
30601149      Zachary Bowness, 1295 Wesmar Drive, Ottawa, CANADA K1H 7S9, CANADA
30601150    + Zachary Browne, 4240 N Rio Cancion Dr, Apt. 167, Tucson, AZ 85718-7151
30601151    + Zachary C Bodine, 1848 Nanticoke Drive, Endicott, NY 13760-6637
30601152      Zachary Calder, 1445 Innswood Dr, Burlington, Ontario, L7P 2C5, CANADA
30601153      Zachary Caldwell, 10415 Irondale Ave, Chatsworth, CA 91311-2425
30601154      Zachary Carlson, 603 Cranbrook Dr, Saginaw, MI 48638-5778
30601155    + Zachary Clark, 9809 Finsbury Rd, Baltimore, MD 21237-4950
30601156      Zachary Clark, 6001 Harvester Ct, Burke, VA 22015-3234
30601157      Zachary Cochran, 129 Singleton Rd, Sarver, PA 16055-9639
30601158      Zachary Copley, 1136 E Haven Ln, Tucson, AZ 85719-1819
30601159    + Zachary Craig, 660 Gateway Court, Apt Q1, Lawrence, KS 66049-3114
30601160      Zachary Crews, 964 Canyon Ridge Rd Apt 303, Blacksburg, VA 24060-1265
30601161      Zachary Crisp, 1400 13 Mile Rd, Tekonsha, MI 49092-9764
30601162    + Zachary Curtis, 225 S 200 W, Price, UT 84501-2961
30601163    + Zachary DeStefano, 7 Parkview Drive, Hackettstown, NJ 07840-4117
30601164      Zachary Dicks, 11a Arklow Drive, 11A, Cole Harbour, NS B2W 4J6, CANADA
30601165    + Zachary English, 11212 Westpark Dr, Apt 1126, Houston, TX 77042-5078
30601166    + Zachary Epperson, 12115 19th Ave SE, Apt K201, Everett, WA 98208-6252
30601167    + Zachary Flick, 1200 Braddock Place, Apt. 705, Alexandria, PA 22314-1667
30601168      Zachary Ford, 5137 Menawa Trl, Marianna, FL 32446-0148
30601169    + Zachary Fromme, 229 Courtland Blvd, Eastlake, OH 44095-1037
30601170      Zachary Funk, 32810 Arbutus Avenue, Mission, British Columbia V2V 2R8, CANADA
30601171    + Zachary Garris, 131 J M Burge Rd, Hattiesburg, MS 39402-8776
30601172      Zachary Glinias, 74 Avenue, North Delta, British Columbia V4C 1E8, CANADA
30601173    + Zachary Go, 50 Fairview Avenue, Unit 1F, Norwalk, CT 06850-3751
30601174      Zachary Gongorra, 24 McDonald St, Mortlake,New South Wales, 2137, AUSTRALIA
30601175      Zachary Goode, 45 Mount Pleasant Ave, Cincinnati, OH 45215-4209
30601178      Zachary Graham, 203 E ARCADIA AVE, COLUMBUS, OH 43202-2637
30601177    + Zachary Graham, 304 Green Lane Trl, Whitehouse, TX 75791-3670
30601179      Zachary Guadalupe, 10301 US Highway 27 Unit 74, Clermont, FL 34711-8977
30601180    + Zachary Harding, 2700 Meadowcrest Dr, Newburgh, IN 47630-8467
30601182      Zachary Ibbitson, Route 935, 620, Wood Point, NEW BRUNSWICK E4L 2K7, CANADA
30601183    + Zachary J Schiltz, 612 4th Ave NE, St Joseph, MN 56374-4503
30601184    + Zachary James, 4586 County Road 200, Corinth, MS 38834-7800
30601185      Zachary Jeffrey, 3605 S Anita Dr, Eau Claire, WI 54701-2303
30601186    + Zachary Jette, 9 Corbin Rd, East Haven, CT 06512-1314
30601187    + Zachary Johnson, 5011 Norwood St, Duluth, MN 55804-1148
30601190      Zachary Johnson, 2703 Laurelcrest Cv, Memphis, TN 38133-8134
30601189    + Zachary Johnson, 209 HILTON ST, PEMBROKE, VA 24136-3088
30601188    + Zachary Johnson, 217 S 47th St, Apt 2, Philadelphia, PA 19139-4405
30601191    + Zachary Jordan, 1701 Towne Harbor Cove, Woodstock, GA 30189-5465
30601192    + Zachary Kershaw, 71 Sherry Circle, Tolland, CT 06084-4008
30601193      Zachary Klein, 739 Harnish St, Palmyra, PA 17078-3067
30601194      Zachary Knehr, 711 W Broadway Rd Apt 4051, Tempe, AZ 85282-1291
30601195    + Zachary Lower, 119 Abelia St., Beaufort, SC 29906-3594
30601196      Zachary Lucas, 18314 Commandery Way, Olney, MD 20832-3132
30601197    + Zachary Luten, 404 Ridge Pl NE, Albuquerque, NM 87106-4743
30601198    + Zachary M Maldonado, 17857 Ibis Landing Way, Orlando, FL 32820-2711
30601199    + Zachary Matthews, 9410 Hadley Dr, West Chester, OH 45069-4052
30601200      Zachary Meakin, 423 Bishop Dr, Hockessin, DE 19707-9708
30601201    + Zachary Miller, 21550 Provincial Blvd, Apt 1510, Katy, TX 77450-7575
30601202      Zachary Mitchell, 31 Woodacres Way SW, Calgary, Alberta, T2W4W2, CANADA
30601203    + Zachary Montoya, 3644B 36th Ave S, Seattle, WA 98144-7107

District/off: 0752-1                          User: admin                                    Page 472 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                                  Total Noticed: 30719

30601204         Zachary Neill, 33 Hawthorne Street, Coalfalls, Queensland 4305, AUSTRALIA
30601205       + Zachary Nelson, 58996 877Rd, Ponca, NE 68770-7118
30601206       + Zachary Ness, 6476 Fairway Dr NW, Rochester, MN 55901-5943
30601207       + Zachary Neu, 3387 Erie Ave, Apt 105, Cincinnati, OH 45208-1634
30601208       + Zachary Newhouse, 8460 Limekiln Pike, Apt. 910, Wyncote, PA 19095-2610
30601209       + Zachary Ogren, 432 Tacoma Ave., Buffalo, NY 14216-2402
30601210       + Zachary Owens, 536 Meadow Rdg, Schererville, IN 46375-2985
30601211         Zachary Padilla, 2911 W Euclid Ave, Spokane, WA 99205-2331
30601212       + Zachary Palermo, 1216 East Vista Del Cerro Drive, Apartment 2067, Tempe, AZ 85281-7129
30601213         Zachary Palmer, 8799 Kenberton Dr, Oak Park, MI 48237-1790
30601214         Zachary Palmo, 5351 Jillian Ln, Brewerton, NY 13029-9448
30601215         Zachary Pastor, 5856 CANYON WAY, LONGMONT, CO 80504-5639
30601216         Zachary Poell, 60 E 54th St, Kansas City, MO 64112-2860
30601217       + Zachary R Colaprete, 209 West Gwinnett Street, Savannah, GA 31401-5512
30601218       + Zachary R Voth, 1700 Cooley St., #45, Missoula, MT 59802-1971
30601219         Zachary Ramey, 2512 Bordeaux Ln., Apt. 208, Villa Park, IL 60181
30601220       + Zachary Raymond, 821 Montague Drive, Saint Johns, FL 32259-5953
30601221       + Zachary Ring, 8944 Langwood Dr, Apt. 103, Raleigh, NC 27613-5292
30601223       + Zachary Roberts, 62 Hillcrest Drive, Barkhamsted, CT 06063-1122
30601224         Zachary Roylance, 16 Creal Court, Currumbin Waters, QLD 4223, AUSTRALIA
30601225       + Zachary Ryan Hughes, 2200 Montgomery Park Blvd, Apt. 509, Conroe, TX 77304-3557
30601227         Zachary S. Hermann, 29 Cottontail Rd, Melville, NY 11747-2320
30601228       + Zachary Sandor, 2021 Woodshire Lane, Medina, OH 44256-6396
30601229         Zachary Schullo, 231 S GRACE ST, LOMBARD, IL 60148-2836
30601230         Zachary Shaw, 223 W 5th St, Spring Valley, IL 61362-1317
30601231         Zachary Silber, 95 University Ave Unit 2456, Westwood, MA 02090-2389
30601232       + Zachary Simopoulos, 2406 Blair Blvd., Nashville, TN 37212-4905
30601233         Zachary Skwarczynski, 24505 S MOORMAN AVE, CHANNAHON, IL 60410-9793
30601234       + Zachary Stambaugh, 6481 Albany Pond, New Albany, OH 43054-9257
30601235       + Zachary Stovall, 31592 Palomar Rd., MENIFEE, CA 92584-8508
30601236       + Zachary T Bell, 242 MAGNOLIA RDG, CRAWFORDVILLE, FL 32327-8017
30601237       + Zachary T Fulton, 4245 Chesney Glen Drive, Hermitage, TN 37076-4433
30601238         Zachary Thomas, 108 E Main St Apt 114, Rock Hill, SC 29730-4408
30601240         Zachary Thompson, 3536 Burton Ridge Rd SE Apt C, Grand Rapids, MI 49546-5837
30601239       + Zachary Thompson, 1919 Market St., Unit 8, Wilmington, NC 28403-1047
30601242       + Zachary Topkis, 344 East 17th Street, Apt 2, Brooklyn, NY 11226-5283
30601243       + Zachary Trujillo, 9734 Fall Valley Way, Sacramento, CA 95829-6117
30601244       + Zachary Vincent, 414 Old County Rd, Apt. 2, Hampden, ME 04444-1915
30601245       + Zachary Williams, PO box 56, Arab, AL 35016-0056
30601246         Zachary Wilson, 1790 Lawrence Rd, Mohegan Lake, NY 10547-1616
30601247       + Zachary Zsamboky, 105 Fox plan rd, Apt. 313, Monroeville, PA 15146-2682
30601176         Zachary gould, 3452 RICHVILLE RD # 483, MANCHESTR CTR, VT 05255-7024
30601226         Zachary s Urbach, 17378 E Adriatic Pl, Unit 206, Aurora, CO 80013-4192
30601248       + Zachery J Littell, 167 Linden Ct., Hebron, IN 46341-9128
30601249       + Zachery Robinson, 1 Meadow Ln, Florence, KY 41042-2642
30601250       + Zachery Ross, 67 Evanston Pl, Upper, Buffalo, NY 14220-2657
30601251         Zachery Strozier, 204 DANA LN, BOSSIER CITY, LA 71111-6330
30601252       + Zachory brown, 840 Grandview meadows dr, C201, Longmont, CO 80503-6953
30601254       + Zack Dischinger, 1031 Legacy Walk, Woodstock, GA 30189-5241
30601255         Zack Hall, 360 W Odell Ln, Zebulon, NC 27597-9713
30601256       + Zack Herald, 2239 Jackson st, Portage, IN 46368-2353
30601257       + Zack Koah, 4447 Nevada Dr. East, Columbus, OH 43207-8709
30601258         Zack McCauley, 9822 22nd Ave SW, Seattle, WA 98106-2622
30601259         Zack McDonald, 30 Harrison Street, Northmead, NEW SOUTH WALES 2152, AUSTRALIA
30601260       + Zack Moody, 22 Ossipee trail W, Apt. 3, Standish, ME 04084-6167
30601261         Zack Peterson, 12965 GRANT CIR E UNIT B, THORNTON, CO 80241-3264
30601262       + Zack Pherson, 9214 Prairie Ave, Highland, IN 46322-2339
30601263         Zack Rogers, 538 lynnbrook place, Waterloo, ON N2L 4X5, CANADA
30601264       + Zack Taylor, 3255 Gateway Street, Apt 121, Springfield, OR 97477-1067
30601265         Zack Whitmire, 1848 6th St, Concord, CA 94519-2651
30601266         Zack Zarrillo, 2620 MARTHA ST # 200, PHILADELPHIA, PA 19125-1421
30601267       + Zackary Foster, 8801 Avalon Drive, Henrico, VA 23229-6303
30601268         Zackary Smith, 7508 NW 130th St, Oklahoma City, OK 73142-2569

District/off: 0752-1                          User: admin                          Page 473 of 507

Date Rcvd: Jan 04, 2024                    Form ID: 309C                    Total Noticed: 30719

30601269    + Zackery Bartosh, 1833 Shady Drive, Farrell, PA 16121-1342
30601270    + Zackery Bolton, 733 Woodstock Road, Virginia Beach, VA 23464-2120
30601271      Zackery Jaksa, 3548 S Doncaster Ct Apt B2, Saginaw, MI 48603-1814
30601272      Zackery Mitchell, 6511 Brownfield Dr, Parma, OH 44129-4011
30601273    + Zackery Usmiller, 201 Arbor St, Eustace, TX 75124-9419
30601274      Zaher Khalouf, 31 Cambala Avenue, Lalor, VICTORIA 3075, AUSTRALIA
30601275      Zahira Ingraham, 700 Ednor Rd, Ashton, MD 20861-5014
30601276      Zahra Islam, 10 BARNFIELD, UPPERPARK ROAD, London, England, NW3 2UU, UNITED KINGDOM
30601277      Zajary Arevalo, 742 E 136TH ST, LOS ANGELES, CA 90059-3524
30601278    + Zak Ison, 1318 W. Marietta St., Decatur, IL 62522-1451
30601279      Zak Lincoln, 39 Alexandra drive, Newcastle upon tyne, England NE16 3EL, UNITED KINGDOM
30601280      Zak Smith, 96 BAXTER COURT, Norwich, ENGLAND NR3 2ST, UNITED KINGDOM
30601281      Zak St Clair, 17 Baldwin St, 1, Perth, Western Australia 6152, AUSTRALIA
30601282      Zakariya Dharamsi, 15351 SW 143rd St, Miami, FL 33196-2879
30601283      Zakariya Sheikh, 130 St. Saviours Rd, Coley Park, Reading, England, RG16ET, UNITED KINGDOM
30601284    + Zakary North Sarkarati, 517 DELANO RD, MARION, MA 02738-1267
30601285    + Zakary Van Tuyl, 715 W. Melody Ave, Gilbert, AZ 85233-1405
30601286    + Zakerry s Englert, 1875 Country Lane, Palm Harbor, FL 34683-2333
30601287    + Zakery sollars, 2471 S.Honeysuckle dr., saratoga springs, UT 84045-6470
30601288    + Zaki Peig, 16825 N 14th St, Unit 118, Phoenix, AZ 85022-7741
30601289      Zakir Tawin, Marsiling Lane blk 215 #15-810, #15-810, Marsiling Lane, MARSILING 730215, SINGAPORE
30601290      Zakk MacDonald, 314 25 Ave SW, 5, Calgary, Alberta T2S 0L4, CANADA
30601291    + Zakri Archer, 21 Norway Plains Road, Apt. 12, Rochester, NH 03868-8824
30601292      Zale Rogers, 990 N 2075 East Cir, Saint George, UT 84770-8629
30601293    + Zamarit Royal, 123 Wes Kim Road, Wilkesboro, NC 28697-7166
30601294      Zanda Guseva, 17 Elmwood Road, Rochester, England, ME3 8NB, UNITED KINGDOM
30601295      Zander Munro, 280 Alder drive, Apt. 317, Logan Lake, BC V0K1W0, CANADA
30601296    + Zander olson, 608 Knight Ave N, 608 Knight Ave N, Thief River Falls, MN 56701-1518
30601297      Zane Brownlie, 58 Second Avenue, Rosebud, VIC 3939, AUSTRALIA
30601298      Zane Campbell, P.O. Box 144, Wanneroo, Wanneroo, WESTERN AUSTRALIA 6946, AUSTRALIA
30601299    + Zane Center, 15141 Fox Creek Rd, Choctaw, OK 73020-9725
30601300      Zane Emerson, 4 Surrey Rd, Debary, FL 32713-4241
30601301      Zane Frey, 9000 Blue Spruce Road, Reno, NV 89511
30601302    + Zane Hall, 12074 Sw Whistlers Loop, Tigard, OR 97223-2979
30601303      Zane Kelly, 9 Hazel Avenue, Angle Vale, SOUTH AUSTRALIA 5117, AUSTRALIA
30601305    + Zane Murff, 4210 Windsor Ct, Santa Fe, TX 77510-6609
30601306    + Zane Pierce, 207 South Grant Street, PO Box 163, Crescent City, IL 60928-0163
30601307      Zanna Poe, 476 COUNTY ROAD 525, COLLINSVILLE, AL 35961-4871
30601308    + Zarek King, 4721 South 26th West Ave., Tulsa, OK 74107-7645
30601310      Zarin Kashem, 8 Wilkie Crescent, Doonside, New South Wales 2767, AUSTRALIA
30601311      Zariya Bolton, 916 FRANCISCO DR, SUISUN CITY, CA 94585-2707
30601312      Zavion Telford - de Jesus, 320 John Street, 218, Markham, ON L3T 0B1, CANADA
30601313    + Zay Knueppel, 1651 College Avenue, Apt 2, Stevens Point, WI 54481-3085
30601314      Zayden Smith, 3906 Barclay Dr, Amarillo, TX 79109-4012
30601315    + Zayn Mohammed, 10 Peaceful Ct, Sicklerville, NJ 08081-5630
30601316    + Zayn Skinner, 1117 Solons Alley, Sacramento, CA 95811-7091
30601317      Zaynab Bawa, 66 Marconi Road, Leyton, London, ENGLAND E10 7JD, UNITED KINGDOM
30601318    + Zayne Murrow, 670 Georgia Avenue, Appt 10, Forest Park, GA 30297-2269
30601319    + Zayne Nicholson, 1945 N Rock Rd, Apt 409, Apt 409, Wichita, KS 67206-1226
30601320    + Zbirun, 12105 SE Holgate Blvd, Apt. 139, Portland, OR 97266-2199
30601321    + Zeandra A Villa, 12640 EUCLID ST UNIT 204, Apt. 204, GARDEN GROVE, CA 92840-5299
30601322      Zeb Copley, 41 GREENWOOD AVE, FORT THOMAS, KY 41075-2000
30601323    + Zechariah Gonzalez, 12 Oak Lane, Fairfield, CA 94534-1409
30601324    + Zechariah Orme, 2821 Rockridge Drive, Fairfield, CA 94534-8624
30601325      Zeeshan Ahmed, 113 Kingsway, Luton, England, LU1 1TS, UNITED KINGDOM
30601326    + Zeiden Bautista, 4107 S St, Omaha, NE 68107-3110
30601327      Zeke Deluce Coulthard, 34 Lingford, Nottingham, ENGLAND NG123LB, UNITED KINGDOM
30601328      Zeke Fidler, 4006 S Delaware Ave, Springfield, MO 65804-6501
30601329      Zeke Turnbow, 970 14th St NE, Salem, OR 97301-1330
30601330    + Zeke Von Ohlsen, 10 1/2 CCC rd, Salisbury, MA 01952-2619
30601331      Zeke Zeke, 4357 10th Ct SE, Salem, OR 97302-1881
30601332      Zelda Greenwood, 216 Railroad St, Henryville, IN 47126-9744
30601333      Zelma Elferte, S rtes 14, Riga LV-1058, LATVIA

District/off: 0752-1                                User: admin                                        Page 474 of 507

Date Rcvd: Jan 04, 2024                           Form ID: 309C                                       Total Noticed: 30719

30601334   + Zen Nicholas Simpson, 15318 Progress Ridge Way, Cypress, TX 77429-8500
30601335     Zenaida Cook, 809 Hawthorn Ave, Saint Charles, MO 63301-1475
30601336   + Zennen Torres, 9883 MacArthur Blvd, Unit D, Oakland, CA 94605-4890
30601337     Zephram Desposito, 17719 S AVENUE 3 E, YUMA, AZ 85365-4778
30601338   + Zephyr Smith, 6130 Springfield Drive, Evansville, IN 47720-1186
30601339   + Zephyr Stanley, 2601 North Cresthaven Avenue, K104, Springfield, MO 65803-7883
30601340     Zero Campbell, 85 Willow Dr, Eureka, MO 63025-2143
30601341     Zetta Graziosi, 7515 Marrisey Loop, Galena, OH 43021-7007
30601342     Zhafira Faruhasa, 11 Boronia Road, Unit 1, Boronia, Victoria 3155, AUSTRALIA
30601343     Zhane McRae, 616 Chula Brookfield Rd, Tifton, GA 31793
30601345     Zhi Kwan, Mari Andriessenrade 105, Capelle aan den Ijssel, SOUTH HOLLAND 29, NETHERLANDS
30601346   + Zhong H Chen, 183 Millville St, Salem, NH 03079-2221
30601347   + Zimmerman, Zachary, 2584 SUTTON LN, AURORA, IL 60502-9466
30601349     Ziri Udeuze, 4211 Front Range Ln, Austin, TX 78732-1612
30601350     Zo Richardson, 8695 McLinton Rd, Ashton, ON K0A 1B0, CANADA
30601351   + Zoe A Major, 16 Shanley Street, apt 1, Brighton, MA 02135-3198
30601352     Zoe Arnold, 5018 Yellowtop Loop, Lakeland, FL 33811-1524
30601353     Zoe Bullock, 5434 Russell Ave Apt 2, Los Angeles, CA 90027-3576
30601354   + Zoe Cacibauda, 357 Edgecombe Ave, 5i, NY, NY 10031-1346
30601355   + Zoe Cecil-Kempski, 85 John St, APT. 7F, NY, NY 10038-2844
30601356   + Zoe Cosentino, 2255 ames st, Edgewater, CO 80214-1249
30601357   + Zoe Cusson, 3241 Oak Orchard Rd, Albion, NY 14411-9136
30601358   + Zoe Dulski, 5N518 IL Route 47, Maple Park, IL 60151-8527
30601359   + Zoe E Mauser, 10448 W Montana Ave, Apt. 104, Milwaukee, WI 53227-3247
30601360   + Zoe Emerson, 405 S 26th st, Apt. 9, Laramiw, WY 82070-4962
30601361   + Zoe Ferrard, 870 Wilde Run Ct., Roswell, GA 30075-7199
30601362   + Zoe Flores, 3313 Trinity Ave, San Angelo, TX 76904-4931
30601363   + Zoe Ginger, 1708 Hilltop Ln, Imperial, MO 63052-1525
30601364   + Zoe Grayson, 52 Essex st, Lowell, MA 01850-1128
30601365     Zoe Green, 674 Princeton Ave, Palmerton, PA 18071-1117
30601366   + Zoe Grimm, 195 Fishburne St, Apt B, Charleston, SC 29403-4964
30601367     Zoe Hagel, 4214 66 Street, Camrose, Alberta,T4V3K8, CANADA
30601368     Zoe Hastie, 121 Warout Road, Glenrothes, Scotland KY7 4EP, UNITED KINGDOM
30601369     Zoe Hernandez, 319 Riley Dr Apt 3, Bloomington, IL 61701-2160
30601371   + Zoe Hoff, 2439 Kapiolani blvd, apt 902, Honolulu, HI 96826-4647
30601372     Zoe Hofman, 104 St. Davids Road, Otley, England, LS21 2RQ, UNITED KINGDOM
30601373   + Zoe Hord, 501 16th Street, Apt 515, Sacramento, CA 95814-1682
30601374     Zoe Hunter, 37 high street, Ropsley, Grantham, ENGLAND NG33 4BQ, UNITED KINGDOM
30601375   + Zoe Klawans, 304 Allston St, Apt 1, Cambridge, MA 02139-4478
30601376     Zoe Klop, 15338 Stephens Dr, Eastpointe, MI 48021-1564
30601377   + Zoe Kupersmith, 6588 E Oberlin Way, Scottsdale, AZ 85266-6789
30601378     Zoe Lally, 23 Ashfield Avenue, Wigan WN2 4RG, UNITED KINGDOM
30601379   + Zoe Lang, 5 Andrew Drive, Lawrenceville, NJ 08648-2043
30601380     Zoe Lazaros, 20-49 21st, NEW YORK, NY 10010-6903
30601381     Zoe Levine, 2047 E Washington Ave, Madison, WI 53704-5205
30601383   + Zoe Miller, 7000 Buckingham Square, Apt. 202 B, Columbia, MO 65202-6004
30601384     Zoe Morales, 12707 Hanna Cv, Austin, TX 78729-7374
30601385   + Zoe Oosting, 65 Somersby Lane, Hiram, GA 30141-3925
30601386     Zoe Pearce, 89 Acacia Lane, Burton-On-Trent DE14 3FW, UNITED KINGDOM
30601387     Zoe Pelishek, 3709 Gaelic Ct, Bakersfield, CA 93311-2259
30601389     Zoe Reece, 2116 W GIDDINGS ST APT 3, CHICAGO, IL 60625-1428
30601390   + Zoe Richard, 1602 Dover Trace Dr, Fenton, MO 63026-2242
30601391   + Zoe Rock, 875 Shelby Way, Monroe, OR 97456-4400
30601392     Zoe Vegh-Gross, 108 Boulton Drive, Toronto, Ontario, M4V 2V6, CANADA
30601393     Zoe Vegh-Gross, 145 Mount Pleasant Road, Flat C, London, ENGLAND N17 6TQ, UNITED KINGDOM
30601394   + Zoe Wegman, 4602 Dennis Boulevard, Wichita Falls, TX 76310-2638
30601395     Zoe Zito, 7 Lincoln Rd, Waterford, CT 06385-3311
30601382     Zoe marin, 860 suzanne st, Apt. 325, Timmins, ONTARIO P4N888, CANADA
30601396   + Zoey Gonzalez, 412 E Orchard St, Belle Plaine, MN 56011-2183
30601397   + Zoey Reynolds, 125 Ontario Street, Edinboro, PA 16412-2514
30601398   + Zoey Ryne Redman, 17820 Grove st, Roseville, MI 48066-2510
30601399   + Zoey Thomas, 136 1st St W, Strasburg, OH 44680-1177
30601400     Zofia Ko oma ska, ul. biskupa jaworskiego 20/33, Kielce 25-430, POLAND

District/off: 0752-1                          User: admin                                    Page 475 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                               Total Noticed: 30719

30601401        Zofia Wagner, 3236 Grant Rd, Rochester Hills, MI 48309-4111
30601402      + Zohaib H Syed, 3220 North 91st Street, Milwaukee, WI 53222-3620
30601403        Zohar Yossef, 2258 Seminole Dr, Okemos, MI 48864-1020
30601404        Zohra Mohamadi, 12121 W Olympic Blvd Apt 2089, Los Angeles, CA 90064-1266
30601405        Zoie Copeland Zoie Copeland, 4129 Greenwood Dr, West Columbia, SC 29170-4228
30601406        Zoie Klaus, 948 Reo Rd, Lansing, MI 48910-5145
30601407        Zoie Lord, 2904 College Ave, Fort Worth, TX 76110-3547
30601408      + Zoila Bello, 8540 NW 66th st, AP-070085, Miami, FL 33195-2698
30601409      + Zolita, 1880 Century Park East, #1600, Los Angeles, CA 90067-1661
30601410      + Zolon Wilkins, 1046 Clayton Ln, Austin, TX 78723-1015
30601412      + Zophia Crawford, 5510 Old Hwy 410 SW, Olympia, WA 98512-9495
30601413        Zsaka Kalcsanyi, H t Vez r utca 23, God 2131, HUNGARY
30601414        Zuleika Martinez, 26430 W Orchid Ln, Channahon, IL 60410-5422
30601415        Zulma Dolores Rodriguez Gularte, Fray Bentos 4317, Fray Bentos 4317, Montevideo 12001, URUGUAY
30601417      + Zytha Kock, 751 Faraday Pl NE, Washington DC, DC 20017-2358
30569716        aaron cullen, 69 Golden View Dr, Johnston, RI 02919-2848
30569731        aaron haas, 1520 SHIELD ST, LARAMIE, WY 82072-2312
30569734      + aaron heckler, 2904 Aliso Dr NE, Albuquerque, NM 87110-2814
30569811        abbey robinson, 11 Kingston Road, Camperdown, New South Wales, 2050, AUSTRALIA
30569832      + abby devincent, 86 Pumpkin Hill Rd, Levittown, PA 19056-3529
30569833      + abby ellens, 2777 castle bluff court se, Apt. 303, kentwood, MI 49512-8007
30569861        abdulrahman haidar, 35 moor heights 148, preston, ENGLAND PR11JP, UNITED KINGDOM
30569928        abril abril, 4109 Macadamia Dr, Las Vegas, NV 89115-4122
30569953        adam buckley, 1-75 Mawson Lakes Boulevard, Parcel locker 10242 11087, Mawson Lakes, SOUTH AUSTRALIA 5095, AUSTRALIA
30570152        adriana farina, 721 FORD AVE, LANGHORNE, PA 19047-5877
30570202        aez - aeioecy, 39083, 203, Nagaodai, Hirakata-shi, Osaka 573-0106, JAPAN
30570219        ahmed farhat, qmasha road jvc, 121 belgravia 2, dubai, JVC, ARAB EMIRATES
30570229      + aidan charles, 194 Holmes Lane, Apt. 14, Stowe, VT 05672-4676
30570253      + aidan melvin, 212 sandy way, coatesville, PA 19320-5548
30570266        aidan ryle, 9989 Barnston DR E, Apt. 62, Surrey, CANADA V4N6N3, CANADA
30570265        aidan ryle, 9989 Barnston Dr E, Apt. 62, Surrey, BRITISH COLUMBIA V4N 6N3, CANADA
30570271        aidan st pierre, 5 Hamilton Street, Brockville, ONTARIO K6V 2C6, CANADA
30570272      + aidan stow, 1100 E Paris Ave SE, Grand Rapids, MI 49546-8367
30570296      + aiden s carrillo, 1350 S Greenfield Rd, Unit 1211, mesa, AZ 85206-3502
30570356        akira polk, 5515 DUVAL ST, C, AUSTIN, TX 78751-1331
30570394        alana neff, 3414 N VERDE ST, TACOMA, WA 98407-4748
30570433        aldo fuentes, 4521 W 5100 S, Kearns, UT 84118-6502
30570479      + alejandro alvarez, 6921 nw 112th way, parkland, FL 33076-3845
30570609        alex James beaumont, 14700 Farley St, Overland Park, KS 66221-9669
30570545      + alex cg, 6219 Cameron Bridge Drive, Midlothian, VA 23112-3193
30570637      + alex malpartida, 20 crestwood drive, streamwood, IL 60107-1606
30570646      + alex melhado, 201 eighth ave, indialantic, FL 32903-3339
30570655        alex o'connell, 258 the oaks, Newbridge, KILDARE W12 HR24, IRELAND
30570657        alex ott, Jakob-Kahn-Strasse 9, Singen (Hohentwiel) 78224, GERMANY
30570702      + alex thomas, 3332 kerry drive, rapid city, SD 57702-9125
30570721      + alexa dickerson, 11103 Sweetgum Woods Dr, Orlando, FL 32832-7925
30570732      + alexa rivera, 4036 Grace Ave, Bronx, NY 10466-2210
30570825        alexandra, 28 cedarbank crescent, toronto, ONTARIO M3B3A4, CANADA
30570897        alexis allen, 9008 Pepper Grass Ave, Odessa, TX 79765-2266
30571026        alison mcmurray, 35 The Avenue, Louisa Valley, Leixlip, Kildare W23 WN23, IRELAND
30571090      + allie williams, 504 W Grantham St, vail, AZ 85641-6892
30571091      + allie wright, 3996 elm drive, toddville, IA 52341-9664
30571131        allison prusky, 4234 I 75 Business Spur PMB 5018, Sault Sainte Marie, MI 49783-3620
30571145        ally fairchild, 16 Tyler Ln, Metropolis, IL 62960-2932
30571154      + ally welsch, 111 OLGA, JESSUP, PA 18434-1118
30571206        alyssa bulson, 4250 collegiate way, 821B, mount pleasant, MI 48858
30571212      + alyssa correia, 12 vine street, freehold, NJ 07728-1620
30571223      + alyssa hellrung, 1728 Van Hise Avenue, Madison, WI 53726-4094
30571229      + alyssa keown, 4164 Alpenhorn Dr. NW, apt 9, Comstock Park, MI 49321-8656
30571231        alyssa kushpa, 11 Pamela Ct, Jackson, NJ 08527-3050
30571241        alyssa simmons, 155 Rockwall Trl, Winchester, VA 22602-2877
30571256      + alyssadwyer23@gmail.com, 3511 Florida Street, San Diego, CA 92104-3209
30571309        amanda hall, 110 Oak St, Lancing, TN 37770-2838

District/off: 0752-1                    User: admin                         Page 476 of 507
Date Rcvd: Jan 04, 2024                 Form ID: 309C                        Total Noticed: 30719

| | | |
|---|---|---|
| 30571329 | | amanda lisenbey, 27 NW 26th St, Cape Coral, FL 33993-8717 |
| 30571428 | | amber stewart, 8095 VILLA DEL CIELO ST, LAS VEGAS, NV 89131-1657 |
| 30571439 | + | amber winnie, 222 Lynwood Circle, lansing, MI 48906-3254 |
| 30571461 | + | amelia kershaw, 5517, roland dr, plano, TX 75093-7626 |
| 30571505 | | amy austin, 5 lait court, munno para west, adelaide, SOUTH AUSTRALIA 5115, AUSTRALIA |
| 30571581 | | amy shuss, 5318 LINEA DEL CIELO #769, RANCHO SANTA FE, CA 92067 |
| 30571615 | + | ana Novotny, 125 Smithwood Ave, Catonsville, MD 21228-4945 |
| 30571612 | | ana hernandez, 1446 N Dearborn St Apt 5C, Chicago, IL 60610-1582 |
| 30571614 | | ana lang, 6124 Gruich Cir, Ocean Springs, MS 39564-2706 |
| 30571638 | | anastasia williams, 785 S Lafayette Dr Apt 371, Lafayette, CO 80026-3577 |
| 30571671 | | andrea andrea, 1818 Clay St, Fairfield, CA 94533-3833 |
| 30571798 | + | andrew ernsthausen, 54 Luther Jacobs Way, Spencerport, NY 14559-2194 |
| 30571968 | | andrew watt, 32-38,dishlandtown street, arbroath, Scotland DD11 1QZ, UNITED KINGDOM |
| 30571989 | | andy ireland, 199 Skowhegan Rd, Fairfield, ME 04937-3372 |
| 30572085 | | angelina stoj, 1 Napoleon Street, Sydney, New South Wales, 2210, AUSTRALIA |
| 30572180 | | anna Henry, Lisdillure, Athlone, ROSCOMMON N37 X7K8, IRELAND |
| 30572212 | + | anna silver, 1006 Forest Ave, Evanston, IL 60202-1422 |
| 30572246 | | anne brinkman, Nijkerkerweg, Ermelo 3853 NV, NETHERLANDS |
| 30572257 | | anne johnson, 1865 Harrigan Rd, Fallon, NV 89406-8935 |
| 30572277 | | annette ambriz, 3217 Ridgeland Ave, Berwyn, IL 60402-3532 |
| 30572294 | + | annie wilcher, 3441 38th st, sacramento, CA 95817-3628 |
| 30572316 | + | anthony alba, 2517 East Park Lane, Anaheim, CA 92806-1613 |
| 30572317 | + | anthony alfaro, 2490 ridge avenue, aurora, IL 60504-6038 |
| 30572377 | + | anthony santoro, 1281 crossbill court, Weston, FL 33327-2378 |
| 30572394 | + | anthony wong, 68 bay 31st st, 2nd flr, brooklyn, NY 11214-4110 |
| 30572409 | | anton avander, nyckelgatan 126, Apt. 1001, skellefte 93163, SWEDEN |
| 30572424 | + | antonio carrero, 595 pine st, bristol, CT 06010-6919 |
| 30572430 | | antonio onnis, Piazza di Piedicastello 5, Trento, Trento 38121, ITALY |
| 30572462 | | april rivera, 6611 RADFORD AVE, N HOLLYWOOD, CA 91606-1643 |
| 30572493 | | ari anguiano, 2537 Lyman Loop, Yorkville, IL 60560-8933 |
| 30572638 | + | asher petterson, 102 Ratterman Road, Woodstock, NY 12498-1845 |
| 30572677 | | ashley eckstein, 3826 Little Bluestem Dr, Owensboro, KY 42303-8302 |
| 30572757 | | ashlyn caracciolo, PO BOX 291951, PHELAN, CA 92329-1951 |
| 30572782 | | aslak nakbi, Furuli Terrasse 4, Grimstad 4878, NORWAY |
| 30572793 | | aston stephenson, gower close, 37, basingstoke, ENLAND RG21 5GX, UNITED KINGDOM |
| 30572798 | | asya asya, 4376 Saint Andrews Dr, Chino Hills, CA 91709-7829 |
| 30572851 | | audrey hees, 700 Brita Trl, Minooka, IL 60447-4576 |
| 30572911 | + | austin cunningham, 20604 NE Novelty Hill Rd, Redmond, WA 98053-5122 |
| 30572938 | + | austin leung, 23651 Algiers St, Mission Viejo, CA 92691-3009 |
| 30573019 | + | ava distefano, 7023 N 11th Pl, Phoenix, AZ 85020-5310 |
| 30573075 | + | avril coca, 9 Jamison Pl, Newburgh, NY 12550-3138 |
| 30573099 | | ayla salih, 4 Haven Road, Essex, Canvey Island, England SS8 0LU, UNITED KINGDOM |
| 30573098 | | ayla salih, 4 haven road, canvey island, essex, England, SS8 0LU, UNITED KINGDOM |
| 30573122 | + | b young, 639 4TH AVE, 5A, Brooklyn, NY 11232-1038 |
| 30573190 | + | barbara savoie, 3028 Fieldwood Circle, Saint Cloud, FL 34772-8846 |
| 30573229 | + | bbymutha, 4827 Highway 58, Chattanooga, TN 37416-1898 |
| 30573232 | | bea h, 6507 NW 106th Pl, Alachua, FL 32615-7451 |
| 30573251 | | beau otto, 30313 Zodiac St NE, North Branch, MN 55056-6639 |
| 30573268 | | becki cheveldave, 19087 N HWY 21, Danville, WA 99121 |
| 30573296 | + | bella gullidge, 2547 N Del Rey Ave, Sanger, CA 93657-8526 |
| 30573298 | + | bella matthiesen, 2014 SW 29th Ct, a2, Delray Beach, FL 33445-7363 |
| 30573299 | + | bella miller, 4 Abigail Ct, Jackson, NJ 08527-4266 |
| 30573336 | | ben flours, 1809 15TH AVE APT 201, SEATTLE, WA 98122-2600 |
| 30573375 | | ben onidi, 53 BAY RD, APT 1, HADLEY, MA 01035-9512 |
| 30573475 | + | benjamin sanguinetti, 38 plain street, easthampton, MA 01027-2548 |
| 30573487 | + | benkline@bellsouth.net, 1403 West 5th Street, London, KY 40741-1616 |
| 30573511 | | bernd allendorfer, 8439 State Rd, Millington, MI 48746-9445 |
| 30573522 | | beth doyle, 30 MARPLE RD, POUGHKEEPSIE, NY 12603-1338 |
| 30573588 | | bibi, 68 Elgin View Southeast, Calgary, Alberta, T2Z4Z6, CANADA |
| 30573724 | | bobbie jarosz, 396 Lillie Belle Ln, Clarksville, TN 37042-6117 |
| 30573875 | + | brandon akey, 4137 ashford cir, hollister, CA 95023-8960 |
| 30573881 | + | brandon babu, 7871 Angus Way, Riverside, CA 92508-6079 |
| 30573910 | + | brandon contreras, 1650 heritage dr, springdale, AR 72762-2941 |

| | | |
|---|---|---|
| 30573951 | | brandon lacrone, 3115 Birmingham Blvd, Orlando, FL 32829-8572 |
| 30573962 | + | brandon mays, 131b 12th ave, eastman, GA 31023-5607 |
| 30574002 | | brandon turner, 2200 Woodview Drive Southwest, 408, Calgary, Alberta T2W 3N6, CANADA |
| 30574060 | | breagan rossetti, 313 MECHAM RD, PETALUMA, CA 94952-9628 |
| 30574108 | | brendan Burroughs, 7810 Sundance Dr Apt E, Louisville, KY 40222-4743 |
| 30574151 | + | brenna asay, 11 Briargrove rd, Barnegat, NJ 08005-2012 |
| 30574225 | | brett weisband, 1403 Evergreen St, Durham, NC 27701-3527 |
| 30574287 | | brian lemelin, 4103 Reynaldo Dr, Spring, TX 77373-7440 |
| 30574342 | | brianna Chartrand, 54 Macdonald St S, Arnprior, ON K7S 2W5, CANADA |
| 30574337 | | brianna brianna, 6190 Carpenter St, East Petersburg, PA 17520-1160 |
| 30574425 | + | britt baker, 502 Shirley Hill Road, Goffstown, NH 03045-2408 |
| 30574454 | | brittany jones, 9758 SPRUCE RIDGE DR, CONVERSE, TX 78109-2782 |
| 30574518 | | brooke hanovich, 2428 N Keystone Dr, Flagstaff, AZ 86004-7194 |
| 30574523 | + | brooke lothert, 12790 primrose lane, apt 215, eden prairie, MN 55344-7633 |
| 30574543 | + | brooklyn burt, 2121 W Victoria Ave, Anaheim, CA 92804-2461 |
| 30574564 | | bryan aimetti, 78 Beechwood Rd, Oakdale, CT 06370-1703 |
| 30574650 | | bucket obrien, 14 guerin ave, unit A, kitchener, ONTARIO N2A1S8, CANADA |
| 30574687 | | cade soderberg, 5 Spring Brook Ln, Lakeville, MA 02347-1740 |
| 30574702 | | cadeyrn White, 171 Hector street, Apt. 4, Osborne Park, WESTERN AUSTRALIA 6017, AUSTRALIA |
| 30574712 | + | caiden doty, 1209 Woodland Ridge, Monett, MO 65708-6140 |
| 30574732 | | caitlin dicken, 3721 W White Canyon Rd, Queen Creek, AZ 85144-6469 |
| 30574747 | | caitlin small, 2319 S 1060 W, Saint George, UT 84770-6168 |
| 30574756 | | caitlyn hoover, 5915 Meadow Ln N, Crestview, FL 32539-9125 |
| 30574868 | | calum clark, 2 kingston drive, nottingham, ENGLAND NG22 9BP, UNITED KINGDOM |
| 30574903 | + | cameron eckerson, 120 stone dr, maryville, TN 37803-6262 |
| 30574948 | + | cameron stroud, 2445 otis drive, alameda, CA 94501-5268 |
| 30574963 | | camila pita, 811 W Romneya Dr Apt 5, Anaheim, CA 92801-2312 |
| 30575001 | + | candice caldwell, 543 Mart Meade Br, Prestonsburg, KY 41653-7784 |
| 30575068 | | carla tulloch, 20 Vallafield, Gott, Shetland, Scotland ZE2 9XH, UNITED KINGDOM |
| 30575098 | | carlos ledesma, 921 S Mayo Ave, Compton, CA 90221-4315 |
| 30575108 | + | carlos quispe, 14 Nautilus Pl, New Rochelle, NY 10805-1310 |
| 30575212 | | caroline ullman, 11307 Morrison St Apt 28, North Hollywood, CA 91601-5325 |
| 30575214 | + | caroline whitehurst, 11009 Treyburn Drive, Glen Allen, VA 23059-5482 |
| 30575302 | + | casey ehlert, 2215 stone brooke rd, ames, IA 50010-3937 |
| 30575314 | + | casey moore, 1208 S Columbia st, Clarksville, TX 75426-5020 |
| 30575324 | | casey wheeler, 26 Silano Dr, Oxford, CT 06478-2717 |
| 30575339 | | cassandra caterson, 3942 SE 97th Ave, Portland, OR 97266-2654 |
| 30575510 | | ceriann hughes, llys awel, bethel, WALES LL55 1YT, UNITED KINGDOM |
| 30575515 | + | cesar olmos, 1436 S 40th St, Apt. 230, San Diego, CA 92113-4260 |
| 30575522 | | chace sherman, 3107 Kitsap Way, Bremerton, WA 98312-2862 |
| 30575523 | | chad alcock, 600 Rose Ave, Del Rio, TX 78840-7647 |
| 30575660 | | charlie mannering, 36 Brockford Glade, Telford TF1 3PX, UNITED KINGDOM |
| 30575693 | | charlotte menzies-king, 4/32 Mercer Road, Armadale, Victoria 03143-0000 |
| 30575697 | | charlotte richards, 164a Top Lane, Whitley, ENGLAND SN12 8RB, UNITED KINGDOM |
| 30575704 | + | charlotte wright, 395 1st. street, Escalon, CA 95320-2508 |
| 30575706 | + | charly oldham, 411 E 1700 S, Salt Lake City, UT 84115-1731 |
| 30575801 | | cheryl jones, 7823 Jamesford Rd, Baltimore, MD 21222-2744 |
| 30575829 | + | chich nnaji, 6942 CRESTED QUAIL, SAN ANTONIO, TX 78250-7207 |
| 30575859 | | chloe farnum, 42630 Redfern St, Canton, MI 48187-3454 |
| 30575872 | | chloe miller, 18449 Pellett Ct, Fenton, MI 48430-8509 |
| 30575896 | + | chris agostino, 315 w kirkwood ave, Apt. 409, Bloomington, IN 47404-5182 |
| 30575911 | + | chris bolton, 326 salem st, glendale, CA 91203-2513 |
| 30575930 | + | chris chris, 1774 Metro Avenue, Chula Vista, CA 91915-3284 |
| 30575929 | | chris chris, 9318 Van Nuys Blvd Unit 20, Panorama City, CA 91402-1320 |
| 30575938 | | chris davis, 1784 Riverwood Trl, Kings Mills, OH 45034-9766 |
| 30575952 | + | chris funez, 21 Bralan ct, Gaithersburg, MD 20877-1602 |
| 30576003 | | chris parmerter, 308 Main Street, #236, Stovall, NC 27582 |
| 30576035 | | chris wen, 18812 S Prado Ct, Cerritos, CA 90703-5909 |
| 30576101 | + | christian kauffman, 803 dakota ln, saylorsburg, PA 18353-8830 |
| 30576128 | | christian ryan, 3 Manly Avenue, LINDISFARNE, TASMANIA 7015, AUSTRALIA |
| 30576131 | + | christian sarro, 805 Gordonia Court, DeLand, FL 32724-7074 |
| 30576133 | + | christian schwartz, 832 spring valley drive, fredericksburg, VA 22405-1909 |
| 30576134 | | christian sharpe, 9134 Malabar Cyn, San Antonio, TX 78245-2978 |

District/off: 0752-1                  User: admin                  Page 478 of 507

Date Rcvd: Jan 04, 2024               Form ID: 309C               Total Noticed: 30719

| | | |
|---|---|---|
| 30576227 | | christine McCain, 1823 E ROBIN WAY, H, APPLETON, WI 54915-4241 |
| 30576229 | | christine movsovich, 42 Crimson King Ln, Levittown, PA 19055-1636 |
| 30576276 | + | christopher bullock, 39 freeman st., Avon, MA 02322-1104 |
| 30576307 | | christopher garcia, 35724 AVENUE H, YUCAIPA, CA 92399-5536 |
| 30576363 | | christopher pantoja, 7914 Center Spg, San Antonio, TX 78249-2285 |
| 30576381 | + | christopher salfiti, 3217 Royal Ct, Bedford, TX 76021-3911 |
| 30576417 | | christy link, 242 Twin Oaks Rd, Dover, TN 37058-3717 |
| 30576426 | + | chrystal williams, 20468 181st St, Big Lake, MN 55309-9129 |
| 30576446 | | ciaran mcneill, 308 Springburn Road, Flat 19, Glasgow, Scotland G21 1RX, UNITED KINGDOM |
| 30576455 | | cierra hwalstad, 635 Wellington Avenue, Trail, BC V1R 2L4, CANADA |
| 30576467 | + | cindy lukach, 6175 rucker road, indianapolis, IN 46220-5094 |
| 30576622 | | cody heath, 22320 Mandell St, West Hills, CA 91304-3302 |
| 30576654 | + | colby avery, 111 raiford rd, erwin, NC 28339-8515 |
| 30576672 | | cole bosch, 12024 Hollyrock Dr, Yukon, OK 73099-6541 |
| 30576678 | | cole cortopassi, 2175 johnston rd, san diego, CA 92129 |
| 30576712 | + | colin barth, 1572 cherokee rd, louisville, KY 40205-1121 |
| 30576785 | + | collin black, 4929 parkview ave, kansas city, KS 66104-1751 |
| 30576790 | + | collin j, 2850 lansdowne rd, Waterford, MI 48329-2946 |
| 30576861 | | connie tremblay, 1601 Tyler St, Berkeley, CA 94703-2315 |
| 30576864 | | connor armstrong, 9 lakes folly drive, branxton, NEW SOUTH WALES 2335, AUSTRALIA |
| 30576875 | | connor brocious, 1020 Avenue F, Billings, MT 59102-3326 |
| 30576899 | | connor maessen, 34 Clearview Cresent, Dartmouth, Nova Scotia, B3A 2M8, CANADA |
| 30576941 | | conor doyle, 68, Hugh price close, Sittingbourne ME10 3AS, UNITED KINGDOM |
| 30576962 | + | cooper barnhart, 1033 E Sawmill Rd, Apt No. 3341-D, Flagstaff, AZ 86001-5833 |
| 30576975 | + | cora welsh, 1016 bowling green trl, chesapeake, VA 23320-3144 |
| 30577040 | + | corri logan, 5121 monet court, murfreesboro, TN 37129-8673 |
| 30577091 | | courtney de Silva, 120 ninth avenue, Rosebud, Victoria, 3939, AUSTRALIA |
| 30577140 | | craig brownrigg, 2700 Neilson Way Apt 734, Santa Monica, CA 90405-4017 |
| 30577142 | + | craig clark, 1835 NE Lafayette Ave, Mcminnville, OR 97128-3433 |
| 30577155 | | craig maldonado, 125 WOLCOTT ST, BROOKLYN, NY 11231-1216 |
| 30577157 | | craig moretto, 15 Rhinegarten Dr, Florissant, MO 63031-8610 |
| 30577188 | | cristiana teodori, Via Cisa Ligure 27, Campbell adv, Guastalla, Reggio Emilia 42016, ITALY |
| 30577272 | | cynthia bower, 1401 Park Rd, Ojai, CA 93023-2046 |
| 30577276 | | cynthia hagan, 22217 Hazelton Ct, Novi, MI 48374-3880 |
| 30577320 | | dakota andersen, 9 the glen, Frankston, VICTORIA 3199, AUSTRALIA |
| 30577354 | + | dale C beatty, 4890 Motif St, Oceanside, CA 92057-7901 |
| 30577498 | + | daniel Rodr guez, 27 Gayland St, ap 2, Boston, MA 02125-3808 |
| 30577512 | | daniel bar, HaMa'agal 30, apt. 24, floor 9, ramat gan, ISRAEL 5247222, ISRAEL |
| 30577533 | | daniel clock, 720 Fairfield Ave NW, Grand Rapids, MI 49504-4651 |
| 30577612 | + | daniel mccarthy, 1825 elmwood ave, folcroft, PA 19032-1222 |
| 30577654 | + | daniel schwabinger, 73-20 Austin st, 2E, Forest Hills, NY 11375-6212 |
| 30577680 | + | daniel tyler batsell-street, 319 Greentree Court, Apt 4, Richland, WA 99352-4476 |
| 30577698 | + | daniel zerquera, 4501 Palisade Ave, Apt 8E, Union City, NJ 07087-5069 |
| 30577750 | | danielle Whitton, 11511 Santa Gertrudes Ave Apt 4, Whittier, CA 90604-3473 |
| 30577756 | | danilo Roscigno, Contrada Sant'Eustachio 1 E Pennini, Avellino, Avellino 83100, ITALY |
| 30577905 | + | david Call, 2023 Kiva road, Santa Fe, NM 87505-3205 |
| 30577920 | | david dang, 252 Williamstown Road, Melbourne, VICTORIA 3207, AUSTRALIA |
| 30578077 | | david serrano, 1036 Dayton St, Akron, OH 44310-1404 |
| 30578126 | | davide biasio, Via A. Volta 59, Carbonate, Como 22070, ITALY |
| 30578144 | | dawn smith, 140 Platt St, Bridgeport, CT 06606-2943 |
| 30578151 | | dawson gouveia, 121 winnett ave, Toronto, ONTARIO M6C3L4, CANADA |
| 30578184 | | dean hendi, 23 Carmine Circuit, Burnside, VIC 3023, CANADA |
| 30578207 | | debbie nelson, 7175 Longview Dr, Niwot, CO 80503-8577 |
| 30578220 | | deborah shoedel, 303 Carriage Dr, Harpers Ferry, WV 25425-9600 |
| 30578256 | + | dejah kidd, 5312 Carteret Arch, Virginia Beach, VA 23464-4082 |
| 30578266 | + | delaney powell, 2910 12th Ave., Unit 4, Los Angeles, CA 90018-2805 |
| 30578290 | | deng zhang yang, qingshanhu district hufang shunwai road, buildig8 unit3 201 room, Nanchang, jiangxi, 330000, CHINA |
| 30578297 | + | denise a pirro, 225 Betsy Brown Rd, Rye Brook, NY 10573-2111 |
| 30578299 | | denise harvill, 806 S Newport Ave, Tampa, FL 33606-2935 |
| 30578371 | + | desiree greene, 1252 brunswick st, daly city, CA 94014-1106 |
| 30578437 | | devon jones, 85a cobham street, spreydon, CANTERBURY 8024, NEW ZEALAND |
| 30578446 | | devon rafanelli, 27 Pilgrim Ln, Westbury, NY 11590-6216 |
| 30578483 | + | diana robles, 1431 Washington Street, Redlands, CA 92374-2250 |

District/off: 0752-1                                    User: admin                                    Page 479 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                              Total Noticed: 30719

30578504        diane marcin, 18 Jad Ct, Plainview, NY 11803-5806
30578506      + diane pearson, 3 Jaime Ln, Hooksett, NH 03106-2155
30578531      + diego espinosa, 2016 esperanza ave, mission, TX 78574-5496
30578658      + dominick sollberger, 134 squire dale lane, rochester, NY 14612-3126
30578679        donald buehler, 2707 Frank Scott Pkwy W, Belleville, IL 62223-5005
30578680      + donald bush, 897 north maple grove road, apt 104, boise, ID 83704-1002
30578701        donna moran, 4419 Ponca St, McHenry, IL 60050-5343
30578731      + dorothy finley, 110 Spring Ridge Court, Roswell, GA 30076-2612
30578739      + doug reynolds, 6321 Lockhaven Dr, Brook Park, OH 44142-3727
30579008        eddie nadin, 1081 14 Ave se, salmon arm, BRITISH COLUMBIA V1E 2R5, CANADA
30579016        eddy dahl, 8420 Hilo Trl S, Cottage Grove, MN 55016-3107
30579029        edgar fierros, 4361 Mission Blvd Spc 3, Montclair, CA 91763-6054
30579064      + edward egan, 15 spofford ave, warwick, RI 02888-1814
30579070        edward holguin, 2211 W Avenue O, Palmdale, CA 93551-3346
30579106      + el luchs, 421 n woodland blvd, unit 5748, deland, FL 32723-8315
30579122        eldritch foster, 59 bron y graig, llangefni, llangefni, WALES LL777RE, UNITED KINGDOM
30579137        eleazar Villalba, 2720 S Muscovey Ln, Johnstown, CO 80534-4638
30579146        eleni gazes, 5356 Penny Pl, San Diego, CA 92115-1117
30579194        elicia s nchez, 878 SERRANA CT, PITTSBURG, CA 94565-4502
30579208      + elijah grayson, 2709 mount olive rd, mount olive, AL 35117-3807
30579267        elizabeth aldrich, 5 Buttonwood Dr, Pilesgrove, NJ 08098-2435
30579334        elizabeth o'connor, 13391 Heston Pl, San Diego, CA 92130-1229
30579362      + elizabeth worley, 688 w sunny river rd, Apt. 822, taylorsville, UT 84123-2878
30579368      + ella anstine, 5742 Haut St SW, Navarre, OH 44662-9191
30579386        ella martinez, 1193 25TH AVE, SACRAMENTO, CA 95822-1825
30579395      + ella vandenburg, 21755 Cabrosa, Mission Viejo, CA 92691-1239
30579425      + ellie dunn, 280 Central Avenue, Grissom Hall, Fredonia, NY 14063-1127
30579429      + ellie keller, 616 7th ave sw, rics, MN 56367-4548
30579437        ellie scott, 84 Whifflet Court, Coatbridge, SCOTLAND ML5 4ES, UNITED KINGDOM
30579438        ellie w, 6309 Walton Way, Roswell, GA 30076-6402
30579570      + emily conroy, 771 E Cotati Ave, Unit I, Rohnert Park, CA 94928-4040
30579819        emma tran, 4 cecil place, mitcham, England, CR4 4LH, UNITED KINGDOM
30579832        emma wilks, 643 High Plains Cir, Maize, KS 67101-9309
30579854      + emmy amash, 2006 tillotson ave, austin, TX 78702-2835
30579864        emy winsted, 170 Smoke Rise Ln, Gaston, SC 29053-8207
30579889      + eriberto villarreal, 923 1st Ave Trlr 3, South Sioux City, NE 68776-2223
30579953      + eric ong, 5230 39th Drive, apt. 9k, woodside, NY 11377-4019
30580004        erica carruth, 4542 N Park Dr, Sacramento, CA 95821-4304
30580013      + erica perednia, 2658 addison drive, melbourne, FL 32940-7818
30580018      + erica schmook, 386 Mesa Rd, Verona, WI 53593-8372
30580065      + erik thibaudeau, 142 Junior Ave, Grayslake, IL 60030-2325
30580135        erin murtha, 2408 S 4th Ave, Sioux Falls, SD 57105-3955
30580177        escher halliday butler, 77 kent road, PASCOE VALE, Victoria, 3044, AUSTRALIA
30580198      + esther gabriel, 190 Durston Ave, Syracuse, NY 13203-1325
30580280      + ethan voraotsady, 130 savannah ct, fayetteville, GA 30214-1237
30580288      + ethen stege, 5408 sw remington rd, bentonville, AR 72713-8967
30580295        eugene scott, 801 Arbolado Dr, Fullerton, CA 92835-1809
30580299      + eva cantu, 37 Fellsway East, Malden, MA 02148-8313
30580466      + faith hangge, 5 Salvatore Court, Fairfield, NJ 07004-1829
30580509      + fbs12144 juan patti, 1345 NW 98TH CT, unit 2, doral, FL 33172-3049
30580521        felicity bithell, 3 sandfield road, wallasey, ENGLAND CH45 1JQ, UNITED KINGDOM
30580538      + fenn conner, 505 glenwood avenue, atlanta, GA 30312-3203
30580584      + fiona fowler, 18176 W Smokey Dr, Surprise, AZ 85388-1600
30580758      + fulvio leon, 1573 crescent pointe ln, virginia beach, VA 23453-2051
30580773        gabby coates, 412 Leighton Corner Rd, Sanbornville, NH 03872-3353
30580778        gabby gabby, 404 Snuffins Ln, Berlin, NJ 08009-9738
30580784      + gabbyszew@gmail.com, 6738 Pleasant Flower St, Las Vegas, NV 89149-0509
30580802        gabi gabi, 102 Kamarie Ln, Muscle Shoals, AL 35661-1633
30580856      + gabriela prylinski, 1610 W Fullerton Ave, Apt. 410, Chicago, IL 60614-9051
30580872      + gabriella remington, 2812 S Nectarine St, cornelius, OR 97113-6531
30580889      + gaby Wintet, 2903 e runaway bay pl, chandler, AZ 85249-4946
30580894      + gage gibbs, 502 county house lane, marietta, OH 45750-6813
30580920      + gally gayass, 11942 Presley Drive, Magnolia, TX 77354-1325

| | | |
|---|---|---|
| 30581040 | | gee devine, 14 Oak View Marton UK, Macclesfield SK11 9JF, UNITED KINGDOM |
| 30581045 | | gemini nichol, 190 fife rd, 64, Guelph, ON N1H 8L4, CANADA |
| 30581089 | | george colon, 1515 Fremont Dr, Hanover Park, IL 60133-4911 |
| 30581103 | | george mochan, 276 Hillcrest Dr, Trafford, PA 15085-1225 |
| 30581141 | | gerald elder, 8510 SW DAVIES RD, BEAVERTON, OR 97008-6840 |
| 30581160 | | gerd tegethoff, m nchm hlenallee, Apt. 16, MUHLENBECK, BRANDENBURG 16567, GERMANY |
| 30581199 | | gideon roberts, 13818 S Pflumm Rd Apt 201, Olathe, KS 66062-5899 |
| 30581269 | + | gizelle monreal, 2396 Poppy Ct., Imperial, CA 92251-8927 |
| 30581341 | + | grace flaherty, 2493 mapleton ave, boulder, CO 80304-3755 |
| 30581356 | | grace keating, 5 Kingswood Grove, Raumati Beach, Paraparaumu, Wellington 5032, NEW ZEALAND |
| 30581392 | + | grace willis, 65 meadowlark lane, westbrook, CT 06498-1439 |
| 30581404 | + | gracie conley, 645 Webb Hollow Rd, Van Lear, KY 41265-8603 |
| 30581482 | + | greg katz, 4344 fountain ave, suite g, los angeles, CA 90029-2260 |
| 30581535 | + | grey draper, 201 holman st, laconia, NH 03246-2906 |
| 30581588 | + | gus alvarez, 1321 Normal Ave, Chico, CA 95928-6560 |
| 30581589 | | gus burke, 42 Breezy Hill Rd, Springfield, VT 05156-9470 |
| 30581635 | | hailey fischerross, 1910 Pelham Rd, Bethlehem, PA 18018-1407 |
| 30581668 | + | haley gaitan, 3880 Lyons Rd, Apt.107, Coconut Creek, FL 33073-4996 |
| 30581676 | | haley mccollin, 109 E Keller St, Lock Haven, PA 17745-3613 |
| 30581695 | + | halle nauman, 6910 scottsville rd, floyds knobs, IN 47119-8748 |
| 30581702 | + | hallie miller, 2944 s fillmore st, jerome, IL 62704-4880 |
| 30581705 | | hallie voulgaris, 98 Edwards St Apt 3A, New Haven, CT 06511-3939 |
| 30581710 | | hamish stein, 107 Salamander Way, Salamander Bay, NSW 2317, AUSTRALIA |
| 30581728 | | hanna friesen, 2105 8 Ave SE, Suite B, Calgary, ALBERTA T2G 0C1, CANADA |
| 30581738 | + | hannah adams, 19 Kendal Ct, Rockwall, TX 75032-2014 |
| 30581935 | | hayden rouille, blenheim lodge, la route des petits camp, jersey, England, JE24JP, UNITED KINGDOM |
| 30581938 | | hayden van slooten, 1311 N BOSWORTH AVE APT 2R, CHICAGO, IL 60642-7000 |
| 30581952 | | hayley Breen, 10 Cedar Street, Orange, NSW 2800, AUSTRALIA |
| 30582002 | | heather henderson, 424 Saint Andrews Dr, Morgantown, WV 26508-9225 |
| 30582018 | | heather olsen, 79 prestwick close apt 307, halifax, NOVA SCOTIA B3S1M9, CANADA |
| 30582040 | + | heba alwan, 5626, mckinley lane, charlottesville, VA 22903-7605 |
| 30582122 | | henry ohse, 401 E 19TH ST APT 1205, KANSAS CITY, MO 64108-1776 |
| 30582168 | | hilda gutierrez, ladera 30, cordillera, SANTA CATARINA, NUEVO LEON 66196, MEXICO |
| 30582169 | + | hill, 1580 Quarrier St, charleston, WV 25311-2408 |
| 30582260 | | howard marsland, 30 Yealand ave, Heysham, Morecambe LA3 2LT, UNITED KINGDOM |
| 30582431 | + | iClick Inc., 3931 1st Ave. S., Seattle, WA 98134-2236 |
| 30582437 | | ieuan lewis, 41 Pen-Y-Wain Road, Roath, Wales; Cymru CF24 4GE, UNITED KINGDOM |
| 30582482 | | ine Coad, 91-93 Pennant Hills Road, Normanhurst, New South Wales 2076, AUSTRALIA |
| 30582503 | + | ire burks, 36351 Elizabeth Lane, 31105, Wildomar, CA 92595-9836 |
| 30582506 | | irenericketts@live.co.uk, Michaelmas, Larch Avenue, Ascot, ENGLAND SL5 0AP, UNITED KINGDOM |
| 30582526 | | isaac brannon, 1028 S Truro Ave, Inglewood, CA 90301-3733 |
| 30582576 | | isabella boehmke, 1375 Eastway Dr, Kent, OH 44243-1001 |
| 30582684 | | izzy Porzillo, 1128 Short St, Annapolis, MD 21403-2921 |
| 30582711 | + | jacey price, 5008 n holborn dr, muncie, IN 47304-1000 |
| 30582803 | + | jack spicer, 6530 UNIVERSITY AVE NE, Unit 448, FRIDLEY, MN 55432-3312 |
| 30582827 | + | jackie dutton, 222 IL Rt 146 E, Elizabethtown, IL 62931-4006 |
| 30582836 | | jackie martinez, 305 Danvers River St, Oxnard, CA 93036-5303 |
| 30582854 | + | jackson cruz, 114 forest court, everett, WA 98203-2069 |
| 30583008 | + | jacob M sturm, 4049 crockers lake blvd, Apt. 2324, Sarasota, FL 34238-5318 |
| 30583052 | + | jacob Ryan dominguez, 1170 Jarrow Avenue, La Puente, CA 91745-2021 |
| 30582975 | | jacob heaton, PSC 41 Box 5541, APO, AE 09464-0056 |
| 30583056 | | jacob sellers, 12276 Audrianna Dr, Frisco, TX 75033-2106 |
| 30583130 | + | jade laufer, 3896 Highland Shore Lane, Oshkosh, WI 54904-9368 |
| 30583161 | | jaedon marquez, 788 Mohican Dr, Easton, PA 18040-8281 |
| 30583198 | | jaimie hansen, 3 Marshall Rd, Beverly, MA 01915-1303 |
| 30583217 | + | jake deiwert, 315 Longwood Avenue, Anderson, IN 46011-1322 |
| 30583230 | | jake jake, 1196 Dogwood Meadows Dr SE, Ada, MI 49301-9412 |
| 30583405 | | james Greening, 96 Coresbrook Way, Knaphill, Woking, England GU21 2TP, UNITED KINGDOM |
| 30583325 | + | james alexander, 319 quail lane, lookout mtn, GA 30750-2934 |
| 30583340 | | james bascue, 3049 SW 36th Ave, Portland, OR 97221-4115 |
| 30583470 | + | james pate, 583 courtney hollow lane, madison, VA 22727-5004 |
| 30583472 | + | james paynter, 11215 Norvell Rd, Spring Hill, FL 34608-2928 |
| 30583500 | + | james sutton, 4501 North Amherst Street, Portland, OR 97203-4710 |

District/off: 0752-1                           User: admin                                      Page 481 of 507
Date Rcvd: Jan 04, 2024                         Form ID: 309C                                     Total Noticed: 30719

30583506              james turenne, 875 pleasant park road, Ottawa, Ontario K1G 1Z1, CANADA
30583557              jamie kolnick, 7425 SW 50th Ct, Miami, FL 33143-6001
30583621              jane simon, PO Box 213, Gladstone, NJ 07934-0213
30583671          +   jaqueline mora, 5213 China Berry Dr, McKinney, TX 75070-4674
30583724          +   jarred holland, 1940 NW Miller Road, D-415, Portland, OR 97229-4264
30583793              jason foisy, 160 johnston, north bay, ONTARIO P1B8E8, CANADA
30583822              jason may, 21711 Newcastle Rd, Harper Woods, MI 48225-2359
30583841              jason samiagio, 67 Water St, Westborough, MA 01581-1539
30583885          +   jaxon krieger, 2442 Crestview Drive S, Apt. 2442, salem, OR 97302-5826
30583918          +   jay murallon, 1351 44th ave, san francisco, CA 94122-1104
30583934              jay:) jay:), 78 Bayhill Cir, Royersford, PA 19468-1638
30583943              jayden baasansuren, 1037 2ND ST APT 16, LAFAYETTE, CA 94549-3948
30583946              jayden ridge, 8 Ellis Court, Paralowie, South Australia, 5108, AUSTRALIA
30583974          +   jbattista2@gmail.com, 52 honeysuckle way, glenmont, NY 12077-3138
30583975              jc stimson, 836 W KILAREA AVE, MESA, AZ 85210-6754
30583989              jean philippe Desserre, 42 grande rue, Jablines 77450, FRANCE
30583990              jean-huy tran, 3732 Arnold Ave Apt C, San Diego, CA 92104-3689
30584012              jef dukes, 343 Division St SW, Tumwater, WA 98512-6540
30584021          +   jeff cloyd, 9011 april lynne ave, OH, OH 45458-3754
30584044              jeff otten, 1002 E State St, Boise, ID 83712-7311
30584110              jen weyhrich, 28515 SE Highway 212 # 471, Boring, OR 97009-0828
30584115          +   jenelle sison, 1182 n tribune privado, ontario, CA 91764-6641
30584282              jennifer Oklejewski, 127 Alder Dr, Wexford, PA 15090-6301
30584331              jenny baby Blosil, 632 S 150 W, Orem, UT 84058-3130
30584352              jenny young, 9504 Faith Ln, Damascus, MD 20872-1009
30584392              jeremy goble, 2907 N Saint Philomena Ct, Peoria, IL 61604-2729
30584425              jeremy.adams@usda.gov, 505 MALLARD DR, SEVERANCE, CO 80550-2921
30584459              jess brinkworth, 2a Comiston Rise, Edinburgh, Edinburgh, Scotland EH10 6HQ, UNITED KINGDOM
30584519              jesse shinn, 2912 W North St, Muncie, IN 47304-3941
30584526              jesse stebleton, 7316 Bunker Hill Rd SW, Amanda, OH 43102-9713
30584753          +   jillian hall, 22 n gilbert, Apt. 1, iowa city, IA 52245-2117
30584792              jimmy Pyles, 9545 Thornecrest Dr, Mechanicsville, VA 23116-2752
30584800              jinsoo kim, 443 GRAHAM AVE APT 5A, BROOKLYN, NY 11211-1011
30584835          +   joanne Kuntz, 215 Windy Pines Trail, Roswell, GA 30075-3529
30584855          +   jocelyn silva, 713 pagoda ct, lawrenceville, GA 30043-7664
30584886              joe emelett, 65 Morgan St, Nanticoke, PA 18634-1021
30584900              joe livas, 11100 Ponderosa Ct, Fort Worth, TX 76244-7218
30584908              joe otter, 9228 Whitehall Ct, Indianapolis, IN 46256-2269
30584909          +   joe p, 2630 Elm Hill Pike, Ste 125, Nashville, TN 37214-3161
30584945          +   joel mendoza, 124 Las Colinas Dr, Cloverdale, CA 95425-3618
30584947              joel morris, 127 E Thornton Rd, Houston, TX 77022-2817
30585010          +   johansel martinez, 6750 N 71st dr, Glendale, AZ 85303-3009
30585147          +   john Palinkas, 45285 Chateau Ct., Temecula, CA 92592-9181
30585029          +   john biehl, 2439 n sawyer, 2S, chicago, IL 60647-2581
30585058              john dyson, 35 Meadow St, Norwood, MA 02062-5656
30585080          +   john j. gregory, 231 hudson street, Halifax, MA 02338-1244
30585105              john laurie, 2119 Woodland Valley Dr, Humble, TX 77339-3330
30585190          +   john vitzileos, 5952 n lakewood, 3E, chicago, IL 60660-3350
30585253              jon mayers, 48 northumberland road, gravesend, ENGLAND DA139JP, UNITED KINGDOM
30585279              jonas asche, 456 3RD AVE S, SOUTH ST PAUL, MN 55075-2614
30585426          +   jonnatan martinez, 8400 Division Rd, Apt 33, White City, OR 97503-1113
30585429          +   jonny teklit, 403 Clayton Lane, Alexandria, VA 22304-7155
30585605              jose leiva, 21919 Northpark Dr Apt 1312, Kingwood, TX 77339-3892
30585645              joseph atwood, 523 Butternut Dr Lot 102, Holland, MI 49424-1573
30585683              joseph hadish, 2209 Av Prud'homme, Apt. 2, Montreal, QUEBEC H4A3H3, CANADA
30585743          +   joseph shrey, 641 FAIRHOLME RD, Columbus, OH 43230-2307
30585756              joseph vetterline, 10 Norman St, Saco, ME 04072-1603
30585820          +   josh Meske, 1916 10th st nw, minot, ND 58703-1207
30585813              josh kucera, 131 goldfinch, tiny, ONTARIO L0L2J0, CANADA
30585831              josh sherri, 16 Paw Paw Road, Brooklyn, Victoria, 3012, AUSTRALIA
30585870          +   joshua carro, 107 W. Portland St, 414a, Phoenix, AZ 85003-1480
30585988          +   josiah thompson, 7430 157th St W, #103, Apple Valley, MN 55124-5190
30586027              joyce rogers, 6856 State Highway 773, Denton, KY 41132-8954

30586103         julia beltz, 163 Ormsbee Ave, Westerville, OH 43081-1150
30586168    +    julia tyck, 5387 Altschul, 3009 Broadway, NY, NY 10027-6909
30586207    +    juliana nowak, 6551 Tulip Tree Drive, Murfreesboro, TN 37128-2962
30586208         juliane g, 92 Avenue Rockwyn, Pointe-Claire, QC H9R 1W2, CANADA
30586252    +    julie neff, 1035 eastern trail, Apt. 208, mukwonago, WI 53149-1071
30586254    +    julie padovan, 525 Washington Ave, Apt. 3, Philadelphia, PA 19147-4049
30586271         julie tru, 525 JEAN MARIE DR, NORMAN, OK 73069-5129
30586349         justin dayton, 2016 Illinois Ave, Stevens Point, WI 54481-3949
30586378    +    justin lambert, 713 crescent way, radcliff, KY 40160-2617
30586393    +    justin mcginness, 19 delsea drive, A, westville, NJ 08093-1158
30586404         justin neuls, 1845 Millard Court West, Kelowna, BC V1V 1R2, CANADA
30586467         kaci sanders, 4336 Smelley Rd, Longview, TX 75605-6114
30586469         kacper Mozdziara, stawowa 10/7, Cieszyn, laskie 43-400, POLAND
30586472    +    kaden dowden, 900 S. California St, Sherida, IN 46069-1404
30586493    +    kaelyn farrell, 5 book lane, levittown, NY 11756-3507
30586513         kaila kuban, 83A Norwood Ave, Newton, MA 02459-2117
30586595         kalee christian, 721 e sciota ave, peoria heights, IL 61616-6237
30586602         kaley palamaras, 5102 Silver Goose Rd, Cambridge, MD 21613-3695
30586641         kane formby, 50 Well Street, Buckley, Wales; Cymru CH7 2PQ, UNITED KINGDOM
30586651         kara capps, 1420 Fairview Church Rd, Silex, MO 63377-3138
30586664         karen angell, 3507 100th Dr SE, Lake Stevens, WA 98258-5732
30586667         karen chism, 8133 Effingham Dr, Germantown, TN 38138-8166
30586669    +    karen clark, 140 sea view ave, rochester, NY 14622-1451
30586737    +    karis bradshaw, 103 Big Pine Creek Ln, Bastrop, TX 78602-2256
30586753         karla farrington, 2618 DUNRAVEN CT, KISSIMMEE, FL 34743-5357
30586847         kate simpson, 20 bridge road, blaxland, New South Wales, 2774, AUSTRALIA
30586859         katelyn harris, 120 Staschak Ln, Latrobe, PA 15650-9642
30586872    +    katelyn shimek, 1815 drew street, houston, TX 77004-1226
30586886         katherine bui, 7625 Tujunga Ave, North Hollywood, CA 91605-2937
30586888    +    katherine cardinale, 10 buick street, box 8157, boston, MA 02215-1302
30586900    +    katherine henry, 70 PINE RIDGE RD, north andover, MA 01845-2121
30586971    +    kathy jones, 7319 31st PL NE, Marysville, WA 98270-7060
30587051    +    katrina benedicto, 699 paris street, san francisco, CA 94112-3511
30587171    +    kayli santoni, 95 fair st, meriden, CT 06451-2005
30587191    +    kc crooks, 8949 aerobee, Fair Oaks, CA 95628-6512
30587246         keith hubbard, 8800 S NOGALES HWY, TUCSON, AZ 85756-8765
30587273    +    kellee willis, 1540 Helton Dr, APT 205, Florence, AL 35630-2479
30587291         kelli weibel, 948 Catwalk Rd, Bagdad, KY 40003-8057
30587357    +    kelly taylor, 1118 Virginia Ave NE, Atlanta, GA 30306-3981
30587514    +    kenzie, 18229 fern road, Estero, FL 33967-5220
30587618    +    kevin nguyen, 2811 einstein way, unit 8302, orlando, FL 32826-2919
30587639    +    kevin sewell, 260 huff creek highway, man, WV 25635-1039
30587640         kevin sewell, 2076 N Main St Lot 5, Summerville, SC 29486-7869
30587673         khaled hejazi, 6082 Tenth Line West, Mississauga, ONTARIO L5N 5S4, CANADA
30587678         khristian nascimento, 409 Valley Rd, Neptune City, NJ 07753-5535
30587681         kian mcdonald, 52 high path road, guildford, ENGLAND GU1 2QQ, UNITED KINGDOM
30587711         kieran collier, 66 tower hill, Witney, England, OX285ES, UNITED KINGDOM
30587828    +    kingmichael facio, 410 STEPHENS DR, Bakersfield, CA 93304-3344
30587843    +    kira scott-harris, 3201 girard ave s, Apt. 301, minneapolis, MN 55408-3421
30587844         kira simon, 1830 N Pecos Rd Unit 235, Las Vegas, NV 89115-0681
30587868         kirsten lambertsen, 81 Pinckney Rd, Red Bank, NJ 07701-2217
30587893    +    klair ryks, 17031 N 11th ave, Apt. 3075, phoenix, AZ 85023-2689
30587966    +    kris pedder, 45 south 21st street, cottage grove, OR 97424-1714
30587994    +    kristen dunn-cappellino, 10 kellogg rd, apt 112 bldg A, cortland, NY 13045-3177
30588026    +    kristen zeller, 2600 Gracy Farms Ln, Apt. 1418, Austin, TX 78758-2921
30588083         kristine barbour, N/A eustonford house ringford, castle douglas, Scotland DG7 2AQ, UNITED KINGDOM
30588092    +    kristo mitre, 29 grand ave, Revere, MA 02151-3023
30588114         krystal morris, 70 N 18th St, East Orange, NJ 07017-5202
30588122    +    krystin williford, 2625 E. Date Palm Paseo, Apt. 3235, Ontario, CA 91764-4685
30588185         kyle castronovo, 2220 Stone Hedge Dr NE, Keizer, OR 97303-1069
30588204    +    kyle ellis, 372 st johns pl, apt 14, brooklyn, NY 11238-5324
30588317         kyler canady, 702 Keller St, Galena, KS 66739-1818
30588444         laney corral, 4819 W Grover St, Boise, ID 83705-1230

District/off: 0752-1                                  User: admin                                  Page 483 of 507
Date Rcvd: Jan 04, 2024                              Form ID: 309C                              Total Noticed: 30719

| | | |
|---|---|---|
| 30588447 | | lanika croone, 25153 Rubin Rd, Warren, MI 48089-4660 |
| 30588533 | | laura squibbs, 4410 Canterbury Way, Cumming, GA 30040-5096 |
| 30588532 | | laura squibbs, 1639 Golfers Ridge Dr SE, Bolivia, NC 28422-8231 |
| 30588581 | | lauren deskin, 490 Brock Street, Kingston, ON K7L 1T7, CANADA |
| 30588587 | | lauren drury, 176 Poplar Drive, Dartmouth, Nova Scotia B2W 4K5, CANADA |
| 30588589 | + | lauren durrin, 8613 leona street, seminole, FL 33772-3426 |
| 30588594 | + | lauren fisher, 5925 Kingston Rd, Oklahoma City, OK 73122-7529 |
| 30588605 | + | lauren hancock, 778 s 860 E, A306, American Fork, UT 84003-4748 |
| 30588662 | + | lauren tudahl, 22769 zulla chase pl, ashburn, VA 20148-7151 |
| 30588672 | + | lauren williams, 18411 Northwest Chemeketa Lane, Portland, OR 97229-3521 |
| 30588701 | + | lauson cook, 216 martin dr., wylie, TX 75098-4845 |
| 30588713 | + | lawrencia odoms, 324 baldwin rd, Apt. 130, odenton, MD 21113-1265 |
| 30588722 | | layla Wetherington, 84 Cross Creek Ct, Villa Rica, GA 30180-1300 |
| 30588724 | | layne brandvik, 1297 Marilyn Way, Dickinson, ND 58601-6740 |
| 30588879 | | les d hopkins, 5198 Cats Eye Rd, Las Cruces, NM 88012-0654 |
| 30588952 | + | lexi lexi, 119 niagara st, fall river, MA 02721-6782 |
| 30588962 | + | lexie harrell, 14561 south florence ave, bixby, OK 74008-8038 |
| 30588966 | + | lexy beach, 974 bristol ln, overbrook, OK 73453-2246 |
| 30588986 | + | liam elliott, 34 DEERFIELD LANE, YORK, PA 17403-4926 |
| 30588991 | | liam holmes, 10921 McKinley Dr, Tampa, FL 33612, Eustis, FL 32736 |
| 30588996 | | liam kidson-child, 10-12 Meringo Street, Bega, New South Wales 2550, AUSTRALIA |
| 30589090 | | lilly hochhauser, 45 Wyllys Ave, Wesbox91804, Middletown, CT 06459-3211 |
| 30589132 | + | lily Sweeney, 2024 E Mifflin St, Madison, WI 53704-4731 |
| 30589133 | | lily tew, 188 Indian Creek Rd, Locust Grove, GA 30248-4900 |
| 30589134 | | lily tomlinson, 47 Foley Road Southeast, Calgary, Alberta T2H 1A2, CANADA |
| 30589137 | + | lily wukasch, 12721 sw 9th pl, Davie, FL 33325-5516 |
| 30589200 | | lindsey brown, 205 NW 25th St, Battle Ground, WA 98604-2420 |
| 30589261 | | lisa engelhardt, 350 MECHLIN CORNER RD, PITTSTOWN, NJ 08867-5011 |
| 30589279 | + | lisa lundy, 712 S. 5th Ave., Unit B, Wilmington, NC 28401-5136 |
| 30589296 | | lisa richards, 13356 Chippewa Dr, Warren, MI 48088-1892 |
| 30589308 | + | lisa waud, 708 West Euclid Street, Detroit, MI 48202-2029 |
| 30589351 | + | liz simac, 1505 BROADWAY, apt D, Chesterton, IN 46304-2016 |
| 30589379 | + | log conway, 19 Colfax Road, Edison, NJ 08817-4029 |
| 30589381 | | logan bays, 114 Island Cir, Shady Shores, TX 76208-5746 |
| 30589392 | + | logan d kerschner, 15407 Fair Oaks Drive South, Spanaway, WA 98387-9031 |
| 30589397 | + | logan farinetti, 2932 walnut ave, owings mills, MD 21117-1524 |
| 30589404 | + | logan hauser, 3526 Summertree Ln, Corona, CA 92881-3976 |
| 30589414 | | logan lucius, 14455 Preston Rd Apt 113, Dallas, TX 75254-8540 |
| 30589420 | | logan nesbitt, 414 Locust St, Fremont, OH 43420-2355 |
| 30589450 | + | logan whalen, 1425 montgomery st dupont wa, dupont, WA 98327-9720 |
| 30589509 | + | lori cushing, 39 Amherst Rd, Toms River, NJ 08757-5519 |
| 30589550 | | louis maffetone, 561 Marseille Path, Sayville, NY 11782-1368 |
| 30589646 | | lucas uriel mazzini, cordoba 3336, 4 b, Mar del plata, buenos aires, 7600, ARGENTINA |
| 30589682 | | lucy yeaman, 49 Tilbury Avenue, Stanhope Gardens, New South Wales, 2768, AUSTRALIA |
| 30589686 | | luis Alonso Galeas Jr, 5200 Adams Dr, Charlotte, NC 28215-2001 |
| 30589705 | | luis pereira, 11 Mozart St, Cranston, RI 02920-8131 |
| 30589715 | + | luis valdes, 6233 Alpine Tree Avenue, Las Vegas, NV 89139-6855 |
| 30589747 | + | lukasz stolarz, 7334 woodknot ct, orlando, FL 32835-2705 |
| 30589825 | + | luna estrella, 619 South Camp St, Seguin, TX 78155-6505 |
| 30589854 | + | lyla santa maria, 1882 Sunset Woods Court, Clearwater, FL 33763-4438 |
| 30589855 | + | lyla santa maria, 1882 sunset woods ct, clearwater, FL 33763-4438 |
| 30589899 | | m meyer, 216 Tilden Howington Dr, Lillington, NC 27546-5660 |
| 30591039 | | mATTHEW bURMAN, W2567 Ridgebrook Ct, Appleton, WI 54915-8747 |
| 30589917 | + | mack marshall, 327 Cold Spring Drive, Westbrook, CT 06498-1557 |
| 30589964 | + | maddie carey, 60 college ave, annapolis, MD 21401-1687 |
| 30589975 | + | maddie mosley, 109 Woodcock Drive, Oxford, PA 19363-4225 |
| 30589991 | + | maddy broderick, 56 High St, Glen Ridge, NJ 07028-2317 |
| 30590009 | + | madeleine mills, 423 SE 2nd St, evansville, IN 47713-1013 |
| 30590025 | + | madeline harris, 3500 Powelton Ave, apt b302, Philadelphia, PA 19104-7004 |
| 30590068 | + | madison cross, 1321 W. Grand River Ave, Apt 62A, East Lansing, MI 48823-3929 |
| 30590108 | | madison salisbury, 314 Palmerston Avenue, Whitby, ON L1N 3E9, CANADA |
| 30590146 | + | magdalena farr, 820 South Michigan Avenue, Unit 213, Chicago, IL 60605-0800 |
| 30590152 | | maggie castellanos, 1126 NW 77th St, Miami, FL 33150-3257 |

District/off: 0752-1        User: admin        Page 484 of 507

Date Rcvd: Jan 04, 2024        Form ID: 309C        Total Noticed: 30719

| | | |
|---|---|---|
| 30590166 | + | maggie mulligan, 86-46 253 street, bellerose, NY 11426-2412 |
| 30590196 | | maillet roxanne, 27 boulevard de la libert, les lilas 93260, FRANCE |
| 30590216 | | makayla bromley, 266 celebration drive, fall river, NOVA SCOTIA B2T 0K4, CANADA |
| 30590219 | | makayla dill, 4103 Maple St, Ventura, CA 93003-3731 |
| 30590224 | | makayla makayla, 985 W Hudson Way, Gilbert, AZ 85233-1922 |
| 30590232 | | makenna russo, 3334 PA-309, Orefield, PA 18069 |
| 30590348 | + | marco paz, 271 W Cedar Ave, Burbank, CA 91502-2408 |
| 30590349 | + | marco vidal, 61 beacon avenue, Apt. 4, jersey city, NJ 07306-1762 |
| 30590370 | | marcus van hasz, 609 W Main St, Fredericksburg, TX 78624-3131 |
| 30590382 | + | maren wycherly, 533 E Rio Colinas Ct, meridian, ID 83646-6579 |
| 30590502 | | marie popichak, 1122 Biltmore Ave, Pittsburgh, PA 15216-2308 |
| 30590548 | | marion tanner, 2202 W North Loop Blvd Apt 363, Austin, TX 78756-2343 |
| 30590628 | + | mark leyrer, 35 Hyde Road, Bloomfield, NJ 07003-3018 |
| 30590773 | + | mary giuliano, 52 bell lane, west shoakn, NY 12494-5006 |
| 30590782 | | mary hutton, 17 Bredon, Yate, Bristol BS37 8TA, UNITED KINGDOM |
| 30590789 | + | mary kercheval, 10818 downsville pike, apt 23, hagerstown, MD 21740-7968 |
| 30590806 | | mary romano, 413 Torrence Ave, Carnegie, PA 15106-3451 |
| 30590878 | | masuyama seiji, 1-23-23 HIGASHIYAMA HOUSE2 301, Tokyo 153-0043, JAPAN |
| 30590950 | | matt keeshen, 46 PROVO LN, ALAMO, CA 94507-2744 |
| 30590955 | | matt lindblom, 421 N BROAD ST, MANKATO, MN 56001-3420 |
| 30590972 | | matt nagy, 86 ROSE HILL RD, BRANFORD, CT 06405-4028 |
| 30590987 | + | matt ryan, 22094 paradise road, georgetown, DE 19947-5892 |
| 30591007 | | mattdavies9@outlook.com, 32 Southgrove Road, Sheffield, England, S10 2NQ, UNITED KINGDOM |
| 30591021 | + | matthew anderson, 23055 whimbrel cir, Indian land, NC 29707-6041 |
| 30591081 | + | matthew graham, 2478 falcon valley drive, chula vista, CA 91914-4051 |
| 30591144 | + | matthew martin, 1403 cardinal hill dr, austin, TX 78758-2704 |
| 30591298 | + | maurqui burks, 1492 response rd, apt 279, sacramento, CA 95815-4838 |
| 30591353 | | maxden cluff, 650 E High St, Davenport, IA 52803-3067 |
| 30591376 | | maxton henley, 5230 Antelope Dr, Bar Nunn, WY 82601-9493 |
| 30591421 | | mayela han jisung, 127 Clayton St, San Angelo, TX 76905-7709 |
| 30591441 | | mcdowell, andrew, Mcdowells, 10 Market Place, Whitehaven CA28 7JD, UNITED KINGDOM |
| 30591447 | | mckenna adams- james, PO Box 611, Lytton, BC V0K 1Z0, CANADA |
| 30591466 | | mckenzie wallace, 19897 Lakewood Dr, Bloomington, IL 61705-4003 |
| 30591467 | + | mckeown, 3269 continental dr, Kenner, LA 70065-2611 |
| 30591473 | | me me, 1400 N Edgemont St Apt 309, Los Angeles, CA 90027-5952 |
| 30591481 | + | meagan roesler, 20634 Teakwood Fields Ln, Katy, TX 77449-2574 |
| 30591491 | + | meg browne, 1137 Jefferson Avenue, 3, Brooklyn, NY 11221-5109 |
| 30591506 | | megan bonard, 2001 E Grace St Apt 311, Richmond, VA 23223-7186 |
| 30591523 | + | megan dumesnil, 321 acacia st, lake jackson, TX 77566-5803 |
| 30591624 | | meghan kraft, 703 SAPPHIRE AVE, VENTURA, CA 93004-4019 |
| 30591628 | + | meghan miller, 909 pershing dr, wauconda, IL 60084-1343 |
| 30591640 | | mei lemley, 6621 S South Meadows Rd, Spokane, WA 99223-1910 |
| 30591645 | | mel clarke, 85 brangwyn drive, brighton, England, BN18XB, UNITED KINGDOM |
| 30591691 | + | melia ogle, 67 albatross court, santa rosa beach, FL 32459-8516 |
| 30591729 | | melissa gonzalez, 3087 A St Apt 2, 2, San Diego, CA 92102-1771 |
| 30591841 | | merit devine, 14 oak view, Cheshire SK11 9JF, UNITED KINGDOM |
| 30591883 | + | mia rasheed, 2772 montana sky dr, redding, CA 96002-5186 |
| 30591884 | | mia renfrow, 3712 Robinhood Dr, Temple, TX 76502-2237 |
| 30591961 | | michael butler, 5522 Campground Rd, Atoka, TN 38004 |
| 30591969 | | michael canterbury, 18 MCEVOY LN, EPSOM, NH 03234-4949 |
| 30592043 | | michael hernandez, 263 Frisco Dr, Georgetown, KY 40324-9347 |
| 30592047 | | michael hobe, 3705, S. Barrington, Los Angeles, CA 90066 |
| 30592059 | | michael jones, 51 deer avenue, st.peters, Worcester WR5 3TS, UNITED KINGDOM |
| 30592122 | + | michael nguyen, 1709 saliva springs drive, allen, TX 75002-0600 |
| 30592125 | | michael nutter, 10110 Osceola Dr, New Port Richey, FL 34654-3446 |
| 30592202 | | michael w oshaughnessy, 400 WASHINGTON ST, CO JULIE BATTLE, SPRINGDALE, PA 15144-1132 |
| 30592244 | + | micheal tober, 41 Allison Ave, TOLEDO, OH 43605-2203 |
| 30592248 | | michela weiss, 26160 SW CANYON CREEK RD # 160304, WILSONVILLE, OR 97070-7652 |
| 30592289 | + | michelle grondine, 12775 Millennium Dr, Apt 220, Playa Vista, CA 90094-2968 |
| 30592322 | | michelle templin, 9395 Hanford St, Ventura, CA 93004-0704 |
| 30592354 | + | miguel, 824 south wooster street, apt. 101, los angeles, CA 90035-1736 |
| 30592364 | + | miguel guzman, 1812 college st, sulphur springs, TX 75482-3510 |
| 30592406 | | mike Blasicak, 3108 Areca Cir, Tampa, FL 33618-3608 |

District/off: 0752-1        User: admin        Page 485 of 507

Date Rcvd: Jan 04, 2024        Form ID: 309C        Total Noticed: 30719

| | | |
|---|---|---|
| 30592423 | | mike graham, 40 Clermiston Avenue, Edinburgh, Scotland EH4 7PQ |
| 30592424 | + | mike greenhaus, 59 West 12th Street, NY, NY 10011-8563 |
| 30592463 | + | mikey duffy, 14 Claydon Road, garden city, NY 11530-3023 |
| 30592486 | | miles kohli, 1424 North Mill Crt, MISSASAUGA, ONTARIO L5V1S3, CANADA |
| 30592532 | + | mira cat, 3807 Millard way, Fairfax, VA 22033-2754 |
| 30592535 | | mira prasad, 179 Victoria Road, Apt. 4, Bellevue Hill, NEW SOUTH WALES 2023, AUSTRALIA |
| 30592536 | + | miranda abrashi, 363 tremont ave, Apt. 102, bellingham, WA 98226-2222 |
| 30592551 | | miranda miranda, 1027 E Scott St, Springfield, MO 65802-3620 |
| 30592583 | | mitch lawrence, 30112 Truman Ave, Wickliffe, OH 44092-1726 |
| 30592619 | | mitchell webb, 378 west st 378 west st St, kearney springs, Queensland 4350, AUSTRALIA |
| 30592644 | | mohammed siddiquee, 1 centurion walk, ashford, ENGLAND TN23 3FQ, UNITED KINGDOM |
| 30592646 | | mojo foster, 209 WILLOW LN, NASHVILLE, TN 37211-4922 |
| 30592668 | + | molly grant, 2606 anderson rd, linwood, NY 14486-9708 |
| 30592712 | | monica malcolm, 1359 rue Fraser, Laval, Quebec, H7W 3P3, CANADA |
| 30592763 | | morgan falkins, 14 bobolink road, Apt. 14, HAmilton, Ontario, L9A2P2, CANADA |
| 30592777 | + | morgan martin, 5833 Danbury Blvd, Pace, FL 32571-8520 |
| 30592786 | | morgan packer, 1567 W 800 N, Pleasant Grove, UT 84062-4092 |
| 30592787 | | morgan parsons, 108 HOGAN RD UNIT B, INDN HBR BCH, FL 32937-4354 |
| 30592809 | + | morgan whitney, 726 bluebonnet dr, grand prairie, TX 75052-5807 |
| 30592840 | + | moxie evan, 6634 Sueno Rd, A, Isla Vista, CA 93117-5005 |
| 30592860 | | mustafa darsot, 15221 Condon Ave, Lawndale, CA 90260-1932 |
| 30592868 | | mya bowman, 6451 Ocelot St, Waldorf, MD 20603-4414 |
| 30592898 | | n Scarpin, 10, The Point, Tura Beach, NEW SOUTH WALES 2548, AUSTRALIA |
| 30592900 | | na el shehade, 2233 S Throop St, 678 KAKE, Chicago, IL 60608 |
| 30592904 | | nadeen jabroo, 51 bettong cres, bossley park, New South Wales, 2176, AUSTRALIA |
| 30592966 | + | naomi neve, 17929 ne 192nd ave, brush prairie, WA 98606-7805 |
| 30592989 | | natalie andrews, 4141 N LECLAIRE AVE, CHICAGO, IL 60641-1439 |
| 30593071 | + | nate jackson, 275 barnes rd, harrisville, RI 02830-1802 |
| 30593215 | | nathaniel henderson, 3414 Smart Sands Ln, Fulshear, TX 77441-1458 |
| 30593274 | | nerissa oung, 249 Westall Rd, Clayton South, Victoria, 3169, AUSTRALIA |
| 30593276 | | nessa wright, 2080 Denmark Manor Rd, Export, PA 15632-8909 |
| 30593316 | | nicholas auth, 16261 Burrows Rd, Thompson, OH 44086-9737 |
| 30593348 | | nicholas devitt, 4333 Vuelta Colorada, Santa Fe, NM 87507-7288 |
| 30593499 | + | nick mesha, 4936 Prospect Ave, Downers Grove, IL 60515-3710 |
| 30593547 | | nico slack, 4788 Escalona Plz, Yorba Linda, CA 92886-3509 |
| 30593556 | | nicola pinna, via a. gitti 11, Marcheno, Brescia 25060, ITALY |
| 30593557 | | nicolai hansen, gr nh j skivevej 61, karup j, DANMARK 7470, DENMARK |
| 30593582 | | nicole alanis, 5800 S Birchwood Dr, Tucson, AZ 85746-3116 |
| 30593597 | | nicole eydelson, 280 Toll Gate Rd, S Glastonbury, CT 06073-2925 |
| 30593599 | + | nicole flores, 12125 watermark way, parkland, FL 33076-2999 |
| 30593617 | + | nicole kowal, 11021 S Theresa Circle, apt. 3A, Palos Hills, IL 60465-3201 |
| 30593651 | | nidal, brunahildestraat 32, brunssum, LIMBURG 6443XJ, NETHERLANDS |
| 30593667 | | nik ryall, 5 lydden close, burton latimer NN15 5WR, UNITED KINGDOM |
| 30593690 | + | nikki pangilinan, 1115 S Woods Ave, Fullerton, CA 92832-2843 |
| 30593696 | + | nikki santa cruz, 13565 Beaver St, Sylmar, CA 91342-3112 |
| 30593726 | + | nina an, 428 N New Ave, Apt E, Monterey Park, CA 91755-1472 |
| 30593776 | | noah harrington, sterbro 51, 1 sal, th., Aalborg, nordjylland, 9000, DENMARK |
| 30593812 | | noah smith, 34 Woodbridge Road, Manchester, England, M41 8RH, UNITED KINGDOM |
| 30593842 | + | noelle worm, 256 Brookline St, Apt. 2, Cambridge, MA 02139-4872 |
| 30593863 | + | nolan wall, 171 beresford lane, minoa, NY 13116-1951 |
| 30593877 | + | norah eckert, 45 horseshoe lane north, rochester, NY 14467-9707 |
| 30593887 | | norma torres, 7115 Hallie Pl, San Antonio, TX 78227-4830 |
| 30593902 | | noura, radaf, house, riyadh, ALAYASMEEN 13325, SAUDI ARABIA |
| 30593904 | | nova ropson, 37 Buttercup Avenue, Swadlincote. LEICESTERSHIRE DE127RR, UNITED KINGDOM |
| 30593922 | + | oakley mcintire, 24830 West Lakeview Drive, Lake Villa, IL 60046-9617 |
| 30593934 | | ohad shalmoni, 23839 Sylvan St, Woodland Hills, CA 91367-1245 |
| 30593980 | | oliver pallman, hultmansgatan, Apt. 2, karlskoga, Orebro, 69133, SWEDEN |
| 30593990 | | oliver vilrik, parkvej 37, 3tv, 37, 3tv, vejle, SYDYLAND 7100, DENMARK |
| 30593992 | | oliver williams, 10863 Standing Stone Dr, Wimauma, FL 33598-6162 |
| 30594019 | | olivia haagenson, 1024 Bangor Ln, Ventura, CA 93001-3821 |
| 30594027 | | olivia mcgowan, 2722 Hampton Glen Ct, Matthews, NC 28105-6612 |
| 30594028 | + | olivia menne, 28486 U.S. 14, Lone Rock, WI 53556-5075 |
| 30594034 | + | olivia robinson, 67 society st, b, charleston, SC 29401-1635 |

District/off: 0752-1                         User: admin                                    Page 486 of 507
Date Rcvd: Jan 04, 2024                    Form ID: 309C                          Total Noticed: 30719

30594134  + owen geltz, 2200 Lifestyle Ln, Apt. 706, Kutztown, PA 19530-8541
30594167  + pablo rodriguez, 21218 winding brook sq, ashburn, VA 20147-5452
30594176    paige abendroth, 624 N ROBERT WAY, SATELLITE BCH, FL 32937-2539
30594219    pamela drake, 990 Miller Ave, Berkeley, CA 94708-1406
30594326  + patrick hennessy, 2600 w 22nd Place, 2F, chicago, IL 60608-3595
30594395    paul balogh, 28 Emily Road, Chatham ME5 7LF, UNITED KINGDOM
30594396    paul bassler, 367 Waterford Ln, Reading, PA 19606-8805
30594623    peyton sharpe, 938 Floyds Fork Dr, Shepherdsville, KY 40165-7631
30594684    phoebe lim, 124 geylang east ave 1, Sep-41, singapore, singapore, 380124, SINGAPORE
30594697    pia ventola, 465 CLAPBOARDTREE ST, WESTWOOD, MA 02090-2524
30594754  + precious king, 410 Veteran Avenue, 410, Los Angeles, CA 90024-1971
30594809    qiusheng UPPB, 6610 NE Mt St Helens Ave, Apt. 144774, Portland, OR 97250-9605
30594886    rachel chilson, 7 Aldesan Ct, Saint Peters, MO 63376-2327
30594995  + raelin mcmichael, 4077 York Ln, Jackson, MI 49201-7102
30595105  + ray amaguin, 1814 chapin st, alameda, CA 94501-1107
30595178  + rebecca downing, 1743 N Washtenaw Ave, Apt 1, Chicago, IL 60647-0723
30595237    rebecka aspvik, Markusbackantie 335, Alaveteli, FINLAND 68410, FINLAND
30595266    redveil, c/o Jonathan Briks, United Talent Agency, New York, NY 10106
30595285  + reese ware, 5222 university way NE, Apt. 303, seattle, WA 98105-3535
30595292    regan cable, Unit 2, 7 Birnam Ave, birnam ave, banora point, NSW 2486, AUSTRALIA
30595322    reid thomas, 2922 E 1660 S, Spanish Fork, UT 84660-8906
30595333    reise rowntree, 8 palmerston avenue, newcastle upon tyne, ENGLAND NE64RD, UNITED KINGDOM
30595343    remi sems y skovereng, nico hambros vei 129, oslo, Oslo, 969, NORWAY
30595390    reyka osburn bigfeather, 1086 Bush St Apt 402, San Francisco, CA 94109-6201
30595397  + rheanna congdon, 1015 S 20th street, UNIT B ON KIMBALL, philadelphia, PA 19146-2642
30595410    rhiannon finn, 117 roberta crescent, orewa, auckland 931, NEW ZEALAND
30595512    rick burger, 7929 June Lake Dr, San Diego, CA 92119-3113
30595533  + ridley christoferson, 81 Vista Drive, Billings, MT 59102-6248
30595567  + riley dillon, 1450N dixie downs rd, #145, Saint George, UT 84770-4120
30595581  + riley lockhart, 615 gary drive, hubbard, OH 44425-1229
30595617  + rita bjorgo, 2373 n. 83rd street, wauwatosa, WI 53213-1005
30595637  + roarke Snyder, 610 Ray Del Dr, Arnold, MO 63010-1630
30595645    rob gator, 2217 Outabounds Way, Edmond, OK 73034-3075
30595674  + robby goldsberry, 111 stovall, rusk, TX 75785-2412
30595689  + robert Baker, 51 Stark Street, Laconia, NH 03246-2115
30595854  + robin mallek, 1030 mohawk street, cary, IL 60013-1883
30595893  + rodney hill, 9362 Thorn Glen Rd, Jacksonville, FL 32208-8418
30595932    roman hickman, 55 grange park mobile homes, Southampton, England SO30 2AT, UNITED KINGDOM
30595950  + ronald loehwing, 349 Central Avenue, Apt. 5, Jersey City, NJ 07307-2957
30596050    roxana lizarraga, 1404 Roosevelt Ave, National City, CA 91950-4442
30596119    russell padgett, 5440 Roxbury Dr, North Charleston, SC 29418-2041
30596366    ryan Zeulner, 3170 Red Hill Ave, Costa Mesa, CA 92626-3402
30596178  + ryan creek, 6311 E. 96th st, Tulsa, OK 74137-5046
30596219    ryan hefferan, PO BOX 791, Prospect East, South Australia 5082, AUSTRALIA
30596303  + ryan pickle, 3125 jack st, Keizer, OR 97303-6027
30596331  + ryan stensgaard, 18 moraine road, Apt. 07950, morris plains, NJ 07950-2711
30596370  + ryann musgrave, 3690 S Beeler St., #6, Denver, CO 80237-1975
30596384    rylie leggett, 31686 Shallow Bend Dr, Ponchatoula, LA 70454
30596419  + sabrina boettcher, 1070 river road, Apt. 204, new milford, NJ 07646-3135
30596440    sadey deaton, 164 Preserve Dr Apt E107, Branson, MO 65616-4196
30596454    saeed banaweer, Al sulaimaniyah, muhammad Zaynal, building 28, jeddah, MECCA 22253, SAUDI ARABIA
30596476    sally haworth, 2379 Corlson Ave, Simi Valley, CA 93063-2717
30596536  + sam h, 431 Liberty Court, Schaumburg, IL 60194-2536
30596601  + sam wright, 95s 100w, willard, UT 84340-9764
30596636    samantha jimenez, 98 Roe St, Staten Island, NY 10310-2307
30596664  + samantha rivas, 18 Springhill Drive, Howell Township, NJ 07731-2114
30596690  + samantha wright, 319 hayes drive, evansville, IN 47712-3758
30596712    sammy sammy, 1759 W Bluejay Ct, Chandler, AZ 85286-8023
30596763    samuel petrin, via pietro bembo 3, curtarolo, Seleziona regione 35010, ITALY
30596798    sandra Nugent, 3041 32ND ST APT 1R, ASTORIA, NY 11102-1850
30596849  + sara inda, 4762 W Mission Blvd, Apt. 20, Ontario, CA 91762-4415
30596862    sara n cellini, 8107 197th Ave E, Bonney Lake, WA 98391-7398
30596952  + sarah heisler, 3795 Eastwood Cir, Santa Clara, CA 95054-2123

District/off: 0752-1                        User: admin                                      Page 487 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                                     Total Noticed: 30719

30597051  + sarah worthington, 0 Woodland Rd Chatham University Mailroo, #725, Pittsburgh, PA 15232-2899
30597079  + saundra hudson, 11453 awenita court, chatsworth, CA 91311-1220
30597082  + sav shiveley, 1703 Holman Ave, Apt. 3, Covington, KY 41011-2954
30597091  + savanna lumsden, 93 Chloe Dr, Kearneysville, WV 25430-1404
30597094    savannah budnaruk, 461 Blackburn Drive, unit 29, Brantford, ON N3T 0W9, CANADA
30597100  + savannah lane, 137 Ford Road, Carmel Valley, CA 93924-9698
30597143  + scott chaffee, 3600 n williams ave, apt 304, portland, OR 97227-1487
30597146  + scott connolly, 1203 fairfield est lane, crownsville, MD 21032-2033
30597162  + scott grant, 1489 airport rd, norton shores, MI 49444-4271
30597192  + scott smith, 231 OAkridge Ave, north attleboro, MA 02760-4180
30597238  + sean ellmore, 602 fernon st, philadelphia, PA 19148-1220
30597252    sean hillier, 264 Reservoir St, Holden, MA 01520-1206
30597370  + serena Baker, 20910 Hunt Drive, Roseville, MI 48066-2219
30597491    shaniqua lee, Unit 1/3 Greencastle Court, Mooroopna, VIC 3629, AUSTRALIA
30597512    shannon johnson, 1112 S OAK PARK AVE APT 2, OAK PARK, IL 60304-2578
30597566    shaun foster, 29 Cardinal Avenue, Beeston, Leeds LS11 8HE, UNITED KINGDOM
30597598  + shawn trzaska, 606 waxhaw dr, Nashville, TN 37214-3413
30597622  + shea brown, 11768 puma path, venice, FL 34292-4115
30597650  + shelby chang, 310 paulin dr, glassboro, NJ 08028-3006
30597652    shelby donoflio, 2110 Mays Landing Rd Trlr 320, Millville, NJ 08332-1177
30597688    shems benmosbah, 600 Laurier Avenue West, unit 2, Ottawa, Ontario, K1R 6L1, CANADA
30597716  + shideh kafei, 450 del norte st, los angeles, CA 90065-2510
30597733    shon cunningham, 420 George St, Findlay, OH 45840-4641
30597751    siena glenn, 880 ne providence ct, e203, pullman, WA 99613
30597771  + sierrah hudson, 11453 awenita court, chatsworth, CA 91311-1220
30597780  + silvie aumalis, 131 gardens pl, hoover, AL 35216-6140
30597808  + simon vielma, 366 fm 1488 rd, apt 1021, conroe, TX 77384-4297
30597821    sinead mcloughlin, 287 Turning Leaf Road, Oakville, Ontario, L6L 6V5, CANADA
30597828  + sion burgess, 180 County Road 129, taylor, TX 76574-5289
30597832    sivangi lalgi, 26 george house, albert road, london, England, NW6 5BR, UNITED KINGDOM
30597838  + skinny bones, 954 emily avenue, rohnert park, CA 94928-2297
30597839    skins brunskill, 18 mangana street ravenswood, launceston, Tasmania, 7250, AUSTRALIA
30597840    skipper turney, 1st brannocks house, 61st brannocks road, ilfracombe, ENGLAND EX34 8EQ, UNITED KINGDOM
30597847    sky cordova, 136 York Ave, Staten Island, NY 10301-1330
30597859  + skyeler riker, 14703 terryknoll dr, whittier, CA 90604-1309
30597897  + slay slay, 436 oak knoll drive, Manalapan, NJ 07726-3871
30597911  + smrtdeath, c/o APA Agency, 10585 Santa Monica Blvd, Los Angeles, CA 90025-4950
30597919  + sodo slayton, 306 dexter pl, monroe, NC 28110-8093
30597930    sofie PC, 108 Avenue des Ch nes, domaine saint basile, Mougins 6250, FRANCE
30597970    sonya cattanach, 100 Stowe St, Waterbury, VT 05676-1108
30597973    soosig carmen, 6191 Godfrey Rd, Burt, NY 14028-9756
30597991    sophia king, Blackman Parade, Apt. 3, UNANDERRA, NEW SOUTH WALES 2526, AUSTRALIA
30597998  + sophia ringo, 1239 LYMAN AVE, GLENDORA, CA 91740-5231
30598100  + spookyghostboy, 1633 Broadway, New York, NY 10019-6708
30598117    stacey kaufmann, 75 Hudson Ave, Lake Grove, NY 11755-2957
30598280  + stephanie simpson, 339 E School St, Woonsocket, RI 02895-1585
30598327  + stephen markovich, 802 chowning rd, houston, TX 77024-4512
30598350  + stephen tampus, 26623 Macmillan Ranch Rd, Santa Clarita, CA 91387-4037
30598385  + steve wattz, 15954 Jackson Creek Pkwy, #505, Monument, CO 80132-8532
30598388    steven Aceto, 833 SCENIC VIEW CT, ATLANTA, GA 30339-3677
30598545    summer manders, 1325 Holliday Dr, Winder, GA 30680-3328
30598569  + susan ciampaglia, 500 Speedwell Forge Rd, Lititz, PA 17543-9536
30598609    susan wilson, 57 Lee St, Mill Valley, CA 94941-1050
30598619    susie kennedy, 170 Sawbuck St, Camarillo, CA 93010-7599
30598670  + sydney saunders, 26 rutland st, lowell, MA 01851-2315
30598720  + tad hilton, 1401 Cedar St Unit 14, Missoula, MT 59802-3919
30598722  + taelor burg, 5207 33rd ave s, Apt. 210, fargo, ND 58104-7466
30598753  + tamar y eisen, 100 W University Pkwy, Apt. 5G, Baltimore, MD 21210-3503
30598780    tammy seeley, 338 County Route 11 Lot 84, West Monroe, NY 13167-4107
30598811  + tanner stangle, 1467 e saratoga ct, gilbert, AZ 85296-2530
30598888    taylah wind, 9 the circuit, lilydale, VIC 3140, AUSTRALIA
30598944  + taylor l carter, 1898 E Gettysburg Ave, SPC 149, Fresno, CA 93726-0200
30598987    taylor waldo, 5185, birmingham, AL 35243

District/off: 0752-1                         User: admin                                    Page 488 of 507

Date Rcvd: Jan 04, 2024                      Form ID: 309C                                  Total Noticed: 30719

30599027    + tela velazquez, 466 Sabal Trail Circle, Longwood, FL 32779-6127
30599119      tevin tucker, 238 DIAMOND RIDGE BLVD, AUBURNDALE, FL 33823-8602
30599313    + thomas marino, 12 edward st, cohoes, NY 12047-1800
30599354      thomas trujillo, 19 Summit Dr, Wallingford, CT 06492-3951
30599376      tieme vet, Dommelstraat 21, Ulft 7071 VT, NETHERLANDS
30599377      tienne Brisson, 6 rue des roseaux, St-Basile-Le-Grand, QUEBEC J3N 1S9, CANADA
30599443    + tim lebak, 704 Clubhouse Drive SE, Conyers, GA 30094-3714
30599544      titus boege, Servaisstraaye 69, Alfter 53347, GERMANY
30599647      tommy delucia, 12 Gilbert Ave, Hamden, CT 06514-3323
30599673    + tony johnson, 1401 W 85TH AVE, D203, FEDERAL HGTS, CO 80260-4794
30599716      torrence bp, 1721 S 6th St, Brainerd, MN 56401-4351
30599760    + tracy tran, 9405 pentland street, temple city, CA 91780-3843
30599837    + trenton mclearen, 15501 s air depot blvd, oklahoma city, OK 73165-7149
30599836    + trenton mclearen, 161 nuchols st, unit 6757, goodfellow afb, TX 76908-3319
30599909    + trieu huynh, 5553 Wake Reserve Rd, Slidell, LA 70461-6104
30599910    + trin duncan, 509 Mapleleaf Drive, BEL1122-3, Nashville, TN 37210-3719
30599916      trinity evans, 172 Prairie Drive, Akron, OH 44312-1226
30599919    + trinity kunkel, 617 Aspen drive, crawfordsville, IN 47933-2173
30599983      troy raicevich, 4230 Kodiak, Casper, WY 82604-4404
30600005    + tucker burquest, 28 oakville ct, apt. TB, pittsburgh, PA 15220-4334
30600035    + ty mastne, 9125 sw davies rd, beaverton, OR 97008-6788
30600072    + tyler carver, 4105 valley ridge ln, mckinney, TX 75071-5069
30600135    + tyler mccoy, 1907 columbia ave, tyrone, PA 16686-2359
30600191    + tyr smith, 16 Hampton Key Road, Williamsburg, VA 23185-5538
30600205      ubo Oravec, Albinovsk 24, Secovce 078 01, SLOVAKIA
30600273      valerie keating, 4336 Route 82, Millbrook, NY 12545-4506
30600293    + van den Bosch, 656 Woodmont Ave, Berkeley, CA 94708-1234
30600296    + van woods, 816 raymond st, miami beach, FL 33141-2512
30600323    + vaneza motta, 4354 kansas st, apt 7, San Diego, CA 92104-7801
30600350    + veronica frey, 386 Hihn St, Felton, CA 95018-9201
30600351    + veronica fucito, 36393 w el greco, maricopa, AZ 85138-5323
30600430      victoria gutierrez, PO Box 1380, Tecate, CA 91980-1380
30600441      victoria manion, 5200 Grange Hall Rd, Holly, MI 48442-8768
30600466      victoria thymianos, 9866 Raven Wing Canyon Ct, Las Vegas, NV 89183-6315
30600495      vincent Ginguay, 120 boulevard de Magenta, Paris, 75010
30600491    + vincent bufano, 135 cherry tree lane, middletown, NJ 07748-1813
30600580    + vivvy white, 9124 W 49th St, Merriam, KS 66203-1732
30600586      vogl-rene@web.de, Eppenhauser Stra e 4, Hagen, Nordrhein-Westfalen 58093, GERMANY
30600597      waclaw sikora, Jan Evertsenstraat 83-1, Amsterdam 1057 BR, NETHERLANDS
30600611      walt russell, 1910 NW MICHELLE WAY, GRANTS PASS, OR 97526-3321
30600630      warren stickney, 2050 112TH AVE NE, BELLEVUE, WA 98004-2992
30600747      will davis, 19 Hopkins Rd, Pine Mountain, GA 31822-3328
30600775    + william, 200 Round Hill Dr, Yonkers, NY 10710-2450
30600794      william churchill, 7243 River Rock Dr, Davison, MI 48423-2077
30600836    + william melick, 101 nott terrace, Apt. 107, scheenctady, NY 12308-3180
30600917      wouter reedijk, Ganzenstraat 202, Amersfoort, UT 3815 JL, NETHERLANDS
30600940    + wyatt moyer, 16920 SE Laugardia Way, Milwaukie, OR 97267-5750
30600951    + x x, 7821 parral dr, el paso, TX 79915-2114
30601069      yvind Mangersnes, vre Kolstien 35, Bergen, Vestland 5097, NORWAY
30601119    + zach rice, 205 east 26th street s, big stone gap, VA 24219-3705
30601128      zach urbach, 17378 E Adriatic PL Unit 206, Aurora, CO 80013-4192
30601132    + zach webb, 605 patterson still road, thomasville, GA 31792-3919
30601134      zach weston, 74 Thorndike St Apt 4, Cambridge, MA 02141-1723
30601241    + zachary thuemmel, 11563 Fisher ave., Warren, MI 48089-3031
30601304      zane molnar, 15 Harvest Grove Common NE, calgary, ALBERTA T3K 2M6, CANADA
30601309    + zariahtracy.01@gmail.com, 510 S Stewart Creek Cv, WA, UT 84780-3555
30601370    + zoe hessian, 1701 patrick henry drive, Apt. 9407, Blacksburg, VA 24060-3646

TOTAL: 30703

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

District/off: 0752-1                                   User: admin                                        Page 489 of 507
Date Rcvd: Jan 04, 2024                        Form ID: 309C                                     Total Noticed: 30719

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: asilverman@ag-ltd.com | Jan 04 2024 22:28:00 | Adam P. Silverman, Adelman & Gettleman, Ltd., 53 West Jackson Blvd., Suite 1050, Chicago, IL 60604 |
| tr | + EDI: QGBKROL.COM | Jan 05 2024 03:22:00 | Gina B Krol, Cohen & Krol, 105 West Madison St Ste 1100, Chicago, IL 60602-4600 |
| 30569668 | Email/Text: asilverman@ag-ltd.com | Jan 04 2024 22:28:00 | 9, 240 St. Peter Street, Belle River, Ontario, N0R 1A0, CANADA |
| 30573591 | + Email/Text: rmckay@biehlcollects.com | Jan 04 2024 22:29:00 | Biehl & Biehl, Inc., P.O. Box 87410, Carol Stream, IL 60188-7410 |
| 30574662 | + Email/Text: lsmith2@butler.edu | Jan 04 2024 22:29:25 | Butler University, 4600 Sunset Ave, Indianapolis, IN 46208-3487 |
| 30576479 | + Email/Text: megan.harper@phila.gov | Jan 04 2024 22:29:00 | City of Philadelphia, 1401 JFK Blvd, Suite 1380, Philadelphia, PA 19102-1628 |
| 30578457 | + Email/Text: DGF.CREDITAPP@DHL.COM | Jan 04 2024 22:28:00 | DHL, Chicago Lockbox DHL Global Forwarding, 14076 Collections Center Drive, Chicago, IL 60693-0140 |
| 30579118 | + EDI: USBANKARS.COM | Jan 05 2024 03:22:00 | Elan Financial Services, Corporate Payment Systems, PO Box 790428, Saint Louis, MO 63179-0428 |
| 30580383 | Email/Text: accounting@evans-mfg.com | Jan 04 2024 22:29:00 | Evans Manufacturing, PO Box 5669, Garden Grove, CA 92846-0669 |
| 30582468 | + Email/Text: mhopkins@paifashion.com | Jan 04 2024 22:29:00 | Imperial, 1 Paramount Drive, #98, Bourbon, MO 65441-8309 |
| 30591857 | Email/Text: Accounts.Receivable@oregonmetro.gov | Jan 04 2024 22:28:00 | Metro, 600 NE Grand Avenue, Portland, OR 97232 |
| 30592825 | + Email/Text: Laura@morrismagnets.com | Jan 04 2024 22:29:00 | Morris Magnets, 14428 167th Ave SE, Monroe, WA 98272-2915 |
| 30596404 | + Email/Text: credit@ssactivewear.com | Jan 04 2024 22:29:00 | S&S Activewear, 8089 Solutions Center, Chicago, IL 60677-8000 |
| 30599158 | + Email/Text: spotter@magnetllc.com | Jan 04 2024 22:29:00 | The Magnet Group, PO Box 203699, Dallas, TX 75320-3699 |
| 30599729 | + Email/Text: jenniferr@towelspecialties.com | Jan 04 2024 22:29:00 | Towel Specialties, 1200 67th St, Rosedale, MD 21237-2514 |
| 30601348 | Email/Text: accounting@ziplinepromo.com | Jan 04 2024 22:29:00 | Zipline, 741 Vanderperren Way, Green Bay, WI 54304-5336 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30569638 | | #1,,,Brooklyn,NY,11221 |
| 30569639 | | #VALUE! |
| 30569642 | | 104 Halle Drive,,,Kennett Square,Pennsyl |
| 30569643 | | 11-Jul |
| 30569647 | | 15821 Ventura Blvd Suite 370,,,Encino,CA |
| 30569648 | | 16000 Ventura Blvd. Suite 600,,,Encino,C |
| 30569649 | | 19&YOU, Webstore |
| 30569651 | | 3960 Bell Rd. |
| 30569653 | | 4 Darley Rd,,,Great Neck,NY,11021 |
| 30569654 | | 4 Darley Road,,,Great Neck,NY,11021 |
| 30569660 | | 521 Rep. John Lewis Way South,,,Nashvill |
| 30569661 | | 5761 Cleon Avenue,,,North Hollywood,CA,9 |

| 30569667 | 800 S Brand Blvd |
| 30569669 | 9800 THOMPSON RD,,,WEST LIBERTY,OH,43357 |
| 30569674 | A Will Away, Webstore |
| 30569856 | ABC Imaging |
| 30570187 | AEG Presents MD, LLC |
| 30570307 | AIM Smarter |
| 30570352 | AJU HOTEL DTLA LLC |
| 30572470 | APT 607,,,Hermitage,TN,37076 |
| 30573072 | AViVa, Webstore |
| 30569751 | Aaron May, Webstore |
| 30569793 | Aaron West & The Roaring Twenties |
| 30569938 | Acme Display |
| 30570018 | Adam Melchor |
| 30570083 | Addison Grace |
| 30570181 | Advanced Auto |
| 30570210 | AgonyxEcstasy |
| 30570212 | Agraffe's Innovation |
| 30570320 | Ain't Shit Funny/PEAS |
| 30570325 | Air Canada |
| 30570362 | Al Menne |
| 30570365 | Al's Pizza |
| 30570367 | Alabama |
| 30570436 | Ale Araya |
| 30570709 | Alex Wieringa |
| 30570966 | Alibaba.com |
| 30571057 | All Promoted |
| 30571059 | All Things Go, Webstore |
| 30571130 | Allison Ponthier, 505 Hart St. |
| 30571180 | Alstyle |
| 30571181 | Alternative Apparel |
| 30571260 | Ama Lou, Webstore |
| 30571475 | American Coach Limousine |
| 30571478 | Ameritas Life |
| 30572029 | Angel R Fonseca, Calle Sta Lucia Urb Sta Maria, J23, Toa Baja 949, PUERTO RICO |
| 30572211 | Anna Shoemaker |
| 30572304 | Anonymice |
| 30572305 | Another Michael, Webstore |
| 30572310 | Anson Seabra, Webstore |
| 30572439 | Anwar Carrots |
| 30572449 | Apparel Source |
| 30572468 | Apt 101,,,Los Angeles,CA,90048 |
| 30572469 | Apt 3404,,,North Hollywood,CA,91601 |
| 30572492 | Ari Abdul |
| 30572498 | Aria Carbone |
| 30572501 | Aria Salt & Ivy Cafe Patio |
| 30572539 | Ariel Premium Supply Inc. |
| 30572556 | Arizona |
| 30572559 | Arkansas |
| 30572565 | Arlington Printing & Playing Cards Co. |
| 30572573 | Arms Length, Webstore |
| 30572587 | Arrows In Action, Jacob McKay |
| 30572633 | Ashe |
| 30572714 | Ashley Miller |
| 30572726 | Ashley Roboto, Webstore |
| 30572787 | Associated Bank |
| 30572840 | Audible |
| 30572874 | Augusta Caps |
| 30572881 | Aunty Donna |
| 30573126 | BABYGIRL, Hard8/Working Group |
| 30573228 | BBDC LLC |
| 30573764 | BP Gasoline |
| 30574666 | BUZZSUMO |
| 30573125 | Baby Storme, Webstore |

District/off: 0752-1                          User: admin                                Page 491 of 507
Date Rcvd: Jan 04, 2024                       Form ID: 309C                               Total Noticed: 30719

| | |
|---|---|
| 30573127 | Bachelor |
| 30573128 | Backyard Scientist |
| 30573129 | Bad Books |
| 30573166 | BamBams LLC |
| 30573169 | Banaka |
| 30573171 | Bank of America |
| 30573174 | Banshee, Webstore |
| 30573204 | Bartees Strange, Webstore |
| 30573205 | Bartell Hotels |
| 30573225 | Baylen Levine |
| 30573227 | Bazanji, Webstore |
| 30573231 | Be Wicked |
| 30573234 | Beach Bunny |
| 30573239 | Beardageddon, Webstore |
| 30573240 | Bearings, Webstore |
| 30573242 | Beat Frick, Bahnstrasse 65, Schaan, FL 9494, LICHTENSTEIN |
| 30573254 | Beau Young Prince, Webstore |
| 30573277 | Beechfield Brands |
| 30573283 | Bel-Air Athletics |
| 30573293 | Bella Canvas |
| 30573308 | Belmont, Webstore |
| 30573572 | Between Friends |
| 30573574 | Between You & Me |
| 30573589 | Bic Graphic |
| 30573593 | Big Baby Scumbag |
| 30573595 | Big Noise Records |
| 30573596 | Bigfoot Collector's Club |
| 30573621 | Billy Marchiafava, Webstore |
| 30573626 | Bimbo's 365 Club, Inc |
| 30573629 | Birdtalker, Webstore |
| 30573631 | Bishop Briggs |
| 30573632 | Bishop Briggs, Webstore |
| 30573640 | Blackline, Webstore |
| 30573685 | Blake Rose, Webstore |
| 30573707 | Blvnk Headwear, OR |
| 30573735 | BoBoLand, LLC |
| 30573739 | Bodysync, Webstore |
| 30573743 | Bogues, Webstore |
| 30573755 | Booyah! Kids, Webstore |
| 30573760 | Bowls Holdings Philadelphia LLC |
| 30574030 | Brasstracks, Webstore |
| 30574166 | Brennan Savage |
| 30574178 | Brent Faiyaz |
| 30574244 | Brian Bourgeois |
| 30574401 | Bright Black Hole |
| 30574402 | Brighter Promotions |
| 30574498 | Broken Arrow / Merchnade, Webstore |
| 30574542 | Brooklyn Bowl Las Vegas, LLC |
| 30574560 | Bruno Major, Sam Bailey - Harbour Music |
| 30574655 | Bulk Caps |
| 30574661 | Butcher Brown, Webstore |
| 30574665 | BuyingWholesaleApparel |
| 30575460 | CC Studio LA |
| 30575521 | CGTrader |
| 30575547 | CHAI |
| 30575708 | CHARTMETRIC |
| 30576970 | COPYMATIC |
| 30574709 | Cafune, Webstore |
| 30574841 | California |
| 30575012 | Canva |
| 30575016 | Capitol OpCo, LLC |
| 30575018 | Capybara Man |
| 30575033 | Care.com |

District/off: 0752-1                          User: admin                                   Page 492 of 507
Date Rcvd: Jan 04, 2024                   Form ID: 309C                              Total Noticed: 30719

| | |
|---|---|
| 30575125 | Carly Cosgrove |
| 30575139 | Carly Rae Jepsen |
| 30575140 | Carly Rae Jepsen, Webstore |
| 30575179 | Carolina Made |
| 30575281 | Carter Vail |
| 30575390 | Catch Peter |
| 30575444 | Caucasian James, Webstore |
| 30575459 | Cayley Spivey, Webstore |
| 30575483 | Celebrity Memoir Book Club, Webstore |
| 30575506 | CenGage Learning Inc. |
| 30575551 | Chamo Studios |
| 30575579 | Chapel Hart, Webstore |
| 30575619 | Charles River Apparel |
| 30575661 | Charlie Martin, Webstore |
| 30575739 | Chaz Cardigan, Webstore |
| 30575742 | Che Ecru |
| 30575751 | Chelsea Cutler, Webstore |
| 30575792 | Cherry Road Licensing PTE LTD, 182 Cecil Street, 23-02 Frasers Tower, 69547 |
| 30575828 | Chicago Diner |
| 30575830 | Chicken Cock Whiskey |
| 30575832 | Chilluminati, Webstore |
| 30575838 | Chipotle |
| 30575881 | Chloe Tang, Webstore |
| 30576105 | Christian Leave, Webstore |
| 30576477 | Citizen Queen, Webstore |
| 30576540 | Claud, Webstore |
| 30576551 | Clay, Webstore |
| 30576565 | ClearBags |
| 30576585 | Closette 323 |
| 30576586 | CloudFlare |
| 30576592 | Coast Pennant |
| 30576594 | Cobra Caps |
| 30576665 | Cold Climb It |
| 30576801 | Colorado |
| 30576802 | Colorado Clothing |
| 30576831 | Concepts International |
| 30576835 | Connecticut |
| 30576951 | Conor Rayder |
| 30577006 | Corey Thomas |
| 30577038 | Corporate Sourcing Solutions |
| 30577070 | Costco |
| 30577071 | Cotton Heritage |
| 30577131 | Courtship |
| 30577132 | Cousin Stizz, Webstore |
| 30577133 | Covey |
| 30577134 | Cox N Crendor |
| 30577163 | CrankGameplays, Real Good Touring |
| 30577164 | Create Jigsaw Puzzles |
| 30577165 | Creator Clash |
| 30577169 | Crescent Ballroom Phoenix |
| 30577233 | Curb LV Taxi Deluxe |
| 30577235 | Curlfest |
| 30577248 | Curtis Waters |
| 30577256 | Custom Jerseys |
| 30577267 | Cyn, Webstore |
| 30578172 | DDP Worldwide Inc |
| 30578767 | DRAMA |
| 30577313 | Daisy Grenade, Webstore |
| 30577316 | Daisy The Band |
| 30577402 | Damien Haas |
| 30577674 | Daniel Thrasher |
| 30577856 | Dasha |
| 30577858 | Dashlane |

District/off: 0752-1                        User: admin                                          Page 493 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                                        Total Noticed: 30719

| | |
|---|---|
| 30577860 | Daucus Carota Inc. |
| 30578162 | Day Wave, Webstore |
| 30578177 | Dean Blunt / igochopyourdollar |
| 30578202 | Deathpact, Webstore |
| 30578242 | Dee Watkins, Webstore |
| 30578261 | Delaney Bailey |
| 30578281 | Delta Apparel |
| 30578455 | Dhannyell Lukas Belmino Lima, Rua Antonino Fontenele, Apt. 121, Fortaleza, CEARA 60335440, BRA |
| 30578518 | Dickri Aduriz |
| 30578541 | Digital Inspiration |
| 30578542 | Digital Marketing Ins |
| 30578566 | Dino Donlagic, Vinarje110a, Maribor, MARIBOR 2000, SLOVENIA |
| 30578573 | DirecTV |
| 30578578 | Discovery, Webstore |
| 30578579 | Dish Network |
| 30578581 | Dismiss Yourself, Webstore |
| 30578584 | Display Fixture |
| 30578585 | Disq, Webstore |
| 30578586 | Distractible, Webstore |
| 30578587 | District of Columbia |
| 30578590 | Diveliner, Webstore |
| 30578592 | Dizzy Fae, Webstore |
| 30578607 | Dogleg, ATTN: Fred Feldman |
| 30578610 | Dolme1 |
| 30578671 | Don Broco |
| 30578692 | Dongguan HaoHoo Clothing Co., Ltd. |
| 30578700 | Donna Missal |
| 30578719 | Door Dash |
| 30578725 | Dorian Electra |
| 30578809 | Drumsy, Webstore |
| 30578814 | Dump Him, Webstore |
| 30578825 | Duplication CA |
| 30578929 | Dylan Matthew |
| 30578990 | EAZYBAKED, Webstore |
| 30580298 | EV Events Center LLC |
| 30578988 | EasyPost |
| 30579039 | Edmond Webbe, Apartment 16, Union Street Apartments, 24 Union Street, St Helier JE2 3RF, JERSEY |
| 30579102 | Ekali Music Inc., Webstore |
| 30579108 | Elaina Exe |
| 30579132 | Eleanor Mitchell |
| 30579396 | Ella Vos, Webstore |
| 30579439 | Ellie White |
| 30579472 | Elvis Whiskey |
| 30579474 | Elwood Clothing |
| 30579483 | Em Beihold |
| 30579494 | Embrace Presents Ltd. |
| 30579710 | Emily the Engineer |
| 30579956 | Eric Perryman |
| 30580428 | Exceleration Music/Candid |
| 30580429 | Exociety |
| 30580622 | FLY.IO |
| 30580488 | Fantastic Negrito |
| 30580496 | Fast Printing |
| 30580497 | Fast Signs |
| 30580504 | Favorite Gentlemen, Webstore |
| 30580539 | Fennah Store, Webstore |
| 30580559 | Fetch Graphics |
| 30580571 | Fineline Technologies |
| 30580594 | First Avenue Productions, LLC |
| 30580595 | First Empressionz |
| 30580612 | Florian Mathieu, Route de lennik 788, Bruxelles 1070, BELGUIM |
| 30580616 | Florida |
| 30580618 | Flowerkid, Webstore |

District/off: 0752-1                          User: admin                                    Page 494 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                                Total Noticed: 30719

| | |
|---|---|
| 30580626 | FoamWorx |
| 30580629 | For The Fallen Dreams |
| 30580637 | Forth Wanderers, Webstore |
| 30580643 | Fox Academy, Webstore |
| 30580644 | Fox Rental Car |
| 30580645 | Fox Toll |
| 30580646 | Foxing, ATTN: Fred Feldman |
| 30580648 | Foxtrot |
| 30580654 | Franc Moody |
| 30580657 | Frances Forever, Webstore |
| 30580733 | Freddie Gibbs - Alfredo, Webstore |
| 30580735 | Freddie Gibbs - Kane Comics, Webstore |
| 30580734 | Freddie Gibbs - Kane Comics |
| 30580747 | Free Range |
| 30580756 | Frost Children |
| 30580762 | Funtime Presents, LLC. |
| 30581037 | GBM Research.Org |
| 30581422 | GRAMMARLY |
| 30580985 | Gatlin |
| 30581042 | Geese |
| 30581117 | Georgia |
| 30581170 | Geronimo Real Estate Corp. |
| 30581174 | Ghost Protection |
| 30581175 | Gia Margaret |
| 30581213 | Gillioz Center For Arts and Entertainmen |
| 30581238 | Gioli & Assia |
| 30581257 | Girbeagly, Webstore |
| 30581259 | Girl God |
| 30581268 | Github |
| 30581275 | Glendower Ltd |
| 30581291 | Glydezone / Dam Funk, Webstore |
| 30581292 | Go! My Favorite Sports Team, Webstore |
| 30581293 | God Pod, Webstore |
| 30581294 | Godfrey Hotel |
| 30581297 | Goldenvoice LLC |
| 30581298 | Goldlink, Webstore |
| 30581317 | Got It |
| 30581319 | Goth Babe |
| 30581336 | Grace Enger |
| 30581421 | Grainger |
| 30581426 | Grandmaster Recorder |
| 30581427 | Gransmaster Recorder |
| 30581448 | Grayscale, BEST FRIEND SOCIETY, LLC |
| 30581541 | Greywind |
| 30581590 | Gus Johnson, Webstore |
| 30581616 | H M Schmidt Co Inc. |
| 30581916 | HAWK, Webstore |
| 30582147 | HERVENS J BAPTIS |
| 30582180 | HOB Summit MH Corp. |
| 30582181 | HOB Varsity Corp |
| 30582235 | HOOTSUITE |
| 30581691 | Half Waif, Webstore |
| 30581712 | Hamzah The Fantastic / Out of Character |
| 30581721 | Hanes |
| 30581850 | Harmony |
| 30581915 | Hawaii |
| 30581975 | Heart of Gold, Webstore |
| 30582039 | Heavy Metal, Webstore |
| 30582068 | Heiko Stadler, Am Ahornbachel 3, Zwiesel, 94227 |
| 30582095 | Henderson Taxi |
| 30582150 | Hether, Webstore |
| 30582186 | Hojean |
| 30582187 | Hoko, Webstore |

District/off: 0752-1                          User: admin                                    Page 495 of 507
Date Rcvd: Jan 04, 2024                      Form ID: 309C                                Total Noticed: 30719

| | |
|---|---|
| 30582233 | Homesafe, Webstore |
| 30582234 | Hoorae Media |
| 30582245 | Horsegirl, Webstore |
| 30582248 | Hotel Indigo Kansas City |
| 30582259 | Hovvdy, Webstore |
| 30582262 | Howe House Limited |
| 30582267 | Hub Pen Company |
| 30582342 | Hyde Park Summerfest |
| 30582434 | Idaho |
| 30582456 | Illinois |
| 30582458 | Illymation, Webstore |
| 30582469 | Imperial Wholesale |
| 30582473 | In Real Life Music LLC |
| 30582478 | Indiana |
| 30582489 | Ink Technologies |
| 30582492 | Instupendo |
| 30582496 | Intuit |
| 30582501 | Iowa |
| 30582530 | Isaac Dunbar, Webstore |
| 30582671 | Ivy Sole, Webstore |
| 30582697 | J.R. Entertainment Group, LLC |
| 30583169 | JAHMED, Human Re Sources Records LLC |
| 30582831 | Jackie Hayes |
| 30582843 | Jacksfilms |
| 30583223 | Jake Foreman |
| 30583271 | Jake Wesley Rogers |
| 30583349 | James Bradford |
| 30583329 | James and the Shame, Webstore |
| 30583667 | Jany Green, Webstore |
| 30583737 | Jarvis Johnson |
| 30583972 | Jazz Finney |
| 30584354 | Jens De Cuyper, Walter Luytenplein 12, Berlaar 2590, BELGUIM |
| 30584449 | Jerry Paper, Webstore |
| 30584488 | Jesse Cox |
| 30584700 | Jesus Piece, Webstore |
| 30584714 | Jetty Bones, Kelsie Galluzzo |
| 30584716 | Jewel Osco |
| 30584718 | Jhariah, Webstore |
| 30584766 | Jim Cadogan |
| 30584789 | Jimmy Johns |
| 30584826 | Joanna G ga a, Przyszlosci, 5B, azy, Mazowieckie 05-552 |
| 30584891 | Joe Freshgoods Inc. |
| 30584993 | Joey Valence & Brae |
| 30585140 | John Nolan, ATTN: Fred Feldman |
| 30585223 | Johnny Manchild, Webstore |
| 30586006 | JournalBooks |
| 30586022 | Joy Void |
| 30586088 | Jukebox the Ghost, Webstore |
| 30586156 | Julia Remache |
| 30586314 | Justice Williams, Webstore |
| 30586596 | Kaleena Zanders, Webstore |
| 30586644 | Kansas |
| 30586710 | Kari Faux |
| 30586848 | Kate Stephenson |
| 30587186 | Kayzo |
| 30587187 | Kayzo, Webstore |
| 30587189 | Kbethos |
| 30587258 | KeiyaA |
| 30587510 | Kentucky |
| 30587550 | Kevin Atwater |
| 30587569 | Kevin Devine, 79 Main Street |
| 30587674 | Khalifa Kush |
| 30587675 | Khalifa Kush, Webstore |

District/off: 0752-1 User: admin Page 496 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| | |
|---|---|
| 30587685 | Kiana Lede, Webstore |
| 30587692 | Kid Quill |
| 30587738 | Kill Bill |
| 30587801 | Kimberly Johansson |
| 30587848 | Kirby |
| 30587885 | Kississippi, Webstore |
| 30587921 | Kolder Inc. |
| 30587937 | Koolgator |
| 30588043 | Kristiane |
| 30588150 | Kwite, Webstore |
| 30588369 | L2 Brands |
| 30588466 | Larva Chads, Webstore |
| 30588472 | Laufey, Webstore |
| 30588549 | Laura-Anne Vandebos, Molenstraat 116, Everberg Kortenberg, Be, Kortenberg, 03078 |
| 30588733 | Lazy Eye, Webstore |
| 30588796 | Left At London, Webstore |
| 30588923 | Levi Laurence, Nerina Lodge, Marais Lane, Vale, Guernsey, GUERNSEY GY3 5DF, GUERNSEY |
| 30589035 | Licensing Expo 2023 |
| 30589041 | Lil Mariko |
| 30589042 | Lil Mariko, Webstore |
| 30589230 | Linktree |
| 30589240 | Liquid Death |
| 30589317 | Little Mo |
| 30589318 | Little Wise Clothing, Webstore |
| 30589324 | Live Nation Ontario Concerts |
| 30589327 | Live Nation Worldwide Inc. |
| 30589332 | Live Nation Worldwide, Inc. |
| 30589456 | Logic |
| 30589468 | Lolo Zoua |
| 30589537 | Los Angeles Apparel |
| 30589554 | Louis the Child |
| 30589570 | Louisiana |
| 30589574 | Love Police |
| 30589576 | Loveless |
| 30589577 | Lovestock & Leaf |
| 30589658 | Lucidious, Webstore |
| 30589688 | Luis Daniel Lugo Barrios, Calle Obispo Luis Franco Cascon 2, 1C, La Laguna, Santa Cruz de Teneri 38108-00 |
| 30589822 | Luna Aura |
| 30589826 | Luna Li, Webstore |
| 30589857 | Lyn Lapid, Webstore |
| 30590197 | MAINE |
| 30591430 | MC Virgins, Webstore |
| 30591469 | MCMXCV, Webstore |
| 30592399 | MIKE, Webstore |
| 30592627 | MLK Sr. Collaborative |
| 30592848 | MRC Billboard Pro |
| 30592864 | MVNLA Owner LLC |
| 30589903 | Mac Ayres |
| 30589952 | Mad Tsai, Webstore |
| 30589966 | Maddie Dragsbaek, Webstore |
| 30589988 | Madds Buckley, Webstore |
| 30590001 | Made Blanks. |
| 30590052 | Madison Asbury Retail, LLC |
| 30590145 | Magdalena Bay, 6501 Orange St |
| 30590194 | Mailchimp |
| 30590269 | Manda AMSBT, Webstore |
| 30590587 | Mark Ambor |
| 30590622 | Mark Kop i, Ulica Bratov Greifov 26, Apt. 14, Maribor, Pobrezje, 2000, SLOVENIA |
| 30590719 | Martin amanovi, Ulica Crvenog Kri a 6, 5 right stairway, zagreb, GRAD ZAGREB 100000, CROATIA |
| 30590826 | Maryland |
| 30590837 | Masego |
| 30590876 | Masquerade Inc |
| 30590877 | Massachusetts |

| | |
|---|---|
| 30590930 | Matt Hansen |
| 30591001 | Matt Watson |
| 30591108 | Matthew James Wallis, The Barn, Granary Yard, Frogmore Lane, Long Crendon, HP189DZ, UN |
| 30591330 | Max Leone, Webstore |
| 30591429 | Mazie |
| 30591450 | Mckenna Grace, Webstore |
| 30591485 | Media Production Services |
| 30591488 | Meet Me @ The Altar |
| 30591788 | Mellow Fellow |
| 30591813 | Merch Sourcing Limited, Flat/RM A 12/F ZJ 300, 300 Lockhart Rd, Wan Chai |
| 30591875 | Mia Gladstone, Webstore |
| 30591894 | Miami Style |
| 30592169 | Michael Seyer |
| 30592170 | Michael Seyer, Web |
| 30592213 | Michael Weintraub |
| 30592334 | Michigan |
| 30592353 | Mighty WIFI |
| 30592377 | Miha Antauer, Mil inskega 11, Celje, CELJE 3000, SLOVENIA |
| 30592400 | Mike & Joe |
| 30592479 | Milan Pavicevic, Djecevic 35, Podgorica, MONTENEGRO 81000, MONTENEGRO |
| 30592480 | Milanote |
| 30592499 | Milky Chance, Klosterfelder Hauptstr. 27, 16348 Wandlitz |
| 30592514 | Miloe, Webstore |
| 30592518 | Mimi Webb, Webstore |
| 30592527 | Minnesota |
| 30592568 | Mishima-shi Yata (Nishifujimi) 128-19,,, |
| 30592570 | Mission Imprintables, Inc. |
| 30592572 | Mississippi |
| 30592573 | Missouri |
| 30592575 | Mistercap |
| 30592629 | Mob Rich, Webstore |
| 30592631 | Model/Actriz |
| 30592632 | Modern Baseball, Webstore |
| 30592730 | Monotype GMBH |
| 30592736 | Mood Killer, Webstore |
| 30592823 | MorMor, c/o Sprackman Terrence Inc. |
| 30592834 | Motion Array, Artlist LTD, Afikim 1514800 |
| 30593294 | NEWSPAPER CLUB |
| 30593915 | NY Fifth |
| 30592929 | Nala Perica, Pantov ak 51, Zagreb 10000, CROATIA |
| 30593064 | Nate Crocker |
| 30593232 | Navitor |
| 30593244 | Nebraska |
| 30593281 | Nevada |
| 30593288 | New Jersey |
| 30593290 | New Mexico |
| 30593292 | New York |
| 30593408 | Nicholas Owsley |
| 30593595 | Nicole Dollanganger, Webstore |
| 30593645 | Nicolette Ricci |
| 30593669 | Nika Stemberger, Vilharjeva ulica 27, Ilirska Bistrica 6250, SLOVENIA |
| 30593717 | NileRed |
| 30593864 | NoMBe, Webstore |
| 30593892 | North Carolina |
| 30593893 | North Dakota |
| 30593895 | Northeastern Promotions |
| 30593896 | Nosidam the Artist |
| 30593899 | NotSaige, Webstore |
| 30593897 | Nothing Bundt Cakes |
| 30593907 | Now More Than Ever |
| 30593929 | ODIE |
| 30593942 | OLD CITY CANNING CO. |
| 30594090 | OPT OnDemand, Jankovcova 1114/23, 170 00 Praha 7 - Holesovice |

District/off: 0752-1                          User: admin                              Page 498 of 507
Date Rcvd: Jan 04, 2024                    Form ID: 309C                          Total Noticed: 30719

| | |
|---|---|
| 30593923 | ObesetoBeast, Webstore |
| 30593932 | Ogi |
| 30593935 | Ohio |
| 30593938 | Oklahoma |
| 30593940 | Okt Hreinsson, Melabraut 26, Seltjarnarnes, REYKJAVIK 170 |
| 30594057 | Ollie, Webstore |
| 30594087 | Ookay, Webstore |
| 30594095 | Origami Angel, Webstore |
| 30594127 | Otto Mach, Doub, Apt. 2, Doub u, Karlovarsk kraj, 35134, Doub u T eben |
| 30594173 | Paddle.net |
| 30594206 | Pains, Webstore |
| 30594209 | Palm Springs Airport |
| 30594240 | Park City Song Summit |
| 30594362 | Patrick Sprangers, Tramsingel 104, Breda, 04814 |
| 30594487 | Pay Cargo |
| 30594490 | Paypal |
| 30594505 | Peach PRC |
| 30594523 | Penelope Scott, Webstore |
| 30594526 | Pennsylvania |
| 30594544 | Perry Shall |
| 30594577 | Peter McPoland |
| 30594589 | Peter Rosenberg / Real Late, Webstore |
| 30594601 | Petey, Webstore |
| 30594658 | Philip Nobles |
| 30594706 | Pink Pantheress |
| 30594707 | Pink Pantheress, Webstore |
| 30594708 | Pink Pencil |
| 30594717 | Pirates Press |
| 30594718 | Pittsburgh Knights |
| 30594719 | Pixel Grip |
| 30594728 | Pluko |
| 30594735 | Pollstar |
| 30594744 | Porter Airline |
| 30594746 | Postmark |
| 30594749 | Powfu |
| 30594750 | Powfu, Webstore |
| 30594755 | Prepared Blanks. |
| 30594778 | Priscilla Claire Ordonez, 58 Balimbing Drive, Imus, CAVITE 4103, PHILLIPINES |
| 30594784 | Pro Club |
| 30594795 | Proper., Webstore |
| 30594802 | Pub Choir |
| 30594805 | Pyrographics Inc. |
| 30594807 | QCODE, Webstore |
| 30594810 | QR-CODE-GENERATOR.COM |
| 30594811 | QTB, LLC |
| 30594813 | Quality Patches |
| 30594855 | R&R Digital |
| 30594984 | RAD Entertainment Group LLC |
| 30595093 | RAV |
| 30595094 | RAV, Webstore |
| 30596014 | ROSIE, Webstore |
| 30595028 | Raining Rose |
| 30595033 | Ralawise |
| 30595037 | Ralph Castelli |
| 30595046 | Ramon M ller, Steig 18, Kaisten, AG 05082 |
| 30595107 | Ray Charles |
| 30595150 | Real Estate, c/o Trey Many, Wasserman LA, 10900 Wilshire Blvd, LA, California |
| 30595168 | Rebecca Black |
| 30595330 | Reina Scully / Sugoiwear, Reina Scully |
| 30595336 | Relax Lacrosse LLC |
| 30595416 | Rhode Island |
| 30595511 | Richie Woods |
| 30595527 | Ricky Montgomery, Webstore |

District/off: 0752-1                    User: admin                              Page 499 of 507
Date Rcvd: Jan 04, 2024              Form ID: 309C                      Total Noticed: 30719

| | |
|---|---|
| 30595530 | Rico Nasty |
| 30595540 | Rightfield, Webstore |
| 30595608 | Ring |
| 30595614 | Rise Records |
| 30595620 | Rival Entertainment LLC |
| 30595626 | Riverside Pizza |
| 30595634 | Roaming Hunger Catering |
| 30595889 | Rodgers & Hammerstein, 5750 Wilshire Blvd. |
| 30595902 | Roe Kapara |
| 30595926 | Role Model, C/O DWA, A Division of NKSFB, LLC |
| 30595937 | Rome Hero Foxes, Webstore |
| 30595983 | Rosatis Pizza |
| 30596022 | Rosie Tucker |
| 30596087 | Ruby |
| 30596098 | Rue Porter |
| 30596109 | Run River North |
| 30596111 | RushService |
| 30597546 | SHARLEA |
| 30598049 | SP WE ARE SCP |
| 30598166 | STE 205,,,New York,NY,10018 |
| 30598167 | STE 410,,,Encino,CA,91436 |
| 30598513 | STYLES ON DEMAND, INC. |
| 30596456 | Safety Products |
| 30596483 | Salty Phish, Webstore |
| 30596528 | Sam Fischer, Webstore |
| 30596899 | Sarah Brightman |
| 30597062 | Sarcastic Sounds, Webstore |
| 30597083 | Savage Ga$p, Webstore |
| 30597110 | Savant Studios |
| 30597120 | Scene Queen |
| 30597203 | Scribble Showdown, 16000 Ventura Blvd |
| 30597204 | Scuare |
| 30597341 | Secondhand Sound, Webstore |
| 30597347 | Seinfeld2000 |
| 30597348 | Seizure Palace LLC |
| 30597362 | Semler, Webstore |
| 30597451 | Shamrocks |
| 30597494 | Shannon & The Clams, Webstore |
| 30597729 | Shitbats, Webstore |
| 30597734 | Shortly, Webstore |
| 30597772 | Sign Zone Inc. |
| 30597774 | Signs365 |
| 30597823 | Sinjin Drowning, Webstore |
| 30597841 | Skizzy Mars, Webstore |
| 30597846 | Skweezy Jibbs |
| 30597860 | Skyhill |
| 30597899 | Sleeping at Last |
| 30597907 | Smino |
| 30597908 | Smino, Webstore |
| 30597909 | Smith Coronoa |
| 30597913 | Snarls, Webstore |
| 30597948 | SoMo |
| 30597933 | Soft Glas |
| 30597939 | Solid Merch |
| 30597945 | Something in the Water |
| 30597946 | Somewhere International |
| 30598044 | SossHouse, Webstore |
| 30598045 | Sound & Fury, Warrenville, IL |
| 30598046 | South Carolina |
| 30598047 | South Dakota |
| 30598048 | Southwest Airlines |
| 30598050 | Spacey Jane |
| 30598056 | Speedway |

District/off: 0752-1                         User: admin                              Page 500 of 507
Date Rcvd: Jan 04, 2024                    Form ID: 309C                           Total Noticed: 30719

| | |
|---|---|
| 30598101 | Sports, Webstore |
| 30598103 | Sports Template |
| 30598146 | Stamps.com |
| 30598148 | Standards |
| 30598159 | Starbucks |
| 30598161 | State Champs, 330 W 38th St |
| 30598162 | State Sales Tax |
| 30598165 | Stay in the Light, Webstore |
| 30598479 | StickerApp |
| 30598485 | Stitch King |
| 30598493 | Store Supply Warehouse |
| 30598515 | Su Lee |
| 30598518 | Sudan Archives |
| 30598525 | Suite 202,,,Glendale,CA,91204 |
| 30598526 | Suite 308,,,Port Washington,NY,11050 |
| 30598527 | Suite 450,,,Los Angeles,CA,90036 |
| 30598555 | Sunflower Bean |
| 30598617 | Sushi Pirate |
| 30598668 | Sydney Rose, Webstore |
| 30598682 | Sylas Chapin |
| 30598686 | Sylvia M Bawden |
| 30599234 | THNKS |
| 30599696 | TOPI |
| 30600013 | TUESDAY, Webstore |
| 30598719 | Tablecloths Factory |
| 30598731 | Take This To Heart Records |
| 30598747 | Tall Heights, Webstore |
| 30598879 | Tattoo MFG |
| 30598884 | TaxJar |
| 30598922 | Taylor Gang |
| 30599028 | Tempo-Jay-Timenet Ind. |
| 30599030 | Tennessee |
| 30599032 | Tenorshare Co. LTD |
| 30599116 | Test Tallie Vendor |
| 30599121 | Texas |
| 30599129 | The All Access Agency LLC |
| 30599135 | The BLSSM, Webstore |
| 30599131 | The Basement East, LP |
| 30599133 | The Belt Wholesale |
| 30599139 | The Church |
| 30599140 | The Collection, Webstore |
| 30599147 | The Gavel Company |
| 30599148 | The Granada |
| 30599150 | The Hat Depot |
| 30599152 | The Honeysticks, Webstore |
| 30599155 | The Ivy, Webstore |
| 30599156 | The Kount, Koal Harrison |
| 30599159 | The Majestic Theatre |
| 30599162 | The Moth and the Flame, Webstore |
| 30599165 | The Obsessives, Webstore |
| 30599167 | The Orchard |
| 30599173 | The Pocket Report |
| 30599181 | The Spill Canvas, Webstore |
| 30599184 | The Struts, Webstore |
| 30599186 | The Sundrop Garden |
| 30599187 | The Technicolors, Webstore |
| 30599188 | The Time Is Now |
| 30599189 | The Walters |
| 30599191 | The Workroom LA Thread |
| 30599226 | Thermprint |
| 30599228 | They, Webstore |
| 30599319 | Thomas Minogue, 45 the Fairways, Monaleen, LIMERICK V94KD5D, Limerick V94KD5D |
| 30599379 | Tierra Whack, Webstore |

District/off: 0752-1                          User: admin                                   Page 501 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                              Total Noticed: 30719

| | |
|---|---|
| 30599422 | Tillary |
| 30599468 | Timeplanner Calendars |
| 30599593 | Toledo, Webstore |
| 30599632 | Tom The Mail Man |
| 30599641 | Tomato Anus |
| 30599649 | Tommy Genesis, David Weise & Associates |
| 30599688 | Tony's Mobile Repairs |
| 30599724 | Tote Bag Factory |
| 30599728 | Towel Hub |
| 30599766 | Trainual |
| 30599768 | Transit Matters |
| 30599771 | Trash Taste |
| 30599772 | Trash Taste (Moment House) |
| 30599817 | Treasure Island Hotel |
| 30599819 | Trello |
| 30600023 | Twin Video, Webstore |
| 30600025 | Two Feet, Webstore |
| 30600026 | Two Men And A Truck |
| 30600027 | Twomad, 54516 Fair Ave |
| 30600204 | UAL INFLT WIFI |
| 30600233 | UPSAHL, Webstore |
| 30600243 | USPS Stamps Endicia |
| 30600218 | Una Popovic, Sime Miljusa 10, Apt. 17, 5th floor, Belgrade 11000, SERBIA |
| 30600217 | Una Popovic, Diljska 19, 17, 5th floor, Belgrade, Belgrade, 11000, SERBIA |
| 30600220 | Uniqlo Co. Ltd. |
| 30600225 | Universatile Music, Inc |
| 30600228 | Upgrade Production GR |
| 30600230 | Uprinting |
| 30600236 | Urgent Recruiting |
| 30600245 | Utah |
| 30600585 | VOCAL VIDEO |
| 30600280 | Valerie Ponzio |
| 30600291 | Value Select |
| 30600302 | Vandoliers |
| 30600337 | Veeti Nurmi, Inteckningsv gen 56, lgh 1001, stockholm,, h gersten 129 31 |
| 30600347 | Vermont |
| 30600372 | Viasat |
| 30600473 | Video Game High School |
| 30600546 | Virginia |
| 30600565 | Vista Visions |
| 30600885 | WILLIS, Webstore |
| 30600596 | Wabie |
| 30600622 | Warehouse Live |
| 30600623 | Wargasm |
| 30600625 | Warner Music UK Ltd |
| 30600633 | Washington |
| 30600634 | Washington State Department of Revenue |
| 30600639 | Wayfair |
| 30600649 | Weird Lil Guys, Webstore |
| 30600651 | Wellsucceed Embroidery Limited, 7/F, GOOD FIT COMMERCIAL BUILDING, 7 FLEMING ROAD, WAN CHAI |
| 30600674 | Wesley Bertolo, 288 Braemore Cres, Garson |
| 30600687 | West Jet Air |
| 30600688 | West Virginia |
| 30600718 | Why Bother |
| 30600719 | Why Not |
| 30600727 | Wilcom |
| 30600728 | Wild Halo, Webstore |
| 30600845 | William Osman, Webstore |
| 30600896 | Wilson Cleaners |
| 30600901 | Wing Tip, Webstore |
| 30600909 | Wisconsin |
| 30600910 | Wiz Khalifa |
| 30600914 | Women and Weapons, Webstore |

District/off: 0752-1 User: admin Page 502 of 507
Date Rcvd: Jan 04, 2024 Form ID: 309C Total Noticed: 30719

| 30600920 | | Wrabel, Webstore |
| 30600927 | | Wristband Wholesale.Com |
| 30600931 | | Wunderlabel |
| 30600948 | | Wyoming |
| 30600950 | | X Ambassadors, c/o Geoff Meall, Wasserman |
| 30600986 | | XIE |
| 30600987 | | XLHC, Webstore |
| 30600967 | | Xavier Ceballos |
| 30600972 | | Xavier Omar, Webstore |
| 30601024 | | YES STYLE |
| 30601034 | | YM CAREERS |
| 30601035 | | YMLP |
| 30601041 | | YOLK GANG, Webstore |
| 30601001 | | Yamm |
| 30601019 | | Yeek, Webstore |
| 30601045 | | Yours Truly |
| 30601253 | | Zack Cokas, Webstore |
| 30601411 | | Zoogee |
| 30575175 | | carolesdaughter |
| 30578168 | | daysormay |
| 30578175 | | deadAir, Webstore |
| 30578572 | | dippedinpoison, Webstore |
| 30580936 | | garrett brands |
| 30588351 | | kyootbot, Webstore |
| 30589098 | | lilspirit, Webstore |
| 30589910 | | machineheart, Webstore |
| 30593898 | | nothing, nowhere |
| 30596441 | | sadeyes, Webstore |
| 30597392 | | serpentwithfeet, Webstore |
| 30598521 | | sudo minoru, yanagikubo2-6-4viewhime1102, higashikurumecity, Tokyo 203-0044 |
| 30599592 | | toggl.com |
| 30600983 | | xglypretty |
| 30569698 | * | Aaron Benzing, 414 FRORER AVE, LINCOLN, IL 62656-3046 |
| 30569755 | * | Aaron Merkley, 809 W Simpson Ave, Montesano, WA 98563-1517 |
| 30569911 | *+ | Abigail Steuart, 4209 Grove Avenue, Apt 10, Richmond, VA 23221-1949 |
| 30570066 | * | Adam Wellin, Box 186, Behchoko, NT X0E 0Y0, CANADA |
| 30570901 | *+ | Alexis Beltran, 13386 Ivy Ave, Apt A, Fontana, CA 92335-2910 |
| 30571086 | *+ | Allie Kane, 758 W TRACY ST, Springfield, MO 65807-2544 |
| 30571222 | * | Alyssa Hary, 2050 VOGEL RD, EVANSVILLE, IN 47711-4862 |
| 30571359 | * | Amanda Royer, 10241 Princess Sarit Way, Santee, CA 92071-5704 |
| 30572615 | * | Arun Kumar, 9 Avon Street, Coventry, ENGLAND CV2 3GJ, UNITED KINGDOM |
| 30572934 | *+ | Austin Kast, 5562 Galway Drive, Waunakee, WI 53597-9100 |
| 30573498 | * | Berend Hoeflaken, Vergtweg 8, Zaltbommel, GELDERLAND 5301TG, NETHERLANDS |
| 30573737 | * | Bocharov, 2237 81ST ST APT GF, BROOKLYN, NY 11214-2036 |
| 30573749 | * | Bonnie Fuller, 2399 Southview Dr SE, Apt. 401, Medicine Hat, ALBERTA T1B1R1, CANADA |
| 30574327 | * | Brian Zarotny, 270 Knollwood Way, Manchester, NH 03102-7802 |
| 30574467 | *+ | Brittany Smith, 12005 Rotherham Drive, Austin, TX 78753-6843 |
| 30574508 | * | Brooke Bond, 9803 Azure Lake Dr, Magnolia, TX 77354-6925 |
| 30574588 | *+ | Bryan Noyes, 152 Clark Rd, Patten, ME 04765-3148 |
| 30574616 | *+ | Bryce C Hurd, 2561 woodside dr, Duluth, GA 30096-5204 |
| 30574700 | *+ | Caden Turcotte, 18 Park Avenue, Wethersfield, CT 06109-1629 |
| 30574770 | *+ | Cale McCombs, 2707 Rocksbury Drive, Bloomington, IL 61705-6513 |
| 30574789 | *+ | Caleb Eng, 2330 EP True pkwy, Apt. 34, West Des Moines, IA 50265-7032 |
| 30574960 | * | Cameron Yon, 2537 Pine St, Granite City, IL 62040-2964 |
| 30575078 | * | Carli Strandberg, 3736 Morningside Dr, Fairfax, VA 22031-3318 |
| 30575270 | *+ | Carter Crofts, 12012 114th ave e, Apt. 2, Puyallup, WA 98374-2869 |
| 30575465 | * | Cecelia McDermott, 500 E RANDALL ST, APPLETON, WI 54911-3734 |
| 30575647 | * | Charlie Dorsey, 756 Walnut St, Lawrence, KS 66044-5532 |
| 30576120 | * | Christian Penton, 10215 95 St NW, Apt. 1508, Edmonton, ALBERTA T5H0X1, CANADA |
| 30576204 | * | Christine Billett, 113 E Penn St, Pasadena, CA 91103-1829 |
| 30576486 | *+ | Claire Alison Sangster, 1419 West Superior Street,, Apt 3F, Chicago, IL 60642-7306 |
| 30576732 | * | Colin Jordan, 1378 Aspen Dr, Anderson, CA 96007-4003 |
| 30576739 | * | Colin Leonard, 7828 Breckon Way, Raleigh, NC 27615-5802 |

District/off: 0752-1                          User: admin                          Page 503 of 507
Date Rcvd: Jan 04, 2024                     Form ID: 309C                        Total Noticed: 30719

| 30576829 | * | Con Con, 2716 N River Rd, Waterford, WI 53185-5077 |
| 30577197 | * | Cristine Buenaobra, 527 Bowman Ave, Winnipeg, MANITOBA R2K1P7, CANADA |
| 30577302 | *+ | Dahlia Haqq, 340 E Wilson Street, Milwaukee, WI 53207-1509 |
| 30577437 | *+ | Dan Mason, 551 E Cypress Ave, APT 103, BURBANK, CA 91501-3273 |
| 30577490 | *+ | Dani Maggio, 1301 Allwardt Street, 1E, Watertown, WI 53098-3385 |
| 30577685 | *+ | Daniel W Minch, 7425 ruby drive sw, apt B1, Lakewood, WA 98498-5056 |
| 30577761 | * | Danni Wulf, 10346 Park Meadows Dr Apt 2116, Lone Tree, CO 80124-6872 |
| 30577949 | * | David Frijouf, 504 N EXCELDA AVE, TAMPA, FL 33609-1622 |
| 30577966 | * | David Hicks, 1199 Whitney Ave Apt 105, Hamden, CT 06517-2804 |
| 30578140 | *+ | Dawn Kent, 35 Beverly Rd, West Caldwell, NJ 07006-6501 |
| 30578376 | * | Desiree Toeller, 1609 CRATER LAKE AVE, MILPITAS, CA 95035-6527 |
| 30578770 | * | Draven Vigil, 601 Cherry Ln, Prosser, WA 99350-1545 |
| 30578787 | * | Drew Maldonado, 22 Sellas Rd N, Ladera Ranch, CA 92694-0705 |
| 30578870 | * | Dwight Bejec, 2582 WARM SPRINGS LN, NAPERVILLE, IL 60564-8400 |
| 30579046 | * | Eduardo Alejandre, 6920 Vesper Ave Apt 8, Van Nuys, CA 91405-3955 |
| 30579316 | * | Elizabeth Johnson, 829 S WABASH AVE APT 906, CHICAGO, IL 60605-2112 |
| 30579553 | * | Emily Brochu, 52 Kaylyns Way, South Burlington, VT 05403-6832 |
| 30579651 | *+ | Emily Murray, 2 Wyman St Apt 2, Rye Brook, NY 10573-3428 |
| 30579918 | *+ | Eric Du, 41 Graniteville Road, Chelmsford, MA 01824-1204 |
| 30580207 | *+ | Ethan Barber, 1603 York Ave, 1B, NY, NY 10028-6244 |
| 30580351 | *+ | Evan Noce, 2630 Bissonnet Street, Apt. 4137, Houston, TX 77005-1384 |
| 30580357 | *+ | Evan Philpott, 10032 Edmonds Way, Apt. 321, Edmonds, WA 98020-5150 |
| 30580530 | *+ | Felipe Loyola, 1944 E Loyola Dr, Tempe, AZ 85282-2857 |
| 30580870 | * | Gabriella McMurtrey, 3829 RENTCHLER STATION RD, BELLEVILLE, IL 62221-7325 |
| 30580998 | * | Gavin Chalmers, 2473 NC 7460, Deer, AR 72628-5051 |
| 30581003 | * | Gavin Curby, 6605 FALLING STAR DR, LOUISVILLE, KY 40272-3607 |
| 30581599 | *+ | Guy Williams, 7 Oxford Dr, Jacksonville, NC 28546-5408 |
| 30581660 | * | Haley Anderson, PO Box 2441, Columbia Falls, MT 59912-2441 |
| 30581849 | * | Harmen Nuku, 30 Guinivere Way, Camillo, WESTERN AUSTRALIA 6111, AUSTRALIA |
| 30582024 | * | Heather Rogers, 4850 SW 11TH ST APT 109, GRESHAM, OR 97080-7312 |
| 30582307 | *+ | Hunter Jimenez, 2696 San Marino St., Los Angeles, CA 90006-1846 |
| 30582398 | *+ | Ian Misegades, 14708 SW beard rd, Apt. 226, Beaverton, OR 97007-6235 |
| 30582808 | * | Jack Trombley, 140 Millstone Manor Ct, Woodstock, GA 30188-6131 |
| 30582816 | *+ | Jack Weaver, 3390 Stratford Rd NE, Apt. 1915, Atlanta, GA 30326-1781 |
| 30583082 | *+ | Jacob Tracey, 8320 Colesville Road, Apt. 105, Silver Spring, MD 20910-6364 |
| 30583116 | *+ | Jacquie Krajnik, 103 Shenandoah Road, Buffalo, NY 14220-2528 |
| 30583386 | *+ | James Feeney, 2407 Glen Morris Road, Carrollton, TX 75007-2016 |
| 30584047 | * | Jeff Short, 2714 PIPER DR, ATLANTA, GA 30331-1103 |
| 30584160 | *+ | Jenna Waldron, 431 N Oak Ave, Clifton Heights, PA 19018-1213 |
| 30584290 | * | Jennifer Petersen, 447 Longley Rd, Groton, MA 01450-1057 |
| 30584375 | * | Jeremy Bates, 1917 Felton St, San Diego, CA 92102-1231 |
| 30584412 | *+ | Jeremy Nowakowski, 103 W Linden St, rome, NY 13440-3427 |
| 30585098 | * | John Kemp, 1030 BREAKER LN, JOHNS ISLAND, SC 29455-7192 |
| 30585439 | *+ | Jordan Aranda, 704 8th Street, Baraboo, WI 53913-1717 |
| 30585450 | * | Jordan Brist, 520 Fairview Ave, Missoula, MT 59801-8059 |
| 30585503 | * | Jordan Meredith, 2102 Round Lake Dr, Houston, TX 77077-6127 |
| 30585609 | *+ | Jose Luis Torres, 3472 NYELAND AVE, Oxnard, CA 93036-8821 |
| 30585740 | *+ | Joseph Schlote, 5205 Highway Nn, Catawissa, MO 63015-2412 |
| 30585746 | *+ | Joseph Spiezio, 4142 Shelley Drive, North Olmsted, OH 44070-1948 |
| 30585945 | *+ | Joshua R Brofford, 3183 Cedar Grove Pl S, Grove City, OH 43123-2258 |
| 30586123 | * | Julia Gonzalez, 611 Reeves Ln, Kennedale, TX 76060-2625 |
| 30586105 | * | Julia berke, 41 WELLINGTON RD, LOCUST VALLEY, NY 11560-2415 |
| 30586287 | *+ | Juliette Zavala, 917 Woodlark Dr, Indianapolis, IN 46229-2871 |
| 30586743 | *+ | Karl Askins, 2100 Lake Circle Drive, Apt B, Lima, OH 45801-5517 |
| 30587015 | * | Katie Marks, 188 Rama St, Taunton, MA 02780-5125 |
| 30587135 | *+ | Kayla Shoemaker, 529 wildwood dr, Sedro Woolley, WA 98284-9529 |
| 30587306 | * | Kelly Blaine, 5974 COURSE DR, WESTERVILLE, OH 43081-8071 |
| 30587336 | *+ | Kelly King, 3712 Chaffee Cir, Anchorage, AK 99517-2311 |
| 30587451 | * | Kenedy Ables, 698 N 650 E, Springville, UT 84663-3103 |
| 30587516 | * | Kenzie Jepperson, 531 W 179th St Apt 32, NY, NY 10033-5745 |
| 30588219 | * | Kyle Griffin, 16 Eastview Ave, Brewster, NY 10509-1227 |
| 30588622 | *+ | Lauren King Watt, 1448 Hilyard st, Unit 6, Eugene, OR 97401-4653 |
| 30588702 | *+ | Lauson Cook, 216 martin dr, Wylie, TX 75098-4845 |

| | | |
|---|---|---|
| 30589790 | * | Luke Meduna, PO Box 157, Stanley, ND 58784-0157 |
| 30589949 | * | Macy Risch, 184 Bay Circle Dr, Holland, MI 49424-6606 |
| 30590401 | * | Margaret Purcell, 302 Dailey Rd, Crockett, TX 75835-6590 |
| 30590775 | * | Mary Grace Schmid, 8655 E Jefferson Ave Apt 1, Detroit, MI 48214-2762 |
| 30590891 | *+ | Mathew Hudnell, 61 e Henderson rd, Apt B, Columbus, OH 43214-2710 |
| 30590956 | *+ | Matt Lindblom, 421 n broad st, Mankato, MN 56001-3420 |
| 30591016 | * | Matthew Alfeld, 3924 Taylor St Apt 66, Fort Wayne, IN 46804-1945 |
| 30591133 | * | Matthew Langston, 375 WHITE COTTAGE RD S, ANGWIN, CA 94508-9633 |
| 30591363 | * | Maxime Lagneaux, 08, Chemin des trois arbres, Ham-Sur-Heure, HAINAUT 6120, BELGIUM |
| 30591393 | * | Maxwell Meserve, 223 HARVARD ST, SPRINGFIELD, VT 05156-2539 |
| 30591445 | *+ | McKayla Holson, 1211 High St, Waynoka, OK 73860-2509 |
| 30591592 | *+ | Megan Steltz, 705 Fessey Park Road, Unit 401, Berry Hill, TN 37204-3259 |
| 30591913 | *+ | Micah Trippett, 533 Adams St, Owosso, MI 48867-2241 |
| 30591927 | * | Michael Alberts, 546 Westwood Ln, Chaska, MN 55318-1429 |
| 30591975 | * | Michael Chase, 15 TERRA CT, CRANSTON, RI 02920-4374 |
| 30591988 | *+ | Michael Crisafulli, 145 West Albany St, Oswego, NY 13126-1913 |
| 30591999 | * | Michael DeGroff-Kirchgraber, 6717 Portola Dr, El Cerrito, CA 94530-2601 |
| 30592042 | *+ | Michael Henrikson, 1908 Juneau Drive, Anchorage, AK 99501-5619 |
| 30592089 | *+ | Michael Martinez, 315 N Carol Dr, Anaheim, CA 92801-5348 |
| 30592230 | * | Michaela Kersey, 11524 SAGEWOOD LN, PARKER, CO 80138-7177 |
| 30592229 | *+ | Michaela Kersey, 11524 Sagewood Ln, Parker, CO 80138-7177 |
| 30592566 | *+ | Misael Castillo, 915 N 47th St, Fort Smith, AR 72903-1230 |
| 30592636 | * | Moe Brown, 1325 Washington Ave, Oshkosh, WI 54901-5359 |
| 30592661 | * | Molly Burgess, 14 Lowfield, Retford, ENGLAND DN22 7QP, UNITED KINGDOM |
| 30592862 | *+ | Mutemath Inc., 324 West St., Mandeville, LA 70448-4929 |
| 30593129 | * | Nathan Higgs, 37 Romani Parade, Matraville, Sydney, NEW SOUTH WALES 2036, AUSTRALIA |
| 30593266 | *+ | Nelson Alfaro, 2630 Orchard St Space 38, Soquel, CA 95073-2674 |
| 30593345 | * | Nicholas Daniels, 20336 State Route 12, Fostoria, OH 44830-9693 |
| 30593485 | *+ | Nick Ignoffo, 5209 Bear Corn Run, Port Orange,, FL 32128-7533 |
| 30593614 | * | Nicole Kinnaird, 5152 CREEKHOLLOW WAY, ROSEVILLE, CA 95747-4851 |
| 30593659 | *+ | Nigel Doty, 825 N High st., Hartford City, IN 47348-1737 |
| 30593686 | *+ | Nikki Heredia, 6242 Warner Ave, Apt 17A, Huntington Beach, CA 92647-5169 |
| 30593955 | * | Olive Hooper, 1/74 Lamington Ave, Unit, Lutwyche, Queensland, 4030, AUSTRALIA |
| 30595516 | *+ | Rick Logue, 257 Iris Trail Drive, Galloway, OH 43119-8356 |
| 30595861 | * | Robin Scoggins, 118 Village Dr, Lewisville, TX 75067-5237 |
| 30596095 | *+ | Rudy Gaucin, 2510 Warwick Avenue, Fort Worth, TX 76106-7558 |
| 30596145 | * | Ryan Ashman, 387 KENT CORNWALL RD, KENT, CT 06757-1206 |
| 30596158 | *+ | Ryan Brantigan, 9 Ashcroft St, Wynantskill, NY 12198-7503 |
| 30596260 | *+ | Ryan Martin, 2230 Albatross St, Apt 8, San Diego, CA 92101-1832 |
| 30596267 | * | Ryan McCorkindale, 23 Woodview Street, Browns Plains, QUEENSLAND 4118, AUSTRALIA |
| 30596286 | *+ | Ryan Nelson, 8634 Meadowbrook dr, Pensacola, FL 32514-5625 |
| 30596422 | *+ | Sabrina Bykowski, 1765 Campbell Ives Dr, Lawrenceville, GA 30045-2306 |
| 30596760 | * | Samuel O'Brien, 3, Cowper place, Barden ridge, NEW SOUTH WALES 2234, AUSTRALIA |
| 30597478 | * | Shane Leslie Jr., 345 Limeridge Rd. West, Unit P1, Hamilton, ONTARIO L9C 7C9, CANADA |
| 30597636 | * | Sheila Eichelberger, 1308 FARM RIDGE CT, WAXHAW, NC 28173-7889 |
| 30597706 | *+ | Sherron Rogers, 1125 E 10th Street, Indianapolis, IN 46202-3728 |
| 30597799 | * | Simon Matteson, 9688 Eisenbrandt Ave, Findlay, OH 45840-1664 |
| 30598263 | * | Stephanie Miranda-Salinas, 3013 W Logan Blvd Apt 2, Chicago, IL 60647-1799 |
| 30598413 | *+ | Steven Garfield, 731 W. 158th St, Gardena, CA 90247-4503 |
| 30598869 | * | Tate Garrison, 935 Scott St, Muscatine, IA 52761-4643 |
| 30598911 | *+ | Taylor Blevins, 8 Lakeview Dr, Clarksville, IN 47129-1601 |
| 30599305 | *+ | Thomas Kelly, 4120 Maricarr Dr., Dayton, OH 45429-3206 |
| 30599311 | * | Thomas Long, 118/1 Mulyan Street, Rouse Hill, NEW SOUTH WALES 2155, AUSTRALIA |
| 30599780 | * | Travis Beagles, 260 NW Golden Hills Dr Spc 65, Pullman, WA 99163-9770 |
| 30599804 | *+ | Travis Paradise, 39 Kingston Rd, Plaistow, NH 03865-2215 |
| 30599902 | * | Treyvon Hardin, 7092 Mirabelle Dr, Jacksonville, FL 32258-8465 |
| 30600439 | *+ | Victoria Laynas, 114 N Park Rd, Newtown, PA 18940-1183 |
| 30600511 | * | Vincent Meduna, PO Box 157, Stanley, ND 58784-0157 |
| 30600745 | *+ | Will Combs, 2107 Indian Crest Dr, Pelham, AL 35124-3784 |
| 30600821 | * | William Heath, 41 Waitoa Road, Hataitai, Wellington 6021, NEW ZEALAND |
| 30600852 | * | William Peel, 91118 Denham Rd, Sturgeon Lake, MN 55783-3413 |
| 30600876 | *+ | William Thompson, 1440 Laurel Meadows Drive, Bartow, FL 33830-6886 |
| 30601107 | * | Zach Hudkins, 5029 City St Apt 1827, Orlando, FL 32839-4545 |

| 30601222 | * | Zachary Ring, 8944 LANGWOOD DR APT 103, RALEIGH, NC 27613-5292 |
| 30577547 | * | daniel E, 409 Oakdale Ave, East Palo Alto, CA 94303-1546 |
| 30587032 | * | katie snell, 522 Superior St, Sandusky, OH 44870-1816 |
| 30572446 | ##+ | APB Accessories, PO Box 648, Mauldin, SC 29662-0648 |
| 30569747 | ##+ | Aaron Lopez, 905 west Doyle st, Granbury, TX 76048-1938 |
| 30569838 | ## | Abby Larson, 4124 S Orchard Dr, North Salt Lake, UT 84054-3155 |
| 30570251 | ##+ | Aidan McCay, 103 Arbor Road, Churchville, PA 18966-1083 |
| 30570537 | ## | Alex Cameron, 40 Burntmill Cir, Oceanport, NJ 07757-1059 |
| 30570650 | ##+ | Alex Moore, 339 Greenwood Drive, Biloxi, MS 39531-3011 |
| 30571033 | ##+ | Alison Sanders, 1509 N Meadowbrook Dr., Robinson, IL 62454-2527 |
| 30571480 | ##+ | Amie Green, 5158 Monica Street, West Richland, WA 99353-6085 |
| 30571652 | ##+ | Andie Clifton, 13921 Monterra Ave, Fontana, CA 92337-0647 |
| 30571766 | ##+ | Andrew Bouknight, 386 Mesa Rd, Madison, WI 53593-8372 |
| 30571914 | ## | Andrew Reed, 503 Farnum St, Beverly, NJ 08010-1305 |
| 30572012 | ##+ | Angel Bowers, 181 Cherokee Circle, Madisonville, TN 37354-6015 |
| 30572046 | ##+ | Angela Dirks, 4323 Fyler Ave,, Saint Louis, MO 63116-1801 |
| 30572177 | ## | Anna Gonzalez, 14251 Carriage Sta, Lockport, IL 60441-5066 |
| 30572312 | ##+ | Anthis Promotion LLC, 1626 Harvard Dr., Madison Heights, MI 48071-3074 |
| 30572479 | ##+ | Arch Printing, 710 Morton Ave, Suite N, Aurora, IL 60506-2817 |
| 30572489 | ##+ | Ares Sportswear, 3704 Lacon Rd, Hilliard, OH 43026-1207 |
| 30572619 | ##+ | As Colour, 1450 Charles Willard Street, Carson, CA 90746-4010 |
| 30572772 | ## | Ashton Thomas, 8141 Nathan Ave, Norfolk, VA 23518-2235 |
| 30572915 | ##+ | Austin Enright, 5304 Main Street, Apt 3, Lexington, MI 48450-9236 |
| 30573062 | ##+ | Avery Strickland, 105 River Way, Brunswick, GA 31520-1365 |
| 30573495 | ##+ | Bent Knee, Attn: Courtney Swain, 38 John Street - Floor 2, East Providence, RI 02914-4548 |
| 30573594 | ##+ | Big Box Promo, 647 Lofstrand Ln, Ste F, Rockville, MD 20850-1582 |
| 30574104 | ## | Brendan Bohld, 680 High St, Hanson, MA 02341-1640 |
| 30574305 | ## | Brian Pramberger, 173 Knickerbocker Ave Apt 3B, Brooklyn, NY 11237-2795 |
| 30574391 | ## | Bridgette Jeffries, 2505 Monterrey Rd NE, Rio Rancho, NM 87144-5600 |
| 30574928 | ##+ | Cameron Nelson, 1514 Hillside Forest Dr., Sugar Land, TX 77479-6408 |
| 30574939 | ##+ | Cameron Robert Johnson, 1612 Mulberry Street, Dakota City, NE 68731-5079 |
| 30576803 | ##+ | Colortone, 226 NW 4th Ave., Hallandale Beach, FL 33009-4015 |
| 30578342 | ##+ | Derek Horton, 840 Otis Ct., Red Bluff, CA 96080-4415 |
| 30578369 | ##+ | Desiree Broda, 13230 Jeddo Rd, Brockway, MI 48097-2310 |
| 30578463 | ##+ | Diamondback Branding LLC, 5812 Trade Center Dr, #300, Austin, TX 78744-1374 |
| 30578991 | ##+ | Ebbets Field Flannels, Inc., 1723 1st Ave. South, Seattle, WA 98134-1403 |
| 30579074 | ##+ | Edward parra, 6719 n 26th ave, Phoenix, AZ 85017-1308 |
| 30579783 | ##+ | Emma M Steiner, 2222 E 5th Street, Bloomington, IN 47408-4162 |
| 30579878 | ##+ | Envision Apparel, 5332 Harbor St, Commerce, CA 90040-3927 |
| 30579957 | ##+ | Eric Peterson, 3813 Brevard Dt, South Chesterfield, VA 23834-1663 |
| 30580379 | ##+ | Evangelina Carmosino, 5626 Autumn Creek Drive, Knoxville, TN 37924-3134 |
| 30580485 | ##+ | Famous Victory, LLC, 400 Ashland Ave, River Forest, IL 60305-1823 |
| 30580623 | ##+ | Flying Colors Imprinting, 19500 Allen Rd, Melvindale, MI 48122-1622 |
| 30581974 | ##+ | Healy, c/o Ethan Healy, 907 Maltman Ave, Los Angeles, CA 90026-2713 |
| 30582165 | ##+ | Hilary Rost, 10060 Deer Haven Ct, Lakeville, MN 55044-7156 |
| 30582471 | ##+ | ImprintID, 7960 Conell Ct, Lorton, VA 22079-1013 |
| 30582490 | ##+ | Innovation Line, 5306 Beethoven St, Los Angeles, CA 90066-7015 |
| 30582799 | ##+ | Jack Simms, 78 S Kennard Dale Ave, Stewartstown, PA 17363-4106 |
| 30583413 | ## | James Hollingsworth, 104 Yeonas Dr SW, Vienna, VA 22180-6557 |
| 30583836 | ## | Jason Price, PO Box 277, Weaverville, CA 96093-0277 |
| 30584163 | ##+ | Jenna Wojcicki, 10201 S Leavitt, Chicago, IL 60643-1911 |
| 30585108 | ##+ | John Logan Tolman, 765N 2200W, Provo, UT 84601-1245 |
| 30585114 | ##+ | John Mangold Jr, 35 Thoreau Rd, Colora, MD 21917-1542 |
| 30585187 | ##+ | John Verhoestra, 13118 Maywick Drive, Fishers, IN 46037-4425 |
| 30585237 | ##+ | Jolie Clemens, 18271 Leafwood Lane, Tustin, CA 92705-2052 |
| 30585295 | ## | Jonathan Atkinson, 3303 W 14th Ave, Spokane, WA 99224-2231 |
| 30585312 | ##+ | Jonathan Couture, 5137 131st Ave NW, Williston, ND 58801-9281 |
| 30585519 | ##+ | Jordan Porch, 133 Kensington Drive, Smithville, NJ 08205-4678 |
| 30585584 | ##+1 | Jornik Manufacturing Group, 652 Glenbrook Rd, Stamford, CT 06906-1424 |
| 30585944 | ##+ | Joshua R Brofford, 3183 Cedar Grove Pl S, Grove City, OH 43123-2258 |
| 30586136 | ## | Julia Lopez, 337 Factory Ave N, Renton, WA 98057-5528 |
| 30587194 | ##+ | Keagan Westhoff, 2919 Oak Sprawl St, San Antonio, TX 78231-1725 |
| 30587545 | ##+ | Kevie Kerr, 605 E Summit Street, Attica, IN 47918-1228 |

District/off: 0752-1                              User: admin                                    Page 506 of 507
Date Rcvd: Jan 04, 2024                          Form ID: 309C                                   Total Noticed: 30719

| | | |
|---|---|---|
| 30587884 | ##+ | Kississippi, ATTN: Fred Feldman, 4 Darley Rd, Great Neck, NY 11021-4635 |
| 30588494 | ##+ | Laura Gonzalez, 207 West Arrellaga Street, Santa Barbara, CA 93101-2917 |
| 30588654 | ##+ | Lauren Shubert, 371 Shubert Ln, Lula, GA 30554-3713 |
| 30588735 | ##+ | Leah Baker, 4455 University Ave, Apt. 7, Riverside, CA 92501-3174 |
| 30590024 | ##+ | Madeline G Marshall, 22540 E Ontario Dr, Apt. 201, Aurora, CO 80016-2715 |
| 30590400 | ##+ | Margaret Purcell, 302 Dailey Road, Crockett, TX 75835-6590 |
| 30590828 | ##+ | Maryn Palmer, 6209 Sandstone Dr, Arlington, TX 76001-8101 |
| 30590969 | ##+ | Matt Molinski, 574 Heritage Hls, Unit A, Somers, NY 10589-1969 |
| 30591431 | ## | McAllister Castelaz, 2287 Loyola Rd, University Heights, OH 44118-4507 |
| 30591587 | ## | Megan Shiffra, 4650 E DALEY LN, PHOENIX, AZ 85050-8872 |
| 30591614 | ##+ | Meghan Dennehy, 13 Marie Terrace, Goshen, NY 10924-2145 |
| 30592802 | ## | Morgan Sullivan, 9357 Ascot Cir, Indianapolis, IN 46260-5020 |
| 30592901 | ## | Nabeel Shaikh, 1505 CONLIN CT, BELVIDERE, IL 61008-1509 |
| 30593775 | ##+ | Noah Gundersen, 4620 51ST ave S, Seattle, WA 98118-1466 |
| 30594552 | ## | Pete Lobretto III, 6660 Grant St, Chino, CA 91710-3861 |
| 30594556 | ##+ | Peter and Kristine Zaballos, 1143 W. Walworth Ave, whitewater, WI 53190-1603 |
| 30594787 | ##+ | Product Marketing Development LLC, 333 N. Falkenburg Road, Suite B-226, Tampa, FL 33619-7894 |
| 30595139 | ##+ | Reagan Brunk, 1955 SW 5TH AVE #426, Portland, OR 97201-5283 |
| 30595345 | ##+ | Remo Drive, c/o Stephen Paulson, 10033 Quebec Ave South, Bloomington, MN 55438-2127 |
| 30595613 | ##+ | Rise Records, 15455 NW Greenbrier Pkwy, Suite 115, Beaverton, OR 97006-7357 |
| 30595680 | ##+ | RobeMart, 1414 E Wilshire Ave, Santa Ana, CA 92705-4423 |
| 30595885 | ##+ | Rockstar Passes, 10411 West Markham, Suite 310, Little Rock, AR 72205-1411 |
| 30596107 | ##+ | Run For Cover Records, 330 W 38th, c/o LEVEL GROUP LTD., New York, NY 10018-8664 |
| 30596853 | ##+ | SARA MAE Reither, 2200 w San 15080 s Amado blvd, PO Box 2083, Az city, AZ 85123-1199 |
| 30596717 | ## | Samuel A Nash, S26W35135 WOODSTREAM CT, OCONOMOWOC, WI 53066-8789 |
| 30596937 | ##+ | Sarah Gilbertson, 31144 North Dome Drive, Coarsegold, CA 93614-9165 |
| 30597298 | ##+ | Sean Sullivan, 405 Victor St, Scotch Plains, NJ 07076-1916 |
| 30598504 | ##+ | Stuart Foley, 233 N Meldrom Str., C-8, Fort Collins, CO 80521-2053 |
| 30600021 | ##+ | TWIABP LLC, 7 Inwood Lane, Farmington, CT 06032-3447 |
| 30600045 | ##+ | TYLER A PEREZ, 1915 W Macarthur Rd, Lot 185, Wichita, KS 67217-6001 |
| 30598762 | ## | Tamber Colglazier, 1013 Ruppel St Apt 217, Pueblo, CO 81001-2538 |
| 30599365 | ##+ | Three Potato Four, 300 S. Pennell Rd., Suite 100, Media, PA 19063-5935 |
| 30600024 | ##+ | Twinkie Print, 11409 Denton Dr, Dallas, TX 75229-3414 |
| 30600043 | ##+ | Tyler A Carballo, 41 Bronson rd, Prospect, CT 06712-1000 |
| 30600222 | ##+ | United Graphics & Mailing Group, 898 Cambridge Dr, Elk Grove Village, IL 60007-2437 |
| 30600539 | ##+ | Vinyl Me Please, 1752 Platte St., Suite 3, Denver, CO 80202-1085 |
| 30600645 | ##+ | We Are Concerts LLC, 2430 Terminal Drive S, Saint Petersburg, FL 33712-1681 |
| 30601116 | ##+ | Zach McLaughlin, 713 3rd Street Southwest, Delano, MN 55328-2820 |
| 30601181 | ##+ | Zachary Hughes, 618 East Chestnut Street, Chatham, IL 62629-1425 |
| 30601416 | ##+ | Zuni Sportswear, 6241 RANDOLPH ST, Commerce, CA 90040-3514 |
| 30581573 | ##+ | guccihighwaters, 330 W. 38th Street,Suite 205, New York, NY 10018-8664 |
| 30582965 | ## | jacob Fletcher, 3542 SW VESTA ST, PORTLAND, OR 97219-7521 |
| 30589827 | ## | luna lopez, 619 S CAMP ST, SEGUIN, TX 78155-6505 |
| 30596418 | ##+ | sabrina berndt, 483 Shady Banks Rd., WA, NC 27889-9725 |

TOTAL: 800 Undeliverable, 160 Duplicate, 104 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024                    Signature:        /s/Gustava Winters

District/off: 0752-1                          User: admin                                    Page 507 of 507

Date Rcvd: Jan 04, 2024                    Form ID: 309C                              Total Noticed: 30719

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam P. Silverman | on behalf of Debtor 1 SCP Holdings  LLC asilverman@ag-ltd.com, nrakunas@ag-ltd.com |
| Alexander F Brougham | on behalf of Debtor 1 SCP Holdings  LLC abrougham@ag-ltd.com, dbaird@ag-ltd.com |
| Gina B Krol | gkrol@cohenandkrol.com gkrol@ecf.axosfs.com;gkrol@cohenandkrol.com;acartwright@cohenandkrol.com;jneiman@cohenandkrol.com |
| Kevin R Purtill | on behalf of Creditor Associated Bank  National Association kpurtill@mpslaw.com, crampich@mpslaw.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Timothy W Brink | on behalf of Creditor Associated Bank  National Association tbrink@mpslaw.com, crampich@mpslaw.com |

TOTAL: 6