**Fill in this information to identify the case:**

Debtor name: SCP Merchandising, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 23-17423

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $ 1,937,909.78

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $ 1,937,909.78

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ 520,735.44

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ 1,661,892.67

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 7,781,846.75

4. **Total liabilities** ................................................................................................................................ $ 9,964,474.86
   Lines 2 + 3a + 3b