**Fill in this information to identify the case:**

Debtor name   SCP Merchandising, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   23-17423

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2023 to Filing Date | ■ Operating a business<br>☐ Other _____ | $51,114,346.21 |
| For prior year:<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $49,343,752.00 |
| For year before that:<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $630,931.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2023 to Filing Date | Sale of furniture. | $1,500.00 |
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2023 to Filing Date | Other misc. income. | $15,769.17 |
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2023 to Filing Date | Interest income. | $2,348.78 |

| Debtor | SCP Merchandising, LLC | | Case number *(if known)*  23-17423 |

|  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From  1/01/2022 to 12/31/2022 | Vendor rebates. | $7,218.78 |
| **For prior year:** From  1/01/2022 to 12/31/2022 | Interest income. | $3,206.47 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Associated Bank, N.A. 200 N. Adams St. P.O. Box 19006 Green Bay, WI 54307-9006 | Multiple | $3,639,291.10 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | S&S Activewear 8089 Solutions Center Chicago, IL 60677 | Multiple | $675,181.11 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | SCP Operations, LLC 1020 Olympic Drive Batavia, IL 60510-1329 | Multiple | $623,118.89 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.4. | Brent Faiyaz 2699 1/2 N Beachwood Dr Suite 524 Los Angeles, CA 90068 | Multiple | $443,373.22 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_Client royalties_ |
| 3.5. | SCP Holdings, LLC 1020 Olympic Drive Batavia, IL 60510-1329 | Multiple | $421,291.77 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

| Debtor | SCP Merchandising, LLC | | Case number *(if known)* 23-17423 |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.6. | Alphabroder<br>23591 Network Place<br>Chicago, IL 60673-1235 | Multiple | $313,096.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | Silverman Consulting<br>1 North Wacker Drive<br>Suite 3925<br>Chicago, IL 60606 | Multiple | $309,065.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 | Multiple | $295,355.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. | Annie's Funhouse, LLC<br>1020 Olympic Drive<br>Batavia, IL 60510-1329 | Multiple | $217,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Lease payments_ |
| 3.10. | Los Angeles Apparel | Multiple | $213,771.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | Run For Cover Records<br>119 Braintree St. Ste 108<br>Allston, MA 02134 | Multiple | $189,857.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Client royalties_ |
| 3.12. | Mitski<br>c/o parr3llc<br>700 S. Santa Fe Ave Fl 2<br>Los Angeles, CA 90021 | Multiple | $186,892.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Client royalties_ |
| 3.13. | Passport Global Inc.<br>3790 El Camino Real #854<br>Palo Alto, CA 94306 | Multiple | $160,835.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | SCP Merchandising, LLC | Case number *(if known)* | 23-17423 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.14 DHL eCommerce<br>2700 South Commerce Pkwy<br>Suite 300<br>Weston, FL 33331 | Multiple | $158,915.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15 Endicia<br>323 N. Mathilda Ave.<br>Sunnyvale, CA 94085-4207 | Multiple | $154,220.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 TV Girl<br>c/o Hometown Talent Brussels<br>30-34 Quai des Charbonnages<br>Bruxelles, 1080<br>BELGIUM | Multiple | $137,656.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Client royalties_ |
| 3.17 Redwall LLC<br>7655 S. 6th St.<br>Oak Creek, WI 53154 | Multiple | $116,157.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18 Blue Cross and Blue Shield of Illinois<br>300 E. Randolph St.<br>Chicago, IL 60601 | Multiple | $109,433.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19 Shippo<br>731 Market Street<br>Suite 200<br>San Francisco, CA 94103 | Multiple | $108,907.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20 The Band CAMINO<br>c/o CAA, Jeff Krones<br>401 Commerce Street<br>Nashville, TN 37219 | Multiple | $100,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Client royalties_ |
| 3.21 Voya Financial<br>230 Park Ave<br>New York, NY 10169 | Multiple | $90,339.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_ Employee 401(k) contributions._ |

Debtor     SCP Merchandising, LLC

Case number *(if known)*   23-17423

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.22. | Wax Bodega<br>14330 Belleville Ave<br>Woodbridge, VA 22193 | Multiple | $86,876.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.23. | Father John Misty<br>20 Howard Street<br>Unit #1<br>Somerville, MA 02144 | Multiple | $81,004.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.24. | Trash Taste (Moment House) | Multiple | $79,261.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.25. | Adelman & Gettleman, Ltd.<br>53 W. Jackson Boulevard<br>Suite 1050<br>Chicago, IL 60604-3107 | Multiple | $75,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. | Dan Avidan & the Super Guitar Bros<br>16255 Ventura Blvd Ste 1240<br>Encino, CA 91436 | Multiple | $72,734.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.27. | Loveless<br>c/o Christopher Visconti<br>United Talent Agency<br>New York, NY 10106 | Multiple | $65,437.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.28. | Eddy Burback<br>410 Hauser Blvd<br>Apt 8B<br>Los Angeles, CA 90036 | Multiple | $54,743.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.29. | Matt Watson | Multiple | $53,992.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |

Debtor    SCP Merchandising, LLC

Case number *(if known)*   23-17423

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.30. | PKF Mueller<br>1707 N. Randall Rd.<br>Ste. 200<br>Elgin, IL 60123 | Multiple | $52,550.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31. | Universal Music Group<br>Bank of America<br>PO Box 98336<br>Chicago, IL 60693 | Multiple | $49,585.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. | Asia Top Merch<br>Suite 313-307 Tian Hui Building D<br>Dong Huan the 1st Rd, Long Hua Street<br>CHINA,<br>CHINA | Multiple | $49,228.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. | Hot Mulligan<br>c/o Wasserman<br>1-3 Wenlock Road<br>London, N1 7GH<br>UNITED KINGDOM | Multiple | $46,676.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.34. | Shopify<br>33 New Montgomery St<br>Ste 750<br>San Francisco, CA 94105 | Multiple | $46,661.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. | Hassett Logistics<br>17W775 Butterfield Rd<br>Suite #109<br>Oak Brook Terrace, IL 60181 | Multiple | $40,461.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. | Prairie State Packaging<br>917 W Wilson Street<br>Batavia, IL 60510 | Multiple | $31,653.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. | Pirates Press Inc.<br>1260 Powell St.<br>Emeryville, CA 94608 | Multiple | $29,300.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   SCP Merchandising, LLC

Case number *(if known)*   23-17423

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.38. | As Colour<br>1450 Charles Willard Street<br>Carson, CA 90746 | Multiple | $28,542.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. | Marco Brito | Multiple | $28,237.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.40. | B. Zee Brokerage Ltd.<br>280 Superior Boulevard<br>Missaissauga, Ontario L5T 2L2<br>CANADA | Multiple | $27,422.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41. | Allen Pan<br>c/o End Card Digital LLC<br>1374 E. Hillcrest Dr. #311<br>Thousand Oaks, CA 91362 | Multiple | $26,640.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.42. | Many Hats Endeavors<br>2930 E Jasper St #308<br>Philadelphia, PA 19134 | Multiple | $25,049.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.43. | Milky Chance<br>c/o Muggelig Records<br>Klosterfelder Hauptstr. 27<br>Wandlitz, 16348<br>GERMANY | Multiple | $24,864.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.44. | Tessa Violet<br>500B Lake Street<br>Ramsey, NJ 07446 | Multiple | $23,871.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.45. | City of Batavia<br>100 N. Island Avenue<br>Batavia, IL 60510-1930 | Multiple | $23,553.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   SCP Merchandising, LLC                                         Case number (if known)  23-17423

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.46. | Joywave<br>c/o Rich Management<br>500B Lake St.<br>Ramsey, NJ 07446 | Multiple | $23,380.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.47. | Garment Decor<br>4778 W. Mission Blvd<br>Montclair, CA 91762 | Multiple | $22,655.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. | Freddie Dredd<br>25 Madison Ave 23rd Floor<br>New York City, NY 10010 | Multiple | $22,469.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.49. | Merch Sourcing Limited<br>Flat/RM A 12/F ZJ 300, 300 Lockhart Rd<br>Wan Chai | Multiple | $22,239.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.50. | Guster<br>250 West 57th Street, 23rd Floor<br>New York, NY 10107 | Multiple | $20,008.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.51. | Half Alive<br>235 Park Ave South<br>9th Floor<br>New York, NY 10003 | Multiple | $19,391.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.52. | Cavetown<br>2630 Elm Hill Pike<br>Suite #125<br>Nashville, TN 37214 | Multiple | $18,771.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.53. | LIMITED RUN | Multiple | $18,682.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    SCP Merchandising, LLC    Case number *(if known)*  23-17423

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.54. | M13 Graphics<br>1300 Basswood Road, Suite 100<br>Schaumburg, IL 60173 | Multiple | $18,045.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.55. | Fulfil<br>444 Castro Street<br>Mountain View, CA 94041 | Multiple | $17,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.56. | Carly Rae Jepsen | Multiple | $15,487.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.57. | EAZYBAKED | Multiple | $14,669.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.58. | Ann Kennedy | Multiple | $14,604.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.59. | Lydia S Tavera-Lamb | Multiple | $14,307.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.60. | Freddie Gibbs - Kane Comics | Multiple | $13,777.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.61. | Distractible<br>4249 Findlay Way<br>Livermore, CA 94550 | Multiple | $13,746.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |

Debtor    SCP Merchandising, LLC _____    Case number (if known)   23-17423 _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.62. | Lion Circle Corporation<br>4600 W 72nd Street<br>Chicago, IL 60629 | Multiple | $13,713.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.63. | Cade Werner | Multiple | $12,681.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.64. | Dorian Electra<br>1061 Forum Pl<br>West Palm Beach, FL 33401-8101 | Multiple | $12,667.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.65. | Foxy Originals | Multiple | $12,645.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.66. | BRIC Arts Media Bklyn, Inc. | Multiple | $11,492.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.67. | Partisan Records<br>281 N 7th St #2<br>Brooklyn, NY 11211 | Multiple | $10,503.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.68. | A to Z Media<br>35 West 36th Street<br>Floor 11-E<br>New York, NY 10018 | Multiple | $10,439.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.69. | Michael Rittenhouse | Multiple | $10,281.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    SCP Merchandising, LLC                                          Case number *(if known)*  23-17423

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.70. Alec Benjamin<br>576 Highland Ave NE<br>Atlanta, GA 30312 | Multiple | $10,182.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Client royalties_ |
| 3.71. Mothership | Multiple | $10,057.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.72. Chamo Studios | Multiple | $9,617.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.73. Otto Cap | Multiple | $9,292.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.74. Sanmar Corp<br>PO Box 643693<br>Cincinnati, OH 45264-3693 | Multiple | $8,850.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.75. Grace Offerdahl | Multiple | $8,733.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.76. Dispatch<br>Po Box 676<br>Gloucester, MA 01931 | Multiple | $8,514.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Client royalties_ |
| 3.77. AWAL Recordings Licensing America, Inc. | Multiple | $8,309.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor   SCP Merchandising, LLC                                           Case number *(if known)*   23-17423

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.78. | Dungeons & Daddies<br>530 S Hewitt St. Unit 153<br>Attn: Freddie Wong<br>Los Angeles, CA 90013 | Multiple | $8,245.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.79. | The Workroom LA Thread | Multiple | $8,238.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.80. | Atvenu<br>1060 Calle Cordillera<br>San Clemente, CA 92673 | Multiple | $7,737.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.81. | Fantoons<br>10067 Riverside Dr. Ste. A<br>Los Angeles, CA 91602 | Multiple | $7,605.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Client royalties |
| 3.82. | The Wrecks LLC<br>c/o Frankie DeFalco, LL Business Mgmt<br>3000 Marcus Ave, Suite #1W5<br>Lake Success, NY 11042 | 12/28/23 | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Return of merchandise and digital assets pursuant to settlement agreement, in consideration for payment of $40,248.40. |
| 3.83. | Concord Music Group, Inc.<br>10 Lea Ave, Suite 300<br>Nashville, TN 37210 | | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Return of merchandise pursuant to settlement agreement, in consideration for payments totaling $150,000. |

| Debtor | SCP Merchandising, LLC | Case number *(if known)* | 23-17423 |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Kimberly Murphy<br>1870 TALL OAKS DR #3103<br>AURORA, IL 60505<br>Cousin of manager of debtor. | Multiple | $53,283.44 | Employee salary |
| 4.2.  SCP Operations, LLC<br>1020 Olympic Drive<br>Batavia, IL 60510-1329<br>Affiliated entity. | Multiple | $1,690,543.03 | Intercompany A/P |
| 4.3.  SCP Holdings, LLC<br>1020 Olympic Drive<br>Batavia, IL 60510-1329<br>Affiliated entity. | Multiple | $1,476,651.35 | Intercompany A/P |
| 4.4.  Associated Bank, N.A.<br>200 N. Adams St.<br>P.O. Box 19006<br>Green Bay, WI 54307-9006<br>Debt guaranteed by insiders of debtor. | Multiple | $290,925.89 | Secured debt |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Associated Bank, N.A.<br>200 N. Adams St.<br>P.O. Box 19006<br>Green Bay, WI 54307-9006 | Involuntary sweeps of checking account.<br>Last 4 digits of account number:  8035 | Multiple | $3,359,201.51 |

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   SCP Merchandising, LLC _____   Case number *(if known)*   23-17423

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Associated Bank, N.A. v. SCP Operations et al. 2023-CH-000091 | Breach of note and guaranties; foreclosure of security interests; appointment of receiver. | Ill. Circuit Court, 16th Cir., Kane Cty. 540 S. Randall Rd. Saint Charles, IL 60174 | ■ Pending ☐ On appeal ☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Silverman Consulting 1 North Wacker Drive Suite 3925 Chicago, IL 60606 | | Multiple | $181,025.00 |

Email or website address
https://www.silvermanconsulting.net/

Who made the payment, if not debtor?
SCP Holdings, LLC

---

| Debtor | SCP Merchandising, LLC | Case number *(if known)* 23-17423 |
|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Adelman & Gettleman, Ltd. 53 W. Jackson Boulevard Suite 1050 Chicago, IL 60604-3107 | | Multiple | $325,000.00 |
| | Email or website address www.ag-ltd.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | Adelman & Gettleman, Ltd. 53 W. Jackson Boulevard Suite 1050 Chicago, IL 60604-3107 | | 7/31/23 | $1,500.00 |
| | Email or website address www.ag-ltd.com | | | |
| | Who made the payment, if not debtor? SCP Holdings, LLC | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Real Good Touring 16255 Ventura Blvd., Suite 1240 Encino, CA 91436 | Loan of money pursuant to promissory note and guaranty. Subsequently repaid in full. | January 2023 | $500,000.00 |
| | Relationship to debtor | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor    SCP Merchandising, LLC _____    Case number *(if known)*  23-17423

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. 950 Raddant Rd. Batavia, IL 60510 | 1/1/22 - 12/29/23 |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

First name, last name, phone number, mailing address, billing address, email address.

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| WeAreSCP 401k Plan | EIN:  87-1810530 |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor | SCP Merchandising, LLC | Case number (if known) | 23-17423 |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Associated Bank, N.A.<br>200 N. Adams St.<br>P.O. Box 19006<br>Green Bay, WI 54307-9006 | **XXXX**-3793 | ■ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other___ | July 2023 | $0.00 |
| 18.2. | Associated Bank, N.A.<br>200 N. Adams St.<br>P.O. Box 19006<br>Green Bay, WI 54307-9006 | **XXXX**-0688 | ■ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other___ | July 2023 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

□ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| See Appendix 21 | | | $0.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

| Debtor | SCP Merchandising, LLC | Case number *(if known)* | 23-17423 |
|---|---|---|---|

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
□ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

□ None

Debtor    SCP Merchandising, LLC                                                    Case number (if known)  23-17423

| Name and address |
|---|

| 26d.1. | Halo Branded Solutions, Inc.<br>1500 Halo Way<br>Sterling, IL 61081-5500 |
|---|---|
| 26d.2. | HH Global<br>203 N. LaSalle<br>Chicago, IL 60601 |
| 26d.3. | Firebird Music<br>150 Third Avenue South<br>Suite 2800<br>Nashville, TN 37201 |
| 26d.4. | Group Bayport<br>415 Horizon Drive<br>Suite 350<br>Suwanee, GA 30024 |
| 26d.5. | Associated Bank, N.A.<br>200 N. Adams St.<br>P.O. Box 19006<br>Green Bay, WI 54307-9006 |
| 26d.6. | Old Second National Bank<br>37 S. River St.<br>Aurora, IL 60506 |
| 26d.7. | Cuesta Partners<br>159 North Sangamon St, Ste 200<br>Chicago, IL 60607 |
| 26d.8. | DealGen Partners<br>27 Mica Lane<br>Wellesley, MA 02481 |
| 26d.9. | Warner Records Inc.<br>1633 Broadway<br>New York, NY 10019 |
| 26d.10. | Mainfactor<br>615 Chestnut St, #39801<br>Philadelphia, PA 19106 |
| 26d.11. | Peakstone<br>550 W Van Buren St<br>Chicago, IL 60607 |
| 26d.12. | Sandton Capital Partners<br>16 W 46th St<br>New York, NY 10036 |
| 26d.13. | Ceremony of Roses Acquisition, LLC<br>25 Madison Avenue<br>New York, NY 10010-8601 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

| Debtor | SCP Merchandising, LLC | Case number *(if known)* | 23-17423 |

**in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| SCP Holdings, LLC | 1020 Olympic Drive
Batavia, IL 60510-1329 | Sole Member | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Stephen Hopkins | 1622 Sauk Dr.
Batavia, IL 60510 | Manager; CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Stephen Earnhardt | 1205 Mesa Trl.
Keller, TX 76248 | CFO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Amanda Turbeville | 7348 Lake Street
Unit 3W
River Forest, IL 60305 | CPO | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☐ No
- ☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Robert Curtin | 58225 Starlight Mesa Rd.
Yucca Valley, CA 92284 | Director of Client Services | 1/24/22 - 9/22/23 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | See Question 4 above; no other transfers | | | |

| | Relationship to debtor |
|--|------------------------|
| | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor    SCP Merchandising, LLC                                    Case number *(if known)*   23-17423

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor   SCP Merchandising, LLC _____   Case number *(if known)*   23-17423 _____

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      February 22, 2024 _____

_____          Stephen D. Earnhardt _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   CFO _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
■ Yes

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SCP MERCHANDISING, LLC | ) | Case No. 23-17423 |
| | ) | (Kane County) |
| | ) | |
| | ) | Honorable Janet S. Baer |
| Debtors. | ) | |
| | ) | |

**GLOBAL NOTES, STATEMENT OF LIMITATIONS AND SPECIFIC DISCLOSURES,
AND RESERVATION OF RIGHTS REGARDING DEBTORS' RESPECTIVE
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities ("**Schedules**") and Statements of Financial Affairs ("**Statements**") of SCP Merchandising, LLC; SCP Holdings, LLC; and SCP Operations, LLC (collectively, the "**Debtors**", and each, a "**Debtor**"), in their respective chapter 7 cases (collectively, the "Chapter 7 Cases") filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "**Bankruptcy Court**"), were prepared pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007 by Debtors' chief financial officer, Stephen D. Earnhardt (the "**CFO**") with the assistance of the Debtors' bankruptcy counsel.

The Schedules and Statements have not been audited by independent auditors. While management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation and filing, subsequent information or discovery may result in changes to the Schedules and Statements, and inadvertent errors or omissions may exist. Accordingly, the Schedules and Statements are subject to modification, amendment and supplementation as a matter of course at any time before the Chapter 7 Cases are closed. These *Global Notes, Statement of Limitations and Specific Disclosures, and Reservation of Rights Regarding Debtors' Respective Schedules and Statement of Financial Affairs* (the "**Global Notes**") are hereby expressly incorporated in, and comprises an integral part of, the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

1.    <u>Passing of Stevie Hopkins and Impact on Schedule Preparation</u>.  On January 24, 2025, the manager and CEO of each of the Debtors, Stevie Hopkins, passed away unexpectedly. Mr. Hopkins possessed unequalled institutional knowledge of the Debtors, their financial affairs, and their books and records. Moreover, the Debtors ceased doing business shortly before December 29, 2023, the date when the Debtors filed the Bankruptcy Cases (the "**Petition Date**"), and all employees of the Debtors aside from the CFO have permanently left the Debtors' employ.

1

The CFO and bankruptcy counsel have endeavored to prepare the Schedules and Statements to the best of their respective abilities using the limited information available to them, but certain parts of the Schedules and Statements are less detailed or complete than they would have been with the benefit of Mr. Hopkins's knowledge, or with the assistance of the Debtors' former employees.

2.    Description of the Cases and "As of" Petition Date.    The values and amounts provided in the Schedules and Statements reflect the relevant values and amounts as of the Petition Date. The portions of accounts receivable and similar assets designated as "collectable" are based on Mr. Hopkins's assessment of their collectability as of the Petition Date. The collectability of these assets was premised largely on Mr. Hopkins's relationships with the Debtors' various counterparties and within the Debtors' industry generally. In all probability, as a result of Mr. Hopkins's passing, the collectability of these assets has diminished significantly.

3.    Volume of Creditor Entries and Impact on Schedule E/F.    Schedule E/F of SCP Merchandising, LLC ("**SCPM**") contains over 30,000 creditor addresses, which the Debtors have been informed is an unprecedented number of unsecured creditors for a Chapter 7 bankruptcy case in the Northern District of Illinois. The Debtors' bankruptcy counsel prepared Schedule E/F using the commonly used software BestCase, but ultimately found the software was incapable of printing such a high volume of creditors on the appliable local form, either directly to .pdf or in physical form. Indeed, BestCase representatives attempted to print SCPM's Schedule E/F using BestCase's own internal computer system, and were unable to do so. Upon consulting with the Bankruptcy Court Clerk's Office and the Debtors' Chapter 7 Trustee, therefore, counsel for SCMP has filed its Schedule E/F not on the official form, but using a printout of a spreadsheet generated by BestCase. Counsel will continue to communicate with BestCase representatives to determine whether any possibility exists to file the Debtor's Schedule E/F using the official form, and upon doing so, will file that version of the schedule with the Bankruptcy Court.

2.    Designation of Assets and Liabilities Among the Debtors.    While the Debtors are legally distinct entities and generally performed different business functions, many of their operations were closely interrelated. Consequently, it was difficult, and in some instances impossible, for management to assign particular assets, liabilities, transfers, etc. to a particular Debtor. Management utilized its historical accounting practices and information available in the Debtors' books and records in preparing the Schedules and Statements.

3.    Asset Descriptions.    The descriptions of assets in Schedule A/B may be general in nature, consistent with the requirements of the applicable Schedule questions. *See, e.g.*, Schedule A/B, Part 7, Question 39 (providing for a "[g]eneral description" of office furniture).

4.    Claim Dates.    The claims listed in Schedules D and E/F may have arisen or were incurred on various dates prior to the Petition Date. In certain instances, the date on which a claim arose is an open issue of fact. In most instances, it would be unduly burdensome for the Debtors to list the date on which the claim arose and, therefore, the Debtors do not list a date for each claim included in Schedules D and E/F.

2

5.      <u>Executory Contracts and Unexpired Leases</u>.   While the Debtors have made reasonable efforts to ensure the accuracy of Schedules A/B and G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusions may have occurred. The Debtors reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases that may have terminated or expired or may have been modified, amended and supplemented from time to time.

6.      <u>Causes of Action</u>.   The Debtors may not have set forth all of their causes of action against third parties as assets in the Schedules. The Debtors reserve all of their rights with respect to any causes of action that they may have, and neither the Global Notes nor the Schedules shall be deemed a waiver of any such causes of action.

7.      <u>Setoffs</u>.   The Debtors incurred certain setoffs and other similar rights during the ordinary course of business resulting from various items such as pricing discrepancies, returns, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets are not independently accounted for, and as such, are excluded from the Schedules and Statements.

8.      <u>Credits and Adjustments</u>.   The claims of individual creditors for, among other things, goods, products, services, or technology are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits, allowances, and other adjustments.

9.      <u>Recharacterization</u>.   The Debtors have made reasonable efforts to accurately characterize, classify, and designate the claims, assets, executory contracts, unexpired leases, interests, property, and other items reported in the Schedules and Statements. Nevertheless, due to the complexity and integrated nature of the Debtors' operations, the Debtors may not have accurately characterized, classified, categorized, or designated certain items. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available, including as to the existence of any claim and the executory or unexpired nature (or non-executory or expired nature) of contracts and leases identified herein.