**In re SCP Merchandising, LLC**
**Bankr. N.D. Ill. Case No. 23-17423**

**Appendix 21: Property the Debtor Holds or Controls That the Debtor Does Not Own**

| Owner Name | Owner Address | Location of the Property | Description of the Property | Value |
|---|---|---|---|---|
| AgonyxEcstasy | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Bigfoot Collectors Club | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Depths of Wikipedia | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 17 boxes of licensed decorated merchandise, partially paid for | Unknown |
| R&R Digital | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 18 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Aunty Donna | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 9 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Cyn | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, partially paid for | Unknown |
| DBMK | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Ekali | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Fantastic Negrito | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 14 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Gus Johnson | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| JackSepticEye | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 174 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Lyn Lapid | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Mia Gladstone | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Michael Seyer | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Miloe | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 36 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Mimi Webb | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Neck Deep | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 24 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Ookay | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 27 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Reina Scully | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 9 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Tommy Genesis | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 13 boxes of licensed decorated merchandise, partially paid for | Unknown |
| David Kushner | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Real Good Touring | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 20 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Dax | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 63 boxes of licensed decorated merchandise, partially paid for | Unknown |
| The Struts | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 90 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Brittney Spencer | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Frances Forever | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 50 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Hyde Park festival | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 17 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Jordan Suaste | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Kerrang! | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, partially paid for | Unknown |
| RipMika | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Standards | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, partially paid for | Unknown |
| 1nOnly | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Adam Melchor | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 47 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Alexander 23 | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Ari Abdul | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Bachelor | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 8 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Dead Poet Society | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Delaney Bailey | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Empath | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Jahmed | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Kari Faux | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Lil Boom | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Luna Li | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Moses Sumney | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 59 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Ogi | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Pixel Grip | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Toledo | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| YEEK | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 11 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Gatlin | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 19 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Greywind | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Smino | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 39 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Cousin Stizz | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 42 boxes of licensed decorated merchandise, partially paid for | Unknown |
| BabyGirl | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Brasstracks | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 13 boxes of licensed decorated merchandise, partially paid for | Unknown |
| carolesdaughter | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 14 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Cat Clyde | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Courtship. | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Dan Avidan & the Super Guitar Bros | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Daneshevskaya | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Jackie Hayes | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Makthaverskan | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Mood killer | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Proper. | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, partially paid for | Unknown |
| QCode | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Round hill Records | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 970 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Savage Ga$p | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| They. | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Tiger Lili | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| The world is a beautiful place | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| W6RST clothing | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| WeirdLilGuys | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, partially paid for | Unknown |
| the Witching Hour | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Ama Lou | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 44 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Anna Shoemaker | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 8 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Anson Seabra | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, partially paid for | Unknown |
| ASTN | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Avery Lynch | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Aviva | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Baby Storme | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Backyard Scientist | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Band of Silver | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Bazanji | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Beat Coastal | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Belmont | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Brain Vomit | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 11 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Butcher Brown | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |

| | | | | |
|---|---|---|---|---|
| Carly Cosgrove | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Catch Peter | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 55 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Celebrity Memoir Book Club | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Che Ecru | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Chris Distefano | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 14 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Chuckle Sandwich | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 257 boxes of licensed decorated merchandise, partially paid for | Unknown |
| City Winery | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Clams Casino | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 18 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Claud | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 41 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Clay | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Covey | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 13 boxes of licensed decorated merchandise, partially paid for | Unknown |
| CrankGamePlays | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 119 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Curlfest | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Dad Sports | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Daisy Grenade | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Dawes | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 24 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Detune | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 8 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Dhruv | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Dispatch | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Dizzy Fae | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 13 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Dogleg | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Doja Cat | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 8 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Elaina Exe | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Eliza McLamb | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Ella Vos | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 9 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Elvis Whiskey | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Em Beihold | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 19 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Emily the Engineer | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Emo Night Brooklyn | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 21 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Foxing | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 36 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Freddie Dredd | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 19 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Gators Daily | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 103 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Geese | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 25 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Gia Margaret | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Gioli & Assia | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Girbeagly | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Harmony | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Heart Attack Man | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 44 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Hether | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Homesafe | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Jerry Paper | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Jetty Bones | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Jhariah | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 23 boxes of licensed decorated merchandise, partially paid for | Unknown |
| John Nolan | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Keiyaa | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Kevin Devine | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 62 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Kississippi | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 10 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Kount Labs | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Lazy Eye | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Lil Lotus | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 8 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Lil Mariko | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| LLusion | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Maddie Dragsbaek | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 28 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Madison Ave | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 13 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Magic Giant | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 22 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Mazie | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Mob Rich | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Ollie | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Oso Oso | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Out of Character | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Paravi | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Patrick Droney | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 22 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Paul Cherry | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Petey | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 65 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Pink Pantheress | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 11 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Pink Siifu | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Real Estate | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Ritt Momney | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 69 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Role Model | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 66 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Sam Fischer | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 24 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Sarcastic Sounds | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 17 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Sebastian Bach | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Secondhand Sound | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Serpentwithfeet | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 8 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Shitbats | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Sidney Gish | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 11 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Sloppy Jane | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Somo | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 25 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Sports | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Su Lee | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Sunflower Bean | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 20 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Super American | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, partially paid for | Unknown |
| SYML | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 39 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Tall Heights | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 11 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Tate McRae | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 23 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Taylor Acorn | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| The Collection | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Two Feet | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 56 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Upsahl | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 18 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Valerie Ponzio | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Weston Koury | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Why Not | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Willis | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |

| | | | | |
|---|---|---|---|---|
| Wrabel | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 24 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Yolk Gang | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Zolita | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 9 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Pauli The PSM | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Bel-air Athletics | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Chaz Cardigan | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, partially paid for | Unknown |
| For the Fallen dreams | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Heavy Metal Magazine | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 13 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Jakey merch | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| PinkShift | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Wargasm | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Joey Pecoraro | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 71 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Ato | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Berleezy | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 8 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Blake Rose | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Chase Huglin | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Chelsea Cutler | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 117 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Creepz | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 14 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Group Home | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Homies Club | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Iggy Azalea | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 27 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Jacksfilms | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 65 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Kidd G | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 17 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Kirby | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 19 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Kristiane | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Macaw | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 92 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Markiplier | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, partially paid for | Unknown |
| McKenna Grace | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Munk | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Peter McPoland | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 91 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Ryan Woods | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Scribble Showdown | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 41 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Skizzy Mars | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 9 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Snarls | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, partially paid for | Unknown |
| State Champs | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 83 boxes of licensed decorated merchandise, partially paid for | Unknown |
| X Ambassadors | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 44 boxes of licensed decorated merchandise, partially paid for | Unknown |
| Convolk | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Coucou Chloe | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Arm's Length | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| HorseGirl | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Joey Valence And Brae | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Remo drive | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 30 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Yikes Shop / Eddy Burback | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 31 boxes of licensed decorated merchandise, fully paid for | Unknown |
| 8 Graves | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 28 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Christian French | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 32 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Isaac Dunbar | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 16 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Lil Tjay | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Loveless | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 18 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Luke Steele | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Mutemath | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 27 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Right Away, Great Captain! | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 17 boxes of licensed decorated merchandise, fully paid for | Unknown |
| The New Pornographers | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 24 boxes of licensed decorated merchandise, fully paid for | Unknown |
| The Pains of Being Pure at Heart | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 32 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Tzadik | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 10 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Wabie | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 16 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Washed Out | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Jay som | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Something in The Water Festival | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 40 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Swagatronforever | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 20 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Hojean | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 8 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Joan | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 22 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Modern Baseball | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 15 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Sleeping At Last | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 727 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Matt Hansen | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Tony Payne | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Bodysync | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| daysormay | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Good Mythical Morning / Mythical Ente | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, fully paid for | Unknown |
| James and The Shame | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Nombe | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| SkyHill | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Bent Knee | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 43 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Brent Faiyaz | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Danielle Ponder | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Dismiss Yourself | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 30 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Dounia | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Drew Monson | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Eden | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 19 boxes of licensed decorated merchandise, fully paid for | Unknown |
| FKJ | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Jamila Woods | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Jesse Cox | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 13 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Last Prisoner Project | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 15 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Louis The Child | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Spill Tab | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Steez | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 38 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Sydney Rose | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Teddy Hyde | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| The Blaze | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 20 boxes of licensed decorated merchandise, fully paid for | Unknown |
| All Things Go | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 8 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Kid Sistr | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Ben Schwartz | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 11 boxes of licensed decorated merchandise, fully paid for | Unknown |
| 347Aidan | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Amber Mark | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |

| | | | | |
|---|---|---|---|---|
| Benjeyy | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Chicken Cock Whiskey | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Curtis Waters | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Daddy Issues | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Daywave | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 16 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Discovery | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Dylan Chambers | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Future Teens | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Gabriel Black | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Hovvdy | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Larva Chads | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Leonhart | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Mark Ambor | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Orson Wilds | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Sienna Mae Gomez | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 46 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Stephen Dawes | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| The Hotelier | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Topi | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Beyoncé | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 27 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Bright Spot Talkshow | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| cloakroom | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Distractible | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Ella Jane | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Hemlocke Springs | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Jack Kays | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| KingMaker | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Lincoln Hall + Schubas Tavern | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Sarah and The Sundays | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 28 boxes of licensed decorated merchandise, fully paid for | Unknown |
| SewerPerson | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| SossHouse | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 9 boxes of licensed decorated merchandise, fully paid for | Unknown |
| SouthPaw | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| spookyghostboy | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 11 boxes of licensed decorated merchandise, fully paid for | Unknown |
| The Conversationalists | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 14 boxes of licensed decorated merchandise, fully paid for | Unknown |
| The Good Stuff Milk & Co. | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| The Walters | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| This Is Home project | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| TransitMatters | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Alix Page | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Allen Pan | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 50 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Ayokay | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Blood Cultures | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Cassandra Lewis | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 11 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Caucasian James | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 21 boxes of licensed decorated merchandise, fully paid for | Unknown |
| CG5 | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Chain Runners | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Charlie Burg | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 58 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Cheekface | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Craft Recordings | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Creator Clash | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 31 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Curtis Roach | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Everyone Leaves | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Girlpool | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 13 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Go! My Favorite Sports Team | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Guardin | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 27 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Guccihighwaters | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 9 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Healy | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Jessie Murph | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Kayzo | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Kevin Atwater | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 9 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Mad Tsai | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Madds Buckley | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Manchester Orchestra | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 114 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Maude Latour | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 19 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Mehro | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 144 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Mellow Fellow | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Michael Reeves | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Neon Trees | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 10 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Nicole Dollanganger | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Oliver Riot | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Penelope Scott | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 8 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Phony PPL | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Pub Choir | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Rav | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Roe Kapara | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Salty Phish | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Slaughter Beach, Dog | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Smidley | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Terrible Records | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 18 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Trash Tuesday | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 21 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Triathalon | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 64 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Triple Crown Records | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 607 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Wax Bodega | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 2 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Wild Nothing | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 20 boxes of licensed decorated merchandise, fully paid for | Unknown |
| XLHC | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Yeule | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 10 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Yours Truly | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Bittersweet Daze | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 7 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Chloe Bailey | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 16 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Digital Mirage | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| PVRIS | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Raedio | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 6 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Rico Nasty | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Sarah Jarosz | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, fully paid for | Unknown |

| | | | | |
|---|---|---|---|---|
| Spacey Jane | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Hello Clothing | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 12 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Mat Kerekes | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, fully paid for | Unknown |
| The Roots Picnic | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 24 boxes of licensed decorated merchandise, fully paid for | Unknown |
| SunSleep | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Colture | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Exociety | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 46 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Game Grumps | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 22 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Jake Wesley Rogers | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 53 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Milky Chance | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 139 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Polyphia | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 5 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Sales | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 123 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Samia | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 40 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Shaed | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 22 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Social Monsters | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 3 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Soft Speak Records | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 4 boxes of licensed decorated merchandise, fully paid for | Unknown |
| The Band Camino | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 129 boxes of licensed decorated merchandise, fully paid for | Unknown |
| Unknown Owner | See Schedule E/F | 1020 Olympic Drive, Batavia IL, 60510 | 1194 boxes of licensed decorated merchandise - ownership unknown | Unknown |

**Fill in this information to identify the case:**

Debtor name SCP Merchandising, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) 23-17423

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration Appendix 21 to Statement of Financial Affairs (ECF No. 35).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2024

X [signature]
Signature of individual signing on behalf of debtor

Stephen D. Earnhardt
Printed name

CFO
Position or relationship to debtor