UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   23-17423 |
| SCP Merchandising, LLC | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION OF TRUSTEE FOR LEAVE TO CONDUCT EXAMINATIONS PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

This matter coming before the Court on the motion (the "Motion") of Gina B. Krol (the "Trustee"), as chapter 7 trustee of the estate of SCP Merchandising, LLC (the "Debtor"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for leave to issue subpoenas to Old Second National Bank, Associated Bank, Chase Bank, Bank of America, and Paystand, Inc. (the "Banks"); due and proper notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

The motion is granted as set forth herein, and the Trustee is authorized to issue the subpoenas to the Banks in substantially the forms attached to the Motion as Exhibit A.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 27, 2025

**Prepared by:**

Shelly A. DeRousse
Smith, Gambrell & Russell, LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606
sderousse@sgrlaw.com