**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**DEC 04 2025**

JEFFREY P. ALLSTEADT, CLERK

**Subject:** Proof of Claim – Case No. 1:23-bk-17423 (SCP Merchandising, LLC)

**Date:** November 3, 2025

Dear Clerk of the Court,

I hereby submit my **Proof of Claim (Official Form 410)** in the case of *SCP Merchandising, LLC* (Case No. 1:23-bk-17423, Chapter 7) pursuant to the Debtor's bankruptcy filing.

Please find enclosed:
– A fully completed Proof of Claim form showing my unsecured claim in the amount of **USD $21.50**, based on payment for merchandise not delivered ($10.00) plus shipping ($11.50).
– A copy of the notification letter from the United States Bankruptcy Court setting the deadline for non-governmental claims.
– My contact details, as required by the form.

I request that my claim be docketed accordingly as a creditor's unsecured claim in the above-referenced case. Please confirm receipt, and if any further information or documentation is required, kindly notify me at your earliest convenience.

Thank you for your attention to this matter.

Sincerely,

**Benedikt Braun**
Rottenberg 36
58256 Ennepetal
Germany
Phone: +49 176 43225518
Email: bebraun02@icloud.com

B. Br—

**Official Form 410 – Proof of Claim**

**United States Bankruptcy Court:** Northern District of Illinois, Eastern Division
**Case Number:** 23-17423
**Debtor:** SCP Merchandising, LLC
**Chapter:** 7
**Judge:** Janet S. Baer
**Trustee:** Gina B. Krol, Chapter 7 Trustee, Cohen & Krol, 10540 49th Street, Ste 100, Naperville, IL 60564

**Part 1: Identify the Claim**
**Creditor Name:** Benedikt Braun
**Address:** Rottenberg 36, 58256 Ennepetal, Germany
**Phone:** +49 176 43225518
**Email:** bebraun02@icloud.com

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**
**Claim Amount:** $21.50 USD
**Includes interest or other charges:** No
**Basis of Claim:** Paid but not delivered merchandise ($10 item + $11.50 shipping)
**Secured Claim:** No
**Priority Claim:** No

**Part 3: Sign Below**
**Creditor:** Benedikt Braun
**Title:** Individual (Private Person)
**Date:** November 3, 2025
**Signature:** Benedikt Braun (Digitally Signed)

*[Signature: B. Br——]*