**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-17423 |
| | ) | |
| SCP MERCHANDISING, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |
| | ) | |
| | ) | Hearing Date: April 8, 2026, at 10:30 a.m. |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on April 7, 2026, the undersigned filed with the Court the *Adversary Proceeding Status Chart*, a copy of which is attached hereto and herewith served upon you.

Dated:  April 7, 2026

**SMITH GAMBRELL & RUSSELL LLP**

By: /s/ *Elizabeth L. Janczak*
       One of Its Attorneys

Shelly A. DeRousse
Elizabeth L. Janczak
Sanjiv H. Sarma
SMITH GAMBRELL & RUSSELL LLP
155 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:  312.360.6000
Facsimile:   312.360.6520
sderousse@sgrlaw.com
ejanczak@sgrlaw.com
ssarma@sgrlaw.com

*Counsel for the Trustee*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-17423 |
| | ) | |
| SCP MERCHANDISING, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |
| | ) | |
| | ) | Hearing Date: April 8, 2026, at 10:30 a.m. |

**CERTIFICATE OF SERVICE**

I, Elizabeth L. Janczak, an attorney, hereby certify that on April 7, 2026, I caused a true and correct copy of the foregoing *Notice of Filing* and *Adversary Proceeding Status Chart* to be filed electronically with the Court and served upon the following parties by the manner listed.

*/s/ Elizabeth L. Janczak*

**CM/ECF Service**

- Adam Brief (USTPRegion11.ES.ECF@usdoj.gov)
- Gina B. Krol (gkrol@cohenandkrol.com)
- Tevin D. Bowens (tbowens@ag-ltd.com)
- Alexander F Brougham (abrougham@ag-ltd.com)
- Adam P. Silverman (asilverman@ag-ltd.com)
- Timothy W Brink (tbrink@mpslaw.com)
- Shelly A. DeRousse (sderousse@sgrlaw.com)
- Jon Dowat (email@otblaw.com)
- Thomas R. Fawkes (thomas.fawkes@tuckerellis.com)
- Michael C Iadevaia (miadevaia@stranchlaw.com)
- Elizabeth L Janczak (ejanczak@sgrlaw.com)
- Brian J Kerwin (bkerwin@millershakman.com)
- Eric J Malnar (emalnar@huckbouma.com)
- Steven Mandell (smandell@mandellpc.com)
- David A. Newby (dnewby@momkus.com)
- Lester A Ottenheimer, III (lottenheimer@olawgroup.com)
- Kevin R Purtill (kpurtill@mpslaw.com)
- Sanjiv Sarma (ssarma@sgrlaw.com)
- Stuart Freeman Wilson-Patton (stuart.wilson-patton@ag.tn.gov)
- Jiwon J Yhee (jyhee@masudafunai.com)

| Call Line No. | Defendant | Case No. | Status | Action Requested |
|---|---|---|---|---|
| 64 | Cherry Bekaert, LLP f/d/b/a PKF Mueller, LLC | 25-00410 | Motion to Approve Settlement Agreement pending | Continue |
| 65, 66 | City of Batavia | 25-00411 | Citations to Discover Assets dismissed. Satisfaction of Judgment filed at DE 18. | Dismiss |
| 67 | Closet Collection LLC d/b/a Garment Décor | 25-00412 | Engaged in settlement discussions | Continue |
| 68 | Hassett Logistics, LLC | 25-00413 | Citation to Discover Assets pending | Enter Order for Rule to Show Cause |
| 69 | Pirates Press, Inc. | 25-00416 | Settlement agreement approved. Awaiting deposit of settlement check. | Continue |
| 70 | Run for Cover Records, LLC | 25-00417 | Engaged in settlement discussions | Continue |
| 71, 72 | S&S Activewear, LLC | 25-00418 | Motion to Extend Responsive Pleading Deadline pending. Engaged in settlement discussions. | Rule on Motion and Continue |
| 73, 74 | S&S Activewear, LLC f/d/b/a Alphabroder | 25-00419 | Motion to Extend Responsive Pleading Deadline pending. Engaged in settlement discussions. | Rule on Motion and Continue |
| 75, 76 | United Parcel Service, Inc. | 25-00420 | Citations to Discover Assets pending | Continue |
| 77 | Universal Music Group, Inc. | 25-00421 | Settlement agreement approved. Awaiting deposit of settlement check. | Continue |
| 78 | Eddy Burback | 25-00426 | Engaged in settlement discussions | Continue |
| 79 | Guster Recordings, Inc. | 25-00427 | Engaged in settlement discussions | Continue |
| 80 | Mitski LLC | 25-00429 | Engaged in settlement discussions | Continue |
| 81 | Joshua Tillman p/k/a Father John Misty | 25-00430 | Engaged in settlement discussions | Continue |
| 82 | TV Girl Music, LLC | 25-00431 | Engaged in settlement discussions | Continue |
| 83 | U.S. Bank Association d/b/a Elan Financial Services | 25-00432 | Settlement agreement approved. Awaiting deposit of settlement check. | Continue |
| 84, 85 | Christopher Chibuzo Brent Wood p/k/a Brent Faiyaz | 25-00433 | Motion for Default Judgment Pending. No objection received. | Rule on Motion |
| 86 | GeeXPlus, Inc. d/b/a Trash Taste | 25-00435 | Engaged in settlement discussions | Continue |
| 87 | Joywave Industries LLC d/b/a Joywave | 25-00436 | Engaged in settlement discussions | Continue |
| 88 | Many Hats Endeavors, LLC d/b/a Wax Bodega Music and Art | 25-00437 | Engaged in settlement discussions | Continue |
| 89 | The Band CAMINO | 25-00439 | Engaged in settlement discussions | Continue |
| 90 | The Two Waters Creative LLC d/b/a Chamo Studios | 25-00440 | Engaged in settlement discussions | Continue |
| 91 | Tessa Violet Williams | 25-00441 | Engaged in settlement discussions | Continue |
| 92 | PSI Systems, Inc. d/b/a Endicia | 26-00010 | Engaged in settlement discussions | Continue |
| 93 | U.S. Bank Association d/b/a Elan Financial Services | 25-00425 | Settlement agreement approved. Awaiting deposit of settlement check. | Continue |
| 94 | Grafteks Printing Equipment and Supplies, Inc. | 25-00409 | Motion to Approve Settlement Agreement pending | Continue |
| 95 | U.S. Bank Association d/b/a Elan Financial Services | 25-00434 | Settlement agreement approved. Awaiting full settlement payment. | Continue |
| 96 | Ryan Mitchel Chassels p/k/a Freddie Dredd | 25-00438 | Adversary closed. | No Action |
| 97 | Popout, Inc. d/b/a Shippo | 26-00009 | Adversary closed. | No Action |