**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 23 B 17423 |
| | ) | |
| SCP MERCHANDISING, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge David D. Cleary |

**ORDER REQUIRING FILING OF STATUS REPORTS**

This matter having come before the court on the status of several adversary proceedings related to this bankruptcy case, for the reasons stated on the record, **IT IS ORDERED THAT** before each future status hearing on those pending adversary proceedings, counsel for Plaintiff Gina B. Krol shall file a single report describing the status of each such adversary proceeding and the action requested from the court at least two business days prior to the hearing. Such report shall be filed on the docket of this bankruptcy case.

ENTERED:

Date: August 12, 2026

DAVID D. CLEARY
United States Bankruptcy Judge