**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-17423 |
| | ) | |
| SCP MERCHANDISING, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |
| | ) | |
| | ) | Hearing Date: October 7, 2026, at 10:00 a.m. |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on October 5, 2026, the undersigned filed with the Court the *Adversary Proceeding Status Chart*, a copy of which is attached hereto and herewith served upon you.

Dated: October 5, 2026

**SMITH GAMBRELL & RUSSELL LLP**

By: /s/ *Elizabeth L. Janczak*
One of Its Attorneys

Shelly A. DeRousse
Elizabeth L. Janczak
Sanjiv H. Sarma
SMITH GAMBRELL & RUSSELL LLP
155 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312.360.6000
Facsimile: 312.360.6520
sderousse@sgrlaw.com
ejanczak@sgrlaw.com
ssarma@sgrlaw.com

*Counsel for the Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-17423 |
| | ) | |
| SCP MERCHANDISING, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |
| | ) | |
| | ) | Hearing Date: October 7, 2026, at 10:00 a.m. |

**CERTIFICATE OF SERVICE**

I, Elizabeth L. Janczak, an attorney, hereby certify that on October 5, 2026, I caused a true and correct copy of the foregoing *Notice of Filing* and *Adversary Proceeding Status Chart* to be filed electronically with the Court and served upon the following parties by the manner listed.

*/s/ Elizabeth L. Janczak*

**CM/ECF Service**

- Adam Brief (USTPRegion11.ES.ECF@usdoj.gov)
- Gina B. Krol (gkrol@cohenandkrol.com)
- Tevin D. Bowens (tbowens@ag-ltd.com)
- Alexander F Brougham (abrougham@ag-ltd.com)
- Adam P. Silverman (asilverman@ag-ltd.com)
- Timothy W Brink (tbrink@mpslaw.com)
- Shelly A. DeRousse (sderousse@sgrlaw.com)
- Jon Dowat (email@otblaw.com)
- Thomas R. Fawkes (thomas.fawkes@tuckerellis.com)
- Michael C Iadevaia (miadevaia@stranchlaw.com)
- Elizabeth L Janczak (ejanczak@sgrlaw.com)
- Brian J Kerwin (bkerwin@millershakman.com)
- Eric J Malnar (emalnar@huckbouma.com)
- Steven Mandell (smandell@mandellpc.com)
- David A. Newby (dnewby@momkus.com)
- Lester A Ottenheimer, III (lottenheimer@olawgroup.com)
- Kevin R Purtill (kpurtill@mpslaw.com)
- Sanjiv Sarma (ssarma@sgrlaw.com)
- Stuart Freeman Wilson-Patton (stuart.wilson-patton@ag.tn.gov)

| Call Line No. | Defendant/Matter | Case No. | Status | Action Requested |
|---|---|---|---|---|
| 52 | Motion to Approve Compromise or Settlement per Rule 9019 with S&S Activewear, LLC and S&S Activewear, LLC f/d/b/a Alphabroder | 23-17423 | No objection received. | Grant Motion |
| 53 | Run for Cover Records, LLC | 25-00417 | Engaged in settlement discussions | Continue |
| 54, 55 | S&S Activewear, LLC | 25-00418 | Motion to Extend Responsive Pleading Deadline pending. | Rule on Motion and Continue |
| 56, 57 | S&S Activewear, LLC f/d/b/a Alphabroder | 25-00419 | Motion to Extend Responsive Pleading Deadline pending. | Rule on Motion and Continue |
| 58 | Guster Recordings, Inc. | 25-00427 | Engaged in settlement discussions | Continue |
| 59 | Mitski LLC | 25-00429 | Engaged in settlement discussions | Continue |
| 60 | Joshua Tillman p/k/a Father John Misty | 25-00430 | Engaged in settlement discussions | Continue |
| 61 | Joywave Industries LLC d/b/a Joywave | 25-00436 | Engaged in settlement discussions | Continue |
| 62 | Many Hats Endeavors, LLC d/b/a Wax Bodega Music and Art | 25-00437 | Engaged in settlement discussions | Continue |
| 63 | Tessa Violet Williams | 25-00441 | Engaged in settlement discussions | Continue |